QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
James D. Judah (Cal. Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC<br><br>Defendants. | Case No. 3:17-cv-00939<br><br>**WAYMO LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

# WAYMO LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Waymo LLC;
- Waymo Holding Inc., managing member of Waymo LLC;
- Google Inc., parent company of Waymo Holding Inc.;
- Alphabet Inc., parent company of Google Inc.

# WAYMO LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Waymo LLC discloses the following:

- Waymo LLC's managing member is Waymo Holding Inc.; accordingly, Waymo Holding Inc. has more than 10% ownership of Waymo LLC.
- Waymo Holding Inc. is a wholly owned subsidiary of Google Inc; accordingly, Google Inc. has more than 10% ownership of Waymo Holding Inc.
- Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

| | |
|---|---|
| DATED: February 23, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By */s Charles K. Verhoeven*
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
James D. Judah (Cal. Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for WAYMO LLC