QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF JOHN NEUKOM** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that John Neukom, an attorney with the firm of Quinn Emanuel

3  Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of

4  record for Waymo LLC in the above-captioned matter.

5      John Neukom (Cal. Bar No. 275887)
    johnneukom@quinnemanuel.com

6      50 California Street, 22nd Floor
    San Francisco, California 94111

7      (415) 875-6600
    (415) 875-6700 facsimile

8

9

10

11  DATED:  March 1, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP

12

13          By:  */s/* John Neukom

14          Charles K. Verhoeven (Bar No. 170151)
        charlesverhoeven@quinnemanuel.com
        David A. Perlson (Bar No. 209502)

15          davidperlson@quinnemanuel.com
        Melissa Baily (Bar No. 237649)

16          melissabaily@quinnemanuel.com
        John Neukom (Bar No. 275887)

17          johnneukom@quinnemanuel.com
        Jordan Jaffe (Bar No. 254886)

18          jordanjaffe@quinnemanuel.com
        50 California Street, 22nd Floor

19          San Francisco, California 94111-4788
        Telephone:  (415) 875-6600

20          Facsimile:  (415) 875-6700

21          Attorneys for WAYMO LLC

22

23

24

25

26

27

28