QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF MELISSA BAILY** |
|---|---|

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that MELISSA BAILY, an attorney with the firm of Quinn

3  Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an

4  attorney of record for Waymo LLC in the above-captioned matter.

5   MELISSA BAILY (Cal. Bar No. 237649)
    melissabaily@quinnemanuel.com
6   50 California Street, 22nd Floor
    San Francisco, California 94111
7   (415) 875-6600
    (415) 875-6700 facsimile
8

9

10

11  DATED:  March 1, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP

12
                                  By:  */s/* Melissa Baily
13                                     _____
                                       Charles K. Verhoeven (Bar No. 170151)
14                                     charlesverhoeven@quinnemanuel.com
                                       David A. Perlson (Bar No. 209502)
15                                     davidperlson@quinnemanuel.com
                                       Melissa Baily (Bar No. 237649)
16                                     melissabaily@quinnemanuel.com
                                       John Neukom (Bar No. 275887)
17                                     johnneukom@quinnemanuel.com
                                       Jordan Jaffe (Bar No. 254886)
18                                     jordanjaffe@quinnemanuel.com
                                  50 California Street, 22nd Floor
19                                San Francisco, California 94111-4788
                                  Telephone:    (415) 875-6600
20                                Facsimile:    (415) 875-6700

21                                     Attorneys for WAYMO LLC

22

23

24

25

26

27

28