QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br>           Plaintiff,<br>     vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>           Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF DAVID A. PERLSON** |
|---|---|

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that DAVID A. PERLSON, an attorney with the firm of Quinn

3  Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an

4  attorney of record for Waymo LLC in the above-captioned matter.

5      DAVID A. PERLSON (Cal. Bar No. 209502)
    davidperlson@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111
    (415) 875-6600
    (415) 875-6700 facsimile

DATED:  March 1, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/* DAVID A. PERLSON
    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

    Attorneys for WAYMO LLC