1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   James D. Judah (Cal. Bar No. 257112)
7  jamesjudah@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
9  Facsimile:     (415) 875-6700

10 Attorneys for WAYMO LLC

11                    UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br>　　　　Plaintiff,<br>　　vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>　　　　Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF JAMES D. JUDAH** |
|---|---|

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that JAMES D. JUDAH, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Waymo LLC in the above-captioned matter.

    JAMES D. JUDAH (Cal. Bar No. 257112)
    jamesjudah@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111
    (415) 875-6600
    (415) 875-6700 facsimile

DATED:  March 9, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ JAMES D. JUDAH
    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    James D. Judah (Cal. Bar No. 257112)
    jamesjudah@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
    Facsimile:      (415) 875-6700

    Attorneys for WAYMO LLC