UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR A PRELIMINARY INJUNCTION** |

Having considered Plaintiff Waymo LLC's ("Waymo") Motion for Preliminary Injunction, the Court GRANTS Plaintiff's Motion. Specifically, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (collectively, "Defendants") are hereby preliminarily enjoined from accessing, using, imitating, copying, disclosing, or making available to any person or entity Waymo's Asserted Trade Secrets, including but not limited to the Asserted Trade Secrets as embodied in LiDAR systems that contain or are designed to operate with the printed circuit board depicted in the schematic attached as Exhibit 1 to the Declaration of William Grossman or any colorable variation thereof. Defendants are further preliminarily enjoined from making, using, selling, or offering to sell devices that infringe claims 1 or 13 of United States Patent No. 8,836,922 and claims 1 or 14 of U.S. Patent No. 9,285,464. Defendants are further ordered to return any and all Waymo confidential information in their possession or control, including the 14,000+ documents unlawfully taken from Waymo by Mr. Anthony Levandowski and his colleagues.

**IT IS SO ORDERED.**

DATED: _____, 2017          _____
                                                                  The Honorable William H. Alsup
                                                                  United States District Court Judge