QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF WILLIAM GROSSMAN**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>**Hearing:**<br>Date: April 27, 2017<br>Time: 8:00 a.m.<br>Place: 8, 19th Floor<br>Judge: The Honorable William H. Alsup |

1  I, William Grossman, hereby declares as follows.

2  1. I am an employee of Waymo LLC ("Waymo"). I make this declaration of personal,
3  firsthand knowledge, and if called and sworn as a witness, I could and would testify competently
4  as follows.

5  2. Attached hereto as Exhibit 1 is a true and correct copy of an email that I received
6  from ▮▮▮▮ at ▮▮▮▮ on or about December 13, 2016.

7

8  I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct.

10

DocuSigned by:

*William Grossman*

8555F0242E124E9...

DATED: March 10, 2017

_____

William Grossman

-2-  Case No. 3:17-cv-00939-WHA
DECLARATION OF WILLIAM GROSSMAN

01980-00104/9065847.1