UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>  Plaintiff,<br>  vs.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>  Defendants. | CASE NO. 3:17-cv-00939<br><br>**DECLARATION OF MICHAEL JANOSKO**<br><br>**ENTIRE DOCUMENT FILED UNDER SEAL** |