Appendix B - List of Materials Considered

1) The asserted patents and file histories

2) An external hard drive containing the files downloaded by Anthony Levandowski from the Waymo SVN server

3) Declaration of Pierre-Yves Droz

4) Waymo's Identification of Trade Secrets ("TS List")

5) Internal Waymo presentations concerning LiDAR

6) Draft Waymo patent application

7) Email from ▮▮▮▮ to Waymo and attachments thereto concerning the ▮▮▮ PCB, including assembly and fabrication drawings and related files (collectively, ▮▮▮ PCB")

8) Application submitted by NEVADA ATCF LLC  ("Nevada Application")

9) Public documents relating to optical systems, including Velodyne LiDAR products and the OSRAM SPL_DS90_S laser diode