QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR A PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND SUPPORTING EXHIBITS THERETO** |

I, James Judah, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

**2.** I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Its Motion for a Preliminary Injunction, Supporting Declarations, and Supporting Exhibits Thereto (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion for a Preliminary Injunction | Highlighted Portions |
| Declaration of Jordan Jaffe ("Jaffe Decl.") | Highlighted Portions |
| Waymo's Identification of Trade Secrets, and attachments thereto (Exs. 1-21 to the Jaffe Decl.) | Entire Documents |
| Declaration of Gary Brown | Highlighted Portions |
| Declaration of Michael Janosko | Entire Document |
| Declaration of Tim Willis ("Willis Decl.") | Highlighted Portions |
| Exhibits to Willis Decl. | Entire Document |
| Declaration of Pierre-Yves Droz ("Droz Decl.") | Highlighted Portions |
| Exhibits to Droz Decl. | Entire Document |
| Declaration of Gregory Kintz ("Kintz Decl.") | Highlighted Portions |
| Kintz Decl. Appendix B | Highlighted Portions |
| Declaration of William Grossman ("Grossman Decl.") | Highlighted Portions |
| Exhibit to Grossman Decl. | Entire Document |

3. Waymo's Motion for Preliminary Injunction, declarations in support thereof, and exhibits thereto (collectively "PI Motion"), Motion for Expedited Discovery, and Proposed Order

granting Waymo's Motion for Expedited Discovery contain trade secret and confidential business information, which Waymo seeks to seal.

4. Waymo's Motion for Preliminary Injunction, Waymo's Identification of Trade Secrets and attachments thereto, Droz Decl. and attachments thereto, and the Kintz Decl. each contain, reference, and/or describe Waymo's asserted trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Janosko Decl.) and are valuable as trade secrets to Waymo's business (Droz Decl.). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's Motion for Preliminary Injunction, the Declaration of Gary Brown, the Declaration of Pierre-Yves Droz, the Declaration of Michael Janosko, the Declaration of Tim Willis, and the Kintz Decl. and Appendix B thereto further contain, reference, or describe Waymo's highly confidential and sensitive business information. Such information includes detailed analysis of Waymo's security measures and protocols, detailed computer forensics regarding access to Waymo's trade secrets, and information on Waymo's supply chain (and agreements with its suppliers). This information also includes non-public organizational and operational details, such as the number of employees assigned to work on Waymo's LiDAR team. I understand that Waymo maintains that this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its security measures, confidential business information, and trade secrets would become known to competitors who could use such information to Waymo's disadvantage.

6. Waymo's request to seal is narrowly tailored to those portions of the PI Motion that merit sealing.

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct, and that this declaration was executed in San Francisco, California, on March 10,
3  2017.

By  */s/ James Judah*
James Judah
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Judah.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven