UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR A PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND SUPPORTING EXHIBITS THERETO** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions Its Motion for a Preliminary Injunction, Motion for Expedited Discovery, Supporting Declarations, and Supporting Exhibits Thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion for a Preliminary Injunction | Highlighted Portions |
| Declaration of Jordan Jaffe ("Jaffe Decl.") | Highlighted Portions |
| Waymo's Identification of Trade Secrets, and | Entire Documents |

| | |
|---|---|
| attachments thereto (Exs. 1-21 to the Jaffe Decl.) | |
| Declaration of Gary Brown | Highlighted Portions |
| Declaration of Michael Janosko | Entire Document |
| Declaration of Tim Willis ("Willis Decl.") | Highlighted Portions |
| Exhibits to Willis Decl. | Entire Document |
| Declaration of Pierre-Yves Droz ("Droz Decl.") | Highlighted Portions |
| Exhibits to Droz Decl. | Entire Document |
| Declaration of Gregory Kintz ("Kintz Decl.") | Highlighted Portions |
| Kintz Decl. Appendix B | Highlighted Portions |
| Declaration of William Grossman ("Grossman Decl.") | Highlighted Portions |
| Exhibit to Grossman Decl. | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM H. ALSUP
United States District Court Judge