UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>    Plaintiff,<br>vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>    Defendants. | CASE NO. 3:17-cv-00939<br><br>**DECLARATION OF MICHAEL JANOSKO**<br><br>**ENTIRE DOCUMENT FILED UNDER SEAL** |

Case No. 3:17-cv-00939
DECLARATION OF MICHAEL JANOSKO

01980-00104/9053641.1