# EXHIBIT 30

 

SECTIONS

MACH > INNOVATION

SPACE  ENVIRONMENT  SCIENCE  TECHNOLOGY

TECH JUN 25 2015, 3:25 PM ET

# Google's Self-Driving Car Prototypes Hit Public Roads for the First Time

by DEVIN COLDEWEY

SHARE   



Google

Google's prototype self-driving cars have made the leap from the test track to public streets, and are now cruising around Mountain View, California, at a stately 25 mph, the company wrote in a blog post Thursday. The pod-like vehicles were revealed in December, the result of intense research and development in labs and on the Lexus SUVs the team used to test and tweak the artificial intelligence platform. The prototypes are road-legal, but required a bit more testing before they could be let loose into traffic — Google announced in May that summer would see the prototypes rolling all over northern California.

**Related**: Google Exec Wants Self-Driving Cars To Be Standard Within 5 Years

If you're still wary of the autonomous vehicles, don't worry — for now, every prototype will have a human inside to take control in case anything goes awry, and they're all limited to a "neighborhood friendly" 25 mph. But considering the system's track record — 12 accidents over 1.8 million miles, and none the AI's fault — you're probably more likely to get in a fender-bender with someone texting while driving.

The cars will also soon sport the work of local artists during an "Open Garage" event in the fall — you can learn more about the art program and even submit your own work here. 

DEVIN COLDEWEY

**TOPICS** INNOVATION, AUTOS

**FIRST PUBLISHED** JUN 25 2015, 3:42 PM ET

⬇ **NEXT STORY** Why 3-D Printed Homes May Save Lives As Well As the Environment

**More to Explore**  Sponsored Links by Taboola

**25 Dog Breeds No One Is Buying Anymore**
PetBreeds — By Graphiq

**Finally a CPAP Mask That Actually Helps You Sleep**
Easy Breathe

**From Concept to Company: How PayPal Helped One Business Grow**
PayPath by PayPal

| SPONSORED CONTENT | MORE FROM NBC NEWS |
|---|---|

**29 Dogs That Will Fight For Your Life**
PetBreeds — By Graphiq

**Is Your IT Software Supported On Windows 10?** Microsoft

**Online Shopper? This Will Save You Money Automati…** Chrome Web Store | Honey

**Best Places to Live and Retire in the U.S. - AARP** AARP

**Low cost flights, leave from San Francisco starting at $44** us.jetcost.com

**BREAKING: FBI Director Comey Asked Justice Dept. to Reject Trump**

**Rosie O'Donnell to Trump: 'The game is over'**

**Peterson to Raiders Might be a Long Shot** KNTV

**Voters Call on Maine Senator to Be More Accessible**

**Woman who found money on the floor is charged with theft**

Promoted Links by Taboola

ABOUT US    CAREERS    CONTACT    PRIVACY POLICY NEW    TERMS OF SERVICE    NBCNEWS.COM SITE MAP    ADVERTISE    ADCHOICES    © 2017 NBCNEWS.COM