# EXHIBIT 31





- business
- culture
- gadgets
- future
- startups

To CNNMoney

# Google launches Waymo and moves closer to self-driving cars

by Matt McFarland   @mattmcfarland

December 13, 2016: 3:48 PM ET



Google is spinning off its self-driving car program into a separate company called Waymo.

Waymo CEO John Krafcik said Tuesday that its autonomous driving technology has reached an inflection point.

"We're close to bringing this to a lot of people," said Krafcik who declined to reveal when the general public would have a chance to ride in one of Waymo's vehicles.

Google is testing the vehicles in Washington, California, Arizona and Texas.

Waymo is currently a unit of X, the so-called moonshot division of Google (GOOGL, Tech30). It will become a unit of Alphabet and be an independent company.

   

Social Surge - What's Trending


Why a defiant... staring down... Street bull


Trump may st... spouses of H-... holders from...


North Korean... kicked out of... messaging ne...



Advertisement

Mortgage & Savings   Powered by L...

Krafcik said spinning off Waymo would give his team the best of both worlds. Waymo remains part of the Google family, giving it the resources of a large tech company, while also some advantages of a startup.

Related: A self-driving trucks hauls 51,744 cans of beer across Colorado

Google also revealed Tuesday that it gave a blind man the first ride in a fully self-driving vehicle in October 2015. Californian Steve Mahan flew to Austin for the test. It wouldn't have been legal in Google's home state of California.

Austin Mayor Steve Adler described his city as "the Kitty Hawk of driverless cars," a reference to the site of the Wright Brothers first flight.

In October, Uber and Budweiser teamed to deliver a truckload of beer across Colorado. But the truck had a test driver present in the cab and was surrounded by seven vehicles to ensure safety.

Related: Is Uber's push for self-driving cars a job killer?



Steve Mahan gets the first ride in a fully self-driving car, without a test driver or police escort, in October 2015. The ride occurred in Austin.

Since Mahan's ride in 2015, Google's vehicles have driven a billion miles in simulation, and a million on public roads in autonomous mode.

Waymo lost a key executive in August when Director Chris Urmson left the program. Krafcik reassured reporters that Google remained focused on delivering fully self-driving vehicles.

"With inspirations like Steve driving us, that's the problem we need to solve. That remains our singular focus," Krafcik said.

He said that some Waymo vehicles, such as its Pacifica minivans, would continue to have a steering wheel and pedals due to regulations.

CNNMoney (Washington)
First published December 13, 2016: 1:57 PM ET

### Paid Content

Recommended by outbrain



| Mortgage | Personal Loans | Cre... |
|---|---|---|
| Loan Type | | Ra... |
| 30-yr fixed | | 3.88 |
| 15-yr fixed | | 3.13 |
| 5/1 ARM | | 2.75 |
| Loan Purpose | | Loan Am... |
| Refinance 5/1 ARM | | $225,000 |
| Purchase 5/1 ARM | | $350,000 |

Your ...

Get Personalized Rates →

lendingtree — Terms & C...

### Paid Content

 Congress Quie... Passes Plan F... Dollar Overhau... — The Crux

 The 5 Rules fo... After a Divorce... — Ashley Moments Offi... Madison Blog

 Say Goodbye ... iPhone. No On... Guessed Appl... — The Motley Fool

 We're Taking ... Challengers fo... NBA Quiz — PointAfter | By Graph...

### Hot List

 Gun sales are ... a Trump slump...

 European bus... slam China's p... boost high-tec...

 GM is selling it... European bus... $2.3 billion de...

 GOP's Obama... replacement p... would lower ta... the rich






**If you own a computer you must try this game**
Vikings

**The Absolute Best Sheets You Will Ever Find. Period.**
Business Insider

**What If This $70 Trillion Goes Into Stocks?**
The Crux

Facebook: Ge... court rules ag... Syrian refugee... news...

**Most Popular Videos**



5 things ... before yo...





**The Tallest Women in Hollywood**
Livingly

**5 Ways to Make Money Outside the Stock Market**
yield street

**CBS News Reports Meal Service is Cheaper Than Grocery Store**
Home Chef



This startup ... reinvent the pi... engine



Four Republic... about Obama... analyzed



Kim Dotcom: ... rejects appeal... extradition to U...

| Paid Content | More from CNN Money |
|---|---|
| Thinking About Going Solar? Read This First *Home Solar Programs* | Trump vows to bring drug prices 'way down' |
| Are You a Potato Lover? Get to Know the Genetically Modified Potato *GMO Answers on Medium* | Mexico is already pivoting away from the U.S. |
| The Best Season for Each NFL Franchise *Historical NFL/AFL Team Comparison* | Former Holy Cross Center, 'Game of Thrones' Actor Neil Fingleton Dies at Age 36 |
| You Need A Break! Take This Romantic Trip For Two *Travel + Leisure* | Sharing Amazon Prime benefits just got harder |

Recommended by Outbrain

**CNNMoney Sponsors**
We don't Nickel and Dime

**NextAdvisor**

Transferring credit card balan... an 18-month 0% APR is inger...

7 outrageous credit cards if y... excellent credit

The best credit cards for 201...

10 cards charging 0% interes... 2018

The highest paying cash bac... has arrived

**Paid Links**

| 1. 5% INTEREST SAVINGS ACCOUNT | 5. REFINANCE STUDENT LOANS |
| 2. REVERSE MORTGAGE CALCULATOR | 6. BEST RETIREMENT CALCULATORS |
| 3. BEST INVESTMENTS FOR RETIREMENT | 7. LIFE INSURANCE FOR SENIORS |
| 4. TOP RATED MEDICARE PLANS | 8. BEST HEALTH INSURANCE PLANS |

**Trulia Home Search**

Getting ready to sell? Find ou... your home is worth now

Chicago Real Estate

San Francisco Homes for Sal...

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2016 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. 2016. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2016 and/or its affiliates.

© 2016 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. AdChoices.