# EXHIBIT 37

EDITION: UNITED STATES

After a year, Carnegie Mellon and Uber research initiative is stalled





TECHNOLOGY NEWS | Mon Mar 21, 2016 | 6:06am EDT

# After a year, Carnegie Mellon and Uber research initiative is stalled

The logo of car-sharing service app Uber on a smartphone over a reserved lane for taxis in a street is seen in this December 10, 2014 file photo illustration. REUTERS/Sergio Perez/Illustration/Files

   

By **Heather Somerville** | SAN FRANCISCO

More than a year after Uber announced a research pact with Carnegie Mellon University - and then hired away four of the institution's faculty and 36 researchers and technicians - the ride-hailing company and university have not collaborated on a single project, according to CMU faculty and administrators.

Herman Herman, director of CMU's National Robotics Engineering Center, former employer of the experts Uber [UBER.UL] hired, said the center currently has no plans for research projects with Uber, adding, "certainly we are open to it in the future."

Despite the lack of research collaboration, Uber in September provided the university with a $5.5 million gift to pay for new robotics faculty and graduate research.

ADVERTISING



TRENDING **STORIES**

1  U.S. senators ask government for proof Obama wiretapped Trump

2  CIA contractors likely source of latest WikiLeaks release: U.S. officials

3  Exclusive: U.S. weighs deploying up to 1,000 'reserve' troops for IS fight

4  Republicans forge ahead on Obamacare repeal despite U.S. budget worries

5  Two victims of Marines nude photo-sharing network come forward







"It's not a high priority for us to get joint work with them," Herman said. "Uber decided to give us a gift and that's the extent of the relationship at this moment."

When Uber in February unveiled the partnership with CMU, a top institute in robotics research, it envisioned a cozier collaboration. The company said on its website that it planned to work closely with university faculty and students on "research and development, primarily in the areas of mapping and vehicle safety and autonomy technology."

Some CMU faculty see Uber's gift as an attempt to make amends for depleting the university's robotics staff.

"I think they mostly realized the impact with that hiring and they want to make sure they do the right thing for the university," Herman said. The 40 people Uber hired now work at the company's Advanced Technologies Center in Pittsburgh, Pennsylvania.

Other CMU faculty say Uber's monetary support of professors and students could benefit the company, too.

"The best source of new employees would be from CMU," said Raj Rajkumar, professor in the College of Engineering and director of the university's transportation center. "It would make sense for them to have a very cordial relationship with CMU."

Uber declined to answer questions from Reuters. In a statement, a spokeswoman said: "We're very pleased to be in Pittsburgh and continue to be excited about our ongoing collaboration with CMU."

**ALSO IN TECHNOLOGY NEWS**

CIA 'mission' on cars shows concern about next-generation vehicles

Chief of South Korea's Samsung Group denies all charges

Uber has plunged more deeply into developing self-driving cars, which could someday replace its contract drivers.

**CMU MAY HAVE MOVED ON**

Robotics leaders say CMU has moved on after Uber's hiring spree, turning its attention to new projects and research partners. Earlier this month the university announced it had landed four new federal research projects, totaling more than $11 million over the next three years.

"We are very busy on our end," Herman said. "We have plenty of projects and plenty of clients right now. And Uber is probably pretty busy setting up their" research center.

Uber's relationship with CMU is quite different from a partnership it established in August with the University of Arizona. That collaboration, similarly focused on mapping and vehicle safety technology, has already produced research that is underway.

Thomas Koch, dean of the College of Optical Sciences, declined to provide more specifics, saying only the relationship with Uber was based on ongoing, funded research and that the company did not make a financial gift nor hire college staff.

Andrew Moore, dean of CMU's School of Computer Science, said the university had received Uber's $5.5 million gift and will use it to fund a chaired professorship and PhD students.

**TRENDING STORIES**

1. U.S. senators ask government for proof Obama wiretapped Trump
2. CIA contractors likely source of latest WikiLeaks release: U.S. officials
3. Exclusive: U.S. weighs deploying up to 1,000 'reserve' troops for IS fight
4. Republicans forge ahead on Obamacare repeal despite U.S. budget worries
5. Two victims of Marines nude photo-sharing network come forward

**PICTURES**





REUTERS    After a year, Carnegie Mellon and Uber research initiative is stalled

is just something we haven't gotten around to," he said. "We all have many priorities."

