# EXHIBIT 38



HOME   PRODUCTS   INDUSTRY   FAQ   DOWNLOADS   RESELLERS
MEDIA   ABOUT   CAREERS   CONTACT US

# HDL-64E



### ALL THE DISTANCE SENSING DATA YOU WILL EVER NEED

The HDL-64E LiDAR sensor is designed for obstacle detection and navigation of autonomous ground vehicles and marine vessels. Its durability, 360° field of view and very high data rate makes this sensor ideal for the most demanding perception applications as well as 3D mobile data collection and mapping applications. The HDL-64E's innovative laser array enables navigation and mapping systems to observe more of their environment than any other LiDAR sensor.



## KEY FEATURES

▸ 64 Channels

▸ 120m range

▸ 2.2 Million Points per Second

▸ 360° Horizontal FOV

▸ 26.9° Vertical FOV

▸ 0.08° angular resolution (azimuth)

- <2cm accuracy
- ~0.4° Vertical Resolution
- User selectable frame rate
- Rugged Design

DOWNLOADS

## 3D - Real-Time - LiDAR



### Key Applications

- MINING
- GEOLOGY
- MAPPING
- URBAN PLANNING
- MEDIA
- R&D

## USER DATA EXAMPLES



Raw data from HDL-64E



Raw data from HDL-64E



Raw data from HDL-64E