# EXHIBIT 40

Home >   Whois Lookup >   280Systems.com

## Whois Record for 280Systems.com

Find out more about Project Whois and DomainTools for Windows.



**DOMAIN**TOOLS for Windows    **Download Now**
Access domain ownership records from your desktop

| Related Domains For Sale or At Auction | | 1   2   3   More > |
|---|---|---|
| SecureWebSystems.com ($4,388) | SecureDataSystems.com ($799) | |
| NetBusinessSystems.com ($688) | UsaWebSystems.com ($1,088) | |

### ⊟ Whois & Quick Stats

| | | |
|---|---|---|
| Email | abuse@enom.com is associated with ~11,284,764 domains | ↱ |
| | 936518e710324e27b5c81...@whoisguard.com | |
| Registrant Org | WHOISGUARD, INC. was found in ~5,280,525 other domains | ↱ |
| Registrar | ENOM, INC. | |
| Registrar Status | clientTransferProhibited | |
| Dates | Created on 2015-11-17 - Expires on 2017-11-17 - Updated on 2017-03-08 | ↱ |
| Name Server(s) | DNS1.REGISTRAR-SERVERS.COM (has 2,212,943 domains) | ↱ |
| | DNS2.REGISTRAR-SERVERS.COM (has 2,212,943 domains) | |
| IP Address | 198.54.117.51 - 2,033 other sites hosted on this server | ↱ |
| IP Location | 🏳 - Georgia - Atlanta - Namecheap Inc. | |
| ASN | 🏳 AS22612 NAMECHEAP-NET - Namecheap, Inc., US (registered Jun 21, 2011) | |
| Domain Status | Registered And Active Website | |
| Whois History | 12 records have been archived since 2015-11-17 | ↱ |
| IP History | 2 changes on 3 unique IP addresses over 2 years | ↱ |
| Registrar History | 1 registrar | ↱ |
| Hosting History | 5 changes on 4 unique name servers over 12 years | ↱ |
| Whois Server | whois.enom.com | |

### ⊟ Website

| | | |
|---|---|---|
| Website Title | ◉ 280systems.com - Registered at Namecheap.com | ↱ |
| Server Type | nginx/1.10.2 | |
| Response Code | 200 | |
| SEO Score | 67% | |
| Terms | 67 (Unique: 41, Linked: 2) | |
| Images | 2 (Alt tags missing: 2) | |
| Links | 4   (Internal: 0, Outbound: 2) | |

### Whois Record ( last updated on 2017-03-10 )

```
Domain Name: 280SYSTEMS.COM
Registry Domain ID: 1981037417_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-10-16T21:54:30.00Z
Creation Date: 2015-11-17T07:08:00.00Z
Registrar Registration Expiration Date: 2017-11-17T07:08:36.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
```

```
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 936518E710324E27B5C81C08AE7B9CF7.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 936518E710324E27B5C81C08AE7B9CF7.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 936518E710324E27B5C81C08AE7B9CF7.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

**Tools**

| Whois History |
| Hosting History |

| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▼ |

| Buy This Domain ▼ |
| Visit Website |

| ⬇ Preview the Full Domain Report |

No Screenshot Available

| View Screenshot History |

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.