# EXHIBIT 48

# Intentionally Left Blank