# EXHIBIT 49

# Intentionally Left Blank