1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br>        Plaintiff,<br>   vs.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN R. JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF WAYMO LLC'S MOTION FOR EXPEDITED DISCOVERY** |
|---|---|

I, Jordan R. Jaffe, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to Shorten Time for Briefing and Hearing on Waymo's Motion for Expedited Discovery.

3. Waymo makes this motion in order to obtain expedited discovery in time for its reply in support of Motion for a Preliminary Injunction, and the noticed hearing on that motion, to benefit from the discovery.

4. No attorney has yet to appear for defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (collectively "Defendants") and, therefore, Waymo has not met and conferred with Defendants. Waymo remains open and willing to meet and confer with counsel regarding scheduling issues once Defendants' attorneys have appeared in this action.

5. Waymo contends it would be substantially harmed if the briefing and hearing schedule were not shortened. Waymo seeks this discovery in order to obtain additional evidence supporting its Motion for a Preliminary Injunction and will be unable to use such evidence unless the Court advances the schedule. In addition, as described in its preliminary injunction motion, Waymo contends it has been, and continues to be, irreparably harmed by Defendant's misappropriation of Waymo's trade secrets and infringement of Waymo's asserted patents.

6. The advanced hearing will address Waymo's motion for expedited discovery, in which the good cause required to seek expedited discovery may be at issue if Defendants file an opposition.

7. An initial case management conference was set for May 26, 2017 (Dkt. 9), but the Court reset the case management conference for May 18, 2017 after reassignment (Dkt. 20). Waymo requests the briefing and hearing on its motion for expedited discovery be shortened, as well as seeks discovery prior to the time otherwise allowed under the Federal Rules with its motion for expedited discovery. No other modifications of time have been requested.

8. The Court has not entered a case schedule yet, and this requested modification of time will not impact the timing of the case management conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on March 10, 2017.

By <u>*/s/ Jordan R. Jaffe*</u>
Jordan R. Jaffe
Attorney for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan Jaffe.

<u>*/s/ Charles K. Verhoeven*</u>
Charles K. Verhoeven