UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>    Plaintiff,<br>vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF WAYMO LLC'S MOTION FOR EXPEDITED DISCOVERY** |

Having considered Plaintiff Waymo LLC's ("Waymo") Administrative Motion to Shorten Time for Briefing and Hearing on Waymo's Motion for Expedited Discovery ("Administrative Motion"), the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** the briefing and hearing on Waymo's Motion for Expedited Discovery be scheduled as follows:

(1)   Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (collectively "Defendants") shall file any opposition to Waymo's Motion for Expedited Discovery no later than March 17, 2017.

(2)   Waymo shall file its reply in support of its Motion for Expedited Discovery no later than March 20, 2017.

(3)   At 8:00 a.m. on March 30, 2017, Waymo's Motion for Expedited Discovery shall be heard in the courtroom of the Honorable William H. Alsup at the United States District Court for the Northern District of California, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California (94102).

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM H. ALSUP
United States District Court Judge