QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
James D. Judah (Cal. Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br>            Plaintiff,<br>     vs.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**PROOF OF SERVICE** |
|---|---|

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| WAYMO LLC <br><br> *Plaintiff(s)* <br> v. <br> UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC <br><br> *Defendant(s)* | Civil Action No. 3:17-cv-00939 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Uber Technologies, Inc. c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22
San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: February 28, 2017
~~02/23/2017~~

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 CALIFORNIA STREET <br> 22ND FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: (415) 875-6600    FAX No: (415) 875-6700 <br> Ref. No. or File No.: <br> Attorney for: | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | |
| Plaintiff: WAYMO LLC <br> Defendant: UBER TECHNOLOGIES, INC., ET AL. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:17-CV-00939 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Order Setting Initial Case Management Conference And Adr Deadlines; Civil Cover Sheet; Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup; Waymo Llc's Certification Of Interested Entities Or Persons And Corporate Disclosure Statement; Consenting To The Jurisdiction Of A Magistrate Judge; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Contents Of Joint Case Management Statement

3. a. Party served:          UBER TECHNOLOGIES, INC.
   b. Person served:         VIVIAN IMPERIAL, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served:    818 WEST SEVENTH STREET
                                          SUITE 930
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Mar. 06, 2017 (2) at: 1:25PM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                        d. The Fee for Service was:

   First Legal
   1511 West Beverly Blvd.                                e. I am: (3) registered California process server
   Los Angeles, CA 90026                                       (i) Independent Contractor
   Telephone  (213) 250-9111                                   (ii) Registration No.:    5141
   Fax        (213) 250-1197                                   (iii) County:             Los Angeles
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Mar. 07, 2017

                                                                    (DOUG FORREST)

| Judicial Council Form | PROOF OF SERVICE | 5276927 .quiem-sf.877548 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | | |