QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
James D. Judah (Cal. Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>      Plaintiff,<br>   vs.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>      Defendants. | CASE NO. 3:17-cv-00939<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| WAYMO LLC *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 3:17-cv-00939 JCS |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Otto Trucking LLC c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22
San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

February 28, 2017

Date: 02/23/2017



*CLERK OF COURT*
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

Case 3:17-cv-00939-WCA Document 13 Filed 02/28/17 Page 2 of 3

| Attorney or Party without Attorney:<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 CALIFORNIA STREET<br>22ND FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: (415) 875-6600    FAX No: (415) 875-6700<br><br>Attorney for: | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | |
| Plaintiff: WAYMO LLC | |
| Defendant: UBER TECHNOLOGIES, INC., ET AL. | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:17-CV-00939 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Order Setting Initial Case Management Conference And Adr Deadlines; Civil Cover Sheet; Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup; Waymo Llc's Certification Of Interested Entities Or Persons And Corporate Disclosure Statement; Consenting To The Jurisdiction Of A Magistrate Judge; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Contents Of Joint Case Management Statement

3. a. Party served:           OTTO TRUCKING LLC
   b. Person served:         RON LIOR, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   737 HARRISON STREET
                                          SAN FRANCISCO, CA 94107

5. I served the party:
   b. **by substituted service.** On: Mon., Mar. 06, 2017 at: 2:20PM by leaving the copies with or in the presence of:
       COLIN SEBERN
       (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
       (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID CIPRES                                           d. The Fee for Service was:   $170.59
                                                             e. I am: (3) registered California process server
   First Legal                                                   (i) Independent Contractor
   1138 Howard Street                                            (ii) Registration No.:  2015-0001339
   San Francisco, CA 94103                                       (iii) County:           San Francisco
   Telephone  (415) 626-3111
   Fax        (415) 626-1331
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 10, 2017

Judicial Council Form                    PROOF OF SERVICE            (DAVID CIPRES)
Rule 2.150.(a)&(b) Rev January 1, 2007                                3276954  .quiem-sf.877744