| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MATTHEW I. KREEGER (CA SBN 153793) |
|   | MKreeger@mofo.com |
| 4 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 5 | RUDY Y. KIM (CA SBN 199426) |
|   | RudyKim@mofo.com |
| 6 | DANIEL P. MUINO (CA SBN 209624) |
|   | DMuino@mofo.com |
| 7 | WENDY J. RAY (CA SBN 226269) |
|   | WRay@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 10 | Facsimile:    415.268.7522 |

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF ERIC A. TATE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC, | Honorable William H. Alsup |
| | Complaint Filed:  Feb. 23, 2017 |
| | First Am. Compl. Filed:  Mar. 10, 2017 |
| Defendants. | Trial Date:  TBD |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Eric A. Tate of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 178719) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC in the above-captioned case.

>    Eric A. Tate
>    Morrison & Foerster LLP
>    425 Market Street
>    San Francisco, CA  94105-2482
>    Phone:  (415) 268-7000
>    Fax:  (415) 268-7522
>    Email:  ETate@mofo.com

Dated: March 10, 2017                           MORRISON & FOERSTER LLP


                                                By:   */s/ Eric A. Tate*
                                                        ERIC A. TATE

                                                Attorneys for Defendants
                                                UBER TECHNOLOGIES, INC.,
                                                OTTOMOTTO LLC, and
                                                OTTO TRUCKING LLC