| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MATTHEW I. KREEGER (CA SBN 153793) |
| | MKreeger@mofo.com |
| 4 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 5 | RUDY Y. KIM (CA SBN 199426) |
| | RudyKim@mofo.com |
| 6 | DANIEL P. MUINO (CA SBN 209624) |
| | DMuino@mofo.com |
| 7 | WENDY J. RAY (CA SBN 226269) |
| | WRay@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 10 | Facsimile: 415.268.7522 |

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF RUDY Y. KIM** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC, | Honorable William H. Alsup |
| | Complaint Filed: Feb. 23, 2017 |
| | First Am. Compl. Filed: Mar. 10, 2017 |
| Defendants. | Trial Date: TBD |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Rudy Y. Kim of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 199426) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC in the above-captioned case.

> Rudy Y. Kim
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA  94304
> Phone:  (650) 813-5600
> Fax:  (650) 494-0792
> Email:  RudyKim@mofo.com

Dated: March 10, 2017                    MORRISON & FOERSTER LLP

By:  */s/ Rudy Y. Kim*
         RUDY Y. KIM

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and
OTTO TRUCKING LLC