MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
WENDY J. RAY (CA SBN 226269)
WRay@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF DANIEL P. MUINO**<br><br>Honorable William H. Alsup<br><br>Complaint Filed: Feb. 23, 2017<br>First Am. Compl. Filed: Mar. 10, 2017<br>Trial Date: TBD |

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that attorney Daniel P. Muino of Morrison & Foerster LLP, a

3  member of the State Bar of California (CA SBN 209624) and admitted to practice before this

4  Court, and whose contact information appears below, hereby enters an appearance as attorney of

5  record for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC in the

6  above-captioned case.

7         Daniel P. Muino
          Morrison & Foerster LLP
8         2000 Pennsylvania Avenue, NW Suite 6000
          Washington, DC 20006-1888
9         Phone:  (202) 887-1500
          Fax:  (202) 887-0763
10        Email:  DMuino@mofo.com

11

12  Dated: March 10, 2017              MORRISON & FOERSTER LLP

13

14                                By:  /s/ Daniel P. Muino
                                       DANIEL P. MUINO
15
                                       Attorneys for Defendants
16                                     UBER TECHNOLOGIES, INC.,
                                       OTTOMOTTO LLC, and
17                                     OTTO TRUCKING LLC

18

19

20

21

22

23

24

25

26

27

28