**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **NOTICE OF CASE MANAGEMENT CONFERENCE ON MOTION FOR PRELIMINARY INJUNCTION** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

    A case management conference is hereby set for **MARCH 16 AT 11:30 A.M.** to discuss discovery and procedure for plaintiff Waymo LLC's pending motion for a preliminary injunction. One matter that will be discussed is expedited discovery going both ways. Counsel for both sides shall please attend.

    **IT IS SO ORDERED.**

Dated: March 13, 2017.

                                                                  WILLIAM ALSUP
                                                                   UNITED STATES DISTRICT JUDGE