IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

                                            /

No. C 17-00939 WHA

**ORDER RE LETTER DATED MARCH 13, 2017**

      The Court has reviewed defendants' letter dated March 13, 2017 (Dkt. No. 42). Defense counsel shall please bring to the case management conference on March 16 the specific person(s) in Uber's legal department who defendants believe should be able to see the redacted materials at issue, as well as the resumes for such person(s). The Court requests, however, that counsel for both sides work this snafu out *before* the case management conference on March 16. Plaintiff should remember that it seeks extraordinary and drastic relief. Every day counts, but preliminary relief may be postponed until this problem is resolved.

      Plaintiff shall please respond to defendants' letter by **MARCH 15 AT NOON**.

      **IT IS SO ORDERED.**

Dated: March 13, 2017.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE