MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
WENDY J. RAY (CA SBN 226269)
WRay@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF MATTHEW I. KREEGER**<br><br>Honorable William H. Alsup<br><br>Complaint Filed: Feb. 23, 2017<br>First Am. Compl. Filed: Mar. 10, 2017<br>Trial Date: TBD |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Matthew I. Kreeger of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 153793) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC in the above-captioned case.

> Matthew I. Kreeger
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA  94105-2482
> Phone:  (415) 268-7000
> Fax:  (415) 268-7522
> Email:  MKreeger@mofo.com

Dated: March 13, 2017                    MORRISON & FOERSTER LLP

                                         By:  */s/ Matthew I. Kreeger*
                                              MATTHEW I. KREEGER

                                         Attorneys for Defendants
                                         UBER TECHNOLOGIES, INC.,
                                         OTTOMOTTO LLC, and
                                         OTTO TRUCKING LLC