IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **NOTICE RE CASE MANAGEMENT CONFERENCE ON MOTION FOR PRELIMINARY INJUNCTION** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

Attorney Arturo Gonzalez telephoned the Courtroom Deputy to state that he had a scheduling conflict and to request that the case management conference currently scheduled for March 16 at 11:30 a.m. be set for a different date or time. In the future, counsel should not telephone the Courtroom Deputy with scheduling requests but should file an administrative motion instead. Nevertheless, if both sides agree, the case management conference will be advanced to March 16 at 8:30 a.m. Otherwise, a different lawyer from defendants' long roster will have to appear. The Court asks both sides to cooperate on this matter.

Dated: March 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE