MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
WENDY J. RAY (CA SBN 226269)
WRay@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                 Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>                 Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Honorable William H. Alsup<br><br>Complaint Filed: Feb. 23, 2017<br>First Am. Compl. Filed: Mar. 10, 2017<br>Trial Date: TBD |

We write to advise the Court that Judge Koh has taken the conflicting matter off calendar. Therefore, the parties will proceed as scheduled at 11:30 a.m. on March 16, 2017.

Dated: March 14, 2017        MORRISON & FOERSTER LLP

By:  /s/ Arturo J. González
      ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and
OTTO TRUCKING LLC