1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   Felipe Corredor (Bar No. 295692)
7  felipecorredor@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
9  Facsimile:    (415) 875-6700

10 Attorneys for WAYMO LLC

11                UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  WAYMO LLC, | CASE NO. 3:17-cv-00939 |
| 14           Plaintiff, | **NOTICE OF APPEARANCE OF FELIPE CORREDOR** |
| 15       vs. | |
| 16  UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 17           Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that FELIPE CORREDOR, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Waymo LLC in the above-captioned matter.

> FELIPE CORREDOR  (Bar No. 295692)
> felipecorredor@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111
> (415) 875-6600
> (415) 875-6700 facsimile

DATED:  March 15, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/* Felipe Corredor
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Felipe Corredor (Bar No. 295692)
felipecorredor@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC