QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Felipe Corredor (Bar No. 295692)
felipecorredor@quinnemanuel.com
Grant Margeson (Bar No. 299308)
grantmargeson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF GRANT MARGESON** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that GRANT MARGESON an attorney with the firm of Quinn

3  Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an

4  attorney of record for Waymo LLC in the above-captioned matter.

5      Grant Margeson (Bar No. 299308)
    grantmargeson@quinnemanuel.com
6      50 California Street, 22nd Floor
    San Francisco, California 94111
7      (415) 875-6600
    (415) 875-6700 facsimile

11  DATED:  March 15, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

13                                      By: /s/ Grant Margeson
                                    Charles K. Verhoeven (Bar No. 170151)
                                    charlesverhoeven@quinnemanuel.com
                                    David A. Perlson (Bar No. 209502)
                                    davidperlson@quinnemanuel.com
                                    Melissa Baily (Bar No. 237649)
                                    melissabaily@quinnemanuel.com
                                    John Neukom (Bar No. 275887)
                                    johnneukom@quinnemanuel.com
                                    Jordan Jaffe (Bar No. 254886)
                                    jordanjaffe@quinnemanuel.com
                                    Felipe Corredor (Bar No. 295692)
                                    felipecorredor@quinnemanuel.com
                                    Grant Margeson (Bar No. 299308)
                                    grantmargeson@quinnemanuel.com
                                    50 California Street, 22nd Floor
                                    San Francisco, California 94111-4788
                                    Telephone:    (415) 875-6600
                                    Facsimile:     (415) 875-6700

                                      Attorneys for WAYMO LLC