IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE ACCESS TO UNDER-SEAL MATERIAL**

Without prejudice to both sides agreeing to a customized protective order, the Patent Local Rule 2-2 Interim Model Protective Order will apply in this case, effective immediately. As stated on the record at the case management conference today, however, the 14-day period for parties to object to the disclosure of protected material to experts is shortened to 48 hours. The Court approves Attorney Nicole Bartow, in-house counsel for defendant Uber Technologies, Inc., to review material even at the highest level of confidentiality, given that she has agreed to be bound by the protective order and is hereby ordered to do so.  Attorney Bartow should sign on formally to the protective order.

**IT IS SO ORDERED.**

Dated: March 16, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE