# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 3/16/17 | **Time:** 22 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. et al., | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Belle Ball | |

**Attorney for Plaintiff:** Charles Verhoven; David Perlson; Jordan Jaffe; Melissa Baily

**Attorney for Defendants:** Arturo Gonzalez; Michael Jacobs

# PROCEEDINGS

CMC - HELD

**PRETRIAL SCHEDULE:**

See separate orders.