IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**REQUEST FOR TECHNOLOGY TUTORIAL**

For a tutorial for the judge, counsel shall please make presentations to set forth the basic technology in the public domain and prior art bearing on the trade secrets and patents at issue on the motion for provisional relief. Please do not refer to the actual systems or subsystems used by either party. (Those will be presumably covered in the motion papers.) For the tutorial, please refer only to what is in the public domain or prior art, regardless of whether or not one side or the other actually practices it. That is, in the tutorial, please do not say what the parties actually practice but if the item is in the public domain, you may reference the public domain part, even if one side or the other practices it. Make sure that all points in the tutorial reside in books, treatises, articles, public interviews, public videos, blogs, websites, seminars, presentations, Form 10-Ks, or other publicly verifiable sources. Please exchange approximate scripts beforehand so that each side may vet the other. Each side will have forty minutes on **APRIL 12 AT 10:00 A.M.** The public may attend the entire presentation. The judge is interested

in learning the basic technology and learning publicly known art. This would be a good opportunity for a young lawyer to present in court.

**IT IS SO ORDERED.**

Dated: March 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE