UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the May 4, 2017 Motion for Preliminary Injunction in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )    All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

(X)    At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 3/20/2017                                                    Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
_____
Signature of Clerk or Deputy Clerk