# EXHIBIT 1

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **To:** | QE-Waymo (qewaymo@quinnemanuel.com) |
| **Cc:** | Waymo Internal - Attorneys |
| **Subject:** | Sameer Kshirsagar |
| **Date:** | Monday, March 20, 2017 11:26:53 AM |

Quinn team,

We would like to who Mr. Kshirsagar the 5 specific documents that your client alleges he misappropriated.  Please let us know if we can do so to allow us to properly respond to the PI motion.  If you do not consent, we will ask Judge Alsup to allow us to do so.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com