1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 WAYMO LLC,

12           Plaintiff,

13      v.

14 UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC; OTTO TRUCKING LLC,

15

16           Defendants.

Case No.       3:17-cv-00939-WHA

**[PROPOSED] ORDER GRANTING UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO ALLOW SAMEER KSHIRSAGAR ACCESS TO CERTAIN MATERIAL**

Complaint Filed:  February 23, 2017
First Am. Compl. Filed: March 10, 2017
Trial Date: October 2, 2017

17

18

19

20

21

22

23

24

25

26

27

28

1   Having considered Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto

2   Trucking, LLC (collectively "Uber")'s Administrative Motion to Allow Sameer Kshirsagar

3   Access to Certain Material, the Court **GRANTS** Uber's Administrative Motion and **Orders**

4   Waymo to allow Uber to share the following documents with Mr. Sameer Kshirsagar:

5       (1) the five files Waymo alleges Mr. Kshirsagar downloaded, listed at ECF No. 24-16

6   ¶¶ 6-11, and

7       (2) Mr. Kshirsagar's transition memorandum produced by Waymo on 3/22/2017 at Bates

8   no. WAYMO-UBER-00000414.

9

10      **IT IS SO ORDERED.**

11

12  Dated: _____, 2017

13                                          _____

14                                          HON. WILLIAM H. ALSUP
                                            United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28