United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER TO SHOW CAUSE RE SAMEER KSHIRSAGAR**

Tentatively, the Court believes counsel for defendants should be allowed to show Sameer Kshirsagar any files he either drafted or allegedly downloaded from plaintiff Waymo LLC, so long as Kshirsagar is not given copies of such files to keep and agrees not to use the contents thereof for any purpose other than the preparation of the defense in this case. This would apply only to circumstances where defense counsel genuinely believes that showing confidential material to Kshirsagar is essential to prepare the defense. If it is really true that Waymo has objected to the foregoing disclosure, then Waymo must **SHOW CAUSE BY TOMORROW AT NOON** why such disclosure should not be allowed. Waymo should remember that defendants deserve to present their defense, and if either side frustrates the other's ability to prepare, the Court may have to adjust the case schedule.

**IT IS SO ORDERED.**

Dated: March 23, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE