QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF**<br><br>**Andrew M. Holmes** |

1   TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Andrew M. Holmes, an attorney with the firm of Quinn

3   Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an

4   attorney of record for Waymo LLC in the above-captioned matter.

5          Andrew M. Holmes (Cal. Bar No. 260475)
           drewholmes@quinnemanuel.com
6          50 California Street, 22nd Floor
           San Francisco, California 94111
7          (415) 875-6600
           (415) 875-6700 facsimile
8

9

10

11  DATED:  March 23, 2017                    QUINN EMANUEL URQUHART & SULLIVAN,
                                              LLP
12
                                       By:  /s/ Andrew M. Holmes
13                                            _____
                                              Charles K. Verhoeven (Bar No. 170151)
14                                            charlesverhoeven@quinnemanuel.com
                                              David A. Perlson (Bar No. 209502)
15                                            davidperlson@quinnemanuel.com
                                              Melissa Baily (Bar No. 237649)
16                                            melissabaily@quinnemanuel.com
                                              John Neukom (Bar No. 275887)
17                                            johnneukom@quinnemanuel.com
                                              Jordan Jaffe (Bar No. 254886)
18                                            jordanjaffe@quinnemanuel.com
                                              50 California Street, 22nd Floor
19                                            San Francisco, California 94111-4788
                                              Telephone:     (415) 875-6600
20                                            Facsimile:     (415) 875-6700

21                                            Attorneys for WAYMO LLC

22

23

24

25

26

27

28