MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**STIPULATION FOR EXTENSION OF DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>The Honorable William H. Alsup<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

1 | Pursuant to Civil L.R. 6-1(a), Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC hereby stipulate and agree that the deadline to file an answer or otherwise respond to the Amended Complaint is hereby extended to **April 28, 2017**.

Dated: March 23, 2017        MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
         ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC


Dated: March 23, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Jordan R. Jaffe*
         JORDAN R. JAFFE

Attorneys for Plaintiff WAYMO LLC


**ATTESTATION**

I, Arturo J. González, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jordan R. Jaffe concurs in this filing.

Dated: March 23, 2017        MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
         ARTURO J. GONZÁLEZ