IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**REQUEST FOR LITERATURE**

    The judge requests each side to name one (and only one) book, treatise, article or other reference publicly available that will inform him about LiDAR, and particularly its application to self-driving vehicles.

    Please keep in mind that the judge is already familiar with basic light and optics principles involving lens, such as focal lengths, the non-linear nature of focal points as a function of distance of an object from the lens, where objects get focused to on a screen behind the lens, and the use of a lens to project as well as to focus.  So, most useful would be literature on adapting LiDAR to self-driving vehicles, including various strategies for positioning light-emitting diodes behind the lens for best overall effect, as well as use of a single lens to project outgoing light as well as to focus incoming reflections (other than, of course, the patents in suit).  The judge wishes to learn the prior art and public domain art bearing on the patents in suit and trade secrets in suit.

The judge would like to read your submissions (again, only one reference per side) before the tutorial. Please just give the reference and our court library will check it out — unless the reference is difficult to locate, in which case please submit a hard copy. Please respond by **NOON A WEEK BEFORE THE TUTORIAL**. At the tutorial, however, you may use multiple references to back up your presentations and you should supply the judge with a booklet with the references copied (except for the one submitted in advance).

Thank you.

Dated: March 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE