1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   Felipe Corredor (Bar No. 295692)
7  felipecorredor@quinnemanuel.com
   Grant Margeson (Bar No. 299308)
8  grantmargeson@quinnemanuel.com
   Jeffrey W. Nardinelli (Bar No. 295932)
9  jeffnardinelli@quinnemanuel.com
   50 California Street, 22nd Floor
10 San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
11 Facsimile:    (415) 875-6700

12 Attorneys for WAYMO LLC

13                UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>            Plaintiff,<br>    vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF JEFFREY W. NARDINELLI** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that JEFFREY W. NARDINELLI, an attorney with the firm of

3  Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears

4  as an attorney of record for Waymo LLC in the above-captioned matter.

    JEFFREY W. NARDINELLI (Cal. Bar No. 295932)
    jeffnardinelli@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111
    (415) 875-6600
    (415) 875-6700 facsimile

DATED: March 24, 2017     QUINN EMANUEL URQUHART & SULLIVAN, LLP

    By:   */s/* JEFFREY W. NARDINELLI
    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    Felipe Corredor (Bar No. 295692)
    felipecorredor@quinnemanuel.com
    Grant Margeson (Bar No. 299308)
    grantmargeson@quinnemanuel.com
    Jeffrey W. Nardinelli (Bar No. 295932)
    jeffnardinelli@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
    Facsimile:     (415) 875-6700

    Attorneys for WAYMO LLC