MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[L.R. 3-15]**<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have either more than a 10% financial interest in the subject matter in controversy or in a party to a proceeding, or a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding: Anthony Levandowski, Lior Ron, and Don Burnette.

Dated: March 24, 2017                     MORRISON & FOERSTER LLP

                                        By:  */s/Arturo J. Gonzalez*
                                                ARTURO J. GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC