MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

1    Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, through
2  their counsel of record, submit the following statement pursuant to Rule 7.1 of the Federal Rules
3  of Civil Procedure:
4    Uber Technologies, Inc. has no parent corporation, is not publicly held, and no publicly
5  held corporation owns 10 percent or more of its stock.
6    Otto Trucking LLC has no parent corporation, is not publicly held, and no publicly held
7  corporation owns 10 percent or more of its stock.
8    Ottomotto LLC is a wholly owned subsidiary of Uber Technologies, Inc.  It is not publicly
9  held and no publicly held entity owns more than 10% of its stock.

11  Dated: March 24, 2017          MORRISON & FOERSTER LLP

13              By:  */s/Arturo J. Gonzalez*
                        ARTURO J. GONZALEZ

14            Attorneys for Defendants
              UBER TECHNOLOGIES, INC.,
15            OTTOMOTTO LLC, and OTTO TRUCKING LLC

CORPORATE DISCLOSURE STATEMENT
Case No. 3:17-cv-00939-WHA                    1