**BOIES SCHILLER FLEXNER LLP**
Karen L. Dunn (*Pro Hac Vice* app. to be filed)
kdunn@bsfllp.com
Hamish P.M. Hume (*Pro Hac Vice* app. to be filed)
hhume@bsfllp.com
Michael A. Brille (*Pro Hac Vice* app. to be filed)
mbrille@bsfllp.com
Martha L. Goodman (*Pro Hac Vice* app. to be filed)
mgoodman@bsfllp.com
1401 New York Avenue, N.W.
Washington, DC 20005
Tel:  (202) 237-2727; Fax:  (202) 237-6131

Meredith R. Dearborn (CA SBN 268312)
mdearborn@bsfllp.com
425 Tasso Street, Suite 205
Palo Alto, CA 94307
Tel:  (650) 445-6400; Fax:  (650) 329-8507

*Attorneys for Defendants Uber Technologies, Inc. and Ottomotto LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF MEREDITH R. DEARBORN**<br><br>Assigned to Hon. William H. Alsup<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: Not set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT attorney Meredith R. Dearborn (mdearborn@bsfllp.com) of Boies Schiller Flexner LLP, a member of the State Bar of California, and admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendants Uber Technologies, Inc. and Ottomotto LLC.

Dated: March 24, 2017                     BOIES SCHILLER FLEXNER LLP

By: */s/ Meredith R. Dearborn*
    Meredith R. Dearborn (CA SBN 268312)
    mdearborn@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
    425 Tasso Street, Suite 205
    Palo Alto, CA 94307
    Telephone:    (650) 445-6400
    Facsimile:    (650) 329-8507

*Attorneys for Defendants* Uber Technologies, Inc. and Ottomotto LLC