Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,                                          )
                                                   )   Case No: 3:17-cv-00939
                            Plaintiff(s),          )
                                                   )   **APPLICATION FOR**
           v.                                      )   **ADMISSION OF ATTORNEY**
                                                   )   **PRO HAC VICE**
UBER TECHNOLOGIES, INC., et al.                    )   (CIVIL LOCAL RULE 11-3)
                                                   )
                            Defendant(s).          )
                                                   )

I, Martha L. Goodman , an active member in good standing of the bar of
District of Columbia , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: see Attachment 1 in the
above-entitled action. My local co-counsel in this case is Meredith R. Dearborn , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1401 New York Avenue, N.W.<br>Washington, DC 20005 | 425 Tasso Street, Suite 205<br>Palo Alto, CA 94307 |
| MY TELEPHONE # OF RECORD:<br>(202) 237-9616 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 445-6400 |
| MY EMAIL ADDRESS OF RECORD:<br>mgoodman@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mdearborn@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1017071 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/24/17                           /s/ Martha L. Goodman
                                          _____
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Martha L. Goodman is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:
                                          _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

*October 2012*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT 1

## TO PRO HAC VICE APPLICATION

Defendants Uber Technologies, Inc. and Ottomotto LLC



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO,* Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## MARTHA L. GOODMAN

was on        *JULY 11, 2014*        duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **MARCH 23, 2017**.

*JULIO A. CASTILLO*
Clerk of the Court

By: _____
Deputy Clerk