IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION RE SAMEER KSHIRSAGAR**

According to Waymo LLC's response to the prior order to show cause (Dkt. No. 75), no court intervention is necessary with respect to Sameer Kshirsagar's access to certain material. Defendants' administrative motion regarding this issue is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 27, 2017.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE