1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  KAREN L. DUNN (*Pro Hac Vice* app. pending)
   kdunn@bsfllp.com
8  HAMISH P.M. HUME (*Pro Hac Vice* app. pending)
   hhume@bsfllp.com
9  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
10 Washington DC 20005
   Telephone: 202.237.2727
11 Facsimile: 202.237.6131

12 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
13 OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

As the Court knows, a preliminary injunction hearing in this matter is scheduled for May 4, 2017. At the case management conference, on March 16, 2017, counsel for Uber advised the Court that it would be filing a petition to compel arbitration on the basis that Google's employment agreements contain very broad arbitration provisions. This Court then stated: "I don't want to go through the pain and suffering of a preliminary injunction hearing if it has to be arbitrated, is the point. Think that through." (González Decl. Ex. A at 15:12-14.)

Today, Uber is filing a Motion to Compel Arbitration of, and to Stay, Trade Secrets and UCL Claims ("Motion"), and will set it for hearing on May 4, the same date as the preliminary injunction. By this motion, Defendants ask that the Court set the following schedule for the Motion to Compel Arbitration:

- Waymo's Opposition to the Motion: **April 3, 2017**:
- Defendants' Reply In Support of Their Motion: **April 6, 2017**
- Hearing on the Motion: **April 13, 2017**

This proposed schedule would have the Court consider this Motion three weeks before the hearing on preliminary injunction. Plaintiff has advised us that it opposes this request on the basis that even if this motion is granted, there will still be a hearing on its motion for preliminary injunction pertaining to the four patent claims at issue. (González Decl. ¶ 3, Ex. B.) That may be true, but that would be a very different hearing.

Dated: March 27, 2017  MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
　　ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC