MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice* app. pending)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice* app. pending)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON UBER'S MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

I, Arturo J. González, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Uber's Administrative Motion to Shorten Time for Hearing on Uber's Motion to Compel Arbitration.

2. Uber moves to shorten time on the hearing for its Motion to Compel Arbitration so that the hearing may take place prior to the hearing on Waymo LLC ("Waymo")'s Motion for Preliminary Injunction. At the Case Management Conference in this case, this Court asked us to raise the arbitration issue so that it is considered before that hearing, set for May 4. (Attached hereto as Exhibit A is a true and correct excerpt of the transcript of that conference.)

3. On March 27, 2017, I spoke with counsel for Waymo, and explained why we needed to have this matter heard on shortened time. I reminded him that the Court asked us to raise this issue before too much time is spent by the Court on the pending motion for preliminary injunction, and noted that the Court is dark on April 20. Counsel for Waymo responded later in the day advising me in writing that Plaintiff opposes this request and asked that I attach his written response to this motion. (Attached hereto as Exhibit B is a true and correct copy of our email exchange on this topic.)

4. The underlying Motion to Compel Arbitration seeks an order that Waymo arbitrate their trade secret misappropriation and UCL claims against Uber, and that those claims be stayed pending the outcome of the arbitration.

5. The deadline for Uber to oppose Waymo's Motion for Preliminary Injunction has been continued from March 24 to April 7. (Tentative Order at 2, ECF No. 54). The deadline for Waymo to file its Reply has been continued from March 31 to April 21. (*Id*.) The hearing on the Motion for Preliminary Injunction has been continued from April 27 to May 4. (*Id*.)

6. The requested relief would have no effect on any other deadlines in the case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of March, 2017, in San Francisco, California.

                                           */s/ Arturo J. González*
                                            ARTURO J. GONZÁLEZ