# EXHIBIT B

**From:** David Perlson [mailto:davidperlson@quinnemanuel.com]
**Sent:** Monday, March 27, 2017 3:00 PM
**To:** Gonzalez, Arturo J.; John McCauley
**Cc:** QE-Waymo; Jacobs, Michael A.
**Subject:** [EXT] RE: Motion to shorten time

Arturo, please also attach my email to your request.

David

---

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Monday, March 27, 2017 2:59 PM
**To:** David Perlson <davidperlson@quinnemanuel.com>; John McCauley <johnmccauley@quinnemanuel.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; Jacobs, Michael A. <MJacobs@mofo.com>
**Subject:** Motion to shorten time

David,

Thank you for getting back to me. We will advise the Court that your client opposes our requested relief.

Arturo J. González
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com


-----Original Message-----
From: David Perlson [mailto:davidperlson@quinnemanuel.com]
Sent: Monday, March 27, 2017 2:55 PM
To: Gonzalez, Arturo J.; John McCauley
Cc: QE-Waymo; Jacobs, Michael A.
Subject: [EXT] RE: Motion to shorten time

Arturo, on our meet and confer, you indicated that the reason you intend to seek shortened time is because Uber wants it motion to compel arbitration to be heard before the hearing on Waymo's motion for preliminary injunction on May 4, citing the Court's concerns that it did not want to go through with a preliminary injunction hearing if the claims were to be arbitrated. But having Uber's proposed motion heard before May 4 would not have required any expedited schedule. Indeed, had you filed your motion last Thursday as you initially proposed it still could have been heard with a normal briefing schedule before the preliminary injunction hearing. Moreover, you informed us that Uber does not intend to seek arbitration of Waymo's patent infringement claims. Thus, even if the Court were inclined to grant your motion to compel arbitration, that would not moot the preliminary injunction hearing. Given the above, and the prejudice this delay/your proposal would cause us in having to unnecessarily to respond to Uber's motion on an expedited schedule with all that is going in the case with expedited discovery, we oppose your suggested motion to shorten time.

David

-----Original Message-----
From: Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
Sent: Monday, March 27, 2017 8:59 AM
To: John McCauley <johnmccauley@quinnemanuel.com>
Cc: QE-Waymo <qewaymo@quinnemanuel.com>; Jacobs, Michael A. <MJacobs@mofo.com>; David Perlson <davidperlson@quinnemanuel.com>
Subject: Motion to shorten time

Thank you, John. At what number should I reach you?

Sent from my iPhone

> On Mar 27, 2017, at 8:54 AM, John McCauley <johnmccauley@quinnemanuel.com> wrote:
>
> Arturo,
>
> We are available at 11 am to meet and confer. At the meet and confer, we would like some further detail as to the scope and basis for the motion to compel arbitration you intend to file. That is unclear from your email. Further, we would like to discuss the basis for Uber's proposed motion to shorten time, for which you provide no basis in your email. We note Waymo filed its complaint over a month ago and its motion preliminary injunction over two weeks ago, and it seems Uber has been contemplating your suggested motion for some time, as you mentioned it at the March 16 hearing.
>
> John
>
> John McCauley
> Associate,
> Quinn Emanuel Urquhart & Sullivan, LLP johnmccauley@quinnemanuel.com
>
>
> -----Original Message-----
> From: Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
> Sent: Sunday, March 26, 2017 6:47 PM
> To: QE-Waymo <qewaymo@quinnemanuel.com>
> Cc: Jacobs, Michael A. <MJacobs@mofo.com>
> Subject: Motion to shorten time
>
> Quinn team,
>
> We are filing our petition to compel arbitration tomorrow. We are also requesting that it be heard on shortened time, with opposition in one week and reply three days later, and a hearing a week after that, on April 13. Please let me know who I can confer with tomorrow morning about this proposal.
>
> Arturo
>
> Sent from my iPhone
>
> ================================================================================
>


\> This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.
\>

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.


========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.