1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No.    3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON UBER'S MOTION TO COMPEL ARBITRATION** <br><br> Complaint Filed:  February 23, 2017 <br> First Am. Compl. Filed: March 10, 2017 <br> Trial Date: October 2, 2017 |

Having considered Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking, LLC (collectively "Uber")'s Administrative Motion to Shorten Time for Hearing on Uber's Motion to Compel Arbitration ("Motion"), the Court **GRANTS** Uber's Motion and **ORDERS** the following schedule for the Motion:

- Waymo's Opposition to the Motion: **April 3, 2017**:
- Defendants' Reply In Support of Their Motion: **April 6, 2017**
- Hearing on the Motion: **April 13, 2017**

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM H. ALSUP
United States District Court Judge