United States District Court

For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   WAYMO LLC,                                          No. C 17-00939 WHA

10                Plaintiff,

11        v.

12   UBER TECHNOLOGIES, INC., *et al.*,                 **ORDER DENYING PRO**
                                                        **HAC VICE APPLICATION**
13                Defendants.

14   ————————————————————————————————/

15        The *pro hac vice* application of Attorney Martha Goodman (Dkt. No. 88) is **DENIED** for

16   failing to comply with Local Rule 11-3.  That rule requires an applicant to certify that "he or

17   she is an active member in good standing of the bar of a United States *Court* or of the highest

18   *court* of another State or the District of Columbia, *specifying such bar*" (emphasis added).

19   Filling out the *pro hac vice* form from the district court website such that it identifies only the

20   state of bar membership — *e.g.*, "the bar of District of Columbia" — is inadequate under the

21   rule because it fails to identify a specific court.  While the application fee does not need to be

22   paid again, the application cannot be processed until a corrected form is submitted.

23

24        **IT IS SO ORDERED.**

25

26   Dated:  March 27, 2017.

27                                                      _____
                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE
28