IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION** |

  The *pro hac vice* application of Attorney Jessica Phillips (Dkt. No. 89) is **DENIED** for failing to comply with Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States *Court* or of the highest *court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it identifies only the state of bar membership — *e.g.*, "the bar of District of Columbia" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

  **IT IS SO ORDERED.**

Dated: March 27, 2017.

                          _____
                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE