1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

12  WAYMO LLC,                    | CASE NO. 3:17-cv-00939-WHA
13          Plaintiff,
          v.                      | **PROOF OF SERVICE**
14
    UBER TECHNOLOGIES, INC.;
15  OTTOMOTTO LLC; OTTO TRUCKING LLC,
16
            Defendants.

| Attorney or Party without Attorney: <br> CHARLES K. VERHOEVEN, ESQ. <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 CALIFORNIA STREET <br> 22ND FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: (415) 875-6600    FAX No: (415) 875-6700 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | |
| Plaintiff: WAYMO LLC <br> Defendant: UBER TECHNOLOGIES, INC., ET AL. | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:17-CV-00939-WHA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT.

3. a. Party served: UBER TECHNOLOGIES, INC.
   b. Person served: DAISY MONTENEGRO, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served: 818 WEST SEVENTH STREET SUITE 930 LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 15, 2017 (2) at: 11:55AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UBER TECHNOLOGIES, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. DOUG FORREST

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone (213) 250-9111
   Fax (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 5141
       (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 16, 2017

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(DOUG FORREST)
3285028  .quiem-sf.879742