QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by Quinn Emanuel Urquhart & Sullivan.in the County of San Francisco, State of California. My business address is 50 California Street, 22nd Floor, San Francisco, CA 94111.

On March 22, 2017, I served true copies of the following document(s) described as:

- Summons to Otto Trucking LLC

- Amended Complaint to Otto Trucking LLC

on interested parties in this action as follows:

Counsel for Defendants

| | |
|---|---|
| Uber Technologies, Inc;<br>Otto Motto LLC; Otto Trucking LLC | Arturo Gonzales<br>AGonzalez@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105 |

BY ELECTRONIC TRANSMISSION: I caused the documents identified above to be transmitted electronically to the email address of counsel for defendants, who agreed to accept such service.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2017, at San Francisco, California.

Kathleen Corey

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kathleen Corey.

                           */s/ Jordan Jaffe*
                           Jordan Jaffe