# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

                Plaintiff(s),

      v.

UBER TECHNOLOGIES, INC., et al.

                Defendant(s).

Case No: __3:17-cv-00939__

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Martha L. Goodman__, an active member in good standing of the bar of __the District of Columbia Court of Appeals__, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: __see Attachment 1__ in the above-entitled action. My local co-counsel in this case is __Meredith R. Dearborn__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1401 New York Avenue, N.W.<br>Washington, DC 20005 | 425 Tasso Street, Suite 205<br>Palo Alto, CA 94307 |
| MY TELEPHONE # OF RECORD:<br>(202) 237-9616 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 445-6400 |
| MY EMAIL ADDRESS OF RECORD:<br>mgoodman@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mdearborn@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __1017071__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: __03/27/17__

/s/ Martha L. Goodman

                APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Martha L. Goodman__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 27, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

1

**ATTACHMENT 1**

2

**TO PRO HAC VICE APPLICATION**

3

4

Defendants Uber Technologies, Inc. and Ottomotto LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28