MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice* app. pending)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice* app. pending)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

I, Arturo J. González, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Documents Under Seal.

2. Defendants submit this motion for an order to file under seal the confidential, unredacted versions of the following documents:

- Portions of Defendants' Motion to Compel Arbitration of, and to Stay, Trade Secret and UCL Claims ("Motion"); and
- Portions of the Declaration of Arturo J. González ("González Declaration");
- Entirety of Exhibits 1-2 of the González Declaration.

3. The redacted portions of Defendants' Motion, the redacted portions of the González Declaration, and the entirety of Exhibits 1-2 to the González Declaration discuss confidential information relating to employment agreements and certain confidential proceedings between Plaintiff Waymo LLC ("Waymo") and two of its former employees.

4. Waymo has indicated that this information is confidential to Waymo, and has produced some of these employment agreements under the designation "Highly Confidential – Attorneys' Eyes Only."

5. Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

6. The requested time modification would have no effect on any other deadlines in the case.

7. Defendants met and conferred with Waymo regarding the Administrative Motion to File Documents Under Seal on March 27, 2017. Defendants agreed that they will file the aforementioned documents under seal, without a stipulation, and Waymo will file a declaration to support sealing all or portions of the documents.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27rd day of March, 2017, in San Francisco, California

                                          */s/ Arturo J. González*
                                          ARTURO J. GONZÁLEZ