UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Portions of Defendants' Motion to Compel Arbitration of, and to Stay, Trade Secret and UCL Claims ("Motion") | Highlighted Portions |
| Portions of the Declaration of Arturo González ("González Declaration") | Highlighted Portions |
| Exhibits 1-2 to the González Declaration | Entirety |

These documents shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Interim Protective Order.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge