| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone:    415.268.7000 |
| 6 | Facsimile:     415.268.7522 |

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice* app. pending)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice* app. pending)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF DEFENDANTS' JOINT MOTION TO COMPEL ARBITRATION OF, AND TO STAY, TRADE SECRET AND UCL CLAIMS [9 U.S.C. §§ 3, 4]** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Date:    May 4, 2017 |
| | Time:    8:00 a.m. |
| | Ctrm:    8, 19th Floor |
| | Judge:   The Honorable William H. Alsup |
| | Trial Date: October 2, 2017 |

**REDACTED VERSION OF DOCUMENT SUBMITTED UNDER SEAL**

I, Arturo J. González, declare as follows:

1. I am a member of the bar of the State of California and a partner with Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC in this action. I am admitted to practice before this Court. I submit this declaration in support of Defendants' Joint Motion to Compel Arbitration of, and to Stay, Trade Secret and UCL Claims. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. ███████████████████████████████████████

3. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████

4. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████

5. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

1  █████████████████████████████████████████████████████████████

2  ██████████████████████████████████████████████████████████████

3  ████████████████████████████████████

4       6.      This week, ████████████████████████████████████████

5  ██████████████████████████████████████████████████████████████

6  ██████████████████████████████████████████████████████████████

7  ████████████████████ based upon the broad arbitration provisions in Levandowski's employment

8  agreements with Waymo.

9       I declare until penalty of perjury under the laws of the United States that the foregoing is

10 true and correct.  Executed this 27th day of March, 2017, in San Francisco, California.

11

12       */s/ Arturo J. González*
         Arturo J. González