UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S MOTION TO COMPEL ARBITRATION OF, AND TO STAY, TRADE SECRET AND UCL CLAIMS [9 U.S.C. §§ 3, 4]**<br><br>Complaint Filed:　February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

The Court, having considered Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking, LLC (collectively "Uber")'s Notice of Motion and Motion to Compel Arbitration of, And to Stay, Trade Secret AND UCL Claims [9 U.S.C. §§ 3, 4], the Memorandum of Points and Authorities, the Declaration of Arturo González, and all exhibits thereto, and after hearing arguments of counsel, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

Defendants' joint motion to compel arbitration of the trade secret misappropriation and UCL claims (collectively, the first, second, and seventh causes of action) is **GRANTED**. Those claims are stayed under 9 U.S.C. § 3 pending the outcome of the arbitration. The remaining causes of action will proceed in this Court.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM H. ALSUP
United States District Court Judge