# EXHIBIT A

# Margarette Toban

| | |
|---|---|
| **From:** | Jordan Jaffe |
| **Sent:** | Thursday, March 23, 2017 9:49 AM |
| **To:** | Gonzalez, Arturo J.; QE-Waymo |
| **Cc:** | Ray, Wendy J. |
| **Subject:** | Re: Petition to Compel Arbitration |

Arturo--what hearing date are defendants contemplating asking for? I note that Judge Alsup has some stated unavailability in April on his calendar. Thanks.

**Jordan R. Jaffe** // Quinn Emanuel // 415.498.0556 // jordanjaffe@quinnemanuel.com

**From:** "Gonzalez, Arturo J."
**Sent:** Mar 22, 2017 7:10 AM
**To:** QE-Waymo
**Cc:** Ray, Wendy J.
**Subject:** Petition to Compel Arbitration

Quinn Team,

We are planning to file our petition tomorrow. Please let us know if you have any objection to having the motion heard in 4 weeks instead of 5. Same briefing schedule.

Arturo

Sent from my iPad

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.