IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE EXCESSIVE REDACTIONS**

    With respect to defendants' administrative motion to shorten time for briefing and hearing on their motion to compel arbitration, the Court first states its strong concern that the memorandum in support of the motion to compel is overly redacted. Our federal courts belong to the public, and the public and the press have a legitimate interest in looking over our shoulders to see the work in progress in our courts. The essence of our work concerns evaluating competing arguments. Parties should not hide those arguments under seal out of a desire to shroud business dealings in secrecy.

    The Court intends to grant a measure of expedited hearing on the motion but before doing so insists that the parties meet and confer and agree on a wholly public version of the motion that is completely unredacted, or show good cause for maintaining privacy over any specific portions. Please do so by **MARCH 29 AT 5:00 P.M.**

This theme runs throughout the brief history of this case. Please do not claim privacy over anything less than true trade secrets or other material clearly deserving to be under seal.

**IT IS SO ORDERED.**

Dated: March 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE