1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,                                        No. C 17-00939 WHA

        Plaintiff,

  v.                                            **SCHEDULING ORDER**

UBER TECHNOLOGIES, INC., *et al.*,

        Defendants.

———————————————/

     The hearing on plaintiff Waymo LLC's motion for a preliminary injunction is rescheduled from May 4 to **MAY 3**. On that date, the hearing on the motion will be split up into two separate proceedings. *First*, at **7:30 A.M.**, we will have a hearing closed to the public, during which the parties will have an opportunity to address anything deserving to be under seal. Counsel should limit their arguments to items that should truly be under seal and not veer off into topics merely related to items under seal. Counsel should also provide shorthand names for each alleged trade secret discussed in argument so that they can later be referenced to by the short name. *Second*, at **9:00 A.M.**, we will have a public hearing to address the rest of the motion. At this later proceeding, counsel may use the previously established shorthand to refer to trade secrets without revealing the contents thereof.

     As stated earlier, the Court remains concerned that too much information in this case is being hidden from the public under claims of confidentiality. Please make sure that the bare minimum remains redacted (so that delays to comb out unnecessary redactions can be avoided).

The public has a legitimate interest in looking over our shoulders to see the work in our courts, which belong to the public, not to litigants.

**IT IS SO ORDERED.**

Dated:  March 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE