MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**UBER'S REQUEST FOR IN-CHAMBERS CONFERENCE TO DISCUSS CONFIDENTIAL MATTER**<br><br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William Alsup<br><br>Complaint Filed: February 23, 2017<br>First Am. Compl. Filed: March 10, 2017<br>Trial Date: October 2, 2017 |

1    Uber has received this Court's Order re Excessive Redactions and agrees that "the public
2    and the press have a legitimate interest in looking over our shoulders to see the work in progress
3    in our courts." Indeed, it is Uber's view that the entire memorandum in support of the petition to
4    compel arbitration can be filed unredacted. Uber applied the redactions based on Google's
5    insistence that the existence of an arbitration and every word in its employment agreements must
6    be kept in strictest confidence – we are trying to confer with them further on that issue now.

7    However, Uber has a confidential matter (unrelated to redacting) that we believe needs to
8    be addressed in chambers to protect legitimate privacy concerns. The Court will understand the
9    need for this matter to be raised in confidence. Uber requests a short in-chambers conference on
10   Wednesday afternoon, March 29, 2017, or as soon thereafter as is convenient for the Court.
11   Counsel for Uber is not available after 11:00 a.m. on Thursday.

12   Dated: March 28, 2017                    MORRISON & FOERSTER LLP

                                              By:   /s/ Arturo J. González
                                                    ARTURO J. GONZÁLEZ

                                              Attorneys for Defendants
                                              UBER TECHNOLOGIES, INC.,
                                              OTTOMOTTO LLC, and OTTO TRUCKING LLC