IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>          Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE IN-CHAMBERS CONFERENCE** |

The Court has reviewed defendants' request for a short in-chambers conference to address a confidential matter (Dkt. No. 122). A conference is hereby set for **MARCH 29 AT 2:00 P.M.** Counsel for both sides should attend. A court reporter will be present unless both sides stipulate otherwise in advance by **10:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 28, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE