QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S RESPONSE TO ORDER RE IN-CHAMBERS CONFERENCE** |
|---|---|

1  Plaintiff Waymo LLC ("Waymo") acknowledges the Court's Order of yesterday, Dkt. No. 123, setting an in-chambers hearing for today at 2 p.m. Waymo and counsel will appear at that time.

The Court's Order states that the parties have until 10 a.m. today to stipulate to the absence of a Court Reporter. Waymo is unable to take a position on whether a Court Reporter should be present, because Defendants have (despite requests) refused to tell Waymo's counsel even the subject matter of the requested hearing. (*See* Exhibit 1.)

DATED: March 29, 2017            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   */s/ Charles K. Verhoeven*
     Charles K. Verhoeven
     Attorneys for Plaintiff Waymo LLC