# Exhibit 1

From: David Perlson <davidperlson@quinnemanuel.com>
Date: Mar 28, 2017 4:25 PM
Subject: Waymo - Order Setting In-Chambers Conference
To: "Gonzalez, Arturo J." <AGonzalez@mofo.com>
Cc:

Arturo, on our call this afternoon regarding your request for a conference, you indicated that you could not tell me, as I requested, what you intended to raise at the conference.  But you did indicate you did not want it on the record.  The Court's Order states that a court reporter will be present unless both sides stipulate otherwise by 10 am.  I am not sure whether your position on whether it should be on the record or not has changed based on the Order, but to the extent you are going to be seeking a stipulation, we would need more information on what you intend to disclose at the hearing before we could even consider such a stipulation.  Given time is short, I figured I would reach out to let you know.  Regardless, I reiterate our request that you provide this information before the conference so that we know what you intend to raise with the Court in advance.

Please let me know if you would to discuss.

David


David Perlson
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6344
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700
E-mail: davidperlson@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.