IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants.<br>                                      / | No. C 17-00939 WHA<br><br>**ORDER RE ADMINISTRATIVE MOTIONS TO SHORTEN TIME AND FILE UNDER SEAL** |

       The hearing on defendants' motion to compel arbitration (Dkt. No. 115) is rescheduled from May 4 to **APRIL 27 AT 8:00 A.M.** The opposition brief remains due by April 10 and any reply brief remains due by April 17. To accelerate the hearing date any more would be unfair, given that defendants have known about this controversy for months and could have brought their motion to compel arbitration earlier. Instead, defendants waited until after the other side had made its motion for provisional relief. To give even more priority to the motion to compel arbitration would place undue pressure on the schedule for the motion for provisional relief, including the expedited discovery. The Court may or may not be able to rule on the motion to compel arbitration prior to the hearing on May 3 (not May 4) concerning the motion for provisional relief, which May 3 hearing date remains firm.

       Counsel shall please keep in mind that the manner in which the motions have been presented, including excessive redaction demands associated therewith, may inform the Court as to the advisability of staying this case pending arbitration, a forum where everything is redacted from public view. Other factors that would be of interest include how far along the

arbitration in question has advanced; who the arbitrators are; their relevant expertise; the extent to which depositions and document discovery will be available on an expedited basis; and when the arbitration will be concluded by comparison to proceedings in this case, a question that bears on the equitable factor of whether this case should be stayed in favor of arbitration.

Except as stated above, defendants' administrative motion to shorten time (Dkt. No. 95) is **DENIED**.

During the conference yesterday, counsel for both sides reached an agreement as to which portions of the motion to compel arbitration (and its attachments) truly deserve to be filed under seal. Defendants shall please revise the proposed order on their administrative motion to file under seal (Dkt. No. 114) accordingly and file the revised proposed order by **APRIL 3 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 30, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE