IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **ORDER RE DUE DILIGENCE REPORT** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

At the conference on March 29, defense counsel indicated that, prior to the acquisition of Otto Trucking LLC and Ottomotto LLC, Uber Technologies, Inc., obtained a due diligence report prepared by a third party that may (or may not) have referenced the collection of allegedly downloaded documents. Uber intends to put that report on a privilege log. Unless privileged, the aforementioned due diligence report should be produced to plaintiff Waymo LLC. If a claim of privilege is asserted, it should be very promptly claimed with all of the required details disclosed. Any motion under the Fifth Amendment to suspend the production or privilege log requirement must be brought by **APRIL 4 AT NOON**, if at all, so as to avoid delay leading up to the hearing on May 3. Defense counsel shall immediately notify separate counsel for Anthony Levandowski of this deadline.

**IT IS SO ORDERED.**

Dated: March 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE