# EXHIBIT 2

| | |
|---|---|
| **From:** | Matthew McAuley <MMcAuley@StrozFriedberg.com> |
| **Sent:** | Friday, March 31, 2017 11:48 PM |
| **To:** | Charles K Verhoeven; David Perlson; Melissa Baily; John Neukom; Jordan Jaffe; John McCauley; Dawn A. Siadatan; QE-Waymo |
| **Cc:** | AGonzalez@mofo.com; UberWaymo@mofo.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; SF_MOFO_UBER_WAYMO; Samuel Rubin; Balassone, Elizabeth; Ray, Wendy J.; Villegas, Ethel |
| **Subject:** | PRIVILEGED & CONFIDENTIAL | Waymo v. Uber - UBER_001 |

Counsel,

Enclosed please find Defendants' document production bearing the Bates range **UBER00000001_AEO** to **UBER00002551_AEO**.

To access this production please click on the following link:

https://transit.strozfriedberg.com/receive/?thread=0620-0E9C&packageCode=dixiuxn4PFwnlQmxJK7iW_5QeJweC43eika7it_38Qg#keyCode=EdQXWhhUFn63iTKUBB_4yd5iOMZtrOTxsmkn4Cq3sMo

Please note that these documents are designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" pursuant to the Interim Protective Order.  Please also note that the production has been encrypted.  The password will be sent under separate cover.

These documents are produced pursuant to the Court's March 16, 2017 Order (ECF No. 61).

Very truly yours,
Matt


**Matthew McAuley | Senior Project Manager**

**Stroz Friedberg, an Aon company**
101 Montgomery Street, Suite 2200 | San Francisco, CA 94104

T: +1 415.671.4729 | M: +1 860.718.5674 | F: +1 415.671.4717
MMcAuley@StrozFriedberg.com | www.strozfriedberg.com

This message and/or its attachments may contain information that is confidential and/or protected by privilege from disclosure. If you have reason to believe you are not the intended recipient, please immediately notify the sender by reply e-mail or by telephone, then delete this message (and any attachments), as well as all copies, including any printed copies. Thank you.