MILES F. EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL J. RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY E. CRAIG (SBN 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Non-Party Anthony Levandowski*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>        Defendants. | Case No.: C 17-00939 WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL BY MILES F. EHRLICH, ISMAIL J. RAMSEY AND AMY E. CRAIG  FOR NON-PARTY ANTHONY LEVANDOWSKI** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Miles F. Ehrlich, Ismail J. Ramsey, and Amy E. Craig of Ramsey & Ehrlich LLP hereby enter appearances as counsel of record on behalf of non-party Anthony Levandowski in the above-captioned matter.

Mr. Ehrlich is lead attorney on the case.  Mr. Ehrlich, Mr. Ramsey, and Ms. Craig are admitted to practice in the State of California and before this Court.  Mr.

Levandowski requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

>MILES F. EHRLICH (Cal. Bar No. 237954)
>miles@ramsey-ehrlich.com
>ISMAIL J. RAMSEY (Bar No. 189820)
>izzy@ramsey-ehrlich.com
>AMY E. CRAIG (SBN 269339)
>amy@ramsey-ehrlich.com
>RAMSEY & EHRLICH LLP
>803 Hearst Avenue
>Berkeley, CA 94710
>(510) 548-3600 (Tel)
>(510) 291-3060 (Fax)

Dated: April 3, 2017                    Respectfully Submitted,

                                        RAMSEY & EHRLICH LLP

                                               //s//

                                        MILES F. EHRLICH
                                        ISMAIL J. RAMSEY
                                        AMY E. CRAIG
                                        *Attorneys for Non-Party Anthony Levandowski*