UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**STIPULATION REGARDING INITIAL DISCLOSURES AND RULE 26(f) REPORT** |

1  WHEREAS, on March 20, 2017, Plaintiff Waymo LLC ("Waymo") and Defendants Uber
2  Technologies Inc., Ottomotto LLC, and Otto Trucking LLC (collectively, "Defendants") held an
3  initial conference pursuant to Fed. R. Civ. P. 26(f);

4  WHEREAS, the Court scheduled the Initial Case Management Conference for May 18, 2017,
5  and ordered the parties to submit the Case Management Statement by May 11, 2017 (Dkt. No. 20);

6  WHEREAS, the Court ordered the parties to file a written joint plan for further expedited
7  discovery before the hearing on Defendants' motion to compel arbitration (Dkt. No. 61);

8  WHEREAS, the Court has set the hearing on Defendants' motion to compel arbitration for
9  April 27, 2017 (Dkt. No. 130);

10  WHEREAS, the parties wish to clarify the deadlines for serving initial disclosures under Rule
11  26(a)(1) and for filing their Case Management Statement under Rule 26(f);

12  THEREFORE, the parties stipulate as follows:

13  1. In light of the fact that the parties held their Rule 26(f) conference on March 20, 2017, the
14  parties will serve their initial disclosures under Rule 26(a)(1) on April 3, 2017;

15  2. In light of the Court's previous Order that the parties file a written joint plan for further
16  expedited discovery before April 27, 2017, the parties will submit their Case Management
17  Statement -- together with that joint plan -- before April 27, 2017.

18  IT IS STIPULATED.

DATED:  April 3, 2017

/s/ Charles K. Verhoeven
Charles K. Verhoeven

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for WAYMO LLC

DATED:  April 3, 2017

/s/ Arturo J. Gonzalez
Arturo J. Gonzalez

MORRISON & FOERSTER LLP
Attorneys for UBER TECHNOLOGIES INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____, 2017    _____
                                The Honorable William H. Alsup