IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER SETTING HEARING RE DISCOVERY LETTER DATED APRIL 3, 2017**

    The Court is in receipt of plaintiff Waymo LLC's discovery letter dated April 3, 2017 (Dkt. No. 135). This order sets a two-hour meet-and-confer on **APRIL 5** from **8:00 A.M.** to **10:00 A.M.** in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **10:00 A.M.**, the Court shall hear any remaining issues in Courtroom No. 8.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: April 4, 2017.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE