IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>          Defendants.<br>_____/ | No. C 17-00939 WHA<br><br>**REQUEST RE SELECTION<br>OF SPECIAL MASTER** |

      The Court requests that, prior to the hearing on May 3, both sides meet and confer and select a mutually agreeable special master who, if needed, would be willing to clear their calendar to work on this case and to have access to both sides' secrets.  The Court can imagine any number of scenarios where having the assistance of such a special master would be invaluable.  If this case stays active in the district court, we will not wish to lose time waiting to select a special master later.

Dated:  April 4, 2017.

                                                                      WILLIAM ALSUP<br>
                                                                       UNITED STATES DISTRICT JUDGE

United States District Court<br>
For the Northern District of California