IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE DISCOVERY HEARING TOMORROW**

Defendants shall please bring to the discovery hearing tomorrow:

1.    A list of all servers (and their locations) used at any time in any way for defendants' LiDAR-related activities. Do not leave anything off the list merely because some other server supposedly houses the same materials.

2.    A list of all of defendants' officers, directors, and employees, past and present, who have had LiDAR-related responsibilities or projects, and their locations.

3.    A list of all of defendants' suppliers and consultants, past and present, who have had LiDAR-related responsibilities or projects, and their locations.

4.    The fully completed privilege log.

Defendants must also explain why they told the Court that Anthony Levandowski "has a good story to tell" (Dkt. No. 131 at 16:10) and were able to obtain signed versions of Mr. Levandowski's employment agreements with plaintiff Waymo LLC, but did not review his files and documents to retrieve the 14,000-plus allegedly downloaded from Waymo.

Plaintiff Waymo shall please bring to the discovery hearing tomorrow:

1. The "list of 15 search terms" it proposes (Dkt. No. 135 at 3).

2. A list of the top 50 most important files and documents from among the 14,000-plus allegedly downloaded by Mr. Levandowski, possibly to be used to prioritize and to expedite any subsequent searches.

**IT IS SO ORDERED.**

Dated: April 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE