| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 133-1, 133-3, 134-1, AND 134-3.**<br><br>Trial Date: October 2, 2017 |

Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC file this Administrative Motion to Remove the following documents from ECF, submitted electronically on April 3, 2017, by Defendants:

1. Docket Number 133-1, Redacted Exhibit 1 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.
2. Docket Number 133-3, Redacted Exhibit 2 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.
3. Docket Number 134-1, Corrected Redacted Exhibit 1 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.
4. Docket Number 134-3, Corrected Redacted Exhibit 2 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.

These documents contain information that Defendants and Plaintiff Waymo, LLC have agreed is confidential, and that was inadvertently not redacted from the public versions submitted electronically at the above docket numbers. Defendants have contacted the ECF Help Desk regarding this issue, which has temporarily blocked public access to these filings. Defendants have also filed corrected versions of these documents with the confidential information at issue redacted.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: April 4, 2017        MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

UBER TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 3:17-cv-00939-WHA
sf-3755779

1