1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:   415.268.7000
6  Facsimile:    415.268.7522

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
8  OTTOMOTTO LLC, and OTTO TRUCKING LLC

9  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
10 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
11 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
12 Washington DC  20005
   Telephone:   202.237.2727
13 Facsimile:    202.237.6131

14 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
15 and OTTOMOTTO LLC

16                          UNITED STATES DISTRICT COURT

17                          NORTHERN DISTRICT OF CALIFORNIA

18                                SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.       3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 133-1, 133-3, 134-1, AND 134-3.**<br><br>Trial Date: October 2, 2017 |

Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC file this Administrative Motion to Remove the following documents from ECF, submitted electronically on April 3, 2017, by Defendants:

1. Docket Number 133-1, Redacted Exhibit 1 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.
2. Docket Number 133-3, Redacted Exhibit 2 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.
3. Docket Number 134-1, Corrected Redacted Exhibit 1 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.
4. Docket Number 134-3, Corrected Redacted Exhibit 2 to the Declaration of Arturo J. González in Support of Defendants' Motion to Compel Arbitration.

These documents contain information that Defendants and Plaintiff Waymo, LLC have agreed is confidential, and that was inadvertently not redacted from the public versions submitted electronically at the above docket numbers. Defendants have contacted the ECF Help Desk regarding this issue, which has temporarily blocked public access to these filings. Defendants have also filed corrected versions of these documents with the confidential information at issue redacted.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: April 4, 2017                     MORRISON & FOERSTER LLP

                                         By:  /s/ Arturo J. González
                                              ARTURO J. GONZÁLEZ

                                         Attorneys for Defendants
                                         UBER TECHNOLOGIES, INC.,
                                         OTTOMOTTO LLC, and OTTO TRUCKING LLC

UBER TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 3:17-cv-00939-WHA
sf-3755779

1