1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                     Plaintiff,<br><br>          v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                     Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS**<br><br>Trial Date: October 2, 2017 |

1  Having reviewed and considered Defendants Uber Technologies, Inc., Ottomotto LLC,
2  and Otto Trucking LLC's Motion to Remove Incorrectly Filed Documents, Docket Nos. 133-1,
3  133-3, 134-1, and 134-3, which Defendants filed on April 4, 2017, and good cause appearing
4  therefore, **IT IS HEREBY ORDERED** that Defendants' Motion shall be granted.

**IT IS SO ORDERED**.

Dated: April ___, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge