IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**REFERRAL FOR MEDIATION WITH JUDGE LAPORTE**

    This case is immediately **REFERRED** to Magistrate Judge Elizabeth Laporte for **MEDIATION**. Judge Laporte will contact both sides to arrange a conference. Please do not use this referral as an excuse for failing to comply with case obligations.

**IT IS SO ORDERED.**

Dated: April 4, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE