UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY ANTHONY LEVANDOWSKI'S MOTION FOR MODIFICATION OF COURT'S ORDER DATED MARCH 16, 2017 (DKT. #61)** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | Trial Date: October 2, 2017 |

1

[PROPOSED] ORDER GRANTING NON-PARTY ANTHONY LEVANDOWSKI'S MOTION FOR MODIFICATION OF COURT'S ORDER DATED MARCH 16, 2017 (DKT. #61)
Case No. 3:17-cv-00939-WHA

Upon consideration of Non-Party Anthony Levandowski's Motion for Modification of Court's Order dated March 16, 2017 (Dkt. #61), this Court hereby GRANTS Non-Party Anthony Levandowski's for Modification of Court's Order and ORDERS that order to be modified to prohibit Defendant Uber Technologies, Inc. ("Uber") from disclosing any information provided by Mr. Levandowski in the course of the Joint Defense and Common Interest Agreement entered into by Mr. Levandowski and Uber, and specifically prohibiting the disclosure of information concerning the due diligence review conducted by a third party under that agreement, including but not limited to the identity of the third party who conducted any such due diligence review, whether Mr. Levandowski possessed any documents that were reviewed by the third party, and the identity of any of Mr. Levandowski's possessions that may have been reviewed.

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i

[PROPOSED] ORDER GRANTING NON-PARTY ANTHONY LEVANDOWSKI'S MOTION FOR MODIFICATION OF COURT'S ORDER DATED MARCH 16, 2017 (DKT. #61)
Case No. 3:17-cv-00939-WHA