IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING ON MOTION TO MODIFY ORDER DATED MARCH 16, 2017** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

The Court has reviewed non-party Anthony Levandowski's motion to modify the expedited discovery order dated March 16 (Dkt. No. 147). Any opposition must be filed by **APRIL 5 AT 4:00 P.M.** A hearing on the motion is hereby set for **APRIL 6 AT 9:30 A.M.**

**IT IS SO ORDERED.**

Dated: April 4, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE