1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone:     415.268.7000
6   Facsimile:     415.268.7522

7   Attorneys for Defendants
    UBER TECHNOLOGIES, INC.,
8   OTTOMOTTO LLC, and OTTO TRUCKING LLC

9   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
10  HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
11  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
12  Washington DC  20005
    Telephone:     202.237.2727
13  Facsimile:     202.237.6131

14  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
15  and OTTOMOTTO LLC

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19  WAYMO LLC,                          | Case No.     3:17-cv-00939-WHA

20              Plaintiff,              | **NOTICE OF APPEARANCE OF
                                        | ESTHER KIM CHANG**
21       v.

22  UBER TECHNOLOGIES, INC.,            | Trial Date: October 2, 2017
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
23
24              Defendants.
25

26

27

28

1    TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2            PLEASE TAKE NOTICE that attorney Esther Kim Chang of Morrison & Foerster LLP, a

3    member of the State Bar of California (CA SBN 258024) and admitted to practice before this

4    Court, and whose contact information appears below, hereby enters an appearance as an attorney

5    of record for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC in the

6    above-captioned case.

7            Esther Kim Chang
             Morrison & Foerster LLP
8            425 Market Street
             San Francisco, CA  94105-2482
9            Phone:  (415) 268-7000
             Fax: (415) 268-7522
10           Email:  EChang@mofo.com

11

12   Dated: April 4, 2017                         MORRISON & FOERSTER LLP

13

14                                         By:   /s/ Esther Kim Chang
                                                 Esther Kim Chang
15
                                                 Attorneys for Defendants
16                                               UBER TECHNOLOGIES, INC.,
                                                 OTTOMOTTO LLC, and
17                                               OTTO TRUCKING LLC

18

19

20

21

22

23

24

25

26

27

28