MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: C 17-00939 WHA |
| Plaintiff, | **NON-PARTY ANTHONY LEVANDOWSKI'S NOTICE OF MOTION AND MOTION FOR INTERVENTION UNDER RULE 24(b); MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | Date:  to be set by the Court |
| | Time:  to be set by the Court |
| | Courtroom: The Honorable William H. Alsup, Courtroom 8, 19th Floor |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a date and time selected by this Court, in the courtroom of the Honorable William h. Alsup, San Francisco Courthouse, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, non-party Anthony Levandowski will and

1    hereby does bring a motion for permissive intervention under Federal Rule of Civil Procedure

2    24(b) in the above-entitled matter.

3          This motion is based on this notice of motion and motion, the below memorandum of

4    points and authorities, the pleadings, files and records in this case, as well as other written or oral

5    argument which may be presented at the hearing.

6

7    Date:    April 5, 2017                         Respectfully submitted,

8

9                                                   /s/_____

10                                                  Miles Ehrlich
                                                    Ismail Ramsey
11                                                  Amy Craig
                                                    Ramsey & Ehrlich
12                                                  *Counsel for Non-Party Anthony
                                                    Levandowski*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NON-PARTY ANTHONY LEVANDOWSKI'S NOTICE OF MOTION AND MOTION FOR INTERVENTION
PURSUANT TO RULE 24(b); MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER
Case No. C 17-00939 WHA

## MEMORANDUM OF POINTS AND AUTHORITIES

After the status conference of March 29, 2017, this Court ordered that counsel for non-party Anthony Levandowski submit any motion under the Fifth Amendment to suspend the production or privilege log requirement by April 4, 2017, at noon.  Docket No. 132.  In compliance, Mr. Levendowski has filed a motion for an order modifying the Court's March 16, 2017 Order.  *See* Docket No. 147.

By the present motion, Mr. Levandowski, a non-party, requests that this Court grant him permissive intervention under Rule 24(b) to fully litigate that motion.  Under Rule 24(b), the district court has the discretion to grant permissive intervention where the intervenor's "claim . . . and the main action have a question of law or fact in common."  *Kootenai Tribe of Idaho v. Veneman*, 313 F.3d 1094, 1108 (9th Cir. 2002).   The rule is liberal – "If there is a common question of law or fact, the requirement of the rule has been satisfied and it is then discretionary with the court whether to allow intervention." *Id.* at 1109, *quoting* 7C Wright, Miller & Kane, Federal Practice and Procedure § 1911, 357-63 (2d ed. 1986).   And courts will grant permissive intervention where a non-party seeks to modify a discovery order to protect a constitutional right.  *See e.g., San Jose Mercury News, Inc. v. United States Dist. Court*, 187 F.3d 1096, 1100 (9th Cir. 1999) (reversing district court's denial of permissive intervention to allow a non-party to pursue its First Amendment right of access challenge to an existing protective order).

Further, the grant of permissive intervention will protect Mr. Levendowski's right to appeal orders of this Court: "An intervenor may appeal from 'all interlocutory and final orders that affect him . . . whether the right under which he intervened was originally absolute or discretionary.'"  *Stringfellow v. Concerned Neighbors in Action*, 480 U.S. 370, 376 (1987) *quoting* Moore & J. Kennedy, Moore's Federal Practice para. 24-15, pp. 24-169-24-170 (2d ed. 1985).

Because Mr. Levandowski seeks to modify an existing Order of this Court to ensure the protection of his Fifth Amendment rights, this Court should grant the present motion for

1  permissive intervention.  A grant of permissive intervention will allow Mr. Leveandowski to
2  fully litigate the issue both in the district court and the Ninth Circuit.
3      For the foregoing reasons, the Court should grant the present motion to intervene under
4  Rule 24(b).
5
6  Date:    April 5, 2017                     Respectfully submitted,
7
8                                            /s/
9                                            Miles Ehrlich
10                                           Ismail Ramsey
                                            Amy Craig
11                                           Ramsey & Ehrlich LLP
12                                           *Counsel for Non-Party Anthony
                                            Levandowski*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NON-PARTY ANTHONY LEVANDOWSKI'S NOTICE OF MOTION AND MOTION FOR INTERVENTION
PURSUANT TO RULE 24(b); MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER
Case No. C 17-00939 WHA

1

**[PROPOSED] ORDER**

2      For the reasons stated above, non-party Anthony Levandowski may intervene pursuant to

3  Federal Rule of Civil Procedure 24(b) in the above-captioned matter.

4

5  DATE: _____          _____

6                                     WILLIAM H. ALSUP
                                       UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NON-PARTY ANTHONY LEVANDOWSKI'S NOTICE OF MOTION AND MOTION FOR INTERVENTION
PURSUANT TO RULE 24(b); MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER
Case No. C 17-00939 WHA