**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants.<br>_____ / | No. C 17-00939 WHA<br><br>**ORDER REQUIRING RESPONSES RE MOTION FOR PERMISSIVE INTERVENTION** |

    The Court has reviewed non-party Anthony Levandowski's motion for permissive intervention (Dkt. No. 151). Both sides in this matter shall please respond to the motion by **5:00 P.M. TODAY**.

    **IT IS SO ORDERED.**

Dated: April 5, 2017.

                                                           WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE