IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER REQUIRING RESPONSES RE MOTION FOR PERMISSIVE INTERVENTION** |

The Court has reviewed non-party Anthony Levandowski's motion for permissive intervention (Dkt. No. 151). Both sides in this matter shall please respond to the motion by **5:00 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated: April 5, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE