QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>　　　　　Defendants. | CASE NO. 3:17-cv-00939<br><br>**WAYMO LLC'S RESPONSE TO REQUEST FOR LITERATURE** |

Pursuant to the Court's Request for Literature (Dkt. No. 73), Plaintiff Waymo LLC ("Waymo") submits the following publication, attached hereto as Exhibit A: *Performance Analysis of Next-Generation LADAR for Manufacturing, Construction, and Mobility*, National Institute of Standard & Technology (2004) (the "NIST Publication") (available at http://fire.nist.gov/bfrlpubs/build04/PDF/b04032.pdf).  The NIST Publication discusses fundamental concepts underlying the technology at issue in this case, including time-of-flight measurements, LiDAR accuracy and resolution, 3D scanning, and single-laser versus laser-array systems.  The NIST publication also addresses the adaptation of LiDAR to self-driving vehicles. Waymo respectfully submits that, after consulting with its employees and experts, it was unable to identify a single publication in the prior art or public domain that also specifically addresses strategies for positioning multiple laser diodes behind a lens for the best overall detection in

1  autonomous vehicles or the use of a single lens to project outgoing light beams and focus
2  incoming reflections, apart from the patents-in-suit or other Waymo documentation.  However, the
3  NIST Publication includes a discussion of different optical systems that are used for LiDAR
4  applications, which will provide a helpful backdrop for understanding the optical systems
5  specifically at issue in this case.

7  DATED:  April 5, 2017            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC