MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS' RESPONSE TO REQUEST FOR LITERATURE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 2, 2017 |
| Defendants. | |

In response to the Court's request for literature "about LiDAR, and particularly its application to self-driving vehicles" (Dkt. 73), Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC identify the 2009 book published by Springer Tracts in Advanced Robotics ("STAR") entitled *"The DARPA Urban Challenge – Autonomous Vehicles in City Traffic,"* edited by Martin Buehler, Karl Iagnemma, and Sanjiv Singh.

In particular, Defendants direct the Court to the Preface and pages 169-186, 237-238, 242-244, 397-398, 518-521, and 561-564 of the book.

Dated: April 5, 2017                         MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
       ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC