# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: 4/5/17 | Time: 50 minutes | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 3:17-cv-00939-WHA | Case Name: Waymo LLC v. Uber Technologies, Inc. | |
| Deputy Clerk: Dawn Logan | Court Reporter: Belle Ball | |

**Attorney for Plaintiff:** Jordan Jaffe; David Perlson; Jeff Nardinelli; Lindsay Cooper

**Attorney for Defendant:** Arturo Gonzalez; Karen Dunn; Hamish Hume; Michelle Yang

**Attorney for Non-Party:** Ismail Ramsey

# PROCEEDINGS

Discovery Hearing (letter brief dkt #135) - HELD

# PRETRIAL SCHEDULE:

Defendant may file a written response to Plaintiff's discovery letter brief by 5:00 pm today.