# EXHIBIT 2

| | |
|---|---|
| **From:** | Ray, Wendy J. |
| **Sent:** | Monday, April 03, 2017 6:37 PM |
| **To:** | David Perlson; John Neukom |
| **Cc:** | QE-Waymo; UberWaymo; KDunn@BSFLLP.com; hhume@BSFLLP.com |
| **Subject:** | RE: Today's Production |

David,

Please let us know when you would like to come to review the documents that you are unable to access. We have a computer in our San Francisco office that is ready for you.

With respect to Otto, the Otto computers were consolidated with Uber's and have been included in our review.

Your letter to the Court asks for leave to provide us with 15 search terms. If you provide us with those terms, we would agree to run them now and share with you how many "hits" we receive for each term. If the number of hits are reasonable, we will agree to review the documents.

Finally, you will be receiving a corrected production with the metadata shortly.

Wendy