# EXHIBIT 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3
4      _____
                                      )
5      WAYMO LLC,                     )
                                      )
6                   Plaintiff,        )
                                      )
7           vs.                       ) Case No.
                                      ) 3:17-cv-00939-WHA
8      UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
9      TRUCKING LLC,                  )
                                      )
10                  Defendants.       )
       _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          VIDEOTAPED DEPOSITION OF GARY T. BROWN
17                San Francisco, California
18               Friday, March 24, 2017
19                      Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2577644
25     PAGES 1 - 65
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

21    Q    When's the first time that you saw some of
22   the downloading that ended up being 14,000 files?
23    A    I saw the network traffic in October of
24   2016.

Page 31