QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S RESPONSE TO NON-PARTY ANTHONY LEVANDOWSKI'S MOTION FOR INTERVENTION UNDER RULE 24(b)**<br><br>Date:  To be set by the Court<br>Time:  To be set by the Court<br>Courtroom:  The Hon. William H. Alsup, Courtroom 8, 19th Floor |

Plaintiff Waymo LLC ("Waymo") hereby responds to the Court's Order (Dkt. 153) requiring a response to Non-Party Anthony Levandowski's Motion for Intervention Under Rule 24(b). (Dkt. 151.) The relief that non-party Anthony Levandowski seeks by intervening in this case is without merit for all of the reasons stated in Waymo's Opposition to Non-Party Anthony Levandowski's Motion for Modification of the Court's Order Dated March 16, 2017. (Dkt. 159.) Nevertheless, Waymo does not oppose Anthony Levandowski's motion for permissive intervention for the sole purpose of litigating his Motion for an Order Modifying the Court's March 16, 2017 Order. (Dkt. 147.) To the extent Mr. Levandowski's requested intervention is broader than this request (*e.g.*, to delay the case schedule pending any appeal of any ruling by the Court or by another means), Waymo respectfully reserves its right to oppose at that time. *See* Dkt. 131 (3/28/17 Tr.) at 9:6-7 (making clear that Defendants do not get to "slow this [case] down" based on Mr. Levandowski's assertion of any alleged Fifth Amendment rights.)

DATED: April 5, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ David A. Perlson*
David A. Perlson
Attorneys for WAYMO LLC