IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER AFTER HEARING RE DISCOVERY LETTER DATED APRIL 3, 2017**

    As stated on the record at the hearing yesterday concerning plaintiff Waymo LLC's discovery letter dated April 3, 2017 (Dkt. No. 135), defendants shall use Waymo's 15 search terms to again search all officers, directors, employees, and servers that have already been searched using defendants' 120 search terms. Defendants shall then use both Waymo's 15 search terms and defendants' 120 search terms to search ten additional officers, directors, or employees of Waymo's choosing. Finally, defendants shall use both Waymo's 15 search terms and defendants' 120 search terms to search the remainder of defendants' servers and any officers, directors, or employees that have anything to do with defendants' LiDAR technology. The aforementioned searches shall first prioritize the top 50 most important files and documents identified by Waymo from among the 14,000-plus allegedly downloaded by Anthony Levandowski. After searching for those 50 files and documents, defendants shall repeat the aforementioned searches for the remainder of the 14,000-plus.

    The foregoing discovery shall be completed by **APRIL 14 AT 5:00 P.M.**

For the reasons stated on the record, the Court **DEFERS** ruling on other issues remaining in this discovery dispute and raised at the hearing yesterday until after the hearing today on Mr. Levandowski's motion.

**IT IS SO ORDERED.**

Dated: April 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2