IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER REQUESTING RESPONSE RE REDACTED PRIVILEGE LOG**

Plaintiff Waymo LLC may file a response, no more than **THREE PAGES IN LENGTH**, by **10:00 P.M. TONIGHT** regarding the redacted version of the privilege log turned over for in-camera review after today's hearing on Anthony Levandowski's motion (Dkt. No. 147).

**IT IS SO ORDERED.**

Dated: April 6, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE