# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 4/6/17 | **Time:** 1 hour 18 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. et al. | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** JoAnn Bryce | |

**Attorney for Plaintiff:** Charles Verhoeven; Melissa Baily; Jordan Jaffe

**Attorney for Defendant:** Arturo Gonzalez; Karen Dunn

**Attorney for Non-Party:** Miles Ehrlich; Ismail Ramsey

## PROCEEDINGS

Motion to Intervene (dkt #151) - Granted

Motion for Modification (dkt #147) - Taken Under Submission

**PRETRIAL SCHEDULE:**

Non-Party shall submit an unredacted version of a log with highlighted proposed redactions. They shall provide plaintiff with a redacted version of the same document.

Defendant is in agreement with John Cooper being appointed as a Special Master. Plaintiff shall advise the Court by tomorrow whether they agree.