IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING PRO HAC VICE APPLICATION**

The *pro hac vice* application of Attorney Michelle Yang (Dkt. No. 171) is **DENIED** because the attached certificate of good standing from the District of Columbia Court of Appeals identifies her as Michelle *Tang*. While the application fee does not need to be paid again, the application cannot be processed until a corrected certificate is submitted.

**IT IS SO ORDERED.**

Dated: April 7, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE