MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND EXHIBITS THERETO**<br><br>Trial Date: October 2, 2017 |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants") submit this motion for an order to file under seal the confidential, unredacted versions of the following documents:

1. Portions of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction ("Opposition");
2. Portions of Exhibits 4, 5, and 7 to the Declaration of Esther Chang in Support of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction ("Chang Declaration");
3. Portions of the Declaration of James Haslim ("Haslim Declaration");
4. Entirety of Exhibits A-E to the Haslim Declaration;
5. Portions of the Declaration of Michael Lebby ("Lebby Declaration");
6. Portion of Exhibit 3 to the Lebby Declaration;
7. Portions of the Declaration of Sameer Kshirsagar ("Kshirsagar Declaration");
8. Portions of Exhibits 1 and 2 of Kshirsagar Declaration;
9. Entirety of Exhibit 3 of Kshirsagar Declaration;
10. Portions of the Declaration of Scott Boehmke ("Boehmke Declaration");
11. Entirety of Exhibits A-P to the Boehmke Declaration;
12. Portions of the Declaration of Kevin Faulkner ("Faulkner Declaration"); and
13. Portions of the Declaration of Paul McManamon ("McManamon Declaration").

The redacted portions of Defendants' Opposition, the Haslim, Lebby, McManamon, and Boehmke Declarations, Exhibits A-E of the Haslim Declaration, and Exhibits A-P of the Boehmke Declaration contain technical, proprietary trade secret information, which is highly confidential.  If this information was made public, it could irreparably harm Defendants. (Declaration of Daniel P. Muino In Support of Defendants' Administrative Motion to File Documents Under Seal ("Muino Decl.") ¶¶ 2-4.)

The redacted portions of Exhibits 1 and 2 to the Kshirsagar Declaration contain highly confidential salary and compensation information, the disclosure of which would irreparably

harm Defendants.  (*Id.* ¶ 5.)

Some of the redacted portions of Defendants' Opposition, the Lebby, McManamon, Kshirsagar, and Faulkner Declarations, Exhibit 3 to the Lebby Declaration, and Exhibits 4,5, and 7 to the Chang Declaration have been designated by Waymo as either confidential or highly confidential.  Waymo's designations are highlighted in green in the unredacted copies of the declaration.  The entirety of Exhibit 3 to the Kshirsagar Declaration has been designated by Waymo as highly confidential.

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on April 7, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: April 7, 2017               MORRISON & FOERSTER LLP

By: */s/Arturo J. González*
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC