UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction | Highlighted Portions |
| Declaration of James Haslim ("Haslim Declaration") | Highlighted Portions |
| Exhibits A to E to the Haslim Declaration | Entirety |
| Declaration of Michael Lebby ("Lebby Declaration") | Highlighted Portions |
| Exhibit 3 to the Lebby Declaration | Highlighted Portions |
| Declaration of Sameer Kshirsagar ("Kshirsagar Declaration") | Highlighted Portions |
| Exhibits 1-2 to the Kshirsagar Declaration | Highlighted Portions |
| Exhibit 3 to the Kshirsagar Declaration | Entirety |
| Declaration of Scott Boehmke ("Boehmke Declaration") | Highlighted Portions |
| Exhibits A-P to the Boehmke Declaration | Entirety |
| Declaration of Kevin Faulkner | Highlighted Portions |
| Declaration of Paul McManamon | Highlighted Portions |
| Exhibits 4, 5, and 7 to the Declaration of Esther Chang | Highlighted Portions |

1  **IT IS SO ORDERED**.

3  Dated: _____, 2017

   _____
   HONORABLE WILLIAM ALSUP
   United States District Court Judge