1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

12                  Plaintiff,           **[PROPOSED] ORDER DENYING
                                         PLAINTIFF WAYMO LLC'S
13          v.                           MOTION FOR PRELIMINARY
                                         INJUNCTION**
14   UBER TECHNOLOGIES, INC.,
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
15                                       Trial Date: October 2, 2017
                  Defendants.
16

17

18
19
20
21
22
23
24
25
26
27
28

1    Having considered all of the papers filed in connection with Plaintiff's Motion for

2 Preliminary Injunction (Dkt. No. 24), as well as the arguments presented by the parties at the

3 hearing on this motion, the Court finds the following:

4    • Plaintiff has failed to demonstrate a likelihood of success on the merits of its

5       patent and trade secret claims;

6    • Plaintiff has failed to demonstrate a likelihood of irreparable harm;

7    • The balance of the hardships favors denial of Plaintiff's motion;

8    • The public interest would best be served by a not issuing a preliminary injunction;

9       and

10    • Plaintiff has failed to carry its burden of establishing that it is entitled to the

11       provisional relief sought.

12    IT IS THEREFORE ORDERED that Plaintiff's Motion for Preliminary Injunction is

13 DENIED.

14

15    **IT IS SO ORDERED**.

16

17 Dated: _____, 2017

18                                              _____
                                                HONORABLE WILLIAM ALSUP
                                                United States District Court Judge

19

20

21

22

23

24

25

26

27

28