# EXHIBIT 5

# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                   Plaintiff,       )
                                      )
 7            vs.                     )   Case No.
                                      )   3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                   Defendants.      )
       _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16         VIDEOTAPED DEPOSITION OF GARY T. BROWN
17              San Francisco, California
18              Friday, March 24, 2017
19                     Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2577644
25     PAGES 1 - 65
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 11



```
 1    that?
 2         A    Yes.
```

```
25         Q    What is network traffic?                    12:17:59
```

1   A   When activity occurs on devices that are on
2   Google's corporate network, our sensors pick up
3   information about that traffic, and those go into
4   our logs.
5   Q   So what information was picked up about the     12:18:18
6   downloading of the 14,000 files?
7   A   From the network traffic.  Approximately 10
8   gigabytes of data was transferred from the IP
9   address and domain where the subversion server
10  relies -- resides to the work laptop of Anthony    12:18:46
11  Levandowski.
12  Q   Did you consider that to be suspicious?
13      MR. HOLMES:  Objection to form.
14      THE WITNESS:  Potentially.
15  BY MR. GONZALEZ:                                   12:19:04
16  Q   That fact by itself didn't make you to
17  think -- didn't make you think that he had done
18  anything improper, did it?
19      MR. HOLMES:  Objection to form.
20      THE WITNESS:  That fact by itself has other    12:19:15
21  factors around it that do make it suspicious.
22  BY MR. GONZALEZ:
23  Q   Such as?
24  A   Such as the searching for instructions on
25  how to access that server; such as the appearance of  12:19:27



Page 39

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
16      Q    With respect to Mr. Kshirsagar, Sameer, you
17   identify five documents in your declaration in
18   paragraphs 24 through 28.  Do you see that?
19      A    Yes.
```

Page 42

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   reader that you want to look at on your computer,

2   right?

3           MR. HOLMES:  Objection to form.

4           THE WITNESS:  It's within the realm of

5   possibility.                                        12:40:37

6   BY MR. GONZALEZ:



Page 46



Page 47

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 48

Case 3:17-cv-00939-WHA   Document 179-2   Filed 04/07/17   Page 13 of 13

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12   Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16   I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19   IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated: 3/27/17
22
23   *[signature: Suzanne F. Gudelj]*
24   SUZANNE F. GUDELJ
     CSR No. 5111
25

Page 65

Veritext Legal Solutions
866 299-5127