# EXHIBIT 7

# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4    _____
                                     )
 5    WAYMO LLC,                     )
                                     )
 6               Plaintiff,          )
                                     )
 7          vs.                      )  Case No.
                                     )  3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,       )
      OTTOMOTTO LLC; OTTO            )
 9    TRUCKING LLC,                  )
                                     )
10               Defendants.         )
      _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17              San Francisco, California
18               Friday, March 31, 2017
19                      Volume I
20
21
22
      Reported by: SUZANNE F. GUDELJ
23    CSR No. 5111
24    Job No. 2581643
25    PAGES 1 - 187
```

Page 1

```
 1    8.5 degrees.  That's basically those red lines on

 2    the drawings.

 3        Q    If you look at the spec sheet, the

 4    Exhibit 1019 --

 5        A    Mm-hmm.                                       09:53:39

 6        Q    -- it says it uses 64 LiDAR channels.  Do

 7    you see that?

 8        A    I see that.

 9        Q    And that's the HDL-64.  Does 64 refer to

10    the number of LiDAR channels?                          09:53:50

11        A    That's what I think.

12        Q    And 64 LiDAR channels corresponds to 64

13    diode lasers?

14             MR. JAFFE:  Objection.  Form.

15             THE WITNESS:  I mean, 64 channels, there's    09:54:03

16    different ways to implement that, and there's

17    different ways to implement 64 channel LiDARs.

18    BY MR. JACOBS:

19        Q    How did Velodyne implement 64 LiDAR

20    channels?                                              09:54:17

21             MR. JAFFE:  Objection.  Form.

22             THE WITNESS:  Can you like refer to a

23    specific device?  Because, I mean, I don't know

24    about everything that Velodyne makes.

25    BY MR. JACOBS:                                         09:54:25
```





Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 130

```
16      A    Yes.
17      Q    Let me ask you a couple of questions about
18   510 Systems.
```

Page 131

```
 1   Again, just 'cause of the territory we're in, I'm
 2   going to caution you not to reveal the content of
 3   any attorney-client privileged information.
 4          THE WITNESS:  So I've seen -- like what
 5   I've seen from the -- from this board, it had a lot    02:35:18
 6   of elements, you know, very like similar to our
 7   boards.  The -- I understand that -- that Anthony
 8   like downloaded those files, and so the -- with
 9   those elements on it.  As to knowing exactly how
10   like one PCB or not became the other, I'm not -- you   02:35:41
11   know, that would be speculation.  I don't know
12   like...
13   BY MR. JACOBS:
14      Q   Are you aware of any other evidence that
15   the 14,000 allegedly downloaded files were used at     02:35:55
16   Uber?
17          MR. JAFFE:  Object to form.  Again, same
18   caution about privileged information.
19          THE WITNESS:  I mean -- also mean -- you
20   know, I don't have direct information that would,      02:36:20
21   like that would say that.  The -- the rest -- you
22   know, these are speculation that's (inaudible).
23          That's -- like some information that I've
24   seen, you know, could -- maybe I could speculate
25   that -- that -- like, you know, what we -- I just      02:36:39
```

```
 1      Q    I asked you about how -- what information
 2  they give you -- sorry, what information you have
 3  that suggests that the files may have been used in
 4  the creation of that circuit board.
 5      A    Mm-hmm.                                    02:38:24
 6      Q    Set that aside.
 7      A    Yes.
 8      Q    Do you have any other information that
 9  bears on the question whether Uber is using any of
10  Waymo's trade secrets?                              02:38:32
11           MR. JAFFE:  I'm going to object to form,
12  and then same caution again not to reveal the
13  content of any attorney-client communications.
14           THE WITNESS:  Not that I can think of.
15  BY MR. JACOBS:                                      02:38:43
16      Q    On the -- we talked earlier about the dome
17  that -- that covers the LiDAR when the LiDAR is
18  deployed on a field vehicle -- on a vehicle in the
19  field.
20      A    Mm-hmm.                                    02:38:54
21      Q    Can that dome be seen through under any
22  circumstances?
23      A    That dome is actually transparent in the
24  infrared bands.
25           (Reporter clarification.)
```

```
 1              I, the undersigned, a Certified Shorthand
 2     Reporter of the State of California, do hereby
 3     certify:
 4              That the foregoing proceedings were taken
 5     before me at the time and place herein set forth;
 6     that any witnesses in the foregoing proceedings,
 7     prior to testifying, were duly sworn; that a record
 8     of the proceedings was made by me using machine
 9     shorthand which was thereafter transcribed under my
10     direction; that the foregoing transcript is a true
11     record of the testimony given.
12              Further, that if the foregoing pertains to
13     the original transcript of a deposition in a Federal
14     Case, before completion of the proceedings, review
15     of the transcript [X] was [ ] was not requested.
16              I further, certify I am neither financially
17     interested in the action nor a relative or employee
18     of any attorney or party to this action.
19              IN WITNESS WHEREOF, I have this date
20     subscribed my name.
21     Dated:4/3/17
22
23                         _____
                                  SUZANNE F. GUDELJ
24                                CSR No. 5111
25
```

Page 187