# EXHIBIT 2

# MICHAEL LEBBY, PH.D.
# EXHIBIT 2 – MATERIALS CONSIDERED

Patents & File Histories

- U.S. Pat. No. 4,244,109 (Silverman)
- U.S. Pat. No. 4,432,037 (Brabetz)
- U.S. Pat. No. 8,836,922 (Pennecot et al.)
- U.S. Pat. No. 8,767,190 (Hall)
- U.S. Pat. No. 9,086,273 (Gruver et al.)
- U.S. Pat. No. 9,285,464 (Pennecot et al.)
- U.S. Pat. No. 9,368,936 (Lenius et al.)
- German Pat. No. DE 3031103 (Erich)

Court Documents
- Plaintiff Waymo LLC's Notice of Motion and Motion for a Preliminary Injunction, filed Mar. 10, 2017
- Declaration and Exhibits of Pierre-Yves Droz in Support of Waymo's Motion for a Preliminary Injunction, filed Mar. 10, 2017
- Declaration and Exhibits of Gregory Kintz in Support of Waymo's Motion for a Preliminary Injunction, filed Mar. 10, 2017
- Declaration and Exhibits of Jordan Jaffe in Support of Waymo's Motion for a Preliminary Injunction, filed Mar. 10, 2017 (including Exhibit 1, Plaintiff's List of Asserted Trade Secrets Pursuant to Cal. Code Civ. Proc. Section 2019.210)
- Declaration and Exhibits of Scott Boehmke in Support of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction, filed concurrently herewith
- Declaration and Exhibits of James Haslim in Support of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction, filed concurrently herewith
- Declaration and Exhibits of Paul McManamon in Support of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction, filed concurrently herewith

Transcripts
- Deposition of Pierre-Yves Droz, taken Mar. 31, 2017

Articles & Literature
- Hamamatsu, *FAC Lens (Fast-Axis Collimating Lens) J10919 Series*, available at https://www.hamamatsu.com/resources/pdf/etd/J10919_TOTH1005E.pdf.

pa-1781633

- Xingsheng Liu et al., *Packaging of High Power Semiconductor Lasers* 224 (2015)
- T. Nathan Mundhenk et al., *PanDAR: A Wide-Area, Frame-Rate, and Full Color LIDAR With Foveated Region Using Backfilling Interolation Upsampling*, 9406 PROC SPIE-IS&T (2015).
- Christian Scholz, *Thermal & Mech. Optimisation of Diode Laser Bar Packaging* 28 (2007)