# EXHIBIT 3

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                SAN FRANCISCO DIVISION

 3

 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                   Plaintiff,       )
                                      )
 7           vs.                      )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                   Defendants.      )
       _____)
11

12

13

14

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17              San Francisco, California
18              Friday, March 31, 2017
19                    Volume I
20

21

22

       Reported by: SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2581643
25     PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    with the noticing attorney.

 2            MR. JACOBS:  Michael Jacobs, Morrison &

 3    Foerster.

 4            MS. CHANG:  Esther Chang with Morrison &

 5    Foerster.                                    09:40:39

 6            MS. DEARBORN:  Meredith Dearborn of Boies,

 7    Schiller & Flexner on behalf of Uber and Ottomotto.

 8            MS. BARTOW:  Nicole Bartow, in-house at

 9    Uber.

10            MR. JAFFE:  Jordan Jaffe of Quinn Emanuel   09:40:47

11    on behalf of the plaintiff and the witness.

12            MR. CORREDOR:  Philip Corredor, also of

13    Quinn Emanuel.

14            MR. BERKLEY:  Demarron Berkley, in-house at

15    Google.                                      09:40:58

16            THE WITNESS:  Pierre-Yves Droz.

17            VIDEO OPERATOR:  Thank you.  The witness

18    will be sworn in and counsel may begin the

19    examination.

20

21                    PIERRE-YVES DROZ,

22    having been administered an oath, was examined and

23    testified as follows:

24

25                    EXAMINATION
```

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1       A    That is correct.



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          Q      When you say what you had learned from your

2     software teams, what are you referring to?

3          A      They, you know, put cars on the road with

4     very different sensors.

5                 (Reporter clarification.)

6                 With different sensors.  They evaluated a

7     lot of different possibilities for sensors that --

8     you know, they drove like millions of miles of

9     self-driving, and so from that, you know, like from

10    a lot of different scenarios that I have seen on the     10:05:21

11    road.  One of the spec they gave us was kind of the

12    resolution that we need to achieve for the -- on the

13    car.

Page 29

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

███████████████████████

████████████████████████████

██████████████████████████████████

█████████████████████████████

████████████████████████████████████  ██████████

███████████████████████

```
 7              (Defendant Exhibit 1021 marked by the court

 8              reporter.)

 9    BY MR. JACOBS:

10         Q    Can you tell us what 1021 is, please?      10:06:51

11         A    I believe 1021, I mean, looking at it, is a

12    document that I put together about a year ago to

13    support my like application for promotion in Google.

14         Q    If -- I want to -- start over.

15              I'd like you to turn to the second           10:07:14

16    paragraph of the first page, please.

17         A    Second paragraph of the first page.

18    Mm-hmm.

19         Q    You start out by saying:

20              "In 2011, the first Google self-driving      10:07:24

21         cars were using an off-the-shelf LIDAR (the

22         Velodyne HDL64)."

23              Do you see that?

24         A    Yes, I do.

25         Q    So when you joined Google, Google already   10:07:34
```

                                             Page 30

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1         I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4         That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were duly sworn; that a record

8  of the proceedings was made by me using machine

9  shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12         Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [X] was [ ] was not requested.

16         I further, certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19         IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21  Dated:4/3/17

22

23                    _Suzanne F. Gudelj_

                  SUZANNE F. GUDELJ

24                    CSR No. 5111

25

                                Page 187