# EXHIBIT 2



Ride     Drive     Cities                                          HELP     SIGN IN     Become a driver

# Finding the way
# Creating possibilities for riders, drivers, and cities

## Our trip history

On a snowy Paris evening in 2008, Travis Kalanick and Garrett Camp had trouble hailing a cab. So they came up with a simple idea—tap a button, get a ride.

What started as an app to request premium black cars in a few metropolitan areas is now changing the logistical fabric of cities around the world. Whether it's a ride, a sandwich, or a package, we use technology to give people what they want, when they want it.

For the women and men who drive with Uber, our app represents a flexible new way to earn money. For cities, we help strengthen local economies, improve access to transportation, and make streets safer. When you make transportation as reliable as running water, everyone benefits. Especially when it's snowing outside.

## One billion connections. And counting.

Across borders, cultures, and languages, we're proud to connect people who need a reliable ride with people looking to earn money driving their car. Your journeys inspire us. Thank you.



Esther
Nairobi
Partner



David
San Francisco
Partner



Patrick
Melbourne
Rider



Liz
Bogota
Partner

Case 3:17-cv-00939-WHA   Document 186-2   Filed 04/07/17   Page 7 of 19



Joe
New York City
Partner



John
San Francisco
Rider



Anand
Bangalore
Partner



Christina
Oakland
Rider

### The people behind the apps

We're passionate about the cities we call home. Our teams are working to create opportunities for millions of people and improve the way everyone gets from A to B. It's no small task. But we wouldn't want it any other way.



Natalia
Mexico City
Marketing



Irina
Moscow
City Management



Daniel
Melbourne
Operations



Sargam
New Delhi
Design



Diego
Bogota
Logistics



Marc
San Francisco
Business Development



Christina
Tianjin
Operations

## Media

Our story doesn't get told without you. We've come a long way in a short time—and there's much more to do. Get the information about who we are, where we've been, and where we're headed.

[See our media resources](#)

**Uber is in 0 cities worldwide**

Find a City

Go to Uber.com
Sign up to ride
Become a driver

Enter Your Location

ENGLISH

Help    Help

Ride

Drive

Cities

Fare Estimate

Deliver

Food

Business Travel

How it Works

Airports

Countries

Safety

Careers

Helping Cities

Our Story

Newsroom

Media

Uber API

Gift Cards

Facebook   Twitter   LinkedIn
Instagram   Uber vs Driving Jobs

Top Cities

San Francisco   London   Los Angeles   Washington D.C.   Mexico City   São Paulo

Top Countries

USA   France   India   Spain   Mexico   Russia

Get it from
Microsoft

© 2017 Uber

Technologies Inc

Privacy
Accessibility
Terms

GET IT ON
Google Play