# EXHIBIT 4

# FILED UNDER SEAL

```
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                  Plaintiff,        )
                                      )
 7            vs.                     )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                  Defendants.       )
       _____)
11
12
13
14
15            OUTSIDE ATTORNEYS' EYES ONLY
16         VIDEOTAPED DEPOSITION OF TIM WILLIS
17              San Francisco, California
18              Thursday, March 23, 2017
19                     Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2576518
25     PAGES 1 - 105
```

Page 1

```
 1    but that's if -- assuming that you're networked,
 2    right?
 3            MS. BAILEY:  Object to form.
 4            THE WITNESS:  During that period, I'm not
 5    aware of him not having access to the network.        11:24:10
 6    BY MR. MUINO:
 7       Q    And what if he's reading documents away
 8    from the office?
 9       A    He could WiFi at home.
10       Q    Have you exported documents to your           11:24:22
11    devices?
12       A    Yes, I have.
13       Q    How frequently do you export documents to
14    your devices for your work?
15       A    Not frequently.  Rarely.                     11:24:38
16       Q    But you've done it before?
17       A    Yes.
18       Q    And why did you do it on those occasions?
19       A    If I needed to communicate with a supplier,
20    maybe a contract where I'm revising it; or they're   11:24:47
21    sending me a presentation, but I don't have to
22    download -- I mean, it's downloaded from email, but
23    only if I -- typically only if I'm exchanging with
24    the supplier information.  Red line documents, those
25    type of things that somebody needs to use, Excel or  11:25:06
```

Page 46



```
25      Q    They presumably have their own websites?       12:30:13
```

```
1        A    Yes.
2        Q    They're not exclusive to Google Waymo?
3        A    No.
```



```
13       Q    Looking at this list, do you know if Uber
14   uses some or all of these vendors?
15       A    I wouldn't know.                          12:31:12
16       Q    Have you ever spoken with any vendor about
17   its doing business with Uber?
18       A    Yes.
19       Q    And on what occasion --
20       A    A vendor approached me --                 12:31:24
21       Q    -- was that?
22                              to let me know that they were
23   planning on -- or that Uber had reached out to them
24   to do business with them.
25       Q    When did that occur?                      12:31:37
```

Page 88

OUTSIDE ATTORNEYS' EYES ONLY

```
1    BY MR. MUINO:
2        Q    In your experience, do Google employees,
3    former Google employees, after they leave the
4    company, ever get consulted in connection with their
5    work?  Is there any follow-up to ask them questions    12:59:55
6    pertinent to their former work?
7             MS. BAILEY:  Object to form.
8             THE WITNESS:  Not that I'm aware of.
9    BY MR. MUINO:
10       Q    Do you know if after Mr. Kshirsagar left,      01:00:07
11   anyone contacted him to ask him questions about his
12   prior work?
13       A    I never reached out to him, no.
14       Q    How about Mr. Raduta?
15       A    I never reached out to him.                    01:00:18
16       Q    Now, you don't have any information that
17   Uber is using any of Waymo or Google's trade
18   secrets, do you?
19            MS. BAILEY:  Object to form.
20            THE WITNESS:  No.                              01:00:41
21   BY MR. MUINO:
22       Q    And you may be aware there's an allegation
23   that 14,000, approximately, documents were
24   misappropriated.  That's an allegation in this case.
25   You don't have any information that Uber is using      01:00:58
```

Page 103

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12          Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16          I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated: 3/24/17
22
23                       _____
                         SUZANNE F. GUDELJ
24                       CSR No. 5111
25
```

Veritext Legal Solutions
866 299-5127