# EXHIBIT 5

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

2                SAN FRANCISCO DIVISION

3

4    _____

                                   )

5    WAYMO LLC,                    )

                                   )

6              Plaintiff,          )

                                   )

7         vs.                      )   Case No.

                                   )   3:17-cv-00939-WHA

8    UBER TECHNOLOGIES, INC.,      )

     OTTOMOTTO LLC; OTTO           )

9    TRUCKING LLC,                 )

                                   )

10             Defendants.         )

     _____)

11

12

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16        VIDEOTAPED DEPOSITION OF GARY T. BROWN

17             San Francisco, California

18             Friday, March 24, 2017

19                   Volume I

20

21

22

     Reported by:  SUZANNE F. GUDELJ

23   CSR No. 5111

24   Job No. 2577644

25   PAGES 1 - 65

                                        Page 1



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    that?

2         A    Yes.
```

```
25        Q    What is network traffic?                12:17:59
```

Page 31

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      A    When activity occurs on devices that are on

2    Google's corporate network, our sensors pick up

3    information about that traffic, and those go into

4    our logs.

5      Q    So what information was picked up about the    12:18:18

6    downloading of the 14,000 files?

7      A    From the network traffic.  Approximately 10

8    gigabytes of data was transferred from the IP

9    address and domain where the subversion server

10   relies -- resides to the work laptop of Anthony       12:18:46

11   Levandowski.

12     Q    Did you consider that to be suspicious?

13          MR. HOLMES:  Objection to form.

14          THE WITNESS:  Potentially.

15   BY MR. GONZALEZ:                                       12:19:04

16     Q    That fact by itself didn't make you to

17   think -- didn't make you think that he had done

18   anything improper, did it?

19          MR. HOLMES:  Objection to form.

20          THE WITNESS:  That fact by itself has other     12:19:15

21   factors around it that do make it suspicious.

22   BY MR. GONZALEZ:

23     Q    Such as?

24     A    Such as the searching for instructions on

25   how to access that server; such as the appearance of  12:19:27

Page 32

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
16        Q    With respect to Mr. Kshirsagar, Sameer, you

17   identify five documents in your declaration in

18   paragraphs 24 through 28.  Do you see that?

19        A    Yes.
```

Page 42

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    reader that you want to look at on your computer,

2    right?

3            MR. HOLMES:  Objection to form.

4            THE WITNESS:  It's within the realm of

5    possibility.                                    12:40:37

6    BY MR. GONZALEZ:



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 47

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 48

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    I, the undersigned, a Certified Shorthand

2 Reporter of the State of California, do hereby

3 certify:

4    That the foregoing proceedings were taken

5 before me at the time and place herein set forth;

6 that any witnesses in the foregoing proceedings,

7 prior to testifying, were duly sworn; that a record

8 of the proceedings was made by me using machine

9 shorthand which was thereafter transcribed under my

10 direction; that the foregoing transcript is a true

11 record of the testimony given.

12    Further, that if the foregoing pertains to

13 the original transcript of a deposition in a Federal

14 Case, before completion of the proceedings, review

15 of the transcript [ ] was [X] was not requested.

16    I further, certify I am neither financially

17 interested in the action nor a relative or employee

18 of any attorney or party to this action.

19    IN WITNESS WHEREOF, I have this date

20 subscribed my name.

21 Dated:3/27/17

22

23

        SUZANNE F. GUDELJ

24       CSR No. 5111

25

              Page 65