# EXHIBIT 7

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4    _____
                                     )
 5    WAYMO LLC,                     )
                                     )
 6                  Plaintiff,       )
                                     )
 7            vs.                    )   Case No.
                                     )   3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,       )
      OTTOMOTTO LLC; OTTO            )
 9    TRUCKING LLC,                  )
                                     )
10                  Defendants.      )
      _____)
11
12
13
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16      VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17               San Francisco, California
18              Friday, March 31, 2017
19                     Volume I
20
21
22
      Reported by: SUZANNE F. GUDELJ
23    CSR No. 5111
24    Job No. 2581643
25    PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   8.5 degrees.  That's basically those red lines on
2   the drawings.
3       Q    If you look at the spec sheet, the
4   Exhibit 1019 --
5       A    Mm-hmm.                                09:53:39
6       Q    -- it says it uses 64 LiDAR channels.  Do
7   you see that?
8       A    I see that.
9       Q    And that's the HDL-64.  Does 64 refer to
10  the number of LiDAR channels?                   09:53:50
11      A    That's what I think.
12      Q    And 64 LiDAR channels corresponds to 64
13  diode lasers?
14           MR. JAFFE:  Objection.  Form.
15           THE WITNESS:  I mean, 64 channels, there's  09:54:03
16  different ways to implement that, and there's
17  different ways to implement 64 channel LiDARs.
18  BY MR. JACOBS:
19      Q    How did Velodyne implement 64 LiDAR
20  channels?                                       09:54:17
21           MR. JAFFE:  Objection.  Form.
22           THE WITNESS:  Can you like refer to a
23  specific device?  Because, I mean, I don't know
24  about everything that Velodyne makes.
25  BY MR. JACOBS:                                  09:54:25

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 128

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
16        A    Yes.

17        Q    Let me ask you a couple of questions about

18   510 Systems.
```

Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   Again, just 'cause of the territory we're in, I'm
2   going to caution you not to reveal the content of
3   any attorney-client privileged information.
4           THE WITNESS:  So I've seen -- like what
5   I've seen from the -- from this board, it had a lot     02:35:18
6   of elements, you know, very like similar to our
7   boards.  The -- I understand that -- that Anthony
8   like downloaded those files, and so the -- with
9   those elements on it.  As to knowing exactly how
10  like one PCB or not became the other, I'm not -- you    02:35:41
11  know, that would be speculation.  I don't know
12  like...
13  BY MR. JACOBS:
14      Q   Are you aware of any other evidence that
15  the 14,000 allegedly downloaded files were used at      02:35:55
16  Uber?
17          MR. JAFFE:  Object to form.  Again, same
18  caution about privileged information.
19          THE WITNESS:  I mean -- also mean -- you
20  know, I don't have direct information that would,       02:36:20
21  like that would say that.  The -- the rest -- you
22  know, these are speculation that's (inaudible).
23          That's -- like some information that I've
24  seen, you know, could -- maybe I could speculate
25  that -- that -- like, you know, what we -- I just       02:36:39

1  Q   I asked you about how -- what information
2  they give you -- sorry, what information you have
3  that suggests that the files may have been used in
4  the creation of that circuit board.
5  A   Mm-hmm.                                    02:38:24
6  Q   Set that aside.
7  A   Yes.
8  Q   Do you have any other information that
9  bears on the question whether Uber is using any of
10 Waymo's trade secrets?                          02:38:32
11        MR. JAFFE:  I'm going to object to form,
12 and then same caution again not to reveal the
13 content of any attorney-client communications.
14        THE WITNESS:  Not that I can think of.
15 BY MR. JACOBS:                                  02:38:43
16 Q   On the -- we talked earlier about the dome
17 that -- that covers the LiDAR when the LiDAR is
18 deployed on a field vehicle -- on a vehicle in the
19 field.
20 A   Mm-hmm.                                    02:38:54
21 Q   Can that dome be seen through under any
22 circumstances?
23 A   That dome is actually transparent in the
24 infrared bands.
25        (Reporter clarification.)

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16            I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:4/3/17
22
23                    _____
24                    SUZANNE F. GUDELJ
                      CSR No. 5111
25
```

Page 187