# EXHIBIT 7

# FILED UNDER SEAL

```
 1               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4      _____
                                       )
 5      WAYMO LLC,                     )
                                       )
 6                   Plaintiff,        )
                                       )
 7            vs.                      )  Case No.
                                       )  3:17-cv-00939-WHA
 8      UBER TECHNOLOGIES, INC.,       )
        OTTOMOTTO LLC; OTTO            )
 9      TRUCKING LLC,                  )
                                       )
10                   Defendants.       )
        _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                San Francisco, California
18                Friday, March 31, 2017
19                       Volume I
20
21
22
        Reported by: SUZANNE F. GUDELJ
23      CSR No. 5111
24      Job No. 2581643
25      PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   8.5 degrees.  That's basically those red lines on

 2   the drawings.

 3       Q    If you look at the spec sheet, the

 4   Exhibit 1019 --

 5       A    Mm-hmm.                                      09:53:39

 6       Q    -- it says it uses 64 LiDAR channels.  Do

 7   you see that?

 8       A    I see that.

 9       Q    And that's the HDL-64.  Does 64 refer to

10   the number of LiDAR channels?                         09:53:50

11       A    That's what I think.

12       Q    And 64 LiDAR channels corresponds to 64

13   diode lasers?

14            MR. JAFFE:  Objection.  Form.

15            THE WITNESS:  I mean, 64 channels, there's   09:54:03

16   different ways to implement that, and there's

17   different ways to implement 64 channel LiDARs.

18   BY MR. JACOBS:

19       Q    How did Velodyne implement 64 LiDAR

20   channels?                                             09:54:17

21            MR. JAFFE:  Objection.  Form.

22            THE WITNESS:  Can you like refer to a

23   specific device?  Because, I mean, I don't know

24   about everything that Velodyne makes.

25   BY MR. JACOBS:                                        09:54:25
```

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

[redacted]

Page 128

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
16        A    Yes.

17        Q    Let me ask you a couple of questions about

18   510 Systems.
```

Page 131

```
 1    Again, just 'cause of the territory we're in, I'm
 2    going to caution you not to reveal the content of
 3    any attorney-client privileged information.
 4            THE WITNESS:  So I've seen -- like what
 5    I've seen from the -- from this board, it had a lot    02:35:18
 6    of elements, you know, very like similar to our
 7    boards.  The -- I understand that -- that Anthony
 8    like downloaded those files, and so the -- with
 9    those elements on it.  As to knowing exactly how
10    like one PCB or not became the other, I'm not -- you   02:35:41
11    know, that would be speculation.  I don't know
12    like...
13    BY MR. JACOBS:
14        Q    Are you aware of any other evidence that
15    the 14,000 allegedly downloaded files were used at     02:35:55
16    Uber?
17            MR. JAFFE:  Object to form.  Again, same
18    caution about privileged information.
19            THE WITNESS:  I mean -- also mean -- you
20    know, I don't have direct information that would,      02:36:20
21    like that would say that.  The -- the rest -- you
22    know, these are speculation that's (inaudible).
23            That's -- like some information that I've
24    seen, you know, could -- maybe I could speculate
25    that -- that -- like, you know, what we -- I just      02:36:39
```

```
 1      Q    I asked you about how -- what information
 2  they give you -- sorry, what information you have
 3  that suggests that the files may have been used in
 4  the creation of that circuit board.
 5      A    Mm-hmm.                                    02:38:24
 6      Q    Set that aside.
 7      A    Yes.
 8      Q    Do you have any other information that
 9  bears on the question whether Uber is using any of
10  Waymo's trade secrets?                              02:38:32
11           MR. JAFFE:  I'm going to object to form,
12  and then same caution again not to reveal the
13  content of any attorney-client communications.
14           THE WITNESS:  Not that I can think of.
15  BY MR. JACOBS:                                      02:38:43
16      Q    On the -- we talked earlier about the dome
17  that -- that covers the LiDAR when the LiDAR is
18  deployed on a field vehicle -- on a vehicle in the
19  field.
20      A    Mm-hmm.                                    02:38:54
21      Q    Can that dome be seen through under any
22  circumstances?
23      A    That dome is actually transparent in the
24  infrared bands.
25           (Reporter clarification.)
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

         I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

         That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

         Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

         I further, certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

         IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: 4/3/17

*[Signature: Suzanne F. Gudelj]*

SUZANNE F. GUDELJ
CSR No. 5111