# EXHIBIT 8

March 15, 2017

Nevada Department of Motor Vehicles
Director's Office
555 Wright Way
Carson City, Nevada 89711

      RE:  Clarification to Autonomous Technology Certification Submission

To the State of Nevada Department of Motor Vehicles:

    Nevada ATCF LLC[1] would like to clarify the following statements made in the attached document (entitled "Autonomous Technology Knowledge and Expertise – Certification of Autonomous Vehicles"), which was submitted on September 19, 2016, in support of Otto's application for an Autonomous Technology Certification Facility ("ATCF") license:

- On page 3: "Otto's product is a suite of technology hardware and software, including cameras, radar, LiDAR, and automated steering and braking, that can be installed on today's fleet of commercial trucks to retrofit regular tractors and turn them into advanced, safe, AVs."

- On pages 9-10: "Selected advanced self-driving technologies developed in-house and/or currently deployed in Otto's autonomous vehicles include: . . . LiDAR – In-house custom built 64-laser (Class 1) emitting 6.4 million beams a second at 10Hz."

Nevada ATCF LLC respectfully submits the following clarifications:

- Otto has been developing its own LiDAR systems, but has not yet deployed an "[i]n-house custom built 64-laser" in its autonomous vehicles, and

- To the extent any vehicles tested and certified by Nevada ATCF LLC to date included a LiDAR sensor, such LiDAR sensor was commercially available.

                                        Sincerely,

                                        Nevada ATCF LLC

---

[1] Nevada ATCF LLC is located on 7900 West Sunset Rd., Las Vegas, NV 89113.  Nevada ATCF LLC is 100% owned by Ottomotto LLC ("Otto").