| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone:    415.268.7000 |
| 6 | Facsimile:     415.268.7522 |
| 7 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC., |
| 8 | OTTOMOTTO LLC, and OTTO TRUCKING LLC |
| 9 | KAREN L. DUNN (*Pro Hac Vice*) |
| | kdunn@bsfllp.com |
| 10 | HAMISH P.M. HUME (*Pro Hac Vice*) |
| | hhume@bsfllp.com |
| 11 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 12 | Washington DC  20005 |
| | Telephone:    202.237.2727 |
| 13 | Facsimile:     202.237.6131 |
| 14 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 15 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782278

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2000 Pennsylvania Avenue, NW Suite 6000, Washington, D.C. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 7, 2017, I served a true and correct copy of:

- **CORRECTED DECLARATION OF DANIEL P. MUINO IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND EXHIBITS THERETO**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>Felipe Corredor<br>Grant Margeson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788 | qewaymo@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, California this 7th day of April, 2017.

|  |  |
|---|---|
| Michelle Yang | /s/ Michelle Yang |
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: April 7, 2017                               /s/ Arturo J. González
                                                                   Arturo J. González

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA
pa-1782278