IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR BRIEFING RE ARBITRATION AGAINST LEVANDOWSKI** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

In the briefing yet to come on the arbitration issue, please state how far along the arbitration brought by Waymo LLC against Anthony Levandowski has progressed and the extent to which (and when) the arbitration will determine which of the 14,000-plus allegedly downloaded files qualify as trade secrets. If the arbitration will resolve that issue, please include analysis in the briefing as to whether, after deciding the issue of provisional relief, this Court should stay this case as to the trade secrets claims until those claims are resolved in the Levandowski arbitration. If the arbitration will not reach that issue, please explain why.

Dated: April 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE