IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE JOHN COOPER**

    The Court has confirmed John Cooper's availability to serve as a special master in this case. His exact assignment remains to be determined. By **TOMORROW**, counsel for both sides shall please phone Attorney Cooper in a joint call to clear him for any conflicts. Counsel shall please also invite Attorney Cooper to the technology tutorial on April 12, if he is available.

    **IT IS SO ORDERED.**

Dated: April 10, 2017.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE