MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:  202.237.2727
Facsimile:  202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO ORDER TO MAKE STATEMENT UNDER OATH**<br><br>Trial Date: October 2, 2017 |

1.   Defendants Uber Technologies, Inc. ("Uber") and Ottomotto LLC ("Ottomotto") file this Response to the Court's Order to make a statement under oath regarding whether Defendants have ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement. (Dkt. No. 142.)

2.   Neither Uber nor Ottomotto has ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement. (*See* Declaration of Aaron Bergstrom.)

Dated: April 10, 2017                         MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
          ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC