```
 1  MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
 2  ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
 3  ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California 94105-2482
    Telephone:  415.268.7000
 6  Facsimile:  415.268.7522

 7  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.,
 8  OTTOMOTTO LLC, and OTTO TRUCKING LLC

 9  KAREN L. DUNN (Pro Hac Vice)
    kdunn@bsfllp.com
10  HAMISH P.M. HUME (Pro Hac Vice)
    hhume@bsfllp.com
11  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
12  Washington DC 20005
    Telephone:  202.237.2727
13  Facsimile:  202.237.6131

14  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
15  and OTTOMOTTO LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.  3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF AARON BERGSTROM IN SUPPORT OF UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO ORDER TO MAKE STATEMENT UNDER OATH** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Trial Date: October 2, 2017 |

BERGSTROM DECL. ISO UBER AND OTTOMOTTOS'S RESPONSE TO ORDER TO MAKE STATEMENT UNDER OATH
Case No. 3:17-cv-00939-WHA
sf-3757523

I, Aaron Bergstrom, declare as follows:

1. I am Senior Counsel, Litigation at Uber Technologies, Inc. ("Uber"). I make this declaration in support of Uber's and Ottomotto LLC ("Ottomotto")'s Response to the Court's Order to make a statement under oath regarding whether Defendants have ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement. (Dkt. No. 142.)

2. I have conducted a thorough and complete investigation into whether Uber and/or Ottomotto have ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement.

3. Neither Uber nor Ottomotto has ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of April, 2017, in San Francisco, California.

/s/ Aaron Bergstrom