MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No.   3:17-cv-00939-WHA <br><br> **DECLARATION OF RHIAN MORGAN IN SUPPORT OF DEFENDANT OTTO TRUCKING, LLC'S RESPONSE TO ORDER TO MAKE STATEMENT UNDER OATH** <br><br> Trial Date: October 2, 2017 |

I, Rhian Morgan, declare as follows:

1. I have been an employee of Uber Technologies, Inc. ("Uber") since August 24, 2016. I am also secretary of Otto Trucking, LLC ("Otto Trucking"). I make this declaration in support of Otto Trucking's Response to the Court's Order to make a statement under oath regarding whether Defendants have ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement. (Dkt. No. 142.)

2. I have conducted a thorough and complete investigation into whether Otto Trucking has ever resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement.

3. Otto Trucking has never resisted arbitration on the ground that an adverse party seeking to enforce an arbitration agreement was not actually a signatory to said agreement.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of April, 2017, in San Francisco, California.

/s/ Rhian Morgan
Rhian Morgan