1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:    415.268.7000
6  Facsimile:    415.268.7522

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
8  OTTOMOTTO LLC, and OTTO TRUCKING LLC

9  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
10 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
11 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
12 Washington DC  20005
   Telephone:    202.237.2727
13 Facsimile:    202.237.6131

14 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
15 and OTTOMOTTO LLC

16                              UNITED STATES DISTRICT COURT

17                             NORTHERN DISTRICT OF CALIFORNIA

18                                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| 20              Plaintiff, | **UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 177-6** |
| 21       v. | |
| 22  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 23              Defendants. | |
| 24 | Trial Date: October 2, 2017 |
| 25 | |

26

27

28

Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC file this Administrative Motion to Remove the following documents from ECF, submitted electronically on April 7, 2017, by Defendants:

    1.  Docket Number 177-6, Exhibit A to the Declaration of Asheem Linaval.

This document contains confidential personal information that was inadvertently not redacted. Defendants have contacted the ECF Help Desk regarding this issue, which has temporarily blocked public access to this filing. Defendants have also filed a corrected version of this document with the confidential information at issue redacted at Docket Number 187. Because the single redaction is irrelevant personal information, Defendants are not filing a separate version under seal.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: April 10, 2017        MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
      ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC