1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11    WAYMO LLC,                              Case No.      3:17-cv-00939-WHA

12                  Plaintiff,                **[PROPOSED] ORDER GRANTING
                                              DEFENDANTS UBER
13          v.                                TECHNOLOGIES, INC.,
                                              OTTOMOTTO LLC, AND OTTO
14    UBER TECHNOLOGIES, INC.,                TRUCKING LLC'S
      OTTOMOTTO LLC; OTTO TRUCKING LLC,       ADMINISTRATIVE MOTION TO
15                                            REMOVE DOCUMENTS**

16                  Defendants.

17                                            Trial Date: October 2, 2017

18

19

20

21

22

23

24

25

26

27

28

1          Having reviewed and considered Defendants Uber Technologies, Inc., Ottomotto LLC,

2    and Otto Trucking LLC's Motion to Remove Incorrectly Filed Document, Docket No. 177-6,

3    which Defendants filed on April 7, 2017, and good cause appearing therefore, **IT IS HEREBY**

4    **ORDERED** that Defendants' Motion shall be granted.

5

6         **IT IS SO ORDERED**.

7

8    Dated: _____, 2017

9                                              HONORABLE WILLIAM ALSUP

10                                             United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28