# EXHIBIT B

# Velodyne® LiDAR
## Product Guide





| Features | HDL-64 | HDL-32 | VLP-16 |
|---|---|---|---|
| Channels | 64 | 32 | 16 |
| Range | 100-120 m | 80-100 m | 100 m |
| Accuracy | +/- 2cm | +/- 2cm | +/- 3cm |
| Data | Distance / Intensity | Distance / Calibrated Reflectivities | Distance / Calibrated Reflectivities |
| Data Rate | 1.3M pts/sec | 700,000 pts/sec | 300,000 pts/sec |
| Vertical FOV | 26.8° | 40° | 30° |
| Vertical Resolution | ~ 0.4° | ~ 1.3° | ~ 2.0° |
| Horizontal FOV | 360° | 360° | 360° |
| Horizontal Resolution | 5Hz: 0.08°<br>10Hz: 0.17°<br>20Hz: 0.35° | 5Hz: 0.08°<br>10Hz: 0.17°<br>20Hz: 0.35° | 5Hz: 0.1°<br>10Hz: 0.2°<br>20Hz: 0.4° |
| Input Voltage (with interface box and regulated power supply) | 10-32 VDC | 9-32 VDC | 9-32 VDC |
| Power | 60W | 12W | 8W |
| Environmental | IP67 | IP67 | IP67 |
| Operating Temperature | -10° to 50° C | -10° to 60° C | -10° to 60° C |
| Size | 203mm x 284mm (~8" x ~11") | 86mm x 145mm (~3.6" x ~6") | 104mm x 72mm (~4" x ~3") |
| Weight | 15kg (33lbs) | 1kg (2.2lbs) | 0.83kg (1.8lbs) |

www.velodynelidar.com          Email: lidar@velodyne.com          Phone: 408 465 2800