# EXHIBIT A

| | |
|---|---|
| **From:** | Williams, Ben <BWilliams@mofo.com> |
| **Sent:** | Friday, March 31, 2017 1:15 PM |
| **To:** | David Perlson |
| **Cc:** | Gonzalez, Arturo J.; Charles K Verhoeven |
| **Subject:** | RE: Service of new arbitration demand |
| **Attachments:** | 2017.03.31 Arbitration Demand to Waymo LLC_FINAL.PDF |

David,

I've attached a copy of the arbitration demand referenced in the chain below. A hard copy is being sent by courier today to Mr. Verhoeven's office and should be delivered shortly. Thanks

Sincerely,
Ben

**Benjamin D. Williams**
Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
P: 213.892.5237 | M: 213.292.1378 | F: 213.892.5454
BWilliams@mofo.com | www.mofo.com

---

**From:** David Perlson [mailto:davidperlson@quinnemanuel.com]
**Sent:** Thursday, March 30, 2017 6:52 PM
**To:** Williams, Ben
**Cc:** Gonzalez, Arturo J.
**Subject:** Re: Service of new arbitration demand

**- External Email -**

Ben, we can accept service.

David

On Mar 30, 2017, at 6:21 PM, Williams, Ben <BWilliams@mofo.com> wrote:

> Dave,
>
> Good speaking to you. I write to ask whether you are authorized to accept service on behalf of Waymo of the arbitration demand we spoke about (the one referenced in the motion to compel arbitration). Can you let me know by 11 a.m. tomorrow?
>
> Thanks,
> Ben
>
> **Benjamin D. Williams**
> Morrison & Foerster LLP
> 707 Wilshire Boulevard | Los Angeles, CA 90017-3543
> P: 213.892.5237 | M: 213.292.1378 | F: 213.892.5454
> BWilliams@mofo.com | www.mofo.com

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.