# EXHIBIT B



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## TO RESPONDENT (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

Add more respondents on **page 6**.

| RESPONDENT NAME | Waymo LLC |
|---|---|

| ADDRESS | 1600 Amphitheatre Parkway |
|---|---|

| CITY | Mountain View | STATE | CA | ZIP | 94043 |
|---|---|---|---|---|---|

| PHONE | (650)253-0000 | FAX | (650)253-0001 | EMAIL | |
|---|---|---|---|---|---|

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | Charles K. Verhoeven |
|---|---|

| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
|---|---|

| ADDRESS | 50 California Street, 22nd Floor |
|---|---|

| CITY | San Francisco | STATE | CA | ZIP | 94111 |
|---|---|---|---|---|---|

| PHONE | (415)875-6600 | FAX | (415)875-6700 | EMAIL | charlesverhoeven@quinnemanuel.com |
|---|---|---|---|---|---|

## FROM CLAIMANT

Add more claimants on **page 7**.

| CLAIMANT NAME | Uber Technologies, Inc. |
|---|---|

| ADDRESS | 1455 Market Street |
|---|---|

| CITY | San Francisco | STATE | CA | ZIP | 94105 |
|---|---|---|---|---|---|

| PHONE | | FAX | | EMAIL | |
|---|---|---|---|---|---|

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | Arturo J. González (see Attachment 1 caption for additional counsel) |
|---|---|

| FIRM/COMPANY | Morrison & Foerster LLP |
|---|---|

| ADDRESS | 425 Market Street |
|---|---|

| CITY | San Francisco | STATE | CA | ZIP | 94105-2482 |
|---|---|---|---|---|---|

| PHONE | (415)268-7000 | FAX | (415)268-7522 | EMAIL | agonzalez@mofo.com |
|---|---|---|---|---|---|

# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## MEDIATION IN ADVANCE OF THE ARBITRATION

☐   If mediation in advance of the arbitration is desired, please check here and a JAMS Case Manager will assist the parties in coordinating a mediation session.

## NATURE OF DISPUTE / CLAIMS & RELIEF SOUGHT BY CLAIMANT

CLAIMANT HEREBY DEMANDS THAT YOU SUBMIT THE FOLLOWING DISPUTE TO FINAL AND BINDING ARBITRATION.
A MORE DETAILED STATEMENT OF CLAIMS MAY BE ATTACHED IF NEEDED.

See Attachment 1.

AMOUNT IN CONTROVERSY (US DOLLARS)   N/A



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows. *Please cite location of arbitration provision and attach <u>two copies</u> of entire agreement.*

**ARBITRATION PROVISION LOCATION**

```
2012 At-Will Employment, Confidential Information, Invention Assignment, and
Arbitration Agreement, § 14, attached as Ex. 1

2009 At-Will Employment, Confidential Information, Invention Assignment, and
Arbitration Agreement § 15, attached as Ex. 2
```

## RESPONSE

The respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. *Send the original response and counter-claim to the claimant at the address stated above with <u>two copies</u> to JAMS.*

## REQUEST FOR HEARING

**REQUESTED LOCATION**   Santa Clara County, California

## ELECTION FOR EXPEDITED PROCEDURES (IF COMPREHENSIVE RULES APPLY)

See: *Comprehensive Rule 16.1*

☐   By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

## SUBMISSION INFORMATION

**SIGNATURE**   *Arturo J. González*   **DATE**   March 30, 2017

**NAME (PRINT/TYPED)**   Arturo J. González

# Demand for Arbitration Form (continued)
## Instructions for Submittal of Arbitration to JAMS

**Completion of this section is <u>required for all consumer or employment claims</u>.**

## CONSUMER AND EMPLOYMENT ARBITRATION

Please indicate if this is a CONSUMER ARBITRATION. For purposes of this designation, and whether this case will be administered in California or elsewhere, JAMS is guided by *California Rules of Court Ethics Standards for Neutral Arbitrators, Standard 2(d) and (e)*, as defined below, and the JAMS Consumer and Employment Minimum Standards of Procedural Fairness:

☐ <u>YES</u>, this **is** a CONSUMER ARBITRATION.

☒ <u>NO</u>, this **is not** a CONSUMER ARBITRATION.

