# EXHIBIT F

| | |
|---|---|
| **From:** | David Perlson |
| **Sent:** | Tuesday, April 04, 2017 11:31 AM |
| **To:** | Gonzalez, Arturo J.; QE-Waymo |
| **Subject:** | RE: New Arbitration Demand |

Arturo, we oppose Defendants' attempt to compel arbitration in this action and do not agree to the proposed stipulation, which we do not believe would be practicable in any event.  Waymo's claims brought in this case are appropriate in district court as we will explain in our opposition.  Let me know if you wish to discuss further.

David



David Perlson
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6344
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700
E-mail: davidperlson@quinnemanuel.com
Web:   www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, March 31, 2017 1:05 PM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** New Arbitration Demand

Quinn Team,

Today, we are filing a new arbitration demand that seeks to move the trade secrets claims into the proper forum.  Judge Alsup is obviously concerned that your clients be provided with a timely opportunity to resolve those claims.  We agree.  Thus, we suggest that we stipulate to the following: (1) the same panel that is considering the two pending arbitrations would hear the new one; and (2) we will agree to start the trade secrets arbitration trial two weeks after the jury returns its verdict in the pending proceeding before Judge Alsup.  If the proceeding before Judge Alsup is resolved without a trial, then we would start the trade secrets arbitration on October 9, or as soon thereafter as the arbitrators are available.  Please let us know if your client agrees.

**Arturo J. González**

Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.