QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO WAYMO'S DISCOVERY LETTER BRIEF RE: INSPECTION OF LiDAR DEVICES** |

I, Jordan Jaffe, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Exhibit A to Waymo's Discovery Letter Brief Re: Inspection of LiDAR Devices (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit A to Waymo's Discovery Letter Brief | Highlighted Portion |

3. Exhibit A contains a reference to Waymo's trade secret information, which Waymo seeks to seal. This Exhibits' reference of Waymo's asserted trade secrets includes an identification of Waymo's technology related to the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 24-15) and are valuable as trade secrets to Waymo's business (Dkt. 24-3). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

4. I understand that Waymo maintains that this information as secret. The public disclosure of this information would cause significant competitive harm to Waymo, as its trade secrets would become known to competitors who could use such information to Waymo's disadvantage.

5. Waymo's request to seal is narrowly tailored to those portions of Exhibit A that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2 true and correct, and that this declaration was executed in San Francisco, California, on April 10,
3 2017.

4  By  */s/ Jordan Jaffe*
    Jordan Jaffe
5    Attorneys for WAYMO LLC