1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                  Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>                  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL PORTIONS OF EXHIBIT<br>A TO WAYMO'S DISCOVERY LETTER<br>BRIEF RE: INSPECTION OF LiDAR<br>DEVICES** |

        Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

Portions of Exhibit A to Waymo's Discovery Letter Brief Re: Inspection of LiDAR Devices (the

"Administrative Motion").

        Having considered the Administrative Motion, and good cause to seal having been shown,

the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit A to Waymo's Discovery Letter Brief | Highlighted Portion |

1    **IT IS SO ORDERED.**

2

3    Dated: _____, 2017

4                                                    _____
                                                     HON. WILLIAM ALSUP
5                                                    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28