IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

        Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,

        Defendants.

————————————————————————/

No. C 17-00939 WHA

**ORDER RE INSPECTION**

Defendants shall respond to plaintiff Waymo LCC's discovery letter brief dated April 10 (Dkt. No. 206) by **5:00 P.M. TODAY**.  The matter will be heard at the end of the technology tutorial tomorrow, time permitting.

**IT IS SO ORDERED.**

Dated:  April 11, 2017.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California