IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE INSPECTION**

    Defendants shall respond to plaintiff Waymo LLC's discovery letter brief dated April 10 (Dkt. No. 206) by **5:00 P.M. TODAY**. The matter will be heard at the end of the technology tutorial tomorrow, time permitting.

    **IT IS SO ORDERED.**

Dated: April 11, 2017.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE