## Balassone, Elizabeth

**From:** Ray, Wendy J.
**Sent:** Thursday, April 06, 2017 2:02 PM
**To:** QE-Waymo (qewaymo@quinnemanuel.com)
**Cc:** UberWaymo
**Subject:** 10 custodians

Quinn team,,
Please provide the names of the 10 additional custodians.

Wendy

**Wendy J. Ray**
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Phone: (213) 892.5446 | Fax: (213) 892.5454
E-mail: wray@mofo.com