| | |
|---|---|
| **From:** | Ray, Wendy J. |
| **To:** | QE-Waymo (qewaymo@quinnemanuel.com) |
| **Cc:** | UberWaymo |
| **Subject:** | Waymo v. Uber - search term (AEO) |
| **Date:** | Wednesday, April 05, 2017 8:53:14 PM |

Jordan,

As discussed, the Fuji term is overbroad.  There is only one version, so version cannot serve as the basis for narrowing.  We propose narrowing using the following additional limitations:

"FUJI" and ("orientation" OR "parameters" OR "spacing" OR "pattern" OR "resolution" OR "lens" OR "PCB" OR "TX" OR "RX" OR "fiducial" OR "alignment")

Please let us know if Waymo agrees.

Wendy

**Wendy J. Ray**
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Phone: (213) 892.5446 | Fax: (213) 892.5454
E-mail: wray@mofo.com