| | |
|---|---|
| **From:** | Ray, Wendy J. |
| **To:** | Jordan Jaffe |
| **Cc:** | Jeff Nardinelli; QE-Waymo; UberWaymo; Jessica Singh; Tapernoux, Camila A. |
| **Subject:** | Re: 14K files |
| **Date:** | Saturday, April 08, 2017 10:50:34 PM |

Jordan,

==We are committed to locating and returning Google material, if there is any. Thus far, we are finding that the search terms are returning large numbers of hits and that none of it is responsive. We propose having our forensic vendors confer so that we can develop an agreed on plan for searching Uber's systems more efficiently. Please let us know if you are open to proceeding in such a manner.==

Wendy

On Apr 8, 2017, at 5:53 PM, Ray, Wendy J. <WRay@mofo.com> wrote:

Jordan,
Stroz has created the following files:

- Fuzzy hash list for 50 priority files
- Fuzzy hash list for 15 largest files
- Block hash list for 50 priority files
- Block hash list for 15 largest files
- SDHash for all files
- SDHash for all files, excluding known good files
- DTsearch Index word list
- File listing with MD5 & SHA1 Hash

The files were left on the computer in a folder on the Desktop called "Stroz_Output". Please produce these files tomorrow in the same format that Aaron saved them in. They are small enough for FTP.

Wendy

Wendy J. Ray
Morrison & Foerster LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA 90017-3543
213-892-5446

On Apr 8, 2017, at 8:23 AM, Ray, Wendy J. <WRay@mofo.com> wrote:

Jeff and Jessica,
Our team is delayed and will be there around 11:15. Camilla Tapernoux of MoFo will also attend.

Wendy

On Apr 7, 2017, at 5:24 PM, Jordan Jaffe <jordanjaffe@quinnemanuel.com> wrote:

- External Email -

Jackie,

Please provide the tools to Jessica Singh (who is monitoring your review). She will provide them to us for our assessment. We will work to assess them as quickly as possible, but given that you're providing the tools to us at 5:13 PM on Friday evening, I can't guarantee will be able to clear them and get approval from our client in time for your review tomorrow. We'll work as quickly as we reasonably can.

To respond to your earlier email, we will endeavor to provide you paper copies within 24 hours of the end of your review, but to some extent it depends on the amount and type of documents you're trying to print. There may be times when it takes more than 24 hours to clear/print the files you have queued up for printing, depending on the volume/data in question. Again, we'll work as quickly as we reasonably can.

Finally, we will make the 14k files available this weekend as a courtesy, but please note that QE staff member supervising the review needs take a lunch tomorrow between 12-1. During that time you will have to leave the building, as we do not have another staff member to supervise you. Please coordinate with Jeff, Jessica to ensure so you can get into our office tomorrow.

Please contact us with any questions.

Thanks,