| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **To:** | Jordan Jaffe; Ray, Wendy J. |
| **Cc:** | QE-Waymo; UberWaymo; Jessica Singh; Tapernoux, Camila A. |
| **Subject:** | RE: 14K files |
| **Date:** | Monday, April 10, 2017 11:12:54 AM |

**- External Email -**

Wendy,

The files are designated as HIGHLY CONFIDENTIAL – SOURCE CODE and are available at this URL:

https://sendfile.quinnemanuel.com/pkg?token=cd00904b-b5d3-4512-a441-d7324594b881

I will separately send you the decryption information.

Thanks,
Jeff

**From:** Jordan Jaffe
**Sent:** Sunday, April 09, 2017 8:54 PM
**To:** Ray, Wendy J. <WRay@mofo.com>
**Cc:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymo <UberWaymo@mofo.com>; Jessica Singh <jessicasingh@quinnemanuel.com>; Tapernoux, Camila A. <CTapernoux@mofo.com>
**Subject:** RE: 14K files

Wendy,

We expect to provide the files tomorrow.  Our forensic folks are double-checking the files, as you noted.

Best regards,

Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // jordanjaffe@quinnemanuel.com

**From:** Ray, Wendy J.
**Sent:** Sunday, April 9, 2017 8:46 PM
**To:** Jordan Jaffe
**Cc:** Jeff Nardinelli; QE-Waymo; UberWaymo; Jessica Singh; Tapernoux, Camila A.
**Subject:** RE: 14K files

Jordan,
When will the files below be provided to us?  I'm sure your forensics team can confirm quickly that they do not contain Google data; regardless, we are willing to maintain them on an AEO basis.

Wendy

**From:** Ray, Wendy J.
**Sent:** Saturday, April 08, 2017 5:54 PM
**To:** Jordan Jaffe
**Cc:** Jeff Nardinelli; QE-Waymo; UberWaymo; Jessica Singh; Tapernoux, Camila A.
**Subject:** Re: 14K files

Jordan,
Stroz has created the following files:

- Fuzzy hash list for 50 priority files
- Fuzzy hash list for 15 largest files
- Block hash list for 50 priority files
- Block hash list for 15 largest files
- SDHash for all files
- SDHash for all files, excluding known good files
- DTsearch Index word list
- File listing with MD5 & SHA1 Hash

The files were left on the computer in a folder on the Desktop called "Stroz_Output". Please produce these files tomorrow in the same format that Aaron saved them in. They are small enough for FTP.

EXHIBIT 6, PAGE 1