IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER SETTING HEARING RE DISCOVERY LETTER DATED APRIL 11, 2017**

Plaintiff Waymo LLC shall respond to defendants' discovery letter brief dated April 11 (Dkt. No. 210) by **5:00 P.M. TODAY**. The matter will be heard at the end of the technology tutorial tomorrow, time permitting. The Court will want to know why Stroz Friedberg is involved, rather than cadres from counsel of record, to find relevant material. The Court will further want to know the number of personnel who have been dedicated to the searches and the hours they have worked.

Nothing in this order in any way extends the earlier deadline for defendants to turn over a privilege log complete as to all items unaffected by Anthony Levandowski's Fifth Amendment argument, which deadline passed at 11:00 p.m. yesterday (*see* Dkt. No. 202 at 12).

**IT IS SO ORDERED.**

Dated: April 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE