# **EXHIBIT 2**

# Patrick Schmidt

| | |
|---|---|
| **From:** | Miles Ehrlich <miles@ramsey-ehrlich.com> |
| **Sent:** | Sunday, April 09, 2017 9:49 AM |
| **To:** | Patrick Schmidt |
| **Cc:** | Amy Craig; Ismail Ramsey; QE-Waymo |
| **Subject:** | Re: Deposition Subpoena to Anthony Levandowski |

Yes.  Confirmed.

Thanks,

- Miles

Sent from my mobile phone

On Apr 9, 2017, at 9:02 AM, Patrick Schmidt <patrickschmidt@quinnemanuel.com> wrote:

> Can you please confirm that you have authority to accept this subpoena on behalf of Mr. Levandowski?
>
> **From:** Patrick Schmidt
> **Sent:** Sunday, April 09, 2017 9:00 AM
> **To:** Amy Craig (amy@ramsey-ehrlich.com) <amy@ramsey-ehrlich.com>; Isamil ("Izzy") Ramsey (izzy@ramsey-ehrlich.com) <izzy@ramsey-ehrlich.com>; Miles Ehrlich (miles@ramsey-ehrlich.com) <miles@ramsey-ehrlich.com>
> **Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymo <UberWaymo@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>
> **Subject:** Deposition Subpoena to Anthony Levandowski
>
> Counsel,
>
> Attached please find a deposition subpoena to Anthony Levandowski.
>
>
> **Patrick Schmidt**
> *Associate*
> **Quinn Emanuel Urquhart & Sullivan, LLP**
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> 213-443-3191 Direct
> 213-443-3000 Main Office Number
> 213-443-3100 Fax
> patrickschmidt@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
> <Levandowski Deposition Subpoena (2).pdf>