# EXHIBIT 3

# Patrick Schmidt

| | |
|---|---|
| **From:** | Ismail Ramsey <izzy@ramsey-ehrlich.com> |
| **Sent:** | Monday, April 10, 2017 5:46 PM |
| **To:** | Patrick Schmidt |
| **Cc:** | QE-Waymo; UberWaymo; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Amy Craig; Miles Ehrlich |
| **Subject:** | RE: Deposition Subpoena to Anthony Levandowski |

Patrick-

We object to the document requests that are part of this subpoena. They are outside the expedited discovery that Judge Alsup ordered. The Court called for document production from the parties, not from non-party deponents. Further, Anthony Levandowski plans to assert his Fifth Amendment rights with respect to any documents requests served on him. And to extent that the requests ask for a review of his personal documents and production by Friday, we believe they are unduly burdensome.

We'd ask you to modify your subpoena to remove the document requests. Otherwise, we will need to meet and confer and if necessary discuss a briefing schedule on a discovery dispute/motion to modify a subpoena that complies with NDCA Civil Local Rules and Standing Orders.

Regards,

Izzy Ramsey
Ramsey & Ehrlich LLP
510-548-3600

---

**From:** Patrick Schmidt [mailto:patrickschmidt@quinnemanuel.com]
**Sent:** Sunday, April 9, 2017 9:00 AM
**To:** Amy Craig; Ismail Ramsey; Miles Ehrlich
**Cc:** QE-Waymo; UberWaymo; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com)
**Subject:** Deposition Subpoena to Anthony Levandowski

Counsel,

Attached please find a deposition subpoena to Anthony Levandowski.


**Patrick Schmidt**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3191 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
patrickschmidt@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

2