MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939-WHA |
| Plaintiff, | |
| v. | **ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

Notice is hereby given that Anthony Levandowski, intervenor in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the district court's order denying Mr. Levandowski's motion to modify the court's expedited discovery order entered in this action on April 10, 2017. (Dkt. No. 202).

Date:    April 11, 2017                             Respectfully submitted,


                                                    */s/  Ismail Ramsey*
                                                    Miles Ehrlich
                                                    Ismail Ramsey
                                                    Amy Craig
                                                    Ramsey & Ehrlich LLP
                                                    803 Hearst Avenue
                                                    Berkeley, CA 94710
                                                    Tel: (510) 548-3600
                                                    Fax: (510) 291-3060

                                                    miles@ramsey-ehrlich.com
                                                    izzy@ramsey-ehrlich.com
                                                    amy@ramsey-ehrlich.com

                                                    ***Counsel for Intervenor Anthony Levandowski***