IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**ORDER SETTING DISCOVERY HEARING RE SUBPOENA TO ANTHONY LEVANDOWSKI** |

　　　Anthony Levandowski shall respond to plaintiff Waymo LLC's discovery letter brief dated April 11 (Dkt. No. 212) by **11:00 P.M. TONIGHT**. The frequency of discovery disputes in this case has reached the breaking point. The Court will soon refer all such disputes to a magistrate judge.

　　　At the end of the technology tutorial tomorrow, the Court will use whatever time is available to consider this matter and the two other discovery disputes that have been served up since last night. The parties, however, should be aware that there may not be sufficient time to address all discovery issues, and the resolution of some issues may have to wait until after April 24, when the magistrate judge to whom discovery will be referred becomes available.

　　　**IT IS SO ORDERED.**

Dated: April 11, 2017.

　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE