1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:    415.268.7000
6  Facsimile:    415.268.7522

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
8  OTTOMOTTO LLC, and OTTO TRUCKING LLC

9  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
10 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
11 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
12 Washington DC  20005
   Telephone:    202.237.2727
13 Facsimile:    202.237.6131

14 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
15 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**CORRECTED DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   May 3, 2017<br>Time:   7:30 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

2. To comply with this Court's March 16, 2017 Order, we interviewed 86 Uber employees who had previously worked at Waymo,[1] in order to identify any Waymo documents.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Bloomberg Technology article entitled "Uber Hires Veteran NASA Engineer to Develop Flying Cars," dated February 6, 2017, from https://www.bloomberg.com/news/articles/2017-02-06/uber-hires-veteran-nasa-engineer-to-develop-flying-cars.

4. Attached hereto as Exhibit 2 is a true and correct copy of the "Our Story" page from https://www.uber.com/our-story.

5. Attached hereto as Exhibit 3 is a true and correct copy of the "Rethinking transportation" page from https://newsroom.uber.com/rethinking-transportation.

6. Attached hereto as Exhibit 4 is a true and correct copy of relevant pages from the deposition of Tim Willis, taken on March 23, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of relevant pages from the deposition of Gary Brown, taken on March 24, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of relevant pages from the deposition of Michael Janosko, taken on March 23, 2017.

9. Attached hereto as Exhibit 7 is a true and correct copy of relevant pages from the deposition of Pierre-Yves Droz, taken on March 31, 2017.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter to the Nevada Department of Motor Vehicles, dated March 15, 2017.

---

[1] "Waymo" refers to Waymo LLC, Google Inc., and Alphabet Inc.

CORRECTED CHANG DECL. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:17-cv-00939-WHA
pa-1782593

1

1  I declare under the penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.  Executed this 11th day of April, 2017, in San Francisco, California.

                                                  */s/ Esther Kim Chang*
                                                  ESTHER KIM CHANG

CORRECTED CHANG DECL. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:17-cv-00939-WHA
pa-1782593

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: April 11, 2017                           */s/ Arturo J. González*
                                                           Arturo J. González

CORRECTED CHANG DECL. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:17-cv-00939-WHA
pa-1782593

3