UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>~~JOINT STIPULATION AND [PROPOSED]~~ ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL<br><br>Date:    April 12, 2017<br>Time:   10:00 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (together, the Parties) seek to use certain equipment and devices at the Technology Tutorial on April 12, 2017;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1. The Parties and their attorneys, paralegals, assistants, and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, A/V tables, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, VGA switchers, prior art devices to the technology in this litigation, and related equipment into the courtroom for use at the Technology Tutorial on Wednesday, April 12, 2017;

2. Specifically, Defendants will be bringing the Velodyne HDL-64S3 LiDAR device (image and Product Guide, attached as Exhibits A and B);

3. Beginning at 8:00 a.m. on Wednesday, April 12, 2017, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the tutorial as scheduled.

**IT IS SO STIPULATED.**

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Technology Tutorial
Case No. 3:17-cv-00939-WHA
sf-3757548

1

| | | |
|---|---|---|
| 1 | Dated: April 10, 2017 | MORRISON & FOERSTER LLP |

By: */s/ Michael A. Jacobs*
  MICHAEL A. JACOBS

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

Dated: April 10, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*
  CHARLES K. VERHOEVEN

Attorneys for Plaintiff
WAYMO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___April 11___, 2017        _____
                               The Honorable William H̶. Alsup

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Charles K. Verhoeven has concurred in this filing.

Dated: April 10, 2017                              */s/  Michael A. Jacobs*
                                                                Michael A. Jacobs

J̶O̶I̶N̶T̶ ̶S̶T̶I̶P̶U̶L̶A̶T̶I̶O̶N̶ ̶A̶N̶D̶ ̶[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶ ORDER PERMITTING USE OF EQUIPMENT FOR TECHNOLOGY TUTORIAL
Case No. 3:17-cv-00939-WHA
sf-3757548

3