# EXHIBIT 4

# FILED UNDER SEAL

OUTSIDE ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2               SAN FRANCISCO DIVISION
 3
 4    _____
                                     )
 5    WAYMO LLC,                     )
                                     )
 6              Plaintiff,           )
                                     )
 7         vs.                       )  Case No.
                                     )  3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,       )
      OTTOMOTTO LLC; OTTO            )
 9    TRUCKING LLC,                  )
                                     )
10              Defendants.          )
      _____)
11
12
13
14
15          OUTSIDE ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF TIM WILLIS
17            San Francisco, California
18            Thursday, March 23, 2017
19                   Volume I
20
21
22
      Reported by:  SUZANNE F. GUDELJ
23    CSR No. 5111
24    Job No. 2576518
25    PAGES 1 - 105
```

Page 1

```
 1   but that's if -- assuming that you're networked,
 2   right?
 3           MS. BAILEY:  Object to form.
 4           THE WITNESS:  During that period, I'm not
 5   aware of him not having access to the network.         11:24:10
 6   BY MR. MUINO:
 7       Q   And what if he's reading documents away
 8   from the office?
 9       A   He could WiFi at home.
10       Q   Have you exported documents to your            11:24:22
11   devices?
12       A   Yes, I have.
13       Q   How frequently do you export documents to
14   your devices for your work?
15       A   Not frequently.  Rarely.                       11:24:38
16       Q   But you've done it before?
17       A   Yes.
18       Q   And why did you do it on those occasions?
19       A   If I needed to communicate with a supplier,
20   maybe a contract where I'm revising it; or they're    11:24:47
21   sending me a presentation, but I don't have to
22   download -- I mean, it's downloaded from email, but
23   only if I -- typically only if I'm exchanging with
24   the supplier information.  Red line documents, those
25   type of things that somebody needs to use, Excel or   11:25:06
```

Page 46

```
1                (Discussion off the record.)
2            THE WITNESS:    ████ laser components;
3  ████ which is actually ████ so you'll see
4  ████ there.  And those are the key ones.  There may
5  be some other ones on here, but I don't know the --      12:29:24
6  by looking at them directly.
7  BY MR. MUINO:
8        Q     What does Google acquire from ████)
9              MS. BAILEY:   Objection.
10             THE WITNESS:    ████ they provide the laser    12:29:34
11 for the KBR.
12 BY MR. MUINO:
13       Q     When you say laser, you mean the diodes?
14       A     The ████)
15             (Reporter clarification.)
16             The ████ yeah.  I don't know the
17 exact -- there's an acronym for it.  There's a
18 ████ that it is.
19       Q     And ████ what do they supply?
20       A     They provide lasers for the ████)  And --    12:29:55
21 yes.
22       Q     Now both ████ and ████ are publicly known
23 companies, right?
24       A     ████ and ████ yes, yes.
25       Q     They presumably have their own websites?      12:30:13
```

Page 87

```
 1    A    Yes.
 2    Q    They're not exclusive to Google Waymo?
 3    A    No.
 4    Q    Is that also true for the optics suppliers
 5   that we talked about: ██████████████████████████)        12:30:27
 6   ██████████████████████████     they also are
 7   publicly known companies?
 8    A    They are in the public domain, yes.
 9    Q    Not -- they're not exclusive suppliers to
10   Google?                                                 12:30:45
11    A    Not that I'm aware of, no.  Not to Waymo,
12   no.
13    Q    Looking at this list, do you know if Uber
14   uses some or all of these vendors?
15    A    I wouldn't know.                                  12:31:12
16    Q    Have you ever spoken with any vendor about
17   its doing business with Uber?
18    A    Yes.
19    Q    And on what occasion --
20    A    A vendor approached me --                         12:31:24
21    Q    -- was that?
22    A    -- ██████) to let me know that they were
23   planning on -- or that Uber had reached out to them
24   to do business with them.
25    Q    When did that occur?                              12:31:37
```

Page 88

```
 1  BY MR. MUINO:
 2     Q   In your experience, do Google employees,
 3  former Google employees, after they leave the
 4  company, ever get consulted in connection with their
 5  work?  Is there any follow-up to ask them questions    12:59:55
 6  pertinent to their former work?
 7         MS. BAILEY:  Object to form.
 8         THE WITNESS:  Not that I'm aware of.
 9  BY MR. MUINO:
10     Q   Do you know if after Mr. Kshirsagar left,      01:00:07
11  anyone contacted him to ask him questions about his
12  prior work?
13     A   I never reached out to him, no.
14     Q   How about Mr. Raduta?
15     A   I never reached out to him.                    01:00:18
16     Q   Now, you don't have any information that
17  Uber is using any of Waymo or Google's trade
18  secrets, do you?
19         MS. BAILEY:  Object to form.
20         THE WITNESS:  No.                              01:00:41
21  BY MR. MUINO:
22     Q   And you may be aware there's an allegation
23  that 14,000, approximately, documents were
24  misappropriated.  That's an allegation in this case.
25  You don't have any information that Uber is using     01:00:58
```

Page 103