# EXHIBIT 7

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                    Plaintiff,      )
                                      )
 7            vs.                     )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                    Defendants.     )
       _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17               San Francisco, California
18                Friday, March 31, 2017
19                      Volume I
20
21
22
       Reported by: SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2581643
25     PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   8.5 degrees.  That's basically those red lines on

2   the drawings.

3       Q    If you look at the spec sheet, the

4   Exhibit 1019 --

5       A    Mm-hmm.                                        09:53:39

6       Q    -- it says it uses 64 LiDAR channels.  Do

7   you see that?

8       A    I see that.

9       Q    And that's the HDL-64.  Does 64 refer to

10  the number of LiDAR channels?                           09:53:50

11      A    That's what I think.

12      Q    And 64 LiDAR channels corresponds to 64

13  diode lasers?

14           MR. JAFFE:  Objection.  Form.

15           THE WITNESS:  I mean, 64 channels, there's     09:54:03

16  different ways to implement that, and there's

17  different ways to implement 64 channel LiDARs.

18  BY MR. JACOBS:

19      Q    How did Velodyne implement 64 LiDAR

20  channels?                                               09:54:17

21           MR. JAFFE:  Objection.  Form.

22           THE WITNESS:  Can you like refer to a

23  specific device?  Because, I mean, I don't know

24  about everything that Velodyne makes.

25  BY MR. JACOBS:                                          09:54:25

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  █████████████████████████████████)
2  BY MR. JACOBS:
3     Q   ███████████████████████████████)
4  ████████████████████████████████████)
5  ██████)                                              01:17:51
6     A   ██████████████████████████)
7  █████████████████████████████████████)
8  █████████████████████████████████████)
9  ██████████████████████████████████)
10 ███████████████████)   ████████████████)  01:18:05
11 ██████)   █████████████████████████)
12         (Reporter clarification.)
13            █████████████████████████)  █████)
14 ████████████████████████████████████████)
15 ███████████████████)                                 01:18:18
16    Q   ████████████████████████████████)
17 ████████████████████████████████)
18    A   ████████████████████████████████)
19 █████████████████████████████████████)
20 █████████████████████████████████████)  01:18:36
21 ████████████████████████████████████)
22 ███████████████████)
23    Q   ████████████████████████)
24    A   █████████████)
25    Q   ██████████████████████████████)  01:18:50

Page 128

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  ( ██████ )
2       A   ( ██████████████████████████████████ )
3  ( ██████████████████████████████████████ )
4  ( ████████████████████████ ) ( ██████████████ )
5  ( ████████████████████████████████████ )  01:19:00
6  ( ██████████████████████████████ )
7  ( ████████████ )
8       Q   ( ████████████████████████████████ )
9  ( ████ )
10      A   ( ████████████████████████████████ )  01:19:10
11 ( ████████ )
12      Q   ( ██████ )
13      A   ( ████████████████████████████ )
14 ( ██████████████████████████████████ )
15 ( ████████████████████████ ) ( ████████ )  01:19:20
16 ( ████████████████████████████████ )
17 ( ██████████████████████████ ) ( ██████████ )
18 ( ████████████████████ )
19         (Reporter clarification.)
20 ( ████████████████████ ) ( ██████████████ )  01:19:32
21 ( ██████████████████████████████████ )
22 ( ████████████████████████████ )
23 ( ██████████████████████████ )
24 ( ████████████████████████████████████ )
25 ( ██████████████████████████████████ )  01:19:47

Veritext Legal Solutions
866 299-5127

Q

01:20:01

MR. JAFFE: Objection. Form.

THE WITNESS:

01:20:14

BY MR. JACOBS:

Q

A

MR. JAFFE: Just slow down.

THE WITNESS:

01:20:33

01:20:52

```
 1   ███████████████████████████)
 2   BY MR. JACOBS:
 3        Q    ████████████████████████████████████)
 4   ████████████████████████████████████████████)
 5   ██████████████████████████████████████)        01:21:01
 6   ███████████████████████████████)
 7        A    ████████████████████████████████████)
 8   █████████████████████████████████████)
 9   █████████████████████████████████████)
10   ██████████████████████████████████████) █)    01:21:16
11   ███████████████████████████)
12        Q    ████████████████████████████████)
13   ████████████████████████████████████████)
14   ████████████████████████████████████████)
15   ████████████████████████)                      01:21:34
16        A    Yes.
17        Q    Let me ask you a couple of questions about
18   510 Systems.
19             What is your understanding of the
20   following:  510 Systems gets acquired by Google and   01:21:58
21   one or more people at 510 Systems retain some rights
22   with respect to previously developed technology.
23             Do you have an understanding of that topic?
24             MR. JAFFE:  I'm not sure if that's a
25   question, but I'm going to object as to form.         01:22:18
```

Page 131

```
 1    Again, just 'cause of the territory we're in, I'm
 2    going to caution you not to reveal the content of
 3    any attorney-client privileged information.
 4            THE WITNESS:  So I've seen -- like what
 5    I've seen from the -- from this board, it had a lot    02:35:18
 6    of elements, you know, very like similar to our
 7    boards.  The -- I understand that -- that Anthony
 8    like downloaded those files, and so the -- with
 9    those elements on it.  As to knowing exactly how
10    like one PCB or not became the other, I'm not -- you   02:35:41
11    know, that would be speculation.  I don't know
12    like...
13  BY MR. JACOBS:
14       Q   Are you aware of any other evidence that
15    the 14,000 allegedly downloaded files were used at     02:35:55
16    Uber?
17            MR. JAFFE:  Object to form.  Again, same
18    caution about privileged information.
19            THE WITNESS:  I mean -- also mean -- you
20    know, I don't have direct information that would,      02:36:20
21    like that would say that.  The -- the rest -- you
22    know, these are speculation that's (inaudible).
23            That's -- like some information that I've
24    seen, you know, could -- maybe I could speculate
25    that -- that -- like, you know, what we -- I just      02:36:39
```

```
1      Q    I asked you about how -- what information
2   they give you -- sorry, what information you have
3   that suggests that the files may have been used in
4   the creation of that circuit board.
5      A    Mm-hmm.                                    02:38:24
6      Q    Set that aside.
7      A    Yes.
8      Q    Do you have any other information that
9   bears on the question whether Uber is using any of
10  Waymo's trade secrets?                             02:38:32
11          MR. JAFFE:  I'm going to object to form,
12  and then same caution again not to reveal the
13  content of any attorney-client communications.
14          THE WITNESS:  Not that I can think of.
15  BY MR. JACOBS:                                     02:38:43
16     Q    On the -- we talked earlier about the dome
17  that -- that covers the LiDAR when the LiDAR is
18  deployed on a field vehicle -- on a vehicle in the
19  field.
20     A    Mm-hmm.                                    02:38:54
21     Q    Can that dome be seen through under any
22  circumstances?
23     A    That dome is actually transparent in the
24  infrared bands.
25          (Reporter clarification.)
```

Page 179