IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER TO BRING PRIVILEGE LOG TO HEARING**

Defense counsel shall bring to the discovery hearings today the privilege log that was due on April 10 at 11:00 p.m. (Dkt. No. 202 at 12). That log should have had no redactions because it was to cover only items unaffected by the Fifth Amendment motion, the remainder being due later. Waymo says in its discovery letter brief dated yesterday that the log provided had redactions (Dkt. No. 218 at 1–2). If true, then defense counsel shall bring to the hearings today both a version of the log that has no redactions and covers all materials unaffected by the Fifth Amendment motion, and whatever version of the log was provided to Waymo on Monday.

**IT IS SO ORDERED.**

Dated: April 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE