IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**COURT-ORDERED INTERROGATORIES TO DEFENDANTS TO ASSIST COURT IN SUPERVISING CASE MANAGEMENT AND EXPEDITED DISCOVERY**

By **APRIL 25 AT NOON**, defendants shall please answer the following interrogatories under oath.

**COURT INTERROGATORY NO. 1 TO DEFENDANTS**

Identify by name and position each present and former officer, director, or employee of defendant Uber Technologies, Inc. (including attorneys), who received prior to the acquisition of Ottomotto LLC and Otto Trucking LLC any electronic or paper material or communication regarding LiDAR or any aspect thereof from:

(i)     Anthony Levandowski or his representatives, or

(ii)    Anyone else advising that the material came from Anthony Levandowski or his representatives.

Any name or communication already disclosed on a privilege log may be omitted.

**COURT INTERROGATORY NO. 2 TO DEFENDANTS**

For each such person, identify and describe the material or communication received with sufficient detail to establish any privilege from production, or simply produce the material or communication received to plaintiff's counsel by **APRIL 25**.

Any name or communication already disclosed on a privilege log may be omitted.

**COURT INTERROGATORY NO. 3 TO DEFENDANTS**

Identify and describe in approximate chronological sequence all LiDAR-related work Anthony Levandowski has done since leaving Waymo, including whether or not that work led to or related to any prototype or device, and describe how and where that work is reflected.

**IT IS SO ORDERED.**

Dated: April 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE