UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED]　ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS**<br><br>Trial Date: October 2, 2017 |

1  Having reviewed and considered Defendants Uber Technologies, Inc., Ottomotto LLC,
2  and Otto Trucking LLC's Motion to Remove Incorrectly Filed Documents, Docket Nos. 133-1,
3  133-3, 134-1, and 134-3, which Defendants filed on April 4, 2017, and good cause appearing
4  therefore, **IT IS HEREBY ORDERED** that Defendants' Motion shall be granted.

6  **IT IS SO ORDERED**.

8  Dated: April 12, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge