# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Dawn Siadatan | 2a. CONTACT PHONE NUMBER: (415) 875-6363 | 3. CONTACT EMAIL ADDRESS: dawnsiadatan@quinnemanuel.com |
| 1b. ATTORNEY NAME (if different): David Perlson | 2b. ATTORNEY PHONE NUMBER: (415) 875-6344 | 3. ATTORNEY EMAIL ADDRESS: davidperlson@quinnemanuel.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Quinn Emanuel
50 California St, 22nd Fl, San Francisco, CA 94111

5. CASE NAME: Waymo LLC v. Uber Technologies, Inc. et al.

6. CASE NUMBER: 17-00939

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
Jo Ann Bryce

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (if requesting less than full hearing, specify portion (e.g. witness or time)) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/2017 | WHA | Mrkmn | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ⦿ | ⦿ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
SAme day delivery of rough and final requested. Please email an estimate for immediate payment. Thank you.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: s/ David A. Perlson

12. DATE: 04/12/2017

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY