IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER AFTER DISCOVERY HEARINGS**

As stated on the record at the discovery hearings today, relief is **DENIED** as to plaintiff Waymo LLC's discovery letter brief dated April 10 (Dkt. No. 206), **GRANTED** as to defendants' discovery letter brief dated April 11 (Dkt. No. 210), and **GRANTED IN PART** and **DENIED IN PART** as to Waymo's discovery letter brief dated April 11 (Dkt. No. 212).

**IT IS SO ORDERED.**

Dated: April 12, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE