UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

WAYMO LLC v. UBER TECHNOLOGIES, INC., et al.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| **Waymo LLC** | **Uber Technologies, Inc.**<br>**Otto Trucking LLC**<br>**Ottomotto LLC**<br>**Anthony Levandowski (Non-Party)** |

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case:  Patent

Docket No.  C 17-0939 WHA                    Date of Judgment/Order: April 10, 2017

Cross or related appeal?                     Date of Notice of Appeal: April 11, 2017

Appellant is:  ( ) Plaintiff   ( ) Defendant     ( x ) Other (Non-Party)

DOCKET FEE STATUS:
( x ) Paid        ( ) Not Paid    Billed On: _____

U.S. Appeal?    Yes ( )        No ( x )

In forma pauperis?
( ) Granted      ( ) Denied      ( ) Revoked      ( ) Pending      ( ) Never requested

COUNSEL  (List name, firm, address and telephone of lead counsel for each party. Indicate party represented.):

COURT REPORTER:  (Name and telephone)

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries