ADRMOP,AO279,APPEAL,REFSET-EDL

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:17-cv-00939-WHA
## Internal Use Only

Waymo LLC v. Uber Technologies, Inc. et al
Assigned to: Hon. William Alsup
Referred to: Magistrate Judge Elizabeth D.
Laporte (Settlement)
Cause: 28:1338 Patent Infringement

Date Filed: 02/23/2017
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**Waymo LLC**                    represented by    **Charles Kramer Verhoeven**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email:
charlesverhoeven@quinnemanuel.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Michael Holmes**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email:
drewholmes@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**

Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email:
davidperlson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Felipe Corredor**
Quinn Emanuel Urquhart and Sullivan
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Email:
felipecorredor@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
Quinn Emanuel Urquhart and Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Email:
grantmargeson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**James Dubois Judah**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email:
jamesjudah@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jeffrey William Nardinelli**
Quinn Emanuel Urquhart and Sullivan
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email:
jeffnardinelli@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**John William McCauley , IV**
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street
22nd Floor
San Francisco, CA 94111
475-875-6600
Fax: 415-875-6700
Email:
johnmccauley@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**John M. Neukom**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email:
johnneukom@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jordan Ross Jaffe**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700

Email: jordanjaffe@quinnemanuel.com

*ATTORNEY TO BE NOTICED*

**Lindsay Cooper**
Quinn Emanuel
50 California
San Francisco, CA 94111
415-875-6449
Email:
lindsaycooper@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Melissa J Baily**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email:
melissabaily@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Uber Technologies,**     represented by  **Arturo J. Gonzalez**
**Inc.**                                    Morrison & Foerster LLP
                                            425 Market Street
                                            San Francisco, CA 94105
                                            (415) 268-7020
                                            Email: agonzalez@mofo.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Daniel Pierre Muino**
                                            Morrison & Foerster LLP
                                            425 Market Street
                                            San Francisco, CA 94105-2482
                                            415-268-7475

Email: dmuino@mofo.com
*ATTORNEY TO BE NOTICED*

**Eric Akira Tate**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-6915
Fax: 415-268-7522
Email: etate@mofo.com
*ATTORNEY TO BE NOTICED*

**Esther Kim Chang**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: EChang@mofo.com
*ATTORNEY TO BE NOTICED*

**Hamish Hume**
Boies Schiller Flexner
1401 New York Ave., NW
Washington, DC 20005
202-237-2727
Fax: 202-237-6131
Email: hhume@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Jessica E Phillips**
Boies Schiller Flexner LLP
1401 New York Avenue, NW
11th Floor
Washington, DC 20005
202-895-7592
Email: jphillips@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Karen Leah Dunn**
Boies, Schiller and Flexner LLP

5301 Wisconsin Avenue, NW
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
Email: kdunn@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Kyle N. Smith**
Boies, Schiller and Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
202-895-7585
Fax: 202-237-6131
Email: ksmith@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Martha Lea Goodman**
Boies, Schiller and Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
Email: mgoodman@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Matthew Ian Kreeger**
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105-2482
415-268-7000
Fax: 415.268.7522
Email: mkreeger@mofo.com
*ATTORNEY TO BE NOTICED*

**Meredith Richardson Dearborn**
Boies Schiller Flexner LLP
435 Tasso Street
Suite 205
Palo Alto, CA 94301
(650) 445-6400
Fax: (650) 329-8507

Email: mdearborn@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7455
Fax: (415) 268-7522
Email: mjacobs@mofo.com
*ATTORNEY TO BE NOTICED*

**Michael Darron Jay**
Boies Schiller & Flexner LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
310-752-2400
Fax: 310-752-2490
Email: mjay@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Michelle Ching Youn Yang**
Morrison Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
202-887-1537
Email: myang@mofo.com
*ATTORNEY TO BE NOTICED*

**Rudolph Kim**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5869
Fax: 650-494-0792
Email: rudykim@mofo.com
*ATTORNEY TO BE NOTICED*

**Wendy Joy Ray**
Morrison & Foerster LLP
707 Wilshire Boulevard

Suite 6000
Los Angeles, CA 90017
213.892.5200
Fax: 213.892.5454
Email: wray@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Otto Trucking LLC**          represented by   **Arturo J. Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Pierre Muino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Akira Tate**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esther Kim Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hamish Hume**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica E Phillips**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Leah Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle N. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martha Lea Goodman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Ian Kreeger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Richardson Dearborn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Darron Jay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Ching Youn Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rudolph Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Joy Ray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ottomotto LLC**      represented by **Arturo J. Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Pierre Muino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Akira Tate**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Esther Kim Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hamish Hume**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica E Phillips**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Leah Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle N. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martha Lea Goodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Ian Kreeger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Richardson Dearborn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Darron Jay**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Michelle Ching Youn Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rudolph Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Joy Ray**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Dft**

**Anthony Levandowski**    represented by    **Amy E Craig**
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
(510) 548-3600
Fax: (510) 291-3060
Email: amy@ramsey-ehrlich.com
*ATTORNEY TO BE NOTICED*

**Ismail Jomo Ramsey**
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
510-548-3600
Fax: 510-291-3060
Email: izzy@ramsey-ehrlich.com
*ATTORNEY TO BE NOTICED*

**Miles F. Ehrlich**
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
510-548-3600
Fax: 510-291-3060

Email: miles@ramsey-ehrlich.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2017 | 1 | COMPLAINT for Violation of Defense of Trade Secret Act; Demand for Jury Trial against Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. (Filing Fee $ 400.00, receipt number 0971-11180330.). Filed by Waymo LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(Verhoeven, Charles) (Filed on 2/23/2017) Modified on 2/28/2017 (gbaS, COURT STAFF). (Entered: 02/23/2017) |
| 02/23/2017 | 2 | Proposed Summons. (Verhoeven, Charles) (Filed on 2/23/2017) (Entered: 02/23/2017) |
| 02/23/2017 | 3 | Proposed Summons. (Verhoeven, Charles) (Filed on 2/23/2017) (Entered: 02/23/2017) |
| 02/23/2017 | 4 | Proposed Summons. (Verhoeven, Charles) (Filed on 2/23/2017) (Entered: 02/23/2017) |
| 02/23/2017 | 5 | Certificate of Interested Entities by Waymo LLC *Pursuant to Civil L.R. 3-15 and FRCP 7.1* (Verhoeven, Charles) (Filed on 2/23/2017) (Entered: 02/23/2017) |
| 02/23/2017 | 6 | NOTICE by Waymo LLC *Report on the Filing or Determination of an Action Regarding a Patent or Trademark* (Verhoeven, Charles) (Filed on 2/23/2017) (Entered: 02/23/2017) |
| 02/24/2017 | 7 | Case assigned to Magistrate Judge Joseph C. Spero.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

| | | |
|---|---|---|
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 3/10/2017. (as, COURT STAFF) (Filed on 2/24/2017) (Entered: 02/24/2017) |
| 02/27/2017 | 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Waymo LLC.. (Verhoeven, Charles) (Filed on 2/27/2017) (Entered: 02/27/2017) |
| 02/28/2017 | 9 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 5/19/2017. Case Management Conference set for 5/26/2017 02:00 PM in Courtroom G, 15th Floor, San Francisco. (gbaS, COURT STAFF) (Filed on 2/28/2017) (Entered: 02/28/2017)** |
| 02/28/2017 | 10 | Summons Issued as to Otto Trucking LLC. (gbaS, COURT STAFF) (Filed on 2/28/2017) (Entered: 02/28/2017) |
| 02/28/2017 | 11 | Summons Issued as to Ottomotto LLC. (gbaS, COURT STAFF) (Filed on 2/28/2017) (Entered: 02/28/2017) |
| 02/28/2017 | 12 | Summons Issued as to Uber Technologies, Inc.. (gbaS, COURT STAFF) (Filed on 2/28/2017) (Entered: 02/28/2017) |
| 02/28/2017 | 13 | REPORT on the filing of an action regarding Patent Infringement. (cc: form mailed to register). (gbaS, COURT STAFF) (Filed on 2/28/2017) (Entered: 02/28/2017) |
| 03/01/2017 | 14 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 3/1/2017) (Entered: 03/01/2017) |
| 03/01/2017 | 15 | NOTICE of Appearance by John M. Neukom (Neukom, John) (Filed on 3/1/2017) (Entered: 03/01/2017) |

| 03/01/2017 | 16 | **ORDER, Case reassigned to William Alsup. Magistrate Judge Joseph C. Spero no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by Executive Committee on 3/1/17. (Attachments: # 1 Notice of Eligibility for Video Recording)(haS, COURT STAFF) (Filed on 3/1/2017) (Entered: 03/01/2017)** |
| 03/01/2017 | 17 | NOTICE of Appearance by Melissa J Baily (Baily, Melissa) (Filed on 3/1/2017) (Entered: 03/01/2017) |
| 03/01/2017 | 18 | NOTICE of Appearance by Jordan Ross Jaffe (Jaffe, Jordan) (Filed on 3/1/2017) (Entered: 03/01/2017) |
| 03/01/2017 | 19 | NOTICE of Appearance by David Andrew Perlson (Perlson, David) (Filed on 3/1/2017) (Entered: 03/01/2017) |
| 03/02/2017 | 20 | CLERK'S NOTICE Scheduling Initial CMC on Reassignment. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* Case Management Statement due by 5/11/2017. Initial Case Management Conference set for 5/18/2017 11:00 AM in Courtroom 8, 19th Floor, San Francisco. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/whaorders. (dl, COURT STAFF) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/08/2017 | 21 | Clerk's Notice of Video Recording Request. Video Camera hearing set for 5/18/2017 11:00 AM. Objections to Video Recording due 3/15/2017. (dl, COURT STAFF) (Filed on 3/8/2017) (Entered: 03/08/2017) |
| 03/09/2017 | 22 | NOTICE of Appearance by James Dubois Judah (Judah, James) (Filed on 3/9/2017) (Entered: 03/09/2017) |
| 03/10/2017 | 23 | AMENDED COMPLAINT against All Defendants. |

