John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939<br><br>**AFFIDAVIT OF JOHN L. COOPER<br>REGARDING APPOINTMENT AS<br>SPECIAL MASTER** |

I, John L. Cooper, am a partner in the law firm of Farella Braun + Martel LLP and make this affidavit of my own personal knowledge.

I have reviewed 28 USC §455 and I make the following statement regarding the requirements of that statute. Farella Braun + Martel LLP represents and has represented Google, Inc. in various legal matters. This firm also represents one member of the Uber Technologies, Inc. board of directors and a small number of individuals who own shares of stock in Uber Technologies, Inc. regarding personal matters, mostly on tax issues. This representation has been disclosed to the Parties in this action, including Arturo J. Gonzalez, acting on behalf of Uber Technologies, Inc., Ottomotto LLC and Otto Trucking LLC as well as to David Perlson acting on behalf of Waymo, LLC. After this disclosure the Parties agreed that I may be appointed as Special

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

AFFIDAVIT APPOINTING JOHN L. COOPER SPECIAL
MASTER, Case No. 3:17-cv-00939-WHA

07345\5921230.1

1    Master in this action.

2        The IRA account my wife, Katherine Cooper and I own holds 150 shares of Alphabet, Inc.

3    Class A stock and 150 shares of Alphabet, Inc. Class B stock.  The family trust investment

4    account owned by my wife and me holds 40 shares of Alphabet, Inc. Class A stock and 40 shares

5    of Alphabet, Inc. Class B stock.  Alphabet is the parent company of Google, Inc. which is the

6    parent company of Waymo, LLC, a party in this action.  I make these disclosures out of an

7    abundance of caution but do not believe that these financial holdings constitute grounds for

8    disqualification under 28 USC §455.

9

10

11   DATED:  April 13, 2017

12                                                                    John L. Cooper

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

AFFIDAVIT APPOINTING JOHN L. COOPER SPECIAL
MASTER, Case No. 3:17-cv-00939-WHA                    2                    07345\5921230.1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

On April 13, 2017 before me, Marissa Sandoval, Notary Public, personally appeared John L. Cooper, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (seal)

MARISSA SANDOVAL
COMM. # 2108926
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. APRIL 26, 2019