IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 17-00939 WHA<br><br>**REFERRAL FOR DISCOVERY WITH JUDGE CORLEY** |

    This case is immediately **REFERRED** to Magistrate Judge Jacqueline Scott Corley for **DISCOVERY**.

**IT IS SO ORDERED.**

Dated: April 14, 2017.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE