UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND SUPPORTING EXHIBITS THERETO** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions Its Reply in Support of Its Motion for a Preliminary Injunction, Motion for Expedited Discovery, Supporting Declarations, and Supporting Exhibits Thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Reply in Support of Motion for a Preliminary Injunction | Highlighted Portions |
| Exhibits 64-66, 82-84, and 90 to the Declaration of Jordan Jaffe ("Jaffe Decl.") | Green Highlighted Portions |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibits 65-67, 84, and 91 to the Jaffe Decl. | Blue Highlighted Portions |
| Exhibits 61-64, 68-78, 80-83, 85-88, 92-101, 104-107, 109-110 to the Jaffe Decl. | Entire Documents |
| Declaration of Gregory Kintz ("Kintz Decl.") | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge