# EXHIBIT 61
# FILED UNDER SEAL

# EXHIBIT 62
# FILED UNDER SEAL

# EXHIBIT 63
# FILED UNDER SEAL

# EXHIBIT 64
# FILED UNDER SEAL