# EXHIBIT 65
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4      _____

 5      WAYMO LLC,                      )
                                        )
 6              Plaintiff,              )
                                        )
 7              vs.                     )  Case No.:
                                        )  3:17-cv-00939-WHA
 8      UBER TECHNOLOGIES, INC.,        )
        OTTOMOTTO LLC; OTTO TRUCKING    )
 9      LLC,                            )
                                        )
10              Defendants.             )
        _____)

11

12

13                  ATTORNEYS' EYES ONLY

14          VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL

15                San Francisco, California

16                Thursday, April 13, 2017

17                      Volume 1

18

19

20

21

22

23      Reported by:

        RACHEL FERRIER, CSR No. 6948

24      Job No. 2594014

25      PAGES 1 - 92
```

Page 1

**Page 2**

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3          SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,              )
                            )
 6        Plaintiff,        )
                            )
 7        vs.               ) Case No.:
                            ) 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,   )
     OTTOMOTTO LLC; OTTO TRUCKING )
 9   LLC,                   )
                            )
10        Defendants.       )
     _____)
11
12
13        VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL,
14   VOLUME 1, taken on behalf of the Plaintiff, at Quinn
15   Emanuel Urquhart & Sullivan, LLP, 50 California Street,
16   22nd Floor, San Francisco, California, beginning at
17   10:05 a.m. and ending at 12:34 p.m. on Thursday,
18   April 13, 2017, before RACHEL FERRIER, Certified
19   Shorthand Reporter No. 6948.
20
21
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4
 5        QUINN EMANUEL URQUHART & SULLIVAN LLP
 6        BY:  JORDAN JAFFE
 7             DAVID PERLSON
 8        Attorneys at Law
 9        50 California Street, 22nd Floor
10        San Francisco, California 94111
11        415.875.6600
12        jordanjaffe@quinnemanuel.com
13        davidperlson@quinnemanuel.com
14
15   For Defendants:
16
17        MORRISON & FOERSTER, LLP
18        BY:  WENDY RAY
19        Attorney at Law
20        707 Wilshire Boulevard
21        Los Angeles, California 90017-3543
22        213.892.5200
23        wray@mofo.com
24
25
```

**Page 4**

```
 1   APPEARANCES (continued):
 2
 3   Also Present:
 4
 5        SHANA STANTON, Waymo
 6        AARON BERGSTROM, Uber
 7
 8   Videographer:
 9
10        CASSIA LEET
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1              INDEX
 2   WITNESS                EXAMINATION
 3   ASHEEM LINAVAL
 4   VOLUME 1
 5
 6        BY MR. JAFFE          7
 7
 8
 9
10
11              EXHIBITS
12   NUMBER          DESCRIPTION          PAGE
13   Exhibit 2     Milestones              44
14   Exhibit 3     Assembly Diagram        51
15   Exhibit 4     Declaration of Asheem Linaval
16              in Support of Defendants'
17              Opposition to Plaintiff Waymo
18              LLC's Motion for Preliminary
19              Injunction              64
20
21
22
23
24
25
```

| | |
|---|---|
| 1 Q And in the couple months prior, what kind of 10:52:57 | 1 MS. RAY: Objection; form. 10:55:39 |
| 2 ideas was he talking about? 10:52:59 | 2 THE WITNESS: Sorry. Would you repeat that. 10:55:40 |
| 3 A He didn't indicate to me the nature of the 10:53:00 | 3 BY MR. JAFFE: 10:55:44 |
| 4 business -- 10:53:04 | 4 Q Did you ever, personally, have any concerns about 10:55:44 |
| 5 Q Did you ask? 10:53:05 | 5 potentially using intellectual property that is owned by 10:55:48 |
| 6 A -- or venture. 10:53:06 | 6 Google or Waymo in this competing project called 10:55:51 |
| 7 Not really. 10:53:13 | 7 280 Systems? 10:55:54 |
| 8 Q You weren't interested in what kind of company he 10:53:17 | 8 MS. RAY: Same objection. 10:55:57 |
| 9 was trying to recruit you to join? 10:53:20 | 9 THE WITNESS: I don't recall being concerned 10:55:57 |
| 10 A I -- I got the sense that he wasn't ready to talk 10:53:23 | 10 about running into IP issues regarding to -- regarding 10:56:12 |
| 11 about it yet. 10:53:36 | 11 IP from Google Waymo. 10:56:18 |
| 12 Q So you were just going to join some company doing 10:53:36 | 12 BY MR. JAFFE: 10:56:20 |
| 13 you have no idea what it was? Is that -- that was the 10:53:39 | 13 Q Ever? Before this lawsuit, clearly. 10:56:21 |
| 14 idea? 10:53:42 | 14 A It wasn't a concern, no. 10:56:26 |
| 15 A I -- I hadn't committed to joining. 10:53:42 | 15 Q Did Anthony ever tell you that he was going to 10:56:31 |
| 16 Q And you didn't press him to actually ask him what 10:53:45 | 16 take material from Waymo or Google for use at 10:56:33 |
| 17 the company would be? 10:53:50 | 17 280 Systems or any other company that you are aware of 10:56:39 |
| 18 A No. 10:53:51 | 18 outside Google? 10:56:41 |
| 19 Q Okay. When was the first time Mr. Levandowski 10:53:52 | 19 A Sorry. Would you repeat that? 10:56:43 |
| 20 contacted you about joining what became 280 Systems? 10:53:57 | 20 Q Did Anthony ever tell you that he was going to 10:56:47 |
| 21 A I only have an approximate recollection of the 10:54:02 | 21 take material from Waymo or Google for use at 10:56:50 |
| 22 time frame, and it was in the -- in a couple months 10:54:04 | 22 280 Systems or any other company that you are aware of 10:56:54 |
| 23 prior to January 2016. 10:54:08 | 23 outside of Google? 10:56:56 |
| 24 Q So you can definitively say you guys were talking 10:54:09 | 24 A Anthony never -- never said anything about taking 10:56:57 |
| 25 about this company and then you joining sometime in 10:54:13 | 25 IP from any other company to use at 280 Systems. 10:57:05 |
| Page 30 | Page 32 |

