# EXHIBIT 65
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                      )
                                     )
 6           Plaintiff,              )
                                     )
 7           vs.                     )  Case No.:
                                     )  3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,        )
     OTTOMOTTO LLC; OTTO TRUCKING    )
 9   LLC,                            )
                                     )
10           Defendants.             )
     _____ )
11
12
13                    ATTORNEYS' EYES ONLY
14          VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL
15                  San Francisco, California
16                  Thursday, April 13, 2017
17                          Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2594014
25   PAGES 1 - 92
```

Page 1

```
 1          UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                    )
                                   )
 6          Plaintiff,             )
                                   )
 7        vs.                      )  Case No.:
                                   )  3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC; OTTO TRUCKING  )
 9   LLC,                          )
                                   )
10          Defendants.            )
     _____)
11
12
13        VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL,
14   VOLUME 1, taken on behalf of the Plaintiff, at Quinn
15   Emanuel Urquhart & Sullivan, LLP, 50 California Street,
16   22nd Floor, San Francisco, California, beginning at
17   10:05 a.m. and ending at 12:34 p.m. on Thursday,
18   April 13, 2017, before RACHEL FERRIER, Certified
19   Shorthand Reporter No. 6948.
20
21
22
23
24
25
                                                      Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4
 5       QUINN EMANUEL URQUHART & SULLIVAN LLP
 6       BY:  JORDAN JAFFE
 7            DAVID PERLSON
 8       Attorneys at Law
 9       50 California Street, 22nd Floor
10       San Francisco, California 94111
11       415.875.6600
12       jordanjaffe@quinnemanuel.com
13       davidperlson@quinnemanuel.com
14
15   For Defendants:
16
17       MORRISON & FOERSTER, LLP
18       BY:  WENDY RAY
19       Attorney at Law
20       707 Wilshire Boulevard
21       Los Angeles, California 90017-3543
22       213.892.5200
23       wray@mofo.com
24
25
                                                      Page 3
```

```
 1   APPEARANCES (continued):
 2
 3   Also Present:
 4
 5       SHANA STANTON, Waymo
 6       AARON BERGSTROM, Uber
 7
 8   Videographer:
 9
10       CASSIA LEET
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 4
```

