# EXHIBIT 66
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4                    ---oOo---

 5

 6  WAYMO LLC,

 7          Plaintiff,

 8  vs.                        No. 3:17-cv-00939-WHA

 9  UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11          Defendants.

    _____/

12

13

14              ATTORNEYS' EYES ONLY

15

16    VIDEOTAPED DEPOSITION OF ANTHONY LEVANDOWSKI

17            SAN FRANCISCO, CALIFORNIA

18             FRIDAY, APRIL 14, 2017

19

20

21

22  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 2594023

25  Pages 1 - 184
```

                                                    Page 1

**Page 2**

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3        SAN FRANCISCO DIVISION
 4            ---oOo---
 5  WAYMO LLC,
 6        Plaintiff,
 7  vs.              No. 3:17-cv-00939-WHA
 8  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING,
 9  INC.,
10        Defendants.
    _____/
11
12        Videotaped Deposition of Anthony
13  Levandowski, taken on behalf of the Plaintiffs, on
14  April 14, 2017, at Quinn Emanuel Urquhart &
15  Sullivan, 50 California street, Suite 2200,
16  San Francisco, California 94111, beginning
17  9:05 a.m., and commencing at 3:13 p.m., Pursuant
18  to Notice, and before me, ANDREA M. IGNACIO, CSR,
19  RPR, CRR, CLR ~ License No. 9830.
20
21
22
23
24
25
```

**Page 3**

```
 1  A P P E A R A N C E S:
 2
 3    FOR THE PLAINTIFFS:
 4      QUINN EMANUEL URQUHART & SULLIVAN LLP
 5      By:  DAVID A. PERLSON, Esq.
 6          PATRICK SCHMIDT, Esq.  (Los Angeles)
 7      50 California Street, Suite 2200
 8      San Francisco, California 94111
 9      Phone:  415.875.6600
10      davidperlson@quinnemanuel.com
11      patrickschmidt@quinnemanuel.com
12
13    FOR THE WITNESS:
14      RAMSEY EHRLICH LLP
15      By:  MILES EHRLICH, Esq.
16          ISMAIL RAMSEY, Esq.
17      803 Hearst Avenue
18      Berkeley, California 94710
19      Phone:  510.548.3600
20      miles@ramsey-ehrlich.com
21      ismail@ramsey-ehrlich.com
22
23
24
25
```

**Page 4**

```
 1  A P P E A R A N C E S:  (Cont.)
 2
 3    FOR THE DEFENDANTS:
 4      MORRISON & FOERSTER LLP
 5      By:  WENDY RAY, Esq.
 6      707 Wilshire Boulevard, Suite 6000
 7      Los Angeles, California 90017
 8      Phone:  213.892.5446
 9      wray@mofo.com
10
11
12    ALSO PRESENT:  Nicole T. Bartow, Uber
13          Shana Stanton, Waymo Inc.
14          Jeffrey Anderson, Videographer
15
16          ---oOo---
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1              I N D E X
 2
 3  WITNESS:  Anthony Levandowski
 4
 5  EXAMINATION                    PAGE
 6  Mr. Perlson              8, 179
 7  Ms. Ray                     165
 8
 9
10
11          E X H I B I T S
12  EXHIBIT                        PAGE
13  Exhibit 25   Schematic for Uber's Fuji board   135
14  Exhibit 26   PCB Configuration for the Fuji    142
15          board
16
17          ---oOo---
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1    SAN FRANCISCO, CALIFORNIA | 1    ANTHONY LEVANDOWSKI,          09:06 |
| 2    FRIDAY, APRIL 14, 2017 | 2    having been sworn as a witness |
| 3    9:05 A.M. | 3    by the Certified Shorthand Reporter, |
| 4 | 4    testified as follows: |
| 5 | 5 |
| 6 | 6    EXAMINATION |
| 7    THE VIDEOGRAPHER:  Good morning.     09:03 | 7  BY MR. PERLSON: |
| 8    THE WITNESS:  Good morning.     09:05 | 8    Q  Can you please state and spell your name for   09:07 |
| 9    MR. EHRLICH:  Good morning.     09:05 | 9  the record.                    09:07 |
| 10    THE VIDEOGRAPHER:  We are on the record at     09:05 | 10    A  Anthony Levandowski.  A-N-T-H-O-N-Y,     09:07 |
| 11  9:05 a.m. on April 14th, 2017.     09:05 | 11  L-E-V-A-N-D-O-W-S-K-I.          09:07 |
| 12    This is the video recorded deposition of     09:06 | 12    Q  And where do you live?          09:07 |
| 13  Anthony Levandowski.     09:06 | 13    A  I live in Oakland, California.          09:07 |
| 14    My name is Jeffrey Anderson, here with our   09:06 | 14    Q  And have you ever been deposed before?     09:07 |
| 15  court reporter, Andrea Ignacio.  We're here from   09:06 | 15    A  I have not.          09:08 |
| 16  Veritext Legal Solutions at the request of counsel for  09:06 | 16    Q  Well, you understand that you're testifying   09:08 |
| 17  the defendant.     09:06 | 17  under oath, the same oath that you would take if you   09:08 |
| 18    This deposition is being held at     09:06 | 18  were testifying in front of a jury?          09:08 |
| 19  50 California Street in San Francisco, California.     09:06 | 19    A  I understand that.          09:08 |
| 20    The caption of this case is Waymo, LLC versus   09:06 | 20    Q  Is there any reason you can't give complete   09:08 |
| 21  Uber Technologies.  Case No. 317-CV-00939 WHA.     09:06 | 21  and accurate testimony today?          09:08 |
| 22    Please note that audio and video recording   09:06 | 22    A  I don't see why not.          09:08 |
| 23  will take place, unless all parties agree to go off   09:06 | 23    Q  I'm going to try to be as clear as I can.     09:08 |
| 24  the record.  Microphones are sensitive and may pick up  09:06 | 24  But, if I'm not clear, please do let me know, and I'll  09:08 |
| 25  whispers, private conversations, and cellular     09:06 | 25  do my best to rephrase the question.          09:08 |
| Page 6 | Page 8 |

| | |
|---|---|
| 1  interference, so please be aware of that.     09:06 | 1    Is that acceptable?          09:08 |
| 2    Please state your name and the firm you     09:06 | 2    A  That sounds great.          09:08 |
| 3  represent, beginning with the noticing attorney. | 3    Q  And, you need to give audible answers, yes or  09:08 |
| 4    MR. PERLSON:  I just want to correct one     09:06 | 4  no, rather than nodding of the head or shaking of the  09:08 |
| 5  thing you said.  Plaintiff Waymo requested the     09:06 | 5  head.          09:08 |
| 6  deposition, not the defendant.     09:07 | 6    A  Of course.  I understand that.          09:08 |
| 7    THE VIDEOGRAPHER:  I apologize about that.   09:07 | 7    Q  I see you have a couple of pieces of paper in  09:08 |
| 8    MR. PERLSON:  David Perlson from Quinn     09:07 | 8  front of you.  Can you tell me what those are.          09:08 |
| 9  Emanuel, on behalf of plaintiff Waymo.     09:07 | 9    A  Yeah, my counsel gave me two pieces of paper.  09:08 |
| 10    MR. SCHMIDT:  Patrick Schmidt from Quinn     09:07 | 10  They say very similar things.  Do you want me to read  09:08 |
| 11  Emanuel, on behalf of plaintiff Waymo.     09:07 | 11  them out to you?          09:08 |
| 12    MS. STANTON:  Shana Stanton from Waymo.     09:07 | 12    Q  No.  I suspect that you'll probably read them  09:08 |
| 13    MS. BARTOW:  Nicole Bartow, in-house at Uber.  09:07 | 13  later.          09:08 |
| 14    MS. RAY:  Wendy Ray of Morrison & Foerster,   09:07 | 14    A  You'll hear them, most likely.          09:09 |
| 15  on behalf of defendants Uber Technologies, Ottomoto,   09:07 | 15    Q  Yeah.  Okay.          09:09 |
| 16  and Otto Trucking.     09:07 | 16    Well, where do you work currently?          09:09 |
| 17    MR. EHRLICH:  Miles Ehrlich from Ramsey &     09:07 | 17    A  I work at Uber.          09:09 |
| 18  Ehrlich, on behalf of the deponent, Anthony     09:07 | 18    Q  Okay.  And what's your position there?          09:09 |
| 19  Levandowski.     09:07 | 19    A  I'm vice president of engineering.          09:09 |
| 20    THE VIDEOGRAPHER:  Thank you.     09:07 | 20    Q  And in what aspect of -- what -- what  09:09 |
| 21    The witness will be sworn in, and counsel may  09:07 | 21  are your responsibilities as vice president of     09:09 |
| 22  begin the examination.     09:07 | 22  engineering?          09:09 |
| 23  ///          09:07 | 23    MR. EHRLICH:  I'm going to instruct you to     09:09 |
| 24  ///          09:07 | 24  invoke your constitutional rights.          09:09 |
| 25  ///          09:07 | 25    THE WITNESS:  I'll read from the paper:          09:09 |
| Page 7 | Page 9 |

3 (Pages 6 - 9)

ATTORNEYS EYES ONLY

```
 1      "On the advice and direction of my counsel, I   09:09
 2   respectfully decline to answer.  And I assert the      09:09
 3   rights guaranteed to me under the Fifth Amendment of   09:09
 4   the Constitution of the United States."                09:09
 5         MR. PERLSON:  Q.  How long have you worked at  09:09
 6   Uber?                                      09:09
 7      A  On the advice and direction of my counsel, I  09:09
 8   respectfully decline to answer.  And I assert the      09:09
 9   rights guaranteed to me under the Fifth Amendment of   09:09
10   the Constitution of the United States.          09:09
11      Q  You are a former employee of Google; correct?  09:10
12      A  That's correct.                        09:10
13      Q  When did you leave the employ of Google?      09:10
14         MR. EHRLICH:  You can answer.           09:10
15         THE WITNESS:  Okay.  In January of 2016.  I   09:10
16   don't know the exact date, yeah.                09:10
17         MR. PERLSON:  Q.  When you worked at Google,  09:10
18   you received tens of millions of dollars in       09:10
19   compensation from Google; is that accurate?      09:10
20         MR. EHRLICH:  I'm going to instruct you to    09:10
21   assert your rights.
22         THE WITNESS:  Okay.  On the advice and        09:10
23   direction of my counsel, I respectfully decline to    09:10
24   answer.  And I assert the rights guaranteed to me    09:10
25   under the Fifth Amendment of the Constitution of the   09:10
```
Page 10

```
 1   United States.                             09:10
 2         MR. PERLSON:  Q.  You understood that, while  09:10
 3   you were at Google, that you were obligated to keep    09:10
 4   Google sensitive information confidential?       09:10
 5      A  On the advice of -- on the -- on the advice   09:10
 6   and direction of my counsel, I respectfully decline to  09:11
 7   answer.  And I assert the rights guaranteed to me     09:11
 8   under the Fifth Amendment of the Constitution of the   09:11
 9   United States.                             09:11
10      Q  You understand that, while you were at       09:11
11   Google, you were not allowed to use Google's      09:11
12   confidential information for a competitor?        09:11
13      A  On the advice and direction of my counsel, I  09:11
14   respectfully decline to answer.  And I assert the      09:11
15   rights guaranteed to me under the Fifth Amendment of   09:11
16   the Constitution of the United States.          09:11
17      Q  Mr. Levandowski, you were in discussions with  09:11
18   Uber for months prior to your departure from Google   09:11
19   regarding working for Uber; correct?           09:11
20      A  On the advice of my counsel, I respectfully   09:11
21   decline to answer.  And I assert the rights guaranteed  09:11
22   to me under the Fifth Amendment of the Constitution of  09:11
23   the United States.                          09:11
24      Q  You and Uber discussed how you would form a   09:11
25   new company while you were employed by Google?     09:11
```
Page 11

```
 1      A  On the advice and direction of my counsel, I   09:11
 2   respectfully decline to answer.  And I assert the      09:12
 3   rights guaranteed to me under the Fifth Amendment of   09:12
 4   the Constitution of the United States.          09:12
 5      Q  You and Uber discussed that your new company  09:12
 6   would eventually be acquired by Uber while you were    09:12
 7   still employed at Google?                    09:12
 8      A  On the advice and direction of my counsel, I  09:12
 9   respectfully decline to answer.  And I assert the      09:12
10   rights guaranteed to me under the Fifth Amendment of   09:12
11   the Constitution of the United States.          09:12
12      Q  You began forming your new company that would  09:12
13   eventually be acquired by Uber in early 2016; is that  09:12
14   correct?                                  09:12
15      A  On the advice and direction of my counsel, I  09:12
16   respectfully decline to answer.  And I assert the      09:12
17   rights guaranteed to me under the Fifth Amendment of   09:12
18   the Constitution of the United States.          09:12
19      Q  That new company eventually became Otto;     09:12
20   correct?                                  09:12
21      A  On the advice and direction of my counsel, I  09:12
22   respectfully decline to answer.  And I assert the      09:12
23   rights guaranteed to me under the Fifth Amendment of   09:12
24   the Constitution of the United States.          09:12
25      Q  While you were still employed by Google, you  09:12
```
Page 12

```
 1   recruited engineers to join your new company so that   09:12
 2   your new company could replicate Google's LiDar       09:13
 3   technology; correct?                        09:13
 4      A  On the advice and direction of my counsel, I  09:13
 5   respectfully decline to answer.  And I assert the      09:13
 6   rights guaranteed to me under the Fifth Amendment of   09:13
 7   the Constitution of the United States.          09:13
 8      Q  You made Uber aware of your plan to replicate  09:13
 9   Google's LiDar technology for your new company;     09:13
10   correct?                                  09:13
11      A  On the -- on the advice and direction of my   09:13
12   counsel, I respectfully decline to answer.  And I     09:13
13   assert the rights guaranteed to me under the Fifth     09:13
14   Amendment of the Constitution of the United States.    09:13
15      Q  Travis Kalanick recruited you personally to   09:13
16   do -- to work for Uber; correct?              09:13
17      A  On the advice and direction of my counsel, I  09:13
18   respectfully decline to answer.  And I assert the      09:13
19   rights guaranteed to me on the Fifth Amendment --     09:13
20   under the Fifth Amendment of the United States -- the  09:13
21   Fifth Amendment of the Constitution of the United     09:14
22   States.                                   09:14
23      Q  Mr. Kalanick was aware of your plan to       09:14
24   replicate Google's LiDar technology for your new      09:14
25   company; correct?                          09:14
```
Page 13

4 (Pages 10 - 13)

**Page 14**

1    A  On the advice and direction of my counsel, I  09:14
2  respectfully decline to answer.  And I assert the   09:14
3  rights guaranteed to me under the Fifth Amendment of  09:14
4  the Constitution of the United States.   09:14
5    Q  In fact, Uber -- Uber encouraged you to   09:14
6  replicate Google's LiDar technology at Otto; correct?  09:14
7    A  On the advice and direction of my counsel, I  09:14
8  respectfully decline to answer.  And I assert the   09:14
9  rights guaranteed to me under the Fifth Amendment of  09:14
10  the Constitution of the United States.   09:14
11    Q  And Mr. Kalanick encouraged you to replicate  09:14
12  Google's LiDar technology at Otto; correct?   09:14
13    A  On the advice and direction of my counsel, I  09:14
14  respectfully decline to answer.  And I assert the   09:14
15  rights guaranteed to me under the Fifth Amendment of  09:14
16  the Constitution of the United States.   09:14
17    Q  Uber encouraged you to replicate Google's  09:14
18  LiDar technology so that it would be available to Uber  09:15
19  when it acquired Otto; correct?   09:15
20    A  On the advice and direction of my counsel, I  09:15
21  respectfully decline to answer.  And I assert the   09:15
22  rights guaranteed to me under the Fifth Amendment of  09:15
23  the Constitution of the United States.   09:15
24    Q  You took over 14,000 confidential documents  09:15
25  from Google prior to your departure from Google;  09:15

**Page 15**

1  correct?   09:15
2    A  On the advice and direction of my counsel, I  09:15
3  respectfully decline to answer.  And I assert the   09:15
4  rights guaranteed to me under the Fifth Amendment of  09:15
5  the Constitution of the United States.   09:15
6    Q  You made these 14,000 confidential documents,  09:15
7  that you took from Google, available to your new   09:15
8  company, Otto; correct?   09:15
9    A  On the advice and direction of my counsel, I  09:15
10  respectfully decline to answer.  And I assert the   09:15
11  rights guaranteed to me under the Fifth Amendment of  09:15
12  the Constitution of the United States.   09:15
13    Q  Among the 14,000 documents you took from   09:15
14  Google, there were documents that reflected Google's  09:15
15  proprietary LiDar technology; correct?   09:15
16    A  On the advice and direction of my counsel, I  09:16
17  respectfully decline to answer.  And I assert the   09:16
18  rights guaranteed to me under the Fifth Amendment of  09:16
19  the Constitution of the United States.   09:16
20    Q  You took the 14,000 documents from Google so  09:16
21  that you could get -- so that you could more quickly  09:16
22  replicate Google's technology at Otto; correct?   09:16
23    A  On the advice and direction of my counsel, I  09:16
24  respectfully decline to answer.  And I assert the   09:16
25  rights guaranteed to me under the Fifth Amendment of  09:16

**Page 16**

1  the Constitution of the United States.   09:16
2    Q  Uber knew that you took 14,000 confidential  09:16
3  documents from Google in order to accelerate your   09:16
4  development of LiDar technology at Otto --   09:16
5    A  On --   09:16
6    Q  -- correct?   09:16
7    A  On the advice and direction of my counsel, I  09:16
8  respectfully decline to answer.  And I assert the   09:16
9  rights guaranteed to me under the Fifth Amendment of  09:16
10  the Constitution of the United States.   09:16
11    Q  Uber encouraged you to take the   09:16
12  14,000 confidential Google documents so that the   09:16
13  information would be available to Uber when it   09:16
14  acquired Otto; correct?   09:16
15    A  On the -- on the advice and direction of my  09:16
16  counsel, I respectfully decline to answer.  And I   09:17
17  assert the rights guaranteed to me under the Fifth   09:17
18  Amendment of the Constitution of the United States.   09:17
19    Q  Uber helped you conceal the fact that you had  09:17
20  taken 14,000 confidential documents from Google;   09:17
21  correct?   09:17
22    A  On the advice and direction of my counsel, I  09:17
23  respectfully decline to answer.  And I assert the   09:17
24  rights guaranteed to me under the Fifth Amendment of  09:17
25  the Constitution of the United States.   09:17

**Page 17**

1    Q  Uber developed a plan in which a joint   09:17
2  defense agreement would be entered for the sole   09:17
3  purpose of hiding the fact that you had taken   09:17
4  14,000 confidential documents from Google?   09:17
5    MS. RAY:  I instruct you not to answer on the  09:17
6  basis of attorney-client privilege.   09:17
7    MR. PERLSON:  Q.  Are you aware of the   09:18
8  existence of a due diligence report regarding that --  09:18
9  regarding Uber's acquisition of Otto?   09:18
10    MS. RAY:  Can you hold on a second.   09:18
11    You may answer.   09:18
12    MR. EHRLICH:  I'm going to instruct you to   09:18
13  decline to answer based on attorney-client privilege,  09:18
14  and also instruct you to assert your rights.   09:18
15    THE WITNESS:  Okay.  On the --   09:18
16    MS. RAY:  Join in that instruction on   09:18
17  attorney-client privilege.   09:18
18    MR. PERLSON:  Can you identify the attorney  09:18
19  and the client in that instruction.   09:18
20    MR. EHRLICH:  The attorney and the client in  09:19
21  that instruction?   09:19
22    The client is Mr. Levandowski, and the   09:19
23  attorney at the time was John Gardner, and other   09:19
24  attorneys associated with Uber and Otto, whose names I  09:19
25  don't know at the present time.   09:19

5 (Pages 14 - 17)

1     And it's related to joint defense common     09:19
2 interest privilege that's been under discussion before  09:19
3 Judge Alsup.                              09:19
4     MR. PERLSON:  Q.  Do you want to read your --  09:19
5     MR. EHRLICH:  Please go ahead.        09:19
6     MS. RAY:  Well, he's gotten an instruction  09:19
7 not to answer; right?                     09:19
8     Miles, you're instructing him not to answer?  09:19
9     MR. EHRLICH:  Yeah, that's a good point.  The  09:19
10 instruction is not to answer.               09:19
11     And you're going to follow my instruction?  09:19
12     THE WITNESS:  I will follow your instruction.  09:19
13     MR. EHRLICH:  Okay.                  09:19
14     MR. PERLSON:  Q.  Mr. Levandowski, you and     09:19
15 Uber discussed how you should exploit Google's   09:20
16 confidential information regarding LiDar technology in  09:20
17 a way that wouldn't subject Uber to liability for that  09:20
18 use; correct?                             09:20
19     A  On the advice and direction of my counsel, I  09:20
20 respectfully decline to answer.  And I assert the  09:20
21 rights guaranteed to me under the Fifth Amendment of  09:20
22 the Constitution of the United States.         09:20
23     Q  Before you left Google, you and Uber     09:20
24 discussed you starting a new company in January --  09:20
25 January 2016?                             09:20

Page 18

1     A  On the advice and direction of my counsel, I  09:20
2 respectfully decline to answer.  And I assert the  09:20
3 rights guaranteed to me under the Fifth Amendment of  09:20
4 the Constitution of the United States.         09:20
5     Q  You and Uber decided that you should start a  09:20
6 new company so that you could start exploiting  09:20
7 Google's confidential information without leaving a  09:20
8 trail at Uber; correct?                     09:20
9     A  On the advice and direction of my counsel, I  09:21
10 respectfully decline to answer.  And I assert the  09:21
11 rights guaranteed to me under the Fifth Amendment of  09:21
12 the Constitution of the United States.         09:21
13     Q  You and Uber had an understanding by at least  09:21
14 early 2016 that your new company would be acquired by  09:21
15 Uber; correct?                            09:21
16     A  On the advice and direction of my counsel, I  09:21
17 respectfully decline to answer.  And I assert the  09:21
18 rights guaranteed to me under the Fifth Amendment of  09:21
19 the Constitution of the United States.         09:21
20     Q  In January of 2016, you and Uber discussed  09:21
21 how to cover up the fact that you had taken 14,000  09:21
22 confidential documents from Google; correct?   09:21
23     A  On the advice and direction of my counsel, I  09:21
24 respectfully decline to answer.  And I assert the  09:21
25 rights guaranteed to me under the Fifth Amendment of  09:21

Page 19

1 the Constitution of the United States.         09:21
2     Q  Throughout the first half of 2016 you did, in  09:21
3 fact, use the 14,000 confidential Google documents  09:21
4 that you took; correct?                     09:21
5     A  On the advice and direction of my counsel, I  09:21
6 respectfully decline to answer.  And I assert the  09:21
7 rights guaranteed to me under the Fifth Amendment of  09:22
8 the Constitution of the United States.         09:22
9     Q  Throughout the first half of 2016, you used  09:22
10 the 14,000 confidential Google documents that you took  09:22
11 in order to accelerate your development of LiDar  09:22
12 systems at Otto; correct?                   09:22
13     A  On the advice and direction of my counsel, I  09:22
14 respectfully decline to answer.  And I assert the  09:22
15 rights guaranteed to me under the Fifth Amendment of  09:22
16 the Constitution of the United States.         09:22
17     Q  And, even while you were employed by Uber,  09:22
18 you used the 14,000 confidential Google documents that  09:22
19 you took in order to accelerate the development of  09:22
20 LiDar systems at Uber?                     09:24
21     A  On the advice and direction of my counsel, I  09:22
22 respectfully decline to answer.  And I assert the  09:22
23 rights guaranteed to me under the Fifth Amendment of  09:22
24 the Constitution of the United States.         09:22
25     THE WITNESS:  Can you stop a minute?  The sun  09:22

Page 20

1 has moved, and there's a glare.  If we --       09:22
2     MR. PERLSON:  Why don't we take a break.    09:22
3     THE VIDEOGRAPHER:  Going off the record.  The  09:23
4 time is 9:22 a.m.                          09:23
5     (Recess taken.)                       09:23
6     THE VIDEOGRAPHER:  We are back on the record.  09:24
7 The time is 9:24 a.m.                      09:24
8     MR. PERLSON:  Q.  Mr. Levandowski, the    09:24
9 14 confident- -- let me start over again.       09:25
10     Mr. Levandowski, the 14,000 confidential    09:25
11 documents that you took from Google allowed you to  09:25
12 develop LiDar systems at Otto more quickly than if  09:25
13 you'd started with a clean sheet design?        09:25
14     A  On the advice and direction of my counsel, I  09:25
15 respectfully decline to answer.  And I assert the  09:25
16 rights guaranteed to me under the Fifth Amendment of  09:25
17 the Constitution of the United States.         09:25
18     Q  Mr. Levandowski, your use of the         09:25
19 14,000 confidential documents you took from Google  09:25
20 allowed you to sell Otto to Uber for over $680 million  09:25
21 in just a few months?                      09:25
22     A  On the advice and direction of my counsel, I  09:25
23 respectfully decline to answer.  And I assert the  09:25
24 rights guaranteed to me under the Fifth Amendment of  09:25
25 the Constitution of the United States.         09:25

Page 21

6 (Pages 18 - 21)

**Page 22**

1　Q　You disclosed the status of your development　09:25
2　of LiDar systems at Otto before the acquisition of　09:25
3　Otto by Uber?　09:25
4　A　On the advice and direction of my counsel, I　09:26
5　respectfully decline to answer.  And I assert the　09:26
6　rights guaranteed to me under the Fifth Amendment of　09:26
7　the Constitution of the United States.　09:26
8　Q　The advanced status of Otto's LiDar systems　09:26
9　substantially contributed to the value of Otto;　09:26
10　correct?　09:26
11　A　On the advice and direction of my counsel, I　09:26
12　respectfully decline to answer.  And I assert the　09:26
13　rights guaranteed to me under the Fifth Amendment of　09:26
14　the Constitution of the United States.　09:26
15　Q　You understand that Uber paid $680 million　09:26
16　for Otto because they knew that Otto had leveraged　09:26
17　Google's confidential information; correct?　09:26
18　MS. RAY:  Objection; calls for speculation.　09:26
19　MR. EHRLICH:  Go ahead and answer.　09:26
20　THE WITNESS:  Okay.　09:26
21　On the advice and direction of my counsel, I　09:26
22　respectfully decline to answer.  And I assert the　09:26
23　rights guaranteed to me under the Fifth Amendment of　09:26
24　the Constitution of the United States.　09:26
25　MR. PERLSON:  Q.  Uber told you that they　09:26

**Page 23**

1　paid $680 million for Otto because they knew that Otto　09:26
2　had leveraged Google's confidential information?　09:27
3　A　On the advice and direction of my counsel, I　09:27
4　respectfully decline to answer.  And I assert the　09:27
5　rights guaranteed to me under the Fifth Amendment of　09:27
6　the Constitution of the United States.　09:27
7　Q　You used confidential information you took　09:27
8　from Google to develop LiDar at Uber; correct?　09:27
9　A　On the advice and direction of my counsel, I　09:27
10　respectfully decline to answer.  And I assert the　09:27
11　rights guaranteed to me under the Fifth Amendment of　09:27
12　the Constitution of the United States.　09:27
13　Q　You used information from the 14,000 files　09:27
14　you took from Uber -- from -- let me start over again.　09:27
15　You used confidential information from the　09:27
16　14,000 files you took from Google to develop LiDar at　09:27
17　Uber; correct?　09:27
18　A　On the advice and direction of my counsel, I　09:27
19　respectfully decline to answer.  And I assert the　09:27
20　rights guaranteed to me under the Fifth Amendment of　09:27
21　the Constitution of the United States.　09:28
22　Q　You used information from the 14,000 files　09:28
23　you took from Google to develop the ▮▮▮▮ device;　09:28
24　correct?　09:28
25　A　On the advice and direction of my counsel, I　09:28

**Page 24**

1　respectfully decline to answer.  And I assert the　09:28
2　rights guaranteed to me under the Fifth Amendment of　09:28
3　the Constitution of the United States.　09:28
4　Q　You used confidential information from the　09:28
5　14,000 files you took from Google to develop the Fuji　09:28
6　device at Uber; correct?　09:28
7　A　On the advice and direction of my counsel, I　09:28
8　respectfully decline to answer.  And I assert the　09:28
9　rights guaranteed to me under the Fifth Amendment of　09:28
10　the Constitution of the United States.　09:28
11　Q　You used confidential information from the　09:28
12　14,000 files you took from Google to develop the　09:28
13　▮▮▮▮ device; correct?　09:28
14　A　On the advice and direction of my counsel, I　09:28
15　respectfully decline to answer.  And I assert the　09:28
16　rights guaranteed to me under the Fifth Amendment of　09:28
17　the Constitution of the United States.　09:29
18　Q　Without the use of the 14,000 -- let me start　09:29
19　over again.　09:29
20　Without the use of information from the　09:29
21　14,000 files you took from Google, Otto would not have　09:29
22　been able to develop any of its LiDar devices;　09:29
23　correct?　09:29
24　A　On the advice and direction of my counsel, I　09:29
25　respectfully decline to answer.  And I assert the　09:29

**Page 25**

1　rights guaranteed to me under the Fifth Amendment of　09:29
2　the Constitution of the United States.　09:29
3　Q　Without the information from the 14,000 files　09:29
4　you took from Google, Uber would not have been able to　09:29
5　develop any of its LiDar devices; correct?　09:29
6　A　On the advice and direction of my counsel, I　09:30
7　respectfully decline to answer.  And I assert the　09:30
8　rights guaranteed to me under the Fifth Amendment of　09:30
9　the Constitution of the United States.　09:30
10　Q　Uber continues to use information from the　09:30
11　14,000 files you took from Goober -- from Google to　09:30
12　develop its LiDar systems even today?　09:30
13　A　On the advice and direction of my counsel, I　09:30
14　respectfully decline to answer.  And I assert the　09:30
15　rights guaranteed to me under the Fifth Amendment of　09:30
16　the Constitution of the United States.　09:30
17　Q　Information from the 14,000 files you took　09:30
18　from Google has made its way onto Uber's servers;　09:30
19　correct?　09:30
20　A　On the advice and direction of my counsel, I　09:30
21　respectfully decline to answer.  And I assert the　09:30
22　rights guaranteed to me under the Fifth Amendment --　09:30
23　Q　On what --　09:30
24　A　-- of the Constitution of the United States.　09:30
25　Q　On what servers does Uber Google's　09:30

1 confidential information from the 14,000 files you    09:31
2 took from Google reside?                              09:31
3    MS. RAY: Objection; calls for speculation.         09:31
4    MR. EHRLICH: Go ahead and answer.                  09:31
5    THE WITNESS: On the advice and direction of        09:31
6 my counsel, I respectfully decline to answer. And I   09:31
7 assert the rights guaranteed to me under the Fifth    09:31
8 Amendment of the Constitution of the United States.   09:31
9    MR. PERLSON: Q.  At least some portion of          09:31
10 the 14,000 files you took from Google remains on      09:31
11 Uber's servers; correct?                              09:31
12    A  On the advice and direction of my counsel, I    09:31
13 respectfully decline to answer.  And I assert the     09:31
14 rights guaranteed to me under the Fifth Amendment of  09:31
15 the Constitution of the United States.                09:31
16    Q  As head of its self-driving car program, you    09:31
17 agree that Google and Waymo's confidential information 09:32
18 is the source of all of -- let me start over again.   09:32
19    All of Uber's LiDar designs are a derivative       09:32
20 of Google's and Waymo's confidential information that  09:32
21 you took and used at Uber as head of its self-driving  09:32
22 car program; correct?                                 09:32
23    A  On the advice and direction of my counsel, I    09:32
24 respectfully decline to answer.  And I assert the     09:32
25 rights guaranteed to me under the Fifth Amendment of  09:32

Page 26

1 the Constitution of the United States.                09:32
2    Q  Are you aware that defendants in this case       09:32
3 have served on plaintiff almost 1,000 pages of        09:32
4 privilege logs?                                       09:32
5    MS. RAY: Objection.                                09:32
6    I instruct you not to answer to the extent         09:32
7 that calls for attorney-client privileged information. 09:32
8    MR. EHRLICH: And, to the extent it doesn't         09:33
9 call for privileged information, I instruct you to    09:33
10 assert your rights.                                   09:33
11    THE WITNESS: On the advice and direction of        09:33
12 my counsel, I respectfully decline to answer.  And I  09:33
13 assert the rights guaranteed to me under the Fifth    09:33
14 Amendment of the Constitution of the United States.   09:33
15    MR. PERLSON: Q.  Are you aware that the            09:33
16 basis for nearly every single assertion of privilege  09:33
17 in this document is based on communications made at   09:33
18 least in part by you?                                 09:33
19    MS. RAY: Objection.                                09:33
20    I instruct you not to answer to the extent it      09:33
21 calls for attorney-client privileged information.     09:33
22    The only information he would know is from         09:33
23 attorneys.                                            09:33
24    I instruct you not to answer.                      09:33
25    MR. EHRLICH: And I will instruct you to            09:33

Page 27

1 follow that instruction.                              09:33
2    THE WITNESS: On the advice and direction of         09:33
3 my counsel --                                          09:33
4    MR. EHRLICH: Well, so you're not going to          09:33
5 answer.                                                09:33
6    THE WITNESS: I'm not going to answer? Okay.         09:33
7    MR. EHRLICH: You're not going to answer on         09:34
8 the instruction of counsel for Uber.                   09:34
9    THE WITNESS: I will follow advice from             09:34
10 counsel.                                               09:34
11    MR. PERLSON: Understood.                           09:34
12    I -- the premise that the only way that he         09:34
13 could know that information is from counsel is         09:34
14 demonstrably false.  But, if you want to make that     09:34
15 instruction, you can go right ahead.                   09:34
16    MS. RAY: Looking at the question, I don't          09:34
17 believe that's true.                                   09:34
18    MR. PERLSON: You can make your instruction         09:34
19 and live with the consequences of it.                  09:34
20    Do you want me to go on?                            09:34
21    Q  Are you aware that there are entries on the      09:34
22 privilege log that defendants have served in this case 09:34
23 as early as January 29th, 2016?                        09:34
24    MS. RAY: Objection.                                09:34
25    I instruct you not to answer on the basis of       09:34

Page 28

1 attorney-client privilege.                            09:34
2    MR. EHRLICH: Let me just read this.  Excuse         09:34
3 me.                                                    09:35
4    And, to the extent it does not call for            09:35
5 privileged information, I'm going to instruct you to   09:35
6 assert your rights.                                    09:35
7    MR. PERLSON: Well, she instructed him not to        09:35
8 answer.                                                09:35
9    So, are you following that instruction?            09:35
10    MR. EHRLICH: I'm going to ask you to follow        09:35
11 that instruction.                                     09:35
12    THE WITNESS: Okay.                                 09:35
13    MR. EHRLICH: But to be safe and so the            09:35
14 record is clear, in case there is information that he  09:35
15 may know that is not from a privi -- privileged        09:35
16 source, I think it's best that he provide an answer    09:35
17 for the record.                                        09:35
18    MR. PERLSON: Okay.  I mean, I understand why       09:35
19 you're saying that, but that's not how it works.  You  09:35
20 either answer the question or you don't.               09:35
21    So, if you want to take a break to figure out      09:35
22 what the appropriate thing to do is, that's fine.  But 09:35
23 we don't want to -- we're not going to waste time.     09:35
24    MS. RAY: Let's go off the record.                  09:35
25    MR. EHRLICH: It's -- just for the record, so       09:35

Page 29

8 (Pages 26 - 29)

1 the only -- I respect that Uber is making a privileged  09:35
2 objection.                                        09:35
3     I want to make sure that nothing                09:35
4 Mr. Levandowski does undermines the privilege that  09:36
5 Uber is asserting.                                09:36
6     If -- to the extent it's a common interest      09:36
7 privilege, I would be advising Mr. Levandowski to    09:36
8 assert it as well.                                09:36
9     But I just want -- I just want to be clear.     09:36
10 I'm not -- I think if there is an answer that's     09:36
11 required, I'm going to instruct him to assert his    09:36
12 rights.                                           09:36
13     MR. PERLSON: Okay. I think -- once again, I    09:36
14 think the objection is improper.                    09:36
15  Q  But, are you going to follow -- are you going  09:36
16 to follow Uber's instructions --                   09:36
17  A  I'm going to follow --                        09:36
18  Q  -- not to answer the question?                09:36
19  A  I'm going to follow Miles's instructions.      09:36
20     MR. EHRLICH: And I'm going to ask him to      09:36
21 follow that instruction.                           09:36
22     MR. PERLSON: Okay.                           09:36
23     THE WITNESS: So that means I follow --        09:36
24     MR. EHRLICH: So we can move on.              09:36
25     MR. PERLSON: Okay.                           09:36

Page 30

1  Q  January 29, 2016, is within days of you        09:36
2 leaving Google; correct?                           09:37
3  A  On the advice and direction of my counsel, I    09:37
4 respectfully decline to answer. And I assert the    09:37
5 rights guaranteed to me under the Fifth Amendment of  09:37
6 the Constitution of the United States.             09:37
7  Q  On January 29, 2016, were you receiving legal   09:37
8 advice regarding due diligence for an acquisition of  09:37
9 Ottomoto?                                         09:37
10  A  On the advice and direction of my counsel, I   09:37
11 respectfully decline to answer. And I assert the   09:37
12 rights guaranteed to me under the Fifth Amendment of  09:37
13 the Constitution of the United States.            09:37
14  Q  Did Ottomoto exist on January 29, 2016?        09:37
15  A  On the advice and direction of my counsel, I   09:37
16 respectfully decline to answer. And I assert the   09:37
17 rights guaranteed to me under the Fifth Amendment of  09:37
18 the Constitution of the United States.            09:37
19  Q  When did you first start receiving legal       09:37
20 advice regarding an acquisition of the company that  09:37
21 would become Ottomoto?                           09:37
22  A  On the advice and direction of my counsel, I   09:37
23 respectfully decline to answer. And I assert the   09:37
24 rights guaranteed to me under the Fifth Amendment of  09:37
25 the Constitution of the United States.            09:38

Page 31

1  Q  When did you first start discussing an          09:38
2 acquisition of what would become Ottomoto with Uber?  09:38
3  A  On the advice and direction of my counsel, I    09:38
4 respectfully decline to answer. And I assert the    09:38
5 rights guaranteed to me under the Fifth Amendment of  09:38
6 the Constitution of the United States.             09:38
7  Q  When did you first receive any -- let me        09:38
8 start over again.                                 09:38
9     When was your first attorney-client            09:38
10 communication with Eric Tate at Morrison & Foerster  09:38
11 regarding the acquisition of Ottomoto?             09:38
12  A  On the advice and direction of my counsel, I   09:38
13 respectfully decline to answer. And I assert the   09:38
14 rights guaranteed to me under the Fifth Amendment of  09:38
15 the Constitution of the United States.            09:39
16  Q  When did you first enter into a joint defense  09:39
17 agreement -- let me start over again.              09:39
18     When did you first enter into a common          09:39
19 interest agreement with Uber regarding a potential   09:39
20 acquisition of Otto?                              09:39
21  A  On the advice and direction of my counsel, I   09:39
22 respectfully decline to answer. And I assert the   09:39
23 rights guaranteed to me under the Fifth Amendment of  09:39
24 the Constitution of the United States.            09:39
25  Q  What common interest do you have with Uber     09:39

Page 32

1 regarding a potential acquisition of Otto?          09:39
2     MS. RAY: I instruct you not to answer on the   09:39
3 basis of attorney-client privilege.               09:39
4     MR. PERLSON: Again, I don't think that's a     09:39
5 proper instruction.                               09:39
6  Q  But, do you want to -- are you following       09:39
7 Uber's advice or instruction?                      09:39
8     MR. EHRLICH: Let me look at the question.       09:39
9 I'm sorry.                                        09:39
10     THE VIDEOGRAPHER: Just cover your mic.        09:40
11     (Soto-voce discussion.)                       09:40
12     MR. EHRLICH: Okay. I'm going to accept that   09:40
13 instruction and -- and advise you to follow it and   09:40
14 decline to answer.                                09:40
15     THE WITNESS: I'm going to follow the advice.   09:40
16     MR. PERLSON: Q. What common interest did      09:40
17 Otto have with Uber regarding an acquisition by      09:40
18 Otto -- let me start over again.                   09:40
19     What -- what common interest did Otto have      09:40
20 with Uber regarding a potential acquisition of Otto?  09:40
21     MS. RAY: I instruct you not to answer on the   09:40
22 basis of attorney-client privilege and common interest  09:40
23 privilege.                                        09:40
24     MR. EHRLICH: And same instruction from me to   09:40
25 follow that advice.                               09:40

Page 33

9 (Pages 30 - 33)

1    THE WITNESS:  Okay.  I will follow that    09:40
2  advice.                              09:40
3       MR. PERLSON:  Q.  Did you anticipate    09:41
4  litigation regarding a potential acquisition of Otto    09:41
5  in as early as January 29, 2016?           09:41
6    A  On the advice and direction of my counsel, I    09:41
7  respectfully decline to answer.  And I assert the    09:41
8  rights guaranteed to me under the Fifth Amendment of    09:41
9  the Constitution of the United States.       09:41
10    Q  Did Otto anticipate litigation regarding a    09:41
11  potential acquisition of Otto as early as January 29,    09:41
12  2016?                             09:42
13    A  On the advice and direction of my counsel, I    09:42
14  respectfully decline to answer.  And I assert the    09:42
15  rights guaranteed to me under the Fifth Amendment of    09:42
16  the Constitution of the United States.       09:42
17    Q  When did Otto first anticipate litigation    09:42
18  regarding a potential acquisition of Otto?    09:42
19    A  On the advice and direction of my counsel, I    09:42
20  respectfully decline to answer.  And I assert the    09:42
21  rights guaranteed to me under the Fifth Amendment of    09:42
22  the Constitution of the United States.       09:42
23    Q  When did Uber first anticipate litigation    09:42
24  regarding a potential acquisition of Otto?    09:42
25       MS. RAY:  Objection; calls for speculation.    09:42

Page 34

1       MR. EHRLICH:  You can answer.         09:42
2       THE WITNESS:  Okay.                09:42
3    On the advice and direction of my counsel, I    09:42
4  respectfully decline to answer.  And I assert the    09:42
5  rights guaranteed to me under the Fifth Amendment of    09:42
6  the Constitution of the United States.       09:42
7       MR. PERLSON:  Q.  When did Uber first tell    09:42
8  you they anticipated litigation regarding a potential    09:42
9  acquisition of Otto?                   09:42
10    A  On the advice and direction of my counsel, I    09:42
11  respectfully decline to answer.  And I assert the    09:42
12  rights guaranteed to me under the Fifth Amendment of    09:42
13  the Constitution of the United States.       09:43
14    Q  Isn't it correct that the common interest    09:43
15  that Otto and Uber had, in anticipation of litigation    09:43
16  regarding the Otto acquisition was concealing the fact    09:43
17  that you had taken 14,000 confidential documents from    09:43
18  Google?                            09:43
19    A  On the advice and --              09:43
20       MS. RAY:  Objection; form.          09:43
21       MR. EHRLICH:  You can go ahead and answer.    09:43
22       MS. RAY:  Hold on.                09:43
23    I instruct you not to answer on the basis of    09:43
24  attorney-client privilege.              09:43
25       MR. EHRLICH:  One second.           

Page 35

1       MR. PERLSON:  Do you want to go off the    
2  record?                            
3       THE WITNESS:  Yeah, why don't we do that.    
4       THE VIDEOGRAPHER:  Going off the record.  The    
5  time is 9:44.                        
6    (Recess taken.)                    09:52
7       THE VIDEOGRAPHER:  We are back on the record.  09:52
8  The time is 9:53.                     09:53
9       MR. PERLSON:  Q.  Are you going to follow    09:53
10  your counsel's instruction?             09:53
11       THE WITNESS:  Do we have any question?    09:53
12       MR. EHRLICH:  Let me -- let me go back.    09:53
13       MS. RAY:  I instructed him not to answer.    09:53
14       MR. EHRLICH:  Okay.  Ms. Ray instructed him    09:53
15  not to answer.                       09:53
16    And I will now instruct you to follow that    09:53
17  instruction from Ms. Ray on the basis of    09:53
18  attorney-client privilege.              09:53
19       THE WITNESS:  I'll follow that instruction.    09:53
20       MR. PERLSON:  Q.  Isn't it correct that the    09:53
21  common interest that Otto and Uber had in anticipation    09:54
22  of litigation regarding the Otto acquisition was    09:54
23  exploiting the confidential information you had    09:54
24  taken -- in the 14,000 documents you had taken from    09:54
25  Google?                            09:54

Page 36

1       MS. RAY:  Objection; form.          09:54
2    I instruct you not to answer on the basis of    09:54
3  attorney-client and common interest privilege.    09:54
4       MR. EHRLICH:  And the same instruction from    09:54
5  me to follow that instruction.          09:54
6       THE WITNESS:  I will follow that instruction.  09:54
7       MR. PERLSON:  Q.  Your common interest with    09:54
8  Uber began while you were still employed at Google;    09:54
9  correct?                           09:54
10       MS. RAY:  Objection; form.          09:54
11       MR. EHRLICH:  And -- and by "form," Counsel,    09:54
12  do you mean attorney-client privilege?       09:54
13       MS. RAY:  No.  I mean that it's a legal    09:55
14  conclusion what common interest is.  I don't think he    09:55
15  knows what that is.  So, it's speculation.    09:55
16       MR. EHRLICH:  Okay.  So, you can answer.    09:55
17       THE WITNESS:  On -- on the advice and    09:55
18  direction of my counsel, I respectfully decline to    09:55
19  answer.  And I assert the rights guaranteed to me    09:55
20  under the Fifth Amendment of the Constitution of the    09:55
21  United States.                       09:55
22       MR. PERLSON:  Q.  Otto's common interest with    09:55
23  Uber began while you were still employed at Google?    09:55
24       MS. RAY:  Objection; form.          09:55
25       THE WITNESS:  On the advice and direction of    09:55

Page 37

10 (Pages 34 - 37)

1 my counsel, I respectfully decline to answer.  And I      09:55
2 assert the rights guaranteed to me under the Fifth      09:55
3 Amendment of the Constitution of the United States.      09:55
4      MR. PERLSON:  Q.  Otto's common interest with      09:55
5 Uber was to prevent the detection of your scheme to      09:55
6 funnel Waymo's technology to Uber via Otto?      09:55
7      MS. RAY:  Objection to form.      09:55
8      I instruct you not to answer on the basis of      09:55
9 attorney-client and common interest privilege.      09:55
10      MR. EHRLICH:  And I'll advise you to follow      09:56
11 that instruction from Counsel.      09:56
12      MR. PERLSON:  And whose -- who are the --      09:56
13 what common interest are you asserting then?  Between      09:56
14 who is it with?      09:56
15      And who is the attorney and the client in      09:56
16 your instruction?      09:56
17      MS. RAY:  Your question is about Otto's      09:56
18 interests with Uber.  And so, at the time, I believe      09:56
19 Otto's attorneys were O'Melveny & Myers, and Uber's      09:56
20 counsel was Morrison & Foerster.  And you're making an      09:56
21 assertion about the common interest, so we wouldn't      09:56
22 agree with that.      09:56
23      MR. PERLSON:  Well, that's not a basis for an      09:56
24 attorney-client privilege instruction, so --      09:56
25      MS. RAY:  You're asking him what the interest      09:56

Page 38

1 is.  And one, he doesn't know because he doesn't --      09:56
2 he's not a lawyer.  He doesn't --      09:56
3      MR. PERLSON:  Hey, hey, enough of the      09:56
4 coaching.      09:56
5      MS. RAY:  I'm not coaching.      09:56
6      MR. PERLSON:  If you want to make an -- an --      09:56
7 I am -- I am asking a very specific question.      09:57
8      MS. RAY:  You asked me a question --      09:57
9      MR. PERLSON:  You instructed him not to      09:57
10 answer on the basis of attorney-client privilege.  You      09:57
11 don't need to get into speculation or anything about      09:57
12 that.      09:57
13      Answer my question:  What is the common      09:57
14 interest you're identifying?  And who are the      09:57
15 attorneys?  And who is the client?      09:57
16      MS. RAY:  I'm not being deposed here.  We can      09:57
17 discuss that at --      09:57
18      MR. PERLSON:  Are you refusing to provide      09:57
19 this information now?  This is a very serious issue,      09:57
20 and I need an answer.      09:57
21      MS. RAY:  We can go -- if you want, we can go      09:57
22 off the record.      09:57
23      MR. PERLSON:  No.  I want you to put this on      09:57
24 the record.      09:57
25      MS. RAY:  All right.  Well, I need to take a      09:57

Page 39

1 look at your question.      09:57
2      MR. PERLSON:  Take -- take the time you need.      09:57
3      MS. RAY:  So, you have asked the witness a      09:57
4 question about the common interest; right?  You're      09:57
5 saying --      09:57
6      MR. PERLSON:  You -- you made the      09:57
7 instruction.      09:57
8      MS. RAY:  I understand.      09:57
9      MR. PERLSON:  You need to know what it is.      09:57
10      If you -- if we want to stop, get off the      09:57
11 record, so you can figure out why you made your      09:57
12 attorney-client privilege instruction, then you can do      09:57
13 that.      09:57
14      But, I would suspect that, when you made the      09:57
15 instruction, that you know --      09:57
16      MS. RAY:  I do know.      09:57
17      MR. PERLSON:  -- the answer to the question.      09:57
18 So answer me, please.      09:57
19      MS. RAY:  I'm happy to answer you.      09:57
20      MR. PERLSON:  Okay.      09:57
21      MS. RAY:  You want to be taught.      09:57
22      MR. PERLSON:  Go.      09:57
23      MS. RAY:  You were asking him about what the      09:58
24 common interest is.  The only way he would know that      09:58
25 is from an attorney discussion.  And so, that is      09:58

Page 40

1 attorney-client privilege, and I'm not going to let      09:58
2 him answer the question.      09:58
3      MR. PERLSON:  Who is the attorney?  Who is      09:58
4 the client?      09:58
5      MS. RAY:  I already identified that to you.      09:58
6      MR. PERLSON:  When?  In this question --      09:58
7      MS. RAY:  Do you want me to ask the reporter      09:58
8 to read it back?  I'm happy to repeat it.      09:58
9      Otto's attorneys were O'Melveny & Myers, and      09:58
10 Uber's counsel was Morrison & Foerster.  Those are the      09:58
11 attorneys.      09:58
12      MR. PERLSON:  Okay.  And what's the common      09:58
13 interest, and who is it between?      09:58
14      MS. RAY:  The common interest was between      09:58
15 Otto and Uber, at least as to your question, and it      09:58
16 was in anticipation of litigation.      09:58
17      Also, I just want to note that the record      09:58
18 says on here -- on here that I am coaching.  But I      09:58
19 meant to say, if I didn't say it correctly, I am not      09:59
20 coaching.      09:59
21      MR. PERLSON:  Q.  Isn't it correct that the      09:59
22 common interest that Otto and Uber had in -- in      09:59
23 anticipation of litigation, regarding the Otto      09:59
24 acquisition, was exploiting the confidential      09:59
25 information you had taken in the 14,000 documents you      09:59

Page 41

11 (Pages 38 - 41)

ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 had -- that's not the question. Let's start over   09:59 | 1      MR. EHRLICH:  I advise you to follow that   10:02 |
| 2 again.                                  09:59 | 2 instruction.                          10:02 |
| 3      Isn't it correct that, before you left   09:59 | 3      THE WITNESS: I will follow that instruction.  10:02 |
| 4 Google, there was a common interest between Otto and   09:59 | 4      MR. PERLSON: Q. As part of the due   10:02 |
| 5 Uber to prevent the detection of your scheme to funnel  09:59 | 5 diligence report that was done in connection with the  10:02 |
| 6 Waymo's technology to Uber via Otto?           09:59 | 6 Otto acquisition, someone examined all of the computer  10:02 |
| 7      MS. RAY:  Objection; form. | 7 systems at Otto for Google con- -- confidential   10:02 |
| 8      MR. EHRLICH:  And -- and, Ms. Ray, is there   10:00 | 8 information; correct?                   10:02 |
| 9 an objection based on attorney-client privilege or   10:00 | 9      MS. RAY: I instruct you not to answer on the  10:02 |
| 10 joint -- or common interest privilege?        10:00 | 10 basis of attorney-client and common interest       10:03 |
| 11      MS. RAY:  I instruct you not to answer on the  10:00 | 11 privilege.                            10:03 |
| 12 basis of attorney-client or common interest privilege.  10:00 | 12      MR. PERLSON: Q. As part of the due   10:03 |
| 13      MR. EHRLICH:  So -- so I would ask you to   10:00 | 13 diligence report, in connection with the Otto   10:03 |
| 14 follow that instruction and decline to answer.   10:00 | 14 acquisition, someone examined all the computer systems  10:03 |
| 15      MR. PERLSON:  And that's based on the same   10:00 | 15 at Otto for the 14,000 documents you had taken from   10:03 |
| 16 common interest and the same attorneys that you had   10:00 | 16 Google?                               10:03 |
| 17 noted in reference to the last question; correct?   10:00 | 17      MS. RAY: Same instruction.          10:03 |
| 18      MS. RAY:  Yes, sir.  I'm not agreeing to your  10:00 | 18      MR. PERLSON: Q. Are you following that   10:03 |
| 19 timing or characterization.               10:00 | 19 instruction?                          10:03 |
| 20      MR. PERLSON:  I'm just asking you the basis  10:00 | 20   A  (Witness nods head.)              10:03 |
| 21 of the instruction.                     10:00 | 21   Q  "Yes"?                           10:03 |
| 22      MS. RAY:  The basis of the instruction is   10:00 | 22   A  Yes.  I'm sorry.  No gestures.      10:03 |
| 23 that the only way he knows about the common interest   10:00 | 23      But you didn't let me answer the last one,   10:03 |
| 24 is because of attorney-client privileged discussions.  10:00 | 24 so --                                 10:03 |
| 25      MR. PERLSON:  I just want the record to be   10:01 | 25      MR. EHRLICH:  Go ahead.  You're following   10:03 |
| Page 42 | Page 44 |

| | |
|---|---|
| 1 very clear that the attorney-clients -- the attorney   10:01 | 1 that instruction?                      10:03 |
| 2 and the client and the common interest that you are   10:01 | 2      THE WITNESS: I'm following that instruction.  10:03 |
| 3 basing your instruction on, is the same one that you   10:01 | 3      MR. PERLSON: Thank you.            10:03 |
| 4 had based your instruction on in the current -- in the  10:01 | 4   Q  As part of the due diligence report in   10:03 |
| 5 previous question.                       10:01 | 5 connection with the Otto acquisition, it was   10:03 |
| 6      MS. RAY:  Correct, without buying into your   10:01 | 6 determined that the 14,000 files that you had taken   10:03 |
| 7 presumption about the timing.             10:01 | 7 from Google did exist on Otto's servers; correct?   10:04 |
| 8      THE REPORTER:  Excuse me, Counsel.  You're   10:01 | 8      MS. RAY: Same -- same instruction.   10:04 |
| 9 not mic'ed, so if you can try to keep your hand away.  10:01 | 9      MR. EHRLICH:  And same instruction from me.  10:04 |
| 10      MS. RAY:  Oh, sure.  I'm sorry.       10:01 | 10      THE WITNESS: And I'm following.      10:04 |
| 11      MR. PERLSON: Q. At the time Uber acquired   10:01 | 11      MR. PERLSON: Q. As part of the due   10:04 |
| 12 Otto, Uber had a due diligence report done in   10:01 | 12 diligence report in connection with the Otto   10:04 |
| 13 connection with that acquisition; correct?   10:01 | 13 acquisition, it was determined that the 14,000 files   10:04 |
| 14   A  On the advice and direction of my counsel, I   10:02 | 14 that had been taken by you from Google should be   10:04 |
| 15 respectfully decline to answer.  And I assert the   10:02 | 15 deleted from Otto's servers; correct?       10:04 |
| 16 rights guaranteed to me under the Fifth Amendment of   10:02 | 16      MS. RAY: Same instruction.          10:04 |
| 17 the Constitution of the United States.        10:02 | 17      MR. EHRLICH:  Same instruction, as well, from  10:04 |
| 18   Q  The purpose of the due diligence report done   10:02 | 18 me.                                   10:04 |
| 19 before the -- Uber's acquisition of Otto was to   10:02 | 19      THE WITNESS: I will follow.         10:04 |
| 20 determine the potential exposure for your theft of   10:02 | 20      MR. PERLSON: Q. If Uber had a third-party   10:04 |
| 21 confidential information from Google?        10:02 | 21 report done in connection with the Otto acquisition,  10:05 |
| 22      MR. EHRLICH:  Hold on.              10:02 | 22 and got a clean bill of health on Otto, why wouldn't  10:05 |
| 23      MS. RAY:  I instruct you not to answer on the  10:02 | 23 Uber share that with Waymo?               10:05 |
| 24 basis of attorney-client and common interest   10:02 | 24      MS. RAY: Objection; form.           10:05 |
| 25 privilege.                            10:02 | 25      Hold on.                         10:05 |
| Page 43 | Page 45 |

Veritext Legal Solutions
866 299-5127

1   Go ahead.                          10:05
2       MR. EHRLICH: I'm looking -- so, there is   10:05
3   an -- there is an objection on form. I'm not hearing   10:05
4   an objection based on attorney-client or joint defense   10:05
5   privilege.                         10:05
6   So, you can answer.                10:05
7       THE WITNESS: On the advice and direction of   10:05
8   my counsel, I respectfully decline to answer. And I   10:05
9   assert the rights guaranteed to me under the Fifth   10:05
10  Amendment of the Constitution of the United States.   10:05
11      MR. PERLSON: Q. If Uber had a third-party   10:05
12  report done in connection with the Otto acquisition   10:06
13  and got a clean bill of health on Otto, why wouldn't   10:06
14  Uber share that with the Court?         10:06
15      MS. RAY: Objection; form.         10:06
16      THE VIDEOGRAPHER: Excuse me. Can you use   10:06
17  this?                              10:06
18      MS. RAY: Sure.                  10:06
19      THE VIDEOGRAPHER: Is it going to reach?   10:06
20      MS. RAY: You know what, can we just move   10:06
21  that?                              10:06
22      MR. EHRLICH: I'm going to instruct you to   10:06
23  answer.                            10:06
24      THE WITNESS: On the advice and direction of   10:06
25  my counsel, I respectfully decline to answer. And I   10:06

Page 46

1   assert the rights guaranteed to me under the Fifth   10:06
2   Amendment of the Constitution of the United States.   10:06
3       MR. PERLSON: Q. It would be in Uber's   10:06
4   interests to provide exculpatory evidence regarding   10:06
5   the 14,000 files you took from Google; correct?   10:06
6       MS. RAY: Objection; form.         10:07
7       MR. EHRLICH: You can answer.       10:07
8       THE WITNESS: On the advice and direction of   10:07
9   my counsel, I respectfully decline to answer. And I   10:07
10  assert the rights guaranteed to me under the Fifth   10:07
11  Amendment of the Constitution of the United States.   10:07
12      MR. PERLSON: Q. It would be in your   10:07
13  interests to provide exculpatory evidence regarding   10:07
14  the 14,000 files you took from Google; correct?   10:07
15      A  On the advice and direction of my counsel, I   10:07
16  respectfully decline to answer. And I assert the   10:07
17  rights guaranteed to me under the Fifth Amendment of   10:07
18  the Constitution of the United States.   10:07
19      THE VIDEOGRAPHER: Excuse me. I'd like to go   10:07
20  off the record for one moment.        10:07
21      MR. PERLSON: Sure.              10:07
22      THE VIDEOGRAPHER: Going off the record. The   10:07
23  time is 10:07.                      10:07
24      (Recess taken.)                 10:07
25      THE VIDEOGRAPHER: We are back on the record.   10:07

Page 47

1   The time is 10:07.                  10:07
2       MR. PERLSON: Q. There would be no reason   10:07
3   for you to withhold exculpatory evidence regarding the   10:08
4   14,000 files you took from Google; correct?   10:08
5       A  On the advice and direction of my counsel, I   10:08
6   respectfully decline to answer. And I assert the   10:08
7   rights guaranteed to me under the Fifth Amendment of   10:08
8   the Constitution of the United States.   10:08
9       Q  When did you first suspect that your conduct   10:08
10  at Google might become the subject of litigation?   10:08
11      A  On the advice and direction of my counsel, I   10:08
12  respectfully decline to answer. And I assert the   10:08
13  rights guaranteed to me under the Fifth Amendment of   10:08
14  the Constitution of the United States.   10:08
15      Q  Did you ever suspect that your operation   10:08
16  of -- let me start over again.         10:09
17      Did you ever suspect that your discussions   10:09
18  with Uber between 2015 and 2016, while you were a   10:09
19  Google employee, would become the subject of   10:09
20  litigation?                         10:09
21      MS. RAY: Objection; form.         10:09
22      MR. EHRLICH: Go ahead.           10:09
23      THE WITNESS: On the advice and direction of   10:09
24  my counsel, I respectfully decline to answer. And I   10:09
25  assert the rights guaranteed to me under the Fifth   10:09

Page 48

1   Amendment of the Constitution of the United States.   10:09
2       MR. PERLSON: Q. Did you ever suspect that   10:09
3   your formation of -- of a company, that eventually   10:09
4   became Otto in late 2015, while you were still a   10:09
5   Google employee, would become the subject of   10:09
6   litigation?                         10:09
7       A  On the advice and direction of my counsel, I   10:09
8   respectfully decline to answer. And I assert the   10:09
9   rights guaranteed to me under the Fifth Amendment of   10:09
10  the Constitution of the United States.   10:10
11      Q  Have you ever destroyed any documents related   10:10
12  to this litigation?                  10:10
13      A  On the advice and direction of my counsel, I   10:10
14  respectfully decline to answer. And I assert the   10:10
15  rights guaranteed to me under the Fifth Amendment of   10:10
16  the Constitution of the United States.   10:10
17      Q  Have you ever deleted any documents related   10:10
18  to this litigation?                  10:10
19      A  On the advice and direction of my counsel, I   10:10
20  respectfully decline to answer. And I assert the   10:10
21  rights guaranteed to me under the Fifth Amendment of   10:10
22  the Constitution of the United States.   10:10
23      Q  Has Otto deleted any documents related to   10:10
24  this litigation?                    10:10
25      A  On the advice and direction of my counsel, I   10:10

Page 49

13 (Pages 46 - 49)

ATTORNEYS EYES ONLY

**Page 50**

1 respectfully decline to answer.  And I assert the   10:10
2 rights guaranteed to me under the Fifth Amendment of   10:10
3 the Constitution of the United States.   10:10
4   Q  Have you deleted any documents reflecting   10:10
5 your relationship to Odin Wave or Tyto Lidar at any   10:10
6 time in which you had anticipated litigation?   10:10
7   A  On the advice and direction of my counsel, I   10:10
8 respectfully decline to answer.  And I assert the   10:10
9 rights guaranteed to me under the Fifth Amendment of   10:10
10 the Constitution of the United States.   10:11
11   Q  Have you ever destroyed or permanently   10:11
12 deleted any documents relating to this litigation when   10:11
13 litiga- -- during the time in which litigation was   10:11
14 anticipated, regarding the Otto acquisition?   10:11
15   A  On the advice and direction of my counsel, I   10:11
16 respectfully decline to answer.  And I assert the   10:11
17 rights guaranteed to me under the Fifth Amendment of   10:11
18 the Constitution of the United States.   10:11
19   Q  Have you deleted any communications with   10:11
20 former Google employees instructing them to take   10:11
21 confidential information from Google?   10:11
22   A  On the advice and direction of my counsel, I   10:11
23 respectfully decline to answer.  And I assert the   10:11
24 rights guaranteed to me under the Fifth Amendment of   10:11
25 the Constitution of the United States.   10:12

**Page 51**

1   Q  While you were at Google, you were issued a   10:12
2 laptop computer that ran the Windows operating system;   10:12
3 correct?   10:12
4   A  On the advice and direction of my counsel, I   10:12
5 respectfully decline to answer.  And I assert the   10:12
6 rights guaranteed to me under the Fifth Amendment of   10:12
7 the Constitution of the United States.   10:12
8   Q  Before you left Google, you downloaded   10:12
9 documents onto that laptop computer for use when you   10:12
10 left Google; correct?   10:12
11   A  On the advice and direction of my counsel, I   10:12
12 respectfully decline to answer.  And I assert the   10:12
13 rights guaranteed to me under the Fifth Amendment of   10:12
14 the Constitution of the United States.   10:12
15   Q  Before you left Google, you downloaded   10:12
16 documents onto that laptop for use in Otto; correct?   10:12
17   A  On the advice and direction of my counsel, I   10:12
18 respectfully decline to answer.  And I assert the   10:13
19 rights guaranteed to me under the Fifth Amendment of   10:13
20 the Constitution of the United States.   10:13
21   Q  Before you left Google, you downloaded   10:13
22 documents onto that laptop for use at Uber; correct?   10:13
23   A  On the advice of my counsel, I respectfully   10:13
24 decline to answer.  And I assert the rights guaranteed   10:13
25 to me under the Fifth Amendment of the Constitution of   10:13

**Page 52**

1 the United States.   10:13
2   Q  To this day, Uber continues to use   10:13
3 confidential information downloaded onto that laptop   10:13
4 computer; correct?   10:13
5   A  On the advice and direction of my counsel, I   10:13
6 respectfully decline to answer.  And I assert the   10:13
7 rights guaranteed to me under the Fifth Amendment of   10:13
8 the Constitution of the United States.   10:13
9   Q  Is there any wall at Uber from your work on   10:13
10 LiDar technology?   10:14
11   A  What's a wall?   10:14
12   Q  Is -- are --   10:14
13     MR. EHRLICH:  Do you want to clarify?   10:14
14     MR. PERLSON:  Yeah, sure.   10:14
15   Q  The -- is -- is there any policy at Uber that   10:14
16 you are not allowed to work on LiDar technology?   10:14
17   A  On the advice and direction of my counsel, I   10:14
18 respectfully decline to answer.  And I assert the   10:14
19 rights guaranteed to me under the Fifth Amendment of   10:14
20 the Constitution of the United States.   10:14
21   Q  Isn't it true that, since you have been   10:14
22 working at Uber, you have done work regarding LiDar   10:14
23 technology?   10:14
24   A  On the advice and direction of my counsel, I   10:14
25 respectfully decline to answer.  And I assert the   10:14

**Page 53**

1 rights guaranteed to me under the Fifth Amendment of   10:14
2 the Constitution of the United States.   10:14
3   Q  Isn't it true that, during your work at Uber,   10:14
4 you have contributed to the design and development of   10:15
5 LiDar technology?   10:15
6   A  On the advice and direction of my -- excuse   10:15
7 me.   10:15
8     On the advice and direction of counsel -- of   10:15
9 my counsel, I respectfully decline to answer.  And I   10:15
10 assert the rights guaranteed to me under the Fifth   10:15
11 Amendment of the Constitution of the United States   10:15
12   Q  Isn't it true that, during your work at Uber,   10:15
13 you have contributed to the design and development of   10:15
14 LiDar technology using confidential information in the   10:15
15 14,000 documents that you took from Google before you   10:15
16 left Google?   10:15
17   A  On the advice and direction of my counsel, I   10:15
18 respectfully decline to answer.  And I assert the   10:15
19 rights guaranteed to me under the Fifth Amendment of   10:15
20 the Constitution of the United States.   10:15
21   Q  Isn't it true that, even today, you continue   10:15
22 to use the confidential information in   10:15
23 14,000 documents you took from Google in your   10:15
24 contributions to the design and development of LiDar   10:16
25 technology at Uber?   10:16

14 (Pages 50 - 53)

1       A  On the advice and direction of my counsel, I       10:16
2   respectfully decline to answer.  And I assert the       10:16
3   rights guaranteed to me under the Fifth Amendment of       10:16
4   the Constitution of the United States.       10:16
5       Q  Between March 2nd, 2015, and March 25th,       10:16
6   2015, your Google-issued laptop did not perform       10:16
7   regular check-ins to Google's network; correct?       10:16
8       MS. RAY:  Objection; form.       10:16
9       MR. EHRLICH:  Let me read the question.       10:16
10      You can answer.       10:16
11      THE WITNESS:  On the advice and direction of       10:16
12  my counsel, I respectfully decline to answer.  And I       10:16
13  assert the rights guaranteed to me under the Fifth       10:16
14  Amendment of the Constitution of the United States.       10:16
15      MR. PERLSON:  Q.  Between March 2nd and       10:16
16  2 -- 2 -- between March 2nd, 2015, and November 25th,       10:17
17  2015, the network interfaces of your Google-issued       10:17
18  laptop made only three appearances on Google's       10:17
19  corporate logs?       10:17
20      MS. RAY:  Objection; form.       10:17
21      THE WITNESS:  Is there a question?       10:17
22      MR. EHRLICH:  Did -- did you hear the       10:17
23  question?       10:17
24      MR. PERLSON:  I'll -- let me just ask it       10:17
25  again.       10:17

Page 54

1       MR. EHRLICH:  Okay.       10:17
2       MR. PERLSON:  Q.  Do you have any reason to       10:17
3   dispute that, between March 15th -- let me start over       10:17
4   again.       10:17
5       Between -- scratch that.       10:17
6       Do you have any reason to -- to dispute that       10:17
7   between March 2nd, 2015, and November 25th, 2015, that       10:17
8   the network interfaces of your Google-issued laptop       10:17
9   made only three appearances on Goo-- Google's       10:17
10  corporate network log?       10:18
11      A  On the advice and direction of my counsel, I       10:18
12  respectfully decline to answer.  And I assert the       10:18
13  rights guaranteed to me under the Fifth Amendment of       10:18
14  the Constitution of the United States.       10:18
15      Q  You caused your Google-issued laptop to       10:18
16  access Goo-- -- the Google corporate network for       10:18
17  unauthorized purposes for approximately two hours on       10:18
18  October 22nd, 2015?       10:18
19      A  On the direction of my counsel, I       10:18
20  respectfully decline to answer.  And I assert the       10:18
21  rights guaranteed to me under the Fifth Amendment of       10:18
22  the Constitution of the United States.       10:18
23      Q  You caused your Google-issued laptop to       10:18
24  access the Google corporate network for unauthorized       10:18
25  purposes for approximately two hours on November 20th, 10:18

Page 55

1   2015?       10:18
2       A  On the advice and direction of my counsel, I       10:18
3   respectfully decline to answer.  And I assert the       10:18
4   rights guaranteed to me under the Fifth Amendment of       10:18
5   the Constitution of the United States.       10:19
6       Q  You caused your Google-issued laptop to       10:19
7   access the corporate -- the Google corporate network       10:19
8   for unauthorized purposes on November 25th, 2015 --       10:19
9       A  Is that a question?       10:19
10      Q  -- correct?       10:19
11      A  Okay.       10:19
12      On the advice and direction of my counsel, I       10:19
13  respectfully decline to answer.  And I assert the       10:19
14  rights guaranteed to me under the Fifth Amendment of       10:19
15  the Constitution of the United States.       10:19
16      Q  On -- on November 26th, 2015, you then       10:19
17  reinstalled the Windows operating system on your       10:19
18  Google-issued laptop; correct?       10:19
19      A  On the advice and direction of my counsel, I       10:19
20  respectfully decline to answer.  And I assert the       10:19
21  rights guaranteed to me under the Fifth Amendment of       10:19
22  the Constitution of the United States.       10:19
23      Q  You reinstalled the Windows operating system       10:19
24  on November 26, 2015, in an effort to conceal the fact 10:20
25  that you had been accessing Google's corporate       10:20

Page 56

1   network; correct?       10:20
2       A  On the advice and direction of my counsel, I       10:20
3   respectfully decline to answer.  And I assert the       10:20
4   rights guaranteed to me under the Fifth Amendment of       10:20
5   the Constitution of the United States.       10:20
6       Q  On December 3rd, 2015, you ran keyword       10:20
7   searches across the Google network from your       10:20
8   Google-issued laptop; correct?       10:20
9       A  On the advice and direction of my counsel, I       10:20
10  respectfully decline to answer.  And I assert the       10:20
11  rights guaranteed to me under the Fifth Amendment of       10:20
12  the Constitution of the United States.       10:20
13      Q  On December 3rd, 2015, you ran a search for       10:20
14  the strings CHAUFFEUR SVN LOGIN; correct?       10:20
15      A  On the advice and direction of my counsel, I       10:20
16  respectfully decline to answer.  And I assert the       10:20
17  rights guaranteed to me under the Fifth Amendment of       10:20
18  the Constitution of the United States.       10:20
19      Q  On December 3rd, 2015, you ran a search for       10:20
20  the string CHAUFFEUR SVN EEE SETUP; correct?       10:21
21      MR. EHRLICH:  EEE SETUP?       10:21
22      MR. PERLSON:  Yeah.       10:21
23      THE WITNESS:  On the advice and direction of       10:21
24  my counsel, I respectfully decline to answer.  And I       10:21
25  assert --       10:21

Page 57

15 (Pages 54 - 57)

| | |
|---|---|
| 1  MR. PERLSON:  On December --          10:21 | 1  Q  On December 11, 2015, you downloaded software  10:36 |
| 2  THE WITNESS:  -- the rights guaranteed to --  10:21 | 2  to your Google-issued laptop that would allow you to  10:36 |
| 3  MR. EHRLICH:  Go ahead and finish.       10:21 | 3  access files on the SVN repository; correct?      10:36 |
| 4  THE WITNESS:  Yeah.               10:21 | 4  A  On the advice and direction of my counsel, I  10:36 |
| 5  And I assert the rights guaranteed to me    10:21 | 5  respectfully decline to answer.  And I assert the   10:36 |
| 6  under the Fifth Amendment of the Constitution of the  10:21 | 6  rights guaranteed to me under the Fifth Amendment of  10:36 |
| 7  United States.               10:21 | 7  the Constitution of the United States.        10:36 |
| 8  THE VIDEOGRAPHER:  I need to take a break.  10:21 | 8  Q  On December 11, 2015, you downloaded software  10:36 |
| 9  MR. PERLSON:  Okay.  You need to take a   10:21 | 9  called Tortoise SVN; correct?             10:36 |
| 10  break?                   10:21 | 10  A  On the advice and direction of my counsel, I  10:37 |
| 11  THE VIDEOGRAPHER:  Going off the record.  The  10:21 | 11  respectfully decline to answer.  And I assert the   10:37 |
| 12  time is 10:21.               10:21 | 12  rights guaranteed to me under the Fifth Amendment of  10:37 |
| 13  (Recess taken.)              10:21 | 13  the Constitution of the United States.        10:37 |
| 14  THE VIDEOGRAPHER:  This marks the beginning  10:25 | 14  Q  On December 11th, 2015, after you downloaded  10:37 |
| 15  of DVD No. 2 in the deposition of Anthony Levandowski.  10:34 | 15  Tortoise SVN, you then downloaded approximately   10:37 |
| 16  We are going back on the record.  The time is  10:34 | 16  14,000 files from the SVN repository; correct?    10:37 |
| 17  10:34.                   10:34 | 17  A  On the advice and direction of my counsel, I  10:37 |
| 18  MR. PERLSON:  Q.  The searches that you ran  10:34 | 18  respectfully decline to answer.  And I assert the   10:37 |
| 19  on December 3rd, 2015, were run to locate files   10:35 | 19  rights guaranteed to me under the Fifth Amendment of  10:37 |
| 20  relating to Google's self-driving car project at that  10:35 | 20  the Constitution of the United States.        10:37 |
| 21  time; correct?               10:35 | 21  Q  The files you downloaded from the SVN      10:37 |
| 22  A  On the advice and direction of my counsel, I  10:35 | 22  repository on December 11, 2015, totaled 9.7 gigabytes  10:37 |
| 23  respectfully decline to answer.  And I assert the   10:35 | 23  of data; correct?               10:37 |
| 24  rights guaranteed to me under the Fifth Amendment of  10:35 | 24  A  On the advice and direction of my counsel, I  10:37 |
| 25  the Constitution of the United States.       10:35 | 25  respectfully decline to answer.  And I assert the   10:37 |
| Page 58 | Page 60 |

| | |
|---|---|
| 1  Q  SVN is the name of the document repository   10:35 | 1  rights guaranteed to me under the Fifth Amendment of  10:37 |
| 2  containing Waymo's design files, schematics, and other  10:35 | 2  the Constitution of the United States.        10:37 |
| 3  confidential information relating to the self-driving   10:35 | 3  Q  The files downloaded from the SVN repository   10:37 |
| 4  car project; correct?             10:35 | 4  on December 11, 2015, included approximately     10:37 |
| 5  A  On the advice and direction of my counsel, I  10:35 | 5  2 gigabytes of data from LiDar subdirectories;    10:37 |
| 6  respectfully decline to answer.  And I assert the   10:35 | 6  correct?                   10:38 |
| 7  rights guaranteed to me under the Fifth Amendment   10:35 | 7  A  On the advice and direction of my counsel, I  10:39 |
| 8  rights -- under the Fifth Amendment of the       10:35 | 8  respectfully decline to answer.  And I assert the   10:39 |
| 9  Constitution of the United States.         10:35 | 9  rights guaranteed to me under the Fifth Amendment of  10:39 |
| 10  Q  The searches you ran across the Google    10:35 | 10  the Constitution of the United States.        10:39 |
| 11  network on December 3rd, 2013, were not related to any  10:35 | 11  Q  The approximately 14,000 files you downloaded  10:38 |
| 12  legitimate duties you were performing for Google at   10:36 | 12  from Google's SVN repository on December 11, 2015, was  10:38 |
| 13  that time?                 10:36 | 13  not related to any legitimate work by you in your role  10:38 |
| 14  A  On the advice and direction of my counsel, I  10:36 | 14  as a Google Waymo employee; correct?          10:38 |
| 15  respectfully disagree -- I respectfully decline to   10:36 | 15  A  On the advice and direction of my counsel, I  10:38 |
| 16  answer.  And I assert the rights guaranteed to me    10:36 | 16  respectfully decline to answer.  And I assert the   10:38 |
| 17  under the Fifth Amendment of the Constitution of the   10:36 | 17  rights guaranteed to me under the Fifth Amendment of  10:38 |
| 18  United States.               10:36 | 18  the Constitution of the United States.        10:38 |
| 19  Q  The searches you ran across the Google    10:36 | 19  Q  You downloaded approximately 14,000 files    10:38 |
| 20  network on December 3rd, 2015, were made without    10:36 | 20  from Google's SVN repository without authorization   10:38 |
| 21  authorization from Google; correct?        10:36 | 21  from Google; correct?             10:38 |
| 22  A  On the advice and direction of my counsel, I  10:36 | 22  A  On the advice and direction of my counsel, I  10:38 |
| 23  respectfully decline to answer.  And I assert the   10:36 | 23  respectfully decline to answer.  And I assert the   10:38 |
| 24  rights guaranteed to me under the Fifth Amendment of  10:36 | 24  rights guaranteed to me under the Fifth Amendment of  10:38 |
| 25  the Constitution of the United States.       10:36 | 25  the Constitution of the United States.        10:38 |
| Page 59 | Page 61 |

16 (Pages 58 - 61)

ATTORNEYS EYES ONLY

1  Q  On December 11th, 2015, you downloaded      10:38
2  approximately 14,000 files from Google's SVN      10:38
3  repository so that you could use them for the new      10:38
4  company you were founding; correct?      10:39
5  A  On the advice and direction of my counsel, I      10:39
6  respectfully decline to answer.  And I assert the      10:39
7  rights guaranteed to me under the Fifth Amendment of      10:39
8  the Constitution of the United States.      10:39
9  Q  You downloaded approximately 14,000 files on      10:39
10 December 11, 2015, from Google's SVN repository so      10:39
11 that you could use them to compete with Google;      10:39
12 correct?      10:39
13 A  On the advice and direction of my counsel, I      10:39
14 respectfully decline to answer.  And I assert the      10:39
15 rights guaranteed to me under the Fifth Amendment of      10:39
16 the Constitution of the United States.      10:39
17 Q  On December 14, 2015, you attached to your      10:39
18 Google-issued laptop a Transcend RDF 45 USB 3.0 Card      10:39
19 Reader; correct?      10:39
20 A  On the advice and direction of my counsel, I      10:40
21 respectfully decline to answer.  And I assert the      10:40
22 rights guaranteed to me under the Fifth Amendment of      10:40
23 the Constitution of the United States.      10:40
24 Q  On December 14, 2015, you attached an      10:40
25 external storage device to your Google-issued laptop      10:40

Page 62

1  for approximately eight hours; correct?      10:40
2  A  On the advice and direction of my counsel, I      10:40
3  respectfully decline to answer.  And I assert the      10:40
4  rights guaranteed to me under the Fifth Amendment of      10:40
5  the Constitution of the United States.      10:40
6  Q  On December 14, 2015, you copied      10:40
7  approximately 14,000 confidential Google files which      10:40
8  you had previously downloaded from the SVN server to      10:40
9  an external storage device; correct?      10:40
10 A  On the advice and direction of my counsel, I      10:40
11 respectfully decline to answer.  And I assert the      10:40
12 rights guaranteed to me under the Fifth Amendment of      10:40
13 the Constitution of the United States.      10:40
14 Q  On December 14th, 2015, you copied      10:40
15 approximately 14,000 confidential Google files to an      10:40
16 external storage device without authorization from      10:40
17 Google; correct?      10:40
18 A  On the advice and direction of my counsel, I      10:40
19 respectfully decline to answer.  And I assert the      10:40
20 rights guaranteed to me under the Fifth Amendment of      10:40
21 the Constitution of the United States.      10:40
22 Q  On December 14th, 2015, you copied 14 --      10:40
23 approximately 14,000 confidential Google files to an      10:41
24 external storage device so you could use them for the      10:41
25 new company you were founding; correct?      10:41

Page 63

1  A  On the advice and direction of my counsel, I      10:41
2  respectfully decline to answer.  And I assert the      10:41
3  rights guaranteed to me under the Fifth Amendment of      10:41
4  the Constitution of the United States.      10:41
5  Q  On December 14, 2015, you copied      10:41
6  approximately 14,000 confidential Google files to an      10:41
7  external storage device so that you could use them to      10:41
8  compete with Google; correct?      10:41
9  A  On the advice and direction of my counsel, I      10:41
10 respectfully decline to answer.  And I assert the      10:41
11 rights guaranteed to me under the Fifth Amendment of      10:41
12 the Constitution of the United States.      10:41
13 Q  On December 18, 2015, you reformatted the      10:41
14 Windows operating system on your Google-issued laptop      10:41
15 to a Linux operating system; correct?      10:41
16 A  On the advice and direction of my counsel, I      10:41
17 respectfully decline to answer.  And I assert the      10:41
18 rights guaranteed to me under the Fifth Amendment of      10:41
19 the Uni- -- of the Constitution of the United States.      10:41
20 Q  On December 18, 2015, you reformatted the      10:41
21 operating system on your Google-issued laptop because      10:42
22 you thought this would conceal the fact that you had      10:42
23 downloaded and copied 14,000 confidential Google files      10:42
24 from the SVN server; correct?      10:42
25 A  On the advice and direction of my counsel, I      10:42

Page 64

1  respectfully decline to answer.  And I assert the      10:42
2  rights guaranteed to me under the Fifth Amendment of      10:42
3  the Constitution of the United States.      10:42
4  Q  You had access to Google's internal drive      10:42
5  database while you were a Google employee; correct?      10:42
6  A  On the advice and direction of my counsel, I      10:42
7  respectfully decline to answer.  And I assert my      10:42
8  rights guaranteed to me under the Fifth Amendment of      10:42
9  the Constitution of the United States.      10:42
10 Q  On January 3rd, 2016, you exported five --      10:42
11 five files from Google Drive's database to a personal      10:42
12 device; correct?      10:42
13 A  On the advice and direction of my counsel, I      10:42
14 respectfully decline to answer.  And I assert the      10:42
15 rights guaranteed to me under the Fifth Amendment of      10:42
16 the Constitution of the United States.      10:42
17 Q  On January 3rd, 2016, you exported a file      10:42
18 called "PBR Intensity Calibration" from Google's      10:42
19 internal drive database; correct?      10:43
20 A  On the advice and direction of my counsel, I      10:43
21 respectfully decline to answer.  And I assert the      10:43
22 rights guaranteed to me under the Fifth Amendment of      10:43
23 the Constitution of the United States.      10:43
24 Q  On January 3rd, 2016, you exported a file      10:43
25 called "PBR Extrinsic Calibration" from Google's      10:43

Page 65

17 (Pages 62 - 65)

1 internal drive database; correct?                    10:43
2    A  On the advice and direction of my counsel, I    10:43
3 respectfully decline to answer.  And I assert the     10:43
4 rights guaranteed to me under the Fifth Amendment of  10:43
5 the Constitution of the United States.                10:43
6    Q  On January 3rd, 2016, you also exported files   10:43
7 called "TX and RX Tuning Instructions," "GBR Assembly 10:43
8 Flowchart SOP," and "TBR Testing Station" from        10:43
9 Google's internal drive database; correct?            10:43
10    A  On the advice and direction of my counsel, I   10:43
11 respectfully decline to answer.  And I assert the     10:43
12 rights guaranteed to me under the Fifth Amendment of  10:43
13 the Constitution of the United States.                10:44
14    Q  The five files you exported from Google's      10:44
15 internal drive database on January 3rd, 2016, were    10:44
16 exported so that you could use them to support the new 10:44
17 company you were founding?                            10:44
18    A  On the advice and direction of my counsel, I   10:44
19 respectfully decline to answer.  And I assert the     10:44
20 rights guaranteed to me under the Fifth Amendment of  10:44
21 the Constitution of the United States.                10:44
22    Q  The five files that you exported from          10:44
23 Google's internal drive database on January 3rd, 2016, 10:44
24 were exported so that you could use them to compete    10:44
25 with Google; correct?                                 10:44
                                                    Page 66

1    A  On the advice and direction of my counsel, I   10:44
2 respectfully decline to answer.  And I assert the      10:44
3 rights guaranteed to me under the Fifth Amendment of   10:44
4 the Constitution of the United States.                 10:44
5    Q  The 14,000 files that you exported to an        10:44
6 external device on December 14th, 2015, were exported  10:45
7 so that you could use them to compete with Google by   10:45
8 using Google's confidential information; correct?      10:45
9    A  On the advice and direction of my counsel, I    10:45
10 respectfully decline to answer.  And I assert the     10:45
11 rights guaranteed to me under the Fifth Amendment of  10:45
12 the Constitution of the United States.                10:45
13    Q  The five files you exported on January 3rd,    10:45
14 2016, were exported so that you could compete with    10:46
15 Google by using Google's confidential information?    10:46
16    A  On the advice and direction of my counsel, I   10:46
17 respectfully decline to answer.  And I assert the     10:46
18 rights guaranteed to me under the Fifth Amendment of  10:46
19 the Constitution of the United States.                10:46
20    Q  On January 11th, 2016, you exported a file     10:46
21 called "Chauffeur TL Weekly Updates Q4 2015" from     10:46
22 Google's internal drive database?                     10:46
23    A  On the direction of my counsel, I              10:46
24 respectfully decline to answer.  And I assert the     10:46
25 rights guaranteed to me under the Fifth Amendment of  10:46
                                                    Page 67

1 the Constitution of the United States.                10:46
2    Q  On January 11, 2016, you exported a file from   10:46
3 Google's internal drive database so that you could use 10:46
4 it to support the new company you were founding --     10:46
5 founding; correct?                                     10:46
6    A  On the advice and direction of my counsel, I    10:46
7 respectfully decline to answer.  And I assert the      10:46
8 rights guaranteed to me under the Fifth Amendment of   10:46
9 the Constitution of the United States.                 10:47
10    Q  On January 11, 2016, you exported a file from  10:47
11 Google's internal drive database so that you could use 10:47
12 it at your new company to compete with Google?        10:47
13    A  On the advice of and -- and direction of my    10:47
14 counsel, I respectfully decline to answer.  And I     10:47
15 assert the rights guaranteed to me under the Fifth    10:47
16 Amendment of the Constitution of the United States.   10:47
17    Q  You directed Google employees that you asked   10:47
18 to join us at your new company to export documents    10:47
19 from Google computers, before departing Google, to    10:47
20 bring with you to Waymo -- to Otto?                    10:47
21    A  On the advice and direction of my counsel, I   10:48
22 respectfully decline to answer.  And I assert the     10:48
23 rights guaranteed to me under the Fifth Amendment of  10:48
24 the Constitution of the United States.                10:48
25    Q  Let me just ask that again, because I asked    10:48
                                                    Page 68

1 it wrong.                                             10:48
2        You directed Google employees, that you asked 10:48
3 to join us at your new company, to export documents   10:48
4 from Google computers, before departing Google, to    10:48
5 bring them with you to Otto?                           10:48
6    A  On the advice and direction of my counsel, I    10:48
7 respectfully decline to answer.  And I assert the      10:48
8 rights guaranteed to me under the Fifth Amendment of   10:48
9 the Constitution of the United States.                 10:48
10    Q  You asked that former Google employees bring   10:48
11 Google confidential information with them when they   10:48
12 joined your new company?                              10:48
13    A  On the advice and direction of my counsel, I   10:48
14 respectfully decline to answer.  And I assert the     10:48
15 rights guaranteed to me under the Fifth Amendment of  10:48
16 the Constitution of the United States.                10:49
17    Q  Sameer Kshirsagar was a former Google          10:49
18 employee who you asked to take confidential           10:49
19 information from Google to Otto; correct?             10:49
20    A  On the advice and direction of my counsel, I   10:49
21 respectfully decline to answer.  And I assert the     10:49
22 rights guaranteed to me under the Fifth Amendment of  10:49
23 the Constitution of the United States.                10:49
24    Q  You encouraged Sameer to bring confidential    10:49
25 information with him when you recruited him to join   10:49
                                                    Page 69

18 (Pages 66 - 69)

1  Otto; correct?                                    10:49
2      A  On the advice and direction of my counsel, I  10:49
3  respectfully decline to answer.  And I assert the  10:49
4  rights guaranteed to me under the Fifth Amendment of  10:49
5  the Constitution of the United States.            10:49
6      Q  You recruited Google employees to join you at  10:49
7  Otto because they had access to Google's confidential  10:50
8  information?                                       10:50
9      A  On the advice and direction of my counsel, I  10:50
10 respectfully decline to answer.  And I assert the  10:50
11 rights guaranteed to me under the Fifth Amendment of  10:50
12 the Constitution of the United States.            10:50
13     Q  You continue to retain documents, including  10:50
14 Google and Waymo confidential information, that you  10:50
15 downloaded prior to your resignation of Google?   10:50
16     A  On the advice and direction of my counsel, I  10:50
17 respectfully decline to answer.  And I assert the  10:50
18 rights guaranteed to me under the Fifth Amendment of  10:50
19 the Constitution of the United States.            10:50
20     Q  You continue to retain the 14,000 documents  10:50
21 that you downloaded in December 15 -- December 2015  10:50
22 from the Google SVN server?                        10:50
23     A  On the advice and direction of my counsel, I  10:50
24 respectfully decline to answer.  And I assert the  10:50
25 rights guaranteed to me under the Fifth Amendment of  10:50

Page 70

1  the Constitution of the United States.            10:51
2      Q  You still have the media device through which  10:51
3  you downloaded the approximately 14,000 files in  10:51
4  December 15 -- December 2015; correct?            10:51
5      A  On the advice and direction of my counsel, I  10:51
6  respectfully decline to answer.  And I assert the  10:51
7  rights guaranteed to me under the Fifth Amendment of  10:51
8  the Constitution of the United States.            10:51
9      Q  You have referred to the 14,000 documents  10:51
10 downloaded in 2015 during your work at Otto; correct?  10:51
11     A  On the advice and direction of my counsel, I  10:51
12 respectfully decline to answer.  And I assert the  10:51
13 rights guaranteed to me under the Fifth Amendment of  10:51
14 the Constitution of the United States.            10:51
15     Q  You have referred to the 14,000 documents  10:51
16 downloaded in 2015 during your work at Uber; correct?  10:51
17     A  On the advice and direction of my counsel, I  10:51
18 respectfully decline to answer.  And I assert the  10:51
19 rights guaranteed to me under the Fifth Amendment of  10:51
20 the Constitution of the United States.            10:52
21     Q  Uber is aware that you have referred to the  10:52
22 14,000 documents downloaded in December 2015 during  10:52
23 your work at Uber; correct?                        10:52
24     A  On the advice and direction of my counsel, I  10:52
25 respectfully decline to answer.  And I assert the  10:52

Page 71

1  rights guaranteed to me under the Fifth Amendment of  10:52
2  the Constitution of the United States.            10:52
3      Q  Uber has encouraged you to use the          10:52
4  14,000 documents downloaded in December 2015 during  10:52
5  your work at Uber; correct?                        10:52
6      A  On the advice and direction of my counsel, I  10:52
7  respectfully decline to answer.  And I assert the  10:52
8  rights guaranteed to me under the Fifth Amendment of  10:52
9  the Constitution of the United States.            10:52
10     Q  Uber and its management know that you have  10:52
11 retained the 14,000 documents you downloaded in  10:52
12 December 2015?                                     10:52
13     MS. RAY:  Objection; form.                     10:52
14     MR. EHRLICH:  You can answer.                  10:52
15     THE WITNESS:  On the advice and direction of  10:52
16 my counsel, I respectfully decline to answer.  And I  10:52
17 assert the rights guaranteed to me under the Fifth  10:52
18 Amendment of the Constitution of the United States.  10:53
19     MR. PERLSON:  Q.  You have informed Goober  10:53
20 and -- Uber and its management that you still have the  10:53
21 14,000 documents downloaded in December 2015 from  10:53
22 Google?                                            10:53
23     A  On the advice and direction of my counsel, I  10:53
24 respectfully decline to answer.  And I assert the  10:53
25 rights guaranteed to me under the Fifth Amendment of  10:53

Page 72

1  the Constitution of the United States.            10:53
2      Q  You told Uber that you had in your personal  10:53
3  possession the 14,000 documents downloaded from Google  10:53
4  before the Otto acquisition; correct?             10:53
5      A  On the advice and direction of my counsel, I  10:53
6  respectfully decline to answer.  And I assert the  10:53
7  rights guaranteed to me under the Fifth Amendment of  10:53
8  the Constitution of the United States.            10:53
9      Q  You told Uber that you had in your personal  10:53
10 possession the 14,000 documents downloaded in 2015  10:53
11 before you even left Google; correct?             10:54
12     A  On the advice and direction of my counsel, I  10:54
13 respectfully decline to answer.  And I assert the  10:54
14 rights guaranteed to me under the Fifth Amendment of  10:54
15 the Constitution of the United States.            10:54
16     Q  When Mr. Kalanick recruited you to join Uber,  10:54
17 you informed him that you had taken the             10:54
18 14,000 documents downloaded in 2015 from Google?  10:54
19     A  On the advice and direction of my counsel, I  10:54
20 respectfully decline to answer.  And I assert the  10:54
21 rights guaranteed to me under the Fifth Amendment of  10:54
22 the Constitution of the United States.            10:54
23     Q  While Mr. Kalanick was recruiting you to join  10:54
24 Uber, he did not tell you to return the 14,000      10:54
25 documents you had downloaded in 2015 from Google?  10:55

Page 73

19 (Pages 70 - 73)

ATTORNEYS EYES ONLY

---

**Page 74**

```
 1     A  On the advice and direction of my counsel, I   10:55
 2  respectfully decline to answer.  And I assert the   10:55
 3  rights guaranteed to me under the Fifth Amendment of   10:55
 4  the Constitution of the United States.   10:55
 5     Q  When Mr. Kalanick recruited you to join Uber,   10:55
 6  he encouraged you to keep the 14,000 documents you had   10:55
 7  downloaded in 2015 from Google and use them at Uber   10:55
 8  when you joined Uber; correct?   10:55
 9     A  On the advice and direction of my counsel, I   10:55
10  respectfully decline to answer.  And I assert the   10:55
11  rights guaranteed to me under the Fifth Amendment of   10:55
12  the Constitution of the United States.   10:55
13     Q  You were retained as a consultant by Uber   10:55
14  before the Otto acquisition; correct?   10:55
15     A  On the advice and direction of my counsel, I   10:55
16  respectfully decline to answer.  And I assert the   10:55
17  rights guaranteed to me under the Fifth Amendment of   10:55
18  the Constitution of the United States.   10:56
19     Q  You were retained as a consultant by Uber   10:56
20  before you left Google; correct?   10:56
21     A  On the advice and direct- -- and direction of   10:56
22  my counsel, I respectfully decline to answer.  And I   10:56
23  assert the rights guaranteed to me under the Fifth   10:56
24  Amendment of the Constitution of the United States.   10:56
25     Q  The reason you were retained as a consultant   10:56
```

**Page 75**

```
 1  by Uber before the Otto acquisition was so that you   10:56
 2  could share the confidential information you learned   10:56
 3  while you were employed by Google with Uber?   10:56
 4     A  On the advice and direction of my counsel, I   10:56
 5  respectfully decline to answer.  And I assert the   10:56
 6  rights guaranteed to me under the Fifth Amendment of   10:56
 7  the Constitution of the United States.   10:56
 8     Q  While you were acting as a consultant for   10:56
 9  Uber, you did share Google confidential information   10:56
10  you learned while you were employed by Google with   10:57
11  Uber?   10:57
12     A  On the advice and direction of my counsel, I   10:57
13  respectfully decline to answer.  And I assert the   10:57
14  rights guaranteed to me under the Fifth Amendment of   10:57
15  the Constitution of the United States.   10:57
16     Q  While the -- the -- start over again.   10:57
17        The information that you shared with   10:57
18  Google -- let me start over again.   10:57
19        The information that you shared with Uber   10:57
20  while you were a consultant for Uber included   10:57
21  information from the 14,000 files you downloaded in   10:57
22  December 2015?   10:57
23     A  On the advice and direction of my counsel, I   10:57
24  respectfully decline to answer.  And I assert the   10:57
25  rights guaranteed to me under the Fifth Amendment of   10:57
```

**Page 76**

```
 1  the Constitution of the United States.   10:57
 2     Q  Uber was aware that you were sharing with   10:57
 3  them information obtained from the 14,000 files you   10:58
 4  downloaded in December 15 -- 2015 as part of your   10:58
 5  consulting work for Uber?   10:58
 6     MS. RAY:  Objection; form.   10:58
 7     MR. EHRLICH:  You can answer.   10:58
 8     THE WITNESS:  Okay.   10:58
 9        On the advice and direction of my counsel, I   10:58
10  respectfully decline to answer.  And I assert the   10:58
11  rights guaranteed to me under the Fifth Amendment of   10:58
12  the Constitution of the United States.   10:58
13     MR. PERLSON:  Q.  Uber has never asked you to   10:58
14  return to Google or Waymo the 14,000 files you   10:58
15  downloaded in December 2015?   10:58
16     A  On the advice and direction of my counsel, I   10:58
17  respectfully decline to answer.  And I assert the   10:58
18  rights guaranteed to me under the Fifth Amendment of   10:58
19  the Constitution of the United States.   10:58
20     Q  You have retained the -- the 14,000 files you   10:58
21  downloaded in December 2015 so that you can continue   10:59
22  to use this information at your work at Uber?   10:59
23     A  On the advice and direction of my counsel, I   10:59
24  respectfully decline to answer.  And I assert the   10:59
25  rights guaranteed to me under the Fifth Amendment of   10:59
```

**Page 77**

```
 1  the Constitution of the United States.   10:59
 2     Q  Uber has -- start over again.   10:59
 3        Uber has instructed you, and continues to   10:59
 4  instruct you, to keep the 14,000 files you downloaded   10:59
 5  in December 2015 so that you can continue to use this   10:59
 6  information at your work at Uber?   10:59
 7     A  On the advice and direction of my counsel, I   10:59
 8  respectfully decline to answer.  And I assert the   10:59
 9  rights guaranteed to me under the Fifth Amendment of   10:59
10  the Constitution of the United States.   11:00
11     Q  You have retained the information -- let me   11:00
12  start over again.   11:00
13        You have retained the 14,000 documents and   11:00
14  other -- strike that.   11:00
15        You have retained the 14,000 documents you   11:00
16  downloaded in December 2015 because it contains   11:00
17  information that is not generally known in the   11:00
18  relevant field of that information?   11:00
19     A  On the advice and direction of my counsel, I   11:00
20  respectfully decline to answer.  And I assert the   11:00
21  rights guaranteed to me under the Fifth Amendment of   11:00
22  the Constitution of the United States.   11:00
23     Q  You have retained the -- the 14,000 files you   11:00
24  downloaded in December 2015 and the other information   11:00
25  you took with you -- let me start over again.   11:00
```

20 (Pages 74 - 77)

ATTORNEYS EYES ONLY

**Page 78**

```
1        You have retained the 14,000 files you        11:00
2   downloaded in 2015 because it derives independent  11:01
3   economic value from the fact that the information in  11:01
4   those documents is not generally known in the relevant  11:01
5   field; correct?                                11:01
6        A  On the advice and direction of my counsel, I  11:01
7   respectfully decline to answer.  And I assert the  11:01
8   rights guaranteed to me under the Fifth Amendment of  11:01
9   the Constitution of the United States.          11:01
10       Q  The 14,000 files that you downloaded in  11:01
11  December 2015 contain trade secrets; correct?   11:01
12       MS. RAY:  Objection; form.                11:01
13       MR. EHRLICH:  You can answer.            11:01
14       THE WITNESS:  Okay.                      11:01
15       On the advice and direction of my counsel, I  11:01
16  respectfully decline to answer.  And I assert the  11:01
17  rights guaranteed to me under the Fifth Amendment of  11:01
18  the Constitution of the United States.          11:02
19       MR. PERLSON:  Q.  You retained the five files  11:02
20  you exported in January 2016 because it contains  11:02
21  informa- -- they contain information that derive  11:02
22  independent economic value from the fact that it is  11:02
23  not generally known?                          11:02
24       A  On the advice and direction of my counsel, I  11:02
25  respectfully decline to answer.  And I assert the  11:02
```

**Page 79**

```
1   rights guaranteed to me under the Fifth Amendment of  11:02
2   the Constitution of the United States.          11:02
3        Q  You have used the confidential information  11:02
4   contained in the five files exported on January 3rd,  11:03
5   2016, for the benefit of Uber in the past?      11:03
6        A  On the advice and direction of my counsel, I  11:03
7   respectfully decline to answer.  And I assert the  11:03
8   rights guaranteed to me under the Fifth Amendment of  11:03
9   the Constitution of the United States.          11:03
10       Q  You expect to continue to use the 14,000  11:03
11  documents you downloaded in December 2015 for the  11:03
12  benefit of Uber; correct?                      11:03
13       A  On the advice and direction of my counsel, I  11:03
14  respectfully decline to answer.  And I assert the  11:03
15  rights guaranteed to me under the Fifth Amendment of  11:03
16  the Constitution of the United States.          11:03
17       Q  You expect to continue to use the five files  11:03
18  you downloaded on January 3rd, 2016, for the benefit  11:03
19  of Uber?                                       11:04
20       A  On the advice and direction of my counsel, I  11:04
21  respect -- I respectfully decline to answer.  And I  11:04
22  assert the rights guaranteed to me under the Fifth  11:04
23  Amendment of the Constitution of the United States.  11:04
24       Q  Are you aware that, in a hearing before the  11:04
25  judge in this case, Uber's lawyer, Arturo Gonzalez,  11:04
```

**Page 80**

```
1   said that he would love to put you on the witness  11:04
2   stand to explain what happened, because he thinks you  11:04
3   have a good story to tell?                     11:04
4        MS. RAY:  I instruct you not to answer to the  11:04
5   extent that what you know is as the result of  11:04
6   attorney-client privileged communications.  But you  11:04
7   may otherwise answer.                          11:04
8        MR. EHRLICH:  I join in that instruction.  11:04
9   But, to the extent it goes beyond that, I instruct you  11:04
10  to assert your rights.                         11:04
11       THE WITNESS:  On the advice and direction of  11:04
12  my counsel, I respectfully decline to answer.  And I  11:04
13  assert the rights guaranteed to me under the Fifth  11:04
14  Amendment of the Constitution of the United States.  11:04
15       MR. PERLSON:  Q.  Do you have a good story to  11:05
16  tell in this case?                             11:05
17       A  On the advice and direction of my counsel, I  11:05
18  respectfully decline to answer.  And I assert the  11:05
19  rights guaranteed to me under the Fifth Amendment of  11:05
20  the Constitution of the United States.          11:05
21       Q  Have you told your good story to         11:05
22  Mr. Gonzalez?                                  11:05
23       A  On the advice and direction of my counsel, I  11:05
24  respectfully decline to answer.  And I assert the  11:05
25  rights granted to me under the Fifth Amendment of the  11:05
```

**Page 81**

```
1   Constitution of the United States.             11:05
2        Q  Is part of your good story that you received  11:05
3   a bachelor of science degree in industrial engineering  11:05
4   and operations research in 2002 from the University of  11:05
5   California at Berkeley?                         11:05
6        MR. EHRLICH:  Hold on one second.  Let me   11:05
7   just -- the question is whether that's part of your  11:05
8   good story.                                    11:05
9        So, I'm going to instruct you to assert your  11:05
10  rights.  Go ahead.                             11:05
11       THE WITNESS:  Okay.                       11:05
12       On the advice and direction of my counsel, I  11:05
13  respectfully decline to answer.  And I assert the  11:05
14  rights guaranteed to me under the Fifth Amendment of  11:05
15  the Constitution of the United States.          11:06
16       MR. EHRLICH:  Mr. Perlson, just -- can I --  11:06
17  for the record, my partner, Ismail Ramsey, has joined.  11:06
18       And, if I could just take a pause.  I know  11:06
19  that wasn't your question here.  But as is clear,  11:06
20  he's -- he's being instructed to assert his  11:06
21  constitutional rights very broadly.            11:06
22       However, if you did want to ask about any of  11:06
23  his work or upbringing before joining Google, you can  11:06
24  go ahead and ask those questions, if -- if that's of  11:06
25  interest.                                      11:06
```

21 (Pages 78 - 81)

1    MR. PERLSON:  Thanks.                11:06
2    Q  Is part of your good story that you received   11:06
3 a master's degree from Berkeley in 2003?        11:06
4    A  On the advice and direction of my counsel, I   11:06
5 respectfully decline to answer.  And I assert the   11:06
6 rights guaranteed to me under the Fifth Amendment of   11:06
7 the Constitution of the United States.             11:07
8    Q  Is part of your good story that you developed   11:07
9 technology for a robotic motorcycle between 2003 and   11:07
10 2006?                              11:07
11    A  On the advice and direction of my counsel, I   11:07
12 respectfully decline to answer.  And I assert the   11:07
13 rights guaranteed to me under the Fifth Amendment of   11:07
14 the Constitution of the United States.            11:07
15    MR. EHRLICH:  And excuse me, Counsel.  I just   11:07
16 want to make clear -- I want to make sure I        11:07
17 understand.                         11:07
18    You're not asking the question of fact       11:07
19 whether he, in fact, did these things, or whether he   11:07
20 had this education or, you know, developed this      11:07
21 robotic motorcycle.                     11:07
22    You're framing it in terms of whether that's   11:07
23 part of the good story that Mr. Gonzalez was referring   11:07
24 to?                               11:07
25    MR. PERLSON:  I'm asking the questions that   11:07

Page 82

1 I'm asking.  And the -- Judge Alsup's rules, I think,   11:07
2 are pretty clear that, if you have an objection, you   11:07
3 say it in the basis of form.                  11:07
4    MR. EHRLICH:  Okay.                 11:07
5    MR. PERLSON:  So, if you want to object on   11:07
6 the basis of form --                     11:07
7    MR. EHRLICH:  So no, I don't want to object.   11:07
8 I just would -- thought it might be helpful if you   11:07
9 want answers to those questions.  But I'll -- I'll --   11:08
10 I won't object, and you can go ahead.           11:08
11    I don't know if there's a question.          11:08
12    MR. PERLSON:  I don't, either.           11:08
13    MR. EHRLICH:  I think there wasn't, but I --   11:08
14 I wanted to offer that.                    11:08
15    MR. PERLSON:  Okay.                11:08
16    MS. RAY:  Could -- could you hold on a      11:08
17 moment.                           11:08
18    May we chat a moment.               11:08
19    Can we go off the record a moment, please.   11:08
20    MR. PERLSON:  Sure.  There's not -- I don't   11:08
21 think there's a question.                  11:08
22    THE VIDEOGRAPHER:  We are going off the   11:08
23 record.  The time is 11:08.                 11:08
24    (Recess taken.)                    11:08
25    THE VIDEOGRAPHER:  We are back on the record.   11:24

Page 83

1 The time is 11:24.                      11:24
2    MR. PERLSON:  Q.  Mr. Levandowski, is part of   11:24
3 your good story that you developed a self-driving   11:24
4 motorcycle that entered the DARPA Challenge of -- in   11:24
5 2004?                             11:24
6    A  On the advice and direction of my counsel, I   11:24
7 respectfully decline to answer.  And I assert the   11:24
8 rights guaranteed to me under the Fifth Amendment of   11:24
9 the Constitution of the United States.            11:24
10    Q  Is part of your good story that you were the   11:24
11 chief technologist of unmanned systems at ENSCO, Inc.,   11:24
12 from 2006 to 2007?                     11:25
13    A  On the advice and direction of my counsel, I   11:25
14 respectfully decline to answer.  And I assert the   11:25
15 rights guaranteed to me under the Fifth Amendment of   11:25
16 the Constitution of the United States.            11:25
17    Q  Is part of your story the work you did -- I'm   11:25
18 sorry.                             11:25
19    Is part of your good story the work you did   11:25
20 for Google between 2007 and 2016?             11:25
21    A  On the advice and direction of my counsel, I   11:25
22 respectfully decline to answer.  And I assert the   11:25
23 rights guaranteed to me under the Fifth Amendment of   11:25
24 the Constitution of the United States.            11:25
25    Q  Did the work that you did while you were at   11:25

Page 84

1 Berkeley have to do with -- have anything to do with   11:25
2 the work that you did while you were at Google?      11:25
3    MR. EHRLICH:  You can answer the question   11:25
4 about your work at Berkeley -- the -- the nature of   11:25
5 your work at Berkeley.                    11:25
6    THE WITNESS:  Sure.                 11:25
7    I --                            11:25
8    MR. EHRLICH:  But -- but I'm going to      11:25
9 instruct you not to answer in any way about matters   11:25
10 that occurred after the date you began employment with   11:26
11 Google.                            11:26
12    THE WITNESS:  Okay.                11:26
13    Well, I can't answer whether it relates or   11:26
14 not.  But I can say that, at Berkeley, I worked on   11:26
15 self-driving vehicles, indoors, outdoors, and other   11:26
16 robotic vehicles.                       11:26
17    MR. PERLSON:  Q.  And, did the work that     11:26
18 you -- and does the work that you did at Berkeley   11:26
19 relating to self-driving vehicles have anything to do   11:26
20 with the work that you did at Google?           11:26
21    A  I'm going to --                   11:26
22    MR. EHRLICH:  On -- on that question, because   11:26
23 I'm trying to be very clear to preserve          11:26
24 Mr. Levandowski's Fifth Amendment privilege here, that   11:26
25 if the question is calling for the nature of his work   11:26

Page 85

22 (Pages 82 - 85)

1  prior to joining Google, then you can answer.   11:26
2      But I'm instructing you not to draw any   11:26
3  comparisons between the two, because you are not   11:26
4  answering questions about matters occurring after you   11:27
5  began employment with Google.   11:27
6      Go ahead.   11:27
7      THE WITNESS:  Can I have you repeat the   11:27
8  question then.   11:27
9      MR. PERLSON:  Sure.   11:27
10     THE WITNESS:  I can probably read it.   11:27
11     MR. EHRLICH:  Yeah, maybe you can look here.   11:27
12     THE WITNESS:  Yeah.   11:27
13     And does -- okay.  And, did the work that --   11:27
14 the work that you did at Berkeley, relating to   11:27
15 self-driving vehicle, have anything to do with the   11:27
16 work that you did at Google?   11:27
17     MR. EHRLICH:  At Google.  So, answer the   11:27
18 first part.   11:27
19     THE WITNESS:  At Berkeley, I worked on   11:27
20 multiple projects, including navigation of vehicles,   11:27
21 self-driving vehicles built on -- using Java for   11:27
22 navigation, using cameras, GPS, and other sensors,   11:27
23 too.   11:28
24     MR. PERLSON:  Q.  And does the work that you   11:28
25 just described that you did at Ber- -- Berkeley have   11:28

Page 86

1  any relation to the work that you did at Google?   11:28
2      A  On the --   11:28
3      MR. EHRLICH:  I'll instruct you --   11:28
4      THE WITNESS:  -- advice of -- on the -- on   11:28
5  the advice and direction of my counsel, I respectfully   11:28
6  decline to answer.  And I assert the rights guaranteed   11:28
7  to me under the Fifth Amendment of the Constitution of   11:28
8  the United States.   11:28
9      MR. PERLSON:  Q.  And, does the work that you   11:28
10 just described, while you were at Berkeley, have   11:28
11 anything to do with the work that you do at Uber?   11:28
12     A  On the advice and direction of my counsel, I   11:28
13 respectfully decline to answer.  And I assert the   11:28
14 rights guaranteed to me under the Fifth Amendment of   11:28
15 the Constitution of the United States.   11:28
16     Q  And, does the work that you did at Berkeley   11:28
17 cause you to be knowledgeable as to the state of   11:28
18 self-driving car technology today?   11:28
19     MR. EHRLICH:  You can answer that.   11:28
20     THE WITNESS:  Yeah, I was one of the first   11:28
21 pioneers in the field in terms of building   11:28
22 self-driving vehicles.   11:29
23     MR. PERLSON:  Q.  And what -- and how -- how   11:29
24 does Uber's current self-driving technology compare to   11:29
25 the technology that you worked on at Berkeley?   11:29

Page 87

1      MR. EHRLICH:  I'm going to instruct you.   11:29
2      THE WITNESS:  On the advice and direction of   11:29
3  my counsel, I respectfully decline to answer.  And I   11:29
4  assert the rights and -- I assert the rights   11:29
5  guaranteed to me under the Fifth Amendment of the   11:29
6  Constitution of the United States.   11:29
7      MR. PERLSON:  Q.  And how does the   11:29
8  self-driving vehicle technology that you worked on at   11:29
9  Goo- -- at Google relate to the work you've described   11:29
10 at Berkeley?   11:29
11     A  On the advice and direction of my counsel, I   11:29
12 respectfully decline to answer.  And I assert the   11:29
13 rights guaranteed to me under the Fifth Amendment of   11:29
14 the Constitution of the United States.   11:29
15     Q  How does the work that you did, in relation   11:29
16 to the self-driving motorcycle that entered the DARPA   11:29
17 Grand Challenge in 2004, relate to the work that you   11:30
18 did for Google in self-driving vehicle technology?   11:30
19     A  On the advice and direction of my counsel, I   11:30
20 respectfully decline to answer.  And I assert the   11:30
21 rights guaranteed to me under the Fifth Amendment of   11:30
22 the Constitution of the United States.   11:30
23     MR. EHRLICH:  And Counsel, can I just make a   11:30
24 comment?   11:30
25     I really want you to get answers to any   11:30

Page 88

1  questions you can, consistent with his Fifth Amendment   11:30
2  rights.   11:30
3      So, if you are interested in asking questions   11:30
4  about the -- the self-driving motorcycle related to   11:30
5  the DARPA Grand Challenge, I encourage you to ask   11:30
6  that.  He can answer those questions.   11:30
7      You don't have to answer -- you don't have to   11:30
8  ask him, of course.  It's your choice.   11:30
9      MR. PERLSON:  Q.  How does the work that you   11:30
10 did, in relation to the self-driving motorcycle that   11:31
11 entered the DARPA Challenge in 2004, relate to the   11:31
12 work that you are doing now at Uber?   11:31
13     A  On the advice and direction of my counsel, I   11:31
14 respectfully decline to answer.  And I assert the   11:31
15 rights guaranteed to me under the Fifth Amendment of   11:31
16 the Constitution of the United States.   11:31
17     Q  What are the advances that have been made at   11:31
18 Uber regarding self-driving technology over the   11:31
19 self-driving motorcycle that you developed in relation   11:31
20 to the 2004 DARPA Grand Challenge?   11:31
21     MR. EHRLICH:  Hold on.  Let me read the   11:31
22 question.   11:31
23     I'm going to instruct you to assert your   11:32
24 rights.   11:32
25     THE WITNESS:  On the advice and direction of   11:32

Page 89

23 (Pages 86 - 89)

1 my counsel, I respectfully decline to answer.  And I   11:32
2 assert the rights guaranteed to me under the Fifth   11:32
3 Amendment of the Constitution of the United States.   11:32
4       MR. PERLSON:  Q.  What are the differences   11:32
5 between the self-driving car technology that you   11:32
6 worked on at Google and the self-driving car   11:32
7 technology that you currently work on at Uber?   11:32
8    A  On the advice and direction of my counsel, I   11:32
9 respectfully decline to answer.  And I assert the   11:32
10 rights guaranteed to me under the Fifth Amendment of   11:32
11 the Constitution of the United States.   11:32
12    Q  Do you agree that, while you were at Google,   11:32
13 Google invested time and money to allow you to develop  11:32
14 self-driving car technology?   11:33
15    A  On the advice and direction of my counsel, I   11:33
16 respectfully decline to answer.  And I assert the   11:33
17 rights guaranteed to me under the Fifth Amendment of   11:33
18 the Constitution of the United States.   11:33
19    Q  Do you agree that the development of   11:33
20 self-driving car technology at Google took years of   11:33
21 work?   11:33
22    A  On the advice and direction of my counsel, I   11:33
23 respectfully decline to answer.  And I assert the   11:33
24 rights guaranteed to me under the Fifth Amendment of   11:33
25 the Constitution of the United States.   11:33

Page 90

1    Q  Do you agree that Waymo's self-driving car   11:33
2 technology today is a result of years of work and a   11:33
3 substantial investment of time and money?   11:33
4    A  On the advice and direction of my counsel, I   11:33
5 respectfully decline to answer.  And I assert the   11:33
6 rights guaranteed to me under the Fifth Amendment of   11:33
7 the Constitution of the United States.   11:33
8    Q  Do you agree that development of self-driving   11:33
9 car technology, while you were at Google, involved   11:34
10 trial and error?   11:34
11    A  On the advice and direction of my counsel, I   11:34
12 respectfully decline to answer.  And I assert the   11:34
13 rights guaranteed to me under the Fifth Amendment of   11:34
14 the Constitution of the United States.   11:34
15    Q  Isn't it correct that you use the knowledge   11:34
16 you learned through trial and error, while you were   11:34
17 working on self-driving car technology at Google, in   11:34
18 your work for Uber?   11:34
19    A  On the advice and direction of my counsel, I   11:34
20 respectfully decline to answer.  And I assert the   11:34
21 rights guaranteed to me under the Fifth Amendment of   11:34
22 the Constitution of the United States.   11:34
23    Q  How does your work at Google relate to the   11:34
24 allegations in this case?   11:34
25    A  On the advice of my counsel, I respectfully   11:34

Page 91

1 decline to answer.  And I assert the rights guaranteed  11:34
2 to me under the Fifth Amendment of the Constitution of  11:34
3 the United States.   11:34
4    Q  Have you read the complaint in this case?   11:34
5    A  On the advice of my counsel, I respectfully   11:35
6 decline to answer.  And I assert the rights guaranteed  11:35
7 to me under the Fifth Amendment of the Constitution of  11:35
8 the United States.   11:35
9    Q  Have you read the -- Waymo's motion for   11:35
10 preliminary injunction in this case?   11:35
11    A  On the advice and direction of my counsel, I   11:35
12 respectfully decline to answer.   11:35
13    Q  Can you identify any allegation in Waymo's   11:35
14 complaint that you believe is incorrect?   11:35
15    A  Do you want me to finish my answer to the   11:35
16 previous one?   11:35
17       MR. EHRLICH:  Yeah, go ahead -- go ahead and   11:35
18 answer -- give the full answer.   11:35
19       THE WITNESS:  So, on the previous question,   11:35
20 let me just finish --   11:35
21       MR. PERLSON:  Q.  Oh, did I cut you off?   11:35
22    A  Yeah, it's okay.  No worries.  I'll just   11:35
23 repeat.   11:35
24    Q  I'm not really listening to --   11:35
25    A  I -- I imagine it's repetitive.   11:35

Page 92

1       But on the advice and direction of my   11:35
2 counsel, I respectfully decline to answer.  And I   11:35
3 assert the rights guaranteed to me under the Fifth   11:35
4 Amendment of the Constitution of the United States.   11:35
5       Okay.  Now, this current question?   11:35
6    Q  Let me just repeat it.   11:35
7    A  Yes.  Thank you.   11:35
8    Q  Can you identify any allegation in Waymo's   11:35
9 complaint that you believe is incorrect?   11:35
10    A  On the advice and direction of my counsel, I   11:35
11 respectfully decline to answer.  And I assert the   11:35
12 rights guaranteed to me under the Fifth Amendment of   11:35
13 the Constitution of the United States.   11:36
14    Q  Can you identify any allegation in Waymo's   11:36
15 preliminary injunction motion that is incorrect?   11:36
16    A  On the advice and direction of my counsel, I   11:36
17 respectfully decline to answer.  And I assert the   11:36
18 rights guaranteed to me under the Fifth Amendment of   11:36
19 the Constitution of the United States.   11:36
20    Q  Isn't it correct that you cannot identify any  11:36
21 allegation or assertion made in any of the   11:36
22 declarations attached to Google's -- I'm sorry --   11:36
23 Waymo's motion for a preliminary injunction that is   11:36
24 incorrect?   11:36
25       MR. EHRLICH:  I'm going to object to   11:36

Page 93

24 (Pages 90 - 93)

1 foundation.                                    11:36
2        But, I'm going to instruct you to assert your  11:36
3 rights.                                        11:36
4        MS. RAY:  Join.                         11:36
5        THE WITNESS:  On the advice and direction of  11:36
6 my counsel, I respectfully decline to answer.  And I  11:36
7 assert the rights guaranteed to me under the Fifth  11:36
8 Amendment of the Constitution of the United States.  11:37
9        MR. PERLSON:  Q.  Have you reviewed any of  11:37
10 the declarations attached to Waymo's motion for  11:37
11 preliminary injunction?                        11:37
12     A  On the advice and direction of my counsel, I  11:37
13 respectfully decline to answer.  And I assert the  11:37
14 rights guaranteed to me under the Fifth Amendment of  11:37
15 the Constitution of the United States.         11:37
16     Q  While at Otto, were you developing technology  11:37
17 relating to mid- and long-range LiDar systems?  11:37
18     A  On the advice and direction of my counsel, I  11:37
19 respectfully decline to answer.  And I assert the  11:37
20 rights guaranteed to me under the Fifth Amendment of  11:37
21 the Constitution of the United States.         11:37
22     Q  Uber is currently developing long- and  11:37
23 midrange LiDar systems; correct?               11:37
24     A  On the advice and direction of my counsel, I  11:37
25 respectfully decline to answer.  And I assert the  11:37

Page 94

1 rights guaranteed to me under the Fifth Amendment of  11:37
2 the Constitution of the United States.         11:38
3     Q  Uber's current LiDar development program  11:38
4 incorporates technology from Otto's LiDar development  11:38
5 program; correct?                              11:38
6     A  On the advice and direction of my counsel, I  11:38
7 respectfully decline to answer.  And I assert the  11:38
8 rights guaranteed to me under the Fifth Amendment of  11:38
9 the Constitution of the United States.         11:38
10     Q  Are you currently participating in Uber's  11:38
11 LiDar work?                                    11:38
12     A  On the advice and direction of my counsel, I  11:38
13 respectfully decline to answer.  And I assert the  11:38
14 rights guaranteed to me under the Fifth Amendment of  11:38
15 the Constitution of the United States.         11:38
16     Q  Were you involved at all in Uber's regulatory  11:38
17 filing in September of 2016 regarding its self-driving  11:38
18 car technology?                                11:39
19     A  On the advice and direction of my counsel, I  11:39
20 respectfully decline to answer.  And I assert the  11:39
21 rights guaranteed to me under the Fifth Amendment of  11:39
22 the Constitution of the United States.         11:39
23     Q  Isn't it true that the in-house technology  11:39
24 referred to in Uber's submission to Nevada, regarding  11:39
25 its self-driving car technology referred to a version  11:39

Page 95

1 of its LiDar system that preceded the Fuji system?  11:39
2        MS. RAY:  Objection; form.              11:39
3        THE WITNESS:  On the advice and direction of  11:39
4 my counsel, I respectfully decline to answer.  And I  11:39
5 assert the rights guaranteed to me under the Fifth  11:39
6 Amendment of the Constitution of the United States.  11:39
7        MR. PERLSON:  Q.  Isn't it true that the --  11:39
8 that Uber's submission in September 2016 of --  11:40
9 regarding its self-driving car technology to the  11:40
10 Nevada government, referred to a prototype that was  11:40
11 then in existence?                             11:40
12     A  On the advice and direction of my counsel, I  11:40
13 respectfully decline to answer.  And I assert the  11:40
14 rights guaranteed to me under the Fifth Amendment of  11:40
15 the Constitution of the United States.         11:40
16     Q  Did Otto ever use or solicit ██████ as a  11:40
17 vendor in developing its technology?           11:40
18        MS. RAY:  Objection; form.              11:40
19        THE WITNESS:  On the advice and direction of  11:40
20 my counsel, I respectfully decline to answer.  And I  11:40
21 assert the rights guaranteed to me under the Fifth  11:40
22 Amendment of the Constitution of the United States.  11:41
23        MR. PERLSON:  Q.  Did Otto ever use or  11:41
24 solicit a company called ████ as a vendor in developing  11:41
25 its laser technology?                          11:41

Page 96

1        MS. RAY:  Objection; form.              11:41
2        THE WITNESS:  I'm sorry.  I was distracted.  11:41
3 Do you mind repeating it.                       11:41
4        MR. PERLSON:  Sure.                     11:41
5     Q  Did Otto ever use or solicit a company called  11:41
6 ████ as a vendor in developing its laser technology?  11:41
7        MS. RAY:  Objection; form.              11:41
8        THE WITNESS:  On the advice and direction of  11:41
9 my counsel, I respectfully decline to answer.  And I  11:41
10 assert the rights guaranteed to me under the Fifth  11:41
11 Amendment to the Constitution of the United States.  11:41
12        MR. PERLSON:  Q.  Did Otto ever use or  11:41
13 solicit a company called ████ as a vendor in developing  11:41
14 its laser technology?                          11:41
15        MS. RAY:  Objection; form.              11:41
16        THE WITNESS:  On the advice and direction of  11:41
17 my counsel, I respectfully decline to answer.  And I  11:41
18 assert the rights guaranteed to me under the Fifth  11:41
19 Amendment to the Constitution of the United States.  11:41
20        MR. PERLSON:  Q.  Has -- did Otto select  11:41
21 third-party vendors because of their knowledge of  11:41
22 Google's confidential technology?              11:41
23     A  On the advice and direction of my counsel, I  11:41
24 respectfully decline to answer.  And I assert the  11:41
25 rights guaranteed to me under the Fifth Amendment to  11:41

Page 97

25 (Pages 94 - 97)

ATTORNEYS EYES ONLY

**Page 98**

1 the Constitution of the United States.    11:41
2 Q _____ is a supplier for Uber;    11:41
3 correct?                    11:42
4    A  On the advice and direction of my counsel, I    11:42
5 respectfully decline to answer.  And I assert the    11:42
6 rights guaranteed to me under the Fifth Amendment to    11:42
7 the Constitution of the United States.    11:42
8    Q  On December 12th, 2016, _____ sent    11:42
9 an e-mail to individuals at Uber, that inadvertently    11:42
10 included a Waymo employee; correct?    11:42
11    A  On the advice and direction of my counsel, I    11:42
12 respectfully decline to answer.  And I assert the    11:42
13 rights guaranteed to me under the Fifth Amendment to    11:42
14 the Uni- -- to the Constitution of the United States.    11:42
15    Q  And that e-mail -- the -- the December 13th,    11:42
16 2016, e-mail included a board that _____ is    11:43
17 developing for Uber; correct?    11:43
18    A  On the advice and direction of my counsel, I    11:43
19 respectfully decline to answer.  And I assert the    11:43
20 rights guaranteed to me under the Fifth Amendment to    11:43
21 the Constitution of the United States.    11:43
22    Q  And that December 13, 2016, e-mail attached a    11:43
23 board design that was derived from information you    11:43
24 took from Google before you left Google; correct?    11:43
25    A  On the advice and direction of my counsel, I    11:43

**Page 99**

1 respectfully decline to answer.  And I assert the    11:43
2 rights granted to me -- guaranteed to me under the    11:43
3 Fifth Amendment to the -- to the Constitution of the    11:43
4 United States.                11:44
5    Q  And that 2 -- and the December 13, 2016,    11:44
6 Gorilla e-mail attached a board design that used    11:44
7 information that was contained in the 14,000 documents    11:44
8 you downloaded from Google in December 15 --    11:44
9 December 2015; correct?    11:44
10    A  On the advice and direction of my counsel, I    11:44
11 respectfully decline to answer.  And I assert the    11:44
12 rights guaranteed to me under the Fifth Amendment to    11:44
13 the Constitution of the United States.    11:44
14    Q  Uber would not have been able to have    11:44
15 developed the board design attached to the    11:44
16 December 13, 2016, _____ e-mail without using    11:44
17 information contained in the 14,000 documents you    11:45
18 downloaded from Google in 2 -- December 2015; correct?    11:45
19    A  On the advice and direction of my counsel, I    11:45
20 respectfully decline to answer.  And I assert the    11:45
21 rights guaranteed to me under the Fifth Amendment to    11:45
22 the Constitution of the United States.    11:45
23    MR. EHRLICH:  Do you need a break?    11:45
24    THE WITNESS:  I'm okay.    11:45
25    MR. EHRLICH:  Do you need a break?  We can    11:45

**Page 100**

1 keep going.                    11:45
2    MR. PERLSON:  I don't care.    11:45
3    THE WITNESS:  Let's do it.    11:45
4    MR. EHRLICH:  Keep going?    11:45
5    THE WITNESS:  Yeah.    11:45
6    MR. PERLSON:  The -- you threw me off, man.    11:45
7    MR. EHRLICH:  We can take a break, if you    11:45
8 want.                    11:45
9    MR. PERLSON:  Q.  Fuji relates to a LiDar    11:45
10 system prototype that Uber has developed; correct?    11:45
11    A  On the advice and direction of my counsel, I    11:45
12 respectfully decline to answer.  And I assert the    11:45
13 rights guaranteed to me under the Fifth Amendment to    11:45
14 the Constitution of the United States.    11:46
15    Q  Work started on Fuji in October 2016;    11:46
16 correct?                    11:46
17    A  On the advice and direction of my counsel, I    11:46
18 respectfully decline to answer.  And I assert the    11:46
19 rights guaranteed to me under the Fifth Amendment to    11:46
20 the Constitution of the United States.    11:46
21    Q  You personally are involved in the    11:46
22 development of Fuji; correct?    11:46
23    A  On the advice and direction of my counsel, I    11:46
24 respectfully decline to answer.  And I assert the    11:46
25 rights guaranteed to me under the Fifth Amendment to    11:46

**Page 101**

1 the -- to the Constitution of the United States.    11:46
2    Q  Would you agree with me that the following    11:46
3 statement is incorrect:    11:46
4    "Anthony Levandowski has never had nor    11:46
5 currently has any design input in the number of    11:46
6 _____ number of _____ number of _____    11:46
7 _____ or _____ and _____ of the _____    11:47
8 _____ on the transmit PCBs for Fuji."    11:47
9    MR. EHRLICH:  Hold on.  Let me read that    11:47
10 question.                    11:47
11    I instruct you to assert your rights.    11:47
12    THE WITNESS:  On the advice and direction of    11:47
13 my counsel, I respectfully decline to answer.  And I    11:47
14 assert the rights guaranteed to me under the Fifth    11:47
15 Amendment to the Constitution of the United States.    11:47
16    MR. PERLSON:  Q.  Is it correct that the    11:47
17 current Fuji system borrows technology from each of    11:47
18 Otto, Tyto, and Odin Wave?    11:47
19    A  On the advice and direction of my counsel, I    11:48
20 respectfully decline to answer.  And I assert the    11:48
21 rights guaranteed to me under the Fifth Amendment to    11:48
22 the Constitution of the United States.    11:48
23    Q  At Uber, your team is experience --    11:48
24 experimenting with _____; is that    11:48
25 correct?                    11:48

26 (Pages 98 - 101)

ATTORNEYS EYES ONLY



Page 102

1    A  On the advice and direction of my counsel, I   11:48
2  respectfully decline to answer.  And I assert the   11:48
3  rights guaranteed to me under the Fifth Amendment to   11:48
4  the Constitution of the United States.   11:49
5    Q  At Uber, your team is experiment --   11:49
6  experimenting with ███████ to help   11:49
7  build a ██████████████████   11:49
8  correct?   11:49
9    A  On the advice and direction of my counsel, I   11:49
10  respectfully decline to answer.  And I assert the   11:49
11  rights guaranteed to me under the Fifth Amendment to   11:49
12  the Constitution of the United States.   11:49
13    Q  At Uber, your team is developing ████████   11:49
████████████████████████████████████
████████████████████████████████████
██████████   11:49
17    A  On the advice and direction of my counsel, I   11:49
18  respectfully decline to answer.  And I assert the   11:49
19  rights guaranteed to me under the Fifth Amendment to   11:49
20  the Constitution of the United States.   11:49
21    Q  The ████████ that your   11:49
22  team is working on at Uber relies on ████████   11:49
23  technology; correct?   11:49
24    A  On the advice and direction of my counsel, I   11:50
25  respectfully decline to answer.   11:50

Page 103

1    Q  The fi -- oh, sorry.   11:50
2    A  That's okay.   11:50
3        And I assert the rights guaranteed to me   11:50
4  under the Fifth Amendment to the Constitution of the   11:50
5  United States.   11:50
6    Q  The ████ laser technology your team is   11:50
7  working on at Uber uses a ██████████   11:50
8  ████████ correct?   11:50
9    A  On the advice and direction of my counsel, I   11:50
10  respectfully decline to answer.  And I assert the   11:50
11  rights guaranteed to me under the Fifth Amendment to   11:50
12  the Constitution of the United States.   11:50
13    Q  The ████████ technology your team is   11:50
14  working on at Uber uses ████████████   11:50
████████████████████████████████   11:50
16  correct?   11:50
17    A  On the advice and direction of my counsel, I   11:50
18  respectfully decline to answer.  And I'm asserting the   11:50
19  rights guaranteed to me under the Fifth Amendment to   11:50
20  the Constitution of the United States.   11:51
21    Q  While you were at Google, Google's   11:51
22  self-driving car project used ████████████   11:51
███████████████████████████   11:51
████████████████████ correct?  11:51
25    A  On the advice and direction of my counsel, I   11:51

Page 104

1  respectfully decline to answer.  And I assert the   11:51
2  rights guaranteed to me under the Fifth Amendment to   11:51
3  the Constitution of the United States.   11:51
4    Q  █████████████████████ ███   11:51
██████████████████████████████ is not generally   11:51
6  known; correct?   11:51
7    A  This is a general question.   11:52
8  MR. EHRLICH:  Let -- let me read it.   11:52
9  MR. PERLSON:  Let -- let me -- let me ask it   11:52
10  again.   11:52
11  THE WITNESS:  Okay.   11:52
12  MR. PERLSON: Q.  Before you left Google,   11:52
13  █████████████████████████████████████   11:52
██████████████████████████████, was not generally   11:52
17  known; correct?   11:52
18    A  On the advice and direction of my counsel, I   11:52
19  respectfully decline to answer.  And I assert the   11:52
20  rights guaranteed to me under the Fifth Amendment to   11:52
21  the Constitution of the United States.   11:53
22    Q  Uber's use of ████████████████████ ███   11:53
█████████████████ is not generally   11:53
25  known; correct?   11:53

Page 105

1    A  On -- on the advice and direction of my   11:53
2  counsel, I respectfully decline to answer.  And I   11:53
3  assert the rights guaranteed to me under the Fifth   11:53
4  Amendment to the Constitution to the United States.   11:53
5    Q  The -- since -- let's start over.   11:53
6        During your work at Otto, you did work in   11:54
7  relation -- let me start over again.   11:54
8        Otto did development work regarding a LiDar   11:54
9  system that uses a common transmit and receive lens;   11:54
10  correct?   11:54
11    A  On the advice and direction of my counsel, I   11:54
12  respectfully decline to answer.  And I assert the   11:54
13  rights guaranteed to me under the Fifth Amendment to   11:54
14  the Constitution of the United States.   11:54
15    Q  Otto developed a prototype LiDar system that   11:54
16  used a common transmit/receive lens; correct?   11:54
17    A  On the advice and direction of my counsel, I   11:54
18  respectfully decline to answer.  And I assert the   11:54
19  rights guaranteed to me under the Fifth Amendment to   11:54
20  the Constitution of the United States.   11:55
21    Q  Otto tested a LiDar system that used a common   11:55
22  transmit/receive lens; correct?   11:55
23    A  On the advice and direction of my counsel, I   11:55
24  respectfully decline to answer.  And I assert the   11:55
25  rights guaranteed to me under the Fifth Amendment to   11:55

27 (Pages 102 - 105)

1 the Constitution of the United States.        11:55
2    Q   If a LiDar system that uses a common        11:55
3 transmit/receive lens does not presently exist at    11:55
4 Uber, it is because it was destroyed; correct?        11:55
5    A   On the advice and direction of my counsel, I  11:56
6 respectfully decline to answer.  And I assert the    11:56
7 rights guaranteed to me under the Fifth Amendment to  11:56
8 the Constitution of the United States.        11:56
9    Q   While at Uber -- let me start over again.     11:56
10        Since your employment with Google ended, you  11:56
11 have done work on LiDar systems at Otto and Uber where 11:56
12 the transmit and receive paths overlap --        11:56
13        MS. RAY:  Objection; form.        11:56
14        MR. PERLSON:  Q.   -- correct?        11:56
15    A   On the advice and direction of my counsel, I  11:56
16 respectfully decline to answer.  And I assert the    11:56
17 rights guaranteed to me under the Fifth Amendment to  11:56
18 the Uni- -- to the Constitution of the United States.  11:57
19    Q   Since your employment with Google ended, you  11:57
20 have done work on LiDar systems at Otto and Uber,    11:57
21 where the transmit and receive paths overlap and    11:57
22 prototypes of such a system existed?        11:57
23        MS. RAY:  Objection; form.        11:57
24        THE WITNESS:  On the advice and direction of  11:57
25 my counsel, I respectfully decline to answer.  And I  11:57
Page 106

1 assert the rights guaranteed to me under the Fifth    11:57
2 Amendment to the Constitution of the United States.    11:57
3        MR. PERLSON:  Q.  If a prototype of work you   11:57
4 did on LiDar systems at Otto, and Uber where the    11:57
5 transmit and receive paths overlap does not exist, it  11:57
6 is because such a prototype has been destroyed?     11:58
7    A   On the advice and direction of my counsel, I   11:58
8 respectfully decline to answer.  And I assert the    11:58
9 rights guaranteed to me under the Fifth Amendment to  11:58
10 the Constitution of the United States.        11:58
11    Q   Any destruction of any Otto prototypes would  11:58
12 have been done at the instruction of Uber; correct?   11:58
13    A   On the advice and direction of my counsel, I  11:58
14 respectfully decline to answer.  And I assert the    11:58
15 rights guaranteed to me under the Fifth Amendment to  11:58
16 the Constitution of the United States.        11:58
17    Q   There has been instruction from management at  11:58
18 Uber to you to destroy prototypes that existed and    11:58
19 were designed at Uber?        11:58
20    A   On the advice and direction of my counsel, I  11:58
21 respectfully decline to answer.  And I assert the    11:58
22 rights guaranteed to me under the Fifth Amendment to  11:58
23 the Constitution of the United States.        11:59
24    Q   Management at Uber instructed you and Otto    11:59
25 employees to destroy prototypes to hide the existence  11:59
Page 107

1 of patent infringement?        11:59
2        MS. RAY:  Objection; form.        11:59
3        THE WITNESS:  On the advice and direction of  11:59
4 my counsel, I respectfully decline to answer.  And I  11:59
5 assert the rights guaranteed to me under the Fifth    11:59
6 Amendment to the Constitution of the United States.    11:59
7        MR. PERLSON:  Q.  Management at Uber        11:59
8 instructed you and Otto employees to destroy        11:59
9 prototypes to hide the existence of trade secret    11:59
10 misappropriation?        11:59
11        MS. RAY:  Objection; form.        11:59
12        THE WITNESS:  On the advice and direction of  11:59
13 my counsel, I respectfully decline to answer.  And I  11:59
14 assert the rights guaranteed to me under the Fifth    11:59
15 Amendment to the Constitution of the United States.    11:59
16        MR. PERLSON:  Q.  When you were employed by    11:59
17 Google, you had a duty to keep Google confidential    11:59
18 information secret; correct?        12:00
19    A   On the advice and direction of my counsel, I  12:00
20 respectfully decline to answer.  And I assert the    12:00
21 rights guaranteed to me under the Fifth Amendment to  12:00
22 the Constitution of the United States.        12:00
23    Q   You understood that were you to disclose    12:00
24 confidential and proprietary information of Google to  12:00
25 those outside of Google without Google's permission,   12:00
Page 108

1 that that would be a breach of your duty of loyalty as 12:00
2 an employee to Google?        12:00
3    A   On the advice and direction of my counsel, I  12:00
4 respectfully decline to answer.  And I assert the    12:00
5 rights guaranteed to me under the Fifth Amendment to  12:00
6 the Constitution of the United States.        12:00
7    Q   And, despite that understanding of the duty   12:00
8 to keep confidential, confidential and proprietary    12:00
9 information of Google, you took such confidential and  12:01
10 proprietary information with you to your work at Otto  12:01
11 and Uber?        12:01
12    A   On the advice and direction of my counsel, I  12:01
13 respectfully decline to answer.  And I assert the    12:01
14 rights guaranteed to me under the Fifth Amendment to  12:01
15 the Constitution of the United States.        12:01
16    Q   And the taking of that information was done   12:01
17 at the direction and with knowledge of Uber        12:01
18 management; correct?        12:01
19    A   On the advice and direction of my counsel, I  12:01
20 respectfully decline to answer.  And I assert the    12:01
21 rights guaranteed to me under the Fifth Amendment to  12:01
22 the Constitution of the United States.        12:01
23    Q   And you continue to use that confidential and 12:01
24 proprietary information that you took from Google at   12:01
25 your work at Google [sic]?        12:01
Page 109

Page 110

```
 1     A  On the advice and direction of my counsel, I   12:02
 2  respectfully decline to answer.  And I assert the       12:02
 3  rights guaranteed to me under the Fifth Amendment to    12:02
 4  the United States -- to the Constitution of the         12:02
 5  United States.                             12:02
 6     Q  And that use of confidential and proprietary   12:02
 7  information that you took from Google is at the          12:02
 8  direction of and with the knowledge of Uber             12:02
 9  management?                             12:02
10     A  On the advice and direction of my counsel, I   12:02
11  respectfully decline to answer.  And I assert the       12:02
12  rights guaranteed to me under the Fifth Amendment of    12:02
13  the Constitution of the United States.            12:02
14     MR. PERLSON:  Why don't we take a break.     12:02
15     MR. EHRLICH:  Okay.                   12:02
16     THE VIDEOGRAPHER:  Going off the record.  The  12:02
17  time is 12:02.                            12:02
18     (Lunch break taken at 12:02 p.m.)         12:02
19           ---oOo---
20
21
22
23
24
25
```

Page 111

```
 1     A F T E R N O O N   S E S S I O N       12:13
 2            1:06 P.M.            12:13
 3                             12:13
 4                             12:13
 5     THE VIDEOGRAPHER:  We are back on the record.  12:29
 6  The time is 1:06.                         13:06
 7     MR. PERLSON:  Q.  Mr. Levandowski, while you  13:07
 8  were employed at Google, you started a company called  13:07
 9  510 Systems; correct?                     13:07
10     A  On the advice and direction of my counsel, I  13:07
11  respectfully decline to answer.              13:07
12     Q  While you were at Google --           13:07
13     A  Oh, wait.  Sorry.  My microphone fell off.  13:07
14        And I assert the rights guaranteed to me     13:07
15  under the Fifth Amendment to the Constitution of the   13:07
16  United States.                            13:07
17     Q  While you were at Google, you started a      13:07
18  company called Anthony's Robots LLC; correct?       13:07
19     A  On the advice of -- and direction of my       13:07
20  counsel, I respectfully decline to answer.  And I     13:07
21  assert the rights guaranteed to me under the Fifth    13:07
22  Amendment to the Constitution of the United States.   13:07
23     Q  And your employment with Google overlapped  13:07
24  with your involvement with 510 Systems and Anthony's  13:07
25  Robots; correct?                          13:07
```

Page 112

```
 1     A  On the advice and direction of my counsel, I  13:07
 2  respectfully decline to answer.  And I assert the       13:07
 3  rights guaranteed to me under the Fifth Amendment --    13:07
 4     Q  You did not --                   13:07
 5     A  -- to the Constitution of the United States.  13:08
 6     Q  Sorry.                        13:08
 7     A  Sorry.  I apologize.               13:08
 8     Q  You did not disclose to Google your         13:08
 9  involvement with 510 Systems and Anthony's Robots      13:08
10  before Google discovered your involvement with them;   13:08
11  correct?                             13:08
12     A  On the advice and direction of my counsel, I  13:08
13  respectfully decline to answer.  And I assert the       13:08
14  rights guaranteed to me under the Fifth Amendment to    13:08
15  the Constitution of the United States.            13:08
16     Q  When Google discovered that you were involved  13:08
17  in 510 Systems and Anthony's Robots, it thought -- it  13:08
18  was concerned about potential conflicts; correct?       13:08
19     A  On the advice and direction of my counsel, I  13:08
20  respectfully decline to answer.  And I assert the       13:08
21  rights guaranteed to me under the Fifth Amendment to    13:08
22  the Constitution of the United States.            13:08
23     Q  And, given Google's concerns regarding the   13:08
24  conflict, you entered into a side agreement with        13:09
25  Google regarding 510 Systems and Anthony's Robots?    13:09
```

Page 113

```
 1     A  On the advice and direction of my counsel, I  13:09
 2  respectfully decline to answer.  And I assert the       13:09
 3  rights guaranteed to me under the Fifth Amendment to    13:09
 4  the Constitution of the United States.            13:09
 5     Q  And 510 Systems was doing work on            13:09
 6  self-driving car technology between 2009 and 2011;      13:09
 7  correct?                             13:09
 8     A  On the advice and direction of my counsel, I  13:09
 9  respectfully decline to answer.  And I assert the       13:09
10  rights guaranteed to me under the Fifth Amendment to    13:09
11  the Constitution of the United States.            13:09
12     Q  Given what happened with 510 Systems and      13:09
13  Anthony's Robots, you were aware of Google's concern   13:09
14  with you operating side businesses that related to      13:09
15  your work at Google; correct?                 13:10
16     A  On the advice of -- on the advice and         13:10
17  direction of my counsel, I respectfully decline to     13:10
18  answer.  And I assert the rights guaranteed to me      13:10
19  under the Fifth Amendment to the Constitution to the   13:10
20  United States.                            13:10
21     Q  You used confidential information from Google  13:10
22  to help develop technology at 510 Systems; correct?    13:10
23     A  On the advice and direction of my counsel, I  13:10
24  respectfully decline to answer.  And I assert the       13:10
25  rights guaranteed to me under the Fifth Amendment to    13:10
```

29 (Pages 110 - 113)

```
 1   the Constitution of the United States.        13:10
 2   Q   You brought Google Street View source code to   13:10
 3   510 Systems in order to ████████████  ████
     ████████   correct?                          13:10
 5   A   On the advice and direction of my counsel, I  13:10
 6   respectfully decline to answer.  And I assert the  13:10
 7   rights guaranteed to me under the Fifth Amendment to  13:10
 8   the Constitution of the United States.        13:11
 9   Q   You misused Google's confidential source code  13:11
10   to help advance 510 Systems' technology; didn't you?  13:11
11   A   On the advice and direction of my counsel, I  13:11
12   respectfully decline to answer.  And I assert the  13:11
13   rights guaranteed to me under the Fifth Amendment to  13:11
14   the Constitution of the United States.        13:11
15   Q   The Little Bear system at 510 Systems was     13:11
16   named after a mountain; is that correct?      13:11
17   A   On the advice and direction of my counsel, I  13:11
18   respectfully decline to answer.  And I assert the  13:11
19   rights guaranteed to me under the Fifth Amendment to  13:11
20   the Constitution of the United States.        13:12
21   Q   And, while you were at Google, you developed  13:12
22   LiDar systems that were named after mountains;   13:12
23   correct?                                      13:12
24   A   On the advice and direction of my counsel, I  13:12
25   respectfully decline to answer.  And I assert the  13:12
```
Page 114

```
 1   rights guaranteed to me under the Fifth Amendment to  13:12
 2   the Constitution of the United States.        13:12
 3   Q   And the Fuji system at Uber is named after   13:12
 4   Mount Fuji; correct?                          13:12
 5   A   On the advice and direction of my counsel, I  13:12
 6   respectfully decline to answer.  And I assert the  13:12
 7   rights guaranteed to me under the Fifth Amendment to  13:12
 8   the Constitution of the United States.        13:12
 9   Q   And the reason that the Fuji system at Uber   13:12
10   is named after Mount Fuji is that it is derived from  13:12
11   Google technology that was also code named with names  13:13
12   of mountains; correct?                        13:13
13   A   On the advice and direction of my counsel, I  13:13
14   respectfully decline to answer.  And I assert the  13:13
15   rights guaranteed to me under the Fifth Amendment to  13:13
16   the Constitution of the United States.        13:13
17   Q   Google had a -- the first -- an early version  13:14
18   of LiDar, during your work at Google, was called  13:14
19   Grizzly Bear; correct?                        13:14
20   A   On the advice and direction of my counsel, I  13:14
21   respectfully decline to answer.  And I assert the  13:14
22   rights guaranteed to me under the Fifth Amendment to  13:14
23   the Constitution of the United States.        13:14
24   Q   And the sec-- -- and a later version of      13:14
25   Google's LiDar was called Grizzly Bear 2; correct?  13:14
```
Page 115

```
 1   A   On the advice and direction of my counsel, I  13:14
 2   respectfully decline to answer.  And I assert the  13:14
 3   rights guaranteed to me under the Fifth Amendment to  13:14
 4   the Constitution of the United States.        13:14
 5   Q   And a still later version of LiDar at Google  13:14
 6   was Grizzly Bear 3; correct?                  13:15
 7   A   On the advice and direction of my counsel, I  13:15
 8   respectfully decline to answer.  And I assert the  13:15
 9   rights guaranteed to me under the Fifth Amendment to  13:15
10   the Constitution of the United States.        13:15
11   Q   And each of the development -- and the        13:15
12   development from each of the different versions of  13:15
13   LiDar at Google was a result of significant trial and  13:15
14   error work by Google engineers; correct?      13:15
15   A   On the advice and direction of my counsel, I  13:15
16   respectfully decline to answer.  And I assert the  13:15
17   rights guaranteed to me under the Fifth Amendment to  13:15
18   the Constitution of the United States.        13:15
19   Q   And the development of LiDar through Grizzly  13:15
20   Bear to Grizzly Bear 2 to Grizzly Bear 3 was the  13:15
21   result of significant investment of time and money by  13:15
22   Google; correct?                              13:15
23   A   On the advice and direction of my counsel, I  13:15
24   respectfully decline to answer.  And I assert the  13:15
25   rights guaranteed to me under the Fifth Amendment to  13:15
```
Page 116

```
 1   the Constitution of the United States.        13:16
 2   Q   You are a named inventor on U.S. Patent       13:16
 3   Nos. 8,836,922 and 9,285,464; correct?        13:16
 4      MR. EHRLICH:  Counsel, can I just ask the --  13:16
 5   the date of those patent submissions, if that's the  13:16
 6   correct word, just so I can advise my client, if you  13:16
 7   know.                                         13:16
 8      MR. PERLSON:  It was while he was at Google,  13:16
 9   if that helps.                                13:16
10      MR. EHRLICH:  Okay.  That helps.           13:16
11   I'm going to advise you --                    13:16
12      THE WITNESS:  Okay.                        13:16
13      MR. EHRLICH:  -- to assert your rights then.  13:16
14      THE WITNESS:  On the advice and direction of  13:16
15   my counsel, I respectfully de-- -- decline to answer.  13:16
16   And I assert the rights guaranteed to me under the  13:16
17   Fifth Amendment to the Constitution of the United  13:16
18   States.                                       13:16
19      MR. PERLSON:  Q.  You agree that you assigned  13:16
20   all your rights and interests to the -- in the  13:16
21   '922 patent and '464 patent to Google?        13:17
22   A   On the advice and direction of my counsel, I  13:17
23   respectfully decline to answer.  And I assert the  13:17
24   rights guaranteed to me under the Fifth Amendment to  13:17
25   the Constitution of the United States.        13:17
```
Page 117

30 (Pages 114 - 117)

1    Q   You are currently employed at Uber        13:17
2 Technologies, Inc.?                        13:17
3        MR. EHRLICH:  You can answer.        13:17
4        THE WITNESS:  Yes.                13:17
5        MR. PERLSON:  Q.  Uber is affiliated with    13:17
6 Ottomoto, LLC and Otto Trucking, LLC?        13:17
7        MS. RAY:  Objection; form.        13:17
8        MR. EHRLICH:  You can answer.        13:17
9        THE WITNESS:  Yes.                13:17
10       MR. PERLSON:  Q.  You were hired at Uber to    13:17
11 oversee its self-driving car technology; correct?    13:17
12       MR. EHRLICH:  I'm going to advise you to    13:17
13 assert your rights.                    13:17
14       THE WITNESS:  On the advice and direction of    13:17
15 my counsel, I respectfully decline to answer.  And I    13:17
16 assert the rights guaranteed to me under the Fifth    13:17
17 Amendment to the Constitution of the United States.    13:18
18       MR. PERLSON:  I had a streak of        13:18
19 two questions.                    13:18
20       THE WITNESS:  I know.  It was -- keep going.    13:18
21       MR. EHRLICH:  Very impressive.        13:18
22       THE WITNESS:  It's good.            13:18
23       MR. PERLSON:  Q.  The -- you agree that,        13:18
24 after you joined, Uber continued to develop its    13:18
25 self-driving car technology; correct?        13:18

Page 118

1    A   On the advice and direction of my counsel, I    13:18
2 respectfully decline to answer.  And I assert the    13:18
3 rights guaranteed to me under the Fifth Amendment to    13:18
4 the Constitution of the United States.        13:18
5    Q   You agree that you were involved in Uber's    13:18
6 decision-making process to continue developing its    13:18
7 self-driving car technology; correct?        13:18
8    A   On the advice and direction of my counsel, I    13:18
9 respectfully decline to answer.  And I assert the    13:18
10 rights guaranteed to me under the Fifth Amendment to    13:18
11 the Constitution of the United States.        13:18
12   Q   You agree that Uber began developing its    13:18
13 current self-driving car technology around the same    13:19
14 time you joined Uber; correct?            13:19
15       MS. RAY:  Objection to form.        13:19
16       MR. EHRLICH:  You can answer.        13:19
17       THE WITNESS:  Okay.            13:19
18       On the advice and direction of my counsel, I    13:19
19 respectfully decline to answer.  And I assert the    13:19
20 rights guaranteed to me under the Fifth Amendment to    13:19
21 the Constitution of the United States.        13:19
22       MR. PERLSON:  Q.  You have a leadership role    13:19
23 at Uber Technologies, Inc.; correct?            13:19
24   A   On the advice and direction of my counsel, I    13:19
25 respectfully decline to answer.  And I assert the    13:19

Page 119

1 rights guaranteed to me under the Fifth Amendment to    13:19
2 the Constitution of the United States.        13:19
3    Q   You have an equity interest in Uber        13:19
4 Technologies, Inc.; correct?            13:19
5    A   On the advice of my counsel, I respectively    13:19
6 decline to answer.  And I assert the rights guaranteed    13:19
7 to me under the Fifth Amendment to the Constitution of    13:19
8 the United States.                    13:19
9    Q   You have an equity interest in Ottomoto, LLC;    13:19
10 correct?                        13:19
11   A   On the advice and direction of my counsel, I    13:19
12 respectfully decline to answer.  And I assert the    13:19
13 rights guaranteed to me under the Fifth Amendment to    13:19
14 the Constitution of the United States.        13:20
15   Q   You have an equity interest in Otto Trucking,    13:20
16 LLC; correct?                    13:20
17   A   On the advice and direction of my counsel, I    13:20
18 respectfully decline to answer.  And I assert the    13:20
19 rights guaranteed to me under the Fifth Amendment to    13:20
20 the Constitution of the United States.        13:20
21   Q   While you were at Goo- -- at Google, Google    13:20
22 employees had a duty to keep confidential information    13:20
23 of Google confidential; correct?            13:20
24   A   On the -- on the advice and direction of my    13:20
25 counsel, I respectfully decline to answer.  And I    13:20

Page 120

1 assert the rights guaranteed to me under the Fifth    13:20
2 Amendment to the Constitution of the United States.    13:20
3    Q   While you were at Google, Google required    13:20
4 employees to password protect their computers and    13:20
5 other hardware; correct?            13:20
6    A   On the advice and direction of my counsel, I    13:20
7 respectfully decline to answer.  And I assert the    13:20
8 rights guaranteed to me under the Fifth Amendment to    13:20
9 the Constitution of the United States.        13:21
10   Q   While you were at Google, Google's networks    13:21
11 and other storage repositories were password        13:21
12 protected; correct?                13:21
13   A   On the advice and direction of my counsel, I    13:20
14 respectfully decline to answer.  And I assert the    13:20
15 rights guaranteed to me under the Fifth Amendment to    13:20
16 the Constitution of the United States.        13:21
17   Q   While you were at Google, Google monitored    13:21
18 use and access to its devices and networks for    13:21
19 security purposes; correct?            13:21
20   A   On the advice and direction of my counsel, I    13:20
21 respectfully decline to answer.  And I assert the    13:20
22 rights guaranteed to me under the Fifth Amendment to    13:20
23 the Constitution of the United States.        13:21
24   Q   You understand that, while you were at    13:21
25 Google, Google maintained security software to prevent    13:21

Page 121

31 (Pages 118 - 121)

1  unauthorized access; correct?                    13:21
2      A   On the advice and direction of my counsel, I   13:20
3  respectfully decline to answer.  And I assert the   13:20
4  rights guaranteed to me under the Fifth Amendment to   13:20
5  the Constitution of the United States.            13:22
6      Q   While you were at Google, Google provided   13:22
7  network security training to employees with access to   13:22
8  networks?                                         13:22
9      A   On the advice and direction of my counsel, I   13:22
10  respectfully decline to answer.  And I assert the   13:22
11  rights guaranteed to me under the Fifth Amendment to   13:22
12  the Constitution of the United States.            13:22
13      Q   While you were at Google, Google generally   13:22
14  limited application access and network access      13:22
15  containing sensitive material to users with a need to   13:22
16  know; correct?                                    13:22
17      A   On the advice and direction of my counsel, I   13:20
18  respectfully decline to answer.  And I assert the   13:20
19  rights guaranteed to me under the Fifth Amendment to   13:20
20  the Constitution of the United States.            13:22
21      Q   While you were at Google, Google had a policy   13:22
22  requiring its employees to safeguard its computer   13:22
23  networks and digital information; correct?        13:22
24      A   On the advice and direction of my counsel, I   13:20
25  respectfully decline to answer.  And I assert the   13:20
                                                    Page 122

1      A   On the --                                13:23
2      Q   -- correct?                              13:24
3      A   On the advice and direction of my counsel, I   13:20
4  respectfully decline to answer.  And I assert the   13:20
5  rights guaranteed to me under the Fifth Amendment to   13:20
6  the Constitution of the United States.            13:24
7      Q   While you were at Google, Google's SVN server   13:24
8  was limited to only those on a need-to-know basis?   13:24
9      A   On the advice and direction of my counsel, I   13:20
10  respectfully decline to answer.  And I assert the   13:20
11  rights guaranteed to me under the Fifth Amendment to   13:20
12  the Constitution of the United States.            13:24
13      Q   While you were at Google, the SVN server   13:24
14  required specialized software to access; correct?   13:24
15      A   On the advice and direction of my counsel, I   13:20
16  respectfully decline to answer.  And I assert the   13:20
17  rights guaranteed to me under the Fifth Amendment to   13:20
18  the Constitution of the United States.            13:24
19      Q   While you were at Google, Google took   13:24
20  reasonable measures to protect the secrecy of its SVN   13:24
21  server; correct?                                  13:24
22      A   On the advice and direction of my counsel, I   13:24
23  respectfully decline to answer.  And I assert the   13:24
24  rights guaranteed to me under the Fifth Amendment to   13:24
25  the Constitution of the United States.            13:24
                                                    Page 124

1  rights guaranteed to me under the Fifth Amendment to   13:20
2  the Constitution of the United States.            13:22
3      Q   While you were at Google, Google had a policy   13:22
4  against its employees accessing its digital        13:23
5  information for reasons unrelated to business      13:23
6  activities; correct?                              13:23
7      A   On the advice and direction of my counsel, I   13:23
8  respectfully decline to answer.  And I assert the   13:23
9  rights guaranteed to me under the Fifth Amendment to   13:23
10  the Constitution of the United States.            13:23
11      Q   While you were at Google, Google took   13:23
12  reasonable measures to protect the secrecy of its   13:23
13  networks and digital information; correct?        13:23
14      A   On the advice and direction of my counsel, I   13:20
15  respectfully decline to answer.  And I assert the   13:20
16  rights guaranteed to me under the Fifth Amendment to   13:20
17  the Constitution of the United States.            13:23
18      Q   While you were at Google, Google's SVN server   13:23
19  was password protected?                           13:23
20      A   On the advice and direction of my counsel, I   13:20
21  respectfully decline to answer.  And I assert the   13:20
22  rights guaranteed to me under the Fifth Amendment to   13:20
23  the Constitution of the United States.            13:23
24      Q   While you were at Google, Google's SVN server   13:23
25  was limited to only certain employees --          13:23
                                                    Page 123

1      Q   Do you agree that Google Waymo outside   13:24
2  vendors were generally required to sign nondisclosure   13:25
3  statements?                                       13:25
4      MS. RAY:  Objection; form.                    13:25
5      THE WITNESS:  On the advice and direction of   13:25
6  my counsel, I respectfully decline to answer.  And I   13:25
7  assert the rights guaranteed to me under the Fifth   13:25
8  Amendment to the Constitution of the United States.   13:25
9      MR. PERLSON:  Q.  Do you recall the passwords   13:25
10  to any of your Google computers?                  13:25
11      A   On the advice and direction of my counsel, I   13:20
12  respectfully decline to answer.  And I assert the   13:20
13  rights guaranteed to me under the Fifth Amendment to   13:25
14  the Constitution of the United States.            13:25
15      Q   You owned a company and still own -- let me   13:25
16  start over again.                                 13:25
17      While you were at Google and to this day, you   13:25
18  have an ownership interest in Dogwood Leasing;    13:25
19  correct?                                          13:25
20      A   On the advice and direction of my counsel, I   13:20
21  respectfully decline to answer.  And I assert the   13:20
22  rights guaranteed to me under the Fifth Amendment to   13:20
23  the Constitution of the United States.            13:25
24      Q   Dogwood Leasing engages, and has engaged, in   13:25
25  business that relate to self-driving car technology?   13:26
                                                    Page 125

Veritext Legal Solutions
866 299-5127

| | |
|---|---|
| 1   A  On the advice and direction of my counsel, I   13:20 | 1  respectfully decline to answer.  And I assert the   13:20 |
| 2  respectfully decline to answer.  And I assert the   13:20 | 2  rights guaranteed to me under the Fifth Amendment to   13:20 |
| 3  rights guaranteed to me under the Fifth Amendment to   13:20 | 3  the Constitution of the United States.   13:28 |
| 4  the Constitution of the United States.   13:26 | 4   Q  Were you involved in technology development   13:28 |
| 5   Q  You employed Asheem Linval at Dogwood Leasing   13:26 | 5  at Odin Wave?   13:28 |
| 6  for self-driving car technology; correct?   13:26 | 6   A  On the advice and direction of my counsel, I   13:20 |
| 7   A  On the advice and direction of my counsel, I   13:20 | 7  respectfully decline to answer.  And I assert the   13:20 |
| 8  respectfully decline to answer.  And I assert the   13:20 | 8  rights guaranteed to me under the Fifth Amendment to   13:20 |
| 9  rights guaranteed to me under the Fifth Amendment to   13:20 | 9  the Constitution of the United States.   13:29 |
| 10  the Constitution of the United States.   13:26 | 10   Q  Were you paying individuals to work at   13:29 |
| 11   Q  You asked Mr. Linval to use confidential   13:26 | 11  Odin Wave?   13:29 |
| 12  information he learned while at Google in connection   13:26 | 12   A  On the advice and direction of my counsel, I   13:29 |
| 13  with his work at Dogwood Leasing; correct?   13:26 | 13  respectfully decline to answer.  And I assert the   13:29 |
| 14   A  On the advice and direction of my counsel, I   13:20 | 14  rights guaranteed to me under the Fifth Amendment to   13:29 |
| 15  respectfully decline to answer.  And I assert the   13:20 | 15  the Constitution of the United States.   13:29 |
| 16  rights guaranteed to me under the Fifth Amendment to   13:20 | 16   Q  Isn't it correct that Odin Wave ordered parts   13:29 |
| 17  the Constitution of the United States.   13:27 | 17  from ▆▆ that were similar to parts used by Google in   13:29 |
| 18   Q  You started Odin Wave while you were still   13:27 | 18  its own LiDar system?   13:29 |
| 19  working at Google?   13:27 | 19   A  On the advice and direction of my counsel, I   13:20 |
| 20   A  On the advice and direction of my counsel, I   13:20 | 20  respectfully decline to answer.  And I assert the   13:20 |
| 21  respectfully decline to answer.  And I assert the   13:20 | 21  rights guaranteed to me under the Fifth Amendment to   13:20 |
| 22  rights guaranteed to me under the Fifth Amendment to   13:20 | 22  the Constitution of the United States.   13:29 |
| 23  the Constitution of the United States.   13:27 | 23   Q  In 2013, ▆▆ called Google because it had an   13:29 |
| 24   Q  You had to move the location of Odin Wave   13:27 | 24  order from Odin Wave that was so similar to parts used   13:29 |
| 25  because you were concerned that Google may find out   13:27 | 25  by Google; correct?   13:29 |
| Page 126 | Page 128 |

| | |
|---|---|
| 1  about its existence?   13:27 | 1   A  On the advice and direction of my counsel, I   13:20 |
| 2   A  On the advice and direction of my counsel, I   13:20 | 2  respectfully decline to answer.  And I assert the   13:20 |
| 3  respectfully decline to answer.  And I assert the   13:20 | 3  rights guaranteed to me under the Fifth Amendment to   13:20 |
| 4  rights guaranteed to me under the Fifth Amendment to   13:20 | 4  the Constitution of the United States.   13:30 |
| 5  the Constitution of the United States.   13:27 | 5   Q  And, because of this incident, Odin Wave   13:30 |
| 6   Q  You used Google confidential information at   13:27 | 6  moved to a different location to get distance from   13:30 |
| 7  Odin Wave; correct?   13:27 | 7  you; correct?   13:30 |
| 8   A  On the advice and direction of my counsel, I   13:20 | 8   A  On the advice and direction of my counsel, I   13:30 |
| 9  respectfully decline to answer.  And I assert the   13:20 | 9  respectfully decline to answer.  And I assert the   13:30 |
| 10  rights guaranteed to me under the Fifth Amendment to   13:20 | 10  rights -- the rights guaranteed to me under the Fifth   13:30 |
| 11  the Constitution of the United States.   13:28 | 11  Amendment to the Constitution of the United States.   13:30 |
| 12   Q  Did you have an ownership interest in   13:28 | 12   Q  Isn't it true that you were guiding Google   13:30 |
| 13  Odin Wave?   13:28 | 13  towards an in-house ▆▆ solution so that you could use   13:30 |
| 14   A  On the advice and direction of my counsel, I   13:20 | 14  that technology at Odin Wave?   13:30 |
| 15  respectfully decline to answer.  And I assert the   13:20 | 15   A  On the advice and direction of my counsel, I   13:20 |
| 16  rights guaranteed to me under the Fifth Amendment to   13:20 | 16  respectfully decline to answer.  And I assert the   13:20 |
| 17  the Constitution of the United States.   13:28 | 17  rights guaranteed to me under the Fifth Amendment to   13:20 |
| 18   Q  Did you have a managerial role at Odin Wave?   13:28 | 18  the Constitution of the United States.   13:30 |
| 19   A  On the advice and direction of my counsel, I   13:20 | 19   Q  You -- isn't it true that you directed   13:30 |
| 20  respectfully dis- --- decline to answer.  And I assert   13:20 | 20  Odin Wave to file patent applications on its   13:31 |
| 21  the rights guaranteed to me under the Fifth Amendment   13:20 | 21  technology development that stemmed from Google   13:31 |
| 22  to the Constitution of the United States.   13:28 | 22  confidential information?   13:31 |
| 23   Q  Were you involved in the day-to-day   13:28 | 23   A  On the advice and direction of my counsel, I   13:20 |
| 24  operations at Odin Wave?   13:28 | 24  respectfully decline to answer.  And I assert the   13:20 |
| 25   A  On the advice and direction of my counsel, I   13:20 | 25  rights guaranteed to me under the Fifth Amendment to   13:20 |
| Page 127 | Page 129 |

33 (Pages 126 - 129)

1 the Constitution of the United States.          13:31
2   Q   Odin Wave renamed itself to Tyto LiDAR;        13:31
3 correct?                                         13:31
4   A   On the advice and direction of my counsel, I   13:20
5 respectfully decline to answer.  And I assert the   13:20
6 rights guaranteed to me under the Fifth Amendment to   13:20
7 the Constitution of the United States.          13:31
8   Q   Odin Wave was renamed to Tyto LiDAR in order   13:31
9 to conceal your involvement; correct?            13:31
10   A   On the advice and direction of my counsel, I   13:20
11 respectfully decline to answer.  And I assert the   13:20
12 rights guaranteed to me under the Fifth Amendment to   13:20
13 the Constitution of the United States.          13:31
14   Q   After the name change, Tyto -- Tyto LiDAR   13:31
15 continued in the same business with the same employees   13:31
16 as Odin Wave; correct?                          13:32
17   A   On the advice and direction of my counsel, I   13:20
18 respectfully decline to answer.  And I assert the   13:20
19 rights guaranteed to me under the Fifth Amendment to   13:20
20 the Constitution of the United States.          13:32
21   Q   You had an ownership interest in Tyto LiDAR;   13:32
22 correct?                                         13:32
23   A   On the advice and direction of my counsel, I   13:20
24 respectfully decline to answer.  And I assert the   13:20
25 rights granted to me under the Fifth Amendment to the   13:20
                                              Page 130

1   A   On the advice and direction of my counsel, I   13:20
2 respectfully decline to answer.  And I assert the   13:20
3 rights granted to me under the Fifth Amendment to the   13:20
4 Constitution of the United States.             13:33
5   Q   You did not disclose your involvement with   13:33
6 Tyto LiDAR to Google; correct?                  13:33
7   A   On the advice and direction of my counsel, I   13:33
8 respectfully decline to answer.  And I assert the   13:33
9 rights guaranteed to me under the Fifth Amendment to   13:33
10 the Constitution of the United States.          13:34
11   Q   And in fact, you joined a Google team that   13:34
12 visited Tyto facilities when ████████████████████   13:34
████████████████████  and you still did not tell Google that   13:34
14 you had an ownership interest in Tyto?          13:34
15   A   On the advice and direction of my counsel, I   13:34
16 respectfully decline to answer.  And I assert the   13:34
17 rights guaranteed to me under the Fifth Amendment to   13:34
18 the Constitution of the United States.          13:34
19   Q   You attempted to influence Google's        13:34
20 ██████████████████████████████████  even   13:34
21 though you did not disclose that you had an ownership   13:34
22 interest in Tyto LiDAR; correct?                13:34
23   A   On the advice and direction of my counsel, I   13:33
24 respectfully decline to answer.  And I assert the   13:33
25 rights guaranteed to me under the Fifth Amendment to   13:33
                                              Page 132

1 Constitution of the United States.             13:32
2   Q   You had a managerial role at Tyto LiDAR;      13:32
3 correct?                                         13:32
4   A   On the advice and direction of my counsel, I   13:20
5 respectfully decline to answer.  And I assert the   13:20
6 rights guaranteed to me under the Fifth Amendment to   13:20
7 the Constitution of the United States.          13:32
8   Q   You were involved in the day-to-day         13:32
9 operations of -- at Tyto LiDAR; correct?        13:32
10   A   On the advice and direction of my counsel, I   13:20
11 respectfully decline to answer.  And I assert the   13:20
12 rights granted to me under the Fifth Amendment to the   13:20
13 Constitution of the United States.             13:32
14   Q   You were involved in the technology        13:32
15 development at Tyto LiDAR; correct?             13:32
16   A   On the advice and direction of my counsel, I   13:20
17 respectfully decline to answer.  And I assert the   13:20
18 rights guaranteed to me under the Fifth Amendment to   13:20
19 the Constitution of the United States.          13:33
20   Q   You used Google -- start over.            13:33
21       You used information taken from -- let me   13:33
22 start over.                                      13:33
23       You used confidential information taken from   13:33
24 Google in connection with your work at Tyto LiDAR;   13:33
25 correct?                                         13:33
                                              Page 131

1 the Constitution of the United States.          13:33
2   Q   You were positioning Tyto to ███████████████   13:33
██████████████████████████████████  ███  13:33
████████████  correct?                            13:35
6   A   On the advice and direction of my counsel, I   13:33
7 respectfully decline to answer.  And I assert the   13:33
8 rights guaranteed to me under the Fifth Amendment to   13:33
9 the Constitution of the United States.          13:35
10   Q   You registered a domain name for 280 Systems   13:35
11 in November 2015; correct?                      13:35
12   A   On the advice and direction of my counsel, I   13:33
13 respectfully decline to answer.  And I assert the   13:33
14 rights guaranteed to me under the Fifth Amendment to   13:33
15 the Constitution of the United States.          13:35
16   Q   On February 11th, 2016, the corporation    13:35
17 restated its name and stock as 280 Systems, Inc.;   13:35
18 correct?                                         13:35
19   A   On the advice and direction of my counsel, I   13:35
20 respectfully decline to answer.  And I assert the   13:35
21 rights guaranteed to me under the Fifth Amendment to   13:35
22 the Constitution of the United States.          13:35
23   Q   On April 6, 2016, 280 Systems was re- --   13:35
24 renamed Ottomoto, Inc.; correct?               13:36
25   A   On the advice and direction of my counsel, I   13:33
                                              Page 133

34 (Pages 130 - 133)

| | |
|---|---|
| 1 respectfully decline to answer.  And I assert the   13:33 | 1 marked as Exhibit 25.   13:40 |
| 2 rights guaranteed to me under the Fifth Amendment to   13:33 | 2   Q  Do you recognize this document?   13:40 |
| 3 the Constitution of the United States.   13:36 | 3   A  On the advice and direction of my counsel, I   13:40 |
| 4   THE WITNESS:  Can we take a break?  I just   13:36 | 4 respectfully decline to answer.  And I assert the   13:40 |
| 5 want to fill up my water.   13:36 | 5 rights guaranteed to me under the Fifth Amendment to   13:40 |
| 6   MR. PERLSON:  Yeah.   13:36 | 6 the Constitution of the United States.   13:41 |
| 7   THE VIDEOGRAPHER:  Going off the record.  The   13:36 | 7   Q  You agree that this is a schematic for Uber's   13:41 |
| 8 time is 1:36.   13:36 | 8 Fuji board; correct?   13:41 |
| 9   (Recess taken.)   13:36 | 9   A  On the device -- on the advice and direction   13:41 |
| 10   THE VIDEOGRAPHER:  We are back on the record.   13:37 | 10 of my counsel, I respectfully decline to answer.  And   13:41 |
| 11 The time is 1:37.   13:37 | 11 I assert the rights guaranteed to me under the Fifth   13:41 |
| 12   MR. PERLSON:  Q.  Ottomoto acquired Tyto in   13:37 | 12 Amendment to the Constitution of the United States.   13:41 |
| 13 May 2016; correct?   13:37 | 13   Q  Do you see that there are diodes in the   13:41 |
| 14   A  On the advice and direction of my counsel, I   13:33 | 14 drawing on the far left?   13:41 |
| 15 respectfully decline to answer.  And I assert the   13:33 | 15   A  On the advice and direction of my counsel, I   13:41 |
| 16 rights guaranteed to me under the Fifth Amendment to   13:33 | 16 respectfully decline to answer.  And I assert the   13:41 |
| 17 the Constitution of the United States.   13:37 | 17 rights guaranteed to me under the Fifth Amendment to   13:41 |
| 18   Q  In August 2016 Uber acquired Ottomoto?   13:37 | 18 the Constitution of the United States.   13:42 |
| 19   A  On the advice and direction of my counsel, I   13:33 | 19   Q  The diodes are ▇▇▇▇▇▇ correct?   13:41 |
| 20 respectfully decline to answer.  And I assert the   13:33 | 20   A  On the advice and direction of my counsel, I   13:41 |
| 21 rights guaranteed to me under the Fifth Amendment to   13:33 | 21 respectfully decline to answer.  And I assert the   13:41 |
| 22 the Constitution of the United States.   13:38 | 22 rights guaranteed to me under the Fifth Amendment to   13:41 |
| 23   Q  Otto acquired Tyto LiDAR; correct?   13:38 | 23 the Constitution of the United States.   13:42 |
| 24   A  On the advice and direction of my counsel, I   13:33 | 24   Q  ▇▇▇▇▇ is the ▇▇▇▇▇▇▇▇▇▇ diode?   13:42 |
| 25 respectfully decline to answer.  And I assert the | 25   MR. EHRLICH:  I don't know if it's possible   13:42 |
| Page 134 | Page 136 |

| | |
|---|---|
| 1 rights guaranteed to me under the Fifth Amendment to | 1 to see.  You can direct us, Counsel?   13:42 |
| 2 the Constitution of the United States. | 2   MR. PERLSON:  Do we need to get a magnifying   13:42 |
| 3   Q  Otto acquired Tyto LiDAR in anticipation of | 3 glass?   13:42 |
| 4 Otto being acquired by Uber; correct? | 4   MR. SCHMIDT:  Yeah.   13:42 |
| 5   A  On the advice and direction of my counsel, I   13:33 | 5   MR. PERLSON:  Q.  Well, let me ask it -- let   13:42 |
| 6 respectfully decline to answer.  And I assert the   13:33 | 6 me ask it this way:  In -- in Uber -- in Uber's Fuji   13:42 |
| 7 rights agreed -- granted to me under the Fifth   13:33 | 7 board, the diode ▇▇▇▇ is the ▇▇▇▇▇▇▇▇   13:42 |
| 8 Amendment to the Constitution of the United States.   13:38 | 8 diode?   13:43 |
| 9   Q  Uber directed Otto to acquire Tyto LiDAR;   13:38 | 9   A  On the advice and direction of my counsel, I   13:43 |
| 10 correct?   13:39 | 10 respectfully decline to answer.  And I assert the   13:43 |
| 11   A  On the advice and direction of my counsel, I   13:33 | 11 rights guaranteed to me under the Fifth Amendment to   13:43 |
| 12 respectfully decline to answer.  And I assert the   13:33 | 12 the Constitution of the United States.   13:43 |
| 13 rights guaranteed to me under the Fifth Amendment to   13:33 | 13   Q  And if the -- the next diode down is the   13:43 |
| 14 the Constitution of the United States.   13:39 | 14 ▇▇▇▇▇▇▇▇▇▇ diode; correct?   13:43 |
| 15   Q  Uber knew that you had been using Google   13:39 | 15   A  On the advice and direction of my counsel, I   13:43 |
| 16 confidential information to develop Tyto LiDAR's   13:39 | 16 respectfully decline to answer.  And I assert the   13:43 |
| 17 technology?   13:39 | 17 rights guaranteed to me under the Fifth Amendment to   13:43 |
| 18   A  On the advice and direction of my counsel, I   13:33 | 18 the Constitution of the United States.   13:43 |
| 19 respectfully decline to answer.  And I assert the   13:33 | 19   Q  The diodes on the board shown on the far left   13:43 |
| 20 rights guaranteed to me under the Fifth Amendment to   13:33 | 20 are generally less ▇▇▇▇▇▇▇▇   13:43 |
| 21 the Constitution of the United States.   13:40 | 21 ▇▇▇▇▇ correct?   13:43 |
| 22   (Document marked Exhibit 25   13:40 | 22   A  On the advice and direction of my counsel, I   13:43 |
| 23   for identification.)   13:40 | 23 respectfully decline to answer.  And I assert the   13:43 |
| 24   MS. RAY:  May I have a copy?  Thank you.   13:40 | 24 rights guaranteed to me under the Fifth Amendment to   13:43 |
| 25   MR. PERLSON:  You've been handed what's been   13:40 | 25 the Constitution of the United States.   13:44 |
| Page 135 | Page 137 |

35 (Pages 134 - 137)

**Page 138**

1  Q  The [redacted] diodes on the board    13:44
2  on the -- shown on the upper left is [redacted]    13:44
3  [redacted] diode from the [redacted]    13:44
4  A  On the advice and direction of my counsel, I    13:44
5  respectfully decline to answer.  And I assert the    13:44
6  rights guaranteed to me under the Fifth Amendment to    13:44
7  the Constitution of the United States.    13:44
8  Q  There is a [redacted] between the    13:44
9  [redacted] diode from the [redacted] correct?    13:44
10  A  On the advice and direction of my counsel, I    13:44
11  respectfully decline to answer.  And I assert the    13:44
12  rights guaranteed to me under the Fifth Amendment to    13:44
13  the Constitution of the United States.    13:44
14  Q  The [redacted] the diodes [redacted] as the    13:44
15  [redacted] of the diode [redacted]    13:44
16  correct?    13:44
17  A  On the advice and direction of my counsel, I    13:44
18  respectfully decline to answer.  And I assert the    13:44
19  rights guaranteed to me under the Fifth Amendment to    13:44
20  the Constitution of the United States.    13:45
21  Q  The diodes on the [redacted] are more    13:45
22  [redacted] the [redacted] correct?    13:45
23  A  On the advice and direction of my counsel, I    13:45
24  respectfully decline to answer.  And I assert the    13:45
25  rights guaranteed to me under the Fifth Amendment to    13:45

**Page 139**

1  the Constitution of the United States.    13:45
2  Q  The diode [redacted] shown on the board on the    13:45
3  far left was derived from [redacted]    13:45
4  [redacted] correct?    13:45
5  A  On the advice and direction of my counsel, I    13:45
6  respectfully decline to answer.  And I assert the    13:45
7  rights guaranteed to me under the Fifth Amendment to    13:45
8  the Constitution of the United States.    13:45
9  Q  You used the confidential information you    13:45
10  learned at Google to derive the diode [redacted] shown on    13:45
11  the board, on the upper left in Exhibit 25; correct?    13:46
12  A  On the advice and direction of my counsel, I    13:46
13  respectfully decline to answer.  And I assert the    13:46
14  rights guaranteed to me under the Fifth Amendment to    13:46
15  the Constitution of the United States.    13:46
16  Q  Uber would not have been able to have    13:46
17  developed the Fuji board shown on Exhibit 25 without    13:46
18  using the confidential information learned at Google    13:46
19  by you; correct?    13:46
20  A  On the advice and direction of my counsel, I    13:46
21  respectfully decline to answer.  And I assert the    13:46
22  rights guaranteed to me under the Fifth Amendment to    13:46
23  the Constitution of the United States.    13:47
24  Q  Uber would not have been able to have    13:47
25  developed the [redacted] on the Fuji board shown on    13:47

**Page 140**

1  Exhibit 25, without reference to the 14,000 files you    13:47
2  downloaded in December 2015; correct?    13:47
3  A  On the advice and direction of my counsel, I    13:47
4  respectfully decline to answer.  And I assert the    13:47
5  rights guaranteed to me under the Fifth Amendment to    13:47
6  the Constitution of the United States.    13:47
7  Q  Uber is aware that the Fuji board shown on    13:47
8  Exhibit 25 has diode [redacted] that is derived from the    13:47
9  confidential information you took from Google to Uber;    13:47
10  correct?    13:48
11  MS. RAY:  Objection; form.    13:48
12  MR. EHRLICH:  You can answer.    13:48
13  THE WITNESS:  On the advice and direction of    13:48
14  my counsel, I respectfully decline to answer.  And I    13:48
15  assert the rights guaranteed to me under the Fifth    13:48
16  Amendment to the Constitution of the United States.    13:48
17  MR. PERLSON:  Q.  [redacted]    13:48
18  [redacted] that is reflected    13:48
19  in documents you took from Google, including the    13:48
20  14,000 files you downloaded in December 2015, is not    13:48
21  generally known; correct?    13:48
22  A  On the advice and direction of my counsel, I    13:48
23  respectfully decline to answer.  And I assert the    13:48
24  rights guaranteed to me under the Fifth Amendment to    13:48
25  the Constitution of the United States.    13:48

**Page 141**

1  Q  [redacted]    13:49
2  [redacted] that is reflected in documents you    13:49
3  took from Google, including the 14,000 files you    13:49
4  downloaded in December 2015, has independent economic    13:49
5  value because it is not generally known; correct?    13:49
6  A  On the advice and direction of my counsel, I    13:49
7  respectfully decline to answer.  And I assert the    13:49
8  rights granted to me under the Fifth Amendment to the    13:49
9  Constitution of the United States.    13:49
10  Q  The diode [redacted] that is reflected on    13:49
11  Exhibit 25, that was derived from information taken by    13:49
12  you from Google, reflects the diode [redacted] that is    13:49
13  not generally known; correct?    13:49
14  MS. RAY:  Objection; form.    13:49
15  THE WITNESS:  On the advice and direction of    13:49
16  my counsel, I respectfully decline to answer.  And I    13:49
17  assert the rights guaranteed to me under the Fifth    13:49
18  Amendment to the Constitution of the United States.    13:50
19  MR. PERLSON:  Q.  Uber did not independently    13:50
20  develop the diode [redacted] that is reflected on    13:50
21  Exhibit 25 in the upper left-hand corner of the first    13:50
22  page, on its own without reference to confidential    13:50
23  information taken from Google; correct?    13:50
24  A  On the advice and direction of my counsel, I    13:50
25  respectfully decline to answer.  And I assert the    13:50

36 (Pages 138 - 141)

ATTORNEYS EYES ONLY

1 rights guaranteed to me under the Fifth Amendment to   13:50
2 the Constitution of the United States.   13:50
3        Do you want this one back?   13:51
4   Q  You can just keep it there.  Thanks.   13:51
5   A  Okay.   13:51
6        (Document marked Exhibit 26   13:51
7        for identification.)   13:51
8        THE VIDEOGRAPHER:  Five more minutes.   13:51
9        MR. PERLSON:  Okay.  Okay.   13:51
10   Q  You've been handed what's been marked as   13:51
11 Exhibit 26, which I'll represent was attached as   13:51
12 Exhibit B to the Haslim declaration submitted by Uber.  13:51
13        This document reflects the PCB configuration   13:51
14 and diode layout for the Fuji system, corresponding to   13:51
15 the sys- -- the system shown in Exhibit 25; is that   13:52
16 correct?   13:52
17   A  On the advice and direction of my counsel, I   13:52
18 respectfully decline to answer.  And I assert the   13:52
19 rights guaranteed to me under the Fifth Amendment to   13:52
20 the Constitution of the United States.   13:51
21   Q  Exhibit 26 shows the Fuji LiDAR system has   13:52
22 ▮ PCBs; correct?   13:52
23   A  On the advice and direction of my counsel, I   13:52
24 respectfully decline to answer.  And I assert the   13:52
25 rights guaranteed to me under the Fifth Amendment to   13:52

Page 142

1 the Constitution of the United States.   13:53
2   Q  The ▮ PCBs shown on Exhibit 26 are similar   13:53
3 to the PCB drawing we saw in Exhibit 25; correct?   13:53
4   A  On the advice and direction of my counsel, I   13:53
5 respectfully decline to answer.  And I assert the   13:53
6 rights guaranteed to me under -- under the Fifth   13:53
7 Amendment to the Constitution of the United States.   13:53
8   Q  ▮ PCBs on Exhibit 26 show ▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ correct?   13:53
10   A  On the advice and direction of my counsel, I   13:53
11 respectfully decline to answer.  And I assert the   13:53
12 rights guaranteed to me under the Fifth Amendment to   13:53
13 the Constitution of the United States.   13:54
14   Q  The PCB configuration, and diode arrangement   13:54
15 shown on Exhibit 26, was developed using Google   13:54
16 confidential information; correct?   13:54
17   A  On the advice and direction of my counsel, I   13:54
18 respectfully decline to answer.  And I assert the   13:54
19 rights guaranteed to me under the Fifth Amendment to   13:54
20 the Constitution of the United States.   13:54
21   Q  The PCB configuration and diode arrangement   13:54
22 shown on Exhibit 26 was developed using Google   13:54
23 confidential information reflected in documents   13:54
24 downloaded by you in December 2015; correct?   13:54
25   A  On the advice and direction of my counsel, I   13:54

Page 143

1 respectfully decline to answer.  And I assert the   13:54
2 rights guaranteed to me under the Fifth Amendment to   13:54
3 the Constitution of the United States.   13:54
4   Q  Uber would not have been able to have   13:55
5 developed the PCB configuration and diode arrangement  13:55
6 shown in Exhibit 26 without reference to Google   13:55
7 confidential information taken by you, including   13:55
8 documents downloaded by you in December 2015?   13:55
9   A  On the advice and direction of my counsel, I   13:55
10 respectfully decline to answer.  And I assert the   13:55
11 rights guaranteed to me under the Fifth Amendment to   13:55
12 the Constitution of the United States.   13:55
13        MR. PERLSON:  He has to change the tape.   13:55
14        THE WITNESS:  Okay.   13:55
15        THE VIDEOGRAPHER:  Okay.  We are going off   13:55
16 the record.  The time is 1:55.   13:55
17        (Recess taken.)   13:55
18        THE VIDEOGRAPHER:  This marks the   13:58
19 deposition -- or excuse me.   14:06
20        This marks the beginning of DVD No. 3 in the   14:06
21 deposition of Anthony Levandowski.   14:06
22        Going back on the record.  The time is 2:06.   14:06
23        MR. PERLSON:  Q.  Would you agree that the --   14:06
24 let me start over again.   14:06
25        Isn't it correct that the PCB configuration   14:06

Page 144

1 and diode arrangement that is reflected in the   14:06
2 documents you downloaded from Google in 2015, and are   14:06
3 used in the configuration shown at Exhibit 26, are not  14:06
4 generally known?   14:07
5   A  On the advice and direction of my counsel, I   14:07
6 respectfully decline to answer.  And I assert the   14:07
7 rights guaranteed to me under the Fifth Amendment to   14:07
8 the Constitution of the United States.   14:07
9   Q  Isn't it correct that the PCB configuration,   14:07
10 and diode arrangement that is reflected in the   14:07
11 documents you downloaded from Google in December 2015  14:07
12 are -- then are used in configuration -- let me start   14:07
13 over again.   14:07
14        Isn't it correct that the PCB configuration   14:07
15 and diode arrangement, that is reflected in the Google  14:07
16 documents you downloaded from Google on December --   14:07
17 December 2015, and are used in the configuration shown  14:07
18 at Exhibit 26 derive -- have independent economic   14:08
19 value by virtue of their not being publicly known?   14:08
20   A  On the advice and direction of my counsel, I   14:08
21 respectfully decline to answer.  And I assert the   14:08
22 rights guaranteed to me under the Fifth Amendment to   14:08
23 the Constitution of the United States.   14:08
24   Q  If you can refer back to Exhibit 25, please.   14:08
25   A  (Witness complies.)   14:08

Page 145

37 (Pages 142 - 145)

| | Page 146 | | Page 148 |
|---|---|---|---|

**Page 146**

1   Q   For the record, Exhibit 25 is UBER000727.  It   14:08
2   looked like that got cut off when it was printed.   14:08
3        In the drawing on the far left of Exhibit 25,   14:09
4   there are [REDACTED] diodes [REDACTED] of the   14:09
5   board.   14:09
6        Do you see that?   14:09
7   A   That's your question?   14:09
8   Q   Yeah.   14:09
9   A   Okay.   14:09
10       On the advice and direction of my counsel, I   14:09
11  respectfully decline to answer.  And I assert the   14:09
12  rights guaranteed to me under the Fifth Amendment to   14:09
13  the Constitution of the United States.   14:09
14  Q   The diodes shown on the drawing on the far   14:09
15  left of Exhibit 25 [REDACTED]   14:09
16  correct?   14:10
17  A   On the advice and direction of my counsel, I   14:10
18  respectfully decline to answer.  And I assert the   14:10
19  rights guaranteed to me under the Fifth Amendment to   14:10
20  the Constitution of the United States.   14:10
21  Q   You would agree that the [REDACTED] the diodes   14:10
22  in the Fuji board are [REDACTED]
23  [REDACTED]   14:10
24  A   On the advice and direction of my counsel, I   14:10
25  respectfully decline to answer.  And I assert the   14:10

**Page 147**

1   rights guaranteed to me under the Fifth Amendment to   14:10
2   the Constitution of the United States.   14:10
3   Q   You agree that, in the Fuji system, that each   14:10
4   of the diodes have a [REDACTED] placed in [REDACTED] them?   14:10
5   A   On the advice and direction of my counsel, I   14:10
6   respectfully decline to answer.  And I assert the   14:10
7   rights guaranteed to me under the Fifth Amendment to   14:10
8   the Constitution of the United States.   14:11
9   Q   Isn't it correct that, in the Fuji system,   14:11
10  [REDACTED] of the diodes have a [REDACTED] placed in   14:11
11  [REDACTED] them?   14:11
12  A   On the advice and direction of my counsel, I   14:11
13  respectfully decline to answer.  And I assert the   14:11
14  rights guaranteed to me under the Fifth Amendment to   14:11
15  the Constitution of the United States.   14:11
16  Q   Isn't it correct that the light emitted from   14:11
17  the diodes is [REDACTED] in the Fuji system?   14:11
18  A   On the advice and direction of my counsel, I   14:11
19  respectfully decline to answer.  And I assert the   14:11
20  rights guaranteed to me under the Fifth Amendment to   14:11
21  the Constitution of the United States.   14:12
22  Q   Isn't it correct that the placement of the   14:12
23  diodes, as shown on Exhibit 25 -- let me start over   14:12
24  again.   14:12
25       Isn't it correct that the placement of the   14:12

**Page 148**

1   diodes, [REDACTED] was derived   14:12
2   from Google confidential information reflected among   14:12
3   the 14,000 documents you downloaded in December 2015?   14:12
4   A   On the advice and direction of my counsel, I   14:12
5   respectfully decline to answer.  And I assert the   14:12
6   rights guaranteed to me under the Fifth Amendment to   14:12
7   the Constitution of the United States.   14:12
8   Q   Isn't it correct that the placement of the   14:12
9   diodes, [REDACTED] would not   14:12
10  have been able to be developed by Uber without use of   14:13
11  the Google confidential information reflected among   14:13
12  the 14,000 documents you downloaded from Google in   14:13
13  December 2015?   14:13
14  A   On the advice and direction of my counsel, I   14:13
15  respectfully decline to answer.  And I assert the   14:13
16  rights guaranteed to me under the Fifth Amendment to   14:13
17  the Constitution of the United States.   14:13
18  Q   Isn't it correct that the placement of the   14:13
19  diodes that [REDACTED] is a   14:13
20  placement that is not publicly known?   14:13
21  A   On the advice and direction of my counsel, I   14:13
22  respectfully decline to answer.  And I assert the   14:13
23  rights guaranteed to me under the Fifth Amendment to   14:13
24  the Constitution of the United States.   14:14
25  Q   Isn't it correct that the placement of the   14:14

**Page 149**

1   diodes, [REDACTED] is a   14:14
2   placement that has economic value because it is not   14:14
3   publicly known?   14:14
4   A   On the advice and direction of my counsel, I   14:14
5   respectfully decline to answer.  And I assert the   14:14
6   rights guaranteed to me under the Fifth Amendment to   14:14
7   the Constitution of the United States.   14:14
8   Q   If you could please turn to the --   14:14
9        MR. PERLSON:  It's this one; right?   14:14
10       MR. SCHMIDT:  Yeah.   14:14
11       MR. PERLSON:  Q.  The second page of   14:14
12  Exhibit 25.   14:14
13  A   (Witness complies.)   14:14
14  Q   Do you see that there are [REDACTED] on the   14:14
15  [REDACTED] in the middle of the page   14:15
16  annotated with a 12?   14:15
17       MR. EHRLICH:  He's just asking if you see it   14:15
18  now.  You can answer that.  Just, do you see --   14:15
19       THE WITNESS:  I do see --   14:15
20       MR. EHRLICH:  -- what he's referencing?   14:15
21       THE WITNESS:  I see that he's pointing at   14:15
22  [REDACTED]   14:15
23       MR. EHRLICH:  Okay.   14:15
24       THE WITNESS:  And there's a legend that says:   14:15
25  [REDACTED]   14:15



Page 150

1    MR. EHRLICH:  Okay.                          14:15
2    MR. PERLSON:  Q.  And the legend            14:15
3  corresponding to the annotation for 12 shows:   14:15
4                                               14:15
5    Do you see that?                            14:15
6  A  Yes, I do see that.                         14:15
7  Q  And it says that the                        14:16
8           on Exhibit 25, second page, underneath that   14:16
9  says:                                          14:16
10                                              14:16

                                                14:16
13    Do you see that it says that?               14:16
14  A  Yep, I do.  I can read that.               14:16
15  Q  And then, underneath                       14:16
16       it says:                                 14:16
17                                               14:16
18                                              14:16
19    Do you see that?                            14:16
20  A  I -- I see the text, yes.                  14:16
21  Q  And then, underneath that, it says:        14:16
22                                              14:16
23                                              14:16
24    MR. EHRLICH:  Or                            14:17
25    THE WITNESS:  They're mils, not millimeters.  14:17

Page 151

1    MR. PERLSON:  Mils.  Okay.  Mils.           14:17
2  Q  So, when I said millimeter before, those are   14:17
3  mils?                                          14:17
4  A  Right, mils.                                14:17
5    MR. EHRLICH:  And you see that?             14:17
6    THE WITNESS:  I do see that, yes.           14:17
7    MR. EHRLICH:  Okay.                         14:17
8    MR. PERLSON:  Q.  And, is the        for    14:17
9  the -- and -- let me start over again.         14:17
10  The              as reflected on            14:17
11  the second page of Exhibit 25, is an accurate   14:17
12  reflection of the Fuji board at Uber?         14:17
13  A  On the advice and direction of my counsel, I   14:17
14  respectfully decline to answer.  And I assert the   14:17
15  rights guaranteed to me under the Fifth Amendment to   14:17
16  the Constitution of the United States.        14:17
17  Q  And you would agree that the       annotation   14:17
18  is referring to        in the PCBs for        14:18
19  correct?                                      14:18
20  A  On the advice and direction of my counsel, I   14:18
21  respectfully decline to answer.  And I assert the   14:18
22  rights guaranteed to me under the Fifth Amendment to   14:18
23  the Constitution of the United States.        14:18
24  Q  The       annotation is referring to       in   14:18
25  the PCB for         correct?                  14:18

Page 152

1  A  On the advice and direction of my counsel, I   14:18
2  respectfully decline to answer.  And I assert rights   14:18
3  guaranteed to me under the Fifth Amendment to the   14:18
4  Constitution of the United States.            14:18
5  Q                                             14:18

                                                14:19
9           correct?                             14:19
10  A  Excuse me.                                14:19
11    On the advice and direction of my counsel, I   14:19
12  respectfully decline to answer.  And I assert the   14:19
13  rights guaranteed to me under the Fifth Amendment to   14:19
14  the Constitution of the United States.        14:19
15  Q  And, it is correct, as it says next to the   14:19
16         on the legend, that:                   14:19
17                                               14:19
18                                              14:19
19  A  What's the question?                       14:19
20    And it is correct...                        14:19
21    On the advice and direction of my counsel, I   14:19
22  respectfully decline to answer.  And I assert the   14:19
23  rights guaranteed to me under the Fifth Amendment to   14:19
24  the Constitution of the United States.        14:20
25  Q  And it is true that the dimensions reflected   14:20

Page 153

1  on the second page of Exhibit 25 for the        14:20
2      was derived from Google confidential information;   14:20
3  correct?                                       14:20
4  A  On the advice and direction of my counsel, I   14:20
5  respectfully decline to answer.  And I assert the   14:20
6  right -- the rights guaranteed to me under the Fifth   14:20
7  Amendment to the Constitution of the United States.   14:20
8  Q  And you would agree, that the use of the    14:20
9      for           is derived from Google       14:21
10  confidential information; is that correct?     14:21
11  A  On the advice and direction of my counsel, I   14:21
12  respectfully decline to answer.  And I assert the   14:21
13  rights guaranteed to me under the Fifth Amendment to   14:21
14  the Constitution of the United States.        14:21
15  Q  And you would agree that the use of the    14:21
16  for          reflected in Exhibit 25, page 2, was   14:21
17  derived from confidential information downloaded by   14:21
18  you from Google in December 2015; correct?    14:22
19  A  On the advice and direction of my counsel, I   14:22
20  respectfully decline to answer.  And I assert the   14:22
21  rights guaranteed to me under the Fifth Amendment to   14:22
22  the Constitution of the United States.        14:22
23  Q  And you would agree that, without the      14:22
24  confidential information you downloaded from Google in   14:22
25  December 2015, Uber would not have been able to have   14:22

39 (Pages 150 - 153)

1 designed a system ████████████        14:22
2 correct?                    14:22
3    A  On the advice and direction of my counsel, I   14:22
4 respectfully decline to answer.  And I assert the   14:22
5 rights guaranteed to me under the Fifth Amendment to   14:22
6 the Constitution of the United States.        14:22
7    Q  And you agree that ████████████
8 ████  that was derived from Google's confidential   14:23
9 information, and reflected in Exhibit 25 on the second   14:23
10 page, is not commonly known?           14:23
11    A  On the advice and direction of my counsel, I   14:23
12 respectfully decline to answer.  And I assert the   14:23
13 rights guaranteed to me under the Fifth Amendment to   14:23
14 the Constitution of the United States.        14:23
15    Q  And, you would agree that ████████████ ████
16 ████████████  that was derived from Google   14:23
17 confidential information, and reflected in Exhibit 25   14:23
18 on the second page, has economic value because it is   14:23
19 not commonly known?           14:23
20    A  On the advice and direction of my counsel, I   14:23
21 respectfully decline to answer.  And I assert the   14:23
22 rights guaranteed to me under the Fifth Amendment to   14:23
23 the Constitution of the United States.        14:24
24    Q  It's correct that you attended a meeting at   14:24
25 Uber's headquarters in mid-January 2016?       14:24
                                              Page 154

1    A  On the advice and direction of my counsel, I   14:24
2 respectfully decline to answer.  And I assert the   14:24
3 rights guaranteed to me under the Fifth Amendment to   14:24
4 the Constitution of the United States.        14:24
5    Q  At this mid-January 2016 meeting, you     14:24
6 discussed Uber potentially acquiring the new venture   14:24
7 you were planning; correct?           14:24
8    A  On the advice and direction of my counsel, I   14:24
9 respectfully decline to answer.  And I assert the   14:24
10 rights guaranteed to me under the Fifth Amendment to   14:24
11 the Constitution of the United States.        14:24
12    Q  And, at this meeting in mid-January 2016, you  14:24
13 discussed the technology that Uber would be able to   14:24
14 acquire if it bought your new venture; correct?   14:24
15    A  On the advice and direction of my counsel, I   14:25
16 respectfully decline to answer.  And I assert the   14:25
17 rights guaranteed to me under the Fifth Amendment to   14:25
18 the Constitution of the United States.        14:25
19    Q  You met with Brian McClendon at Uber in the  14:25
20 summer of 2015; correct?          14:25
21    A  On the advice and direction of my counsel, I   14:25
22 respectfully decline to answer.  And I assert the   14:25
23 rights guaranteed to me under the Fifth Amendment to   14:25
24 the Constitution of the United States.        14:25
25    Q  You discussed sharing Google's confidential   14:25
                                              Page 155

1 information with Uber at your meeting in -- with Brian  14:25
2 McClendon in the summer of 2015; correct?      14:25
3    A  On the advice and direction of my counsel, I   14:25
4 respectfully decline to answer.  And I assert the   14:25
5 rights guaranteed to me under the Fifth Amendment to   14:25
6 the Constitution of the United States.        14:25
7    Q  By at least January 2016, you understood that  14:25
8 Uber was already interested in investing or acquiring  14:25
9 the new company you were finding?        14:26
10    A  On the advice and direction of my counsel, I   14:26
11 respectfully decline to answer.  And I assert the   14:26
12 rights guaranteed to me under the Fifth Amendment to   14:26
13 the Constitution of the United States.        14:26
14    Q  You agree that Uber -- let me start over   14:26
15 again.                    14:26
16       You agree that Uber's LiDar lens designs are  14:26
17 derived from Google confidential information that you   14:26
18 took from Google?             14:26
19    A  On the advice and direction of my counsel, I   14:26
20 respectfully decline to answer.  And I assert the   14:26
21 rights guaranteed to me under the Fifth Amendment to   14:26
22 the Constitution of the United States.        14:26
23    Q  You agree that Uber would not have been able  14:26
24 to have developed a Li-- -- LiDar lens designs   14:26
25 without using the confidential information that you   14:26
                                              Page 156

1 took from Google?             14:26
2    A  On the advice and direction of my counsel, I   14:26
3 respectfully decline to answer.  And I assert the   14:26
4 rights guaranteed to me under the Fifth Amendment to   14:26
5 the United States Constitution.         14:27
6    Q  You agree that, without the use of      14:27
7 information reflected in the 14,000 documents you   14:27
8 downloaded in December 2015, Uber would not have been  14:27
9 able to develop its own LiDar lens design; correct?   14:27
10    A  On the advice and direction of my counsel, I   14:27
11 respectfully decline to answer.  And I assert the   14:27
12 rights guaranteed to me under the Fifth Amendment to   14:27
13 the Constitution of the United States.        14:27
14    Q  Uber's LiDar laser design was designed using  14:27
15 Google's confidential information, including     14:27
16 information contained in the 14,000 documents you   14:27
17 downloaded from Google in 2015; correct?      14:28
18    A  On the advice and direction of my counsel, I   14:28
19 respectfully decline to answer.  And I assert the   14:28
20 rights guaranteed to me under the Fifth Amendment to   14:28
21 the Constitution of the United States.        14:28
22    Q  The number and configuration of LiDar lasers  14:28
23 in Uber's system is derived from Google confidential   14:28
24 information you took, including information in the   14:28
25 14,000 files you downloaded in December 2015?   14:28
                                              Page 157

40 (Pages 154 - 157)

1    A   On the advice and direction of my counsel, I   14:28
2    respectfully decline to answer.  And I assert the   14:28
3    rights guaranteed to me under the Fifth Amendment to   14:28
4    the Constitution of the United States.   14:28
5    Q   The pulse rate of Uber's LiDar lasers is   14:28
6    derived from confidential information you took from   14:28
7    Google, including information in the 14,000 files you   14:28
8    downloaded in 2015; correct?   14:29
9    A   On the advice and direction of my counsel, I   14:29
10   respectfully decline to answer.  And I assert the   14:29
11   rights guaranteed to me under the Fifth Amendment to   14:29
12   the Constitution of the United States.   14:29
13   Q   Uber's LiDar optical cavity design is derived   14:29
14   from confidential information that you took from   14:29
15   Google, including 14,000 files you downloaded in   14:29
16   December 2015; correct?   14:29
17   A   On the advice and direction of my counsel, I   14:29
18   respectfully decline to answer.  And I assert the   14:29
19   rights guaranteed to me under the Fifth Amendment to   14:29
20   the Constitution of the United States.   14:29
21   Q   You agree that the ████████████   14:29
22   ██████████████████   14:29
23   used by Uber, is derived from confidential information   14:30
24   that you took from Google, including the 14,000 files   14:30
25   you downloaded in December 2015; correct?   14:30

Page 158

1    A   On the advice and direction of my counsel, I   14:30
2    respectfully decline to answer.  And I assert the   14:30
3    rights guaranteed to me under the Fifth Amendment to   14:30
4    the Constitution of the United States.   14:30
5    Q   Did you discuss the substance of your   14:30
6    testimony at all with counsel during any breaks in   14:30
7    today's deposition?   14:30
8    MR. EHRLICH:  I'm going to object on   14:30
9    attorney-client privilege grounds.   14:30
10   And, to the extent it's not covered by   14:30
11   privilege, I'm going to direct you to assert your   14:31
12   constitutional rights.   14:31
13   THE WITNESS:  On the advice --   14:31
14   MR. EHRLICH:  Go ahead.   14:31
15   THE WITNESS:  -- and direction of my counsel,   14:31
16   I respectfully decline to answer.  And I assert the   14:31
17   rights guaranteed to me under the Fifth Amendment to   14:31
18   the Constitution of the United States.   14:31
19   MR. PERLSON:  Well, so are you instruct -- so   14:31
20   I -- I am just asking a yes-or-no question first.   14:31
21   Q   Did you discuss the substance of your   14:31
22   testimony today with counsel during any breaks in   14:31
23   today's deposition?   14:31
24   It's a yes-or-no question.   14:31
25   MR. EHRLICH:  Let me?   14:31

Page 159

1    THE WITNESS:  Maybe I --   14:31
2    MR. EHRLICH:  Yeah, yeah, yeah.   14:31
3    I do think that calls for attorney-client   14:31
4    privileged information.  I'm going to direct him not   14:31
5    to answer.   14:31
6    MR. PERLSON:  Okay.  Have you read   14:31
7    Judge Alsup's rules regarding this?   14:32
8    MR. EHRLICH:  Candidly, I have not read.  If   14:32
9    there's a rule directly on point, I have not.   14:32
10   MR. PERLSON:  Well, why don't we take a   14:32
11   break, and you can read the rule.   14:32
12   MR. EHRLICH:  Okay.  We can do that.   14:32
13   THE VIDEOGRAPHER:  We are going off the   14:32
14   record.  The time is 2:31.   14:32
15   (Recess taken.)   14:32
16   THE VIDEOGRAPHER:  We are back on the record.   14:43
17   The time is 2:42.   14:43
18   MR. EHRLICH:  So --   14:43
19   MR. PERLSON:  Go ahead.   14:43
20   MR. EHRLICH:  So, I've now had a chance to   14:43
21   read the order.  I can -- I do think the question   14:43
22   calls for attorney-client privileged information, and   14:43
23   I'm going to instruct him not to answer.   14:43
24   But, as an Officer of the Court, I will   14:43
25   represent there was no discussion between   14:43

Page 160

1    Mr. Levandowski and either Mr. Ramsey or myself about   14:43
2    the substance of his testimony, period.   14:43
3    There was, however, very brief discussion   14:43
4    between Mr. Levandowski and counsel for Uber, limited   14:43
5    to the subject of his employment history, prior to his   14:43
6    employment at Google.   14:43
7    MS. RAY:  And, to make clear, it had nothing   14:43
8    to do -- we did not discuss your questioning at all.   14:43
9    I asked some informational questions --   14:44
10   MR. EHRLICH:  That's correct.   14:44
11   MS. RAY:  -- of Mr. Levandowski.   14:44
12   MR. EHRLICH:  There -- there was no   14:44
13   discussion about answers he gave or questions you had   14:44
14   asked up to that point in the deposition.   14:44
15   MR. PERLSON:  Okay.   14:44
16   MR. EHRLICH:  And that, other than that very   14:44
17   brief discussion, there's been no further   14:44
18   communication at all.   14:44
19   MR. PERLSON:  And who was -- who specifically   14:44
20   was involved in that discussion?   14:44
21   MR. EHRLICH:  The discussion with   14:44
22   Mr. Levandowski and Uber's counsel was with Ms. Ray.   14:44
23   I believe I was listening.  Mr. Ramsey may have been   14:44
24   present.  And I'm not sure if there was anyone else   14:44
25   there at the time.   14:44

Page 161

41 (Pages 158 - 161)

1    MS. RAY:  It was less than a couple of    14:44
2 minutes, and it was a factual clarification.  Not    14:44
3 related to your questioning; related to my    14:44
4 understanding of something.    14:44
5    MR. PERLSON:  Okay.    14:44
6    MR. EHRLICH:  So, thank you for letting me    14:44
7 clarify the record.    14:44
8    MR. PERLSON:  Okay.    14:44
9    Q  The -- did you do anything to look for    14:44
10 documents in relation to this deposition,    14:45
11 Mr. Levandowski?    14:45
12    MR. EHRLICH:  I'm going to instruct you to    14:45
13 use this one.  Assert your rights.    14:45
14    THE WITNESS:  On the advice and direction of    14:45
15 my counsel, I respectfully decline to answer.  And I    14:45
16 assert the rights guaranteed to me under the Fifth    14:45
17 Amendment to the Constitution of the United States.    14:45
18    MR. PERLSON:  Q.  Do you have documents    14:45
19 responsive to the subpoena document requests that we    14:45
20 propounded on you?    14:45
21    MR. PERLSON:  I'm going to direct    14:45
22 Mr. Levandowski to assert his rights.    14:45
23    But I can address that, if you would like me    14:45
24 to, on the record.    14:45
25    MR. PERLSON:  I would, but I --    14:45

Page 162

1    THE WITNESS:  Okay.    14:45
2    MR. PERLSON:  Why don't you do this first.    14:45
3    THE WITNESS:  Yeah.    14:46
4    On the advice and direction of my counsel, I    14:46
5 respectfully decline to answer.  And I assert the    14:46
6 rights guaranteed to me under the Fifth Amendment to    14:46
7 the Constitution of the United States.    14:46
8    MR. EHRLICH:  And, Counsel, to address that,    14:46
9 we have been searching, racing as fast as possible to    14:46
10 search in every location we can come up with, that may    14:46
11 have responsive documents.    14:46
12    As of this morning, when we appeared for the    14:46
13 deposition, we have not located any responsive    14:46
14 non-privileged documents.  We are continuing to    14:46
15 search, of course.    14:46
16    And, as Counsel knows, Judge Alsup has    14:46
17 ordered us to produce in-camera a log identifying any    14:46
18 documents that are responsive at all to which we    14:46
19 assert any privileges.  And we will certainly comply    14:46
20 with that order on Wednesday.    14:47
21    But, as of today, there are no responsive    14:47
22 non-privileged documents that we have located.    14:47
23    MR. PERLSON:  Okay.  And, when you say    14:47
24 "non-privileged," that obviously includes the Fifth    14:47
25 Amendment privilege?    14:47

Page 163

1    MR. EHRLICH:  Correct.  It does include the    14:47
2 Fifth Amendment, as well as other -- as    14:47
3 attorney-client privilege.  But, primarily, the issue    14:47
4 at hand is the -- is the Fifth Amendment privilege as    14:47
5 well.    14:47
6    MR. PERLSON:  And the Fifth Amendment is    14:47
7 being asserted by Mr. Levandowski as to the document    14:47
8 requests as modified by the judge at the hearing on    14:47
9 Wednesday; is that correct?    14:47
10    MR. EHRLICH:  Correct.  We -- as we made    14:47
11 clear at the hearing, we intend to assert    14:47
12 Mr. Levandowski's Fifth Amendment privilege broadly as    14:47
13 against any active production that would be covered    14:47
14 under the Hubbel [sic] line of cases.    14:47
15    And so, that is something -- the -- the    14:47
16 standard practice for Fifth Amendment privilege is to    14:48
17 make an in-camera showing so the judge could evaluate    14:48
18 whether the privilege is being asserted properly or    14:48
19 not, and we intend to do that.    14:48
20    MR. PERLSON:  Okay.  Well, we don't need to    14:48
21 talk further about that on the record.    14:48
22    MR. EHRLICH:  Thank you.    14:48
23    MR. PERLSON:  I think that's it --    14:48
24    MR. EHRLICH:  Okay.    14:48
25    MR. PERLSON:  -- from us.    14:48

Page 164

1    MS. RAY:  I have some questions.  May I    14:48
2 switch seats with you?    14:48
3    MR. PERLSON:  Sure.    14:48
4    THE VIDEOGRAPHER:  Shall we go off the record    14:48
5 to do this?    14:48
6    MS. RAY:  Sure.    14:48
7    THE VIDEOGRAPHER:  We are going off the    14:48
8 record.  The time is 2:48.    14:48
9    (Recess taken.)    14:48
10    THE VIDEOGRAPHER:  We are back on the record.    14:50
11 The time is 2:50.    14:50
12                    14:50
13    EXAMINATION    14:50
14 BY MS. RAY:    14:50
15    Q  Mr. Levandowski, do you recall that your    14:50
16 counsel stated, during this deposition, that if there    14:50
17 were questions about your background before you joined    14:50
18 Google, you would answer them?    14:50
19    MR. PERLSON:  Objection; form.    14:51
20    THE WITNESS:  Does that mean I answer or not?    14:51
21 I'm not clear.    14:51
22    MR. EHRLICH:  If he objects, you still have    14:51
23 to answer.    14:51
24    THE WITNESS:  I still have to answer.  Okay.    14:51
25    MR. EHRLICH:  You can answer.    14:51

Page 165

42 (Pages 162 - 165)

1      THE WITNESS: I -- I do remember saying that,   14:51
2  yes.                                        14:51
3      MS. RAY: Q. So, let me ask you some --   14:51
4  A  Or I do remember --                     14:51
5  Q  Let me ask you some questions about your   14:51
6  background.                                  14:51
7      Where were you born?                    14:51
8  A  I was born --                            14:51
9      MR. EHRLICH: You can answer.            14:51
10     THE WITNESS: Okay.                       14:51
11  I was born in Brussels, Belgium.            14:51
12     MS. RAY: Q. Where were you raised?       14:51
13  A  I was raised in Brussels, Belgium, until I   14:51
14  was 14, and then I came to the United States.   14:51
15  Q  And, did you come to California then?    14:51
16  A  I did, yes.                              14:51
17  Q  Do you have any children?               14:51
18  A  I do, yes.                               14:51
19  Q  What are their ages?                    14:51
20  A  I have two. Alex is six, and Miles is three.   14:51
21  Q  I'd like to ask you some questions about your   14:51
22  education.                                   14:51
23     Where did you attend high school?        14:51
24  A  I went to two high schools. First is     14:51
25  Tamalpais High School in Marin County, and then   14:51

Page 166

1  University High School in San Francisco.     14:52
2  Q  When did you graduate from high school?   14:52
3  A  In 1998.                                  14:52
4  Q  Did you go to college?                   14:52
5  A  I did, yes.                               14:52
6  Q  Where did you go to college?             14:52
7  A  I went to college at UC Berkeley for      14:52
8  undergrad and grad school.                   14:52
9  Q  When did you graduate from undergrad?     14:52
10  A  In 2002.                                 14:52
11  Q  When did you graduate from graduate school?   14:52
12  A  In 2003.                                 14:52
13  Q  What was your major during undergrad?     14:52
14  A  I studied industrial engineering and      14:52
15  operations research.                         14:52
16  Q  And what was your master's degree in?     14:52
17  A  It was in industrial engineering and      14:52
18  operations research, as well as management of   14:52
19  technology.                                  14:52
20  Q  While you were in high school, did you have   14:52
21  any business ventures?                       14:52
22  A  I did, yes.                              14:52
23  Q  What were they?                         14:52
24  A  I started selling candy freshman year to the   14:52
25  fellow students there. And then, I built websites,   14:52

Page 167

1  and I built a website for seeing the inside locations   14:53
2  of things. I made a map of campus.            14:53
3  Q  Can you give me an example of a website that   14:53
4  you built for seeing the inside of things.    14:53
5  A  So, the Tamalpais High School website had an   14:53
6  internal version that described this system where   14:53
7  there was, you know, pictures that you could navigate   14:53
8  and click through and see forward or back or around.   14:53
9      You know, there's other websites that I    14:53
10  created later on post-high school. Once -- one was an   14:53
11  internal website for a company called Central Garden   14:53
12  and Pets which allowed the business to share internal   14:53
13  information about their customers and their products,   14:53
14  as well as their employees; similar things that you   14:53
15  call, you know, intranets today.             14:53
16  Q  Why did you build the website so that you   14:54
17  could see the inside of the high school?      14:54
18  A  I received the first digital camera from my   14:54
19  family, and I thought it was interesting to be able to   14:54
20  take pictures and kind of visit a location remotely.   14:54
21  I thought that would be interesting to have the   14:54
22  students to be able to show off the school, as well as   14:54
23  show that off to my friends and my mom, who lived in   14:54
24  Belgium still.                               14:54
25  Q  When you were an undergraduate, did you have   14:54

Page 168

1  any business ventures?                       14:54
2  A  I did, yes.                              14:54
3  Q  What was one of your businesses during      14:54
4  undergrad?                                   14:54
5  A  It was called La Raison, and it was the --   14:54
6      MR. EHRLICH: How do you spell that?       14:54
7      THE WITNESS: L-A, R-A-I-S-O-N.            14:54
8      MS. RAY: Q. And what was La Raison?       14:54
9  A  It was a business that was making websites   14:54
10  and intranets for other businesses.           14:54
11  Q  When did you get involved with autonomous or   14:55
12  driverless vehicles?                         14:55
13  A  It started in a class where we were learning   14:55
14  Java and robotics with Professor Roger Glassey. And   14:55
15  we built self-driving vehicles out of, you know, Lego   14:55
16  Mindstorms using the Java programming language.   14:55
17      MR. EHRLICH: Did you say Lego?            14:55
18      THE WITNESS: Lego, L-E-G- -- like the toys   14:55
19  that my kids play with now.                  14:55
20      MS. RAY: Q. Did this work receive any    14:55
21  recognition?                                 14:55
22  A  Well, after the class, I entered a         14:55
23  competition which was several universities competing,   14:55
24  including, I believe, Stanford and Santa Clara   14:55
25  University, that was organized by the Sun    14:55

Page 169

43 (Pages 166 - 169)

1  Microsystems, and specifically organized by the folks  14:55
2  that created the -- the language of Java.       14:55
3       And it was competing for what they -- at the  14:55
4  time was the Gosling Award, which was named after  14:56
5  James Gosling, who is the inventor of Java.     14:56
6       And for that, I created a monopoly build   14:56
7  sorting robots that won the competition.  I then  14:56
8  received the Gosling Award.                     14:56
9  Q  Earlier we heard about the DARPA Challenge.  14:56
10       How did you learn about that challenge?   14:56
11  A  My mom knew how much I loved robots and that  14:56
12  I loved making things.  And she gave me a call when  14:56
13  she found out about this competitions sponsored by the  14:56
14  defense department.  And she thought it was really  14:56
15  exciting for me to be able to know that I was going  14:56
16  on.  And when I saw it, I couldn't resist, and I  14:56
17  decided to enter.                               14:56
18  Q  Can you tell me a little bit more about what  14:56
19  the DARPA race was.                             14:56
20  A  So, the DARPA Grand Challenge was a set of  14:56
21  three competitions.  The -- the first one was  14:56
22  obviously, we didn't know there was going to be a  14:56
23  follow-up system.                               14:57
24       And it was a -- effectively, it was a race  14:57
25  from LA to Vegas across the desert.  It was really  14:57
                                          Page 170

1  building the Ghost Rider?                       14:58
2  A  I built a substantial portion of it myself,  14:58
3  but I also created a team to help me build the tools  14:58
4  and software and hardware to make the system work.  14:58
5  Q  Was the Ghost Rider ever used on public    14:58
6  streets?                                        14:58
7  A  It was.  We did some testing on -- on public  14:58
8  roads prior to the event to make sure that it was able  14:58
9  to go up certain hills and stay in -- in the right  14:58
10  lanes and so forth.                             14:59
11  Q  Where did you do that testing on public     14:59
12  streets?                                        14:59
13  A  We did that in Richmond, California.        14:59
14  Q  How many other two-wheeled entrants were in  14:59
15  that same competition?                          14:59
16  A  There were none.  It was, frankly, a pretty  14:59
17  crazy idea to go and make things even harder than  14:59
18  everybody already believed the challenge to be.  14:59
19  Q  Why was it harder to have a two-wheel --    14:59
20  two-wheel entry?                                14:59
21  A  Well, to get a car to move down the street,  14:59
22  you know, 20 feet, you can kind of apply a little bit  14:59
23  of accelerator and not steer, and the vehicle will do  14:59
24  that.                                           14:59
25       To get a motorcycle to move forward, you have  14:59
                                          Page 172

1  Barstow to Vegas, you know, across the desert.  And  14:57
2  the goal was to release a vehicle into the world on  14:57
3  its own without any remote control or assistance in  14:57
4  order to try to get, you know, a piece of equipment  14:57
5  from one location to the next without any supervision  14:57
6  or input.                                       14:57
7       And, it was kind of a monumental step in  14:57
8  thinking how things were done before, where    14:57
9  previously, the defense department, clearly wanting to  14:57
10  move materials and troops from one point to the other,  14:57
11  had done contract works for specific objectives, and  14:57
12  the progress had been very slow.                14:57
13       And so, this DARPA was attempting to      14:57
14  circumvent that by having a competition that was just  14:57
15  clean, saying, Here is the start.  Here is the finish.  14:57
16  We'll give you a road that you can follow, in other  14:58
17  words.  And then we'll -- you'll turn the switch and  14:58
18  let the vehicle go through and see if it makes it or  14:58
19  not.                                            14:58
20  Q  What was your entry into the DARPA Challenge?  14:58
21  A  The entry was called Ghost Rider, and it was  14:58
22  a two-wheeled motorcycle.  It was the first of its  14:58
23  kind, to our knowledge, at that time and, you know,  14:58
24  self-driving motorcycle.                        14:58
25  Q  What was your personal contribution to      14:58
                                          Page 171

1  to build a lot of technology beforehand to make it to  14:59
2  be able to just drive in a straight line.  And so,  14:59
3  you're just making the problem harder than it needs to  14:59
4  be.                                             14:59
5  Q  How did the Ghost Rider do in the           14:59
6  competition?                                    14:59
7  A  It didn't do as well as I was hoping.  It --  14:59
8  it turned out that the complexities and challenges of  15:00
9  adding the balancing before you could start testing  15:00
10  all of the other navigation and optical were hard.  15:00
11       But, on the first year, we actually did   15:00
12  manage to qualify.  And out of the 109 teams or so  15:00
13  that applied, you know, 14 or so qualified, and we  15:00
14  were one of them.                               15:00
15       On the day of the race, I -- I made a     15:00
16  mistake, and I forgot to turn on the software for  15:00
17  stabilizing the vehicle.  And the -- the motorcycle  15:00
18  went out of the gate and fell down.  So that was very  15:00
19  embarrassing.                                   15:00
20  Q  What happened to the Ghost Rider after the  15:00
21  race?                                           15:00
22  A  We used it again for the following          15:00
23  competition, which was, I think, a year or so later.  15:00
24  And then after that one, where the performance was  15:00
25  much better than before, the Smithsonian thought that  15:00
                                          Page 173

44 (Pages 170 - 173)

1 it was pretty unique and novel and new, and so they   15:00
2 requested it for an exhibit on autonomous vehicles.   15:01
3 And I donated it to the Smithsonian, where it is   15:01
4 today.   15:01
5   Q   After graduate school, where did you work?   15:01
6   A   After graduate school, so I -- long day, so I   15:01
7 don't have the whole chronology down.   15:01
8     But I did a couple of things, one of which   15:01
9 was I was the -- having met all of the teams in a very   15:01
10 nonthreatening way by making a robotic motorcycle   15:01
11 through the Grand Challenge, one of the teams was Team   15:01
12 Dad.  Dad, are we there yet?  And it was by Bruce Hall   15:01
13 and Dave Hall, the founders of Velodyne Acoustics who,   15:01
14 at the time for the first Grand Challenge, made a   15:01
15 stereo camera, and in the second Grand Challenge made   15:01
16 a 360 laser that has evolved into the Velodyne that   15:02
17 they sell today.   15:02
18     And, after the race, I helped them get their   15:02
19 unit from the early, early prototype that just   15:02
20 outputted video data, as well as specific outputs,   15:02
21 into outputting Ethernet packets so that others could   15:02
22 use it.   15:02
23     And then, I became also the first Velodyne   15:02
24 sales rep.  And then I, you know, went around and   15:02
25 traveled and met many of the teams that were building   15:02

Page 174

1 these vehicles and helped them get the Velodyne and   15:02
2 helped them integrate and just understand what this   15:02
3 new sensor could do for -- for their teams.   15:02
4   Q   When you say that you were working on the   15:02
5 prototype that evolved into the Velodyne they sell   15:02
6 today, do you mean the LiDar that Velodyne --   15:02
7   A   Correct, the LiDar, yes.   15:02
8   Q   -- sells -- sells today?   15:02
9   A   There is a LiDar Gen 1, which was about this   15:02
10 large, which is in the Smithsonian as well.   15:03
11     And, for people to understand what the value   15:03
12 of that was, looking at a video screen wasn't enough.   15:03
13 You want to be able to get Ethernet packets.  And Dave   15:03
14 Hall was working on getting that working.   15:03
15     And I remember a couple of times where, in   15:03
16 getting that ready for demonstration and sale, I   15:03
17 helped him get the Ethernet devices, you know, up and   15:03
18 running.   15:03
19   Q   What else did you do after graduate school   15:03
20 around that time after you graduated?   15:03
21   A   I had -- I took the software for the Ghost   15:03
22 Rider and applied that to self-driving tractors so   15:03
23 that you -- a farmer could actually go and, you know,   15:03
24 ride along the tractor, and the tractor would go very   15:03
25 precisely straight down the whole field, and it could   15:03

Page 175

1 manually turn around and precisely drive back so that   15:03
2 you could plant your seeds in one specific time, and   15:04
3 then harvest them at a very different specific time,   15:04
4 and abstract out the skill of the operator and turn   15:04
5 that into the machine.   15:04
6   Q   What did you do next after that project?   15:04
7   A   After that, we -- this is where I worked with   15:04
8 Professor Thrun and a couple of his students, and we   15:04
9 started a company that was known as -- as VueTool.  I   15:04
10 don't recall if we actually founded the company, but   15:04
11 we did have a company together, and we called it that.   15:04
12     And we made a demo of kind of an evolution of   15:04
13 something called Movie Maps that was made by an MIT   15:04
14 professor -- I think an MIT professor -- a while back,   15:04
15 where you could actually view the world as kind of a   15:04
16 person would be there without actually physically   15:05
17 being in that location.   15:05
18     And we did that where we drove around   15:05
19 San Francisco and built maps so you could just drop   15:05
20 yourself in a location in San Francisco and see   15:05
21 that -- what the specific area looked like.   15:05
22   Q   Did that project involve LiDar?   15:05
23   A   There was a LiDar on the vehicle that we were   15:05
24 collecting information on.  The generating of the   15:05
25 pictures did not use it, but we were logging laser   15:05

Page 176

1 information as well.   15:05
2   Q   What ultimately happened with VueTool?   15:05
3   A   The -- the VueTool team and technology ended   15:05
4 up at Google through an acquisition, even though it   15:05
5 wasn't --   15:05
6     MR. EHRLICH:  Okay.  Excuse me, Counsel.   15:05
7     I'm -- Mr. Levandowski, I'm going to instruct   15:05
8 you not to give any answers that reference activities   15:05
9 after you started -- after that first day you started   15:05
10 at Google.   15:05
11     THE WITNESS:  Okay.   15:05
12     MR. EHRLICH:  Okay.   15:05
13     THE WITNESS:  Okay.   15:05
14     MS. RAY:  Q.  What became of your VueTool   15:05
15 product?   15:06
16   A   The VueTool product team joined Google, and   15:06
17 then what it became there is something that happened   15:06
18 afterwards.  But it's -- it was about building   15:06
19 pictures of seeing the world so you can --   15:06
20     MR. EHRLICH:  You can give the name, if   15:06
21 there's any --   15:06
22     THE WITNESS:  The name -- Street View is --   15:06
23 is what the technology and team eventually became.   15:06
24     MR. EHRLICH:  Okay.   15:06
25     MS. RAY:  Q.  Did you ever work at a company   15:06

Page 177

45 (Pages 174 - 177)

1 called ENSCO?                                    15:06
2    A   I did, yes.                               15:06
3    Q   What was ENSCO?                           15:06
4    A   ENSCO stands for Engineering Science and  15:06
5 Computers, and it's a research organization where I   15:06
6 helped build simulators for understanding how    15:06
7 self-driving vehicles would go and navigate the world.  15:06
8       And I helped put proposals on how to       15:06
9 integrate cameras and LiDar for augmenting the    15:06
10 resolution and the depth of specific information.  15:06
11      So, if you had a picture and a set of points  15:07
12 from a laser, you could extract more information by   15:07
13 combining the two than just using them separately.   15:07
14   Q   Have we discussed all of your business and   15:07
15 employment ventures before you started at Google at   15:07
16 this point?                                       15:07
17   A   I think so, but I don't know.  There may be a   15:07
18 couple of other ones I don't recall right now.    15:07
19   Q   Thank you.                                 15:07
20      MS. RAY:  I don't have any further questions.  15:07
21      THE WITNESS:  Okay.  Thank you.             15:07
22      MR. PERLSON:  I'm going to have some.  Why   15:07
23 don't you stop.                                   15:07
24      THE VIDEOGRAPHER:  Do you want me to go off?   15:07
25      MR. PERLSON:  Yeah.                         15:07

Page 178

1       THE VIDEOGRAPHER:  We are going off the     15:07
2 record.  The time is 3:07.                         15:07
3       (Recess taken.)
4       THE VIDEOGRAPHER:  We are back on the record.  15:08
5 The time is 3:08.                                  15:08
6       MS. RAY:  Before I forget, can we designate  15:08
7 this transcript "Attorneys' Eyes Only"?  And then  15:08
8 we'll go through the process of de-designating.    15:08
9       MR. PERLSON:  That's acceptable.            15:08
10      MS. RAY:  Great.                            15:08
11      MR. EHRLICH:  Thank you.                    15:08
12                                                  15:08
13           FURTHER EXAMINATION                    15:08
14 BY MR. PERLSON:                                   15:08
15   Q   Mr. Levandowski, you understand that Ms. Ray  15:08
16 is Uber's lawyer?                                  15:08
17   A   I do understand that, although I do think  15:08
18 that MoFo is also representing me.                 15:08
19   Q   And --                                     15:08
20      MR. EHRLICH:  Can I just say, your          15:08
21 understanding is that MoFo represents you.  Not in  15:08
22 this matter, however; correct?                     15:08
23      THE WITNESS:  Correct, yes.                 15:09
24      MR. EHRLICH:  Okay.                         15:09
25      MR. PERLSON:  Q.  But even though Ms. Ray   15:09

Page 179

1 represents Uber in this case, she didn't ask you any   15:09
2 questions about what you did at Uber; did she?     15:09
3    A   I --                                       15:09
4       MR. EHRLICH:  You can answer that.          15:09
5       THE WITNESS:  Yeah, I -- she did not ask me   15:09
6 any questions about what I do at Uber.             15:09
7       MR. PERLSON:  Q.  And Uber is a defendant in   15:09
8 this case?  You understand that?                   15:09
9    A   I do understand that, yeah.                15:09
10   Q   Don't you think that's a little strange, that   15:09
11 Uber's counsel didn't ask you any questions about what   15:09
12 you did at Uber?                                   15:09
13   A   Well, I did clarify that I was only answering   15:09
14 questions about things that I did before I joined   15:09
15 Google.  And I did not join Uber before I joined   15:09
16 Google.                                           15:09
17   Q   And what you did before you joined Google   15:09
18 doesn't have any bearing on whether you stole     15:09
19 documents from Google; does it?                    15:09
20      MR. EHRLICH:  You can answer, as long as you   15:09
21 confine your answer to what happened before you joined   15:10
22 Google.                                           15:10
23      MS. RAY:  Objection; form.                  15:10
24      THE WITNESS:  What I -- what I did before I   15:10
25 joined Google does not affect the things that I did   15:10

Page 180

1 after I joined Google.                             15:10
2       MR. PERLSON:  And, Ms. Ray talked about     15:10
3 things you had done from an engineering perspective   15:10
4 before you joined Google.                          15:10
5    Q   But, if you were such an accomplished      15:10
6 engineer, why did you steal 14,000 documents from   15:10
7 Google?                                           15:10
8       MS. RAY:  Objection; form.                  15:10
9       THE WITNESS:  On the advice of -- on -- on   15:10
10 the advice and direction of my counsel, I respectfully   15:10
11 decline to answer.  And I assert the rights guaranteed   15:10
12 to me under the Fifth Amendment to the Constitution to   15:10
13 the United States.                                15:10
14      MR. PERLSON:  Q.  Don't you think that the   15:10
15 jury would be more interested in whether you stole   15:10
16 14,000 documents from Google than what you did before   15:11
17 you were at Google?                                15:11
18      MS. RAY:  Objection; form.                  15:11
19      THE WITNESS:  On the advice and direction of   15:11
20 my counsel, I respectfully decline to answer.  And I   15:11
21 assert the rights guaranteed to me under the Fifth   15:11
22 Amendment of the Constitution to the United States.   15:10
23      MR. PERLSON:  Q.  Don't you think that the   15:11
24 question of whether you stole 14,000 documents and   15:11
25 used them at Uber is more relevant to this case than   15:11

Page 181

46 (Pages 178 - 181)

1 anything that Ms. Ray asked you?          15:11
2     MS. RAY:  Objection; form.          15:11
3     THE WITNESS:  On the advice and direction of   15:11
4 my counsel, I respectfully decline to answer.  And I   15:11
5 assert the rights guaranteed to me under the Fifth   15:11
6 Amendment of the Constitution to the United States.   15:10
7     MR. PERLSON:  Q.  Did the clarification that   15:11
8 Ms. Ray asked of you during this deposition today have   15:11
9 anything to do with the subject matter that was   15:11
10 addressed in her examination of you that just preceded  15:11
11 me?                          15:11
12     MS. RAY:  Objection.          15:11
13     I instruct him not to answer on          15:12
14 attorney-client privilege grounds.          15:12
15     MR. EHRLICH:  And I instruct you to follow   15:12
16 that -- that instruction as well.          15:12
17     MS. RAY:  I'll represent to you, all I did   15:12
18 was ask a factual clarification.          15:12
19     MR. PERLSON:  If you --          15:12
20     MS. RAY:  But I'm not going to let him talk   15:12
21 to you about privileged matters.          15:12
22     MR. PERLSON:  I'll reserve all rights on   15:12
23 that, but we can deal with that later.          15:12
24     That's all.          15:12
25     THE WITNESS:  Thank you.          15:12

Page 182

1     THE VIDEOGRAPHER:  Okay.  This marks the end   15:12
2 of DVD No. 3 in the deposition of Anthony Levandowski.  15:12
3     We are going off the record.  The time is   15:12
4 3:12 p.m.                          15:12
5     THE REPORTER:  Counsel, did you need a copy?   15:12
6     MR. EHRLICH:  I think we will.          15:12
7     MS. RAY:  Can you e-mail Ethel and ask her   15:13
8 for the order?  We have a standing order.          15:13
9     THE REPORTER:  They have a standing for   15:13
10 immediate delivery today.  Are you wanting it the same  15:13
11 time everybody else gets it?          15:13
12     MS. RAY:  Yes.          15:13
13     MR. EHRLICH:  Sure, sure.  That's -- we do.   15:13
14     (WHEREUPON, the deposition ended          15:13
15     at 3:13 p.m.)          15:13
16         ---oOo---
17
18
19
20
21
22
23
24
25

Page 183

1          CERTIFICATE OF REPORTER
2
3     I, ANDREA M. IGNACIO, hereby certify that the
4 witness in the foregoing deposition was by me duly
5 sworn to tell the truth, the whole truth, and nothing
  but the truth in the within-entitled cause;
6     That said deposition was taken in shorthand
7 by me, a disinterested person, at the time and place
8 therein stated, and that the testimony of the said
  witness was thereafter reduced to typewriting, by
9 computer, under my direction and supervision;
10     That before completion of the deposition,
11 review of the transcript [ ] was [x] was not
  requested.  If requested, any changes made by the
12 deponent (and provided to the reporter) during the
13 period allowed are appended hereto.
14     I further certify that I am not of counsel or
15 attorney for either or any of the parties to the said
16 deposition, nor in any way interested in the event of
  this cause, and that I am not related to any of the
17 parties thereto.
18 Dated: April 14, 2017
19
20
21
22
23
24     ANDREA M. IGNACIO,
25     RPR, CRR, CCRR, CLR, CSR No. 9830

Page 184

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

**[& - 3:08]**

| & |
| --- |
| **&** 2:14 3:4 4:4 |
| 7:14,17 32:10 |
| 38:19,20 41:9,10 |

| 0 |
| --- |
| **0** 150:23,24 |
| **00939** 1:8 2:7 6:21 |

| 1 |
| --- |
| **1** 1:25 150:18,23 |
| 175:9 |
| **1,000** 27:3 |
| **109** 173:12 |
| **11** 60:1,8,22 61:4 |
| 61:12 62:10 68:2 |
| 68:10 143:9 |
| **11th** 60:14 62:1 |
| 67:20 133:16 |
| **12** 149:16,22 150:3 |
| 150:8 151:17,24 |
| 152:16 |
| **12th** 98:8 |
| **13** 98:22 99:5,16 |
| **135** 5:13 |
| **13th** 98:15 |
| **14** 1:18 2:14 6:2 |
| 21:9 62:17,24 |
| 63:6,22 64:5 |
| 166:14 173:13 |
| 184:18 |
| **14,000** 14:24 15:6 |
| 15:13,20 16:2,12 |
| 16:20 17:4 19:21 |
| 20:3,10,18 21:10 |
| 21:19 23:13,16,22 |
| 24:5,12,18,21 25:3 |
| 25:11,17 26:1,10 |
| 35:17 36:24 41:25 |
| 44:15 45:6,13 |
| 47:5,14 48:4 |
| 53:15,23 60:16 |

61:11,19 62:2,9
63:7,15,23 64:6,23
67:5 70:20 71:3,9
71:15,22 72:4,11
72:21 73:3,10,18
73:24 74:6 75:21
76:3,14,20 77:4,13
77:15,23 78:1,10
79:10 99:7,17
140:1,20 141:3
148:3,12 157:7,16
157:25 158:7,15
158:24 181:6,16
181:24

| **142** 5:14 |
| --- |
| **14th** 6:11 63:14,22 |
| 67:6 |
| **15** 70:21 71:4 76:4 |
| 99:8 |
| **15th** 55:3 |
| **165** 5:7 |
| **179** 5:6 |
| **18** 64:13,20 |
| **184** 1:25 |
| **1998** 167:3 |
| **1:06** 111:2,6 |
| **1:36** 134:8 |
| **1:37** 134:11 |
| **1:55** 144:16 |

| 2 |
| --- |
| **2** 54:16,16 58:15 |
| 61:5 99:5,18 |
| 115:25 116:20 |
| 153:16 |
| **20** 172:22 |
| **2002** 81:4 167:10 |
| **2003** 82:3,9 167:12 |
| **2004** 84:5 88:17 |
| 89:11,20 |
| **2006** 82:10 84:12 |

| **2007** 84:12,20 |
| --- |
| **2009** 113:6 |
| **2011** 113:6 |
| **2013** 59:11 128:23 |
| **2015** 48:18 49:4 |
| 54:5,6,16,17 55:7 |
| 55:7,18 56:1,8,16 |
| 56:24 57:6,13,19 |
| 58:19 59:20 60:1 |
| 60:8,14,22 61:4,12 |
| 62:1,10,17,24 63:6 |
| 63:14,22 64:5,13 |
| 64:20 67:6,21 |
| 70:21 71:4,10,16 |
| 71:22 72:4,12,21 |
| 73:10,18,25 74:7 |
| 75:22 76:4,15,21 |
| 77:5,16,24 78:2,11 |
| 79:11 99:9,18 |
| 133:11 140:2,20 |
| 141:4 143:24 |
| 144:8 145:2,11,17 |
| 148:3,13 153:18 |
| 153:25 155:20 |
| 156:2 157:8,17,25 |
| 158:8,16,25 |
| **2016** 10:15 12:13 |
| 18:25 19:14,20 |
| 20:2,9 28:23 31:1 |
| 31:7,14 34:5,12 |
| 48:18 65:10,17,24 |
| 66:6,15,23 67:14 |
| 67:20 68:2,10 |
| 78:20 79:5,18 |
| 84:20 95:17 96:8 |
| 98:8,16,22 99:5,16 |
| 100:15 133:16,23 |
| 134:13,18 154:25 |
| 155:5,12 156:7 |
| **2017** 1:18 2:14 6:2 |
| 6:11 184:18 |

| **20th** 55:25 |
| --- |
| **213.892.5446** 4:8 |
| **2200** 2:15 3:7 |
| **22nd** 55:18 |
| **25** 5:13 135:22 |
| 136:1 139:11,17 |
| 140:1,8 141:11,21 |
| 142:15 143:3 |
| 145:24 146:1,3,15 |
| 147:23 149:12 |
| 150:8 151:11 |
| 153:1,16 154:9,17 |
| **2594023** 1:24 |
| **2598.426** 150:17 |
| **25th** 54:5,16 55:7 |
| 56:8 |
| **26** 5:14 56:24 |
| 142:6,11,21 143:2 |
| 143:8,15,22 144:6 |
| 145:3,18 |
| **26th** 56:16 |
| **280** 133:10,17,23 |
| **29** 31:1,7,14 34:5 |
| 34:11 |
| **29th** 28:23 |
| **2:06** 144:22 |
| **2:31** 160:14 |
| **2:42** 160:17 |
| **2:48** 165:8 |
| **2:50** 165:11 |
| **2nd** 54:5,15,16 |
| 55:7 |

| 3 |
| --- |
| **3** 116:6,20 144:20 |
| 183:2 |
| **3.0** 62:18 |
| **317** 6:21 |
| **360** 174:16 |
| **3:07** 179:2 |
| **3:08** 179:5 |

**[3:12 - advice]**

**3:12**  183:4
**3:13**  2:17 183:15
**3:17**  1:8 2:7
**3rd**  57:6,13,19
  58:19 59:11,20
  65:10,17,24 66:6
  66:15,23 67:13
  79:4,18

**4**

**415.875.6600**  3:9
**45**  62:18
**464**  117:21

**5**

**50**  2:15 3:7 6:19
**510**  111:9,24 112:9
  112:17,25 113:5
  113:12,22 114:3,3
  114:10,15 133:4
**510.548.3600**  3:19

**6**

**6**  133:23
**6000**  4:6
**680**  21:20 22:15
  23:1

**7**

**707**  4:6
**79.1**  150:22

**8**

**8**  5:6
**8,836,922**  117:3
**803**  3:17

**9**

**9,285,464**  117:3
**9.7**  60:22
**90017**  4:7
**922**  117:21
**94111**  2:16 3:8
**94710**  3:18

**9830**  1:23 2:19
  184:25
**9:22**  21:4
**9:44**  36:5

**a**

**a.m.**  2:17 6:3,11
  21:4,7
**able**  24:22 25:4
  99:14 139:16,24
  144:4 148:10
  153:25 155:13
  156:23 157:9
  168:19,22 170:15
  172:8 173:2
  175:13
**abstract**  176:4
**accelerate**  16:3
  20:11,19
**accelerator**  172:23
**accept**  33:12
**acceptable**  9:1
  179:9
**access**  55:16,24
  56:7 60:3 65:4
  70:7 121:18 122:1
  122:7,14,14
  124:14
**accessing**  56:25
  123:4
**accomplish**  103:15
  103:24 104:5,14
  104:23
**accomplished**
  181:5
**accurate**  8:21
  10:19 151:11
**acoustics**  174:13
**acquire**  135:9
  155:14
**acquired**  12:6,13
  14:19 16:14 19:14

43:11 134:12,18
  134:23 135:3,4
**acquiring**  132:13
  132:20 155:6
  156:8
**acquisition**  17:9
  22:2 31:8,20 32:2
  32:11,20 33:1,17
  33:20 34:4,11,18
  34:24 35:9,16
  36:22 41:24 43:13
  43:19 44:6,14
  45:5,13,21 46:12
  50:14 73:4 74:14
  75:1 177:4
**acquisitions**  133:5
**acting**  75:8
**active**  164:13
**activities**  123:6
  177:8
**adding**  173:9
**address**  162:23
  163:8
**addressed**  182:10
**advance**  114:10
**advanced**  22:8
**advances**  89:17
**advice**  10:1,7,22
  11:5,5,13,20 12:1
  12:8,15,21 13:4,11
  13:17 14:1,7,13,20
  15:2,9,16,23 16:7
  16:15,22 18:19
  19:1,9,16,23 20:5
  20:13,21 21:14,22
  22:4,11,21 23:3,9
  23:18,25 24:7,14
  24:24 25:6,13,20
  26:5,12,23 27:11
  28:2,9 31:3,8,10
  31:15,20,22 32:3

32:12,21 33:7,15
  33:25 34:2,6,13,19
  35:3,10,19 37:17
  37:25 43:14 46:7
  46:24 47:8,15
  48:5,11,23 49:7,13
  49:19,25 50:7,15
  50:22 51:4,11,17
  51:23 52:5,17,24
  53:6,8,17 54:1,11
  55:11 56:2,12,19
  57:2,9,15,23 58:22
  59:5,14,22 60:4,10
  60:17,24 61:7,15
  61:22 62:5,13,20
  63:2,10,18 64:1,9
  64:16,25 65:6,13
  65:20 66:2,10,18
  67:1,9,16 68:6,13
  68:21 69:6,13,20
  70:2,9,16,23 71:5
  71:11,17,24 72:6
  72:15,23 73:5,12
  73:19 74:1,9,15,21
  75:4,12,23 76:9,16
  76:23 77:7,19
  78:6,15,24 79:6,13
  79:20 80:11,17,23
  81:12 82:4,11
  84:6,13,21 87:4,5
  87:12 88:2,11,19
  89:13,25 90:8,15
  90:22 91:4,11,19
  91:25 92:5,11
  93:1,10,16 94:5,12
  94:18,24 95:6,12
  95:19 96:3,12,19
  97:8,16,23 98:4,11
  98:18,25 99:10,19
  100:11,17,23
  101:12,19 102:1,9

**[advice - amendment]**

102:17,24 103:9
103:17,25 104:18
105:1,11,17,23
106:5,15,24 107:7
107:13,20 108:3
108:12,19 109:3
109:12,19 110:1
110:10 111:10,19
112:1,12,19 113:1
113:8,16,16,23
114:5,11,17,24
115:5,13,20 116:1
116:7,15,23
117:14,22 118:14
119:1,8,18,24
120:5,11,17,24
121:6,13,20 122:2
122:9,17,24 123:7
123:14,20 124:3,9
124:15,22 125:5
125:11,20 126:1,7
126:14,20 127:2,8
127:14,19,25
128:6,12,19 129:1
129:8,15,23 130:4
130:10,17,23
131:4,10,16 132:1
132:7,15,23 133:6
133:12,19,25
134:14,19,24
135:5,11,18 136:3
136:9,15,20 137:9
137:15,22 138:4
138:10,17,23
139:5,12,20 140:3
140:13,22 141:6
141:15,24 142:17
142:23 143:4,10
143:17,25 144:9
145:5,20 146:10
146:17,24 147:5

147:12,18 148:4
148:14,21 149:4
151:13,20 152:1
152:11,21 153:4
153:11,19 154:3
154:11,20 155:1,8
155:15,21 156:3
156:10,19 157:2
157:10,18 158:1,9
158:17 159:1,13
162:14 163:4
181:9,10,19 182:3
**advise** 33:13 38:10
44:1 117:6,11
118:12
**advising** 30:7
**affect** 180:25
**affiliated** 118:5
**ages** 166:19
**agree** 6:23 26:17
38:22 90:12,19
91:1,8 101:2
117:19 118:23
119:5,12 125:1
136:7 144:23
146:21 147:3
151:17 153:8,15
153:23 154:7,15
156:14,16,23
157:6 158:21
**agreed** 135:7
**agreeing** 42:18
**agreement** 17:2
32:17,19 112:24
**ahead** 18:5 22:19
26:4 28:15 35:21
44:25 46:1 48:22
58:3 81:10,24
83:10 86:6 92:17
92:17 159:14
160:19

**alex** 166:20
**align** 152:5
**aligned** 152:9
**allegation** 92:13
93:8,14,21
**allegations** 91:24
**allow** 60:2 90:13
**allowed** 11:11
21:11,20 52:16
168:12 184:13
**alsup** 18:3 163:16
**alsup's** 83:1 160:7
**amendment** 10:3
10:9,25 11:8,15,22
12:3,10,17,23 13:6
13:14,19,20,21
14:3,9,15,22 15:4
15:11,18,25 16:9
16:18,24 18:21
19:3,11,18,25 20:7
20:15,23 21:16,24
22:6,13,23 23:5,11
23:20 24:2,9,16
25:1,8,15,22 26:8
26:14,25 27:14
31:5,12,17,24 32:5
32:14,23 34:8,15
34:21 35:5,12
37:20 38:3 43:16
46:10 47:2,11,17
48:7,13 49:1,9,15
49:21 50:2,9,17,24
51:6,13,19,25 52:7
52:19 53:1,11,19
54:3,14 55:13,21
56:4,14,21 57:4,11
57:17 58:6,24
59:7,8,17,24 60:6
60:12,19 61:1,9,17
61:24 62:7,15,22
63:4,12,20 64:3,11

64:18 65:2,8,15,22
66:4,12,20 67:3,11
67:18,25 68:8,16
68:23 69:8,15,22
70:4,11,18,25 71:7
71:13,19 72:1,8,18
72:25 73:7,14,21
74:3,11,17,24 75:6
75:14,25 76:11,18
76:25 77:9,21
78:8,17 79:1,8,15
79:23 80:14,19,25
81:14 82:6,13
84:8,15,23 85:24
87:7,14 88:5,13,21
89:1,15 90:3,10,17
90:24 91:6,13,21
92:2,7 93:4,12,18
94:8,14,20 95:1,8
95:14,21 96:6,14
96:22 97:11,19,25
98:6,13,20 99:3,12
99:21 100:13,19
100:25 101:15,21
102:3,11,19 103:4
103:11,19 104:2
104:20 105:4,13
105:19,25 106:7
106:17 107:2,9,15
107:22 108:6,15
108:21 109:5,14
109:21 110:3,12
111:15,22 112:3
112:14,21 113:3
113:10,19,25
114:7,13,19 115:1
115:7,15,22 116:3
116:9,17,25
117:17,24 118:17
119:3,10,20 120:1
120:7,13,19 121:2

Veritext Legal Solutions
866 299-5127

[amendment - answer]

121:8,15,22 122:4
122:11,19 123:1,9
123:16,22 124:5
124:11,17,24
125:8,13,22 126:3
126:9,16,22 127:4
127:10,16,21
128:2,8,14,21
129:3,11,17,25
130:6,12,19,25
131:6,12,18 132:3
132:9,17,25 133:8
133:14,21 134:2
134:16,21 135:1,8
135:13,20 136:5
136:12,17,22
137:11,17,24
138:6,12,19,25
139:7,14,22 140:5
140:16,24 141:8
141:18 142:1,19
142:25 143:7,12
143:19 144:2,11
145:7,22 146:12
146:19 147:1,7,14
147:20 148:6,16
148:23 149:6
151:15,22 152:3
152:13,23 153:7
153:13,21 154:5
154:13,22 155:3
155:10,17,23
156:5,12,21 157:4
157:12,20 158:3
158:11,19 159:3
159:17 162:17
163:6,25 164:2,4,6
164:12,16 181:12
181:22 182:6
**amplification**
103:7,15,24 104:5

104:15,23
**amplified**   102:14
102:21
**anderson**   4:14
6:14
**andrea**   1:22 2:18
6:15 184:3,24
**angeles**   3:6 4:7
**angle**   138:15
**annotated**   149:16
**annotation**   150:3
151:17,24
**answer**   10:2,8,14
10:24 11:7,14,21
12:2,9,16,22 13:5
13:12,18 14:2,8,14
14:21 15:3,10,17
15:24 16:8,16,23
17:5,11,13 18:7,8
18:10,20 19:2,10
19:17,24 20:6,14
20:22 21:15,23
22:5,12,19,22 23:4
23:10,19 24:1,8,15
24:25 25:7,14,21
26:4,6,13,24 27:6
27:12,20,24 28:5,6
28:7,25 29:8,16,20
30:10,18 31:4,11
31:16,23 32:4,13
32:22 33:2,14,21
34:7,14,20 35:1,4
35:11,21,23 36:13
36:15 37:2,16,19
38:1,8 39:10,13,20
40:17,18,19 41:2
42:11,14 43:15,23
44:9,23 46:6,8,23
46:25 47:7,9,16
48:6,12,24 49:8,14
49:20 50:1,8,16,23

51:5,12,18,24 52:6
52:18,25 53:9,18
54:2,10,12 55:12
55:20 56:3,13,20
57:3,10,16,24
58:23 59:6,16,23
60:5,11,18,25 61:8
61:16,23 62:6,14
62:21 63:3,11,19
64:2,10,17 65:1,7
65:14,21 66:3,11
66:19 67:2,10,17
67:24 68:7,14,22
69:7,14,21 70:3,10
70:17,24 71:6,12
71:18,25 72:7,14
72:16,24 73:6,13
73:20 74:2,10,16
74:22 75:5,13,24
76:7,10,17,24 77:8
77:20 78:7,13,16
78:25 79:7,14,21
80:4,7,12,18,24
81:13 82:5,12
84:7,14,22 85:3,9
85:13 86:1,17
87:6,13,19 88:3,12
88:20 89:6,7,14
90:1,9,16,23 91:5
91:12,20 92:1,6,12
92:15,18,18 93:2
93:11,17 94:6,13
94:19,25 95:7,13
95:20 96:4,13,20
97:9,17,24 98:5,12
98:19 99:1,11,20
100:12,18,24
101:13,20 102:2
102:10,18,25
103:10,18 104:1
104:19 105:2,12

105:18,24 106:6
106:16,25 107:8
107:14,21 108:4
108:13,20 109:4
109:13,20 110:2
110:11 111:11,20
112:2,13,20 113:2
113:9,18,24 114:6
114:12,18,25
115:6,14,21 116:2
116:8,16,24
117:15,23 118:3,8
118:15 119:2,9,16
119:19,25 120:6
120:12,18,25
121:7,14,21 122:3
122:10,18,25
123:8,15,21 124:4
124:10,16,23
125:6,12,21 126:2
126:8,15,21 127:3
127:9,15,20 128:1
128:7,13,20 129:2
129:9,16,24 130:5
130:11,18,24
131:5,11,17 132:2
132:8,16,24 133:7
133:13,20 134:1
134:15,20,25
135:6,12,19 136:4
136:10,16,21
137:10,16,23
138:5,11,18,24
139:6,13,21 140:4
140:12,14,23
141:7,16,25
142:18,24 143:5
143:11,18 144:1
144:10 145:6,21
146:11,18,25
147:6,13,19 148:5

Veritext Legal Solutions
866 299-5127

[answer - assert]

| | | | |
|---|---|---|---|
| 148:15,22 149:5 | appended 184:13 | 18:20 19:2,10,17 | 91:5,12,20 92:1,6 |
| 149:18 151:14,21 | application 122:14 | 19:24 20:6,14,22 | 93:3,11,17 94:2,7 |
| 152:2,12,22 153:5 | applications | 21:15,23 22:5,12 | 94:13,19,25 95:7 |
| 153:12,20 154:4 | 129:20 | 22:22 23:4,10,19 | 95:13,20 96:5,13 |
| 154:12,21 155:2,9 | applied 173:13 | 24:1,8,15,25 25:7 | 96:21 97:10,18,24 |
| 155:16,22 156:4 | 175:22 | 25:14,21 26:7,13 | 98:5,12,19 99:1,11 |
| 156:11,20 157:3 | apply 172:22 | 26:24 27:10,13 | 99:20 100:12,18 |
| 157:11,19 158:2 | appropriate 29:22 | 29:6 30:8,11 31:4 | 100:24 101:11,14 |
| 158:10,18 159:2 | 102:15 | 31:11,16,23 32:4 | 101:20 102:2,10 |
| 159:16 160:5,23 | approximately | 32:13,22 34:7,14 | 102:18 103:3,10 |
| 162:15 163:5 | 55:17,25 60:15 | 34:20 35:4,11 | 104:1,19 105:3,12 |
| 165:18,20,23,24 | 61:4,11,19 62:2,9 | 37:19 38:2 43:15 | 105:18,24 106:6 |
| 165:25 166:9 | 63:1,7,15,23 64:6 | 46:9 47:1,10,16 | 106:16 107:1,8,14 |
| 180:4,20,21 | 71:3 | 48:6,12,25 49:8,14 | 107:21 108:5,14 |
| 181:11,20 182:4 | april 1:18 2:14 6:2 | 49:20 50:1,8,16,23 | 108:20 109:4,13 |
| 182:13 | 6:11 133:23 | 51:5,12,18,24 52:6 | 109:20 110:2,11 |
| answering 86:4 | 184:18 | 52:18,25 53:10,18 | 111:14,21 112:2 |
| 180:13 | area 176:21 | 54:2,13 55:12,20 | 112:13,20 113:2,9 |
| answers 9:3 83:9 | arrangement | 56:3,13,20 57:3,10 | 113:18,24 114:6 |
| 88:25 161:13 | 143:14,21 144:5 | 57:16,25 58:5,23 | 114:12,18,25 |
| 177:8 | 145:1,10,15 | 59:6,16,23 60:5,11 | 115:6,14,21 116:2 |
| anthony 1:16 2:12 | arturo 79:25 | 60:18,25 61:8,16 | 116:8,16,24 |
| 5:3 6:13 7:18 8:1 | asheem 126:5 | 61:23 62:6,14,21 | 117:13,16,23 |
| 8:10 58:15 101:4 | asked 39:8 40:3 | 63:3,11,19 64:2,10 | 118:13,16 119:2,9 |
| 144:21 183:2 | 68:17,25 69:2,10 | 64:17 65:1,7,14,21 | 119:19,25 120:6 |
| anthony's 111:18 | 69:18 76:13 | 66:3,11,19 67:2,10 | 120:12,18 121:1,7 |
| 111:24 112:9,17 | 126:11 161:9,14 | 67:17,24 68:7,15 | 121:14,21 122:3 |
| 112:25 113:13 | 182:1,8 | 68:22 69:7,14,21 | 122:10,18,25 |
| anticipate 34:3,10 | asking 38:25 39:7 | 70:3,10,17,24 71:6 | 123:8,15,21 124:4 |
| 34:17,23 | 40:23 42:20 82:18 | 71:12,18,25 72:7 | 124:10,16,23 |
| anticipated 35:8 | 82:25 83:1 89:3 | 72:17,24 73:6,13 | 125:7,12,21 126:2 |
| 50:6,14 | 149:17 159:20 | 73:20 74:2,10,16 | 126:8,15,21 127:3 |
| anticipation 35:15 | aspect 9:20 | 74:23 75:5,13,24 | 127:9,15,20 128:1 |
| 36:21 41:16,23 | assembly 66:7 | 76:10,17,24 77:8 | 128:7,13,20 129:2 |
| 135:3 | 158:22 | 77:20 78:7,16,25 | 129:9,16,24 130:5 |
| apologize 7:7 | assert 10:2,8,21,24 | 79:7,14,22 80:10 | 130:11,18,24 |
| 112:7 | 11:7,14,21 12:2,9 | 80:13,18,24 81:9 | 131:5,11,17 132:2 |
| appearances | 12:16,22 13:5,13 | 81:13,20 82:5,12 | 132:8,16,24 133:7 |
| 54:18 55:9 | 13:18 14:2,8,14,21 | 84:7,14,22 87:6,13 | 133:13,20 134:1 |
| appeared 163:12 | 15:3,10,17,24 16:8 | 88:4,4,12,20 89:14 | 134:15,20,25 |
| | 16:17,23 17:14 | 89:23 90:2,9,16,23 | 135:6,12,19 136:4 |

Veritext Legal Solutions
866 299-5127

**[assert - bruce]**

136:11,16,21
137:10,16,23
138:5,11,18,24
139:6,13,21 140:4
140:15,23 141:7
141:17,25 142:18
142:24 143:5,11
143:18 144:1,10
145:6,21 146:11
146:18,25 147:6
147:13,19 148:5
148:15,22 149:5
151:14,21 152:2
152:12,22 153:5
153:12,20 154:4
154:12,21 155:2,9
155:16,22 156:4
156:11,20 157:3
157:11,19 158:2
158:10,18 159:2
159:11,16 162:13
162:16,22 163:5
163:19 164:11
181:11,21 182:5
**asserted** 164:7,18
**asserting** 30:5
38:13 103:18
**assertion** 27:16
38:21 93:21
**assigned** 117:19
**assistance** 171:1
**associated** 17:24
**attached** 62:17,24
93:22 94:10 98:22
99:6,15 142:11
**attempted** 132:19
**attempting** 171:13
**attend** 166:23
**attended** 154:24
**attorney** 7:3 17:6
17:13,17,18,20,23

27:7,21 29:1 32:9
33:3,22 35:24
36:18 37:3,12
38:9,15,24 39:10
40:12,25 41:1,3
42:9,12,24 43:1,1
43:24 44:10 46:4
80:6 159:9 160:3
160:22 164:3
182:14 184:15
**attorneys** 1:14
17:24 27:23 38:19
39:15 41:9,11
42:16 179:7
**audible** 9:3
**audio** 6:22
**augmenting** 178:9
**august** 134:18
**authorization**
59:21 61:20 63:16
**autonomous**
169:11 174:2
**available** 14:18
15:7 16:13
**avenue** 3:17
**award** 170:4,8
**aware** 7:1 13:8,23
17:7 27:2,15
28:21 71:21 76:2
79:24 113:13
140:7

| **b** |
|---|
**b** 5:11 142:12
**bachelor** 81:3
**back** 21:6 36:7,12
41:8 47:25 58:16
83:25 111:5
134:10 142:3
144:22 145:24
160:16 165:10
168:8 176:1,14

179:4
**background**
165:17 166:6
**balancing** 173:9
**barstow** 171:1
**bartow** 4:12 7:13
7:13
**based** 17:13 27:17
42:9,15 43:4 46:4
**basing** 43:3
**basis** 17:6 27:16
28:25 33:3,22
35:23 36:17 37:2
38:8,23 39:10
42:12,20,22 43:24
44:10 83:3,6
124:8
**beam** 101:6
102:14,21
**bear** 114:15
115:19,25 116:6
116:20,20,20
**bearing** 180:18
**began** 12:12 37:8
37:23 85:10 86:5
119:12
**beginning** 2:16 7:3
58:14 144:20
**behalf** 2:13 7:9,11
7:15,18
**belgium** 166:11,13
168:24
**believe** 28:17
38:18 92:14 93:9
161:23 169:24
**believed** 172:18
**benefit** 79:5,12,18
**ber** 86:25
**berkeley** 3:18 81:5
82:3 85:1,4,5,14
85:18 86:14,19,25

87:10,16,25 88:10
167:7
**best** 8:25 29:16
**better** 173:25
**beyond** 80:9
**bill** 45:22 46:13
**bit** 170:18 172:22
**block** 152:6
**board** 5:13,15
98:16,23 99:6,15
136:8 137:7,19
138:1 139:2,11,17
139:25 140:7
146:5,22 149:15
151:12
**boards** 101:6
143:8,9
**bonded** 146:22
**born** 166:7,8,11
**borrows** 101:17
**bottom** 146:21
149:15
**bought** 133:2
155:14
**boulevard** 4:6
**breach** 109:1
**break** 21:2 29:21
58:8,10 99:23,25
100:7 110:14,18
134:4 160:11
**breaks** 159:6,22
**brian** 155:19
156:1
**brief** 161:3,17
**bring** 68:20 69:5
69:10,24
**broadly** 81:21
164:12
**brought** 114:2
**bruce** 174:12

Veritext Legal Solutions
866 299-5127

[brussels - communication]

**brussels** 166:11,13
**build** 102:7 168:16
170:6 172:3 173:1
178:6
**building** 87:21
172:1 174:25
177:18
**built** 86:21 167:25
168:1,4 169:15
172:2 176:19
**business** 123:5
125:25 130:15
167:21 168:12
169:1,9 178:14
**businesses** 113:14
169:3,10
**buying** 43:6

**c**

**c** 3:1 4:1
**calibrate** 114:3
**calibration** 65:18
65:25
**california** 1:2,17
2:2,15,16 3:7,8,18
4:7 6:1,19,19 8:13
81:5 166:15
172:13
**call** 27:9 29:4
168:15 170:12
**called** 60:9 65:18
65:25 66:7 67:21
96:24 97:5,13
111:8,18 115:18
115:25 128:23
168:11 169:5
171:21 176:11,13
178:1
**calling** 85:25
**calls** 22:18 26:3
27:7,21 34:25
160:3,22

**camera** 163:17
164:17 168:18
174:15
**cameras** 86:22
178:9
**campus** 168:2
**candidly** 160:8
**candy** 167:24
**caption** 6:20
**car** 26:16,22 58:20
59:4 87:18 90:5,6
90:14,20 91:1,9,17
95:18,25 96:9
103:22 113:6
118:11,25 119:7
119:13 125:25
126:6 172:21
**card** 62:18
**care** 100:2
**case** 6:20,21 27:2
28:22 29:14 79:25
80:16 91:24 92:4
92:10 180:1,8
181:25
**cases** 164:14
**cause** 87:17 184:5
184:16
**caused** 55:15,23
56:6
**cavities** 101:6
**cavity** 158:13
**ccrr** 1:22 184:25
**cellular** 6:25
**central** 168:11
**certain** 123:25
172:9
**certainly** 163:19
**certificate** 184:1
**certified** 8:3
**certify** 184:3,14

**challenge** 84:4
88:17 89:5,11,20
170:9,10,20
171:20 172:18
174:11,14,15
**challenges** 173:8
**chance** 160:20
**change** 130:14
144:13
**changes** 184:11
**channels** 101:6
**characterization**
42:19
**chat** 83:18
**chauffeur** 57:14
57:20 67:21
**check** 54:7
**chief** 84:11
**children** 166:17
**choice** 89:8
**chronology** 174:7
**circuits** 98:2,8,16
**circumvent**
171:14
**clara** 169:24
**clarification** 162:2
182:7,18
**clarify** 52:13
162:7 180:13
**class** 169:13,22
**clean** 21:13 45:22
46:13 171:15
**clear** 8:23,24
29:14 30:9 43:1
81:19 82:16 83:2
85:23 161:7
164:11 165:21
**clearly** 171:9
**click** 168:8
**client** 17:6,13,17
17:19,20,22 27:7

27:21 29:1 32:9
33:3,22 35:24
36:18 37:3,12
38:9,15,24 39:10
39:15 40:12 41:1
41:4 42:9,12,24
43:2,24 44:10
46:4 80:6 117:6
159:9 160:3,22
164:3 182:14
**clients** 43:1
**clr** 1:22 2:19
184:25
**coaching** 39:4,5
41:18,20
**code** 114:2,9
115:11
**collecting** 176:24
**college** 167:4,6,7
**collimated** 147:17
**collimating** 158:22
**combining** 178:13
**come** 163:10
166:15
**commencing** 2:17
**comment** 88:24
**common** 18:1 30:6
32:18,25 33:16,19
33:22 35:14 36:21
37:3,7,14,22 38:4
38:9,13,21 39:13
40:4,24 41:12,14
41:22 42:4,10,12
42:16,23 43:2,24
44:10 105:9,16,21
106:2
**commonly** 154:10
154:19
**communication**
32:10 161:18

[communications - constitution]

communications
27:17 50:19 80:6
company 11:25
12:5,12,19 13:1,2
13:9,25 15:8
18:24 19:6,14
31:20 49:3 62:4
63:25 66:17 68:4
68:12,18 69:3,12
96:24 97:5,13
111:8,18 125:15
156:9 168:11
176:9,10,11
177:25
compare 87:24
comparisons 86:3
compensation
10:19
compete 62:11
64:8 66:24 67:7
67:14 68:12
competing 169:23
170:3
competition
169:23 170:7
171:14 172:15
173:6,23
competitions
170:13,21
competitor 11:12
complaint 92:4,14
93:9
complete 8:20
completion 184:10
complexities 173:8
complies 145:25
149:13
comply 163:19
computer 44:6,14
51:2,9 52:4
122:22 184:9

computers 68:19
69:4 121:4 125:10
178:5
con 44:7
conceal 16:19
56:24 64:22 130:9
concealing 35:16
concern 113:13
concerned 112:18
126:25
concerns 112:23
conclusion 37:14
conduct 48:9
confident 21:9
confidential 11:4
11:12 14:24 15:6
16:2,12,20 17:4
18:16 19:7,22
20:3,10,18 21:10
21:19 22:17 23:2
23:7,15 24:4,11
26:1,17,20 35:17
36:23 41:24 43:21
44:7 50:21 52:3
53:14,22 59:3
63:7,15,23 64:6,23
67:8,15 69:11,18
69:24 70:7,14
75:2,9 79:3 97:22
108:17,24 109:8,8
109:9,23 110:6
113:21 114:9
120:22,23 126:11
127:6 129:22
131:23 135:16
139:9,18 140:9
141:22 143:16,23
144:7 148:2,11
153:2,10,17,24
154:8,17 155:25
156:17,25 157:15

157:23 158:6,14
158:23
configuration 5:14
142:13 143:14,21
144:5,25 145:3,9
145:12,14,17
157:22
confine 180:21
conflict 112:24
conflicts 112:18
connection 43:13
44:5,13 45:5,12,21
46:12 126:12
131:24
consequences
28:19
considering
132:12
consistent 89:1
constitution 10:4
10:10,25 11:8,16
11:22 12:4,11,18
12:24 13:7,14,21
14:4,10,16,23 15:5
15:12,19 16:1,10
16:18,25 18:22
19:4,12,19 20:1,8
20:16,24 21:17,25
22:7,14,24 23:6,12
23:21 24:3,10,17
25:2,9,16,24 26:8
26:15 27:1,14
31:6,13,18,25 32:6
32:15,24 34:9,16
34:22 35:6,13
37:20 38:3 43:17
46:10 47:2,11,18
48:8,14 49:1,10,16
49:22 50:3,10,18
50:25 51:7,14,20
51:25 52:8,20

53:2,11,20 54:4,11
55:14,22 56:5,15
56:22 57:5,12,18
58:6,25 59:9,17,25
60:7,13,20 61:2,10
61:18,25 62:8,16
62:23 63:5,13,21
64:4,12,19 65:3,9
65:16,23 66:5,13
66:21 67:4,12,19
68:1,9,16,24 69:9
69:16,23 70:5,12
70:19 71:1,8,14,20
72:2,9,18 73:1,8
73:15,22 74:4,12
74:18,24 75:7,15
76:1,12,19 77:1,10
77:22 78:9,18
79:2,9,16,23 80:14
80:20 81:1,15
82:7,14 84:9,16,24
87:7,15 88:6,14,22
89:16 90:3,11,18
90:25 91:7,14,22
92:2,7 93:4,13,19
94:8,15,21 95:2,9
95:15,22 96:6,15
96:22 97:11,19
98:1,7,14,21 99:3
99:13,22 100:14
100:20 101:1,15
101:22 102:4,12
102:20 103:4,12
103:20 104:3,21
105:4,14,20 106:1
106:8,18 107:2,10
107:16,23 108:6
108:15,22 109:6
109:15,22 110:4
110:13 111:15,22
112:5,15,22 113:4

[constitution - correct]

| | | | |
|---|---|---|---|
| 113:11,19 114:1,8 | 159:18 162:17 | **corporate**  54:19 | 106:14 107:12 |
| 114:14,20 115:2,8 | 163:7 181:12,22 | 55:10,16,24 56:7,7 | 108:18 109:18 |
| 115:16,23 116:4 | 182:6 | 56:25 | 111:9,18,25 |
| 116:10,18 117:1 | **constitutional** | **corporation** | 112:11,18 113:7 |
| 117:17,25 118:17 | 9:24 81:21 159:12 | 133:16 | 113:15,22 114:4 |
| 119:4,11,21 120:2 | **consultant**  74:13 | **correct**  7:4 10:11 | 114:16,23 115:4 |
| 120:7,14,20 121:2 | 74:19,25 75:8,20 | 10:12 11:19 12:14 | 115:12,19,25 |
| 121:9,16,23 122:5 | **consulting**  76:5 | 12:20 13:3,10,16 | 116:6,14,22 117:3 |
| 122:12,20 123:2 | **cont**  4:1 | 13:25 14:6,12,19 | 117:6 118:11,25 |
| 123:10,17,23 | **contain**  78:11,21 | 15:1,8,15,22 16:6 | 119:7,14,23 120:4 |
| 124:6,12,18,25 | **contained**  79:4 | 16:14,21 18:18 | 120:10,16,23 |
| 125:8,14,23 126:4 | 99:7,17 157:16 | 19:8,15,22 20:4,12 | 121:5,12,19 122:1 |
| 126:10,17,23 | **containing**  59:2 | 22:10,17 23:8,17 | 122:16,23 123:6 |
| 127:5,11,17,22 | 122:15 | 23:24 24:6,13,23 | 123:13 124:2,14 |
| 128:3,9,15,22 | **contains**  77:16 | 25:5,19 26:11,22 | 124:21 125:19 |
| 129:4,11,18 130:1 | 78:20 | 31:2 35:14 36:20 | 126:6,13 127:7 |
| 130:7,13,20 131:1 | **continue**  53:21 | 37:9 41:21 42:3 | 128:16,25 129:7 |
| 131:7,13,19 132:4 | 70:13,20 76:21 | 42:17 43:6,13 | 130:3,9,16,22 |
| 132:10,18 133:1,9 | 77:5 79:10,17 | 44:8 45:7,15 47:5 | 131:3,9,15,25 |
| 133:15,22 134:3 | 109:23 119:6 | 47:14 48:4 51:3 | 132:6,22 133:5,11 |
| 134:17,22 135:2,8 | 137:20 | 51:10,16,22 52:4 | 133:18,24 134:13 |
| 135:14,21 136:6 | **continued**  118:24 | 54:7 56:10,18 | 134:23 135:4,10 |
| 136:12,18,23 | 130:15 | 57:1,8,14,20 58:21 | 136:8,19 137:14 |
| 137:12,18,25 | **continues**  25:10 | 59:4,21 60:3,9,16 | 137:21 138:9,16 |
| 138:7,13,20 139:1 | 52:2 77:3 | 60:23 61:6,14,21 | 138:22 139:4,11 |
| 139:8,15,23 140:6 | **continuing**  163:14 | 62:4,12,19 63:1,9 | 139:19 140:2,10 |
| 140:16,25 141:9 | **contract**  171:11 | 63:17,25 64:8,15 | 140:21 141:5,13 |
| 141:18 142:2,20 | **contributed**  22:9 | 64:24 65:5,12,19 | 141:23 142:16,22 |
| 143:1,7,13,20 | 53:4,13 | 66:1,9,25 67:8 | 143:3,9,16,24 |
| 144:3,12 145:8,23 | **contribution** | 68:5 69:19 70:1 | 144:25 145:9,14 |
| 146:13,20 147:2,8 | 171:25 | 71:4,10,16,23 72:5 | 146:16 147:9,16 |
| 147:15,21 148:7 | **contributions** | 73:4,11 74:8,14,20 | 147:22,25 148:8 |
| 148:17,24 149:7 | 53:24 | 78:5,11 79:12 | 148:18,25 151:19 |
| 151:16,23 152:4 | **control**  171:3 | 91:15 93:20 94:23 | 151:25 152:9,15 |
| 152:14,24 153:7 | **conversations** | 95:5 98:3,10,17,24 | 152:20 153:3,10 |
| 153:14,22 154:6 | 6:25 | 99:9,18 100:10,16 | 153:18 154:2,24 |
| 154:14,23 155:4 | **copied**  63:6,14,22 | 100:22 101:16,25 | 155:7,14,20 156:2 |
| 155:11,18,24 | 64:5,23 | 102:8,16,23 103:8 | 157:9,17 158:8,16 |
| 156:6,13,22 157:5 | **copy**  135:24 183:5 | 103:16,24 104:7 | 158:25 161:10 |
| 157:13,21 158:4 | **corner**  141:21 | 104:17,25 105:10 | 164:1,9,10 175:7 |
| 158:12,20 159:4 | | 105:16,22 106:4 | 179:22,23 |

Veritext Legal Solutions
866 299-5127

**[correctly - database]**

| | | | |
|---|---|---|---|
| **correctly** 41:19 | 72:16,23 73:5,12 | 127:14,19,25 | **course** 9:6 89:8 |
| **corresponding** | 73:19 74:1,9,15,22 | 128:6,12,19 129:1 | 163:15 |
| 142:14 150:3 | 75:4,12,23 76:9,16 | 129:8,15,23 130:4 | **court** 1:1 2:1 6:15 |
| **counsel** 6:16 7:21 | 76:23 77:7,19 | 130:10,17,23 | 46:14 160:24 |
| 9:9 10:1,7,23 11:6 | 78:6,15,24 79:6,13 | 131:4,10,16 132:1 | **cover** 19:21 33:10 |
| 11:13,20 12:1,8,15 | 79:20 80:12,17,23 | 132:7,15,23 133:6 | **covered** 159:10 |
| 12:21 13:4,12,17 | 81:12 82:4,11,15 | 133:12,19,25 | 164:13 |
| 14:1,7,13,20 15:2 | 84:6,13,21 87:5,12 | 134:14,19,24 | **crazy** 172:17 |
| 15:9,16,23 16:7,16 | 88:3,11,19,23 | 135:5,11,18 136:3 | **created** 168:10 |
| 16:22 18:19 19:1 | 89:13 90:1,8,15,22 | 136:10,15,20 | 170:2,6 172:3 |
| 19:9,16,23 20:5,13 | 91:4,11,19,25 92:5 | 137:1,9,15,22 | **critical** 150:10 |
| 20:21 21:14,22 | 92:11 93:2,10,16 | 138:4,10,17,23 | 152:17 |
| 22:4,11,21 23:3,9 | 94:6,12,18,24 95:6 | 139:5,12,20 140:3 | **crr** 1:22 2:19 |
| 23:18,25 24:7,14 | 95:12,19 96:4,12 | 140:14,22 141:6 | 184:25 |
| 24:24 25:6,13,20 | 96:20 97:9,17,23 | 141:16,24 142:17 | **csr** 1:22,23 2:18 |
| 26:6,12,23 27:12 | 98:4,11,18,25 | 142:23 143:4,10 | 184:25 |
| 28:3,8,10,13 31:3 | 99:10,19 100:11 | 143:17,25 144:9 | **current** 43:4 87:24 |
| 31:10,15,22 32:3 | 100:17,23 101:13 | 145:5,20 146:10 | 93:5 95:3 101:17 |
| 32:12,21 34:6,13 | 101:19 102:1,9,17 | 146:17,24 147:5 | 119:13 |
| 34:19 35:3,10 | 102:24 103:9,17 | 147:12,18 148:4 | **currently** 9:16 |
| 37:11,18 38:1,11 | 103:25 104:18 | 148:14,21 149:4 | 90:7 94:22 95:10 |
| 38:20 41:10 43:8 | 105:2,11,17,23 | 151:13,20 152:1 | 101:5 118:1 |
| 43:14 46:8,25 | 106:5,15,25 107:7 | 152:11,21 153:4 | **customers** 168:13 |
| 47:9,15 48:5,11,24 | 107:13,20 108:4 | 153:11,19 154:3 | **cut** 92:21 146:2 |
| 49:7,13,19,25 50:7 | 108:13,19 109:3 | 154:11,20 155:1,8 | **cv** 1:8 2:7 6:21 |
| 50:15,22 51:4,11 | 109:12,19 110:1 | 155:15,21 156:3 | **cylindrical** 147:10 |
| 51:17,23 52:5,17 | 110:10 111:10,20 | 156:10,19 157:2 | 158:22 |
| 52:24 53:8,9,17 | 112:1,12,19 113:1 | 157:10,18 158:1,9 | |
| 54:1,12 55:11,19 | 113:8,17,23 114:5 | 158:17 159:1,6,15 | **d** |
| 56:2,12,19 57:2,9 | 114:11,17,24 | 159:22 161:4,22 | **d** 5:1 8:11 |
| 57:15,24 58:22 | 115:5,13,20 116:1 | 162:15 163:4,8,16 | **d1** 136:24 137:7 |
| 59:5,14,22 60:4,10 | 116:7,15,23 117:4 | 165:16 177:6 | **dad** 174:12,12 |
| 60:17,24 61:7,15 | 117:15,22 118:15 | 180:11 181:10,20 | **darpa** 84:4 88:16 |
| 61:22 62:5,13,20 | 119:1,8,18,24 | 182:4 183:5 | 89:5,11,20 170:9 |
| 63:2,10,18 64:1,9 | 120:5,11,17,25 | 184:14 | 170:19,20 171:13 |
| 64:16,25 65:6,13 | 121:6,13,20 122:2 | **counsel's** 36:10 | 171:20 |
| 65:20 66:2,10,18 | 122:9,17,24 123:7 | **county** 166:25 | **data** 60:23 61:5 |
| 67:1,9,16,23 68:6 | 123:14,20 124:3,9 | **couple** 9:7 162:1 | 174:20 |
| 68:14,21 69:6,13 | 124:15,22 125:6 | 174:8 175:15 | **database** 65:5,11 |
| 69:20 70:2,9,16,23 | 125:11,20 126:1,7 | 176:8 178:18 | 65:19 66:1,9,15,23 |
| 71:5,11,17,24 72:6 | 126:14,20 127:2,8 | | 67:22 68:3,11 |

**[date - deleted]**

**date**  10:16 85:10
117:5
**dated**  184:18
**dave**  174:13
175:13
**david**  3:5 7:8
**davidperlson**  3:10
**day**  52:2 125:17
127:23,23 131:8,8
173:15 174:6
177:9
**days**  31:1
**de**  117:15 179:8
**deal**  182:23
**december**  57:6,13
57:19 58:1,19
59:11,20 60:1,8,14
60:22 61:4,12
62:1,10,17,24 63:6
63:14,22 64:5,13
64:20 67:6 70:21
70:21 71:4,4,22
72:4,12,21 75:22
76:4,15,21 77:5,16
77:24 78:11 79:11
98:8,15,22 99:5,8
99:9,16,18 140:2
140:20 141:4
143:24 144:8
145:11,16,17
148:3,13 153:18
153:25 157:8,25
158:16,25
**decided**  19:5
170:17
**decision**  119:6
132:20
**declaration**
142:12
**declarations**  93:22
94:10

**decline**  10:2,8,23
11:6,14,21 12:2,9
12:16,22 13:5,12
13:18 14:2,8,14,21
15:3,10,17,24 16:8
16:16,23 17:13
18:20 19:2,10,17
19:24 20:6,14,22
21:15,23 22:5,12
22:22 23:4,10,19
24:1,8,15,25 25:7
25:14,21 26:6,13
26:24 27:12 31:4
31:11,16,23 32:4
32:13,22 33:14
34:7,14,20 35:4,11
37:18 38:1 42:14
43:15 46:8,25
47:9,16 48:6,12,24
49:8,14,20 50:1,8
50:16,23 51:5,12
51:18,24 52:6,18
52:25 53:9,18
54:2,12 55:12,20
56:3,13,20 57:3,10
57:16,24 58:23
59:6,15,23 60:5,11
60:18,25 61:8,16
61:23 62:6,14,21
63:3,11,19 64:2,10
64:17 65:1,7,14,21
66:3,11,19 67:2,10
67:17,24 68:7,14
68:22 69:7,14,21
70:3,10,17,24 71:6
71:12,18,25 72:7
72:16,24 73:6,13
73:20 74:2,10,16
74:22 75:5,13,24
76:10,17,24 77:8
77:20 78:7,16,25

79:7,14,21 80:12
80:18,24 81:13
82:5,12 84:7,14,22
87:6,13 88:3,12,20
89:14 90:1,9,16,23
91:5,12,20 92:1,6
92:12 93:2,11,17
94:6,13,19,25 95:7
95:13,20 96:4,13
96:20 97:9,17,24
98:5,12,19 99:1,11
99:20 100:12,18
100:24 101:13,20
102:2,10,18,25
103:10,18 104:1
104:19 105:2,12
105:18,24 106:6
106:16,25 107:8
107:14,21 108:4
108:13,20 109:4
109:13,20 110:2
110:11 111:11,20
112:2,13,20 113:2
113:9,17,24 114:6
114:12,18,25
115:6,14,21 116:2
116:8,16,24
117:15,23 118:15
119:2,9,19,25
120:6,12,18,25
121:7,14,21 122:3
122:10,18,25
123:8,15,21 124:4
124:10,16,23
125:6,12,21 126:2
126:8,15,21 127:3
127:9,15,20 128:1
128:7,13,20 129:2
129:9,16,24 130:5
130:11,18,24
131:5,11,17 132:2

132:8,16,24 133:7
133:13,20 134:1
134:15,20,25
135:6,12,19 136:4
136:10,16,21
137:10,16,23
138:5,11,18,24
139:6,13,21 140:4
140:14,23 141:7
141:16,25 142:18
142:24 143:5,11
143:18 144:1,10
145:6,21 146:11
146:18,25 147:6
147:13,19 148:5
148:15,22 149:5
151:14,21 152:2
152:12,22 153:5
153:12,20 154:4
154:12,21 155:2,9
155:16,22 156:4
156:11,20 157:3
157:11,19 158:2
158:10,18 159:2
159:16 162:15
163:5 181:11,20
182:4
**decreases**  138:14
138:15
**defendant**  6:17
7:6 180:7
**defendants**  1:11
2:10 4:3 7:15 27:2
28:22
**defense**  17:2 18:1
32:16 46:4 170:14
171:9
**degree**  81:3 82:3
167:16
**deleted**  45:15
49:17,23 50:4,12

[deleted - direction]

50:19

**delivery**  183:10

**demo**  176:12

**demonstrably**
28:14

**demonstration**
175:16

**densely**  138:21

**departing**  68:19
69:4

**department**
170:14 171:9

**departure**  11:18
14:25

**deponent**  7:18
184:12

**deposed**  8:14
39:16

**deposition**  1:16
2:12 6:12,18 7:6
58:15 144:19,21
159:7,23 161:14
162:10 163:13
165:16 182:8
183:2,14 184:4,6
184:10,16

**depth**  178:10

**derivative**  26:19

**derive**  78:21
139:10 145:18

**derived**  98:23
115:10 139:3
140:8 141:11
148:1 153:2,9,17
154:8,16 156:17
157:23 158:6,13
158:23

**derives**  78:2

**described**  86:25
87:10 88:9 168:6

**desert**  170:25
171:1

**design**  21:13 53:4
53:13,24 59:2
98:23 99:6,15
101:5 152:18
157:9,14 158:13

**designate**  179:6

**designating**  179:8

**designed**  107:19
154:1 157:14

**designs**  26:19
150:11 156:16,24

**desired**  150:12

**despite**  109:7

**destroy**  107:18,25
108:8

**destroyed**  49:11
50:11 106:4 107:6

**destruction**
107:11

**detection**  38:5
42:5

**determine**  43:20

**determined**  45:6
45:13

**develop**  21:12
23:8,16,23 24:5,12
24:22 25:5,12
90:13 113:22
118:24 135:16
141:20 157:9

**developed**  17:1
82:8,20 84:3
89:19 99:15
100:10 105:15
114:21 139:3,17
139:25 140:18
141:1 143:15,22
144:5 148:10
156:24

**developing**  94:16
94:22 96:17,24
97:6,13 98:17
102:13 119:6,12

**development**  16:4
20:11,19 22:1
53:4,13,24 90:19
91:8 95:3,4
100:22 105:8
116:11,12,19
128:4 129:21
131:15

**device**  23:23 24:6
24:13 62:25 63:9
63:16,24 64:7
65:12 67:6 71:2
136:9

**devices**  24:22 25:5
121:18 175:17

**dfb**  97:13

**diameter**  150:22

**differences**  90:4

**different**  116:12
129:6 176:3

**digital**  122:23
123:4,13 168:18

**diligence**  17:8
31:8 43:12,18
44:5,13 45:4,12

**dimensions**  150:10
152:17,25

**diode**  136:24
137:7,8,13,14
138:3,9,15 139:2,3
139:10 140:8,17
141:1,10,12,20
142:14 143:14,21
144:5 145:1,10,15

**diodes**  101:8
136:13,19 137:19
138:1,14,21 143:9

143:9 146:4,14,21
147:4,10,17,23
148:1,9,19 149:1
152:7,7

**direct**  74:21 137:1
159:11 160:4
162:21

**directed**  68:17
69:2 129:19 135:9

**direction**  10:1,7
10:23 11:6,13
12:1,8,15,21 13:4
13:11,17 14:1,7,13
14:20 15:2,9,16,23
16:7,15,22 18:19
19:1,9,16,23 20:5
20:13,21 21:14,22
22:4,11,21 23:3,9
23:18,25 24:7,14
24:24 25:6,13,20
26:5,12,23 27:11
28:2 31:3,10,15,22
32:3,12,21 34:6,13
34:19 35:3,10
37:18,25 43:14
46:7,24 47:8,15
48:5,11,23 49:7,13
49:19,25 50:7,15
50:22 51:4,11,17
52:5,17,24 53:6,8
53:17 54:1,11
55:11,19 56:2,12
56:19 57:2,9,15,23
58:22 59:5,14,22
60:4,10,17,24 61:7
61:15,22 62:5,13
62:20 63:2,10,18
64:1,9,16,25 65:6
65:13,20 66:2,10
66:18 67:1,9,16,23
68:6,13,21 69:6,13

[direction - drive]

| | | | |
|---|---|---|---|
| 69:20 70:2,9,16,23 | 125:11,20 126:1,7 | **discovered**  112:10 | 141:2 143:23 |
| 71:5,11,17,24 72:6 | 126:14,20 127:2,8 | 112:16 | 144:8 145:2,11,16 |
| 72:15,23 73:5,12 | 127:14,19,25 | **discuss**  39:17 | 148:3,12 157:7,16 |
| 73:19 74:1,9,15,21 | 128:6,12,19 129:1 | 159:5,21 161:8 | 162:10,18 163:11 |
| 75:4,12,23 76:9,16 | 129:8,15,23 130:4 | **discussed**  11:24 | 163:14,18,22 |
| 76:23 77:7,19 | 130:10,17,23 | 12:5 18:15,24 | 180:19 181:6,16 |
| 78:6,15,24 79:6,13 | 131:4,10,16 132:1 | 19:20 155:6,13,25 | 181:24 |
| 79:20 80:11,17,23 | 132:7,15,23 133:6 | 178:14 | **dogwood**  125:18 |
| 81:12 82:4,11 | 133:12,19,25 | **discussing**  32:1 | 125:24 126:5,13 |
| 84:6,13,21 87:5,12 | 134:14,19,24 | **discussion**  18:2 | **doing**  89:12 113:5 |
| 88:2,11,19 89:13 | 135:5,11,18 136:3 | 33:11 40:25 | **dollars**  10:18 |
| 89:25 90:8,15,22 | 136:9,15,20 137:9 | 160:25 161:3,13 | **domain**  133:10 |
| 91:4,11,19 92:11 | 137:15,22 138:4 | 161:17,20,21 | **donated**  174:3 |
| 93:1,10,16 94:5,12 | 138:10,17,23 | **discussions**  11:17 | **doping**  103:14,23 |
| 94:18,24 95:6,12 | 139:5,12,20 140:3 | 42:24 48:17 | 104:4,14,22 |
| 95:19 96:3,12,19 | 140:13,22 141:6 | **disinterested** | **downloaded**  51:8 |
| 97:8,16,23 98:4,11 | 141:15,24 142:17 | 184:7 | 51:15,21 52:3 |
| 98:18,25 99:10,19 | 142:23 143:4,10 | **dispute**  55:3,6 | 60:1,8,14,15,21 |
| 100:11,17,23 | 143:17,25 144:9 | **distance**  129:6 | 61:3,11,19 62:1,9 |
| 101:12,19 102:1,9 | 145:5,20 146:10 | **distracted**  97:2 | 63:8 64:23 70:15 |
| 102:17,24 103:9 | 146:17,24 147:5 | **district**  1:1,2 2:1,2 | 70:21 71:3,10,16 |
| 103:17,25 104:18 | 147:12,18 148:4 | **division**  1:3 2:3 | 71:22 72:4,11,21 |
| 105:1,11,17,23 | 148:14,21 149:4 | **document**  27:17 | 73:3,10,18,25 74:7 |
| 106:5,15,24 107:7 | 151:13,20 152:1 | 59:1 135:22 136:2 | 75:21 76:4,15,21 |
| 107:13,20 108:3 | 152:11,21 153:4 | 142:6,13 162:19 | 77:4,16,24 78:2,10 |
| 108:12,19 109:3 | 153:11,19 154:3 | 164:7 | 79:11,18 99:8,18 |
| 109:12,17,19 | 154:11,20 155:1,8 | **documents**  14:24 | 140:2,20 141:4 |
| 110:1,8,10 111:10 | 155:15,21 156:3 | 15:6,13,14,20 16:3 | 143:24 144:8 |
| 111:19 112:1,12 | 156:10,19 157:2 | 16:12,20 17:4 | 145:2,11,16 148:3 |
| 112:19 113:1,8,17 | 157:10,18 158:1,9 | 19:22 20:3,10,18 | 148:12 153:17,24 |
| 113:23 114:5,11 | 158:17 159:1,15 | 21:11,19 35:17 | 157:8,17,25 158:8 |
| 114:17,24 115:5 | 162:14 163:4 | 36:24 41:25 44:15 | 158:15,25 |
| 115:13,20 116:1,7 | 181:10,19 182:3 | 49:11,17,23 50:4 | **downward**  136:24 |
| 116:15,23 117:14 | 184:9 | 50:12 51:9,16,22 | 137:7,14,20 |
| 117:22 118:14 | **directly**  160:9 | 53:15,23 68:18 | 138:15,22 |
| 119:1,8,18,24 | **dis**  127:20 | 69:3 70:13,20 | **draw**  86:2 |
| 120:11,17,24 | **disagree**  59:15 | 71:9,15,22 72:4,11 | **drawing**  136:14 |
| 121:6,13,20 122:2 | **disclose**  108:23 | 72:21 73:3,10,18 | 143:3 146:3,14 |
| 122:9,17,24 123:7 | 112:8 132:5,21 | 73:25 74:6 77:13 | **drive**  65:4,19 66:1 |
| 123:14,20 124:3,9 | **disclosed**  22:1 | 77:15 78:4 79:11 | 66:9,15,23 67:22 |
| 124:15,22 125:5 | | 99:7,17 140:19 | 68:3,11 173:2 |

Veritext Legal Solutions
866 299-5127

**[drive - evidence]**

176:1
**drive's** 65:11
**driverless** 169:12
**driving** 26:16,21
58:20 59:3 84:3
85:15,19 86:15,21
87:18,22,24 88:8
88:16,18 89:4,10
89:18,19 90:5,6,14
90:20 91:1,8,17
95:17,25 96:9
103:22 113:6
118:11,25 119:7
119:13 125:25
126:6 169:15
171:24 175:22
178:7
**drop** 176:19
**drove** 176:18
**due** 17:8 31:8
43:12,18 44:4,12
45:4,11
**duly** 184:4
**duties** 59:12
**duty** 108:17 109:1
109:7 120:22
**dvd** 58:15 144:20
183:2

**e**

**e** 3:1,1 4:1,1 5:1,11
8:11 98:9,15,16,22
99:6,16 111:1,1
169:18 183:7
**earlier** 170:9
**early** 12:13 19:14
28:23 34:5,11
115:17 174:19,19
**economic** 78:3,22
141:4 145:18
149:2 154:18

**edge** 146:4,15
148:1,9,19 149:1
**education** 82:20
166:22
**eee** 57:20,21
**effectively** 170:24
**effort** 56:24
**ehrlich** 3:14,15 6:9
7:17,18,18 9:23
10:14,20 17:12,20
18:5,9,13 22:19
26:4 27:8,25 28:4
28:7 29:2,10,13,25
30:20,24 33:8,12
33:24 35:1,21,25
36:12,14 37:4,11
37:16 38:10 42:8
42:13 43:22 44:1
44:25 45:9,17
46:2,22 47:7
48:22 52:13 54:9
54:22 55:1 57:21
58:3 72:14 76:7
78:13 80:8 81:6
81:16 82:15 83:4
83:7,13 85:3,8,22
86:11,17 87:3,19
88:1,23 89:21
92:17 93:25 99:23
99:25 100:4,7
101:9 104:9
110:15 117:4,10
117:13 118:3,8,12
118:21 119:16
136:25 140:12
149:17,20,23
150:1,24 151:5,7
159:8,14,25 160:2
160:8,12,18,20
161:10,12,16,21
162:6,12,21 163:8

164:1,10,22,24
165:22,25 166:9
169:6,17 177:6,12
177:20,24 179:11
179:20,24 180:4
180:20 182:15
183:6,13
**ehrlich.com** 3:20
3:21
**eight** 63:1
**either** 29:20 83:12
161:1 184:15
**emanuel** 2:14 3:4
7:9,11
**embarrassing**
173:19
**emitted** 147:16
**employ** 10:13
**employed** 11:25
12:7,25 20:17
37:8,23 75:3,10
108:16 111:8
118:1 126:5 139:4
**employee** 10:11
48:19 49:5 61:14
65:5 69:18 98:10
109:2
**employees** 50:20
68:17 69:2,10
70:6 107:25 108:8
120:22 121:4
122:7,22 123:4,25
130:15 168:14
**employment** 85:10
86:5 106:10,19
111:23 161:5,6
178:15
**encourage** 89:5
**encouraged** 14:5
14:11,17 16:11
69:24 72:3 74:6

**ended** 106:10,19
177:3 183:14
**engaged** 125:24
**engages** 125:24
**engineer** 181:6
**engineering** 9:19
9:22 81:3 167:14
167:17 178:4
181:3
**engineers** 13:1
116:14
**ensco** 84:11 178:1
178:3,4
**enter** 32:16,18
170:17
**entered** 17:2 84:4
88:16 89:11
112:24 169:22
**entitled** 184:5
**entrants** 172:14
**entries** 28:21
**entry** 171:20,21
172:20
**equipment** 171:4
**equity** 120:3,9,15
**eric** 32:10
**error** 91:10,16
116:14
**esq** 3:5,6,15,16 4:5
**ethel** 183:7
**ethernet** 174:21
175:13,17
**evaluate** 164:17
**event** 172:8
184:16
**eventually** 12:6,13
12:19 49:3 177:23
**everybody** 172:18
183:11
**evidence** 47:4,13
48:3

[evolution - fifth]

**evolution**  176:12
**evolved**  174:16
  175:5
**exact**  10:16
**examination**  5:5
  7:22 8:6 165:13
  179:13 182:10
**examined**  44:6,14
**example**  168:3
**exciting**  170:15
**exculpatory**  47:4
  47:13 48:3
**excuse**  29:2 43:8
  46:16 47:19 53:6
  82:15 144:19
  152:10 177:6
**exhibit**  5:12,13,14
  135:22 136:1
  139:11,17 140:1,8
  141:11,21 142:6
  142:11,12,15,21
  143:2,3,8,15,22
  144:6 145:3,18,24
  146:1,3,15 147:23
  149:12 150:8
  151:11 153:1,16
  154:9,17 174:2
**exist**  31:14 45:7
  106:3 107:5
**existed**  106:22
  107:18
**existence**  17:8
  96:11 107:25
  108:9 127:1
**expect**  79:10,17
**experience**  101:23
**experiment**  102:5
**experimenting**
  101:24 102:6
**explain**  80:2

**exploit**  18:15
**exploiting**  19:6
  36:23 41:24
**export**  68:18 69:3
**exported**  65:10,17
  65:24 66:6,14,16
  66:22,24 67:5,6,13
  67:14,20 68:2,10
  78:20 79:4
**exposure**  43:20
**extent**  27:6,8,20
  29:4 30:6 80:5,9
  159:10
**external**  62:25
  63:9,16,24 64:7
  67:6
**extract**  178:12
**extrinsic**  65:25
**eyes**  1:14 179:7

**f**

**f**  111:1
**facilities**  132:12
**fact**  14:5 16:19
  17:3 19:21 20:3
  35:16 56:24 64:22
  78:3,22 82:18,19
  132:11
**factual**  162:2
  182:18
**false**  28:14
**family**  168:19
**far**  136:14 137:19
  138:21 139:3
  146:3,14
**farmer**  175:23
**fast**  163:9
**february**  133:16
**fec**  96:24 97:6
**feet**  172:22
**fell**  111:13 173:18

**fellow**  167:25
**fi**  103:1
**fiber**  101:24 102:6
  102:22 103:6,13
  103:14,22,23
  104:4,6,14,16,22
  104:24
**field**  77:18 78:5
  87:21 175:25
**fifth**  10:3,9,25
  11:8,15,22 12:3,10
  12:17,23 13:6,13
  13:19,20,21 14:3,9
  14:15,22 15:4,11
  15:18,25 16:9,17
  16:24 18:21 19:3
  19:11,18,25 20:7
  20:15,23 21:16,24
  22:6,13,23 23:5,11
  23:20 24:2,9,16
  25:1,8,15,22 26:7
  26:14,25 27:13
  31:5,12,17,24 32:5
  32:14,23 34:8,15
  34:21 35:5,12
  37:20 38:2 43:16
  46:9 47:1,10,17
  48:7,13,25 49:9,15
  49:21 50:2,9,17,24
  51:6,13,19,25 52:7
  52:19 53:1,10,19
  54:3,13 55:13,21
  56:4,14,21 57:4,11
  57:17 58:6,24
  59:7,8,17,24 60:6
  60:12,19 61:1,9,17
  61:24 62:7,15,22
  63:4,12,20 64:3,11
  64:18 65:2,8,15,22
  66:4,12,20 67:3,11
  67:18,25 68:8,15

68:23 69:8,15,22
70:4,11,18,25 71:7
71:13,19 72:1,8,17
72:25 73:7,14,21
74:3,11,17,23 75:6
75:14,25 76:11,18
76:25 77:9,21
78:8,17 79:1,8,15
79:22 80:13,19,25
81:14 82:6,13
84:8,15,23 85:24
87:7,14 88:5,13,21
89:1,15 90:2,10,17
90:24 91:6,13,21
92:2,7 93:3,12,18
94:7,14,20 95:1,8
95:14,21 96:5,14
96:21 97:10,18,25
98:6,13,20 99:3,12
99:21 100:13,19
100:25 101:14,21
102:3,11,19 103:4
103:11,19 104:2
104:20 105:3,13
105:19,25 106:7
106:17 107:1,9,15
107:22 108:5,14
108:21 109:5,14
109:21 110:3,12
111:15,21 112:3
112:14,21 113:3
113:10,19,25
114:7,13,19 115:1
115:7,15,22 116:3
116:9,17,25
117:17,24 118:16
119:3,10,20 120:1
120:7,13,19 121:1
121:8,15,22 122:4
122:11,19 123:1,9
123:16,22 124:5

[fifth - generally]

124:11,17,24
125:7,13,22 126:3
126:9,16,22 127:4
127:10,16,21
128:2,8,14,21
129:3,10,17,25
130:6,12,19,25
131:6,12,18 132:3
132:9,17,25 133:8
133:14,21 134:2
134:16,21 135:1,7
135:13,20 136:5
136:11,17,22
137:11,17,24
138:6,12,19,25
139:7,14,22 140:5
140:15,24 141:8
141:17 142:1,19
142:25 143:6,12
143:19 144:2,11
145:7,22 146:12
146:19 147:1,7,14
147:20 148:6,16
148:23 149:6
151:15,22 152:3
152:13,23 153:6
153:13,21 154:5
154:13,22 155:3
155:10,17,23
156:5,12,21 157:4
157:12,20 158:3
158:11,19 159:3
159:17 162:16
163:6,24 164:2,4,6
164:12,16 181:12
181:21 182:5
**figure** 29:21 40:11
**file** 65:17,24 67:20
68:2,10 129:20
**files** 23:13,16,22
24:5,12,21 25:3,11

25:17 26:1,10
45:6,13 47:5,14
48:4 58:19 59:2
60:3,16,21 61:3,11
61:19 62:2,9 63:7
63:15,23 64:6,23
65:11 66:6,14,22
67:5,13 71:3
75:21 76:3,14,20
77:4,23 78:1,10,19
79:4,17 140:1,20
141:3 157:25
158:7,15,24
**filing** 95:17
**fill** 134:5
**find** 126:25
**finding** 156:9
**fine** 29:22
**finish** 58:3 92:15
92:20 171:15
**firm** 7:2
**first** 20:2,9 31:19
32:1,7,9,16,18
34:17,23 35:7
48:9 86:18 87:20
115:17 138:2
141:21 159:20
163:2 166:24
168:18 170:21
171:22 173:11
174:14,23 177:9
**five** 65:10,11
66:14,22 67:13
78:19 79:4,17
142:8
**flowchart** 66:8
**foerster** 4:4 7:14
32:10 38:20 41:10
**folks** 170:1
**follow** 18:11,12
28:1,9 29:10

30:15,16,17,19,21
30:23 33:13,15,25
34:1 36:9,16,19
37:5,6 38:10
42:14 44:1,3
45:19 170:23
171:16 182:15
**following** 29:9
33:6 44:18,25
45:2,10 101:2
150:10 152:17
173:22
**follows** 8:4
**foregoing** 184:4
**forget** 179:6
**forgot** 173:16
**form** 11:24 35:20
37:1,10,11,24 38:7
42:7 45:24 46:3
46:15 47:6 48:21
54:8,20 72:13
76:6 78:12 83:3,6
96:2,18 97:1,7,15
106:13,23 108:2
108:11 118:7
119:15 125:4
140:11 141:14
165:19 180:23
181:8,18 182:2
**formation** 49:3
**former** 10:11
50:20 69:10,17
**forming** 12:12
**forth** 172:10
**forward** 168:8
172:25
**found** 170:13
**foundation** 94:1
**founded** 176:10
**founders** 174:13

**founding** 62:4
63:25 66:17 68:4
68:5
**four** 143:8
**framing** 82:22
**francisco** 1:3,17
2:3,16 3:8 6:1,19
167:1 176:19,20
**frankly** 172:16
**freshman** 167:24
**friday** 1:18 6:2
**friends** 168:23
**front** 8:18 9:8
147:4,11
**fuji** 5:13,14 24:5
96:1 100:9,15,22
101:8,17 115:3,4,9
115:10 136:8
137:6 139:17,25
140:7 142:14,21
146:22 147:3,9,17
151:12
**full** 92:18
**funnel** 38:6 42:5
**further** 150:11
161:17 164:21
178:20 179:13
184:14

| g |
|---|

**g** 169:18
**gap** 138:1,8
**garden** 168:11
**gardner** 17:23
**gate** 173:18
**gbr** 66:7
**gen** 175:9
**general** 104:8
**generally** 77:17
78:4,23 104:6,16
104:24 122:13
125:2 137:20

Veritext Legal Solutions
866 299-5127

[generally - gosling]

140:21 141:5,13
145:4
**generating** 176:24
**gestures** 44:22
**getting** 175:14,16
**ghost** 171:21
172:1,5 173:5,20
175:21
**gigabytes** 60:22
61:5
**give** 8:20 9:3 92:18
168:3 171:16
177:8,20
**given** 112:23
113:12
**glare** 21:1
**glass** 137:3
**glassey** 169:14
**go** 6:23 18:5 22:19
26:4 28:15,20
29:24 35:21 36:1
36:12 39:21,21
40:22 44:25 46:1
47:19 48:22 58:3
81:10,24 83:10,19
86:6 92:17,17
159:14 160:19
165:4 167:4,6
171:18 172:9,17
175:23,24 178:7
178:24 179:8
**goal** 171:2
**goes** 80:9
**going** 8:23 9:23
10:20 17:12 18:11
21:3 28:4,6,7 29:5
29:10,23 30:11,15
30:15,17,19,20
33:12,15 36:4,9
41:1 46:19,22
47:22 58:11,16

81:9 83:22 85:8
85:21 88:1 89:23
93:25 94:2 100:1
100:4 110:16
117:11 118:12,20
134:7 144:15,22
159:8,11 160:4,13
160:23 162:12,21
165:7 170:15,22
177:7 178:22
179:1 182:20
183:3
**gonzalez** 79:25
80:22 82:23
**goo** 55:9,16 88:9
120:21
**goober** 25:11
72:19
**good** 6:7,8,9 18:9
80:3,15,21 81:2,8
82:2,8,23 84:3,10
84:19 118:22
**google** 10:11,13,17
10:19 11:3,4,11,18
11:25 12:7,25
14:25,25 15:7,14
15:20 16:3,12,20
17:4 18:23 19:22
20:3,10,18 21:11
21:19 23:8,16,23
24:5,12,21 25:4,11
25:18 26:2,10,17
31:2 35:18 36:25
37:8,23 42:4
43:21 44:7,16
45:7,14 47:5,14
48:4,10,19 49:5
50:20,21 51:1,8,10
51:15,21 53:15,16
53:23 54:6,17
55:8,15,16,23,24

56:6,7,18 57:7,8
59:10,12,19,21
60:2 61:14,21
62:11,18,25 63:7
63:15,17,23 64:6,8
64:14,21,23 65:5
65:11 66:25 67:7
67:15 68:12,17,19
68:19 69:2,4,4,10
69:11,17,19 70:6
70:14,15,22 72:22
73:3,11,18,25 74:7
74:20 75:3,9,10,18
76:14 81:23 84:20
85:2,11,20 86:1,5
86:16,17 87:1
88:9,18 90:6,12,13
90:20 91:9,17,23
98:24,24 99:8,18
103:21 104:13
106:10,19 108:17
108:17,24,25
109:2,9,24,25
110:7 111:8,12,17
111:23 112:8,10
112:16,25 113:15
113:21 114:2,21
115:11,17,18
116:5,13,14,22
117:8,21 120:21
120:21,23 121:3,3
121:10,17,17,25
121:25 122:6,6,13
122:13,21,21
123:3,3,11,11,18
123:24 124:7,13
124:19,19 125:1
125:10,17 126:12
126:19,25 127:6
128:17,23,25
129:12,21 131:20

131:24 132:6,11
132:12,13 133:3
135:15 139:4,4,10
139:18 140:9,18
140:19 141:2,3,12
141:23 143:15,22
144:6 145:2,11,15
145:16 148:2,11
148:12 153:2,9,18
153:24 154:16
156:17,18 157:1
157:17,23 158:7
158:15,24 161:6
165:18 177:4,10
177:16 178:15
180:15,16,17,19
180:22,25 181:1,4
181:7,16,17
**google's** 11:11
13:2,9,24 14:6,12
14:17 15:14,22
18:15 19:7 22:17
23:2 25:25 26:20
54:7,18 55:9
56:25 58:20 61:12
61:20 62:2,10
65:4,18,25 66:9,14
66:23 67:8,15,22
68:3,11 70:7
93:22 97:22
103:21 108:25
112:23 113:13
114:9 115:25
121:10 123:18,24
124:7 132:19
133:4 154:8
155:25 157:15
**gorilla** 98:2,8,16
99:6,16
**gosling** 170:4,5,8

Veritext Legal Solutions
866 299-5127

[gotten - hearing]

| | | | |
|---|---|---|---|
| **gotten** 18:6 | 51:6,13,19,24 52:7 | 111:14,21 112:3 | 157:12,20 158:3 |
| **government** 96:10 | 52:19 53:1,10,19 | 112:14,21 113:3 | 158:11,19 159:3 |
| **gps** 86:22 | 54:3,13 55:13,21 | 113:10,18,25 | 159:17 162:16 |
| **grad** 167:8 | 56:4,14,21 57:4,11 | 114:7,13,19 115:1 | 163:6 181:11,21 |
| **graduate** 167:2,9 | 57:17 58:2,5,24 | 115:7,15,22 116:3 | 182:5 |
| 167:11,11 174:5,6 | 59:7,16,24 60:6,12 | 116:9,17,25 | **guide** 149:25 |
| 175:19 | 60:19 61:1,9,17,24 | 117:16,24 118:16 | 150:4,7,15 151:10 |
| **graduated** 175:20 | 62:7,15,22 63:4,12 | 119:3,10,20 120:1 | 151:18,25 152:5 |
| **grand** 88:17 89:5 | 63:20 64:3,11,18 | 120:6,13,19 121:1 | 153:1,9,16 154:1,7 |
| 89:20 170:20 | 65:2,8,15,22 66:4 | 121:8,15,22 122:4 | 154:16 |
| 174:11,14,15 | 66:12,20 67:3,11 | 122:11,19 123:1,9 | **guiding** 129:12 |
| **granted** 80:25 | 67:18,25 68:8,15 | 123:16,22 124:5 | **h** |
| 99:2 130:25 | 68:23 69:8,15,22 | 124:11,17,24 | |
| 131:12 132:3 | 70:4,11,18,25 71:7 | 125:7,13,22 126:3 | **h** 5:11 8:10 |
| 135:7 141:8 | 71:13,19 72:1,8,17 | 126:9,16,22 127:4 | **half** 20:2,9 |
| **great** 9:2 179:10 | 72:25 73:7,14,21 | 127:10,16,21 | **hall** 174:12,13 |
| **greatest** 138:1 | 74:3,11,17,23 75:6 | 128:2,8,14,21 | 175:14 |
| **grizzly** 115:19,25 | 75:14,25 76:11,18 | 129:3,10,17,25 | **hamamatsu** 96:16 |
| 116:6,19,20,20 | 76:25 77:9,21 | 130:6,12,19 131:6 | **hand** 43:9 141:21 |
| **grounds** 159:9 | 78:8,17 79:1,8,15 | 131:18 132:9,17 | 164:4 |
| 182:14 | 79:22 80:13,19 | 132:25 133:8,14 | **handed** 135:25 |
| **guaranteed** 10:3,9 | 81:14 82:6,13 | 133:21 134:2,16 | 142:10 |
| 10:24 11:7,15,21 | 84:8,15,23 87:6,14 | 134:21 135:1,13 | **happened** 80:2 |
| 12:3,10,17,23 13:6 | 88:5,13,21 89:15 | 135:20 136:5,11 | 113:12 173:20 |
| 13:13,19 14:3,9,15 | 90:2,10,17,24 91:6 | 136:17,22 137:11 | 177:2,17 180:21 |
| 14:22 15:4,11,18 | 91:13,21 92:1,6 | 137:17,24 138:6 | **happy** 40:19 41:8 |
| 15:25 16:9,17,24 | 93:3,12,18 94:7,14 | 138:12,19,25 | **hard** 173:10 |
| 18:21 19:3,11,18 | 94:20 95:1,8,14,21 | 139:7,14,22 140:5 | **harder** 172:17,19 |
| 19:25 20:7,15,23 | 96:5,14,21 97:10 | 140:15,24 141:17 | 173:3 |
| 21:16,24 22:6,13 | 97:18,25 98:6,13 | 142:1,19,25 143:6 | **hardware** 121:5 |
| 22:23 23:5,11,20 | 98:20 99:2,12,21 | 143:12,19 144:2 | 172:4 |
| 24:2,9,16 25:1,8 | 100:13,19,25 | 144:11 145:7,22 | **harvest** 176:3 |
| 25:15,22 26:7,14 | 101:14,21 102:3 | 146:12,19 147:1,7 | **haslim** 142:12 |
| 26:25 27:13 31:5 | 102:11,19 103:3 | 147:14,20 148:6 | **head** 9:4,5 26:16 |
| 31:12,17,24 32:5 | 103:11,19 104:2 | 148:16,23 149:6 | 26:21 44:20 |
| 32:14,23 34:8,15 | 104:20 105:3,13 | 151:15,22 152:3 | **headquarters** |
| 34:21 35:5,12 | 105:19,25 106:7 | 152:13,23 153:6 | 154:25 |
| 37:19 38:2 43:16 | 106:17 107:1,9,15 | 153:13,21 154:5 | **health** 45:22 46:13 |
| 46:9 47:1,10,17 | 107:22 108:5,14 | 154:13,22 155:3 | **hear** 9:14 54:22 |
| 48:7,13,25 49:9,15 | 108:21 109:5,14 | 155:10,17,23 | **heard** 170:9 |
| 49:21 50:2,9,17,24 | 109:21 110:3,12 | 156:5,12,21 157:4 | **hearing** 46:3 |
| | | | 79:24 164:8,11 |

Veritext Legal Solutions
866 299-5127

[hearst - interest]

**hearst** 3:17
**held** 6:18
**help** 102:6 113:22
  114:3,10 172:3
**helped** 16:19
  174:18 175:1,2,17
  178:6,8
**helpful** 83:8
**helps** 117:9,10
**hereto** 184:13
**hey** 39:3,3
**hide** 107:25 108:9
**hiding** 17:3
**high** 166:23,24,25
  167:1,2,20 168:5
  168:10,17
**hills** 172:9
**hired** 118:10
**history** 161:5
**hold** 17:10 35:22
  43:22 45:25 81:6
  83:16 89:21 101:9
**hole** 150:17,17,22
**holes** 149:14
  151:18,18,24
  152:5 153:1,9,15
  154:1,7,15
**hoping** 173:7
**hours** 55:17,25
  63:1
**house** 7:13 95:23
  129:13
**hubbel** 164:14
**hybrid** 102:7,15

**i**

**idea** 172:17
**identification**
  135:23 142:7
**identified** 41:5
**identify** 17:18
  92:13 93:8,14,20

**identifying** 39:14
  163:17
**ignacio** 1:22 2:18
  6:15 184:3,24
**imagine** 92:25
**immediate** 183:10
**impressive** 118:21
**improper** 30:14
**improve** 150:11
**inadvertently** 98:9
**incident** 129:5
**include** 164:1
**included** 61:4
  75:20 98:10,16
**includes** 163:24
**including** 70:13
  86:20 140:19
  141:3 144:7
  157:15,24 158:7
  158:15,24 169:24
**incorporates** 95:4
**incorrect** 92:14
  93:9,15,24 101:3
**independent** 78:2
  78:22 141:4
  145:18
**independently**
  141:19
**individuals** 98:9
  128:10
**indoors** 85:15
**industrial** 81:3
  167:14,17
**influence** 132:19
**informa** 78:21
**information** 11:4
  11:12 16:13 18:16
  19:7 22:17 23:2,7
  23:13,15,22 24:4
  24:11,20 25:3,10
  25:17 26:1,17,20

27:7,9,21,22 28:13
  29:5,14 36:23
  39:19 41:25 43:21
  44:8 50:21 52:3
  53:14,22 59:3
  67:8,15 69:11,19
  69:25 70:8,14
  75:2,9,17,19,21
  76:3,22 77:6,11,17
  77:18,24 78:3,21
  79:3 98:23 99:7
  99:17 108:18,24
  109:9,10,16,24
  110:7 113:21
  120:22 122:23
  123:5,13 126:12
  127:6 129:22
  131:21,23 135:16
  139:9,18 140:9
  141:11,23 143:16
  143:23 144:7
  148:2,11 153:2,10
  153:17,24 154:9
  154:17 156:1,17
  156:25 157:7,15
  157:16,24,24
  158:6,7,14,23
  160:4,22 168:13
  176:24 177:1
  178:10,12
**informational**
  161:9
**informed** 72:19
  73:17
**infringement**
  108:1
**injunction** 92:10
  93:15,23 94:11
**input** 101:5 171:6
**ins** 54:7

**inside** 168:1,4,17
**instruct** 9:23
  10:20 17:5,12,14
  27:6,9,20,24,25
  28:25 29:5 30:11
  33:2,21 35:23
  36:16 37:2 38:8
  42:11 43:23 44:9
  46:22 77:4 80:4,9
  81:9 85:9 87:3
  88:1 89:23 94:2
  101:11 159:19
  160:23 162:12
  177:7 182:13,15
**instructed** 29:7
  36:13,14 39:9
  77:3 81:20 107:24
  108:8
**instructing** 18:8
  50:20 86:2
**instruction** 17:16
  17:19,21 18:6,10
  18:11,12 28:1,8,15
  28:18 29:9,11
  30:21 33:5,7,13,24
  36:10,17,19 37:4,5
  37:6 38:11,16,24
  40:7,12,15 42:14
  42:21,22 43:3,4
  44:2,3,17,19 45:1
  45:2,8,9,16,17
  80:8 107:12,17
  182:16
**instructions** 30:16
  30:19 66:7
**integrate** 175:2
  178:9
**intend** 164:11,19
**intensity** 65:18
**interest** 18:2 30:6
  32:19,25 33:16,19

**[interest - learned]**

33:22 35:14 36:21
37:3,7,14,22 38:4
38:9,13,21,25
39:14 40:4,24
41:13,14,22 42:4
42:10,12,16,23
43:2,24 44:10
81:25 120:3,9,15
125:18 127:12
130:21 132:14,22
**interested**  89:3
156:8 181:15
184:16
**interesting**  168:19
168:21
**interests**  38:18
47:4,13 117:20
**interfaces**  54:17
55:8
**interference**  7:1
**internal**  65:4,19
66:1,9,15,23 67:22
68:3,11 168:6,11
168:12
**intranets**  168:15
169:10
**inventor**  117:2
170:5
**invested**  90:13
**investing**  156:8
**investment**  91:3
116:21
**invoke**  9:24
**involve**  176:22
**involved**  91:9
95:16 100:21
112:16 119:5
127:23 128:4
131:8,14 161:20
169:11

**involvement**
111:24 112:9,10
130:9 132:5
**ion**  103:14,23
104:4,14,22
**ismail**  3:16,21
81:17
**issue**  39:19 164:3
**issued**  51:1 54:6
54:17 55:8,15,23
56:6,18 57:8 60:2
62:18,25 64:14,21

**j**

**james**  170:5
**january**  10:15
18:24,25 19:20
28:23 31:1,7,14
34:5,11 65:10,17
65:24 66:6,15,23
67:13,20 68:2,10
78:20 79:4,18
154:25 155:5,12
156:7
**java**  86:21 169:14
169:16 170:2,5
**jeffrey**  4:14 6:14
**job**  1:24
**john**  17:23
**join**  13:1 17:16
68:18 69:3,25
70:6 73:16,23
74:5 80:8 94:4
180:15
**joined**  69:12 74:8
81:17 118:24
119:14 132:11
165:17 177:16
180:14,15,17,21
180:25 181:1,4
**joining**  81:23 86:1

**joint**  17:1 18:1
32:16 42:10 46:4
**judge**  18:3 79:25
83:1 160:7 163:16
164:8,17
**jury**  8:18 181:15

**k**

**k**  8:11
**kalanick**  13:15,23
14:11 73:16,23
74:5
**kbr**  129:13
**keep**  11:3 43:9
74:6 77:4 100:1,4
108:17 109:8
118:20 120:22
142:4
**keyword**  57:6
**kids**  169:19
**kind**  168:20 171:7
171:23 172:22
176:12,15
**knew**  16:2 22:16
23:1 135:15
170:11
**know**  8:24 10:16
17:25 27:22 28:13
29:15 39:1 40:9
40:15,16,24 46:20
72:10 80:5 81:18
82:20 83:11 117:7
118:20 122:16
124:8 136:25
168:7,9,15 169:15
170:15,22 171:1,4
171:23 172:22
173:13 174:24
175:17,23 178:17
**knowledge**  91:15
97:21 109:17
110:8 171:23

**knowledgeable**
87:17
**known**  77:17 78:4
78:23 104:7,17,25
140:21 141:5,13
145:4,19 148:20
149:3 154:10,19
176:9
**knows**  37:15 42:23
163:16
**kshirsagar**  69:17

**l**

**l**  8:11 169:7,18
**la**  169:5,8 170:25
**lanes**  172:10
**language**  169:16
170:2
**laptop**  51:2,9,16
51:22 52:3 54:6
54:18 55:8,15,23
56:6,18 57:8 60:2
62:18,25 64:14,21
**large**  158:22
175:10
**laser**  96:25 97:6
97:14 101:7,24
102:6,14,21,22
103:6,13,22 104:6
104:16,24 157:14
174:16 176:25
178:12
**lasers**  157:22
158:5
**late**  49:4
**lawyer**  39:2 79:25
179:16
**layout**  142:14
**leadership**  119:22
**learn**  170:10
**learned**  75:2,10
91:16 126:12

[learned - matter]

139:10,18
**learning**  169:13
**leasing**  125:18,24
  126:5,13
**leave**  10:13
**leaving**  19:7 31:2
**left**  18:23 42:3
  51:8,10,15,21
  53:16 73:11 74:20
  98:24 104:13
  136:14 137:19
  138:2,21 139:3,11
  141:21 146:3,15
**legal**  6:16 31:7,19
  37:13
**legend**  149:24
  150:2 152:16
**legitimate**  59:12
  61:13
**lego**  169:15,17,18
**lens**  105:9,16,22
  106:3 147:4,10
  156:16,24 157:9
  158:22
**letting**  162:6
**levandowski**  1:16
  2:13 5:3 6:13 7:19
  8:1,10 11:17
  17:22 18:14 21:8
  21:10,18 30:4,7
  58:15 84:2 101:4
  111:7 144:21
  161:1,4,11,22
  162:11,22 164:7
  165:15 177:7
  179:15 183:2
**levandowski's**
  85:24 164:12
**leveraged**  22:16
  23:2

**li**  156:24
**liability**  18:17
**license**  1:23 2:19
**lidar**  13:2,9,24
  14:6,12,18 15:15
  16:4 18:16 20:11
  20:20 21:12 22:2
  22:8 23:8,16
  24:22 25:5,12
  26:19 50:5 52:10
  52:16,22 53:5,14
  53:24 61:5 94:17
  94:23 95:3,4,11
  96:1 100:9 102:7
  102:14,15 105:8
  105:15,21 106:2
  106:11,20 107:4
  114:4,22 115:18
  115:25 116:5,13
  116:19 128:18
  130:2,8,14,21
  131:2,9,15,24
  132:6,22 134:23
  135:3,9 142:21
  156:16,24 157:9
  157:14,22 158:5
  158:13 175:6,7,9
  176:22,23 178:9
**lidar's**  135:16
**light**  147:16
**limited**  122:14
  123:25 124:8
  161:4
**line**  164:14 173:2
**linux**  64:15
**linval**  126:5,11
**listening**  92:24
  161:23
**litiga**  50:13
**litigation**  34:4,10
  34:17,23 35:8,15

36:22 41:16,23
48:10,20 49:6,12
49:18,24 50:6,12
50:13
**little**  114:15
  170:18 172:22
  180:10
**live**  8:12,13 28:19
**lived**  168:23
**llc**  1:6,9 2:5,8 6:20
  111:18 118:6,6
  120:9,16
**llp**  3:4,14 4:4
**locate**  58:19
**located**  163:13,22
**location**  101:7
  126:24 129:6
  163:10 168:20
  171:5 176:17,20
**locations**  168:1
**log**  28:22 55:10
  163:17
**logging**  176:25
**login**  57:14
**logs**  27:4 54:19
**long**  10:5 94:17,22
  102:7,15 174:6
  180:20
**look**  33:8 40:1
  86:11 162:9
**looked**  146:2
  176:21
**looking**  28:16 46:2
  175:12
**los**  3:6 4:7
**lot**  173:1
**love**  80:1
**loved**  170:11,12
**loyalty**  109:1
**lunch**  110:18

**m**

**m**  1:22 2:18 184:3
  184:24
**machine**  176:5
**magnifying**  137:2
**mail**  98:9,15,16,22
  99:6,16 183:7
**maintained**
  121:25
**major**  167:13
**making**  30:1 38:20
  119:6 132:20
  169:9 170:12
  173:3 174:10
**man**  100:6
**manage**  173:12
**management**
  72:10,20 107:17
  107:24 108:7
  109:18 110:9
  167:18
**managerial**
  127:18 131:2
**manually**  176:1
**manufacturing**
  158:21
**map**  168:2
**maps**  176:13,19
**march**  54:5,5,15
  54:16 55:3,7
**marin**  166:25
**marked**  135:22
  136:1 142:6,10
**marks**  58:14
  144:18,20 183:1
**master's**  82:3
  167:16
**material**  122:15
**materials**  171:10
**matter**  179:22
  182:9

Page 21

[matters - oakland]

**matters** 85:9 86:4
182:21
**maximally** 146:22
**mcclendon** 155:19
156:2
**mean** 29:18 37:12
37:13 165:20
175:6
**means** 30:23
**meant** 41:19
**measures** 123:12
124:20
**media** 71:2
**medium** 102:7,15
**meeting** 154:24
155:5,12 156:1
**met** 155:19 174:9
174:25
**methods** 150:11
**mic** 33:10
**mic'ed** 43:9
**microphone**
111:13
**microphones** 6:24
**microsystems**
170:1
**mid** 94:17 154:25
155:5,12
**middle** 149:15
**midrange** 94:23
**miles** 3:15,20 7:17
18:8 30:19 166:20
**millimeter** 150:18
150:22,23,23
151:2
**millimeters**
150:25
**million** 21:20
22:15 23:1
**millions** 10:18

**mils** 150:25 151:1
151:1,3,4
**mind** 97:3
**mindstorms**
169:16
**minus** 150:17,24
**minute** 20:25
**minutes** 142:8
162:2
**misappropriation**
108:10
**mistake** 173:16
**misused** 114:9
**mit** 176:13,14
**modified** 164:8
**mofo** 179:18,21
**mofo.com** 4:9
**mom** 168:23
170:11
**moment** 47:20
83:17,18,19
**money** 90:13 91:3
116:21
**monitored** 121:17
**monopoly** 170:6
**months** 11:18
21:21
**monumental**
171:7
**morning** 6:7,8,9
163:12
**morrison** 4:4 7:14
32:10 38:20 41:10
**motion** 92:9 93:15
93:23 94:10
**motorcycle** 82:9
82:21 84:4 88:16
89:4,10,19 171:22
171:24 172:25
173:17 174:10

**mount** 115:4,10
**mountain** 114:16
**mountains** 114:22
115:12
**move** 30:24 46:20
126:24 171:10
172:21,25
**moved** 21:1 129:6
**movie** 176:13
**moving** 137:21
**multiple** 86:20
**myers** 38:19 41:9

**n**

**n** 3:1 4:1 5:1 8:10
8:10,11 111:1,1,1
169:7
**name** 6:14 7:2 8:8
59:1 130:14
133:10,17 177:20
177:22
**named** 114:16,22
115:3,10,11 117:2
170:4
**names** 17:24
115:11
**nature** 85:4,25
**navigate** 168:7
178:7
**navigation** 86:20
86:22 173:10
**nearly** 27:16
**need** 9:3 39:11,20
39:25 40:2,9 58:8
58:9 99:23,25
122:15 124:8
137:2 164:20
183:5
**needs** 173:3
**network** 54:7,17
55:8,10,16,24 56:7
57:1,7 59:11,20

122:7,14
**networks** 121:10
121:18 122:8,23
123:13
**nevada** 95:24
96:10
**never** 76:13 101:4
**new** 11:25 12:5,12
12:19 13:1,2,9,24
15:7 18:24 19:6
19:14 62:3 63:25
66:16 68:4,12,18
69:3,12 155:6,14
156:9 174:1 175:3
**nicole** 4:12 7:13
**nodding** 9:4
**nods** 44:20
**non** 163:14,22,24
**nondisclosure**
125:2
**nonthreatening**
174:10
**northern** 1:2 2:2
**nos** 117:3
**note** 6:22 41:17
**noted** 42:17
**notice** 2:18
**noticing** 7:3
**novel** 174:1
**november** 54:16
55:7,25 56:8,16,24
133:11
**number** 101:5,6,6
157:22

**o**

**o** 8:10,11 111:1,1,1
169:7
**o'melveny** 38:19
41:9
**oakland** 8:13

Veritext Legal Solutions
866 299-5127

**[oath - part]**

oath  8:17,17
object  83:5,7,10
  93:25 159:8
objection  22:18
  26:3 27:5,19
  28:24 30:2,14
  34:25 35:20 37:1
  37:10,24 38:7
  42:7,9 45:24 46:3
  46:4,15 47:6
  48:21 54:8,20
  72:13 76:6 78:12
  83:2 96:2,18 97:1
  97:7,15 106:13,23
  108:2,11 118:7
  119:15 125:4
  140:11 141:14
  165:19 180:23
  181:8,18 182:2,12
objectives  171:11
objects  165:22
obligated  11:3
obtained  76:3
obviously  163:24
  170:22
occurred  85:10
occurring  86:4
october  55:18
  100:15
odin  50:5 101:18
  126:18,24 127:7
  127:13,18,24
  128:5,11,16,24
  129:5,14,20 130:2
  130:8,16
offer  83:14
officer  160:24
oh  43:10 92:21
  103:1 111:13
okay  9:15,18
  10:15,22 17:15

18:13 22:20 28:6
  29:12,18 30:13,22
  30:25 33:12 34:1
  35:2 36:14 37:16
  40:20 41:12 55:1
  56:11 58:9 76:8
  78:14 81:11 83:4
  83:15 85:12 86:13
  92:22 93:5 99:24
  103:2 104:12
  110:15 117:10,12
  119:17 142:5,9,9
  144:14,15 146:9
  149:23 150:1
  151:1,7 160:6,12
  161:15 162:5,8
  163:1,23 164:20
  164:24 165:24
  166:10 177:6,11
  177:12,13,24
  178:21 179:24
  183:1
omw  128:17,23
once  30:13 168:10
ones  178:18
ooo  1:4 2:4 4:16
  5:17 110:19
  183:16
operating  51:2
  56:17,23 64:14,15
  64:21 113:14
operation  48:15
operations  81:4
  127:24 131:9
  167:15,18
operator  176:4
optical  158:13
  173:10
order  16:3 20:11
  20:19 103:15,23
  104:4,14,22 114:3

128:24 130:8
  160:21 163:20
  171:4 183:8,8
ordered  128:16
  163:17
organization
  178:5
organized  169:25
  170:1
orientation  101:7
otto  1:9 2:8 7:16
  12:19 14:6,12,19
  15:8,22 16:4,14
  17:9,24 20:12
  21:12,20 22:2,3,9
  22:16,16 23:1,1
  24:21 32:20 33:1
  33:17,18,19,20
  34:4,10,11,17,18
  34:24 35:9,15,16
  36:21,22 38:6
  41:15,22,23 42:4,6
  43:12,19 44:6,7,13
  44:15 45:5,12,21
  45:22 46:12,13
  49:4,23 50:14
  51:16 68:20 69:5
  69:19 70:1,7
  71:10 73:4 74:14
  75:1 94:16 96:16
  96:23 97:5,12,20
  101:18 105:6,8,15
  105:21 106:11,20
  107:4,11,24 108:8
  109:10 118:6
  120:15 134:23
  135:3,4,9
otto's  22:8 37:22
  38:4,17,19 41:9
  45:7,15 95:4

ottomoto  7:15
  31:9,14,21 32:2,11
  118:6 120:9
  133:24 134:12,18
ottomotto  1:9 2:8
outdoors  85:15
outputs  174:20
outputted  174:20
outputting  174:21
outside  108:25
  125:1
overhang  146:15
  148:1,9,19 149:1
overlap  106:12,21
  107:5
overlapped  111:23
oversee  118:11
owl  23:23
owned  125:15
owners  133:3,4
ownership  125:18
  127:12 130:21
  132:14,21

**p**

p  3:1,1 4:1,1
p.m.  2:17 110:18
  111:2 183:4,15
packed  138:22
packets  174:21
  175:13
page  5:5,12 141:22
  149:11,15 150:8
  151:11 153:1,16
  154:10,18
pages  1:25 27:3
paid  22:15 23:1
paper  9:7,9,25
parameters  101:7
part  27:18 44:4,12
  45:4,11 76:4 81:2
  81:7 82:2,8,23

[part - premise]

84:2,10,17,19
86:18
**participating**
95:10
**parties** 6:23
184:15,17
**partner** 81:17
**parts** 128:16,17,24
**party** 45:20 46:11
97:21
**password** 121:4
121:11 123:19
**passwords** 125:9
**patent** 108:1 117:2
117:5,21,21
129:20
**paths** 106:12,21
107:5
**patrick** 3:6 7:10
**patrickschmidt**
3:11
**pause** 81:18
**paying** 128:10
**pbr** 65:18,25
**pc** 152:8
**pcb** 5:14 137:21
142:13 143:3,14
143:21 144:5,25
145:9,14 146:15
146:22 148:1,9,19
149:1 151:25
**pcbs** 101:8 142:22
143:2,8 151:18
152:5,8
**people** 175:11
**perform** 54:6
**performance**
150:11 152:18
173:24
**performing** 59:12

**period** 161:2
184:13
**perlson** 3:5 5:6 7:4
7:8,8 8:7 10:5,17
11:2 17:7,18 18:4
18:14 21:2,8
22:25 26:9 27:15
28:11,18 29:7,18
30:13,22,25 33:4
33:16 34:3 35:7
36:1,9,20 37:7,22
38:4,12,23 39:3,6
39:9,18,23 40:2,6
40:9,17,20,22 41:3
41:6,12,21 42:15
42:20,25 43:11
44:4,12,18 45:3,11
45:20 46:11 47:3
47:12,21 48:2
49:2 52:14 54:15
54:24 55:2 57:22
58:1,9,18 72:19
76:13 78:19 80:15
81:16 82:1,25
83:5,12,15,20 84:2
85:17 86:9,24
87:9,23 88:7 89:9
90:4 92:21 94:9
96:7,23 97:4,12,20
100:2,6,9 101:16
104:10,13 106:14
107:3 108:7,16
110:14 111:7
117:8,19 118:5,10
118:18,23 119:22
125:9 134:6,12
135:25 137:2,5
140:17 141:19
142:9 144:13,23
149:9,11 150:2
151:1,8 159:19

160:6,10,19
161:15,19 162:5,8
162:18,25 163:2
163:23 164:6,20
164:23,25 165:3
165:19 178:22,25
179:9,14,25 180:7
181:2,14,23 182:7
182:19,22
**permanently**
50:11
**permission** 108:25
**person** 176:16
184:7
**personal** 65:11
73:2,9 171:25
**personally** 13:15
100:21
**perspective** 181:3
**pets** 168:12
**phone** 3:9,19 4:8
**physically** 176:16
**pick** 6:24
**picture** 178:11
**pictures** 168:7,20
176:25 177:19
**piece** 171:4
**pieces** 9:7,9
**pins** 149:25 150:4
150:8,16 151:10
151:25 153:9,16
154:1,8,16
**pioneers** 87:21
**place** 6:23 184:7
**placed** 147:4,10
**placement** 147:22
147:25 148:8,18
148:20,25 149:2
152:7
**plaintiff** 1:7 2:6
7:5,9,11 27:3

**plaintiffs** 2:13 3:3
**plan** 13:8,23 17:1
**planning** 155:7
**plant** 176:2
**play** 169:19
**please** 6:22 7:1,2
8:8,24 18:5 40:18
83:19 145:24
149:8
**plus** 150:17,22
**point** 18:9 138:22
160:9 161:14
171:10 178:16
**pointing** 136:24
137:7,14,20
138:15 149:21
**points** 178:11
**policy** 52:15
122:21 123:3
**portion** 26:9 172:2
**position** 9:18
**positioning** 133:2
**possession** 73:3,10
**possible** 136:25
163:9
**post** 168:10
**potential** 32:19
33:1,20 34:4,11,18
34:24 35:8 43:20
112:18
**potentially** 155:6
**practice** 164:16
**pre** 147:17 158:22
**preceded** 96:1
182:10
**precisely** 175:25
176:1
**preliminary** 92:10
93:15,23 94:11
**premise** 28:12

**[present - ray]**

**present** 4:12 17:25
161:24
**presently** 106:3
**preserve** 85:23
**president** 9:19,21
**presumption** 43:7
**pretty** 83:2 172:16
174:1
**prevent** 38:5 42:5
121:25
**previous** 43:5
92:16,19
**previously** 63:8
171:9
**primarily** 164:3
**printed** 146:2
**prior** 11:18 14:25
70:15 86:1 161:5
172:8
**private** 6:25
**privi** 29:15
**privilege** 17:6,13
17:17 18:2 27:4
27:16 28:22 29:1
30:4,7 33:3,22,23
35:24 36:18 37:3
37:12 38:9,24
39:10 40:12 41:1
42:9,10,12 43:25
44:11 46:5 85:24
159:9,11 163:25
164:3,4,12,16,18
182:14
**privileged** 27:7,9
27:21 29:5,15
30:1 42:24 80:6
160:4,22 163:14
163:22,24 182:21
**privileges** 163:19
**probably** 9:12
86:10

**problem** 173:3
**process** 103:8,15
103:24 104:5,15
104:23 119:6
132:20 158:21
179:8
**produce** 163:17
**product** 177:15,16
**production** 164:13
**products** 168:13
**professor** 169:14
176:8,14,14
**profit** 133:3
**profited** 133:4
**program** 26:16,22
95:3,5
**programming**
169:16
**progress** 171:12
**project** 58:20 59:4
103:22 176:6,22
**projects** 86:20
**proper** 33:5
**properly** 164:18
**proposals** 178:8
**propounded**
162:20
**proprietary** 15:15
108:24 109:8,10
109:24 110:6
**protect** 121:4
123:12 124:20
**protected** 121:12
123:19
**prototype** 96:10
100:10 105:15
107:3,6 174:19
175:5
**prototypes** 106:22
107:11,18,25
108:9

**provide** 29:16
39:18 47:4,13
152:6
**provided** 122:6
184:12
**public** 172:5,7,11
**publicly** 145:19
148:20 149:3
**pulse** 158:5
**purpose** 17:3
43:18
**purposes** 55:17,25
56:8 121:19
**pursuant** 2:17
**put** 39:23 80:1
178:8

**q**

**q4** 67:21
**qualified** 173:13
**qualify** 173:12
**question** 8:25
28:16 29:20 30:18
33:8 36:11 38:17
39:7,8,13 40:1,4
40:17 41:2,6,15
42:1,17 43:5 54:9
54:21,23 56:9
81:7,19 82:18
83:11,21 85:3,22
85:25 86:8 89:22
92:19 93:5 101:10
104:8 146:7
152:19 159:20,24
160:21 181:24
**questioning** 161:8
162:3
**questions** 81:24
82:25 83:9 86:4
89:1,3,6 118:19
161:9,13 165:1,17
166:5,21 178:20

180:2,6,11,14
**quickly** 15:21
21:12
**quinn** 2:14 3:4 7:8
7:10
**quinnemanuel.c...**
3:10,11

**r**

**r** 3:1 4:1 111:1
169:7
**race** 170:19,24
173:15,21 174:18
**racing** 163:9
**raised** 166:12,13
**raison** 169:5,8
**ramsey** 3:14,16,20
3:21 7:17 81:17
161:1,23
**ran** 51:2 57:6,13
57:19 58:18 59:10
59:19
**range** 94:17 102:7
102:15
**rate** 158:5
**ray** 4:5 5:7 7:14,14
17:5,10,16 18:6
22:18 26:3 27:5
27:19 28:16,24
29:24 33:2,21
34:25 35:20,22
36:13,14,17 37:1
37:10,13,24 38:7
38:17,25 39:5,8,16
39:21,25 40:3,8,16
40:19,21,23 41:5,7
41:14 42:7,8,11,18
42:22 43:6,10,23
44:9,17 45:8,16,24
46:15,18,20 47:6
48:21 54:8,20
72:13 76:6 78:12

[ray - represent]

80:4 83:16 94:4
96:2,18 97:1,7,15
106:13,23 108:2
108:11 118:7
119:15 125:4
135:24 140:11
141:14 161:7,11
161:22 162:1
165:1,6,14 166:3
166:12 169:8,20
177:14,25 178:20
179:6,10,15,25
180:23 181:2,8,18
182:1,2,8,12,17,20
183:7,12
**rdf** 62:18
**reach** 46:19
**read** 9:10,12,25
18:4 29:2 41:8
54:9 86:10 89:21
92:4,9 101:9
104:9 150:14
160:6,8,11,21
**reader** 62:19
**ready** 175:16
**really** 88:25 92:24
170:14,25
**reason** 8:20 48:2
55:2,6 74:25
115:9
**reasonable** 123:12
124:20
**reasons** 123:5
**recall** 125:9
165:15 176:10
178:18
**receive** 32:7 105:9
105:16,22 106:3
106:12,21 107:5
169:20

**received** 10:18
81:2 82:2 168:18
170:8
**receiving** 31:7,19
**recess** 21:5 36:6
47:24 58:13 83:24
134:9 144:17
160:15 165:9
179:3
**recognition**
169:21
**recognize** 136:2
**record** 6:10,24 8:9
21:3,6 29:14,17,24
29:25 36:2,4,7
39:22,24 40:11
41:17 42:25 47:20
47:22,25 58:11,16
81:17 83:19,23,25
110:16 111:5
134:7,10 144:16
144:22 146:1
160:14,16 162:7
162:24 164:21
165:4,8,10 179:2,4
183:3
**recorded** 6:12
**recording** 6:22
**recruited** 13:1,15
69:25 70:6 73:16
74:5
**recruiting** 73:23
**reduced** 184:8
**refer** 145:24
**reference** 42:17
140:1 141:22
144:6 152:6 177:8
**referencing**
149:20
**referred** 71:9,15
71:21 95:24,25

96:10
**referring** 82:23
151:18,24
**reflected** 15:14
140:18 141:2,10
141:20 143:23
145:1,10,15 148:2
148:11 151:10
152:25 153:16
154:9,17 157:7
**reflecting** 50:4
**reflection** 151:12
**reflects** 141:12
142:13
**reformatted** 64:13
64:20
**refusing** 39:18
**regarding** 11:19
17:8,9 18:16 31:8
31:20 32:11,19
33:1,17,20 34:4,10
34:18,24 35:8,16
36:22 41:23 47:4
47:13 48:3 50:14
52:22 89:18 95:17
95:24 96:9 105:8
112:23,25 160:7
**registered** 133:10
**regular** 54:7
**regulatory** 95:16
**reinstalled** 56:17
56:23
**relate** 88:9,17
89:11 91:23
125:25
**related** 18:1 49:11
49:17,23 59:11
61:13 89:4 113:14
162:3,3 184:16
**relates** 85:13
100:9

**relating** 50:12
58:20 59:3 85:19
86:14 94:17
**relation** 87:1
88:15 89:10,19
104:6,15,16,24
105:7 162:10
**relationship** 50:5
**release** 171:2
**relevant** 77:18
78:4 181:25
**relies** 102:22
**remains** 26:10
**remember** 166:1,4
175:15
**remote** 171:3
**remotely** 168:20
**renamed** 130:2,8
133:24
**rep** 174:24
**repeat** 41:8 86:7
92:23 93:6
**repeating** 97:3
**repetitive** 92:25
**rephrase** 8:25
**replicate** 13:2,8,24
14:6,11,17 15:22
**report** 17:8 43:12
43:18 44:5,13
45:4,12,21 46:12
**reporter** 6:15 8:3
41:7 43:8 183:5,9
184:1,12
**repositories**
121:11
**repository** 59:1
60:3,16,22 61:3,12
61:20 62:3,10
**represent** 7:3
142:11 160:25
182:17

Page 26

[representing - rights]

| | | | |
|---|---|---|---|
| **representing** 179:18 | 51:5,12,18,23 52:6 | 109:13,20 110:2 | 155:16,22 156:4 |
| **represents** 179:21 180:1 | 52:18,25 53:9,18 | 110:11 111:11,20 | 156:11,20 157:3 |
| | 54:2,12 55:12,20 | 112:2,13,20 113:2 | 157:11,19 158:2 |
| **request** 6:16 | 56:3,13,20 57:3,10 | 113:9,17,24 114:6 | 158:10,18 159:2 |
| **requested** 7:5 174:2 184:11,11 | 57:16,24 58:23 | 114:12,18,25 | 159:16 162:15 |
| | 59:6,15,15,23 60:5 | 115:6,14,21 116:2 | 163:5 181:10,20 |
| **requests** 162:19 164:8 | 60:11,18,25 61:8 | 116:8,16,24 | 182:4 |
| | 61:16,23 62:6,14 | 117:15,23 118:15 | **respectively** 120:5 |
| **required** 30:11 121:3 124:14 125:2 | 62:21 63:3,11,19 | 119:2,9,19,25 | **responsibilities** 9:21 |
| | 64:2,10,17 65:1,7 | 120:12,18,25 | |
| | 65:14,21 66:3,11 | 121:7,14,21 122:3 | **responsive** 162:19 |
| **requiring** 122:22 | 66:19 67:2,10,17 | 122:10,18,25 | 163:11,13,18,21 |
| **research** 81:4 167:15,18 178:5 | 67:24 68:7,14,22 | 123:8,15,21 124:4 | **restated** 133:17 |
| | 69:7,14,21 70:3,10 | 124:10,16,23 | **result** 80:5 91:2 |
| **reserve** 182:22 | 70:17,24 71:6,12 | 125:6,12,21 126:2 | 116:13,21 |
| **reside** 26:2 | 71:18,25 72:7,16 | 126:8,15,21 127:3 | **retain** 70:13,20 |
| **resignation** 70:15 | 72:24 73:6,13,20 | 127:9,15,20 128:1 | **retained** 72:11 |
| **resist** 170:16 | 74:2,10,16,22 75:5 | 128:7,13,20 129:2 | 74:13,19,25 76:20 |
| **resolution** 178:10 | 75:13,24 76:10,17 | 129:9,16,24 130:5 | 77:11,13,15,23 |
| **respect** 30:1 79:21 | 76:24 77:8,20 | 130:11,18,24 | 78:1,19 |
| **respectfully** 10:2,8 | 78:7,16,25 79:7,14 | 131:5,11,17 132:2 | **return** 73:24 |
| 10:23 11:6,14,20 | 79:21 80:12,18,24 | 132:8,16,24 133:7 | 76:14 |
| 12:2,9,16,22 13:5 | 81:13 82:5,12 | 133:13,20 134:1 | **review** 184:11 |
| 13:12,18 14:2,8,14 | 84:7,14,22 87:5,13 | 134:15,20,25 | **reviewed** 94:9 |
| 14:21 15:3,10,17 | 88:3,12,20 89:14 | 135:6,12,19 136:4 | **richmond** 172:13 |
| 15:24 16:8,16,23 | 90:1,9,16,23 91:5 | 136:10,16,21 | **ride** 175:24 |
| 18:20 19:2,10,17 | 91:12,20,25 92:5 | 137:10,16,23 | **rider** 171:21 172:1 |
| 19:24 20:6,14,22 | 92:12 93:2,11,17 | 138:5,11,18,24 | 172:5 173:5,20 |
| 21:15,23 22:5,12 | 94:6,13,19,25 95:7 | 139:6,13,21 140:4 | 175:22 |
| 22:22 23:4,10,19 | 95:13,20 96:4,13 | 140:14,23 141:7 | **right** 18:7 28:15 |
| 24:1,8,15,25 25:7 | 96:20 97:9,17,24 | 141:16,25 142:18 | 39:25 40:4 149:9 |
| 25:14,21 26:6,13 | 98:5,12,19 99:1,11 | 142:24 143:5,11 | 151:4 153:6 172:9 |
| 26:24 27:12 31:4 | 99:20 100:12,18 | 143:18 144:1,10 | 178:18 |
| 31:11,16,23 32:4 | 100:24 101:13,20 | 145:6,21 146:11 | **rights** 9:24 10:3,9 |
| 32:13,22 34:7,14 | 102:2,10,18,25 | 146:18,25 147:6 | 10:21,24 11:7,15 |
| 34:20 35:4,11 | 103:10,18 104:1 | 147:13,19 148:5 | 11:21 12:3,10,17 |
| 37:18 38:1 43:15 | 104:19 105:2,12 | 148:15,22 149:5 | 12:23 13:6,13,19 |
| 46:8,25 47:9,16 | 105:18,24 106:6 | 151:14,21 152:2 | 14:3,9,15,22 15:4 |
| 48:6,12,24 49:8,14 | 106:16,25 107:8 | 152:12,22 153:5 | 15:11,18,25 16:9 |
| 49:20 50:1,8,16,23 | 107:14,21 108:4 | 153:12,20 154:4 | 16:17,24 17:14 |
| | 108:13,20 109:4 | 154:12,21 155:2,9 | 18:21 19:3,11,18 |

Veritext Legal Solutions
866 299-5127

[rights - sec]

19:25 20:7,15,23
21:16,24 22:6,13
22:23 23:5,11,20
24:2,9,16 25:1,8
25:15,22 26:7,14
26:25 27:10,13
29:6 30:12 31:5
31:12,17,24 32:5
32:14,23 34:8,15
34:21 35:5,12
37:19 38:2 43:16
46:9 47:1,10,17
48:7,13,25 49:9,15
49:21 50:2,9,17,24
51:6,13,19,24 52:7
52:19 53:1,10,19
54:3,13 55:13,21
56:4,14,21 57:4,11
57:17 58:2,5,24
59:7,8,16,24 60:6
60:12,19 61:1,9,17
61:24 62:7,15,22
63:4,12,20 64:3,11
64:18 65:2,8,15,22
66:4,12,20 67:3,11
67:18,25 68:8,15
68:23 69:8,15,22
70:4,11,18,25 71:7
71:13,19 72:1,8,17
72:25 73:7,14,21
74:3,11,17,23 75:6
75:14,25 76:11,18
76:25 77:9,21
78:8,17 79:1,8,15
79:22 80:10,13,19
80:25 81:10,14,21
82:6,13 84:8,15,23
87:6,14 88:4,4,13
88:21 89:2,15,24
90:2,10,17,24 91:6
91:13,21 92:1,6

93:3,12,18 94:3,7
94:14,20 95:1,8,14
95:21 96:5,14,21
97:10,18,25 98:6
98:13,20 99:2,12
99:21 100:13,19
100:25 101:11,14
101:21 102:3,11
102:19 103:3,11
103:19 104:2,20
105:3,13,19,25
106:7,17 107:1,9
107:15,22 108:5
108:14,21 109:5
109:14,21 110:3
110:12 111:14,21
112:3,14,21 113:3
113:10,18,25
114:7,13,19 115:1
115:7,15,22 116:3
116:9,17,25
117:13,16,20,24
118:13,16 119:3
119:10,20 120:1,6
120:13,19 121:1,8
121:15,22 122:4
122:11,19 123:1,9
123:16,22 124:5
124:11,17,24
125:7,13,22 126:3
126:9,16,22 127:4
127:10,16,21
128:2,8,14,21
129:3,10,10,17,25
130:6,12,19,25
131:6,12,18 132:3
132:9,17,25 133:8
133:14,21 134:2
134:16,21 135:1,7
135:13,20 136:5
136:11,17,22

137:11,17,24
138:6,12,19,25
139:7,14,22 140:5
140:15,24 141:8
141:17 142:1,19
142:25 143:6,12
143:19 144:2,11
145:7,22 146:12
146:19 147:1,7,14
147:20 148:6,16
148:23 149:6
151:15,22 152:2
152:13,23 153:6
153:13,21 154:5
154:13,22 155:3
155:10,17,23
156:5,12,21 157:4
157:12,20 158:3
158:11,19 159:3
159:12,17 162:13
162:16,22 163:6
181:11,21 182:5
182:22
**road** 171:16
**roads** 172:8
**robotic** 82:9,21
  85:16 174:10
**robotics** 169:14
**robots** 111:18,25
  112:9,17,25
  113:13 170:7,11
**roger** 169:14
**role** 61:13 119:22
  127:18 131:2
**rpr** 1:22 2:19
  184:25
**rule** 160:9,11
**rules** 83:1 160:7
**run** 58:19
**running** 175:18

**rx** 66:7

**s**

**s** 3:1 4:1 5:11 8:11
  111:1,1,1 169:7
**safe** 29:13
**safeguard** 122:22
**sale** 175:16
**sales** 174:24
**sameer** 69:17,24
**san** 1:3,17 2:3,16
  3:8 6:1,19 167:1
  176:19,20
**santa** 169:24
**saw** 143:3 170:16
**saying** 29:19 40:5
  166:1 171:15
**says** 41:18 149:24
  150:7,9,13,16,21
  152:15
**schematic** 5:13
  136:7
**schematics** 59:2
**scheme** 38:5 42:5
**schmidt** 3:6 7:10
  7:10 137:4 149:10
**school** 166:23,25
  167:1,2,8,11,20
  168:5,10,17,22
  174:5,6 175:19
**schools** 166:24
**science** 81:3 178:4
**scratch** 55:5
**screen** 175:12
**search** 57:13,19
  163:10,15
**searches** 57:7
  58:18 59:10,19
**searching** 163:9
**seats** 165:2
**sec** 115:24

Veritext Legal Solutions
866 299-5127

**[second - started]**

second  17:10
35:25 81:6 137:14
138:3,8 149:11
150:8 151:11
153:1 154:9,18
174:15
secrecy  123:12
124:20
secret  108:9,18
secrets  78:11
security  121:19,25
122:7
see  8:22 9:7
136:13 137:1
146:6 149:14,17
149:18,19,21
150:5,6,13,19,20
151:5,6 168:8,17
171:18 176:20
seeds  176:2
seeing  168:1,4
177:19
select  97:20
self  26:16,21 58:20
59:3 84:3 85:15
85:19 86:15,21
87:18,22,24 88:8
88:16,18 89:4,10
89:18,19 90:5,6,14
90:20 91:1,8,17
95:17,25 96:9
103:22 113:6
118:11,25 119:7
119:13 125:25
126:6 169:15
171:24 175:22
178:7
sell  21:20 174:17
175:5
selling  167:24

sells  175:8,8
sensitive  6:24 11:4
122:15
sensor  175:3
sensors  86:22
sent  98:8
separate  152:8,8
separately  178:13
september  95:17
96:8
serious  39:19
served  27:3 28:22
server  63:8 64:24
70:22 123:18,24
124:7,13,21
servers  25:18,25
26:11 45:7,15
set  170:20 178:11
setup  57:20,21
shaking  9:4
shana  4:13 7:12
share  45:23 46:14
75:2,9 168:12
shared  75:17,19
sharing  76:2
155:25
sheet  21:13
shorthand  8:3
184:6
show  143:8 168:22
168:23
showing  164:17
shown  137:19
138:2 139:2,10,17
139:25 140:7
142:15 143:2,15
143:22 144:6
145:3,17 146:14
147:23
shows  142:21
150:3

sic  109:25 164:14
side  112:24 113:14
sign  125:2
signature  184:23
significant  116:13
116:21
similar  9:10
128:17,24 143:2
168:14
simulators  178:6
single  27:16
102:13,21
sir  42:18
six  142:22 143:2,8
166:20
skill  176:4
slow  171:12
smaller  138:8
smithsonian
173:25 174:3
175:10
software  60:1,8
121:25 124:14
172:4 173:16
175:21
sole  17:2
solicit  96:16,24
97:5,13
solution  129:13
solutions  6:16
sop  66:8
sorry  33:9 43:10
44:22 84:18 93:22
97:2 103:1 111:13
112:6,7
sorting  170:7
soto  33:11
sounds  9:2
source  26:18
29:16 114:2,9

space  138:14
spaced  136:19
spacing  139:2,3,10
139:25 140:8,17
141:1,10,12,20
specialized  124:14
specific  39:7
171:11 174:20
176:2,3,21 178:10
specifically  161:19
170:1
speculation  22:18
26:3 34:25 37:15
39:11
spell  8:8 169:6
spider  24:13
sponsored  170:13
stabilizing  173:17
stage  103:7,15,24
104:5,15,23
stand  80:2
standard  164:16
standing  183:8,9
stands  178:4
stanford  169:24
stanton  4:13 7:12
7:12
start  19:5,6 21:9
23:14 24:18 26:18
31:19 32:1,8,17
33:18 42:1 48:16
55:3 75:16,18
77:2,12,25 105:5,7
106:9 125:16
131:20,22 144:24
145:12 147:23
151:9 156:14
171:15 173:9
started  21:13
100:15 111:8,17
126:18 167:24

Page 29

**[started - substantial]**

169:13 176:9
177:9,9 178:15
**starting**   18:24
**state**   7:2 8:8 87:17
**stated**   165:16
184:8
**statement**   101:3
**statements**   125:3
**states**   1:1 2:1 10:4
10:10 11:1,9,16,23
12:4,11,18,24 13:7
13:14,20,22 14:4
14:10,16,23 15:5
15:12,19 16:1,10
16:18,25 18:22
19:4,12,19 20:1,8
20:16,24 21:17,25
22:7,14,24 23:6,12
23:21 24:3,10,17
25:2,9,16,24 26:8
26:15 27:1,14
31:6,13,18,25 32:6
32:15,24 34:9,16
34:22 35:6,13
37:21 38:3 43:17
46:10 47:2,11,18
48:8,14 49:1,10,16
49:22 50:3,10,18
50:25 51:7,14,20
52:1,8,20 53:2,11
53:20 54:4,14
55:14,22 56:5,15
56:22 57:5,12,18
58:7,25 59:9,18,25
60:7,13,20 61:2,10
61:18,25 62:8,16
62:23 63:5,13,21
64:4,12,19 65:3,9
65:16,23 66:5,13
66:21 67:4,12,19
68:1,9,16,24 69:9

69:16,23 70:5,12
70:19 71:1,8,14,20
72:2,9,18 73:1,8
73:15,22 74:4,12
74:18,24 75:7,15
76:1,12,19 77:1,10
77:22 78:9,18
79:2,9,16,23 80:14
80:20 81:1,15
82:7,14 84:9,16,24
87:8,15 88:6,14,22
89:16 90:3,11,18
90:25 91:7,14,22
92:3,8 93:4,13,19
94:8,15,21 95:2,9
95:15,22 96:6,15
96:22 97:11,19
98:1,7,14,21 99:4
99:13,22 100:14
100:20 101:1,15
101:22 102:4,12
102:20 103:5,12
103:20 104:3,21
105:4,14,20 106:1
106:8,18 107:2,10
107:16,23 108:6
108:15,22 109:6
109:15,22 110:4,5
110:13 111:16,22
112:5,15,22 113:4
113:11,20 114:1,8
114:14,20 115:2,8
115:16,23 116:4
116:10,18 117:1
117:18,25 118:17
119:4,11,21 120:2
120:8,14,20 121:2
121:9,16,23 122:5
122:12,20 123:2
123:10,17,23
124:6,12,18,25

125:8,14,23 126:4
126:10,17,23
127:5,11,17,22
128:3,9,15,22
129:4,11,18 130:1
130:7,13,20 131:1
131:7,13,19 132:4
132:10,18 133:1,9
133:15,22 134:3
134:17,22 135:2,8
135:14,21 136:6
136:12,18,23
137:12,18,25
138:7,13,20 139:1
139:8,15,23 140:6
140:16,25 141:9
141:18 142:2,20
143:1,7,13,20
144:3,12 145:8,23
146:13,20 147:2,8
147:15,21 148:7
148:17,24 149:7
151:16,23 152:4
152:14,24 153:7
153:14,22 154:6
154:14,23 155:4
155:11,18,24
156:6,13,22 157:5
157:13,21 158:4
158:12,20 159:4
159:18 162:17
163:7 166:14
181:13,22 182:6
**station**   66:8
**status**   22:1,8
**stay**   172:9
**steal**   181:6
**steer**   172:23
**stemmed**   129:21
**step**   171:7

**stereo**   174:15
**stock**   133:17
**stole**   180:18
181:15,24
**stop**   20:25 40:10
178:23
**storage**   62:25 63:9
63:16,24 64:7
121:11
**story**   80:3,15,21
81:2,8 82:2,8,23
84:3,10,17,19
**straight**   173:2
175:25
**strange**   180:10
**streak**   118:18
**street**   2:15 3:7
6:19 114:2 172:21
177:22
**streets**   172:6,12
**strike**   77:14
**string**   57:20
**strings**   57:14
**students**   167:25
168:22 176:8
**studied**   167:14
**subdirectories**
61:5
**subject**   18:17
48:10,19 49:5
161:5 182:9
**submission**   95:24
96:8
**submissions**   117:5
**submitted**   142:12
**subpoena**   162:19
**substance**   159:5
159:21 161:2
**substantial**   91:3
172:2

Page 30

[substantially - three]

**substantially** 22:9
**suite** 2:15 3:7 4:6
**sullivan** 2:15 3:4
**summer** 155:20
156:2
**sun** 20:25 169:25
**supervision** 171:5
184:9
**supplier** 98:2
**support** 66:16
68:4
**sure** 30:3 43:10
46:18 47:21 52:14
82:16 83:20 85:6
86:9 97:4 161:24
165:3,6 172:8
183:13,13
**surface** 146:23
**suspect** 9:12 40:14
48:9,15,17 49:2
**svn** 57:14,20 59:1
60:3,9,15,16,21
61:3,12,20 62:2,10
63:8 64:24 70:22
123:18,24 124:7
124:13,20
**switch** 165:2
171:17
**sworn** 7:21 8:2
184:5
**sys** 142:15
**system** 51:2 56:17
56:23 64:14,15,21
96:1,1 100:10
101:17 102:7,14
105:9,15,21 106:2
106:22 114:15
115:3,9 128:18
142:14,15,21
147:3,9,17 154:1
157:23 168:6

170:23 172:4
**systems** 20:12,20
21:12 22:2,8
25:12 44:7,14
84:11 94:17,23
106:11,20 107:4
111:9,24 112:9,17
112:25 113:5,12
113:22 114:3,3,4
114:10,15,22
133:4,10,17,23

**t**

**t** 4:12 5:11 8:10
111:1
**take** 6:23 8:17
16:11 21:2 29:21
39:25 40:2,2
50:20 58:8,9
69:18 81:18 100:7
110:14 134:4
160:10 168:20
**taken** 2:13 16:20
17:3 19:21 21:5
35:17 36:6,24,24
41:25 44:15 45:6
45:14 47:24 58:13
73:17 83:24
110:18 131:21,23
134:9 141:11,23
144:7,17 160:15
165:9 179:3 184:6
**talk** 164:21 182:20
**talked** 181:2
**tamalpais** 166:25
168:5
**tape** 144:13
**tate** 32:10
**taught** 40:21
**tbr** 66:8
**team** 101:23 102:5
102:13,22 103:6

103:13 132:11
172:3 174:11
177:3,16,23
**teams** 173:12
174:9,11,25 175:3
**technologies** 1:9
2:8 6:21 7:15
118:2 119:23
120:4
**technologist** 84:11
**technology** 13:3,9
13:24 14:6,12,18
15:15,22 16:4
18:16 38:6 42:6
52:10,16,23 53:5
53:14,25 82:9
87:18,24,25 88:8
88:18 89:18 90:5
90:7,14,20 91:2,9
91:17 94:16 95:4
95:18,23,25 96:9
96:17,25 97:6,14
97:22 101:17,24
102:6,23 103:6,13
103:22 104:6,16
104:24 113:6,22
114:10 115:11
118:11,25 119:7
119:13 125:25
126:6 128:4
129:14,21 131:14
135:17 155:13
167:19 173:1
177:3,23
**tell** 9:8 35:7 73:24
80:3,16 132:13
170:18 184:5
**ten** 143:9
**tens** 10:18
**terms** 82:22 87:21

**tested** 105:21
**testified** 8:4
**testifying** 8:16,18
**testimony** 8:21
159:6,22 161:2
184:8
**testing** 66:8 172:7
172:11 173:9
**text** 150:20
**thank** 7:20 45:3
93:7 135:24 162:6
164:22 178:19,21
179:11 182:25
**thanks** 82:1 142:4
**theft** 43:20
**thereto** 184:17
**thing** 7:5 29:22
**things** 9:10 82:19
168:2,4,14 170:12
171:8 172:17
174:8 180:14,25
181:3
**think** 29:16 30:10
30:13,14 33:4
37:14 83:1,13,21
160:3,21 164:23
173:23 176:14
178:17 179:17
180:10 181:14,23
183:6
**thinking** 171:8
**thinks** 80:2
**third** 45:20 46:11
97:21 138:9
**thought** 64:22
83:8 112:17
168:19,21 170:14
173:25
**three** 54:18 55:9
166:20 170:21

Veritext Legal Solutions
866 299-5127

**[threw - unauthorized]**

**threw** 100:6
**thrun** 176:8
**time** 17:23,25 21:4
    21:7 29:23 36:5,8
    38:18 40:2 43:11
    47:23 48:1 50:6
    50:13 58:12,16,21
    59:13 83:23 84:1
    90:13 91:3 110:17
    111:6 116:21
    119:14 134:8,11
    144:16,22 160:14
    160:17 161:25
    165:8,11 170:4
    171:23 174:14
    175:20 176:2,3
    179:2,5 183:3,11
    184:7
**times** 175:15
**timing** 42:19 43:7
**tiny** 146:4
**tl** 67:21
**today** 8:21 25:12
    53:21 87:18 91:2
    159:22 163:21
    168:15 174:4,17
    175:6,8 182:8
    183:10
**today's** 159:7,23
**told** 22:25 73:2,9
    80:21
**tolerance** 150:7
    151:8,10
**tolerances** 149:25
    150:4,12,15
**tools** 172:3
**top** 138:3,9 149:14
**tortoise** 60:9,15
**totaled** 60:22
**toys** 169:18

**tractor** 175:24,24
**tractors** 175:22
**trade** 78:11 108:9
**trail** 19:8
**training** 122:7
**transcend** 62:18
**transcript** 179:7
    184:11
**transmit** 101:8
    105:9,16,22 106:3
    106:12,21 107:5
    152:6
**traveled** 174:25
**travis** 13:15
**trial** 91:10,16
    116:13
**triangle** 152:16
**triangles** 149:22
**troops** 171:10
**trucking** 1:9 2:8
    7:16 118:6 120:15
**true** 28:17 52:21
    53:3,12,21 95:23
    96:7 129:12,19
    152:25
**truth** 184:5,5,5
**try** 8:23 43:9
    171:4
**trying** 85:23
**tuning** 66:7
**turn** 149:8 171:17
    173:16 176:1,4
**turned** 173:8
**two** 9:9 55:17,25
    86:3 103:7,15,24
    104:5,15,23
    118:19 143:9
    149:22 166:20,24
    171:22 172:14,19
    172:20 178:13

**tx** 66:7
**tx1** 136:24 137:7
**typewriting** 184:8
**tyto** 50:5 101:18
    130:2,8,14,14,21
    131:2,9,15,24
    132:6,12,13,14,20
    132:22 133:2,3
    134:12,23 135:3,9
    135:16

**u**

**u.s.** 117:2
**uber** 1:9 2:8 4:12
    6:21 7:13,15 9:17
    10:6 11:18,19,24
    12:5,6,13 13:8,16
    14:5,5,17,18 16:2
    16:11,13,19 17:1
    17:24 18:15,17,23
    19:5,8,13,15,20
    20:17,20 21:20
    22:3,15,25 23:8,14
    23:17 24:6 25:4
    25:10,25 26:21
    28:8 30:1,5 32:2
    32:19,25 33:17,20
    34:23 35:7,15
    36:21 37:8,23
    38:5,6,18 41:15,22
    42:5,6 43:11,12
    45:20,23 46:11,14
    48:18 51:22 52:2
    52:9,15,22 53:3,12
    53:25 71:16,21,23
    72:3,5,10,20 73:2
    73:9,16,24 74:5,7
    74:8,13,19 75:1,3
    75:9,11,19,20 76:2
    76:5,13,22 77:2,3
    77:6 79:5,12,19
    87:11 89:12,18

90:7 91:18 94:22
98:2,9,17 99:14
100:10 101:23
102:5,13,22 103:7
103:14 106:4,9,11
106:20 107:4,12
107:18,19,24
108:7 109:11,17
110:8 115:3,9
118:1,5,10,24
119:12,14,23
120:3 134:18
135:4,9,15 137:6
139:16,24 140:7,9
141:19 142:12
144:4 148:10
151:12 153:25
155:6,13,19 156:1
156:8,14,23 157:8
158:23 161:4
180:1,2,6,7,12,15
181:25
**uber's** 5:13 17:9
    25:18 26:11,19
    30:16 33:7 38:19
    41:10 43:19 47:3
    79:25 87:24 95:3
    95:10,16,24 96:8
    104:22 119:5
    136:7 137:6
    154:25 156:16
    157:14,23 158:5
    158:13 161:22
    179:16 180:11
**uber000727** 146:1
**uc** 167:7
**ultimately** 177:2
**unauthorized**
    55:17,24 56:8
    122:1

**[undergrad - uses]**

**undergrad**  167:8
167:9,13 169:4
**undergraduate**
168:25
**undermines**  30:4
**underneath**  150:8
150:15,21
**understand**  8:16
8:19 9:6 11:10
22:15 29:18 40:8
82:17 121:24
175:2,11 179:15
179:17 180:8,9
**understanding**
19:13 109:7 162:4
178:6 179:21
**understood**  11:2
28:11 108:23
156:7
**unevenly**  136:19
**uni**  64:19 98:14
106:18
**unique**  174:1
**unit**  174:19
**united**  1:1 2:1 10:4
10:10 11:1,9,16,23
12:4,11,18,24 13:7
13:14,20,21 14:4
14:10,16,23 15:5
15:12,19 16:1,10
16:18,25 18:22
19:4,12,19 20:1,8
20:16,24 21:17,25
22:7,14,24 23:6,12
23:21 24:3,10,17
25:2,9,16,24 26:8
26:15 27:1,14
31:6,13,18,25 32:6
32:15,24 34:9,16
34:22 35:6,13
37:21 38:3 43:17

46:10 47:2,11,18
48:8,14 49:1,10,16
49:22 50:3,10,18
50:25 51:7,14,20
52:1,8,20 53:2,11
53:20 54:4,14
55:14,22 56:5,15
56:22 57:5,12,18
58:7,25 59:9,18,25
60:7,13,20 61:2,10
61:18,25 62:8,16
62:23 63:5,13,21
64:4,12,19 65:3,9
65:16,23 66:5,13
66:21 67:4,12,19
68:1,9,16,24 69:9
69:16,23 70:5,12
70:19 71:1,8,14,20
72:2,9,18 73:1,8
73:15,22 74:4,12
74:18,24 75:7,15
76:1,12,19 77:1,10
77:22 78:9,18
79:2,9,16,23 80:14
80:20 81:1,15
82:7,14 84:9,16,24
87:8,15 88:6,14,22
89:16 90:3,11,18
90:25 91:7,14,22
92:3,8 93:4,13,19
94:8,15,21 95:2,9
95:15,22 96:6,15
96:22 97:11,19
98:1,7,14,21 99:4
99:13,22 100:14
100:20 101:1,15
101:22 102:4,12
102:20 103:5,12
103:20 104:3,21
105:4,14,20 106:1
106:8,18 107:2,10

107:16,23 108:6
108:15,22 109:6
109:15,22 110:4,5
110:13 111:16,22
112:5,15,22 113:4
113:11,20 114:1,8
114:14,20 115:2,8
115:16,23 116:4
116:10,18 117:1
117:17,25 118:17
119:4,11,21 120:2
120:8,14,20 121:2
121:9,16,23 122:5
122:12,20 123:2
123:10,17,23
124:6,12,18,25
125:8,14,23 126:4
126:10,17,23
127:5,11,17,22
128:3,9,15,22
129:4,11,18 130:1
130:7,13,20 131:1
131:7,13,19 132:4
132:10,18 133:1,9
133:15,22 134:3
134:17,22 135:2,8
135:14,21 136:6
136:12,18,23
137:12,18,25
138:7,13,20 139:1
139:8,15,23 140:6
140:16,25 141:9
141:18 142:2,20
143:1,7,13,20
144:3,12 145:8,23
146:13,20 147:2,8
147:15,21 148:7
148:17,24 149:7
151:16,23 152:4
152:14,24 153:7
153:14,22 154:6

154:14,23 155:4
155:11,18,24
156:6,13,22 157:5
157:13,21 158:4
158:12,20 159:4
159:18 162:17
163:7 166:14
181:13,22 182:6
**universities**
169:23
**university**  81:4
167:1 169:25
**unmanned**  84:11
**unrelated**  123:5
**upbringing**  81:23
**updates**  67:21
**upper**  138:2
139:11 141:21
**urquhart**  2:14 3:4
**usb**  62:18
**use**  11:11 18:18
20:3 21:18 24:18
24:20 25:10 46:16
51:9,16,22 52:2
53:22 62:3,11
63:24 64:7 66:16
66:24 67:7 68:3
68:11 72:3 74:7
76:22 77:5 79:10
79:17 91:15 96:16
96:23 97:5,12
104:22 109:23
110:6 121:18
126:11 129:13
148:10 153:8,15
154:7,15 157:6
162:13 174:22
176:25
**users**  122:15
**uses**  103:7,14
105:9 106:2

Page 33

**[v - work]**

**v**

**v**  8:11
**value**  22:9 78:3,22
  141:5 145:19
  149:2 154:18
  175:11
**vegas**  170:25
  171:1
**vehicle**  86:15 88:8
  88:18 171:2,18
  172:23 173:17
  176:23
**vehicles**  85:15,16
  85:19 86:20,21
  87:22 169:12,15
  174:2 175:1 178:7
**velodyne**  114:4
  174:13,16,23
  175:1,5,6
**vendor**  96:17,24
  97:6,13
**vendors**  97:21
  125:2
**venture**  155:6,14
**ventures**  167:21
  169:1 178:15
**veritext**  6:16
**version**  95:25
  115:17,24 116:5
  168:6
**versions**  116:12
**versus**  6:20
**vertically**  152:8
**vice**  9:19,21
**video**  6:12,22
  174:20 175:12
**videographer**  4:14
  6:7,10 7:7,20 21:3
  21:6 33:10 36:4,7
  46:16,19 47:19,22
  47:25 58:8,11,14

83:22,25 110:16
  111:5 134:7,10
  142:8 144:15,18
  160:13,16 165:4,7
  165:10 178:24
  179:1,4 183:1
**videotaped**  1:16
  2:12
**view**  114:2 176:15
  177:22
**virtue**  145:19
**visit**  168:20
**visited**  132:12
**voce**  33:11
**vs**  1:8 2:7
**vuetool**  176:9
  177:2,3,14,16

**w**

**w**  8:11
**wait**  111:13
**wall**  52:9,11
**want**  7:4 9:10 18:4
  28:14,20 29:21,23
  30:3,9,9 33:6 36:1
  39:6,21,23 40:10
  40:21 41:7,17
  42:25 52:13 81:22
  82:16,16 83:5,7,9
  88:25 92:15 100:8
  134:5 142:3
  175:13 178:24
**wanted**  83:14
**wanting**  171:9
  183:10
**waste**  29:23
**water**  134:5
**wave**  50:5 101:18
  126:18,24 127:7
  127:13,18,24
  128:5,11,16,24
  129:5,14,20 130:2

130:8,16
**way**  18:17 25:18
  28:12 40:24 42:23
  85:9 133:4 137:6
  146:4 174:10
  184:16
**waymo**  1:6 2:5
  4:13 6:20 7:5,9,11
  7:12 45:23 61:14
  68:20 70:14 76:14
  98:10 125:1
**waymo's**  26:17,20
  38:6 42:6 59:2
  91:1 92:9,13 93:8
  93:14,23 94:10
**website**  168:1,3,5
  168:11,16
**websites**  167:25
  168:9 169:9
**wednesday**  163:20
  164:9
**weekly**  67:21
**wendy**  4:5 7:14
**went**  166:24 167:7
  173:18 174:24
**wha**  1:8 2:7 6:21
**wheel**  172:19,20
**wheeled**  171:22
  172:14
**whispers**  6:25
**wilshire**  4:6
**windows**  51:2
  56:17,23 64:14
**withhold**  48:3
**witness**  3:13 5:3
  6:8 7:21 8:2 9:25
  10:15,22 17:15
  18:12 20:25 22:20
  26:5 27:11 28:2,6
  28:9 29:12 30:23
  33:15 34:1 35:2

36:3,11,19 37:6,17
  37:25 40:3 44:3
  44:20 45:2,10,19
  46:7,24 47:8
  48:23 54:11,21
  57:23 58:2,4
  72:15 76:8 78:14
  80:1,11 81:11
  85:6,12 86:7,10,12
  86:19 87:4,20
  88:2 89:25 92:19
  94:5 96:3,19 97:2
  97:8,16 99:24
  100:3,5 101:12
  104:12 106:24
  108:3,12 117:12
  117:14 118:4,9,14
  118:20,22 119:17
  125:5 134:4
  140:13 141:15
  144:14 145:25
  149:13,19,21,24
  150:25 151:6
  159:13,15 160:1
  162:14 163:1,3
  165:20,24 166:1
  166:10 169:7,18
  177:11,13,22
  178:21 179:23
  180:5,24 181:9,19
  182:3,25 184:4,8
**won**  170:7
**word**  117:6
**words**  171:17
**work**  9:16,17
  13:16 52:9,16,22
  53:3,12 61:13
  71:10,16,23 72:5
  76:5,22 77:6
  81:23 84:17,19,25
  85:2,4,5,17,18,20

**[work - yep]**

85:25 86:13,14,16
86:24 87:1,9,11,16
88:9,15,17 89:9,12
90:7,21 91:2,18,23
95:11 100:15
105:6,6,8 106:11
106:20 107:3
109:10,25 113:5
113:15 115:18
116:14 126:13
128:10 131:24
169:20 172:4
174:5 177:25
**worked**   10:5,17
85:14 86:19 87:25
88:8 90:6 176:7
**working**   11:19
52:22 91:17
102:22 103:7,14
126:19 175:4,14
175:14
**works**   29:19
171:11
**world**   171:2
176:15 177:19
178:7
**worries**   92:22
**wray**   4:9
**wrong**   69:1

**x**

**x**   5:1,11 184:11

**y**

**y**   8:10
**yeah**   9:9,15 10:16
18:9 36:3 52:14
57:22 58:4 86:11
86:12 87:20 92:17
92:22 100:5 134:6
137:4 146:8
149:10 160:2,2,2

163:3 178:25
180:5,9
**year**   167:24
173:11,23
**years**   90:20 91:2
**yep**   150:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.