# EXHIBIT 80
# FILED UNDER SEAL

# EXHIBIT 81
# FILED UNDER SEAL

# EXHIBIT 82
# FILED UNDER SEAL

# EXHIBIT 83
# FILED UNDER SEAL