# EXHIBIT 84
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                        )
 6          Plaintiff,                 )
 7          vs.                        )Case No.:
 8   UBER TECHNOLOGIES, INC.,          )3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING      )
10   LLC,                              )
11          Defendants.                )
12   _____)
13
14         CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16      VIDEOTAPED DEPOSITION OF MICHAEL LEBBY
17             San Francisco, California
18              Monday, April 17, 2017
19                     Volume 1
20
21   Reported by:
22   RACHEL FERRIER, CSR No. 6948
23   Job No. 2596388
24
25   PAGES 1 - 80
```

Page 1

### Page 2

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,              )
 6        Plaintiff,         )
 7   vs.                     )Case No.:
 8   UBER TECHNOLOGIES, INC., )3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING )
10   LLC,                    )
11        Defendants.        )
12   _____)
13
14
15
16      VIDEOTAPED DEPOSITION OF MICHAEL LEBBY,
17   VOLUME 1, taken on behalf of the Plaintiff, at
18   Quinn Emanuel Urquhart & Sullivan, LLP, 50 California
19   Street, 22nd Floor, San Francisco, California, beginning
20   at 1:03 p.m. and ending at 3:12 p.m. on Monday,
21   April 17, 2017, before RACHEL FERRIER, Certified
22   Shorthand Reporter No. 6948.
23
24
25
```

### Page 3

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4        QUINN EMANUEL URQUHART & SULLIVAN LLP
 5        BY:  JARED NEWTON
 6        Attorney at Law
 7        777 6th Street NW, 11th Floor
 8        Washington, D.C. 20001
 9        202.538.800
10        jnewton@quinnemanuel.com
11   and
12        QUINN EMANUEL URQUHART & SULLIVAN LLP
13        BY:  DAVID PERLSON
14        Attorney at Law
15        50 California Street, 22nd Floor
16        San Francisco, California 94111
17        415.875.6600
18        davidperlson@quinnemanuel.com
```

### Page 4

```
 1   APPEARANCES (continued):
 2
 3   For Defendants:
 4        MORRISON & FOERSTER, LLP
 5        BY:  DANIEL MUINO
 6        Attorney at Law
 7        2000 Pennsylvania Avenue, NW, Suite 6000
 8        Washington, D.C. 20006
 9        202.887.1501
10        dmuino@mofo.com
11
12
13   Also Present:
14        MICHAEL FOOR, Videographer
```

### Page 5

```
                    INDEX

WITNESS                           EXAMINATION
MICHAEL LEBBY
VOLUME 1
   BY MR. NEWTON                         7


                    EXHIBITS
NUMBER        DESCRIPTION              PAGE

Exhibit 30    Declaration of Michael
              Lebby                      8
Exhibit 31    Dr. Lebby's Curriculum
              Vitae                      8
Exhibit 32    List of Materials Considered   8
Exhibit 33    Excerpt of the textbook
              "Packaging of High Power
              Semiconductor Lasers"     51
Exhibit 34    Excerpts from the
              Dissertation of Christian
              Sholz                     57
Exhibit 35    U.S. Patent No. 4,244,109   67
Exhibit 36    German Patent No. DE 3031103   70
Exhibit 37    U.S. Patent No. 4,432,037    74
```

```
 1   A   That is correct.                    01:44:38
 2   Q   So that's not something you considered as part of 01:44:39
 3   your declaration?                       01:44:44
 4   A   That is correct.  I did not consider that.  01:44:45
 5   Q   Turning to paragraph 30 of your declaration, 01:44:47
 6   Exhibit 30, here your declaration is discussing --  01:45:03
 7   discussing Waymo trade secrets that you characterize as  01:45:16
 8   the "six-board arrangement"; is that fair?  01:45:19
 9   A   Yeah, in line 13, I characterize Way's -- Waymo's  01:45:21
10   system as ▓▓▓▓▓▓▓▓▓▓▓▓ Yes, that's   01:45:27
11   correct.                                01:45:30
12   Q   You understand that what you have characterized  01:45:30
13   as ▓▓▓▓▓▓▓▓▓▓▓ covers two distinct trade  01:45:32
14   secrets from Waymo's trade secret list; correct?  01:45:35
15   A   I've written on line 10, that covers created  01:45:38
16   Secrets No. 2 and 3.                    01:45:42
17       I believe that's the one you are talking about;  01:45:49
18   right?                                  01:45:52
19   Q   Correct.                            01:45:52
20       Is it your opinion that both Trade Secret Nos. 2  01:45:54
21   and 3 are directed to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  01:45:56
22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    01:45:59
23   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          01:46:02
24   ▓▓▓▓                                    01:46:06
25   A   I don't recall exactly what's written in the  01:46:07
                                             Page 34
```

```
 1   Trade Secrets 2 or 3, but given that I've written it  01:46:09
 2   down in my declaration, that's my understanding.  01:46:13
 3   Q   You agree that the Fuji device has 64 laser  01:46:15
 4   diodes on ▓ transmit boards; is that fair?  01:46:29
 5   A   The Fuji device is a different device.  It has  01:46:33
 6   ▓ boards per cavity.  It has two cavities.  So the  01:46:37
 7   Fuji device is -- is different compared to the Waymo  01:46:41
 8   device.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Fuji is  01:46:45
 9   composed of two cavities, each cavity having ▓  01:46:49
10   boards.                                 01:46:53
11   Q   Looking at the Fuji device overall, you agree  01:46:53
12   there's ▓ transmit boards?              01:46:56
13   A   The Fuji device has ▓ boards for medium-range  01:47:02
14   cavity and ▓ boards for a long-range cavity.  If you  01:47:09
15   want to sum the number of boards together, there are ▓  01:47:12
16   boards, but there are two cavities and has two different  01:47:16
17   designs, and each cavity has ▓ boards, so the way I  01:47:21
18   look at this is ▓ boards per cavity.    01:47:24
19   Q   Each of those ▓ boards has ▓▓▓▓▓ laser  01:47:27
20   diodes; correct, in the Fuji device?    01:47:35
21   A   The Fuji device, if you are talking about one  01:47:37
22   cavity, one cavity -- let's take the medium-range cavity  01:47:43
23   has ▓ boards.  On the ▓ boards, we have a total  01:47:48
24   of ▓ lasers.                            01:47:50
25       My understanding is the lasers are distributed in  01:47:52
                                             Page 35
```

