# EXHIBIT 90
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                  SAN FRANCISCO DIVISION
3
4      _____
                                      )
5      WAYMO LLC,                     )
                                      )
6                    Plaintiff,       )
                                      )
7             vs.                     )   Case No.
                                      )   3:17-cv-00939-WHA
8      UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
9      TRUCKING LLC,                  )
                                      )
10                   Defendants.      )
       _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                San Francisco, California
18               Friday, April 31, 2017
19                      Volume I
20
21
22
       Reported by: SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2581643
25     PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6               Plaintiff,           )
                                      )
 7          vs.                       )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10               Defendants.          )
       _____)
11
12
13
14
15
16         Videotaped deposition of PIERRE-YVES DROZ,
17     Volume I, taken on behalf of Defendants Uber
18     Technologies, Inc., Ottomotto LLC; Otto
19     Trucking LLC at the Law Offices of Morrison &
20     Foerster LLP, 425 Market Street, 33rd Floor,
21     San Francisco, California, beginning at 9:39
22     a.m. and ending at 2:52 p.m., on Friday,
23     March 31, 2017, before SUZANNE F. GUDELJ,
24     Certified Shorthand Reporter No. 5111.
25
```

Case 3:17-cv-00939-WHA   Document 248-12   Filed 04/21/17   Page 4 of 7

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
 1      ▬▬▬▬▬
 2        A   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬  ▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬
          ▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬
 8        Q   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬
10        A   ▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬
          ▬▬▬
12        Q   ▬▬
13        A   -- ▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬  ▬▬  ▬▬
          ▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬  ▬▬▬
          ▬▬▬▬▬▬
19        (Reporter clarification.)
20        ▬▬▬▬▬▬  ▬▬▬▬▬▬  ▬▬
          ▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬
```

01:19:47

Page 129

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      ▓▓▓▓▓▓▓
        ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7            MR. JAFFE:  Objection.  Form.
 8            THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ ▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓
14      BY MR. JACOBS:
15          Q   ▓▓▓▓▓▓▓▓▓▓▓▓
16          A   ▓▓▓▓▓▓▓▓▓▓▓▓
17            MR. JAFFE:  Just slow down.
18            THE WITNESS:  ▓▓▓▓  ▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                01:20:52
```

Page 130

866 299-5127

```
 1      ███████████████████████████

 2      BY MR. JACOBS:

 3          Q   ████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████████  ██████
        ████████████████████████████████████
 7          A   ████████████████████████████████████
        ████████████████████████████████████
        ████████████████████████████████████████
        ██████████████████████████████████████  ██  ████
        ██████████████████████████
        █  ████████████████████████████████
        ████████████████████████████████████
        ████████████████████████████████████         01:21:34
        ███████████████████████
16          A   Yes.
17          Q   Let me ask you a couple of questions about
18      510 Systems.
19              What is your understanding of the
20      following:  510 Systems gets acquired by Google and   01:21:58
21      one or more people at 510 Systems retain some rights
22      with respect to previously developed technology.
23              Do you have an understanding of that topic?
24              MR. JAFFE:  I'm not sure if that's a
25      question, but I'm going to object as to form.        01:22:18
```

Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8            I, PIERRE-YVES DROZ, do hereby declare
 9   under penalty of perjury that I have read the
10   foregoing transcript of my deposition; that I have
11   made such corrections as noted herein, in ink,
12   initialed by me, or attached hereto; that my
13   testimony as contained herein, as corrected, is true
14   and correct.
15           EXECUTED this _____ day of _____,
16   2017, at _____, _____.
17                   (City)                  (State)
18
19                        _____
                          PIERRE-YVES DROZ
20                        Volume I
21
22
23
24
25
                                            Page 186
```