# EXHIBIT 90
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                       )
 5     WAYMO LLC,                      )
                                       )
 6                   Plaintiff,        )
                                       )
 7            vs.                      )  Case No.
                                       )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,        )
       OTTOMOTTO LLC; OTTO             )
 9     TRUCKING LLC,                   )
                                       )
10                   Defendants.       )
       _____)
11
12
13
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16      VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17              San Francisco, California
18              Friday, April 31, 2017
19                     Volume I
20
21
22
       Reported by: SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2581643
25     PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN FRANCISCO DIVISION
 3
 4   _____
                                    )
 5   WAYMO LLC,                     )
                                    )
 6             Plaintiff,           )
                                    )
 7        vs.                       ) Case No.
                                    ) 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,       )
     OTTOMOTTO LLC; OTTO            )
 9   TRUCKING LLC,                  )
                                    )
10             Defendants.          )
     _____)
11
12
13
14
15
16        Videotaped deposition of PIERRE-YVES DROZ,
17   Volume I, taken on behalf of Defendants Uber
18   Technologies, Inc., Ottomotto LLC; Otto
19   Trucking LLC at the Law Offices of Morrison &
20   Foerster LLP, 425 Market Street, 33rd Floor,
21   San Francisco, California, beginning at 9:39
22   a.m. and ending at 2:52 p.m., on Friday,
23   March 31, 2017, before SUZANNE F. GUDELJ,
24   Certified Shorthand Reporter No. 5111.
25
```

Page 2



```
 1    ▄▄▄▄▄
 2    A    ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄
 8    Q    ▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄
10    A    ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄
12    Q    ▄▄
13    A    -- ▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄
19         (Reporter clarification.)
20    ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄▄
      ▄▄▄▄▄▄▄▄▄▄▄                       01:19:47
```

```
 1    [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
 7           MR. JAFFE:  Objection.  Form.
 8           THE WITNESS:  [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
14    BY MR. JACOBS:
15       Q   [redacted]
16       A   [redacted]
17           MR. JAFFE:  Just slow down.
18           THE WITNESS:  [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
      [redacted]
                                                  01:20:52
```

```
 1      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

 2      BY MR. JACOBS:

 3          Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7          A   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓  ▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   01:21:34
16          A   Yes.
17          Q   Let me ask you a couple of questions about
18      510 Systems.
19              What is your understanding of the
20      following:  510 Systems gets acquired by Google and   01:21:58
21      one or more people at 510 Systems retain some rights
22      with respect to previously developed technology.
23              Do you have an understanding of that topic?
24              MR. JAFFE:  I'm not sure if that's a
25      question, but I'm going to object as to form.        01:22:18
```

Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2
3
4
5
6
7
8        I, PIERRE-YVES DROZ, do hereby declare
9   under penalty of perjury that I have read the
10  foregoing transcript of my deposition; that I have
11  made such corrections as noted herein, in ink,
12  initialed by me, or attached hereto; that my
13  testimony as contained herein, as corrected, is true
14  and correct.
15        EXECUTED this _____ day of _____,
16  2017, at _____, _____.
17                  (City)                (State)
18
19                      _____
                        PIERRE-YVES DROZ
20                      Volume I
21
22
23
24
25

Page 186