# EXHIBIT 91
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                    SAN FRANCISCO DIVISION

4    _____

5    WAYMO LLC,                         )

                                        )

6                  Plaintiff,           )

        vs.                             )   Case No.

7                                       )   17-cv-00939-WHA

     UBER TECHNOLOGIES, INC.;           )

8    OTTOMOTTO, LLC; OTTO TRUCKING LLC, )

                                        )

9                  Defendants.          )

     _____)

10

11

12                   ATTORNEYS' EYES ONLY

13

14               VIDEOTAPED DEPOSITION OF

15                  SAMEER KSHIRSAGAR

16               San Francisco, California

17                Friday, April 14, 2017

18                      Volume I

19

20

21

22   Reported by:

     MARY J. GOFF

23   CSR No. 13427

24   Job No. 2594019

25   PAGES 1 - 49

                                              Page 1

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4      _____

 5      WAYMO LLC,                          )

                                            )

 6                 Plaintiff,               )

           vs.                              )  Case No.

 7                                          )  17-cv-00939-WHA

        UBER TECHNOLOGIES, INC.;            )

 8      OTTOMOTTO, LLC; OTTO TRUCKING LLC   )

                                            )

 9                 Defendants.              )

        _____)

10

11

12

13         Videotaped Deposition of SAMEER KSHIRSAGAR,

14      Volume I, taken on behalf of Plaintiff, Waymo LLC,

15      at Quinn Emanuel Urquhart & Sullivan, LLP,

16      50 California Street, 21st Floor, San Francisco,

17      California 94111, beginning at 8:58 a.m. and ending

18      at 9:45 a.m. on Friday April, 14, 2017, before MARY

19      GOFF, Certified Shorthand Reporter No. 13427.

20

21

22

23

24

25

                                                    Page 2
```

ATTORNEYS EYES ONLY

```
 1        Q    Mr. Levandowski writes, Let's make sure we        09:25

 2   get the good concentrations of erbium and ytterbium

 3   from ▮▮▮

 4             Do you see that?

 5        A    Yes.                                                09:25

 6        Q    Did you understand Mr. Levandowski to be

 7   referring to levels of ion doping of the optical

 8   fiber to be used with the lasers?

 9             MR. PUNZALAN:  Objection --

10             MS. PHILLIPS:  Objection --                        09:25

11             MR. PUNZALAN:  -- form.

12             MS. PHILLIPS:  -- form.

13        A    I believe that comment was for -- for

14   James.  I'm not sure what those things are, but...

15        Q    You're not sure what erbium and ytterbium         09:25

16   are?

17        A    Correct.  That -- that's not normal.  I'm

18   -- I'm sure I would have -- I -- I -- I don't know

19   who that comment was directed to.  James is on this

20   as well.                                                     09:26

21        Q    Are you aware whether, as part of the

22   ▮▮▮▮▮ LiDAR system, there were ion doped optical

23   fibers used with the lasers?

24             MR. PUNZALAN:  Objection, form.

25             MS. PHILLIPS:  Objection, form.                    09:26
```

Page 34

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS EYES ONLY

```
1        A    I -- yes.  Yeah.                          09:26

2        Q    (BY MS. BAILY) Do you understand what

3   concentrations of ion doping Otto wanted for those

4   fibers?

5             MR. PUNZALAN:  Objection, form.           09:26

6             MS. PHILLIPS:  Objection, form.

7        A    No.

8        Q    Who would know that?

9        A    James.

10       Q    James who?                                09:26

11       A    Haslim.

12            (Exhibit 12 was marked for identification

13   and is attached to the transcript.)

14       Q    I'm showing you Exhibit 12.  This is

15   E-mail correspondence between you and               09:27

16   Mr. Levandowski and others.  Do you see that?

17       A    Yes.

18       Q    You forwarded a data sheet for an ███

19   micro EDFA to Mr. Levandowski for his review and

20   comment; is that a fair characterization of this    09:27

21   document?

22            MR. PUNZALAN:  Objection, form.

23       A    Is -- is this what you're referencing?

24       Q    I'm representing -- I'm referencing you

25   forwarding what appears to be a spec sheet for the   09:27
```

Page 35

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS EYES ONLY

```
1        ███  micro EDFA.                                    09:27

2             MR. PUNZALAN:  Objection, form.  Is that

3     --

4             MS. PHILLIPS:  Objection, form.

5             MR. PUNZALAN:  -- a question?                  09:28

6         A   I am not sure this is a spec sheet for

7     something they have.  I think this was a spec sheet

8     for something he was looking for.

