# EXHIBIT 91
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4    _____
 5    WAYMO LLC,                            )
                                            )
 6              Plaintiff,                  )
         vs.                                )  Case No.
 7                                          )  17-cv-00939-WHA
      UBER TECHNOLOGIES, INC.;              )
 8    OTTOMOTTO, LLC; OTTO TRUCKING LLC,    )
                                            )
 9              Defendants.                 )
      _____)
10
11
12                 ATTORNEYS' EYES ONLY
13
14              VIDEOTAPED DEPOSITION OF
15                  SAMEER KSHIRSAGAR
16              San Francisco, California
17              Friday, April 14, 2017
18                      Volume I
19
20
21
22    Reported by:
      MARY J. GOFF
23    CSR No. 13427
24    Job No. 2594019
25    PAGES 1 - 49
```

Page 1

ATTORNEYS EYES ONLY

1        UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3          SAN FRANCISCO DIVISION
4   _____
5   WAYMO LLC,                       )
                                     )
6            Plaintiff,              )
         vs.                         )  Case No.
7                                    )  17-cv-00939-WHA
    UBER TECHNOLOGIES, INC.;         )
8   OTTOMOTTO, LLC; OTTO TRUCKING LLC)
                                     )
9            Defendants.             )
    _____)
10
11
12
13      Videotaped Deposition of SAMEER KSHIRSAGAR,
14  Volume I, taken on behalf of Plaintiff, Waymo LLC,
15  at Quinn Emanuel Urquhart & Sullivan, LLP,
16  50 California Street, 21st Floor, San Francisco,
17  California 94111, beginning at 8:58 a.m. and ending
18  at 9:45 a.m. on Friday April, 14, 2017, before MARY
19  GOFF, Certified Shorthand Reporter No. 13427.
20
21
22
23
24
25

Page 2

```
 1      Q    Mr. Levandowski writes, Let's make sure we         09:25

 2   get the good concentrations of erbium and ytterbium

 3   from ■

 4           Do you see that?

 5      A    Yes.                                                09:25

 6      Q    Did you understand Mr. Levandowski to be

 7   referring to levels of ion doping of the optical

 8   fiber to be used with the lasers?

 9           MR. PUNZALAN:  Objection --

10           MS. PHILLIPS:  Objection --                         09:25

11           MR. PUNZALAN:  -- form.

12           MS. PHILLIPS:  -- form.

13      A    I believe that comment was for -- for

14   James.  I'm not sure what those things are, but...

15      Q    You're not sure what erbium and ytterbium           09:25

16   are?

17      A    Correct.  That -- that's not normal.  I'm

18   -- I'm sure I would have -- I -- I -- I don't know

19   who that comment was directed to.  James is on this

20   as well.                                                    09:26

21      Q    Are you aware whether, as part of the

22   ■     LiDAR system, there were ion doped optical

23   fibers used with the lasers?

24           MR. PUNZALAN:  Objection, form.

25           MS. PHILLIPS:  Objection, form.                     09:26
```

Page 34

```
1        A    I -- yes.  Yeah.                              09:26
2        Q    (BY MS. BAILY) Do you understand what
3    concentrations of ion doping Otto wanted for those
4    fibers?
5             MR. PUNZALAN:  Objection, form.               09:26
6             MS. PHILLIPS:  Objection, form.
7        A    No.
8        Q    Who would know that?
9        A    James.
10       Q    James who?                                    09:26
11       A    Haslim.
12            (Exhibit 12 was marked for identification
13   and is attached to the transcript.)
14       Q    I'm showing you Exhibit 12.  This is
15   E-mail correspondence between you and                  09:27
16   Mr. Levandowski and others.  Do you see that?
17       A    Yes.
18       Q    You forwarded a data sheet for an ▮▮▮▮
19   micro EDFA to Mr. Levandowski for his review and
20   comment; is that a fair characterization of this       09:27
21   document?
22            MR. PUNZALAN:  Objection, form.
23       A    Is -- is this what you're referencing?
24       Q    I'm representing -- I'm referencing you
25   forwarding what appears to be a spec sheet for the     09:27
```

Page 35

| | | |
|---|---|---|
| 1 | ▮ micro EDFA. | 09:27 |
| 2 | MR. PUNZALAN:  Objection, form.  Is that | |
| 3 | -- | |
| 4 | MS. PHILLIPS:  Objection, form. | |
| 5 | MR. PUNZALAN:  -- a question? | 09:28 |
| 6 | A    I am not sure this is a spec sheet for | |
| 7 | something they have.  I think this was a spec sheet | |
| 8 | for something he was looking for. | |
| 9 | Q    Understood.  An EDFA is an Erbium Doped | |
| 10 | Fiber Amplifier; is that correct? | 09:28 |
| 11 | MR. PUNZALAN:  Objection, form. | |
| 12 | A    I don't know how to answer that when you | |
| 13 | say it.  And I can read the initials.  And I would | |
| 14 | say yes, I would not know how to describe that | |
| 15 | before. | 09:28 |
| 16 | Q    Was the interest in an EDFA -- strike | |
| 17 | that. | |
| 18 | Were you corresponding with | |
| 19 | Mr. Levandowski about an EDFA for use in the LiDAR | |
| 20 | ▮ system? | 09:28 |
| 21 | A    I don't know what he wanted it for. | |
| 22 | Q    Were you aware that Otto was interested in | |
| 23 | an EDFA for LiDAR purposes? | |
| 24 | MS. PHILLIPS:  Objection, form. | |
| 25 | MR. PUNZALAN:  Objection, form. | 09:29 |

Veritext Legal Solutions
866 299-5127
**YELLOW = CONFIDENTIAL**
**RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    I -- I know they were interested in EDFA. | 09:29 |
| 2 | I don't know the reason. | |
| 3 | Q    You don't know for what product or | |
| 4 | initiative? | |
| 5 | A    I -- I don't, no. | 09:29 |
| 6 | Q    Why were you involved then? | |
| 7 | A    Because of a supplier -- | |
| 8 | MR. PUNZALAN:  Objection, form.  Go ahead. | |
| 9 | A    -- sorry.  Because it was a supplier. | |
| 10 | Q    (BY MS. BAILY) Are you aware of the LiDAR | 09:29 |
| 11 | system called Fuji? | |
| 12 | A    Yes. | |
| 13 | Q    When did Fuji start development? | |
| 14 | MR. PUNZALAN:  Objection, form. | |
| 15 | A    I believe it was closer to the end of | 09:29 |
| 16 | October 2016. | |
| 17 | Q    Why did Otto and Uber move from ▮▮▮ to | |
| 18 | Fuji? | |
| 19 | MS. PHILLIPS:  Objection, form. | |
| 20 | MR. PUNZALAN:  Objection, form. | 09:29 |
| 21 | A    Again, this was probably more for | |
| 22 | technical reasons that I was not involved in it. | |
| 23 | Q    Do you have any understanding of why Otto | |
| 24 | and Uber moved from ▮▮▮ to Fuji? | |
| 25 | MS. PHILLIPS:  Objection, form. | 09:30 |

Page 37

| | | | |
|---|---|---|---|
| 1 | A | I -- maybe some base level. | 09:30 |
| 2 | Q | And what -- what is that base level | |
| 3 | | understanding? | |
| 4 | A | The ███ was very large, and the Fuji | |
| 5 | | intent was to be something more manageable.  But I | 09:30 |
| 6 | | don't know the technical reasons beyond that. | |
| 7 | Q | Is there any other reason that you | |
| 8 | | understand that a move was made from ███ to Fuji? | |
| 9 | | MS. PHILLIPS:  Objection, form. | |
| 10 | A | No, I do not. | 09:30 |
| 11 | Q | You're not aware either way whether Fuji | |
| 12 | | uses an erbium doped fiber amplifier? | |
| 13 | | MR. PUNZALAN:  Objection, form. | |
| 14 | | MS. PHILLIPS:  Objection, form. | |
| 15 | A | I don't believe we used fiber on the Fuji. | 09:30 |
| 16 | Q | I saw a reference in your documents to | |
| 17 | | ███ having to pass on Otto's module assembly | |
| 18 | | business.  Do you know what that refers to? | |
| 19 | | MR. PUNZALAN:  Objection, form. | |
| 20 | | MS. PHILLIPS:  Objection, form. | 09:31 |
| 21 | A | Yes. | |
| 22 | Q | What does it refer to? | |
| 23 | A | There was a -- a PO that was canceled. | |
| 24 | | This was prior to my arrival. | |
| 25 | Q | And do you have an understanding as to why | 09:31 |

Page 38

ATTORNEYS EYES ONLY

1
2
3
4       I, SAMEER KSHIRSAGAR, do hereby declare under
5   penalty of perjury that I have read the foregoing
6   transcript; that I have made any corrections as
7   appear noted, in ink, initialed by me, or attached
8   hereto; that my testimony as contained herein, as
9   corrected, is true and correct.
10       EXECUTED this_____ day of_____,
11   20____, at_____, _____.
              (City)                    (State)
12
13
14                        _____
                            SAMEER KSHIRSAGAR
15
16
17
18
19
20
21
22
23
24
25

Page 48