# EXHIBIT 102

**RAMSEY | EHRLICH** LLP

ATTORNEYS AT LAW

Amy Craig, *Counsel*
Phone: (510) 548-3600
Fax: (510) 291-3060
amy@ramsey-ehrlich.com

April 19, 2017

<u>VIA EMAIL (PDF) AND FEDEX</u>

Jordan Jaffe
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111
Phone: (415) 875-6600
jordanjaffe@quinnemanuel.com

Re:     *Waymo LLC v. Uber Technologies, Inc., et al.*

Dear Mr. Jaffe:

    I write on behalf of our client, non-party Anthony Levandowski. In response to the subpoena to Mr. Levandowski dated April 9, 2017, please find enclosed a CD containing documents bates numbered LEV_000001 to LEV_00857. This production constitutes our first rolling production of electronic documents. We continue to review documents and will produce any additional non-privileged documents, to the extent we identify any.

    In keeping with the protective order governing discovery in this matter, we have designated certain documents as "CONFIDENTIAL" and others as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

    By this production, Mr. Levandowski does not intend to produce privileged documents or waive any applicable privilege or work product protection. Any inadvertent production of such information is protected by Rule 502 of the Federal Rules of Evidence.



Letter to Jordan Jaffe
Re: *Waymo v. Uber, et al.*
April 19, 2017
Page 2 of 2

Should you have any questions, please feel free to contact me at (510) 548-3600.

Kind regards,

*/s/ Amy Craig*

Miles Ehrlich
Ismail Ramsey
Amy E. Craig
*Counsel to Anthony Levandowski*

Encl.