# EXHIBIT 104

# FILED UNDER SEAL

# EXHIBIT 105

# FILED UNDER SEAL

# EXHIBIT 106

# FILED UNDER SEAL

# EXHIBIT 107

# FILED UNDER SEAL