# EXHIBIT 109
# FILED UNDER SEAL