# Exhibit 110
# FILED UNDER SEAL