Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Intervenor Defendant,
Anthony Levandowski

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Civil Action No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE FOR COUNSEL BRETT M. SCHUMAN**<br><br>Judge:  Honorable William Alsup<br>Courtroom: 8- 19th Floor |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Attorney Brett M. Schuman of the law firm Goodwin Procter LLP, a member of the State Bar of California and admitted to practice in this Court, and whose contact information appears below, hereby enters his appearance as an attorney of record for intervenor defendant, Anthony Levandowski in the above-titled case.

Copies of all pleadings, correspondence, and electronic filing notices should be directed to Counsel as follows:

>Brett M. Schuman
>*bschuman@goodwinlaw.com*
>**GOODWIN PROCTER LLP**
>Three Embarcadero Center
>San Francisco, California 94111
>Tel.: +1 415 733 6000
>Fax.: +1 415 677 9041

Dated: April 21, 2017                     Respectfully submitted,

/s/   Brett M. Schuman
  I. Neel Chatterjee
  *nchatterjee@goodwinlaw.com*
  Brett M. Schuman
  *bschuman@goodwinlaw.com*
  Rachel M. Walsh
  *rwalsh@goodwinlaw.com*
  **GOODWIN PROCTER LLP**

  Attorneys for Intervenor Defendant,
  Anthony Levandowski

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 21, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of April 2017.

                                                  /s/ Brett M. Schuman  
                                                     BRETT M. SCHUMAN