IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　／ | No. C 17-00939 WHA<br><br>**ORDER RE SUR-REPLY TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

By **APRIL 24 AT 11:00 P.M.**, plaintiff Waymo LLC may file a sur-reply up to **FIVE PAGES** in length (with no attachments or declarations) to defendants' motion to compel arbitration. The sur-reply must be limited strictly to addressing new points raised for the first time in defendants' reply (Dkt. No. 243).

**IT IS SO ORDERED.**

Dated: April 22, 2017.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE