I. Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant OttoTrucking LLC and Intervenor Defendant Anthony Levandowski

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Civil Action No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE FOR OTTO TRUCKING LLC FOR COUNSEL I. NEEL CHATTERJEE**<br><br>Judge: Honorable William Alsup<br>Courtroom: 8- 19th Floor |

1 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that Attorney I. Neel Chatterjee of the law firm Goodwin Procter

3 LLP, a member of the State Bar of California and admitted to practice in this Court, and whose

4 contact information appears below, hereby enters his appearance as an attorney of record for

5 defendant, Otto Trucking LLC, in the above-titled case.

6 Copies of all pleadings, correspondence, and electronic filing notices should be

7 directed to Counsel as follows:

>I. Neel Chatterjee
>*nchatterjee@goodwinlaw.com*
>**GOODWIN PROCTER LLP**
>135 Commonwealth Drive
>Menlo Park, CA 94025
>Tel.: +1 650 752 3100
>Fax: +1 650 853 1038

Dated: April 24, 2017                                    Respectfully submitted,

/s/   I.  Neel Chatterjee
   I. Neel Chatterjee
   *nchatterjee@goodwinlaw.com*
   Brett M. Schuman
   *bschuman@goodwinlaw.com*
   Rachel M. Walsh
   *rwalsh@goodwinlaw.com*
   **GOODWIN PROCTER LLP**

Attorneys for Defendant OttoTrucking LLC and Intervenor Defendant Anthony Levandowski

---

1

NOTICE OF APPEARANCE FOR I. NEEL CHATTERJEE                              CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 24, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of April 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ I. Neel Chatterjee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　I. NEEL CHATTERJEE