I. Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant OttoTrucking LLC and Intervenor Defendant Anthony Levandowski

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Civil Action No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE FOR OTTO TRUCKING LLC FOR COUNSEL RACHEL M. WALSH**<br><br>Judge: Honorable William Alsup<br>Courtroom: 8- 19th Floor |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Attorney Rachel M. Walsh of the law firm Goodwin Procter

3  LLP, a member of the State Bar of California and admitted to practice in this Court, and whose

4  contact information appears below, hereby enters her appearance as an attorney of record for

5  defendant, Otto Trucking LLC, in the above-titled case.

6      Copies of all pleadings, correspondence, and electronic filing notices should be

7  directed to Counsel as follows:

    Rachel M. Walsh
    *rwalsh@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center
    San Francisco, California 94111
    Tel.: +1 415 733 6000
    Fax.: +1 415 677 9041

Dated: April 24, 2017    Respectfully submitted,

    /s/   Rachel M. Walsh
      I. Neel Chatterjee
      *nchatterjee@goodwinlaw.com*
      Brett M. Schuman
      *bschuman@goodwinlaw.com*
      Rachel M. Walsh
      *rwalsh@goodwinlaw.com*
    **GOODWIN PROCTER LLP**

Attorneys for Defendant OttoTrucking LLC and Intervenor Defendant Anthony Levandowski

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 24, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of April 2017.

           /s/  Rachel M. Walsh
           RACHEL M. WALSH