1  I. Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, CA 94025
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  Brett M. Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
6  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
8  San Francisco, California 94111
   Tel.: +1 415 733 6000
9  Fax.: +1 415 677 9041

10 Attorneys for Defendant Otto Trucking
   LLC and Intervenor Defendant
11 Anthony Levandowski

12

13                    **UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                        **SAN FRANCISCO DIVISION**

16  WAYMO LLC,                              Civil Action No. 3:17-cv-00939-WHA

17         Plaintiff,                       **NOTICE OF WITHDRAWAL AS
                                            COUNSEL FOR INTERVENOR**
18      v.                                  **ANTHONY LEVANDOWSKI**

19  UBER TECHNOLOGIES, INC.;                Judge:  Honorable William Alsup
    OTTOMOTTO LLC; OTTO TRUCKING            Courtroom: 8- 19th Floor
20  LLC,
           Defendants.
21

22

23

24

25

26

27

28

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2           PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1, Intervenor Anthony

3    Levandowski makes the following withdrawal of counsel.  The Notice of Appearance naming I. Neel

4    Chatterjee, Brett M. Schuman, and Rachel M. Walsh of Goodwin Procter LLP was filed in error, and

5    Mr. Chatterjee, Mr. Schuman, and Ms. Walsh will not be representing Intervenor Anthony

6    Levandowski in this matter.  Intervenor Anthony Levandowski shall continue to be represented by

7    Ismail Jomo Ramsey, Miles F. Ehrlich, and Amy E. Craig of Ramsey & Ehrlich.

8           Intervenor Anthony Levandowski has been informed of and consents to this withdrawal.

9

10   Dated:  April 24, 2017                    Respectfully submitted,

11                                             /s/  I. Neel Chatterjee
                                               I. Neel Chatterjee (SBN 173985)
12                                             *nchatterjee@goodwinlaw.com*
                                               **GOODWIN PROCTER LLP**
13                                             135 Commonwealth Drive
                                               Menlo Park, CA 94025
14                                             Tel.: +1 650 752 3100
                                               Fax: +1 650 853 1038
15
                                               Brett M. Schuman (SBN 189247)
16                                             *bschuman@goodwinlaw.com*
                                               Rachel M. Walsh (SBN 250568)
17                                             *rwalsh@goodwinlaw.com*
                                               **GOODWIN PROCTER LLP**
18                                             Three Embarcadero Center
                                               San Francisco, California 94111
19                                             Tel.: +1 415 733 6000
                                               Fax.: +1 415 677 9041
20
                                               Attorneys for Defendant Otto Trucking
21                                             LLC and Intervenor Defendant
                                               Anthony Levandowski
22

23

24

25

26

27

28

                                         1
NOTICE OF WITHDRAWAL AS COUNSEL
FOR INTERVENOR ANTHONY LEVANDOWSKI                    CASE NO.  3:17-CV-00939-WHA

1

**<u>CERTIFICATE OF SERVICE</u>**

2

       I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3

United States District Court for the Northern District of California by using the CM/ECF system on

4

April 24, 2017.  I further certify that all participants in the case are registered CM/ECF users and that

5

service will be accomplished by the CM/ECF system.

6

       I certify under penalty of perjury that the foregoing is true and correct.  Executed this 24th

7

day of April 2017.

                            /s/ I. Neel Chatterjee

8

                               I. NEEL CHATTERJEE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1