I. Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Civil Action No. 3:17-cv-00939-WHA <br><br> **NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT OTTO TRUCKING LLC AND PROPOSED ORDER** <br><br> Judge: Honorable William Alsup <br> Courtroom: 8- 19th Floor |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1 and 11-5, Defendant Otto Trucking LLC makes the following substitution of counsel.  Arturo J. Gonzalez, Daniel Pierre Muino, Eric Akira Tate, Esther Kim Chang, Matthew I. Kreeger, Michael A. Jacobs, Michelle C.Y. Yang, Rudy Y. Kim, and Wendy J. Ray of Morrison & Foerster LLP will no longer be representing Defendant Otto Trucking LLC in this matter.  Defendant Otto Trucking LLC, shall be represented by I. Neel Chatterjee, Brett M. Schuman, and Rachel M. Walsh of Goodwin Procter LLP.

Defendant Otto Trucking LLC has been informed of this substitution and consents to the substitution of firm representation.

Dated: April 24, 2017

Respectfully submitted,

/s/  I. Neel Chatterjee
I. Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant Otto Trucking LLC

Dated: April 24, 2017

/s/ Arturo J. Gonzàlez
Michael A. Jacobs
*mjacobs@mofo.com*
Arturo J. Gonzàlez
*agonzalez@mofo.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eric A. Tate
*etate@mofo.com*
**MORRISON & FOERSTER LLP**
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482
TEL: 415-268-7000
FAX:  415-268-7522

Attorneys for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC

1

NOTICE OF CHANGE OF COUNSEL
FOR DEFENDANT OTTO TRUCKING LLC                               CASE NO.  3:17-CV-00939-WHA

1 | **PURSUANT TO NOTICE, IT IS SO ORDERED.**

3 | DATED:

HON. WILLIAM ALSUP
United States District Judge

**CIVIL L.R. 5-1 ATTESTATION**

I, I. Neel Chatterjee, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Arturo J. Gonzàlez concurs in this filing.

Dated: April 24, 2017     /s/  I. Neel Chatterjee
                                          I. NEEL CHATTERJEE

1

NOTICE OF CHANGE OF COUNSEL
FOR DEFENDANT OTTO TRUCKING LLC                    CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 24, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of April 2017.

                                                 /s/ I. Neel Chatterjee
                                                  I. NEEL CHATTERJEE