MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF WENDY J. RAY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

I, Wendy J. Ray, declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal portions of Defendants' Response to Court-Order Interrogatories and Exhibit A to Their Interrogatory Responses.

2. The redacted portion of the response to interrogatory number 3 of Defendants' Responses to Court-Ordered Interrogatories contains technical, proprietary trade secret information, which is highly confidential. If this information was made public, it could irreparably harm Defendants.

3. Exhibit A is a list of employee names attached to Defendants' Responses to Court-Ordered Interrogatories for the purpose of answering Interrogatories No. 1 and 2. Disclosure of this list of employee names would threaten the privacy of individuals at a company that is currently the subject of extensive media coverage.

4. Defendants' request to seal is narrowly tailored to the material that merits sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of April, 2017, in San Francisco, California.

*/s/ Wendy J. Ray*
Wendy J. Ray

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Wendy J. Ray has concurred in this filing.

Dated: April 25, 2017        */s/ Arturo J. González*
Arturo J. González