1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

11 | WAYMO LLC,                              | Case No.      3:17-cv-00939-WHA
12 |                      Plaintiff,          | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
13 |        v.                                |
14 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, |
15 |                                          |
16 |                      Defendants.         |
17 |                                          | Trial Date: October 2, 2017

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3762584

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Responses to Court-Ordered Interrogatories | Highlighted Portions |
| Exhibit A to Defendants' Responses to Court-Ordered Interrogatories | Entirety |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge