UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date:   April 27, 2017<br>Time:  8:00 a.m.<br>Ctrm:  8, 19th Floor<br>Judge: The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

1

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (together, the Parties) seek to use certain equipment and devices at the hearing on Defendants' Motion to Compel Arbitration on April 27, 2017;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1. The Parties and their attorneys, paralegals, assistants, and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, A/V tables, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, VGA switchers, and related equipment into the courtroom for use at the hearing on Defendants' Motion to Compel Arbitration on Thursday, April 27, 2017;

2. Beginning at 7:00 a.m. on Thursday, April 27, 2017, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

**IT IS SO STIPULATED.**

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

1

| | | |
|---|---|---|
| 1 | DATED: April 25, 2017 | |
| 2 | | By /s/ *Charles K. Verhoeven* |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 5 | | David A. Perlson (Bar No. 209502) davidperlson@quinnemanuel.com |
| 6 | | Melissa Baily (Bar No. 237649) melissabaily@quinnemanuel.com |
| 7 | | John Neukom (Bar No. 275887) johnneukom@quinnemanuel.com |
| 8 | | Jordan Jaffe (Bar No. 254886) jordanjaffe@quinnemanuel.com |
| 9 | | 50 California Street, 22nd Floor San Francisco, California 94111-4788 |
| 10 | | Telephone:     (415) 875-6600 Facsimile:      (415) 875-6700 |
| 11 | | Attorneys for WAYMO LLC |
| 12 | DATED: April 25, 2017 | |
| 13 | | By /s/ *Arturo J. Gonzalez* |
| 14 | | MORRISON & FOERSTER LLP |
| 15 | | MICHAEL A. JACOBS (CA SBN 111664) MJacobs@mofo.com |
| 16 | | ARTURO J. GONZÁLEZ (CA SBN 121490) AGonzalez@mofo.com |
| 17 | | ERIC A. TATE (CA SBN 178719) ETate@mofo.com |
| 18 | | 425 Market Street San Francisco, California 94105 2482 |
| 19 | | Telephone: 415.268.7000 Facsimile: 415.268.7522 |
| 20 | | BOIES SCHILLER FLEXNER LLP |
| 21 | | KAREN L. DUNN (Pro Hac Vice) kdunn@bsfllp.com |
| 22 | | HAMISH P.M. HUME (Pro Hac Vice) hhume@bsfllp.com |
| 23 | | 1401 New York Avenue, N.W. Washington DC 20005 |
| 24 | | Telephone: 202.237.2727 Facsimile: 202.237.6131 |
| 25 | | |
| 26 | | Attorneys for Defendants UBER TECHNOLOGIES, INC and OTTOMOTTO LLC |
| 27 | | |
| 28 | | |

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

2

DATED: April 25, 2017

By/s/ *I. Neel Chatterjee*

GOODWIN PROCTER LLP
Indra Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
Tel:  (650) 752-3100
Fax: (650) 853-1038

Brett M. Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Goodwin Procter LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant OTTO TRUCKING LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2017     _____
                                   The Honorable William H. Alsup

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Arturo J. Gonzalez and Indra Neel Chatterjee have concurred in this filing.

Dated: April 25, 2017                    */s/  Charles K. Verhoeven*

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

4