IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 17-00939 WHA<br><br>**ORDER RE DEFENDANTS' PRIVILEGE LOG AND DUE DILIGENCE REPORT** |

A prior order dated April 10 set certain deadlines pertaining to defendants' privilege log and briefing concerning the production of a due diligence report (Dkt. No. 202 at 12–13). After non-party Anthony Levandowski appealed from that order, the Federal Circuit temporarily stayed those portions of the April 10 order pending consideration of the appeal. Today, the Federal Circuit denied Levandowski's petition for writ of mandamus and lifted the temporary stay. Accordingly, this order **SETS** the following revised deadlines:

    1.    By **APRIL 27 AT NOON**, defendants shall serve a privilege log complete as to all items, including those affected by Levandowski's Fifth Amendment motion (Dkt. No. 147).

    2.    By **MAY 1 AT NOON**, plaintiff shall move, if it wishes to do so at all, to compel production of the due diligence report that was the subject of Levandowski's motion. Defendants and Levandowski shall have until **MAY 8 AT NOON** to oppose, shall submit a proper sworn record as to all necessary predicates, and

shall submit the full report (with attachments) for in camera review.  Plaintiff may reply by **MAY 12 AT NOON**.  The briefs should address the possibility that discovery into the predicates for any privilege may be allowed.

**IT IS SO ORDERED.**

Dated:  April 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE