QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 248-3**<br><br>**Trial Date:  October 2, 2017** |

1  Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2  Document from ECF, submitted electronically on April 21, 2017, by Waymo. Specifically,
3  Docket 248-3 contains information that Waymo and Defendants Uber Technologies, Inc.,
4  Ottomotto LLC, and Otto Trucking LLC (collectively, "Defendants") agree is governed by Docket
5  No. 60, and that was inadvertently filed in improper form. Waymo has already contacted the ECF
6  Help Desk regarding this issue, and the ECF Help Desk has temporarily blocked public access to
7  this filing. Plaintiff has also filed a corrected version of this document.

8
9  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
   Administrative Motion to Remove.
10

11

12  DATED: April 25, 2017               QUINN EMANUEL URQUHART & SULLIVAN,
                                        LLP
13
14                                      By     */s/Charles K. Verhoeven*
                                             Charles K. Verhoeven
15                                           Attorneys for WAYMO LLC

16

17

18

19

20

21

22

23

24

25

26

27

28