1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET NO. 248-3** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly Filed Document, Dkt. 248-3, and good cause appearing therefore, IT IS HEREBY ORDERED that Waymo's Motion shall be granted.

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge