1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11   | WAYMO LLC, | Case No.        3:17-cv-00939-WHA |
| --- | --- |
12   |                 Plaintiff, | **~~JOINT STIPULATION AND [PROPOSED]~~ ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |
13   |         v. | |
14   | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
15   | | |
16   |                 Defendants. | Date:    April 27, 2017<br>Time:    8:00 a.m. |
17   | | Ctrm:    8, 19th Floor<br>Judge:   The Honorable William Alsup |
18   | | Trial Date: October 2, 2017 |
19

20

21

22

23

24

25

26

27

28

~~Joint Stipulation And [Proposed]~~ Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

1

1   The parties, through their respective counsel of record, hereby stipulate and agree as

2   follows:

3   WHEREAS, Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto

4   LLC, and Otto Trucking LLC (together, the Parties) seek to use certain equipment and devices at

5   the hearing on Defendants' Motion to Compel Arbitration on April 27, 2017;

6   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

7   Parties that

8   1.      The Parties and their attorneys, paralegals, assistants, and consultants may bring

9   laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector

10  screens and carts, A/V tables, video distribution amplifiers, monitors, speakers, and various

11  cables, cords and power strips, A/B switches, VGA switchers, and related equipment into the

12  courtroom for use at the hearing on Defendants' Motion to Compel Arbitration on Thursday,

13  April 27, 2017;

14  2.      Beginning at 7:00 a.m. on Thursday, April 27, 2017, the Parties may have access

15  to the courtroom to set up and test the above equipment so that the Parties will be prepared to

16  proceed with the hearing as scheduled.

17  **IT IS SO STIPULATED.**

18

19

20

21

22

23

24

25

26

27

28

1   DATED:  April 25, 2017

2                                                          By  /s/ Charles K. Verhoeven

3                                                          QUINN EMANUEL URQUHART &
                                                           SULLIVAN, LLP
4                                                             Charles K. Verhoeven (Bar No. 170151)
                                                              charlesverhoeven@quinnemanuel.com
5                                                             David A. Perlson (Bar No. 209502)
                                                              davidperlson@quinnemanuel.com
6                                                             Melissa Baily (Bar No. 237649)
                                                              melissabaily@quinnemanuel.com
7                                                             John Neukom (Bar No. 275887)
                                                              johnneukom@quinnemanuel.com
8                                                             Jordan Jaffe (Bar No. 254886)
                                                              jordanjaffe@quinnemanuel.com
9                                                          50 California Street, 22nd Floor
                                                           San Francisco, California 94111-4788
10                                                         Telephone:    (415) 875-6600
                                                           Facsimile:     (415) 875-6700
11
                                                           Attorneys for WAYMO LLC
12
    DATED:  April 25, 2017
13                                                         By  /s/ Arturo J. Gonzalez

14                                                         MORRISON & FOERSTER LLP
                                                           MICHAEL A. JACOBS (CA SBN 111664)
15                                                         MJacobs@mofo.com
                                                           ARTURO J. GONZÁLEZ (CA SBN 121490)
16                                                         AGonzalez@mofo.com
                                                           ERIC A. TATE (CA SBN 178719)
17                                                         ETate@mofo.com
                                                           425 Market Street San Francisco, California 94105
18                                                         2482
                                                           Telephone: 415.268.7000
19                                                         Facsimile: 415.268.7522

20                                                         BOIES SCHILLER FLEXNER LLP
                                                           KAREN L. DUNN (Pro Hac Vice)
21                                                         kdunn@bsfllp.com
                                                           HAMISH P.M. HUME (Pro Hac Vice)
22                                                         hhume@bsfllp.com
                                                           1401 New York Avenue, N.W.
23                                                         Washington DC 20005
                                                           Telephone: 202.237.2727
24                                                         Facsimile: 202.237.6131

25                                                         Attorneys for Defendants UBER
26                                                         TECHNOLOGIES, INC and OTTOMOTTO LLC

27

28
    Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to
    Compel Arbitration
    Case No. 3:17-cv-00939-WHA                                                                              2

DATED:  April 25, 2017

By /s/ *I. Neel Chatterjee*

GOODWIN PROCTER LLP
Indra Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
Tel:  (650) 752-3100
Fax: (650) 853-1038

Brett M. Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Goodwin Procter LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant OTTO TRUCKING LLC

Time will be limited.  The calendar is full.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  ___April 26___, 2017       _____

The Honorable William H. Alsup

Joint Stipulation And [Proposed] Order Permitting Use Of Equipment For Hearing on Defendants' Motion to Compel Arbitration
Case No. 3:17-cv-00939-WHA

3

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file

3

this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Arturo J.

4

Gonzalez and Indra Neel Chatterjee have concurred in this filing.

5

Dated:  April 25, 2017                         */s/  Charles K. Verhoeven*_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28