United States District Court
Northern District of California

1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    WAYMO LLC,                                          Case No. 17-cv-00939-WHA   (JSC)

8                            Plaintiff,

9            v.                                          **ORDER RE: APEX DEPOSITION OF
                                                         LARRY PAGE**
10   UBER TECHNOLOGIES, INC., et al.,

11                           Defendants.

12

13           For the reasons explained on the record at the April 25, 2017 hearing, the Court denied

14   Defendants' request to take the deposition of Alphabet Inc. CEO Larry Page; however, on or

15   before April 26, 2017, Mr. Page shall answer the interrogatory posed by the Court at the hearing.

16           As the matter was decided on an expedited basis, the parties' written submissions were not

17   filed.  On or before 5:00 p.m. on Wednesday, April 26, 2017, the parties shall file redacted

18   versions of their letter briefs on the public docket.  The party asserting that the redactions are

19   needed shall file the required supporting declaration on or before Friday, April 28, 2017.

20           **IT IS SO ORDERED.**

21   Dated: April 26, 2017

22

23                                                       _____

24                                                       JACQUELINE SCOTT CORLEY
                                                         United States Magistrate Judge
25

26

27

28