# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4


   _____

5   WAYMO LLC,                       )

6                 Plaintiff,      )

7           vs.                     )   Case No.

8   UBER TECHNOLOGIES, INC.,        )   3:17-cv-00939-WHA

9   OTTOMOTTO LLC; OTTO             )

10  TRUCKING LLC,                    )

11                Defendants.      )

    _____)

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15       VIDEOTAPED DEPOSITION OF DANIEL CHU

16            San Francisco, California

17            Monday, April 3, 2017

18                  Volume I

19

20

21   Reported by:

22   SUZANNE F. GUDELJ, CSR No. 5111

23   Job No. 2583707

24

25   PAGES 1 - 53


                                          Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1    THE WITNESS:  So it's -- it's probably a --

2    a growing -- growing list of folks, but the folks

3    that we'd probably look at most are -- are Uber in

4    terms of their self-driving efforts.  We also look

5    at, for instance, Tesla in terms of some of their --   10:06:20

6    their efforts there.

7    BY MR. GONZALEZ:

8        Q    Would you agree that your number one

9    competitor in the market is Uber?

10       MS. BAILY:  Object to form.                      10:06:28

11       THE WITNESS:  I think it depends what

12   you -- ████████████████████████████

13   ████████████████████████████████████

14   ████████████████████████████████████████

15   ████████████████████████████████.            10:06:39

16   BY MR. GONZALEZ:

17       Q    All right.  Let me focus on -- on your

18   words.  I'll use your words.

19            ████████████████████████████████

20   ██████████████████████████████████████        10:06:48

21   ██████████

22       A    Sorry, say again?

23       Q    ████    ███████████████████

24   ██████████████████████████████████████

25   ████████████████████████                       10:06:59

Page 7



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A       ███████████████████████████

2    ███████████

3       Q       ███████████████████████████

4    ████████████████████████████████

5            MS. BAILY:  Object to form.              10:07:09

6            THE WITNESS:    ████████████████

7    ████████████████████████████████████████.

8    BY MR. GONZALEZ:

9       Q    Would you agree that it's your number one

10   competitor in that space?                         10:07:18

11           MS. BAILY:  Object to form.

12   BY MR. GONZALEZ:

13      Q    I'm not trying to trap you.

14      A    Yeah.

15      Q    If somebody else is number one, I want to   10:07:20

16   know, that's all.

17      A    Yeah.

18      Q    So let me go back.

19                ████████████████████████

20   ████████████████████████                         10:07:26

21           MS. BAILY:  Same objection.

22           THE WITNESS:    ████████████████

23   ████████████████████

24   BY MR. GONZALEZ:

25      Q    And who would you consider to be number    10:07:33

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   basically my user research team does the surveys.

 2   BY MR. GONZALEZ:

 3       Q    And your research team is to have -- does

 4   it have a name?

 5       A    They -- they basically just called it the   10:08:38

 6   user research group, yeah.

 7       Q    User research group?

 8       A    Yeah.

 9       Q    Not Daniel's brigade or anything like that?

10       A    No.                                         10:08:49

11       Q    All right.    ███████████████████████

12   ████████████████████████████████████████████████

13   ███████

14       A    I don't remember the exact date.

15       Q    Approximately.                              10:08:58

16       A    But approximately, we've done probably in

17   the last -- I'm trying to remember -- I mean, last

18   few months, but it's been more focused on the

19   markets that we're interested in, yeah.

20       Q    And what markets are those that you were    10:09:13

21   more focused on?

22       █     ███████████████████████████████████

23   █████████

24       █     ████████████████████████████████

25   ████████████████████████████████████████          10:09:24
```

Page 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
 1

 2

 3

 4

 5                                          10:09:36

 6

 7

 8

 9

10                                          10:09:53

11          MS. BAILY:  Object to form.

12          THE WITNESS:  It's -- well, are you talking

13   about litigation in general or like this -- this

14   litigation in specific?

15   BY MR. GONZALEZ:                        10:10:08

16      Q    Litigation in general.

17

18

19

20      Q    All right.  Fair enough.  Let's talk about  10:10:20

21   this litigation.

22      A    Yeah.

23

24

25                                          10:10:27
```

Page 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ███████████████████████
 2              MS. BAILY:  Object to form.
 3              THE WITNESS:  ████████████████
 4    ████████████████████████████████████████
 5    ███████████████████████████████  ██████      10:10:40
 6    ███████████████████████████████
 7    ██████████████████████████
 8    BY MR. GONZALEZ:
 9         Q    Do you ever have communications with public
10    agencies about your vehicles?                  10:10:51
11         A    Do --
12              MS. BAILY:  Object to form.
13              THE WITNESS:  Do I personally or --
14    BY MR. GONZALEZ:
15         Q    Yes, you.                            10:10:57
16         A    Most of my efforts are more internal
17    focused.
18         Q    Who at Waymo is the person who communicates
19    with public agencies to try to get approval for you
20    to be able to drive your autonomous vehicles there?  10:11:08
21         A    It's probably going to be more of our
22    public policy team and our partnership teams.
23         Q    And who are the people who are in charge of
24    those groups?
25         A    So -- I'm trying to think.  So Kevin Vosen,  10:11:20
```

Page 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4      That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were duly sworn; that a record

8   of the proceedings was made by me using machine

9   shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12      Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ ] was [x] was not requested.

16      I further, certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19      IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21      Dated: 4/4/2017

22

23

24      SUZANNE F. GUDELJ

25      CSR No. 5111

Page 53