# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
       _____
 5     WAYMO LLC,                      )
 6                    Plaintiff,       )
 7            vs.                      )  Case No.
 8     UBER TECHNOLOGIES, INC.,        )  3:17-cv-00939-WHA
 9     OTTOMOTTO LLC; OTTO             )
10     TRUCKING LLC,                   )
11                    Defendants.      )
       _____)
12
13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15          VIDEOTAPED DEPOSITION OF DANIEL CHU
16                San Francisco, California
17                 Monday, April 3, 2017
18                      Volume I
19
20
21    Reported by:
22    SUZANNE F. GUDELJ, CSR No. 5111
23    Job No. 2583707
24
25    PAGES 1 - 53
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1         THE WITNESS:  So it's -- it's probably a --
2  a growing -- growing list of folks, but the folks
3  that we'd probably look at most are -- are Uber in
4  terms of their self-driving efforts.  We also look
5  at, for instance, Tesla in terms of some of their --     10:06:20
6  their efforts there.
7  BY MR. GONZALEZ:
8      Q   Would you agree that your number one
9  competitor in the market is Uber?
10         MS. BAILY:  Object to form.                      10:06:28
11         THE WITNESS:  I think it depends what
12  you -- ███████████████████████████
13  ████████████████████████████
14  █████████████████████████████████
15  ██████████████████████████████.                         10:06:39
16  BY MR. GONZALEZ:
17      Q   All right.  Let me focus on -- on your
18  words.  I'll use your words.
19              ████████████████████████████
20  █████████████████████████████████                       10:06:48
21  ██████████
22      A   Sorry, say again?
23      Q   ████   ████████████████
24  █████████████████████████████████
25  ████████████████████████                                10:06:59
```

Page 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    ███████████████████████████████
 2   ████████████
 3      Q    ███████████████████████████████
 4   █████████████████████████
 5           MS. BAILY:  Object to form.                10:07:09
 6           THE WITNESS:  ████████████████████
 7   █████████████████████████████████████████████.
 8   BY MR. GONZALEZ:
 9      Q    Would you agree that it's your number one
10   competitor in that space?                          10:07:18
11           MS. BAILY:  Object to form.
12   BY MR. GONZALEZ:
13      Q    I'm not trying to trap you.
14      A    Yeah.
15      Q    If somebody else is number one, I want to  10:07:20
16   know, that's all.
17      A    Yeah.
18      Q    So let me go back.
19           ██████████████████████████████████
20   █████████████████████████████                      10:07:26
21           MS. BAILY:  Same objection.
22           THE WITNESS:  ████████████████████
23   ████████████████████████████
24   BY MR. GONZALEZ:
25      Q    And who would you consider to be number    10:07:33
```

```
 1   basically my user research team does the surveys.
 2   BY MR. GONZALEZ:
 3       Q    And your research team is to have -- does
 4   it have a name?
 5       A    They -- they basically just called it the        10:08:38
 6   user research group, yeah.
 7       Q    User research group?
 8       A    Yeah.
 9       Q    Not Daniel's brigade or anything like that?
10       A    No.                                              10:08:49
11       Q    All right.    [REDACTED]
12   [REDACTED]
13   [REDACTED]
14       A    I don't remember the exact date.
15       Q    Approximately.                                   10:08:58
16       A    But approximately, we've done probably in
17   the last -- I'm trying to remember -- I mean, last
18   few months, but it's been more focused on the
19   markets that we're interested in, yeah.
20       Q    And what markets are those that you were        10:09:13
21   more focused on?
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]                                               10:09:24
```

Page 10

```
 1   ████████████████████████████████████
 2      █  ████████████████████████████████
 3   ████
 4      █  ██████████████████████████████████
 5      █  ███████████████████████████████       10:09:36
 6   ██████████████████████████████████████
 7   █████████████████
 8      █  ██████████████████████████████████
 9   ████████████████████████████
10   ████████████████████                         10:09:53
11           MS. BAILY:  Object to form.
12           THE WITNESS:  It's -- well, are you talking
13   about litigation in general or like this -- this
14   litigation in specific?
15   BY MR. GONZALEZ:                             10:10:08
16      Q    Litigation in general.
17      █  ██████████████████████████████████
18   ████████████████████████████████
19   ██████████████████████████
20      Q    All right.  Fair enough.  Let's talk about  10:10:20
21   this litigation.
22      A    Yeah.
23      █  ████████████████████████████████
24   ████████████████████████████████
25   ███████████████████████████████              10:10:27
```

1　　　██████████████████

2　　　　　　MS. BAILY:  Object to form.

3　　　　　　THE WITNESS: ████████████████████

4　██████████████████████████████████████

5　████████████████████████████████ ████　　10:10:40

6　██████████████████████████████

7　█████████████████████████████

8　BY MR. GONZALEZ:

9　　　Q　Do you ever have communications with public

10　agencies about your vehicles?　　　　　　　　　　10:10:51

11　　　A　Do --

12　　　　　　MS. BAILY:  Object to form.

13　　　　　　THE WITNESS:  Do I personally or --

14　BY MR. GONZALEZ:

15　　　Q　Yes, you.　　　　　　　　　　　　　　　10:10:57

16　　　A　Most of my efforts are more internal

17　focused.

18　　　Q　Who at Waymo is the person who communicates

19　with public agencies to try to get approval for you

20　to be able to drive your autonomous vehicles there?　10:11:08

21　　　A　It's probably going to be more of our

22　public policy team and our partnership teams.

23　　　Q　And who are the people who are in charge of

24　those groups?

25　　　A　So -- I'm trying to think.  So Kevin Vosen,　10:11:20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the testimony given.
12     Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [x] was not requested.
16     I further, certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or party to this action.
19     IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21     Dated: 4/4/2017

*[signature: Suzanne F. Gudelj]*

24 SUZANNE F. GUDELJ
25 CSR No. 5111

Page 53