# Exhibit A

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**NOTICE OF DEPOSITION OF LARRY PAGE AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**<br><br>Honorable William Alsup |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, by and through their attorneys, will take the deposition upon oral examination of Larry Page. The deposition will commence at 10:00 a.m. on April 27, 2017, at the offices of Morrison & Foerster LLP, 425 Market Street, San Francisco, California. The deposition will be taken by a notary public or other authorized officer and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, the deponent is requested to produce at the time and place set forth above for his deposition the documents and things identified in the attached Exhibit A to Notice, which is incorporated herein by reference.

Dated: April 20, 2017         MORRISON & FOERSTER LLP

By: /s/ Arturo J. González
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

# EXHIBIT A

## DEFINITIONS

1. "Waymo" means Waymo LLC, Google Inc., and Alphabet Inc.

2. "Defendants" mean Uber Technologies, Inc. ("Uber") and Ottomotto LLC and Otto Trucking LLC (together "Otto").

## REQUESTS

1. Documents regarding any policy or written guideline regarding the ability of Waymo employees to participate in a personal side business while employed by Waymo.

2. Documents sufficient to identify the Waymo employees who have had side businesses, including the names of all such employees and the nature of the side businesses in which such employees engaged in the past three years.

3. Documents sufficient to show any joint interest or joint defense agreement that Waymo has entered into during the past three years.

4. Communications about the possibility of pursuing a legal action against Anthony Levandowski or Defendants.

5. Any brief or declaration provided to any court in support of a joint interest or joint defense privilege asserted by Waymo.

6. Documents sufficient to show when Waymo began investigating the possibility of Anthony Levandowski taking Waymo files with him upon his departure.