| | | |
|---|---|---|
| **MORRISON | FOERSTER** | 425 MARKET STREET<br>SAN FRANCISCO<br>CALIFORNIA 94105-2482<br><br>TELEPHONE: 415.268.7000<br>FACSIMILE: 415.268.7522<br><br>WWW.MOFO.COM | MORRISON & FOERSTER LLP<br><br>BEIJING, BERLIN, BRUSSELS,<br>DENVER, HONG KONG, LONDON,<br>LOS ANGELES, NEW YORK,<br>NORTHERN VIRGINIA, PALO ALTO,<br>SAN DIEGO, SAN FRANCISCO, SHANGHAI,<br>SINGAPORE, TOKYO, WASHINGTON, D.C. |

April 28, 2017

Writer's Direct Contact
+1 (415) 268.7020
AGonzalez@mofo.com

The Honorable Jacqueline Scott Corley
USDC, Northern District of California
San Francisco Courthouse
Courtroom F - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Waymo LLC v. Uber Technologies, Inc. et al.*, Case No. 3:17-cv-00939

Dear Magistrate Judge Corley:

Yesterday, the Court ordered Waymo to provide a date when they started contemplating litigation against Anthony Levandowski and Uber. Last night, we received the attached email providing a date for Mr. Levandowsk, but not Uber. We promptly responded and asked for the date that Google began contemplating litigation against Uber. As the court acknowledged, that is an important date. We respectfully request that Waymo be ordered to provide that date forthwith.

Sincerely,

Arturo J. González

sf-3763607

From: "Gonzalez, Arturo J." <AGonzalez@mofo.com>
Date: April 27, 2017 at 9:33:22 PM PDT
To: Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
Cc: UberWaymo <UberWaymo@mofo.com>, "Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com)" <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>, QE-Waymo <qewaymo@quinnemanuel.com>
Subject: Disclosure re Page RFP No. 4

Jeff,

What about potential legal action against Uber?

Arturo

Sent from my iPhone

On Apr 27, 2017, at 9:21 PM, Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> wrote:

> - External Email -
>
> Counsel:
>
> Pursuant to the Court's Order today regarding RFP No. 4, and without waiver of attorney-client privilege, attorney work product protection, or any other applicable privilege or protection and after a reasonable and diligent investigation, Waymo states that Google Inc.'s first communication in relation to the possibility of legal action against Anthony Levandowski was on or about March 23, 2016.
>
> Best,
> Jeff
>
> **Jeff Nardinelli**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> 415-875-6325 Direct
> 415.875.6600 Main Office Number
> 415.875.6700 FAX

1