UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Sur-Reply to Plaintiff Waymo LLC's Motion for Preliminary Injunction | Highlighted Portions |
| Supplemental Declaration of Michael Lebby ("Lebby Declaration") | Highlighted Portions |
| Supplemental Declaration of Scott Boehmke ("Boehmke Declaration") | Highlighted Portions |
| Supplemental Declaration of James Haslim ("Haslim Declaration") | Highlighted Portions |
| Supplemental Declaration of Esther Chang ("Chang Declaration") | Highlighted Portions |
| Exhibit 2 to the Lebby Declaration and Exhibit 15 to the Chang Declaration | Entirety |
| Exhibit 26 to the Lebby Declaration | Highlight Portions |
| Exhibit 27 to the Lebby Declaration | Entirety |
| Exhibits A, B, C, and D to the Boehmke Declaration | Entirety |
| Exhibit E to the Boehmke Declaration | Highlighted Portions |
| Exhibit A to the Haslim Declaration | Entirety |
| Exhibit B to the Haslim Declaration | Highlighted Portions |
| Exhibits 11 the Chang Declaration | Entirety |
| Exhibits 12 and 14 to the Chang Declaration | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge