# EXHIBIT B

# FILED UNDER SEAL

ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
                                        )
 5   WAYMO LLC,                         )
                                        )
 6          Plaintiff,                  )
                                        )
 7          vs.                         ) Case No.:
                                        ) 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,           )
     OTTOMOTTO LLC; OTTO TRUCKING       )
 9   LLC,                               )
                                        )
10          Defendants.                 )
     _____)
11
12
13                  ATTORNEYS' EYES ONLY
14          VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                San Francisco, California
16                Tuesday, April 18, 2017
17                       Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2597892
25   PAGES 1 - 112
```

Page 1

ATTORNEYS' EYES ONLY

```
 1            MR. KIM:  Objection; form.                    10:41:07
 2            THE WITNESS:  That's my understanding.        10:41:08
 3   BY MR. JAFFE:                                          10:41:09
 4       Q    Okay.  How much are the diodes ▉▉▉▉▉          10:41:14
 5   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                       10:41:17
 6       A    I'm not sure I know the number.               10:41:18
 7       Q    Is it a ▉▉▉▉▉▉▉▉▉▉                            10:41:22
 8       A    I wouldn't be surprised if it was ▉▉▉▉▉       10:41:23
 9   ▉▉▉▉.                                                  10:41:26
10       Q    Okay.  And to go back to my earlier question, the  10:41:27
11   Fuji design, in total, has ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉         10:41:34
12   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉; right?                                 10:41:37
13            MR. KIM:  Objection; form.                    10:41:39
14            THE WITNESS:  That is the current design.     10:41:40
15   BY MR. JAFFE:                                          10:41:48
16       Q    Okay.  How are the diodes aligned with respect  10:41:49
17   to -- for manufacturing purposes with respect to each  10:41:54
18   other?                                                 10:42:00
19            MR. KIM:  Objection; form.                    10:42:01
20            THE WITNESS:  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉          10:42:02
21   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉               10:42:07
22   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                  10:42:11
23   BY MR. JAFFE:                                          10:42:14
24       Q    And there's a -- you provide an X/Y coordinates  10:42:15
25   to the manufacturer; right, for each of the laser      10:42:18
```

Page 64

```
 1  diodes?                                                 10:42:20
 2      A    Yes.                                           10:42:21
 3      Q    And what are the X/Y coordinates mapped to?    10:42:21
 4      A    They are referenced to fiducial marks on the PCB.  10:42:25
 5      Q    And have you ever used holes for those?        10:42:30
 6      A    Sorry?                                         10:42:35
 7      Q    For the fiducials, have you ever used a hole as a  10:42:36
 8  fiducial?                                               10:42:42
 9      A    No.  We have always placed the laser diodes using  10:42:43
10  the metal fiducial marks on the PCB.                    10:42:46
11      Q    And who came up with that idea?                10:42:48
12           MR. KIM:  Objection; form.                     10:42:50
13           THE WITNESS:  I believe it's standard practice in  10:42:51
14  PCB manufacture.                                        10:42:54
15  BY MR. JAFFE:                                           10:42:56
16      Q    So who came up with using it for Fuji?         10:42:56
17      A    I don't know.                                  10:42:58
18      Q    Okay.  When did that design come up?           10:42:59
19      A    I don't remember the exact date, but I think you  10:43:03
20  suggested there was a certain time frame.  Did you say  10:43:09
21  December when boards went out?  It would be in that     10:43:11
22  approximate time frame.                                 10:43:17
23      Q    Well, just to be clear, I'm looking to your    10:43:17
24  testimony about this --                                 10:43:20
25      A    I understand.                                  10:43:20
```

ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | there? | 11:16:19 |
| 2 | A    Oh, if I had him face-to-face, I would have | 11:16:19 |
| 3 | recounted the sequence of events and -- ■■■■ | 11:16:21 |
| 4 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:16:24 |
| 5 | Q    And what transpired? | 11:16:27 |
| 6 | A    Oh, it would help to go back, but, basically, I'm | 11:16:29 |
| 7 | announcing to my team that we are making a major pivot | 11:16:35 |
| 8 | in our design approach. ■■■■■■■■■■■■■■■■ | 11:16:39 |
| 9 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:16:43 |
| 10 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:16:47 |
| 11 | ■■■■ | 11:16:50 |
| 12 | Q    And what happened? | 11:16:51 |
| 13 | A    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:16:51 |
| 14 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:17:01 |
| 15 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:17:05 |
| 16 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:17:12 |
| 17 | ■■■■ | 11:17:15 |
| 18 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:17:16 |
| 19 | ■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■ | 11:17:19 |
| 20 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:17:23 |
| 21 | ■■■■■■■■■■■■■■■■ | 11:17:26 |
| 22 | Q    ■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:17:27 |
| 23 | ■■■■■■■■■■■■■■■■■■■■■■ | 11:17:29 |
| 24 | A    Yes. | 11:17:31 |
| 25 | Q    And then did you tell him, "We are not doing | 11:17:32 |

Page 88