# EXHIBIT 26

# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4                          -oOo-
5    WAYMO LLC,                    )
6                                  )
7              Plaintiff ,         )
8                                  )
9       vs.                        )  Case No: 3:17-cv-00939-WHA
                                   )
10   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC, OTTO TRUCKING, )
11   LLC,                          )
                                   )
12             Defendants.         )
     _____)
13
14           CONFIDENTIAL - ATTORNEYS' EYES ONLY
15           VIDEOTAPED DEPOSITION OF DANIEL GRUVER
16                  San Francisco, California
17                  Thursday, April 20, 2017
18
19
20   Reported by:
21   LISA R. TOW
22   CSR No. 6629
23   Job No. 2599857
24
25   PAGES 1 - 73
```

Page 1

| | | |
|---|---|---|
| 1 | Q.   Are you aware whether GBR2 used a | 10:21:08AM |
| 2 | similar design? | 10:21:13AM |
| 3 | A.   I don't recall. | 10:21:14AM |
| 4 | Q.   Are you aware of any other lidar | 10:21:15AM |
| 5 | devices that use ███████████████ | 10:21:16AM |
| 6 | A.   I am. | 10:21:17AM |
| 7 | Q.   What are they? | 10:21:18AM |
| 8 | A.   ████████ | 10:21:19AM |
| 9 | Q.   ████████████████████████ | 10:21:22AM |
| 10 | ████████████████ | 10:21:25AM |
| 11 | A.   ████████████ | 10:21:26AM |
| 12 | Q.   ████████████████████ | 10:21:26AM |
| 13 | ████████████████████████████ | 10:21:30AM |
| 14 | A.   ████████████████████████████ | 10:21:33AM |
| 15 | ████████████████████ | 10:21:36AM |
| 16 | Q.   ████████████████ | 10:21:38AM |
| 17 | A.   Sorry.  Clarify. | 10:21:42AM |
| 18 | Q.   ████████████████████████████ | 10:21:44AM |
| 19 | ████████████████████████ | 10:21:47AM |
| 20 | A.   ████████████████████████ | 10:21:50AM |
| 21 | ████████ | 10:21:54AM |
| 22 | Q.   ████████████████████ | 10:21:55AM |
| 23 | ████████████████████ | 10:21:59AM |
| 24 | A.   ████████████████████ | 10:22:01AM |
| 25 | ████████████████████████████ | 10:22:06AM |

Page 51

```
 1                                                          10:22:11AM
 2        Q.   And that's one that you've                   10:22:12AM
 3   observed in connection with your work at               10:22:15AM
 4   Otto or Uber?                                          10:22:19AM
 5        A.   Yes.                                         10:22:22AM
 6        Q.   Is the ▇▇▇ on the Fuji -- for                10:22:22AM
 7   the PCBs and Fuji that do have ▇▇▇                     10:22:33AM
 8   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                      10:22:38AM
 9        A.   I don't know.                                10:22:40AM
10        Q.   Are you aware of any patents or              10:22:41AM
11   publications that disclose ▇▇▇▇▇                       10:22:47AM
12   ▇▇▇                                                    10:22:49AM
13        A.   I'm not.                                     10:22:50AM
14        Q.   The Fuji design includes ▇                   10:22:50AM
15   transmit boards total; is that fair?                   10:22:55AM
16        A.   That is.                                     10:22:58AM
17        Q.   And each of the ▇▇▇▇▇                        10:22:59AM
18   in the Fuji device includes ▇▇▇▇                       10:23:02AM
19   ▇▇▇▇; is that correct?                                 10:23:05AM
20        A.   That is correct.                             10:23:07AM
21        Q.   What's the benefit of that design?           10:23:08AM
22        A.   Of which design?                             10:23:10AM
23        Q.   Of the -- of having ▇▇▇▇                     10:23:13AM
24   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                     10:23:18AM
25   ▇▇▇                                                    10:23:22AM
```

Page 52