# EXHIBIT E

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

WAYMO LLC,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,

    Defendants.

Case No. 3:17-cv-00939-WHA

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE

San Francisco, California

Monday, April 17, 2017

Volume I

Reported by:

SUZANNE F. GUDELJ, CSR No. 5111

Job No. 2596382

PAGES 1 - 79

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    A    So the proposal was to build a sensor that
 2   had ████████████████████████████████████████████
 3   ██████████████████████████████. And the requirement
 4   in B was to try to maintain those.
 5        If you look at B, ████████████████████      02:46:51
 6   ██████████████████████████████, whereas A, I had
 7   liberty to put █████████████████████████████████
 8   ████████████.
 9    Q    Okay. And so you came up with what's here
10   in number -- letter A based on Mr. Levandowski's   02:47:09
11   asking you to prepare this, right?
12    A    I adapted the previous work I had done on
13   ██████████████████ to fit the capabilities that
14   they had.
15    Q    So he was pointing you in one particular     02:47:28
16   direction, which was ████████████████████████████
17   ███████████████████████████████████
18   ██████████████████████████████████████, right?
19    A    ██████████████ had been agreed upon, and
20   they were looking for a candidate configuration.   02:47:47
21   Yes, I made this configuration.
22    Q    When you said "had been agreed upon,"
23   between yourself and Mr. Levandowski; that's what
24   you're referring to?
25    A    No, this would have been with -- with        02:48:24
```

Page 38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    Yes.
 2      Q    Okay.  It's an email that you received in
 3  December of 20- -- excuse me, October 2016, right?
 4      A    Yes.
 5      Q    ██████████████████                    02:52:55
 6           THE WITNESS:  We're -- we're closed book
 7  here, right?
 8           MR. KIM:  Do you have a privilege issue --
 9           THE WITNESS:  Yeah.
10           MR. KIM:  -- that you want to talk about?  02:53:13
11           THE WITNESS:  Yeah, I need to understand.
12  BY MR. JAFFE:
13      Q    If it's confidentiality issues, we're under
14  the protective order here.  The only thing we can
15  break for is attorney-client issues.                  02:53:21
16      A    No.  ████████████████████
17      Q    And what is ████████?
18      A    ████████████████████████████████████
19  ██████
20      Q    I see.  So the first email in this chain   02:53:35
21  from Mr. Haslim is talking about transitioning to
22  V2, which is Fuji, right?
23      A    Yes.
24      Q    And it's saying:
25           ████████████████████  ████████████         02:53:52
```

Page 42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   actually showing how the PCBs would be laid out?
 2        A    Potentially, yes, yeah.
 3        Q    And did you talk to your colleagues about
 4   this?
 5        A    Yes.                                          03:30:28
 6        Q    Okay.  What did you tell them?
 7        A    Mr. Gasbarro and I started mocking this up.
 8        Q    And have you referenced that in your
 9   declaration?
10        A    In the declaration, no.                       03:30:39
11        Q    Are you aware of any documents attached to
12   your declaration that show that what's described
13   here as ███████████████████████ actually
14   corresponds to a design for PCBs?
15        A    No, I didn't provide further documents.  I    03:30:56
16   was explaining that's what we were doing.
17        Q    Sitting here today, are you aware of any
18   evidence that what's described here on page 51 of
19   your declaration actually corresponds to a design
20   for ██████████████████████████ as opposed to        03:31:10
21   just a conceptual drawing?
22        A    ████████████████████████?
23        Q    Yes.  Thank you.
24        A    Yes, there is ██████████████████████
25   █████████████.                                          03:31:24
```

Page 63