1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
9  OTTOMOTTO LLC, and OTTO TRUCKING LLC

10 KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
11 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
12 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
13 Washington DC  20005
   Telephone:     202.237.2727
14 Facsimile:     202.237.6131

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20 WAYMO LLC,                              Case No.     3:17-cv-00939-WHA

21            Plaintiff,                   **SUPPLEMENTAL DECLARATION
                                           OF ESTHER KIM CHANG IN
22       v.                                SUPPORT OF DEFENDANTS'
                                           SUR-REPLY TO PLAINTIFF
23 UBER TECHNOLOGIES, INC.,                WAYMO LLC'S MOTION FOR
   OTTOMOTTO LLC; OTTO TRUCKING LLC,       PRELIMINARY INJUNCTION**
24
              Defendants.                  Date:     May 3, 2017
25                                         Time:     7:30 a.m.
                                           Ctrm:     8, 19th Floor
26                                         Judge:    The Honorable William Alsup

27                                         Trial Date: October 2, 2017

28          <u>REDACTED VERSION OF DOCUMENT SUBMITTED UNDER SEAL</u>

I, Esther Kim Chang, declare as follows:

1.     I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in good standing of the Bar of the State of California.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendant's Sur-Reply to Plaintiff's Motion for Preliminary Injunction.

2.     On April 16, 2017, my colleague Arturo Gonzalez offered Waymo LLC the opportunity to inspect the components of Spider on April 18 or April 19.  Attached hereto as Exhibit 9 is a true and correct copy of the email from Mr. Gonzalez to Waymo counsel, dated April 16, 2017.  Waymo counsel did not respond.  On April 17, all available components of Spider were transported to the offices of Morrison & Foerster.  That day, Mr. Gonzalez again offered the inspection of the components of Spider.  Attached hereto as Exhibit 10 is a true and correct copy of the email from Mr. Gonzalez to Waymo counsel, dated April 17, 2017.  Waymo counsel finally came to inspect the components of Spider on April 19.  That same day, Defendants produced to Waymo a hard copy production of the pictures taken at the inspection, having Bates number UBER00011629 to UBER00011689.

3.     Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 1031 to the deposition of Daniel Chu on April 3, 2017, produced by Waymo in connection with his deposition.  This document has Bates number WAYMO-UBER-00004175 to WAYMO-UBER-00004194.  Exhibit 11 is a report dated March 19, 2015, which ███████████████████ ████████████████████████████ (WAYMO-UBER-00004183) and asks ████████████████████████████████ (WAYMO-UBER-00004186).

4.     Mr. Chu's deposition testimony on April 3, 2017, confirms that ████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ (Chu Dep. at 7:8-15; 8:19-23; 10:24-11:7; 11:23-12:7; 25:5-25; and 40:11-19.)  Attached

1    hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition transcript of Mr. Chu,

2    dated April 3, 2017.

3            5.        Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the

4    deposition of Gary Brown, dated March 24, 2017.

5            6.        Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the

6    deposition of Daniel Gruver, dated April 20, 2017.

7            7.        Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the

8    deposition of Gregory Kintz, dated April 26, 2017.

9            8.        Attached hereto as Exhibit 16 is a true and correct of a TechCrunch article titled,

10   "A Waymo Filing Leaks LiDAR Tech Details in Uber Lawsuit," dated April 26, 2017.

11           9.        Attached hereto as Exhibit 17 is a true and correct copy of an IEEE Spectrum

12   article titled, "Waymo vs. Uber: 8 Things I Learned from Anthony Levandowski Taking the

13   Fifth," dated April 26, 2017.

14

15           I declare under the penalty of perjury under the laws of the United States that the

16   foregoing is true and correct.  Executed this 28th day of April, 2017, in San Francisco, California.

17

18                                              _____/s/ Esther Kim Chang_____
                                                       ESTHER KIM CHANG

19

20

21                              **ATTESTATION OF E-FILED SIGNATURE**

22           I, Arturo J. González, am the ECF User whose ID and password are being used to file this

23   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang

24   has concurred in this filing.

25   Dated:  April 28, 2017                    _____/s/  Arturo J. González_____
                                                       Arturo J. González

26

27

28