# EXHIBIT 12

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
                _____
 5    WAYMO LLC,                              )
 6                    Plaintiff,              )
 7         vs.                                )   Case No.
 8    UBER TECHNOLOGIES, INC.,                )   3:17-cv-00939-WHA
 9    OTTOMOTTO LLC; OTTO                     )
10    TRUCKING LLC,                           )
11                    Defendants.             )
                                              )
                _____
12
13         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15           VIDEOTAPED DEPOSITION OF DANIEL CHU
16                 San Francisco, California
17                   Monday, April 3, 2017
18                         Volume I
19
20
21    Reported by:
22    SUZANNE F. GUDELJ, CSR No. 5111
23    Job No. 2583707
24
25    PAGES 1 - 53
```

Page 1

```
 1          THE WITNESS:  So it's -- it's probably a --
 2   a growing -- growing list of folks, but the folks
 3   that we'd probably look at most are -- are Uber in
 4   terms of their self-driving efforts.  We also look
 5   at, for instance, Tesla in terms of some of their --    10:06:20
 6   their efforts there.
 7   BY MR. GONZALEZ:
 8       Q    Would you agree that your number one
 9   competitor in the market is Uber?
10          MS. BAILY:  Object to form.                      10:06:28
11          THE WITNESS:  I think it depends what
12   you -- ███████████████████████████
    ████████████████████████████████████
    ████████████████████████████████████
    ████████████████████████████████████
16   BY MR. GONZALEZ:
17       Q    All right.  Let me focus on -- on your
18   words.  I'll use your words.
19                ████████████████████████
    ████████████████████████████████████
    ████████████
22       A    Sorry, say again?
23   █ ███ ██████████████████████
    ████████████████████████████████████
    ██████████████████████                              10:06:59
```

Page 7

```
 1     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 2     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 3     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 5         MS. BAILY:  Object to form.                    10:07:09
 6         THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8     BY MR. GONZALEZ:
 9         Q   Would you agree that it's your number one
10     competitor in that space?                          10:07:18
11         MS. BAILY:  Object to form.
12     BY MR. GONZALEZ:
13         Q   I'm not trying to trap you.
14         A   Yeah.
15         Q   If somebody else is number one, I want to  10:07:20
16     know, that's all.
17         A   Yeah.
18         Q   So let me go back.
19     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  10:07:26
21         MS. BAILY:  Same objection.
22         THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24     BY MR. GONZALEZ:
25         Q   And who would you consider to be number    10:07:33
```

Page 8

```
 1    basically my user research team does the surveys.
 2    BY MR. GONZALEZ:
 3        Q    And your research team is to have -- does
 4    it have a name?
 5        A    They -- they basically just called it the       10:08:38
 6    user research group, yeah.
 7        Q    User research group?
 8        A    Yeah.
 9        Q    Not Daniel's brigade or anything like that?
10        A    No.                                             10:08:49
11        Q    All right.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮
14        A    I don't remember the exact date.
15        Q    Approximately.                                  10:08:58
16        A    But approximately, we've done probably in
17    the last -- I'm trying to remember -- I mean, last
18    few months, but it's been more focused on the
19    markets that we're interested in, yeah.
20        Q    And what markets are those that you were        10:09:13
21    more focused on?
      ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮  ▮▮▮
      ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     10:09:24
```



```
                                                        10:09:53
11        MS. BAILY:  Object to form.
12        THE WITNESS:  It's -- well, are you talking
13   about litigation in general or like this -- this
14   litigation in specific?
15   BY MR. GONZALEZ:                                   10:10:08
16   Q    Litigation in general.




20   Q    All right.  Fair enough.  Let's talk about   10:10:20
21   this litigation.
22   A    Yeah.
```

Page 11

```
 1   [REDACTED]
 2              MS. BAILY:  Object to form.
 3              THE WITNESS: [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   BY MR. GONZALEZ:
 9       Q    Do you ever have communications with public
10   agencies about your vehicles?                         10:10:51
11       A    Do --
12              MS. BAILY:  Object to form.
13              THE WITNESS:  Do I personally or --
14   BY MR. GONZALEZ:
15       Q    Yes, you.                                    10:10:57
16       A    Most of my efforts are more internal
17   focused.
18       Q    Who at Waymo is the person who communicates
19   with public agencies to try to get approval for you
20   to be able to drive your autonomous vehicles there?   10:11:08
21       A    It's probably going to be more of our
22   public policy team and our partnership teams.
23       Q    And who are the people who are in charge of
24   those groups?
25       A    So -- I'm trying to think.  So Kevin Vosen,  10:11:20
```

Page 12

```
 1   San Francisco, if they were going to run through red
 2   lights or whatnot, as -- and -- and that kind of
 3   hurts other players, right.  It hurts the perception
 4   of the technology.
 5        Q    Then the next page, page 12 of the                10:23:04
 6   PowerPoint, it says:
 7            █████████████████████████
 8            █████████████
 9        And there's a subheading:
10            █████████████████████████████████████  ████
11            █████████████████████████
12        What does that mean?
13        A    What it means is if we look at the --█████
14   ████████████████████████████████████████████████████
15   ████████████████████████████████████████████████ ████
16   █████████████████████████████
17            █████████████████████████
18   ████████████████████████████████████████████████████
19   ████████████████████████████████████████████████████
20   ████████████████████████████████████████████████ ████
21   ████████████████████████████████████████████████████
22   █████████████████████████████████████████
23        And so this is referring to let's assume
24   they do that.  How -- how can we make it so it's --
25   it's -- it's harder for them to do that.                   10:24:02
```

Page 25

```
 1   of billions of dollars?
 2           MS. BAILY:  Object to form.
 3           THE WITNESS:  You're saying in general or
 4   you're saying for particular like -- I just want to
 5   make sure I'm answering the question correctly.          10:40:59
 6   BY MR. GONZALEZ:
 7       Q    That's fair.
 8       A    Yeah.
 9   ████    ███████████████████████████
10       A    Okay.                                            10:41:04
11       Q    Would you agree that the ride-sharing
12   market for autonomous vehicles is likely to be in
13   the hundreds of billions of dollars?
14           MS. BAILY:  Object to form.
15           THE WITNESS:  I think it's -- it's              10:41:17
16   definitely possible that in the -- in the
17   ride-sharing market alone for self-driving cars on a
18   global basis that it will be in the hundreds of
19   billions of dollars, that's correct.
20   BY MR. GONZALEZ:                                         10:41:33
21       Q    Let me show you a document we've marked as
22   1033.
23           (Defendant Exhibit 1033 marked by the court
24            reporter.)
25   BY MR. GONZALEZ:                                         10:41:39
```

Page 40