# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                          -oOo-
 5   WAYMO LLC,                    )
 6                                 )
 7            Plaintiff ,          )
 8                                 )
 9      vs.                        )  Case No: 3:17-cv-00939-WHA
                                   )
10   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC, OTTO TRUCKING, )
11   LLC,                          )
                                   )
12            Defendants.          )
     _____)
13
14
15          VIDEOTAPED DEPOSITION OF DANIEL GRUVER
16                 San Francisco, California
17                 Thursday, April 20, 2017
18
19
20   Reported by:
21   LISA R. TOW
22   CSR No. 6629
23   Job No. 2599857
24
25   PAGES 1 - 73
```

Page 1

| | | |
|---|---|---|
| 1 | Q. Are you aware whether GBR2 used a | 10:21:08AM |
| 2 | similar design? | 10:21:13AM |
| 3 | A. I don't recall. | 10:21:14AM |
| 4 | Q. Are you aware of any other lidar | 10:21:15AM |
| 5 | devices that use ██████████████? | 10:21:16AM |
| 6 | A. I am. | 10:21:17AM |
| 7 | Q. What are they? | 10:21:18AM |
| 8 | A. Velodyne. | 10:21:19AM |
| 9 | Q. And what do they use ████████ | 10:21:22AM |
| 10 | ████████████? | 10:21:25AM |
| 11 | A. I don't know. | 10:21:26AM |
| 12 | Q. What is the context in which | 10:21:26AM |
| 13 | Velodyne uses ████████████████? | 10:21:30AM |
| 14 | A. The edge of the diode ████████ | 10:21:33AM |
| 15 | ████████████████████? | 10:21:36AM |
| 16 | Q. For what type of PCB? | 10:21:38AM |
| 17 | A. Sorry. Clarify. | 10:21:42AM |
| 18 | Q. Well, like in what context is the | 10:21:44AM |
| 19 | PCB used that you're referring to? | 10:21:47AM |
| 20 | A. The PCB holds a laser and other | 10:21:50AM |
| 21 | electronics. | 10:21:54AM |
| 22 | Q. And what is the version of | 10:21:55AM |
| 23 | Velodyne that has that feature? | 10:21:59AM |
| 24 | A. I don't know about their | 10:22:01AM |
| 25 | exhaustive catalog of lidar, but they're VLP | 10:22:06AM |

```
 1  model, I believe.                                  10:22:11AM
 2       Q.   And that's one that you've               10:22:12AM
 3  observed in connection with your work at           10:22:15AM
 4  Otto or Uber?                                      10:22:19AM
 5       A.   Yes.                                     10:22:22AM
 6       Q.   Is the ██████ on the Fuji   for          10:22:22AM
 7  the PCBs and Fuji that do have ████████            10:22:33AM
 8  ████████████████████████████████████?              10:22:38AM
 9       A.   I don't know.                            10:22:40AM
10       Q.   Are you aware of any patents or          10:22:41AM
11  publications that disclose ████████████            10:22:47AM
12  █████?                                             10:22:49AM
13       A.   I'm not.                                 10:22:50AM
14       Q.   The Fuji design includes ███             10:22:50AM
15  transmit boards total; is that fair?               10:22:55AM
16       A.   That is.                                 10:22:58AM
17       Q.   And each of the ███ transmit PCBs        10:22:59AM
18  in the Fuji device includes ██████████             10:23:02AM
19  laser diodes; is that correct?                     10:23:05AM
20       A.   That is correct.                         10:23:07AM
21       Q.   What's the benefit of that design?       10:23:08AM
22       A.   Of which design?                         10:23:10AM
23       Q.   Of the    of having ███ transmit         10:23:13AM
24  PCBs that include ████████████  laser              10:23:18AM
25  diodes?                                            10:23:22AM
```

Page 52