# EXHIBIT E

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

WAYMO LLC,   )
      Plaintiff,   )
   vs.   )   Case No.
UBER TECHNOLOGIES, INC.,   )   3:17-cv-00939-WHA
OTTOMOTTO LLC; OTTO   )
TRUCKING LLC,   )
      Defendants.   )
   )

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE

San Francisco, California

Monday, April 17, 2017

Volume I

Reported by:

SUZANNE F. GUDELJ, CSR No. 5111

Job No. 2596382

PAGES 1 - 79

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1      A     So the proposal was to build a sensor that
2    had ████████████████████████████████████████████
3    ████████████████████████████.  And the requirement
4    in B was to try to maintain those.
5          If you look at B, ███████████████████          02:46:51
6    █████████████████████████████, whereas A, I had
7    liberty to put █████████████████████████████████
8    █████████████.
9      Q     Okay.  And so you came up with what's here
10   in number -- letter A based on Mr. Levandowski's    02:47:09
11   asking you to prepare this, right?
12     A     I adapted the previous work I had done on
13   ████████████████████ to fit the capabilities that
14   they had.
15     Q     So he was pointing you in one particular    02:47:28
16   direction, which was ████████████████████████████
17   █████████████████████████████████████
18   █████████████████████████████████████, right?
19     A     ████████████ had been agreed upon, and
20   they were looking for a candidate configuration.    02:47:47
21   Yes, I made this configuration.
22     Q     When you said "had been agreed upon,"
23   between yourself and Mr. Levandowski; that's what
24   you're referring to?
25     A     No, this would have been with -- with       02:48:24
```

Page 38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   A   Yes.

2   Q   Okay.  It's an email that you received in

3   December of 20- -- excuse me, October 2016, right?

4   A   Yes.

5   Q   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                02:52:55

6       THE WITNESS:  We're -- we're closed book

7   here, right?

8       MR. KIM:  Do you have a privilege issue --

9       THE WITNESS:  Yeah.

10      MR. KIM:  -- that you want to talk about?     02:53:13

11      THE WITNESS:  Yeah, I need to understand.

12  BY MR. JAFFE:

13  Q   If it's confidentiality issues, we're under

14  the protective order here.  The only thing we can

15  break for is attorney-client issues.              02:53:21

16  A   No. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17  Q   And what is ▇▇▇▇▇▇▇ ?

18  A   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

19  ▇▇▇▇▇

20  Q   I see.  So the first email in this chain       02:53:35

21  from Mr. Haslim is talking about transitioning to

22  V2, which is Fuji, right?

23  A   Yes.

24  Q   And it's saying:

25  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   ▇▇▇▇▇▇▇▇▇▇              02:53:52

Page 42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   actually showing how the PCBs would be laid out?
 2        A    Potentially, yes, yeah.
 3        Q    And did you talk to your colleagues about
 4   this?
 5        A    Yes.                                              03:30:28
 6        Q    Okay.  What did you tell them?
 7        A    Mr. Gasbarro and I started mocking this up.
 8        Q    And have you referenced that in your
 9   declaration?
10        A    In the declaration, no.                           03:30:39
11        Q    Are you aware of any documents attached to
12   your declaration that show that what's described
13   here as ███████████████████████ actually
14   corresponds to a design for PCBs?
15        A    No, I didn't provide further documents.  I       03:30:56
16   was explaining that's what we were doing.
17        Q    Sitting here today, are you aware of any
18   evidence that what's described here on page 51 of
19   your declaration actually corresponds to a design
20   for ████████████████████████ as opposed to            03:31:10
21   just a conceptual drawing?
22        A    ████████████████████████?
23        Q    Yes.  Thank you.
24        A    Yes, there is ████████████████████
25   ██████████████.                                              03:31:24
```

Page 63