# EXHIBIT 12

1             UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4

    _____

5  WAYMO LLC,                        )

6                    Plaintiff,      )

7          vs.                       )   Case No.

8  UBER TECHNOLOGIES, INC.,          )   3:17-cv-00939-WHA

9  OTTOMOTTO LLC; OTTO               )

10 TRUCKING LLC,                     )

11                   Defendants.     )

    _____)

12

13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15        VIDEOTAPED DEPOSITION OF DANIEL CHU

16              San Francisco, California

17              Monday, April 3, 2017

18                   Volume I

19

20

21 Reported by:

22 SUZANNE F. GUDELJ, CSR No. 5111

23 Job No. 2583707

24

25 PAGES 1 - 53

                                        Page 1

1          THE WITNESS:  So it's -- it's probably a --

2     a growing -- growing list of folks, but the folks

3     that we'd probably look at most are -- are Uber in

4     terms of their self-driving efforts.  We also look

5     at, for instance, Tesla in terms of some of their --    10:06:20

6     their efforts there.

7     BY MR. GONZALEZ:

8          Q    Would you agree that your number one

9     competitor in the market is Uber?

10          MS. BAILY:  Object to form.                        10:06:28

11          THE WITNESS:  I think it depends what

12     you -- ███████████████████████████████████████

███ ████████████████████████████████████████████████

███ ██████████████████████████████████████████████████

███ ████████████████████████████████████     ████████████

16    BY MR. GONZALEZ:

17          Q    All right.  Let me focus on -- on your

18     words.  I'll use your words.

19          ███████████████████████████████████████

███ ██████████████████████████████████████     ████████████

███ ██████████████████

22          A    Sorry, say again?

23     ██   ██████   ██████████████████████

███ █████████████████████████████████████████

███ ████████████████████████                              10:06:59

Page 7

5           MS. BAILY:  Object to form.                    10:07:09

6           THE WITNESS: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8    BY MR. GONZALEZ:

9       Q    Would you agree that it's your number one

10   competitor in that space?                             10:07:18

11          MS. BAILY:  Object to form.

12   BY MR. GONZALEZ:

13      Q    I'm not trying to trap you.

14      A    Yeah.

15      Q    If somebody else is number one, I want to     10:07:20

16   know, that's all.

17      A    Yeah.

18      Q    So let me go back.

19          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                         10:07:26

21          MS. BAILY:  Same objection.

22          THE WITNESS: ▇▇▇▇▇▇▇▇▇▇▇▇

    ▇▇▇▇▇▇▇▇▇▇

24   BY MR. GONZALEZ:

25      Q    And who would you consider to be number       10:07:33

                                                           Page 8

1   basically my user research team does the surveys.

2   BY MR. GONZALEZ:

3       Q    And your research team is to have -- does

4   it have a name?

5       A    They -- they basically just called it the    10:08:38

6   user research group, yeah.

7       Q    User research group?

8       A    Yeah.

9       Q    Not Daniel's brigade or anything like that?

10      A    No.                                           10:08:49

11      Q    All right. ████████████████████

    ████████████████████████████████████

    ██████████████

14      A    I don't remember the exact date.

15      Q    Approximately.                               10:08:58

16      A    But approximately, we've done probably in

17   the last -- I'm trying to remember -- I mean, last

18   few months, but it's been more focused on the

19   markets that we're interested in, yeah.

20      Q    And what markets are those that you were    10:09:13

21   more focused on?

    ██  ██  ████████████████████████████

    ██  ████████

    ██  ██  ████████████████████████

    ██  ████████████████████████████████   10:09:24

                                               Page 10



                                              10:09:53

11          MS. BAILY:  Object to form.

12          THE WITNESS:  It's -- well, are you talking

13     about litigation in general or like this -- this

14     litigation in specific?

15     BY MR. GONZALEZ:                            10:10:08

16          Q    Litigation in general.

20          Q    All right.  Fair enough.  Let's talk about   10:10:20

21     this litigation.

22          A    Yeah.

                                              Page 11

 2              MS. BAILY:  Object to form.

 3              THE WITNESS:

 8    BY MR. GONZALEZ:

 9         Q    Do you ever have communications with public

10    agencies about your vehicles?                      10:10:51

11         A    Do --

12              MS. BAILY:  Object to form.

13              THE WITNESS:  Do I personally or --

14    BY MR. GONZALEZ:

15         Q    Yes, you.                                 10:10:57

16         A    Most of my efforts are more internal

17    focused.

18         Q    Who at Waymo is the person who communicates

19    with public agencies to try to get approval for you

20    to be able to drive your autonomous vehicles there?  10:11:08

21         A    It's probably going to be more of our

22    public policy team and our partnership teams.

23         Q    And who are the people who are in charge of

24    those groups?

25         A    So -- I'm trying to think.  So Kevin Vosen,  10:11:20

                                                     Page 12

```
 1    San Francisco, if they were going to run through red

 2    lights or whatnot, as -- and -- and that kind of

 3    hurts other players, right.  It hurts the perception

 4    of the technology.

 5         Q    Then the next page, page 12 of the                10:23:04

 6    PowerPoint, it says:

 █    ███████████████████████████████

 █       ███████████████████

 9         And there's a subheading:

10    ████████████████████████████████        ██████████

 █       ███████████████████████████████

12         What does that mean?

13         A    What it means is if we look at the -- ████

 █    ██████████████████████████████████████

 █    ██████████████████████████████████████     ██████████

 █    █████████████████████████████

 █       █████████████████████████████████████

 █    ███████████████████████████████████████████

 █    █████████████████████████████████████

 █    ██████████████████████████████████████████  ██████████

 █    █████████████████████████████████████████

 █    ████████████████████████████████████

23         And so this is referring to let's assume

24    they do that.  How -- how can we make it so it's --

25    it's -- it's harder for them to do that.               10:24:02

                                                    Page 25
```

```
 1     of billions of dollars?

 2              MS. BAILY:  Object to form.

 3              THE WITNESS:  You're saying in general or

 4     you're saying for particular like -- I just want to

 5     make sure I'm answering the question correctly.    10:40:59

 6     BY MR. GONZALEZ:

 7        Q    That's fair.

 8        A    Yeah.

███    ██  ██████████████████████████████████████

10        A    Okay.                                     10:41:04

11        Q    Would you agree that the ride-sharing

12     market for autonomous vehicles is likely to be in

13     the hundreds of billions of dollars?

14              MS. BAILY:  Object to form.

15              THE WITNESS:  I think it's -- it's        10:41:17

16     definitely possible that in the -- in the

17     ride-sharing market alone for self-driving cars on a

18     global basis that it will be in the hundreds of

19     billions of dollars, that's correct.

20     BY MR. GONZALEZ:                                   10:41:33

21        Q    Let me show you a document we've marked as

22     1033.

23              (Defendant Exhibit 1033 marked by the court

24              reporter.)

25     BY MR. GONZALEZ:                                   10:41:39
```

Page 40