# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                           -oOo-
 5  WAYMO LLC,                    )
 6                                )
 7             Plaintiff ,        )
 8                                )
 9     vs.                        ) Case No: 3:17-cv-00939-WHA
                                  )
10  UBER TECHNOLOGIES, INC.,      )
    OTTOMOTTO LLC, OTTO TRUCKING, )
11  LLC,                          )
                                  )
12             Defendants.        )
    _____)
13
14
15           VIDEOTAPED DEPOSITION OF DANIEL GRUVER
16                  San Francisco, California
17                  Thursday, April 20, 2017
18
19
20  Reported by:
21  LISA R. TOW
22  CSR No. 6629
23  Job No. 2599857
24
25  PAGES 1 - 73
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1        Q.    Are you aware whether GBR2 used a          10:21:08AM
 2   similar design?                                       10:21:13AM
 3        A.    I don't recall.                            10:21:14AM
 4        Q.    Are you aware of any other lidar           10:21:15AM
 5   devices that use █████████████?                       10:21:16AM
 6        A.    I am.                                      10:21:17AM
 7        Q.    What are they?                             10:21:18AM
 8        A.    Velodyne.                                  10:21:19AM
 9        Q.    And what do they use █████████             10:21:22AM
10   █████████████?                                        10:21:25AM
11        A.    I don't know.                              10:21:26AM
12        Q.    What is the context in which               10:21:26AM
13   Velodyne uses █████████████?                          10:21:30AM
14        A.    The edge of the diode █████████            10:21:33AM
15   █████████████████████.                                10:21:36AM
16        Q.    For what type of PCB?                      10:21:38AM
17        A.    Sorry.  Clarify.                           10:21:42AM
18        Q.    Well, like in what context is the          10:21:44AM
19   PCB used that you're referring to?                    10:21:47AM
20        A.    The PCB holds a laser and other            10:21:50AM
21   electronics.                                          10:21:54AM
22        Q.    And what is the version of                 10:21:55AM
23   Velodyne that has that feature?                       10:21:59AM
24        A.    I don't know about their                   10:22:01AM
25   exhaustive catalog of lidar, but they're VLP          10:22:06AM
```

Page 51

```
1    model, I believe.                                     10:22:11AM
2         Q.   And that's one that you've                  10:22:12AM
3    observed in connection with your work at              10:22:15AM
4    Otto or Uber?                                         10:22:19AM
5         A.   Yes.                                        10:22:22AM
6         Q.   Is the ████ on the Fuji   for               10:22:22AM
7    the PCBs and Fuji that do have ████████               10:22:33AM
8    ████████████████████████████████?                     10:22:38AM
9         A.   I don't know.                               10:22:40AM
10        Q.   Are you aware of any patents or             10:22:41AM
11   publications that disclose ████████████               10:22:47AM
12   ████?                                                 10:22:49AM
13        A.   I'm not.                                    10:22:50AM
14        Q.   The Fuji design includes ██                 10:22:50AM
15   transmit boards total; is that fair?                  10:22:55AM
16        A.   That is.                                    10:22:58AM
17        Q.   And each of the ██ transmit PCBs            10:22:59AM
18   in the Fuji device includes ██████████                10:23:02AM
19   laser diodes; is that correct?                        10:23:05AM
20        A.   That is correct.                            10:23:07AM
21        Q.   What's the benefit of that design?          10:23:08AM
22        A.   Of which design?                            10:23:10AM
23        Q.   Of the   of having ██ transmit              10:23:13AM
24   PCBs that include ██████████ laser                    10:23:18AM
25   diodes?                                               10:23:22AM
```

Page 52