# EXHIBIT B

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

———————————————————

WAYMO LLC, )
)
     Plaintiff, )
)
     vs. ) Case No.:
) 3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC., )
OTTOMOTTO LLC; OTTO TRUCKING )
LLC, )
)
     Defendants. )
———————————————————)

ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF JAMES HASLIM

San Francisco, California

Tuesday, April 18, 2017

Volume 1

Reported by:

RACHEL FERRIER, CSR No. 6948

Job No. 2597892

PAGES 1 - 112

Page 1

```
 1            MR. KIM:  Objection; form.                    10:41:07

 2            THE WITNESS:  That's my understanding.        10:41:08

 3    BY MR. JAFFE:                                         10:41:09

 4       Q   Okay.  How much are the diodes ████████        10:41:14

 5    ███████████████████████████                          10:41:17

 6       A   I'm not sure I know the number.                10:41:18

 7       Q   Is it a ███████████                            10:41:22

 8       A   I wouldn't be surprised if it was █████        10:41:23

 9    ████.                                                 10:41:26

10       Q   Okay.  And to go back to my earlier question, the  10:41:27

11    Fuji design, in total, has ████████████████████       10:41:34

12    ██████████████████; right?                           10:41:37

13            MR. KIM:  Objection; form.                    10:41:39

14            THE WITNESS:  That is the current design.     10:41:40

15    BY MR. JAFFE:                                         10:41:48

16       Q   Okay.  How are the diodes aligned with respect  10:41:49

17    to -- for manufacturing purposes with respect to each  10:41:54

18    other?                                                10:42:00

19            MR. KIM:  Objection; form.                    10:42:01

20            THE WITNESS:  ██████████████████████          10:42:02

21    ████████████████████████████████████                 10:42:07

22    ████████████████████                                 10:42:11

23    BY MR. JAFFE:                                         10:42:14

24       Q   And there's a -- you provide an X/Y coordinates  10:42:15

25    to the manufacturer; right, for each of the laser     10:42:18
```

                                                        Page 64

| 1 | diodes? | 10:42:20 |

```
 1    diodes?                                              10:42:20

 2      A    Yes.                                          10:42:21

 3      Q    And what are the X/Y coordinates mapped to?   10:42:21

 4      A    They are referenced to fiducial marks on the PCB.  10:42:25

 5      Q    And have you ever used holes for those?       10:42:30

 6      A    Sorry?                                        10:42:35

 7      Q    For the fiducials, have you ever used a hole as a  10:42:36

 8    fiducial?                                            10:42:42

 9      A    No.  We have always placed the laser diodes using  10:42:43

10    the metal fiducial marks on the PCB.                 10:42:46

11      Q    And who came up with that idea?               10:42:48

12          MR. KIM:  Objection; form.                     10:42:50

13          THE WITNESS:  I believe it's standard practice in  10:42:51

14    PCB manufacture.                                     10:42:54

15    BY MR. JAFFE:                                        10:42:56

16      Q    So who came up with using it for Fuji?        10:42:56

17      A    I don't know.                                 10:42:58

18      Q    Okay.  When did that design come up?          10:42:59

19      A    I don't remember the exact date, but I think you  10:43:03

20    suggested there was a certain time frame.  Did you say  10:43:09

21    December when boards went out?  It would be in that  10:43:11

22    approximate time frame.                              10:43:17

23      Q    Well, just to be clear, I'm looking to your  10:43:17

24    testimony about this --                              10:43:20

25      A    I understand.                                 10:43:20
```

Veritext Legal Solutions
866 299-5127

```
 1    there?                                              11:16:19

 2        A    Oh, if I had him face-to-face, I would have   11:16:19

 3    recounted the sequence of events and -- ████████     11:16:21

 4    █████████████████████████████████████              11:16:24

 5        Q    And what transpired?                       11:16:27

 6        A    Oh, it would help to go back, but, basically, I'm  11:16:29

 7    announcing to my team that we are making a major pivot   11:16:35

 8    in our design approach. ██████████████████████      11:16:39

 9    ██████████████████████████████████████             11:16:43

10    ████████████████████████████████████████           11:16:47

11    ███████                                             11:16:50

12        Q    And what happened?                         11:16:51

13        A    ███████████████████████████████████        11:16:51

14    ████████████████████████████████████████           11:17:01

15    ██████████████████████████████████████             11:17:05

16    ████████████████████████████████████████           11:17:12

17    ████████                                            11:17:15

18        ████████████████████████████████████           11:17:16

19    ████████████████  █████████████████████████         11:17:19

20    ████████████████████████████████████████           11:17:23

21    ████████████████████████                            11:17:26

22        Q    ████████████████████████████████████       11:17:27

23    █████████████████████████                           11:17:29

24        A    Yes.                                        11:17:31

25        Q    And then did you tell him, "We are not doing   11:17:32
```

Page 88