# EXHIBIT 4



US 20070158807A1

(19) **United States**

(12) **Patent Application Publication** (10) **Pub. No.: US 2007/0158807 A1**

**Lu et al.** (43) **Pub. Date: Jul. 12, 2007**

(54) **EDGE INTERCONNECTS FOR DIE STACKING**

(76) Inventors: **Daoqiang Lu**, Chandler, AZ (US); **Wei Shi**, Gilbert, AZ (US); **Qing Zhou**, Chandler, AZ (US); **Jiangqi He**, Gilbert, AZ (US)

Correspondence Address:
**KONRAD RAYNES & VICTOR, LLP.**
**ATTN: INT77**
**315 SOUTH BEVERLY DRIVE, SUITE 210**
**BEVERLY HILLS, CA 90212 (US)**

(21) Appl. No.: **11/322,297**

(22) Filed: **Dec. 29, 2005**

**Publication Classification**

(51) **Int. Cl.**
***H01L 23/02*** (2006.01)

(52) **U.S. Cl.** .......... **257/686**

(57) **ABSTRACT**

Electronic devices and methods for fabricating electronic devices are described. One embodiment includes an electronic device having a first die, the first die having a top surface, a bottom surface, and a plurality of side surfaces. The first die also includes a plurality of metal pads on the top surface extending to an outer edge of the top surface, and a plurality of metal pads on the bottom surface extending to an outer edge of the bottom surface. The first die also includes a plurality of metal regions along the side surfaces, wherein each of the metal regions extends between one of the metal pads on the top surface and one of the metal pads on the bottom surface. Other embodiments are described and claimed.






Fig. 1
(Prior Art)




Fig. 2




Fig. 3




Fig. 4




Fig. 5




Fig. 6(a)




Fig. 6(b) Fig. 6(c)




Fig. 7




Fig. 8




Fig. 9




Fig. 10

Fig. 11




Fig. 12




Fig. 13




Fig. 14






Fig. 15




Fig. 16




Fig. 17

Fig. 18



230
206
206
230
228
224
224
216
216


Fig. 19



250
246
244
248
242
236
238
236
236
228
234
234
232


Fig. 20
form first and second bonding pads on first surface of wafer
260
form metal region on second surface opposite first surface
262
etch via through central portion of metal region and through wafer
264
deposit metal on wafer surfaces in via
266
dice the wafer through via
268


Fig. 21
307
309
305
303
301
311a
311b
. . .
311n
313
315
317

## EDGE INTERCONNECTS FOR DIE STACKING

### RELATED ART

[0001] Integrated circuits may be formed on semiconductor wafers made of materials such as silicon. The semiconductor wafers are processed to form various electronic devices thereon. The wafers are diced into semiconductor chips or dies, which may then be attached to a package substrate using a variety of known methods. For instance, bonding pads on the die may be electrically connected to bonding pads on the package substrate using wire bonding. The die and wire bonds may be encapsulated with a protective material such as a polymer. To increase the amount of circuitry in a package, without increasing its area, packages with stacked dies have been formed. Such stacked die packages may include two or more dies separated by spacers, or, in certain configurations, the dies are stacked in a zig zag fashion (only two sides of the die are used for wire bonding).

[0002] An example of a stacked die package is shown in FIG. **1**. The stacked die package **10** includes a first die **12** positioned on a package substrate **14** with an adhesive layer **16**. The first die **12** is electrically coupled to the package substrate **14** through wire bonds **18**. A second die **22** is positioned on the first die **12**, with a spacer **24** and adhesive layers **26** and **28** between the second die **22** and the first die **12**. The second die is electrically coupled to the package substrate **14** through wire bonds **30**. The package substrate **14** may include terminals such as solder bumps **34**, for connecting the package to another device such as a board (not shown). The package **10** may also include an encapsulation material **36** such as a polymer, to stabilize and protect the components.

[0003] As electronic components are being scaled down in size, wire bonded structures present problems relating to the size of the package, due to the need to provide adequate area for forming the wire bond. Wire bonded structure also present problems relating to the height of the package, due to the need for spacers and the like to ensure adequate spacing between the layer for wire clearance.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0004] Embodiments are described by way of example, with reference to the accompanying drawings, which are not drawn to scale, wherein:

[0005] FIG. **1** illustrates a cross-sectional view of a conventional stacked die package having two dies wire bonded to a package substrate;

[0006] FIGS. **2-12** illustrate operations during the processing of a wafer to form dies having edge interconnect metallization structures, in accordance with certain embodiments;

[0007] FIG. **13** illustrates coupling a die to a substrate, in accordance with certain embodiments;

[0008] FIG. **14** illustrates coupling a die to another die that is coupled to a substrate, in accordance with certain embodiments;

[0009] FIG. **15** illustrates a substrate with a stack of dies thereon, in accordance with certain embodiments;

[0010] FIG. **16** illustrates the substrate with a stack of dies of FIG. **15**, further including an encapsulant, in accordance with certain embodiments;

[0011] FIG. **17** illustrates a top view layout of a stacked die structure including dies having different sizes, in accordance with certain embodiments;

[0012] FIG. **18** illustrates a die structure, in accordance with certain embodiments;

[0013] FIG. **19** illustrates a package structure including the die of FIG. **18**,-accordance with certain embodiments;

[0014] FIG. **20** illustrates a flow chart illustrating certain operations in forming an electronic device, in accordance with certain embodiments; and

[0015] FIG. **21** illustrates an electronic system arrangement in which embodiments may find application.

### DETAILED DESCRIPTION

[0016] Certain embodiments relate to die structures including metal pads formed thereon and methods for forming such structures. In certain embodiments, the die structures are electrically coupled to a substrate without the use of wire bonds. Certain embodiments also relate to stacked die structures and methods for forming such structures.

[0017] FIGS. **2-12** illustrate a process for forming a die structure having metal pads thereon, in accordance with certain embodiments. As illustrated in FIG. **2**, a wafer **100** (from which a plurality of die structures may be formed) is coupled to a carrier **102** using an adhesive **104**. As illustrated in FIG. **3**, the wafer **100** may then be thinned to a desired thickness using any suitable method. For example, in certain embodiments, the wafer **100** is thinned to a thickness of 50-75 μm.

[0018] FIG. **4** illustrates a portion of the wafer **100** including a photoresist layer **108** deposited on the backside of the wafer **100** and openings **110** defined in the photoresist layer **108**. The openings **110** are substantially aligned with respect to metal pads **106** formed on the front side of the wafer **100**, so that, as seen in FIG. **4**, the openings I **10** are aligned over at least a portion of the metal pads **106** and the street regions **111** between the metal pads **106**. The front side of the wafer **100** refers to the bottom surface of the wafer **100** as illustrated in FIG. **4**, which includes an active semiconductor region in which one or more devices (not shown) are formed, and the backside of the wafer **100** refers to the top surface of the wafer **100**. In alternative embodiments, the backside surface or both surfaces may include active semiconductor regions.

[0019] FIG. **5** illustrates an elevated view of a portion of the wafer **100**, showing two adjacent die regions **112** and **114** having the photoresist layer **108** thereon, including one group of the openings **110** in the photoresist layer **108** extending between the die region **112** and die region **114**. As oriented in FIG. **5**, the openings **110** are each aligned to be over at least a portion of one of the metal pads **106** (indicated by dotted lines in FIG. **5**) of the first die region **112**, aligned to be over at least a portion of one of the metal pads **106** of the second die region **114**, and over the street region **111** between the first and second die regions **112**, **114**. The openings **110** in certain embodiments will be positioned over the metal pads **106** on all four side edges of each die region,

and extend between the metal pad regions of the illustrated die regions **112**, **114** and adjacent die regions (not shown).

[**0020**] As illustrated in FIG. **6**(*a*), a layer **116**, which may include one or more metal layers, is deposited in the openings **110** in the photoresist layer **108** on the wafer **100**. Examples of the layer **112** are illustrated in FIGS. **6**(*b*) and **6**(*c*). FIG. **6**(*b*) shows the layer **112** having two layers L**1** and L**2**, for example, a Ti (titanium) layer and a Au (gold) layer. FIG. **6**(*c*) shows the layer **112** having three layers L**1**, L**2**, and L**3**, for example, a Ti layer, a Ni (nickel) layer, and a Au layer.

[**0021**] The photoresist layer **108** is then stripped off of the wafer **100** and another photoresist layer **118** is deposited on the backside of the wafer **100**. As illustrated in FIG. **7**, openings **120** are formed in the photoresist layer **118**. The openings **120** extend through the photoresist layer **118** to a central portion **117** of the layer **116**. End portions of the layer **116** are covered by the photoresist **118** on either side of the central portion **117**.

[**0022**] As illustrated in FIG. **8**, via holes **122** are etched through central portion **117** of the layer **116** and through the wafer **100**, using the photoresist layer **118** as a mask. This forms two metal pads **116** (from the original layer **116**) separated by a via hole **122**. In certain embodiments, the etching may be carried out using a suitable dry-etching anisotropic deep silicon etch process, in which substantially vertical sidewalls may be achieved. The depth of the via holes **122** may be controlled so that the etching stops at the metal pads **106**.

[**0023**] As illustrated in FIG. **9**, a layer **124**, which may include one or more metal layers, is formed in the via. In certain embodiments, a seed layer of Ti (titanium) or TiW (titanium tungsten) is first deposited using a suitable method such as sputtering, and then a layer of Au or layers of Ni and Au are plated thereon. The layer **124** may be formed in a manner so that the side surfaces **119**, **121** of the wafer in the via **122** are covered by the layer **124** but the entire via **122** volume is not filled with the layer **124**. The photoresist layer **118** may then be stripped off, as illustrated in FIG. **10**, using a suitable method such as using an oxygen plasma.

[**0024**] The wafer **100** may then be released from the carrier **102** and mounted on dicing tape **126**, as illustrated in FIG. **11**. The wafer **100** may then be diced between the adjacent die regions along lines defined by the vias **122** and removed from the dicing tape, to yield a plurality of dies such as die **128** illustrated in FIG. **12**. The die **128** includes a plurality of edge interconnect metallizations **130**, which include a metal pad **106** on the front side of the die **128**, the interconnect layer **124** on the side surface of the die **128**, and the metal pad **116** on the backside of the die **128**.

[**0025**] As illustrated in FIG. **13**, the die **128** may be positioned on a substrate **132**. Wire bonds are not necessary to electrically couple the die **128** to the substrate **132**. The substrate **132** may include pads **134** for electrical contact to the edge interconnect metallization **130** of the die **128**. In certain embodiments a suitable bonding material **136** may be placed on the pads **134**. Such a bonding material **136** includes, but is not limited to, an electrically conductive adhesive such as an epoxy with silver particles, or a solder.

[**0026**] Multiple dies may be stacked on the substrate **132**. Again, wire bonds are not necessary. As illustrated in FIG. **14**, after the die **128** is in place on the substrate **132**, another die **138** having a structure similar to that of die **128** (including edge interconnect metallizations **140** that are similar to the edge interconnect metallizations **130**) is positioned over the die **128** and then brought into contact through another layer of the bonding material **136**. The bonding material **136** is placed on the metal pad **116** of the interconnect metallization **130**, which is positioned on the backside of the die **128**. The die **138** is then placed on the bonding material **136** and stacked on the die **128**. The process may be repeated to stack a plurality of additional dies **142**, **144**, and **146** on the stack, as illustrated in FIG. **15**. Where a polymer bonding material has been used, such as an epoxy with metal particles, a curing operation is carried out, for example, at a temperature of about 150° C. for about 30 minutes to 1 hour, in air. An suitable encapsulant **148**, such as a polymer, may also be used to seal and protect the stacked die package **150**, as illustrated in FIG. **16**.

[**0027**] A structure in accordance with certain embodiments such as the embodiment illustrated in FIG. **16** may include one or more of the following advantages over conventional structures. For example, a package substrate can have a smaller area because there is no need for additional area for attaching the wire bonds. Additionally, the height of each wire bond sometimes necessitates the use of a spacer to ensure adequate room for the wire between die layers. Embodiments such as that illustrated in FIG. **16** eliminate the need for such spacers and thus permit the die layers to be positioned substantially closer to each other, thus forming a more narrow package.

[**0028**] The stack illustrated in FIGS. **16** includes a plurality of dies **128**, **138**, **142**, **144**, **146** that are all formed to be substantially the same size. Embodiments also include dies having different sizes that are stacked together. For instance, FIG. **17** illustrates an embodiment in which first and second dies **152** and **154** are stacked, with the second die **154** having a smaller length and width than the first die **152**. The first die edge interconnect metallizations **156** and the second die edge interconnect metallizations **158** may be formed in a similar manner as the edge interconnect metallizations **130** described above. An electrically conductive material **160** may be formed on the first die **152** to extend from the metal pads **156** on the top surface to positions that are coupled to a pad portion of the second die edge interconnect metallization **158** (indicated by dotted lines) on a bottom surface of the second die **154**. In this manner, die structures of different sizes can be stacked together in the same package.

[**0029**] A variety of modifications may be made to the embodiments described above. For example, the die **128** as illustrated in FIG. **12** includes a plurality of edge interconnect metallization regions that include the metal pad **116** on the backside surface, interconnect layer **124** on a side edge, and metal pad **106** on the front side of the die **128**. As illustrated in FIG. **12**, the metal pad **116** extends outward from the rest of the backside surface of the die **128**. Similarly, the metal pad **106** extends outward from the rest of the front side surface of the die **128**. Thus, as shown in FIG. **12**, the ends of the die **128** at the positions wherein the edge interconnect metallization **130** is formed have a thickness that is greater than the thickness where the metallization is not present. Other embodiments may be formed so that the edge interconnect metallization regions are flush

with the rest of the die surface. In other words, the metal pads may each be formed in a recessed region on the die so that the surfaces will be substantially level with other portions of the die. FIG. **18** illustrates a die **228** formed to have such a structure, including metal pad **206** interconnect layer **224**, and metal pad **216**. Such a structure may be formed in a similar manner as the die **128** as described above. Additional photoresist patterning and etching steps may be carried out to form the recessed regions on the die **228** on which the metal pad **206** and metal pad **216** are formed.

[**0030**] A plurality of dies have a structure such as the die **228** in FIG. **18** may be stacked together to form a device **250** as illustrated in FIG. **19**, with the dies **228**, **238**, **242**, **244**, and **246** being coupled to metal pads **234** on package substrate **232** using a bonding material **236**. The dies **228**, **238**, **242**, **244**, and **246** may also be coupled together using the bonding material **236**, which may include, but is not limited to, materials such as a polymer with metal particles therein, or a solder. An encapsulant layer **248** may also be used to seal and protect the device. Such a structure may permit a very thin package to be made due to the flat surfaces. For example, where an electrically conductive adhesive including metal particles therein is used as the bonding layer **236** material, the dies may be spaced apart by a distance that is related to the metal particle size.

[**0031**] FIG. **20** is a flowchart describing a method in accordance with certain embodiments. Box **260** is forming first and second metal pads on a first surface of a wafer. The first and second bonding pads are positioned in adjacent die regions on the wafer. Box **262** is forming a metal region on a second surface of the wafer that is opposite the first surface. This may be carried out using a lithographic process to mask the second surface and form an opening the location where the metal is deposited. Box **264** is etching a via through the central portion of the metal region and through the wafer. The etching through the central portion of the metal region will divide the metal region into two separate metal pads on the second surface of the wafer, one being positioned in the first die region, the other being positioned in the second die region. The etching through the wafer forms side surfaces between the first and second surfaces of the wafer which extend to the first and second bonding pads on the first surface of the wafer and to the first and second metal pads on the second surface of the wafer. Box **266** is depositing metal on the side surfaces in the via, which electrically connects the first metal pad on the first surface with the first metal pad on the second surface, and which electrically connects the second metal pad on the first surface with the second bonding pad on the second surface. Box **268** is dicing the wafer through the via, which separates the first die from the second die.

[**0032**] Certain embodiments as described above may include packages for a variety of chip designs including, but not limited to, memory, controllers, processors, chipsets, ASIC's (application specific integrated circuits), and SOC's (system on a chip). FIG. **21** schematically illustrates one example of an electronic system environment in which aspects of described embodiments may be embodied. Other embodiments need not include all of the features specified in FIG. **21**, and may include alternative features not specified in FIG. **21**.

[**0033**] The system **301** of FIG. **21** may include at least one central processing unit (CPU) **303**. The CPU **303**, also referred to as a microprocessor, may be attached to an integrated circuit package **305**, which is then coupled to a printed circuit board **307**, which in this embodiment, may be a motherboard. The package **305** and CPU **303** is an example of an electronic device in the system **301** that may include a stacked die structure in accordance with embodiments such as described above, for example the structure illustrated in FIG. **16**.

[**0034**] The system **301** further may further include memory **309** and one or more controllers **311***a*, **311***b* . . . **311***n*, which are also disposed on the motherboard **307**. The memory **309** is another example of an electronic device in the system **301** that may include a stacked die structure in accordance with embodiments such as described above and illustrated, for example, in FIG. **16**. The motherboard **307** may be a single layer or multi-layered board which has a plurality of conductive lines that provide communication between the circuits in the package **305** and other components mounted to the board **307**. Alternatively, one or more of the CPU **303**, memory **309** and controllers **311***a*, **311***b* . . . **311***n* may be disposed on other cards such as daughter cards or expansion cards. The CPU **303**, memory **309** and controllers **311***a*, **311***b* . . . **311***n* may each be seated in individual sockets or may be connected directly to a printed circuit board. A display **315** may also be included.

[**0035**] Any suitable operating system and various applications execute on the CPU **303** and reside in the memory **309**. The content residing in memory **309** may be cached in accordance with known caching techniques. Programs and data in memory **309** may be swapped into storage **313** as part of memory management operations. The system **301** may comprise any suitable computing device, including, but not limited to, a mainframe, server, personal computer, workstation, laptop, handheld computer, handheld gaming device, handheld entertainment device (for example, MP3 (moving picture experts group layer—3 audio) player), PDA (personal digital assistant) telephony device (wireless or wired), network appliance, virtualization device, storage controller, network controller, etc.

[**0036**] The controllers **311***a*, **311***b* . . . **311***n* may include a system controller, peripheral controller, memory controller, hub controller, I/O (input/output) bus controller, video controller, network controller, storage controller, communications controller, etc. For example, a storage controller can control the reading of data from and the writing of data to the storage **313** in accordance with a storage protocol layer. The storage protocol of the layer may be any of a number of known storage protocols. Data being written to or read from the storage **313** may be cached in accordance with known caching techniques. A network controller can include one or more protocol layers to send and receive network packets to and from remote devices over a network **317**. The network **317** may comprise a Local Area Network (LAN), the Internet, a Wide Area Network (WAN), Storage Area Network (SAN), etc. Embodiments may be configured to transmit and receive data over a wireless network or connection. In certain embodiments, the network controller and various protocol layers may employ the Ethernet protocol over unshielded twisted pair cable, token ring protocol, Fibre Channel protocol, etc., or any other suitable network communication protocol.

[0037] While certain exemplary embodiments have been described above and shown in the accompanying drawings, it is to be understood that such embodiments are merely illustrative and not restrictive, and that embodiments are not restricted to the specific constructions and arrangements shown and described since modifications may occur to those having ordinary skill in the art.

What is claimed:

**1**. An electronic device comprising:

a first die having a top surface, a bottom surface, and a plurality of side surfaces;

a plurality of metal pads on the top surface extending to an outer edge of the top surface;

a plurality of metal pads on the bottom surface extending to an outer edge of the bottom surface; and

a plurality of metal regions along the side surfaces, wherein each of the metal regions extends between one of the metal pads on the top surface and one of the metal pads on the bottom surface.

**2**. The electronic device of claim 1, wherein each of the plurality of metal pads on the top surface extends outward from the top surface, and wherein each of the plurality of metal pads on the bottom surface extends outward from the bottom surface.

**3**. The electronic device of claim 1, further comprising a substrate having an upper surface facing the bottom surface of the first die, the substrate upper surface including a plurality of metal pads thereon, wherein the plurality of metal pads on the bottom surface of the die are coupled to the metal pads on the substrate upper surface through a bonding material.

**4**. The electronic device of claim 1, further comprising a second die including a bottom surface having a plurality of metal pads thereon, wherein the second die bottom surface metal pads are positioned in alignment with the plurality of metal pads on the top surface of first die, and wherein a plurality of the second die bottom surface metal pads are each coupled to one of the metal pads on the top surface of the first die through a bonding material.

**5**. The electronic device of claim 4, wherein the bonding material is selected from the group consisting of (i) a polymer with metal particles therein, and (ii) a solder.

**6**. The electronic device of claim 1, wherein the plurality of side surfaces includes four side surfaces.

**7**. The electronic device of claim 1, wherein the top surface includes a plurality of recessed regions into which the plurality of metal pads on the top surface are positioned, and wherein the bottom surface includes a plurality of recessed regions into which the plurality of metal pads on the bottom surface are positioned.

**8**. The electronic device of claim 1, wherein the metal pads include a plurality of layers.

**9**. The electronic device of claim 1, further comprising a second die,

the second die having a top surface, a bottom surface opposite the first surface, and a plurality of side surfaces; a plurality of metal pads on the top surface extending to an outer edge of the top surface; a plurality of metal pads on the bottom surface extending to an outer edge of the bottom surface; and a plurality of metal regions along the side surfaces, wherein each of the metal regions extends between one of the metal pads on the top surface and one of the metal pads on the bottom surface; and

wherein the second die is positioned on the first die so that the plurality of metal pads on the bottom surface of the second die are positioned directly over the plurality of metal pads on the top surface of the first die.

**10**. The electronic device of claim 9, wherein the second die is electrically coupled to the first die through a bonding material positioned between the first die and the second die.

**11**. The electronic device of claim 10, further comprising a plurality of additional dies stacked on the second die.

**12**. A system, comprising:

a microprocessor;

memory; and

a video controller;

wherein at least one of the microprocessor, the memory, and the video controller includes at least one electronic device comprising:

at least one die having a top surface, a bottom surface, and a plurality of side surfaces;

a plurality of metal pads on the top surface extending to an outer edge of the top surface;

a plurality of metal pads on the bottom surface extending to an outer edge of the bottom surface; and

a plurality of metal regions along the side surfaces, wherein each of the metal regions extends between one of the metal pads on the top surface and one of the metal pads on the bottom surface.

**13**. The system of claim 12, wherein the electronic device includes a plurality of the dies stacked together.

**14**. The system of claim 12, wherein the system further comprises a motherboard, and the device is coupled to the motherboard.

**15**. A method for forming an electronic device, comprising:

forming a plurality of metal pads extending to an outer edge of a first surface of a die;

forming a plurality of metal pads extending to an outer edge of a second surface of the die opposite the first surface; and

forming a plurality of interconnects on a plurality of side surfaces at a periphery of the die so that each of the interconnects is connected to one of the metal pads on the first surface and one of the metal pads on the second surface.

**16**. The method of claim 15, wherein the forming a plurality of metal pads extending to an outer edge of the die opposite the first surface comprises forming a plurality of metal regions extending over a portion of two adjacent die regions on a wafer, and etching a via through a central portion of each of the metal regions.

**17**. The method of claim 16, wherein the forming a plurality of interconnects on a plurality of side surfaces at a periphery of the die comprises etching the via through the wafer so that a side surface is formed at a periphery of the

first die region and a side surface is formed at a periphery of the second die region, and then depositing a metal on the side surfaces.

**18**. The method of claim 17, further comprising aligning the metal region and the via so that the via extends through the wafer and contacts a portion of the metal pads on the first surface.

**19**. A method comprising:

forming first and second metal pads on a first surface of a wafer;

forming a metal region on a second surface opposite the first surface of the wafer;

etching the metal region and the wafer to form first and second metal pads on the second surface, and a via extending to the first and second metal pads on the first surface;

depositing a conductive material in the via to electrically interconnect the first metal pads on the first and second surfaces, and to electrically interconnect the second metal pads on the first and second surfaces; and

dicing the wafer through the via so that the first pads on the first and second surfaces remain electrically interconnected, and the second pads on the first and second surfaces remain electrically interconnected.

**20**. The method of claim 19, wherein the forming a metal region on a second surface opposite the first surface of the wafer includes forming a photoresist layer on the second surface, forming an opening in the photoresist layer that is aligned with at least a portion of the first and second metal pads on the first surface, and depositing a metal in the opening.

**21**. The method of claim 20, wherein the depositing a metal includes depositing a plurality of metal layers on the second surface in the opening.

**22**. The method of claim 21, wherein the etching the metal region and the wafer includes etching through a central portion of the metal region to form the first and second metal pads, and etching through the wafer includes forming sidewalls in the via, including a first sidewall positioned between the first pads on the first and second surfaces and a second sidewall positioned between the second pads on the first and second surfaces

**23**. The method of claim 22, wherein the depositing a conductive material in the via includes depositing at least two metal layers on the first sidewall and on the second sidewall.

* * * * *