# EXHIBIT 9







Sourcing Solutions | Services & Membership | Help & Community | One Request, Multiple Quotes | Get the App

Categories | Products | custom aluminum pcb spacers | Search | Sign In Join Free My Alibaba | Order Protection | 0 Favorites

Related Searches: Selected Products with Trade Data pcb spacer aluminum spacer

Products | Suppliers

Supplier Location: All Countries & Regions

Past Export Countries: All Countries & Regions

Supplier Types: Trade Assurance Gold Supplier Assessed Supplier

View **187** Product(s) below

Online Sort By : Best Match

Min Order: Less Than

Custom turned aluminum Stainless
Huizhou City Jiyan Precisi...
US $0.03-1 / Piece
**1 Piece** (Min. Order)
Contact Supplier

Customized size Aluminum female
Shenzhen Fute Hardware ...
US $0.02-0.15 / Piece
**10000 Pieces** (Min. Order)
Contact Supplier

good quality customized Hex Pcb
Dongguan Hongyan Hardw...
US $0.01-0.3 / Piece
**1000 Pieces** (Min. Order)
Contact Supplier

Customized plastic/Steel
Dongguan Jingyan Metal ...
US $0.1-10 / Piece
**10 Pieces** (Min. Order)
Contact Supplier

Factory price m3 m4 m5 m6 nylon pcb
Shenzhen Huayuan Precis...
US $0.01-0.1 / Piece
**1 Piece** (Min. Order)
Contact Supplier

Hot~~high quality custom made pcb
Shenzhen S-Mart Electron...
US $0.01-1 / Piece
**1 Piece** (Min. Order)
Contact Supplier

Alibaba China Supplier Pcb Aluminum Standoff
Shenzhen Sozn Ironware P...
US $0.001-0.9 / Piece
**10000 Pieces** (Min. Order)
Contact Supplier

Quality RoHS Custom pcb spacer
Shenzhen FS Technology ...
US $0.1-10 / Piece
**1 Piece** (Min. Order)
Contact Supplier

Hot sale aluminum fasteners, aluminum
Hangzhou Jianfa Machine...
**200 Pieces** (Min. Order)
Contact Supplier

Brass screw pcb standoff hex spacers
Shenzhen Huaxianglian H...
US $0.01-0.5 / Piece
**1000 Pieces** (Min. Order)
Contact Supplier

Hex Brass Standoff Spacer, Male Female
Shenzhen Xinwangyuan T...
US $0.01-0.5 / Piece
**100 Pieces** (Min. Order)
Contact Supplier

Low Price OEM Nylon PCB Spacer
Gesp Technology (Dalian) ...
US $80-150 / Square Meter
**0.2 Square Meters** (Min. Order)
Contact Supplier

Filter

TOP

China top quality oem aluminum pcb spacer

good quality custom made brass threaded

Plastic modling type pcb spacer support with

custom made high quality good price glass

Co

X

| | | | |
|---|---|---|---|
| Shenzhen Jingbang Techn... | Donguan Tangxia Shuang... | Shenzhen Shuyi Electronic... | Dongguan Xiexu Hardware... |
| US $0.25-2.5 / Piece | US $0.01-0.1 / Piece | US $0.1-10 / Piece | US $0.1-0.2 / Acre |
| **1 Piece** (Min. Order) | **500 Pieces** (Min. Order) | **1 Piece** (Min. Order) | **1 Acre** (Min. Order) |
| Contact Supplier | Contact Supplier | Contact Supplier | Contact Supplier |
| Specialize PCB manufacture in China | nylon pcb spacer pcb standoff with good | customized FR4 ODM PCB board spacer PCB | PCB Assembly,led spacer support pcb |
| Shenzhen Jingbang Techn... | Shenzhen Shuoqiang Elec... | BLD Electronic Co., Ltd. | Shenzhen King Fung Tech... |
| US $0.1-10 / Piece | US $0.1-5 / Piece | US $1-10 / Piece | US $0.001-5 / Piece |
| **1 Piece** (Min. Order) | **1 Piece** (Min. Order) | **1 Piece** (Min. Order) | **1 Piece** (Min. Order) |
| Contact Supplier | Contact Supplier | Contact Supplier | Contact Supplier |
| New products stainless steel pcb spacer CNC | double sided pcb | custom machining small knurl stainelss | Hot~~high quality custom made pcb |
| Huizhou City Jiyan Precisi... | Shijiazhuang Ourpcb Tech... | Huizhou City Jiyan Precisi... | Shenzhen S-Mart Electron... |
| US $0.01 / Pieces | US $1-10 / Piece | US $0.1-1.98 / Piece | US $0.01-1 / Piece |
| **100 Pieces** (Min. Order) | **10 Pieces** (Min. Order) | **1000 Pieces** (Min. Order) | **1 Piece** (Min. Order) |
| Contact Supplier | Contact Supplier | Contact Supplier | Contact Supplier |
| good price M2,M2.5,M3 M4 nylon female to | Precision pcb spacer oem pcb spacer | Factory price anodized pcb standoff/Round | China professional supplier custom made |
| Dongguan Hongyan Hardw... | Shenzhen FS Technology ... | Shenzhen Huayuan Precis... | Dongguan Jingyan Metal ... |
| US $0.01-0.3 / Piece | US $0.8-1.5 / Piece | US $0.01-0.35 / Piece | US $0.01-1 / Piece |
| **1000 Pieces** (Min. Order) | **1 Piece** (Min. Order) | **1 Piece** (Min. Order) | **5000 Pieces** (Min. Order) |
| Contact Supplier | Contact Supplier | Contact Supplier | Contact Supplier |
| Brass Standoff/High Quality RoHS | Mould Plastic Modling Type pcb spacer | High quality aluminum fasteners, aluminum | pcb spacer nut |
| Shenzhen Xinwangyuan T... | Shenzhen Shuyi Electronic... | Hangzhou Jianfa Machine... | Shenzhen Sozn Ironware P... |
| US $0.01-0.5 / Piece | US $0.1-10 / Piece | | US $0.001-0.01 / Piece |
| **100 Pieces** (Min. Order) | **1 Piece** (Min. Order) | **200 Pieces** (Min. Order) | **1000 Pieces** (Min. Order) |
| Contact Supplier | Contact Supplier | Contact Supplier | Contact Supplier |

Filter

TOP

Co

X

| | | | |
|---|---|---|---|
| pcb for FR-4 material | Smart Bes~Customized HASL fr4/94v0 Double | Custom high quality m3 nylon pcb spacer | good quality Brass standoff high quality |
| Shijiazhuang Ourpcb Tech... | Shenzhen S-Mart Electron... | Shenzhen Huayuan Precis... | Shenzhen Xinwangyuan T... |
| US $0.5-9 / Piece | US $0.01-0.1 / Piece | US $0.01-0.1 / Piece | US $0.01-0.5 / Piece |
| **10 Pieces** (Min. Order) | **1 Piece** (Min. Order) | **1 Piece** (Min. Order) | **100 Pieces** (Min. Order) |
| Contact Supplier | Contact Supplier | Contact Supplier | Contact Supplier |

1 2 3 4 5 6 Go to Page Go

Related Searches: pcb standoff spacer pcb spacers plastic insulating glass aluminum spacer

Haven't found the right supplier yet ? Let matching verified suppliers find you.
Get Quotation Now FREE

**Request for Quotation**

Do you want to show **custom aluminum pcb spacers** or other products of your own company? Display your Products FREE now!

Trade Alert - Delivering the latest product trends and industry news straight to your inbox.

Your email Subscribe

We'll never share your email address with a third-party.

Download: Download TradeManager: Follow Us:

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng V Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Fliggy
Alibaba Cloud | YunOS | AliTelecom | Autonavi | UCWeb | Umeng | Xiami | DingTalk | Alipay

Browse Alphabetically: Global Expo | Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

TOP

Filter

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Law Enforcement Compliance Guide

© 1999-2017 Alibaba.com. All rights reserved.

Co X

Custom Aluminum Pcb Spacers-Custom Aluminum Pcb Spacers Manufacturers, Suppliers and Exporters on Alibaba.com Other Fasteners

Case 3:17-cv-00939-WHA   Document 300-9   Filed 04/28/17   Page 5 of 5