# EXHIBIT 19

Select Language ▼



📞 Call us now: **(418) 877-5600**

Contact us | Sign in

Search 🔍

🛒 Request (empty) ▼

**PRODUCTS**   **APPLICATIONS**   **CATALOG (PDF)**

🏠 > Products > Rotary Joints > Fiber-optic Rotary Joints

# Fiber-optic Rotary Joints

In neurosciences, freely-moving optogenetics experiments need a stable light input to the brain even if the animal is moving in a confined space. Fiber-optic Rotary Joints avoid the damaging of the optical fibers while minimizing light fluctuations when rotating. The nomenclature used for our rotary joints is FRJ m X n where m and n represent the...
More

**FIBER-OPTIC ROTARY JOINTS**

There are 5 products.

View:  
Grid   List

Showing 1 - 5 of 5 items



1x1 Fiber-optic Rotary Joints



1x2 Fiber-optic Rotary Joints - Intensity Division



1x2 Fiber-optic Rotary Joints - Wavelength Division



Separate Light Path 2x2 Fiber-optic Rotary Joints



1x4 Fiber-optic Rotary Joints

Showing 1 - 5 of 5 items

**Stay informed**   Enter your e-mail  ➡



http://doriclenses.com/life-sciences/193-fiber-optic-rotary-joints

### Categories

- Products
- Applications

### Information

- New products
- Contact us
- About us
- Sitemap

### My account

- My orders
- My credit slips
- My addresses
- My personal info

### Contact Information

Doric Lenses Inc, 357 rue Franquet, Quebec, Quebec, Canada G1P 4N7

Call us now: 1-418-877-5600

Fax: 1-418-877-1008

Email: sales@doriclenses.com