# EXHIBIT 20

# Rotary Joints

**Fiber Optic**



## Rotary Joints

Rotary joints with high-quality optical and mechanical properties.

Fiber-optic rotary joints are required to transmit optical signals in rotating assemblies such as, for example, radar antennae or wind turbines. The rotary joints are available for both SM and MM fibers.

Single-channel and dual-channel versions are both available. Multi-channel versions with up to 20 channels, as well as hybrid versions in combination with electric channels, can be delivered upon request.

There is a version without an integrated fiber available for simple applications with large-core fibers (core diameter of 200 µm to 1000 µm). This version comes with an SMA connection on a standard basis.

### Contact

| | |
|---|---|
| Contact person: | Florian Tächl |
| Company: | Laser Components GmbH |
| Street: | Werner-von-Siemens-Str. 15 |
| ZIP / City: | 82140 Olching |
| Telephone: | +49 (0) 8142 2864-38 |
| Fax: | +49 (0) 8142 2864-11 |
| Email: | f.taechl@lasercomponents.com |

© 2017 LASER COMPONENTS  -  28.04.2017
LASER COMPONENTS GmbH, Werner-von-Siemens-Str. 15, 82140 Olching, Germany
http://www.lasercomponents.com/de-en/product/fiber-optic-rotary-joints/print/