# EXHIBIT 22

# Erbium & Ytterbium Co-Doped Fibers



Our Erbium & Ytterbium Co-Doped Fibers combines the mixture of Erbium and Ytterbium in a single fiber to help extend absorption bands for doped fibers.

- Extremely High Pump Absorption for Short Length Amplifiers
- All-Silica Design Engineered for Environmental Stability
- Easy to Strip, Cleave, and Splice

## Ordering Information

| Compare | Model | Drawings, CAD & Specs | Index Profile | Fiber Type | Mode Field Diameter, Nominal | Core Diameter | Availability | Price |
|---|---|---|---|---|---|---|---|---|
| (/p/F-CP1500Y) | F-CP1500Y (/p/F-CP1500Y)<br>Er-Yb Co-doped Optical Fiber, Dual Cladding | | | Erbium-Ytterbium Co-doped | 5.6 - 6.4 @1550 nm µm | | In Stock | $161.00 |
| (/p/F-DF1500Y) | F-DF1500Y (/p/F-DF1500Y)<br>Co-doped Optical Fiber, Erbium-Ytterbium | | | Erbium-Ytterbium Co-doped | 5.3 - 6.8 @1550 nm µm | | In Stock | $51.00 |
| (/p/F-MM105) | F-MM105 (/p/F-MM105)<br>Multi-mode Pump Fiber, 105µm Core, 0.24-0.28 NA | | Step | Multimode | | 100 - 104 µm | 2 Weeks | $10.00 |
| (/p/F-SMM900) | F-SMM900 (/p/F-SMM900)<br>Dual-Clad Component Optical Fiber, matching F-CP1500Y | | | Fiber laser pump delivery | 6.5 - 8.2 @1550 nm µm | | In Stock | $27.00 |

## Features

### Dual-Clad Erbium & Ytterbium Co-Doped Fiber

Unlike other cladding pump or dual-clad fibers, Fibercore's Dual-Clad Erbium/Ytterbium Doped Fiber (F-CP1500Y) was originally designed as a high-power communications amplifier fiber. The pump light is guided within an all-silica structure, using a fluorinated secondary cladding to create the pump guide boundary, without the need for low index polymers.

### All-Silica Design

The all-silica design means the fiber can be stripped, cleaved and spliced using standard telecoms industry equipment, without the need to recoat the fiber. The all-silica design also gives outstanding power handling across full temperature and humidity ranges, without the reliability problems observed in low index polymer cladding designs.

### Single Mode Erbium & Ytterbium Co-Doped Fiber

Fibercore's SM Erbium/Ytterbium Doped Fiber (F-DF1500Y) is a Single-Mode (SM) Erbium (Er) and Ytterbium (Yb) doped fiber, providing extremely high levels of pump absorption and emission around the telecoms C and L band windows. The fiber can be used for lower power fiber lasers, pre-amplifiers and Amplified Spontaneous Emission (ASE) light sources. The high absorption is ideal for applications requiring short gain lengths, for example femtosecond mode-locked ring lasers.

### Mixture of Erbium & Ytterbium

The mixture of Erbium and Ytterbium extends the 915nm pump absorption band to 980nm with a relatively flat absorption rate until the 980nm peak. This allows low cost, non-stabilized 940nm pumps to be used where variations in the pump wavelength with temperature will have a much smaller effect on the output power than pumping at 980nm.

### Applications

- Telecoms
- EDFAs and YEDFAs

### Volume Discount

- Cable Television (CATV)
- Fiber Lasers
- Light Radar (LIDAR)

The following volume discount schedule is automatically applied when ordering continuous lengths of bare optical fiber >10m:

- 11 - 50 m - 15 %
- 51- 100 m - 22 %
- 101- 500 m - 25 %
- > 501 m - 28 %.

Discount applicable to continuous length of fiber only

## Related Products


(/f/ytterbium-doped-fibers)
**Ytterbium Doped Fibers (/f/ytterbium-doped-fibers)**


(/p/F-DHB1500)
**Polarization Maintaining Optical Fiber, Erbium Doped, PM EDFAs (/p/F-DHB1500)**


(/f/erbium-doped-fibers)
**Erbium Doped Fibers (/f/erbium-doped-fibers)**


(/p/F-DF1000)
**Neodymium Doped Optical Fiber, Fiber Lasers (/p/F-DF1000)**

**Support:** (877)835-9620 (tel:(877)835-9620)    **Hours:** Monday - Friday, 5am - 5pm PST    **Contact Us (/contact-us)**