# EXHIBIT 24

US008934509B2

(12) **United States Patent**
**Savage-Leuchs et al.**

(10) **Patent No.: US 8,934,509 B2**
(45) **Date of Patent: Jan. 13, 2015**

(54) **Q-SWITCHED OSCILLATOR SEED-SOURCE FOR MOPA LASER ILLUMINATOR METHOD AND APPARATUS**

(75) Inventors: **Matthias P. Savage-Leuchs**, Woodinville, WA (US); **Christian E. Dilley**, Everett, WA (US); **Charles A. Lemaire**, Apple Valley, MN (US)

(73) Assignee: **Lockheed Martin Corporation**, Bethesda, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 623 days.

(21) Appl. No.: **12/952,190**

(22) Filed: **Nov. 22, 2010**

(65) **Prior Publication Data**

US 2011/0122895 A1 May 26, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/263,736, filed on Nov. 23, 2009.

(51) **Int. Cl.**
***H01S 3/11*** (2006.01)
***H01S 3/067*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... ***H01S 3/06758*** (2013.01); *H01S 3/1022* (2013.01); *H01S 5/146* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ............ H01S 3/06758; H01S 3/06791; H01S 3/06712; H01S 3/0675; H01S 3/094011; H01S 3/094053; H01S 3/1022; H01S 3/115; H01S 3/127; H01S 3/2316; H01S 5/146; H01S 2301/03; H01S 3/06704; H01S 3/113
USPC .......................................... 372/6, 10, 12, 13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,728,117 A 4/1973 Heidenhain et al.
4,313,648 A 2/1982 Yano et al.
(Continued)

FOREIGN PATENT DOCUMENTS

JP 05-251832 9/1993
JP 2007-081054 3/2007
(Continued)

OTHER PUBLICATIONS

Shay, et al., "First experimental demonstration of self-synchronous phase locking of an optical array", "Optics Express", Dec. 11, 2006, pp. 12015-12021 , vol. 14, No. 25.
(Continued)

*Primary Examiner* — Yuanda Zhang
(74) *Attorney, Agent, or Firm* — Charles A. Lemaire; Jonathan M. Rixen; Lemaire Patent Law Firm, P.L.L.C.

(57) **ABSTRACT**

An apparatus, method and system that uses a Q-switched laser or a Q-seed source for a seed pulse signal having a controlled high-dynamic-range amplitude that avoids and/or compensates for pulse steepening in high-gain optical-fiber and/or optical-rod amplification of optical pulses. Optionally, the optical output is used for LIDAR or illumination purposes (e.g., for image acquisition). In some embodiments, well-controlled pulse shapes are obtained having a wide dynamic range, long duration, and not-too-narrow linewidth. In some embodiments, upon the opening of a Q-switch in an optical cavity having a gain medium, the amplification builds relatively slowly, wherein each round trip through the gain medium increases the amplitude of the optical pulse. Other embodiments use quasi-Q-switch devices or a plurality of amplitude modulators to obtain Q-seed pulses. These configurations provide optical pulses having wide dynamic ranges that ameliorate problems of pulse steepening, non-linear spectral broadening and the like in very-high-power MOPA devices.

**36 Claims, 14 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| *H01S 3/102* | (2006.01) |
| *H01S 5/14* | (2006.01) |
| *H01S 3/23* | (2006.01) |
| *H01S 3/115* | (2006.01) |
| *H01S 3/127* | (2006.01) |
| *H01S 3/113* | (2006.01) |
| *H01S 3/094* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... *H01S 3/2316* (2013.01); ***H01S 3/06791*** (2013.01); *H01S 3/115* (2013.01); *H01S 3/06712* (2013.01); *H01S 3/127* (2013.01); *H01S 3/113* (2013.01); *H01S 3/094053* (2013.01); *H01S 3/094011* (2013.01); *H01S 3/06704* (2013.01); *H01S 2301/03* (2013.01); *H01S 3/0675* (2013.01)

USPC ...................... **372/10**; 372/6; 372/12; 372/13

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,728,168 | A | 3/1988 | Alferness et al. | |
| 4,778,237 | A | 10/1988 | Sorin et al. | |
| 4,895,790 | A | 1/1990 | Swanson et al. | |
| 5,257,274 | A * | 10/1993 | Barrett et al. | 372/20 |
| 5,309,455 | A * | 5/1994 | Adachi et al. | 372/25 |
| 5,907,436 | A | 5/1999 | Perry et al. | |
| 6,097,863 | A | 8/2000 | Chowdhury | |
| 6,192,062 | B1 | 2/2001 | Sanchez-Rubio et al. | |
| 6,208,679 | B1 | 3/2001 | Sanchez-Rubio et al. | |
| 6,212,310 | B1 | 4/2001 | Waarts et al. | |
| 6,288,835 | B1 | 9/2001 | Nilsson et al. | |
| 6,324,016 | B1 | 11/2001 | Luster | |
| 6,330,388 | B1 | 12/2001 | Bendett et al. | |
| 6,396,975 | B1 | 5/2002 | Wood et al. | |
| 6,456,756 | B1 | 9/2002 | Mead et al. | |
| 6,493,476 | B2 | 12/2002 | Bendett | |
| 6,587,483 | B2 * | 7/2003 | Kittelmann et al. | 372/13 |
| 6,636,678 | B1 | 10/2003 | Bendett et al. | |
| 6,813,405 | B1 | 11/2004 | Bendett et al. | |
| 6,813,429 | B2 | 11/2004 | Price et al. | |
| 6,822,796 | B2 | 11/2004 | Takada et al. | |
| 6,833,946 | B2 | 12/2004 | Islam | |
| 6,954,564 | B2 | 10/2005 | Bendett | |
| 6,958,859 | B2 | 10/2005 | Hoose et al. | |
| 6,970,494 | B1 | 11/2005 | Bendett et al. | |
| 7,199,924 | B1 | 4/2007 | Brown et al. | |
| 7,203,209 | B2 | 4/2007 | Young et al. | |
| 7,256,930 | B2 | 8/2007 | Liu | |
| 7,372,880 | B2 | 5/2008 | Jablonski et al. | |
| 7,379,648 | B1 | 5/2008 | Brooks et al. | |
| 7,386,211 | B1 | 6/2008 | Di Teodoro et al. | |
| 7,391,561 | B2 | 6/2008 | Di Teodoro et al. | |
| 7,397,832 | B2 | 7/2008 | Dell'Acqua et al. | |
| 7,400,804 | B1 | 7/2008 | Di Teodoro et al. | |
| 7,403,677 | B1 | 7/2008 | Zhao et al. | |
| 7,424,185 | B2 | 9/2008 | Glebov et al. | |
| 7,429,734 | B1 | 9/2008 | Tidwell | |
| 7,430,352 | B2 | 9/2008 | Di Teodoro et al. | |
| 7,471,705 | B2 | 12/2008 | Gerstenberger et al. | |
| 7,532,656 | B2 | 5/2009 | Yang et al. | |
| 7,539,231 | B1 | 5/2009 | Honea et al. | |
| 7,620,077 | B2 | 11/2009 | Henderson | |
| 7,701,987 | B1 | 4/2010 | Savage-Leuchs et al. | |
| 7,768,700 | B1 | 8/2010 | Savage-Leuchs | |
| 7,792,166 | B2 | 9/2010 | Borschowa | |
| 7,872,794 | B1 | 1/2011 | Minelly et al. | |
| 7,949,021 | B2 | 5/2011 | Kakui | |
| 8,379,298 | B2 * | 2/2013 | Clowes et al. | 359/341.32 |
| 2002/0196823 | A1 * | 12/2002 | Nakao et al. | 372/32 |
| 2004/0114641 | A1 | 6/2004 | Wise et al. | |
| 2005/0063441 | A1 | 3/2005 | Brown | |
| 2005/0238066 | A1 | 10/2005 | Liu | |
| 2006/0133432 | A1 | 6/2006 | Dragic | |
| 2006/0198399 | A1 * | 9/2006 | Jablonski et al. | 372/10 |
| 2006/0268950 | A1 * | 11/2006 | Kane | 372/30 |
| 2007/0268942 | A1 * | 11/2007 | Murison et al. | 372/25 |
| 2008/0175279 | A1 * | 7/2008 | Kakui | 372/10 |
| 2009/0262761 | A1 * | 10/2009 | Khitrov | 372/6 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| WO | WO 2007083110 A1 * | 7/2007 | | H01S 3/067 |
| WO | WO 2007132182 | 11/2007 | | |
| WO | PCTUS1057696 | 12/2011 | | |

OTHER PUBLICATIONS

Bochove, Eric J., "Theory of Spectral Beam Combining", "IEEE Journal of Quantum Electronics", 2002, p. 432-445, vol. 38, No. 5.

Loftus, T.H., et al., "Spectrally Beam-Combined Fiber Lasers for High-Average-Power Applications", "IEEE Journal of Selected Topics in Quantum Electronics", May 1, 2007, pp. 487-497, vol. 13, No. 3.

Han, H.-S., et al., "Coefficient determination related to optical gain in erbium-doped silicon-rich silicon oxide waveguide amplifier", "Appl. Phys. Lett.", Nov. 22, 2002, pp. 3720-3722, vol. 81, No. 20.

Kik, P.G., et al., "Exciton-erbium energy transfer in Si nanocrystal-doped SiO2", "J. Appl. Phys.", Aug. 15, 2000, p. 1992-1998, vol. 88, No. 4.

Kik, P.G., et al., "Strong exciton-erbium coupling in Si nanocrystal-doped SiO2", "Applied Physics Letters", Apr. 24, 2000, pp. 2325-2327, vol. 76, No. 17.

Kik, P.G., et al., "Exciton-erbium energy transfer in Si nanocrystal-doped SiO2", "Materials Science and Engineering", 2001, pp. 3-8, vol. B81.

Orsila, Lasse, et al., "Three- and four-level transition dynamics in Yb-fiber," "Optics Express", , pp. 3218-3223, vol. 13, No. 9.

Brooks, Christopher D, et al. , "1-mJ energy, 1-MW peak-power, 10-W averagepower, spectrally narrow, diffraction-limited pulses from a photonic-crystal f", "Optics Express", Oct. 31, 2005, pp. 8999-9002, vol. 13, No. 22.

Di Teodoro, Fabio, et al., "MW peak-power, mJ pulse energy, multi-kHz repetition rate pulses", "Proc. of SPIE", 2006, pp. 61020K.1-61020K.8, vol. 6102.

Farrow, Roger L., et al., "Compact fiber lasers for efficient high-power generation", "Proceedings of the SPIE", 2006, pp. 62870C-1-62870C-6, vol. 6287, No. 62870C.

"Japanese Examiner's Action in related Japanese Application Tokugan 2012-540140, of Jun. 30, 2014, 2 pages Associate's English summary, 4 pages Japanese Action".

* cited by examiner

FIG. 1A
Q-SWITCHED SEED PULSE
DETECTOR SIGNAL (A.U.)
0.04
0.03
0.02
0.01
0
-0.01
-1000
0
1000
2000
TIME (NSEC)
81
91
Q-SWITCHED SEED PULSE
110
Q-SWITCHED SEED SOURCE
AMPLIFIER(S)
112
113
114
118
PUMP
116
117
119
98
101
AMPLIFIED PULSE
850 NSEC
88
FIG. 1B1
120
Q-SWITCHED SEED SOURCE
DUMP
129
126
OUTPUT COUPLER
125
Q-SWITCH
127
Q-SWITCH DRIVER
124
POLARIZER
123
WAVELENGTH FILTER
122
ISOLATOR
121
REDFA
189
PUMP
128
102
PUMP DIODES
GAIN FIBER
GAIN MEDIUM

*FIG. 1B2*

*FIG. 1B3*

*FIG. 1B4*



*FIG. 1B5*

FIG. 1C1
Q-SWITCHED SEED SOURCE
130
GAIN MEDIUM AND 1 MIRROR
131
132
133
MODULATOR
134
FBG
136
91
112
98
103
FIG. 1C2
Q-SWITCHED SEED SOURCE
130
MODIFIED DIODE LASER WITH ONE OF ITS FACETS ANTI-REFLECTIVE COATED, USED AS SEED-SOURCE'S GAIN MEDIUM AND 1 MIRROR
131
Q-SWITCH DRIVER
137
Q-SWITCH
135
134
FIBER BRAGG GRATING
136
91
113
114
118
PUMP
AMPLIFIER(S)
112
116
114
118
PUMP
117
119
98
103
FIG. 1D1
140
HR
141
Q
145
146
142
149
143
71
91
112
98
104
FIG. 1D2
Q-SWITCHED SEED SOURCE
140
MODIFIED FP CHIP OR DFB CHIP WITH ONE OF ITS FACETS ANTI-REFLECTIVE COATED, USED AS SEED-SOURCE'S GAIN MEDIUM AND 1 MIRROR
141
Q-SWITCH DRIVER
147
SEMICONDUCTOR OPTICAL AMPLIFIER ACTS AS Q-SWITCH
145
FEEDBACK ELEMENT GRATING
146
142
149
143
71
FIBER
91
113
114
118
PUMP
AMPLIFIER(S)
112
116
114
118
PUMP
117
119
98
104

FIG. 1E1
105
98
112
91
71
159
150
156
152
151
153
P
155
Q
158
HR
154
FIG. 1E2
Q-SWITCHED SEED SOURCE
150
157
Q-SWITCH DRIVER
ELECTRICAL SIGNAL
SEMICONDUCTOR OPTICAL AMPLIFIER ACTS AS Q-SWITCH
155
154
153
PUMP DIODE
158
RARE-EARTH-DOPED PLANAR OPTICAL GAIN WAVEGUIDE CHIP
151
FEEDBACK ELEMENT GRATING
156
152
159
71
FIBER
91
98
112
105
FIG. 1E3
105'
98
112
91
71
159
152
156
FEEDBACK ELEMENT GRATING
150'
Q-SWITCHED SEED SOURCE
151
LASER-SIGNAL-GAIN RARE-EARTH-DOPED OPTICALLY PUMPED WAVEGUIDE CHIP
157'
Q-SWITCH DRIVER
ELECTRICAL SIGNAL
153
SIGNAL PUMP DIODE
158
Q-SWITCH PUMP DIODE
158'
155'
RARE-EARTH-DOPED OPTICALLY PUMPED WAVEGUIDE CHIP ACTS AS Q-SWITCH
OPTICAL SIGNAL
154
153'

FIG. 1F1

FIG. 1F2

FIG. 1F3

FIG. 1G1

FIG. 1G2

FIG. 1G3



FIG. 2A
201
94
112
90
72
QUASI-Q-SWITCHED SEED PULSE
210
QUASI-Q-SWITCHED SEED SOURCE
OUTPUT
HIGH-POWER AMPLIFIER (HPA): LARGE-MODE-FIELD DIAMETER CW-PUMPED FIBER OR ROD
219
OUTPUT COUPLER
LOW-POWER AMPLIFIER: SMALL-MODE-FIELD DIAMETER TO REDUCE ASE FEEDBACK FROM HPA
TIME
I
QUASI-Q-SWITCH DRIVER
217
PUMP DIODE
218
214
215
LPA
SMALL CORE FIBER
HPA
211
PUMP DIODE
118
114
216
FILTER ISOLATOR POLARIZER
LARGER CORE FIBER
FIG. 2B
202
220
OUTPUT
LRFBG
224
OUTPUT COUPLER
LARGER-CORE FIBER AMPLIFIER
221
226
ASE FILTER
225
SMALLER-CORE FIBER AMPLIFIER
HRFBG
223
228
227
QUASI-Q-SWITCH DRIVER

FIG. 3A
I
TIME
82
83
50
112
DIRECTLY RAMP-MODULATED DFBL SEED SOURCE
92
93
301
FIG. 3B
302
CONVENTIONALLY RAMPED SEED PULSE
82
AMPLIFIED PULSE
83
ONLY 2.5 mJ
DETECTOR SIGNAL (A.U.)
TIME (NSEC)
FIG. 3C
I
TIME
81
88
110
112
Q-SWITCHED SEED SOURCE
91
98
101
FIG. 3D
304
AMPLIFIED Q-SWITCHED PULSE = 4.0 mJ, 850 ns
88
81
Q-SWITCHED SEED PULSE
DETECTOR SIGNAL (A.U.)
TIME (NSEC)

305

AMPLIFIED
Q-SWITCHED
PULSE
= 6.0 mJ, 1030 ns
87
81
Q-SWITCHED
SEED PULSE
-2000
-1000
0
1000
2000
TIME (NSEC)
0.04
0.03
0.02
0.01
0
-0.01
DETECTOR SIGNAL (A.U.)

*FIG. 3E*



FIG. 4A
BATTERY AND/OR POWER SUPPLY
418
VEHICLE, AIRFRAME, VESSEL OR FACILITY
408
401
LASER CONTROLLER (WAVELENGTH, PULSE, AND POWER CONTROL)
412
Q-switched MOPA FIBER LASER
100
98
430
BEAM POINTER
99
70
TARGET
SIGNAL PROCESSORS
420
WAVELENGTH-DETERMINATION SIGNAL
IMAGING CALCULATION OR CIRCUITRY
414
IMAGER
416
FIG. 4B
BATTERY AND/OR POWER SUPPLY
418
VEHICLE, AIRFRAME, VESSEL OR FACILITY
409
402
LASER CONTROLLER (WAVELENGTH, PULSE, AND POWER CONTROL)
412
Q-switched MOPA FIBER LASERS
100
98
SPECTRAL BEAM COMBINER
440
96
430
BEAM POINTER
99
70
TARGET
SIGNAL PROCESSORS
420
WAVELENGTH-DETERMINATION SIGNALS
IMAGING CALCULATION OR CIRCUITRY
414
IMAGER
416

FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D
504
INTENSITY
TIME
$T_1$
$T_2$
$T_3$
$T_4$
$T_5$
$T_6$
571
572
573
FIG. 5E
505
574
575
576



582
597
112
SIMULATED
Q-LIKE
SEED PULSE
506
596
560
532
MODULATOR 3
585
5256
535
MODULATOR 2
5255
584
534
MODULATOR 1
5254
583
574
575
576
533
540
SEED-NOISE
MIXING
SPLITTER/
COMBINER
5274
5275
5276
ELECTRONIC
DRIVER 1
ELECTRONIC
DRIVER 2
ELECTRONIC
DRIVER 3
5279
SYSTEM
CONTROLLER
512
BROADBAND
LASER
511
5270
CLOCK/TIMER,
PULSE
CONTROLLER
$T_1$
$T_2$
$T_3$
$T_4$
$T_5$
$T_6$

*FIG. 5F*

# Q-SWITCHED OSCILLATOR SEED-SOURCE FOR MOPA LASER ILLUMINATOR METHOD AND APPARATUS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority benefit under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/263,736 filed on Nov. 23, 2009 by Matthias P. Savage-Leuchs et al., titled "Q-SWITCHED OSCILLATOR SEED-SOURCE FOR MOPA LASER ILLUMINATOR METHOD AND APPARATUS", which is incorporated herein by reference in its entirety.

This invention is related to:

U.S. Provisional Patent Application 61/343,947 filed Apr. 12, 2010 by Matthias P. Savage-Leuchs titled "HIGH-POWER LASER SYSTEM HAVING DELIVERY FIBER WITH NON-CIRCULAR CROSS SECTION FOR ISOLATION AGAINST BACK REFLECTIONS";

U.S. Provisional Patent Application 61/343,948 filed Apr. 12, 2010 by Matthias P. Savage-Leuchs titled "HIGH BEAM QUALITY AND HIGH AVERAGE POWER FROM LARGE-CORE-SIZE OPTICAL-FIBER AMPLIFIERS; SIGNAL AND PUMP MODE-FIELD ADAPTOR FOR DOUBLE-CLAD FIBERS AND ASSOCIATED METHOD";

U.S. patent application Ser. No. 12/854,868 filed Aug. 11, 2010 by Tolga Yilmaz et al. titled "IN-LINE FORWARD/BACKWARD FIBER-OPTIC SIGNAL ANALYZER" (which issued as U.S. Pat. No. 8,775,649 on Jun. 17, 2014);

U.S. Provisional Patent Application 61/343,949 filed Apr. 12, 2010 by Yongdan Hu titled "METHOD AND APPARATUS FOR IN-LINE FIBER-CLADDING-LIGHT DISSIPATION";

U.S. patent application Ser. No. 12/793,508 filed Jun. 3, 2010 by Yongdan Hu titled "METHOD AND APPARATUS FOR IN-LINE FIBER-CLADDING-LIGHT DISSIPATION" (which issued as U.S. Pat. No. 8,355,608 on Jan. 15, 2013);

U.S. patent application Ser. No. 12/861,773 filed Aug. 23, 2010 by Yongdan Hu et al. titled "OPTICAL-FIBER ARRAY METHOD AND APPARATUS" (which issued as U.S. Pat. No. 8,503,840 on Aug. 6, 2013);

U.S. Pat. No. 6,456,756 issued Sep. 24, 2002 to Roy Mead et al., titled "FIBER RAMAN AMPLIFIER PUMPED BY AN INCOHERENTLY BEAM COMBINED DIODE LASER,";

U.S. Pat. No. 7,792,166 titled "APPARATUS AND METHOD FOR DRIVING LASER DIODES" issued Sep. 7, 2010 to Lawrence A. Borschowa;

U.S. Pat. No. 7,620,077 titled "APPARATUS AND METHOD FOR PUMPING AND OPERATING OPTICAL PARAMETRIC OSCILLATORS USING DFB FIBER LASERS" issued Nov. 17, 2009 to Angus J. Henderson;

U.S. Pat. No. 7,539,231 titled "APPARATUS AND METHOD FOR GENERATING CONTROLLED-LINEWIDTH LASER-SEED-SIGNALS FOR HIGH-POWERED FIBER-LASER AMPLIFIER SYSTEMS" issued May 26, 2009 to Eric C. Honea et al.;

U.S. patent application Ser. No. 11/623,058 titled "APPARATUS AND METHOD FOR GENERATING CHIRP-SLICE CONTROLLED-LINEWIDTH LASER-SEED SIGNALS" filed Jan. 12, 2007 by Matthias P. Savage-Leuchs et al. (which issued as U.S. Pat. No. 7,701,987 on Apr. 20, 2010);

U.S. Pat. No. 7,471,705 titled "ULTRAVIOLET LASER SYSTEM AND METHOD HAVING WAVELENGTH IN THE 200-NM RANGE" that issued Dec. 30, 2008 to David C. Gerstenberger et al.;

U.S. Pat. No. 7,391,561 titled "FIBER- OR ROD-BASED OPTICAL SOURCE FEATURING A LARGE-CORE, RARE-EARTH-DOPED PHOTONIC-CRYSTAL DEVICE FOR GENERATION OF HIGH-POWER PULSED RADIATION AND METHOD" that issued Jun. 24, 2008 to Fabio Di Teodoro et al.;

U.S. Pat. No. 7,430,352 titled "MULTI-SEGMENT PHOTONIC-CRYSTAL-ROD WAVEGUIDES FOR AMPLIFICATION OF HIGH-POWER PULSED OPTICAL RADIATION AND ASSOCIATED METHOD" that issued Sep. 30, 2008 to Fabio Di Teodoro et al.;

U.S. Pat. No. 7,379,648 titled "OPTICAL HOLLOW-CORE DELIVERY FIBER AND HOLLOW-ENDCAP TERMINATION AND ASSOCIATED METHOD" that issued May 27, 2008 to Christopher D. Brooks et al.;

U.S. Pat. No. 7,386,211 titled "METHOD AND APPARATUS FOR SPECTRAL-BEAM COMBINING OF MEGAWATT-PEAK-POWER BEAMS FROM PHOTONIC-CRYSTAL RODS" that issued Jun. 10, 2008 to Fabio Di Teodoro et al.;

U.S. Pat. No. 7,400,804 titled "MONOLITHIC OR RIBBON-LIKE MULTI-CORE PHOTONIC-CRYSTAL FIBERS AND ASSOCIATED METHOD" which issued Jul. 15, 2008 to Fabio Di Teodoro et al.;

U.S. Pat. No. 7,429,734 titled "SYSTEM AND METHOD FOR AIRCRAFT INFRARED COUNTERMEASURES TO MISSILES" that issued Sep. 30, 2008 to Steven C. Tidwell;

U.S. Pat. No. 7,199,924 titled "APPARATUS AND METHOD FOR SPECTRAL-BEAM COMBINING OF HIGH-POWER FIBER LASERS," which issued on Apr. 3, 2007 to Andrew J. W. Brown et al.;

U.S. patent application Ser. No. 11/565,619 titled "METHOD AND APPARATUS FOR OPTICAL GAIN FIBER HAVING SEGMENTS OF DIFFERING CORE SIZES" filed on Nov. 30, 2006 by Matthias P. Savage-Leuchs (which issued as U.S. Pat. No. 7,768,700 on Aug. 3, 2010);

U.S. patent application Ser. No. 12/018,193 titled "HIGH-ENERGY EYE-SAFE PULSED FIBER AMPLIFIERS AND SOURCES OPERATING IN ERBIUM'S L-BAND" filed Jan. 22, 2008 by John D. Minelly et al. (which issued as U.S. Pat. No. 7,872,794 on Jan. 18, 2011); and

U.S. patent application Ser. No. 12/624,327 titled "SPECTRALLY BEAM COMBINED LASER SYSTEM AND METHOD AT EYE-SAFER WAVELENGTHS" filed on Nov. 23, 2009 by Roy D. Mead (which issued as U.S. Pat. No. 8,441,718 on May 14, 2013); which are all incorporated herein in their entirety by reference.

## FIELD OF THE INVENTION

The invention relates generally to optical waveguides and more particularly to Q-switched-laser and Q-switched-like seed sources for high-power and high-energy pulsed master-oscillator power-amplifier (MOPA) illuminators, wherein the pulsed-seed sources have a controlled wide dynamic range in

order to prevent excessive pulse steepening in high-gain optical-fiber and optical-rod amplifiers.

BACKGROUND OF THE INVENTION

The current state-of-the-art fiber lasers and fiber amplifiers have difficulty in amplifying laser pulses to very large power levels such that the output pulse lasts for about one microsecond or longer, and outputs several millijoules of energy while also avoiding undesired non-linear effects such as stimulated Brillouin scattering (SBS). SBS is exacerbated by long pulse duration (pulses longer than about 5 nanoseconds (nsec)) and by very narrow linewidths (laser signals having a relatively broad linewidth are less likely to cause SBS degradation).

Optical gain fibers doped with rare-earth dopants (such as erbium-doped fiber amplifiers (EDFAs)) enable laser designs where the optical gain fiber is optically pumped over an extended period of time (e.g., 100's or 1000's of microseconds) in order to accumulate a relatively large amount of energy, and an optical seed pulse (a lower-power laser pulse from a laser source) is then launched into the waveguide core of the optical gain fiber to extract the accumulated energy by stimulated-emission amplification. Unfortunately, this typically results in pulse steepening, since the leading edge of the seed pulse encounters the highest gain, while later temporal portions of the pulse will undergo lower amounts of amplification.

One approach to solving the pulse-steepening problem is to shape the seed pulse by amplitude modulation (providing a low-amplitude leading edge for the seed pulse followed by a rising amplitude later in the pulse), but it is quite difficult to provide sufficient dynamic range and fine control to obtain satisfactory energy extraction, pulse shape, and avoidance of non-linear effects. Even when a fiber amplifier or fiber laser is designed to compensate for the above effects, there will be a limit on the maximum power that can be obtained from a single fiber when scaling to larger fiber sizes and/or lengths, pump powers, and the like.

Various inventions use spectral-beam combining U.S. Pat. No. 6,192,062 to Sanchez-Rubio et al. entitled "Beam combining of diode laser array elements for high brightness and power" and U.S. Pat. No. 6,208,679 to Sanchez-Rubio et al. entitled "High-power multi-wavelength external cavity laser" describe the fundamental techniques of spectral beam combining, and both are incorporated herein by reference.

In some embodiments, the gratings used for spectral-beam combining are "blazed," i.e., formed with V-grooves having sidewall angles that are asymmetrical with respect to a vector normal to the overall surface of the grating. U.S. Pat. No. 3,728,117 to Heidenhain et al. entitled "Optical Diffraction Grid" (incorporated herein by reference) describes a method for making blazed gratings having asymmetric grooves. U.S. Pat. No. 4,895,790 to Swanson et al. entitled "High-efficiency, multilevel, diffractive optical elements" (incorporated herein by reference) describes a method for making blazed gratings having asymmetric grooves using binary photolithography to create stepped profiles. U.S. Pat. No. 6,097,863, titled "Diffraction Grating with Reduced Polarization Sensitivity" issued Aug. 1, 2000 to Chowdhury (incorporated herein by reference) describes a reflective diffraction grating with reduced polarization sensitivity for dispersing the signals. The Chowdhury grating includes facets that are oriented for reducing efficiency variations within a transmission bandwidth and that are shaped for reducing differences between the diffraction efficiencies in two orthogonal directions of differentiation. U.S. Pat. No. 4,313,648 entitled "Patterned Multi-Layer Structure and Manufacturing Method" issued Feb. 2, 1982 to Yano et al. (incorporated herein by reference) describes a manufacturing method for a patterned (striped) multi-layer article.

U.S. Pat. No. 6,822,796 to Takada et al. titled "DIFFRACTIVE OPTICAL ELEMENT" (incorporated herein by reference) describes a method for making blazed gratings having asymmetric grooves with dielectric coatings. U.S. Pat. No. 6,958,859 to Hoose et al. entitled "Grating device with high diffraction efficiency" (incorporated herein by reference) describes a method for making blazed gratings having dielectric coatings.

U.S. Pat. No. 5,907,436 titled "MULTILAYER DIELECTRIC DIFFRACTION GRATINGS" issued May 25, 1999 to Perry et al., and is incorporated herein by reference. This patent describes the design and fabrication of dielectric grating structures with high diffraction efficiency. The gratings have a multilayer structure of alternating index dielectric materials, with a grating structure on top of the multilayer, and obtain a diffraction grating of adjustable efficiency, and variable optical bandwidth.

U.S. Pat. No. 6,212,310 titled "HIGH POWER FIBER GAIN MEDIA SYSTEM ACHIEVED THROUGH POWER SCALING VIA MULTIPLEXING" issued 3 Apr. 2001 to Waarts et al., and is incorporated herein by reference. This patent describes certain methods of power scaling by multiplexing multiple fiber gain sources with different wavelengths, pulsing or polarization modes of operation is achieved through multiplex combining of the multiple fiber gain sources to provide high power outputs, such as ranging from tens of watts to hundreds of watts, provided on a single mode or multimode fiber.

U.S. Pat. No. 7,532,656 issued to Yang, et al. on May 12, 2009 titled "ALL-SILICON RAMAN AMPLIFIERS AND LASERS BASED ON MICRO RING RESONATORS" and is incorporated herein by reference. This patent describes devices for generating a laser beam. The devices include a silicon optical micro-ring having at least one silicon optical waveguide disposed at a distance from the micro-ring. The radius and the cross-sectional dimension of the micro-ring, the cross-sectional dimension of the waveguide, and the distance between the micro-ring and the waveguide are determined such that one or more pairs of whispering-gallery-mode resonant frequencies of the micro-ring are separated by an optical-phonon frequency of silicon.

U.S. Pat. No. 6,330,388 issued to Bendett, et al. on Dec. 11, 2001 titled "METHOD AND APPARATUS FOR WAVEGUIDE OPTICS AND DEVICES," and U.S. Pat. No. 6,636,678 issued to Bendett, et al. on Oct. 21, 2003, also titled "METHOD AND APPARATUS FOR WAVEGUIDE OPTICS AND DEVICES," and both are incorporated herein by reference. These patents describe optical structures and methods for producing tunable-waveguide lasers. In one embodiment, a waveguide is defined within a glass substrate doped with a rare-earth element or elements by ion diffusion. Feedback elements such as mirrors or reflection gratings in the waveguide further define a laser-resonator cavity so that laser light is output from the waveguide when pumped optically or otherwise. Means are disclosed for varying the wavelengths reflected by the reflection gratings and varying the effective length of the resonator cavity to thereby tune the laser to a selected wavelength. These patents also describe apparatus and method for integrating rare-earth-doped lasers and optics on glass substrates.

U.S. Pat. No. 6,970,494 issued to Bendett, et al. on Nov. 29, 2005 titled "Rare-earth doped phosphate-glass lasers and associated methods" and is incorporated herein by reference.

This patent describes integrating lasers and optics on glass substrates. An optical (e.g., laser) component formed from a glass substrate doped with an optically active lanthanides species with a plurality of waveguides defined by channels within the substrate. The laser component optionally includes a monolithic array of individual waveguides in which the waveguides form laser resonator cavities with differing resonance characteristics.

U.S. Pat. No. 6,813,405 issued to Bendett, et al. on Nov. 2, 2004 titled "Compact apparatus and method for integrated photonic devices having folded directional couplers" and is incorporated herein by reference. This patent describes an integrated photonic apparatus that includes a glass substrate having a major surface, a first waveguide segment and a second waveguide segment, and a folded evanescent coupler connecting the first waveguide segment to the second. The folded evanescent coupler is formed by a first length of the first waveguide segment and an equivalent length portion of the second waveguide running parallel and adjacent to the first waveguide segment. The first length is substantially equal to one half of an evanescent-coupler length needed to transfer a first wavelength in a non-folded evanescent coupler. A reflector (e.g., dielectric mirror that is highly reflective to light of the first wavelength and also highly transmissive to light of a second wavelength) is located at an end of the folded evanescent coupler.

U.S. Pat. No. 6,493,476 issued to Bendett on Dec. 10, 2002 titled "APPARATUS AND METHOD FOR INTEGRATED PHOTONIC DEVICES HAVING GAIN AND WAVELENGTH-SELECTIVITY" and is incorporated herein by reference. This patent describes an integrated photonic apparatus that includes a glass substrate having a major surface, wherein the glass substrate includes a plurality of regions, each region having a different index of refraction, including a first region having a first index of refraction and a second region having a second index of refraction lower than the first index of refraction, and a first waveguide formed along the major surface of the substrate, wherein the first waveguide has a higher index of refraction than an intrinsic index of refraction of adjacent portions of the substrate, and wherein the first waveguide passes through the first region and through the second region of the glass substrate.

U.S. Pat. No. 7,403,677, to Zhao, et al., which issued Jul. 22, 2008 titled "Fiberoptic reconfigurable devices with beam shaping for low-voltage operation," is incorporated herein by reference. U.S. Pat. No. 7,403,677 describes an apparatus and method to operate on a light beam by using a lens that collimates the light beam to a collimated beam with at least one cross-sectional dimension less than a critical dimension of 400 microns or less over a working range WR. The apparatus has a bulk electro-optic material of small thickness, e.g., less than 300 microns positioned within a working range and the collimated beam traverses it along its path. The apparatus has a voltage source for applying a low operating or drive voltage, e.g. less than 400 V, to the bulk electro-optic material for performing an operation on the collimated beam. The lens for collimating the light beam is a free-space collimator such as a graded index (GRIN) lens or preferably a C-lens. U.S. Pat. No. 4,778,237 to Sorin, et al. issued Oct. 18, 1988 titled "Single-mode fiber optic saturable absorber" is incorporated herein by reference. U.S. Pat. No. 4,778,237 describes fiber optic saturable absorber for processing optical signals comprises an optical fiber from which a portion of the cladding is removed to form a facing surface. A light-absorbing substance having non-linear light-absorbing characteristics is applied to the facing surface such that a portion of the optical signal energy is transferred from the fiber to the substance where it is absorbed. The device selectively attenuates the optical signal and noise, and can be used to reduce pulse waveform distortion caused by pulse broadening and by amplification of system noise.

U.S. Pat. No. 6,396,975 to Wood et al. issued May 28, 2002 titled "MEMS optical cross-connect switch" and is incorporated herein by reference. U.S. Pat. No. 6,396,975 describes a MEMS (microelectromechanical) structure capable of switching optical signals from an input fiber to one of two or more output fibers. In one embodiment, the MEMS optical cross-connect switch comprises a first microelectronic substrate having a pop-up mirror disposed on the surface of the substrate and a rotational magnetic field source, such as a variably controlled magnetic field source. The rotational magnetic field source allows for reliable actuation of the pop-up mirror from a non-reflective state to a reflective state. Additionally the invention is embodied in a MEMS optical cross-connect switch having a first microelectronic substrate having a pop-up mirror disposed on the surface of the substrate and a positioning structure disposed in a fixed positional relationship relative to the first substrate. The positioning structure may comprise a positioning structure extending from a second microelectronic substrate that is in a fixed positional relationship relative to the first microelectronic substrate. The positioning structure serves to restrict further movement of the pop-up mirror when the pop-up mirror has been actuated into a reflective state.

U.S. Pat. No. 4,778,237 to Sorin, et al. Oct. 18, 1988 "Single-mode fiber optic saturable absorber", is incorporated herein by reference. U.S. Pat. No. 4,778,237 describes fiber optic saturable absorber for processing optical signals comprises an optical fiber from which a portion of the cladding is removed to form a facing surface. A light-absorbing substance having non-linear light-absorbing characteristics is applied to the facing surface such that a portion of the optical signal energy is transferred from the fiber to the substance where it is absorbed. The device selectively attenuates the optical signal and noise, and can be used to reduce pulse waveform distortion caused by pulse broadening and by amplification of system noise.

U.S. Pat. No. 7,203,209 to Young, et al. Apr. 10, 2007 titled "System and method for a passively Q-switched, resonantly pumped, erbium-doped crystalline laser", is incorporated herein by reference. U.S. Pat. No. 7,203,209 describes a laser that includes a resonant cavity formed between a first mirror and a second mirror. An unsensitized erbium-doped crystal gain medium for producing laser gain is disposed within the resonant cavity. A saturable absorber is disposed within the resonant cavity. A pump source is positioned to energize the gain medium. The saturable absorber, the laser gain, the resonator length, and the second mirror being selected so that output pulses having a duration of less than 75 nanoseconds are generated by the laser.

The present invention can be used with or combined with any of the prior-art patents described herein to obtain novel and non-obvious combinations, including spectral-beam-combined laser beams from fiber lasers for directed energy (DE) weapons, for example as being proposed for the U.S. robust electric-powered laser initiative (RELI). In some embodiments, the present invention produces a high-power laser that pumps Raman-fiber amplifiers or lasers for DE at eye-safer wavelengths.

There is a need for improved laser systems, particularly Q-switched fiber lasers and/or fiber optical amplifiers for use in MOPA designs. While other fiber-laser alternatives are available, the present invention provides improved performance (higher output power) and/or lower cost.

## SUMMARY OF THE INVENTION

In some embodiments, the present invention provides an apparatus, method and system that uses a Q-switched laser as a seed source having a controlled high-dynamic-range amplitude that avoids and/or compensates for pulse steepening in high-gain optical-fiber amplification of long-duration laser pulses. In some embodiments, the output is used for illumination purposes (e.g., illuminating a scene for image acquisition). In some embodiments, well-controlled pulse shapes are obtained having a wide dynamic range, long duration, and not-too-narrow linewidth. In some embodiments, upon the opening of a Q-switch in an optical cavity having a gain medium, the amplification builds relatively slowly, wherein each round trip through the gain medium increases the amplitude of the optical pulse. This configuration results in an optical pulse having a very wide dynamic (i.e., very low amplitude after one round trip and a relatively slow and controlled increase in amplitude over time as the light passes again and again through the gain medium).

As used herein, a Q-switch is an optical element residing within a laser cavity that is considered "closed" or "off" when it propagates insufficient signal to allow lasing (i.e., a sub-threshold amount of light of the lasing-signal wavelength, typically allowing minimal or no signal to circulate) in the laser cavity, and is considered "open" or "on" when it propagates sufficient signal to allow lasing (i.e., an above-threshold amount of light of the lasing-signal wavelength, typically allowing maximal or all signal to circulate) in the laser cavity. Typically, the Q-switch is configured as a variably transmissive element, wherein the Q-switch transmits signal light when the Q-switch is "on" and does not transmit signal light when the Q-switch is "off". In other embodiments, the Q-switch is configured as a variable-transparency semiconductor element, wherein a Q-switch driver circuit supplies sufficient electrical power to make the semiconductor transparent to allow lasing when the Q-switch is "on" and does not supply sufficient electrical power for transparency to allow lasing when the Q-switch is "off", and in some such embodiments, this same semiconductor element also provides additional optical gain when sufficient electrical power is applied. In still other embodiments, the Q-switch is configured as a variable-reflectance element, wherein the Q-switch reflects sufficient signal to cause lasing in the laser cavity when the Q-switch is "on" and does not reflect sufficient signal to allow lasing when the Q-switch is "off".

In some embodiments, the Q-switch itself is gradually opened (rather than going from fully closed to fully open) under electronic control to provide additional fine-grain control over the rate of amplitude increase. In some embodiments, an acousto-optic modulator (AOM) is used as the Q-switch, and is electrically controlled to turn on more slowly (e.g., in some embodiments, it is driven by a controlled-slope ramped pulse) than it would open if fully driven (e.g., if driven by a square pulse).

In some embodiments, the present invention provides a rare-earth-doped (RE-doped) optical gain fiber in a Q-switched ring-seed-laser configuration that includes an optical isolator to help force unidirectional light travel around the ring, an optical bandpass filter to help narrow and control the linewidth of the seed signal, a polarizer and/or polarization-maintaining fiber to polarize the seed signal, a Q-switch driver operatively coupled to a Q-switch to control the temporal pulse shape, and an output coupler that couples a portion of the seed signal as feedback to the laser ring and couples another portion of the seed signal out to one or more external optical power amplifiers. The high dynamic range

and amplitude control of the seed signal prevents or compensates for pulse steepening that otherwise would occur using the same one or more external optical power amplifiers and a conventional seed pulse in a master-oscillator power-amplifier (MOPA) configuration.

In some embodiments, the present invention provides a "Q-switched seed signal" from a Q-switched laser, such as shown in FIG. **1**A, FIG. **1**B**1**, FIG. **1**B**2**, FIG. **1**B**3**, FIG. **1**C**1**, FIG. **1**C**2**, FIG. **1**D**1**, FIG. **1**D**2**, FIG. **1**E**1**, FIG. **1**E**2**, FIG. **1**E**3**, FIG. **1**F**1**, FIG. **1**F**2**, FIG. **1**F**3**, FIG. **1**G**1**, FIG. **1**G**2** and FIG. **1**G**3** described below. In other embodiments, the present invention provides "quasi-Q-switch seed signal" from a quasi-Q-switched laser that uses a pulse-pumped small-core gain fiber in place of a Q-switch, in a configuration that uses a large-core gain fiber to accumulate lasing energy for the seed pulse, such as shown in FIG. **2**A and FIG. **2**B described below. In yet other embodiments, the present invention provides "Q-like seed signal" from a conventional laser or a controlled-linewidth amplified-spontaneous-emission (ASE) device that has its output modulated using a plurality of optical-amplitude modulators to form a high-dynamic-range pulse having a very slowly rising leading edge whose slope increases later in time to form a seed pulse that has a leading edge much like a Q-switched seed signal, using apparatus such as shown in FIG. **5**A, FIG. **5**B and FIG. **5**E described below.

As used herein, a "Q-seed signal" is a generic term for a signal having a Gaussian or Gaussian-like temporal intensity shape that includes Q-switched seed signals, quasi Q-switched seed signals, and Q-like seed signals. As used herein, a "Q-seed source" is a generic term for a pulsed light source that generates Q-seed signals. As used herein, "light" signals and "optical" signals each include electromagnetic radiation (EMR) of any wavelength between about 100 nm and about 400 nm (generally referred to as ultraviolet light), between about 400 nm and about 700 nm (visible light from violet to red, although the exact wavelengths that define the edges of this visibility-spectrum range, i.e., the wavelengths that can be perceived by human, may vary based on the individual and the intensity of the light) or between about 700 nm and about 10,000 nm (generally referred to as infrared light). In addition, in some embodiments, the present invention contemplates using EMR signals having wavelengths shorter than 100 nm or longer than 10,000 nm.

In some embodiments, the present invention provides a MOPA device that uses Q-seed signals from a Q-seed source that are amplified by a fiber- or rod-based power amplifier or power amplifier chain (a series of fiber- or rod-based gain media) that amplify the Q-seed signal to very high powers substantially without pulse steepening.

In some embodiments, the novel seed sources of the present invention are very compact, rugged and cost effective. In some embodiments, the novel seed sources have potential to generate pulses as short as 5 nsec or less. In some embodiments, the Q-switched seed source uses a solid-state amplifier as its Q-switch. In some embodiments, the Q-switched seed signal incurs no pulse steepening in fiber-amplifier stages, including power-amplifier stages. In some embodiments, the Q-switched seed signal incurs no stimulated Brillouin scattering (SBS) or modulation instabilities. In some embodiments, the present invention uses a co-propagating pumping scheme with minimum spectral broadening. In some embodiments, the linewidth is tailored to minimize speckles. In some embodiments, the linewidth is tailored to match wavelength filters used in the detection subsystem of the illuminator-detector system.

The present invention is also of importance for narrow-band amplification because pulse steepening does not occur and therefore the linewidths of the pulses do not decrease.

In some embodiments, the present invention provides Gaussian-type high-pulse-energy pulses from fiber-based systems.

The Q-switched pulses generated by the present invention show self-phase modulation as a nonlinearity. However, the Q-switched pulses generated by the present invention do not show four-wave mixing, which leads to spectral broadening of the signal pulse to wavelengths outside the power-amplifier bandwidth, and thereby clamping of the energy extraction capability of the power amplifier.

The present invention enables higher-pulse-energy signals that provide a longer range for illuminators for long-range image-acquisition systems (illuminating scenes for cameras), and improved light-distancing-and-ranging (LIDAR) systems.

Another aspect of some embodiments of the invention is the use of one-port-by-two-port (1×2) electrically controlled optical switches to provide the dual functions of Q-switching the signal light in the lasing cavity as well as switching off the path to the pump lasers when the Q-switch is on in order to protect the pump lasers from high-power signal pulses.

Yet another aspect of some embodiments of the invention is the use of a noise averager that reduces the amplitude-variation noise of a laser seed source. In some embodiments, such noise is reduced by the noise averager that divides the signal into a plurality of portions, then delays each portion by a different amount of time (e.g., by passing each portion through a different-length surface waveguide of a planar optical device or through an optical fiber of a different length), and then recombines (mixes) the delayed portions with each other.

In other embodiments, the present invention is used for 1.94-micron medical lasers. In still other embodiments, it is used in material-processing systems. In yet other embodiments, the present invention is used for infrared countermeasures (IRCM). In some embodiments, the present invention provides a very rugged apparatus that enables military-specification-qualified (mil-spec-qualified) high-pulse-energy laser systems.

The present invention is also of importance for military tactical systems, and defense Advanced Programs, as well as for the illuminator market, active imaging, material processing, medical applications (2-micron-wavelength version), IRCM; military applications, surveillance systems, medical systems, industrial applications, laser for DIALs.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a block diagram of a subsystem **101** that includes a Q-switched laser seed source **110** that outputs a seed pulse **91** (shown as graphed plot **81**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **98** (shown as graphed plot **88**), according to some embodiments of the present invention.

FIG. **1**B**1** is a block diagram of a subsystem **102** that includes a Q-switched laser seed source **120** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**B**2** is a block diagram of a subsystem **182** that includes a pumped-through-Q-switch ring-laser seed source **180** that outputs a seed pulse **62** that is amplified by high-power amplifier **112** that outputs an amplified pulse **68**, according to some embodiments of the present invention.

FIG. **1**B**3** is a block diagram of a subsystem **183** that includes a pumped-through-Q-switched laser seed source **181** that outputs a seed pulse **63** that is amplified by high-power amplifier **112** that outputs an amplified pulse **67**, according to some embodiments of the present invention.

FIG. **1**B**4** is a block diagram of a subsystem **185** that includes a pumped-through-Q-switch ring-laser seed source **184** that outputs a seed pulse **62** that is amplified by high-power amplifier **112** that outputs an amplified pulse **68**, according to some embodiments of the present invention.

FIG. **1**B**5** is a block diagram of a subsystem **187** that includes a bleached pulse Q-switch source **197** that outputs a seed pulse **61** that is amplified by high-power amplifier **112** that outputs an amplified pulse **64**, according to some embodiments of the present invention.

FIG. **1**C**1** is a schematic diagram of a subsystem **103** that includes a Q-switched laser seed source **130** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**C**2** is a block diagram of subsystem **103** that includes Q-switched laser seed source **130** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**D**1** is a schematic diagram of a subsystem **104** that includes a flat-pack packaged semiconductor-laser-based Q-switched laser seed source **140** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**D**2** is a block diagram of subsystem **104** that includes Q-switched laser seed source **140** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**E**1** is a schematic diagram of a subsystem **105** that includes a flat-pack packaged rare-earth-doped-laser-based Q-switched laser seed source **150** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**E**2** is a block diagram of subsystem **105** that includes Q-switched laser seed source **150** that uses a semiconductor optical amplifier as a Q-switch and outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**E**3** is a block diagram of subsystem **105'** that includes Q-switched laser seed source **150'** that uses an optically pumped planar waveguide optical amplifier **155'** as a Q-switch and outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**F**1** is a schematic diagram of a subsystem **106** that includes a flat-pack packaged rare-earth-doped-laser-based Q-switched ring-laser seed source **160** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**F**2** is a block diagram of subsystem **106** that includes Q-switched ring-laser seed source **160** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1**F**3** is a block diagram of an alternative subsystem **106'** that includes Q-switched laser seed source **160'** that uses

an optically pumped planar waveguide optical amplifier **165'** as a Q-switch and outputs a seed pulse **91**, which is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1G1** is a schematic diagram of a subsystem **1071** that includes a flat-pack packaged rare-earth-doped-laser-based Q-switched ring-laser seed source **170** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1G2** is a block diagram of subsystem **1072** that includes Q-switched ring-laser seed source **170** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **1G3** is a block diagram of an alternative subsystem **1073** that includes Q-switched laser seed source **170'** that uses an optically pumped planar waveguide optical amplifier **175'** as a Q-switch and outputs a seed pulse **91**, which is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention.

FIG. **2A** is a block diagram of subsystem **201** that includes a quasi-Q-switched ring-laser seed source **210** that outputs a quasi-Q-switched seed pulse **90** that is amplified by high-power amplifier **112** that outputs an amplified quasi-Q-switched pulse **94**, according to some embodiments of the present invention.

FIG. **2B** is a block diagram of subsystem **202** that includes a quasi-Q-switched laser seed source **220** that outputs a quasi-Q-switched seed pulse **90** that is amplified by high-power amplifier **112** that outputs an amplified quasi-Q-switched pulse **94**, according to some embodiments of the present invention.

FIG. **3A** is a block diagram of a subsystem **301** that includes a conventionally modulated ramped-pulse laser seed source **50** that outputs a ramped seed pulse **92** (shown as graphed plot **82**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **93** (shown as graphed plot **83**).

FIG. **3B** is a detailed graph **302** of two signals, including a plot **82** showing the intensity-versus-time of ramped seed pulse **92**, and a plot **83** showing the intensity-versus-time of the amplified pulse **93** resulting from the pulse steepening of the initial part of seed pulse **92**.

FIG. **3C** is a block diagram of subsystem **101** (previously shown in FIG. **1A**) that includes a Q-switched laser seed source **110** that outputs a seed pulse **91** (shown as graphed plot **81**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **98** (shown as graphed plot **88**), according to some embodiments of the present invention.

FIG. **3D** is a detailed graph **304** of two signals, including a plot **81** showing the intensity-versus-time of Q-switched seed pulse **91**, and a plot **88** showing the intensity-versus-time of the amplified pulse **98**, according to some embodiments of the present invention.

FIG. **3E** is a detailed graph **305** of two signals, including a plot **81** showing the intensity-versus-time of Q-switched seed pulse **91**, and a plot **87** showing the intensity-versus-time of the amplified pulse **98**, according to some embodiments of the present invention.

FIG. **4A** is a block diagram of system **401** that includes a Q-seeded MOPA subsystem **100** mounted to a vehicle or facility **408**, according to some embodiments of the present invention.

FIG. **4B** is a block diagram of system **402** that includes a plurality of Q-seeded MOPA subsystems **100** whose output beams are combined in spectral-beam-combiner apparatus **440**, all mounted to a vehicle or facility **409**, according to some embodiments of the present invention.

FIG. **5A** is a schematic diagram of a subsystem **501** that includes a laser-and-serial/parallel-modulator combination (called a Q-like-seed-pulse generator) **510** that outputs a Q-like-seed pulse **591** that is amplified by high-power amplifier **112** that outputs an amplified pulse **598**, according to some embodiments of the present invention.

FIG. **5B** is a schematic diagram of a subsystem **502**, an alternative embodiment in which seed source **520** has only modulators **5251** and **5252** being coupled in parallel, and their respective outputs are coupled together by combiner **526**, the output of which is then connected serially through modulator **5253**.

FIG. **5C** is a schematic graph **503** showing plot **1512** of a simulated noise signal **512** (see FIG. **5A** and FIG. **5B**) and a plot **1512'** of a noise-reduced signal **512'** (see FIG. **5A** and FIG. **5B**) obtained by averaging thirty-two portions, each delayed by a different time amount.

FIG. **5D** is a schematic graph **504** showing plots of idealized electrical pulses **571**, **572**, and **573** used to drive respective optical modulators (e.g., modulators **5251**, **5252**, and **5253** in some embodiments of subsystem **501** of FIG. **5A** or some embodiments of subsystem **502** of FIG. **5B**).

FIG. **5E** is a schematic graph **505** showing plots of idealized electrical pulses **574**, **575**, and **576** used to drive respective optical modulators (e.g., modulators **5254**, **5255**, and **5256** in some embodiments of subsystem **506** of FIG. **5F**).

FIG. **5F** is a schematic diagram of a subsystem **506** that includes a laser-and-serial-modulator combination **560** (called a Q-like-seed-pulse generator **560**) that outputs a Q-like seed pulse **596** that is amplified by high-power amplifier **112** that outputs an amplified pulse **597**, according to some embodiments of the present invention.

## DETAILED DESCRIPTION

Although the following detailed description contains many specifics for the purpose of illustration, a person of ordinary skill in the art will appreciate that many variations and alterations to the following details are within the scope of the invention. Accordingly, the following preferred embodiments of the invention are set forth without any loss of generality to, and without imposing limitations upon the claimed invention. Further, in the following detailed description of the preferred embodiments, reference is made to the accompanying drawings that form a part hereof, and in which are shown by way of illustration specific embodiments in which the invention may be practiced. It is understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the present invention.

The leading digit(s) of reference numbers appearing in the Figures generally corresponds to the Figure number in which that component is first introduced, such that the same reference number is used throughout to refer to an identical component that appears in multiple figures. Signals and connections may be referred to by the same reference number or label, and the actual meaning will be clear from its use in the context of the description. In the descriptions herein, reference numbers in the various figures that are not explicitly described in the description of a particular respective figure refer to corresponding elements or signals that are as described for the same reference number in earlier-described figures.

According to the present invention, a relatively low-power Q-switched pulse from a "master oscillator" laser is used as the seed signal that is amplified by an optical-power amplifier

in a highly pumped master-oscillator power-amplifier system that includes optical-fiber and/or optical-rod gain media for at least some of the laser and/or gain sections (the one or more gain sections after the master oscillator are referred to herein as the amplifier chain). Some such systems are used as pulsed illuminators for image acquisition. In some embodiments, the output pulses are on the order of 1 microsecond full-width half-maximum (FWHM) in duration. In other embodiments, the pulse duration is between about 0.1 microsecond and about 10 microseconds. In yet other embodiments, the Q-switched seed pulse duration is as short as 1 to 2 nanoseconds. Conventional systems having high-amplification fiber or rod optical-gain media store large amounts of energy from a pump source until a pulse arrives such that the leading edge of the pulse is highly amplified and later portions of the pulse achieve lower amplification, which leads to pulse steepening and high peak power, which lead to undesirable non-linear effects such as SBS. One way to address this is to provide an optical modulator configured to amplitude-modulate a laser signal to form the seed pulse, and to thus ramp the seed pulse from an initially low intensity (which experiences the highest gain from the amplifier chain) to a high intensity later in the pulse (when the stored energy has been partially used up and accordingly there is less amplification from the amplifier chain).

In some embodiments, the present invention provides a seed pulse from a Q-switched laser cavity. In some embodiments, the Q-switched laser cavity is configured as a ring laser, while in other embodiments, a linear-laser-cavity configuration is used. When the Q-switch in the Q-switched laser cavity is opened (e.g., from fully closed to fully open), the intensity of the signal in the cavity builds over a time that is related to the cavity length (with each round trip through the gain medium, the pulse intensity increases until the energy stored in the cavity is depleted, and thus the cavity length and/or geometry at least in part controls the temporal pulse shape). In some embodiments, the Q-switch in the Q-switched laser cavity is driven by a temporally shaped pulse (e.g., a ramped pulse), in order to achieve additional control over the temporal shape of the seed pulse. In some embodiments, a bandpass wavelength filter is used in the Q-switched laser cavity to control the lasing wavelength and linewidth of the seed signal pulse such that the signal pulse is spectrally broad enough to prevent stimulated Brillouin scattering (SBS). In addition, the Q-switched seed pulse has a plurality of longitudinal lasing modes that make the seed pulse spectrally broad enough to prevent SBS.

In some embodiments, the systems described herein are combined with other systems or elements such that amplified output pulse is processed further (e.g., by further amplification such as described in U.S. Pat. No. 7,430,352 (Attorney Docket 5032.008US2) titled "MULTI-SEGMENT PHOTONIC-CRYSTAL-ROD WAVEGUIDES FOR AMPLIFICATION OF HIGH-POWER PULSED OPTICAL RADIATION AND ASSOCIATED METHOD" which issued Sep. 30, 2008; or by spectral-beam combining such as described in U.S. Pat. No. 7,386,211 titled "METHOD AND APPARATUS FOR SPECTRAL-BEAM COMBINING OF MEGAWATT-PEAK-POWER BEAMS FROM PHOTONIC-CRYSTAL RODS" which issued Jun. 10, 2008 and U.S. Pat. No. 7,199,924 titled "APPARATUS AND METHOD FOR SPECTRAL-BEAM COMBINING OF HIGH-POWER FIBER LASERS," which issued on Apr. 3, 2007; or by operating in a particular wavelength region such as described in U.S. patent application Ser. No. 12/018,193 titled "HIGH-ENERGY EYE-SAFE PULSED FIBER AMPLIFIERS AND SOURCES OPERATING IN ERBIUM'S L-BAND" filed Jan. 22, 2008 (which issued as U.S. Pat. No. 7,872,794 on Jan. 18, 2011); or by non-linear wavelength conversion such as an optical parametric oscillator (OPO) as described in U.S. Pat. No. 7,620,077 titled "APPARATUS AND METHOD FOR PUMPING AND OPERATING OPTICAL PARAMETRIC OSCILLATORS USING DFB FIBER LASERS" that issued Nov. 17, 2009, or by wavelength doubling, tripling, quadrupling, or quintupling as described in U.S. Pat. No. 7,471,705 titled "ULTRAVIOLET LASER SYSTEM AND METHOD HAVING WAVELENGTH IN THE 200-NM RANGE" that issued Dec. 30, 2008, or by Raman-wavelength lengthening and spectral-beam combining (SBC) such as described in U.S. patent application Ser. No. 12/624,327 titled "SPECTRALLY BEAM COMBINED LASER SYSTEM AND METHOD AT EYE-SAFER WAVELENGTHS" filed on Nov. 23, 2009 by Roy D. Mead (which issued as U.S. Pat. No. 8,441,718 on May 14, 2013); or by pointing the beam in a particular direction such as described in U.S. Pat. No. 7,429,734 titled "SYSTEM AND METHOD FOR AIRCRAFT INFRARED COUNTERMEASURES TO MISSILES" that issued Sep. 30, 2008, each of which is incorporated herein by reference. In some embodiments, the present invention uses one or more pump laser diodes that are driven by electrical current pulses generated by circuits such as described in U.S. Pat. No. 7,792,166 titled "APPARATUS AND METHOD FOR DRIVING LASER DIODES" that issued Sep. 7, 2010 to Lawrence A. Borschowa, which is also incorporated herein by reference.

FIG. **1**A is a block diagram of a generic subsystem **101**, according to some embodiments of the present invention. In some embodiments, subsystem **101** includes a Q-switched pulsed laser seed source **110** that outputs a seed pulse **91** (the intensity, in arbitrary units (A.U.), of an exemplary seed pulse versus time is graphed plot **81**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **98** (shown as graphed plot **88**). The Q-switched seed pulse **91** provides a gradual initial ramp increase having a finer granularity of control (better dynamic range) than pulses generated by conventional optical modulators. When the Q-switch in Q-switched laser seed source **110** opens (allows enough signal light through to overcome cavity losses such that lasing occurs) the seed pulse within and leaving the cavity relatively gradually increases in intensity in a manner that generates a pulsed seed signal, which, when amplified by one or more very-high-gain optical fiber amplifiers **112**, has a temporal shape that prevents excessive pulse steepening that otherwise occurs in the amplifier chain **112**. In some embodiments, the output pulse **98** after amplification by amplifier chain **112** has a slightly longer FWHM duration than did the seed pulse **91**; however, the pulse shape allows more complete energy extraction from the amplifier chain **112** than is possible using conventionally shaped pulses, as shown in the comparison of pulse shapes in FIG. **3**A and FIG. **3**B described below. In some embodiments, amplifier chain **112** includes a first fiber amplifier **113** that is optically pumped by a pump laser **115** that is optically coupled to the first fiber amplifier **113** by an optical fiber **114** in which the pump light propagates. In some embodiments, amplifier chain **112** includes one or more additional amplifier stages such as a second fiber amplifier **116** that is optically pumped by another pump laser **118** that is optically coupled to the second fiber amplifier **113** by another optical fiber **114** that conducts the pump light to amplifier **116**. In some embodiments, the amplified output pulse is delivered using a delivery fiber **117** (e.g., in some embodiments, this is a hollow-core fiber **117** having a fiber endcap **119** such as described in commonly assigned U.S. Pat. No. 7,379,648 titled "OPTICAL HOLLOW-CORE DELIVERY

FIBER AND HOLLOW-ENDCAP TERMINATION AND ASSOCIATED METHOD" that issued May 27, 2008, which is incorporated herein by reference).

FIG. **1B1** is a block diagram of a subsystem **102** that includes a Q-switched ring-laser seed source **120** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **102** is a portion of a larger system such as an image-acquisition system that includes an imaging device (not shown here) that acquires image information from a scene that is illuminated by pulsed output beam **98**. In some embodiments, subsystem **102** includes a rare-earth-doped fiber amplifier (REDFA) **121**, which is optically pumped by a pump laser **128** (such as a semiconductor laser diode). In some embodiments, REDFA **121** includes a polarization-maintaining erbium-doped fiber amplifier (EDFA) (such as is available from Coractive Inc., 2700 Jean-Perrin, Suite 121, Quebec (QC) Canada G2C1S9, part number Er-25-05-PM) and a pump-and-signal optical multiplexor (OMUX) **189** (such as is available from Micro-Optics, Inc., 43-A Newburgh Rd., Suite 101, Hackettstown, N.J. 07840 USA, part number PMWDM-EDFA-1-1-2-1-0). In some embodiments, pump laser **128** includes one or more continuous-wave (CW) laser diodes (such as 560-mW, 976-nm wavelength pump diode(s), which are available from JDS Uniphase Corporation, 430 N. McCarthy Blvd., Milpitas, Calif. 95035 USA, catalog number 30-7602-560) driven by DC (direct current) electrical current such that pump light is applied to REDFA **121** on a substantially continuous basis (i.e., the pump-light output is CW) as long as power is supplied to subsystem **102**; in other embodiments, pump laser **128** is driven by pulsed electrical current such that pump light is applied to REDFA **121** only just before a seed pulse is desired (e.g., on an as-demanded basis). In some embodiments, the signal output from REDFA **121** passes through a one-way optical isolator **122** (which helps ensure that signal light travels only in a single direction (clockwise in this figure)), a wavelength bandpass filter **123** (which helps set the signal light wavelength and linewidth), and a polarizer **124** (which helps polarize the signal light to obtain better signal-beam quality). In other embodiments, REDFA **121** and pump laser **128** are implemented in a single package gain block including electronics and drivers (in some embodiments, a MSA Compact Low Cost Pre-Amplifier EDFA (Gain Block), such as part number MOAPG20NQA12439, which is available from Lightwaves2020 Inc., 1323 Great Mall Dr., Milpitas, Calif. 95035 USA).

In some embodiments, isolator **122**, filter **123**, and polarizer **124** are combined into a single part (such as a custom narrow-band-pass fixed PM filter (with a wavelength of 1541.35 nm) integrated with a polarization-maintaining (PM) isolator (single polarization, single stage) for high-power applications and having a PANDA 1550 pigtail fiber, such as available from Micro-Optics, Inc., 43-A Newburgh Rd., Suite 101, Hackettstown, N.J. 07840 USA, part number PM-FF-1541.35 nm (CH-45-100 GHz)+SPFI-SS-2 (Standard 1550 nm Panda)-1-0-ECF-HP).

In some embodiments, an electronic Q-switch driver circuit **127** (which, in some embodiments, includes an optical switch driver such as described in U.S. Pat. No. 7,403,677, to Zhao, et al., which issued Jul. 22, 2008 titled "Fiberoptic reconfigurable devices with beam shaping for low-voltage operation," which is incorporated herein by reference, and such as available from Agiltron Inc., 15 Cabot Road, Woburn, Mass. 01801 USA, part number SWDR-112211112) is operatively coupled to, and controls the transparency and/or

absorption of, Q-switch **125**. In some embodiments, Q-switch **125** is configured as a one-by-two (1×2) optical switch (in this case, Q-switch **125** is implemented as a one-input, two-output optical multiplexor (OMUX), which, in some embodiments, includes an optical switch such as described in U.S. Pat. No. 7,403,677, and such as available from Agiltron Inc., 15 Cabot Road, Woburn, Mass. 01801 USA, part number NSSW-125115131) that directs signal light into dump **129** (e.g., a light absorber) when it is "off" and, when it is "on," directs signal light into output coupler **126**, which receives any signal light that exits the lower output of Q-switch **125** and transmits a portion as seed signal **91** and reflects a portion back to REDFA **121** to provide the lasing feedback to ring laser **120**. When Q-switch **125** is sufficiently open (and thus transparent or non-absorbing), enough signal light reaches output coupler **126** such that the portion that is reflected back to REDFA **121** is sufficient to sustain lasing and is amplified until the stored energy in REDFA **121** is depleted, thus forming a Q-switched pulse such as graphed in plot **81** of FIG. **1A**. In some embodiments, seed signal **91** is amplified by optical gain fiber **113** (which, in some embodiments, is a REDFA that is optically pumped by pump light from one or more pump laser diodes **118** that is delivered through one or more optical fibers **114** that are coupled to deliver pump light into optical gain fiber **113**), and then further amplified by optical gain medium **116** (which, in some embodiments, is optically pumped by pump light from one or more additional pump laser diodes **118** that is delivered through one or more additional optical fibers **114** that are coupled to deliver pump light into optical gain medium **116**). In some embodiments, optical gain medium **116** includes a REDFA or a rare-earth-doped rod (i.e., similar to an optical fiber but having a diameter that is sufficiently large (e.g., 1 mm or greater) that the rod substantially maintains its shape in situations where a conventional optical gain fiber would bend under its own weight). In some such embodiments, optical gain fiber **113** and/or optical gain medium **116** are photonic-crystal structures (i.e., photonic-crystal fibers (PCFs) or photonic-crystal rods (PCRs) or photonic-crystal ribbons, such as described in U.S. Pat. No. 7,400,804 which issued Jul. 15, 2008 titled "MONOLITHIC OR RIBBON-LIKE MULTI-CORE PHOTONIC-CRYSTAL FIBERS AND ASSOCIATED METHOD" having one or more large-mode-area cores or signal waveguides (e.g., waveguides having a diameter of 50 microns or more). In some embodiments, optical gain fiber **113** and/or optical gain medium **116** are multiply clad structures that have pump light launched (into a cladding layer) in a co-propagating direction (in the same direction as the signal light) and/or in a counter-propagating direction (in the opposite direction as the signal light). In some embodiments, the delivery fiber **117** and endcap **119** are as described above for FIG. **1A**. In some embodiments, subsystem **102** further includes a controller circuit, not shown here (e.g., a programmed microcontroller), operatively coupled to the Q-switch driver circuit **127** and to pump lasers **118** and **128** that controls timing, pulse intensity levels and the like, and an electrical power supply, also not shown here, that supplies electrical current to the controller circuit, the Q-switch driver circuit **127**, and pump lasers **118** and **128**.

In some embodiments, subsystem **101** of FIG. **1A** or subsystem **102** of FIG. **1B1** (or any of the other subsystems in the other Figures described herein), as well as their respective controller circuits and power supplies, are mounted in or to a vehicle, as shown in FIG. **4A** and FIG. **4B** described below (such as an underwater vehicle (e.g., a submarine), a surface vessel (such as a destroyer, missile cruiser or aircraft carrier),

an aircraft (such as a helicopter or jet fighter), and/or a land vehicle (such as a Humvee® or tank)), or building or bunker facility.

Pulses with durations less than about 50 nsec are difficult to obtain from conventional Q-switched lasers because pulse duration is determined, at least in part, by the cavity length, and conventional Q-switched lasers have cavities at least several centimeters in length. The configurations of subsystem **103** (shown in FIG. **1**C**1** and FIG. **1**C**2** and described below) and subsystem **104** (shown in FIG. **1**D**1** and FIG. **1**D**2** and described below) can be used to obtain Q-switched pulses less than 50 nsec (and, in some embodiments, having FWHM pulse durations as short as 5 nsec or less or even as short as about 1 nsec). In some embodiments, such short-cavity-length Q-switched lasers are used as single-frequency lasers, and lasers used as illuminators in LIDAR systems.

In some embodiments, the pulse-repetition rate is relatively low at about 10,000 to 20,000 pulses per second (pps). In some embodiments, this low repetition rate and short pulse duration (e.g., about 1 nsec) allows the use of lower-power pump lasers (e.g., in the range of 10 mW) to obtain very high-power output pulses (e.g., about 100 watts or more; since at 20,000 pps, the delay between pulses is about 50,000 nsec, and if the pulse is about 1 nsec and the efficiency is even as low as about 20%, the gain will be about 10,000 times; in some embodiments, the present invention uses wavelengths of about 1.8 to 2.1 microns and thulium doping to obtain efficiencies of 60 to 70%, yielding even higher output power with pump powers in the range of 10 mW, and yet higher output power with the use of higher pump power laser sources).

The use of Q-seed pulses (pulses from a Q-switched laser or pulses from one of the other systems described herein and having leading-edge temporal shapes that resemble Q-switched pulses) is one major factor of what allows the higher efficiencies and high power extraction of energy from the output fiber amplifiers **112**.

In other embodiments, longer Q-switched pulses are generated with the present invention, wherein in some embodiments, the pulses are longer in duration-about 100 nsec in duration. In some embodiments, the pulses are used to illuminate objects that are a long distance (e.g., about 20 to 30 miles (30 to 50 km)) away from the laser. In some embodiments, the pulse repetition rate is relatively low at about 10,000 to 20,000 pulses per second (pps).

In some embodiments, the laser system outputs relatively eye-safe wavelengths of about 1.5 microns to about 2.1 microns. In some such embodiments, a fiber amplifier having an optical fiber that is co-doped with thulium (Tm) and holmium (Ho) is used to obtain efficiencies of 40% to 50% at a wavelength of about 2 microns (in some such embodiments, lasing at a wavelength of about 2 microns is much more efficient that lasing at a wavelength of about 1.5 microns). In some embodiments, a fiber amplifier having an optical fiber that is doped with thulium is used to obtain efficiencies of 60% to 70% at a wavelength in the range of about 1.8 to 2.1 microns.

FIG. **1**B**2** is a block diagram of a subsystem **182** that includes a pumped-through-Q-switch ring-laser seed source **180** that outputs a seed pulse **62** that is amplified by high-power amplifier **112** that outputs an amplified pulse **68**, according to some embodiments of the present invention. In some embodiments, ring-laser seed source **180** includes a rare-earth-doped fiber amplifier (REDFA) **121**, such as described above for FIG. **1**B**1**, except that the pump light is delivered through an electrically controlled "1×N" (one-by-N way, wherein N is an integer value of two or more) optical switch (e.g., in some embodiments, a "1×2" (one-by-two way, wherein a first port of the switch is selectively optically connected to either a second port or to a third port) switch having one port on one side that is switchable under electrical control to be optically connected to a selected one of two ports on the other side, while in other embodiments, 1×3, 1×4, or other types of 1×N-way or M×N-way optical switches are used, wherein M and/or N have values larger than one). In some embodiments, REDFA **121** is pumped from both ends by directing pump light through Q-switch **1251** and Q-switch **1251** (e.g., in FIG. **1**B**2**, both connect light through the lower connection) during the times when no lasing output is desired, and then, when a Q-switched output pulse **62** is desired to be output through direct-connected fiber pigtail **72**, both Q-switch **1251** and Q-switch **1252** are switched to their other connection state (e.g., in FIG. **1**B**2**, both connect light through the upper connection). Using 1×2 (one-to-two) optical switches in this way not only provides the Q-switching function, but also protects the pump laser diodes **128** against damage from the Q-switched optical pulse, since both switches optically connect to the pump laser diodes only when the Q-switch is "off" relative to the generation of the signal pulse, and both switches optically disconnect from the pump laser diodes when the Q-switch is "on" relative to the generation of the signal pulse. In some embodiments, Q-switch **1251** and Q-switch **1252** are each configured as a 1×2 optical switch/modulator (in this case, Q-switch **1251** is implemented as a two-input, one-output optical switch and Q-switch **1252** is implemented as a one-input, two-output optical switch; and in some embodiments, each includes an optical "Nano-Switch"™ such as described in U.S. Pat. No. 7,403,677, which is incorporated herein by reference, and such as available from Agiltron Inc., 15 Cabot Road, Woburn, Mass. 01801, part number NSSW-125115131). The remaining parts in FIG. **1**B**2** are the same as corresponding part numbers of FIG. **1**B**1**. In some embodiments, a fiber Bragg grating (FBG) is included in the optical fiber connection between pump laser diodes **128** and their respective Q-switch **1251** and Q-switch **1252**, wherein the FBG is configured to transmit light of the pump wavelength and to block or disperse light of the signal wavelength of REDFA **121**, in order to further protect the pump laser diodes **128** from possible damage from amplified spontaneous emission (ASE) of REDFA **121** during the times between signal pulses. In some embodiments, the Q-switched output pulse **62** is amplified by amplifier chain **112** and output as amplified output pulse **68**.

FIG. **1**B**3** is a block diagram of a subsystem **183** that includes a pumped-through-Q-switched laser seed source **181** that outputs a seed pulse **63** that is amplified by high-power amplifier **112** that outputs an amplified pulse **67**, according to some embodiments of the present invention. In some embodiments, laser seed source **181** includes REDFA **121** such as described above for FIG. **1**B**1** and FIG. **1**B**2**, except the lasing cavity is designed as a two-reflector linear laser rather than as a ring laser. In some embodiments, a high-reflectivity FBG (HRFBG) **223** forms the reflector at one end (the left-hand end in FIG. **1**B**3**) and a partially transmissive and low-reflectivity FBG (LRFBG) **224** forms the reflector at the opposite end (the right-hand end in FIG. **1**B**3**). In some embodiments, REDFA **121** is pumped from both ends by directing pump light through Q-switch **1251** and Q-switch **1252** (e.g., in FIG. **1**B**3**, both connect light through the lower connection) during the times when no lasing output is desired, and then, when a Q-switched output pulse **63** is desired to be output through direct-connected fiber pigtail **72**, both Q-switch **1251** and Q-switch **1252** are switched to their other connection state (e.g., in FIG. **1**B**3**, both connect light

through the upper connection). In some embodiments, the Q-switched output pulse **63** is amplified by amplifier chain **112** and output as amplified output pulse **63**. In some embodiments (not shown), an additional polarizer and filter (such as polarizer **124** and/or filter **123**) are included within the cavity (between HRFBG **223** and LRFBG **224**) to provide polarization and/or additional filtering functionality. In some embodiments, an optical isolator is provided at the output of seed source **181** (e.g., between LRFBG **224** and fiber pigtail **72**) to provide protection for seed source **181** against amplified reflected pulses from amplifier chain **112**. Other aspects and reference-numbered elements of FIG. **1B3** are as described above in the descriptions of FIG. **1B1** and FIG. **1B2**.

FIG. **1B4** is a block diagram of a subsystem **185** that includes a pumped-through-Q-switch ring-laser seed source **184** that outputs a seed pulse **62** that is amplified by high-power amplifier **112** that outputs an amplified pulse **68**, according to some embodiments of the present invention. In some embodiments, pumped-through-Q-switch ring-laser seed source **184** is similar to pumped-through-Q-switch ring-laser seed source **180** of FIG. **1B2**, except that REDFA **121** is pumped from only one end (through optical switch **1251**, in a configuration similar to FIG. **1B2** except that optical switch **1252** is omitted) in pumped-through-Q-switch ring-laser seed source **184**, while the corresponding REDFA **121** in pumped-through-Q-switch ring-laser seed source **180** is pumped from both ends. In other embodiments (not shown), REDFA **121** is pumped from its other end (the output end when the seed source is lasing, in a configuration similar to FIG. **1B2** except that optical switch **1251** is omitted and optical switch **1252** is retained). Other aspects are the same as described above for FIG. **1B2**.

FIG. **1B5** is a block diagram of a subsystem **187** that includes a bleached pulse Q-switched seed source **197** that outputs a seed pulse **61** that is amplified by high-power amplifier **112** that outputs an amplified pulse **64**, according to some embodiments of the present invention. In some embodiments, the Q-seed source **197** includes a bleached pulse amplifier that itself acts as a Q-switch, wherein the cavity includes a bleaching fiber segment **196** whose transparency increases over time when a sufficiently high-power pulse is propagated through it, and the resulting output pulse has a more slowly increasing amplitude as the lasing light intensity increases due to the changing transparency of the bleaching fiber segment **196** (e.g., in some embodiments, a saturable absorber that prevents the onset of lasing until a calculable amount of pump energy, received into the gain medium **191**, has been stored. The onset of lasing produces a high-intensity optical field within the cavity, which quickly saturates the saturable absorber of loss, increasing a cavity Q and resulting in a Q-switched output pulse **61**. In some embodiments, saturable absorber **196** may be axially less than one millimeter long, which is desirable in some short-pulse and micro-laser applications, such as described in U.S. Pat. No. 7,203,209 to Young et al. or U.S. Pat. No. 4,778,237 to Sorin et al., which are hereby incorporated by reference in their entirety) that increases in transparency over time as a reaction to the high-power Q-switched pulse buildup (of signal **192**) that uses the pump power stored in the gain medium **191** (e.g., in some embodiments, an electrically pumped (via a plurality of electrical leads **193** (electrically conductive pins or surface-mount solderable connections that supply electrical power and/or control signals such as described for FIG. **1D1** below)) semiconductor gain medium, or in other embodiments, an optically pumped semiconductor or optical-fiber gain medium). In some embodiments, the pulses generated by subsystem **187** are "free running" in that their timing is controlled by the timing of optical power build up due to input from gain medium and the bleaching characteristics of element **196**. In some other embodiments, an optical modulator (e.g., an AOM or EOM, not shown) is included in the lasing cavity (e.g., adjacent to, and in series with, saturable-absorber element **196**) and is driven by a pulse generator that helps determine if and when the light from the gain medium is allowed to reach the saturable-absorber element **196** such that Q-switching operation is enabled. Other aspects are as described above.

FIG. **1C1** is a schematic diagram of a subsystem **103** that includes a miniature and/or modularized Q-switched laser seed source **130** that outputs a seed pulse **91** that is amplified by optical amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, an optical-gain device **131** having gain medium and one mirror are packaged together (e.g., in a "butterfly" package having a plurality of electrical leads **133** (electrically conductive pins or surface-mount solderable connections that supply electrical power and control signals to device **131**, and that optionally output diagnostic signals such as laser optical power, temperature and the like from device **131**) and one or more optical outputs **132** (e.g., an optical fiber pigtail or other optical coupler, which carries both the rightward-propagating output signal and the left-ward-propagating feedback signal)). In some embodiments, the optical output **132** is optically coupled to a modulator **134** (i.e., an optical modulator that is external to the most intimate package of device **131**) that acts as the Q-switch and that is optically coupled to an output coupler **136** (such as a fiber Bragg grating (FBG) that provides an optical-filter function by reflecting a controlled predetermined wavelength and linewidth portion of the signal back through modulator **134**, when this modulator is "open" (transparent to signal light), to the gain medium of device **131**, which then controls the Q-switch seed signal lasing mode). Output coupler **136** also transmits a portion of the signal as seed signal **91**, which is then amplified by amplifier chain **112** and output as signal **98**.

FIG. **1C2** is a block diagram of subsystem **103** that includes Q-switched laser seed source **130** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. FIG. **1C2** is another depiction showing additional detail of one embodiment of the system **103** shown in FIG. **1C1**, and the same reference numbers in the two figures refer to elements and signals that are the same. In some embodiments, device **131** is a conventional semiconductor laser diode that has been specially modified by adding an anti-reflective coating to its output facet in order to prevent lasing feedback unless and until sufficient feedback light from output coupler **136** is transmitted forward and back through Q-switch modulator **135**. In some embodiments, a Q-switch driver **137** provides an electrical control signal to control the optical transmission properties of Q-switch modulator **135**. Other aspects of the subsystem **103** of FIG. **1C2** are as described above.

FIG. **1D1** is a schematic diagram of a subsystem **104** that includes a flat-pack packaged semiconductor-laser-based Q-switched laser seed source **140** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **104** is substantially similar in function to subsystem **103** of FIG. **1C1**, except that substantially all of the optical components of Q-switched laser seed source **140** are packaged in or on a single package that provides the electrical and optical connectivity to the contained components. In some embodi-

ments, Q-switched laser seed source **140** (e.g., in some embodiments, this is in a "butterfly" package having a plurality of electrical leads **143** (electrically conductive pins or surface-mount solderable connections that supply electrical power and/or control signals to optical-gain device **141** and/or Q-switch driver **147** (see FIG. **1**D**2**), and that optionally output diagnostic signals such as laser optical power, temperature and the like from device **141** or other components of Q-switched laser seed source **140**)) includes an optical-gain device **141** having a gain medium and one mirror. In some embodiments, the optical output from optical-gain device **141** is optically coupled to an internal modulator **145** (i.e., an optical modulator that is internal to the package of Q-switched laser seed source **140**) that acts as the Q-switch and that is optically coupled to an output coupler **146** (such as a fiber Bragg grating (FBG) that provides an optical-filter function by reflecting a controlled predetermined wavelength and linewidth portion of the signal back to the gain medium of device **141**, which then controls the Q-switch seed-signal lasing mode). Output coupler **146** also transmits a portion of the signal through lens **142** and optional output ferrule **149** as seed signal **91** in fiber **71**, which is then amplified by amplifier chain **112** and output as signal **98**.

In some embodiments of the invention, subsystem **104** is implemented in a single package having a volume of no more than 6 $cm^3$ (e.g., 3 cm by 2 cm by 1 cm). In other embodiments, the single package has a volume of no more than 20 $cm^3$. In other embodiments, the single package has a volume of no more than 10 $cm^3$. In other embodiments, the single package has a volume of no more than 8 $cm^3$. In other embodiments, the single package has a volume of no more than 5 $cm^3$. In other embodiments, the single package has a volume of no more than 4 $cm^3$. In other embodiments, the single package has a volume of no more than 3 $cm^3$. In other embodiments, the single package has a volume of no more than 2 $cm^3$. In other embodiments, the single package has a volume of no more than 1 $cm^3$.

In some embodiments of the invention, subsystem **104** outputs (through optical fiber **71**) a seed-signal pulse **91** having a full-width half-maximum (FWHM) duration of no more than 50 nsec. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of no more than 40 nsec. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of no more than 30 nsec. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of no more than 20 nsec. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of no more than 10 nsec. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of no more than 5 nsec. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of less than 5 nsec.

In some embodiments of the invention, subsystem **104** outputs a seed-signal pulse **91** having a full-width half-maximum (FWHM) duration of between 40 nsec and 50 nsec inclusive. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of between 30 nsec and 40 nsec inclusive. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of between 20 nsec and 30 nsec inclusive. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of between 10 nsec and 20 nsec inclusive. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of between 5 nsec and 10 nsec inclusive. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of between 3 nsec and 5 nsec inclusive. In other embodiments, the output seed-signal pulse **91** has an FWHM duration of between 1 nsec and 3 nsec inclusive.

FIG. **1**D**2** is a block diagram of subsystem **104** that includes Q-switched laser seed source **140** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. FIG. **1**D**2** is another depiction showing additional detail of one embodiment of the system **104** shown in FIG. **1**D**1**, and equal reference numbers in the two figures refer to elements and signals that are the same. In some embodiments, optical-gain device **141** is a conventional semiconductor laser diode (an optical gain medium and reflector(s)) that has been specially modified by adding an anti-reflective coating to its output facet in order to prevent lasing feedback unless and until sufficient feedback light from output coupler **146** is transmitted forward and back through Q-switch modulator **145**. In some embodiments, Q-switch modulator **145** includes a semiconductor optical amplifier that absorbs light of the signal wavelength unless electrical power is supplied, in which case the semiconductor becomes transparent to, or even amplifying of, the signal wavelength. In some embodiments, a Q-switch driver **147** provides an electrical control signal to control the optical transmission and/or amplification properties of Q-switch modulator **145**. Other aspects of the subsystem **104** of FIG. **1**D**2** are as described above. In some embodiments (not shown), the Q-switch driver **147** is implemented off chip (in a package that is not in the enclosure for the optical components of Q-switched laser seed source **140**). In some embodiments (not shown), lens **142** and ferrule **149** are omitted and the output of feedback-element grating **146** (e.g., in some embodiments, implemented using a fiber Bragg grating) is a directly connected fiber pigtail **71** that extends from the package of seed source **140**.

FIG. **1**E**1** is a schematic diagram of a subsystem **105** that includes a flat-pack packaged rare-earth-doped-laser-based Q-switched laser seed source **150** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **105** is somewhat similar in function to subsystem **103** of FIG. **1**C**1** and subsystem **104** of FIG. **1**D**1**, except that the electrically pumped semiconductor laser-diode gain medium **141** or **131** of the above-described subsystems has been replaced optically pumped rare-earth-doped optical waveguide (REDOW) planar gain medium **151** that, in some embodiments, is optically pumped by a semiconductor-diode pump laser **158** that is coupled into the REDOW gain medium **151** by dichroic mirror **153**. In some embodiments, as shown here, the optical signal wavelength is transmitted by dichroic mirror **153** and the pump wavelength is reflected by dichroic mirror **153** (in other embodiments, the positions of Q-switch **155** and its high-reflectivity (HR) mirror and pump laser **158** are swapped and in that case the optical signal wavelength is reflected by dichroic mirror **153** and the pump wavelength is transmitted by dichroic mirror **153**; such a configuration reduces the possibility of damage to the dichroic mirror **153** since the higher-power signal pulse is reflected and does not travel through the dichroic mirror **153**, and the lower-power pump laser beam is transmitted through the dichroic mirror **153**). In some embodiments, a filter-and-output coupler **156** reflects a predetermined wavelength and linewidth portion of the signal light for lasing feedback and transmits the remaining seed-signal pulse light through lens **152** and fiber-coupling ferrule **159** as seed signal **91** into seed-signal fiber **71**. Accordingly, when Q-switch **155** becomes sufficiently transparent, a lasing cavity is formed between the HR mirror **154** on the left and the output coupler **156** toward the right, with optically pumped gain medium **151** providing the optical

gain. In some embodiments, the optical components of Q-switched laser seed source **150** are packaged in or on a single package that provides the electrical and optical connectivity to the contained components.

In some embodiments, erbium-doped planar waveguides are used in various embodiments of the present invention. One advantage of an erbium-doped planar waveguide is that it is very compact, since it is compatible with state-of-the-art silicon technology, and the storage time (the 1/e decay time of the upper excited state from which amplification occurs) of erbium is about 10 milliseconds (msec). Some embodiments of the present invention use planar waveguides, gratings, couplers, and/or lasers similar to those described in one or more of the following patents: U.S. Pat. No. 7,532,656 issued May 12, 2009 to Yang, et al. titled "ALL-SILICON RAMAN AMPLIFIERS AND LASERS BASED ON MICRO RING RESONATORS," U.S. Pat. No. 6,330,388 issued Dec. 11, 2001 to Bendett, et al. titled "METHOD AND APPARATUS FOR WAVEGUIDE OPTICS AND DEVICES," U.S. Pat. No. 6,636,678 issued Oct. 21, 2003 to Bendett, et al. also titled "METHOD AND APPARATUS FOR WAVEGUIDE OPTICS AND DEVICES," U.S. Pat. No. 6,970,494 issued to Bendett, et al. on Nov. 29, 2005 titled "RARE-EARTH DOPED PHOSPHATE-GLASS LASERS AND ASSOCIATED METHODS," U.S. Pat. No. 6,813,405 issued Nov. 2, 2004 to Bendett, et al. titled "COMPACT APPARATUS AND METHOD FOR INTEGRATED PHOTONIC DEVICES HAVING FOLDED DIRECTIONAL COUPLERS," and U.S. Pat. No. 6,493,476 issued Dec. 10, 2002 to Bendett titled "APPARATUS AND METHOD FOR INTEGRATED PHOTONIC DEVICES HAVING GAIN AND WAVELENGTH-SELECTIVITY," which are incorporated herein by reference. Some embodiments of the present invention use planar waveguides similar to those described in "Coefficient determination related to optical gain in erbium-doped silicon-rich silicon oxide waveguide amplifier" by H.-S. Han et al., *Appl. Phys. Lett.* 81, 3720 (2002), or P. G. Kik, A. Polman "Exciton-erbium energy transfer in Si nanocrystal-doped $SiO_2$": Materials Science and Engineering B81 (2001) 3-8, or P. G. Kik, A. Polman "Exciton-erbium energy transfer in Si nanocrystal-doped $SiO_2$": J. Appl. Phys., Vol. 88, No. 4, pp 1992-1998, 15 Aug. 2000, which are each incorporated herein by reference.

FIG. **1**E**2** is a block diagram of subsystem **105** that includes Q-switched laser seed source **150** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, Q-switched laser seed source **150** (e.g., in some embodiments, this is in a "butterfly" package having a plurality of electrical leads (electrically conductive pins or surface-mount solderable connections that supply electrical power and/or control signals to pump-diode laser **158** and/or Q-switch driver **157**, and that optionally output diagnostic signals (not shown here) such as laser optical power, temperature and the like from pump-diode laser **158** or other components of Q-switched laser seed source **150**)) includes an optical-gain device **151** having an optically pumped gain medium (e.g., a rare-earth-doped waveguide formed on (or in) a planar glass or silicon substrate) that is optically pumped using light from pump laser diode **158**. In some embodiments, optical-gain device **151** includes a lens or other focussing element (e.g., a GRIN (gradient-index) focussing element) at each end of its optical waveguide. In some embodiments, the optical output from optical-gain medium **151** is optically coupled at one end through dichroic mirror **153** to an internal electrically pumped semiconductor-diode optical amplifier **155** (i.e., an optical amplifier that is internal to the package of Q-switched

laser seed source **150**) that acts as the Q-switch and that is optically coupled to an HR mirror **154** which forms the left end of the laser optical cavity bounded at the opposite end by output coupler **156** (such as a fiber Bragg grating (FBG) that provides an optical-filter function by reflecting a controlled predetermined wavelength and linewidth portion of the signal back to the optical-gain medium **151**, which then controls the Q-switch seed-signal lasing mode). When optical amplifier **155** is supplied with sufficient electrical power, optical amplifier **155** becomes transparent to, or amplifying of, light of the signal wavelength and the Q-switch is "on", but when insufficient electrical power or no electrical power is applied, optical amplifier **155** becomes absorbing of light of the signal wavelength and the Q-switch is "off". Output coupler **156** also transmits a portion of the signal through lens **152** and optional output ferrule **159** as seed signal **91** in fiber **71**, which is then amplified by amplifier chain **112** and output as signal **98**. In other embodiments, a Mach-Zehnder device, or the like, is used in place of the semiconductor optical amplifier **155** as the Q-switch unit. In some embodiments (not shown), the Q-switch driver **157** is implemented off chip (in a package that is not in the enclosure for the optical components of Q-switched laser seed source **150**). In some embodiments (not shown), lens **152** and ferrule **159** are omitted and the output of feedback-element grating **156** (e.g., in some embodiments, implemented using a fiber Bragg grating) is a directly connected fiber pigtail **71** that extends from the package of seed source **150**.

FIG. **1**E**3** is a block diagram of an alternative subsystem **105'** that includes Q-switched laser seed source **150'** that uses an optically pumped planar waveguide optical amplifier **155'** as a Q-switch and outputs a seed pulse **91**, which is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **105'** is substantially similar to subsystem **105** of FIG. **1**E**2** described above, except that electrically pumped semiconductor-diode optical amplifier **155** that acts as the Q-switch in subsystem **105** of FIG. **1**E**2** is replaced by optically pumped planar waveguide optical amplifier **155'** and its semiconductor laser-diode Q-switch pump source **158'**. When optical amplifier **155'** is supplied with sufficient optical pump light from Q-switch pump source **158'**, optical amplifier **155'** becomes transparent to, or amplifying of, light of the signal wavelength and the Q-switch is "on", but when insufficient optical pump light or no pump light is applied, optical amplifier **155'** becomes absorbing of light of the signal wavelength and the Q-switch is "off". When the Q-switch is "off", the energy from signal pump diode **158** is stored in the rare-earth dopant ions in optical-gain medium **151**. Then, when the Q-switch is turned on, lasing begins and the stored energy in optical-gain medium **151** is output as seed signal pulse **91**.

In some embodiments, planar-waveguide technology is used wherein the pump-laser diode can also be incorporated in the silicon-waveguide technology used for a planar wavelength-division multiplexer (WDM), wherein the pump laser diode can be bud-coupled to the pump waveguide on the planar optical substrate. See, e.g., H.-S. Han et al., *Appl. Phys. Lett.* 81, 3720 (2002), or P. G. Kik, A. Polman "Exciton-erbium energy transfer in Si nanocrystal-doped $SiO_2$": Materials Science and Engineering B81 (2001) 3-8, or P. G. Kik, A. Polman "Exciton-erbium energy transfer in Si nanocrystal-doped $SiO_2$": J. Appl. Phys., Vol. 88, No. 4, pp 1992-1998, 15 Aug. 2000, which are each incorporated herein by reference.

In some embodiments, the Q-switch planar waveguide optical amplifier **155'** is doped with a rare-earth element such as Tm (thulium) that absorbs signal light of about 1550 nm

unless sufficient Q-switch pump light is supplied (e.g., light of about 780 nm supplied by a semiconductor laser diode **158'**, and the signal-amplifier planar waveguide optical amplifier **155'** is doped with Er (erbium) or co-doped with YbEr (ytterbium and erbium) that amplifies signal light of about 1550 nm when its pump light is supplied by semiconductor laser diode **158**. In other embodiments, the rare-earth dopant for the signal-light gain chip **155'** is selected for a particular desired lasing wavelength of the Q-switched seed pulse. In some embodiments, $Yb^{3+}$ is used as the dopant in some or all of the glass gain media (e.g., planar substrates for planar waveguide optical amplifier **155'**, or glass gain fibers or gain rods for amplifier chain **112**) for lasing at various signal wavelengths in the range of 980 to 1100 nm (such as 1060 nm); in other embodiments, $Er^{3+}$, $Nd^{3+}$, and $Pr^{3+}$ are used for other wavelength ranges, and generally can each have a tuning range of 30 nm or even as much as 50 nm in three-level or four-level lasers and amplifiers. In some embodiments (not shown), the Q-switch driver **157** is implemented off chip (in a package that is not in the enclosure for the optical components of Q-switched laser seed source **150'**). In some embodiments (not shown), lens **152** and ferrule **159** are omitted and the output of feedback-element grating **156** (e.g., in some embodiments, implemented using a fiber Bragg grating) is a directly connected fiber pigtail **71** that extends from the package of seed source **150'**.

FIG. **1F1** is a schematic diagram of a subsystem **106** that includes a flat-pack packaged rare-earth-doped-laser-based Q-switched ring-laser seed source **160** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, ring-laser seed source **160** includes a plurality of signal reflectors (mirrors **1610** and/or **1611** being highly reflective of light of the signal wavelength, dichroic mirror **163** that reflects light of the signal wavelength and transmits light of the pump wavelength, and output coupler beam splitter **164** which partially reflects and partially transmits light of the signal wavelength) that form a ring optical-signal path. In the ring optical-signal path, the signal wavelength encounters and is amplified by an optically pumped gain medium **161** (in some embodiments, substantially similar to gain medium **151** of FIG. **1E1**), reflects off dichroic mirror **163** (which transmits light of the pump laser **168** in a counter-propagating direction into optically pumped gain medium **161**); in some embodiments, the signal light also is selectively passed through Q-switch **165** and FIP (a combined filter-isolator-polarizer) optical element **166** (in some embodiments, FIP optical element **166** includes a filter and/or isolator and/or polarizer for light of the signal wavelength). In some embodiments, when the Q-switch **165** opens, lasing starts in a single direction and at a wavelength and linewidth (and optionally at a polarization) determined by FIP optical element **166**. In some embodiments, the various components in the ring signal path are moved to other legs (e.g., in some embodiments, FIP optical element **166** is positioned after optical amplifier **161** (in the left leg between dichroic mirror **163** and mirror **1610**, or in the bottom leg between mirror **1610** and output coupler **164** as shown in FIG. **1F2** described below) and before the amplified signal reaches the output coupler **164** in order to further "clean up" the amplified signal from optical amplifier **161** before it leaves ring-laser seed source **160**).

FIG. **1F2** is a block diagram of subsystem **106** that includes Q-switched ring-laser seed source **160** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, Q-switched ring-laser seed source **160** (e.g., in some embodiments, this is packaged in a "butterfly" package having a plurality of electrical leads (electrically conductive pins or surface-mount solderable connections that supply electrical power and/or control signals to pump-diode laser **168** and/or Q-switch driver **167**, and that optionally output diagnostic signals (not shown here) such as laser optical power, temperature and the like from pump-diode laser **168** or other components of Q-switched laser seed source **160**)) includes an optical-gain device **161** having an optically pumped gain medium (e.g., a rare-earth-doped waveguide formed on (or in) a planar glass or silicon substrate) that is optically pumped using light from pump laser diode **168**. In some embodiments, optical-gain device **161** includes a lens or other focussing element (e.g., a GRIN focussing element) at each end of its optical waveguide. In some embodiments, the optical output from optical-gain medium **161** is optically coupled at one end to reflect in a single direction (counterclockwise in this figure) off dichroic mirror **163** through internal optical-amplitude modulator **165** (in some embodiments, a semiconductor optical amplifier that is internal to the package of Q-switched laser seed source **160**) that acts as the Q-switch and that is optically coupled to reflect from HR mirror **1610** through optical element **166** (which, in some embodiments, includes a bandpass filter that determines the wavelength and linewidth of the lasing signal and/or an isolator that forces the lasing to be unidirectional around the ring and/or a polarizer that polarizes the lasing signal) to an output coupler mirror **164** (a partially reflective and partially transmissive mirror), where the reflected portion is coupled to another HR mirror **1611** in the upper right corner of the FIG. **1F2** diagram that directs the feedback signal back into the gain element **161**. This optical-signal path forms a ring-laser optical cavity, which then controls the Q-switch seed-signal lasing mode. Output coupler **164** also transmits a portion of the signal through lens **162** and optional output ferrule **169** as seed signal **91** in fiber **71**, which is then amplified by amplifier chain **112** and output as signal **98**. In some embodiments (not shown), the Q-switch driver **167** is implemented off chip (in a package that is not in the enclosure for the optical components of Q-switched laser seed source **160**). In some embodiments (not shown), lens **162** and ferrule **169** are omitted and the output of filter-isolator-polarizer **166** (e.g., in some embodiments, implemented using a fiber Bragg grating) is a directly connected fiber pigtail **71** that extends from the package of seed source **160**.

FIG. **1F3** is a block diagram of an alternative subsystem **106'** that includes Q-switched laser seed source **160'** that uses an optically pumped planar waveguide optical amplifier **165'** as a Q-switch and outputs a seed pulse **91**, which is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **106'** is substantially similar to subsystem **106** of FIG. **1F2** described above, except that the electrically pumped semiconductor-diode optical amplifier **165** that acts as the Q-switch in subsystem **106** of FIG. **1F2** is replaced by an optically pumped planar waveguide optical amplifier **165'** and its semiconductor laser-diode Q-switch pump source **168'**, and the geometry and location of some of the optical elements in the ring have changed. In some embodiments, signal pump diode **168** provides laser pump light that is reflected by dichroic mirror **163'** into the signal gain element **165** (in some embodiments, signal gain element **165** includes planar substrate having a rare-earth-doped signal-amplifying waveguide formed in or on one surface), while signal light is transmitted through dichroic mirror **163'** into the signal Q-switch element **165'**. When optical amplifier

**165'** is supplied with sufficient optical pump light from Q-switch pump source **168'** (which outputs pump light only when a sufficient electrical signal is supplied from Q-switch driver circuit **167'**), optical amplifier **165'** becomes transparent to and/or amplifying of, light of the signal wavelength and the Q-switch is "on", but when insufficient optical pump light or no pump light is applied, optical amplifier **165'** becomes absorbing of light of the signal wavelength and the Q-switch is "off". When the Q-switch is "off", the energy from signal pump diode **168** is stored in the rare-earth-dopant ions in the signal-amplifying optical-gain medium **165**. Then, when the Q-switch is turned on, lasing begins at the signal wavelength, linewidth, direction and polarization as determined by FIP optical element **166** and much of the stored energy in optical-gain medium **165** is output as seed signal pulse **91**. In some embodiments, the Q-switch planar waveguide optical amplifier **165'** is doped with a rare-earth element such as Tm (thulium) that absorbs signal light of about 1550 nm unless sufficient Q-switch pump light is supplied (e.g., light of about 780 nm supplied by a semiconductor laser diode **168'**, and the signal-amplifier planar waveguide optical amplifier **165** is doped with Er (erbium) or co-doped with YbEr (ytterbium and erbium) that amplify signal light of about 1550 nm when its pump light is supplied by semiconductor laser diode **168**. In other embodiments, the rare-earth dopant for the signal-light gain chip **165** is selected for a particular desired lasing wavelength of the Q-switched seed pulse. In some embodiments, $Yb^{3+}$ is used as the dopant in glass gain media (e.g., planar substrates for planar waveguide optical amplifier **165**, or glass fibers or rods for amplifier chain **112**) for lasing at various signal wavelengths in the range of 980 to 1100 nm (such as 1060 nm); $Er^{3+}$, $Nd^{3+}$, and $Pr^{3+}$ are used for other wavelength ranges, and generally can each have a tuning range of 30 nm or even as much as 50 nm. In some embodiments (not shown), the Q-switch driver **167'** is implemented off chip (in a package that is not in the enclosure for the optical components of Q-switched laser seed source **160'**). In some embodiments (not shown), lens **162** and ferrule **169** are omitted and the output of filter-isolator-polarizer **166** (e.g., in some embodiments, implemented using a fiber Bragg grating) is a directly connected fiber pigtail **71** that extends from the package of seed source **160'**.

FIG. **1G1** is a schematic diagram of a subsystem **1071** that includes a flat-pack packaged rare-earth-doped-laser-based Q-switched ring-laser seed source **170** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, the signal light in the Q-switched seed pulse ring laser **170** is routed using optical fibers that interconnect the various optical elements (rather than the free-space propagation and mirrors used in subsystem **106** of FIG. **1F1**). In other embodiments, the signal light in the Q-switched ring-laser seed source **170** is routed using planar waveguides (formed on a glass or silicon substrate) that interconnect the various optical elements of Q-switched seed pulse ring laser **170**. In some embodiments, ring-laser seed source **170** includes a plurality of curved waveguides (optical-fiber waveguides or planar waveguides), a wavelength-division multiplexer (WDM) **173** that transmits light of the signal wavelength from optical gain waveguide **171** toward Q-switch **175** which then selectively passes the signal light to optical element **176** (e.g., in some embodiments, optical element **176** includes a filter, an isolator and a polarizer). WDM **173** also transmits light of the pump wavelength from the pump laser **178** into optical gain waveguide **171**. In some embodiments, optical element **176** passes the signal light to output coupler beam splitter **174** which transmits part of the light of the signal wavelength as feedback into optical gain waveguide **171** and transmits the remainder of the light of the signal wavelength as the output seed pulse **91**. These optical elements form a ring-laser optical-signal path. In the ring optical-signal path, the signal wavelength encounters and is amplified by an optically pumped gain medium **171** (in some embodiments, substantially similar to gain medium **151** of FIG. **1E2**), is transmitted by WDM **173** (which transmits light of the pump laser **178** in a counter-propagating direction into optically pumped gain medium **171**) toward Q-switch **175**. In some embodiments, the signal light is then selectively passed through Q-switch **175**, which is controlled by Q-switch driver **177**, to FIP optical element **176** (in some embodiments, FIP optical element **176** includes a filter and/or isolator and/or polarizer for light of the signal wavelength). In some embodiments, when the Q-switch **175** opens, lasing starts in a single direction and at a wavelength and linewidth (and optionally at a polarization) determined by FIP optical element **176**. In some embodiments, the various components in the ring signal path of ring-laser seed source **170** are arranged in different orders or moved to other legs of the ring. In some embodiments, ring-laser seed source **170** is mounted in an electronic package having a plurality of solderable or socketable electrical connectors and that also includes an optical-fiber pigtail **72** that is directly connected to amplifier chain **112**. Note the difference between optical-fiber pigtail **72**, which is directly coupled to the output coupler **174**, and optical fiber **71** of FIG. **1F1**, which is connected via optical-connection ferrule **179** (which, in some embodiments, is disconnectable in order to be more readily reconfigured), and into which the free-space laser output signal of seed source **170** must be focussed using lens **172**.

FIG. **1G2** is a block diagram of subsystem **1072** that includes Q-switched ring-laser seed source **170** that outputs a seed pulse **91** that is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **1072** of FIG. **1G2** is substantially similar to subsystem **1071** of FIG. **1G1**, with the additional detail that Q-switch **175** is implemented as a semiconductor-diode optical amplifier that is driven by Q-switch driver circuit **177**.

FIG. **1G3** is a block diagram of an alternative subsystem **1073** that includes Q-switched laser seed source **170'** that uses an optically pumped planar waveguide optical amplifier **175'** as a Q-switch and outputs a seed pulse **91**, which is amplified by high-power amplifier **112** that outputs an amplified pulse **98**, according to some embodiments of the present invention. In some embodiments, subsystem **1073** of FIG. **1G3** is substantially similar to subsystem **1071** of FIG. **1G1**, with the additional detail that Q-switch **175** (see FIG. **1G1**) is implemented as an optically pumped optical amplifier **175'** that is pumped by laser diode **178'** that is electrically driven by Q-switch driver circuit **177'**. Unless optically pumped optical amplifier **175'** receives sufficient pump light from Q-switch pump laser diode **178'**, it absorbs signal light to such an extent that lasing in the ring does not occur, but when sufficient pump light is provided, optically pumped optical amplifier **175'** transmits enough signal for lasing to occur and a Q-switched seed-signal pulse is output. In some embodiments (not shown), the Q-switch driver **177'** is implemented off chip (in a package that is not in the enclosure for the optical components of Q-switched laser seed source **170'**). In some embodiments (not shown), lens **172** and ferrule **179** are omitted and the output of output coupler **174** is a directly connected fiber pigtail **71** that extends from the package of seed source **170'**.

In some embodiments, a standard Q-switch is not used, but rather quasi-Q-switching is used as described below for FIG. **2**A and FIG. **2**B. In some embodiments, all-glass quasi-Q-switching is used. In some embodiments, no PM (polarization-maintaining) fiber or components are required. In some embodiments of this design, the fiber length needs to be chosen appropriately, since the fiber length will affect the quasi-Q-switching due to the dependence of re-absorption of the signal wavelength as a function of the fiber wavelength (fiber length).

FIG. **2**A is a block diagram of subsystem **201** that includes quasi-Q-switched ring-laser seed source **210** that outputs a quasi-Q-switched seed pulse **90** that is amplified by high-power amplifier **112** that outputs an amplified quasi-Q-switched pulse **94**, according to some embodiments of the present invention. In some embodiments, seed source **210** includes a relatively high-power optically pumped optical amplifier (HPA) **211** that is pumped using pump laser light from a plurality of pump-wavelength laser diodes **118** that are optically coupled to optically pumped optical amplifier **211** using optical fibers **114**; the output from optically pumped optical amplifier **211** is coupled to output coupler **219** by an optical fiber, and when the ring lases, a quasi-Q-switched optical seed pulse **90** is delivered via optical fiber pigtail **72** to optical-amplifier chain **112**, which amplifies the seed pulse **90** to form amplified output pulse **94**. In some embodiments, a portion of the light going into output coupler **219** is directed as feedback signal into a relatively low-power optically pumped optical amplifier (LPA) **215** that acts as a quasi-Q-switch by absorbing a sufficient amount of signal light to prevent lasing in the ring when LPA **215** is not provided pump light (i.e., when the quasi-Q-switch is "off"), but then transmitting and/or amplifying the signal light in the ring when the quasi-Q-switch driver **217** provides electrical power to quasi-Q-switch pump diode **218**, which in turn provides optical pumping via optical fiber **214** to LPA **215**, which then amplifies, rather than absorbs, the signal light. In some embodiments, the LPA **215** has a small mode field diameter to reduce ASE feedback from the high power amp **211**. LPA **215** is pulsed pumped, which leads to transparency of the cavity when the pump is on.

In some embodiments, LPA **215** is not doped with the same rare-earth ion as is used for HPA **211**. For example, in some embodiments, the power amplifier is an erbium-doped fiber amplifier (EDFA) or an erbium-ytterbium co-doped fiber amplifier (EYDFA), and a thulium-doped fiber (TmDF) is used for LPA **215** since it absorbs in the C-band and L-band. In this case, the TmDF is pumped using pump light at a wavelength of 790 nm in order to cause the doped core of LPA **215** to stop absorbing the C-band and L-band signal light from HPA **211**, thus causing the quasi-Q-switch to open and emit the seed pulse **90**. An advantage of this particular case is that the storage time of Tm is 0.6 msec (instead of 10 msec for pure erbium if that dopant were to be used in LPA **215**). Therefore, in some embodiments, a TmDF enables higher repetition rates. However, in other embodiments, LPA **215** is doped with the same rare-earth ion as HPA **211** (e.g., in some embodiments, LPA **215** and HPA **211** both include an EDFA or EYDFA).

The low-power-amplified signal from LPA **215** then passes through FIP optical element **216** (which, in some embodiments, filters the wavelength and linewidth of, one-way isolates, and/or polarizes the signal light) and into the HPA **211**. In some embodiments, HPA **211** is implemented as a large-core, large-mode-area fiber having a mode-area diameter of at least 40 microns (e.g., a continuous-wave (CW) pumped optical fiber or rod), while LPA **215** is implemented as a small-core, small-mode-area fiber having a mode-area diameter of no more than 25 microns. In some embodiments, the smaller mode-area diameter of LPA **215** acts to suppress ASE feedback from HPA **211**.

FIG. **2**B is a block diagram of subsystem **202** that includes quasi-Q-switched linear-laser seed source **220** that outputs a quasi-Q-switched seed pulse **90** that is amplified by high-power amplifier **112** that outputs an amplified quasi-Q-switched pulse **94**, according to some embodiments of the present invention. In some embodiments, the laser cavity of seed source **220** is formed between a high-reflectivity fiber Bragg grating (HRFBG) **223** on one end and a low-reflectivity fiber Bragg grating (LRFBG) output coupler **224** (which partially reflects a portion of the signal, and partially transmits a portion of the signal directed through it) on the opposite end. In some embodiments, seed source **220** includes a relatively high-power optically pumped optical amplifier (HPA) **221** that is pumped (in some embodiments, it is CW pumped, wherein the pump lasers are on substantially all the time when the subsystem **202** is in operation) using pump laser light from a plurality of pump-wavelength laser diodes **118** that are optically coupled to optically pumped optical amplifier **221** using optical fibers **114**; the amplified output from one end of optically pumped optical amplifier **221** is coupled to output coupler **224** by an optical fiber, and when the cavity lases, a quasi-Q-switched optical seed pulse **90** is delivered via optical fiber pigtail **72** to optical-amplifier chain **112**, which amplifies the seed pulse **90** to form amplified output pulse **94**. In some embodiments, a portion of the light (which was going toward the right in the diagram into output coupler **224**) is reflected as feedback signal back through HPA **221**, which amplifies it and passes the signal light through filter **226** into a relatively low-power optically pumped optical amplifier (LPA) **225** that acts as a quasi-Q-switch by absorbing a sufficient amount of signal light to prevent lasing in the ring when LPA **225** is not provided pump light (i.e., when the quasi-Q-switch is "off"), but then transmitting and/or amplifying the signal light in the cavity when the quasi-Q-switch driver **227** provides electrical power to quasi-Q-switch pump diode **228**, which in turn provides optical pumping via an optical fiber to LPA **225**, which then amplifies, rather than absorbs, the signal light in both directions—first toward HRFBG **223**, which reflects signal light having the wavelength and linewidth to which the fiber Bragg grating is tuned, and then back toward filter **226**. In some embodiments, filter **226** also provides wavelength and linewidth bandpass filtering to help remove amplified spontaneous emission (ASE) that otherwise would pass to LPA **225** from HPA **221** (leftward-traveling signal light in the diagram), and to HPA **221** from LPA **225** (rightward-traveling signal light in the diagram). In some embodiments, the ASE filtering provided by filter **226** increases performance of the quasi-Q-switch small-core amplifier (LPA **225**) since it reduces certain ASE wavelengths going from HPA **221** into LPA **225**, which could bleach the gain fiber in LPA **225**. In some embodiments, one or more of the optical elements **223**, **225**, **226**, **221**, **224** and/or the optical fibers that connect them to one another are polarizing or polarization-maintaining (PM) elements such that the quasi-Q-switched output seed signal **90** is polarized. The low-power, twice-amplified (amplified once in the leftward direction and amplified a second time in the rightward direction) signal from LPA **225** then passes through filter **226** (which, in some embodiments, polarizes and/or filters the wavelength and linewidth of the signal light) and into the HPA **221**. In some embodiments, HPA **221** is implemented as a large-core, large-mode-area fiber having a mode-area diameter of at least 40 microns (e.g., a continuous-wave (CW)

pumped optical fiber or rod), while LPA **225** is implemented as a small-core, small-mode-area fiber having a mode-area diameter of no more than 25 microns. In some embodiments, the smaller mode-area diameter of LPA **225** acts to further suppress ASE feedback from HPA **221**.

FIG. **3**A is a block diagram of a subsystem **301** that includes a conventionally modulated ramped-pulse laser seed source **50** that outputs a ramped seed pulse **92** (shown as graphed plot **82**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **93** (shown as graphed plot **83**). In some embodiments, seed source **50** includes a distributed-feedback laser (DFBL) that outputs a ramped seed pulse conventionally formed (e.g., by modulating the power input to the laser or by modulating the output laser beam from the laser to obtain a seed pulse having an intensity that starts at approximately zero amplitude and that increases over time to form seed pulse **92** (graphed plot **82** shows the intensity versus time for pulse **92**). Seed pulse **92** is coupled to amplifier chain **112** (in some embodiments, amplifier chain **112** includes three serially connected optic-fiber gain stages (i.e., the amplified output signal of the first stage is coupled as the input signal to the second stage, the amplified output signal of the second stage is coupled as the input signal to the third stage, the amplified output signal of the third stage is output signal **93** (graphed plot **83** shows the intensity versus time for pulse **93**). Due to the difficulty in obtaining good dynamic range (i.e., having the initial rising edge rise slowly enough), the seed pulse undergoes pulse steepening, where the initial part of the pulse is amplified to a great extent, resulting in excessive peak power (which can damage the gain fibers and/or non-linear broadening of the signal pulses) for a very small initial portion of the pulse, but ultimately resulting in lower-than-ideal total energy extraction from the amplifier chain **112** (spectral broadening results in a large portion of the linewidth of the pulse extending beyond the gain bandwidth of the gain medium (having wavelengths that are not amplified very much), meaning the gain medium is unable to amplify those wavelengths of the pulse—the energy extraction is then said to be "clamped"). In addition, a conventional DFBL source outputs a laser signal that has a narrow linewidth, which when amplified to the high powers desired for the present invention, results in stimulated Brillouin scattering (SBS) problems, often resulting in catastrophic damage to the fiber amplifiers and/or seed sources. Yet further, at very high-peak-power levels, the beam can undergo self-focusing behavior, also often resulting in catastrophic damage to the fiber amplifiers.

FIG. **3**B is a detailed graph **302** of two signals (the input seed pulse and output amplified pulse for amplifier chain **112** of FIG. **3**A), including a plot **82** showing the intensity-versus-time of ramped seed pulse **92** of FIG. **3**A, and a plot **83** showing the intensity-versus-time of the amplified pulse **93** of FIG. **3**A resulting from the pulse steepening of the initial part of seed pulse **92**.

FIG. **3**C is a block diagram of subsystem **101** (previously shown in FIG. **1**A) that includes a Q-switched laser seed source **110** that outputs a seed pulse **91** (shown as graphed plot **81**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **98** (shown as graphed plot **88**), according to some embodiments of the present invention. In various embodiments, subsystem **101** is implemented as any of the configurations shown in Q-switched seed source subsystems of FIG. **1**B**1**, FIG. **1**B**2**, FIG. **1**B**3**, FIG. **1**B**4**, FIG. **1**B**5**, FIG. **1**C**1**, FIG. **1**C**2**, FIG. **1**D**1**, FIG. **1**D**2**, FIG. **1**E**1**, FIG. **1**E**2**, FIG. **1**E**3**, FIG. **1**F**1**, FIG. **1**F**2**, FIG. **1**F**3**, FIG. **1**G**1**, FIG. **1**G**2**, FIG. **1**G**3**, or the quasi-Q-switched seed source subsystems of FIG. **2**A-FIG. **2**B as described with the respective figure descriptions above.

FIG. **3**D is a detailed graph **304** of two signals (the input Q-switched seed pulse and output amplified pulse for amplifier chain **112** of FIG. **3**C), including a plot **81** showing the intensity-versus-time of Q-switched seed pulse **91** of FIG. **3**C, and a plot **88** showing the intensity-versus-time of the amplified pulse **98** of FIG. **3**C, according to some embodiments of the present invention. As can be seen, the amplified output pulse retains the basic temporal shape of the seed pulse, avoiding pulse steepening and obtaining high energy extraction (because the linewidth of the initial pulse is not excessively narrow, SBS problems are avoided, and because high peak power (relative to the energy extraction) is avoided, non-linear spectral broadening is avoided, thus keeping the linewidth of the pulse within the gain bandwidth of the amplifier chain, and energy extraction is thus increased.

FIG. **3**E is a detailed graph **305** of two signals (corresponding to slightly different conditions and higher pump powers and amplification levels that still correspond to signals **91** and **98** of FIG. **3**C), including a plot **81** showing the intensity-versus-time of Q-switched seed pulse signal **91**, and a plot **87** showing the intensity-versus-time of the amplified pulse signal **98**, according to some embodiments of the present invention. In some embodiments, the output pulse has an energy of about 6 mJ and has a shape that does not have excessive pulse steepening, thus allowing high energy extraction and little or no non-linear problems.

Some embodiments of the method of the present invention further include providing a vehicle having an enclosure (see FIG. **4**A and FIG. **4**B); supplying electrical power; using the electrical power, controlling and powering one or more optical-fiber amplifiers having Q-seed lasers in a MOPA configuration; and controlling an output direction of the single output beam in one of a plurality of different possible directions relative to the vehicle.

FIG. **4**A is a block diagram of system **401** that includes a Q-seeded MOPA subsystem **100** mounted to a vehicle or facility **408**, according to some embodiments of the present invention. In various embodiments, Q-seeded MOPA subsystem **100** is implemented using the various apparatus and method embodiments as shown in subsystem **101** of FIG. **1**A, subsystem **102** of FIG. **1**B**1**, subsystem **182** of FIG. **1**B**2**, subsystem **183** of FIG. **1**B**3**, subsystem **103** of FIG. **1**C**1**, subsystem **104** of FIG. **1**D**1**, subsystem **105** of FIG. **1**E**1**, subsystem **106** of FIG. **1**F**1**, or subsystem **1071** of FIG. **1**G**1** (each of which provides a Q-switched laser seed pulse); subsystem **201** of FIG. **2**A or subsystem **202** of FIG. **2**B (each of which provides a quasi-Q-switched laser seed pulse); or subsystem **501** of FIG. **5**A, subsystem **502** of FIG. **5**B, or subsystem **506** of FIG. **5**F (each of which provides a Q-like seed pulse), and described herein. In some embodiments, system **401** includes vehicle or facility **408** (such as an airframe (e.g., helicopter, jet fighter, missile, autonomous flying vehicle or autonomous flying robot, or the like), a naval vessel (such as a destroyer, frigate, aircraft carrier, hovercraft, submarine or the like), land vehicle (such as a tank, Humvee®, or the like), or land facility (such as a laboratory, manufacturing plant, or bunker)). In some embodiments, vehicle or facility **408** holds one or more batteries and/or power supplies **418** that provide electrical power to the other components, one or more laser controllers **412**, one or more image-calculation and -analysis computers or circuits **414**, one or more signal processors **420**, one or more beam pointers **430** and/or one or more imagers **416** that acquire image information regarding a scene (one or more of these units may be omitted in some embodiments). In

some embodiments, each MOPA laser subsystem **100** includes a Q-switched-laser seed source. In some embodiments, the output beam **98** from MOPA laser subsystem **100** is pointed in a particular direction by beam pointer **430**, in order to provide illumination or signal light **99** for image acquisition (e.g., by beam spreading to cover the scene or by beam scanning to send optical pulses to each of a plurality of points to be imaged), LIDAR measurements (generally by sending a narrow beam pulse in one of a plurality of directions and measuring the time delay until a reflection pulse is detected—e.g., a pulse reflected from some scene or target **70**) and the like.

FIG. **4**B is a block diagram of system **402** that includes a plurality of Q-seeded MOPA subsystems **100** whose output beams **98** are combined in spectral-beam-combiner apparatus **440**, all mounted to a vehicle or facility **409**, according to some embodiments of the present invention. In various embodiments, each of the plurality of Q-seeded MOPA subsystems **100** is implemented using the various apparatus and method embodiments as shown in FIG. **1**A, FIG. **1**B**1**, FIG. **1**B**2**, FIG. **1**B**3**, FIG. **1**C**1**, FIG. **1**C**2**, FIG. **1**D**1**, FIG. **1**D**2**, FIG. **1**E**1**, FIG. **1**E**2**, FIG. **1**E**3**, FIG. **1**F**1**, FIG. **1**F**2**, FIG. **1**F**3**, FIG. **1**G**1**, FIG. **1**G**2**, FIG. **1**G**3**, FIG. **2**A, FIG. **2**B, FIG. **5**A, FIG. **5**B, or FIG. **5**F, and described herein. In some embodiments, system **402** of FIG. **4**B is substantially similar to system **401** of FIG. **4**A except that the spectral-beam combiner **440** allows spectral-beam combining (SBC) a plurality of pulses from the plurality of laser subsystems **100** into a single, much-higher-energy SBC output pulse **96**, which is then optionally pointed by optional beam pointer **430** to form output beam **95**. In some embodiments, system **402** includes vehicle or facility **409** (such as an airframe (e.g., helicopter, jet fighter, missile, autonomous flying vehicle or autonomous flying robot, or the like), a naval vessel (such as a destroyer, frigate, aircraft carrier, hovercraft, submarine or the like), land vehicle (such as a tank, Humvee®, or the like), or land facility (such as a laboratory, manufacturing plant, or bunker)). In some embodiments, vehicle or facility **409** holds one or more batteries and/or power supplies **418** that provide electrical power to the other components, one or more laser controllers **412**, one or more image calculation and analysis computers or circuits **414**, one or more signal processors **420**, one or more beam pointers **430** and/or one or more imagers **416** that acquire image information regarding a scene (one or more of these units may be omitted in some embodiments). System **402** also includes a plurality of MOPA laser subsystems **100** whose output beams are combined by SBC unit **440**. In some embodiments, each MOPA laser subsystem **100** includes a Q-switched seed source, wherein pulses from a plurality of such sources are synchronized in time (e.g., in some embodiments, to occur simultaneously or substantially simultaneously in order to increase beam brightness). In some embodiments, the output pulse beam **96** from SBC **440** is pointed in a particular direction as output beam **99** by beam pointer **430** (in some embodiments, this is under control of controller **412**), in order to provide illumination or signal light for image acquisition, LIDAR measurements and the like (e.g., in relation to scene or target **70**). The unique highly efficient energy extraction provided by the Q-seed MOPA sources provides unique capabilities and unique high-power and high-energy light pulses that make system **402** and system **401** a new combination not available using conventional laser-illuminator solutions.

FIG. **5**A is a schematic diagram of a subsystem **501** that includes a laser-and-serial/parallel-modulator combination (called a serial/parallel Q-like-seed-pulse generator) **510** that outputs a Q-like seed pulse **591** (i.e., a pulse having a temporal shape that resembles the temporal shape of a pulse from a Q-switched laser, and, in some embodiments, the pulse has a broad spectral linewidth similar to the linewidth obtained by a Q-switched laser) that is amplified by high-power amplifier **112** that outputs an amplified pulse **598**, according to some embodiments of the present invention. In some embodiments, serial/parallel Q-like-seed-pulse generator **510** includes a broadband laser device **511** whose operation (e.g., power level, temperature and the like) is controlled by system controller **5279**, and which outputs a CW laser signal **512** that is coupled into seed-input splitter **524** (in some embodiments, after passing through noise averager **540**). In the context of FIG. **5**A, a CW laser signal is a laser signal that has a substantially constant intensity (i.e., substantially constant except for a given amount of amplitude noise) over a period of time (e.g., in some embodiments, more than a second and perhaps more than 15 minutes, in order to obtain stable laser operation) that is very long as compared to the length of the final Q-like seed signal (which, in some embodiments, has an FWHM duration of no more than 1000 microseconds and perhaps no more than 10 microseconds).

In other embodiments of subsystem **501** of FIG. **5**A (as well as for some other embodiments of subsystem **502** of FIG. **5**B and of subsystem **506** of FIG. **5**F), rather than using a broadband laser, device **511** instead uses a controlled-linewidth amplified-spontaneous-emission (ASE) device such as described in U.S. Pat. No. 7,539,231 titled "APPARATUS AND METHOD FOR GENERATING CONTROLLED-LINEWIDTH LASER-SEED-SIGNALS FOR HIGH-POWERED FIBER-LASER AMPLIFIER SYSTEMS" issued May 26, 2009 to Eric C. Honea et al., which is incorporated herein by reference.

In still other embodiments, in contrast to using a broadband CW laser for device **511** of FIG. **5**A, a pulsed diode laser is used for device **511** into a subsystem otherwise similar to that of FIG. **5**A, and a chirp-slice arrangement (such as described in U.S. Pat. No. 7,701,987 titled "APPARATUS AND METHOD FOR GENERATING CHIRP-SLICE CONTROLLED-LINEWIDTH LASER-SEED SIGNALS" issued Apr. 20, 2010 to Matthias P. Savage-Leuchs et al. is used to generate a chirped laser pulse and to select a suitable time-slice portion of the chirped laser pulse that is then used as the input laser signal for one or more of the modulators **5251**, **5252** and **5253** of FIG. **5**A. Such a chirped seed pulse avoids SBS by changing the frequency (and thus the wavelength) of the pulse at a rate that is fast enough to avoid SBS. By selecting the temperature, the idle current supplied to the laser diode, and the pulse shape and magnitude of the current supplied to the laser diode, various parameters of the chirped laser signal can be adjusted. By selecting an appropriate start time and end time of the slice of the chirped pulse to be used, the starting wavelength and the amount of change of the wavelength can then be chosen by design. Then, by selecting the magnitude of the portions of the signal that is input to each of a plurality of amplitude modulators (by a suitable signal splitter **524**) and the start time of the electrical pulse driving each modulator (relative to the start time of the chirp slice), a great deal of control over the temporal shape, the spectral content (and its change over time), and the wavelength can be obtained.

In some embodiments, the signal from device **511** (in some embodiments, a broadband semiconductor laser or optical-waveguide-based laser as shown in FIG. **5**A, or, in other embodiments, from a controlled linewidth ASE source or sliced-chirp laser used in its place (as described more fully in U.S. Pat. Nos. 7,539,231 or 7,701,987 described above)) will have an undesirable amount of amplitude noise (i.e., short-

term variation in intensity or power). In some embodiments, such noise is reduced by noise averager **540** that divides the signal into a plurality of portions, then delays each portion by a different amount of time (e.g., by passing each portion through a different-length surface waveguide of a planar optical device or through an optical fiber of a different length), and then recombines (mixes) the delayed portions with each other. For example, if the input signal **512** is divided into 32 portions, each of which is delayed by a different incremental amount and then rejoined with the other portions, the resulting averaged signal **512'** may be viewed to be a 32-point moving average of the input signal **512**. In some embodiments, noise averager **540** includes a seed-mixing splitter that divides the signal **512** from device **511** into a plurality of portions (e.g., in various embodiments, 2, 4, 8, 16, 32, 64, or 128 or other suitable number of portions), wherein each portion is passed through its respective optical-fiber (or planar-waveguide) path **542** . . . path **544**, each one of the plurality of paths having a different length (as represented by the depiction of the plurality of paths **542** . . . **544** shown in FIG. **5**A, where straight path **542** is the shortest, deeply curved path **544** is the longest, and a plurality of other different-length paths having various intermediate lengths are also provided). The light from the plurality of paths **542** . . . **544** is then recombined with each other by seed-mixing combiner **549** to form noise-reduced averaged signal **512'**. Depictions of these signals are shown in FIG. **5**C described further below.

Referring again to FIG. **5**A, in some embodiments, the noise-reduced signal **512'** from noise averager **540** is coupled to seed-envelope splitter **524**, while in other embodiments, noise averager **540** is omitted and signal **512** from device **511** is directly coupled to seed envelope splitter **524**. As can be noted, seed-mixing splitter **541** is used to divide its input optical signal into a plurality of portions, each of which is subjected to a different delay before being recombined into a single signal **512'** by seed-mixing combiner **549**; in contrast, seed-envelope splitter **524** is used to divide its input optical signal into a plurality of portions, each of which is subjected to a different envelope (amplitude) modulation before being recombined into a single signal **591** by seed-output combiner **526**.

In various embodiments, seed-envelope splitter **524** outputs a minority portion of the optical initial seed signal **512** or **512'** (such as 1% in some embodiments (as in the embodiment shown here); or, in other embodiments, 0.1%, 0.2%, 0.5%, 2%, 5%, or 10% or other suitable minority portion of the initial seed signal **512** or **512'**) to optical signal path **513** (e.g., in some embodiments, optical signal path **513** includes an optical fiber that couples the signal from splitter **524** to modulator **5251**). Seed-envelope splitter **524** outputs a majority portion of the initial seed signal **512** or **512'** (such as 99% in some embodiments (as in the embodiment shown here); or, in other embodiments, 99.9%, 99.8%, 99.5%, 98%, 95%, or 90% or other suitable majority portion of the input signal) to optical signal path **514** (e.g., in some embodiments, optical signal path **514** includes an optical fiber that couples the signal from splitter **524** to modulator **5252**). By sending only a very small portion of the initial seed signal **512** or **512'** to optical signal path **513**, the very early portions of the leading edge of the Q-like-seed-pulse signal **591** can start at an extremely small value (virtually zero signal-light intensity) and then ramp up (the rate of increase in intensity) relatively very slowly (as compared to the rate of increase in intensity of later portions of the leading edge of the Q-like-seed-pulse signal **591**). Because only a very small amount of light is passed along path **513**, the amount of light output to path **516** when modulator **5251** is off is very small, providing a good extinction ratio to the final seed pulse **591**. In contrast, a much larger portion of the total pulse is serially passed through a plurality of amplitude modulators **5252** . . . **5253**. The serial configuration is used in order to achieve a high extinction ratio (i.e., the light intensity passed by the plurality of serial modulators **5252** through **5253** when the modulators are "off" is desired to be virtually zero) for this lower path; while the high extinction ratio of the upper path through modulator **5251** is achieved, in part, by the very small percentage of the initial seed signal **512** or **512'** that is passed by splitter **524** to path **513**.

In some embodiments, clock/timer-pulse controller **5270** (under the control of system controller **5279**) controls the timing of a plurality of electronic drivers, e.g., electronic driver **5271**, electronic driver **5272**, and electronic driver **5273**, such that the electrical modulation pulse from electronic driver **5271** starts up first (at a time $T_1$ relative to each seed pulse) such that the small amount of light through modulator **5251** starts its slow ramp up first and is passed to seed output combiner **526** to become part of the Q-like seed pulse **591**. Then the electrical modulation pulse from electronic driver **5272** starts up second (at a time $T_2$ relative to each seed pulse) such that the moderate amount of light through modulator **5252** starts its slow ramp up next, but the output signal **515** from modulator **5252** is then passed through one or more additional modulators (e.g., modulator **5253**) to increase the extinction ratio when the Q-like seed pulse **591** is supposed to be off (i.e., between Q-like seed pulses on signal **591**). Then the electrical modulation pulse from electronic driver **5273** starts up third (at a time $T_3$ relative to each seed pulse) such that the moderate amount of light through modulator **5253** starts its slow ramp up next, and the output signal **517** from modulator **5253** is combined with the output signal **516** from modulator **5251** by combiner **526** to form the total of Q-like seed pulse **591**. A further advantage of the serial modulators **5252** and **5253** is that the ramp-up rate very near the start of the pulse (e.g., the time between time $T_2$ and time $T_3$ relative to each seed pulse) is further slowed because only one of the modulators (modulator **5252**) is starting to turn on, while the ramp-up rate later in the pulse is relatively much faster since both of the serial modulators **5252** and **5253** are ramping towards their full-on conditions (their transparent states). In some embodiments, the electrical pulse from electronic driver **5271** has a temporal shape of plot **571** starting at time $T_1$ and ending at time $T_6$, the electrical pulse from electronic driver **5272** has a temporal shape of plot **572** starting at time $T_2$ and ending at time $T_5$, and the electrical pulse from electronic driver **5273** has a temporal shape of plot **573** starting at time $T_3$ and ending at time $T_4$. These plots of electrical signal (e.g., current or voltage amplitude) versus time are shown in more detail in FIG. **5**D described below.

FIG. **5**B is a schematic diagram of a subsystem **502**, an alternative embodiment in which only modulators **5251** and **5252** are coupled in parallel, and their respective outputs are coupled together by combiner **526** and its output is then connected serially through modulator **5253** whose output **592** is coupled to amplifier chain **112**. In contrast to the serial/parallel Q-like-seed-pulse generator **510** described for FIG. **5**A, this alternative configuration is herein referred to as a parallel/serial Q-like-seed-pulse generator **520**. In some embodiments, a noise averager **540** (as described above) is included to reduce noise amplitude, while in other embodiments, noise averager **540** is omitted. As was the case for subsystem **501** of FIG. **5**A, the seed-envelope splitter **524** sends a very small portion of optical signal **512** (or **512'**) as optical signal **513** into modulator **5251**, which is gradually "opened" under control of the initial low-amplitude slow-

rising electrical signal from electronic driver (ED**1**) **5271**, which starts gradually rising at time $T_1$, and controls modulator **5251** to allow a gradually increasing amount of the optical signal **513** through as signal **516**. The low-amplitude, slow-rising optical-signal waveform **516** from modulator **5251** is further attenuated by the initially "off" modulator **5253**, which allows only a small "leakage" amount of the initial light from modulator **5251** through when modulator **5253** is "off." In some embodiments, modulator **5252** is a serial combination of two or more optical modulators that are each driven by similar signals (e.g., from a single electronic driver **5272**), in order to achieve a higher extinction ratio. After time $T_1$, at a slightly later time $T_2$, modulator **5252** is gradually "opened" under control of the slow-rising electrical signal from electronic driver **5272**, which starts at time $T_2$, and controls modulator **5252** to allow a gradually increasing amount of the optical signal **514** through as signal **517**. Seed output combiner (SOC) **526** combines signal **516** and signal **517**, which are then passed to modulator **5253**, which remains in its "off" state until time $T_3$, allowing only a leakage amount of the combined signals **516** and **517** through until a still later time $T_3$, when modulator **5253** is gradually opened under control of the slow-rising electrical signal from electronic driver (ED**3**) **5273**, which starts gradually opening at time $T_3$. This provides a Q-like seed-signal pulse that gradually builds up from just a few photons at its early leading edge to a gradually accelerating ramp up later on the leading edge, thus preventing much of the pulse steepening that would otherwise occur in power amplifier chain **112**.

FIG. **5**C is a schematic graph **503** showing a plot **1512** of a simulated noise portion of signal **512** of FIG. **5**A or FIG. **5**B and a plot **1512'** of the noise portion of a noise-reduced signal **512'** of FIG. **5**A or FIG. **5**B obtained by averaging thirty-two equal portions of signal **512**, each delayed by a different time amount. The plot **1512** of the simulated noise amplitude has been normalized to an average value of one (1.0) with an amplitude variation of plus or minus one (of course, a real laser signal **512** might have a noise amplitude of a very small percentage of the average intensity, often much less than one percent). The plot **1512'** represents the 32-period running average of the plot **1512** of the simulated noise portion of signal **512**. As can be seen, such a running average **1512'** is similar to a low-pass filter on the amplitude of the noise **1512**, reducing the frequency of the noise as well as reducing its amplitude variation to about one fourth (about 25%) of the amount of amplitude variation of the noise **1512**.

FIG. **5**D is a schematic graph **504** showing plots of idealized electrical pulses **571**, **572**, and **573** used to drive respective optical modulators **5251**, **5252**, and **5253** in some embodiments of subsystem **501** of FIG. **5**A or subsystem **502** of FIG. **5**B. In some embodiments, the leading edge (which is the most important feature, since the energy in the amplifier chain **112** is mostly depleted by the time the trailing edge occurs) of one or more of these pulses approximates a Gaussian temporal shape. In some embodiments, the electrical pulse from electronic driver **5271** (plot **571**) starts at time $T_1$ relative to each seed pulse and ends at time $T_6$ relative to each seed pulse; the electrical pulse from electronic driver **5272** (plot **572**) starts at time $T_2$ relative to each seed pulse (i.e., later than time $T_1$) and ends at time $T_5$ relative to each seed pulse; and the electrical pulse from electronic driver **5273** (plot **573**) starts at time $T_3$ relative to each seed pulse (i.e., also later than time $T_1$) and ends at time $T_4$ relative to each seed pulse. As mentioned, the timing and gradual ramp-up rates at the leading edge of the seed pulse **591** are more important to the efficient functioning of subsystem **501** or subsystem **502** than are the trailing edges. Further, in some embodiments, the timing and shape of the electrical pulses that drive modulators **5252** and **5253** can be interchanged (the electrical pulse of plot **573** could instead be delivered to modulator **5252** and the electrical pulse of plot **572** could instead be delivered to modulator **5253**), since amplitude modulation is essentially a multiplicative function, and multiplication is commutative. Other embodiments use a number of optical modulators greater than three and a number of electrical drivers greater than three, with a resultant number of electrical signals greater than three.

FIG. **5**E is a schematic graph **505** showing plots of idealized electrical pulses **574**, **575**, and **576** used to drive respective optical modulators **5254**, **5255**, and **5256** in some embodiments of subsystem **506** of FIG. **5**F (described below). Because of the relative delays between the start times of the pulses, fewer than all of the modulators are starting to turn on at $T_1$ to $T_2$, thus providing the ability for fine control over the ramp-up rate very early in the pulse, and thus providing high dynamic range for the intensity of the seed pulse. As was the case described for FIG. **5**A and FIG. **5**B, subsystem **506** of FIG. **5**F allows independent control over the temporal shape and over the spectral content (even spectral content that changes over time) of Q-like seed pulse **592**.

FIG. **5**F is a schematic diagram of a subsystem **506** that includes a laser-and-serial-modulator combination (called a serial-modulator Q-like-seed-pulse generator) **560** that outputs a Q-like-seed-pulse signal **596** (having an amplitude represented by plot **582**) that is amplified by high-power amplifier **112** that outputs an amplified pulse **597**, according to some embodiments of the present invention. In some embodiments, serial-modulator Q-like-seed-pulse generator **560** includes a broadband laser **511** whose operation (e.g., power level, temperature and the like) is controlled by system controller **5279**, and which, in some embodiments, outputs a CW laser signal **512** (represented by plot **583**) that is coupled into optical signal path **513** (e.g., in some embodiments, optical signal path **513** includes an optical fiber that couples signal from laser **511** to modulator **5254**). By sending the CW laser signal **512** to optical signal path **533** and then through a plurality of serially connected modulators **5254**, **5455** . . . **5256**, the very early portions of the leading edge of the Q-like-seed-pulse signal **596** can start at an extremely small value (virtually zero signal-light intensity) and then ramp up (the rate of increase in intensity) relatively very slowly (as compared to the rate of increase in intensity of later portions of the leading edge of the Q-like-seed-pulse signal **596**) because the rate of increase over time of the light passed by modulator **5254** is reduced by the other modulators that are "off" (only passing a leakage amount of light) during the early portions of the seed pulse. Because only a very small amount of light is passed by the later "off" modulators (the plurality of modulators **5255** through **5256** driven by the plurality of electronic drivers **5275** . . . **5276**, as indicated by the ellipses in the illustration here), the amount of light output to path **532** when modulator **5254** is off (before the start of the seed pulse) is very small, providing a good extinction ratio to the final Q-like-seed-pulse signal **596**. In contrast, once modulator **5254** has started too turn on, a much larger portion of the total pulse is serially passed through the plurality of amplitude modulators **5255** through **5256**, in order to achieve the higher rate of increase over time later in the pulse. In some embodiments, clock/timer-pulse controller **5270** (under control of system controller **5279**) controls the timing of electronic driver **5274**, electronic driver **5275**, and electronic driver **5276** (which are connected to modulators **5254**, **5255**, and **5256**, respectively), such that the electrical modulation pulse (represented by magnitude-versus-time plot **574**) from elec-

tronic driver **5274** starts up first (at a time $T_1$ relative to each seed pulse) such that the small amount of light output through modulator **5254** (signal **534** represented by magnitude-versus-time plot **584**) starts its slow ramp up first, and is slightly passed through the "off" modulators **5255** through **5256** as leakage signal light) to become the initial (slow-ramp) part of the Q-like seed pulse **596**. Then the electrical-modulation pulse from electronic driver **5275** (represented by magnitude-versus-time plot **575**) starts up second (at a time $T_2$ relative to each seed pulse) such that the moderate amount of light through modulator **5254** and then modulator **5255** (signal **535** represented by magnitude-versus-time plot **585**) starts its slow ramp up next, but the output signal **535** from modulator **5255** is then passed through one or more additional modulators (e.g., where the ellipsis is shown between modulator **5255** and modulator **5256**) to increase the extinction ratio when the Q-like seed pulse **596** is supposed to be off (i.e., between pulses). Then the electrical modulation pulse from electronic driver **5276** starts up third (at a time $T_3$ relative to each seed pulse) such that the moderate amount of light through modulator **5254** and then modulator **5255** and then modulator **5256** starts its moderate ramp up next, and the output signal **532** from modulator **5256** is the total of Q-like seed pulse **596**. A further advantage of the serial modulators **5255** and **5256** is that the ramp-up rate very near the start of the pulse (e.g., the time between time $T_2$ and time $T_3$ relative to each seed pulse) is further slowed because only one of the modulators (modulator **5255**) is initially starting to turn on, while the ramp-up rate later in the pulse is relatively much faster since all three of the serial-connected modulators **5254**, **5255** and **5256** are ramping towards their respective full-on condition (their transparent state).

Regarding FIG. **5**F, the combination of the serial-connected modulators **5254**, **5255** and **5256** with the different sequential ramp-up-start times $T_1$, $T_2$ and $T_3$ relative to each seed pulse, wherein these times can be programmed (e.g., as control instructions) into system controller **5279** and/or clock/timer-pulse controller **5270** (under control of system controller **5279**), provides a simulated Q-like seed pulse **596** that can be readily customized to changing conditions and/or system configurations (e.g., different amplifier chains **112** or different pump lasers that supply optical-pump power to a given amplifier chain **112**) without the need to re-customize a Q-switch seed laser to change its pulse shape, which might otherwise be required.

Regarding FIG. **5**A and FIG. **5**B, the combination of input seed-envelope splitter **524**, which can be exchanged for another splitter delivering different amounts of the laser signal **512** to the various branches of the serial/parallel pulse-envelope-modulator array (e.g., by swapping a 1%-99% splitter for a 0.1%-99.9% splitter), and the different sequential ramp-up start times $T_1$, $T_2$ . . . $T_3$ relative to each seed pulse, wherein these times can be programmed (e.g., as control instructions) into system controller **5279** and/or clock/timer-pulse controller **5270** (under control of system controller **5279**), provides a simulated Q-like seed pulse **591** (FIG. **5**A) or **592** (FIG. **5**B) that can be readily customized to changing conditions and/or system configurations (e.g., different amplifier chains **112** or different pump lasers that supply optical-pump power to a given amplifier chain **112**) without the need to re-customize a Q-switch seed laser to change its pulse shape, which might otherwise be required.

Further, the spectral components (the wavelength and linewidth, and in some embodiments, the chirp (wavelength change over time—see the following paragraph)) of the Q-like seed pulse **591** of FIG. **5**A, the Q-like seed pulse **592** of FIG. **5**B, or the Q-like seed pulse **596** of FIG. **5**F can be adjusted (by device **511** (as controlled by system controller **5279**) and/or the choice between broadband laser (as shown in FIG. **5**A) or controlled-linewidth ASE source or sliced-chirped-laser pulse source as the light source for device **511**) independently of adjustments to the temporal shape of the pulse (under the control of controller **5270** and drivers **5271**, **5272**, . . . **5273**).

In some embodiments, the lower part count, lower part cost and/or simpler configuration leads to lower cost and a more rugged and reliable system when using Q-switched seed lasers (as described for FIGS. **1**A-**1**G3), or the quasi-Q-switched seed lasers (as described for FIGS. **2**A-**2**B), while other embodiments that provide Q-like seed pulses (as described for FIGS. **5**A-**5**B and **5**F) provide independent control over the seed-signal pulse shape and spectral content.

In some embodiments, the present invention provides an apparatus and process wherein high-power-amplified Q-switched-temporal-shape pulse laser signals (such as from Yb-doped fiber power amplifiers that are pumped using semiconductor pump lasers and provided Q-switched-temporal-shape pulsed Q-seed signals having a wavelength of between about 1050 nm and 1150 nm) are converted to a plurality of different longer wavelengths using cascaded Raman converter (CRC) fibers having fiber-Bragg gratings (FBGs) that form overlapping resonator cavities at each of a plurality of successively longer wavelengths, such as described in commonly assigned co-pending U.S. patent application Ser. No. 12/624,327 titled "SPECTRALLY BEAM COMBINED LASER SYSTEM AND METHOD AT EYE-SAFER WAVELENGTHS" filed Nov. 23, 2009 by inventor Roy D. Mead (which issued as U.S. Pat. No. 8,441,718 on May 14, 2013), which is incorporated herein by reference. In some embodiments, the output laser beams from a plurality of cascaded Raman converter (CRC) fiber systems are at a plurality of different closely-spaced narrow-band wavelengths in the general range of about 1400 nanometers (nm) to about 1500 nm. Since the front parts (e.g., cornea) of the human eye are relatively opaque to such wavelengths, the output of such wavelengths is relatively safer for human eyes (thus, these are called eye-safer wavelengths) than are wavelengths in the visible spectrum (about 400 nm to about 700 nm) or the near infrared (IR) wavelengths of 700 nm to 1350 nm, where the cornea is relatively transparent and permanent damage to the retina of the eye can readily happen.

In some embodiments, the present invention provides an apparatus and process wherein eye-safer wavelengths of between about 1500 nm and 2000 nm are provided by a thulium-holmium co-doped fiber power amplifier.

In some embodiments, the present invention provides a method that includes generating an amplified pulse from a Q-switched-temporal-shape seed pulse, and generating a plurality of different wavelengths of laser light by Raman shifting the amplified Q-switched-temporal-shape pulse in optical fibers to wavelengths longer than 1300 nm; and spectral-beam combining the plurality of Raman-shifted wavelengths into a single Raman-shifted output beam.

Some embodiments of the method further include providing a vehicle having an enclosure; supplying electrical power; using the electrical power, controlling and powering the plurality of optical-fiber amplified Q-switched-temporal-shape-pulse Raman laser beams; and controlling an output direction of the single output beam in one of a plurality of different possible directions relative to the vehicle.

In some embodiments, the present invention provides a method that includes generating a seed signal having a Q-switched-pulsed-laser temporal shape using a first pump source; providing an optical gain fiber having a second pump

source; and amplifying the Q-switched pulsed-laser seed signal in the optical gain fiber to obtain an output beam having a power of at least one milliJoule (1 mJ).

Some embodiments of the method further include providing a vehicle having an enclosure; supplying electrical power; using the electrical power, controlling and powering the pump source; and controlling an output direction of the output beam in one of a plurality of different possible directions relative to the vehicle.

In some embodiments of the method, the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes optically amplitude-modulating a signal inside a uni-directional ring cavity.

In some embodiments of the method, the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes optically amplitude-modulating a signal inside a laser cavity that is implemented in a single package having a volume of no more than 6 $cm^3$ (e.g., 3 cm by 2 cm by 1 cm). In other embodiments, the single package has a volume of no more than 20 $cm^3$. In other embodiments, the single package has a volume of no more than 10 $cm^3$. In other embodiments, the single package has a volume of no more than 8 $cm^3$. In other embodiments, the single package has a volume of no more than 7 $cm^3$. In other embodiments, the single package has a volume of no more than 5 $cm^3$. In other embodiments, the single package has a volume of no more than 4 $cm^3$. In other embodiments, the single package has a volume of no more than 3 $cm^3$. In other embodiments, the single package has a volume of no more than 2 $cm^3$. In other embodiments, the single package has a volume of no more than 1 $cm^3$.

In some embodiments of the method, the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes generating an optical pulse having an FWHM duration of no more than 50 nanoseconds.

In some embodiments of the method, the amplifying of the Q-switched pulsed-laser seed signal includes outputting the output beam pulse with a power of at least 4 mJ.

In some embodiments of the method, wherein the seed signal has a linewidth of 1 THz or more, in order to reduce SBS problems.

In some embodiments, the present invention provides an apparatus that includes a Q-switched seed laser configured to output a Q-switched pulsed-laser seed signal; and an optical gain fiber having a first pump source and operatively coupled to the Q-switched seed laser and configured to amplify the Q-switched pulsed-laser seed signal in the optical gain fiber to obtain an output beam pulse having a power of at least one milliJoule (1 mJ). In some embodiments, the output beam pulse has a power of at least 2 mJ. In some embodiments, the output beam pulse has a power of at least 3 mJ. In some embodiments, the output beam pulse has a power of at least 4 mJ. In some embodiments, the output beam pulse has a power of at least 5 mJ. In some embodiments, the output beam pulse has a power of at least 6 mJ. In some embodiments, the output beam pulse has a power of at least 7 mJ. In some embodiments, the output beam pulse has a power of at least 8 mJ. In some embodiments, the output beam pulse has a power of at least 10 mJ. In some embodiments, the output beam pulse has a power of at least 15 mJ. In some embodiments, the output beam pulse has a power of at least 20 mJ.

Some embodiments of the apparatus further include a vehicle having an enclosure; an electrical power supply attached to the vehicle; a laser controller operatively coupled to receive electrical power from the electrical power supply and operably coupled to power and control the first pump source; and a beam-direction controller operably coupled to receive the output beam from the optical gain fiber and operable to direct the output beam in one of a plurality of different possible directions relative to the vehicle.

In some embodiments, the present invention provides an apparatus that includes a pulsed Q-seed source having a light source configured to output a Q-seed signal having a temporal shape that, for the leading edge of the Q-seed pulse, substantially matches the temporal shape of the leading edge of a Q-switched laser pulse; and an optical gain fiber having a first pump source and operatively coupled to the pulsed Q-seed source and configured to amplify the Q-seed pulse in the optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ). In some embodiments, the output beam pulse has an energy of at least 2 mJ. In some embodiments, the output beam pulse has an energy of at least 3 mJ. In some embodiments, the output beam pulse has an energy of at least 4 mJ. In some embodiments, the output beam pulse has an energy of at least 5 mJ. In some embodiments, the output beam pulse has an energy of at least 6 mJ. In some embodiments, the output beam pulse has an energy of at least 7 mJ. In some embodiments, the output beam pulse has an energy of at least 8 mJ. In some embodiments, the output beam pulse has an energy of at least 10 mJ. In some embodiments, the output beam pulse has an energy of at least 15 mJ. In some embodiments, the output beam pulse has an energy of at least 20 mJ.

In some embodiments, the pulsed Q-seed source includes a semiconductor diode laser that is driven by an electrical pulse that causes the semiconductor diode laser to emit a pulse having the leading edge that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments, the pulsed Q-seed source includes a semiconductor diode laser that outputs a CW laser signal that is coupled through an electro-optical modulator (EOM) that is driven by an electrical pulse that causes the electro-optical modulator to emit an amplitude-modulated pulse from the CW laser signal, the amplitude-modulated pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments, the pulsed Q-seed source includes a semiconductor diode laser that outputs a CW laser signal that is coupled through an acousto-optical modulator (AOM) that is driven by an electrical pulse that causes the acousto-optical modulator to emit an amplitude-modulated pulse from the CW laser signal, the amplitude-modulated pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments, the pulsed Q-seed source includes a chirped semiconductor diode laser that outputs a chirped-pulse laser signal that is coupled through a first modulator that is driven by an electrical pulse that causes the modulator to emit an amplitude-modulated temporal slice from the chirped-pulse laser signal, which is then coupled through a second electronically controlled amplitude modulator that imposes a Q-switched-like amplitude-modulated envelope to the pulse slice, the envelope forming the leading edge of the Q-seed pulse to substantially match the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments, the pulsed Q-seed source includes a controlled-linewidth ASE signal source that outputs a controlled-linewidth ASE signal that is coupled through an electronically controlled amplitude modulator that imposes a Q-switched-like amplitude-modulated envelope to the controlled-linewidth ASE signal, the envelope forming the lead-

ing edge of the Q-seed pulse to substantially match the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments, the seed signal has a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 100 gigahertz (GHz), in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 10 THz, in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 100 THz, in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 0.1 nanometer (nm), in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 0.2 nm, in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 0.4 nm, in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 0.6 nm, in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 0.8 nm, in order to reduce SBS problems. In some embodiments, the seed signal has a linewidth of at least 1 nm, in order to reduce SBS problems.

In some embodiments of the apparatus, the Q-switched seed laser is implemented in a single package having a volume of no more than six cubic centimeters (6 $cm^3$). In other embodiments, the single package has a volume of no more than 20 $cm^3$. In other embodiments, the single package has a volume of no more than 10 $cm^3$. In other embodiments, the single package has a volume of no more than 8 $cm^3$. In other embodiments, the single package has a volume of no more than 7 $cm^3$. In other embodiments, the single package has a volume of no more than 5 $cm^3$. In other embodiments, the single package has a volume of no more than 4 $cm^3$. In other embodiments, the single package has a volume of no more than 3 $cm^3$. In other embodiments, the single package has a volume of no more than 2 $cm^3$. In other embodiments, the single package has a volume of no more than 1 $cm^3$.

In some embodiments of the apparatus, the Q-switched seed laser generates an optical pulse having an FWHM duration of no more than 50 nanoseconds.

In some embodiments of the apparatus, the output beam pulse has a power of at least 4 milliJoules (mJ).

In some embodiments of the apparatus, the seed signal has a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

In some embodiments, the present invention provides an apparatus that includes a pulsed Q-seed source having a light source configured to output a Q-seed signal having a temporal shape that, for at least the leading edge of the Q-seed pulse, substantially matches a temporal shape of a leading edge of a Q-switched laser pulse; and an optical gain fiber having a first pump source and operatively coupled to the pulsed Q-seed source and configured to amplify the seed pulse in the optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

In some embodiments, the apparatus further includes a vehicle having an enclosure; an electrical power supply attached to the vehicle; a laser controller operatively coupled to receive electrical power from the electrical power supply and operably coupled to power and control the first pump source; and a beam-direction controller operably coupled to receive the output beam from the optical gain fiber and operable to direct the output beam in one of a plurality of different possible directions relative to the vehicle.

In some embodiments of the apparatus, the pulsed seed source includes a semiconductor diode laser that is driven by an electrical pulse that causes the semiconductor diode laser to emit a pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments of the apparatus, the pulsed seed source includes a semiconductor diode laser that outputs a continuous-wave (CW) laser signal that is coupled through an electro-optical modulator (EOM) that is driven by an electrical pulse that causes the electro-optical modulator to emit an amplitude-modulated pulse from the CW laser signal, the amplitude-modulated pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments of the apparatus, the pulsed seed source includes a semiconductor diode laser that outputs a CW laser signal that is coupled through an acousto-optical modulator (AOM) that is driven by an electrical pulse that causes the acousto-optical modulator to emit an amplitude-modulated pulse from the CW laser signal, the amplitude-modulated pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments of the apparatus, the seed signal has a beam-intensity full-width half-maximum (FWHM) linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

In some embodiments, the present invention provides a method that includes providing and optical gain fiber and a first pump source; generating a Q-seed signal pulse having a temporal shape that, for at least the leading edge of the Q-seed signal pulse, substantially matches a temporal shape of a leading edge of a Q-switched laser pulse; coupling the first pump source to provide pump light to the optical gain fiber; and amplifying the Q-seed signal pulse in the optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

In some embodiments, the method further includes providing a vehicle having an enclosure and an electrical power supply attached to the vehicle, receiving electrical power from the electrical power supply and operably coupling the electrical power to power and control the first pump source; and receiving the output beam from the optical gain fiber and directing the output beam in one of a plurality of different possible directions relative to the vehicle.

In some embodiments of the method, the pulsed seed source includes a semiconductor diode laser that is driven by an electrical pulse that causes the semiconductor diode laser to emit a pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments of the method, the generating of the Q-seed signal pulse includes using a semiconductor diode laser to outputs a continuous-wave (CW) laser signal, coupling the CW laser signal through an electro-optical modulator (EOM); driving the EOM with an electrical pulse that causes the EOM to emit an amplitude-modulated pulse from the CW laser signal, the amplitude-modulated pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments of the method, the generating of the Q-seed signal pulse includes using includes using a semiconductor diode laser to outputs a CW laser signal; coupling the CW laser signal through an acousto-optical modulator (AOM); driving the AOM with an electrical pulse that causes the acousto-optical modulator to emit an amplitude-modulated pulse from the CW laser signal, the amplitude-modu-

lated pulse having the leading edge of the seed pulse that substantially matches the temporal shape of the leading edge of a Q-switched laser pulse.

In some embodiments of the apparatus, the seed signal has a beam-intensity full-width half-maximum (FWHM) linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

In some embodiments of the apparatus, the pulsed Q-seed source includes a Q-switched laser that includes a gain medium within a lasing cavity, an optical pump source, and a 1×N electrically controlled optical switch as a Q-switch in the cavity, wherein the optical switch includes a first state that optically couples light from the optical pump source to the gain medium while blocking signal lasing in the cavity and a second state that permits signal lasing in the cavity. In some embodiments, in the second state the lasing signal is output, e.g., in some embodiments, through a partially transmissive mirror, evanescent fiber coupler, or the like (such as reference number **126** of FIG. **1**B**2** or FIG. **1**B**4**).

In some embodiments, the present invention provides an apparatus that includes a Q-switched laser that includes a gain medium within a lasing cavity, an optical pump source, and a 1×N electrically controlled optical switch as a Q-switch in the cavity, wherein the optical switch has a plurality of states including a first state that optically couples light from the optical pump source to the gain medium while blocking signal lasing in the cavity and a second state that permits signal lasing in the cavity.

In some embodiments of the apparatus, the 1×N optical switch is a 1×2 electrically controlled optical switch. In some embodiments of the apparatus, the 1×N optical switch is a 1×3 electrically controlled optical switch.

In some embodiments, the present invention provides an apparatus that includes an optical gain fiber having a second optical pump source; means for generating a seed signal having a Q-switched-pulsed-laser temporal shape; and means for amplifying the Q-switched pulsed-laser seed signal in the optical gain fiber to obtain an output beam having a power of at least one milliJoule (1 mJ).

In some embodiments, the apparatus further includes a vehicle having an enclosure; means for controlling and powering the pump source; and means for controlling an output direction of the output beam in one of a plurality of different possible directions relative to the vehicle.

In some embodiments of the apparatus, the means for generating the seed signal includes means for optically amplitude-modulating a signal inside a uni-directional ring cavity. In some embodiments of the apparatus, the means for generating the seed signal includes means for optically amplitude-modulating a signal inside cavity that is implemented in a single package having a volume of no more than six (6) cm3. In some embodiments of the apparatus, the means for generating the seed signal includes means for generating an optical pulse having a full-width half-maximum (FWHM) duration of no more than 50 nanoseconds.

In some embodiments of the apparatus, the means for amplifying the Q-switched pulsed-laser seed signal includes means for outputting the output beam pulse with a power of at least 4 mJ.

In some embodiments of the apparatus, the means for generating the seed signal generates the seed signal with a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

In some embodiments, the embodiments described herein are combined with the apparatus and method embodiments of the patents and patent applications listed at the beginning and elsewhere in this application and incorporated herein by reference to form combinations within the scope of the present invention.

It is to be understood that the above description is intended to be illustrative, and not restrictive. Although numerous characteristics and advantages of various embodiments as described herein have been set forth in the foregoing description, together with details of the structure and function of various embodiments, many other embodiments and changes to details will be apparent to those of skill in the art upon reviewing the above description. The scope of the invention should, therefore, be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. In the appended claims, the terms "including" and "in which" are used as the plain-English equivalents of the respective terms "comprising" and "wherein," respectively. Moreover, the terms "first," "second," "third," etc., are used merely as labels, and are not intended to impose numerical requirements on their objects.

What is claimed is:

**1**. A method comprising:

providing a first optical gain fiber having a first optical pump source;

generating a seed signal having a Q-switched-pulsed-laser temporal shape using the first optical gain fiber by optically switching using an M-by-N-way optical switch, where M is an integer having a value of at least one, and N is an integer having a value of at least two;

coupling pump light from the first optical pump source into the first optical gain fiber through the optical switch but not coupling laser feedback light through the optical switch when the optical switch is in a first connection state, wherein the generating of the seed signal includes coupling laser feedback light through the optical gain fiber and through the optical switch when the optical switch is in a second connection state;

providing a second optical gain fiber having a second optical pump source; and

amplifying the Q-switched pulsed-laser seed signal in the second optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

**2**. The method of claim **1**, further comprising:

providing a vehicle having an enclosure;

supplying electrical power;

using the electrical power, controlling and powering the pump source; and

controlling an output direction of the output beam in one of a plurality of different possible directions relative to the vehicle.

**3**. The method of claim **1**, wherein the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes optically amplitude-modulating a signal inside a uni-directional ring cavity.

**4**. The method of claim **1**, wherein the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes optically amplitude-modulating a signal inside a cavity that is implemented in a single package having a volume of no more than 6 $cm^3$.

**5**. The method of claim **1**, wherein the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes generating an optical pulse having a full-width half-maximum (FWHM) duration of no more than five nanoseconds.

**6**. The method of claim **1**, wherein the amplifying of the Q-switched pulsed-laser seed signal includes outputting the output beam pulse with an energy of at least 4 milliJoules (mJ).

7. The method of claim 1, wherein the seed signal has a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

8. The method of claim 1, further comprising:

coupling pump light from the pump source to the optical gain fiber through the optical switch when the optical switch is in the first connection state.

9. The method of claim 1, wherein the generating of the seed signal having the Q-switched-pulsed-laser temporal shape includes generating an optical pulse having a full-width half-maximum (FWHM) duration of between one and five nanoseconds, inclusive.

10. An apparatus comprising:

a Q-switched seed laser having a first pump source and a first optical gain fiber configured to output a Q-switched pulsed-laser seed signal, wherein the Q-switched seed laser includes a first optical gain fiber and an M-by-N-way optical switch, where M is an integer having a value of at least one, and N is an integer having a value of at least two, wherein the optical switch couples pump light from the first optical pump source into the first optical gain fiber through the optical switch but does not couple laser feedback light through the optical switch when the optical switch is in a first connection state, and wherein the optical switch couples laser feedback light through the first optical gain fiber and through the optical switch when the optical switch is in a second connection state; and

a second optical gain fiber having a second optical pump source and operatively coupled to receive light from the Q-switched seed laser and operatively configured to amplify the Q-switched pulsed-laser seed signal in the second optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

11. The apparatus of claim 10, further comprising:

a vehicle having an enclosure;

an electrical power supply attached to the vehicle;

a laser controller operatively coupled to receive electrical power from the electrical power supply and operably coupled to power and control the first pump source; and

a beam-direction controller operably coupled to receive the output beam from the second optical gain fiber and operable to direct the output beam in one of a plurality of different possible directions relative to the vehicle.

12. The apparatus of claim 10, wherein the Q-switched seed laser includes an optical amplitude-modulator operatively configured to amplitude modulate a signal inside a uni-directional ring cavity.

13. The apparatus of claim 10, wherein the Q-switched seed laser is implemented in a single package having a volume of no more than six (6) $cm^3$.

14. The apparatus of claim 10, wherein the Q-switched seed laser generates an optical pulse having an FWHM duration of between one and five nanoseconds, inclusive.

15. The apparatus of claim 10, wherein the output beam pulse has an energy of at least 4 milliJoules (mJ).

16. The apparatus of claim 13, wherein the seed signal has a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

17. The apparatus of claim 10, wherein the optical switch couples pump light from the first pump source to the first optical gain fiber through the optical switch when the optical switch is in a first connection state.

18. An apparatus comprising:

a pulsed Q-seed source having a light source configured to output a Q-seed signal pulse having a temporal shape that, for at least the leading edge of the Q-seed signal pulse, substantially matches a temporal shape of a leading edge of a Q-switched laser pulse, wherein the pulsed Q-seed source includes a Q-switched laser that includes a gain medium within a lasing cavity, a first optical pump source, and a 1×N electrically controlled optical switch as a Q-switch in the cavity where N is at least two, wherein the optical switch includes a first state that optically couples pump light from the first optical pump source to the gain medium while blocking signal lasing in the cavity and a second state that permits signal lasing in the cavity; and

an optical gain fiber having a second pump source and operatively coupled to the pulsed Q-seed source and configured to amplify the Q-seed signal pulse in the optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

19. The apparatus of claim 18, further comprising:

a vehicle having an enclosure;

an electrical power supply attached to the vehicle;

a laser controller operatively coupled to receive electrical power from the electrical power supply and operably coupled to power and control the first pump source; and

a beam-direction controller operably coupled to receive the output beam from the optical gain fiber and operable to direct the output beam in one of a plurality of different possible directions relative to the vehicle.

20. The apparatus of claim 18, wherein the seed signal has a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

21. The apparatus of claim 18, wherein the Q-switched laser includes a uni-directional ring cavity.

22. The apparatus of claim 18, wherein the Q-switched laser includes a lasing cavity configured as a two-reflector linear laser.

23. The apparatus of claim 18, wherein the Q-switched laser is implemented in a single package having a volume of no more than six (6) $cm^3$.

24. The apparatus of claim 18, wherein the output beam has an energy of at least 4 milliJoules (mJ).

25. An apparatus comprising:

a Q-switched laser that includes a gain medium within a lasing cavity, an optical pump source, and a 1×N electrically controlled optical switch as a Q-switch in the cavity, wherein the optical switch has a plurality of states including a first state that optically couples light from the optical pump source to the gain medium while blocking signal lasing in the cavity and a second state that permits signal lasing in the cavity while blocking pump light from entering the cavity.

26. The apparatus of claim 25, wherein the 1×N optical switch is a 1×2 electrically controlled optical switch.

27. The apparatus of claim 22, wherein the 1×N optical switch is a 1×3 electrically controlled optical switch.

28. The apparatus of claim 25, further comprising:

an optical gain fiber operatively coupled to receive a Q-switched laser pulse from the Q-switched laser; wherein the optical gain fiber is configured to amplify the Q-switched laser pulse in the optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

29. An apparatus comprising:

an optical gain fiber having an optical pump source;

means for generating a seed signal having a Q-switched-pulsed-laser temporal shape by coupling pump light from the pump source to the optical gain fiber when the means for generating is in a first optical-connection state and by coupling laser feedback light through the optical

gain fiber when the means for generating is in a second optical-connection state; and

means for amplifying the Q-switched pulsed-laser seed signal in the optical gain fiber to obtain an output beam having an energy of at least one milliJoule (1 mJ).

**30**. The apparatus of claim **29**, further comprising:

a vehicle having an enclosure;

means for controlling and powering the pump source; and

means for controlling an output direction of the output beam in one of a plurality of different possible directions relative to the vehicle.

**31**. The apparatus of claim **29**, wherein the means for generating the seed signal includes means for optically amplitude-modulating a signal inside a uni-directional ring cavity.

**32**. The apparatus of claim **29**, wherein the means for generating the seed signal includes means for optically amplitude-modulating a signal inside a cavity that is implemented in a single package having a volume of no more than six (6) $cm^3$.

**33**. The apparatus of claim **29**, wherein the means for generating the seed signal includes means for generating an optical pulse having a full-width half-maximum (FWHM) duration of no more than 50 nanoseconds.

**34**. The apparatus of claim **29**, wherein the means for amplifying the Q-switched pulsed-laser seed signal includes means for outputting the output beam pulse with an energy of at least 4 mJ.

**35**. The apparatus of claim **29**, wherein the means for generating the seed signal generates the seed signal with a linewidth of at least 1 terahertz (THz), in order to reduce SBS problems.

**36**. The apparatus of claim **29**, wherein the means for generating the seed signal includes means for generating an optical pulse having a full-width half-maximum (FWHM) duration of between one and five nanoseconds, inclusive.

* * * * *