# EXHIBIT 26

# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                          -oOo-
 5   WAYMO LLC,                      )
 6                                   )
 7              Plaintiff ,          )
 8                                   )
 9      vs.                          )  Case No: 3:17-cv-00939-WHA
                                     )
10   UBER TECHNOLOGIES, INC.,        )
     OTTOMOTTO LLC, OTTO TRUCKING,   )
11   LLC,                            )
                                     )
12              Defendants.          )
     _____)
13
14           CONFIDENTIAL - ATTORNEYS' EYES ONLY
15            VIDEOTAPED DEPOSITION OF DANIEL GRUVER
16                  San Francisco, California
17                  Thursday, April 20, 2017
18
19
20   Reported by:
21   LISA R. TOW
22   CSR No. 6629
23   Job No. 2599857
24
25   PAGES 1 - 73
```

Page 1

| | | |
|---|---|---|
| 1 | Q.  Are you aware whether GBR2 used a | 10:21:08AM |
| 2 | similar design? | 10:21:13AM |
| 3 | A.  I don't recall. | 10:21:14AM |
| 4 | Q.  Are you aware of any other lidar | 10:21:15AM |
| 5 | devices that use ▮▮▮▮▮▮▮▮▮▮ | 10:21:16AM |
| 6 | A.  I am. | 10:21:17AM |
| 7 | Q.  What are they? | 10:21:18AM |
| 8 | A.  ▮▮▮▮▮ | 10:21:19AM |
| 9 | Q.  ▮▮▮▮▮▮▮▮▮▮▮▮ | 10:21:22AM |
| 10 | ▮▮▮▮▮ | 10:21:25AM |
| 11 | A.  ▮▮▮▮ | 10:21:26AM |
| 12 | Q.  ▮▮▮▮▮▮▮▮ | 10:21:26AM |
| 13 | ▮▮▮▮▮▮▮▮▮▮ | 10:21:30AM |
| 14 | A.  ▮▮▮▮▮▮▮▮▮▮▮ | 10:21:33AM |
| 15 | ▮▮▮▮▮▮▮ | 10:21:36AM |
| 16 | Q.  ▮▮▮▮▮▮ | 10:21:38AM |
| 17 | A.  Sorry.  Clarify. | 10:21:42AM |
| 18 | Q.  ▮▮▮▮▮▮▮▮▮▮▮▮ | 10:21:44AM |
| 19 | ▮▮▮▮▮▮▮▮ | 10:21:47AM |
| 20 | A.  ▮▮▮▮▮▮▮▮▮▮ | 10:21:50AM |
| 21 | ▮▮▮ | 10:21:54AM |
| 22 | Q.  ▮▮▮▮▮▮▮ | 10:21:55AM |
| 23 | ▮▮▮▮▮▮▮▮ | 10:21:59AM |
| 24 | A.  ▮▮▮▮▮▮▮▮ | 10:22:01AM |
| 25 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 10:22:06AM |

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    ████████████████████                                  10:22:11AM
 2         Q.   And that's one that you've                  10:22:12AM
 3    observed in connection with your work at              10:22:15AM
 4    Otto or Uber?                                         10:22:19AM
 5         A.   Yes.                                        10:22:22AM
 6         Q.   Is the ███████ on the Fuji -- for           10:22:22AM
 7    the PCBs and Fuji that do have ████████               10:22:33AM
 8    ████████████████████████████████████                  10:22:38AM
 9         A.   I don't know.                               10:22:40AM
10         Q.   Are you aware of any patents or             10:22:41AM
11    publications that disclose █████████████              10:22:47AM
12    ██████                                                10:22:49AM
13         A.   I'm not.                                    10:22:50AM
14         Q.   The Fuji design includes ███                10:22:50AM
15    transmit boards total; is that fair?                  10:22:55AM
16         A.   That is.                                    10:22:58AM
17         Q.   And each of the ████████████                10:22:59AM
18    in the Fuji device includes ███████████               10:23:02AM
19    ████████████; is that correct?                        10:23:05AM
20         A.   That is correct.                            10:23:07AM
21         Q.   What's the benefit of that design?          10:23:08AM
22         A.   Of which design?                            10:23:10AM
23         Q.   Of the -- of having ██████████              10:23:13AM
24    ████████████████████████████████████                  10:23:18AM
25    ███████                                               10:23:22AM
```

Page 52