UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WAYMO'S UNFAIR COMPETITION LAW CLAIM**<br><br>Trial Date: October 2, 2017 |

The Court, having considered Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking, LLC's (collectively "Uber") Motion to Dismiss Waymo's Unfair Competition Law Claim and the Memorandum of Points and Authorities, and after hearing arguments of counsel, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

Defendants' motion to dismiss Waymo's Unfair Competition Law Claim (the Seventh Cause of Action) is **GRANTED** with prejudice.

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MTN TO DISMISS WAYMO'S UNFAIR COMPETITION LAW CLAIM
Case No. 3:17-cv-00939-WHA
dc-880404

1