# Exhibit A

1    MICHAEL A. JACOBS (CA SBN 111664)
     MJacobs@mofo.com
2    ARTURO J. GONZÁLEZ (CA SBN 121490)
     AGonzalez@mofo.com
3    ERIC A. TATE (CA SBN 178719)
     ETate@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone:    415.268.7000
6    Facsimile:     415.268.7522

7    Attorneys for Defendants
     UBER TECHNOLOGIES, INC.,
8    OTTOMOTTO LLC, and OTTO TRUCKING LLC

9    KAREN L. DUNN (*Pro Hac Vice*)
     kdunn@bsfllp.com
10   HAMISH P.M. HUME (*Pro Hac Vice*)
     hhume@bsfllp.com
11   BOIES SCHILLER FLEXNER LLP
     1401 New York Avenue, N.W.
12   Washington DC  20005
     Telephone:    202.237.2727
13   Facsimile:     202.237.6131

14   Attorneys for Defendants
     UBER TECHNOLOGIES, INC.
15   and OTTOMOTTO LLC

16                    UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19   WAYMO LLC,                        | Case No.    3:17-cv-00939-WHA

20              Plaintiff,             | **NOTICE OF DEPOSITION OF
                                       | LARRY PAGE AND REQUESTS FOR
21        v.                           | PRODUCTION OF DOCUMENTS
                                       | AND THINGS**
22   UBER TECHNOLOGIES, INC.,
     OTTOMOTTO LLC; OTTO TRUCKING LLC, | Honorable William Alsup
23
                Defendants.
24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, by and through their attorneys, will take the deposition upon oral examination of Larry Page.  The deposition will commence at 10:00 a.m. on April 27, 2017, at the offices of Morrison & Foerster LLP, 425 Market Street, San Francisco, California.  The deposition will be taken by a notary public or other authorized officer and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, the deponent is requested to produce at the time and place set forth above for his deposition the documents and things identified in the attached Exhibit A to Notice, which is incorporated herein by reference.

Dated:  April 20, 2017                          MORRISON & FOERSTER LLP

                                                By:  */s/ Arturo J. González*
                                                     ARTURO J. GONZÁLEZ

                                                Attorneys for Defendants
                                                UBER TECHNOLOGIES, INC.,
                                                OTTOMOTTO LLC, and OTTO TRUCKING LLC

## **EXHIBIT A**

### **DEFINITIONS**

1.      "Waymo" means Waymo LLC, Google Inc., and Alphabet Inc.

2.      "Defendants" mean Uber Technologies, Inc. ("Uber") and Ottomotto LLC and Otto Trucking LLC (together "Otto").

### **REQUESTS**

1.      Documents regarding any policy or written guideline regarding the ability of Waymo employees to participate in a personal side business while employed by Waymo.

2.      Documents sufficient to identify the Waymo employees who have had side businesses, including the names of all such employees and the nature of the side businesses in which such employees engaged in the past three years.

3.      Documents sufficient to show any joint interest or joint defense agreement that Waymo has entered into during the past three years.

4.      Communications about the possibility of pursuing a legal action against Anthony Levandowski or Defendants.

5.      Any brief or declaration provided to any court in support of a joint interest or joint defense privilege asserted by Waymo.

6.      Documents sufficient to show when Waymo began investigating the possibility of Anthony Levandowski taking Waymo files with him upon his departure.