QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF JAMES JUDAH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 280)** |

I, James Judah, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal (Dkt. 280) related to its discovery letter brief (the "Administrative Motion") pursuant to Civil Local Rules 79-5(d)(1)(A) and 79-5(e).

3. I have reviewed the following documents and confirmed that the portions identified merits sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' April 24, 2017 Letter Brief to Magistrate Judge Corley ("Defendants' Letter Brief") | Redacted Portions |
| Exhibits A and C to Defendants' Letter Brief | Redacted Portions |
| Exhibit B to Defendants' Letter Brief | Entire Document |

4. The above documents – at the identified portions – contain trade secret and confidential business information, which Waymo seeks to seal.

5. Defendants' Discovery Letter Brief (redacted portions), Exhibits A and C (redacted portions), and Exhibit B contain, reference, or describe Waymo's highly confidential and sensitive business information. Such information includes information on Waymo's confidential business strategy, as well as its competitive and market analysis. I understand that Waymo maintains this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its confidential business information and strategy would become known to competitors who could use such information to Waymo's disadvantage.

6. Waymo's request to seal is narrowly tailored to those portions of the above-referenced documents that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct, and that this declaration was executed in San Francisco, California, on April 28,
3  2017.

4  By /s/ James Judah
   James Judah
5  Attorneys for WAYMO LLC