1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:   415.268.7000
6  Facsimile:   415.268.7522

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
8  OTTOMOTTO LLC, and OTTO TRUCKING LLC

9  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
10 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
11 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
12 Washington DC  20005
   Telephone:   202.237.2727
13 Facsimile:   202.237.6131

14 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
15 and OTTOMOTTO LLC

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19 | WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
   |---|---|
20 | Plaintiff, | **UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 295-3, 297, 297-3** |
21 | v. | |
22 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
23 | Defendants. | |
24 | | Trial Date: October 2, 2017 |

DEFENDANT'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 3:17-cv-00939-WHA
sf-3755779

Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC file this Administrative Motion to Remove the following documents from ECF, submitted electronically on April 28, 2017, by Defendants:

1. Docket Number 295-3, Redacted Version of Defendants' Sur-reply to Plaintiff Waymo's Motion for Preliminary Injunction;
2. Docket Number 297, Unredacted Version of Supplemental Haslim Declaration; and
3. Docket Number 297-3, Redacted Version of Ex. B to Supplemental Haslim Declaration,

Some of these documents contain incorrect labels that mistakenly mislabel the confidentiality and redaction status of these documents. Defendants have filed corrected versions of these documents at Docket Numbers 302, 308, 308-2, respectively.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: April 29, 2017                    MORRISON & FOERSTER LLP

By: /s/ Arturo J. González
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC