UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Trial Date: October 2, 2017 |

1  Having reviewed and considered Defendants Uber Technologies, Inc., Ottomotto LLC,
2  and Otto Trucking LLC's Administrative Motion to Remove Incorrectly Filed Documents,
3  Docket Nos. 295-3, 297, and 297-3, which Defendants filed on April 28, 2017, and good cause
4  appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Administrative Motion shall
5  be granted.

7  **IT IS SO ORDERED**.

9  Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge