UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**NOTICE AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE PRELIMINARY INJUNCTION HEARING**<br><br>Date:　May 3, 2017<br>Time:　7:30 a.m.<br>Ctrm:　8, 19th Floor<br>Judge:　The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

NOTICE AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT FOR PRELIMINARY INJUNCTION HEARING
Case No. 3:17-cv-00939-WHA
sf-3762064

1

Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC seek to bring the components of the never-completed Spider to the hearing on Plaintiff Waymo LLC's motion for a preliminary injunction on May 3, 2017. For the convenience of the U.S. Marshalls, photographs of the components and the wagon in which they will be transported are attached.

IT IS HEREBY ORDERED:

1. Defendants and their attorneys, paralegals, and assistants may bring components of Defendants' abandoned LiDAR design code-named "Spider," which consists of several components, as shown in attached Exhibits A and B. The components of "Spider" will be transported using the white metal wagon illustrated in attached Exhibits C and D. The dimensions of the wagon are approximately 5 feet by 2.5 feet by 3 feet.

2. Defendants and their attorneys, paralegals, and assistants may bring the components of "Spider" and the white metal wagon into the courtroom for use at the preliminary injunction hearing on Wednesday, May 3, 2017, and may have access to the courtroom to set up the above equipment beginning at 7:00 a.m. The hearing begins at 7:30 a.m.

Dated: April 30, 2017            MORRISON & FOERSTER LLP

                                 By:  /s/ Esther Kim Chang
                                      ESTHER KIM CHANG

                                 Attorneys for Defendants
                                 UBER TECHNOLOGIES, INC.,
                                 OTTOMOTTO LLC, and OTTO TRUCKING LLC

**IT IS SO ORDERED.**

DATED: _____, 2017          _____
                                 The Honorable William Alsup

NOTICE AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT FOR PRELIMINARY INJUNCTION HEARING
Case No. 3:17-cv-00939-WHA
sf-3762064

1

# Exhibit A



UBER00011668

# Exhibit B



UBER00011665

# Exhibit C



# Exhibit D

