1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:      (415) 875-6700

9   Attorneys for WAYMO LLC

10                      UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                          CASE NO. 3:17-cv-00939
                    Plaintiff,
13          vs.                         **DECLARATION OF DAVID A. PERLSON
    UBER TECHNOLOGIES, INC.;            IN SUPPORT OF PLAINTIFF WAYMO
14  OTTOMOTTO LLC; OTTO TRUCKING        LLC'S BRIEF IN RESPONSE TO
    LLC,                                COURT'S QUESTIONS FOLLOWING
15                  Defendants.         APRIL 27, 2017 HEARING ON
                                        DEFENDANTS' MOTION TO COMPEL
16                                      ARBITRATION OF, AND TO STAY,
                                        TRADE SECRET AND UCL CLAIMS**

17

18

19

20

21

22

23

24

25

26

27

28

1    I, David A. Perlson, hereby declares as follows.

2    1.    I am a member of the bar of the State of California and partner with Quinn

3  Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this

4  declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

5  would testify competently to the matters set forth herein.  I make this declaration in support of

6  Waymo's Brief In Response To The Court's Questions Following The April 27 Hearing On

7  Defendants' Motion To Compel Arbitration Of, And To Stay, Waymo's Trade Secret And UCL

8  Claims.

9    2.    Attached hereto as Exhibit 1 is an email thread between my firm and Ms. Cynthia

10  Victory at JAMS related to Waymo's Objection to JAMS Jurisdiction, in which Waymo submitted

11  its jurisdictional objection on April 14, Ms. Victory responded on April 21 requesting an update

12  following a ruling on Uber's Motion to Compel Arbitration.

13    3.    Attached hereto as Exhibit 2 is a Notice To All Parties from Ms. Cynthia Victory at

14  JAMS providing a list of available arbitrators for the Uber initiated arbitration proceedings and

15  requesting that the parties either agree to an arbitrator or provide a "strike" list and ranking of

16  candidates by April 21.

17    4.    As shown in Exhibit 1, my partner John Neukom responded on April 21 to Ms.

18  Victory's April 14 letter requesting Waymo's arbitrator rankings and "strike' list in light of Ms.

19  Victory's April 21 email correspondence.  To date JAMS has not requested anything further in

20  relation to the arbitrator rankings or "strike" list.

21

22    I declare under penalty of perjury under the laws of the State of California that the

23  foregoing is true and correct.

24

25  DATED:  May 1, 2017                    /s/ David A. Perlson
                                          David A. Perlson

26

27

28

1

2

**<u>SIGNATURE ATTESTATION</u>**

3

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

4

filing of this document has been obtained from David A. Perlson.

5

6

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28