# EXHIBIT 1

| | |
|---|---|
| **From:** | John Neukom |
| **Sent:** | Friday, April 21, 2017 5:59 PM |
| **To:** | Cynthia Victory; Grant Margeson; Michelle Penuliar |
| **Cc:** | QE-Waymo; UberWaymo; 'BSF_EXTERNAL                    '; Jacobs, Michael A.; Gonzalez, Arturo J.; Kim, Rudy Y.; Ray, Wendy J.; kdunn            ; hhume |
| **Subject:** | RE: Uber v. Waymo, JAMS Case No. 1110020715 |

Dear Cynthia,

Thank you for your email message. In light of the JAMS recognition (in your email below of 3:48 pm, today) of the jurisdictional issues at play, including that Judge Alsup will be hearing argument on relevant jurisdictional issues on April 27, Waymo LLC (the named respondent in the putative arbitration matter that is the subject of these emails) respectfully suggests that it would be premature to identify "strikes" and to provide a ranking of remaining arbitrator candidates at this time.

If JAMS disagrees, Waymo LLC would of course be willing to provide its "strike" list and its resulting priority rankings ASAP. Please let us know if JAMS would prefer that Waymo LLC do so.

In the meantime, Waymo LLC respectfully reserves all rights and arguments regarding the lack of JAMS jurisdiction over the arbitration matter that has been assigned matter number 1110020715.

Sincerely,
Quinn Emanuel

Jay Neukom
Counsel for Waymo LLC

---

**From:** Cynthia Victory
**Sent:** Friday, April 21, 2017 3:48 PM
**To:** Grant Margeson ; Michelle Penuliar
**Cc:** QE-Waymo ; UberWaymo ; 'BSF_EXTERNAL                    ; Jacobs, Michael A. ; Gonzalez, Arturo J. ; Kim, Rudy Y. ; Ray, Wendy J. ; kdunn            ; hhume
**Subject:** RE: Uber v. Waymo, JAMS Case No. 1110020715

Dear Counsel,

JAMS has reviewed the objection and understands the matter of jurisdiction is being heard on April 27, 2017. Please advise the outcome upon finding out the ruling.

Thank you,

Cynthia



**Cynthia Victory**
Senior Case Manager

160 W. Santa Clara St.
Suite 1600
San Jose, CA 95113
**P:** 408.346.0736
**F:** 408.295.5267

Sign up to join the waiting lists for JAMS Neutrals who may become available on short notice.

U.S. | International | LinkedIn | Twitter

---

**From:** Grant Margeson [                                                    ]
**Sent:** Monday, April 17, 2017 10:22 AM
**To:** Cynthia Victory <                           >; Michelle Penuliar <                              >
**Cc:** QE-Waymo <                                        >; UberWaymo <                                >; 'BSF_EXTERNAL                                    ' <                                               >; Jacobs, Michael A. <                             >; Gonzalez, Arturo J. <                          >; Kim, Rudy Y. <                               >; Ray, Wendy J. <                    >;                          ;
**Subject:** RE: Uber v. Waymo, JAMS Case No. 1110020715

Dear Ms. Victory,

Apologies for any confusion. Claimants' counsel was copied on my original email using their team email alias                       Claimant's counsel previously asked us to use that particular address for email service of documents. I'm copying Mr. Gonzalez individually on this email to confirm.

Best Regards,

**Grant Margeson**
**Quinn Emanuel Urquhart & Sullivan, LLP**
415-875-6486 // 50 California Street, 22nd Floor, San Francisco, CA 94111

---

**From:** Cynthia Victory [                                 ]
**Sent:** Monday, April 17, 2017 9:22 AM
**To:** Grant Margeson <                                             >; Michelle Penuliar <                              >
**Cc:** QE-Waymo <                                        >; UberWaymo <                                >; 'BSF_EXTERNAL                                    ' <                                               >
**Subject:** RE: Uber v. Waymo, JAMS Case No. 1110020715

Dear Mr. Margeson,

Please resend Waymo's Objection to JAMS Jurisdiction to include Claimant's counsel on the emails.

Thank you,

Cynthia



**Cynthia Victory**
Senior Case Manager

160 W. Santa Clara St.
Suite 1600
San Jose, CA 95113
**P:** 408.346.0736
**F:** 408.295.5267

**Sign up to join the waiting lists** for JAMS Neutrals who may become available on short notice.

**U.S.** | **International** | **LinkedIn** | **Twitter**

---

**From:** Grant Margeson [                                        ]
**Sent:** Friday, April 14, 2017 6:00 PM
**To:** Cynthia Victory <                        >; Michelle Penuliar <                        >
**Cc:** QE-Waymo <                             >; UberWaymo <                        >;
'BSF_EXTERNAL                        ' <                                >
**Subject:** RE: Uber v. Waymo, JAMS Case No. 1110020715

Dear JAMS,

I received a bounce back notice for my email below. Please see attached Waymo's Objection to JAMS Jurisdiction, and email below.

Best Regards,

Grant Margeson
**Quinn Emanuel Urquhart & Sullivan, LLP**
415-875-6486 // 50 California Street, 22nd Floor, San Francisco, CA 94111

---

**From:** Grant Margeson
**Sent:** Friday, April 14, 2017 4:40 PM
**To:**                        ;
**Cc:** QE-Waymo <                             >; UberWaymo <                        >;
'BSF_EXTERNAL                        ' <                                >
**Subject:** Uber v. Waymo, JAMS Case No. 1110020715

Dear JAMS,

Please see attached Respondent Waymo LLC's Objection to JAMS Jurisdiction in the above-referenced matter. Waymo makes this submission without waiving – and without prejudice to – its objection to the jurisdiction of this tribunal over the issues raised by Claimants' improperly-filed arbitration demand.

Counsel of record in the pending Northern District of California litigation are carbon-copied on this email.

Best Regards,

**Grant Margeson**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6486 Direct
415.875.6600 Main Office Number
415.875.6700 FAX

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.