# EXHIBIT 2

# JAMS

## COMMENCEMENT OF ARBITRATION

NOTICE TO ALL PARTIES                                                                      April 14, 2017

      RE:     **Uber Technologies, Inc., et al. vs. Waymo LLC**
               JAMS Ref. No. : 1110020715

Dear Parties:

This confirms the commencement of this arbitration as of the date of this letter. This arbitration shall be conducted in accordance with JAMS Comprehensive Rules; unless otherwise agreed upon, and the enclosed Fee Schedule and Arbitration Administrative Policies regarding payment of fees, document retention, and limitations of liability.

Enclosed is a list of available arbitrators. Résumés and rules are available on our website, www.jamsadr.com, or by contacting me. The parties are encouraged to mutually agree to an arbitrator. If the parties are unable to mutually agree to an arbitrator, then using the following list of arbitrator candidates each party may strike 2 name(s) and rank the remaining candidates in order of preference. The deadline for return of your strike list is close of business on **April 21, 2017** [Note: Strike lists should not be exchanged amongst the parties.]:

        Hon. Read Ambler (Ret.)
        Hon. Robert A. Baines (Ret.)
        Hon. Lynn Duryee (Ret.)
        Lizbeth Hasse, Esq.
        Hon. John F. Herlihy (Ret.)
        Hon. Jack Komar (Ret.)
        Hon. Richard M. Silver (Ret.)
        Hon. James Ware (Ret.)

If a party fails to respond to the list of arbitrator candidates by the deadline, that party shall be deemed agreeable to all the proposed candidates. JAMS will then confirm the appointment of the Arbitrator and begin scheduling.

The Arbitrator shall bill in accordance with the enclosed Fee Schedule. Each party will be assessed a pro-rata share of JAMS fees and expenses, unless JAMS is notified otherwise by the Arbitrator or parties. JAMS agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in arbitration.

**Out of State Attorneys in California Arbitrations, please note**:

The California legislature, effective January 1, 2007, has changed the process by which out-of-state attorneys may participate in non-judicial arbitrations occurring in California. See www.calbar.ca.gov for requirements.

Contact me at 408-288-2240 or mpenuliar@jamsadr.com if you have questions. We look forward to working with you.

Sincerely,

Cynthia S. Victory
Senior Case Manager

Fax# 408-295-5267

Enclosures

160 WEST SANTA CLARA STREET   SUITE 1600   SAN JOSE, CA 95113   TEL 408-288-2240   FAX 408-295-5267