MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone:  202.237.2727
Facsimile:   202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' SUPPLEMENTAL BRIEFING REGARDING MOTION TO COMPEL ARBITRATION HEARING'S QUESTIONS 3 AND 4 (DKT. 263) AND ADDITIONAL QUESTIONS FROM THE COURT**<br><br>Trial Date: October 2, 2017 |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants") submit this motion for an order to file under seal the confidential, unredacted versions of portions of Defendants' Supplemental Briefing Regarding Motion to Compel Arbitration Hearing's Questions 3 and 4 (Dkt. 263) and Additional Questions from the Court ("Supplemental Brief").

The redacted portions of the Supplemental Brief discuss Uber's highly confidential strategy and plans for the future relating to Uber's LiDAR system and technology. (Declaration of Meredith R. Dearborn In Support of Defendants' Administrative Motion to File Documents Under Seal ("Dearborn Decl.") ¶ 3.) Public disclosure of this information would cause harm to Uber by giving Uber's potential competitors access to Uber's non-public strategy information and business plans. (Dearborn Decl. ¶¶ 3–4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the document at issue, with accompanying Chambers copies.

Defendants' served Waymo with this Administrative Motion to File Under Seal on May 1, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Under Seal and designate the service copies of this document as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: May 1, 2017

MORRISON & FOERSTER LLP

By: /s/ *Arturo J. González*
     ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING, LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Meredith R. Dearborn, am the ECF User whose ID and password are being used to file this Brief. In compliance with General Order 45, X.B., I hereby attest that Arturo J. González has concurred in this filing.

Dated: May 1, 2017

*/s/ Meredith R. Dearborn*
Meredith R. Dearborn