MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF MEREDITH R. DEARBORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' SUPPLEMENTAL BRIEFING REGARDING MOTION TO COMPEL ARBITRATION HEARING'S QUESTIONS 3 AND 4 (DKT. 263) AND ADDITIONAL QUESTIONS FROM THE COURT**<br><br>Trial Date: October 2, 2017 |

I, Meredith R. Dearborn, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's Supplemental Briefing Regarding Motion To Compel Arbitration Hearing's Questions 3 and 4 (Dkt. 263) and Additional Questions From The Court ("Defendants' Supplemental Brief").

3. The redacted portions of Defendants' Supplemental Brief discuss Uber's highly confidential strategy and plans for the future relating to Uber's LiDAR system and technology.

4. I understand that this strategy information is maintained as confidential by Uber in the ordinary course of business. I understand that the public disclosure of this information would cause harm to Uber by giving Uber's potential competitors access to Uber's non-public strategy information and business plans.

5. Uber's request to seal is narrowly tailored to that portion of the Supplemental Brief that merits sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of May, 2017, in Oakland, California.

*/s/ Meredith R. Dearborn*
Meredith R. Dearborn