1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
   WAYMO LLC,                          | Case No.    3:17-cv-00939-WHA
12
                 Plaintiff,            | **[PROPOSED] ORDER GRANTING**
13                                     | **DEFENDANTS UBER**
        v.                             | **TECHNOLOGIES, INC.,**
14                                     | **OTTOMOTTO LLC, AND OTTO**
   UBER TECHNOLOGIES, INC.,            | **TRUCKING LLC'S**
15 OTTOMOTTO LLC; OTTO TRUCKING LLC,   | **ADMINISTRATIVE MOTION TO**
                                       | **FILE UNDER SEAL PORTIONS OF**
16              Defendants.            | **DEFENDANTS' SUPPLEMENTAL**
                                       | **BRIEFING REGARDING MOTION**
17                                     | **TO COMPEL ARBITRATION**
                                       | **HEARING'S QUESTIONS 3 AND 4**
18                                     | **(DKT. 263) AND ADDITIONAL**
                                       | **QUESTIONS FROM THE COURT**
19
                                       | Trial Date: October 2, 2017
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

1  Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto
2  Trucking LLC's ("Defendants") Administrative Motion to File Under Seal, and finding that good
3  cause exists, the Court hereby GRANTS Defendants' Administrative Motion to File Under Seal
4  and ORDERS that the following document shall be sealed, as indicated below:

| Title Of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's Supplemental Briefing Regarding Motion To Compel Arbitration Hearing's Questions 3 And 4 (Dkt. 263) And Additional Questions From The Court | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge