QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF KEVIN SMITH**<br><br>**Hearing**:<br><br>Date:  June 8, 2017<br>Time:  8:00 a.m.<br>Place: 8, 19th Floor<br>Judge:  The Honorable William H. Alsup |

I, Kevin A. Smith, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of "Defendants' Privilege Log Associated With March 31, 2017 Production of Documents."

3. Attached hereto as Exhibit 2 is a true and correct copy of an April 28, 2017 email from counsel for Defendants.

4. Attached hereto as Exhibit 3 is a true and correct copy of an April 26, 2016 email from counsel for Waymo to counsel for Mr. Anthony Levandowski.

5. Attached hereto as Exhibit 4 is a true and correct copy of an April 20, 2017 email from counsel for Waymo to counsel for Defendants.

6. Attached hereto as Exhibit 5 is a true and correct copy of an April 23, 2017 letter from counsel for Waymo to counsel for John Cooper.

7. Attached hereto as Exhibit 6 is a true and correct copy of an April 25, 2017 letter from counsel for Defendants to counsel for Waymo.

8. Attached hereto as Exhibit 7 is a true and correct copy of a revised version of "Defendants' Privilege Log Associated With March 31, 2017 Production of Documents," served at 8:44 a.m. on May 1, 2017.

9. Attached hereto as Exhibit 8 is a true and correct excerpted copy of Waymo's April 9, 2017 "Notice of Deposition of Kevin Faulkner and Requests for Production of Documents and Things."  Waymo omitted certain portions that are not relevant to the pending motion out of an abundance of caution since the omitted portions contain information considered to be confidential by Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED:  May 1, 2017                              /s/Kevin A. Smith

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kevin Smith.

/s/ Charles K. Verhoeven
Charles K. Verhoeven