# Exhibit 3

**Kevin Smith**

| | |
|---|---|
| **From:** | Amy Craig <amy@ramsey-ehrlich.com> |
| **Sent:** | Wednesday, April 26, 2017 4:33 PM |
| **To:** | Patrick Schmidt |
| **Cc:** | Jordan Jaffe; Miles Ehrlich; Ismail Ramsey; QE-Waymo; Neel Chatterjee; Brett Schuman; Rachel Walsh |
| **Subject:** | Re: Levandowski Production |

Hi Patrick -

I'm traveling today, but am free tomorrow between 10 and 12 for a meet and confer.

Best regards,

Amy

Amy Craig
Ramsey & Ehrlich LLP
510-548-3600

Sent from my iPhone

On Apr 26, 2017, at 3:07 PM, Patrick Schmidt <patrickschmidt@quinnemanuel.com> wrote:

> Amy,
> Jordan asked that I respond to your message below.
> We understand from your message below that responsive, non-privileged documents remain unproduced. But, Mr. Levandowski was ordered to produce these documents at his deposition on Friday April 14th as the Court ordered on April 12th. His continued failure to comply with the subpoena and Court Order is highly prejudicial. Please advise when you are available to meet and confer today or tomorrow. When we confer, please be prepared to discuss the specific issues below:
> - The process Mr. Levandowski and his counsel used to search for responsive documents, including the sources searched and any search terms used
> - The volume of documents searched thus far
> - The volume of documents remaining to be searched
> - The approximate volume of documents you expect to produce
> - The timeline for completing the production
> 
> We reserve all rights.

1

**Patrick Schmidt**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3191 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
patrickschmidt@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Amy Craig [mailto:amy@ramsey-ehrlich.com]
**Sent:** Monday, April 24, 2017 9:30 PM
**To:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>
**Cc:** Miles Ehrlich <miles@ramsey-ehrlich.com>; Ismail Ramsey <izzy@ramsey-ehrlich.com>; QE-Waymo <qewaymo@quinnemanuel.com>; Neel Chatterjee <NChatterjee@goodwinlaw.com>; Brett Schuman <BSchuman@goodwinlaw.com>; Rachel Walsh <RWalsh@goodwinlaw.com>
**Subject:** Re: Levandowski Production

Jordan -
My apologies on the delay in the production getting to you. Apparently FedEx had a delivery issue (see tracking screen shot below the text of this email). We will plan to send you any future productions electronically in order to avoid delays going forward.
We are still in the process of reviewing Mr. Levandowski's documents. We plan to produce all additional documents that are responsive and not privileged under the Fifth Amendment or otherwise. We are moving as quickly as we possibly can in reviewing all potentially responsive documents.



Best regards,
Amy Craig
Ramsey & Ehrlich LLP
510-548-3600

**From:** Amy Craig <amy@ramsey-ehrlich.com>
**Date:** Monday, April 24, 2017 at 1:14 PM
**To:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>
**Cc:** Miles Ehrlich <miles@ramsey-ehrlich.com>, Ismail Ramsey <izzy@ramsey-ehrlich.com>, QE-Waymo <qewaymo@quinnemanuel.com>, Neel Chatterjee <NChatterjee@goodwinlaw.com>, Brett Schuman <BSchuman@goodwinlaw.com>, Rachel Walsh <RWalsh@goodwinlaw.com>
**Subject:** Re: Levandowski Production

Jordan -
I understand that FedEx had a delivery issue. I can look into that and provide you more detail. I'm in a meeting off-site until the end of the day. I'll look into your questions when I return and get back to you.

Amy Craig
Ramsey & Ehrlich LLP
510-548-3600

On Apr 24, 2017, at 12:55 PM, Jordan Jaffe <jordanjaffe@quinnemanuel.com> wrote:

> Amy, we finally received the documents that were referenced in your emailed letter from April 19. As discussed below, we requested an electronic copy of these documents when we didn't receive them the day after your emailed letter. We did not hear back. In fact, we only received these documents this morning after I called your firm to request them a second time.
> The Court ordered Mr. Levandowski to produce documents at his deposition, not after. Please explain Mr. Levandowski's violation of the Court's Order in this respect. As part of this explanation, please identify whether Mr. Levandowski intends to produce further documents, and if so when. Additionally, please explain the process that Mr. Levandowski and his counsel used to search for responsive documents, including the sources searched and any search terms used. Looking at LEV_000162, there appears to be a second document production number indicating upwards of 3.2 million pages of documents (3,272,370, to be exact). Is counsel for Mr. Levandowski in possession of millions of pages of documents from him and what percentage of those pages is Mr. Levandowski withholding under claims of privilege?
> We reserve all rights regarding Mr. Levandowski's violations of the Court's Orders.
> Best regards,
> **Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // jordanjaffe@quinnemanuel.com**
>
> **From:** Jordan Jaffe
> **Sent:** Thursday, April 20, 2017 7:02 PM
> **To:** Amy Craig <amy@ramsey-ehrlich.com>
> **Cc:** Miles Ehrlich <miles@ramsey-ehrlich.com>; Ismail Ramsey <izzy@ramsey-ehrlich.com>; QE-Waymo <qewaymo@quinnemanuel.com>
> **Subject:** RE: Levandowski Production

Amy,

We've yet to receive this production. I just sent you a Send File message, which will allow you to upload the files to us electronically. Can you please do so as soon as possible so that we can review them? We reserve all rights as to the timing and manner of the production.

Best regards,

**Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 //** jordanjaffe@quinnemanuel.com

**From:** Amy Craig [mailto:amy@ramsey-ehrlich.com]
**Sent:** Wednesday, April 19, 2017 6:34 PM
**To:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>
**Cc:** Miles Ehrlich <miles@ramsey-ehrlich.com>; Ismail Ramsey <izzy@ramsey-ehrlich.com>
**Subject:** Levandowski Production

Jordan –

Please see the attached letter that is going out with our production of documents today.

Best regards,
Amy

**Amy E. Craig** | Ramsey & Ehrlich LLP | 803 Hearst Avenue | Berkeley, CA 94710 | Tel: (510) 548-3600 | Fax: (510) 291-3060 |
amy@ramsey-ehrlich.com | www.ramsey-ehrlich.com

This e-mail message is for the sole use of the intended recipient(s) and contains confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.