UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS** |

Having considered Plaintiff Waymo LLC's ("Waymo") Motion To Compel Production Of Withheld Documents, and good cause having been shown, the Court **GRANTS** Waymo's Motion and **ORDERS** Defendants to produce the documents identified on "Defendants' Privilege Log Associated With March 31, 2017 Production of Documents.

**IT IS SO ORDERED.**

Dated: _____, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　United States District Court Judge