1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE PRELIMINARY INJUNCTION HEARING**<br><br>Date:   May 3, 2017<br>Time:  7:30 a.m.<br>Ctrm:  8, 19th Floor<br>Judge: The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (together, the Parties) seek to use certain equipment and devices at the Preliminary Injunction Hearing on May 3, 2017;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1. The Parties and their attorneys, paralegals, assistants, and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, A/V tables, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, VGA switchers, and related equipment into the courtroom for use at the Preliminary Injunction Hearing on Wednesday, May 3, 2017;

2. Beginning at 11:00 a.m. on Tuesday, May 2, 2017, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: May 1, 2017 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Michael A. Jacobs* <br>        MICHAEL A. JACOBS |
| 4 | | Attorneys for Defendants <br> UBER TECHNOLOGIES, INC., |
| 5 | | OTTOMOTTO LLC, and OTTO TRUCKING LLC |
| 9 | | |
| 10 | Dated: May 1, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 11 | | By: */s/ Jordan Jaffe* <br>        JORDAN R. JAFFE |
| 12 | | |
| 13 | | Attorneys for Plaintiff <br> WAYMO LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2017          _____
                                                          The Honorable William H. Alsup

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Charles K. Verhoeven has concurred in this filing.

Dated: May 1, 2017         */s/ Michael A. Jacobs*
                                                    Michael A. Jacobs