QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF WAYMO'S OBJECTIONS TO IMPROPER EVIDENCE CITED IN DEFENDANTS' PRELIMINARY INJUNCTION SUR-REPLY** |

I, Jordan Jaffe, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Waymo's Objections to Improper Evidence Cited in Defendants' Preliminary Injunction Sur-Reply (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Waymo's Objections to Improper Evidence Cited in Defendants' Preliminary Injunction Sur-Reply ("Waymo's Objections") | Highlighted Portions | Waymo (green highlighting); Uber[1] (blue highlighting) |

3. Waymo's Objections contain references to Waymo's trade secret information, which Waymo seeks to seal. The references describe elements of at least two asserted Waymo trade secrets, and identify Waymo's technology related to the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret.

4. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 24-15) and are valuable as trade secrets to Waymo's business (Dkt. 24-3). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's request to seal is narrowly tailored to those portions of Waymo's Objections that merit sealing.

---

[1] "Uber" means Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, collectively.

6.  Waymo only seeks to seal the portions of Waymo's Objections (highlighted blue) identified in the table above, because Waymo believes such information is considered confidential or non-public by Uber.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on May 2, 2017.

By  */s/ Jordan Jaffe*
Jordan Jaffe
Attorneys for WAYMO LLC