UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.    3:17-cv-00939-WHA<br><br>~~JOINT STIPULATION AND [PROPOSED]~~ ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM FOR THE PRELIMINARY INJUNCTION HEARING<br><br>Date:   May 3, 2017<br>Time:   7:30 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

~~JOINT STIPULATION AND [PROPOSED]~~ ORDER PERMITTING USE OF EQUIPMENT FOR PI HEARING
Case No. 3:17-cv-00939-WHA
sf-3764495

1

1  The parties, through their respective counsel of record, hereby stipulate and agree as
2  follows:
3  WHEREAS, Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto
4  LLC, and Otto Trucking LLC (together, the Parties) seek to use certain equipment and devices at
5  the Preliminary Injunction Hearing on May 3, 2017;
6  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
7  Parties that
8  1.  The Parties and their attorneys, paralegals, assistants, and consultants may bring
9  laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector
10 screens and carts, A/V tables, video distribution amplifiers, monitors, speakers, and various
11 cables, cords and power strips, A/B switches, VGA switchers, and related equipment into the
12 courtroom for use at the Preliminary Injunction Hearing on Wednesday, May 3, 2017;
13 2.  Beginning at 11:00 a.m. on Tuesday, May 2, 2017, the Parties may have access to
14 the courtroom to set up and test the above equipment so that the Parties will be prepared to
15 proceed with the hearing as scheduled.
16 **IT IS SO STIPULATED.**

Dated:  May 1, 2017                           MORRISON & FOERSTER LLP


                                              By:  /s/ Michael A. Jacobs
                                                   MICHAEL A. JACOBS

                                              Attorneys for Defendants
                                              UBER TECHNOLOGIES, INC.,
                                              OTTOMOTTO LLC, and OTTO TRUCKING LLC



Dated:  May 1, 2017                           QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                              By:  /s/ Jordan Jaffe
                                                   JORDAN R. JAFFE

                                              Attorneys for Plaintiff
                                              WAYMO LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____May 2___, 2017                    _____
                                              The Honorable William H. Alsup

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Charles K. Verhoeven has concurred in this filing.

Dated:  May 1, 2017                                       */s/  Michael A. Jacobs*
                                                                          Michael A. Jacobs

J̶O̶I̶N̶T̶ S̶T̶I̶P̶U̶L̶A̶T̶I̶O̶N̶ A̶N̶D̶ [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER PERMITTING USE OF EQUIPMENT FOR PI HEARING
Case No. 3:17-cv-00939-WHA
sf-3764495

3