IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE ORDER FILED UNDER SEAL**

Upon agreement by both sides, counsel for either side may choose to share with the special master or separate counsel for Levandowski copies of the order, titled "Questions for Hearing on Plaintiff's Motion for Provisional Relief," that was filed under seal today.

**IT IS SO ORDERED.**

Dated: May 2, 2017.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE