1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
9  OTTOMOTTO LLC, and OTTO TRUCKING LLC

10 KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
11 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
12 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
13 Washington DC  20005
   Telephone:     202.237.2727
14 Facsimile:     202.237.6131

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                  UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 20 WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
| 21         Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 22     v. | **PORTIONS OF THEIR MOTION FOR SUMMARY JUDGMENT OF** |
| 23 UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | **NON-INFRINGEMENT AND SUPPORTING DECLARATION** |
| 24 | |
| 25         Defendants. | Trial Date: October 2, 2017 |

26

27

28

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants") submit this motion for an order to file under seal the confidential, unredacted versions of the following documents:

1.     Portions of Defendants' Motion for Summary Judgment of Non-Infringement ("Motion");

2.     Portions of the Declaration of James Haslim in Support of Defendants' Motion ("Haslim Declaration")

3.     The redacted portions of Defendants' Motion and the Haslim Declaration contain Defendants' proprietary technical information.  The design of Uber's custom LiDAR system is proprietary and highly confidential and, if made public, would cause Uber irreparable harm in this very competitive space of autonomous driving.  (Yang Decl. ¶ 2.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on May 2, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: May 2, 2017                    MORRISON & FOERSTER LLP


                                      By:  */s/Michael A. Jacobs*
                                      _____
                                          MICHAEL A. JACOBS

                                      Attorneys for Defendants
                                      UBER TECHNOLOGIES, INC.,
                                      OTTOMOTTO LLC, and OTTO TRUCKING LLC