1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:   415.268.7000
7  Facsimile:   415.268.7522

8  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
9  OTTOMOTTO LLC, and OTTO TRUCKING LLC

10 KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
11 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
12 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
13 Washington DC  20005
   Telephone:   202.237.2727
14 Facsimile:   202.237.6131

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17               UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20 WAYMO LLC,                              | Case No.    3:17-cv-00939-WHA

21                  Plaintiff,              | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND SUPPORTING DECLARATION**
22          v.

23 UBER TECHNOLOGIES, INC.,
   OTTOMOTTO LLC; OTTO TRUCKING LLC,
24
                   Defendants.
25
                                            Trial Date: October 2, 2017
26

27

28

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Motion for Summary Judgment of Non-Infringement ("Motion") and Supporting Declaration.

2. The highlighted portions of the Defendants' Motion and the Declaration of James Haslim ("Haslim Declaration") are CAD drawings of Uber's proprietary and highly confidential design for Uber's custom LiDAR system.  These portions are highlighted in blue.  The design of Uber's custom LiDAR system is proprietary and highly confidential and, if made public, would cause Uber irreparable harm in this very competitive space of autonomous driving.

3. Uber's request to seal is narrowly tailored to those portions of the Motion and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2nd day of May, 2017, in Palo Alto, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  May 2, 2017       */s/ Michael A. Jacobs*
MICHAEL A. JACOBS