1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:      415.268.7000
7  Facsimile:       415.268.7522

8  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
9  OTTOMOTTO LLC, and OTTO TRUCKING LLC

10 KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
11 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
12 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
13 Washington DC  20005
   Telephone:      202.237.2727
14 Facsimile:       202.237.6131

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                         UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Date:   June 8, 2017<br>Time:   8:00 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William Alsup |
| | Trial Date: October 2, 2017 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants' Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's Motion for Summary Judgment of Non-Infringement.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,836,922 B1, dated September 16, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,285,464 B2, dated March 15, 2016.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,086,273 B1, dated July 21, 2015.

5. Attached hereto as Exhibit 4 are relevant pages from the deposition of Gregory Kintz taken on April 26, 2017.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of May, 2017, in San Francisco, California.

*/s/ Esther Kim Chang*
ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: May 2, 2017                            */s/ Michael A. Jacobs*
                                                              Michael A. Jacobs