# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                           No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507

PAGES 1 - 234

Page 207

| | | |
|---|---|---|
| 1 | photographs of the components of the Spider system | 18:10 |
| 2 | that were laid out. | 18:10 |
| 3 |     One of the key components in that -- well, we | 18:10 |
| 4 | can start at the top, but one of the key components is | 18:11 |
| 5 | the rotating housing.  So the configuration of the | 18:11 |
| 6 | mechanical components -- the photographs clearly show | 18:11 |
| 7 | bearing structures that indicated they rotated around | 18:11 |
| 8 | the central axis. | 18:11 |
| 9 |     Q   Okay. | 18:11 |
| 10 |     (Document marked Exhibit 1054 | 18:11 |
| 11 |      for identification.) | 18:11 |
| 12 |     MR. KIM:  So I've handed you what's been | 18:11 |
| 13 | marked as Exhibit No. 1054. | 18:11 |
| 14 |     Q   Are these the photos that you are referring | 18:11 |
| 15 | to? | 18:11 |
| 16 |     A   Yes. | 18:11 |
| 17 |     Q   So you never personally inspected the Spider | 18:11 |
| 18 | components; correct? | 18:11 |
| 19 |     A   No. | 18:11 |
| 20 |     Q   But you were informed that they were made | 18:11 |
| 21 | available for inspection; correct? | 18:11 |
| 22 |     A   Yes. | 18:12 |
| 23 |     Q   And what's described -- or you never -- have | 18:12 |
| 24 | you seen any evidence of a completed Spider prototype? | 18:12 |
| 25 |     MR. JAFFE:  Objection; form. | 18:12 |

1   a disassembled state.                                          18:14

2          The component right beside it, which is a              18:14
3   block with a large number of fiberoptics, is a                18:14
4   fiberoptic demultiplexing system for taking the output        18:14
5   of the eight lasers and routing them to 64 individual         18:14
6   fibers that, based on the declarations of the design          18:14
7   that was provided by Uber, has each of the fiberoptics        18:15
8   going to its own optical cavity.                              18:15
9          And then finally, there is a rotary member             18:15
10  that the -- that provides the final piece of hardware.        18:15
11  There's also what appears to be a control board.              18:15
12         And then there in this photograph, we do not           18:15
13  see the optical cavity for the Spider prototype               18:15
14  device.                                                       18:15
15         MR. KIM:  Q.  So what's depicted in                    18:15
16  Uber00011668 that you've been describing, it's fair to        18:15
17  say that's not a functioning LiDAR device?                    18:15
18         MR. JAFFE:  Objection; form.                           18:16
19         THE WITNESS:  In its current configuration,            18:16
20  it -- it probably would not function.                         18:16
21         MR. KIM:  And you mentioned a housing                  18:16
22  earlier.                                                      18:16
23      Q   Is the housing depicted on this photograph?           18:16
24      A   I have -- I don't see that total outer                18:16
25  envelope component for the system in these components         18:16

```
 1   '66 -- oh, and '67, are images of the optical cavity.      18:19
 2       Q    And from those images, were you able to           18:19
 3   determine whether any of those optical cavities            18:19
 4   included a transmit block?                                 18:19
 5       A    It can be most clearly seen in Uber00011656.      18:20
 6   We see eight fiberoptics mounted through a plate with      18:20
 7   two alignment pins and what appear to be fasteners         18:20
 8   holding the plate in place.  And that's on one end of      18:20
 9   the metal housing.                                         18:20
10           And as seen in the images, for example,            18:20
11   Uber00011654, there is a lens that is acting as a          18:20
12   transmit and receive lens for this system.                 18:20
13       Q    And do any of these photos show a receive         18:21
14   block in the optical cavity?                               18:21
15       A    Yes.  If we look at Uber00011644, '45, and        18:22
16   '46, this shows two boards connected together.  And        18:22
17   the larger board is most likely an electrical              18:22
18   interface board of some undisclosed design to me at        18:22
19   this point in time.                                        18:22
20           And the avalanche photodiodes can be seen on       18:22
21   Uber00011646.  They are the eight devices that you see     18:22
22   on the smaller green board, the smaller daughter           18:23
23   board.                                                     18:23
24           And we noticed that the spacing and                18:23
25   angulation of those avalanche photodiodes also matches     18:23
```

| | | |
|---|---|---|
| 1 | the angulation and spacing of the fiber inputs as seen | 18:23 |
| 2 | in Uber00011656. | 18:23 |
| 3 |    Q   Now, what's depicted in Uber00011644, that's | 18:23 |
| 4 | not in the optical cavity; correct? | 18:23 |
| 5 |    A   If we look at image -- '644; right? | 18:23 |
| 6 |       So if we look at the image Uber00011646, we | 18:24 |
| 7 | see mounting holes around the avalanche photodiodes | 18:24 |
| 8 | that appear to interface to the optical cavity as seen | 18:24 |
| 9 | in image Uber00011660. | 18:24 |
| 10 |    Q   Okay.  That's not my question.  That's not | 18:24 |
| 11 | responsive to my question. | 18:24 |
| 12 |       My question is:  What you've described in | 18:24 |
| 13 | Uber00011644, that's not physically in the optical | 18:24 |
| 14 | cavity that you referred to in the other slides; | 18:25 |
| 15 | correct? | 18:25 |
| 16 |       MR. JAFFE:  Objection; form.  Excuse me. | 18:25 |
| 17 |       THE WITNESS:  I disagree, because the | 18:25 |
| 18 | interface of those avalanche photodiodes are designed | 18:25 |
| 19 | to be set against the side of the optical cavity as to | 18:25 |
| 20 | receive the information from the return signals. | 18:25 |
| 21 |       MR. KIM:  That's not my question. | 18:25 |
| 22 |    Q   I'm -- I'm asking you, the part that's | 18:25 |
| 23 | disclosed in Uber00011644, that's sitting on what | 18:25 |
| 24 | appears to be a -- a blue moving mat. | 18:25 |
| 25 |       Do you see that? | 18:25 |

```
                                                          Page 213
 1      A    Yes.                                             18:25
 2      Q    This piece is not currently, as at the time      18:25
 3   of this picture, inside -- physically inside the         18:25
 4   optical cavity; correct?                                 18:25
 5      A    Like every other piece of this laser radar       18:25
 6   during this photographic section, it's completely        18:26
 7   dismantled.                                              18:26
 8      Q    Thank you.                                       18:26
 9           So that would be, yes, it's not in the           18:26
10   optical cavity; correct?                                 18:26
11           MR. JAFFE:  Objection; form.                     18:26
12           THE WITNESS:  Yes, it's not in the optical       18:26
13   cavity in these photographs.                             18:26
14           MR. KIM:  Q.  Mr. Kintz, have you seen any       18:26
15   evidence that the components depicted in these           18:26
16   photographs we've been discussing have ever been         18:26
17   completely assembled?                                    18:26
18      A    Yes.  In the -- I believe it was in the          18:26
19   Boehmke, but it could have been in the Haslim            18:26
20   declaration or deposition, they talk about the testing   18:26
21   of this optical cavity and not being satisfied with      18:26
22   the overall alignment of the various channels relative   18:27
23   to each other.                                           18:27
24      Q    So your testimony is that Mr. Haslim             18:27
25   testified either in his deposition or declaration that   18:27
```

| | | |
|---|---|---|
| 1 | multiple components that were exhibited here at this | 18:28 |
| 2 | system and the fact that those were actually | 18:28 |
| 3 | fabricated, it would be reasonable to assume that they | 18:28 |
| 4 | would have assembled these two for testing purposes. | 18:29 |
| 5 |     MR. KIM:  Q.  Is there any evidence that | 18:29 |
| 6 | you've seen that the Spider was ever manufactured into | 18:29 |
| 7 | a complete working LiDAR? | 18:29 |
| 8 |     MR. JAFFE:  Objection; form. | 18:29 |
| 9 |     THE WITNESS:  In a complete working system, | 18:29 |
| 10 | no, I'm not aware of that. | 18:29 |
| 11 |     MR. KIM:  Q.  Is there any evidence that | 18:29 |
| 12 | you've seen that Spider was ever used as a complete | 18:29 |
| 13 | working LiDAR? | 18:29 |
| 14 |   A  No, I'm not aware of any evidence. | 18:29 |
| 15 |   Q  Are you aware of any evidence that Spider was | 18:29 |
| 16 | ever sold as a complete working LiDAR? | 18:29 |
| 17 |   A  No evidence that it was sold. | 18:29 |
| 18 |   Q  Are you aware of any evidence that Spider was | 18:29 |
| 19 | ever offered for sale? | 18:29 |
| 20 |   A  No evidence it was offered for sale. | 18:29 |
| 21 |   Q  Are you aware of any evidence that Spider was | 18:30 |
| 22 | imported into the U.S.? | 18:30 |
| 23 |   A  I have no evidence that it was imported into | 18:30 |
| 24 | the U.S. | 18:30 |
| 25 |   Q  Have you seen any evidence to suggest that | 18:30 |

Page 216

| | | |
|---|---|---|
| 1 | there was any development of Spider after October 2016 | 18:30 |
| 2 | of this year? | 18:30 |
| 3 |     MR. JAFFE:  Objection; form. | 18:30 |
| 4 |     THE WITNESS:  Well, in my reply declaration, | 18:30 |
| 5 | I would have to go back and specifically review the | 18:30 |
| 6 | timelines that were discussed in the different | 18:30 |
| 7 | depositions, and most notably the Haslim and the | 18:30 |
| 8 | Boehmke and the Gruver depositions to confirm any time | 18:30 |
| 9 | line. | 18:31 |
| 10 |     But, as of right now, I'm not aware of any | 18:31 |
| 11 | specific actions after October. | 18:31 |
| 12 |     MR. KIM:  Q.  Mr. Kintz, in your opening | 18:31 |
| 13 | declaration, in paragraphs 65 through 70 -- | 18:31 |
| 14 |     A    (Witness complies.) | 18:31 |
| 15 |     Q    -- you concluded that the Fuji used a common | 18:31 |
| 16 | lens system; correct? | 18:32 |
| 17 |     A    Based on the -- yes. | 18:32 |
| 18 |     Q    And that conclusion was incorrect; correct? | 18:32 |
| 19 |     MR. JAFFE:  Objection; form. | 18:32 |
| 20 |     THE WITNESS:  Given the little information | 18:32 |
| 21 | that I had at the time, the -- the system suggested a | 18:32 |
| 22 | single lens system, but that did not turn out to be | 18:32 |
| 23 | true. | 18:32 |
| 24 |     MR. KIM:  Q.  It did more than suggest a | 18:32 |
| 25 | common lens system, according to your original | 18:32 |

```
                                                           Page 221
 1    Sorry.                                                  18:39
 2            Well, I believe my original opinions were       18:39
 3    reasonable based on the information then available.     18:40
 4    The newly provided information requires me to withdraw  18:40
 5    my opinion that the Fuji system infringes the           18:40
 6    '922 patent and the '464 patents.                       18:40
 7       Q    So your current opinion is that Fuji does not   18:40
 8    infringe the '922 and the '464 patents; correct?        18:40
 9       A    That is correct.                                18:40
10       Q    And in your declaration, you said that you      18:40
11    reviewed all of the asserted patents in this case;      18:40
12    correct?                                                18:40
13       A    In the original declaration?                    18:40
14       Q    Yes.                                            18:40
15       A    Yes.                                            18:40
16       Q    And so aside from the '944 and '922 patents,    18:40
17    is it your opinion that Fuji does not infringe any of   18:40
18    those asserted patents?                                 18:40
19            MR. BAYER:  You said '944?                      18:40
20            MR. KIM:  Q.  Aside from the '922 and the       18:41
21    '464, is it your opinion that Fuji does not infringe    18:41
22    any of the other asserted patents in this case?         18:41
23            MR. JAFFE:  Objection; form.                    18:41
24            THE WITNESS:  Can I ask what other asserted     18:41
25    patents you're referencing?                             18:41
```

```
                                                              Page 225
 1           Do you see that?                                    18:46
 2      A    I do.                                               18:47
 3      Q    So that describes a monostatic lens                 18:47
 4   configuration; doesn't it?                                  18:47
 5           MR. JAFFE:  Objection; form.                        18:47
 6           THE WITNESS:  Yes.                                  18:47
 7           MR. KIM:  Q.  And that's what you referred to       18:47
 8   as a common lens system in your original declaration?       18:47
 9      A    Yes.                                                18:47
10      Q    So let me ask you again:  Is it your opinion        18:47
11   that Fuji does not infringe the '273 patent?                18:47
12           MR. JAFFE:  Objection; form.                        18:47
13           THE WITNESS:  In my original declaration            18:47
14   or --                                                       18:47
15           MR. KIM:  Currently.                                18:47
16      Q    Based on the information you now know, Fuji         18:47
17   does not infringe the '273 patent; correct?                 18:47
18           MR. JAFFE:  Same objection.                         18:47
19           THE WITNESS:  So looking at the last clause         18:47
20   of Claim 1, I would agree with you that this is a           18:47
21   common lens system, monostatic system.                      18:48
22           MR. KIM:  Q.  And Fuji is a bi-static system        18:48
23   that does not have a common lens; correct?                  18:48
24      A    That is correct.                                    18:48
25      Q    Okay.  Now turning to Exhibit No. 1056.             18:48
```