UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Trial Date: October 2, 2017 |

1  Having considered all of the papers filed in connection with Defendants' Motion for
2  Summary Judgment of Non-Infringement, as well as the arguments presented by the parties at the
3  hearing on this motion, the Court finds that Defendants do not infringe the asserted claims of the
4  '922, '464, and '273 Patents.

5  IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment of Non-
6  Infringement is GRANTED and Plaintiff's Third, Fourth, and Sixth Causes of Action are
7  DISMISSED.

10  **IT IS SO ORDERED**.

12  Dated: _____, 2017

13  HONORABLE WILLIAM ALSUP
    United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
Case No. 3:17-cv-00939-WHA
sf-3765100

1