# EXHIBIT 15

# FILED UNDER SEAL

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6         Plaintiff,
 7   vs.                            No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
12   _____/
13
14      WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF GREGORY KINTZ
17                 SAN FRANCISCO, CALIFORNIA
18                WEDNESDAY, APRIL 26, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2592507
24
25   PAGES 1 - 234
```

Page 1

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:11 |
| 3 | Do you see that? | 15:11 |
| 4 | A   I do see that. | 15:11 |
| 5 | Q   So would you agree that Schultz discloses | 15:11 |
| 6 | that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| 7 | ▮▮▮▮▮▮▮▮▮▮ | 15:11 |
| 8 | MR. JAFFE:  Objection; form. | 15:11 |
| 9 | THE WITNESS:  The device in question here in | 15:11 |
| 10 | this Ph.D. thesis from a student in Germany refers to | 15:11 |
| 11 | a high-powered laser diode bar with multiple emitters | 15:11 |
| 12 | where the bar is bonded to a heat sink.  There is | 15:11 |
| 13 | another contact bar on top of the device. | 15:11 |
| 14 | And this has little or no relationship to a | 15:11 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:12 |
| 16 | MR. KIM:  So that wasn't responsive to my | 15:12 |
| 17 | question.  Let me ask you a different one. | 15:12 |
| 18 | Q   On page 63 -- can you turn to page 63. | 15:12 |
| 19 | A   (Witness complies.) | 15:12 |
| 20 | Q   Do you see Figure 4-10? | 15:12 |
| 21 | A   I do. | 15:12 |
| 22 | Q   Where it's labeled: | 15:12 |
| 23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| 24 | ▮▮▮▮▮▮▮▮▮▮ | 15:12 |
| 25 | Do you see that? | 15:12 |

Page 127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A   Yes. | 15:12 |
| 2 | Q   And above that label, ███████████████ | ██ |
| 3 | ████████████████████████████████████ | ██ |
| 4 | ██████████████████ | 15:13 |
| 5 |     Do you see that? | 15:13 |
| 6 | A   Yes. | 15:13 |
| 7 | Q   Okay.  This depicts ██████████████ | ██ |
| 8 | ███████; correct? | 15:13 |
| 9 | A   Again, ████████████████████ | ██ |
| 10 | ███████████████████████████ | ██ |
| 11 | ██████████████████████ | 15:13 |
| 12 |    ████████████████████████ | ██ |
| 13 | ████████████████████████████████ | ██ |
| 14 | ███████ | 15:13 |
| 15 | Q   That's not my question. | 15:13 |
| 16 |     My question is:  That figure depicts ████ | ██ |
| 17 | ████████████████████████████████ | ██ |
| 18 | ██████ correct? | 15:13 |
| 19 |     MR. JAFFE:  Objection; form. | 15:13 |
| 20 |     THE WITNESS:  As you see in this figure, | 15:13 |
| 21 | there is ████████████████ | 15:13 |
| 22 |     But the greater body of knowledge of the | 15:13 |
| 23 | packaging of even the specific type of high-powered | 15:13 |
| 24 | laser diode bars as referenced in the Liu textbook | 15:14 |
| 25 | indicates that the ideal configuration for these | 15:14 |

Page 128

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | So I don't think there is a clear answer to | 16:13 |
| 2 | your question. | 16:13 |
| 3 | MR. KIM:  Q.  It wouldn't be a simple | 16:13 |
| 4 | modification to just go from these two separate | 16:13 |
| 5 | cavities and to put all 64 boards and diodes into a | 16:13 |
| 6 | single cavity? | 16:13 |
| 7 | MR. JAFFE:  Objection; form. | 16:14 |
| 8 | THE WITNESS:  Again, I don't -- with all of | 16:14 |
| 9 | the complexity of engineering, I don't think you can | 16:14 |
| 10 | make a broad brush statement that says, Oh, this would | 16:14 |
| 11 | just be a simple thing to do. | 16:14 |
| 12 | MR. KIM:  Q.  So GBr3 has ██████████ ██████ | |
| 13 | ██████ correct? | 16:15 |
| 14 | A   Yes, that's correct. | 16:15 |
| 15 | Q   And it has a single optical cavity? | 16:15 |
| 16 | A   Yes, that's correct. | 16:15 |
| 17 | Q   And the ████████████████████ for GBr3, | 16:15 |
| 18 | that's ████████████████████████████ | 16:15 |
| 19 | A   That sounds correct.  But I would prefer to | 16:15 |
| 20 | look at a detailed specification to confirm that | 16:15 |
| 21 | number. | 16:16 |
| 22 | Q   All right. | 16:16 |
| 23 | I think you can go to the list of Trade | 16:16 |
| 24 | Secrets and turn to -- let's see -- page 25. | 16:16 |
| 25 | A   Okay.  Nope, I don't need that anymore. | 16:16 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Sorry. | 18:39 |
| 2 | Well, I believe my original opinions were | 18:39 |
| 3 | reasonable based on the information then available. | 18:40 |
| 4 | The newly provided information requires me to withdraw | 18:40 |
| 5 | my opinion that the Fuji system infringes the | 18:40 |
| 6 | '922 patent and the '464 patents. | 18:40 |
| 7 | Q   So your current opinion is that Fuji does not | 18:40 |
| 8 | infringe the '922 and the '464 patents; correct? | 18:40 |
| 9 | A   That is correct. | 18:40 |
| 10 | Q   And in your declaration, you said that you | 18:40 |
| 11 | reviewed all of the asserted patents in this case; | 18:40 |
| 12 | correct? | 18:40 |
| 13 | A   In the original declaration? | 18:40 |
| 14 | Q   Yes. | 18:40 |
| 15 | A   Yes. | 18:40 |
| 16 | Q   And so aside from the '944 and '922 patents, | 18:40 |
| 17 | is it your opinion that Fuji does not infringe any of | 18:40 |
| 18 | those asserted patents? | 18:40 |
| 19 | MR. BAYER:  You said '944? | 18:40 |
| 20 | MR. KIM:  Q.  Aside from the '922 and the | 18:41 |
| 21 | '464, is it your opinion that Fuji does not infringe | 18:41 |
| 22 | any of the other asserted patents in this case? | 18:41 |
| 23 | MR. JAFFE:  Objection; form. | 18:41 |
| 24 | THE WITNESS:  Can I ask what other asserted | 18:41 |
| 25 | patents you're referencing? | 18:41 |

Veritext Legal Solutions
866 299-5127