# EXHIBIT 2

# FILED UNDER SEAL

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    WAYMO LLC,

6         Plaintiff,

7    vs.                        No. 3:17-cv-00939-WHA

8    UBER TECHNOLOGIES, INC.;

9    OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11        Defendants.

12   _____/

13

14      WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

15

16      VIDEOTAPED DEPOSITION OF GREGORY KINTZ

17            SAN FRANCISCO, CALIFORNIA

18            WEDNESDAY, APRIL 26, 2017

19

20

21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22   CSR LICENSE NO. 9830

23   JOB NO. 2592507

24

25   PAGES 1 - 234

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q    Okay.  What do you mean by that?            11:44

 2      A    Well, ████████████████████████         ████    11:44

        ████████████████████████████████, but   11:44

 4    does not have to be.                               11:45

 5      Q    Okay.  In what instances would it ██████     ████    11:45

        ████████████████████████████████            11:45

 7      A    Using general principles, it would be       11:45

 8    ████████████████████████████████████████         ████    11:45

        ████████████████████████████            11:45

10      Q    And under what circumstances would it ████    ████    11:45

        ██  ████████████████████                     11:45

12      A    There may be cases where you might want to  11:45

13    ████████████████████  ████████████         ████    11:45

        ████████████████████████████████████         ████    11:45

        ████  you could do that.                       11:45

16      Q    Okay.  But generally, if you're looking to  11:45

17    ████████████████████████████████████         ████    11:45

        ████████████████████████████████████████         ████    11:45

        ████████████████████████████████████         ████    11:45

        ██  ████████████  correct?                    11:46

21         MR. JAFFE:  Objection; form.                 11:46

22         THE WITNESS:  Correct.                       11:46

23         MR. KIM:  Q.  So, taking a look at this      11:46

24    diagram, I see on page 15 of Exhibit 1034, there is  11:46

25    ████████████████████████████████         11:46
```

1      Using the Fuji ███████████ information, I        11:47

2    was able to determine ██████████████████████        ████

3    █████████████████.  And, from that, I was able to   11:47

4    █████████████████████████████████████████           11:47

5      Q   Okay.  And that's ████████████████████████     ████

6    ████████████████████████████████████████████████    ████

7    ████████████ -- on the bottom of page 5?            11:48

8      A   That is 15?                                    11:48

9      Q   Yes.                                           11:48

10     A   Yes.                                           11:48

11     Q   Okay.  And after ██████████████████            ████

12   ██████████████████████████████████                  ████

13   ████████████████████████████████████████            ████

14   ██████████                                          11:48

15     A   Using the -- again, the same ██████████████    11:48

16   file from the Fuji board in the ██████ e-mail, that  11:48

17   also contains ██████████████████████                11:48

18     And I was able to ██████████████████████           ████

19   ████████████████████████████████████████            ████

20   ████████████████████████████████████                11:49

21       MR. KIM:  Okay.  Let's go ahead and mark this    11:49

22   as No. 1037.                                         11:49

23       (Document marked Exhibit 1037                    11:49

24        for identification.)                            11:49

25       MR. KIM:  Q.  Do you recognize Exhibit           11:49

Page 40

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   ████████████████████████████████████        ████
 █   ████████████████, what did you do next?       12:01
 3       A    I then compared ████████████████       ████
 █   ██████████████████████████████████████         ████
 █   ████████████████████████████████████████████   ████
 █   ██████████████████████████████████████         ████
 █   ████████████████        Excuse me.              12:02
 8       Q    And the ██████████████████████          12:02
 9       A    Correct.                                12:02
10       Q    Okay.  And that's based on your calculation  12:02
11   of ████████████████████████████████ for the       12:02
12   Fuji board; correct?                              12:02
13       A    That is correct.                         12:02
14       Q    So, is it fair to say that if your        12:02
15   calculation of ████████████████████ for Fuji      12:02
16   was incorrect, that █████ would also be different; 12:02
17   correct?                                          12:02
18       A    Yes.                                     12:02
19       Q    I'd like to turn to -- back to the reply  12:02
20   declaration.                                      12:03
21       A    (Witness complies.)                      12:03
22            Uh-huh.                                  12:03
23       Q    And direct your attention to paragraph 5.  Do  12:03
24   you see where it says:                            12:03
25            "My visual inspection of the Fuji device on  12:03
```

Page 46

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            A F T E R N O O N   S E S S I O N
 2                      1:05 P.M.
 3
 4          THE VIDEOGRAPHER:  We are back on the record    13:05
 5    at 1:05 p.m.                                          13:05
 6          MR. KIM:  Q.  Mr. Kintz, we were talking        13:05
 7    about ███████████       And I wanted to ask you what  13:05
 8    you meant by ████████████████       in your           13:05
 9    declaration, for example, in paragraphs 4 and 5 which 13:06
10    we had been discussing.                               13:06
11        A   The definition of ███████████████    ████     13:06
██    ██████████████████████████████                 ████
██    ██████████████████████████████                 ████
██    █████████████████████                                13:06
15        Q   Okay.  And so, if █████████████        ████   13:06
██    █████████████████████████████████              ████
██    ██████████████████████████████████████         ████
██    ███████                                              13:06
19        A   Yes, I would agree with that statement.       13:06
20        Q   Okay.  And is it also your testimony that if  13:06
21    ██████████████████████████████████          ████     13:06
██    ████████████████████████████            ████
██    █████████████████                                    13:07
24          MR. JAFFE:  Excuse me.  Objection; form.        13:07
25          THE WITNESS:  In a more broad definition of     13:07
```

Page 63

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1      ████████████████  yes, that would.      13:07

2      I believe, in the context of the Trade Secret    13:07

3      that we're discussing right now, no, because that    13:07

4      ██████████████████████    13:07

5      MR. KIM:  Q.  So, just to make sure I -- I    13:07

6      understand your answer, if you had ████████ ███

   ██████████████████████████ ███

   ████████████████████████████ ███

   ██████████████████████████ ███

   ████████████████████████████ ███

   ██████████████████████████ ███

   ██████████████████████████ ███

   █████████████████    13:08

14      A    Yes.    13:08

15      MR. JAFFE:  Objection; form.    13:08

16      Just give me a second to object, please.    13:08

17      THE WITNESS:  Yeah.    13:08

18      MR. JAFFE:  Thank you.    13:08

19      THE WITNESS:  Yes, within the context of your    13:08

20      statement, yes.    13:08

21      MR. KIM:  Okay.  So I'd like to mark this as    13:08

22      1038, I believe.    13:08

23      (Document marked Exhibit 1038    13:09

24       for identification.)    13:09

25      MR. KIM:  Q.  Do you recognize Exhibit 1038?    13:09

Page 64

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your objection.  Please stop, or we'll move to strike | 14:12 |
| 2 | his declaration. | 14:12 |
| 3 | MR. JAFFE:  I'm going to just object again. | 14:12 |
| 4 | MR. KIM:  That's under your interpretation of | 14:12 |
| 5 | Judge Alsup's standing order.  I'm warning you, stop. | 14:12 |
| 6 | MR. JAFFE:  I disagree. | 14:12 |
| 7 | MR. KIM:  Q.  Can you answer the question? | 14:12 |
| 8 | A   To successfully produce this document here, I | 14:12 |
| 9 | needed to have the ██████████████ between the | 14:12 |
| 10 | Waymo boards and the Fuji board. | 14:13 |
| 11 | So I did compute ████████████████ ████ | 14:13 |
| ██ | ██████████████████ in preparing this figure. | 14:13 |
| 13 | Q   Did you quantify or calculate the | 14:13 |
| 14 | correspondence between ██████████████████ ████ | 14:13 |
| ██ | ██████████████████████ | 14:13 |
| 16 | MR. JAFFE:  Objection; form. | 14:13 |
| 17 | THE WITNESS:  So at the time I had -- did | 14:13 |
| 18 | this analysis, I had the ██████████ data for the | 14:13 |
| 19 | one Fuji board, and I had the ██████████████ from | 14:13 |
| 20 | the Waymo boards. | 14:13 |
| 21 | ██████████████████████ ██ ████ | |
| ██ | ██████████████████████████████ ████ | |
| ██ | ██████████████████████████ | 14:14 |
| 24 | MR. KIM:  Q.  What are the scaling | 14:14 |
| 25 | differences you're referring to? | 14:14 |

Page 99

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your report; correct? | 14:15 |
| 2 |    A   The Excel spreadsheet that did that | 14:15 |
| 3 | calculation was part of a set of files that I used and | 14:15 |
| 4 | prepared for the original declaration. | 14:15 |
| 5 |    Q   Are they mentioned in your declaration? | 14:15 |
| 6 |    A   Insomuch as there is a computed calculation | 14:15 |
| 7 | here. | 14:15 |
| 8 |    Q   But where -- where is that spreadsheet | 14:15 |
| 9 | referenced in the list of materials considered? | 14:15 |
| 10 |       MR. JAFFE:  Objection; form. | 14:15 |
| 11 |       THE WITNESS:  It was a simple derivation of | 14:15 |
| 12 | the assembly and fabrication documents that were | 14:16 |
| 13 | provided as part of the Fuji PCB. | 14:16 |
| 14 |       MR. KIM:  So Counsel, we request that those | 14:16 |
| 15 | spreadsheets that he relied on in preparing his | 14:16 |
| 16 | declaration be produced immediately. | 14:16 |
| 17 |       MR. JAFFE:  So just to briefly respond, I | 14:16 |
| 18 | don't think that's a fair summary of what he just | 14:16 |
| 19 | testified about.  But we'll take your request under | 14:16 |
| 20 | advisement. | 14:16 |
| 21 |       MR. KIM:  Q.  Mr. Kintz, Waymo didn't come up | 14:17 |
| 22 | with the idea of having 64 diodes in a LiDAR; correct? | 14:17 |
| 23 |    A   No.  That existed out in the public domain. | 14:17 |
| 24 |       MR. JAFFE:  So just as a brief question here, | 14:17 |
| 25 | if you're changing topics, if you don't mind if we | 14:17 |

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1        A    With that limited restriction on the          14:29

2   manufacturing tolerances, there will be some variation  14:29

3   in ███████████████████████████████████             ████   14:29

█   ███████████████                                          14:29

5        Q    And in some circumstances, due to             14:29

6   manufacturing tolerances, the laser diode could ████  ████   14:29

█   ████████████████████████████; correct?                  14:29

8        A    In that case where there are manufacturing    14:29

9   tolerances being considered, that is a possibility.    14:29

10       Q    We had -- in looking at paragraph 40, where   14:29

11  you mention mounting a cylindrical lens in front of a   14:29

12  laser diode to ██████████████████████████████         ████   14:29

██  ████████                                                14:29

14            Do you see that?                              14:29

15       A    Yes.                                          14:30

16       Q    Are you familiar with the term "fast-axis     14:30

17  lens"?                                                  14:30

18       A    Point of clarification.  Fast axis?           14:30

19       Q    Fast-axis, A-X-I-S, collimation lens.         14:30

20       A    Yes.                                          14:30

21       Q    What is that?                                 14:30

22       A    It is a cylindrical lens system that is       14:30

23  commonly placed in front of laser diodes for doing      14:30

24  collimation of the laser diode system.                 14:30

25       Q    So Waymo wasn't the first to invent or        14:30
```

Page 106

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | discover the use of a fast-axis collimation lens in | 14:30 |
| 2 | the context of LiDARs? | 14:30 |
| 3 | MR. JAFFE:  Objection; form. | 14:30 |
| 4 | THE WITNESS:  I'm aware of people using | 14:30 |
| 5 | fast-axis collimation lenses in a wide range of laser | 14:30 |
| 6 | diode collimation systems. | 14:31 |
| 7 | MR. KIM:  Q.  The Velodyne 64, in fact, used | 14:31 |
| 8 | FAC lenses in front of its diodes; correct? | 14:31 |
| 9 | A   Based on the information that is presented in | 14:31 |
| 10 | Figure 7, it appears that they use a fast-axis lens. | 14:31 |
| 11 | Q   And do you see the fast-axis collimation lens | 14:31 |
| 12 | in Figure 7? | 14:31 |
| 13 | A   Yes. | 14:31 |
| 14 | Q   Okay.  Can you label that, please.  You can | 14:31 |
| 15 | just -- you can label it "FAC" for short. | 14:31 |
| 16 | A   (Witness complies.) | 14:31 |
| 17 | Okay. | 14:31 |
| 18 | Q   Okay.  And you're understanding that for the | 14:31 |
| 19 | Velodyne 64, the purpose of that FAC lens would be to | 14:31 |
| 20 | pre-collimate the light emitted from the laser diode; | 14:31 |
| 21 | correct? | 14:32 |
| 22 | A   Correct. | 14:32 |
| 23 | Q   And would it also be for the purpose of | 14:32 |
| 24 | ███████████████████████████████████████ ███ | |
| | ██ ███████ | 14:32 |

Page 107

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | inspected. | 14:40 |
| 2 | What's the benefit of having ████████ | ████ |
| █ | ██████   for the GBr3 board? | 14:41 |
| 4 | A   ████████████████████████ | ████ |
| █ | ████████████████████████████████ | ████ |
| █ | ████████████████████████████████ | ████ |
| █ | ████████████████████████████ | 14:41 |
| 8 | Q   And what other benefit is there for having a | 14:41 |
| 9 | ██████████████   for the GBr3? | 14:41 |
| 10 | A   For the GBr3 specifically, the benefit is | 14:41 |
| 11 | associated with ██████████████████ | ████ |
| █ | ████████████████████ | 14:41 |
| 13 | Q   Okay.  And what other benefits are there for | 14:41 |
| 14 | the GBr3? | 14:42 |
| 15 | A   I am not aware of any other benefits for the | 14:42 |
| 16 | GBr3 board at this time. | 14:42 |
| 17 | Q   And are those -- so I -- I heard two primary | 14:42 |
| 18 | benefits for having ██████████████ for the | 14:42 |
| 19 | GBr3; is that fair? | 14:42 |
| 20 | A   Yes. | 14:42 |
| 21 | Q   Would those two benefits also apply if you | 14:42 |
| 22 | had ██████████████ | 14:42 |
| 23 | A   Yes. | 14:42 |
| 24 | Q   Would they apply if you had ██████████ | ████ |
| █ | ██████████ | 14:42 |

Page 112

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1   ████████████████████████████████   ████
     ████████████████████████████████   ████
     ███████████████████████   correct?   14:45
 4        A   I actually --               14:45
 5            MR. JAFFE:  Sorry.  Objection; form.   14:45
 6            Go ahead.                    14:45
 7            THE WITNESS:  Actually, I disagree.   14:45
 8   ████████████████████████████████   ████
     ███████   ████████████████████████   ████
     ██████████████████████   14:45
11            So it's clear that even ████████████   ████
     ████████████████████████████████   ████
     ████████████   14:45
14            MR. KIM:  Q.  So would ████████████   ████
     ████████████████████████████████   ████
     ████████████████████   14:46
17        A   Yes, under all of the considerations of the   14:46
18   ████████████████████████████████   ████
     ███████████████████, yes.   14:46
20        Q   And assuming that ███████████████   ████
     ████████████████████████████████   ████
     ████████████████████████████████   ████
     ████████████████████████   14:46
24   correct?   14:46
25        A   Yes, given those mathematical assumptions.   14:46
```

Page 114

```
1      Q    So if you can turn to your -- the Trade        14:47

2    Secret List that we've been referring back to, Trade  14:47

3    Secret No. 7.                                          14:47

4      A    (Witness complies.)                             14:47

5           Yes.                                            14:47

6      Q    It's not your testimony that Trade Secret 7     14:48

7    requires ███████████████████ is it?                   14:48

8      A    █████████████████████████████████    ███████

       ███████████████████████████                         14:48

10     Q    But it doesn't say ████████████████████         14:48

11   correct?                                               14:48

12     A    No, there is no ████████████████████   ███████

  ██  ████████████████████                                 14:48

14          It's just surprising that ████████████   ███████

  ██  ████████████████████████████████   ███████

  ██  █████████████████████████                            14:48

17     Q    How do you know that ████████████████   ███████

  ██  ████████████████████                                 14:48

19     A    I was told that -- or that information is in    14:49

20   one of the declarations of one of the Waymo engineers. 14:49

21     Q    And you relied on that declaration?             14:49

22     A    Yes.                                            14:49

23     Q    Do you know whose?                              14:49

24     A    I can pull that up because that's referenced    14:49

25   in my -- let's see -- in my second declaration.        14:49
```

Page 115

```
 1    declaration, paragraph 40.  And actually, let's move      15:03
 2    ahead to paragraph 43.                                    15:03
 3         A    (Witness complies.)                             15:03
 4         Q    Do you see in the first sentence where you      15:04
 5    say:                                                      15:04
 6              "Moreover, both Liu and Schultz dissertation    15:04
 7    teach away from ███████████████████████."                 15:04
 8         A    Yes.                                            15:04
 9         Q    What is a ███████████████████                  15:04
10         A    Depending on the application of the laser       15:04
11    diode, either single emitter device or laser diode        15:04
12    bar, ████████████████████████████████    ███████          15:04
█     ████████████████████████████  ██████████    ███████
█     ██████████████████████████████████████████    ███████
█     ███████████████████                                 15:04
16         Q    For the GBr3, what would be ████████████    ███████
█     ███████████                                          15:04
18              MR. JAFFE:  Objection; form.                    15:04
19              THE WITNESS:  Without having gone through       15:05
20    computations of the -- █████████████████████████    ███████
█     ██████████████████████████████████████    ███████
█     ███████████████████████████████████████    ███████
█     ████████████████████████████████████          15:05
24              However, in the deposi- -- in the              15:05
25    declarations of the Google engineer, Pierre Droz, they   15:05
```

Page 123

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q    What about ██████████                    15:07

 2      A    Again, you're asking me to do calculations  15:07

 3   that I don't have information available to me in terms  15:07

 4   of the detailed design properties of the system.  15:07

 5      Q    You know, earlier we were looking at the  15:07

 6   Trade Secret No. 7, and you confirmed there was no  15:07

 7   requirement of ████████████████████          15:07

 8           Do you recall that?                    15:07

 9      A    Yes.                                   15:08

10      Q    Where does it say in Trade Secret 7 that the  15:08

11   ███████████████████████?              15:08

12      A    The significance in the Trade Secret is the  15:08

13   ████████████████████████████████  █████  

     ████████████████████████████████  █████  

     ████████████████████████████████  █████  

     ████████████████████████████              15:08

17      Q    But where does it ████████████████  █████  

     █████████████████                          15:09

19      A    Trade Secret No. 7 doesn't have ██   █████  

     ███████████████████████████████           15:09

21           (Document marked Exhibit 1048         15:09

22            for identification.)                  15:09

23           MR. KIM:  Okay.  I'd like to hand you  15:09

24   deposition Exhibit No. 140 -- 1048.          15:09

25           MR. JAFFE:  Can I get a copy, please?  15:09
```

Page 125

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   So it seems to be distinguishing the | 16:04 |
| 2 | '190 patent disclosure and possibly the PanDAR | 16:04 |
| 3 | paper -- it's unclear -- on the grounds that what's | 16:04 |
| 4 | disclosed in the '190 patent and/or the PanDAR paper | 16:05 |
| 5 | is not a single device. | 16:05 |
| 6 | And my question is:  Earlier when we were | 16:05 |
| 7 | discussing the PanDAR device, you had mentioned that | 16:05 |
| 8 | it was two stacked Velodynes; right? | 16:05 |
| 9 | And I think that's depicted in Figure 1 which | 16:05 |
| 10 | we were talking about earlier. | 16:05 |
| 11 | A   Yes. | 16:05 |
| 12 | Q   So -- so with the understanding that PanDAR | 16:05 |
| 13 | is describing what you described as two separate | 16:05 |
| 14 | devices stacked on top of each other -- | 16:05 |
| 15 | A   Well, actually, I think we can look at the | 16:05 |
| 16 | photograph -- | 16:05 |
| 17 | Q   Yeah. | 16:05 |
| 18 | A   -- on Figure 1 and see -- | 16:05 |
| 19 | Q   Yeah, that's what I'm looking at, too. | 16:05 |
| 20 | A   -- that it is a single device that has two | 16:05 |
| 21 | optical subsystems on it. | 16:05 |
| 22 | Q   Oh, you would characterize this as a single | 16:05 |
| 23 | device? | 16:05 |
| 24 | A   This is the PanDAR system that is a single | 16:05 |
| 25 | device. | 16:05 |

Page 154

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1 ████████████████    ███████████████████████    ████████

███████████████████████████████████████████████    ████████

███████████████████████████████████    16:10

4      So again, I have to say necessarily because    16:10

5 it may not be a straightforward task to reduce that to    16:10

6 a single device.    16:10

7      MR. KIM:  Q.  Wouldn't it be fairly simple to    16:10

8 just arrange the boards that are distributed across    16:10

9 two optical cavities in the PanDAR device into a    16:11

10 single cavity?    16:11

11      MR. JAFFE:  Objection; form.    16:11

12      THE WITNESS:  Without knowing the internal    16:11

13 details of the -- of the 32-unit Velodyne systems,    16:11

14 that may or may not be possible.    16:11

15      But we can actually look at the Velodyne    16:11

16 '190 patent and see that there's not a lot of room    16:11

17 between their current set of emitters to just add more    16:11

18 boards.    16:11

19      MR. KIM:  Okay.    16:11

20   Q   Aside from space constraints, what else would    16:11

21 prevent you from just adding more boards in a single    16:11

22 cavity?    16:11

23   A   Well, two other areas that immediately jump    16:11

24 out at me as an engineer.    16:12

25         ████████████████████████    ███████████████    16:12

Page 158



1

16:12

8       Q   What else?                                16:12

9       A   We mentioned                              16:12

16:12

11      Q   What about optically?                     16:12

12          You wouldn't have to recalculate all the  

16:12

                               right?                 16:12

15          You could just take                        

                 , and apply it to a single cavity?   16:13

17          MR. JAFFE:  Objection; form.               16:13

18          THE WITNESS:  So you're really making a very  16:13

19  hypothetical situation right now, and now detailed  16:13

20  designs that's unclear to me whether I can make an   16:13

21  accurate conclusion on this.                         16:13

22          It not only depends on                       

16:13

16:13

16:13

Page 159

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | So I don't think there is a clear answer to | 16:13 |
| 2 | your question. | 16:13 |
| 3 | MR. KIM:  Q.  It wouldn't be a simple | 16:13 |
| 4 | modification to just go from these two separate | 16:13 |
| 5 | cavities and to put all 64 boards and diodes into a | 16:13 |
| 6 | single cavity? | 16:13 |
| 7 | MR. JAFFE:  Objection; form. | 16:14 |
| 8 | THE WITNESS:  Again, I don't -- with all of | 16:14 |
| 9 | the complexity of engineering, I don't think you can | 16:14 |
| 10 | make a broad brush statement that says, Oh, this would | 16:14 |
| 11 | just be a simple thing to do. | 16:14 |
| 12 | MR. KIM:  Q.  So GBr3 has ███████████     █████ | |
| | ████████; correct? | 16:15 |
| 14 | A   Yes, that's correct. | 16:15 |
| 15 | Q   And it has a single optical cavity? | 16:15 |
| 16 | A   Yes, that's correct. | 16:15 |
| 17 | Q   And the ███████████████ for GBr3, | 16:15 |
| 18 | that's ████████████████████████? | 16:15 |
| 19 | A   That sounds correct.  But I would prefer to | 16:15 |
| 20 | look at a detailed specification to confirm that | 16:15 |
| 21 | number. | 16:16 |
| 22 | Q   All right. | 16:16 |
| 23 | I think you can go to the list of Trade | 16:16 |
| 24 | Secrets and turn to -- let's see -- page 25. | 16:16 |
| 25 | A   Okay.  Nope, I don't need that anymore. | 16:16 |

Page 160

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | line 52, where it says: | 16:30 |
| 2 | "In some examples, each light source of the | 16:30 |
| 3 | plurality of light sources includes a respective lens, | 16:30 |
| 4 | such as a cylindrical or acylindrical lens.  The light | 16:30 |
| 5 | source may emit an uncollimated light beam that | 16:31 |
| 6 | diverges more in a first direction than in a second | 16:31 |
| 7 | direction.  In these examples, the light source's | 16:31 |
| 8 | respective lens may pre-collimate the uncollimated | 16:31 |
| 9 | light beam in the first direction to provide a | 16:31 |
| 10 | partially collimated light beam, thereby reducing the | 16:31 |
| 11 | divergence in the first direction." | 16:31 |
| 12 | Do you see that? | 16:31 |
| 13 | A   I do see that. | 16:31 |
| 14 | Q   Doesn't that describe a cylin- -- use of a | 16:31 |
| 15 | cylindrical or acylindrical FAC lens with a laser | 16:31 |
| 16 | diode? | 16:31 |
| 17 | A   Yes, it does. | 16:31 |
| 18 | Q   And here it refers to cylindrical or | 16:31 |
| 19 | acylindrical. | 16:31 |
| 20 | Do you know what the difference is between a | 16:31 |
| 21 | cylindrical and an acylindrical lens? | 16:31 |
| 22 | A   The use in the patent of the terminology | 16:31 |
| 23 | "acylindrical" is not standard for optics.  Normally, | 16:32 |
| 24 | the optical design program -- or a common optical | 16:32 |
| 25 | design program, Zemax, would refer to that as a | 16:32 |

Page 169

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1    toroid-shaped lens.                               16:32

2        Q   Yet you're referring to an acylindrical --   16:32

3        A   Correct.                                  16:32

4        Q   -- shape?                                 16:32

5            So just to make sure I've got the terminology   16:32

6    right, an acylindrical FAC lens would be toroidal?   16:32

7        A   And just to be specific, the definition of   16:32

8    toroidal means that the radius of curvature in one   16:32

9    principal direction is different than the radius of   16:32

10   curvature in the other principal direction.       16:32

11       Q   Okay.  And a cylindrical FAC then would be   16:32

12   non-toroidal; is that fair?                        16:32

13       A   Yes.  It's the limit where one of the axes is   16:32

14   constant cross section and has no radius of curvature,   16:33

15   and the other one has a radius of curvature.       16:33

16       Q   And you can define a acylindrical shape    16:33

17   through a mathematical equation; correct?           16:33

18       A   That's correct.                           16:33

19       Q   And an acylindrical shape can be defined   16:33

20   through the use of a polynomial?                    16:33

21       A   Correct.                                  16:33

22       Q   Whereas a cylindrical shape would not be   16:33

23   defined by a polynomial; correct?                   16:33

24       A   In the one axis where there is curvature,   16:33

25   that axis is actually usually defined by a polynomial.   16:33

                                          Page 170

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            MR. KIM:  Okay.                            17:12
 2       Q   So this patent discloses the use of holes,  17:12
 3   tapered pins, screws, and cam surfaces, all four of  17:12
 4   those, ███████████████████████; correct?           17:12
 5       A   That is correct.                            17:12
 6       Q   Okay.  You can put that aside.              17:12
 7            So I believe earlier you testified that it's  17:13
 8   your understanding that the manufacturing tolerances  17:13
 9   for GBr3 is ████████████████████?                   17:13
10            MR. JAFFE:  Objection; form.               17:13
11            THE WITNESS:  Can you point to either in my  17:13
12   declaration or --                                   17:13
13            MR. KIM:  Q.  I thought you said that during  17:13
14   the deposition, but you also said in paragraph 50 of  17:13
15   your reply brief.                                   17:13
16       A   Okay.                                       17:13
17            MR. JAFFE:  Are you talking about the reply  17:13
18   brief, you said?                                    17:13
19            MR. KIM:  The reply declaration.           17:13
20            THE WITNESS:  Okay.                        17:14
21            (Complies.)                                17:14
22            Yes.  And this specifically references the  17:14
23   ████████████████████████████████████  ██████
██   ████████████████████████████████████  ██████
██   █████████████████████████                       17:14
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



1

17:14

4      MR. KIM:   Q.   So if there's a

17:15

7      A

17:16

Page 189

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1   ██████████████████████████████████   ███████

     ██████████████████████████████████   ███████

     ██   ████████████████████            ███████

     ██   ████████████████████████████    ███████

     ██   ████████████████                ███████

     ██   ████████████████████████████    ███████

     █████████████████████████████████    ███████

     █████████████   █████████████████    ███████

     ████████                             ███████

     ██       ██████████████████████████  ███████

     ██   ███████████████████████████     ███████

     ██   ██████████████████              ███████

     ██   ██   █████████████████████████  ███████

     ██   ██   ████                              17:17
```

15       Q    Okay.  I'd like to move on to page 29 of your    17:17

16   reply.                                                    17:18

17       A    (Witness complies.)                              17:18

18       Q    Down at the bottom you're discussing Trade       17:18

19   Secret 48?                                                17:18

20       A    Yes.                                             17:18

21       Q    And what is that Trade Secret?                   17:18

22       A    So the Trade Secret as specifically written      17:18

23   in the Trade Secret document -- list document, the        17:18

24   Trade Secret claimed is:                                  17:18

25            ████████████████████████████████████            17:18

                                                       Page 190

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   Now, the use of a ███████████████         ████████
 █      ████████████████████████████ that's known in the      17:22
 3   public; right?                                            17:22
 4          MR. JAFFE:  Objection; form.                       17:22
 5          THE WITNESS:  There are many applications of       17:22
 6   ████████████████████████████████                  ███████
 █   ██████████████████████████████████████████       ███████
 █   ██████████████████████████████████████████       ███████
 █   ██████████                                                17:22
10          MR. KIM:  Q.  And it's also known that you        17:22
11   could use ████████████████████████             ████████   17:22
 █   ██████████████████████████████████████████               17:22
13   correct?                                                  17:22
14          MR. JAFFE:  Objection; form.                       17:22
15          THE WITNESS:  Yes.  There are certainly            17:22
16   references in the public domain that discuss the          17:22
17   ███████████████████████████████████████████      ███████
 █   ██████████                                                17:23
19          MR. KIM:  Q.  For a LiDAR application;             17:23
20   correct?                                                  17:23
21      A   For a LiDAR application.                           17:23
22      Q   Okay.  So the use of ██████████████████    ███████
 █   ████████████████████████████████████████     ███████
 █   ████████████████████████████ that's not a Trade          17:23
25   Secret; right?                                            17:23
```

Page 193

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1      A   Right here.                               17:26

2      Q   You're referring to ████████            17:26

3      A   ██████   yes.                             17:26

4      Q   Okay.  Let's move on to paragraph 58 in your   17:26

5  reply declaration.                                17:27

6      A   (Witness complies.)                       17:27

7          Yes.                                       17:28

8      Q   So Trade Secret 10 is:                    17:28

9          ████████████████████████████    ████

██ ██████████████████████████████████████   ████

██ ██████████████████████████████████████   ████

██ ████████████████████████████████         ████

██ ████████████████████████████████████     ████

██ ████████████████████████████             17:28

15     A   That's correct.                           17:28

16     Q   What's the ████████████████████          17:28

17  covered by Trade Secret 10?                      17:28

18     A   It's the ██████████████████████    ████   17:28

██ ████████████████████  ████████████████   ████

██ ████████████████████████████             ████

██ ████████████████████████████████████     17:28

22     Q   Now, I'm -- I want to know about the      17:29

23  ████████████████████                             17:29

24  ████████████████████████████████████     ████   17:29

██ ████████████████████   that you're referring to?   17:29
```

1      Q   Now, you said earlier ███████████████   ██████

██   █████████████████████████████████████████████   ██████

██   ███████████████   right?                         17:31

4      A   That's right.  So just to be specific, a     17:31

5      █████████████████████████████████████████████   ██████

██   ████████████████████████████████████████████     ██████

██   █████████████████████                             17:31

8      Q   Okay.  So who is ██████████████████  for     17:31

9   Waymo?                                              17:31

10     A   I know they're a ███████████████  and -- oh, 17:31

11  yes, ██████████                                     17:31

12     Q   Okay.  So I'm a little confused, because in  17:31

13  Trade Secret -- the Trade Secret List, page 8, it   17:31

14  says:                                               17:31

15             ███████████████████████████████████████ ██████

██   █████████████████████████████████████████████████ ██████

██   ██████████████████████████████████████████████████ ██████

██   █████████████████████████████████████████████     ██████

██   ████████████                                       17:32

20             Do you see that?                         17:32

21     A   You're on page 8?                            17:32

22     Q   Page 8.                                      17:32

23     A   And Trade Secret --                          17:32

24     Q   10.                                          17:32

25     A   -- 10.                                       17:32

                                             Page 198

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. JAFFE:  Same objection. | 17:39 |
| 2 | THE WITNESS:  Again, I'm not aware of any | 17:39 |
| 3 | other person using plastic FAC lenses in any | 17:39 |
| 4 | application. | 17:39 |
| 5 | MR. KIM:  Q.  Can you turn to the '922 patent | 17:39 |
| 6 | that we looked at previously. | 17:41 |
| 7 | A    (Witness complies.) | 17:41 |
| 8 | Uh-huh. | 17:41 |
| 9 | Q    Direct your attention to paragraph -- | 17:41 |
| 10 | column 15, line approximately 50. | 17:41 |
| 11 | Do you see that? | 17:41 |
| 12 | A    Yes. | 17:41 |
| 13 | Q    So it says: | 17:41 |
| 14 | "In one example, cylindrical lens 504 is a | 17:41 |
| 15 | microrod lens with a diameter of about 600 microns | 17:41 |
| 16 | that is placed about 250 microns in front of aperture | 17:41 |
| 17 | 506.  The material of the microrod lens could be, for | 17:41 |
| 18 | example, fused silica or a borosilicate crown glass, | 17:41 |
| 19 | such as Schott BK7." | 17:41 |
| 20 | It goes on to say: | 17:42 |
| 21 | "Alternatively, the microrod lens could be a | 17:42 |
| 22 | molded plastic cylinder or acylinder." | 17:42 |
| 23 | Do you see that? | 17:42 |
| 24 | A    I do. | 17:42 |
| 25 | Q    So it's known in the public that you could | 17:42 |

Page 203

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   have a molded plastic FAC lens for use with a diode in    17:42
 2   a LiDAR; correct?                                          17:42
 3       A   Yes.  The -- there could be a molded glass         17:42
 4   lens.                                                      17:42
 5           However, the Trade Secret really here that         17:42
 6   we're talking about is ███████████████████████████   ██████
     █████████████████████████████████████████████████   ██████
     ██ ██████████████████████████████████████████             17:42
 9       Q   Where does it talk about ███████████████     ██████
 ██  █████████████████████████████████████████████████   ██████
 ██  ██████████                                               17:43
12           MR. JAFFE:  Objection; form.                       17:43
13           THE WITNESS:  Well, the -- the Trade Secret         17:43
14   ██████████████████████████████████████████████             17:43
15           MR. KIM:  Q.  And I thought we had previously       17:43
16   discussed that in this list of Trade Secrets, it's         17:43
17   just the last bullet that defines the scope of the        17:43
18   Trade Secret?                                              17:43
19       A   Yes.                                                17:43
20       Q   Do you recall that?                                 17:43
21       A   Yes.                                                17:43
22       Q   Okay.  Is there anything in that last bullet       17:43
23   that talks about ███████████████████████████████     ██████
 ██  ████████████████████████████████████                     17:43
25       A   No.                                                 17:43
```

Page 204

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   Do you see any description there of any        17:43
 2   ███████████████████████?                             17:43
 3      A   No.                                            17:43
 4      Q   Did you opine on Trade Secret No. 19?          17:43
 5      A   Yes.                                           17:44
 6      Q   So again, the scope of Trade Secret 19 is      17:44
 7   defined by that last bullet point; correct?          17:44
 8      A   Correct.                                       17:45
 9      Q   And so the Trade Secret is  ████████████       ████
██   ████████████████████████████; is that right?         17:45
11         MR. JAFFE:  Objection; form.                    17:45
12         THE WITNESS:  There's more to the Trade         17:45
13   Secret.  The Trade Secret claimed is:                 17:45
14                ████████████████████████████            ████
██   ██████████████████████████████████████████           ████
██   ██████████████████████████████████                   ████
██   ███████████████████████████████████████              ████
██   ██████████████████████████████████████               ████
██   ██████████████████████████████████████               ████
██   ████████████████████████████                         17:45
21         MR. KIM:  Q.  So the Trade Secret doesn't       17:45
22   specify any particular type of ████████████;          17:45
23   correct?                                              17:46
24      A   No.                                            17:46
25      Q   And you're aware of vendors who sell ████████  17:46
```

Page 205

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | diagrams? | 18:54 |
| 2 |      MR. JAFFE:  Same objection. | 18:54 |
| 3 |      THE WITNESS:  As I just stated, without | 18:54 |
| 4 | knowing the internal circuitry of the components that | 18:54 |
| 5 | are listed as MC40F10YMME, and whether or not that | 18:54 |
| 6 | internal device contains inductors or inductor-like | 18:54 |
| 7 | devices, I cannot make a determination. | 18:54 |
| 8 |      MR. KIM:  Okay. | 18:54 |
| 9 |    Q   You said you reviewed the 14,000 files | 18:54 |
| 10 | downloaded by Mr. Anthony Levandowski in preparation | 18:54 |
| 11 | for finalizing your opening declaration; correct? | 18:54 |
| 12 |    A   That is correct. | 18:54 |
| 13 |    Q   When you reviewed those 14,000 files, you | 18:54 |
| 14 | didn't see █████████████████████████████  ████ | |
| |    ██████████████████ did you? | 18:55 |
| 16 |      MR. JAFFE:  Objection; form. | 18:55 |
| 17 |      THE WITNESS:  The files that were downloaded | 18:55 |
| 18 | by Andrew Levandowski included a wide range of laser | 18:55 |
| 19 | programs at Google Waymo, one being ████████████  ████ | |
| |    ██████████████████ | 18:55 |
| 21 |      However, the information is limited to the | 18:55 |
| 22 | electrical schematics of the system and did not have | 18:55 |
| 23 | any information on the optical configurations. | 18:55 |
| 24 |      MR. KIM:  Okay. | 18:55 |
| 25 |    Q   So that would be -- you -- you didn't see any | 18:55 |

Page 230

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    schematics for a LiDAR design with eight optical        18:55

 2    cavities?                                               18:55

 3        A    No, I did not.                                 18:55

 4        Q    And you didn't see any schematics for a LiDAR  18:55

 5    design that had 16 collimation lenses?                  18:55

 6            MR. JAFFE:  Objection; form.                    18:56

 7            THE WITNESS:  Again, the schematic files are    18:56

 8    electrical files, not optical files.  So there was no   18:56

 9    information on lenses or optics.                        18:56

10            MR. KIM:  Q.  And you didn't see any            18:56

11    schematics that showed a diode-based design with        18:56

12    multiple diodes on a board with separate transmit and   18:56

13    receive lenses?                                         18:56

14            MR. JAFFE:  Objection; form.                    18:56

15            THE WITNESS:  In the laser subdirectory of      18:56

16    the files downloaded by Andrew Levandowski, there were  18:57

17    multiple laser projects with the schematic information  18:57

18    on those, but not the optical information.              18:57

19            So even though there were a wide range of       18:57

20    files downloaded on a wide range of laser radar         18:57

21    systems, there was not specific optical information     18:57

22    that would allow me to answer that I did see this       18:57

23    configuration.                                          18:57

24            MR. KIM:  Q.  Mr. Kintz, the Spider doesn't     18:57

25    practice any of the Trade Secrets in your opening       18:57
```

Page 231

1    declaration; correct?                              18:57

2        A   No, not that I'm aware of.                 18:58

3        Q   Okay.  Going back to -- yeah.  I think     18:58

4    earlier we were talking about ████████████ ████    

                                                        18:58
 █  ███████████████

6            Do you recall that discussion?             18:58

7        A   I do.                                      18:58

8        Q   And at one point we were talking about a   18:58

9    reference that disclosed, in addition to the use of 18:58

10   guide holes, also the use of screws.              18:58

11           Do you recall that?                        18:58

12       A   Yes.                                       18:58

13       Q   The use of screws to position PCB boards,  18:58

14   that was well known in the public; correct?       18:58

15           MR. JAFFE:  Objection; form.               18:58

16           THE WITNESS:  In this case, the screws had a 18:59

17   definitive function that is well beyond the normal use 18:59

18   of screws to just hold them down on a set of      18:59

19   standoffs.                                         18:59

20           In this case, the screws had a function as -- 18:59

21   wrong patent.  Wrong patent.                       18:59

22           MR. KIM:  Let me just ask you a new question. 18:59

23       Q   In your opinion, people would know that you 18:59

24   could position a PCB using screws; correct?       18:59

25           MR. JAFFE:  Objection; form.               18:59

Page 232

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1          THE WITNESS:  The attachment of PCBs to        18:59

2   standoffs and other mechanical hardware is commonly   19:00

3   used in designs.                                       19:00

4          MR. KIM:  Okay.  No further questions at this  19:00

5   time.                                                  19:00

6          MR. JAFFE:  No questions.                       19:00

7          THE VIDEOGRAPHER:  This is the end of today's  19:00

8   deposition of Mr. Gregory Kintz.  We are off the       19:00

9   record at 7:00 p.m.                                    19:00

10          The total number of media used was eight and  19:00

11   will be retained by Veritext.                          19:00

12          Thank you.                                      19:00

13          (WHEREUPON, the deposition ended               19:00

14           at 7:00 p.m.)                                  19:00

15

16

17

18

19

20

21

22

23

24

25
```

Page 233