MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,
2  Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants")
3  submit this motion for an order to file under seal the confidential, unredacted versions of the
4  following documents:

- Highlighted portions of Defendants' Response to the Court's Questions for Hearing on Plaintiff's Motion for Provisional Relief ("Defendants' Response").

Certain redacted portions of Defendants' Response contain highly confidential, detailed market strategy information of Uber. If this information were made public, it could irreparably harm Uber. This information is maintained as confidential by Uber. The public disclosure of this information would give Uber's competitors access to confidential market strategy information. If such information were made public, Uber's competitive standing could be significantly harmed. These portions are highlighted in blue. (Chang Decl. ¶ 2.)

Certain redacted portions of Defendants' Response contain information that Plaintiff Waymo LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed govern this case (Transcript of 3/16/2017 Hearing, page 6). Although Defendants disagree that this information is confidential, Defendants file this instant motion to comply with Paragraph 14.4 of the Protective Order. These portions are highlighted in green. (Chang Decl. ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on May 2, 2017.

| | | |
|---|---|---|
| 1 | Dated: May 2, 2017 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/Arturo J. González*<br>    ARTURO J. GONZÁLEZ |
| 4 | | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC., |
| 5 | | OTTOMOTTO LLC, and OTTO TRUCKING LLC |