UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Portions of Defendants' Response to the Court's Questions for Hearing on Plaintiff's Motion for Provisional Relief | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
Hon. William Alsup
United States District Court Judge