# EXHIBIT 65
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                        )
                                       )
 6           Plaintiff,                )
                                       )
 7              vs.                    )  Case No.:
                                       )  3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,          )
     OTTOMOTTO LLC; OTTO TRUCKING      )
 9   LLC,                              )
                                       )
10           Defendants.               )
     _____)
11
12
13                   ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL
15                San Francisco, California
16                 Thursday, April 13, 2017
17                        Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2594014
25   PAGES 1 - 92
```

Page 1

## Page 34

1  Q  Between the time you joined 280 Systems and the  10:58:40
2  time that Uber acquired Otto, please tell me the names  10:58:44
3  of the LiDAR projects that you are aware of at Otto,  10:58:51
4  slash, 280 Systems?  10:58:55
5  A  There was Spider and Fuji.  10:58:56
6  Q  What's Spider?  10:59:06
7  A  Spider was -- Spider was a -- could you be more  10:59:14
8  specific about that?  Like --  10:59:29
9  Q  You -- you mentioned Spider.  10:59:34
10    My question is: What is it?  10:59:36
11  A  It is a LiDAR.  10:59:37
12  Q  What kind of LiDAR is it?  10:59:40
13  A  It is a LiDAR that we wanted to -- it was a  10:59:41
14  prototype LiDAR.  11:00:08
15  Q  How many optical cavities were in the Spider  11:00:09
16  LiDAR?  11:00:13
17  A  I don't recall exactly.  11:00:22
18  Q  Did it have a single lens for transmit and  11:00:23
19  receive?  11:00:25
20  A  No.  11:00:26
21  Q  How many lenses did it have?  11:00:28
22  A  I don't -- I don't -- I don't clearly recall the  11:00:30
23  configuration of the optical cavity, but I believe --  11:00:46
24  yeah, I don't specifically recall the configuration of  11:00:53
25  the optical cavity.  11:00:56

## Page 35

1  Q  Okay.  So you can't tell me how many lenses the  11:00:58
2  Spider LiDAR had?  11:01:01
3  A  I could only tell you what I suspect it had.  11:01:02
4  Q  Okay.  So you mentioned Spider and -- Spider and  11:01:11
5  Fuji.  11:01:17
6    There were no other LiDAR designs at Otto; is  11:01:18
7  that correct?  11:01:21
8  A  Spider and Fuji were our only two internal LiDAR  11:01:21
9  designs.  11:01:26
10  Q  Okay.  When did Fuji start?  11:01:26
11  A  I don't -- I don't know of an exact date for  11:01:28
12  that.  11:01:35
13  Q  Who came up with the name Fuji?  11:01:35
14  A  That was Anthony's choice.  11:01:43
15  Q  So Anthony was involved in the Fuji project;  11:01:45
16  right?  11:01:51
17  A  Anthony was involved in naming the project.  11:01:51
18  Q  Was Anthony involved in the Fuji project?  11:01:54
19  A  At a high-level, Anthony was -- you know, at sort  11:01:59
20  of a overview level, Anthony was involved with the Fuji  11:02:18
21  project.  11:02:21
22  Q  What does that mean?  11:02:21
23  A  That means, like, while -- while he wasn't --  11:02:24
24  wasn't really involved with, you know, day-to-day  11:02:28
25  engineering, you know, as -- yeah, he had -- it means he  11:02:31

## Page 36

1  wasn't involved with day-to-day engineering but still  11:02:43
2  had other involvement.  11:02:46
3  Q  He had input into the Fuji design; correct?  11:02:47
4  A  He had -- he had other involvement than  11:02:51
5  day-to-day design.  11:02:54
6  Q  So, again, I'm not sure that answers my question.  11:02:55
7    "Yes" or "no," did Mr. Levandowski have design  11:02:59
8  input into the Fuji LiDAR design?  11:03:02
9  A  He had input that excluded day-to-day  11:03:04
10  engineering.  11:03:18
11  Q  What does that mean?  11:03:19
12  A  There's a lot of minutiae involved with  11:03:20
13  engineering anything, and he would -- Anthony would --  11:03:23
14  is not somebody that would have been responsible for  11:03:25
15  those day-to-day design details.  11:03:30
16  Q  Are you aware of a policy excluding  11:03:32
17  Mr. Levandowski from having any input into certain LiDAR  11:03:35
18  decisions?  11:03:38
19  A  I'm not aware of any such policy.  11:03:39
20  Q  So there's no policy that you are aware of within  11:03:41
21  Uber or Otto that prohibits Mr. Levandowski's input into  11:03:45
22  its LiDAR designs; correct?  11:03:50
23  A  I'm not aware of any such policy.  11:03:51
24  Q  Okay.  And from your -- your experience at the  11:03:54
25  company, he has input into the LiDAR designs; correct?  11:03:56

## Page 37

1    MS. RAY:  Objection; vague.  11:03:59
2    THE WITNESS:  He -- he has input that generally  11:04:00
3  excludes minute and day-to-day design input.  11:04:07
4  BY MR. JAFFE:  11:04:17
5  Q  So I'm a little bit confused by this phrase that  11:04:17
6  you are repeating.  My question is -- is very specific.  11:04:20
7    In your experience at Uber and Otto,  11:04:24
8  Mr. Levandowski has input into the LiDAR designs,  11:04:27
9  including the Fuji project; true?  11:04:29
10    MS. RAY:  Objection; form.  11:04:31
11    THE WITNESS:  Well, I want to be clear about the  11:04:41
12  nature of his input into -- into -- into Fuji, which is,  11:04:42
13  his input takes place at a high-level and is not -- and  11:04:46
14  he's not involved with the nitty-gritty of designing the  11:04:50
15  laser.  11:04:55
16  BY MR. JAFFE:  11:05:03
17  Q  So you are not willing to answer my question  11:05:03
18  "yes" -- actually, let me start over.  Let me start  11:05:05
19  over.  Is that all right?  11:05:08
20    We are going to do this again the way that we did  11:05:09
21  it before.  11:05:11
22    If I were to write in a paper and submit it to  11:05:11
23  the Court and say, "Mr. Levandowski has input into the  11:05:14
24  Fuji project LiDAR design," would that be false?  11:05:18
25  A  That wouldn't capture as much detail as I  11:05:24

**Page 50**

1  Otto have when it was acquired by Uber?
2  A  Otto had -- Otto had Spider back then, but I
3  don't know -- I can't speak to whether that was supposed
4  to be a medium or a long-range laser.
5  Q  Fuji didn't exist until October 2016; right?
6  A  I don't remember the specific month.
7  Q  You don't know when Fuji started; right?
8  A  I don't recall a specific date.
9  Q  So you can't tell me whether it was October 2016
10 or April 2016; fair?
11 A  I know that it was later than April 2016.
12 Q  Okay.  So I'm going to narrow it down here so --
13 A  Yeah.
14 Q  -- July?
15 A  Are you asking about Fuji?
16 Q  Correct.
17 A  I would say that Fuji was -- was started late
18 2016.
19 Q  Fuji was started late 2016.
20    When was the first prototype built?
21 A  I don't know.
22 Q  Where did the Fuji design come from?
23 A  The Fuji design used aspects of the -- Fuji
24 design used aspects of -- aspects from the Owl laser and
25 also in-house development.

**Page 51**

1  Q  Are you aware of any design elements that are the
2  same between the Fuji project and the LiDAR projects you
3  worked on at Google?
4  A  Could you clarify what you mean by "design
5  aspects"?
6  Q  Number of lasers, orientation of diodes, those
7  sort of things.
8     MS. RAY:  Objection; form.
9     THE WITNESS:  Not specifically.
10 BY MR. JAFFE:
11 Q  So your understanding is that there's no overlap
12 in the design between the Fuji project and any of the
13 LiDAR projects that you worked on at Google; true?
14 A  I mean, there are certain aspects of a laser --
15 of a LiDAR unit that are going to be the same across all
16 LiDAR units.
17    MR. JAFFE:  Okay.  I'm going to mark what's
18 Exhibit 3.
19    (Exhibit 3 was marked for identification
20    by the Court Reporter.)
21 BY MR. JAFFE:
22 Q  And this is a document that's produced to us
23 as -- I realize it doesn't have a number on it, but my
24 understanding is the number is UBER_00000727_AEO.
25    MS. RAY:  Let's mark this transcript as AEO, and

**Page 52**

1  then we will go through and designate certain portions.
2  BY MR. JAFFE:
3  Q  Mr. Linaval, have you seen the document I've
4  marked as Exhibit 3?
5  A  I've seen a document very much like this
6  document.
7  Q  What is it?
8  A  This is the -- this is an assembly diagram for a
9  laser transmitter board.
10 Q  Where did the idea come from to do a laser
11 transmit board with this kind of curved left-hand side
12 here shown?
13 A  The curve is -- is -- is defined by what's called
14 a Petzval surface, which is, if, you know, you have a
15 lens and you shine light through it, it -- it -- the --
16 the focal surface of -- of that lens is going to -- is
17 going to follow that curve.
18 Q  Have you ever seen another transmit board in a
19 similar shape to this one for LiDAR design?
20 A  I've seen something sort of similar before.
21 Q  When?
22 A  When I was -- when I was -- when I was working on
23 lasers at Chauffeur.
24 Q  What about putting multiple lasers on one PCB;
25 who came up with that idea?

**Page 53**

1  A  Well, I'm sure it's been done before, but like, I
2  mean, for example, Velodyne's been doing it for, like,
3  you know, most of a decade now.
4  Q  Velodyne puts multiple laser diodes on a single
5  PCB?  Is that your understanding?
6  A  Well, they have an arrangement of multiple
7  diodes.  I don't know whether it's on a single PCB.
8  Q  Have you ever looked inside a Velodyne LiDAR?
9  A  Not with detail.
10 Q  So you are not aware whether the laser diodes in
11 the Velodyne designs are on a single PCB or multiple
12 PCBs; is that fair?
13 A  I may have misspoken.
14 Q  So let me ask my question again, then.
15    Are you aware of whether the laser diodes in the
16 Velodyne designs are on a single PCB or multiple PCBs?
17 A  I'm not aware.
18 Q  Okay.  Are you aware of any other designs that
19 have multiple laser diodes on one PCB other than
20 Chauffeur and this design Fuji?
21    MS. RAY:  Objection; form.
22    THE WITNESS:  I'm not aware of any other specific
23 instances.
24 BY MR. JAFFE:
25 Q  Referring to this design number, what I've marked

Case 3:17-cv-00939-WHA  Document 342-6  Filed 05/03/17  Page 5 of 8
Case 3:17-cv-00939-WHA  Document 248-2  Filed 04/21/17  Page 7 of 10
ATTORNEYS EYES ONLY

```
 1  as Exhibit 3, are you familiar with the placement of the   11:31:48
 2  laser diodes on the transmit board?                        11:31:51
 3    A   Sorry.  Would you repeat that?                       11:31:53
 4    Q   Referring to what we have marked as Exhibit 3,       11:32:00
 5  this design, the Fuji design, are you familiar with the    11:32:03
 6  placement of the laser diodes on the transmit board?       11:32:06
 7    A   I'm familiar with the -- the process generally       11:32:09
 8  with which we decided where to place those decides.        11:32:12
 9    Q   Do the diodes ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                       11:32:17
10    A   I'm not sure.                                        11:32:21
11    Q   Are you aware of any benefits or -- or lack of       11:32:22
12  benefits from either ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                      11:32:24
13  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:32:29
14    A   Okay.  I'm going to correct myself.  Actually,       11:32:31
15  we -- I believe ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                           11:32:44
16  and one potential ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                         11:32:50
17  would be the -- you might get whatever was used --         11:32:55
18  whatever adhesive was used to attach the laser dye to      11:33:02
19  the board on the front of the diode.  I -- my              11:33:07
20  understanding is it's -- is it's common practice to        11:33:12
21  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:33:16
22    Q   Are you aware of any other LiDAR designs, other      11:33:17
23  than what we have described here in the Fuji design and    11:33:20
24  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ r                                         11:33:25
25  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:33:28
                                                             Page 54
```

```
 1    A   I haven't looked at any other -- any other LiDAR     11:33:30
 2  in detail enough to see that.                              11:33:34
 3    Q   So the answer is:  Yes.  You are not aware of any    11:33:35
 4  other LiDAR designs, other than Fuji and ▌▌▌▌▌▌            11:33:38
 5  ▌▌▌▌▌▌▌▌, that ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                            11:33:41
 6  ▌▌▌▌▌▌ like what's shown here on Exhibit 3?                11:33:47
 7    A   I haven't looked at any other lasers in enough       11:33:47
 8  detail to see that.                                        11:33:49
 9    Q   Sir, that's not my question, and I understand        11:33:49
10  what you are saying.                                       11:33:51
11      But my question is:  You are not aware of any          11:33:52
12  other LiDAR designs, other than the Fuji design here in    11:33:54
13  Exhibit 3 and ▌▌▌▌▌▌▌▌▌▌, that ▌▌▌▌▌▌                      11:33:58
14  ▌▌▌▌▌▌ in this fashion; true?                              11:34:01
15      MS. RAY:  Objection; asked and answered.               11:34:03
16      THE WITNESS:  No, and I haven't had the                11:34:04
17  opportunity to see that in any other laser.                11:34:15
18  BY MR. JAFFE:                                              11:34:19
19    Q   Okay.  The ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                          11:34:19
20  ▌▌▌▌▌▌ who came up with that?                              11:34:22
21    A   The spacing was -- was a collaboration between       11:34:25
22  several people within -- within Otto and Uber.             11:34:29
23    Q   Including Mr. Levandowski?                           11:34:33
24    A   I don't think he was -- I don't recall him being     11:34:36
25  involved with that.                                        11:34:39
                                                             Page 55
```

```
 1    Q   Who was involved?                                    11:34:40
 2    A   I know Scott Baumkey [phonetic] was involved with    11:34:41
 3  that.                                                      11:34:45
 4    Q   Who else?                                            11:34:45
 5    A   Gaton.                                               11:34:46
 6    Q   Anyone else?                                         11:34:47
 7    A   I'm not sure.                                        11:34:49
 8    Q   Okay.  So Mr. Baumkey and Mr. Penticote              11:34:51
 9  [phonetic] were involved in the design of the ▌▌▌          11:34:55
10  ▌▌▌▌▌▌ shown here on Exhibit 3; right?                     11:34:57
11    A   They were both involved with that process.           11:34:59
12    Q   Do you know who came up with the idea?               11:35:01
13    A   I'm not aware.                                       11:35:03
14    Q   Do you know whether Mr. Penticote came up with       11:35:04
15  the idea and communicated it to Mr. Baumkey, or vice       11:35:07
16  versa?                                                     11:35:10
17    A   The idea of ▌▌▌▌▌▌▌▌▌▌▌▌?                            11:35:10
18    Q   Yes.  This ▌▌▌▌▌▌▌▌▌▌▌▌.                             11:35:12
19    A   That specific ▌▌▌▌▌▌▌▌▌▌                             11:35:14
20    Q   Correct.                                             11:35:16
21    A   I'm not -- I don't know from whom that -- I'm        11:35:17
22  not -- I'm not sure who was responsible for deciding the   11:35:25
23  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:35:28
24    Q   But you know that Mr. Penticote and Mr. Baumkey      11:35:28
25  came up with it; correct?                                  11:35:32
                                                             Page 56
```

```
 1    A   I know that they were involved in the process of     11:35:34
 2  designing ▌▌▌▌▌▌▌▌▌▌.                                      11:35:35
 3    Q   Who else was involved, to your -- to your            11:35:36
 4  knowledge?                                                 11:35:38
 5    A   I don't know.                                        11:35:40
 6    Q   Okay.  Similar question to what I asked before:      11:35:42
 7  Are you aware of any other design than ▌▌▌▌▌▌▌▌▌▌          11:35:45
 8  ▌▌▌▌▌▌ and this design here in Exhibit 3 that has          11:35:49
 9  this ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                      11:35:51
10    A   I don't recall if ▌▌▌▌▌▌▌▌▌▌▌▌                       11:35:53
11  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:36:02
12    Q   Are you aware whether it does or not?                11:36:05
13    A   I'm not aware of ▌▌▌▌▌▌▌▌▌▌▌▌                        11:36:07
14  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:36:10
15    Q   Do you have any understanding at all whether         11:36:11
16  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:36:15
17  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:36:19
18    A   Sorry.  Would you repeat the question?               11:36:19
19    Q   Do you have any understanding at all whether         11:36:32
20  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                 11:36:34
21  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:36:38
22    A   With anybody else?                                   11:36:41
23    Q   Let me say it again.                                 11:36:43
24      Do you have any understanding at all whether           11:36:47
25  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                           11:36:49
                                                             Page 57
```

15 (Pages 54 - 57)

```
 1                                    11:36:51
 2   A  I know that people at Uber and Otto were working  11:36:53
 3  on            .  I don't know whether             11:36:59
 4                                    11:37:03
 5   Q  You have no understanding about that?   11:37:04
 6   A  I wasn't aware of                          11:37:08
 7                                    11:37:11
 8   Q  Okay.  So, to your knowledge, no one else in the
 9  world has
10  other than what's shown here on Exhibit 3 in this
11  project Fuji; right?
12       MS. RAY:  Objection; form.
13       THE WITNESS:  I haven't really come across very
14  many LiDAR designs.
15  BY MR. JAFFE:
16   Q  So yes?
17   A  Would you repeat the question?
18   Q  To your knowledge, no one else in the world has a
19                       like what's shown in
20  here for the Fuji project on Exhibit 3, other than Uber;
21  right?
22       MS. RAY:  Objection; form.
23       THE WITNESS:  I don't know of any other designs
24  involving a              in the world.
25  BY MR. JAFFE:
                                              Page 58
```

```
 1   Q  Okay.  Do you work with Gorilla Circuits?
 2   A  I haven't worked personally with Gorilla
 3  Circuits.
 4   Q  Okay.  Are you familiar -- turning back to
 5  Exhibit 3 here, do you see the
 6
 7   A  Yes, I see those.
 8   Q  What are those?
 9   A  I believe those are
10   Q  What do those do?
11   A  They are used at some point in the manufacturing
12  and/or assembly process.
13   Q  Who came up with the idea to use
14
15   A  I don't know.
16   Q  Are you aware of any other LiDAR designs that use
17                in the same way as described here in
18  the Fuji design?
19   A  I'm not aware of any others.
20   Q  So, to your knowledge, no one else in the world,
21  other than the Fuji project here in Exhibit 3, has
22              in the same manner; right?
23   A  Not that I'm aware of.
24       MS. RAY:  Objection; form.
25  BY MR. JAFFE:
                                              Page 59
```

```
 1   Q  Okay.  The Fuji device has
 2  right?
 3   A  As designed currently, it utilizes
 4
 5   Q  And Uber labels                          right?
 6   A  That's correct.
 7   Q
 8
 9   A  That is correct.
10   Q  Why does
11   A  My understanding is that's just
12
13   Q  That's it?
14   A  Yeah, and, I mean -- well, yeah, but you would
15  want them to have                         , so.
16   Q  Are you aware of any other LiDAR devices that
17  have                                       other
18  than the Fuji design?
19   A  No.
20   Q  Okay.  Do you think there's a benefit to that
21  arrangement?
22   A  I believe that's why we designed it that way.
23   Q  So yes?
24   A  Yes.
25   Q  Prior to Fuji, have you ever worked on a device
                                              Page 60
```

```
 1  that had
 2
 3   A  No.
 4   Q  Uber uses -- going back to the          that
 5  we talked about before, those -- do you know whether
 6  those are used as a
 7
 8   A  I'm not sure.
 9   Q  How did -- actually, let me stop.
10       The -- are you aware of the receive board in the
11  Fuji design, how it's designed?
12   A  Yes.
13   Q  There's one receive board with 32 photodetectors
14  on it; right?
15   A  That is correct.
16   Q  How does Uber align the individual photo
17  detectors on the receive board with the diodes on the
18  transmit board?
19   A  I'm not an optical engineer, and I'm not really
20  sure how to answer that.
21   Q  So you don't know how those two get -- get
22  aligned?
23   A  Not really.
24   Q  Does the Fuji LiDAR work?
25   A  What -- what do you mean by "work"?
                                              Page 61
```

16 (Pages 58 - 61)

```
 1   Q  I mean, can I turn it on and does it generate
 2  information?
 3       MS. RAY:  Objection; form.
 4       THE WITNESS:  Are you talking about currently?
 5       MR. JAFFE:  Sure.
 6       THE WITNESS:  All right.  Current- -- currently
 7  a -- well, currently, there -- there exists a partial
 8  Fuji prototype that if -- if turned on, could generate
 9  data.
10  BY MR. JAFFE:
11   Q  Have you ever put it on top of a car and tested
12  it?
13   A  It's never been on top of a car.
14   Q  The -- what we have marked as -- what I marked as
15  Exhibit 3, this is not a standard file from Altium;
16  right?
17       MS. RAY:  Objection; form.
18       THE WITNESS:  This is not -- well, this was
19  generated via Altium.
20       What do you mean by a "standard file"?
21  BY MR. JAFFE:
22   Q  Like if I just turned on Altium and generated
23  dummy projects --
24   A  This would not --
25   Q  -- I would not get this file?
                                                  Page 62
```

```
 1   A  You would not get this file from a dummy project.
 2   Q  Right.
 3       So this file is a specific file that you
 4  generated; right?
 5   A  I don't know if I generated this file.  It may
 6  have been one of my colleagues.
 7   Q  Are you aware that Uber's counsel produced this
 8  file to us from your computer?
 9   A  Yes.
10   Q  Okay.  You would agree, then, that all the files
11  that got produced from your computer are not standard
12  Altium or output files; right, because they included
13  this one here, Exhibit 3?
14   A  Sorry.  Would you repeat that?
15   Q  Sure.
16       You would agree that some of the files that got
17  produced from your computer are not standard Altium
18  files; right?
19   A  I would agree some of the files produced are not
20  standard files.
21   Q  So there were some matches from your computer
22  that corresponded to things like Exhibit 3; right?
23       MS. RAY:  Objection; form.
24       THE WITNESS:  That -- sorry.  Would you repeat
25  that?
                                                  Page 63
```

```
 1  BY MR. JAFFE:
 2   Q  There was some matches from your computer that
 3  were produced to us that corresponded to things like
 4  Exhibit 3; right?
 5       MS. RAY:  Objection; calls for speculation.
 6       THE WITNESS:  I don't -- I don't believe so.
 7  BY MR. JAFFE:
 8   Q  Well, Exhibit 3 was produced from us -- to us
 9  from your counsel.
10       You understand that; right, or do you not
11  understand that?
12   A  I'm not sure which subset of files was -- was
13  procured.
14   Q  It's not accurate to say that all the files that
15  were produced to us from your computer by your counsel
16  were standard Altium files; right?
17       MS. RAY:  Objection; form.
18       THE WITNESS:  I don't know which subset of files
19  were procured from by --
20       MR. JAFFE:  Let do this.  Mark this as Exhibit 4.
21       (Exhibit 4 was marked for identification
22       by the Court Reporter.)
23  BY MR. JAFFE:
24   Q  Sir, Exhibit 4 is the declaration you signed in
25  this matter; correct?
                                                  Page 64
```

```
 1   A  This appears to be my declaration.
 2   Q  Do you see paragraph 4 talks about you using
 3  Altium?
 4   A  I see that.
 5   Q  And let's -- turning to paragraph 7, you say:  I
 6  understand that certain Altium, LTSpice and SolidWork
 7  files from my computer were produced in this action
 8  because they matched certain file names that Waymo has
 9  provided for a search of Uber's files or they were MD5
10  hash matches for certain files Waymo identified.
11       Do you see that?
12   A  Uh-huh.
13   Q  What's the basis for that statement?
14       MS. RAY:  Objection.  I'm instructing him not to
15  answer on the basis of attorney-client privilege.
16       THE WITNESS:  I'm going to follow my counsel's
17  advice.
18  BY MR. JAFFE:
19   Q  Are you aware of what files were produced from
20  your Uber computer in this action?
21       MS. RAY:  So you can tell him what you are aware
22  of, but not any other additional attorney-client
23  discussions.
24       THE WITNESS:  Sorry.  Would you repeat that.
25       MR. JAFFE:  If you can just restate that.
                                                  Page 65
```

```
 1      (Record read by Reporter as follows:
 2      "QUESTION:  Are you aware of what files
 3      were produced from your Uber computer in
 4      this action?")
 5      THE WITNESS:  I'm aware of, generally, what
 6  was -- what was produced.
 7  BY MR. JAFFE:
 8    Q  What is the basis for that awareness?
 9      MS. RAY:  Objection.  I instruct him not to
10  answer on the basis of attorney-client privilege.
11      MR. JAFFE:  Counsel, we -- we disagree.  This is
12  the source of his declaration.  Are you claiming
13  privilege over the basis of his statements in his
14  declaration?
15      MS. RAY:  Well, he's told you he's seen the
16  files.  I'm not going to let you get into discussions
17  with him about anything further than that.
18      MR. JAFFE:  I mean, he actually just testified to
19  the opposite of that.
20    Q  What is your basis for your understanding --
21      MS. RAY:  Wait.  Can we -- hold on a second,
22  please.  Wait.  Can you hold on just a second.  There's
23  no pending question.
24      He says:  I'm generally aware of what was
25  produced.
                                                    Page 66
```

```
 1      MR. JAFFE:  And I'm asking what's the basis for
 2  that statement.
 3      MS. RAY:  So I'm instructing him not to answer
 4  because it goes into attorney-client-privileged
 5  information.
 6      I'll tell you, we made available --
 7      MR. JAFFE:  I don't want you --
 8      MS. RAY:  -- we made available to him the files.
 9      MR. JAFFE:  -- I don't want you to testify.  I
10  want him to testify today.
11      MS. RAY:  I'm not looking to testify.  He's been
12  given an instruction not to answer.
13  BY MR. JAFFE:
14    Q  Sir, have you seen the files produced from your
15  computer in this action?
16    A  Would you mind if I -- if I took a break?
17    Q  Sorry.  This is -- this is a basic question I
18  need to get an answer from.
19      MS. RAY:  So can I just clarify?  It's because he
20  doesn't know what was -- there's certain -- I'm not
21  trying to game you here, but I think he doesn't
22  understand because he won't know the basis.
23      MR. JAFFE:  I mean, I'm sorry, I understand, but
24  my question is very simple.
25    Q  Have you seen -- I'll say it again because I
                                                    Page 67
```

```
 1  don't want it to be --
 2      Sir, have you seen the files produced from your
 3  computer in this action, "yes" or "no"?
 4      I don't think there's any privilege issue to talk
 5  about here.
 6      MS. RAY:  Jordan, it might help if you and I just
 7  step out of the room so you don't think I'm coaching him
 8  and I'll explain to you what the issue is.
 9      MR. JAFFE:  Well --
10      MS. RAY:  I think you would be okay with that.
11  Do you want to do that?
12      MR. JAFFE:  I want to hear his answer to the
13  question, please.
14      MS. RAY:  Okay.
15      THE WITNESS:  Are -- are you asking if I've seen
16  it -- if I've seen a listing of the files that were
17  procured?
18      MR. JAFFE:  No.
19    Q  I'm going to repeat it again because I'm not
20  trying to change the question here.
21      Sir, have you seen the files produced from your
22  computer in this action, "yes" or "no"?
23    A  What does the "action" refer to?
24    Q  In this litigation.
25    A  And by -- by seeing the files, do you mean that
                                                    Page 68
```

```
 1  I've, like, looked -- looked at every single one and
 2  looked at the contents thereof, or do you mean that I'm
 3  just, like, aware of their existence?
 4    Q  I'm asking if you have seen them.
 5    A  What does it mean to "see them"?
 6    Q  Do you know not know what it is to see something?
 7    A  I -- I -- well, do you mean that I'm aware of --
 8  that I've, like, seen them in a listing or that I've
 9  seen the content of them?
10    Q  Sir, you put in a declaration talking about these
11  files; right?
12    A  Okay.  But --
13    Q  Have you seen them?
14    A  I've not inspected the contents of every single
15  file.  Some of them were very similar to others.
16    Q  So let's be clear, then.
17      When you put in your declaration for the Court,
18  the Court shouldn't be under the misimpression you
19  actually looked at the files that you were talking
20  about; right?
21      MS. RAY:  Objection; form.
22      THE WITNESS:  I've looked at the file listing.
23  I've looked at the file listing enough to be able to --
24  to understand generally what I was looking at.
25  BY MR. JAFFE:
                                                    Page 69
```

18 (Pages 66 - 69)