# EXHIBIT 68
# FILED UNDER SEAL

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____
                                         )
 5    WAYMO LLC,                         )
                                         )
 6              Plaintiff,               )
                                         )
 7              vs.                      )Case No.:
                                         )3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,           )
      OTTOMOTTO LLC; OTTO TRUCKING       )
 9    LLC,                               )
                                         )
10              Defendants.              )
      _____)
11
12
13                   ATTORNEYS' EYES ONLY
14          VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                San Francisco, California
16                Tuesday, April 18, 2017
17                        Volume 1
18
19
20
21
22
23    Reported by:
      RACHEL FERRIER, CSR No. 6948
24    Job No. 2597892
25    PAGES 1 - 112
```

Page 1

1  Q  When you say "we," who are you referring to?  09:52:00
2  A  The entire LiDAR team.  09:52:02
3  Q  Including Mr. Levandowski?  09:52:05
4  A  I wouldn't consider him on the LiDAR team. I --  09:52:07
5  I would not actually consider him as part of that --  09:52:11
6  those next steps at all.  09:52:12
7  Q  Okay. So what are -- what is the approach you  09:52:14
8  landed on for putting multiple channels onto a sensor?  09:52:20
9  A  The approach we landed on was to take eight fiber  09:52:26
10  lasers. Split each of those fiber lasers into their own  09:52:31
11  eight individual fibers. So now we have eight times  09:52:36
12  eight. That's 64 optical fibers with laser light coming  09:52:38
13  out of them.  09:52:42
14  We decided to use eight optical cavities and  09:52:43
15  to -- how shall I say -- matrix or interlace those  09:52:49
16  fibers from those individual into those eight optical  09:52:54
17  cavities. The optical cavities would also have  09:52:57
18  corresponding detectors to receive the light. The  09:53:01
19  entire assembly would spin.  09:53:07
20  Q  Is this the Spider design?  09:53:15
21  A  Yes.  09:53:18
22  Q  Okay. So the eight fibers -- so there would be  09:53:18
23  eight -- just to put it in a little bit more layman's  09:53:25
24  term, there would be eight lasers going through one  09:53:29
25  lens; is that right?  09:53:32

Page 38

1  A  There would be light from eight different lasers  09:53:32
2  that went through one lens  09:53:36
3  Q  Okay  And then it would go out into the  09:53:38
4  environment --  09:53:41
5  A  Yes  09:53:41
6  Q  -- hit a target, and then it would bounce back  09:53:41
7  through that same lens; right?  09:53:44
8  A  Yes  This is the case for one of the optical  09:53:45
9  cavities, yes  09:53:50
10  Q  And then it would -- what would happen next in  09:53:50
11  the -- in the design?  09:53:54
12  MR. KIM: Objection; form  09:53:56
13  THE WITNESS: The light would come back through  09:53:56
14  that lens that you have said, bounce off of a mirror and  09:54:03
15  hit detectors  Probably the corresponding detector that  09:54:07
16  corresponded to the laser that fired --  09:54:13
17  MR. JAFFE: How did you --  09:54:13
18  THE WITNESS: -- the fiber  09:54:13
19  MR. JAFFE: Sorry  I didn't mean to interrupt  09:54:16
20  Q  How did you align the individual fibers to the  09:54:17
21  individual detectors?  09:54:20
22  MR. KIM: Objection; form  09:54:22
23  THE WITNESS: The fibers needed to be placed in  09:54:23
24  precise mechanical location  The diodes had to be --  09:54:31
25  the -- not diodes  The avalanche diodes -- the  09:54:36

Page 39

1  detectors had to be placed in precise location as well,  09:54:40
2  and those would be aligned to each other.  09:54:44
3  BY MR. JAFFE:  09:54:45
4  Q  And how did you align them to one another?  09:54:45
5  A  We didn't have a lot of success in that process,  09:54:47
6  making that alignment. I had started with the process  09:54:54
7  of aligning one channel, and so one approach is to  09:55:01
8  adjust the position of the -- one of the avalanche  09:55:04
9  diodes while a laser is firing at some target at a known  09:55:07
10  distance until you got a maximal electronic response.  09:55:14
11  Q  Were each -- can you tell me how the -- each of  09:55:17
12  the fibers were arranged with respect to a PCB, if at  09:55:27
13  all?  09:55:31
14  A  The fibers would be arranged in a pattern similar  09:55:31
15  or even matching the positions of the avalanche diodes  09:55:41
16  on their PCB.  09:55:44
17  Q  So the eight fibers would be on one PCB; is that  09:55:45
18  right?  09:55:48
19  A  The eight fibers were not on a PCB.  09:55:48
20  Q  So how were the fibers arranged?  09:55:52
21  A  The fibers were arranged in a mechanical assembly  09:55:56
22  in the machined component.  09:55:59
23  Q  Were the fibers in a component such that they  09:56:01
24  could be individually moved around, or was it the  09:56:06
25  photodetectors that you were moving around?  09:56:09

Page 40

1  A  The fibers were in a machine part where the holes  09:56:11
2  were placed in high precision with respect to each  09:56:16
3  other. At least, ostensibly, that was their intent.  09:56:19
4  The at launch photodiodes had to be placed at --  09:56:23
5  on their PCB with similar accuracy or precision in their  09:56:26
6  placement relative to each other.  09:56:30
7  Q  So you couldn't align the individual lasers to  09:56:31
8  individual photodiodes. You had to rely on the  09:56:36
9  manufacturing that they were sufficiently precise to get  09:56:38
10  the alignment correct?  09:56:42
11  A  Okay. I understand your question.  09:56:45
12  The alignment would have been done on the  09:56:46
13  detector board as a whole to put that into proper  09:56:50
14  alignment to the pattern of lasers.  09:56:54
15  Q  And the detector board -- what type of material  09:56:56
16  were you using for that?  09:56:59
17  A  That was standard printed circuit material --  09:57:00
18  printed circuit board material.  09:57:05
19  Q  Was it hard to -- to align?  09:57:06
20  MR. KIM: Objection; form.  09:57:13
21  THE WITNESS: Can you be more specific about  09:57:14
22  "hard"? I wouldn't presume anything of this precision  09:57:17
23  was easy.  09:57:22
24  MR. JAFFE: Fair enough. Come back to that.  09:57:23
25  Q  So the Spider design had -- you were working on  09:57:27

Page 41

11 (Pages 38 - 41)

1 that in the June/July time frame kind of -- that was the   09:57:33
2 first project after you joined; right?   09:57:36
3   A   Spider was basically the first major project we   09:57:38
4 took on after I joined Otto   09:57:41
5   Q   And it was you, Mr Gruver, Mr Pennecot, with   09:57:43
6 some discussions with Mr Levandowski; is that right?   09:57:49
7   A   We were what?   09:57:50
8   Q   I'm saying --   09:57:52
9   A   It was us who what?   09:57:53
10   Q   That were working on this Spider project   09:57:54
11     MR. KIM: Objection; form   09:57:56
12     THE WITNESS: So Anthony Levandowski did not work   09:57:57
13 on this design, to my knowledge   The entire LiDAR team   09:58:00
14 did work on this design   09:58:04
15 BY MR JAFFE:   09:58:05
16   Q   He -- he was involved in the discussions; right?   09:58:05
17     MR. KIM: Objection; form   09:58:07
18     THE WITNESS: To my recollection, he did not have   09:58:08
19 any design discussion input   09:58:13
20 BY MR JAFFE:   09:58:15
21   Q   So your testimony is that you didn't discuss the   09:58:16
22 LiDAR designs with Mr Levandowski?   09:58:19
23     MR. KIM: Same objection   09:58:21
24     THE WITNESS: No   That's not my testimony   09:58:23
25     My testimony is that I'm sure the -- the issue of   09:58:24

Page 42

1 the project came up in discussion with him.  My   09:58:28
2 testimony is that he did not provide design input into   09:58:31
3 the project.   09:58:34
4 BY MR. JAFFE:   09:58:35
5   Q   So you were talking with him fairly regularly,   09:58:38
6 since he was your boss --   09:58:40
7   A   Yes.   09:58:42
8   Q   -- but your -- your testimony is he didn't   09:58:42
9 actually contribute to the design; is that fair?   09:58:44
10     MR. KIM: Objection; form.   09:58:47
11     THE WITNESS: My interaction with him as my boss   09:58:48
12 would be more in regards to project status.   09:58:53
13 BY MR. JAFFE:   09:58:57
14   Q   So I'm going to ask my question again, is --   09:59:00
15   A   Okay.   09:59:03
16   Q   -- you were talking to Mr. Levandowski on a   09:59:04
17 regular basis because he was your boss, but your   09:59:07
18 testimony about the Spider design is that he didn't   09:59:12
19 contribute to the design; true?   09:59:14
20     MR. KIM: Objection; form.   09:59:16
21     THE WITNESS: I'm not aware of any contribution   09:59:17
22 Anthony Levandowski had on the design of the Spider.   09:59:22
23 BY MR. JAFFE:   09:59:24
24   Q   Okay.  The idea to use a single lens for both   09:59:25
25 transmit and receive and the use of a mirror --   09:59:33

Page 43

1   A   Mm-hmm.   09:59:33
2   Q   -- who came up with that?   09:59:37
3     MR. KIM: Objection; form.   09:59:38
4     THE WITNESS: I don't know, you know, who first   09:59:39
5 came up with that idea.  There's probably examples of   09:59:43
6 prior art in the literature.   09:59:46
7 BY MR. JAFFE:   09:59:48
8   Q   So you can't tell me who came up with that idea?   09:59:49
9   A   I can't tell you who invented that idea or --   09:59:52
10 yeah, came up with that.   09:59:54
11   Q   I'm not talking about the idea generally.  I'm   09:59:56
12 talking about for the Spider design.   09:59:57
13   A   No, actually, I do not recall who originated the   09:59:59
14 idea of using that design at Otto.   10:00:01
15   Q   So you can't tell me who came up with the   10:00:04
16 single-lens architecture in the Spider design; true?   10:00:08
17   A   True.   10:00:11
18     MR. KIM: Objection; form.   10:00:12
19 BY MR. JAFFE:   10:00:13
20   Q   Okay.  So we are just walking through the   10:00:20
21 timeline a little bit here.   10:00:21
22     We have the Spider single-lens architecture with   10:00:22
23 eight optical cavities.   10:00:25
24     What happened next?  We are in the July --   10:00:29
25 June/July time frame?   10:00:31

Page 44

1   A   So the design was progressing in CAD, but -- and   10:00:32
2 I don't know what -- at this point, if you are trying to   10:00:42
3 keep me down to a specific timeline of June/July, you   10:00:44
4 know, things take some time to progress, and so   10:00:48
5 somewhere later on we had some design in the CAD   10:00:51
6 software that would shape -- that would look like a   10:00:55
7 Spider -- like a full LiDAR sensor.   10:00:59
8   Q   What happened next?   10:01:02
9   A   At the same time, we would be fabricating   10:01:04
10 prototype components, not an entire sensor, but various   10:01:09
11 subassemblies or components that would go into this   10:01:13
12 design and begin testing them.   10:01:16
13   Q   And what happened next?   10:01:17
14   A   A rotary base design was getting fabricated --   10:01:19
15 parts were being fabricated.  Cavity was -- components   10:01:27
16 were coming together.  I was doing some tests of the   10:01:31
17 optical cavity myself and seeing how it performed.   10:01:34
18   Q   So you were testing one of the optical cavities;   10:01:40
19 is that right?   10:01:46
20   A   I was -- I was testing the design of the optical   10:01:46
21 cavity.   10:01:49
22   Q   So for the design that you were testing, there   10:01:49
23 were eight fiber lasers -- or eight fibers behind one   10:01:52
24 fiber lasers; is that right?   10:01:57
25   A   At some point there -- I did test something that   10:01:58

Page 45

12 (Pages 42 - 45)

1 had eight fiber lasers and eight avalanche photodiodes. 10:02:01
2 Q And just so I can understand the architecture 10:02:04
3 here -- 10:02:04
4 A Mm-hmm. 10:02:04
5 Q -- there would be eight fibers powered by one 10:02:08
6 fiber laser. They would -- am I saying that wrong? 10:02:10
7 A Yeah, that's not quite accurate. 10:02:14
8 Q Sorry. So can you explain? 10:02:16
9 A Yes. 10:02:18
10 One optical cavity would have eight optical 10:02:19
11 fibers. Those eight optical fibers would eventually be 10:02:24
12 sourced by eight different fiber lasers. 10:02:27
13 If you go back to my term "matrix" or 10:02:34
14 "interlaced," I was trying to convey this complicated to 10:02:36
15 64 eight-by-eight -- 10:02:41
16 Q Understood. All right. 10:02:42
17 A Yeah. 10:02:43
18 Q Let me see if I can try and simplify it. 10:02:44
19 There were eight lasers per optical cavity. 10:02:46
20 A Yes. 10:02:50
21 Q Okay. So each laser would -- and I'm going to, 10:02:50
22 again, use more layman terms here. 10:02:56
23 A Okay. 10:02:58
24 Q They would shoot out. 10:02:59
25 Would they go directly to the -- to the lens, or 10:03:00
Page 46

1 would they bounce off something first? 10:03:02
2 A They would go directly to the lens. 10:03:05
3 Q Okay. Was there any sort of fast-axis 10:03:08
4 collimation lens involved here? 10:03:15
5 A No. 10:03:16
6 Q Okay. And that's because we are in the fiber land, not 10:03:16
7 diode land; right? 10:03:18
8 A Correct. 10:03:19
9 Q Okay. So we have our eight lasers. They shoot 10:03:20
10 out through the transmit lens; right? 10:03:24
11 A Right. 10:03:26
12 Q They go to the target. 10:03:26
13 A Mm-hmm. 10:03:29
14 Q They bounce back, and they go through the same 10:03:30
15 lens; right? 10:03:33
16 A Yes. 10:03:33
17 Q And then they go to bounce off of a mirror and go 10:03:35
18 to individual photodetectors; is that right? 10:03:41
19 A Yes. 10:03:43
20 Q And the -- the space where the transmit beams are 10:03:44
21 going and where the receive photons are coming back, 10:03:51
22 those would be overlapping; right? 10:03:55
23 MR. KIM: Objection to form. 10:03:57
24 THE WITNESS: Could you be more specific? 10:04:00
25 MR. JAFFE: Sure. 10:04:04
Page 47

1 Q So what I'm trying to establish is that the 10:04:05
2 lasers going out and the photons coming back would both 10:04:07
3 go in the same shared space? 10:04:12
4 MR. KIM: Objection; form. 10:04:15
5 THE WITNESS: The laser going out generally would 10:04:16
6 be considered coaxial to the receive light that comes 10:04:24
7 back in. I think there may be some region of space 10:04:28
8 where, due to the mirror fold, they cross path. 10:04:33
9 BY MR. JAFFE: 10:04:37
10 Q Okay. It's the same -- just to kind of back up a 10:04:39
11 little bit. 10:04:41
12 They share the same optical cavity; is that fair? 10:04:42
13 MR. KIM: Objection; form. 10:04:45
14 THE WITNESS: Transmit and receive are in the 10:04:46
15 same optical cavity. 10:04:49
16 BY MR. JAFFE: 10:04:51
17 Q Okay. And when were you doing this testing that 10:04:51
18 you referred to of this design that we have just been 10:04:54
19 discussing? 10:04:56
20 A I'm recalling testing probably in the October of 10:04:56
21 2016. 10:05:06
22 Q So you were doing your testing. 10:05:07
23 Was it working? 10:05:15
24 MR. KIM: Objection; form. 10:05:16
25 THE WITNESS: Could you be more specific about 10:05:20
Page 48

1 "working." 10:05:22
2 BY MR. JAFFE: 10:05:23
3 Q Were there any major problems that prevented you 10:05:23
4 from progressing with the Spider design? 10:05:26
5 A There were -- I would say there were issues, 10:05:32
6 eventually, that were performance issues or concerns, 10:05:36
7 yes. 10:05:42
8 Q What were those? 10:05:42
9 A There were at least a couple that come to mind. 10:05:43
10 I was not impressed with -- I'm not sure that's 10:05:55
11 the terminology. I was not necessarily satisfied with 10:05:59
12 the strength of signal I was receiving on any one given 10:06:01
13 channel. Ultimately, later, when I was trying to get 10:06:10
14 all eight fiber lasers and all eight detectors working 10:06:16
15 at the same time in one cavity, I was not getting good 10:06:20
16 response over more than, say, one or two channels. 10:06:25
17 Q And so is this right when you guys pivoted to the 10:06:28
18 Fuji design? 10:06:35
19 MR. KIM: Objection; form. 10:06:36
20 THE WITNESS: Could you be more specific about 10:06:36
21 the timing of your question. 10:06:41
22 BY MR. JAFFE: 10:06:43
23 Q Well, you said you were testing -- 10:06:43
24 A Yes. 10:06:45
25 Q -- Spider in October 2016? 10:06:45
Page 49

13 (Pages 46 - 49)

Page 50

```
 1   A  Yes.                              10:06:50
 2   Q  When is the relationship in time to this testing  10:06:50
 3  versus when you pivoted to Fuji?            10:06:55
 4   A  We pivoted to Fuji at a time later after this   10:06:57
 5  testing.                               10:06:59
 6   Q  So it would be late October 2016?       10:07:00
 7   A  Yes.                              10:07:02
 8   Q  Did Uber's legal department tell you to pivot    10:07:02
 9  away from Spider?                        10:07:08
10      MR. KIM:  Objection.  Instruct you not to answer  10:07:09
11  the question on the grounds of attorney-client privilege  10:07:13
12  as to what Uber's counsel told you to do.       10:07:17
13  BY MR. JAFFE:                            10:07:26
14   Q  Did you stop working on the Spider design at the  10:07:26
15  direction of Uber's lawyers?                 10:07:30
16   A  Could you repeat your question?          10:07:33
17   Q  Did you stop working on the Spider design -- and  10:07:36
18  I'll ask a little bit different question --       10:07:38
19   A  Yeah.                             10:07:38
20   Q  -- and pivot to the Fuji design --        10:07:40
21   A  Yeah.                             10:07:42
22   Q  -- at the direction of Uber's lawyers?    10:07:43
23   A  No.                               10:07:45
24   Q  Okay.  Were Uber's lawyers involved in the    10:07:47
25  decision to pivot to the Fuji design?           10:07:53
```

Page 51

```
 1   A  No.                               10:07:59
 2   Q  So December 2016 -- well, actually, let me back  10:07:59
 3  up.                                  10:08:16
 4      Who was involved in the decision to pivot to the  10:08:16
 5  design?                                10:08:18
 6   A  I would say the decision was made between myself,  10:08:19
 7  Eric Meyhofer.  Scott Boehmke was involved in our   10:08:25
 8  decision process as well.                   10:08:30
 9   Q  And just to go back a few questions earlier, when  10:08:31
10  I asked you whether Uber's lawyers were involved in the  10:08:34
11  decision to pivot to the Fuji design, you answered no,  10:08:36
12  without any equivocation.                   10:08:39
13      How do you know that?                  10:08:45
14   A  My understanding is the decision to pivot from    10:08:46
15  Spider to Fuji was a decision that I made with Eric   10:08:49
16  Meyhofer and with input from Scott Boehmke.        10:08:52
17   Q  Where -- so, again, what is the basis for your    10:08:55
18  understanding or your testimony that Uber's lawyers were  10:09:00
19  not involved at all in the pivot?              10:09:04
20   A  The decision to pivot was made by me, my boss,   10:09:06
21  with input from Scott Boehmke.  That -- that's it.    10:09:18
22   Q  And you said "my boss."                10:09:23
23      Who are you referring to?               10:09:25
24   A  I'm sorry.  Eric Meyhofer is my boss.       10:09:25
25   Q  Oh, so at some point your -- your -- it changed  10:09:28
```

Page 52

```
 1  from your boss being Mr Levandowski to Mr Meyhofer?    10:09:31
 2   A  Yes                               10:09:34
 3   Q  When was that?                       10:09:35
 4   A  That would have been after -- sometime -- I don't  10:09:35
 5  recall exactly when, but sometime after acquisition by  10:09:38
 6  Uber                                 10:09:41
 7   Q  Okay  So you pivoted from the Spider single-lens  10:09:41
 8  design to the Fuji design in late October 2016; right?  10:09:49
 9   A  Yes                               10:09:52
10   Q  Was the Fuji design -- was that kind of in        10:09:53
11  development under consideration before the pivot?    10:10:03
12   A  That was -- as we spoke earlier, that was a      10:10:05
13  design that we had considered earlier on, and it was --  10:10:13
14  you know, I could say it was always in the back of     10:10:17
15  people's minds perhaps                      10:10:21
16   Q  So starting about the beginning of November, Uber  10:10:22
17  ceased working on the Spider design; is that right?    10:10:29
18   A  I'm sorry  Repeat the question of what time?   10:10:32
19   Q  Starting about the beginning of November, Uber   10:10:35
20  ceased working on the Spider design; is that right?    10:10:37
21   A  That's my understanding                10:10:39
22   Q  And then from November -- let's say November 1st  10:10:40
23  to approximately December 2015, Uber developed a kind of  10:10:51
24  a fully featured transmit board for Fuji in that time;  10:10:58
25  right?                               10:11:02
```

Page 53

```
 1      MR. KIM:  Objection; form.                10:11:02
 2      THE WITNESS:  I don't remember when a fully      10:11:03
 3  featured transmit board was designed.  I don't remember  10:11:07
 4  the date.                              10:11:10
 5  BY MR. JAFFE:                            10:11:10
 6   Q  Would it surprise you if Uber was sending a       10:11:11
 7  transmit board to a vendor for manufacturing by mid--   10:11:14
 8  the middle of the December for Fuji?            10:11:19
 9   A  No.                               10:11:20
10      MR. KIM:  Objection to form.              10:11:22
11  BY MR. JAFFE:                            10:11:23
12   Q  Why not?                           10:11:24
13   A  Well, as we established, we made our pivot late   10:11:24
14  October, early -- early November, somewhere in that time  10:11:29
15  frame -- I think it was late October -- and one of the  10:11:32
16  first things we had to work on was a laser.        10:11:35
17   Q  So you don't think that's a fast development time  10:11:39
18  to go from, essentially, no design to having a transmit  10:11:41
19  board in a month and a half?                 10:11:47
20      MR. KIM:  Objection; form.                10:11:48
21      THE WITNESS:  No.                        10:11:49
22  BY MR. JAFFE:                            10:11:52
23   Q  Okay.  How long had you spent working on Spider  10:11:53
24  trying to get it working before you pivoted to Fuji?   10:12:00
25   A  I don't remember the exact duration, but we can  10:12:09
```

14 (Pages 50 - 53)

1 ███████████████████   10:38:42
2    MR KIM: Objection; form   10:38:44
3    THE WITNESS: That would be me, Gaetan Pennecot, 10:38:45
4 and I'm not aware whether anybody else was involved at  10:38:54
5 the time   Correction   That decision would also have to 10:39:00
6 have involved Florin Edoniscu [phonetic]   10:39:04
7 BY MR JAFFE:   10:39:09
8    Q  Do the diodes in the Fuji design do they █████
9 ██████████   10:39:14
10    MR KIM: Objection; form   10:39:15
11    THE WITNESS: Could you be more specific when you 10:39:16
12 say ██████████ what you're referring to?   10:39:22
13 BY MR JAFFE:   10:39:25
14    Q  Do you have an understanding of what I'm   10:39:25
15 referring to when I talk about ██████████   10:39:27
16    A  Well, it's possible that they ███████, and it's 10:39:29
17 possible that they ████████████   10:39:36
18    Q  Are they designed to █████████   10:39:37
19    A  They are designed and intended to ████████
20 ██████████████   10:39:43
21    Q  Why?   10:39:44
22    A  The reason the laser diode would ████████████
   ██████████ -- there's more than one reason  But anticipating a 10:39:52
24 question by your look, there -- there would be --   10:40:00
25    MR KIM: If -- if there's no pending question,   10:40:07
                                                      Page 62

1 you don't have to answer.   10:40:09
2 BY MR JAFFE:   10:40:13
3    Q  The question was: Why are they designed to   10:40:13
4 ████████████████   10:40:15
5 ████████████████████████████
6 ████████████   10:40:19
7    Q  Why are they designed to ████████   10:40:20
8    MR KIM: Objection; form.   10:40:22
9 BY MR JAFFE:   10:40:24
10    Q  You can -- you cannot answer the question if you 10:40:24
11 want, but the question is: Why are they designed to 10:40:26
12 ████████   10:40:28
13    A  Okay.   10:40:30
14    MR KIM: Same objection.   10:40:30
15    THE WITNESS: The laser diode ██████████████
   ████████████████████████████
   ████████████████   10:40:41
18 BY MR JAFFE:   10:40:48
19    Q  Is that why Uber ████████████████   10:40:48
20    MR KIM: Objection; form.   10:40:51
21    THE WITNESS: Yes.   10:40:52
22 BY MR JAFFE:   10:40:54
23    Q  So your testimony is that Uber designed the laser 10:40:56
24 diodes ████████████████████████
   ████████; true?   10:41:05
                                                      Page 63

1    MR. KIM: Objection; form.   10:41:07
2    THE WITNESS: That's my understanding.   10:41:08
3 BY MR. JAFFE:   10:41:09
4    Q  Okay.  How much are the diodes ████████████
   ████████████   10:41:17
6    A  I'm not sure I know the number.   10:41:18
7    Q  Is it ████████████   10:41:22
8    A  I wouldn't be surprised if it was ████████████
   ████████████   10:41:26
10    Q  Okay.  And to go back to my earlier question, the 10:41:27
11 Fuji design, in total, has ████████████████████
   ███████ right?   10:41:37
13    MR. KIM: Objection; form.   10:41:39
14    THE WITNESS: That is the current design.   10:41:40
15 BY MR. JAFFE:   10:41:48
16    Q  Okay.  How are the diodes aligned with respect 10:41:49
17 to -- for manufacturing purposes with respect to each 10:41:54
18 other?   10:42:00
19    MR. KIM: Objection; form.   10:42:01
20    THE WITNESS: ████████████████████████
   ████████████████████████████████
   ████████████████   10:42:11
23 BY MR. JAFFE:   10:42:14
24    Q  And there's a -- you provide an X/Y coordinates 10:42:15
25 to the manufacturer; right, for each of the laser   10:42:18
                                                      Page 64

1 diodes?   10:42:20
2    A  Yes.   10:42:21
3    Q  And what are the X/Y coordinates mapped to? 10:42:21
4    A  They are referenced to fiducial marks on the PCB. 10:42:25
5    Q  And have you ever used holes for those?   10:42:30
6    A  Sorry?   10:42:35
7    Q  For the fiducials, have you ever used a hole as a 10:42:36
8 fiducial?   10:42:42
9    A  No.  We have always placed the laser diodes using 10:42:43
10 the metal fiducial marks on the PCB.   10:42:46
11    Q  And who came up with that idea?   10:42:48
12    MR. KIM: Objection; form.   10:42:50
13    THE WITNESS: I believe it's standard practice in 10:42:51
14 PCB manufacture.   10:42:54
15 BY MR. JAFFE:   10:42:56
16    Q  So who came up with using it for Fuji?   10:42:56
17    A  I don't know.   10:42:58
18    Q  Okay.  When did that design come up?   10:42:59
19    A  I don't remember the exact date, but I think you 10:43:03
20 suggested there was a certain time frame.  Did you say 10:43:09
21 December when boards went out?  It would be in that 10:43:11
22 approximate time frame.   10:43:17
23    Q  Well, just to be clear, I'm looking to your 10:43:17
24 testimony about this --   10:43:20
25    A  I understand.   10:43:20
                                                      Page 65

17 (Pages 62 - 65)

1 about when it would be ready?                11:00:37
2     MR. KIM:  Objection; form.              11:00:39
3     THE WITNESS:  As I've already told you, I gave   11:00:39
4 you more information to say that it's unlikely it would   11:00:41
5 happen in November and still somewhat unlikely it would   11:00:44
6 happen in De- -- in December.                11:00:47
7 BY MR. JAFFE:                             11:00:48
8     Q   But that's all the information --   11:00:48
9     A   That's all I can really say.         11:00:49
10    Q   Okay.  And the part of your declaration that   11:00:53
11 talks about this October 2017 readiness, that assumes   11:00:57
12 that you are going to be working on getting the device   11:01:00
13 ready between now and October; right?        11:01:02
14    A   Yes.                               11:01:04
15    Q   Okay.  You said there are approximately 24   11:01:05
16 employees currently working on the Fuji project; is that   11:01:10
17 right?                                    11:01:14
18    A   Yes.                               11:01:14
19    Q   To your knowledge, how many of them are former   11:01:21
20 Google or Waymo employees?                   11:01:26
21    A   It would be far easier if you gave me the list of   11:01:28
22 employees that I could go back and look at.  I've gone   11:01:32
23 through this exercise before, but I would have to, like,   11:01:35
24 try to jog my memory to keep track of all the employees.   11:01:38
25    Q   Is it more or less than half?         11:01:42

Page 82

1    A   I'm not sure.  Half seems high.       11:01:44
2    Q   Okay.  Now, how many employees are working on   11:01:51
3 LiDAR, generally, at Uber, to your knowledge?   11:01:55
4    A   To my knowledge, our team is the only team   11:01:57
5 actively developing a LiDAR sensor.           11:02:03
6    Q   So if there are other folks with LiDAR   11:02:06
7 responsibilities, that -- that would be incorrect; that   11:02:09
8 the only people with LiDAR responsibilities are -- are   11:02:14
9 you and the 24 employees described here?      11:02:15
10    MR. KIM:  Objection; form.              11:02:18
11    THE WITNESS:  Including myself among the 24   11:02:18
12 employees, we -- to my knowledge, we are the only ones   11:02:22
13 actively developing LiDAR technology.         11:02:24
14 BY MR. JAFFE:                             11:02:27
15    Q   Is there any upcoming demonstration of the Fuji   11:02:34
16 sensor to Mr. Levandowski?                   11:02:38
17    A   No.  Nothing is scheduled.           11:02:40
18    Q   Is that -- would that be a step in the -- in the   11:02:42
19 development process, is a demonstration to   11:02:44
20 Mr. Levandowski?                          11:02:50
21    A   When you state it that way, no, I would not say   11:02:50
22 that one of the milestones was demonstrating to Anthony   11:02:52
23 Levandowski.                              11:02:56
24    Q   What about to Travis Kalanick?       11:02:56
25    A   No plans.  I presume, at some point, both he and   11:03:01

Page 83

1 Anthony Levandowski will find out and possibly even see   11:03:06
2 a demonstration.                          11:03:10
3    Q   And why would they want to see a demonstration?   11:03:11
4     MR. KIM:  Objection; form.              11:03:13
5     THE WITNESS:  I can't tell you why they would   11:03:14
6 want something.                           11:03:17
7 BY MR. JAFFE:                             11:03:18
8    Q   Why would you demonstrate it to them?   11:03:18
9    A   At some point, we are going to demonstrate the   11:03:20
10 LiDAR sensor to ourselves, to our internal customers.   11:03:25
11 Ultimately, I would imagine it's possible we demonstrate   11:03:31
12 to them as well.                          11:03:35
13    Q   Do you think it would be reasonable to   11:03:37
14 demonstrate the LiDAR sensor to the head of your   11:03:39
15 self-driving program?                      11:03:44
16    A   I think that would be reasonable.     11:03:44
17    Q   And that's one of the goals that you are aiming   11:03:47
18 for -- right? -- is demonstrating your LiDAR sensor to   11:03:47
19 the head of the self-driving program; right?   11:03:51
20    MR. KIM:  Objection; form.              11:03:53
21    THE WITNESS:  I wouldn't call that a goal.   11:03:53
22 BY MR. JAFFE:                             11:03:54
23    Q   It's not a goal?                    11:03:55
24    A   No.  No.  My goal is to develop a LiDAR sensor   11:03:56
25 that can be demonstrated to internal customers to their   11:03:58

Page 84

1 satisfaction; that it is safe to put on a vehicle.   11:04:02
2    Q   Your testimony is that Mr. Levandowski's opinion   11:04:03
3 as to your LiDAR design is completely irrelevant; is   11:04:07
4 that right?                               11:04:10
5     MR. KIM:  Objection; form.              11:04:10
6     THE WITNESS:  I -- I wouldn't say that either   11:04:11
7 because you just suggested that the boss of my boss --   11:04:15
8 that his opinion is completely irrelevant.  That's --   11:04:21
9 that's an extreme statement.  I couldn't back that up   11:04:23
10 with my testimony.                        11:04:26
11    MR. JAFFE:  That's fair.                11:04:27
12    Q   So you would agree that Mr. Levandowski, as the   11:04:29
13 boss of your boss, has relevant input into Uber's LiDAR   11:04:32
14 designs; right?                           11:04:36
15    MR. KIM:  Objection; form.              11:04:36
16    THE WITNESS:  Again, I think he would have   11:04:37
17 relevant input into the progress we are making in terms   11:04:40
18 of the program itself as a whole.             11:04:44
19    But when you say design, now that starts to speak   11:04:48
20 of the internal construction, how we designed it, and,   11:04:53
21 generally, no, he -- he does not have input into the   11:04:58
22 design of the product.                     11:05:01
23 BY MR. JAFFE:                             11:05:01
24    Q   So you never discussed with Mr. Levandowski how   11:05:01
25 Otto or Uber's LiDARs are being designed; is that right?   11:05:08

Page 85

22 (Pages 82 - 85)

**Page 90**

| | | |
|---|---|---|
| 1 | A   I don't know. | 11:18:28 |
| 2 | Q   He just randomly showed up? | 11:18:29 |
| 3 | MR. KIM:  Objection; form. | 11:18:31 |
| 4 | THE WITNESS:  I would have to speculate.  I don't | 11:18:31 |
| 5 | know why he came to this meeting, but, yeah, he -- he | 11:18:33 |
| 6 | randomly showed up. | 11:18:36 |
| 7 | BY MR. JAFFE: | 11:18:37 |
| 8 | Q   Were you surprised that he showed up? | 11:18:37 |
| 9 | A   Yeah. | 11:18:38 |
| 10 | Q   Did you say -- | 11:18:39 |
| 11 | A   That's part of the "fun chat." | 11:18:40 |
| 12 | Q   Did you say, "Anthony, what are you doing here? | 11:18:42 |
| 13 | You have no involvement in this?" | 11:18:45 |
| 14 | A   No, no.  I don't say, "Anthony, what are you | 11:18:47 |
| 15 | doing here?"  If he wants to show up to the staff | 11:18:50 |
| 16 | meeting he's entitled to show up to the staff meeting. | 11:18:52 |
| 17 | Q   Why is he entitled to show up to your staff | 11:18:55 |
| 18 | meeting? | 11:18:59 |
| 19 | A   Because he's my manager's manager. | 11:18:59 |
| 20 | Q   Okay.  All right.  The optical layout paragraph | 11:19:01 |
| 21 | in your e-mail? | 11:19:02 |
| 22 | A   Yes. | 11:19:03 |
| 23 | Q   It refers to something called "Chicken Bucket." | 11:19:03 |
| 24 | What is that? | 11:19:07 |
| 25 | A   That is a name that we gave to the HDL-64 from | 11:19:08 |

**Page 91**

| | | |
|---|---|---|
| 1 | Velodyne. | 11:19:13 |
| 2 | Q   And why did you give it that name? | 11:19:14 |
| 3 | A   I'm sure I've heard somebody else refer to it as | 11:19:19 |
| 4 | the "Spinning Chicken Bucket" on the top of a car. | 11:19:23 |
| 5 | Q   And then the next line says:  Separate TX and RX | 11:19:26 |
| 6 | cavity sides with their own specialized lenses. | 11:19:32 |
| 7 | A   Mm-hmm. | 11:19:35 |
| 8 | Q   What did you mean by that? | 11:19:35 |
| 9 | A   This was referring to the physical design of the | 11:19:37 |
| 10 | Fuji optical cavity that we were proposing that would | 11:19:41 |
| 11 | have independent transmit and receive compartments. | 11:19:45 |
| 12 | Q   So this was saying separate transmit and receive, | 11:19:48 |
| 13 | unlike what you were doing in Spider? | 11:19:53 |
| 14 | A   It was simply identifying the design heads | 11:19:54 |
| 15 | separate, as an adjective, not separate like a verb. | 11:19:57 |
| 16 | Q   Okay.  And Gaetan was the one working on the | 11:20:01 |
| 17 | optical layout for Fuji? | 11:20:08 |
| 18 | A   Yes. | 11:20:10 |
| 19 | Q   And just to make sure that I have all the | 11:20:10 |
| 20 | terminology right, Fuji is the same thing as | 11:20:13 |
| 21 | 905-nanometer? | 11:20:17 |
| 22 | A   That's -- that's a fair connection. | 11:20:18 |
| 23 | Q   And it's also called "V2" sometimes? | 11:20:20 |
| 24 | A   Yes. | 11:20:23 |
| 25 | Q   And V1 is Spider? | 11:20:24 |

**Page 92**

| | | |
|---|---|---|
| 1 | A   Yes. | 11:20:25 |
| 2 | MR. JAFFE:  All right.  Put that aside. | 11:20:27 |
| 3 | Let's mark, as Exhibit 59, document Bates-labeled | 11:21:06 |
| 4 | UBER8488 -- I'm sorry.  We are on 60, it looks like. | 11:21:12 |
| 5 | Excuse me. | 11:21:16 |
| 6 | (Exhibit 60 was marked for | 11:21:17 |
| 7 | identification by the Court Reporter.) | 11:21:17 |
| 8 | BY MR. JAFFE: | 11:21:17 |
| 9 | Q   Do you recognize the document I've put in front | 11:21:33 |
| 10 | of you as Exhibit 60? | 11:21:34 |
| 11 | A   Just a moment. | 11:21:36 |
| 12 | Q   Are you still reading the document? | 11:22:49 |
| 13 | A   Yeah, just a moment.  I'm almost done. | 11:22:51 |
| 14 | Okay. | 11:22:54 |
| 15 | Q   So my question was:  Do you recognize the | 11:22:55 |
| 16 | document I placed in front of you? | 11:22:57 |
| 17 | You are talking about the Spider design in these | 11:23:04 |
| 18 | e-mails; right? | 11:23:06 |
| 19 | A   I'm not sure.  This is very early after I joined. | 11:23:07 |
| 20 | Q   So looking at the first e-mail -- | 11:23:19 |
| 21 | A   Yes. | 11:23:22 |
| 22 | Q   -- in time, it refers to -- | 11:23:22 |
| 23 | A   Which one? | 11:23:22 |
| 24 | Q   From Mr. Boehmke. | 11:23:28 |
| 25 | -- did Anthony share the doc we came up with here | 11:23:30 |

**Page 93**

| | | |
|---|---|---|
| 1 | on Wednesday with you? | 11:23:33 |
| 2 | Do you see that? | 11:23:36 |
| 3 | A   I see that. | 11:23:36 |
| 4 | Q   Do you know what that refers to? | 11:23:37 |
| 5 | A   I'm not 100 percent sure, but I believe there was | 11:23:38 |
| 6 | a document -- I forget the title -- "LiDAR Thoughts."  I | 11:23:45 |
| 7 | believe it involved Anthony Levandowski and Scott | 11:23:54 |
| 8 | Boehmke. | 11:23:56 |
| 9 | Q   And then you get added to the thread on May 23rd | 11:23:56 |
| 10 | in that next e-mail? | 11:24:04 |
| 11 | A   Yes. | 11:24:05 |
| 12 | Q   And it says:  We have reviewed the doc a bit. | 11:24:05 |
| 13 | So you -- you reviewed this document? | 11:24:08 |
| 14 | A   Okay.  Yes. | 11:24:09 |
| 15 | Q   And then in Mr. Boehmke's e-mail above that from | 11:24:11 |
| 16 | May 24th, it talks about:  How far apart do they need to | 11:24:19 |
| 17 | be -- | 11:24:19 |
| 18 | A   Mm-hmm. | 11:24:19 |
| 19 | Q   -- to not see a retro reflector from the other's | 11:24:25 |
| 20 | transmission. | 11:24:28 |
| 21 | That's talking about a monostatic single-lens | 11:24:29 |
| 22 | design; right? | 11:24:31 |
| 23 | A   I believe that's true. | 11:24:32 |
| 24 | Q   So is it fair today to say that -- based on this | 11:24:33 |
| 25 | e-mail, that Mr. Levandowski was design -- helping | 11:24:37 |

24 (Pages 90 - 93)

| | Page 94 | | | Page 96 |
|---|---|---|---|---|

**Page 94**

1  design the Spider device?                                    11:24:40
2        MR. KIM:  Objection; form.                       11:24:43
3        THE WITNESS:  I would say, inasmuch as he        11:24:44
4  co-authored a document in -- that had influence on the   11:24:51
5  LiDAR design, he had, early on, some -- some apparent   11:24:58
6  input to the design, yes.                               11:25:03
7  BY MR. JAFFE:                                            11:25:04
8        Q   Okay.  So Mr. Levandowski helped come up with the   11:25:06
9  basic design of the Spider device; right?               11:25:08
10        MR. KIM:  Objection; form.                       11:25:11
11        THE WITNESS:  He appears -- I don't know -- the   11:25:11
12  problem is I don't know what his authorship was in the   11:25:20
13  document, but the document had an influence in the      11:25:22
14  design of Spider.                                        11:25:26
15  BY MR. JAFFE:                                            11:25:27
16        Q   But according to this e-mail, it's a document   11:25:27
17  that Mr. Boehmke and Anthony came up with that --        11:25:29
18  right? -- that served as the basis for the Spider       11:25:35
19  design; right?                                           11:25:36
20        MR. KIM:  Objection; form.                       11:25:37
21        THE WITNESS:  I would say yes, it would show     11:25:37
22  that Anthony and Scott Boehmke both contributed to this   11:25:44
23  document, and I can say that that document did          11:25:49
24  contribute toward the design of the Spider.            11:25:51
25        MR. JAFFE:  Okay.  Let's mark, as Exhibit 61, a   11:25:55

**Page 95**

1  document entitled -- labeled UBER6556.                  11:25:58
2        (Exhibit 61 was marked for                         11:26:08
3        identification by the Court Reporter.)            11:26:09
4  BY MR. JAFFE:                                            11:26:09
5        Q   Mr. Haslim, you are on the cc line of this    11:26:15
6  e-mail; right?                                           11:26:17
7        A   Yes.                                           11:26:18
8        Q   And do you see Mr. Levandowski here is saying:   11:26:20
9                                                           
                                                             11:26:27
11        Do you see that?          11:26:32
12        A   Yes, I see that.       11:26:33
13        Q   What is he referring to?   11:26:34
14        A   He's referring to a component that goes into --   11:26:35
15  or components that go into
                                                             11:26:44
17        Q   And he's referring to this in the -- this is   11:26:45
18  for the Spider design; right?                           11:26:47
19        A   Yes.  This would have been for the Spider design.   11:26:49
20        Q   So Mr. Levandowski was involved at the level of   11:26:51
21  specifying
                                                    ; is that fair?   11:26:59
23        MR. KIM:  Objection; form.                       11:27:02
24        THE WITNESS:  I don't know that he's ever        11:27:02
25  specified the concentrations, but it appears he's got an   11:27:04

**Page 96**

1  opinion about                                    .       11:27:07
2  BY MR. JAFFE:                                            11:27:09
3        Q   And so he was at least involved in this design   11:27:11
4  input into the design of the            for the Spider   11:27:13
5  device; right?                                           11:27:15
6        A   Yes.                                           11:27:16
7        MR. JAFFE:  Okay.  You can put that one aside.    11:27:17
8  This is going to be Exhibit 62.  It's a document         11:27:32
9  with Bates label UBER8592.                               11:27:35
10        (Exhibit 62 was marked for                         11:27:38
11        identification by the Court Reporter.)            11:27:38
12  BY MR. JAFFE:                                            11:27:38
13        Q   Mr. Haslim, do you recognize the document I   11:27:45
14  handed to you marked as Exhibit 62?                     11:27:48
15        A   Yes.                                           11:27:55
16        Q   And the first e-mail in time is one that you   11:27:56
17  wrote on October 26, 2016; right?                       11:28:00
18        A   Yes.                                           11:28:02
19        Q   And you are talking about V2, which we have    11:28:02
20  established is Fuji; right?                              11:28:05
21        A   Right.                                         11:28:06
22        Q   So you are talking about this pivot right here in   11:28:06
23  October 20- -- October 2016; right?                     11:28:11
24        A   Right.                                         11:28:12
25        Q   So I want to talk to you about this optical   11:28:12

**Page 97**

1  cavity part of your e-mail.                              11:28:19
2        A   Okay.                                           11:28:21
3        Q   You said:  We have not yet aligned a full pattern   11:28:21
4  of transmit and receive channels because the transmit   11:28:24
5  elements are located by machined holes, and I'm skipping   11:28:26
6  some parentheticals.                                     11:28:30
7        What are you referring to?                         11:28:31
8        A   This is referring to the V1, or the Spider     11:28:31
9  design; that
                                                             
                                                             11:28:50
13        Q   What do you mean by                       "?   11:28:51
14        A   Maybe I didn't describe this well last time we   11:28:54
15  talked about this.                                       11:28:58
16                                                           
                                                             
                                                             
                                                             11:29:23
22        Q   Okay.  All right.  The next line says:  It also   11:29:23
23  features a custom beam-splitting mirror with a hole cut   11:29:26
24  into it.                                                 11:29:29
25        Do you see that?                                   11:29:29