# EXHIBIT 83
# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                          )
                                         )
 6              Plaintiff,               )
                                         )   Case No.
 7       vs.                             )   3:17-cv-00939-WHA
                                         )
 8   UBER TECHNOLOGIES, INC.,            )
     OTTOMOTTO LLC; OTTO TRUCKING        )
 9   LLC,                                )
                                         )
10              Defendants.              )
     _____)
11
12       *** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
13
14       VIDEOTAPED DEPOSITION OF PAUL McMANAMON
15                San Francisco, California
16               Wednesday, April 19, 2017
17                       Volume I
18
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   Job No. 2598912
24
25   Pages 1 - 81
```

Page 1

```
1    taking out all of them.                                  10:19:56
2        Q   Okay.
3        A   They're relatively similar.
4        Q   Did you do any measurements during this
5    inspection?                                              10:20:01
6        A   I did not.
7        Q   You did not look at any Waymo LiDAR
8    devices in person, correct?
9        A   As far as I understood my task, my task
10   was to compare the Uber Fuji system against claimed      10:20:14
11   trade secrets by Google and patents by Google, or
12   Waymo -- sorry, I should have said "Waymo" -- and so
13   I didn't feel it was really necessary to examine any
14   particular devices that Google or Waymo had built.
15       Q   You understand that Waymo developed those        10:20:37
16   patents and trade secrets while it was building its
17   LiDAR devices, correct?
18       A   Yes.
19       Q   But you didn't think it was necessary to
20   look at the actual devices as part of your analysis?     10:20:44
21       A   The task, as I understand it, is to see
22   whether there was any infringement of the patents or
23   any use of the trade secrets.  And so that was the
24   task that I attempted.
25       Q   And your list of materials considered,           10:21:10
```

Page 25

```
 1   details of these designs.                              10:39:38
 2       Q   So you agree, it's not your opinion that
 3   he had that design in Exhibit 68 in October 2015?
 4       A   I don't know exactly when this particular
 5   design was developed.  He may have told me, but I       10:39:49
 6   don't know exactly when it was developed.
 7       Q   Okay.  The design -- just for the record,
 8   the design in Exhibit 68 is what --
 9       A   Yes.  I don't remember exactly when it was
10   developed.                                              10:40:01
11       Q   Okay.
12       A   I do know that he had the ▮▮▮▮▮▮▮▮▮▮
13   concept.  But when these exact details, ▮▮▮▮▮
14   ▮▮▮▮▮▮▮▮▮▮▮▮, I don't know exactly when
15   that happened.                                          10:40:08
16       Q   Okay.  And so back to your declaration,
17   paragraph 43, and fortunately we have a picture of
18   it here in your declaration.
19       A   Okay.
20       Q   This is, I believe --                           10:40:19
21       A   Yes.
22       Q   -- a ▮▮▮▮▮▮▮▮▮▮ from a RFQ
23   that --
24       A   Correct.
25       Q   -- Mr. Boehmke sent to Velodyne?                10:40:26
```

Page 42

```
 1      A    Yes.                                            10:40:28
 2      Q    And this -- you agree with me that this
 3   ██████████████████████████████████████ --
 4      A    I'd have to ████████████████████ on            10:40:45
 5   here.  Wait a minute.
 6           There are ████████████████████
 7      Q    Okay.  And you consider this █████
 8   ███████?
 9      A    I do consider this ████████████.  Yes.
10   It's a foveated vision type of concept.                10:40:58
11      Q    Okay.  That was my next question.
12           You consider it foveated vision?
13      A    Yes.
14      Q    Do you agree with me that at least as far
15   as you can tell on this diagram, ████████████          10:41:09
16   ████████████████████████████████████
17      A    They appear to be ████████████████ as I
18   look at them.
19      Q    Okay.  Do you agree with me that the
20   ████████████████████ in paragraph 43 of your           10:41:28
21   declaration is not the same as ████████████████ in
22   Exhibit 68 that I've put in front of you?
23      A    The main point of this figure is the
24   concept.  And if you look at the right of that
25   figure, you'll even see it says, ████████████          10:41:44
```

Page 43

```
 1      Q   Correct me if I'm wrong, but I believe        10:43:02
 2  your declaration does not analyze or does not
 3  provide a description of what Mr. Boehmke was doing
 4  between March 2016 and late October 2016.  Is that
 5  fair?                                                 10:43:13
 6      A   I believe that's fair.  Yes.
 7      Q   You understand that Mr. Haslim, in his
 8  declaration, he said that the work on Fuji began in
 9  late October 2016.
10          Does that sound right?                        10:43:28
11      A   That sounds approximately right.
12      Q   Okay.  So there wasn't a specific Fuji
13  design prior to late October 2016 as far as you
14  know?
15      A   I don't -- I don't know exactly when the      10:43:37
16  Fuji design came into fruition.
17      Q   And then paragraph 48 of your declaration,
18  one thing you say is that -- and I'm looking at the
19  last sentence.  You say, "The ███████████
20  ████████████████████████████████████ of             10:43:58
21  the Fuji design are based on Mr. Boehmke's work on
22  ██████████████████████."
23          Do you see that?
24      A   I do.
25      Q   And I just want to make sure I'm clear.       10:44:09
```

Page 45

Case 3:17-cv-00939-WHA   Document 342-12   Filed 05/03/17   Page 7 of 20
CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | You don't provide a specific analysis to | 10:44:12 |
| 2 | support that statement in your declaration? | |
| 3 | A   As I stated a few times, I believe the | |
| 4 | important thing is that he developed the concept of | |
| 5 | ███████████.  And then they used that in order | 10:44:23 |
| 6 | to meet the requirements that they set for the | |
| 7 | LiDAR. | |
| 8 | Q   Okay.  I just want to make sure I'm clear. | |
| 9 | You didn't do the analysis to show that | |
| 10 | what he conceived of, his version of ███████ | 10:44:35 |
| 11 | ███████, was actually implemented into the Fuji | |
| 12 | design; that's not an analysis you provided in your | |
| 13 | declaration? | |
| 14 | A   I believe his ████████████████████████ | |
| 15 | ████████████████████████ probably changed | 10:44:52 |
| 16 | over time. | |
| 17 | So looking at the earlier ████████ | |
| 18 | that he had might not be as productive, other than | |
| 19 | learning the concept, because I believe it did | |
| 20 | evolve, you know, as they looked at their | 10:45:08 |
| 21 | requirements in more detail. | |
| 22 | Q   And at any point in time, you didn't | |
| 23 | compare Mr. Boehmke's specific work -- your | |
| 24 | declaration doesn't compare his specific work to | |
| 25 | what ultimately ended up in Exhibit 68? | 10:45:22 |

Page 46

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A   I did not end up analyzing any of the | 10:45:27 |
| 2 | particular exact earlier ones and compare it with | |
| 3 | the final one that they ended up -- you know, well, | |
| 4 | the final as of now. | |
| 5 | Q   Okay.  Jumping up a little bit, | 10:45:39 |
| 6 | paragraph 46 of your declaration -- | |
| 7 | A   Okay. | |
| 8 | Q   -- you said that Mr. Boehmke developed his | |
| 9 | designs prior to Uber's acquisition of Otto in | |
| 10 | August of 2016. | 10:45:51 |
| 11 | Do you see that? | |
| 12 | A   I do see that. | |
| 13 | Q   At the time you wrote your declaration, | |
| 14 | was it your understanding that Mr. Boehmke was | |
| 15 | working independently of Otto? | 10:45:58 |
| 16 | A   That is my understanding. | |
| 17 | Q   Would it surprise you if Mr. Boehmke was | |
| 18 | communicating with Anthony Levandowski about beam | |
| 19 | spacing prior to August of 2016? | |
| 20 | A   I have no knowledge of that. | 10:46:13 |
| 21 | Q   Do you understand who Mr. Levandowski is? | |
| 22 | A   I've read about him in the newspaper. | |
| 23 | Well, actually online. | |
| 24 | Q   Okay. | |
| 25 | A   I used to read newspapers. | 10:46:21 |

Page 47

```
 1      A    I believe that there are a number of trade      10:50:52
 2  secrets Google claims -- Waymo claims.
 3      Q    So you can't tell me just sitting right
 4  here whether the trade secrets are specifically
 5  limited to the concept of ███████████████           10:51:02
 6  ████████████ or whether they're more
 7  specific?
 8      A    Why don't we add to the list of things
 9  you'll get at the break the trade secret list --
10      Q    Of course.                                      10:51:12
11      A    -- so that I can look at the trade
12  secrets.
13      Q    But you offered a declaration on these
14  trade secrets, correct?
15      A    Yes, I did.                                     10:51:17
16      Q    And sitting here right now, having done
17  the analysis, I'm just asking if you can tell me
18  whether the trade secrets are specifically limited
19  to the concept of ████████████████
20  ██████████.                                              10:51:26
21      A    The main issue I would have with the other
22  trade secrets is the fact that since Uber
23  independently developed their LiDAR, then I believe
24  the exact details of these trade secrets are not
25  that relevant.  That's just my understanding of what    10:51:43
```

Page 52

```
 1   a trade secret is.                                         10:51:45
 2       Q   Okay.  Do you agree with me that the trade
 3   secrets are not simply the concept of ████████████
 4   ███████████████████████████████████?
 5       A   I believe that Waymo is claiming more              10:52:02
 6   trade secrets than just that.
 7       Q   Is it your understanding that one of the
 8   trade secrets is specifically limited to the concept
 9   of ██████████████████████████████?
10       A   I don't remember the exact wording of that         10:52:17
11   trade secret.  But I believe the main point was
12   ██████████████████████████████████████, which I
13   disagree with.
14       Q   Do you recall seeing the words ██████████
15   ████████ in Waymo's trade secret list?                     10:52:27
16       A   I believe that Waymo/Google probably
17   was -- they did not use that.  They did not use
18   that.
19       Q   And you looked at the declaration from
20   some Waymo engineers, correct?                             10:52:39
21       A   I looked at one from Droz who did the
22   design.  Yes.
23       Q   And Mr. Droz didn't say that that was
24   their -- their design was to simply implement
25   ████████████████████████████████████, correct?             10:52:53
```

```
 1      A   He did not use the words ▓▓▓▓.            10:52:55
 2   ▓▓▓▓   I'm the one who started to use the words
 3   ▓▓▓▓▓▓▓▓.
 4      Q   ▓▓▓▓ typically refers to ▓▓▓▓
 5   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓               10:53:05
 6   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7   ▓▓▓▓; is that fair?
 8      A   I might characterize it somewhat different
 9   than that.
10          I would say ▓▓▓▓▓▓▓▓▓▓▓▓                 10:53:15
11   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
12      Q   Okay.  Did you cite any documents that
13   specifically have that definition in it in your
14   declaration?
15      A   I don't remember -- I mean, I cited two   10:53:32
16   documents in my declaration that used ▓▓▓▓
17   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and there's been many,
18   many documents that -- some of which I reference
19   in -- you know, that I looked at on ▓▓▓▓.
20          Now I've forgotten exactly what the       10:53:50
21   question is.
22      Q   No problem.  We can go to the next
23   question.
24      A   Okay.
25      Q   You mentioned two specific papers.  One of 10:53:57
```

```
 1   those is the PanDAR publication?                    10:53:58
 2       A   Yes, it is.
 3       Q   I'll refer you to paragraph 52 of your
 4   declaration.
 5       A   Okay.                                        10:54:05
 6       Q   I believe this is where you have
 7   discussion of the PanDAR device.
 8       A   Yes.
 9       Q   Were you involved in the development of
10   the PanDAR device at all?                            10:54:13
11       A   No, I was not.  I knew a lot of people at
12   HRL, but I didn't know these particular people that
13   published this.
14       Q   HRL, is that a research lab?
15       A   It is.  It used to be Hughes Research       10:54:23
16   Laboratory, but now it just and stands for HRL
17   because Hughes doesn't exist anymore.
18       Q   This PanDAR paper was published in 2015?
19       A   I believe you are correct.
20       Q   Do you agree this describes the state of    10:54:38
21   the art in 2015 for certain autonomous vehicle LiDAR
22   systems?
23       A   I don't know that.  I guess I'm not --
24   this is -- they had a couple of points in this paper
25   that they wanted to make.                            10:54:55
```

1      So I guess I would not characterize this                10:54:58
2  as necessarily describing the state of the art.
3  They were using commercial -- commercially available
4  LiDARs.  They were overlapping them in order to have
5  a foveal region.                                            10:55:10
6      But I believe it would be a step too far
7  to compare this to the state of the art.  They were
8  using whatever devices they needed in order to make
9  the scientific points they needed to make in this
10 paper.                                                      10:55:26
11     Q  Okay.  And the device that's described in
12 the PanDAR paper mounted to Velodyne 32E LiDAR
13 devices on top of each other, correct?
14     A  Yes, that is correct.
15     Q  And is it correct that the bottom one was            10:55:36
16 flipped upside down?
17     A  Yes.  One of them was.
18     Q  One of them was flipped upside down.
19     And you actually have -- in paragraph 52,
20 you've got a couple figures from the PanDAR paper.          10:55:46
21     Do you see that?
22     A  Yes, I do.
23     Q  And this figure shows that the PanDAR
24 device overlaps 16 of the lasers from each of the
25 two devices in the middle of the field of view,             10:56:00

Page 56

1   correct?                                                          10:56:02
2       A   Yes, it does.
3       Q   Does the figure show a 60-degree vertical
4   field of view?
5       A   Yes, it does.                                             10:56:08
6       Q   The top 20 degrees has 16 lasers, correct?
7       A   Yes.
8       Q   And that's identified as the periphery?
9       A   Correct.
10      Q   And the lower 20 degrees also has 16                      10:56:17
11  lasers?
12      A   Yes, it does.
13      Q   That's also identified as the periphery?
14      A   Yes, it is.
15      Q   Then the middle 20 degrees has 32 lasers                  10:56:24
16  resulting from the overlap, correct?
17      A   Yes, that is true.
18      Q   And that's identified as the fovea?
19      A   Yes.
20      Q   And the Velodyne 32E devices, they each                   10:56:33
21  have 32 uniformly spaced lasers, correct?
22      A   Those were commercially available devices
23  that they used.  And yes, those devices were
24  uniformly spaced.
25      Q   Okay.  So the PanDAR device implemented                   10:56:46

```
 1    foveated vision without using [REDACTED]              10:56:48
 2    [REDACTED], correct?
 3         A    They -- they used two commercially
 4    available devices that had [REDACTED] and
 5    overlapped them as their method of implementing      10:56:59
 6    foveated vision.
 7         Q    So you agree that the LiDAR system can
 8    implement foveated vision without using [REDACTED]
 9    [REDACTED]?
10         A    Well, in this case, it's really using, I   10:57:07
11    guess, two separate LiDARs and overlapping them.
12         Q    But it's not using [REDACTED]
13    [REDACTED]?
14         A    In this case, it is not.
15         Q    Do you recall that Uber also attempted a   10:57:20
16    design that had two Velodyne sensors stacked on top
17    of each other?
18         A    I remember some discussion about that, and
19    they might have even asked Velodyne about delivering
20    two of them.  My recollection of that is not that    10:57:33
21    clear.
22         Q    Okay.  Do you recall this being referred
23    to as the dual-stack design?
24         A    I've heard those words.
25         Q    Okay.  Am I correct that Uber did not      10:57:42
```

Page 58

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | choose to go with that design, they went with the | 10:57:48 |
| 2 | Fuji design? | |
| 3 |     A   Yes, that is correct.  Yes. | |
| 4 |     MR. NEWTON:  I think we're right at about | |
| 5 | an hour, so why don't we take a break. | 10:57:56 |
| 6 |     THE WITNESS:  That sounds like a good | |
| 7 | plan. | |
| 8 |     THE VIDEO OPERATOR:  This marks the end of | |
| 9 | Media No. 1 in the deposition of Dr. Paul McManamon. | |
| 10 | We're going off the record at 10:58 a.m. | 10:58:04 |
| 11 |     (Recess, 10:58 a.m. - 11:15 a.m.) | |
| 12 |     THE VIDEO OPERATOR:  We're back on the | |
| 13 | record at 11:15 a.m., and this marks the beginning | |
| 14 | of Media No. 2 in the deposition of Dr. Paul | |
| 15 | McManamon. | 11:15:05 |
| 16 | BY MR. NEWTON: | |
| 17 |     Q   Dr. McManamon, welcome back. | |
| 18 |     A   Thank you. | |
| 19 |     Q   So I'd now like to talk about paragraph 54 | |
| 20 | of your declaration. | 11:15:13 |
| 21 |     A   Okay.  I'll be there in a minute.  Okay. | |
| 22 |     Q   And this paragraph discusses the Velodyne | |
| 23 | U.S. Patent No. 8,767,190? | |
| 24 |     A   Yes. | |
| 25 |     Q   And you point out here that the patent | 11:15:29 |

```
 1            The other thing, though, that you should         11:20:22
 2   look at in that patent is the fact that they do say
 3   that it could be 64 or more.
 4        Q   Sure.
 5            And I just want to compare the two               11:20:29
 6   annotations, though, that you provide in your
 7   declaration.  That's what I'm focused on --
 8        A   Right.
 9        Q   -- is what you said in your declaration.
10            And you agree with me that the first             11:20:37
11   annotation you provide in paragraph 55 is going to
12   ███████████████████████ than the second annotation
13   you provided in paragraph 57?
14        A   I think the more interesting thing is the
15   fact that █████████████████████████████████████           11:20:54
16   ████████████████.
17            So you're focusing -- it's a ██████████
18   ████████████████████████████████████████████████
19   ██████████  ████████████████████████████████████
20   ████████████████████████████████████████              11:21:09
21        Q   Okay.  But I'm interested in the
22   resolution overall.
23            You agree with me that the first
24   annotation you provided in paragraph 55 will have
25   ████████████████████████████████████████████████          11:21:18
```

```
 1                               [REDACTED]?                    11:21:20
 2        A    I guess your use of the term "resolution"
 3   there to me confuses me.  [REDACTED]
 4   [REDACTED]
 5   [REDACTED]                                                  11:21:32
 6   [REDACTED]
 7             Now, [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]                                                  11:21:44
11   [REDACTED]
12   [REDACTED]
13   [REDACTED] --
14        Q    Okay.
15        A    -- as they state in the patent.                   11:21:57
16        Q    So you're not willing to say that these
17   two figures have -- that one has [REDACTED]
18   [REDACTED]?
19        A    I think your use of the term "resolution"
20   there is inappropriate.                                     11:22:09
21        Q    I'm asking about your understanding of
22   resolution.  If you talk about the resolution of a
23   LiDAR device --
24        A    The resolution --
25        Q    Just let me finish my question.                   11:22:17
```

Page 65

```
 1      A    Sorry.  I do that.                              11:22:18

 2      Q    I'll start over.

 3      A    Okay.

 4      Q    If we're talking about the overall
 5   resolution of a LiDAR device, would you agree with       11:22:22
 6   me that using -- and I want to use your
 7   understanding of "resolution" -- would you agree
 8   with me that █████████████████████████████████
 9   ██████████████████████████████████████
10   ████████████████████████████████████████████          11:22:36
11   ████████████ ?
12      A    Actually, I wouldn't agree with you.
13      Q    Okay.
14      A    The reason I wouldn't agree with you is
15   because the ████████████████████████████████           11:22:43
16   ██████████████
17        So if you ████████████████████████████
18   █████████████████████████████████████████████
19   ████████████████████████████████████
20   ██████████████████████████████████████                  11:22:58
21   ████████████ .  And that's why your use of the term
22   "resolution" to me is awkward here.
23      Q    Okay.  So I'll use the language of the
24   patent.  And the patent says when you remove or you
25   decide not to install certain emitter/detector          11:23:11
```

```
 1   pairs, you cut down on the number of vertical lines      11:23:15
 2   that the sensor produces, correct?
 3        A    In that region, yes, you do.  That I agree
 4   with.
 5        Q    Okay.  So do you agree with me that            11:23:23
 6   according to the patent, if you go from what you
 7   ████████████████████████████████████████████
 8   ████████████████████████████████████████
 9   ██████████████████████████████████?
10        A    Yes, ██████████████████████████.              11:23:37
11        Q    And the patent says when you remove or you
12   decide not to install certain laser diodes, you do
13   that to cut down on costs?
14        A    Actually, I don't remember that particular
15   phrase.  If we get the patent, I could look for it,     11:23:47
16   but I don't remember that particular thing.
17        Q    That's not a part of the patent that you
18   cited in your declaration?
19        A    It may be a part of the patent.  I don't
20   remember those particular words.                        11:23:57
21        Q    Okay.  Is it your opinion that Uber uses
22   the inventions claimed in the '190 patent?
23        A    It's my opinion that Uber uses ████████
24   ██████, and that ███████████████ is claimed in the
25   '190 patent.                                            11:24:42
```

Page 67