# EXHIBIT 84
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4      _____
 5      WAYMO LLC,                       )
 6             Plaintiff,                )
 7             vs.                       ) Case No.:
 8      UBER TECHNOLOGIES, INC.,         ) 3:17-cv-00939-WHA
 9      OTTOMOTTO LLC; OTTO TRUCKING     )
10      LLC,                             )
11             Defendants.               )
12      _____)
13
14            CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF MICHAEL LEBBY
17                  San Francisco, California
18                   Monday, April 17, 2017
19                         Volume 1
20
21      Reported by:
22      RACHEL FERRIER, CSR No. 6948
23      Job No. 2596388
24
25      PAGES 1 - 80
```

Page 1

```
 1  A   That is correct.                      01:44:38
 2  Q   So that's not something you considered as part of  01:44:39
 3  your declaration?                         01:44:44
 4  A   That is correct. I did not consider that.  01:44:45
 5  Q   Turning to paragraph 30 of your declaration,  01:44:47
 6  Exhibit 30, here your declaration is discussing --  01:45:03
 7  discussing Waymo trade secrets that you characterize as  01:45:16
 8  the "six-board arrangement"; is that fair?  01:45:19
 9  A   Yeah, in line 13, I characterize Way's -- Waymo's  01:45:21
10  system as ▮▮▮▮▮▮▮▮▮▮ Yes, that's  01:45:27
11  correct.                                   01:45:30
12  Q   You understand that what you have characterized  01:45:30
13  as ▮▮▮▮▮▮▮▮▮▮ covers two distinct trade  01:45:32
14  secrets from Waymo's trade secret list; correct?  01:45:35
15  A   I've written on line 10, that covers created  01:45:38
16  Secrets No. 2 and 3.                       01:45:42
17      I believe that's the one you are talking about;  01:45:49
18  right?                                     01:45:52
19  Q   Correct.                               01:45:52
20      Is it your opinion that both Trade Secret Nos. 2  01:45:54
21  and 3 are directed to ▮▮▮▮▮▮▮▮▮▮  01:45:56
22  ▮▮▮▮▮▮▮▮▮▮                               01:45:59
23  ▮▮▮▮▮▮▮▮▮▮                               01:46:02
24  ▮▮▮▮▮▮▮▮▮▮                               01:46:06
25  A   I don't recall exactly what's written in the  01:46:07
                                               Page 34
```

```
 1  Trade Secrets 2 or 3, but given that I've written it  01:46:09
 2  down in my declaration, that's my understanding.  01:46:13
 3  Q   You agree that the Fuji device has 64 laser  01:46:15
 4  diodes on ▮ transmit boards; is that fair?  01:46:29
 5  A   The Fuji device is a different device. It has  01:46:33
 6  ▮ boards per cavity. It has two cavities. So the  01:46:37
 7  Fuji device is -- is different compared to the Waymo  01:46:41
 8  device. ▮▮▮▮▮▮▮▮▮▮. Fuji is  01:46:45
 9  composed of two cavities, each cavity having ▮  01:46:49
10  boards.                                    01:46:53
11  Q   Looking at the Fuji device overall, you agree  01:46:53
12  there's ▮ transmit boards?                 01:46:56
13  A   The Fuji device has ▮ boards for medium-range  01:47:02
14  cavity and ▮ boards for a long-range cavity. If you  01:47:09
15  want to sum the number of boards together, there are ▮  01:47:12
16  boards, but there are two cavities and has two different  01:47:16
17  designs, and each cavity has ▮ boards, so the way I  01:47:21
18  look at this is ▮ boards per cavity.       01:47:24
19  Q   Each of those ▮ boards has ▮ laser  01:47:27
20  diodes; correct, in the Fuji device?       01:47:35
21  A   The Fuji device, if you are talking about one  01:47:37
22  cavity, one cavity -- let's take the medium-range cavity  01:47:43
23  has ▮ boards. On the ▮ boards, we have a total  01:47:48
24  of ▮ lasers.                               01:47:50
25      My understanding is the lasers are distributed in  01:47:52
                                               Page 35
```

```
 1  a fashion where there is ▮▮▮▮▮▮ of the boards  01:47:56
 2  and ▮▮▮▮▮▮ of the boards.                 01:47:59
 3  Q   And that's the same for each cavity; correct?  01:48:02
 4  A   Yes. So for the long-range cavity, a similar  01:48:07
 5  situation occurs where there are ▮ lasers, and the  01:48:10
 6  lasers are distributed.                    01:48:14
 7      I believe, in this case, ▮▮▮▮▮▮▮▮  01:48:18
 8  ▮▮▮▮▮▮▮▮▮▮                       if I  01:48:22
 9  remember correctly.                        01:48:27
10  Q   So, again, the Fuji device, overall ▮ total  01:48:27
11  lasers?                                    01:48:31
12  A   If you add the two cavities together, ▮ lasers  01:48:32
13  per cavity, the Fuji device has ▮ lasers.  01:48:38
14  Q   You agree the design files for the transmit  01:48:42
15  boards in the Fuji system are labeled ▮▮▮▮  01:48:51
16  correct?                                   01:48:53
17  A   Yeah.                                  01:48:53
18      If you take the medium-range cavity, you will  01:48:57
19  find that the -- the boards -- and I'm looking at  01:49:00
20  page 7, paragraph 25 of my declaration. You will see  01:49:04
21  boards labeled ▮▮▮▮▮ for the medium-range cavity,  01:49:08
22  and they are labeled ▮▮▮▮▮ for the long-range  01:49:11
23  cavity.                                    01:49:14
24  Q   They are not labeled ▮▮▮ and then ▮  01:49:14
25  again; correct?                            01:49:18
                                               Page 36
```

```
 1  A   They are labeled ▮▮▮▮ for medium range and ▮,  01:49:19
 2  ▮ for long-range.                          01:49:23
 3  Q   Okay. Other than the Fuji device, is the only  01:49:23
 4  other LiDAR device that you considered in connection  01:49:32
 5  with your declaration -- strike that.      01:49:35
 6      Other than the Fuji device, is the only other  01:49:39
 7  LiDAR device with ▮▮▮▮▮▮▮▮▮▮ that  01:49:42
 8  you considered in connection with your declaration the  01:49:51
 9  Waymo GBR3 device?                         01:49:53
10      MR. MUINO: Objection to the form of the  01:50:04
11  question.                                  01:50:05
12      THE WITNESS: Could you restate the question a  01:50:06
13  different way?                             01:50:08
14      MR. NEWTON: Sure.                      01:50:09
15  Q   Other than GBR3 and the Fuji device, your  01:50:09
16  declaration does not identify any other LiDAR systems  01:50:12
17  that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮           01:50:14
18  ▮▮▮▮▮▮▮▮▮▮                              01:50:19
19  A   I believe the answer is correct. I didn't see  01:50:20
20  other ▮-channel units that had ▮▮▮▮▮▮  01:50:22
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.                01:50:28
22  Q   If you look at paragraph 31, the Velodyne HDL 64  01:50:32
23  LiDAR system, this is one of the ones you considered as  01:50:37
24  part of your declaration?                  01:50:40
25  A   It is my understanding that the Velodyne has 64  01:50:41
                                               Page 37
```

```
 1  channels -- or let's say it's 64 lasers.        01:50:52
 2    Q   And in the Velodyne system, each of those 64  01:50:58
 3  lasers is on its own transmit PCB; is that correct?  01:51:04
 4    A   I don't know the actual layout of the Velodyne  01:51:07
 5  system other than what I've seen in the '190 patent,  01:51:11
 6  which is the Velodyne patent, and -- in the '190 patent,  01:51:15
 7  there are 32 transmit boards and 32 receive boards. The  01:51:19
 8  patent discusses one laser per board, but it also  01:51:27
 9  discusses a potential for two lasers per board, so I  01:51:30
10  don't know if the '190 patent is related to the HDL 64  01:51:33
11  or not.                                           01:51:37
12    Q   Okay. Fair enough.                          01:51:37
13       You agree that one possible arrangement of the  01:51:41
14  LiDAR device with 64 lasers is one laser per board?  01:51:44
15    A   Yeah. Hypothetically, yes, you could have 64  01:51:48
16  lasers, each having one laser per board. Yes, that is  01:51:51
17  one hypothetical situation.                       01:51:56
18    Q   And another one would be 21 or 22 laser diodes on  01:51:58
19  three boards?                                     01:52:03
20    A   Yeah. That is another configuration that is  01:52:04
21  possible too, yes.                                01:52:15
22    Q   Another configuration is 16 laser diodes on four  01:52:16
23  boards?                                           01:52:21
24    A   Yeah. There is -- there are a number of    01:52:24
25  different ways you can break up 64 lasers. As you say,  01:52:30
```
Page 38

```
 1  you could have 64 lasers on 64 boards at one extreme,  01:52:35
 2  and the other extreme, you could have one board with 64  01:52:39
 3  lasers on it.                                      01:52:42
 4       Both of those situations are, from my standpoint,  01:52:43
 5  problematic from an engineering perspective, and there  01:52:49
 6  are certainly other configurations that you just  01:52:52
 7  mentioned.                                         01:52:55
 8    Q   Would you agree that an eight-by-eight      01:52:55
 9  arrangement would be less problematic from an    01:52:57
10  engineering standpoint?                            01:53:00
11    A   I haven't seen all the engineering parameters.  01:53:01
12       You know, when you are designing an engineering  01:53:08
13  system, it's not just the number of boards or the optics  01:53:10
14  or the lasers or the photodetectors. You have to look  01:53:13
15  at the cost of the unit, and you have to look at the  01:53:16
16  size considerations, and you also have to look at things  01:53:18
17  like thermal loaded, as well as yield of the lasers once  01:53:22
18  you put them down onto the boards.                01:53:28
19       These engineering considerations have to be taken  01:53:30
20  into effect, and I don't believe I've been exposed to  01:53:33
21  all those details at this time.                   01:53:36
22    Q   Okay. In paragraph 32 of your declaration, you  01:53:39
23  say: Once Waymo had decided to develop a 64-laser  01:53:44
24  LiDAR, its range of choices for how many transmit PCBs  01:53:49
25  to use and how to distribute the laser diodes across the  01:53:53
```
Page 39

```
 1  PCBs was limited by well-known design considerations for  01:53:59
 2  automotive LiDARs                                 01:54:00
 3       Do you see that?                             01:54:01
 4    A   I do see that                               01:54:02
 5    Q   Do you know when Waymo first decided to develop a  01:54:03
 6  64-laser LiDAR system?                             01:54:07
 7    A   It may have been in some of the documents I've  01:54 08
 8  read, but I don't recall any dates to give you an answer  01:54:27
 9  to that question                                  01:54:30
10    Q   Does [REDACTED] sound approximately right?  01:54:31
11    A   I probably need to look at the documents  I  01:54:35
12  don't recall that level of detail                 01:54:40
13    Q   Okay  So assuming it would be [REDACTED] what  01:54:41
14  I want to get at is that your declaration mentions  01:54:49
15  this -- this point where Waymo had decided to develop a  01:54:52
16  64-laser LiDAR; is that correct?                  01:54:55
17    A   I certainly mentioned, on line 24 on page 8, that  01:54:57
18  Waymo decided to develop a 64-laser LiDAR, yes     01:55:04
19    Q   Okay  And regardless of whether that was [REDACTED]  01:55:07
20  [REDACTED], or another time, your declaration doesn't cite any  01:55:12
21  independent evidence to show that there were well-known  01:55:16
22  design considerations for automotive LiDARs at that  01:55:18
23  time; is that fair?                                01:55:21
24    A   Well, considerations for LiDARs are -- as far as  01:55:23
25  I can tell, from reading the documents I've seen, you  01:55:33
```
Page 40

```
 1  know, one of the industry-leading LiDARs at the time was  01:55:38
 2  the Velodyne, and the Velodyne, as we said earlier, had  01:55:40
 3  one laser per board  The '190 patent shows 32 boards on  01:55:44
 4  one side for the laser and 32 boards on the other side  01:55:50
 5  for the photodetector  It's my understanding that the  01:55:53
 6  alignment of the boards was actually difficult and  01:55:55
 7  time-consuming                                    01:55:59
 8       And so I don't know the details of the design  01:56:00
 9  team's work here, but certainly from my perspective, you  01:56:05
10  would want to look for easier ways to align the   01:56:09
11  channels                                          01:56:12
12    Q   Okay  And you didn't cite the Velodyne patent as  01:56:13
13  a specific example of a well-known design consideration  01:56:20
14  for automotive LiDAR?                              01:56:24
15    A   It's not cited in paragraph 32, but I believe it  01:56:25
16  may be cited elsewhere  I've actually cited it in  01:56:29
17  paragraph 38  So the patent has been cited in my  01:56:41
18  declaration                                        01:56:47
19    Q   Right                                       01:56:47
20       But not cited to say that here's an example of a  01:56:48
21  well-known design consideration for automotive LiDARs;  01:56:53
22  is that fair?                                      01:56:57
23    A   Yeah, I think that's probably a fair comment,  01:56:58
24  looking at what I've written in paragraph 32  I do not  01:57:14
25  go into details about well-known design considerations  01:57:22
```
Page 41

Page 46

```
 1  not be ideal for automotive LiDARs due to size    02:05:07
 2  considerations; correct?                           02:05:11
 3    A   Size considerations is one of the issues if you  02:05:11
 4  had 64 lasers on a board, but the other thing you would  02:05:16
 5  have to be careful of is these laser are high-power    02:05:21
 6  lasers, and so there's going to be thermal effects, and  02:05:25
 7  the thermal effects will translate into board warpage,  02:05:28
 8  and if the board warps, then everything goes out of   02:05:33
 9  alignment, so not only is it a size issue, it's a    02:05:36
10  thermal issue and, I would say, may even be a       02:05:38
11  manufacturing yield issue, because you are going to get  02:05:41
12  64 lasers dye bonded to the board all perfectly, and  02:05:45
13  there is, you know, reasonable chance that one of them  02:05:49
14  may not yield right, and that would add cost to the  02:05:51
15  board for rework.                                   02:05:55
16    Q   Okay.  So focusing just on size -- and that's  02:05:56
17  what I believe paragraph 33 of your declaration    02:06:10
18  addresses; right?  I know you go on to mention thermal  02:06:14
19  considerations, but just looking at 33, you are talking  02:06:18
20  about size?                                         02:06:20
21    A   Yes -- well, I discuss in paragraph 33 -- size is  02:06:20
22  certainly one of the parameters that has to be taken  02:06:29
23  into account to design, let's call it, efficient LiDAR  02:06:31
24  systems.                                            02:06:37
25    Q   You say that use of larger PCB with numerous  02:06:38
```

Page 47

```
 1  laser diodes would necessitate a larger LiDAR housing;  02:06:40
 2  is that right?                                      02:06:44
 3    A   Well, yes, if you had larger boards, then the   02:06:44
 4  housing most likely would have to be bigger, but I can't  02:06:48
 5  comment on that because I haven't really designed the  02:06:56
 6  housing, and maybe there's some innovative way to --  02:06:58
 7  to -- to deal with larger boards, but, generally    02:07:02
 8  speaking, size would be an issue.                   02:07:05
 9    Q   Is it fair, though, that if you had the same   02:07:08
10  number of lasers and you wanted to put them on smaller  02:07:12
11  boards, you would need more boards?                 02:07:15
12    A   Same number of lasers on smaller boards need more  02:07:18
13  boards.  So, yeah, that's -- hypothetically, you could  02:07:23
14  have 64 lasers on one board on one extreme.  On the  02:07:26
15  other extreme, you could have 64 boards with each having  02:07:29
16  one laser.                                          02:07:32
17    Q   So when you add more boards, your size is going  02:07:33
18  to increase in some dimension; fair?                02:07:36
19    A   Yeah, your -- if you have got 64 boards, yes, you  02:07:38
20  may have a size issue, but you also have -- probably  02:07:42
21  have a difficult alignment issue.  Now you are aligning  02:07:45
22  64 boards as opposed to one board.  That's optical  02:07:48
23  alignment.                                          02:07:53
24    Q   And there's also a physical alignment; correct?  02:07:54
25    A   Well, you have got --                         02:07:57
```

Page 48

```
 1    Q   You have to account for with more boards?     02:08:01
 2    A   Well, physical alignment, and will the boards  02:08:03
 3  stay in alignment over the course of a lifetime of the  02:08:07
 4  LiDAR                                               02:08:10
 5    Q   So in terms of the alignment, both physical and  02:08:10
 6  optical, more boards probably means more complexity?  02:08:13
 7    A   Well, the way I would look at this is if you have  02:08:18
 8  more boards, then your testing and alignment costs are  02:08:21
 9  going to go higher  If you have one board, your    02:08:26
10  alignment cost is going to go down, but then you have  02:08:29
11  the problem of large size thermal loading and warpage of  02 08:32
12  the board to go out of alignment                    02:08:38
13        So in both extremes, from an engineering     02:08:40
14  standpoint, you may run into problems               02:08:43
15    Q   Okay                                          02:08:45
16    A   Is it possible to take a break?               02:08:49
17    Q   Absolutely                                    02:08:51
18        THE VIDEOGRAPHER:  It is 2:08  We are going off  02:08:52
19  the record                                          02:08:55
20        (Recess taken )                               02:08:55
21        THE VIDEOGRAPHER:  We are back on the record  02:19:55
22  It's 2:20                                           02:20:06
23  BY MR  NEWTON:                                      02:20:08
24    Q   Dr Lebby, you also offered an opinion in     02:20:13
25  paragraph 35 of your declaration that it is important to  02:20:16
```

Page 49

```
 1  have an equal or approximately equal number of laser  02:20:18
 2  diodes per PCB to ensure an evil -- even thermal load  02:20:19
 3  across the PCBs; is that correct?                   02:20:24
 4    A   Yes.                                          02:20:26
 5        In paragraph 35, I'm indicating -- agreeing with  02:20:32
 6  what Mr. Kits was saying in his declaration of making  02:20:35
 7  sure that you have a equal or uniform thermal load.  02:20:40
 8    Q   Is it fair to say that all --                02:20:43
 9        (Discussion off the stenographic record.)    02:20:43
10        MR. NEWTON:  I'll start over.                02:20:56
11    Q   All else being equal, is it fair to say that an  02:20:57
12  eight-by-eight arrangement of laser diodes would have a  02:20:59
13  more even thermal load than a [redacted]           02:21:04
14  arrangement of laser diodes?                       02:21:06
15    A   I don't know the detailed answer to that question  02:21:07
16  because I haven't looked at the engineering         02:21:13
17  specifications for everything.                      02:21:15
18        Certainly we have to take into account the size  02:21:19
19  that is being allowed in the LiDAR to position all the  02:21:24
20  boards.  I'm not clear -- it's not clear to me that  02:21:28
21  there may be space for eight boards.  I don't know the  02:21:30
22  actual space -- the space availability in these designs,  02:21:34
23  but what is really important is to make sure that you  02:21:42
24  can fit the boards in a reasonable size.  You can  02:21:45
25  make sure that the design is what I would term is  02:21:52
```

13 (Pages 46 - 49)

## Page 50

1  scalable, which means you can scale it in cost, so you 02:21:55
2  don't actually increase the cost, but you can reduce the 02:21:59
3  cost. You can maintain alignment, for example, and 02:22:01
4  that's making sure you have a thermal load. 02:22:04
5      So whether that's eight or six or seven and a 02:22:07
6  half or five and a half, I don't know that answer, but I 02:22:10
7  think it's important to take into account that you want 02:22:13
8  to try and minimize your thermal load issues and your 02:22:15
9  size issues when you come to your design. 02:22:20
10  Q  Okay. I'll just ask you, since we are on a clock 02:22:22
11  here and we have a limited amount of time, if you could 02:22:29
12  try to answer my questions specifically. If you can't, 02:22:32
13  of course, I understand. 02:22:34
14      But just so we are clear, my question was: All 02:22:35
15  else being equal, an eight-by-eight arrangement of laser 02:22:38
16  diodes would have a more even thermal diode than a 02:22:41
17  [redacted] arrangement, and with the 02:22:45
18  information, you can't give a "yes" or "no" answer to 02:22:49
19  that; is that fair? 02:22:52
20  A  I can't give an answer because I don't have the 02:22:53
21  details. 02:22:57
22      When you say "everything being equal," I don't 02:22:59
23  know what "everything" is, so I can't really give you a 02:23:01
24  categorical answer there. 02:23:05
25  // 02:23:05

## Page 51

1      (Exhibit 33 was marked for 02:23:05
2      identification by the Court Reporter.) 02:23:05
3  BY MR. NEWTON: 02:23:05
4  Q  Okay. I've handed you Exhibit No. 33, and this 02:23:06
5  was Exhibit 4 to your declaration. It's a textbook 02:23:15
6  authored by Xingsheng Liu; is that correct? 02:23:18
7      And I should mention this is an excerpt from the 02:23:22
8  textbook. 02:23:25
9  A  Yes, it is. 02:23:25
10  Q  The title of the textbook is "Packaging of High 02:23:26
11  Power Semiconductor Lasers"? 02:23:29
12  A  That is correct. 02:23:30
13  Q  What does "packaging" refer to in that title? 02:23:31
14  A  "Packaging" is usually the process of making 02:23:38
15  outside connections to a semiconductor chip. It doesn't 02:23:43
16  have to be a semiconductor chip, but it's usually 02:23:51
17  something that emits or detects light in this case. 02:23:53
18  Packaging usually allows both optical and electrical 02:23:56
19  connections to the outside world. 02:23:59
20  Q  Okay. And this textbook is not specific to 02:24:01
21  LiDAR; is that correct? 02:24:03
22  A  That is correct. 02:24:04
23  Q  And the textbook does not describe any specific 02:24:05
24  LiDAR applications; is that correct? 02:24:11
25  A  I don't believe the textbook discusses LiDAR 02:24:12

## Page 52

1  applications. It just talks about the technology that 02:24:19
2  is used in terms of packaging semiconductor lasers. 02:24:24
3  Q  And you -- I'm looking at paragraph 37 of your 02:24:27
4  declaration, which you might want to follow along with. 02:24:33
5      You specifically cite Figure 5.5 of the Liu 02:24:37
6  textbook; correct? 02:24:44
7  A  Yes, I have cited that figure. 02:24:45
8  Q  Okay. And this shows a semiconductor laser stack 02:24:47
9  that is composed of multisemiconductor laser bars 02:24:51
10  arranged vertically? 02:24:54
11  A  That is correct; although, I would note, on 02:24:58
12  line 22 of page 9, I do not call out a laser stack of 02:25:02
13  bars, but I use the word three "boards," but I believe 02:25:07
14  that you are probably more correct. 02:25:12
15  Q  Okay. "Boards" was your term, not the term from 02:25:14
16  the Liu textbook? 02:25:17
17  A  "Board" was my term. 02:25:19
18  Q  Okay. And laser bars, am I correct that they are 02:25:21
19  strips of multiple emitters on a common heat sink that 02:25:26
20  are all packaged together? 02:25:31
21  A  Yeah. Laser bar is -- is a single piece of 02:25:32
22  semiconductor. 02:25:35
23      In this case, the laser bars are showing ten -- 02:25:36
24  ten emitters, and it would probably have ten stripes, 02:25:40
25  and they are not singulated, so they are not individual 02:25:43

## Page 53

1  lasers. 02:25:46
2  Q  And the LiDAR systems that we have talked about 02:25:47
3  in this case use singulated emitters; correct? 02:25:50
4  A  Yes. They use singulated emitters. 02:25:55
5      I think I saw, in one of the documents, that the 02:26:00
6  emitter is composed of [redacted] laser-emitting chips. I 02:26:05
7  haven't seen, in detail, what they look like, but this 02:26:11
8  example here just shows you that you could have a laser 02:26:14
9  bar with ten laser diode outputs. 02:26:17
10  Q  You agree with me that Figure 5 is -- is it fair 02:26:20
11  to say it's kind of a crude representation of the laser 02:26:38
12  stack -- laser bar stack? 02:26:41
13  A  When you say "crude," yeah, there's not a lot of 02:26:42
14  details in Figure 5.5. It just shows three substrates 02:26:48
15  mounted on top of each other with laser bars mounted on 02:26:52
16  the substrate and the -- what would look like the 02:26:55
17  emitted laser beam from each of the output emitters. 02:26:59
18  Q  And do you agree that the number of emitters on a 02:27:03
19  semiconductor laser bar range from 19 to 69, typically? 02:27:06
20  A  The number of emitters on a laser bar range from 02:27:12
21  19 to 69. I'm not sure I understand the question. 02:27:24
22  Q  So a laser bar typically has a number of laser 02:27:27
23  emitters on it; correct? 02:27:32
24  A  Yes. 02:27:34
25  Q  Not just one, but multiple? 02:27:35

## Page 58

1  ▮▮▮▮▮▮▮▮▮▮▮?                                    02:34:10
2  A  I see that.                                  02:34:12
3  Q  Am I correct that you do not dispute that the   02:34:13
4  Fuji device includes a transmit block with a plurality   02:34:18
5  of laser diodes mounted on ▮▮▮▮▮▮▮ with ▮    02:34:21
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         02:34:27
7  A  So I have heard this from Mr. Haslim in my   02:34:30
8  video-call discussion with him, because I asked him the   02:34:37
9  question, though I have not actually seen a board or a   02:34:39
10 laser package in -- in real life, only from a   02:34:42
11 photograph, which I've used in my document, and the   02:34:47
12 resolution of which is -- doesn't allow me to take a   02:34:50
13 close look at the situation.   02:34:53
14 Q  So you did not offer an opinion as to whether   02:34:54
15 this design is present or not in the Fuji device?   02:34:58
16 A  It's my understanding that the laser diodes used   02:35:02
17 in the Fuji system are ▮▮▮▮, from my discussion with   02:35:08
18 Mr. Haslim.   02:35:12
19 Q  Did he tell you ▮▮▮▮▮▮▮▮▮▮▮▮▮?   02:35:12
20 A  I believe he may have said ▮▮▮▮▮ but   02:35:14
21 I can't be quoted on that because that number did come   02:35:22
22 up, and I wasn't sure if it related to ▮▮▮▮▮   02:35:26
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           02:35:30
24 Q  Is it correct that the only LiDAR devices with   02:35:33
25 ▮▮▮▮▮▮▮▮▮▮▮▮ that are identified in your   02:35:37

## Page 59

1  declaration are Waymo's devices and the Uber Fuji   02:35:40
2  device?   02:35:44
3  A  Well, I haven't done a industrial review of LiDAR   02:35:44
4  devices, so what I can say is that, from the documents   02:35:52
5  I've read, the Waymo device uses ▮▮▮▮▮, and on   02:35:57
6  the Fuji device, from what I've been told -- and I   02:36:03
7  haven't actually seen the board in detail -- that Fuji   02:36:06
8  device also uses ▮▮▮ diodes. I don't know if any   02:36:09
9  other laser -- LiDAR unit uses ▮▮▮▮▮ at this   02:36:13
10 point.   02:36:18
11 Q  So you didn't identify any others besides the   02:36:18
12 Waymo and Fuji device in your declaration?   02:36:21
13 A  I didn't identify any others because I haven't   02:36:22
14 done analysis.   02:36:27
15 Q  Paragraph 49 of your declaration, you cite the   02:36:28
16 Liu textbook again; is that correct?   02:36:37
17 A  Yes.   02:36:39
18 Q  Okay. And I believe you cite page 224 of the Liu   02:36:41
19 textbook?   02:36:57
20 A  Yes, I have it in front of me.   02:36:58
21 Q  And your declaration at paragraph 49 includes   02:37:00
22 Figure 7.5.1 from Liu; correct?   02:37:09
23 A  Could you tell me where you get 7.5.1?   02:37:12
24 Q  You might have to cross-reference it with the --   02:37:22
25 the Liu text itself.   02:37:25

## Page 60

1  A  Oh, Figure 7.51 [sic]?   02:37:28
2  Q  Yes.   02:37:30
3  A  Yes, I've got that in front of me.   02:37:31
4  Q  And Liu also includes a Figure 7.5.0?   02:37:33
5  A  That is correct.   02:37:36
6  Q  And that's not cited in your declaration? I   02:37:37
7  should say, the figure itself is not included in your   02:37:47
8  declaration?   02:37:49
9  A  Yeah, I think I just cited the Liu textbook   02:37:49
10 page 224.   02:37:53
11 Q  You don't discuss Figure 7.5.0 in your   02:37:54
12 declaration?   02:37:57
13 A  That is correct.   02:37:57
14 Q  And figure -- page 224 of the Liu textbook, along   02:38:01
15 with Figure 7.5.0 and 7.5.1, this material is not in the   02:38:13
16 context of LiDAR; correct?   02:38:19
17 A  Well, what we are looking at here is the   02:38:20
18 placement of laser diodes.   02:38:26
19 Q  So my question, Dr. Lebby, was just: Is it in   02:38:28
20 the context of LiDAR specifically?   02:38:31
21 A  Well, this is in the context of packaging laser   02:38:33
22 diodes in high-power environment, and LiDAR uses   02:38:37
23 high-power laser diodes, so I would agree with you that   02:38:41
24 LiDAR is not noted in the book, but I have to observe   02:38:46
25 that LiDAR uses high-power laser diodes in a similar   02:38:50

## Page 61

1  fashion.   02:38:54
2  Q  So page 224 of the Liu textbook, you would agree,   02:38:55
3  is not discussing LiDAR specifically; is that fair?   02:39:02
4  A  Well, it's -- it's discussing -- it's discussing   02:39:05
5  the packaging of high-power semiconductor lasers are   02:39:09
6  used in LiDAR, but it does not, agree with you, call out   02:39:12
7  LiDAR specifically.   02:39:17
8  Q  It doesn't say use these designs in a LiDAR   02:39:17
9  system?   02:39:20
10 A  This book -- the context of this book is -- is   02:39:20
11 the packaging of the lasers, not the applications, so I   02:39:24
12 would agree with you that LiDAR is not called out or   02:39:28
13 mentioned.   02:39:30
14 Q  And I believe you say that a known disadvantage   02:39:31
15 of ▮▮▮▮▮▮▮▮▮ is an effective heat   02:39:36
16 conduction; correct?   02:39:41
17 A  That is correct.   02:39:41
18 Q  And you agree with me that heat conduction and   02:39:42
19 other thermal considerations are important for   02:39:46
20 high-powered laser diode applications?   02:39:48
21 A  I would go further to say that heat conduction is   02:39:50
22 important for all semiconductor diode lasers.   02:39:54
23 Q  And then the -- I believe you also said the   02:39:56
24 downside of underhanging laser diodes is potential   02:40:00
25 blockage of emitted light?   02:40:03

Case 3:17-cv-00939-WHA   Document 342-14   Filed 05/03/17   Page 8 of 10
CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A   If I remember correctly, my understanding of the   02:46:37
 2   trade secret is ███████████████████████   02:46:41
 3   ███████████████████████████████████   02:46:45
 4   ███████████████████████                02:46:50
 5   Q   So it's your understanding of the trade secret   02:46:54
 6   ████████████████████████████████████   02:46:56
 7   ████████████████████████████████████   02:47:01
 8   ████████████████████████               02:47:06
 9   A   No. No. That's not exactly what I'm trying to   02:47:08
10   say.                                   02:47:11
11       What I'm trying to say is you have two parts to   02:47:11
12   this trade secret, is the best of my understanding. The   02:47:14
13   first part is ██████████████████       02:47:17
14   ████████████████████████ is            02:47:23
15   the first part. And the second part is -- ████   02:47:28
16   ████████████████████████████████████   02:47:33
17   ██████████████ .                       02:47:36
18   Q   And do you agree that the trade secret also   02:47:36
19   includes the ██████████████           02:47:39
20   A   I'm not sure I understand that -- that question,   02:47:42
21   other than the fact that ███████████    02:47:57
22   ████████████████████████████████████   02:48:01
23   ████████████████████████████████████   02:48:05
24   ████████████████████████████████████   02:48:09
25   ██████████████                         02:48:14
                                              Page 66
```

```
 1   Q   Okay. In paragraph 53, you say: The concept of   02:48:14
 2   ███████████████████████ has been       02:48:22
 3   known to the public since at least the 1970s, and you   02:48:24
 4   cite U.S. Patent No. 4,244,109?        02:48:28
 5   A   Yes, I do.                         02:48:33
 6   Q   I've marked that patent as Exhibit No. 35, which   02:48:33
 7   is in front of you.                    02:48:38
 8       (Exhibit 35 was marked for         02:48:40
 9       identification by the Court Reporter.)   02:48:49
10   BY MR. NEWTON:                         02:48:49
11   Q   And the '109 patent is directed to a read/write   02:48:51
12   head and a magnetic disk data storage system.   02:48:57
13       Does that sound correct?           02:49:01
14   A   Yes. In the "Background of the Invention," the   02:49:02
15   '109 patent does talk about that as the application.   02:49:04
16   Q   So it's not in the field of LiDAR?   02:49:07
17   A   I would agree that the patent is written towards   02:49:12
18   optical storage.                       02:49:15
19   Q   And the '109 patent does not deal with ████   02:49:16
20   ████████████████████ correct?          02:49:25
21   A   If you look at the sections I've cited in   02:49:26
22   column 1 -- 189, that talks about the aligning of the   02:49:32
23   printed circuit board, and 163 talks about having a   02:49:38
24   cylindrical pin for the alignment.     02:49:47
25       But if you also look at column 3, which, I might   02:49:50
                                              Page 67
```

```
 1   note, that I did not cite in my report because I   02:49:53
 2   forgot -- let's see. The -- from line -- column 3,   02:49:57
 3   line 10 to 16 talks about the alignment of photodiodes   02:50:05
 4   towards the hole. I can read it if you wish.   02:50:11
 5   Q   No, that's okay.                   02:50:13
 6       Did you understand my question?    02:50:14
 7   A   Well, your question is, is the patent is --   02:50:17
 8   teaches ██████████████████ and what I'm   02:50:20
 9   suggesting is that the patent, if you look at column 3,   02:50:23
10   actually does more than that. It actually teaches the   02:50:26
11   ████████████████████████████████████   02:50:30
12   ████████████████████████████           02:50:35
13   ████████████████████████████           02:50:38
14       MR. NEWTON: I'll move to strike that response as   02:50:41
15   nonresponsive and outside the scope of your declaration.   02:50:44
16   Q   My question was simply that this patent does not   02:50:47
17   deal with ██████████████████████████   02:50:51
18   ████ . It's just a single printed circuit board;   02:50:53
19   correct?                               02:50:56
20   A   I believe there are two boards that are aligned   02:50:56
21   together here, and I believe that this patent teaches   02:51:00
22   the alignment of photodiodes to the board using the pin   02:51:05
23   as the source.                         02:51:08
24       MR. NEWTON: Okay. I'll move to strike that as   02:51:11
25   well.                                  02:51:13
                                              Page 68
```

```
 1   Q   If you look at Figure 3, that shows just a single   02:51:13
 2   printed circuit board; correct, labeled 10?   02:51:16
 3   A   Figure 3 shows a number of things here.   02:51:23
 4   No. 10 --                              02:51:46
 5   Q   Dr. Lebby, I'm sorry, just, again, in the   02:51:46
 6   interest of time, if you could answer my question as   02:51:49
 7   I've asked it, and I don't think the question was   02:51:51
 8   complicated.                           02:51:54
 9       I just said, if you look at Figure 3, it shows a   02:51:54
10   single printed circuit board labeled No. 10; correct?   02:51:57
11   A   Figure 3 shows a printed circuit board 10, plus a   02:51:59
12   alignment of a plate, which is aligned to the printed   02:52:04
13   circuit board, which I'm looking for the number and I   02:52:07
14   can't find it.                         02:52:09
15   Q   Okay. So you agree that Figure 3 shows only one   02:52:10
16   printed circuit board, "yes" or "no"?   02:52:13
17   A   Let me just check what No. 14 is.   02:52:17
18       It certainly looks like Figure 3 has one printed   02:52:35
19   circuit board labeled 10.              02:52:38
20   Q   And paragraph 53 of your declaration does not   02:52:39
21   describe more than one printed circuit board; correct?   02:52:52
22   A   Paragraph 53 discusses the concept of using holes   02:52:55
23   to align printed circuit boards, and I've just given you   02:53:05
24   one patent, which is patent '109, that shows that you   02:53:07
25   can align components on a printed circuit board that's   02:53:12
                                              Page 69
```

18 (Pages 66 - 69)

Veritext Legal Solutions
866 299-5127

```
 1  actually sourced to a pin to do it -- to align the board  02:53:14
 2  to a glass plate, and there was a glass plate and a       02:53:17
 3  board, and the components were all aligned based to the   02:53:23
 4  pin.                                                      02:53:25
 5  Q  Okay. So in your description of the '109 patent        02:53:25
 6  in paragraph 53, you only mention the one PCB that's      02:53:28
 7  disclosed in that patent; correct?                        02:53:31
 8  A  Yes, that's correct.                                   02:53:32
 9  Q  And paragraph 54 of your declaration cites a           02:53:51
10  German patent from 1980?                                  02:53:55
11  A  That is correct.                                       02:53:58
12  Q  It's actually a patent application; correct?           02:53:59
13  A  I take it that's Exhibit 36?                           02:54:05
14  Q  That's correct. Exhibit 36 was Exhibit 7 to your       02:54:13
15  declaration, I believe.                                   02:54:18
16      (Exhibit 36 was marked for                            02:54:20
17      identification by the Court Reporter.)                02:54:21
18      THE WITNESS: I'm not sure if it's patent              02:54:21
19  application or not, but certainly it's a German patent,   02:54:25
20  and I've cited the abstract of this patent.               02:54:30
21  BY MR. NEWTON:                                            02:54:32
22  Q  And the version of it that you have attached to        02:54:37
23  your declaration is -- looks like an English              02:54:39
24  translation; correct?                                     02:54:41
25  A  Yes, I believe there's English and German.             02:54:42
                                                              Page 70

 1  Q  Doesn't have any figures in it, does it?               02:54:45
 2  A  That is correct.                                       02:54:47
 3  Q  And in paragraph 54, you describe the German           02:54:48
 4  patent as describing board holes that all have an exact   02:55:00
 5  relative position to one another; correct?                02:55:05
 6  A  Correct.                                               02:55:07
 7  Q  And the board holes are not                            02:55:08
 8                      correct?                              02:55:15
 9  A  That I'm not sure about, because the abstract          02:55:16
10  talks about boards in a stack, so I would presume that    02:55:25
11  these are boards aligned in a stack using a reference     02:55:29
12  hole to align those boards.                               02:55:33
13  Q  But the abstract also discusses the board holes        02:55:34
14  as being positioned over a salter boss [phonetic];        02:55:38
15  correct?                                                  02:55:42
16  A  That is correct.                                       02:55:42
17  Q  So if each hole is positioned over a salter boss,      02:55:53
18  then the holes are not going to be positioned over each   02:56:03
19  other?                                                    02:56:06
20  A  Well, the design of the patent is to certainly         02:56:06
21  make holes in the printed circuit board so they could be  02:56:08
22  used in a stack minus, then, in a stack is a stack of     02:56:11
23  printed circuit boards that are aligned to the holes.     02:56:16
24  Q  Right.                                                 02:56:18
25      But there's not enough description in that            02:56:19
                                                              Page 71

 1  abstract to say that                                      02:56:22
 2                                                            02:56:25
 3  A  Well, you talk about                                   02:56:26
 4                                                            02:56:29
 5                                                            02:56:33
 6  Q  So it's your opinion that this patent discloses        02:56:34
 7                                                            02:56:38
 8                                                            02:56:42
 9                                                            02:56:44
10  A  It's my understanding this patent teaches that         02:56:44
11                                                            02:56:49
12                                                            02:56:51
13  Q  And that's the --                                      02:56:54
14  A  I believe the patent doesn't talk about the stack      02:56:55
15  per se, but it talks about the process of putting a       02:57:00
16  reference hole or an accurately located hole into         02:57:03
17  printed board so that                                     02:57:06
18                                                            02:57:09
19  Q  Okay. And, again, you didn't cite the figures          02:57:09
20  from this patent as part of your declaration?             02:57:13
21  A  I didn't cite the figures because I haven't seen       02:57:16
22  the figures and I couldn't find the figures.              02:57:18
23  Q  You looked for them?                                   02:57:20
24  A  I tried.                                               02:57:21
25  Q  And it's not your opinion that this German patent      02:57:22
                                                              Page 72

 1  is in the field of LiDAR; correct?                        02:57:31
 2  A  Well, the patent doesn't teach the use of these        02:57:33
 3  boards in LiDAR, but boards, as we know, are used in      02:57:39
 4  LiDAR, so -- but it doesn't explicitly talk about LiDAR   02:57:43
 5  It talks about printed circuit boards                     02:57:46
 6  Q  And the portion of the -- or, I should say, the        02:57:48
 7  German patent, it's not your opinion that it describes    02:57:53
 8                                                            02:57:56
 9                                                            02:57:59
10  A  It's my understanding this patent doesn't discuss      02:58:00
11                                                            02:58:04
12  Q  Does it discuss                                        02:58:09
13  A  Just give me 30 seconds                                02:58:12
14  I believe      are not mentioned in this patent           02:59:22
15      MR NEWTON: Okay  Can we take a break real             02:59:24
16  quick?                                                    02:59:26
17      THE VIDEOGRAPHER: Yeah  I've got to change the        02:59:27
18  disc, so --                                               02:59:27
19      MR NEWTON: Okay                                       02:59:27
20      THE VIDEOGRAPHER: -- that will work out               02:59:27
21  This is the end of Disc 1 in Volume 1 in the              02:59:29
22  deposition of Dr Lebby  It is 2:59                        02:59:31
23      (Recess taken )                                       02:59:35
24      THE VIDEOGRAPHER: We are back on the record           03:05:16
25  This is the beginning of Disc 2 in Volume 1 in            03:05:27
                                                              Page 73
```

19 (Pages 70 - 73)

```
 1  the deposition of Dr. Lebby.  It's 3:05.       03:05:31
 2      (Exhibit 37 was marked for                 03:05:31
 3      identification by the Court Reporter.)     03:05:33
 4  BY MR. NEWTON:                                 03:05:33
 5  Q  Okay.  Dr. Lebby, if you go to Exhibit No. 37, 03:05:34
 6  Deposition Exhibit No. 37, which is Exhibit No. 8 to 03:05:38
 7  your declaration.                              03:05:42
 8      Do you recognize this as the '037 patent?  03:05:44
 9  A  Yes, I recognize it.                        03:05:46
10  Q  And this is directed to a multilayer printed 03:05:47
11  circuit board?                                 03:05:50
12  A  That is correct.                            03:05:51
13  Q  And that's just a single printed circuit board, 03:05:51
14  not multiple printed circuit boards?           03:05:55
15  A  I believe this is a single printed circuit board. 03:05:56
16  Q  And this is -- patent is not in the field of 03:06:01
17  LiDAR; correct?                                03:06:05
18  A  The patent doesn't mention LiDAR at all.  It just 03:06:05
19  talks about the process to drill holes into a printed 03:06:15
20  circuit board and position hidden conductive layers. 03:06:18
21  Q  Okay.  And it doesn't talk about █████      03:06:22
22  ████████████████████████████████████           03:06:25
23  ████████          correct?                     03:06:29
24  A  That's my understanding of this patent.  Doesn't 03:06:30
25  discuss ████████████████████████               03:06:33
                                                   Page 74
```

```
 1  ████████████████████████████████████           03:06:37
 2  ████████████████████████████████████           03:06:41
 3  but they are not directly called out in this patent. 03:06:44
 4  Q  And so we have looked at the Liu textbook, the 03:06:47
 5  Scholz dissertation, the '109 patent, the German patent, 03:06:54
 6  and the '037 patent, and you haven't cited any evidence 03:06:59
 7  in your declaration that someone has actually taken the 03:07:04
 8  teachings of these references and applied them to LiDAR; 03:07:07
 9  correct?  And I'm just asking what you have cited in 03:07:13
10  your declaration.                              03:07:15
11  A  Yeah, what I've cited in my declaration is 03:07:16
12  technologies that are common to myself as an experienced 03:07:20
13  person in the field where --                   03:07:24
14  Q  And, I'm sorry, Dr. Lebby, to cut you off, I'm 03:07:27
15  just really under the clock here.              03:07:29
16      I just -- if you can answer them "yes" or "no," 03:07:31
17  you don't cite any evidence in your declaration of 03:07:33
18  someone taking these references and applying their 03:07:35
19  teachings to LiDAR?                            03:07:38
20  A  I have not observed any of these references 03:07:40
21  directly, either being taught or mentioned in LiDAR, but 03:07:44
22  the technologies within these references are certainly 03:07:49
23  something that could be used in LiDAR.         03:07:52
24  Q  Okay.  And it's not your opinion that Uber took 03:07:53
25  these references and used them as a guide to develop its 03:07:57
                                                   Page 75
```

```
 1  LiDAR system; correct?                         03:08:02
 2  A  I cited these references to show that industry 03:08:03
 3  technology is out there and in public that addresses 03:08:07
 4  some of the trade secrets that I read in the Jaffe 03:08:12
 5  Exhibit 1 document.                            03:08:17
 6  Q  You did not cite them to show that Uber used 03:08:17
 7  these references or these teachings to develop its 03:08:20
 8  system; correct?                               03:08:23
 9  A  These references were cited to show         03:08:24
10  state-of-the-art in technology of printed circuit boards 03:08:28
11  and -- and recent placement in alignment, things like 03:08:32
12      That -- that's the only reason I cited them. 03:08:35
13  Q  Okay.  So the answer to my question is "correct"? 03:08:39
14  A  I did not use these references to show anything 03:08:44
15  about Uber, just where the technology is in the -- from 03:08:47
16  an experienced engineer.                       03:08:53
17  Q  Okay.  If you go to paragraph 59 of your    03:08:54
18  declaration here, you discuss Trade Secret Nos. 94 to 03:08:58
19  99?                                            03:09:08
20  A  Yes, I see that.                            03:09:08
21  Q  And these trade secret numbers refer to the PCB 03:09:12
22  design schematics and layouts for the transmit boards in 03:09:20
23  Waymo's GBR3 LiDAR device?                     03:09:24
24  A  That is correct.                            03:09:26
25  Q  And we talked earlier about your materials  03:09:27
                                                   Page 76
```

```
 1  considered.                                    03:09:29
 2      You didn't consider these specific design files 03:09:29
 3  as part of your declaration; correct?          03:09:31
 4  A  I only considered what was shown to me in the 03:09:33
 5  exhibits, and I think they were the Jaffe exhibits. 03:09:38
 6  Q  Okay.  You didn't look at the native versions of 03:09:41
 7  the design files, for example?                 03:09:45
 8  A  That is correct.                            03:09:46
 9  Q  And you didn't offer an opinion about whether 03:09:46
10  these files themselves are trade secrets; correct? 03:09:56
11  A  I never looked.  It wasn't part of my remit to 03:09:59
12  look at native files, so I haven't offered any opinions. 03:10:04
13  Q  And do you agree with me, generally, that you 03:10:08
14  know, based on your experience that a company's design 03:10:12
15  files can be trade secrets and include trade secret 03:10:15
16  information?                                   03:10:19
17  A  It depends.                                 03:10:19
18      Also, from my experience with trade secrets is 03:10:24
19  that you have got to have very clear specificity of your 03:10:27
20  trade secret.  I guess it could be in -- trade design 03:10:31
21  files could be included in that.               03:10:35
22  Q  And you understand, as part of this case, Waymo 03:10:36
23  has alleged that Anthony Levandowski stole 14,000 files 03:10:42
24  related to Waymo's LiDAR systems?              03:10:47
25  A  I have certainly read that in some of the   03:10:50
                                                   Page 77
```