# EXHIBIT 91
# FILED UNDER SEAL

ATTORNEYS EYES ONLY

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4    _____

5    WAYMO LLC,                          )
                                         )
6                  Plaintiff,            )
          vs.                            )   Case No.
7                                        )   17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;            )
8    OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
                                         )
9                  Defendants.           )
     _____)

10

11

12                  ATTORNEYS' EYES ONLY

13

14              VIDEOTAPED DEPOSITION OF

15                  SAMEER KSHIRSAGAR

16              San Francisco, California

17               Friday, April 14, 2017

18                      Volume I

19

20

21

22   Reported by:
     MARY J. GOFF
23   CSR No. 13427

24   Job No. 2594019

25   PAGES 1 - 49

                                              Page 1

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                         )
                                        )
 6             Plaintiff,               )
        vs.                             )   Case No.
 7                                      )   17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;           )
 8   OTTOMOTTO, LLC; OTTO TRUCKING LLC  )
                                        )
 9             Defendants.              )
     _____)
10
11
12
13        Videotaped Deposition of SAMEER KSHIRSAGAR,
14   Volume I, taken on behalf of Plaintiff, Waymo LLC,
15   at Quinn Emanuel Urquhart & Sullivan, LLP,
16   50 California Street, 21st Floor, San Francisco,
17   California 94111, beginning at 8:58 a.m. and ending
18   at 9:45 a.m. on Friday April, 14, 2017, before MARY
19   GOFF, Certified Shorthand Reporter No. 13427.
20
21
22
23
24
25
```

                                                    Page  2

ATTORNEYS EYES ONLY

```
 1        Q     Mr. Levandowski writes, Let's make sure we        09:25

 2   get the good concentrations of erbium and ytterbium

 3   from ██.

 4            Do you see that?

 5        A     Yes.                                               09:25

 6        Q     Did you understand Mr. Levandowski to be

 7   referring to levels of ion doping of the optical

 8   fiber to be used with the lasers?

 9            MR. PUNZALAN:  Objection --

10            MS. PHILLIPS:  Objection --                         09:25

11            MR. PUNZALAN:  -- form.

12            MS. PHILLIPS:  -- form.

13        A     I believe that comment was for -- for

14   James.  I'm not sure what those things are, but...

15        Q     You're not sure what erbium and ytterbium         09:25

16   are?

17        A     Correct.  That -- that's not normal.  I'm

18   -- I'm sure I would have -- I -- I -- I don't know

19   who that comment was directed to.  James is on this

20   as well.                                                     09:26

21        Q     Are you aware whether, as part of the

22   Spider LiDAR system, there were ion doped optical

23   fibers used with the lasers?

24            MR. PUNZALAN:  Objection, form.

25            MS. PHILLIPS:  Objection, form.                     09:26
```

Page 34

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
  1         A    I -- yes.  Yeah.                          09:26

  2         Q    (BY MS. BAILY) Do you understand what

  3    concentrations of ion doping Otto wanted for those

  4    fibers?

  5              MR. PUNZALAN:  Objection, form.           09:26

  6              MS. PHILLIPS:  Objection, form.

  7         A    No.

  8         Q    Who would know that?

  9         A    James.

 10         Q    James who?                                09:26

 11         A    Haslim.

 12              (Exhibit 12 was marked for identification

 13    and is attached to the transcript.)

 14         Q    I'm showing you Exhibit 12.  This is

 15    E-mail correspondence between you and               09:27

 16    Mr. Levandowski and others.  Do you see that?

 17         A    Yes.

 18         Q    You forwarded a data sheet for an ▮▮▮▮

 19    micro EDFA to Mr. Levandowski for his review and

 20    comment; is that a fair characterization of this   09:27

 21    document?

 22              MR. PUNZALAN:  Objection, form.

 23         A    Is -- is this what you're referencing?

 24         Q    I'm representing -- I'm referencing you

 25    forwarding what appears to be a spec sheet for the  09:27
```

Page 35

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ███████ micro EDFA.                          09:27

 2            MR. PUNZALAN:  Objection, form.  Is that

 3    --

 4            MS. PHILLIPS:  Objection, form.

 5            MR. PUNZALAN:  -- a question?           09:28

 6       A   I am not sure this is a spec sheet for

 7    something they have.  I think this was a spec sheet

 8    for something he was looking for.

 9       Q   Understood.  An EDFA is an Erbium Doped

10    Fiber Amplifier; is that correct?              09:28

11            MR. PUNZALAN:  Objection, form.

12       A   I don't know how to answer that when you

13    say it.  And I can read the initials.  And I would

14    say yes, I would not know how to describe that

15    before.                                        09:28

16       Q   Was the interest in an EDFA -- strike

17    that.

18            Were you corresponding with

19    Mr. Levandowski about an EDFA for use in the LiDAR

20    spider system?                                 09:28

21       A   I don't know what he wanted it for.

22       Q   Were you aware that Otto was interested in

23    an EDFA for LiDAR purposes?

24            MS. PHILLIPS:  Objection, form.

25            MR. PUNZALAN:  Objection, form.         09:29
```

Page 36

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    I -- I know they were interested in EDFA.    09:29

 2   I don't know the reason.

 3        Q    You don't know for what product or

 4   initiative?

 5        A    I -- I don't, no.                            09:29

 6        Q    Why were you involved then?

 7        A    Because of a supplier --

 8             MR. PUNZALAN:  Objection, form.  Go ahead.

 9        A    -- sorry.  Because it was a supplier.

10        Q    (BY MS. BAILY) Are you aware of the LiDAR    09:29

11   system called Fuji?

12        A    Yes.

13        Q    When did Fuji start development?

14             MR. PUNZALAN:  Objection, form.

15        A    I believe it was closer to the end of       09:29

16   October 2016.

17        Q    Why did Otto and Uber move from Spider to

18   Fuji?

19             MS. PHILLIPS:  Objection, form.

20             MR. PUNZALAN:  Objection, form.             09:29

21        A    Again, this was probably more for

22   technical reasons that I was not involved in it.

23        Q    Do you have any understanding of why Otto

24   and Uber moved from Spider to Fuji?

25             MS. PHILLIPS:  Objection, form.              09:30
```

Veritext Legal Solutions
866 299-5127
YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS EYES ONLY

```
1        A    I -- maybe some base level.                    09:30

2        Q    And what -- what is that base level

3   understanding?

4        A    The Spider was very large, and the Fuji

5   intent was to be something more manageable.  But I      09:30

6   don't know the technical reasons beyond that.

7        Q    Is there any other reason that you

8   understand that a move was made from Spider to Fuji?

9             MS. PHILLIPS:  Objection, form.

10       A    No, I do not.                                  09:30

11       Q    You're not aware either way whether Fuji

12  uses an erbium doped fiber amplifier?

13            MR. PUNZALAN:  Objection, form.

14            MS. PHILLIPS:  Objection, form.

15       A    I don't believe we used fiber on the Fuji.    09:30

16       Q    I saw a reference in your documents to

17  ████    having to pass on Otto's module assembly

18  business.  Do you know what that refers to?

19            MR. PUNZALAN:  Objection, form.

20            MS. PHILLIPS:  Objection, form.            09:31

21       A    Yes.

22       Q    What does it refer to?

23       A    There was a -- a PO that was canceled.

24  This was prior to my arrival.

25       Q    And do you have an understanding as to why    09:31
```

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4        I, SAMEER KSHIRSAGAR, do hereby declare under
 5   penalty of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10        EXECUTED this_____ day of_____,
11   20____, at_____, _____.
            (City)                   (State)
12
13
14             _____
                SAMEER KSHIRSAGAR
15
16
17
18
19
20
21
22
23
24
25
```

Page 48

YELLOW = CONFIDENTIAL
RED = HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY