IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**NOTICE RE JUDGE'S EXTERN TO WORK AT GOODWIN PROCTER FOR SUMMER**

One of the judge's externs who has worked on this case in chambers will be spending the summer as a summer associate at Goodwin Procter, counsel for Otto Trucking LLC. She has already informed the conflicts attorney in Boston that she should not be assigned to any projects involving this case. Of course, she is aware that she will not disclose in any way anything she learned about the case to anyone at Goodwin Procter or elsewhere. This is satisfactory to the judge but out of an abundance of caution, this notice invites counsel to advise if they see any problem and to do so by **NOON ON MAY 9**. In addition, counsel of record at Goodwin Procter shall please take specific steps to make sure that she has nothing to do with this case during her summer there. (Her name can be learned via Human Resources.)

**IT IS SO ORDERED.**

Dated: May 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE