I. Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant Otto Trucking LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Civil Action No. 3:17-cv-00939-WHA<br><br>**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT OTTO TRUCKING LLC AND ~~PROPOSED~~ ORDER**<br><br>Judge:  Honorable William Alsup<br>Courtroom: 8- 19th Floor |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1 and 11-5, Defendant Otto
3  Trucking LLC makes the following substitution of counsel.  Arturo J. Gonzalez, Daniel Pierre
4  Muino, Eric Akira Tate, Esther Kim Chang, Matthew I. Kreeger, Michael A. Jacobs, Michelle C.Y.
5  Yang, Rudy Y. Kim, and Wendy J. Ray of Morrison & Foerster LLP will no longer be representing
6  Defendant Otto Trucking LLC in this matter.  Defendant Otto Trucking LLC, shall be represented by
7  I. Neel Chatterjee, Brett M. Schuman, and Rachel M. Walsh of Goodwin Procter LLP.

8      Defendant Otto Trucking LLC has been informed of this substitution and consents to the
9  substitution of firm representation.

10

11 Dated:  April 24, 2017      Respectfully submitted,

12
    /s/  I. Neel Chatterjee
13     I. Neel Chatterjee (SBN 173985)
    *nchatterjee@goodwinlaw.com*
14     **GOODWIN PROCTER LLP**
    135 Commonwealth Drive
15     Menlo Park, CA94025
    Tel.: +1 650 752 3100
    Fax: +1 650 853 1038
16
    Brett M. Schuman (SBN 189247)
17     *bschuman@goodwinlaw.com*
    Rachel M. Walsh (SBN 250568)
18     *rwalsh@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
19     Three Embarcadero Center
    San Francisco, California 94111
20     Tel.: +1 415 733 6000
    Fax.: +1 415 677 9041
21
    Attorneys for Defendant Otto Trucking
22     LLC

23

24

25 Dated:  April 24, 2017

26
    /s/ Arturo J. Gonzàlez
27       Michael A. Jacobs
      *mjacobs@mofo.com*
28       Arturo J. Gonzàlez
      *agonzalez@mofo.com*

1

~~NOTICE OF CHANGE OF COUNSEL~~
~~FOR DEFENDANT OTTO TRUCKING LLC~~      CASE NO.  3:17-CV-00939-WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eric A. Tate
*etate@mofo.com*
**MORRISON & FOERSTER LLP**
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482
TEL: 415-268-7000
FAX: 415-268-7522

Attorneys for Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC

**PURSUANT TO NOTICE, IT IS SO ORDERED.**

DATED:   May 3, 2017.

_____
HON. WILLIAM ALSUP
United States District Judge

**CIVIL L.R. 5-1 ATTESTATION**

I, I. Neel Chatterjee, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Arturo J. Gonzàlez concurs in this filing.

Dated: April 24, 2017                              /s/  I. Neel Chatterjee
                                                               I. NEEL CHATTERJEE