IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER REFERRING MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS TO JUDGE CORLEY**

    Plaintiff Waymo LLC moves to "compel production of the withheld [due diligence] report and attachments in addition to all other relevant information, files, and electronic media currently in the possession of Stroz Friedberg" (Dkt. No. 321). This motion is hereby **REFERRED** to and shall be decided by Judge Corley, who is overseeing discovery in this case.

    **IT IS SO ORDERED.**

Dated: May 4, 2017.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE