|  |  |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
|  | Trial Date: October 2, 2017 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

1  Having reviewed and considered Defendants Uber Technologies, Inc., Ottomotto LLC,
2  and Otto Trucking LLC's Motion to Remove Incorrectly Filed Document, Docket No. 177-6,
3  which Defendants filed on April 7, 2017, and good cause appearing therefore, **IT IS HEREBY**
4  **ORDERED** that Defendants' Motion shall be granted.

6  **IT IS SO ORDERED**.

8  Dated: _____May 4_____, 2017           _____
9                                         HONORABLE WILLIAM ALSUP
                                          United States District Court Judge