UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS**<br><br>Trial Date: October 2, 2017 |

1  Having reviewed and considered Defendants Uber Technologies, Inc., Ottomotto LLC,
2  and Otto Trucking LLC's Motion to Remove Incorrectly Filed Document, Docket No. 177-6,
3  which Defendants filed on April 7, 2017, and good cause appearing therefore, **IT IS HEREBY**
4  **ORDERED** that Defendants' Motion shall be granted.

6  **IT IS SO ORDERED**.

8  Dated: ____May 4____, 2017          _____
9                                      HONORABLE WILLIAM ALSUP
                                       United States District Court Judge