| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone:    415.268.7000 |
| 6 | Facsimile:    415.268.7522 |
| 7 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 8 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 9 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 10 | Washington DC  20005 |
|   | Telephone:    202.237.2727 |
| 11 | Facsimile:    202.237.6131 |
| 12 | Attorneys for Defendants |
|   | UBER TECHNOLOGIES, INC. |
| 13 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.    3:17-cv-00939-WHA-JSC |
| | Plaintiff, | **ATTORNEY KAREN L. DUNN'S REQUEST TO APPEAR TELEPHONICALLY AT THE DISCOVERY HEARING ON BEHALF OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC; [PROPOSED] ORDER** |
| v. | | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
| | Defendants. | |
| | | Date:    May 11, 2017 |
| | | Time:    2:00 p.m. |
| | | Ctrm:    F |
| | | Judge:   Hon. Jacqueline Scott Corley |
| | | Trial Date: October 2, 2017 |

1  Pursuant to the Court's Standing Order, attorney Karen L. Dunn of Boies Schiller Flexner
2  LLP respectfully requests the Court's permission to appear by telephone on behalf of Defendants
3  Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber"), at the Discovery Hearing
4  scheduled for May 11, 2017 at 2:00 p.m.  Co-counsel for Uber from Morrison & Foerster LLP
5  will appear in person.

6  Dated:   May 5, 2017                    Respectfully Submitted,

                                           BOIES SCHILLER FLEXNER LLP

                                           By:  */s/ Karen L. Dunn*
                                                Karen L. Dunn

                                           Attorneys for Defendants
                                           UBER TECHNOLOGIES, INC. and
                                           OTTOMOTTO LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that attorney Karen L. Dunn of Boies Schiller Flexner LLP is permitted to appear by telephone at the Discovery Hearing scheduled for May 11, 2017 at 2:00 p.m.  Counsel shall contact CourtCall at 1-888-882-6878 to make the arrangements to appear by telephone.


Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE