QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET NO. 335-3**<br><br>**Trial Date:  October 2, 2017** |

1  Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2  Document from ECF, submitted electronically on May 2, 2017, by Waymo. Specifically, Docket
3  335-3 contains information that is governed by Docket No. 60, and that was inadvertently filed in
4  improper form. Waymo has already contacted the ECF Help Desk regarding this issue, and the
5  ECF Help Desk has temporarily blocked public access to this filing. Plaintiff has also filed a
6  corrected version of this document.

7  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
8  Administrative Motion to Remove.

11  DATED:  May 5, 2017            QUINN EMANUEL URQUHART & SULLIVAN, LLP

13                  By   */s/Lindsay Cooper*
                         Lindsay Cooper
14                       Attorneys for WAYMO LLC