1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 335-3** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly
2  Filed Document, Dkt. 335-3, and good cause appearing therefore, IT IS HEREBY ORDERED that
3  Waymo's Motion shall be granted.

4

5  Dated: _____, 2017

6                                   HON. WILLIAM ALSUP
7                                   United States District Court Judge