1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| 19        Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO'S OBJECTIONS TO EVIDENCE CITED IN DEFENDANTS' SUR-REPLY** |
| 20        v. | |
| 21  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 22  | |
| 23        Defendants. | |
| 24  | Trial Date: October 2, 2017 |

1   In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal the confidential, unredacted versions of the following documents:

1.   Portions of Defendants' Response to Waymo's Objections to Evidence Cited in Defendants' Preliminary Injunction Sur-Reply ("Defendants' Response").

2.   Portions of Exhibit A to the Declaration of Esther Chang in Support of Defendants' Response ("Chang Declaration").

3.   Portions of Defendants' Response contain Defendants' proprietary technical and business information. The design of Uber's custom LiDAR system and certain business details are proprietary and highly confidential, maintained as confidential by Uber, and, if made public, would cause Uber irreparable harm in this very competitive space of autonomous driving. These portions are highlighted in blue. (Yang Decl. ¶ 2.)

4.   Portions of Defendants' Response and Exhibit A to the Chang Declaration contain information that Plaintiff Waymo LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed govern this case (Transcript of 3/16/2017 Hearing, page 6). Although Defendants disagree that this information is confidential, Defendants file this instant motion to comply with Paragraph 14.4 of the Protective Order. These portions are highlighted in green. (Yang Decl. ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on May 5, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

| | |
|---|---|
| Dated: May 5, 2017 | MORRISON & FOERSTER LLP |
| | By: */s/Michael A. Jacobs* <br>     MICHAEL A. JACOBS |
| | Attorneys for Defendants <br> UBER TECHNOLOGIES, INC. <br> and OTTOMOTTO LLC |