1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                      UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18 | WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
19 | Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
20 | v. | |
21 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
22 | Defendants. | Trial Date: October 2, 2017 |

1   I, Michelle Yang, declare as follows:

2   1.   I am an attorney at the law firm of Morrison & Foerster LLP.  I make this
3   declaration based upon matters within my own personal knowledge and if called as a witness, I
4   could and would competently testify to the matters set forth herein.  I make this declaration in
5   support of Defendants' Administrative Motion to File Under Seal Defendants' Response to
6   Waymo's Objections to Evidence Cited in Defendants' Preliminary Injunction Sur-Reply
7   ("Defendants' Response").

8   2.   Certain highlighted portions of Defendants' Response contain highly confidential,
9   proprietary technical and business information of Uber.  The design of Uber's custom LiDAR
10  system and certain business details are maintained as confidential by Uber.  If such information
11  were made public, Uber's competitive standing could be significantly harmed.  The public
12  disclosure of this information would give Uber's competitors access to confidential technical
13  details and business information, causing Uber irreparable harm in this very competitive space of
14  autonomous driving.  These portions are highlighted in blue.

15  3.   Certain highlighted portions of Defendants' Response and Exhibit A to the
16  Declaration of Esther Chang in Support of Defendants' Response contain information that
17  Plaintiff Waymo LLC has designated as "Confidential" or "Highly Confidential – Attorneys'
18  Eyes Only" in accordance with the Patent Local Rule 2-2 Interim Model Protective Order
19  ("Protective Order"), which the parties have agreed govern this case (Transcript of 3/16/2017
20  Hearing, page 6).  Defendants are required to file this material under seal in accordance with
21  Paragraph 14.4 of the Protective Order.  These portions are highlighted in green.

22  I declare under penalty of perjury under the laws of the United States that the foregoing is
23  true and correct.  Executed this 5th day of May, 2017, in San Francisco, California.

24
25                                                           */s/ Michelle Yang*
                                                              Michelle Yang
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 5, 2017

*/s/ Michael A. Jacobs*
Michael A. Jacobs