UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Response to Waymo's Objections to Evidence Cited in Defendants' Preliminary Injunction Sur-Reply ("Defendants' Response") | Highlighted Portions |
| Exhibit A to Declaration of Esther Chang in Support of Defendants' Response | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
Hon. William Alsup
United States District Court Judge