# EXHIBIT A

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

      Plaintiff,

vs.                        No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

      Defendants.

_____/

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507

PAGES 1 - 234

| | | | |
|---|---|---|---|
| 1 | | Were you able to determine that the GBr3 | 11:39 |
| 2 | | boards had ███████████████████████ | ███ |
| | | ████████████████████████████████████████ | ███ |
| | | ██████████████████ | 11:39 |
| 5 | A | Yes. | 11:39 |
| 6 | Q | Without even relying to ████████████ | ███ |
| | | ██████████ depicted on page 5? | 11:39 |
| 8 | A | Yes. | 11:39 |
| 9 | Q | Okay.  So, why did you need to refer to the | 11:39 |
| | | ████████████████? | 11:39 |
| 11 | A | They give ██████████████████████████ | ███ |
| | | ████████████████████████████ | ███ |
| | | ██████████    ████████████████████ | ███ |
| | | ██████████████████████████ | 11:39 |
| 15 | Q | So, you didn't measure -- so what -- let me | 11:40 |
| 16 | | just make sure I understand. | 11:40 |
| 17 | | You said you did not detail ████████ | ███ |
| | | ██████████ | 11:40 |
| 19 | | How would you have ████████████████ | ███ |
| | | ██████████████████████ | 11:40 |
| 21 | A | The way to do that is by taking the | 11:40 |
| | | ████████████████████████████████████ | ███ |
| | | ████████████████    ████████████████████ | ███ |
| | | ██████████████████████████████████ | ███ |
| | | ██████████████ | 11:40 |

```
 1            █████                                           11:41
 2       Q    Not the ████████████████████████████           11:42
         ████████████?                                        11:42
 4       A    The diode is ████████████████████              11:42
 5       Q    So that would be ███████████?                  11:42
 6       A    Correct.                                        11:42
 7       Q    And underneath that, ██████████████            11:42
         ████████████?                                        11:42
 9       A    Uh-huh.                                         11:42
10       Q    What does that represent?                       11:42
11       A    ████████████████████████.                      11:42
12       Q    Okay.  Now, would you look at ███████████      11:42
         ████████████████████████████████████████████?       11:42
14       A    No.                                             11:42
15       Q    No?                                             11:42
16            Why not?                                        11:42
17       A    Well, if you -- the most accurate way is to    11:42
18  do the previous calculation that I discussed, which is   11:42
    ████████████████████████████████████████                 
    ████████████████████████████████████████                 
    ████████████████████████                                  11:42
22       Q    Okay.  But I -- I understood that it would     11:43
23  also be helpful to look at ███████████ as well;          11:43
24  right?                                                    11:43
25       A    Yes.                                            11:43
```

Page 49

| | | |
|---|---|---|
| 1 | paragraph 33 of your original declaration? | 12:07 |
| 2 | A    Again, I was the -- used the ▇▇▇▇ | 12:07 |
| 3 | information that was available to me at the time to | 12:07 |
| 4 | determine ▇▇▇▇ | |
| 5 | ▇▇▇▇ | 12:07 |
| 6 | Q    Okay.  Since we don't have that document in | 12:07 |
| 7 | front of us, maybe we can just walk through it. | 12:07 |
| 8 | So the -- it looks like you're comparing | 12:07 |
| 9 | ▇▇▇▇ in the | 12:07 |
| 10 | Fuji board in paragraph 33; is that correct? | 12:08 |
| 11 | MR. JAFFE:  I'm going to -- excuse me.  I'm | 12:07 |
| 12 | going to object to you asking these questions without | 12:08 |
| 13 | putting the document in front of him. | 12:08 |
| 14 | MR. KIM:  Q.  Well, let me just ask you:  Can | 12:08 |
| 15 | you explain generally how you got the ▇▇▇▇ | 12:08 |
| 16 | referenced in paragraph 33? | 12:08 |
| 17 | A    Yes. | 12:08 |
| 18 | Q    Okay.  How did you do that? | 12:08 |
| 19 | A    The ▇▇▇▇ information is a text | 12:08 |
| 20 | human readable file that is ▇▇▇▇ | |
| 21 | ▇▇▇▇ | 12:08 |
| 22 | I then imported that text file into a program | 12:08 |
| 23 | called Microsoft Excel, which allowed me to do | 12:08 |
| 24 | numerical calculations on the data contained in that | 12:08 |
| 25 | text file. | 12:08 |

| | | |
|---|---|---|
| 1 | And in that Excel file, I computed ███ ███ | 12:08 |
| 2 | ████████████████████████████, as | 12:08 |
| 3 | previously discussed. | 12:09 |
| 4 | Q  Okay. ████████████████████ | |
| 5 | ████████████████████████████ | |
| 6 | ████████████████████ | |
| 7 | █ ████████████████████ | |
| 8 | ████████████ ████████████ | |
| 9 | ████████████████████ | |
| 10 | ████████ | 12:09 |
| 11 | Q  Okay.  And I -- I just want to clarify. | 12:09 |
| 12 | So, earlier we were looking at ████ | |
| 13 | ████████ for the GBr3. | 12:09 |
| 14 | Do you recall that? | 12:09 |
| 15 | A  Yes. | 12:09 |
| 16 | Q  By ████████████████████ | |
| 17 | ████████████████████████████ | |
| 18 | ████████████████; is that correct? | 12:09 |
| 19 | A  No.  I was computing the -- ████████. | 12:09 |
| 20 | Q  Using ████████████████? | 12:09 |
| 21 | A  Yes. | 12:10 |
| 22 | Q  And then there is this number ████████ | |
| 23 | ████████████. | 12:10 |
| 24 | Do you see that in paragraph 33? | 12:10 |
| 25 | A  Yes. | 12:10 |

Page 54

| | | |
|---|---|---|
| 1 | But let me ask you my next question, which | 12:13 |
| 2 | is: You also looked at the ███████████████ | 12:13 |
| 3 | ███████████████? | 12:13 |
| 4 | A   Correct. | 12:13 |
| 5 | Q   And that was part of your determination as to | 12:13 |
| 6 | whether or not there was ███████████████ | 12:13 |
| 7 | ███████████; correct? | 12:13 |
| 8 | MR. JAFFE:   Objection; form. | 12:13 |
| 9 | THE WITNESS:   There is -- as demonstrated by | 12:13 |
| 10 | the information in the ███████ file, that there | 12:13 |
| 11 | is ███████████████████████████████ | |
| 12 | ███████████████████████████. | 12:14 |
| 13 | MR. KIM:   Q.   So you could look at the | 12:14 |
| 14 | ███████████████████████████ | |
| 15 | ███████████████████████████████? | 12:14 |
| 16 | A   The ████ information by itself would not | 12:14 |
| 17 | yield enough data to actually produce that | 12:14 |
| 18 | information. | 12:14 |
| 19 | Q   Why not? | 12:14 |
| 20 | A   Because ███████████████████████ | 12:14 |
| 21 | ███████████████████████ | |
| 22 | ███████████████████████ | 12:14 |
| 23 | Q   And so you would need to look at ████████ | 12:14 |
| 24 | ███████████████████████ | |
| 25 | ███████████████████████; correct? | 12:14 |

| | | |
|---|---|---|
| 1 | A    Correct. | 12:14 |
| 2 | Q    And earlier you -- you said that you were | 12:14 |
| 3 | able to determine whether the GBr3 boards were -- ▆▆ | ▆▆ |
| 4 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ just by looking | 12:15 |
| 5 | at them; correct? | 12:15 |
| 6 | MR. JAFFE:  Objection; form. | 12:15 |
| 7 | THE WITNESS:  Yes. | 12:15 |
| 8 | MR. KIM:  Q.  And you were able to do the | 12:15 |
| 9 | same based on your visual inspection of the Fuji | 12:15 |
| 10 | boards; correct? | 12:15 |
| 11 | A    Yes. | 12:15 |
| 12 | Q    So, are you telling me that just by visually | 12:15 |
| 13 | inspecting the Fuji boards, you were able to determine | 12:15 |
| 14 | what the -- ▆▆▆▆▆▆▆▆▆ were? | 12:15 |
| 15 | MR. JAFFE:  Objection; form. | 12:15 |
| 16 | THE WITNESS:  No, I did not make that | 12:15 |
| 17 | determination. | 12:15 |
| 18 | MR. KIM:  Q.  Were you able to determine the | 12:15 |
| 19 | ▆▆▆▆▆▆▆ just from visually inspecting the Fuji | 12:15 |
| 20 | boards? | 12:15 |
| 21 | A    The -- not to a high degree of accuracy.  But | 12:15 |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| | ▆▆▆▆▆ | 12:16 |
| 25 | Q    But that's not responding to my question. | 12:16 |

| | | |
|---|---|---|
| 1 | My question is: Were you able to determine | 12:16 |
| 2 | ▮▮▮▮▮▮▮▮▮▮ for the Fuji boards that you visually | 12:16 |
| 3 | inspected? | 12:16 |
| 4 | MR. JAFFE:  Objection; form. | 12:16 |
| 5 | THE WITNESS:  Then I guess no, I was not able | 12:16 |
| 6 | to determine. | 12:16 |
| 7 | MR. KIM:  Q.  And were you able to determine | 12:16 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of the | 12:16 |
| 9 | Fuji boards that you visually inspected? | 12:16 |
| 10 | A   No, not to -- no. | 12:16 |
| 11 | Q   I wanted to go back to your reply | 12:17 |
| 12 | declaration -- | 12:17 |
| 13 | MR. JAFFE:  Just -- | 12:17 |
| 14 | MR. KIM:  Q.  -- in paragraph 4. | 12:17 |
| 15 | A   (Witness complies.) | 12:17 |
| 16 | MR. JAFFE:  -- just as a matter of | 12:17 |
| 17 | scheduling -- I -- I don't mean to interrupt.  I'm | 12:17 |
| 18 | just curious when we're going to do lunch. | 12:17 |
| 19 | MR. KIM:  I'd started my question. | 12:17 |
| 20 | MR. JAFFE:  I'm just asking for lunch, so -- | 12:17 |
| 21 | sorry.  Go ahead.  It's not a matter of interrupting | 12:17 |
| 22 | you.  I'm just curious. | 12:17 |
| 23 | MR. KIM:  Q.  So, Mr. Kintz, in paragraph 4, | 12:17 |
| 24 | you're referring to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:17 |

| | | |
|---|---|---|
| 1 | A F T E R N O O N   S E S S I O N | |
| 2 | 1:05 P.M. | |
| 3 | | |
| 4 | THE VIDEOGRAPHER:  We are back on the record | 13:05 |
| 5 | at 1:05 p.m. | 13:05 |
| 6 | MR. KIM:  Q.  Mr. Kintz, we were talking | 13:05 |
| 7 | about █████████.  And I wanted to ask you what | 13:05 |
| 8 | you meant by ██████████████████ in your | 13:05 |
| 9 | declaration, for example, in paragraphs 4 and 5 which | 13:06 |
| 10 | we had been discussing. | 13:06 |
| 11 | A   The definition of ████████████████ █ | |
| 12 | █ ██████████████████████████████ █ | |
| 13 | █ ██████████████████████████████ █ | |
| 14 | █ █████████████████ | 13:06 |
| 15 | Q   Okay.  And so, if ████████████████ █ | |
| 16 | █ ██████████████████████████████ █ | |
| 17 | █ ████████████████████████████████████ █ | |
| 18 | █ ████? | 13:06 |
| 19 | A   Yes, I would agree with that statement. | 13:06 |
| 20 | Q   Okay.  And is it also your testimony that if | 13:06 |
| 21 | █ ██████████████████████████████████ █ | |
| 22 | █ █████████████████████████████ █ | |
| 23 | █ ███████████████? | 13:07 |
| 24 | MR. JAFFE:  Excuse me.  Objection; form. | 13:07 |
| 25 | THE WITNESS:  In a more broad definition of | 13:07 |

Page 64

| | | |
|---|---|---|
| 1 | ███████████, yes, that would. | 13:07 |
| 2 | I believe, in the context of the Trade Secret | 13:07 |
| 3 | that we're discussing right now, no, because that | 13:07 |
| 4 | ████████████████████████████. | 13:07 |
| 5 | MR. KIM:  Q.  So, just to make sure I -- I | 13:07 |
| 6 | understand your answer, if you had ███████ ███ | |
| | ████████████████████████████████████████ ███ | |
| | ██████████████████████████████████████████ ███ | |
| | ██████████████████████████████████████████ ███ | |
| | ████████████████████████████████████████████ ███ | |
| | ██████████████████████████████████████████ ███ | |
| | ████████████████████████? | 13:08 |
| 14 | A   Yes. | 13:08 |
| 15 | MR. JAFFE:  Objection; form. | 13:08 |
| 16 | Just give me a second to object, please. | 13:08 |
| 17 | THE WITNESS:  Yeah. | 13:08 |
| 18 | MR. JAFFE:  Thank you. | 13:08 |
| 19 | THE WITNESS:  Yes, within the context of your | 13:08 |
| 20 | statement, yes. | 13:08 |
| 21 | MR. KIM:  Okay.  So I'd like to mark this as | 13:08 |
| 22 | 1038, I believe. | 13:08 |
| 23 | (Document marked Exhibit 1038 | 13:09 |
| 24 | for identification.) | 13:09 |
| 25 | MR. KIM:  Q.  Do you recognize Exhibit 1038? | 13:09 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  No.  With the data that you've | 13:55 |
| 2 | given me right here at this time, with the equipment | 13:56 |
| 3 | that's available to me, I cannot make a determination. | 13:56 |
| 4 | MR. KIM:  Q.  And what would you need to make | 13:56 |
| 5 | that determination? | 13:56 |
| 6 | A    I would need to have information that gave me | 13:56 |
| | ███████████████████████████████  ████ | ████ |
| | ████████████████████████████████████ | ████ |
| | ██████████████████████████████████ | ████ |
| | ████████████████████████████████████ | ████ |
| | █████████████████████████████ | ████ |
| | ███████ | 13:57 |
| 13 | Q    And the same would be true for Exhibit 1043 | 13:57 |
| 14 | that you were just looking at before that? | 13:57 |
| 15 | A    No.  1043 actually has component information | 13:57 |
| 16 | on it. | 13:57 |
| 17 | Q    Okay.  And what would you need to determine | 13:57 |
| 18 | whether or not the diodes have ████████████████ ████ | |
| | ████████ for the board depicted in Exhibit 1043? | 13:57 |
| 20 | A    Ideally, I would need a way of expanding the | 13:57 |
| 21 | image and ████████████████████████████████████ | ████ |
| | █████████████████████████████████ | ████ |
| | ████████████, and from that information, computing the | 13:58 |
| 24 | data. | 13:58 |
| 25 | I frequently do that type of analysis in | 13:58 |

```
                                                                  Page 90
 1   graphics programs.  I in particular use a program              13:58
 2   called CorelDRAW that allows me to do this type of             13:58
 3   detailed point-by-point analysis.                              13:58
 4       Q   And that would be for the purpose of                   13:58
 5   ███████████████████████████████████████████████?               13:58
 6       A   That's correct.                                        13:58
 7       Q   And you didn't do that for the board depicted          13:58
 8   in Exhibit 1043; correct?                                      13:58
 9       A   That's correct.                                        13:58
10       Q   Okay.                                                  13:58
11           (Document marked Exhibit 1045                          13:58
12             for identification.)                                 13:59
13           MR. KIM:  I have the same question for                 13:59
14   Exhibit No. 1045, which bears Bates No. Uber00008610.          13:59
15       Q   Does this exhibit depict ████████████████  ████
     ██████████████████████████████████████████████████?            13:59
17       A   This document is an assembly document.  So             13:59
     ██████████████████████████████████████████████   ████
     ██████████████████    ████████████████            ████
     ██████████████████████████████████████████        ████
     ████████████████████                                           13:59
22       Q   So sitting here today, you can't tell me               13:59
23   whether or not the board depicted in Exhibit 1043 has          13:59
24   continuing varying --                                          13:59
25           MR. JAFFE:  1045, I'm assuming you're asking           13:59
```

Page 123

1  declaration, paragraph 40.  And actually, let's move                15:03
2  ahead to paragraph 43.                                              15:03
3       A    (Witness complies.)                                       15:03
4       Q    Do you see in the first sentence where you                15:04
5  say:                                                                15:04
6            "Moreover, both Liu and Schultz dissertation              15:04
7  teach away from ███████████████████."                               15:04
8       A    Yes.                                                      15:04
9       Q    What is a ███████████████?                                15:04
10      A    Depending on the application of the laser                 15:04
11 diode, either single emitter device or laser diode                  15:04
12 bar, ████████████████████████████████                               
   ████████████████████████  ███████████                               
   ████████████████████████████████████████                            
   ████████████████████                                                15:04
16      Q    For the GBr3, what would be ██████████████                
   ████████?                                                           15:04
18           MR. JAFFE:  Objection; form.                              15:04
19           THE WITNESS:  Without having gone through                 15:05
20 computations of the -- ████████████████████████                     
   ████████████████████████████████                                    
   █████████████████████████████████████                               
   ███████████████████████████████████████                             15:05
24           However, in the deposi- -- in the                         15:05
25 declarations of the Google engineer, Pierre Droz, they              15:05

Page 125

| | | | |
|---|---|---|---|
| 1 | Q | What about ██████? | 15:07 |
| 2 | A | Again, you're asking me to do calculations | 15:07 |
| 3 | | that I don't have information available to me in terms | 15:07 |
| 4 | | of the detailed design properties of the system. | 15:07 |
| 5 | Q | You know, earlier we were looking at the | 15:07 |
| 6 | | Trade Secret No. 7, and you confirmed there was no | 15:07 |
| 7 | | requirement of ██████████. | 15:07 |
| 8 | | Do you recall that? | 15:07 |
| 9 | A | Yes. | 15:08 |
| 10 | Q | Where does it say in Trade Secret 7 that the | 15:08 |
| 11 | | ██████████? | 15:08 |
| 12 | A | The significance in the Trade Secret is the | 15:08 |
| | | ██████████ | |
| | | ██████████ | |
| | | ██████████ | |
| | | ██████████ | 15:08 |
| 17 | Q | But where does it ██████████ | |
| | | ██████? | 15:09 |
| 19 | A | Trade Secret No. 7 doesn't have █ | |
| | | ██████████. | 15:09 |
| 21 | | (Document marked Exhibit 1048 | 15:09 |
| 22 | | for identification.) | 15:09 |
| 23 | | MR. KIM:  Okay.  I'd like to hand you | 15:09 |
| 24 | | deposition Exhibit No. 140 -- 1048. | 15:09 |
| 25 | | MR. JAFFE:  Can I get a copy, please? | 15:09 |

Page 128

| | | | | |
|---|---|---|---|---|
| 1 | A | Yes. | | 15:12 |
| 2 | Q | And above that label, ███████████ | ███ | |
| | ███████████████████████████████████ | | | ███ |
| | ███████████████████ | | | 15:13 |
| 5 | | Do you see that? | | 15:13 |
| 6 | A | Yes. | | 15:13 |
| 7 | Q | Okay. This depicts ████████████ | ███ | |
| | ████████; correct? | | | 15:13 |
| 9 | A | Again, ██████████████████████ | ███ | |
| | ██████████████████████████ | | | ███ |
| | ██████████████████████████ | | | ███ |
| | ████████████████████████████████ | | | ███ |
| | ██████████████████████████████████ | | | ███ |
| | ████████ | | | 15:13 |
| 15 | Q | That's not my question. | | 15:13 |
| 16 | | My question is: That figure depicts ████ | ███ | |
| | ████████████████████████████████████ | | | ███ |
| | ██████; correct? | | | 15:13 |
| 19 | | MR. JAFFE: Objection; form. | | 15:13 |
| 20 | | THE WITNESS: As you see in this figure, | | 15:13 |
| 21 | there is ████████████. | | | 15:13 |
| 22 | | But the greater body of knowledge of the | | 15:13 |
| 23 | packaging of even the specific type of high-powered | | | 15:13 |
| 24 | laser diode bars as referenced in the Liu textbook | | | 15:14 |
| 25 | indicates that the ideal configuration for these | | | 15:14 |