MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS' RESPONSE TO WAYMO'S OBJECTIONS TO EVIDENCE CITED IN DEFENDANTS' PRELIMINARY INJUNCTION SUR-REPLY**<br><br>Date:   May 3, 2017<br>Time:   7:30 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am licensed to practice law in the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants' Response to Waymo's Objections to Evidence Cited in Defendants' Sur-Reply.

2. On May 4, 2017, Waymo deposed James Haslim for over five and a half hours on the record, on both his opening and supplemental declarations, and the exhibits attached thereto.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition transcript of Gregory Kintz, dated April 26, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of May, 2017, in San Francisco, California.

*/s/ Esther Kim Chang*
ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: May 5, 2017                                                    */s/  Michael A. Jacobs*
                                                                                     Michael A. Jacobs

CHANG DECLARATION ISO DEFENDANTS' RESPONSE TO WAYMO'S OBJECTIONS TO EVIDENCE CITED IN DEFENDANTS' PRELIMINARY INJUNCTION SUR-REPLY – CASE NO. 3:17-cv-00939-WHA

2