# EXHIBIT A

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                    No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507

PAGES 1 - 234

| | | |
|---|---|---|
| 1 | Were you able to determine that the GBr3 | 11:39 |
| 2 | boards had ███████████████████████████████ | ███ |
| | ███████████████████████████████████████████ | ███ |
| | ██████████████████████ | 11:39 |
| 5 | A   Yes. | 11:39 |
| 6 | Q   Without even relying to ████████████ | ███ |
| | ████████████ depicted on page 5? | 11:39 |
| 8 | A   Yes. | 11:39 |
| 9 | Q   Okay.  So, why did you need to refer to the | 11:39 |
| | ████████████████████? | 11:39 |
| 11 | A   They give ████████████████████████████ | ███ |
| | ████████████████████████████████ | ███ |
| | ████████████  ██████████████████████ | ███ |
| | ██████████████████████████████ | 11:39 |
| 15 | Q   So, you didn't measure -- so what -- let me | 11:40 |
| 16 | just make sure I understand. | 11:40 |
| 17 | You said you did not detail ████████████ | ███ |
| | ████████████ | 11:40 |
| 19 | How would you have ██████████████████████ | ███ |
| | ████████████████████████████ | 11:40 |
| 21 | A   The way to do that is by taking the | 11:40 |
| | ████████████████████████████████████████ | ███ |
| | ████████████████████  ████████████████████ | ███ |
| | ████████████████████████████████████████ | ███ |
| | ████████████████ | 11:40 |

|    |   |                                                                      |       |
|----|---|----------------------------------------------------------------------|-------|
| 1  |   | ███ ███                                                              | 11:41 |
| 2  | Q | Not the ███████████████████████████                                  | 11:42 |
|    |   | ████████████?                                                        | 11:42 |
| 4  | A | The diode is ████████████████████                                    | 11:42 |
| 5  | Q | So that would be ███████████?                                        | 11:42 |
| 6  | A | Correct.                                                             | 11:42 |
| 7  | Q | And underneath that, ████████████████ ███                            | 11:42 |
|    |   | ████████████?                                                        | 11:42 |
| 9  | A | Uh-huh.                                                              | 11:42 |
| 10 | Q | What does that represent?                                            | 11:42 |
| 11 | A | ██████████████████████.                                              | 11:42 |
| 12 | Q | Okay. Now, would you look at ████████████ ███                        | 11:42 |
|    |   | █████████████████████████████████████████?                           | 11:42 |
| 14 | A | No.                                                                  | 11:42 |
| 15 | Q | No?                                                                  | 11:42 |
| 16 |   | Why not?                                                             | 11:42 |
| 17 | A | Well, if you -- the most accurate way is to                          | 11:42 |
| 18 |   | do the previous calculation that I discussed, which is               | 11:42 |
|    |   | ███████████████████████████████████████ ███                          |       |
|    |   | █████████████████████████████████████ ███                            |       |
|    |   | ██████████████████                                                   | 11:42 |
| 22 | Q | Okay. But I -- I understood that it would                            | 11:43 |
| 23 |   | also be helpful to look at ████████████████ as well;                 | 11:43 |
| 24 |   | right?                                                               | 11:43 |
| 25 | A | Yes.                                                                 | 11:43 |

Page 49

| | | |
|---|---|---|
| 1 | paragraph 33 of your original declaration? | 12:07 |
| 2 | A    Again, I was the -- used the ▮▮▮▮▮ | 12:07 |
| 3 | information that was available to me at the time to | 12:07 |
| 4 | determine ▮▮▮▮▮ | |
| 5 | ▮▮▮▮▮ | 12:07 |
| 6 | Q    Okay.  Since we don't have that document in | 12:07 |
| 7 | front of us, maybe we can just walk through it. | 12:07 |
| 8 | So the -- it looks like you're comparing | 12:07 |
| 9 | ▮▮▮▮▮ in the | 12:07 |
| 10 | Fuji board in paragraph 33; is that correct? | 12:08 |
| 11 | MR. JAFFE:  I'm going to -- excuse me.  I'm | 12:07 |
| 12 | going to object to you asking these questions without | 12:08 |
| 13 | putting the document in front of him. | 12:08 |
| 14 | MR. KIM:  Q.  Well, let me just ask you:  Can | 12:08 |
| 15 | you explain generally how you got the ▮▮▮▮▮ | 12:08 |
| 16 | referenced in paragraph 33? | 12:08 |
| 17 | A    Yes. | 12:08 |
| 18 | Q    Okay.  How did you do that? | 12:08 |
| 19 | A    The ▮▮▮▮▮ information is a text | 12:08 |
| 20 | human readable file that is ▮▮▮▮▮ | |
| 21 | ▮▮▮▮▮ | 12:08 |
| 22 | I then imported that text file into a program | 12:08 |
| 23 | called Microsoft Excel, which allowed me to do | 12:08 |
| 24 | numerical calculations on the data contained in that | 12:08 |
| 25 | text file. | 12:08 |

Page 50

| | | |
|---|---|---|
| 1 | And in that Excel file, I computed ▇▇▇ | ▇▇ |
| 2 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, as | 12:08 |
| 3 | previously discussed. | 12:09 |
| 4 | Q   Okay. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 5 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 6 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 7 | ▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 8 | ▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 9 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 10 | ▇▇▇▇▇▇▇ | 12:09 |
| 11 | Q   Okay.  And I -- I just want to clarify. | 12:09 |
| 12 | So, earlier we were looking at ▇▇▇ | ▇▇ |
| 13 | ▇▇▇▇▇ for the GBr3. | 12:09 |
| 14 | Do you recall that? | 12:09 |
| 15 | A   Yes. | 12:09 |
| 16 | Q   By ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 17 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| 18 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇; is that correct? | 12:09 |
| 19 | A   No.  I was computing the -- ▇▇▇▇▇. | 12:09 |
| 20 | Q   Using ▇▇▇▇▇▇▇▇▇▇▇▇▇? | 12:09 |
| 21 | A   Yes. | 12:10 |
| 22 | Q   And then there is this number ▇▇▇ | ▇▇ |
| 23 | ▇▇▇▇▇▇▇▇. | 12:10 |
| 24 | Do you see that in paragraph 33? | 12:10 |
| 25 | A   Yes. | 12:10 |

```
                                                              Page 54
 1              But let me ask you my next question, which       12:13
 2     is:  You also looked at the ████████████████████ ██       12:13
 3     ██████████████?                                           12:13
 4        A     Correct.                                         12:13
 5        Q     And that was part of your determination as to    12:13
 6     whether or not there was ████████████████████████ ██      12:13
 7     ██████████████; correct?                                  12:13
 8              MR. JAFFE:  Objection; form.                     12:13
 9              THE WITNESS:  There is -- as demonstrated by     12:13
10     the information in the ████████████ file, that there     12:13
11     is ███████████████████████████████████████████████ ██
12     ██████████████████████████████████████████.              12:14
13              MR. KIM:  Q.  So you could look at the          12:14
14     ████████████████████████████████████████████████ ██
15     ████████████████████████████████████████████████████?    12:14
16        A     The █████ information by itself would not       12:14
17     yield enough data to actually produce that               12:14
18     information.                                             12:14
19        Q     Why not?                                         12:14
20        A     Because ████████████████████████████████ ██
21     ████████████████████████████████████████████████ ██
22     ████████████████████████████████████████████████.        12:14
23        Q     And so you would need to look at ███████ ██    12:14
24     ████████████████████████████████████████████████ ██
25     ██████████████████████████████████████; correct?         12:14
```

| | | |
|---|---|---|
| 1 | A   Correct. | 12:14 |
| 2 | Q   And earlier you -- you said that you were | 12:14 |
| 3 | able to determine whether the GBr3 boards were -- ▮ | ▮ |
| 4 | ▮                                          just by looking | 12:15 |
| 5 | at them; correct? | 12:15 |
| 6 | MR. JAFFE:  Objection; form. | 12:15 |
| 7 | THE WITNESS:  Yes. | 12:15 |
| 8 | MR. KIM:  Q.  And you were able to do the | 12:15 |
| 9 | same based on your visual inspection of the Fuji | 12:15 |
| 10 | boards; correct? | 12:15 |
| 11 | A   Yes. | 12:15 |
| 12 | Q   So, are you telling me that just by visually | 12:15 |
| 13 | inspecting the Fuji boards, you were able to determine | 12:15 |
| 14 | what the -- ▮            were? | 12:15 |
| 15 | MR. JAFFE:  Objection; form. | 12:15 |
| 16 | THE WITNESS:  No, I did not make that | 12:15 |
| 17 | determination. | 12:15 |
| 18 | MR. KIM:  Q.  Were you able to determine the | 12:15 |
| 19 | ▮         just from visually inspecting the Fuji | 12:15 |
| 20 | boards? | 12:15 |
| 21 | A   The -- not to a high degree of accuracy.  But | 12:15 |
| | ▮ | ▮ |
| | ▮ | ▮ |
| | ▮ | 12:16 |
| 25 | Q   But that's not responding to my question. | 12:16 |

| | | |
|---|---|---|
| 1 | My question is: Were you able to determine | 12:16 |
| 2 | ▮▮▮▮▮▮ for the Fuji boards that you visually | 12:16 |
| 3 | inspected? | 12:16 |
| 4 | MR. JAFFE: Objection; form. | 12:16 |
| 5 | THE WITNESS: Then I guess no, I was not able | 12:16 |
| 6 | to determine. | 12:16 |
| 7 | MR. KIM: Q. And were you able to determine | 12:16 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of the | 12:16 |
| 9 | Fuji boards that you visually inspected? | 12:16 |
| 10 | A No, not to -- no. | 12:16 |
| 11 | Q I wanted to go back to your reply | 12:17 |
| 12 | declaration -- | 12:17 |
| 13 | MR. JAFFE: Just -- | 12:17 |
| 14 | MR. KIM: Q. -- in paragraph 4. | 12:17 |
| 15 | A (Witness complies.) | 12:17 |
| 16 | MR. JAFFE: -- just as a matter of | 12:17 |
| 17 | scheduling -- I -- I don't mean to interrupt. I'm | 12:17 |
| 18 | just curious when we're going to do lunch. | 12:17 |
| 19 | MR. KIM: I'd started my question. | 12:17 |
| 20 | MR. JAFFE: I'm just asking for lunch, so -- | 12:17 |
| 21 | sorry. Go ahead. It's not a matter of interrupting | 12:17 |
| 22 | you. I'm just curious. | 12:17 |
| 23 | MR. KIM: Q. So, Mr. Kintz, in paragraph 4, | 12:17 |
| 24 | you're referring to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:17 |

1           A F T E R N O O N   S E S S I O N

2                      1:05 P.M.

3

4           THE VIDEOGRAPHER:  We are back on the record    13:05
5    at 1:05 p.m.                                            13:05
6           MR. KIM:  Q.  Mr. Kintz, we were talking         13:05
7    about ███████████.  And I wanted to ask you what        13:05
8    you meant by ████████████████████ in your               13:05
9    declaration, for example, in paragraphs 4 and 5 which   13:06
10   we had been discussing.                                 13:06
11      A   The definition of ██████████████████ ██          
         ████████████████████████████████████ ██
         ████████████████████████████████████ ██
         ███████████████████████                            13:06
15      Q   Okay.  And so, if ██████████████████ ██
         ██████████████████████████████████████ ██
         ████████████████████████████████████████ ██
         ███████?                                            13:06
19      A   Yes, I would agree with that statement.         13:06
20      Q   Okay.  And is it also your testimony that if    13:06
         ██████████████████████████████████████ ██
         ██████████████████████████████████████ ██
         ██████████████████████?                             13:07
24          MR. JAFFE:  Excuse me.  Objection; form.         13:07
25          THE WITNESS:  In a more broad definition of      13:07

|   |   |   |
|---|---|---|
|   |   | Page 64 |
| 1 | ███████████, yes, that would. | 13:07 |
| 2 | I believe, in the context of the Trade Secret | 13:07 |
| 3 | that we're discussing right now, no, because that | 13:07 |
| 4 | ███████████████████████████████. | 13:07 |
| 5 | MR. KIM:  Q.  So, just to make sure I -- I | 13:07 |
| 6 | understand your answer, if you had ███████████ | |
| 7 | ████████████████████████████████████████ | |
| 8 | ████████████████████████████████████████ | |
| 9 | ████████████████████████████████████████ | |
| 10 | ████████████████████████████████████████ | |
| 11 | ████████████████████████████████████████ | |
| 12 | ████████████████████████████████████████ | |
| 13 | ████████████████████? | 13:08 |
| 14 | A   Yes. | 13:08 |
| 15 | MR. JAFFE:  Objection; form. | 13:08 |
| 16 | Just give me a second to object, please. | 13:08 |
| 17 | THE WITNESS:  Yeah. | 13:08 |
| 18 | MR. JAFFE:  Thank you. | 13:08 |
| 19 | THE WITNESS:  Yes, within the context of your | 13:08 |
| 20 | statement, yes. | 13:08 |
| 21 | MR. KIM:  Okay.  So I'd like to mark this as | 13:08 |
| 22 | 1038, I believe. | 13:08 |
| 23 | (Document marked Exhibit 1038 | 13:09 |
| 24 | for identification.) | 13:09 |
| 25 | MR. KIM:  Q.  Do you recognize Exhibit 1038? | 13:09 |

Page 89

|     |                                                                      |       |
| --- | -------------------------------------------------------------------- | ----- |
| 1   | THE WITNESS:  No.  With the data that you've                         | 13:55 |
| 2   | given me right here at this time, with the equipment                 | 13:56 |
| 3   | that's available to me, I cannot make a determination.               | 13:56 |
| 4   | MR. KIM:  Q.  And what would you need to make                        | 13:56 |
| 5   | that determination?                                                  | 13:56 |
| 6   | A    I would need to have information that gave me                   | 13:56 |
|     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                    | ▉▉    |
|     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                    | ▉▉    |
|     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                        | ▉▉    |
|     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                    | ▉▉    |
|     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                          | ▉▉    |
|     | ▉▉▉▉▉▉▉▉                                                             | 13:57 |
| 13  | Q    And the same would be true for Exhibit 1043                     | 13:57 |
| 14  | that you were just looking at before that?                           | 13:57 |
| 15  | A    No.  1043 actually has component information                    | 13:57 |
| 16  | on it.                                                               | 13:57 |
| 17  | Q    Okay.  And what would you need to determine                     | 13:57 |
| 18  | whether or not the diodes have ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                       | ▉▉    |
|     | ▉▉▉▉▉▉ for the board depicted in Exhibit 1043?                       | 13:57 |
| 20  | A    Ideally, I would need a way of expanding the                    | 13:57 |
| 21  | image and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                       | ▉▉    |
|     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                         | ▉▉    |
|     | ▉▉▉▉▉▉▉▉▉, and from that information, computing the                  | 13:58 |
| 24  | data.                                                                | 13:58 |
| 25  | I frequently do that type of analysis in                             | 13:58 |

```
                                                            Page 90
 1   graphics programs.  I in particular use a program        13:58
 2   called CorelDRAW that allows me to do this type of       13:58
 3   detailed point-by-point analysis.                        13:58
 4       Q   And that would be for the purpose of             13:58
 5   ███████████████████████████████████████████████?         13:58
 6       A   That's correct.                                  13:58
 7       Q   And you didn't do that for the board depicted    13:58
 8   in Exhibit 1043; correct?                                13:58
 9       A   That's correct.                                  13:58
10       Q   Okay.                                            13:58
11           (Document marked Exhibit 1045                    13:58
12             for identification.)                           13:59
13           MR. KIM:  I have the same question for           13:59
14   Exhibit No. 1045, which bears Bates No. Uber00008610.    13:59
15       Q   Does this exhibit depict ████████████████ ████
                                                         ?    13:59
17       A   This document is an assembly document.  So       13:59
     ████████████████████████████████████████████████████ ████
     ██████████████████████  ██████████████████████       ████
     ██████████████████████████████████████████████████   ████
     ████████████████████████                                 13:59
22       Q   So sitting here today, you can't tell me         13:59
23   whether or not the board depicted in Exhibit 1043 has    13:59
24   continuing varying --                                    13:59
25           MR. JAFFE:  1045, I'm assuming you're asking     13:59
```

```
                                                          Page 123
 1    declaration, paragraph 40.  And actually, let's move    15:03
 2    ahead to paragraph 43.                                  15:03
 3         A    (Witness complies.)                           15:03
 4         Q    Do you see in the first sentence where you    15:04
 5    say:                                                    15:04
 6              "Moreover, both Liu and Schultz dissertation  15:04
 7    teach away from ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌."                15:04
 8         A    Yes.                                          15:04
 9         Q    What is a ▌▌▌▌▌▌▌▌▌▌▌▌▌▌?                     15:04
10         A    Depending on the application of the laser    15:04
11    diode, either single emitter device or laser diode     15:04
12    bar, ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌  ▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                                       15:04
16         Q    For the GBr3, what would be ▌▌▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌?                                               15:04
18              MR. JAFFE:  Objection; form.                  15:04
19              THE WITNESS:  Without having gone through     15:05
20    computations of the -- ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
      ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌                     15:05
24              However, in the deposi- -- in the             15:05
25    declarations of the Google engineer, Pierre Droz, they 15:05
```

Page 125

| | | | |
|---|---|---|---|
| 1 | Q | What about ████████? | 15:07 |
| 2 | A | Again, you're asking me to do calculations | 15:07 |
| 3 | | that I don't have information available to me in terms | 15:07 |
| 4 | | of the detailed design properties of the system. | 15:07 |
| 5 | Q | You know, earlier we were looking at the | 15:07 |
| 6 | | Trade Secret No. 7, and you confirmed there was no | 15:07 |
| 7 | | requirement of ████████████████. | 15:07 |
| 8 | | Do you recall that? | 15:07 |
| 9 | A | Yes. | 15:08 |
| 10 | Q | Where does it say in Trade Secret 7 that the | 15:08 |
| 11 | | ██████████████████████? | 15:08 |
| 12 | A | The significance in the Trade Secret is the | 15:08 |
| 13 | | ████████████████████████████████████████ | |
| 14 | | ████████████████████████████████████████ | |
| 15 | | ████████████████████████████████████████ | |
| 16 | | ████████████████████████████████ | 15:08 |
| 17 | Q | But where does it ██████████████████████ | |
| 18 | | ████████████? | 15:09 |
| 19 | A | Trade Secret No. 7 doesn't have █ █████ | |
| 20 | | ████████████████████████████████████████. | 15:09 |
| 21 | | (Document marked Exhibit 1048 | 15:09 |
| 22 | | for identification.) | 15:09 |
| 23 | | MR. KIM:  Okay.  I'd like to hand you | 15:09 |
| 24 | | deposition Exhibit No. 140 -- 1048. | 15:09 |
| 25 | | MR. JAFFE:  Can I get a copy, please? | 15:09 |

Page 128

1   A   Yes.                                                          15:12
2   Q   And above that label, ██████████████████████    ████
    ██████████████████████████████████████████████████  ████
    ██████████████████████████████                                    15:13
5       Do you see that?                                              15:13
6   A   Yes.                                                          15:13
7   Q   Okay.  This depicts ████████████████████████    ████
    ██████; correct?                                                  15:13
9   A   Again, ████████████████████████████████          ████
    ██  ████████████████████████████████████            ████
    ██  ████████████████████████████████████            ████
    ██      ████████████████████████████                ████
    ██  ████████████████████████████████████████        ████
    ██  ██████████                                                    15:13
15  Q   That's not my question.                                       15:13
16      My question is:  That figure depicts  ██████    ████
    ████████████████████████████████████████████████    ████
    ██  ██████; correct?                                              15:13
19      MR. JAFFE:  Objection; form.                                  15:13
20      THE WITNESS:  As you see in this figure,                      15:13
21  there is ████████████████.                                        15:13
22      But the greater body of knowledge of the                      15:13
23  packaging of even the specific type of high-powered               15:13
24  laser diode bars as referenced in the Liu textbook                15:14
25  indicates that the ideal configuration for these                  15:14