MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:  202.237.2727
Facsimile:  202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.     3:17-cv-00939-WHA-JSC<br><br>**ATTORNEY KAREN L. DUNN'S REQUEST TO APPEAR TELEPHONICALLY AT THE DISCOVERY HEARING ON BEHALF OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC; [PROPOSED] ORDER**<br><br>Date:    May 11, 2017<br>Time:    2:00 p.m.<br>Ctrm:    F<br>Judge:   Hon. Jacqueline Scott Corley<br>Trial Date: October 2, 2017 |

Pursuant to the Court's Standing Order, attorney Karen L. Dunn of Boies Schiller Flexner LLP respectfully requests the Court's permission to appear by telephone on behalf of Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber"), at the Discovery Hearing scheduled for May 11, 2017 at 2:00 p.m. Co-counsel for Uber from Morrison & Foerster LLP will appear in person.

Dated: May 5, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Karen L. Dunn*
    Karen L. Dunn

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that attorney Karen L. Dunn of Boies Schiller Flexner LLP is permitted to appear by telephone at the Discovery Hearing scheduled for May 11, 2017 at 2:00 p.m. Counsel shall contact CourtCall at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: May 8, 2017

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE