UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND SUPPORTING EXHIBITS THERETO, AND CERTAIN ADDITIONAL DOCUMENTS AS REQUESTED BY THE COURT** |

Plaintiff Waymo LLC ("Waymo") has filed a revised Administrative Motion to File Under Seal Portions Its Reply in Support of Its Motion for a Preliminary Injunction, Motion for Expedited Discovery, Supporting Declarations, and Supporting Exhibits Thereto, and Certain Additional Documents as Requested by the Court ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Original Docket Entry | Portions to Be Filed Under Seal |
|---|---|---|
| Waymo's Reply in Support of Motion for a Preliminary Injunction | Originally filed at Dkt. 245-3; revised at Dkt. | Highlighted Portions |

| Document | Original Docket Entry | Portions to Be Filed Under Seal |
|---|---|---|
| | 342-1 | |
| Exhibit 64 to the Declaration of Jordan Jaffe ("Jaffe Decl.") | Dkt. 246-3 | Highlighted Portions |
| Exhibits 65-66, 68, 83-84, 90, & 91 to the Jaffe Decl. | Originally filed at Dkt. 246-247; revised at Dkt. 342 | Green Highlighted Portions |
| Exhibits 85, 87, 101 and 107 to the Jaffe Decl. | Dkt. 246-247; revised at Dkt. 342. | Entire Documents |
| Exhibits 61-63, 67, and 82 to the Jaffe Decl. | Originally filed at Dkt. 246-247; revised at Dkt. 272 | Blue Highlighted Portions |
| Exhibits 69, 70-78, 85, 86, 87, 92-100, 101, 104-106, 107, 109-110 to the Jaffe Decl. | Dkt. 246-247 | Entire Documents |
| Declaration of Gregory Kintz ("Kintz Decl.") | Originally filed at Dkt. 245-5; revised at Dkt. 342-3 | Highlighted Portions |
| Exhibits 114-127 and 131 to the Supplemental Declaration of Jordan Jaffe, filed concurrently herewith. | N/A | Entire Documents |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge