# JAFFE EXHIBIT 64

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                         )
                                        )
 6             Plaintiff,               )
                                        )   Case No.
 7         vs.                          )   3:17-cv-00939-WHA
                                        )
 8   UBER TECHNOLOGIES, INC.,           )
     OTTOMOTTO LLC; OTTO TRUCKING       )
 9   LLC,                               )
                                        )
10             Defendants.              )
     _____)
11
12      *** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
13
14       VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15               San Francisco, California
16               Thursday, April 20, 2017
17                      Volume I
18
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   Job No. 2599854
24
25   Pages 1 - 95
```

1                              INDEX
2    WITNESS
3    GAETAN PENNECOT                                    EXAMINATION
     Volume I
4
5                  BY MR. JAFFE                                   7
6
7
8
9                             EXHIBITS
10   NUMBER              DESCRIPTION                          PAGE
11   Exhibit 100   Photocopy of photograph,                    31
12                 Bates UBER00011668
13
14   Exhibit 101   Photocopy of photograph,                    33
15                 Bates UBER00011654
16
17   Exhibit 102   E-mail to Anthony Levandowski               42
18                 from Gaetan Pennecot, dated 2-24-17,
19                 with attachments,
20                 Bates UBER00011465 - 1472
21
22   Exhibit 103   E-mail string, top e-mail to               72
23                 Anthony Levandowski from Gaetan
24                 Pennecot, dated 6-24-15,
25                 Bates UBER00011588 - 1592

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      A   Yes, I was.                                    09:23:31
 2      Q   But you didn't have an understanding of
 3  why they thought it was better; is that right?
 4      A   I would say I didn't have a clear
 5  understanding.                                         09:23:46
 6      Q   What was your understanding?
 7      A   It was ■■■■■■■■■■■■■■■■.
 8      Q   Talking about GBR 3 transmit boards again,
 9  the -- ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
10  ■■■■■■■■■■■■■ right?                                   09:24:03
11      A   So that I don't completely remember.
12      Q   For the diodes that are placed on the
13  transmit board, they would ■■■■■■■■■■■■■■,
14  correct?
15      A   This is correct.                               09:24:26
16      Q   ■■■■■■■■■■■■■■, correct?
17      A   This is correct.
18      Q   And it was intentionally designed for a
19  ■■■■■■■■■■■■■■■■, right?
20      A   So there was not much importance to that       09:24:38
21  ■■■■■■■■■■. So it was -- ■■■■■■■■■■ was easy to
22  type.
23      Q   I see.  So they were intentionally
24  designed to ■■■■■■■■■■■■■■■■■■■■■■■ was just what
25  you picked?                                            09:24:56
```

| | | |
|---|---|---|
| 1 | A   I don't remember exactly, but I would say | 09:36:04 |
| 2 | after April 25th. | |
| 3 | Q   What other jobs did you apply to between | |
| 4 | when you left Waymo and joined Otto? | |
| 5 | A   I didn't apply to any company. | 09:36:28 |
| 6 | Q   And what position did you apply for at | |
| 7 | Otto? | |
| 8 | A   I think it was mechanical engineer. | |
| 9 | Q   Who recruited you to join Otto? | |
| 10 | A   Anthony did. | 09:36:45 |
| 11 | Q   And how did that come about? | |
| 12 | A   So when Anthony left Google, I lost | |
| 13 | contact with him.  I knew where he lived, so one day | |
| 14 | I drove to his place. | |
| 15 | Q   Unannounced? | 09:37:25 |
| 16 | A   Unannounced. | |
| 17 | Q   What happened then? | |
| 18 | A   I met outside in the street a co-worker | |
| 19 | from 510 Systems. | |
| 20 | Q   Who was that? | 09:37:39 |
| 21 | A   Oleg.  Oleg.  I don't remember his last | |
| 22 | name. | |
| 23 | Q   Then what happened? | |
| 24 | A   Then I asked to get in touch with Anthony, | |
| 25 | and Anthony was not in the house. | 09:38:06 |

```
1    on the bottom?                                          09:42:26

2         A    No.

3         Q    What number is it?

4         A    668.

5              MR. KIM:  At this point, I'll designate       09:42:34

6    the entire transcript attorneys' eyes only, Waymo --

7    I'm sorry -- Uber attorneys' eyes only under the

8    protective order.

9              MR. JAFFE:  I'm just going to hand you the

10   whole stack.  I'm having trouble finding the right      09:42:53

11   one out of that.  That's just for you, for time

12   purposes.

13        Q    I've handed you what I've marked as

14   Exhibit 100.

15             Do you recognize what's shown in that         09:43:04

16   picture?

17        A    I do.

18        Q    What is it?

19        A    This looks like [redacted] parts.

20        Q    Now, on the right-hand side of the picture    09:43:20

21   you're looking at, are those -- is that the housing

22   design for [redacted]

23        A    It looks like it.

24        Q    Okay.  [redacted]
     [redacted]                                              09:43:41
```

Page 32

```
 1      ████████████████████████████████████████        09:43:44

 2      A    This is correct.

 3           MR. JAFFE:  Okay.  Now, let me find a

 4   different picture for you.

 5           This will be Exhibit 101.                   09:44:18

 6           (Exhibit 101 was marked for identification

 7   and is attached hereto.)

 8   BY MR. JAFFE:

 9      Q    Do you recognize what I've placed in front

10   of you as Exhibit 101?                              09:44:21

11      A    I do.

12      Q    What is it?

13      A    This is an optical cavity.

14      Q    For ████████

15      A    This is correct.                            09:44:33

16      Q    You designed the optical cavity for

17   ████, right?

18      A    This is correct.

19      Q    ████████████████████████████████

    ████████████████████████████████████████████  ██████

    ████████████████████████████████████  right?

22      A    I didn't work on that part.

23      Q    ████████████████████████████████

    ██████████████████████████████

25      A    ███████████████████████████          09:45:03
```

Page 33

```
 1            So do you know what housing is?                09:46:51

 2            MR. KIM:  Objection.  Vague.

 3            THE WITNESS:  I guess a housing could mean

 4   many things.

 5   BY MR. JAFFE:                                            09:46:59

 6       Q    Do you know what a housing is in the

 7   context of LiDAR?

 8            MR. KIM:  Objection.  Vague.

 9            THE WITNESS:  This is not a term I used.

10   BY MR. JAFFE:                                            09:47:06

11       Q    It's not a term you've ever used?

12       A    No.

13       Q    Let's talk about the optical cavity.  It

14   included -- in Spider, it included a lens, right?

15       A    This is correct.                                09:47:21

16       Q    And the Spider design included transmit

17   and receive, right?

18       A    This is correct.

19       Q    So there were -- for each optical cavity,

20   there were eight lasers, right?                          09:47:34

21       A    This is correct.

22       Q    And then there would be eight

23   corresponding receptors for each optical cavity,

24   right?

25       A    This is correct.                                09:47:42
```

Page 36

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   And so the way that it worked in the | 09:47:43 |
| 2 | Spider optical cavity that you designed that we're | |
| 3 | looking at here in Exhibit 101 is, the eight lasers | |
| 4 | would emit and go through a hole in a mirror to the | |
| 5 | main lens that we're looking at in Exhibit 101, | 09:47:57 |
| 6 | right? | |
| 7 | A   This is correct. | |
| 8 | Q   They would go and hit some target and | |
| 9 | bounce back and go through the same lens, right? | |
| 10 | A   This is correct. | 09:48:07 |
| 11 | Q   And then they would bounce off of a mirror | |
| 12 | to the individual photodetectors, right? | |
| 13 | A   This is correct. | |
| 14 | Q   And so the transmit and receive paths | |
| 15 | would overlap in the optical cavity that we're | 09:48:18 |
| 16 | looking at in Exhibit 101, right? | |
| 17 | MR. KIM:  Objection.  Vague. | |
| 18 | THE WITNESS:  For any given channels, they | |
| 19 | never overlap. | |
| 20 | BY MR. JAFFE: | 09:48:34 |
| 21 | Q   I see. | |
| 22 | But for the lasers as a whole, they would | |
| 23 | overlap, right? | |
| 24 | MR. KIM:  Objection.  Vague. | |
| 25 | THE WITNESS:  Let me think about this one. | 09:48:47 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | It's pretty hard to see the geometry in my head. So | 09:48:49 |
| 2 | I guess it could overlap. | |
| 3 | BY MR. JAFFE: | |
| 4 | Q   To state it another way, the area where | |
| 5 | the transmit path goes through and the area where | 09:49:08 |
| 6 | the receive path goes through, it's the same shared | |
| 7 | space in the optical cavity, right? | |
| 8 | A   This is correct. | |
| 9 | Q   Okay. The Spider design in the specific | |
| 10 | optical cavity that we're looking at in Exhibit 101, | 09:49:26 |
| 11 | that is was a single-lens design, right? | |
| 12 | MR. KIM:  Objection. Vague. | |
| 13 | THE WITNESS:  So there were two lens | |
| 14 | elements. | |
| 15 | BY MR. JAFFE: | 09:49:44 |
| 16 | Q   What do you mean by that? | |
| 17 | A   If you open this cavity, you would have | |
| 18 | two elements:  One front element, and a second | |
| 19 | element 50 millimeters behind. | |
| 20 | Q   What did the second lens element do? | 09:50:02 |
| 21 | A   To get better focusing or beam quality, | |
| 22 | you need more optical surfaces. And the more | |
| 23 | optical surfaces you get, the better focus you can | |
| 24 | get. | |
| 25 | Q   I see. | 09:50:27 |

Page 38

CONFIDENTIAL - ATTORNEYS EYES ONLY

1        THE WITNESS:  Yes.                           10:13:53
2    BY MR. JAFFE:
3        Q   Why?
4        A   Because I thought he was going to work on
5    trucks.                                          10:14:17
6        Q   Is that what he told you when you were
7    talking about joining the company?
8        A   We were, and we are still, working on
9    trucks.
10       MR. JAFFE:  Let's mark as Exhibit 102 a      10:14:40
11   document Bates-labeled UBER11465.
12       (Exhibit 102 was marked for identification
13   and is attached hereto.)
14   BY MR. JAFFE:
15       Q   Mr. Pennecot, this is an e-mail that you 10:15:01
16   sent to Mr. Levandowski in February 2017, correct?
17       A   This is correct.  Let me -- this is
18   correct.
19       Q   And the subject line is ████████████
20   ████████████████████████████                     10:15:39
21   Do you see that?
22       A   I see it.
23       Q   Fuji, that refers to one of Uber's LiDAR
24   projects, right?
25       A   This is correct.                         10:15:48

Page 42

```
1      Q     ████████████████████████████████  ████

       ████████████████████████████████

       █    ██████████.

4      Q     So -- and just going by the names of the

5    attachment, ██████████████████████████████  ████

       ██████████████████████████████

            █   ██

            █   ██████████████████

       ██████████████████████████

            █   ██████████              ████

            █   ██████████

            █   ████████████  ██████

       ████████

            █   ██████████████████

            █   ██████████████████████  ████

       ████████████

            █   ██████████████

       ██████████████████████

            █   ██████████████

            █   ████                       ████

            █   ██████████████████

            █   ████████████████████

       ██████████████

            █   ████████████████

            █   ██████████████        10:16:58
```

Page 43

```
1        Q    ████████████████████████████████  ██████

■             ■  ████████████████████████████████

■        ████████████████████████

4        Q    And just so the record is clear, you're

5     looking at the page ending in 11468?  I think it's a           10:17:18

6     little covered over, but it's the one prior to

7     11469, so I'm pretty comfortable saying that.

8        A    1468.  This is correct.

9        Q    Going back to the first page, you also

10    sent Mr. Levandowski ████████████████████████ ██████

■     ████████ is that right?

12       A    So ████████████████████ ████████████

■     ████████ ████████████████████████ ██████ ████████

■     ████████

15       Q    Okay.  ████████████████████████████████ ██████

■     ████████████████████

■             ■  ████████████████████████████████

■             ■  ████████████████████████████████████████

■     ████████████████████████ right?

20       A    Yes, this is correct.                                  10:18:33

21       Q    Why did you send these things to

22    Mr. Levandowski?

23       A    Because he asked me to.

24       Q    Why did he ask you to?

25            MR. KIM:  Objection.  Calls for                        10:18:42
```

Page 44

```
 1    speculation.                                             10:18:43

 2            THE WITNESS:  I don't know.

 3    BY MR. JAFFE:

 4        Q   He just walked up to you and said, "Can

 5    you send me these very specific things?"                 10:18:52

 6        A   I guess he called me.

 7        Q   And what did he say?

 8        A   What did he say?  He asked me to send him,

 9    like, some ▇▇▇▇▇▇▇▇▇, like, describing my

10    job, what I was doing.                                   10:19:14

11        Q   And did you have any understanding of why

12    he was asking you to send him this material?

13        A   No.

14        Q   Did you ask?

15        A   I don't remember.                                10:19:33

16        Q   Did you get any further information

17    afterwards on why he asked you to send this material

18    about Fuji?

19        A   No, I didn't.

20        Q   Why -- do you have any understanding of          10:19:46

21    why Mr. Levandowski would ask you to send these

22    detailed -- this detailed information about the Fuji

23    project to him?

24            MR. KIM:  Objection.  Calls for

25    speculation, asked and answered.                         10:19:55
```

Page 45

```
 1        Q   Okay.  So you can't tell me anything about        10:42:44
 2   what your colleagues told you to calm you down about
 3   these shocking allegations?
 4        A   I don't remember, like, the -- yeah.  No,
 5   I don't remember.                                          10:43:00
 6        Q   Did you ever ask Anthony?
 7        A   I did.
 8        Q   What did he say?
 9        A   So he told me that there was -- so I
10   remember him saying there's nothing at -- wait.  How       10:43:12
11   did he -- like, how did he phrase that?
12            I asked him, like, "Did you" -- yeah,
13   like, "Did you take documents?"
14            And the answer was, "There are, like, no
15   documents at Uber."                                        10:43:39
16            So, like, he didn't really answer the
17   question.
18        Q   So he didn't deny that he took the
19   documents, right?
20        A   He didn't deny it.                                10:43:45
21        Q   What did you do after he didn't answer the
22   question?
23        A   I told him that he better explain to
24   everybody what happened.
25        Q   When was this conversation?                       10:43:59
```

Page 65

CONFIDENTIAL - ATTORNEYS EYES ONLY

1     THE WITNESS:  I don't know.                          10:50:57

2  BY MR. JAFFE:

3     Q   You don't know whether what he did is

4  unethical?

5     A   I don't know.  I don't know whether he did       10:51:02

6  or didn't.

7     Q   Have you seen any evidence of Google's

8  proprietary information being used at Uber?

9     A   Not at all.

10    Q   What was Mr. Levandowski's role in the           10:51:26

11 Spider design?  Referring to Anthony Levandowski.

12    A   He made some sketches at the -- like, he

13 basically brought me on the project.

14    Q   When you said, "He made some sketches,"

15 what are you talking about?                             10:51:45

16    A   So he came to my desk and made some

17 sketches.

18    Q   Of what?

19    A   Possible optics or beam steering or

20 things.  He was brainstorming at my desk.               10:51:56

21    Q   And did the sketches that he designed, is

22 that the basis for the optical cavity that we marked

23 as the picture, as Exhibit, I think, 101?

24    A   I designed around these sketches, yes.

25    Q   So he gave you the initial design, and you      10:52:13

Veritext Legal Solutions
866 299-5127

```
 1   designed around what he provided you, and you          10:52:15

 2   resulted in Exhibit 101?

 3           MR. KIM:  Objection.  Vague.

 4           THE WITNESS:  I used it as a first spec,

 5   you know.  Like, you need to start somewhere.          10:52:26

 6           MR. JAFFE:  Why don't we take a quick

 7   break.

 8           THE VIDEO OPERATOR:  The time is

 9   10:52 a.m.  We're off the record.

10           (Recess, 10:52 a.m. - 11:09 a.m.)             10:52:44

11           THE VIDEO OPERATOR:  The time is 11:09

12   a.m.  We are back on the record.

13           MR. JAFFE:  I'm going to mark as

14   Exhibit 103 a document Bates-labeled UBER11588.

15           (Exhibit 103 was marked for identification    11:09:51

16       and is attached hereto.)

17   BY MR. JAFFE:

18       Q   Mr. Pennecot, this is an e-mail that you

19   wrote, right?  Exhibit 103?

20       A   Yes, this is correct.                         11:10:49

21       Q   You said you guess this is correct?

22       A   No, this is correct.  This is correct.

23   This is this page.

24       Q   And going back to the first page, the

25   subject line is ███████████████████████████          11:11:01
```

Page 72