# JAFFE EXHIBIT 82

CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4                      -oOo-

5    WAYMO LLC,                    )

6                                  )

7           Plaintiff ,           )

8                                  )

9      vs.                         )  Case No: 3:17-cv-00939-WHA

                                   )

10   UBER TECHNOLOGIES, INC.,      )

     OTTOMOTTO LLC, OTTO TRUCKING,)

11   LLC,                          )

                                   )

12           Defendants.           )

     _____)

13

14         CONFIDENTIAL - ATTORNEYS' EYES ONLY

15       VIDEOTAPED DEPOSITION OF DANIEL GRUVER

16             San Francisco, California

17             Thursday, April 20, 2017

18

19

20   Reported by:

21   LISA R. TOW

22   CSR No. 6629

23   Job No. 2599857

24

25   PAGES 1 - 73

                                        Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   He was interested in the | 09:27:19AM |
| 2 | functionality of it in respect to how it | 09:27:20AM |
| 3 | pertained to the self-driving vehicle. | 09:27:25AM |
| 4 | Q.   Did Anthony Levandowski have input | 09:27:29AM |
| 5 | into the functionality of ███████ | 09:27:33AM |
| 6 | A.   Yes. | 09:27:35AM |
| 7 | Q.   What other input would Anthony | 09:27:35AM |
| 8 | Levandowski have had in relation to the | 09:27:46AM |
| 9 | functionality -- I'm sorry.  Let me start | 09:27:48AM |
| 10 | over again. | 09:27:50AM |
| 11 | What input did Anthony Levandowski have | 09:27:50AM |
| 12 | in relation to the design of ███████ | 09:27:54AM |
| 13 | A.   Design review involvement, I | 09:27:57AM |
| 14 | guess. | 09:28:11AM |
| 15 | Q.   And Anthony Levandowski would | 09:28:16AM |
| 16 | provide feedback on design; is that fair? | 09:28:22AM |
| 17 | A.   Yeah, as it pertained to schedule | 09:28:25AM |
| 18 | mostly. | 09:28:29AM |
| 19 | You know, is given two options or three | 09:28:30AM |
| 20 | options we would be considering would | 09:28:33AM |
| 21 | something more expediently get us a system | 09:28:33AM |
| 22 | to test on a truck or more thoroughly meet | 09:28:36AM |
| 23 | sort of requirements our software engineers | 09:28:39AM |
| 24 | wanted. | 09:28:42AM |
| 25 | Q.   But through that input then, | 09:28:44AM |

Page 24

CONFIDENTIAL - ATTORNEYS EYES ONLY



20      Q.   Who came up with the lens design          09:31:49AM

21   for ███████                                       09:32:10AM

22      A.   I don't recall.                           09:32:11AM

23      Q.   Was -- it wasn't you?                     09:32:12AM

24      A.   No.                                       09:32:20AM

25      Q.   Was it Anthony Levandowski?               09:32:20AM

                                        Page 26

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    ████████████████████████████        ████████
 █    █████████████                        09:37:22AM
 3        Q.    And that was around the same time   09:37:22AM
 4    that it was publically announced?      09:37:26AM
 5        A.    Yeah, I think it was exactly the   09:37:28AM
 6    same time.                             09:37:31AM
 7        Q.    ██████████████████████        ████████
 █    █████████████████                      ████████
 █        ██    ████████████████████         ████████
 █        ██    ██████████████████           ████████
 █    ██████████████████████████████        ████████
 █    ██████████████████████                 ████████
 █        ██    ██████████████    ████████████  ████████
 █    ████████████████████████████           ████████
 █    █████████████████████████████          ████████
 █    █████████████████████████████          ████████
 █    ██████████████████████                 09:38:08AM
18        Q.    The -- going back to ██████.   Did   09:38:13AM
19    ███████████████████████                 09:38:26AM
20        A.    Yes.                          09:38:30AM
21        Q.    ██████████████████████        ████████
 █    ████████████████████                    09:38:34AM
23        A.    A combination of engineers.   09:38:35AM
24        Q.    Can you name any specific people   09:38:37AM
25    that you are aware of that were involved in   09:38:39AM
```

Page 31

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | been involved in a design review for Fuji? | 09:48:39AM |
| 2 | A.   I wouldn't say "never." | 09:48:42AM |
| 3 | Q.   When has he been involved? | 09:48:43AM |
| 4 | Let me start over again. | 09:48:47AM |
| 5 | Mr. Levan -- Anthony Levandowski -- | 09:48:49AM |
| 6 | Has Anthony Levandowski been involved | 09:48:54AM |
| 7 | in any design reviews for Fuji? | 09:49:05AM |
| 8 | A.   I can't recall a date, but he's | 09:49:09AM |
| 9 | been involved. | 09:49:20AM |
| 10 | Q.   Can you -- how many design reviews | 09:49:22AM |
| 11 | of Fuji have there been? | 09:49:32AM |
| 12 | A.   So we -- we meet frequently about | 09:49:35AM |
| 13 | the progress of it with either engineering | 09:49:42AM |
| 14 | leads or our entire team.  So, I would say | 09:49:45AM |
| 15 | we meet twice a week to do status updates or | 09:49:47AM |
| 16 | project updates.  So, lots. | 09:49:51AM |
| 17 | Q.   And you can't recall specific | 09:49:54AM |
| 18 | dates, but Anthony Levandowski has been | 09:49:57AM |
| 19 | involved in at least some of those design | 09:49:59AM |
| 20 | reviews; is that fair? | 09:50:02AM |
| 21 | A.   Yeah.  He's been -- there's been | 09:50:03AM |
| 22 | updates to him and other people about | 09:50:08AM |
| 23 | progress.  I don't think we've setup formal | 09:50:10AM |
| 24 | design reviews that have involved him sort | 09:50:14AM |
| 25 | of being involved in a design review, but I | 09:50:16AM |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   lawsuit in which Mr. Levandowski may have          10:33:03AM

 2   briefly addressed the allegations?                 10:33:06AM

 3        A.   I was present at the meeting.            10:33:09AM

 4        Q.   What did Mr. Levandowski say?            10:33:11AM

 5        A.   I don't recall.                          10:33:12AM

 6        Q.   ████████████████████████████   ██████

     ████████████████████████████████████████   ██████

     ████████████████████████████████████         ██████

          ██   █████████████████████             ██████

     ██   ██   ██████████████████████████████     ██████

     ██   █████████████████████████████████       ██████

     ██   ████████████                             ██████

     ██   ██   ████████████████████████           ██████

     ██   ██   ███████   ████████████████         ██████

     ██   ██   ██████████                          ██████

     ██   ██   ████████████████████████████████   ██████

     ██   █████████████████████████████           ██████

     ██   ████████                                 ██████

     ██        ████████████                        ██████

     ██   ██   ████████████████████████████████   ██████

     ██   ███████████████████                      ██████

     ██   ██   ████████████████████████████        ██████

     ██   ████                                      10:33:55AM

24        Q.   So safe to say you don't really       10:33:56AM

25   have a good memory of what he said at that       10:33:58AM
```

                                        Page 60

| | | |
|---|---|---|
| 1 | have happened, but I -- | 10:50:17AM |
| 2 | Q. What was Anthony Levandowski's | 10:50:20AM |
| 3 | role in the decision to pivot from Spider to | 10:50:23AM |
| 4 | Fuji? | 10:50:27AM |
| 5 | A. He had the opportunity to veto a | 10:50:28AM |
| 6 | design change. But didn't. So, I guess -- | 10:50:34AM |
| 7 | Q. But ultimately the decision as to | 10:50:42AM |
| 8 | whether to pivot from Spider to Fuji would | 10:50:44AM |
| 9 | have been up to Anthony Levandowski; fair? | 10:50:49AM |
| 10 | A. Yes. | 10:50:55AM |
| 11 | Q. Fair. | 10:50:55AM |
| 12 | And was Spider designed to rotate about | 10:50:58AM |
| 13 | in access? | 10:51:05AM |
| 14 | A. Yes. | 10:51:06AM |
| 15 | Q. Did the outgoing laser beams go | 10:51:06AM |
| 16 | through a hole in a mirrored surface in | 10:51:10AM |
| 17 | Spider? | 10:51:13AM |
| 18 | A. Yes. | 10:51:13AM |
| 19 | Q. Did the incoming reflected light | 10:51:15AM |
| 20 | bounce off that mirrored surface on it's way | 10:51:19AM |
| 21 | to the received block in Spider? | 10:51:23AM |
| 22 | A. Yes. | 10:51:24AM |
| 23 | Q. Would light transmit out and | 10:51:29AM |
| 24 | return through the same lens pair in Spider? | 10:51:32AM |
| 25 | A. So, we prototyped a handful of -- | 10:51:36AM |

Page 67

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | discussed a handful of designs.  I'm trying | 10:51:48AM |
| 2 | to remember which one was the last plan of | 10:51:51AM |
| 3 | record.  But, I believe the sort of last | 10:51:53AM |
| 4 | plan of record had that. | 10:51:56AM |
| 5 | Q.   And did Spider use more than one | 10:51:58AM |
| 6 | laser? | 10:52:01AM |
| 7 | A.   Clarify. | 10:52:06AM |
| 8 | Q.   Did Spider have available to it | 10:52:07AM |
| 9 | the use of more than one laser? | 10:52:12AM |
| 10 | A.   Yes. | 10:52:14AM |
| 11 | Q.   And did the received block in | 10:52:14AM |
| 12 | Spider use more than one receiver? | 10:52:18AM |
| 13 | A.   Yes. | 10:52:21AM |
| 14 | Q.   Did the light going out -- let me | 10:52:22AM |
| 15 | start over again. | 10:52:26AM |
| 16 | When the light went out in Spider would | 10:52:28AM |
| 17 | it partially overlap with the path of light | 10:52:34AM |
| 18 | returning to the received block? | 10:52:39AM |
| 19 | A.   Yes. | 10:52:41AM |
| 20 | Q.   And was -- were the lenses in | 10:52:55AM |
| 21 | Spider were they in a housing of some kind? | 10:53:09AM |
| 22 | A.   Yes. | 10:53:12AM |
| 23 | Q.   Why don't we go off the record. | 10:53:12AM |
| 24 | THE VIDEOGRAPHER:  Off the record at | 10:53:19AM |
| 25 | 10:50 a.m. | 10:53:24AM |

Page 68