CMU also lost critical revenue last year after Uber hired away scientists who were receiving funding to lead research projects.

Projects conducted at the National Robotics Engineering Center brought in an average of $27 million annually for fiscal years 2011-2015, according to CMU. Funding dropped to a projected $14 million for the current fiscal year, but is expected to go up to $17 million in the coming fiscal year.

"A year later, I'm very happy how this all ended out," Moore said.

(Editing by Sue Horton, Editing by Franklin Paul)

**NEXT IN TECHNOLOGY NEWS** →



**Google backs UK-based payments company Currencycloud**

NEW YORK Alphabet Inc's venture arm has invested in Currencycloud, a UK startup that provides technology to enable businesses to provide cross-border payments services to their customers.



**Congress may overturn Obama internet privacy rules**

WASHINGTON Republicans in the U.S. Congress are moving to repeal regulations adopted by the Obama administration in October that would have subjected internet service providers to stricter scrutiny than websites to protect customers' private data.

## MORE FROM **REUTERS**

**Senators push Trump to release White House, Mar-a-Lago visitor logs**

**McCain calls on Trump to back up wire-...**

**Trump's pick for Navy secretary withdraws**

**Mosul caught in 'strange and terrifying' battle as Islamic State foreign soldiers figh..**

**U.S. congressman stirs backlash over healthcare versus iPhone comment**

## SPONSORED **CONTENT**

**$30 trillion Is At Stake In The "Great Wealth Transfer"** *Capital Ideas*

**The U.S. has been a tale of two economies — see the signs of growth.** *Capital Ideas*

**Should You Reinvest Your Dividends?**
*American Funds*

**Sell Your Home 2x Faster and for 15% More**
*HomeLight*

**American Funds' Thoughts on Warren Buffett's Indexing Views** *American Funds*

Promoted by **Dianomi**

STRIVING FOR 100% MAKES US BNY MELLON
LEARN MORE



**TRENDING STORIES**

SPONSORED **TOPICS**

1 U.S. senators ask government for proof Obama wiretapped Trump

2 CIA contractors likely source of latest WikiLeaks release: U.S. officials

3 Exclusive: U.S. weighs deploying up to 1,000 'reserve' troops for IS fight

4 Republicans forge ahead on Obamacare repeal despite US budget worries

5 Two victims of Marines nude photo-sharing network come forward

## FROM AROUND THE **WEB**    Promoted by Revcontent


**75 Vintage Ads That Are No Longer Socially Acceptable**


**Wearing This Will Immediately Empower You**


**Is This the "Secret" to Ending Neuropathy Nerve**

REUTERS After a year, Carnegie Mellon and Uber research initiative is stalled

Could This Be the Biggest Stock of 2017?
*Investor-daily*

How to Fix Your Fatigue (do This Every Day)
*Miracle Biotics*

American Residents Born Between 1936 And 1966 Wish They Knew This Earlier
*EverQuote*

Follow Reuters:

Reuters News Agency | Brand Attribution Guidelines | Careers

Reuters is the news and media division of Thomson Reuters. Thomson Reuters is the world's largest international mult... news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Learn more about Thomson Reuters products:

**EIKON**
Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface

**ELEKTRON**
Everything you need to empower your workflow and enhance your enterprise data management

**WORLD-CHECK**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks

**WESTLAW**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology

**ONESOURCE**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs

**CHECKPOINT**
The industry leader for online information for tax, accounting and finance professionals

## TRENDING STORIES

1 U.S. senators ask government for proof Obama wiretapped Trump

2 CIA contractors likely source of latest WikiLeaks release: U.S. officials

3 Exclusive: U.S. weighs deploying up to 1,000 'reserve' troops for IS fight

4 Republicans forge ahead on Obamacare repeal despite U.S. budget worries

5 Two victims of Marines nude photo-sharing network come forward

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2017 Reuters. All Rights Reserved. | Site Feedback | Corrections | Advertising Guidelines | Cookies | Terms of Use | Privacy Policy