"Consumer arbitration" means an arbitration conducted under a pre-dispute arbitration provision contained in a contract that meets the criteria listed in paragraphs (1) through (3) below. "Consumer arbitration" excludes arbitration proceedings conducted under or arising out of public or private sector labor-relations laws, regulations, charter provisions, ordinances, statutes, or agreements.

1. The contract is with a consumer party, as defined in these standards;
2. The contract was drafted by or on behalf of the non-consumer party; and
3. The consumer party was required to accept the arbitration provision in the contract.

"Consumer party" is a party to an arbitration agreement who, in the context of that arbitration agreement, is any of the following:

1. An individual who seeks or acquires, including by lease, any goods or services primarily for personal, family, or household purposes including, but not limited to, financial services, insurance, and other goods and services as defined in section 1761 of the Civil Code;
2. An individual who is an enrollee, a subscriber, or insured in a health-care service plan within the meaning of section 1345 of the Health and Safety Code or health-care insurance plan within the meaning of section 106 of the Insurance Code;
3. An individual with a medical malpractice claim that is subject to the arbitration agreement; or
4. An employee or an applicant for employment in a dispute arising out of or relating to the employee's employment or the applicant's prospective employment that is subject to the arbitration agreement.

In addition, JAMS is guided by its Consumer Minimum Standards and Employment Minimum Standards when determining whether a matter is a consumer matter.

**If Respondent disagrees with the assertion of Claimant regarding whether this IS or IS NOT a CONSUMER ARBITRATION, Respondent should communicate this objection in writing to the JAMS Case Manager and Claimant within seven (7) calendar days of service of the Demand for Arbitration.**

## EMPLOYMENT MATTERS

**If this is an EMPLOYMENT matter, Claimant must complete the following information:**

Private arbitration companies are required to collect and publish certain information at least quarterly, and make it available to the public in a computer-searchable format. In employment cases, this includes the amount of the employee's annual wage. The employee's name will not appear in the database, but the employer's name will be published. Please check the applicable box below:

☐ Less than $100,000    ☐ $100,000 to $250,000    ☐ More than $250,000    ☒ Decline to State

## WAIVER OF ARBITRATION FEES

**In certain states (e.g. California), the law provides that consumers (as defined above) with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees.** In those cases, the respondent must pay 100% of the fees. Consumers must submit a declaration under oath stating the consumer's monthly income and the number of persons living in his or her household. Please contact JAMS at 1-800-352-5267 for further information. Note: this requirement is not applicable in all states.



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## RESPONDENT #2 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| RESPONDENT NAME | |
|---|---|
| ADDRESS | |

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | |
|---|---|
| FIRM/ COMPANY | |
| ADDRESS | |

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

## RESPONDENT #3 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| RESPONDENT NAME | |
|---|---|
| ADDRESS | |

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | |
|---|---|
| FIRM/ COMPANY | |
| ADDRESS | |

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## CLAIMANT #2

| CLAIMANT NAME | Ottomotto LLC | | | |
|---|---|---|---|---|
| ADDRESS | 737 Harrison St | | | |
| CITY | San Francisco | STATE CA | | ZIP 94107 |
| PHONE | | FAX | EMAIL | |

CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | Arturo J. González (see Attachment 1 caption for additional counsel) |
|---|---|
| FIRM/ COMPANY | Morrison & Foerster LLP |
| ADDRESS | 425 Market Street |
| CITY | San Francisco   STATE CA   ZIP 94105-2482 |
| PHONE | (415)268-7000 FAX (415)268-7522 EMAIL agonzalez@mofo.com |

## CLAIMANT #3

| CLAIMANT NAME | Otto Trucking LLC | | | |
|---|---|---|---|---|
| ADDRESS | 737 Harrison St | | | |
| CITY | San Francisco | STATE CA | | ZIP 94107 |
| PHONE | | FAX | EMAIL | |

CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | Arturo J. González (see Attachment 1 caption for additional counsel) |
|---|---|
| FIRM/ COMPANY | Morrison & Foerster LLP |
| ADDRESS | 425 Market Street |
| CITY | San Francisco   STATE CA   ZIP 94105-2482 |
| PHONE | (415)268-7000 FAX (415)268-7522 EMAIL agonzalez@mofo.com |