| | | | |
|---|---|---|---|
| | | | Filed byWaymo LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Verhoeven, Charles) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | 24 | MOTION for Preliminary Injunction filed by Waymo LLC. Motion Hearing set for 4/27/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 3/24/2017. Replies due by 3/31/2017. (Attachments: # 1 Proposed Order, # 2 Declaration Public Redacted Version of Brown Declaration, # 3 Declaration Public Redacted Version of Droz Declaration, # 4 Exhibit Droz Exhibit A, # 5 Exhibit Droz Exhibit B, # 6 Exhibit Droz Exhibit C, # 7 Exhibit Droz Exhibit D, # 8 Exhibit Droz Exhibit E, # 9 Exhibit Droz Exhibit F, # 10 Exhibit Droz Exhibit G, # 11 Exhibit Droz Exhibit H, # 12 Exhibit Droz Exhibit I, # 13 Declaration Public Redacted Version of Grossman Declaration, # 14 Exhibit Grossman Exhibit 1, # 15 Exhibit Public Redacted Version of Janosko Declaration, # 16 Declaration Public Redacted Version of Willis Declaration, # 17 Exhibit Willis Exhibit A, # 18 Exhibit Willis Exhibit B, # 19 Exhibit Willis Exhibit C, # 20 Exhibit Willis Exhibit D, # 21 Exhibit Willis Exhibit E, # 22 Exhibit Willis Exhibit F, # 23 Exhibit Willis Exhibit G, # 24 Exhibit Willis Exhibit H, # 25 Exhibit Willis Exhibit I, # 26 Declaration Public Redacted Version of Kintz Declaration, # 27 Appendix Kintz Appendix A, # 28 Appendix Public Redacted Version of Kintz Appendix B, # 29 Exhibit Kintz Exhibit A, # 30 Exhibit Kintz Exhibit B)(Verhoeven, Charles) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | 25 | Administrative Motion to File Under Seal filed by Waymo LLC. (Attachments: # 1 Declaration Declaration of James Judah in Support of Administrative Motion to File Under Seal, # 2 Proposed Order, # 3 Unredacted Version of Waymo's Motion for a Preliminary Injunction, # 4 Redacted Version of Waymo's Motion for a Preliminary Injunction, # 5 Redacted Version of |

Jaffe Declaration in Support of Waymo's Motion, # 6 Unredacted Version of Jaffe Declaration in Support of Waymo's Motion, # 7 Unredacted Version of Jaffe Ex. 1, # 8 Unredacted Version of Jaffe Ex. 2, # 9 Unredacted Version of Jaffe Ex. 3, # 10 Unredacted Version of Jaffe Ex. 4, # 11 Unredacted Version of Jaffe Ex. 5, # 12 Unredacted Version of Jaffe Ex. 6, # 13 Unredacted Version of Jaffe Ex. 7, # 14 Unredacted Version of Jaffe Ex. 8, # 15 Unredacted Version of Jaffe Ex. 9, # 16 Unredacted Version of Jaffe Ex. 10, # 17 Unredacted Version of Jaffe Ex. 11, # 18 Unredacted Version of Jaffe Ex. 12, # 19 Unredacted Version of Jaffe Ex. 13, # 20 Unredacted Version of Jaffe Ex. 14, # 21 Unredacted Version of Jaffe Ex. 15, # 22 Unredacted Version of Jaffe Ex. 16, # 23 Unredacted Version of Jaffe Ex. 17, # 24 Unredacted Version of Jaffe Ex. 18, # 25 Unredacted Version of Jaffe Ex. 19, # 26 Unredacted Version of Jaffe Ex. 20, # 27 Unredacted Version of Jaffe Ex. 21, # 28 Redacted Versions of Jaffe Exs. 1-21, # 29 Unredacted Version of Brown Declaration in Support of Waymo's Motion, # 30 Redacted Version of Brown Declaration in Support of Waymo's Motion, # 31 Unredacted Version of Droz Declaration in Support of Waymo's Motion, # 32 Redacted Version of Droz Declaration in Support of Waymo's Motion, # 33 Unredacted Version of Droz Ex. A, # 34 Unredacted Version of Droz Ex. B, # 35 Unredacted Version of Droz Ex. C, # 36 Unredacted Version of Droz Ex. D, # 37 Unredacted Version of Droz Ex. E, # 38 Unredacted Version of Droz Ex. F, # 39 Unredacted Version of Droz Ex. G, # 40 Unredacted Version of Droz Ex. H, # 41 Unredacted Version of Droz Ex. I, # 42 Redacted Versions of Droz Exs. A-I, # 43 Unredacted Version of Grossman Declaration in Support of Waymo's Motion, # 44 Redacted Version of Grossman Declaration in Support of Waymo's Motion, # 45 Unredacted Version of Grossman Ex. 1, # 46 Redacted Version of Grossman Ex. 1, # 47

| | | Unredacted Version of Janosko Declaration in Support of Waymo's Motion, # 48 Redacted Version of Janosko Declaration in Support of Waymo's Motion, # 49 Unredacted Version of Willis Declaration in Support of Waymo's Motion, # 50 Redacted Version of Willis Declaration in Support of Waymo's Motion, # 51 Unredacted Version of Willis Ex. A, # 52 Unredacted Version of Willis Ex. B, # 53 Unredacted Version of Willis Ex. C, # 54 Unredacted Version of Willis Ex. D, # 55 Unredacted Version of Willis Ex. E, # 56 Unredacted Version of Willis Ex. F, # 57 Unredacted Version of Willis Ex. G, # 58 Unredacted Version of Willis Ex. H, # 59 Unredacted Version of Willis Ex. I, # 60 Redacted Version of Willis Exs. A-I, # 61 Unredacted Version of Kintz Declaration in Support of Waymo's Motion, # 62 Redacted Version of Kintz Declaration in Support of Waymo's Motion, # 63 Unredacted Version of Kintz Appendix B, # 64 Redacted Version of Kintz Appendix B)(Verhoeven, Charles) (Filed on 3/10/2017) Modified on 3/13/2017 (alsS, COURT STAFF). (Entered: 03/10/2017) |
| 03/10/2017 | 26 | MOTION to Expedite *Discovery* filed by Waymo LLC. (Attachments: # 1 Proposed Order) (Verhoeven, Charles) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | 27 | Declaration of Jordan R. Jaffe in Support of 24 MOTION for Preliminary Injunction , 26 MOTION to Expedite *Discovery* filed byWaymo LLC. (Attachments: # 1 Redacted Versions of Jaffe Exs. 1-21, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30, # 11 Exhibit 31, # 12 Exhibit 32, # 13 Exhibit 33, # 14 Exhibit 34, # 15 Exhibit 35, # 16 Exhibit 36, # 17 Exhibit 37, # 18 Exhibit 38, # 19 Exhibit 39, # 20 Exhibit 40, # 21 Exhibit 41, # 22 Exhibit 42, # 23 Exhibit 43, # 24 Exhibit 44, # 25 Exhibit 45, # 26 Exhibit 46, # 27 Exhibit 47, # 28 Exhibit 48, # 29 Exhibit 49, # 30 Exhibit 50, # 31 Exhibit 51, # 32 |

| | | | |
|---|---|---|---|
| | | | Exhibit 52, # [33](#) Exhibit 53, # [34](#) Exhibit 54, # [35](#) Exhibit 55, # [36](#) Exhibit 56, # [37](#) Exhibit 57, # [38](#) Exhibit 58, # [39](#) Exhibit 59, # [40](#) Exhibit 60)(Related document(s) [24](#) , [26](#) ) (Jaffe, Jordan) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | [28](#) | ADMINISTRATIVE MOTION to Shorten Time for Briefing and Hearing on Waymo's Motion for Expedited Discovery re [26](#) MOTION to Expedite *Discovery* filed by Waymo LLC. Responses due by 3/14/2017. (Attachments: # [1](#) Declaration Declaration of Jordan R. Jaffe in Support of Administrative Motion, # [2](#) Proposed Order) (Verhoeven, Charles) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | 🔒 | [29](#) | **NOTICE OF NON-RECUSAL AND DEADLINE FOR MOTIONS TO DISQUALIFY. Signed by Judge Alsup on 3/10/17. (alsS, COURT STAFF) (Filed on 3/10/2017) (Additional attachment(s) added on 3/10/2017: # [1](#) Certificate/Proof of Service) (alsS, COURT STAFF). (Entered: 03/10/2017)** |
| 03/10/2017 | | [30](#) | NOTICE of Appearance by Arturo J. Gonzalez (Gonzalez, Arturo) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | [31](#) | NOTICE of Appearance by Michael A. Jacobs (Jacobs, Michael) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | [32](#) | CERTIFICATE OF SERVICE by Waymo LLC re [12](#) Summons Issued *to Uber Technologies* (Judah, James) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | [33](#) | CERTIFICATE OF SERVICE by Waymo LLC re [10](#) Summons Issued *to Otto Trucking* (Judah, James) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | [34](#) | CERTIFICATE OF SERVICE by Waymo LLC re [11](#) Summons Issued *to Ottomotto* (Judah, James) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | | [35](#) | NOTICE of Appearance by Eric Akira Tate (Tate, |

| | | |
|---|---|---|
| | | Eric) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | 36 | NOTICE of Appearance by Rudolph Kim (Kim, Rudolph) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | 37 | NOTICE of Appearance by Daniel Pierre Muino (Muino, Daniel) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/10/2017 | 38 | NOTICE of Appearance by Wendy Joy Ray (Ray, Wendy) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/12/2017 | 39 | Proposed Summons. (Verhoeven, Charles) (Filed on 3/12/2017) (Entered: 03/12/2017) |
| 03/12/2017 | 40 | Proposed Summons. (Verhoeven, Charles) (Filed on 3/12/2017) (Entered: 03/12/2017) |
| 03/12/2017 | 41 | Proposed Summons. (Verhoeven, Charles) (Filed on 3/12/2017) (Entered: 03/12/2017) |
| 03/13/2017 | 42 | Discovery Letter Brief filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Gonzalez, Arturo) (Filed on 3/13/2017) (Entered: 03/13/2017) |
| 03/13/2017 | 43 | **NOTICE OF CASE MANAGEMENT CONFERENCE ON 24 MOTION FOR PRELIMINARY INJUNCTION. Signed by Judge Alsup on 3/13/2017. Case Management Conference set for 3/16/2017 11:30 AM in Courtroom 8, 19th Floor, San Francisco. (whalc2, COURT STAFF) (Filed on 3/13/2017) (Entered: 03/13/2017)** |
| 03/13/2017 | 44 | **ORDER RE 42 LETTER DATED MARCH 13, 2017. Signed by Judge Alsup on 3/13/2017. Response due by 3/15/2017. (whalc2, COURT STAFF) (Filed on 3/13/2017) (Entered: 03/13/2017)** |
| 03/13/2017 | 45 | NOTICE of Appearance by Matthew Ian Kreeger (Kreeger, Matthew) (Filed on 3/13/2017) (Entered: 03/13/2017) |
| 03/13/2017 | | *Please Disregard- EFE filed in error. Proofs of Service filed at {32], 33 , 34 ***Electronic filing error. |

| | | |
|---|---|---|
| | | Re: 39 Proposed Summons filed by Waymo LLC, 40 Proposed Summons filed by Waymo LLC, 41 Proposed Summons filed by Waymo LLC<br><br>Summons previously issued at Docket Numbers 10 , 11 , 12 . Please file a return of summons as executed or unexecuted.<br><br>(alsS, COURT STAFF) (Filed on 3/13/2017) Modified on 3/14/2017 (alsS, COURT STAFF). (Entered: 03/13/2017) |
| 03/14/2017 | 46 | Clerk's Notice of Video Recording Request. Video Camera hearing set for 4/27/2017 08:00 AM. Objections to Video Recording due 3/21/2017. (dl, COURT STAFF) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/14/2017 | 47 | **NOTICE RE CASE MANAGEMENT CONFERENCE ON MOTION FOR PRELIMINARY INJUNCTION. Signed by Judge Alsup on 3/14/2017. (whalc2, COURT STAFF) (Filed on 3/14/2017) (Entered: 03/14/2017)** |
| 03/14/2017 | 48 | Summons Issued as to Uber Technologies, Inc.. (alsS, COURT STAFF) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/14/2017 | 49 | Summons Issued as to Otto Trucking LLC. (alsS, COURT STAFF) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/14/2017 | 50 | Summons Issued as to Ottomotto LLC. (alsS, COURT STAFF) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/14/2017 | 51 | ADMINISTRATIVE MOTION Regarding Case Management Conference filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. Responses due by 3/16/2017. (Gonzalez, Arturo) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/15/2017 | 52 | Waymo's Response to (re 42 Defendants' Discovery Letter Brief ) filed byWaymo LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A, # 2 Exhibit B)(Verhoeven, Charles) (Filed on 3/15/2017) Modified on 3/16/2017 (ysS, COURT STAFF). (Entered: 03/15/2017) |
| 03/15/2017 | 53 | **TENTATIVE ORDER RE ACCESS TO UNDER-SEAL MATERIAL (To Be Discussed at the Conference on March 16. Signed by Judge Alsup on 3/15/2017. (whalc2, COURT STAFF) (Filed on 3/15/2017) (Entered: 03/15/2017)** |
| 03/15/2017 | 54 | **TENTATIVE ORDER RE EXPEDITED DISCOVERY (To Be Discussed at the Conference on March 16. Signed by Judge Alsup on 3/15/2017. (whalc2, COURT STAFF) (Filed on 3/15/2017) (Entered: 03/15/2017)** |
| 03/15/2017 | 55 | NOTICE of Appearance by Felipe Corredor (Corredor, Felipe) (Filed on 3/15/2017) (Entered: 03/15/2017) |
| 03/15/2017 | 56 | NOTICE of Appearance by Grant Nicholas Margeson (Margeson, Grant) (Filed on 3/15/2017) (Entered: 03/15/2017) |
| 03/16/2017 | 57 | Clerk's Notice DECLINING Video Recording re: 21 Clerk's Notice of Video Recording Request re 5/18/2017 CMC. (Related documents(s) 21 )(dl, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 58 | TRANSCRIPT ORDER for proceedings held on 03/16/2017 before Hon. William Alsup by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc., for Court Reporter Belle Ball. (Tate, Eric) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 59 | TRANSCRIPT ORDER for proceedings held on 03/16/2017 before Hon. William Alsup by Waymo LLC, for Court Reporter Belle Ball. (Jaffe, Jordan) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 🔒 | (Court only) ***Motions terminated: 51 ADMINISTRATIVE MOTION Regarding Case Management Conference filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto |

| | | |
|---|---|---|
| | | LLC. (whalc2, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 60 | **ORDER RE 42 ACCESS TO UNDER-SEAL MATERIAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017)** |
| 03/16/2017 | 61 | **ORDER RE 26 28 EXPEDITED DISCOVERY AND RELATED MATTERS by Judge Alsup. (whalc2, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017)** |
| 03/16/2017 | | Set/Reset Deadlines as to 24 MOTION for Preliminary Injunction . Responses due by 4/7/2017. Replies due by 4/21/2017. Motion Hearing set for 5/4/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 🔒 | (Court only) ***Deadlines terminated. (whalc2, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 62 | **Minute Entry for proceedings held before Hon. William Alsup: Initial Case Management Conference held on 3/16/2017. See Separate Orders.Total Time in Court 22 minutes. Court Reporter Name Belle Ball. Plaintiff Attorney Charles Verhoeven; David Perlson; Jordan Jaffe; Melissa Baily. Defendant Attorney Arturo Gonzalez; Michael Jacobs. Attachment minute order.(dl, COURT STAFF) (Date Filed: 3/16/2017) . (Entered: 03/17/2017)** |
| 03/17/2017 | 🔒 63 | Transcript of Proceedings held on March 16, 2017, before Judge William Alsup. Court Reporter Belle Ball, CSR, CRR, RDR, belle_ball@cand.uscourts.gov, telephone number (415)373-2529. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until |

| | | |
|---|---|---|
| | | the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 58 Transcript Order, 59 Transcript Order ) Release of Transcript Restriction set for 6/15/2017. (Related documents(s) 58 , 59 ) (Ball, Belle) (Filed on 3/17/2017) (Entered: 03/17/2017) |
| 03/20/2017 | 64 | **REQUEST FOR TECHNOLOGY TUTORIAL. Signed by Judge Alsup on 3/20/2017. (whalc2, COURT STAFF) (Filed on 3/20/2017) (Entered: 03/20/2017)** |
| 03/20/2017 | | Set/Reset Hearing Tutorial Hearing set for 4/12/2017 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (whalc2, COURT STAFF) (Filed on 3/20/2017) (Entered: 03/20/2017) |
| 03/20/2017 | 65 | Clerk's Notice DECLINING Video Recording re: 46 Clerk's Notice of Video Recording Request. (Related documents(s) 46 )(dl, COURT STAFF) (Filed on 3/20/2017) (Entered: 03/20/2017) |
| 03/20/2017 | 66 | Clerk's Notice of Video Recording Request. Video Camera hearing set for 4/12/2017 10:00 AM. Objections to Video Recording due 3/27/2017. (dl, COURT STAFF) (Filed on 3/20/2017) (Entered: 03/20/2017) |
| 03/21/2017 | 67 | **ORDER GRANTING 25 ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/23/2017 | 68 | ADMINISTRATIVE MOTION to Allow Sameer Kshirsagar Access to Certain Material filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. Responses due by 3/27/2017. (Attachments: # 1 Declaration of W. Ray, # 2 Exhibit 1 to Ray Declaration, # 3 Exhibit 2 to Ray Declaration, # 4 Exhibit 3 to Ray Declaration, # 5 Proposed Order) (Gonzalez, Arturo) (Filed on 3/23/2017) (Entered: |

| | | |
|---|---|---|
| | | 03/23/2017) |
| 03/23/2017 | 69 | Declaration of Wendy J. Ray in Support of 68 ADMINISTRATIVE MOTION to Allow Sameer Kshirsagar Access to Certain Material *(CORRECTED DECLARATION)* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 68 ) (Gonzalez, Arturo) (Filed on 3/23/2017) (Entered: 03/23/2017) |
| 03/23/2017 | 70 | **ORDER TO SHOW CAUSE RE 68 SAMEER KSHIRSAGAR. Signed by Judge Alsup on 3/23/2017. Show Cause Response due by 3/24/2017. (whalc2, COURT STAFF) (Filed on 3/23/2017) (Entered: 03/23/2017)** |
| 03/23/2017 | 71 | NOTICE of Appearance by Andrew Michael Holmes (Holmes, Andrew) (Filed on 3/23/2017) (Entered: 03/23/2017) |
| 03/23/2017 | 72 | STIPULATION *for Extension of Defendants' Deadline to Answer or Otherwise Respond to the Amended Complaint* filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Gonzalez, Arturo) (Filed on 3/23/2017) (Entered: 03/23/2017) |
| 03/24/2017 | 73 | **REQUEST FOR LITERATURE [re 64 Order]. Response due by NOON on 4/5/2017. Signed by Judge William Alsup on 3/24/2017. (whasec, COURT STAFF) (Filed on 3/24/2017) (Entered: 03/24/2017)** |
| 03/24/2017 | 74 | NOTICE of Appearance by Jeffrey William Nardinelli (Nardinelli, Jeffrey) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/24/2017 | 75 | RESPONSE TO ORDER TO SHOW CAUSE by Waymo LLC . (Verhoeven, Charles) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/24/2017 | 76 | Certificate of Interested Entities by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. (Gonzalez, Arturo) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| | | |

| 03/24/2017 | 77 | Statement -*Corporate Disclosure Statement* by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Gonzalez, Arturo) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/24/2017 | 78 | NOTICE of Appearance by Meredith Richardson Dearborn (Dearborn, Meredith) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/24/2017 | 79 | MOTION for leave to appear in Pro Hac Vice *by Karen L. Dunn* ( Filing fee $ 310, receipt number 0971-11262240.) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Dunn, Karen) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/24/2017 | 80 | MOTION for leave to appear in Pro Hac Vice *by Hamish P.M. Hume* ( Filing fee $ 310, receipt number 0971-11262241.) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Hume, Hamish) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/24/2017 | 81 | MOTION for leave to appear in Pro Hac Vice *by Martha L. Goodman* ( Filing fee $ 310, receipt number 0971-11262244.) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Goodman, Martha) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/25/2017 | 82 | MOTION for leave to appear in Pro Hac Vice *by Jessica E. Phillips* ( Filing fee $ 310, receipt number 0971-11262274.) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Phillips, Jessica) (Filed on 3/25/2017) (Entered: 03/25/2017) |
| 03/25/2017 | 83 | MOTION for leave to appear in Pro Hac Vice *by Kyle N. Smith* ( Filing fee $ 310, receipt number 0971-11262276.) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Smith, Kyle) (Filed on 3/25/2017) (Entered: 03/25/2017) |
| 03/25/2017 | 84 | NOTICE of Appearance by Michael Darron Jay (Jay, Michael) (Filed on 3/25/2017) (Entered: 03/25/2017) |
| 03/27/2017 | 85 | NOTICE of Appearance by Meredith Richardson |

| | | |
|---|---|---|
| | | Dearborn - *CORRECTION OF DOCKET #* [78](#) (Dearborn, Meredith) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | [86](#) | MOTION for leave to appear in Pro Hac Vice - *CORRECTION OF DOCKET #* [79](#) ( Filing fee $ 310, receipt number 261FUCO0.) Filing fee previously paid on 3/24/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Dunn, Karen) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | [87](#) | MOTION for leave to appear in Pro Hac Vice - *CORRECTION OF DOCKET #* [80](#) ( Filing fee $ 310, receipt number 261FUCOH.) Filing fee previously paid on 3/24/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Hume, Hamish) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | [88](#) | MOTION for leave to appear in Pro Hac Vice - *CORRECTION OF DOCKET #* [81](#) ( Filing fee $ 310, receipt number 261FUCP8.) Filing fee previously paid on 3/24/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Goodman, Martha) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | [89](#) | MOTION for leave to appear in Pro Hac Vice - *CORRECTION OF DOCKET #* [82](#) ( Filing fee $ 310, receipt number 261G1OML.) Filing fee previously paid on 3/25/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Phillips, Jessica) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | [90](#) | MOTION for leave to appear in Pro Hac Vice - *CORRECTION OF DOCKET #* [83](#) ( Filing fee $ 310, receipt number 261G1ORC.) Filing fee previously paid on 3/25/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Smith, Kyle) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | [91](#) | NOTICE of Appearance by Michael Darron Jay - *CORRECTION OF DOCKET #* [84](#) (Jay, Michael) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 🔒 | (Court only) ***Motions terminated: [82](#) MOTION for |

| | | leave to appear in Pro Hac Vice *by Jessica E. Phillips* ( Filing fee $ 310, receipt number 0971-11262274.) filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto LLC, 83 MOTION for leave to appear in Pro Hac Vice *by Kyle N. Smith* ( Filing fee $ 310, receipt number 0971-11262276.) filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto LLC, 80 MOTION for leave to appear in Pro Hac Vice *by Hamish P.M. Hume* ( Filing fee $ 310, receipt number 0971-11262241.) filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto LLC, 81 MOTION for leave to appear in Pro Hac Vice *by Martha L. Goodman* ( Filing fee $ 310, receipt number 0971-11262244.) filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto LLC, 79 MOTION for leave to appear in Pro Hac Vice *by Karen L. Dunn* ( Filing fee $ 310, receipt number 0971-11262240.) filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto LLC. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017) |
|---|---|---|
| 03/27/2017 | 92 | **ORDER DENYING AS MOOT 68 ADMINISTRATIVE MOTION RE SAMEER KSHIRSAGAR by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 93 | *****FILED IN ERROR. See 96 . (Entered: 03/27/2017) |
| 03/27/2017 | 94 | *****FILED IN ERROR. See 97 . (Entered: 03/27/2017) |
| 03/27/2017 | 95 | ADMINISTRATIVE MOTION to Shorten Time for Hearing on Defendants' Motion to Compel Arbitration filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. Responses due by 3/31/2017. (Attachments: # 1 Declaration of Arturo J. Gonzalez, # 2 Exhibit A to Gonzalez Decl., # 3 Exhibit B to Gonzalez Decl., # 4 Proposed Order) (Gonzalez, Arturo) (Filed on 3/27/2017) (Entered: 03/27/2017) |

| 03/27/2017 | 96 | **ORDER DENYING 86 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
|---|---|---|
| 03/27/2017 | 97 | **ORDER DENYING 87 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 98 | **ORDER DENYING 88 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 99 | **ORDER DENYING 89 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 100 | **ORDER DENYING 90 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 101 | SUMMONS Returned Executed by Waymo LLC. Uber Technologies, Inc. served on 3/16/2017, answer due 4/6/2017. (Jaffe, Jordan) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 102 | SUMMONS Returned Executed by Waymo LLC. Ottomotto LLC served on 3/16/2016, answer due 4/6/2016. (Jaffe, Jordan) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 103 | SUMMONS Returned Executed by Waymo LLC. Otto Trucking LLC served on 3/22/2017, answer due 4/12/2017. (Jaffe, Jordan) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 104 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 261FUCO0.) Filing fee previously paid on 3/24/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Dunn, Karen) (Filed on 3/27/2017) (Entered: 03/27/2017) |

| 03/27/2017 | 105 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 261FUCOH.) Filing fee previously paid on 3/24/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Hume, Hamish) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| --- | --- | --- |
| 03/27/2017 | 106 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 261FUCP8.) Filing fee previously paid on 3/24/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Goodman, Martha) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 107 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 261G1OML.) Filing fee previously paid on 3/25/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Phillips, Jessica) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 108 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 261G1ORC.) Filing fee previously paid on 3/25/2017 filed by Ottomotto LLC, Uber Technologies, Inc.. (Smith, Kyle) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 109 | **ORDER GRANTING 104 APPLICATION FOR ADMISSION OF ATTORNEY KAREN DUNN PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 110 | **ORDER GRANTING 105 APPLICATION FOR ADMISSION OF ATTORNEY HAMISH HUME PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 111 | **ORDER GRANTING 106 APPLICATION FOR ADMISSION OF ATTORNEY MARTHA GOODMAN PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 112 | **ORDER GRANTING 107 APPLICATION FOR ADMISSION OF ATTORNEY JESSICA PHILLIPS** |

| | | | |
|---|---|---|---|
| | | | **PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | | 113 | **ORDER GRANTING 108 APPLICATION FOR ADMISSION OF ATTORNEY KYLE SMITH PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/27/2017) (Entered: 03/27/2017)** |
| 03/27/2017 | 🔒 | 114 | Administrative Motion to File Under Seal filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Arturo J. Gonzalez in Support of Admin. Motion, # 2 Proposed Order, # 3 Redacted Version of Defendants' Motion to Compel Arbitration, # 4 Unredacted Version of Defendants' Motion to Compel Arbitration, # 5 Redacted Version of Gonzalez Decl ISO Motion to Compel Arbitration, # 6 Unredacted Version of Gonzalez Decl ISO Motion to Compel Arbitration, # 7 Unredacted Version of Exhibit 1 to Gonzalez Decl. (ENTIRE DOCUMENT SUBMITTED UNDER SEAL), # 8 Unredacted Version of Exhibit 2 to Gonzalez Decl. (ENTIRE DOCUMENT SUBMITTED UNDER SEAL)) (Gonzalez, Arturo) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 📎 | 115 | MOTION to Compel *Arbitration of, and to Stay, Trade Secret and UCL Claims (Redacted Public Version)* filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. Motion Hearing set for 5/4/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 4/10/2017. Replies due by 4/17/2017. (Attachments: # 1 Declaration of Arturo J. Gonzalez (Redacted Public Version), # 2 Exhibit 1 (Public Version), # 3 Exhibit 2 (Public Version), # 4 Proposed Order)(Gonzalez, Arturo) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | | 116 | CERTIFICATE OF SERVICE by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. *Certificate* |

| | | |
|---|---|---|
| | | *of Service Re Declaration in Support of Administrative Motion to File Documents Under Seal* (Gonzalez, Arturo) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/27/2017 | 117 | CERTIFICATE OF SERVICE by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. *(re unredacted versions of documents submitted under seal)* (Gonzalez, Arturo) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/28/2017 | 118 | NOTICE of Appearance by John William McCauley, IV (McCauley, John) (Filed on 3/28/2017) (Entered: 03/28/2017) |
| 03/28/2017 | 119 | OPPOSITION/RESPONSE (re 95 ADMINISTRATIVE MOTION to Shorten Time for Hearing on Defendants' Motion to Compel Arbitration ) filed byWaymo LLC. (Attachments: # 1 Affidavit of John W. McCauley, # 2 Exhibit A) (Verhoeven, Charles) (Filed on 3/28/2017) (Entered: 03/28/2017) |
| 03/28/2017 | 120 | **ORDER RE 95 114 115 EXCESSIVE REDACTIONS. Signed by Judge Alsup on 3/28/2017. Responses due by 3/29/2017. (whalc2, COURT STAFF) (Filed on 3/28/2017) (Entered: 03/28/2017)** |
| 03/28/2017 | 121 | **SCHEDULING ORDER (re 24 ). Signed by Judge Alsup on 3/28/2017. Motion Hearing set for 5/3/2017 07:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Motion Hearing set for 5/3/2017 09:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/28/2017) (Entered: 03/28/2017)** |
| 03/28/2017 | 122 | MOTION for Hearing *UBER'S REQUEST FOR IN-CHAMBERS' CONFERENCE TO DISCUSS CONFIDENTIAL MATTER* filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Gonzalez, Arturo) (Filed on 3/28/2017) (Entered: 03/28/2017) |
| | | |

| | | |
|---|---|---|
| 03/28/2017 | 123 | **ORDER RE 122 IN-CHAMBERS CONFERENCE by Hon. William Alsup. In Camera Hearing set for 3/29/2017 02:00 PM in Courtroom 8, 19th Floor, San Francisco. (whalc2, COURT STAFF) (Filed on 3/28/2017) (Entered: 03/28/2017)** |
| 03/29/2017 | 124 | RESPONSE to 123 Order on Motion for Hearing *re In-Chambers Conference* by Waymo LLC. (Attachments: # 1 Exhibit 1)(Verhoeven, Charles) (Filed on 3/29/2017) Modified on 3/30/2017 (alsS, COURT STAFF). (Entered: 03/29/2017) |
| 03/29/2017 | 125 | Joint Notice of 115 MOTION to Compel *Arbitration of, and to Stay, Trade Secret and UCL Claims (Redacted Public Version) (UNREDACTED VERSION OF BRIEF PREVIOUSLY SUBMITTED UNDER SEAL [114-4])* filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Related document(s) 115 ) (Gonzalez, Arturo) (Filed on 3/29/2017) Modified on 3/30/2017 (alsS, COURT STAFF). (Entered: 03/29/2017) |
| 03/29/2017 | 126 | TRANSCRIPT ORDER for proceedings held on 3/29/2017 before Hon. William Alsup by Ottomotto LLC, Uber Technologies, Inc., for Court Reporter Katherine Sullivan. (Dunn, Karen) (Filed on 3/29/2017) (Entered: 03/29/2017) |
| 03/29/2017 | 127 | TRANSCRIPT ORDER for proceedings held on 3/29/2017 before Hon. William Alsup by Waymo LLC, for Court Reporter Katherine Sullivan. (Perlson, David) (Filed on 3/29/2017) (Entered: 03/29/2017) |
| 03/29/2017 | 129 | **Minute Entry for proceedings held before Hon. William Alsup: In Camera Hearing held on 3/29/2017.Total Time in Court 50 minutes. Court Reporter Name Kathy Sullivan. Plaintiff Attorney David Perlson; Charles Verhoeven. Defendant Attorney Arturo Gonzalez; Karen Dunn. This is a text only Minute Entry (dlS, COURT STAFF) (Date Filed: 3/29/2017) (Entered: 03/30/2017)** |
| 03/30/2017 | 128 | Clerk's Notice CONSENTING TO Video Recording |

| | | | |
|---|---|---|---|
| | | | re: 66 Clerk's Notice of Video Recording Request. (Related documents(s) 66 )(dl, COURT STAFF) (Filed on 3/30/2017) (Entered: 03/30/2017) |
| 03/30/2017 | | 130 | **ORDER RE ADMINISTRATIVE MOTIONS TO 95 SHORTEN TIME AND 114 FILE UNDER SEAL. Signed by Judge Alsup on 3/30/2017. Motion Hearing set for 4/27/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/30/2017) (Entered: 03/30/2017)** |
| 03/31/2017 | 🔒 | 131 | Transcript of Proceedings held on 3/29/17, before Judge William H. Alsup. Court Reporter Katherine Powell Sullivan, telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 127 Transcript Order, 126 Transcript Order ) Redaction Request due 4/21/2017. Redacted Transcript Deadline set for 5/1/2017. Release of Transcript Restriction set for 6/29/2017. (Related documents(s) 127 , 126 ) (Sullivan, Katherine) (Filed on 3/31/2017) (Entered: 03/31/2017) |
| 03/31/2017 | | 132 | **ORDER RE DUE DILIGENCE REPORT. Signed by Judge Alsup on 3/31/2017. (whalc2S, COURT STAFF) (Filed on 3/31/2017) (Entered: 03/31/2017)** |
| 04/03/2017 | 🔒 | 133 | Declaration of Arturo J. Gonzalez in Support of 114 Administrative Motion to File Under Seal filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. (Attachments: # 1 Exhibit Redacted version of Ex 1 to the Gonzalez Decl., # 2 Exhibit Unredacted version of Ex 1 to the Gonzalez Decl., # 3 Exhibit Redacted version of Ex 2 to the Gonzalez Decl., # 4 |

| | | | |
|---|---|---|---|
| | | | Exhibit Unredacted version of Ex 2 to the Gonzalez Decl., # 5 Proposed Order REVISED Proposed Order)(Related document(s) 114 ) (Gonzalez, Arturo) (Filed on 4/3/2017) Modified on 4/4/2017 (alsS, COURT STAFF). (Entered: 04/03/2017) |
| 04/03/2017 | 🔒 | 134 | Declaration of Arturo J. Gonzalez in Support of 114 Administrative Motion to File Under Seal *(Corrected, numbered versions of Exhibits 1 and 2 filed as 133 )* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit (Corrected) Redacted Version of Ex 1 to Gonzalez Decl., # 2 Exhibit (Corrected) Unredacted Version of Ex 1 to Gonzalez Decl., # 3 Exhibit (Corrected) Redacted Version of Ex 2 to Gonzalez Decl., # 4 Exhibit (Corrected) Unredacted Version of Ex 2 to Gonzalez Decl., # 5 Proposed Order REVISED) (Related document(s) 114 ) (Gonzalez, Arturo) (Filed on 4/3/2017) Modified on 4/4/2017 (alsS, COURT STAFF). (Entered: 04/03/2017) |
| 04/03/2017 | | 135 | Discovery Letter Brief *re Defendants' Violation of the Court's March 16 Expedited Discovery Order* filed by Waymo LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Verhoeven, Charles) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 04/03/2017 | | 136 | NOTICE of Appearance by Amy E Craig *, Miles F. Ehrlich, and Ismail J. Ramsey for Anthony Levandowski* (Craig, Amy) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 04/03/2017 | | 137 | STIPULATION WITH PROPOSED ORDER *Regarding Initial Disclosures and Rule 26(f) Report* filed by Waymo LLC. (Verhoeven, Charles) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 04/03/2017 | 🔒 | 138 | EXHIBITS re 114 Administrative Motion to File Under Seal --*Corrected Redacted Version of Exhibit 1 to Gonzalez Decl.* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Corrected Unredacted Version of Exhibit 1 to Gonzalez Decl., # 2 Corrected Redacted Version of Exhibit 2 to Gonzalez Decl., # 3 |

| | | |
|---|---|---|
| | | Corrected Unredacted Version of Exhibit 2 to Gonzalez Decl.)(Related document(s) 114 ) (Gonzalez, Arturo) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 04/04/2017 | 139 | **ORDER SETTING HEARING RE 135 DISCOVERY LETTER DATED APRIL 3, 2017. Signed by Judge Alsup on 4/4/2017. Meet-and-confer set for 4/5/2017 08:00 AM. Hearing set for 4/5/2017 10:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 140 | **ORDER GRANTING 114 ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 141 | **ORDER RE INITIAL DISCLOSURES AND RULE 26(f) REPORT (pursuant to 137 stipulation) by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 142 | **ORDER RE ARBITRATION AGREEMENT. Signed by Judge Alsup on 4/4/2017. Responses due by 4/10/2017. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 143 | **REQUEST RE SELECTION OF SPECIAL MASTER. Signed by Judge Alsup on 4/4/2017. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 144 | **ORDER RE DISCOVERY HEARING TOMORROW. Signed by Judge Alsup on 4/4/2017. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 145 | ADMINISTRATIVE MOTION to Remove Incorrectly Filed Documents: Dkt. Nos. 133-1, 133-3, 134-1,and 134-3 filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. Responses due by 4/10/2017. (Attachments: # 1 Proposed Order) (Gonzalez, Arturo) (Filed on 4/4/2017) (Entered: |

| | | 04/04/2017) |
|---|---|---|
| 04/04/2017 | [146](#) | **REFERRAL FOR MEDIATION WITH JUDGE LAPORTE. Signed by Judge Alsup on 4/4/2017. Case referred to mediation. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | [147](#) | MOTION for Modification of [61](#) Court's Order filed by Anthony Levandowski. Responses due by 4/18/2017. Replies due by 4/25/2017. (Attachments: # [1](#) Declaration of John Gardner, # [2](#) Proposed Order)(Craig, Amy) (Filed on 4/4/2017) Modified on 4/5/2017 (alsS, COURT STAFF). (Entered: 04/04/2017) |
| 04/04/2017 | | CASE REFERRED to Magistrate Judge Elizabeth D. Laporte for Settlement (ahm, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017) |
| 04/04/2017 | 🔒 | (Court only) ***Set/Clear Flags (ahm, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017) |
| 04/04/2017 | [148](#) | **ORDER SETTING HEARING ON [147](#) MOTION TO MODIFY ORDER DATED MARCH 16, 2017. Signed by Judge Alsup on 4/4/2017. Responses due by 4/5/2017. Motion Hearing set for 4/6/2017 09:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017)** |
| 04/04/2017 | 🔒 | (Court only) *** Attorney Miles F. Ehrlich,Ismail Jomo Ramsey for Anthony Levandowski added. (alsS, COURT STAFF) (Filed on 4/4/2017) (Entered: 04/04/2017) |
| 04/04/2017 | [149](#) | NOTICE of Appearance by Lindsay Cooper *on behalf of Plaintiff Waymo LLC* (Cooper, Lindsay) (Filed on 4/4/2017) (Entered: 04/04/2017) |
| 04/04/2017 | [150](#) | NOTICE of Appearance by Esther Kim Chang (Chang, Esther) (Filed on 4/4/2017) (Entered: 04/04/2017) |
| 04/05/2017 | [151](#) | MOTION to Intervene *under Rule 24(b)* filed by |

| | | |
|---|---|---|
| | | Anthony Levandowski. Responses due by 4/19/2017. Replies due by 4/26/2017. (Craig, Amy) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | 152 | TRANSCRIPT ORDER for proceedings held on 04/05/2017 before Hon. William Alsup by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc., for Court Reporter Belle Ball. (Gonzalez, Arturo) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | 153 | **ORDER REQUIRING RESPONSES RE 151 MOTION FOR PERMISSIVE INTERVENTION. Signed by Judge Alsup on 4/5/2017. Responses due by 4/5/2017. (whalc2, COURT STAFF) (Filed on 4/5/2017) (Entered: 04/05/2017)** |
| 04/05/2017 | 154 | Response re 73 Order *Regarding Request for Literature* byWaymo LLC. (Attachments: # 1 Exhibit A)(Verhoeven, Charles) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | 155 | TRANSCRIPT ORDER for proceedings held on 04/05/2017 before Hon. William Alsup by Waymo LLC, for Court Reporter Belle Ball. (Perlson, David) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | 156 | RESPONSE to re 73 Order *Re Request for Literature* by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Gonzalez, Arturo) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | 157 | **Minute Entry for proceedings held before Hon. William Alsup: Discovery Hearing held on 4/5/2017. Defendant may file a written response to plaintiff's letter by 5pm today.Total Time in Court 50 minutes. Court Reporter Name Belle Ball. Plaintiff Attorney Jordan Jaffe; David Perlson; Jeff Nardinelli; Lindsay Cooper. Defendant Attorney Arturo Gonzalez; Karen Dunn; Hamish Hume; Michelle Yang. Non-Party Attorney Ismail Ramsey. Attachment minute order.(dl, COURT STAFF) (Date Filed: 4/5/2017) (Entered: 04/05/2017)** |
| | | |

| 04/05/2017 | | 158 | Statement of Non-Opposition re 151 MOTION to Intervene *under Rule 24(b)* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Related document(s) 151 ) (Gonzalez, Arturo) (Filed on 4/5/2017) (Entered: 04/05/2017) |
|---|---|---|---|
| 04/05/2017 | | 159 | OPPOSITION/RESPONSE to 147 MOTION for Modification of Court's March 16 Order filed by Waymo LLC. (Verhoeven, Charles) (Filed on 4/5/2017) Modified on 4/6/2017 (alsS, COURT STAFF). (Entered: 04/05/2017) |
| 04/05/2017 | 🔒 | 160 | Transcript of Proceedings held on April 5, 2017, before Judge William Alsup. Court Reporter Belle Ball, CSR, CRR, RDR, belle_ball@cand.uscourts.gov, telephone number (415)373-2529. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 155 Transcript Order, 152 Transcript Order ) Release of Transcript Restriction set for 7/5/2017. (Related documents(s) 155 , 152 ) (Ball, Belle) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | | 161 | RESPONSE to re 135 Discovery Letter Brief *re Defendants' Violation of the Court's March 16 Expedited Discovery Order* by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Gonzalez, Arturo) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/05/2017 | | 162 | OPPOSITION/RESPONSE (re 151 MOTION to Intervene *under Rule 24(b)* ) filed byWaymo LLC. (Perlson, David) (Filed on 4/5/2017) (Entered: 04/05/2017) |
| 04/06/2017 | | 163 | **ORDER AFTER HEARING RE 135 DISCOVERY** |

| | | |
|---|---|---|
| | | **LETTER DATED APRIL 3, 2017. Signed by Judge Alsup on 4/6/2017. Discovery due by 4/14/2017. (whalc2, COURT STAFF) (Filed on 4/6/2017) (Entered: 04/06/2017)** |
| 04/06/2017 | 164 | TRANSCRIPT ORDER for proceedings held on 04/06/2017 before Hon. William Alsup by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc., for Court Reporter Jo Ann Bryce. (Gonzalez, Arturo) (Filed on 4/6/2017) (Entered: 04/06/2017) |
| 04/06/2017 | 165 | **ORDER REQUESTING RESPONSE RE REDACTED PRIVILEGE LOG. Signed by Judge Alsup on 4/6/2017. (whalc2, COURT STAFF) (Filed on 4/6/2017) (Entered: 04/06/2017)** |
| 04/06/2017 | 166 | TRANSCRIPT ORDER for proceedings held on 04/06/2017 before Hon. William Alsup by Waymo LLC, for Court Reporter Jo Ann Bryce. (Perlson, David) (Filed on 4/6/2017) (Entered: 04/06/2017) |
| 04/06/2017 | 167 | **Minute Entry for proceedings held before Hon. William Alsup: Motion Hearing held on 4/6/2017 re 151 MOTION to Intervene *under Rule 24(b)* filed by Anthony Levandowski, 147 MOTION filed by Anthony Levandowski. Motion to Intervene is Granted. Total Time in Court 1:18. Court Reporter Name JoAnn Bryce. Plaintiff Attorney Charles Verhoeven; Melissa Baily; Jordan Jaffe. Defendant Attorney Arturo Gonzalez; Karen Dunn. Non-Party Attorney Ismail Ramsey; Miles Ehrlich. Attachment minute order.(dl, COURT STAFF) (Date Filed: 4/6/2017) (Entered: 04/06/2017)** |
| 04/06/2017 | 168 | TRANSCRIPT ORDER for proceedings held on 04/06/2017 before Hon. William Alsup by Anthony Levandowski, for Court Reporter Jo Ann Bryce. (Ramsey, Ismail) (Filed on 4/6/2017) (Entered: 04/06/2017) |
| 04/06/2017 | 169 | Transcript of Proceedings held on 4/6/17, before Judge William H. Alsup. Court Reporter Jo Ann Bryce, telephone number 510-910-5888, |

|  |  |  |
|---|---|---|
|  |  | joann_bryce@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction after 90 days. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 164 Transcript Order ) Release of Transcript Restriction set for 7/5/2017. (Related documents(s) 164 ) (Bryce, Joann) (Filed on 4/6/2017) (Entered: 04/06/2017) |
| 04/06/2017 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 166 Transcript Order, 168 Transcript Order (Related documents(s) 166 , 168 ) (Bryce, Joann) (Filed on 4/6/2017) (Entered: 04/06/2017) |
| 04/06/2017 | 170 | RESPONSE to re 165 Order *Waymo's Response to Uber's Redacted Privilege Log* by Waymo LLC. (Verhoeven, Charles) (Filed on 4/6/2017) (Entered: 04/06/2017) |
| 04/07/2017 | 171 | MOTION for leave to appear in Pro Hac Vice *for Michelle Yang* ( Filing fee $ 310, receipt number 0971-11296664.) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Yang, Michelle) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 172 | **ORDER DENYING 171 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/7/2017) (Entered: 04/07/2017)** |
| 04/07/2017 | 🔒 | (Court only) ***Set/Clear Flags - removed MEDIATION flag. Case is referred to a Magistrate Judge Laporte for a Settlement Conference. (cmf, COURT STAFF) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 🔒 173 | Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction* filed by Otto Trucking LLC, |

| | | | |
|---|---|---|---|
| | | | Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Daniel Muino, # 2 Proposed Order, # 3 Redacted Version of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, # 4 Unredacted Version of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction)(Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 🔒 | 174 | EXHIBITS re 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction -Supporting Declarations* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Unredacted Version of Declaration of James Haslim, # 2 Unredacted Version of Ex. A to Haslim Decl., # 3 Unredacted Version of Ex. B to Haslim Decl., # 4 Unredacted Version of Ex. C to Haslim Decl., # 5 Unredacted Version of Ex. D to Haslim Decl., # 6 Unredacted Version of Ex. E to Haslim Decl., # 7 Redacted Version of McManamon Decl., # 8 Unredacted Version of McManamon Decl., # 9 Redacted Version of Lebby Decl., # 10 Unredacted Version of Lebby Decl., # 11 Redacted Version of Ex. 3 to Lebby Decl., # 12 Unredacted Version of Ex. 3 to Lebby Decl.)(Related document(s) 173 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 🔒 | 175 | EXHIBITS re 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Unredacted Version of Faulkner Decl., # 2 Redacted Version of Kshirsagar Decl., # 3 Unredacted Version of Kshirsagar Decl., # 4 Redacted Version of Ex. 1 to Kshirsagar Decl., # 5 Unredacted Version of Ex. 1 to Kshirsagar Decl., # 6 Redacted Version of Ex. 2 to Kshirsagar Decl., # 7 Unredacted Version of Ex. 2 to Kshirsagar Decl., # 8 Unredacted Version of Ex. 3 to Kshirsagar Decl.) (Related document(s) 173 ) (Gonzalez, Arturo) |

| | | | |
|---|---|---|---|
| | | | (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 🔒 | 176 | EXHIBITS re 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction -Boehmke Declaration* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Unredacted Version of Boehmke Decl., # 2 Unredacted Version of Ex. A to Boehmke Decl., # 3 Unredacted Version of Ex. B to Boehmke Decl., # 4 Unredacted Version of Ex. C to Boehmke Decl., # 5 Unredacted Version of Ex. D to Boehmke Decl., # 6 Unredacted Version of Ex. E to Boehmke Decl., # 7 Unredacted Version of Ex. F to Boehmke Decl., # 8 Unredacted Version of Ex. G to Boehmke Decl., # 9 Unredacted Version of Ex. H to Boehmke Decl., # 10 Unredacted Version of Ex. I to Boehmke Decl., # 11 Unredacted Version of Ex. J to Boehmke Decl., # 12 Unredacted Version of Ex. K to Boehmke Decl., # 13 Unredacted Version of Ex. L to Boehmke Decl., # 14 Unredacted Version of Ex. M to Boehmke Decl., # 15 Unredacted Version of Ex. N to Boehmke Decl., # 16 Unredacted Version of Ex. O to Boehmke Decl., # 17 Unredacted Version of Ex. P to Boehmke Decl.)(Related document(s) 173 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 🔒 | 177 | OPPOSITION/RESPONSE (re 24 MOTION for Preliminary Injunction ) filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Rhian Morgan, # 2 Declaration of David Meall, # 3 Exhibit A to Meall Decl., # 4 Exhibit B to Meall Decl., # 5 Declaration of A. Linaval, # 6*** **EXHIBIT FILED IN ERROR WITH CONFIDENTIAL INFORMATION. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER.** *** Exhibit A to Linaval Decl., # 7 Proposed Order) (Gonzalez, Arturo) (Filed on 4/7/2017) Modified on 4/7/2017 (fff, COURT STAFF). (Entered: 04/07/2017) |
| | | | |

| | | | |
|---|---|---|---|
| 04/07/2017 | | 178 | **NOTICE of Settlement Conference and Settlement Conference Order by Magistrate Judge Elizabeth D. Laporte. A Settlement Conference is set for 4/26/2017 at 9:30 AM in Courtroom E, 15th Floor, San Francisco. (shyS, COURT STAFF) (Filed on 4/7/2017) (Entered: 04/07/2017)** |
| 04/07/2017 | 🔒 | 179 | EXHIBITS re 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction -Exhibits 4, 5 and 7 to the Chang Decl.* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Unredacted Version of Ex. 4 to Chang Decl., # 2 Redacted Version of Ex. 5 to Chang Decl., # 3 Unredacted Version of Ex. 5 to Chang Decl., # 4 Redacted Version of Ex. 7 to Chang Decl., # 5 Unredacted Version of Ex. 7 to Chang Decl.)(Related document(s) 173 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | | 180 | Declaration of James Haslim in Support of 177 Opposition/Response to Motion, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit A to Haslim Decl., # 2 Exhibit B to Haslim Decl., # 3 Exhibit C to Haslim Decl., # 4 Exhibit D to Haslim Decl., # 5 Exhibit E to Haslim Decl.)(Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | | 181 | Declaration of Paul McManamon in Support of 177 Opposition/Response to Motion, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | | 182 | Declaration of Michael Lebby in Support of 177 Opposition/Response to Motion, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # |

| | | |
|---|---|---|
| | | 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 183 | Declaration of Kevin Faulkner in Support of 177 Opposition/Response to Motion, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 184 | Declaration of Sameer Kshirsagar in Support of 177 Opposition/Response to Motion, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 185 | Declaration of Scott Boehmke in Support of 177 Opposition/Response to Motion,, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P) (Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 186 | Declaration of Esther Kim Chang in Support of 177 Opposition/Response to Motion,, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | | Set/Reset Hearing Settlement Conference set for 4/26/2017 09:30 AM in Courtroom E, 15th Floor, San Francisco. (shyS, COURT STAFF) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 187 | EXHIBITS re 177 Opposition/Response to Motion,, - *Corrected Exhibit A to Linaval Declaration* filed |

| | | byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
|---|---|---|
| 04/07/2017 | 188 | Amended MOTION for leave to appear in Pro Hac Vice *for Michelle Yang* ( Filing fee $ 310, receipt number 0971-11296664.) Filing fee previously paid on 04/06/2017 filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Yang, Michelle) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 189 | CERTIFICATE OF SERVICE by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. *re Unredacted Versions of Documents Submitted Under Seal* (Yang, Michelle) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 190 | Declaration of Daniel P. Muino in Support of 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (Corrected)* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Related document(s) 173 ) (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 191 | CERTIFICATE OF SERVICE by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc. re 190 Declaration in Support, (Gonzalez, Arturo) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/07/2017 | 192 | NOTICE by Waymo LLC *Waymo's Notice Regarding Appointment of John Cooper as a Special Master* (Verhoeven, Charles) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/08/2017 | 193 | EXHIBITS re 177 Opposition/Response to Motion,, - *Exhibits A, B and C to the Declaration of Rhian Morgan [177-1]d 7 to the Chang Decl.* filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit B, # 2 Exhibit C) (Related document(s) 177 ) (Gonzalez, Arturo) (Filed on 4/8/2017) (Entered: 04/08/2017) |
| | | |

| 04/09/2017 | 194 | **REQUEST FOR BRIEFING RE ARBITRATION AGAINST LEVANDOWSKI. Signed by Judge Alsup on 4/9/2017. (whalc2, COURT STAFF) (Filed on 4/9/2017) (Entered: 04/09/2017)** |
|---|---|---|
| 04/10/2017 | 195 | **ORDER GRANTING 188 APPLICATION FOR ADMISSION OF ATTORNEY MICHELLE YANG PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/10/2017) (Entered: 04/10/2017)** |
| 04/10/2017 | 196 | **ORDER RE JOHN COOPER. Signed by Judge Alsup on 4/10/2017. (whalc2, COURT STAFF) (Filed on 4/10/2017) (Entered: 04/10/2017)** |
| 04/10/2017 | 197 | RESPONSE to re 142 Order, Set Deadlines -*Uber Technologies, Inc. and Ottomotto LLC's Response to Order to Make Statement Under Oath* by Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Aaron Bergstrom) (Gonzalez, Arturo) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 198 | RESPONSE to re 142 Order, Set Deadlines --*Otto Trucking LLC's Response to Order to Make Statement Under Oath* by Otto Trucking LLC. (Attachments: # 1 Declaration of Rhian Morgan) (Gonzalez, Arturo) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 199 | ADMINISTRATIVE MOTION to Remove Incorrectly Filed Document: Docket No. [177-6] (Exhibit A to the Declaration of Asheem Linaval) filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. Responses due by 4/14/2017. (Attachments: # 1 Proposed Order)(Gonzalez, Arturo) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 200 | RESPONSE to re 142 Order, Set Deadlines *PLAINTIFF WAYMO LLCS RESPONSE TO THE COURTS APRIL 4, 2017 ORDER RE ARBITRATION AGREEMENT (DKT. 142)* by Waymo LLC. (Attachments: # 1 Affidavit of Waymo LLC and Waymo Holding, Inc., # 2 Affidavit of |

| | | |
|---|---|---|
| | | Google Inc. and Alphabet Inc.)(Verhoeven, Charles) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 201 | EXHIBITS re 200 Response ( Non Motion ), *Exhibit A Affidavit of Google Inc. and Alphabet Inc.* filed byWaymo LLC. (Attachments: # 1 Exhibit Exhibit B to Affidavit of Google Inc. and Alphabet Inc., # 2 Exhibit Exhibit C to Affidavit of Google Inc. and Alphabet Inc., # 3 Exhibit Exhibit D to Affidavit of Google Inc. and Alphabet Inc., # 4 Exhibit Exhibit E to Affidavit of Google Inc. and Alphabet Inc., # 5 Exhibit Exhibit F to Affidavit of Google Inc. and Alphabet Inc., # 6 Exhibit Exhibit G to Affidavit of Google Inc. and Alphabet Inc.)(Related document(s) 200 ) (Verhoeven, Charles) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 202 | **ORDER DENYING 147 MOTION TO MODIFY PRIVILEGE LOG REQUIREMENTS BASED ON FIFTH AMENDMENT by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/10/2017) (Entered: 04/10/2017)** |
| 04/10/2017 | 203 | STIPULATION WITH PROPOSED ORDER *PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL* filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Jacobs, Michael) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 🔒 | (Court only) ***Motions terminated: 151 MOTION to Intervene *under Rule 24(b)* filed by Anthony Levandowski. (whalc2, COURT STAFF) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 204 | OPPOSITION/RESPONSE (re 115 MOTION to Compel *Arbitration of, and to Stay, Trade Secret and UCL Claims (Redacted Public Version)* ) *PLAINTIFF WAYMO LLCS OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION OF, AND TO STAY, TRADE SECRET AND UCL CLAIMS* filed byWaymo LLC. (Attachments: # 1 Affidavit Declaration of David A |

| | | | |
|---|---|---|---|
| | | | Perlson, # 2 Exhibit Exhibit A to Declaration of David A. Perlson, # 3 Exhibit Exhibit B to Declaration of David A. Perlson, # 4 Exhibit Exhibit C to Declaration of David A. Perlson, # 5 Exhibit Exhibit D to Declaration of David A. Perlson, # 6 Exhibit Exhibit E to Declaration of David A. Perlson, # 7 Exhibit Exhibit F to Declaration of David A. Perlson, # 8 Exhibit Declaration of Rachael Meny) (Verhoeven, Charles) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | 🔒 | 205 | Administrative Motion to File Under Seal *Portions of Exhibit A to Waymos Discovery Letter Brief Re: Inspection of LiDAR Devices* filed by Waymo LLC. (Attachments: # 1 Jaffe Declaration, # 2 Proposed Order, # 3 Redacted Version of Exhibit A, # 4 Unredacted Version of Exhibit A)(Jaffe, Jordan) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | | 206 | Discovery Letter Brief*Re: Inspection of LiDAR Devices* filed by Waymo LLC. (Attachments: # 1 Exhibit A)(Jaffe, Jordan) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/10/2017 | | 207 | CERTIFICATE OF SERVICE by Waymo LLC re 205 Administrative Motion to File Under Seal *Portions of Exhibit A to Waymos Discovery Letter Brief Re: Inspection of LiDAR Devices* (Margeson, Grant) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/11/2017 | | 208 | *****FILED IN ERROR. See 209 . (Entered: 04/11/2017) |
| 04/11/2017 | | 209 | **ORDER SETTING DISCOVERY HEARING RE 206 INSPECTION. Signed by Judge Alsup on 4/11/2017. Responses due by 4/11/2017. Motion Hearing set for 4/12/2017 11:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/11/2017) (Entered: 04/11/2017)** |
| 04/11/2017 | | 210 | Discovery Letter Brief*Requesting Relief Related to the Courts April 6 Order After Hearing Re Discovery Letter Dated April 3, 2017* filed by Otto Trucking |

| | | |
|---|---|---|
| | | LLC, Ottomotto LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Gonzalez, Arturo) (Filed on 4/11/2017) Modified on 4/11/2017 (ewn, COURT STAFF). Modified on 4/11/2017 (ewn, COURT STAFF). (Entered: 04/11/2017) |
| 04/11/2017 | 211 | **ORDER SETTING HEARING RE 210 DISCOVERY LETTER DATED APRIL 11, 2017. Signed by Judge Alsup on 4/11/2017. Responses due by 4/11/2017. Motion Hearing set for 4/12/2017 11:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/11/2017) (Entered: 04/11/2017)** |
| 04/11/2017 | 212 | Discovery Letter Brief *Re: Subpoena to Anthony Levadowski* filed by Waymo LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Verhoeven, Charles) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 213 | NOTICE OF APPEAL to the Federal Circuit as to 202 Order on Motion for Miscellaneous Relief by Anthony Levandowski. Filing fee $ 505, receipt number 0971-11306366. Appeal Record due by 5/11/2017. (Ramsey, Ismail) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 214 | **ORDER SETTING DISCOVERY HEARING RE 212 SUBPOENA TO ANTHONY LEVANDOWSKI. Signed by Judge Alsup on 4/11/2017. Responses due by 4/11/2017. Motion Hearing set for 4/12/2017 11:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/11/2017) (Entered: 04/11/2017)** |
| 04/11/2017 | 215 | Declaration of Esther Kim Chang (CORRECTED) in Support of 186 Declaration in Support, filed byOtto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Related document(s) 186 ) (Gonzalez, Arturo) (Filed on 4/11/2017) (Entered: 04/11/2017) |

| 04/11/2017 | 216 | Response Brief *to 206 Waymo's April 10, 2017 Letter Brief Regarding the LiDAR Device Inspection* filed by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc.. (Gonzalez, Arturo) (Filed on 4/11/2017) Modified on 4/11/2017 (alsS, COURT STAFF). (Entered: 04/11/2017) |
|---|---|---|
| 04/11/2017 | 🔒 | (Court only) ***Motions terminated: 216 Discovery Letter Brief *in Response to 206 Waymo's April 10, 2017 Letter Brief Regarding the LiDAR Device Inspection* filed by Uber Technologies, Inc., Otto Trucking LLC, Ottomotto LLC. (alsS, COURT STAFF) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 217 | OPPOSITION/RESPONSE (re 210 Discovery Letter Brief*Requesting Relief Related to the Courts April 6 Order After Hearing Re Discovery Letter Dated April 3, 2017* ) filed byWaymo LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Perlson, David) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 218 | OPPOSITION/RESPONSE (re 210 Discovery Letter Brief*Requesting Relief Related to the Courts April 6 Order After Hearing Re Discovery Letter Dated April 3, 2017* ) *CORRECTION OF DOCKET # 217* filed byWaymo LLC. (Perlson, David) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 219 | **ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL (pursuant to 203 stipulation) by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/11/2017) (Entered: 04/11/2017)** |
| 04/11/2017 | 220 | OPPOSITION/RESPONSE (re 212 Discovery Letter Brief *Re: Subpoena to Anthony Levadowski* ) filed byAnthony Levandowski. (Ramsey, Ismail) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 221 | Declaration of James Judah in Support of 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction* filed byWaymo LLC. (Related document(s) 173 ) (Judah, James) (Filed on |

| | | | |
|---|---|---|---|
| | | | 4/11/2017) (Entered: 04/11/2017) |
| 04/11/2017 | 🔒 | 222 | EXHIBITS re 173 Administrative Motion to File Under Seal *Re Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction Redacted Version of Defendants' Opposition to Waymo's Motion for Preliminary Injunction* filed byWaymo LLC. (Attachments: # 1 Unredacted Version of Defendants' Opposition to Waymo's Motion for Preliminary Injunction, # 2 Redacted Version of Lebby Declaration, # 3 Unredacted Version of Lebby Declaration, # 4 Redacted Version of Kshirsagar Declaration, # 5 Unredacted Version of Kshirsagar Declaration, # 6 Redacted Version of McManamon Declaration, # 7 Unredacted Version of McManamon Declaration, # 8 Redacted Version of Chang Declaration Exhibit 4, # 9 Unredacted Version of Chang Declaration Exhibit 4, # 10 Redacted Version of Chang Declaration Exhibit 7, # 11 Unredacted Version of Chang Declaration Exhibit 7)(Related document(s) 173 ) (Judah, James) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/12/2017 | | 223 | **ORDER TO BRING PRIVILEGE LOG TO HEARING. Signed by Judge Alsup on 4/12/2017. (whalc2, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/12/2017)** |
| 04/12/2017 | | 224 | TRANSCRIPT ORDER for proceedings held on 04/12/2017 before Hon. William Alsup by Otto Trucking LLC, Ottomotto LLC, Uber Technologies, Inc., for Court Reporter Jo Ann Bryce. (Gonzalez, Arturo) (Filed on 4/12/2017) (Entered: 04/12/2017) |
| 04/12/2017 | | 225 | **COURT-ORDERED INTERROGATORIES TO DEFENDANTS TO ASSIST COURT IN SUPERVISING CASE MANAGEMENT AND EXPEDITED DISCOVERY. Signed by Judge Alsup on 4/12/2017. Responses due by 4/25/2017. (whalc2, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/12/2017)** |
| 04/12/2017 | | 226 | **ORDER GRANTING 145 ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED** |

| | | |
|---|---|---|
| | | **DOCUMENTS by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/12/2017)** |
| 04/12/2017 | 227 | TRANSCRIPT ORDER for proceedings held on 04/12/2017 before Hon. William Alsup by Waymo LLC, for Court Reporter Jo Ann Bryce. (Perlson, David) (Filed on 4/12/2017) (Entered: 04/12/2017) |
| 04/12/2017 | 228 | **ORDER AFTER DISCOVERY HEARINGS (re 206 210 212 ) by Judge Alsup. (whalc2, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/12/2017)** |
| 04/12/2017 | 🔒 | (Court only) ***Motions terminated: 135 Discovery Letter Brief *re Defendants' Violation of the Court's March 16 Expedited Discovery Order* filed by Waymo LLC. (whalc2, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/12/2017) |