| | |
|---|---|
| 1 2015, at least. 10:54:16 | 1 Q Are you aware of Anthony -- Mr. Levandowski ever 10:57:08 |
| 2 You would agree with that; right? 10:54:17 | 2 taking documents or any other items, any sort of 10:57:13 |
| 3 A Anthony had expressed interest in having me do 10:54:20 | 3 proprietary information from Google or Waymo, for use in 10:57:19 |
| 4 work for him in the last couple months of 2015. 10:54:25 | 4 any other company? 10:57:23 |
| 5 Q And when did he reveal to you that it would be a 10:54:28 | 5 A I don't recall him taking any documents or items 10:57:25 |
| 6 self-driving trucking company? 10:54:32 | 6 for -- for use at 280 Systems. 10:57:29 |
| 7 A In January of 2016. 10:54:33 | 7 Q Okay. Or any other company? 10:57:32 |
| 8 Q What did you say? 10:54:37 | 8 A Or -- or any other company. 10:57:33 |
| 9 A Would you clarify? 10:54:39 | 9 Q Okay. You use Altium? 10:57:35 |
| 10 Q Sure. 10:54:46 | 10 A I use Altium, correct. 10:57:43 |
| 11 When you found out -- when he finally revealed to 10:54:47 | 11 Q What is Altium? 10:57:45 |
| 12 you, after months of talking about this unknown project, 10:54:49 | 12 A Altium is a software computer-aided design 10:57:46 |
| 13 that it would be a self-driving trucking company, what 10:54:51 | 13 package for electronics design. 10:57:52 |
| 14 was your reaction? 10:54:54 | 14 Q And you are an electronic engineer; right? 10:57:53 |
| 15 MS. RAY: Objection; form. 10:54:54 | 15 A I am -- I'm an electrical engineer. 10:57:56 |
| 16 THE WITNESS: Generally positive. 10:54:55 | 16 Q Okay. Is Mr. Levandowski an electrical engineer? 10:58:01 |
| 17 BY MR. JAFFE: 10:55:13 | 17 A Not to my knowledge. 10:58:04 |
| 18 Q Did you ever ask him about potential intellectual 10:55:14 | 18 Q Have you ever seen him use Altium? 10:58:08 |
| 19 property concerns with his work at Waymo or Google? 10:55:17 | 19 A I don't think I've ever seen him personally use 10:58:11 |
| 20 A I never asked him about -- I never asked him 10:55:21 | 20 Altium before. 10:58:15 |
| 21 about intellectual property concerns. 10:55:26 | 21 Q Okay. Have you ever talked to him about Altium? 10:58:15 |
| 22 Q Did you ever have any -- personally, some 10:55:29 | 22 A In the course of doing work for him, probably, 10:58:20 |
| 23 concerns about potentially using intellectual property 10:55:31 | 23 but I don't remember a specific instance. 10:58:22 |
| 24 that is owned by Google or Waymo in this competing 10:55:34 | 24 Q You joined 280 Systems in January 2016; correct? 10:58:25 |
| 25 project? 10:55:37 | 25 A That is correct. 10:58:38 |
| Page 31 | Page 33 |

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

| | Page 34 |
|---|---|
| 1 | Q  Between the time you joined 280 Systems and the   10:58:40 |
| 2 | time that Uber acquired Otto, please tell me the names   10:58:44 |
| 3 | of the LiDAR projects that you are aware of at Otto,   10:58:51 |
| 4 | slash, 280 Systems?   10:58:55 |
| 5 | A  There was [REDACTED] and Fuji.   10:58:56 |
| 6 | Q  What's [REDACTED]?   10:59:06 |
| 7 | A  [REDACTED] was -- [REDACTED] was a -- could you be more   10:59:14 |
| 8 | specific about that?  Like --   10:59:29 |
| 9 | Q  You -- you mentioned [REDACTED]   10:59:34 |
| 10 | My question is:  What is it?   10:59:36 |
| 11 | A  It is a LiDAR.   10:59:37 |
| 12 | Q  What kind of LiDAR is it?   10:59:40 |
| 13 | A  It is a LiDAR that we wanted to -- it was a   10:59:41 |
| 14 | prototype LiDAR.   11:00:08 |
| 15 | Q  How many optical cavities were in the [REDACTED]   11:00:09 |
| 16 | LiDAR?   11:00:13 |
| 17 | A  I don't recall exactly.   11:00:22 |
| 18 | [REDACTED] |
| 19 | [REDACTED] |
| 20 | [REDACTED] |
| 21 | Q  How many lenses did it have?   11:00:28 |
| 22 | A  I don't -- I don't -- I don't clearly recall the   11:00:30 |
| 23 | configuration of the optical cavity, but I believe --   11:00:46 |
| 24 | yeah, I don't specifically recall the configuration of   11:00:53 |
| 25 | the optical cavity.   11:00:56 |

| | Page 35 |
|---|---|
| 1 | Q  Okay.  So you can't tell me how many lenses the   11:00:58 |
| 2 | [REDACTED] LiDAR had?   11:01:01 |
| 3 | A  I could only tell you what I suspect it had.   11:01:02 |
| 4 | Q  Okay.  So you mentioned [REDACTED] and -- [REDACTED] and   11:01:11 |
| 5 | Fuji.   11:01:17 |
| 6 | There were no other LiDAR designs at Otto; is   11:01:18 |
| 7 | that correct?   11:01:21 |
| 8 | A  [REDACTED] and Fuji were our only two internal LiDAR   11:01:21 |
| 9 | designs.   11:01:26 |
| 10 | Q  Okay.  When did Fuji start?   11:01:26 |
| 11 | A  I don't -- I don't know of an exact date for   11:01:28 |
| 12 | that.   11:01:35 |
| 13 | Q  Who came up with the name Fuji?   11:01:35 |
| 14 | A  That was Anthony's choice.   11:01:43 |
| 15 | Q  So Anthony was involved in the Fuji project;   11:01:45 |
| 16 | right?   11:01:51 |
| 17 | A  Anthony was involved in naming the project.   11:01:51 |
| 18 | Q  Was Anthony involved in the Fuji project?   11:01:54 |
| 19 | A  At a high-level, Anthony was -- you know, at sort   11:01:59 |
| 20 | of of an overview level, Anthony was involved with the Fuji   11:02:18 |
| 21 | project.   11:02:21 |
| 22 | Q  What does that mean?   11:02:21 |
| 23 | A  That means, like, while -- while he wasn't --   11:02:24 |
| 24 | wasn't really involved with, you know, day-to-day   11:02:28 |
| 25 | engineering, you know, as -- yeah, he had -- it means he   11:02:31 |

| | Page 36 |
|---|---|
| 1 | wasn't involved with day-to-day engineering but still   11:02:43 |
| 2 | had other involvement.   11:02:46 |
| 3 | Q  He had input into the Fuji design; correct?   11:02:47 |
| 4 | A  He had -- he had other involvement than   11:02:51 |
| 5 | day-to-day design.   11:02:54 |
| 6 | Q  So, again, I'm not sure that answers my question.   11:02:55 |
| 7 | "Yes" or "no," did Mr. Levandowski have design   11:02:59 |
| 8 | input into the Fuji LiDAR design?   11:03:02 |
| 9 | A  He had input that excluded day-to-day   11:03:04 |
| 10 | engineering.   11:03:18 |
| 11 | Q  What does that mean?   11:03:19 |
| 12 | A  There's a lot of minutiae involved with   11:03:20 |
| 13 | engineering anything, and he would -- Anthony would --   11:03:23 |
| 14 | is not somebody that would have been responsible for   11:03:25 |
| 15 | those day-to-day design details.   11:03:30 |
| 16 | Q  Are you aware of a policy excluding   11:03:32 |
| 17 | Mr. Levandowski from having any input into certain LiDAR   11:03:35 |
| 18 | decisions?   11:03:38 |
| 19 | A  I'm not aware of any such policy.   11:03:39 |
| 20 | Q  So there's no policy that you are aware of within   11:03:41 |
| 21 | Uber or Otto that prohibits Mr. Levandowski's input into   11:03:45 |
| 22 | its LiDAR designs; correct?   11:03:50 |
| 23 | A  I'm not aware of any such policy.   11:03:51 |
| 24 | Q  Okay.  And from your -- your experience at the   11:03:54 |
| 25 | company, he has input into the LiDAR designs; correct?   11:03:56 |

| | Page 37 |
|---|---|
| 1 | MS. RAY:  Objection; vague.   11:03:59 |
| 2 | THE WITNESS:  He -- he has input that generally   11:04:00 |
| 3 | excludes minute and day-to-day design input.   11:04:07 |
| 4 | BY MR. JAFFE:   11:04:17 |
| 5 | Q  So I'm a little bit confused by this phrase that   11:04:17 |
| 6 | you are repeating.  My question is -- is very specific.   11:04:20 |
| 7 | In your experience at Uber and Otto,   11:04:24 |
| 8 | Mr. Levandowski has input into the LiDAR designs,   11:04:27 |
| 9 | including the Fuji project; true?   11:04:29 |
| 10 | MS. RAY:  Objection; form.   11:04:31 |
| 11 | THE WITNESS:  Well, I want to be clear about the   11:04:41 |
| 12 | nature of his input into -- into -- into Fuji, which is,   11:04:42 |
| 13 | his input takes place at a high-level and is not -- and   11:04:46 |
| 14 | he's not involved with the nitty-gritty of designing the   11:04:50 |
| 15 | laser.   11:04:55 |
| 16 | BY MR. JAFFE:   11:05:03 |
| 17 | Q  So you are not willing to answer my question   11:05:03 |
| 18 | "yes" -- actually, let me start over.  Let me start   11:05:05 |
| 19 | over.  Is that all right?   11:05:08 |
| 20 | We are going to do this again the way that we did   11:05:09 |
| 21 | it before.   11:05:11 |
| 22 | If I were to write in a paper and submit it to   11:05:11 |
| 23 | the Court and say, "Mr. Levandowski has input into the   11:05:14 |
| 24 | Fuji project LiDAR design," would that be false?   11:05:18 |
| 25 | A  That wouldn't capture as much detail as I   11:05:24 |

10 (Pages 34 - 37)

ATTORNEYS EYES ONLY

1 Otto have when it was acquired by Uber?   11:24:57
2 A  Otto had -- Otto had [redacted] back then, but I   11:24:59
3 don't know -- I can't speak to whether that was supposed   11:25:10
4 to be a medium or a long-range laser.
5 Q  Fuji didn't exist until October 2016; right?   11:25:20
6 A  I don't remember the specific month.   11:25:23
7 Q  You don't know when Fuji started; right?   11:25:29
8 A  I don't recall a specific date.   11:25:31
9 Q  So you can't tell me whether it was October 2016   11:25:34
10 or April 2016; fair?   11:25:35
11 A  I know that it was later than April 2016.   11:25:38
12 Q  Okay.  So I'm going to narrow it down here so --   11:25:41
13 A  Yeah.   11:25:46
14 Q  -- July?   11:25:48
15 A  Are you asking about Fuji?   11:25:49
16 Q  Correct.   11:25:52
17 A  I would say that Fuji was -- was started late   11:25:54
18 2016.   11:26:10
19 Q  Fuji was started late 2016.   11:26:10
20   When was the first prototype built?   11:26:15
21 A  I don't know.   11:26:17
22 Q  Where did the Fuji design come from?   11:26:17
23 A  The Fuji design used aspects of the -- Fuji   11:26:21
24 design used aspects of -- aspects from the [redacted] and   11:26:45
25 also in-house development.   11:26:51

Page 50

1 Q  Are you aware of any design elements that are   11:27:01
2 same between the Fuji project and the LiDAR projects you   11:27:07
3 worked on at Google?   11:27:12
4 A  Could you clarify what you mean by "design   11:27:12
5 aspects"?   11:27:16
6 Q  Number of lasers, orientation of diodes, those   11:27:17
7 sort of things.   11:27:26
8   MS. RAY:  Objection; form.   11:27:26
9   THE WITNESS:  Not specifically.   11:27:27
10 BY MR. JAFFE:   11:27:27
11 Q  So your understanding is that there's no overlap   11:27:29
12 in the design between the Fuji project and any of the   11:27:32
13 LiDAR projects that you worked on at Google; true?   11:27:34
14 A  I mean, there are certain aspects of a laser --   11:27:38
15 of a LiDAR unit that are going to be the same across all   11:27:44
16 LiDAR units.   11:27:47
17   MR. JAFFE:  Okay.  I'm going to mark what's   11:27:50
18 Exhibit 3.   11:27:53
19   (Exhibit 3 was marked for identification   11:27:53
20   by the Court Reporter.)   11:27:55
21 BY MR. JAFFE:   11:27:55
22 Q  And this is a document that's produced to us   11:27:55
23 as -- I realize it doesn't have a number on it, but my   11:27:58
24 understanding is the number is UBER_00000727_AEO.   11:28:02
25   MS. RAY:  Let's mark this transcript as AEO, and   11:28:11

Page 51

1 then we will go through and designate certain portions.   11:28:14
2 BY MR. JAFFE:   11:28:22
3 Q  Mr. Linaval, have you seen the document I've   11:28:22
4 marked as Exhibit 3?   11:28:22
5 A  I've seen a document very much like this   11:28:26
6 document.   11:28:40
7 Q  What is it?   11:28:40
8 A  This is the -- this is an assembly diagram for a   11:28:41
9 laser transmitter board.   11:28:48
10 Q  Where did the idea come from to do a laser   11:28:50
11 transmit board with this kind of [redacted]   11:28:55
12 here shown?   11:28:58
13 A  The [redacted] is -- is -- is defined by what's called   11:28:58
14 a Petzval surface, which is, if you know, you have a   11:29:12
15 lens and you shine light through it, it -- it -- the --   11:29:16
16 the focal surface of -- of that lens is going to -- is   11:29:21
17 going to follow that [redacted]   11:29:24
18 Q  Have you ever seen another transmit board in a   11:29:25
19 similar shape to this one for LiDAR design?   11:29:30
20 A  I've seen something sort of similar before.   11:29:32
21 Q  When?   11:29:36
22 A  When I was -- when I was -- when I working on   11:29:37
23 [redacted]   11:29:49
24 Q  What about [redacted];   11:29:51
25 who came up with that idea?   11:29:55

Page 52

1 A  Well, I'm sure it's been done before, but like, I   11:29:57
2 mean, for example, Velodyne's been doing it for, like,   11:30:04
3 you know, most of a decade now.   11:30:07
4 Q  Velodyne puts multiple laser diodes on a single   11:30:09
5 PCB?  Is that your understanding?   11:30:14
6 A  Well, they have an arrangement of multiple   11:30:15
7 diodes.  I don't know whether it's on a single PCB.   11:30:20
8 Q  Have you ever looked inside a Velodyne LiDAR?   11:30:23
9 A  Not with detail.   11:30:30
10 Q  So you are not aware whether the laser diodes   11:30:32
11 the Velodyne designs are on a single PCB or multiple   11:30:36
12 PCBs; is that fair?   11:30:42
13 A  I may have misspoken.   11:30:43
14 Q  So let me ask my question again, then.   11:30:45
15   Are you aware of whether the laser diodes in the   11:30:55
16 Velodyne designs are on a single PCB or multiple PCBs?   11:31:00
17 A  I'm not aware.   11:31:05
18 Q  Okay.  Are you aware of any other designs that   11:31:07
19 have [redacted] other than   11:31:08
20 [redacted] and this design Fuji?   11:31:17
21   MS. RAY:  Objection; form.   11:31:18
22   THE WITNESS:  I'm not aware of any other specific   11:31:20
23 instances.   11:31:43
24 BY MR. JAFFE:   11:31:43
25 Q  Referring to this design number, what I've marked   11:31:45

Page 53

14 (Pages 50 - 53)

**Page 54**

1  as Exhibit 3, are you familiar with the placement of the  11:31:48
2  laser diodes on the transmit board?  11:31:51
3   A  Sorry.  Would you repeat that?  11:31:53
4   Q  Referring to what we have marked as Exhibit 3,  11:32:00
5  this design, the Fuji design, are you familiar with the  11:32:03
6  placement of the laser diodes on the transmit board?  11:32:06
7   A  I'm familiar with the -- the process generally  11:32:09
8  with which we decided where to place those decides.  11:32:12
9   Q  Do the diodes ███████████  11:32:17
10   A  I'm not sure.  11:32:21
11   Q  Are you aware of any benefits or -- or lack of  11:32:22
12  benefits from either ███████████  11:32:24
13  ████  11:32:29
14   A  Okay.  I'm going to correct myself.  Actually,  11:32:31
15  we -- I believe ████████████  11:32:44
16  and one potential ███████████████  11:32:50
17  would be the -- you might get whatever was used --  11:32:55
18  whatever adhesive was used to attach the laser dye to  11:33:02
19  the board on the front of the diode.  I -- my  11:33:07
20  understanding is it's -- is it's common practice to  11:33:12
21  ██  11:33:16
22   Q  Are you aware of any other LiDAR designs, other  11:33:17
23  than what we have described here in the Fuji design and  11:33:20
24  ███████████████████ r  11:33:25
25  ███████████████  11:33:28

**Page 55**

1   A  I haven't looked at any other -- any other LiDAR  11:33:30
2  in detail enough to see that.  11:33:34
3   Q  So the answer is:  Yes.  You are not aware of any  11:33:35
4  other LiDAR designs, other than Fuji and ████████  11:33:38
5  ██████████, that  11:33:41
6  ███████  like what's shown here on Exhibit 3?  11:33:47
7   A  I haven't looked at any other lasers in enough  11:33:47
8  detail to see that.  11:33:49
9   Q  Sir, that's not my question, and I understand  11:33:49
10  what you are saying.  11:33:51
11      But my question is:  You are not aware of any  11:33:52
12  other LiDAR designs, other than the Fuji design here in  11:33:54
13  Exhibit 3 and ████████████, that  11:33:58
14  ████████  in this fashion; true?  11:34:01
15      MS. RAY:  Objection; asked and answered.  11:34:03
16      THE WITNESS:  No, and I haven't had the  11:34:04
17  opportunity to see that in any other laser.  11:34:15
18  BY MR. JAFFE:  11:34:19
19   Q  Okay.  The ████████████████  11:34:19
20  ██████████  who came up with that?  11:34:22
21   A  The spacing was -- was a collaboration between  11:34:25
22  several people within -- within Otto and Uber.  11:34:29
23   Q  Including Mr. Levandowski?  11:34:33
24   A  I don't think he was -- I don't recall him being  11:34:36
25  involved with that.  11:34:39

**Page 56**

1   Q  Who was involved?  11:34:40
2   A  I know Scott Baumkey [phonetic] was involved with  11:34:41
3  that.  11:34:45
4   Q  Who else?  11:34:45
5   A  Gaton.  11:34:46
6   Q  Anyone else?  11:34:47
7   A  I'm not sure.  11:34:49
8   Q  Okay.  So Mr. Baumkey and Mr. Penticote  11:34:51
9  [phonetic] were involved in the design of the  11:34:55
10  ████████  shown here on Exhibit 3; right?  11:34:57
11   A  They were both involved with that process.  11:34:59
12   Q  Do you know who came up with the idea?  11:35:01
13   A  I'm not aware.  11:35:03
14   Q  Do you know whether Mr. Penticote came up with  11:35:04
15  the idea and communicated it to Mr. Baumkey, or vice  11:35:07
16  versa?  11:35:10
17   A  The idea of ████████████?  11:35:10
18   Q  Yes.  This ██████████  11:35:12
19   A  That specific ███████████.  11:35:14
20   Q  Correct.  11:35:16
21   A  I'm not -- I don't know from whom that -- I'm  11:35:17
22  not -- I'm not sure who was responsible for deciding the  11:35:25
23  ████████  11:35:28
24   Q  But you know that Mr. Penticote and Mr. Baumkey  11:35:28
25  came up with it; correct?  11:35:32

**Page 57**

1   A  I know that they were involved in the process of  11:35:34
2  designing ███████.  11:35:35
3   Q  Who else was involved, to your -- to your  11:35:36
4  knowledge?  11:35:38
5   A  I don't know.  11:35:40
6   Q  Okay.  Similar question to what I asked before:  11:35:42
7  Are you aware of any other design than ████████████  11:35:45
8  ██████  and this design here in Exhibit 3 that has  11:35:49
9  this ██████████████████  11:35:51
10   A  I don't recall if ██████████  11:35:53
11  ███████████████  11:36:02
12   Q  Are you aware whether it does or not?  11:36:05
13   A  I'm not aware of ████████████  11:36:07
14  ██████  11:36:10
15   Q  Do you have any understanding at all whether  11:36:11
16  ████████████████  11:36:15
17  ███████████  11:36:19
18   A  Sorry.  Would you repeat the question?  11:36:19
19   Q  Do you have any understanding at all whether  11:36:32
20  ██████████████  11:36:34
21  ████████  11:36:38
22   A  With anybody else?  11:36:41
23   Q  Let me say it again.  11:36:43
24      Do you have any understanding at all whether  11:36:47
25  ██████████████████  11:36:49

15 (Pages 54 - 57)



**Page 58**

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                       11:36:51
2    A  I know that people at Uber and Otto were working  11:36:53
3 on ▮▮▮▮▮▮▮▮  I don't know whether ▮▮▮▮▮▮   11:36:59
4 ▮▮▮▮▮▮▮▮▮▮▮▮▮                          11:37:03
5    Q  You have no understanding about that?   11:37:04
6    A  I wasn't aware of ▮▮▮▮▮▮▮▮          11:37:08
7 ▮▮▮▮▮▮▮▮▮                              11:37:11
8    Q  Okay.  So, to your knowledge, no one else in the
9 world has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 other than what's shown here on Exhibit 3 in this
11 project Fuji; right?
12    MS. RAY:  Objection; form.
13    THE WITNESS:  I haven't really come across very
14 many LiDAR designs.
15 BY MR. JAFFE:
16    Q  So yes?
17    A  Would you repeat the question?
18    Q  To your knowledge, no one else in the world has a
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  like what's shown in
20 here for the Fuji project on Exhibit 3, other than Uber;
21 right?
22    MS. RAY:  Objection; form.
23    THE WITNESS:  I don't know of any other designs
24 involving a ▮▮▮▮▮▮▮▮  in the world.
25 BY MR. JAFFE:

**Page 59**

1    Q  Okay.  Do you work with Gorilla Circuits?
2    A  I haven't worked personally with Gorilla
3 Circuits.
4    Q  Okay.  Are you familiar -- turning back to
5 Exhibit 3 here, do you see the ▮▮▮▮▮▮▮▮▮▮
6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7    A  Yes, I see those.
8    Q  What are those?
9    A  I believe those are ▮▮▮▮▮▮▮▮▮▮
10    Q  What do those do?
11    A  They are used at some point in the manufacturing
12 and/or assembly process.
13    Q  Who came up with the idea to use ▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮
15    A  I don't know.
16    Q  Are you aware of any other LiDAR designs that use
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮  in the same way as described here in
18 the Fuji design?
19    A  I'm not aware of any others.
20    Q  So, to your knowledge, no one else in the world,
21 other than the Fuji project here in Exhibit 3, has
22 ▮▮▮▮▮▮▮▮▮▮▮  in the same manner; right?
23    A  Not that I'm aware of.
24    MS. RAY:  Objection; form.
25 BY MR. JAFFE:

**Page 60**

1    Q  Okay.  The Fuji device has ▮▮▮▮▮▮▮▮▮▮▮▮
2 right?
3    A  As designed currently, it utilizes ▮▮▮▮▮▮▮▮
4 ▮▮▮▮▮▮
5    Q  And Uber labels ▮▮▮▮▮▮▮▮▮▮▮  right?
6    A  That's correct.
7    Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮▮▮▮
9    A  That is correct.
10    Q  Why does ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11    A  My understanding is that's just a ▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮
13    Q  That's it?
14    A  Yeah, and, I mean -- well, yeah, but you would
15 want them to have ▮▮▮▮▮▮▮▮▮▮▮▮  so.
16    Q  Are you aware of any other LiDAR devices that
17 have ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  other
18 than the Fuji design?
19    A  No.
20    Q  Okay.  Do you think there's a benefit to that
21 arrangement?
22    A  I believe that's why we designed it that way.
23    Q  So yes?
24    A  Yes.
25    Q  Prior to Fuji, have you ever worked on a device

**Page 61**

1 that had ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2 ▮▮▮▮▮▮
3    A  No.
4    Q  Uber uses -- going back to the ▮▮▮▮▮▮▮  that
5 we talked about before, those -- do you know whether
6 those are used as a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7 ▮▮▮▮▮▮▮▮▮▮▮▮
8    A  I'm not sure.
9    Q  How did -- actually, let me stop.
10    The -- are you aware of the receive board in the
11 Fuji design, how it's designed?
12    A  Yes.
13    Q  There's one receive board with 32 photodetectors
14 on it; right?
15    A  That is correct.
16    Q  How does Uber align the individual photo
17 detectors on the receive board with the diodes on the
18 transmit board?
19    A  I'm not an optical engineer, and I'm not really
20 sure how to answer that.
21    Q  So you don't know how those two get -- get
22 aligned?
23    A  Not really.
24    Q  Does the Fuji LiDAR work?
25    A  What -- what do you mean by "work"?

1   Q   I mean, can I turn it on and does it generate
2   information?
3       MS. RAY:  Objection; form.
4       THE WITNESS:  Are you talking about currently?
5       MR. JAFFE:  Sure.
6       THE WITNESS:  All right.  Current-- currently
7   a -- well, currently, there -- ████████████████
8   ████████████████████████████████████
9   ████
10  BY MR. JAFFE:
11  Q   Have you ever put it on top of a car and tested
12  it?
13  A   It's never been on top of a car.
14  Q   The -- what we have marked as -- what I marked as
15  Exhibit 3, this is not a standard file from Altium;
16  right?
17      MS. RAY:  Objection; form.
18      THE WITNESS:  This is not -- well, this was
19  generated via Altium.
20      What do you mean by a "standard file"?
21  BY MR. JAFFE:
22  Q   Like if I just turned on Altium and generated
23  dummy projects --
24  A   This would not --
25  Q   -- I would not get this file?

Page 62

1   A   You would not get this file from a dummy project.
2   Q   Right.
3       So this file is a specific file that you
4   generated; right?
5   A   I don't know if I generated this file.  It may
6   have been one of my colleagues.
7   Q   Are you aware that Uber's counsel produced this
8   file to us from your computer?
9   A   Yes.
10  Q   Okay.  You would agree, then, that all the files
11  that got produced from your computer are not standard
12  Altium or output files; right, because they included
13  this one here, Exhibit 3?
14  A   Sorry.  Would you repeat that?
15  Q   Sure.
16      You would agree that some of the files that got
17  produced from your computer are not standard Altium
18  files; right?
19  A   I would agree some of the files produced are not
20  standard files.
21  Q   So there were some matches from your computer
22  that corresponded to things like Exhibit 3; right?
23      MS. RAY:  Objection; form.
24      THE WITNESS:  That -- sorry.  Would you repeat
25  that?

Page 63

1   BY MR. JAFFE:
2   Q   There was some matches from your computer that
3   were produced to us that corresponded to things like
4   Exhibit 3; right?
5       MS. RAY:  Objection; calls for speculation.
6       THE WITNESS:  I don't -- I don't believe so.
7   BY MR. JAFFE:
8   Q   Well, Exhibit 3 was produced from us -- to us
9   from your counsel.
10      You understand that; right, or do you not
11  understand that?
12  A   I'm not sure which subset of files was -- was
13  procured.
14  Q   It's not accurate to say that all the files that
15  were produced to us from your computer by your counsel
16  were standard Altium files; right?
17      MS. RAY:  Objection; form.
18      THE WITNESS:  I don't know which subset of files
19  were procured from by --
20      MR. JAFFE:  Let do this.  Mark this as Exhibit 4.
21      (Exhibit 4 was marked for identification
22      by the Court Reporter.)
23  BY MR. JAFFE:
24  Q   Sir, Exhibit 4 is the declaration you signed in
25  this matter; correct?

Page 64

1   A   This appears to be my declaration.
2   Q   Do you see paragraph 4 talks about you using
3   Altium?
4   A   I see that.
5   Q   And let's -- turning to paragraph 7, you say:  I
6   understand that certain Altium, LTSpice and SolidWork
7   files from my computer were produced in this action
8   because they matched certain file names that Waymo has
9   provided for a search of Uber's files or they were MD5
10  hash matches for certain files Waymo identified.
11      Do you see that?
12  A   Uh-huh.
13  Q   What's the basis for that statement?
14      MS. RAY:  Objection.  I'm instructing him not to
15  answer on the basis of attorney-client privilege.
16      THE WITNESS:  I'm going to follow my counsel's
17  advice.
18  BY MR. JAFFE:
19  Q   Are you aware of what files were produced from
20  your Uber computer in this action?
21      MS. RAY:  So you can tell him what you are aware
22  of, but not any other additional attorney-client
23  discussions.
24      THE WITNESS:  Sorry.  Would you repeat that.
25      MR. JAFFE:  If you can just restate that.

Page 65

17 (Pages 62 - 65)

1      (Record read by Reporter as follows:
2      "QUESTION:  Are you aware of what files
3      were produced from your Uber computer in
4      this action?")
5      THE WITNESS:  I'm aware of, generally, what
6  was -- what was produced.
7  BY MR. JAFFE:
8    Q   What is the basis for that awareness?
9      MS. RAY:  Objection.  I instruct him not to
10  answer on the basis of attorney-client privilege.
11      MR. JAFFE:  Counsel, we -- we disagree.  This is
12  the source of his declaration.  Are you claiming
13  privilege over the basis of his statements in his
14  declaration?
15      MS. RAY:  Well, he's told you he's seen the
16  files.  I'm not going to let you get into discussions
17  with him about anything further than that.
18      MR. JAFFE:  I mean, he actually just testified to
19  the opposite of that.
20    Q   What is your basis for your understanding --
21      MS. RAY:  Wait.  Can we -- hold on a second,
22  please.  Wait.  Can you hold on just a second.  There's
23  no pending question.
24      He says:  I'm generally aware of what was
25  produced.

Page 66

1  don't want it to be --
2      Sir, have you seen the files produced from your
3  computer in this action, "yes" or "no"?
4      I don't think there's any privilege issue to talk
5  about here.
6      MS. RAY:  Jordan, it might help if you and I just
7  step out of the room so you don't think I'm coaching him
8  and I'll explain to you what the issue is.
9      MR. JAFFE:  Well --
10      MS. RAY:  I think you would be okay with that.
11  Do you want to do that?
12      MR. JAFFE:  I want to hear his answer to the
13  question, please.
14      MS. RAY:  Okay.
15      THE WITNESS:  Are -- are you asking if I've seen
16  it -- if I've seen a listing of the files that were
17  procured?
18      MR. JAFFE:  No.
19    Q   I'm going to repeat it again because I'm not
20  trying to change the question here.
21      Sir, have you seen the files produced from your
22  computer in this action, "yes" or "no"?
23    A   What does the "action" refer to?
24    Q   In this litigation.
25    A   And by -- by seeing the files, do you mean that

Page 68

1      MR. JAFFE:  And I'm asking what's the basis for
2  that statement.
3      MS. RAY:  So I'm instructing him not to answer
4  because it goes into attorney-client-privileged
5  information.
6      I'll tell you, we made available --
7      MR. JAFFE:  I don't want you --
8      MS. RAY:  -- we made available to him the files.
9      MR. JAFFE:  -- I don't want you to testify.  I
10  want him to testify today.
11      MS. RAY:  I'm not looking to testify.  He's been
12  given an instruction not to answer.
13  BY MR. JAFFE:
14    Q   Sir, have you seen the files produced from your
15  computer in this action?
16    A   Would you mind if I -- if I took a break?
17    Q   Sorry.  This is -- this is a basic question I
18  need to get an answer from.
19      MS. RAY:  So can I just clarify?  It's because he
20  doesn't know what was -- there's certain -- I'm not
21  trying to game you here, but I think he doesn't
22  understand because he won't know the basis.
23      MR. JAFFE:  I mean, I'm sorry, I understand, but
24  my question is very simple.
25    Q   Have you seen -- I'll say it again because I

Page 67

1  I've, like, looked -- looked at every single one and
2  looked at the contents thereof, or do you mean that I'm
3  just, like, aware of their existence?
4    Q   I'm asking if you have seen them.
5    A   What does it mean to "see them"?
6    Q   Do you know not know what it is to see something?
7    A   I -- I -- well, do you mean that I'm aware of --
8  that I've, like, seen them in a listing or that I've
9  seen the content of them?
10    Q   Sir, you put in a declaration talking about these
11  files; right?
12    A   Okay.  But --
13    Q   Have you seen them?
14    A   I've not inspected the contents of every single
15  file.  Some of them were very similar to others.
16    Q   So let's be clear, then.
17      When you put in your declaration for the Court,
18  the Court shouldn't be under the misimpression you
19  actually looked at the files that you were talking
20  about; right?
21      MS. RAY:  Objection; form.
22      THE WITNESS:  I've looked at the file listing.
23  I've looked at the file listing enough to be able to --
24  to understand generally what I was looking at.
25  BY MR. JAFFE:

Page 69

18 (Pages 66 - 69)