```
 1                    INDEX
 2   WITNESS                        EXAMINATION
 3   ASHEEM LINAVAL
 4   VOLUME 1
 5
 6            BY MR. JAFFE              7
 7
 8
 9
10
11              EXHIBITS
12   NUMBER         DESCRIPTION                  PAGE
13   Exhibit 2    Milestones                      44
14   Exhibit 3    Assembly Diagram                51
15   Exhibit 4    Declaration of Asheem Linaval
16                in Support of Defendants'
17                Opposition to Plaintiff Waymo
18                LLC's Motion for Preliminary
19                Injunction                      64
20
21
22
23
24
25
                                                      Page 5
```

**Page 30**

1  Q  And in the couple months prior, what kind of   10:52:57
2  ideas was he talking about?   10:52:59
3  A  He didn't indicate to me the nature of the   10:53:00
4  business --   10:53:04
5  Q  Did you ask?   10:53:05
6  A  -- or venture.   10:53:06
7     Not really.   10:53:13
8  Q  You weren't interested in what kind of company he   10:53:17
9  was trying to recruit you to join?   10:53:20
10 A  I -- I got the sense that he wasn't ready to talk   10:53:23
11 about it yet.   10:53:36
12 Q  So you were just going to join some company doing   10:53:36
13 you have no idea what it was?  Is that -- that was the   10:53:39
14 idea?   10:53:42
15 A  I -- I hadn't committed to joining.   10:53:42
16 Q  And you didn't press him to actually ask him what   10:53:45
17 the company would be?   10:53:50
18 A  No.   10:53:51
19 Q  Okay.  When was the first time Mr. Levandowski   10:53:52
20 contacted you about joining what became 280 Systems?   10:53:57
21 A  I only have an approximate recollection of the   10:54:02
22 time frame, and it was in the -- in a couple months   10:54:04
23 prior to January 2016.   10:54:08
24 Q  So you can definitively say you guys were talking   10:54:09
25 about this company and then you joining sometime in   10:54:13

**Page 31**

1  2015, at least.   10:54:16
2     You would agree with that; right?   10:54:17
3  A  Anthony had expressed interest in having me do   10:54:20
4  work for him in the last couple months of 2015.   10:54:25
5  Q  And when did he reveal to you that it would be a   10:54:28
6  self-driving trucking company?   10:54:32
7  A  In January of 2016.   10:54:33
8  Q  What did you say?   10:54:37
9  A  Would you clarify?   10:54:39
10 Q  Sure.   10:54:46
11    When you found out -- when he finally revealed to   10:54:47
12 you, after months of talking about this unknown project,   10:54:49
13 that it would be a self-driving trucking company, what   10:54:51
14 was your reaction?   10:54:54
15    MS. RAY:  Objection; form.   10:54:54
16    THE WITNESS:  Generally positive.   10:54:55
17 BY MR. JAFFE:   10:55:13
18 Q  Did you ever ask him about potential intellectual   10:55:14
19 property concerns with his work at Waymo or Google?   10:55:17
20 A  I never asked him about -- I never asked him   10:55:21
21 about intellectual property concerns.   10:55:26
22 Q  Did you ever have any -- personally, some   10:55:29
23 concerns about potentially using intellectual property   10:55:31
24 that is owned by Google or Waymo in this competing   10:55:34
25 project?   10:55:37

**Page 32**

1     MS. RAY:  Objection; form.   10:55:39
2     THE WITNESS:  Sorry.  Would you repeat that.   10:55:40
3  BY MR. JAFFE:   10:55:44
4  Q  Did you ever, personally, have any concerns about   10:55:44
5  potentially using intellectual property that is owned by   10:55:48
6  Google or Waymo in this competing project called   10:55:51
7  280 Systems?   10:55:54
8     MS. RAY:  Same objection.   10:55:57
9     THE WITNESS:  I don't recall being concerned   10:55:57
10 about running into IP issues regarding to -- regarding   10:56:12
11 IP from Google Waymo.   10:56:18
12 BY MR. JAFFE:   10:56:20
13 Q  Ever?  Before this lawsuit, clearly.   10:56:21
14 A  It wasn't a concern, no.   10:56:26
15 Q  Did Anthony ever tell you that he was going to   10:56:31
16 take material from Waymo or Google for use at   10:56:33
17 280 Systems or any other company that you are aware of   10:56:39
18 outside Google?   10:56:41
19 A  Sorry.  Would you repeat that?   10:56:43
20 Q  Did Anthony ever tell you that he was going to   10:56:47
21 take material from Waymo or Google for use at   10:56:50
22 280 Systems or any other company that you are aware of   10:56:54
23 outside of Google?   10:56:56
24 A  Anthony never -- never said anything about taking   10:56:57
25 IP from any other company to use at 280 Systems.   10:57:05

**Page 33**

1  Q  Are you aware of Anthony -- Mr. Levandowski ever   10:57:08
2  taking documents or any other items, any sort of   10:57:13
3  proprietary information from Google or Waymo, for use in   10:57:19
4  any other company?   10:57:23
5  A  I don't recall him taking any documents or items   10:57:25
6  for -- for use at 280 Systems.   10:57:29
7  Q  Okay.  Or any other company?   10:57:32
8  A  Or -- or any other company.   10:57:33
9  Q  Okay.  You use Altium?   10:57:35
10 A  I use Altium, correct.   10:57:43
11 Q  What is Altium?   10:57:45
12 A  Altium is a software computer-aided design   10:57:46
13 package for electronics design.   10:57:52
14 Q  And you are an electronic engineer; right?   10:57:53
15 A  I am -- I'm an electrical engineer.   10:57:56
16 Q  Okay.  Is Mr. Levandowski an electrical engineer?   10:58:01
17 A  Not to my knowledge.   10:58:04
18 Q  Have you ever seen him use Altium?   10:58:08
19 A  I don't think I've ever seen him personally use   10:58:11
20 Altium before.   10:58:15
21 Q  Okay.  Have you ever talked to him about Altium?   10:58:15
22 A  In the course of doing work for him, probably,   10:58:20
23 but I don't remember a specific instance.   10:58:22
24 Q  You joined 280 Systems in January 2016; correct?   10:58:25
25 A  That is correct.   10:58:38

```
 1  Q  Between the time you joined 280 Systems and the       10:58:40
 2  time that Uber acquired Otto, please tell me the names   10:58:44
 3  of the LiDAR projects that you are aware of at Otto,     10:58:51
 4  slash, 280 Systems?                                      10:58:55
 5  A  There was ▮▮▮ and Fuji.                               10:58:56
 6  Q  What's ▮▮▮?                                           10:59:06
 7  A  ▮▮▮ was -- ▮▮▮ was a -- could you be more             10:59:14
 8  specific about that?  Like --                            10:59:29
 9  Q  You -- you mentioned ▮▮▮                              10:59:34
10     My question is:  What is it?                          10:59:36
11  A  It is a LiDAR.                                        10:59:37
12  Q  What kind of LiDAR is it?                             10:59:40
13  A  It is a LiDAR that we wanted to -- it was a           10:59:41
14  prototype LiDAR.                                         11:00:08
15  Q  How many optical cavities were in the ▮▮▮             11:00:09
16  LiDAR?                                                   11:00:13
17  A  I don't recall exactly.                               11:00:22
    [redacted]
21  Q  How many lenses did it have?                          11:00:28
22  A  I don't -- I don't -- I don't clearly recall the      11:00:30
23  configuration of the optical cavity, but I believe --    11:00:46
24  yeah, I don't specifically recall the configuration of   11:00:53
25  the optical cavity.                                      11:00:56
                                                         Page 34
```

```
 1  Q  Okay.  So you can't tell me how many lenses the       11:00:58
 2  ▮▮▮ LiDAR had?                                           11:01:01
 3  A  I could only tell you what I suspect it had.          11:01:02
 4  Q  Okay.  So you mentioned ▮▮▮ and -- ▮▮▮ and            11:01:11
 5  Fuji.                                                    11:01:17
 6     There were no other LiDAR designs at Otto; is         11:01:18
 7  that correct?                                            11:01:21
 8  A  ▮▮▮ and Fuji were our only two internal LiDAR         11:01:21
 9  designs.                                                 11:01:26
10  Q  Okay.  When did Fuji start?                           11:01:26
11  A  I don't -- I don't know of an exact date for          11:01:28
12  that.                                                    11:01:35
13  Q  Who came up with the name Fuji?                       11:01:35
14  A  That was Anthony's choice.                            11:01:43
15  Q  So Anthony was involved in the Fuji project;          11:01:45
16  right?                                                   11:01:51
17  A  Anthony was involved in naming the project.           11:01:51
18  Q  Was Anthony involved in the Fuji project?             11:01:54
19  A  At a high-level, Anthony was -- you know, at sort     11:01:59
20  of a overview level, Anthony was involved with the Fuji  11:02:18
21  project.                                                 11:02:21
22  Q  What does that mean?                                  11:02:21
23  A  That means, like, while -- while he wasn't --         11:02:24
24  wasn't really involved with, you know, day-to-day        11:02:28
25  engineering, you know, as -- yeah, he had -- it means he 11:02:31
                                                         Page 35
```

```
 1  wasn't involved with day-to-day engineering but still    11:02:43
 2  had other involvement.                                   11:02:46
 3  Q  He had input into the Fuji design; correct?           11:02:47
 4  A  He had -- he had other involvement than               11:02:51
 5  day-to-day design.                                       11:02:54
 6  Q  So, again, I'm not sure that answers my question.     11:02:55
 7     "Yes" or "no," did Mr. Levandowski have design        11:02:59
 8  input into the Fuji LiDAR design?                        11:03:02
 9  A  He had input that excluded day-to-day                 11:03:04
10  engineering.                                             11:03:18
11  Q  What does that mean?                                  11:03:19
12  A  There's a lot of minutiae involved with               11:03:20
13  engineering anything, and he would -- Anthony would --   11:03:23
14  is not somebody that would have been responsible for     11:03:25
15  those day-to-day design details.                         11:03:30
16  Q  Are you aware of a policy excluding                   11:03:32
17  Mr. Levandowski from having any input into certain LiDAR 11:03:35
18  decisions?                                               11:03:38
19  A  I'm not aware of any such policy.                     11:03:39
20  Q  So there's no policy that you are aware of within     11:03:41
21  Uber or Otto that prohibits Mr. Levandowski's input into 11:03:45
22  its LiDAR designs; correct?                              11:03:50
23  A  I'm not aware of any such policy.                     11:03:51
24  Q  Okay.  And from your -- your experience at the        11:03:54
25  company, he has input into the LiDAR designs; correct?   11:03:56
                                                         Page 36
```

```
 1     MS. RAY:  Objection; vague.                           11:03:59
 2     THE WITNESS:  He -- he has input that generally       11:04:00
 3  excludes minute and day-to-day design input.             11:04:07
 4  BY MR. JAFFE:                                            11:04:17
 5  Q  So I'm a little bit confused by this phrase that      11:04:17
 6  you are repeating.  My question is -- is very specific.  11:04:20
 7     In your experience at Uber and Otto,                  11:04:24
 8  Mr. Levandowski has input into the LiDAR designs,        11:04:27
 9  including the Fuji project; true?                        11:04:29
10     MS. RAY:  Objection; form.                            11:04:31
11     THE WITNESS:  Well, I want to be clear about the      11:04:41
12  nature of his input into -- into -- into Fuji, which is, 11:04:42
13  his input takes place at a high-level and is not -- and  11:04:46
14  he's not involved with the nitty-gritty designing the    11:04:50
15  laser.                                                   11:04:55
16  BY MR. JAFFE:                                            11:05:03
17  Q  So you are not willing to answer my question          11:05:03
18  "yes" -- actually, let me start over.  Let me start      11:05:05
19  over.  Is that all right?                                11:05:08
20     We are going to do this again the way that we did     11:05:09
21  it before.                                               11:05:11
22     If I were to write in a paper and submit it to        11:05:11
23  the Court and say, "Mr. Levandowski has input into the   11:05:14
24  Fuji project LiDAR design," would that be false?         11:05:18
25  A  That wouldn't capture as much detail as I             11:05:24
                                                         Page 37
```

### Page 50

1  Otto have when it was acquired by Uber?                11:24:57
2  A  Otto had -- Otto had ▮▮▮ back then, but I          11:24:59
3  don't know -- I can't speak to whether that was supposed  11:25:10
4  to be a medium or a long-range laser.                  11:25:12
5  Q  Fuji didn't exist until October 2016; right?       11:25:20
6  A  I don't remember the specific month.               11:25:23
7  Q  You don't know when Fuji started; right?           11:25:29
8  A  I don't recall a specific date.                    11:25:31
9  Q  So you can't tell me whether it was October 2016   11:25:34
10 or April 2016; fair?                                   11:25:35
11 A  I know that it was later than April 2016.          11:25:38
12 Q  Okay.  So I'm going to narrow it down here so --   11:25:41
13 A  Yeah.                                              11:25:46
14 Q  -- July?                                           11:25:48
15 A  Are you asking about Fuji?                         11:25:49
16 Q  Correct.                                           11:25:52
17 A  I would say that Fuji was -- was started late      11:25:54
18 2016.                                                  11:26:10
19 Q  Fuji was started late 2016.                        11:26:10
20    When was the first prototype built?                11:26:15
21 A  I don't know.                                      11:26:17
22 Q  Where did the Fuji design come from?               11:26:17
23 A  The Fuji design used aspects of the -- Fuji        11:26:21
24 design used aspects of -- aspects from the ▮▮▮ and    11:26:45
25 also in-house development.                             11:26:51

### Page 51

1  Q  Are you aware of any design elements that are the  11:27:01
2  same between the Fuji project and the LiDAR projects you  11:27:07
3  worked on at Google?                                   11:27:12
4  A  Could you clarify what you mean by "design        11:27:12
5  aspects"?                                              11:27:16
6  Q  Number of lasers, orientation of diodes, those    11:27:17
7  sort of things.                                        11:27:26
8      MS. RAY:  Objection; form.                       11:27:26
9      THE WITNESS:  Not specifically.                  11:27:27
10 BY MR. JAFFE:                                          11:27:28
11 Q  So your understanding is that there's no overlap  11:27:29
12 in the design between the Fuji project and any of the 11:27:32
13 LiDAR projects that you worked on at Google; true?    11:27:34
14 A  I mean, there are certain aspects of a laser --   11:27:38
15 of a LiDAR unit that are going to be the same across all  11:27:44
16 LiDAR units.                                           11:27:47
17     MR. JAFFE:  Okay.  I'm going to mark what's      11:27:50
18 Exhibit 3.                                             11:27:53
19     (Exhibit 3 was marked for identification         11:27:53
20     by the Court Reporter.)                          11:27:55
21 BY MR. JAFFE:                                          11:27:55
22 Q  And this is a document that's produced to us      11:27:55
23 as -- I realize it doesn't have a number on it, but my 11:27:58
24 understanding is the number is UBER_00000727_AEO.     11:28:02
25     MS. RAY:  Let's mark this transcript as AEO, and 11:28:11

### Page 52

1  then we will go through and designate certain portions.  11:28:14
2  BY MR. JAFFE:                                          11:28:22
3  Q  Mr. Linaval, have you seen the document I've      11:28:22
4  marked as Exhibit 3?                                   11:28:25
5  A  I've seen a document very much like this          11:28:26
6  document.                                              11:28:40
7  Q  What is it?                                       11:28:40
8  A  This is the -- this is an assembly diagram for a  11:28:41
9  laser transmitter board.                               11:28:48
10 Q  Where did the idea come from to do a laser        11:28:50
11 transmit board with this kind of ▮▮▮                   11:28:55
12 here shown?                                            11:28:58
13 A  The ▮▮▮ is -- is -- is defined by what's called   11:28:58
14 a Petzval surface, which is, if, you know, you have a 11:29:12
15 lens and you shine light through it, it -- it -- the -- 11:29:16
16 the focal surface of -- of that lens is going to -- is 11:29:21
17 going to follow that ▮▮▮                               11:29:24
18 Q  Have you ever seen another transmit board in a    11:29:25
19 similar shape to this one for LiDAR design?            11:29:30
20 A  I've seen something sort of similar before.       11:29:32
21 Q  When?                                             11:29:36
22 A  When I was -- when I was -- when I was working on 11:29:37
23 ▮▮▮                                                    11:29:49
24 Q  What about ▮▮▮;                                   11:29:51
25 who came up with that idea?                            11:29:55

### Page 53

1  A  Well, I'm sure it's been done before, but like, I 11:29:57
2  mean, for example, Velodyne's been doing it for, like, 11:30:04
3  you know, most of a decade now.                        11:30:07
4  Q  Velodyne puts multiple laser diodes on a single   11:30:09
5  PCB?  Is that your understanding?                      11:30:14
6  A  Well, they have an arrangement of multiple        11:30:15
7  diodes.  I don't know whether it's on a single PCB.   11:30:20
8  Q  Have you ever looked inside a Velodyne LiDAR?     11:30:23
9  A  Not with detail.                                  11:30:30
10 Q  So you are not aware whether the laser diodes in  11:30:32
11 the Velodyne designs are on a single PCB or multiple  11:30:36
12 PCBs; is that fair?                                    11:30:42
13 A  I may have misspoken.                             11:30:43
14 Q  So let me ask my question again, then.            11:30:45
15    Are you aware of whether the laser diodes in the 11:30:55
16 Velodyne designs are on a single PCB or multiple PCBs? 11:31:00
17 A  I'm not aware.                                    11:31:05
18 Q  Okay.  Are you aware of any other designs that    11:31:07
19 have ▮▮▮ other than                                    11:31:08
20 ▮▮▮ and this design Fuji?                              11:31:17
21     MS. RAY:  Objection; form.                       11:31:18
22     THE WITNESS:  I'm not aware of any other specific 11:31:20
23 instances.                                             11:31:43
24 BY MR. JAFFE:                                          11:31:43
25 Q  Referring to this design number, what I've marked 11:31:45

```
 1  as Exhibit 3, are you familiar with the placement of the   11:31:48
 2  laser diodes on the transmit board?                        11:31:51
 3    A   Sorry. Would you repeat that?                        11:31:53
 4    Q   Referring to what we have marked as Exhibit 3,       11:32:00
 5  this design, the Fuji design, are you familiar with the    11:32:03
 6  placement of the laser diodes on the transmit board?      11:32:06
 7    A   I'm familiar with the -- the process generally      11:32:09
 8  with which we decided where to place those decides.       11:32:12
 9    Q   Do the diodes                                        11:32:17
10    A   I'm not sure.                                        11:32:21
11    Q   Are you aware of any benefits or -- or lack of      11:32:22
12  benefits from either                                       11:32:24
13                                                             11:32:29
14    A   Okay. I'm going to correct myself. Actually,        11:32:31
15  we -- I believe                                            11:32:44
16  and one potential                                          11:32:50
17  would be the -- you might get whatever was used --        11:32:55
18  whatever adhesive was used to attach the laser dye to     11:33:02
19  the board on the front of the diode. I -- my              11:33:07
20  understanding is it's -- is it's common practice to       11:33:12
21                                                             11:33:16
22    Q   Are you aware of any other LiDAR designs, other    11:33:17
23  than what we have described here in the Fuji design and  11:33:20
24                                                     r      11:33:25
25                                                             11:33:28
                                                          Page 54
```

```
 1    A   I haven't looked at any other -- any other LiDAR   11:33:30
 2  in detail enough to see that.                             11:33:34
 3    Q   So the answer is: Yes. You are not aware of any   11:33:35
 4  other LiDAR designs, other than Fuji and                  11:33:38
 5                      , that                                11:33:41
 6                  like what's shown here on Exhibit 3?     11:33:47
 7    A   I haven't looked at any other lasers in enough    11:33:47
 8  detail to see that.                                       11:33:49
 9    Q   Sir, that's not my question, and I understand     11:33:49
10  what you are saying.                                      11:33:51
11      But my question is: You are not aware of any        11:33:52
12  other LiDAR designs, other than the Fuji design here in  11:33:54
13  Exhibit 3 and                        , that             11:33:58
14                  in this fashion; true?                  11:34:01
15      MS. RAY: Objection; asked and answered.             11:34:03
16      THE WITNESS: No, and I haven't had the              11:34:04
17  opportunity to see that in any other laser.              11:34:15
18  BY MR. JAFFE:                                             11:34:19
19    Q   Okay. The                                          11:34:19
20              who came up with that?                       11:34:22
21    A   The spacing was -- was a collaboration between    11:34:25
22  several people within -- within Otto and Uber.           11:34:29
23    Q   Including Mr. Levandowski?                         11:34:33
24    A   I don't think he was -- I don't recall him being  11:34:36
25  involved with that.                                       11:34:39
                                                          Page 55
```

```
 1    Q   Who was involved?                                   11:34:40
 2    A   I know Scott Baumkey [phonetic] was involved with  11:34:41
 3  that.                                                     11:34:45
 4    Q   Who else?                                           11:34:45
 5    A   Gaton.                                              11:34:46
 6    Q   Anyone else?                                        11:34:47
 7    A   I'm not sure.                                       11:34:49
 8    Q   Okay. So Mr. Baumkey and Mr. Penticote             11:34:51
 9  [phonetic] were involved in the design of the             11:34:55
10            shown here on Exhibit 3; right?                11:34:57
11    A   They were both involved with that process.         11:34:59
12    Q   Do you know who came up with the idea?             11:35:01
13    A   I'm not aware.                                      11:35:03
14    Q   Do you know whether Mr. Penticote came up with    11:35:04
15  the idea and communicated it to Mr. Baumkey, or vice    11:35:07
16  versa?                                                    11:35:10
17    A   The idea of                    ?                    11:35:10
18    Q   Yes. This                    .                      11:35:12
19    A   That specific                                       11:35:14
20    Q   Correct.                                            11:35:16
21    A   I'm not -- I don't know from whom that -- I'm     11:35:17
22  not -- I'm not sure who was responsible for deciding the 11:35:25
23                                                             11:35:28
24    Q   But you know that Mr. Penticote and Mr. Baumkey   11:35:28
25  came up with it; correct?                                 11:35:32
                                                          Page 56
```

```
 1    A   I know that they were involved in the process of  11:35:34
 2  designing            .                                    11:35:35
 3    Q   Who else was involved, to your -- to your         11:35:36
 4  knowledge?                                                11:35:38
 5    A   I don't know.                                       11:35:40
 6    Q   Okay. Similar question to what I asked before:   11:35:42
 7  Are you aware of any other design than                    11:35:45
 8           and this design here in Exhibit 3 that has      11:35:49
 9  this                                                      11:35:51
10    A   I don't recall if                                   11:35:53
11                                                             11:36:02
12    Q   Are you aware whether it does or not?             11:36:05
13    A   I'm not aware of                                    11:36:07
14                                                             11:36:10
15    Q   Do you have any understanding at all whether      11:36:11
16                                                             11:36:15
17                                                             11:36:19
18    A   Sorry. Would you repeat the question?            11:36:19
19    Q   Do you have any understanding at all whether      11:36:32
20                                                             11:36:34
21                                                             11:36:38
22    A   With anybody else?                                 11:36:41
23    Q   Let me say it again.                               11:36:43
24      Do you have any understanding at all whether        11:36:47
25                                                             11:36:49
                                                          Page 57
```

15 (Pages 54 - 57)

```
 1                                    11:36:51
 2   A   I know that people at Uber and Otto were working   11:36:53
 3   on                I don't know whether           11:36:59
 4                                                    11:37:03
 5   Q   You have no understanding about that?        11:37:04
 6   A   I wasn't aware of                            11:37:08
 7                                                    11:37:11
 8   Q   Okay.  So, to your knowledge, no one else in the
 9   world has
10   other than what's shown here on Exhibit 3 in this
11   project Fuji; right?
12       MS. RAY:  Objection; form.
13       THE WITNESS:  I haven't really come across very
14   many LiDAR designs.
15   BY MR. JAFFE:
16   Q   So yes?
17   A   Would you repeat the question?
18   Q   To your knowledge, no one else in the world has a
19                          like what's shown in
20   here for the Fuji project on Exhibit 3, other than Uber;
21   right?
22       MS. RAY:  Objection; form.
23       THE WITNESS:  I don't know of any other designs
24   involving a              in the world.
25   BY MR. JAFFE:
                                                     Page 58
```

```
 1   Q   Okay.  Do you work with Gorilla Circuits?
 2   A   I haven't worked personally with Gorilla
 3   Circuits.
 4   Q   Okay.  Are you familiar -- turning back to
 5   Exhibit 3 here, do you see the
 6
 7   A   Yes, I see those.
 8   Q   What are those?
 9   A   I believe those are
10   Q   What do those do?
11   A   They are used at some point in the manufacturing
12   and/or assembly process.
13   Q   Who came up with the idea to use
14
15   A   I don't know.
16   Q   Are you aware of any other LiDAR designs that use
17                       in the same way as described here in
18   the Fuji design?
19   A   I'm not aware of any others.
20   Q   So, to your knowledge, no one else in the world,
21   other than the Fuji project here in Exhibit 3, has
22                 in the same manner; right?
23   A   Not that I'm aware of.
24       MS. RAY:  Objection; form.
25   BY MR. JAFFE:
                                                     Page 59
```

```
 1   Q   Okay.  The Fuji device has
 2   right?
 3   A   As designed currently, it utilizes
 4
 5   Q   And Uber labels                          right?
 6   A   That's correct.
 7   Q
 8
 9   A   That is correct.
10   Q   Why does
11   A   My understanding is that's just a
12
13   Q   That's it?
14   A   Yeah, and, I mean -- well, yeah, but you would
15   want them to have                              so.
16   Q   Are you aware of any other LiDAR devices that
17   have                                         other
18   than the Fuji design?
19   A   No.
20   Q   Okay.  Do you think there's a benefit to that
21   arrangement?
22   A   I believe that's why we designed it that way.
23   Q   So yes?
24   A   Yes.
25   Q   Prior to Fuji, have you ever worked on a device
                                                     Page 60
```

```
 1   that had
 2
 3   A   No.
 4   Q   Uber uses -- going back to the         that
 5   we talked about before, those -- do you know whether
 6   those are used as a
 7
 8   A   I'm not sure.
 9   Q   How did -- actually, let me stop.
10       The -- are you aware of the receive board in the
11   Fuji design, how it's designed?
12   A   Yes.
13   Q   There's one receive board with 32 photodetectors
14   on it; right?
15   A   That is correct.
16   Q   How does Uber align the individual photo
17   detectors on the receive board with the diodes on the
18   transmit board?
19   A   I'm not an optical engineer, and I'm not really
20   sure how to answer that.
21   Q   So you don't know how those two get -- get
22   aligned?
23   A   Not really.
24   Q   Does the Fuji LiDAR work?
25   A   What -- what do you mean by "work"?
                                                     Page 61
```

```
 1    Q   I mean, can I turn it on and does it generate
 2  information?
 3        MS. RAY:  Objection; form.
 4        THE WITNESS:  Are you talking about currently?
 5        MR. JAFFE:  Sure.
 6        THE WITNESS:  All right.  Current- -- currently
 7  a -- well, currently, there --
 8
 9
10  BY MR. JAFFE:
11    Q   Have you ever put it on top of a car and tested
12  it?
13    A   It's never been on top of a car.
14    Q   The -- what we have marked as -- what I marked as
15  Exhibit 3, this is not a standard file from Altium;
16  right?
17        MS. RAY:  Objection; form.
18        THE WITNESS:  This is not -- well, this was
19  generated via Altium.
20        What do you mean by a "standard file"?
21  BY MR. JAFFE:
22    Q   Like if I just turned on Altium and generated
23  dummy projects --
24    A   This would not --
25    Q   -- I would not get this file?
                                                    Page 62
```

```
 1    A   You would not get this file from a dummy project.
 2    Q   Right.
 3        So this file is a specific file that you
 4  generated; right?
 5    A   I don't know if I generated this file.  It may
 6  have been one of my colleagues.
 7    Q   Are you aware that Uber's counsel produced this
 8  file to us from your computer?
 9    A   Yes.
10    Q   Okay.  You would agree, then, that all the files
11  that got produced from your computer are not standard
12  Altium or output files; right, because they included
13  this one here, Exhibit 3?
14    A   Sorry.  Would you repeat that?
15    Q   Sure.
16        You would agree that some of the files that got
17  produced from your computer are not standard Altium
18  files; right?
19    A   I would agree some of the files produced are not
20  standard files.
21    Q   So there were some matches from your computer
22  that corresponded to things like Exhibit 3; right?
23        MS. RAY:  Objection; form.
24        THE WITNESS:  That -- sorry.  Would you repeat
25  that?
                                                    Page 63
```

```
 1  BY MR. JAFFE:
 2    Q   There was some matches from your computer that
 3  were produced to us that corresponded to things like
 4  Exhibit 3; right?
 5        MS. RAY:  Objection; calls for speculation.
 6        THE WITNESS:  I don't -- I don't believe so.
 7  BY MR. JAFFE:
 8    Q   Well, Exhibit 3 was produced from us -- to us
 9  from your counsel.
10        You understand that; right, or do you not
11  understand that?
12    A   I'm not sure which subset of files was -- was
13  procured.
14    Q   It's not accurate to say that all the files that
15  were produced to us from your computer by your counsel
16  were standard Altium files; right?
17        MS. RAY:  Objection; form.
18        THE WITNESS:  I don't know which subset of files
19  were procured from by --
20        MR. JAFFE:  Let do this.  Mark this as Exhibit 4.
21        (Exhibit 4 was marked for identification
22        by the Court Reporter.)
23  BY MR. JAFFE:
24    Q   Sir, Exhibit 4 is the declaration you signed in
25  this matter; correct?
                                                    Page 64
```

```
 1    A   This appears to be my declaration.
 2    Q   Do you see paragraph 4 talks about you using
 3  Altium?
 4    A   I see that.
 5    Q   And let's -- turning to paragraph 7, you say:  I
 6  understand that certain Altium, LTSpice and SolidWork
 7  files from my computer were produced in this action
 8  because they matched certain file names that Waymo has
 9  provided for a search of Uber's files or they were MD5
10  hash matches for certain files Waymo identified.
11        Do you see that?
12    A   Uh-huh.
13    Q   What's the basis for that statement?
14        MS. RAY:  Objection.  I'm instructing him not to
15  answer on the basis of attorney-client privilege.
16        THE WITNESS:  I'm going to follow my counsel's
17  advice.
18  BY MR. JAFFE:
19    Q   Are you aware of what files were produced from
20  your Uber computer in this action?
21        MS. RAY:  So you can tell him what you are aware
22  of, but not any other additional attorney-client
23  discussions.
24        THE WITNESS:  Sorry.  Would you repeat that.
25        MR. JAFFE:  If you can just restate that.
                                                    Page 65
```

17 (Pages 62 - 65)

**Page 66**

```
 1      (Record read by Reporter as follows:
 2      "QUESTION: Are you aware of what files
 3      were produced from your Uber computer in
 4      this action?")
 5      THE WITNESS: I'm aware of, generally, what
 6  was -- what was produced.
 7  BY MR. JAFFE:
 8  Q   What is the basis for that awareness?
 9      MS. RAY: Objection. I instruct him not to
10  answer on the basis of attorney-client privilege.
11      MR. JAFFE: Counsel, we -- we disagree. This is
12  the source of his declaration. Are you claiming
13  privilege over the basis of his statements in his
14  declaration?
15      MS. RAY: Well, he's told you he's seen the
16  files. I'm not going to let you get into discussions
17  with him about anything further than that.
18      MR. JAFFE: I mean, he actually just testified to
19  the opposite of that.
20  Q   What is your basis for your understanding --
21      MS. RAY: Wait. Can we -- hold on a second,
22  please. Wait. Can you hold on just a second. There's
23  no pending question.
24      He says: I'm generally aware of what was
25  produced.
```

**Page 67**

```
 1      MR. JAFFE: And I'm asking what's the basis for
 2  that statement.
 3      MS. RAY: So I'm instructing him not to answer
 4  because it goes into attorney-client-privileged
 5  information.
 6      I'll tell you, we made available --
 7      MR. JAFFE: I don't want you --
 8      MS. RAY: -- we made available to him the files.
 9      MR. JAFFE: -- I don't want you to testify. I
10  want him to testify today.
11      MS. RAY: I'm not looking to testify. He's been
12  given an instruction not to answer.
13  BY MR. JAFFE:
14  Q   Sir, have you seen the files produced from your
15  computer in this action?
16  A   Would you mind if I -- if I took a break?
17  Q   Sorry. This is -- this is a basic question I
18  need to get an answer from.
19      MS. RAY: So can I just clarify? It's because he
20  doesn't know what was -- there's certain -- I'm not
21  trying to game you here, but I think he doesn't
22  understand because he won't know the basis.
23      MR. JAFFE: I mean, I'm sorry, I understand, but
24  my question is very simple.
25  Q   Have you seen -- I'll say it again because I
```

**Page 68**

```
 1  don't want it to be --
 2      Sir, have you seen the files produced from your
 3  computer in this action, "yes" or "no"?
 4      I don't think there's any privilege issue to talk
 5  about here.
 6      MS. RAY: Jordan, it might help if you and I just
 7  step out of the room so you don't think I'm coaching him
 8  and I'll explain to you what the issue is.
 9      MR. JAFFE: Well --
10      MS. RAY: I think you would be okay with that.
11  Do you want to do that?
12      MR. JAFFE: I want to hear his answer to the
13  question, please.
14      MS. RAY: Okay.
15      THE WITNESS: Are -- are you asking if I've seen
16  it -- if I've seen a listing of the files that were
17  procured?
18      MR. JAFFE: No.
19  Q   I'm going to repeat it again because I'm not
20  trying to change the question here.
21      Sir, have you seen the files produced from your
22  computer in this action, "yes" or "no"?
23  A   What does the "action" refer to?
24  Q   In this litigation.
25  A   And by -- by seeing the files, do you mean that
```

**Page 69**

```
 1  I've, like, looked -- looked at every single one and
 2  looked at the contents thereof, or do you mean that I'm
 3  just, like, aware of their existence?
 4  Q   I'm asking if you have seen them.
 5  A   What does it mean to "see them"?
 6  Q   Do you know not know what it is to see something?
 7  A   I -- I -- well, do you mean that I'm aware of --
 8  that I've, like, seen them in a listing or that I've
 9  seen the content of them?
10  Q   Sir, you put in a declaration talking about these
11  files; right?
12  A   Okay. But --
13  Q   Have you seen them?
14  A   I've not inspected the contents of every single
15  file. Some of them were very similar to others.
16  Q   So let's be clear, then.
17      When you put in your declaration for the Court,
18  the Court shouldn't be under the misimpression you
19  actually looked at the files that you were talking
20  about; right?
21      MS. RAY: Objection; form.
22      THE WITNESS: I've looked at the file listing.
23  I've looked at the file listing enough to be able to --
24  to understand generally what I was looking at.
25  BY MR. JAFFE:
```

18 (Pages 66 - 69)