```
 1   a fashion where there is ▓▓▓▓▓▓▓▓ of the boards  01:47:56
 2   and ▓▓▓▓▓▓▓▓ of the boards.             01:47:59
 3   Q   And that's the same for each cavity; correct?  01:48:02
 4   A   Yes.  So for the long-range cavity, a similar  01:48:07
 5   situation occurs where there are ▓ lasers, and the  01:48:10
 6   lasers are distributed.                 01:48:14
 7       I believe, in this case, ▓▓▓▓▓▓▓▓▓▓  01:48:18
 8   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ if I    01:48:22
 9   remember correctly.                     01:48:27
10   Q   So, again, the Fuji device, overall, ▓ total  01:48:27
11   lasers?                                 01:48:31
12   A   If you add the two cavities together, ▓ lasers  01:48:32
13   per cavity, the Fuji device has ▓ lasers.  01:48:38
14   Q   You agree the design files for the transmit  01:48:42
15   boards in the Fuji system are labeled ▓▓▓▓▓▓▓▓  01:48:51
16   correct?                                01:48:53
17   A   Yeah.                               01:48:53
18       If you take the medium-range cavity, you will  01:48:57
19   find that the -- the boards -- and I'm looking at  01:49:00
20   page 7, paragraph 25 of my declaration.  You will see  01:49:04
21   boards labeled ▓▓▓▓▓▓▓▓ for the medium-range cavity,  01:49:08
22   and they are labeled ▓▓▓▓▓▓ for the long-range  01:49:11
23   cavity.                                 01:49:14
24   Q   They are not labeled ▓▓▓▓▓ and then ▓▓▓▓▓  01:49:14
25   again; correct?                         01:49:18
                                             Page 36
```

```
 1   A   They are labeled ▓▓▓▓▓ for medium range and ▓  01:49:19
 2   ▓ for long-range.                       01:49:23
 3   Q   Okay.  Other than the Fuji device, is the only  01:49:23
 4   other LiDAR device that you considered in connection  01:49:32
 5   with your declaration -- strike that.    01:49:35
 6       Other than the Fuji device, is the only other  01:49:39
 7   LiDAR device with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that  01:49:42
 8   you considered in connection with your declaration the  01:49:51
 9   Waymo GBR3 device?                      01:49:53
10       MR. MUINO:  Objection to the form of the  01:50:04
11   question.                               01:50:05
12       THE WITNESS:  Could you restate the question a  01:50:06
13   different way?                          01:50:08
14       MR. NEWTON:  Sure.                  01:50:09
15   Q   Other than GBR3 and the Fuji device, your  01:50:09
16   declaration does not identify any other LiDAR systems  01:50:12
17   that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        01:50:14
18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              01:50:19
19   A   I believe the answer is correct.  I didn't see  01:50:20
20   other ▓ -channel units that had ▓▓▓▓▓▓▓▓▓▓  01:50:22
21   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .    01:50:28
22   Q   If you look at paragraph 31, the Velodyne HDL 64  01:50:32
23   LiDAR system, this is one of the ones you considered as  01:50:37
24   part of your declaration?               01:50:40
25   A   It is my understanding that the Velodyne has 64  01:50:41
                                             Page 37
```

## Page 38

1  channels -- or let's say it's 64 lasers.                01:50:52
2     Q   And in the Velodyne system, each of those 64     01:50:58
3  lasers is on its own transmit PCB; is that correct?     01:51:04
4     A   I don't know the actual layout of the Velodyne   01:51:07
5  system other than what I've seen in the '190 patent,    01:51:11
6  which is the Velodyne patent, and -- in the '190 patent, 01:51:15
7  there are 32 transmit boards and 32 receive boards. The 01:51:19
8  patent discusses one laser per board, but it also       01:51:27
9  discusses a potential for two lasers per board, so I    01:51:30
10 don't know if the '190 patent is related to the HDL 64  01:51:33
11 or not.                                                 01:51:37
12    Q   Okay.  Fair enough.                              01:51:37
13        You agree that one possible arrangement of the   01:51:41
14 LiDAR device with 64 lasers is one laser per board?     01:51:44
15    A   Yeah.  Hypothetically, yes, you could have 64    01:51:48
16 lasers, each having one laser per board.  Yes, that is  01:51:51
17 one hypothetical situation.                             01:51:56
18    Q   And another one would be 21 or 22 laser diodes on 01:51:58
19 three boards?                                           01:52:03
20    A   Yeah.  That is another configuration that is     01:52:04
21 possible too, yes.                                      01:52:15
22    Q   Another configuration is 16 laser diodes on four 01:52:16
23 boards?                                                 01:52:21
24    A   Yeah.  There is -- there are a number of         01:52:24
25 different ways you can break up 64 lasers.  As you say, 01:52:30

## Page 39

1  you could have 64 lasers on 64 boards at one extreme,   01:52:35
2  and the other extreme, you could have one board with 64 01:52:39
3  lasers on it.                                           01:52:42
4         Both of those situations are, from my standpoint, 01:52:43
5  problematic from an engineering perspective, and there  01:52:49
6  are certainly other configurations that you just        01:52:52
7  mentioned.                                              01:52:55
8     Q   Would you agree that an eight-by-eight           01:52:55
9  arrangement would be less problematic from an           01:52:57
10 engineering standpoint?                                 01:53:00
11    A   I haven't seen all the engineering parameters.   01:53:01
12        You know, when you are designing an engineering  01:53:08
13 system, it's not just the number of boards or the optics 01:53:10
14 or the lasers or the photodetectors.  You have to look  01:53:13
15 at the cost of the unit, and you have to look at the    01:53:16
16 size considerations, and you also have to look at things 01:53:18
17 like thermal loaded, as well as yield of the lasers once 01:53:22
18 you put them down onto the boards.                      01:53:28
19        These engineering considerations have to be taken 01:53:30
20 into effect, and I don't believe I've been exposed to   01:53:33
21 all those details at this time.                         01:53:36
22    Q   Okay.  In paragraph 32 of your declaration, you  01:53:39
23 say:  Once Waymo had decided to develop a 64-laser      01:53:44
24 LiDAR, its range of choices for how many transmit PCBs  01:53:49
25 to use and how to distribute the laser diodes across the 01:53:53

## Page 40

1  PCBs was limited by well-known design considerations for 01:53:59
2  automotive LiDARs.                                      01:54:00
3         Do you see that?                                 01:54:01
4     A   I do see that.                                   01:54:02
5     Q   Do you know when Waymo first decided to develop a 01:54:03
6  64-laser LiDAR system?                                  01:54:07
7     A   It may have been in some of the documents I've   01:54:08
8  read, but I don't recall any dates to give you an answer 01:54:27
9  to that question.                                       01:54:30
10    Q   Does [redacted] sound approximately right?       01:54:31
11    A   I probably need to look at the documents.  I     01:54:35
12 don't recall that level of detail.                      01:54:40
13    Q   Okay.  So assuming it would be [redacted], what  01:54:41
14 I want to get at is that your declaration mentions      01:54:49
15 this -- this point where Waymo had decided to develop a 01:54:52
16 64-laser LiDAR; is that correct?                        01:54:55
17    A   I certainly mentioned, on line 24 on page 8, that 01:54:57
18 Waymo decided to develop a 64-laser LiDAR, yes.         01:55:04
19    Q   Okay.  And regardless of whether that was [redacted] 01:55:07
20 or another time, your declaration doesn't cite any      01:55:12
21 independent evidence to show that there were well-known 01:55:16
22 design considerations for automotive LiDARs at that     01:55:18
23 time; is that fair?                                     01:55:21
24    A   Well, considerations for LiDARs are -- as far as 01:55:23
25 I can tell, from reading the documents I've seen, you   01:55:33

## Page 41

1  know, one of the industry-leading LiDARs at the time was 01:55:38
2  the Velodyne, and the Velodyne, as we said earlier, had 01:55:40
3  one laser per board.  The '190 patent shows 32 boards on 01:55:44
4  one side for the laser and 32 boards on the other side  01:55:50
5  for the photodetector.  It's my understanding that the  01:55:53
6  alignment of the boards was actually difficult and      01:55:55
7  time-consuming.                                         01:55:59
8         And so I don't know the details of the design    01:56:00
9  team's work here, but certainly from my perspective, you 01:56:05
10 would want to look for easier ways to align the         01:56:09
11 channels.                                               01:56:12
12    Q   Okay.  And you didn't cite the Velodyne patent as 01:56:13
13 a specific example of a well-known design consideration 01:56:20
14 for automotive LiDAR?                                   01:56:24
15    A   It's not cited in paragraph 32, but I believe it 01:56:25
16 may be cited elsewhere.  I've actually cited it in      01:56:29
17 paragraph 38.  So the patent has been cited in my       01:56:41
18 declaration.                                            01:56:47
19    Q   Right.                                           01:56:47
20        But not cited to say that here's an example of a 01:56:48
21 well-known design consideration for automotive LiDARs;  01:56:53
22 is that fair?                                           01:56:57
23    A   Yeah, I think that's probably a fair comment,    01:56:58
24 looking at what I've written in paragraph 32.  I do not 01:57:14
25 go into details about well-known design considerations  01:57:22

**Page 46**

1  not be ideal for automotive LiDARs due to size          02:05:07
2  considerations; correct?                                02:05:11
3     A   Size considerations is one of the issues if you  02:05:11
4  had 64 lasers on a board, but the other thing you would 02:05:16
5  have to be careful of is these laser are high-power     02:05:21
6  lasers, and so there's going to be thermal effects, and 02:05:25
7  the thermal effects will translate into board warpage,  02:05:28
8  and if the board warps, then everything goes out of     02:05:33
9  alignment, so not only is it a size issue, it's a       02:05:36
10 thermal issue and, I would say, may even be a           02:05:38
11 manufacturing yield issue, because you are going to get 02:05:41
12 64 lasers dye bonded to the board all perfectly, and    02:05:45
13 there is, you know, reasonable chance that one of them  02:05:49
14 may not yield right, and that would add cost to the     02:05:51
15 board for rework.                                       02:05:55
16    Q   Okay.  So focusing just on size -- and that's    02:05:56
17 what I believe paragraph 33 of your declaration         02:06:10
18 addresses; right?  I know you go on to mention thermal  02:06:14
19 considerations, but just looking at 33, you are talking 02:06:18
20 about size?                                             02:06:20
21    A   Yes -- well, I discuss in paragraph 33 -- size is 02:06:20
22 certainly one of the parameters that has to be taken    02:06:29
23 into account to design, let's call it, efficient LiDAR  02:06:31
24 systems.                                                02:06:37
25    Q   You say that use of larger PCB with numerous     02:06:38

**Page 47**

1  laser diodes would necessitate a larger LiDAR housing;  02:06:40
2  is that right?                                          02:06:44
3     A   Well, yes, if you had larger boards, then the    02:06:44
4  housing most likely would have to be bigger, but I can't 02:06:48
5  comment on that because I haven't really designed the   02:06:56
6  housing, and maybe there's some innovative way to --    02:06:58
7  to -- to deal with larger boards, but, generally        02:07:02
8  speaking, size would be an issue.                       02:07:05
9     Q   Is it fair, though, that if you had the same     02:07:08
10 number of lasers and you wanted to put them on smaller  02:07:12
11 boards, you would need more boards?                     02:07:15
12    A   Same number of lasers on smaller boards need more 02:07:18
13 boards.  So, yeah, that's -- hypothetically, you could  02:07:23
14 have 64 lasers on one board on one extreme.  On the     02:07:26
15 other extreme, you could have 64 boards with each having 02:07:29
16 one laser.                                              02:07:32
17    Q   So when you add more boards, your size is going  02:07:33
18 to increase in some dimension; fair?                    02:07:36
19    A   Yeah, your -- if you have got 64 boards, yes, you 02:07:38
20 may have a size issue, but you also have -- probably    02:07:42
21 have a difficult alignment issue.  Now you are aligning 02:07:45
22 64 boards as opposed to one board.  That's optical      02:07:48
23 alignment.                                              02:07:53
24    Q   And there's also a physical alignment; correct?  02:07:54
25    A   Well, you have got --                            02:07:57

**Page 48**

1     Q   You have to account for with more boards?       02:08:01
2     A   Well, physical alignment, and will the boards   02:08:03
3  stay in alignment over the course of a lifetime of the 02:08:07
4  LiDAR.                                                 02:08:10
5     Q   So in terms of the alignment, both physical and 02:08:10
6  optical, more boards probably means more complexity?   02:08:13
7     A   Well, the way I would look at this is if you have 02:08:18
8  more boards, then your testing and alignment costs are 02:08:21
9  going to go higher.  If you have one board, your       02:08:26
10 alignment cost is going to go down, but then you have  02:08:29
11 the problem of large size thermal loading and warpage of 02:08:32
12 the board to go out of alignment.                      02:08:38
13        So in both extremes, from an engineering        02:08:40
14 standpoint, you may run into problems.                 02:08:43
15    Q   Okay.                                           02:08:45
16    A   Is it possible to take a break?                 02:08:49
17    Q   Absolutely.                                     02:08:51
18        THE VIDEOGRAPHER:  It is 2:08.  We are going off 02:08:52
19 the record.                                            02:08:55
20        (Recess taken.)                                 02:08:55
21        THE VIDEOGRAPHER:  We are back on the record.   02:19:55
22 It's 2:20.                                             02:20:06
23 BY MR. NEWTON:                                         02:20:08
24    Q   Dr. Lebby, you also offered an opinion in       02:20:13
25 paragraph 35 of your declaration that it is important to 02:20:16

**Page 49**

1  have an equal or approximately equal number of laser   02:20:18
2  diodes per PCB to ensure an evil -- even thermal load  02:20:19
3  across the PCBs; is that correct?                      02:20:24
4     A   Yes.                                            02:20:26
5         In paragraph 35, I'm indicating -- agreeing with 02:20:32
6  what Mr. Kits was saying in his declaration of making  02:20:35
7  sure that you have a equal or uniform thermal load.    02:20:40
8     Q   Is it fair to say that all --                   02:20:43
9         (Discussion off the stenographic record.)       02:20:43
10        MR. NEWTON:  I'll start over.                   02:20:56
11    Q   All else being equal, is it fair to say that an 02:20:57
12 eight-by-eight arrangement of laser diodes would have a 02:20:59
13 more even thermal load than a ████████████             02:21:04
14 arrangement of laser diodes?                           02:21:06
15    A   I don't know the detailed answer to that question 02:21:07
16 because I haven't looked at the engineering            02:21:13
17 specifications for everything.                         02:21:15
18        Certainly we have to take into account the size 02:21:19
19 that is being allowed in the LiDAR to position all the 02:21:24
20 boards.  I'm not clear -- it's not clear to me that    02:21:28
21 there may be space for eight boards.  I don't know the 02:21:30
22 actual space -- the space availability in these designs, 02:21:34
23 but what is really important is to make sure that you  02:21:42
24 can fit the boards in in a reasonable size.  You can   02:21:45
25 make sure that the design is what I would term is      02:21:52

### Page 50

1  scalable, which means you can scale it in cost, so you   02:21:55
2  don't actually increase the cost, but you can reduce the   02:21:59
3  cost.  You can maintain alignment, for example, and   02:22:01
4  that's making sure you have a thermal load.   02:22:04
5      So whether that's eight or six or seven and a   02:22:07
6  half or five and a half, I don't know that answer, but I   02:22:10
7  think it's important to take into account that you want   02:22:13
8  to try and minimize your thermal load issues and your   02:22:15
9  size issues when you come to your design.   02:22:20
10   Q  Okay.  I'll just ask you, since we are on a clock   02:22:22
11  here and we have a limited amount of time, if you could   02:22:29
12  try to answer my questions specifically.  If you can't,   02:22:32
13  of course, I understand.   02:22:34
14      But just so we are clear, my question was:  All   02:22:35
15  else being equal, an eight-by-eight arrangement of laser   02:22:38
16  diodes would have a more even thermal diode than a   02:22:41
17  ▇▇▇▇▇▇▇ arrangement, and with the   02:22:45
18  information, you can't give a "yes" or "no" answer to   02:22:49
19  that; is that fair?   02:22:52
20   A  I can't give an answer because I don't have the   02:22:53
21  details.   02:22:57
22      When you say "everything being equal," I don't   02:22:59
23  know what "everything" is, so I can't really give you a   02:23:01
24  categorical answer there.   02:23:05
25  //   02:23:05

### Page 51

1      (Exhibit 33 was marked for   02:23:05
2      identification by the Court Reporter.)   02:23:05
3  BY MR. NEWTON:   02:23:05
4   Q  Okay.  I've handed you Exhibit No. 33, and this   02:23:06
5  was Exhibit 4 to your declaration.  It's a textbook   02:23:15
6  authored by Xingsheng Liu; is that correct?   02:23:18
7      And I should mention this is an excerpt from the   02:23:22
8  textbook.   02:23:25
9   A  Yes, it is.   02:23:25
10   Q  The title of the textbook is "Packaging of High   02:23:26
11  Power Semiconductor Lasers"?   02:23:29
12   A  That is correct.   02:23:30
13   Q  What does "packaging" refer to in that title?   02:23:31
14   A  "Packaging" is usually the process of making   02:23:38
15  outside connections to a semiconductor chip.  It doesn't   02:23:43
16  have to be a semiconductor chip, but it's usually   02:23:51
17  something that emits or detects light in this case.   02:23:53
18  Packaging usually allows both optical and electrical   02:23:56
19  connections to the outside world.   02:23:59
20   Q  Okay.  And this textbook is not specific to   02:24:01
21  LiDAR; is that correct?   02:24:03
22   A  That is correct.   02:24:04
23   Q  And the textbook does not describe any specific   02:24:05
24  LiDAR applications; is that correct?   02:24:11
25   A  I don't believe the textbook discusses LiDAR   02:24:12

### Page 52

1  applications.  It just talks about the technology that   02:24:19
2  is used in terms of packaging semiconductor lasers.   02:24:24
3   Q  And you -- I'm looking at paragraph 37 of your   02:24:27
4  declaration, which you might want to follow along with.   02:24:33
5      You specifically cite Figure 5.5 of the Liu   02:24:37
6  textbook; correct?   02:24:44
7   A  Yes, I have cited that figure.   02:24:45
8   Q  Okay.  And this shows a semiconductor laser stack   02:24:47
9  that is composed of multisemiconductor laser bars   02:24:51
10  arranged vertically?   02:24:54
11   A  That is correct; although, I would note, on   02:24:58
12  line 22 of page 9, I do not call out a laser stack of   02:25:02
13  bars, but I use the word three "boards," but I believe   02:25:07
14  that you are probably more correct.   02:25:12
15   Q  Okay.  "Boards" was your term, not the term from   02:25:14
16  the Liu textbook?   02:25:17
17   A  "Board" was my term.   02:25:19
18   Q  Okay.  And laser bars, am I correct that they are   02:25:21
19  strips of multiple emitters on a common heat sink that   02:25:26
20  are all packaged together?   02:25:31
21   A  Yeah.  Laser bar is -- is a single piece of   02:25:32
22  semiconductor.   02:25:35
23      In this case, the laser bars are showing ten --   02:25:36
24  ten emitters, and it would probably have ten stripes,   02:25:40
25  and they are not singulated, so they are not individual   02:25:43

### Page 53

1  lasers.   02:25:46
2   Q  And the LiDAR systems that we have talked about   02:25:47
3  in this case use singulated emitters; correct?   02:25:50
4   A  Yes.  They use singulated emitters.   02:25:55
5      I think I saw, in one of the documents, that the   02:26:00
6  emitter is composed of ▇▇ laser-emitting chips.  I   02:26:05
7  haven't seen, in detail, what they look like, but this   02:26:11
8  example here just shows you that you could have a laser   02:26:14
9  bar with ten laser diode outputs.   02:26:17
10   Q  You agree with me that Figure 5 is -- is it fair   02:26:20
11  to say it's kind of a crude representation of the laser   02:26:38
12  stack -- laser bar stack?   02:26:41
13   A  When you say "crude," yeah, there's not a lot of   02:26:42
14  details in Figure 5.5.  It just shows three substrates   02:26:48
15  mounted on top of each other with laser bars mounted on   02:26:52
16  the substrate and the -- what would look like the   02:26:55
17  emitted laser beam from each of the output emitters.   02:26:59
18   Q  And do you agree that the number of emitters on a   02:27:03
19  semiconductor laser bar range from 19 to 69, typically?   02:27:06
20   A  The number of emitters on a laser bar range from   02:27:12
21  19 to 69.  I'm not sure I understand the question.   02:27:24
22   Q  So a laser bar typically has a number of laser   02:27:27
23  emitters on it; correct?   02:27:32
24   A  Yes.   02:27:34
25   Q  Not just one, but multiple?   02:27:35

14 (Pages 50 - 53)

**Page 54**

1  A  Multiple, yes.                                02:27:37
2  Q  And that number is typically 19 to 69?       02:27:37
3  A  I -- no. I would disagree, because the laser bar  02:27:42
4  is generally referred to as a plurality of lasers, so  02:27:45
5  it's more than one laser output, so I would say that it  02:27:49
6  will be two and above, and I've seen laser bars with two  02:27:52
7  lasers, three lasers, four lasers, all the way up to a  02:27:56
8  few hundred lasers.                             02:28:00
9  Q  So if you go to page 110 of the Liu textbook,  02:28:01
10 Section 5.1.2?                                  02:28:06
11 A  Section 5.1, yes, I see it.                  02:28:14
12 Q  And do you see where it says: A semiconductor  02:28:18
13 laser bar is composed by multiple emitters arranged in a  02:28:21
14 row as shown in Figure 5.3. The emitter numbers of a  02:28:24
15 semiconductor laser bar range from 19 to 69 with  02:28:34
16 different fill factors.                         02:28:37
17    Do you see that?                             02:28:39
18 A  Yes, I see what has been written.            02:28:39
19 Q  Is that different from your understanding of what  02:28:43
20 a laser bar is?                                 02:28:45
21 A  Yes.                                          02:28:46
22    I don't know if this author is referring to  02:28:49
23 Reference No. 9. I certainly haven't looked at  02:28:51
24 Reference 9, but a laser bar is more than one laser  02:28:54
25 because, otherwise, that's how you define a bar. And I  02:28:59

**Page 55**

1  think this author may be talking about a particular  02:29:04
2  example, but, in my experience, a laser bar would have  02:29:06
3  two to n lasers outputs.                        02:29:10
4  Q  And regardless of how many emitters are on the  02:29:14
5  laser bar, do you agree with me that they are typically  02:29:17
6  all on oriented the same direction?             02:29:20
7  A  When you say "oriented," can I further understand  02:29:22
8  what you are trying to say?                     02:29:28
9  Q  Sure.                                         02:29:30
10    If the emitters are all mounted in the same  02:29:30
11 plane, then they are all pointing in the same direction  02:29:39
12 perpendicular to that plane?                    02:29:42
13 A  I've seen cases where that's not the case.   02:29:45
14    Typically, that is the case, but you can do  02:29:49
15 things in laser bars to change the output spot.  02:29:52
16    What we are looking at here in Figure 5.5 is fast  02:29:57
17 axis output where the vertical is the fast axis, which  02:30:02
18 is the -- yes, the vertical. It's the narrow part of  02:30:05
19 the beam and the white part of the beam. The fill axis  02:30:11
20 is the horizontal.                              02:30:16
21    I've seen situations where the lasers can be  02:30:18
22 variably spaced. They can be spaced in parallel,  02:30:21
23 equally spaced, and I've seen it where the upper beam  02:30:24
24 has been modified by the fabrication techniques.  02:30:28
25    So although this is a -- a example in the book,  02:30:31

**Page 56**

1  but there are other examples in the literature which  02:30:34
2  show differences from this.                     02:30:38
3  Q  You didn't cite any of those examples in your  02:30:39
4  declaration, did you?                           02:30:41
5  A  That is correct.                             02:30:42
6  Q  And then Figure 5.5 -- so the fast axis is the  02:30:43
7  vertical access -- axis of each beam?           02:30:46
8  A  That is correct.                             02:30:50
9  Q  And in the Figure 5.5, all of those fast axes are  02:30:50
10 in planes that are parallel to each other?      02:31:00
11 A  Yes, I say that's correct, from what I can see in  02:31:04
12 the figure.                                     02:31:09
13 Q  And you didn't cite any examples of laser bars  02:31:09
14 where the fast axis planes would be intersecting with  02:31:13
15 each other?                                     02:31:16
16 A  No, I did not.                               02:31:16
17 Q  And if you go to Figure 5.3 of the Liu textbook  02:31:17
18 on the previous page, this identifies a heat sink?  02:31:27
19 A  Oh, yes, it's on 5.3. I see it.              02:31:38
20 Q  Those heat sinks are typically metal blocks that  02:31:41
21 the laser diode bar is positioned on top of?    02:31:53
22 A  In some cases, yes.                          02:31:58
23    In high-power lasers, the heat sink can -- can  02:32:02
24 well be a couple block. Most diode lasers have ceramic  02:32:05
25 heat sinks. I've seen lasers with, for example, silicon  02:32:11

**Page 57**

1  heat sinks, so there's various materials that can be  02:32:15
2  used.                                           02:32:17
3  Q  Is metal the most common heat sink material, in  02:32:17
4  your experience?                                02:32:20
5  A  It depends. It's definitely an answer depends on  02:32:20
6  the performance of the laser.                   02:32:24
7     In the lasers that this book is talking about, in  02:32:25
8  this chapter, these are high-power lasers. I would say  02:32:28
9  a combination of metal and ceramic is probably popular.  02:32:31
10    (Exhibit 34 was marked for                   02:32:31
11    identification by the Court Reporter.)       02:32:31
12 BY MR. NEWTON:                                  02:32:31
13 Q  Can you go to Exhibit 34, which I've also put in  02:32:37
14 front of you, and do you recognize this as a    02:32:40
15 dissertation that you cited in your declaration?  02:32:47
16 A  That is correct.                             02:32:49
17 Q  And, again, this is excerpts of the dissertation.  02:32:50
18    And if you go to page 16 of Exhibit 34, and  02:32:54
19 Figure 2.6 shows two examples of heat sinks used for  02:33:06
20 laser diode bars; is that correct?              02:33:12
21 A  Yes. This shows two copper heat sinks for    02:33:13
22 high-power lasers.                              02:33:21
23 Q  Okay. So if you go to paragraph 46 of your   02:33:23
24 declaration, back on Exhibit 30 -- and this part of your  02:33:50
25 declaration is discussing Waymo trade secrets related to  02:34:06

**Page 58**

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?                              02:34:10
2    A   I see that.                             02:34:12
3    Q   Am I correct that you do not dispute that the   02:34:13
4  Fuji device includes a transmit block with a plurality   02:34:18
5  of laser diodes mounted on ▓▓▓▓▓▓ with ▓▓   02:34:21
6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    02:34:27
7    A   So I have heard this from Mr. Haslim in my   02:34:30
8  video-call discussion with him, because I asked him the   02:34:37
9  question, though I have not actually seen a board or a   02:34:39
10 laser package in -- in real life, only from a   02:34:42
11 photograph, which I've used in my document, and the   02:34:47
12 resolution of which is -- doesn't allow me to take a   02:34:50
13 close look at the situation.                  02:34:53
14   Q   So you did not offer an opinion as to whether   02:34:54
15 this design is present or not in the Fuji device?   02:34:58
16   A   It's my understanding that the laser diodes used   02:35:02
17 in the Fuji system are ▓▓▓▓▓ from my discussion with   02:35:08
18 Mr. Haslim.                                   02:35:12
19   Q   Did he tell you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   02:35:12
20   A   I believe he may have said ▓▓▓▓▓▓ but   02:35:14
21 I can't be quoted on that because that number did come   02:35:22
22 up, and I wasn't sure if it related to ▓▓▓▓▓▓   02:35:26
23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    02:35:30
24   Q   Is it correct that the only LiDAR devices with   02:35:33
25 ▓▓▓▓▓▓▓▓▓▓▓▓ that are identified in your   02:35:37

**Page 59**

1  declaration are Waymo's devices and the Uber Fuji   02:35:40
2  device?                                       02:35:44
3    A   Well, I haven't done a industrial review of LiDAR   02:35:44
4  devices, so what I can say is that, from the documents   02:35:52
5  I've read, the Waymo device uses ▓▓▓▓▓▓ and on   02:35:57
6  the Fuji device, from what I've been told -- and I   02:36:03
7  haven't actually seen the board in detail -- that Fuji   02:36:06
8  device also uses ▓▓▓▓ diodes. I don't know if any   02:36:09
9  other laser -- LiDAR unit uses ▓▓▓▓▓▓ at this   02:36:13
10 point.                                        02:36:18
11   Q   So you didn't identify any others besides the   02:36:18
12 Waymo and Fuji device in your declaration?    02:36:21
13   A   I didn't identify any others because I haven't   02:36:22
14 done analysis.                                02:36:27
15   Q   Paragraph 49 of your declaration, you cite the   02:36:28
16 Liu textbook again; is that correct?          02:36:37
17   A   Yes.                                    02:36:39
18   Q   Okay. And I believe you cite page 224 of the Liu   02:36:41
19 textbook?                                     02:36:57
20   A   Yes, I have it in front of me.          02:36:58
21   Q   And your declaration at paragraph 49 includes   02:37:00
22 Figure 7.5.1 from Liu; correct?               02:37:09
23   A   Could you tell me where you get 7.5.1?   02:37:12
24   Q   You might have to cross-reference it with the --   02:37:22
25 the Liu text itself.                          02:37:25

**Page 60**

1    A   Oh, Figure 7.51 [sic]?                  02:37:28
2    Q   Yes.                                    02:37:30
3    A   Yes, I've got that in front of me.      02:37:31
4    Q   And Liu also includes a Figure 7.5.0?   02:37:33
5    A   That is correct.                        02:37:36
6    Q   And that's not cited in your declaration?  I   02:37:37
7  should say, the figure itself is not included in your   02:37:47
8  declaration?                                  02:37:49
9    A   Yeah, I think I just cited the Liu textbook   02:37:49
10 page 224.                                     02:37:53
11   Q   You don't discuss Figure 7.5.0 in your   02:37:54
12 declaration?                                  02:37:57
13   A   That is correct.                        02:37:57
14   Q   And figure -- page 224 of the Liu textbook, along   02:38:01
15 with Figure 7.5.0 and 7.5.1, this material is not in the   02:38:13
16 context of LiDAR; correct?                    02:38:19
17   A   Well, what we are looking at here is the   02:38:20
18 placement of laser diodes.                    02:38:26
19   Q   So my question, Dr. Lebby, was just: Is it in   02:38:28
20 the context of LiDAR specifically?            02:38:31
21   A   Well, this is in the context of packaging laser   02:38:33
22 diodes in high-power environment, and LiDAR uses   02:38:37
23 high-power laser diodes, so I would agree with you that   02:38:41
24 LiDAR is not noted in the book, but I have to observe   02:38:46
25 that LiDAR uses high-power laser diodes in a similar   02:38:50

**Page 61**

1  fashion.                                      02:38:54
2    Q   So page 224 of the Liu textbook, you would agree,   02:38:55
3  is not discussing LiDAR specifically; is that fair?   02:39:02
4    A   Well, it's -- it's discussing -- it's discussing   02:39:05
5  the packaging of high-power semiconductor lasers are   02:39:09
6  used in LiDAR, but it does not, agree with you, call out   02:39:12
7  LiDAR specifically.                           02:39:17
8    Q   It doesn't say use these designs in a LiDAR   02:39:17
9  system?                                       02:39:20
10   A   This book -- the context of this book is -- is   02:39:20
11 the packaging of the lasers, not the applications, so I   02:39:24
12 would agree with you that LiDAR is not called out or   02:39:28
13 mentioned.                                    02:39:30
14   Q   And I believe you say that a known disadvantage   02:39:31
15 of ▓▓▓▓▓▓▓▓▓▓▓▓ is an effective heat   02:39:36
16 conduction; correct?                          02:39:41
17   A   That is correct.                        02:39:41
18   Q   And you agree with me that heat conduction and   02:39:42
19 other thermal considerations are important for   02:39:46
20 high-powered laser diode applications?        02:39:48
21   A   I would go further to say that heat conduction is   02:39:50
22 important for all semiconductor diode lasers.   02:39:54
23   Q   And then the -- I believe you also said the   02:39:56
24 downside of underhanging laser diodes is potential   02:40:00
25 blockage of emitted light?                    02:40:03

```
 1   A   If I remember correctly, my understanding of the    02:46:37
 2   trade secret is                                          02:46:41
 3                                                            02:46:45
 4                                          .                 02:46:50
 5   Q   So it's your understanding of the trade secret      02:46:54
 6                                                            02:46:56
 7                                                            02:47:01
 8                                                            02:47:06
 9   A   No.  No.  That's not exactly what I'm trying to     02:47:08
10   say.                                                    02:47:11
11       What I'm trying to say is you have two parts to     02:47:11
12   this trade secret, is the best of my understanding.  The 02:47:14
13   first part is                                            02:47:17
14                                                  is       02:47:23
15   the first part.  And the second part is --              02:47:28
16                                                            02:47:33
17                                                            02:47:36
18   Q   And do you agree that the trade secret also        02:47:36
19   includes the                                            02:47:39
20   A   I'm not sure I understand that -- that question,   02:47:42
21   other than the fact that                                 02:47:57
22                                                            02:48:01
23                                                            02:48:05
24                                                            02:48:09
25                                                            02:48:14
                                                        Page 66
```

```
 1   Q   Okay.  In paragraph 53, you say:  The concept of    02:48:14
 2                                          has been        02:48:22
 3   known to the public since at least the 1970s, and you   02:48:24
 4   cite U.S. Patent No. 4,244,109?                         02:48:28
 5   A   Yes, I do.                                           02:48:33
 6   Q   I've marked that patent as Exhibit No. 35, which   02:48:33
 7   is in front of you.                                     02:48:38
 8       (Exhibit 35 was marked for                          02:48:40
 9       identification by the Court Reporter.)              02:48:49
10   BY MR. NEWTON:                                          02:48:49
11   Q   And the '109 patent is directed to a read/write    02:48:51
12   head and a magnetic disk data storage system.          02:48:57
13       Does that sound correct?                            02:49:01
14   A   Yes.  In the "Background of the Invention," the    02:49:02
15   '109 patent does talk about that as the application.   02:49:04
16   Q   So it's not in the field of LiDAR?                 02:49:07
17   A   I would agree that the patent is written towards   02:49:12
18   optical storage.                                        02:49:15
19   Q   And the '109 patent does not deal with             02:49:16
20                                correct?                  02:49:25
21   A   If you look at the sections I've cited in          02:49:26
22   column 1 -- 189, that talks about the aligning of the  02:49:32
23   printed circuit board, and 163 talks about having a    02:49:38
24   cylindrical pin for the alignment.                     02:49:47
25       But if you also look at column 3, which, I might   02:49:50
                                                        Page 67
```

```
 1   note, that I did not cite in my report because I        02:49:53
 2   forgot -- let's see.  The -- from line -- column 3,    02:49:57
 3   line 10 to 16 talks about the alignment of photodiodes 02:50:05
 4   towards the hole.  I can read it if you wish.           02:50:11
 5   Q   No, that's okay.                                    02:50:13
 6       Did you understand my question?                    02:50:14
 7   A   Well, your question is, is the patent is --         02:50:17
 8   teaches                          and what I'm           02:50:20
 9   suggesting is that the patent, if you look at column 3, 02:50:23
10   actually does more than that.  It actually teaches the 02:50:26
11                                                            02:50:30
12                                                            02:50:35
13                                                            02:50:38
14       MR. NEWTON:  I'll move to strike that response as 02:50:41
15   nonresponsive and outside the scope of your declaration. 02:50:44
16   Q   My question was simply that this patent does not  02:50:47
17   deal with                                               02:50:51
18        It's just a single printed circuit board;         02:50:53
19   correct?                                                02:50:56
20   A   I believe there are two boards that are aligned    02:50:56
21   together here, and I believe that this patent teaches  02:51:00
22   the alignment of photodiodes to the board using the pin 02:51:05
23   as the source.                                          02:51:08
24       MR. NEWTON:  Okay.  I'll move to strike that as    02:51:11
25   well.                                                   02:51:13
                                                        Page 68
```

```
 1   Q   If you look at Figure 3, that shows just a single  02:51:13
 2   printed circuit board; correct, labeled 10?             02:51:16
 3   A   Figure 3 shows a number of things here.             02:51:23
 4   No. 10 --                                               02:51:46
 5   Q   Dr. Lebby, I'm sorry, just, again, in the          02:51:46
 6   interest of time, if you could answer my question as   02:51:49
 7   I've asked it, and I don't think the question was      02:51:51
 8   complicated.                                            02:51:54
 9       I just said, if you look at Figure 3, it shows a   02:51:54
10   single printed circuit board labeled No. 10; correct? 02:51:57
11   A   Figure 3 shows a printed circuit board 10, plus a 02:51:59
12   alignment of a plate, which is aligned to the printed  02:52:04
13   circuit board, which I'm looking for the number and I  02:52:07
14   can't find it.                                          02:52:09
15   Q   Okay.  So you agree that Figure 3 shows only one  02:52:10
16   printed circuit board, "yes" or "no"?                   02:52:13
17   A   Let me just check what No. 14 is.                  02:52:17
18       It certainly looks like Figure 3 has one printed  02:52:35
19   circuit board labeled 10.                               02:52:38
20   Q   And paragraph 53 of your declaration does not     02:52:39
21   describe more than one printed circuit board; correct? 02:52:52
22   A   Paragraph 53 discusses the concept of using holes 02:52:55
23   to align printed circuit boards, and I've just given you 02:53:05
24   one patent, which is patent '109, that shows that you  02:53:07
25   can align components on a printed circuit board that's 02:53:12
                                                        Page 69
```

```
 1  actually sourced to a pin to do it -- to align the board  02:53:14
 2  to a glass plate, and there was a glass plate and a       02:53:17
 3  board, and the components were all aligned based to the   02:53:23
 4  pin.                                                      02:53:25
 5  Q  Okay.  So in your description of the '109 patent       02:53:25
 6  in paragraph 53, you only mention the one PCB that's      02:53:28
 7  disclosed in that patent; correct?                        02:53:31
 8  A  Yes, that's correct.                                   02:53:32
 9  Q  And paragraph 54 of your declaration cites a           02:53:51
10  German patent from 1980?                                  02:53:55
11  A  That is correct.                                       02:53:58
12  Q  It's actually a patent application; correct?           02:53:59
13  A  I take it that's Exhibit 36?                           02:54:05
14  Q  That's correct.  Exhibit 36 was Exhibit 7 to your      02:54:13
15  declaration, I believe.                                   02:54:18
16     (Exhibit 36 was marked for                             02:54:20
17     identification by the Court Reporter.)                 02:54:21
18     THE WITNESS:  I'm not sure if it's patent              02:54:21
19  application or not, but certainly it's a German patent,   02:54:25
20  and I've cited the abstract of this patent.               02:54:30
21  BY MR. NEWTON:                                            02:54:32
22  Q  And the version of it that you have attached to        02:54:37
23  your declaration is -- looks like an English              02:54:39
24  translation; correct?                                     02:54:41
25  A  Yes, I believe there's English and German.             02:54:42
                                                            Page 70
```

```
 1  Q  Doesn't have any figures in it, does it?               02:54:45
 2  A  That is correct.                                       02:54:47
 3  Q  And in paragraph 54, you describe the German           02:54:48
 4  patent as describing board holes that all have an exact   02:55:00
 5  relative position to one another; correct?                02:55:05
 6  A  Correct.                                               02:55:07
 7  Q  And the board holes are not                            02:55:08
 8                       correct?                             02:55:15
 9  A  That I'm not sure about, because the abstract          02:55:16
10  talks about boards in a stack, so I would presume that    02:55:25
11  these are boards aligned in a stack using a reference     02:55:29
12  hole to align those boards.                               02:55:33
13  Q  But the abstract also discusses the board holes        02:55:34
14  as being positioned over a salter boss [phonetic];        02:55:38
15  correct?                                                  02:55:42
16  A  That is correct.                                       02:55:42
17  Q  So if each hole is positioned over a salter boss,      02:55:53
18  then the holes are not going to be positioned over each   02:56:03
19  other?                                                    02:56:06
20  A  Well, the design of the patent is to certainly         02:56:06
21  make holes in the printed circuit board so they could be  02:56:08
22  used in a stack minus, then, in a stack is a stack of     02:56:11
23  printed circuit boards that are aligned to the holes.     02:56:16
24  Q  Right.                                                 02:56:18
25     But there's not enough description in that             02:56:19
                                                            Page 71
```

```
 1  abstract to say that                                      02:56:22
 2                                                            02:56:25
 3  A  Well, you talk about                                   02:56:26
 4                                                            02:56:29
 5                                                            02:56:33
 6  Q  So it's your opinion that this patent discloses        02:56:34
 7                                                            02:56:38
 8                                                            02:56:42
 9                                                            02:56:44
10  A  It's my understanding this patent teaches that         02:56:44
11                                                            02:56:49
12                                                            02:56:51
13  Q  And that's the --                                      02:56:54
14  A  I believe the patent doesn't talk about the stack      02:56:55
15  per se, but it talks about the process of putting a       02:57:00
16  reference hole or an accurately located hole into         02:57:03
17  printed board so that                                     02:57:06
18                                                            02:57:09
19  Q  Okay.  And, again, you didn't cite the figures         02:57:09
20  from this patent as part of your declaration?             02:57:13
21  A  I didn't cite the figures because I haven't seen       02:57:16
22  the figures and I couldn't find the figures.              02:57:18
23  Q  You looked for them?                                   02:57:20
24  A  I tried.                                               02:57:21
25  Q  And it's not your opinion that this German patent      02:57:22
                                                            Page 72
```

```
 1  is in the field of LiDAR; correct?                        02:57:31
 2  A  Well, the patent doesn't teach the use of these        02:57:33
 3  boards in LiDAR, but boards, as we know, are used in      02:57:39
 4  LiDAR, so -- but it doesn't explicitly talk about LiDAR.  02:57:43
 5  It talks about printed circuit boards.                    02:57:46
 6  Q  And the portion of the -- or, I should say, the        02:57:48
 7  German patent, it's not your opinion that it describes    02:57:53
 8                                                            02:57:56
 9                                                            02:57:59
10  A  It's my understanding this patent doesn't discuss      02:58:00
11                                                     .      02:58:04
12  Q  Does it discuss                                        02:58:09
13  A  Just give me 30 seconds.                               02:58:12
14     I believe      are not mentioned in this patent.       02:59:22
15     MR. NEWTON:  Okay.  Can we take a break real           02:59:24
16  quick?                                                    02:59:26
17     THE VIDEOGRAPHER:  Yeah.  I've got to change the       02:59:27
18  disc, so --                                               02:59:27
19     MR. NEWTON:  Okay.                                     02:59:27
20     THE VIDEOGRAPHER:  -- that will work out.              02:59:27
21     This is the end of Disc 1 in Volume 1 in the           02:59:29
22  deposition of Dr. Lebby.  It is 2:59.                     02:59:31
23     (Recess taken.)                                        02:59:35
24     THE VIDEOGRAPHER:  We are back on the record.          03:05:16
25     This is the beginning of Disc 2 in Volume 1 in         03:05:27
                                                            Page 73
```

19 (Pages 70 - 73)

### Page 74

1  the deposition of Dr. Lebby.  It's 3:05.           03:05:31
2      (Exhibit 37 was marked for                     03:05:31
3      identification by the Court Reporter.)         03:05:33
4  BY MR. NEWTON:                                     03:05:33
5   Q   Okay.  Dr. Lebby, if you go to Exhibit No. 37, 03:05:34
6  Deposition Exhibit No. 37, which is Exhibit No. 8 to 03:05:38
7  your declaration.                                  03:05:42
8      Do you recognize this as the '037 patent?      03:05:44
9   A   Yes, I recognize it.                          03:05:46
10  Q   And this is directed to a multilayer printed  03:05:47
11 circuit board?                                     03:05:50
12  A   That is correct.                              03:05:51
13  Q   And that's just a single printed circuit board, 03:05:51
14 not multiple printed circuit boards?               03:05:55
15  A   I believe this is a single printed circuit board. 03:05:56
16  Q   And this is -- patent is not in the field of  03:06:01
17 LiDAR; correct?                                    03:06:05
18  A   The patent doesn't mention LiDAR at all.  It just 03:06:05
19 talks about the process to drill holes into a printed 03:06:15
20 circuit board and position hidden conductive layers. 03:06:18
21  Q   Okay.  And it doesn't talk about ▮▮▮▮▮▮▮▮     03:06:22
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                           03:06:25
23 ▮▮▮▮▮▮  correct?                                   03:06:29
24  A   That's my understanding of this patent.  Doesn't 03:06:30
25 discuss ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                           03:06:33

### Page 75

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        03:06:37
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      03:06:41
3  but they are not directly called out in this patent. 03:06:44
4   Q   And so we have looked at the Liu textbook, the 03:06:47
5  Scholz dissertation, the '109 patent, the German patent, 03:06:54
6  and the '037 patent, and you haven't cited any evidence 03:06:59
7  in your declaration that someone has actually taken the 03:07:04
8  teachings of these references and applied them to LiDAR; 03:07:07
9  correct?  And I'm just asking what you have cited in 03:07:13
10 your declaration.                                  03:07:15
11  A   Yeah, what I've cited in my declaration is    03:07:16
12 technologies that are common to myself as an experienced 03:07:20
13 person in the field where --                       03:07:24
14  Q   And, I'm sorry, Dr. Lebby, to cut you off, I'm 03:07:27
15 just really under the clock here.                  03:07:29
16     I just -- if you can answer them "yes" or "no," 03:07:31
17 you don't cite any evidence in your declaration of 03:07:33
18 someone taking these references and applying their 03:07:35
19 teachings to LiDAR?                                03:07:38
20  A   I have not observed any of these references   03:07:40
21 directly, either being taught or mentioned in LiDAR, but 03:07:44
22 the technologies within these references are certainly 03:07:49
23 something that could be used in LiDAR.             03:07:52
24  Q   Okay.  And it's not your opinion that Uber took 03:07:53
25 these references and used them as a guide to develop its 03:07:57

### Page 76

1  LiDAR system; correct?                             03:08:02
2   A   I cited these references to show that industry 03:08:03
3  technology is out there and in public that addresses 03:08:07
4  some of the trade secrets that I read in the Jaffe 03:08:12
5  Exhibit 1 document.                                03:08:17
6   Q   You did not cite them to show that Uber used  03:08:17
7  these references or these teachings to develop its 03:08:20
8  system; correct?                                   03:08:23
9   A   These references were cited to show          03:08:24
10 state-of-the-art in technology of printed circuit boards 03:08:28
11 and -- and recent placement in alignment, things like 03:08:32
12     That -- that's the only reason I cited them.   03:08:35
13  Q   Okay.  So the answer to my question is "correct"? 03:08:39
14  A   I did not use these references to show anything 03:08:44
15 about Uber, just where the technology is in the -- from 03:08:47
16 an experienced engineer.                           03:08:53
17  Q   Okay.  If you go to paragraph 59 of your      03:08:54
18 declaration here, you discuss Trade Secret Nos. 94 to 03:08:58
19 99?                                                03:09:08
20  A   Yes, I see that.                              03:09:08
21  Q   And these trade secret numbers refer to the PCB 03:09:12
22 design schematics and layouts for the transmit boards in 03:09:20
23 Waymo's GBR3 LiDAR device?                         03:09:24
24  A   That is correct.                              03:09:26
25  Q   And we talked earlier about your materials    03:09:27

### Page 77

1  considered.                                        03:09:29
2      You didn't consider these specific design files 03:09:29
3  as part of your declaration; correct?              03:09:31
4   A   I only considered what was shown to me in the 03:09:33
5  exhibits, and I think they were the Jaffe exhibits. 03:09:38
6   Q   Okay.  You didn't look at the native versions of 03:09:41
7  the design files, for example?                     03:09:45
8   A   That is correct.                              03:09:46
9   Q   And you didn't offer an opinion about whether 03:09:46
10 these files themselves are trade secrets; correct? 03:09:56
11  A   I never looked.  It wasn't part of my remit to 03:09:59
12 look at native files, so I haven't offered any opinions. 03:10:04
13  Q   And do you agree with me, generally, that you 03:10:08
14 know, based on your experience that a company's design 03:10:12
15 files can be trade secrets and include trade secret 03:10:15
16 information?                                       03:10:19
17  A   It depends.                                   03:10:19
18     Also, from my experience with trade secrets is 03:10:24
19 that you have got to have very clear specificity of your 03:10:27
20 trade secret.  I guess it could be in -- trade design 03:10:31
21 files could be included in that.                   03:10:35
22  Q   And you understand, as part of this case, Waymo 03:10:36
23 has alleged that Anthony Levandowski stole 14,000 files 03:10:42
24 related to Waymo's LiDAR systems?                  03:10:47
25  A   I have certainly read that in some of the    03:10:50