9         Q   Understood.  An EDFA is an Erbium Doped

10    Fiber Amplifier; is that correct?                       09:28

11            MR. PUNZALAN:  Objection, form.

12        A   I don't know how to answer that when you

13    say it.  And I can read the initials.  And I would

14    say yes, I would not know how to describe that

15    before.                                                 09:28

16        Q   Was the interest in an EDFA -- strike

17    that.

18            Were you corresponding with

19    Mr. Levandowski about an EDFA for use in the LiDAR

20    ███  system?                                           09:28

21        A   I don't know what he wanted it for.

22        Q   Were you aware that Otto was interested in

23    an EDFA for LiDAR purposes?

24            MS. PHILLIPS:  Objection, form.

25            MR. PUNZALAN:  Objection, form.                 09:29
```

Page 36

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    I -- I know they were interested in EDFA. | 09:29 |
| 2 | I don't know the reason. | |
| 3 | Q    You don't know for what product or | |
| 4 | initiative? | |
| 5 | A    I -- I don't, no. | 09:29 |
| 6 | Q    Why were you involved then? | |
| 7 | A    Because of a supplier -- | |
| 8 | MR. PUNZALAN:  Objection, form.  Go ahead. | |
| 9 | A    -- sorry.  Because it was a supplier. | |
| 10 | Q    (BY MS. BAILY) Are you aware of the LiDAR | 09:29 |
| 11 | system called Fuji? | |
| 12 | A    Yes. | |
| 13 | Q    When did Fuji start development? | |
| 14 | MR. PUNZALAN:  Objection, form. | |
| 15 | A    I believe it was closer to the end of | 09:29 |
| 16 | October 2016. | |
| 17 | Q    Why did Otto and Uber move from ▮▮▮▮ to | |
| 18 | Fuji? | |
| 19 | MS. PHILLIPS:  Objection, form. | |
| 20 | MR. PUNZALAN:  Objection, form. | 09:29 |
| 21 | A    Again, this was probably more for | |
| 22 | technical reasons that I was not involved in it. | |
| 23 | Q    Do you have any understanding of why Otto | |
| 24 | and Uber moved from ▮▮▮▮ to Fuji? | |
| 25 | MS. PHILLIPS:  Objection, form. | 09:30 |

Page 37

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS EYES ONLY

1          A    I -- maybe some base level.                    09:30

2          Q    And what -- what is that base level

3     understanding?

4          A    The ████ was very large, and the Fuji

5     intent was to be something more manageable.  But I      09:30

6     don't know the technical reasons beyond that.

7          Q    Is there any other reason that you

8     understand that a move was made from ████ to Fuji?

9              MS. PHILLIPS:  Objection, form.

10         A    No, I do not.                                  09:30

11         Q    You're not aware either way whether Fuji

12    uses an erbium doped fiber amplifier?

13             MR. PUNZALAN:  Objection, form.

14             MS. PHILLIPS:  Objection, form.

15         A    I don't believe we used fiber on the Fuji.    09:30

16         Q    I saw a reference in your documents to

17    ████  having to pass on Otto's module assembly

18    business.  Do you know what that refers to?

19             MR. PUNZALAN:  Objection, form.

20             MS. PHILLIPS:  Objection, form.              09:31

21         A    Yes.

22         Q    What does it refer to?

23         A    There was a -- a PO that was canceled.

24    This was prior to my arrival.

25         Q    And do you have an understanding as to why    09:31

                                                      Page 38

**YELLOW = CONFIDENTIAL**
**RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ATTORNEYS EYES ONLY

1

2

3

4       I, SAMEER KSHIRSAGAR, do hereby declare under

5   penalty of perjury that I have read the foregoing

6   transcript; that I have made any corrections as

7   appear noted, in ink, initialed by me, or attached

8   hereto; that my testimony as contained herein, as

9   corrected, is true and correct.

10       EXECUTED this_____ day of_____,

11   20____, at_____, _____.
              (City)                    (State)

12

13

14                 _____
                   SAMEER KSHIRSAGAR

15

16

17

18

19

20

21

22

23

24

25

Page 48

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY