# JAFFE EXHIBIT 90

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4      _____
                                         )
 5      WAYMO LLC,                       )
                                         )
 6                    Plaintiff,         )
                                         )
 7            vs.                        )   Case No.
                                         )   3:17-cv-00939-WHA
 8      UBER TECHNOLOGIES, INC.,         )
        OTTOMOTTO LLC; OTTO              )
 9      TRUCKING LLC,                    )
                                         )
10                    Defendants.        )
        _____)
11
12
13
14
15         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16         VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                 San Francisco, California
18                  Friday, April 31, 2017
19                         Volume I
20
21
22
        Reported by: SUZANNE F. GUDELJ
23      CSR No. 5111
24      Job No. 2581643
25      PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                    Plaintiff,      )
                                      )
 7            vs.                     )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                    Defendants.     )
       _____)
11
12
13
14
15
16          Videotaped deposition of PIERRE-YVES DROZ,
17     Volume I, taken on behalf of Defendants Uber
18     Technologies, Inc., Ottomotto LLC; Otto
19     Trucking LLC at the Law Offices of Morrison &
20     Foerster LLP, 425 Market Street, 33rd Floor,
21     San Francisco, California, beginning at 9:39
22     a.m. and ending at 2:52 p.m., on Friday,
23     March 31, 2017, before SUZANNE F. GUDELJ,
24     Certified Shorthand Reporter No. 5111.
25
```

Veritext Legal Solutions
866 299-5127



Page 67

```
 1     ███████
 2       A    ████████████████████████
 3   ██  ████████████████████████
 4   ██  ████████████████  ██████████████
 5   ██  ████████████████████████████  ████
 6   ██  ████████████████████
 7   ██  ██████████
 8       Q    ████████████████████████
 9   ██  ████
10       A    ████████████████████████  ████
11   ██  ████████
12       Q    ████
13       A    --  ████████████████████
14   ██  ████████████████████████
15   ██  ██████████████  ██████  ████
16   ██  ██████████████████████
17   ██  ████████████  ██████
18   ██  ██████████████
19            (Reporter clarification.)
20            ████████████  ██████████  ████
21   ██  ████████████████████
22   ██  ██████████████████
23   ██  ██████████████████
24   ██  ████████████████████████
25   ██  ████████████████████                01:19:47
```

Page 129

```
 1    ▮▮▮▮
 2       ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮
 3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮
 6    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7       MR. JAFFE:  Objection.  Form.
 8       THE WITNESS:  ▮▮▮▮▮▮▮
 9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10    ▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮  ▮▮
11    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13    ▮▮▮▮▮
14    BY MR. JACOBS:
15       Q   ▮▮▮▮▮▮▮
16       A   ▮▮▮▮▮▮▮
17       MR. JAFFE:  Just slow down.
18       THE WITNESS:  ▮▮▮▮  ▮▮▮▮
19    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20    ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮  ▮▮
21    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25    ▮▮▮▮▮▮▮▮▮▮▮▮                        01:20:52
```

Page 130

```
1    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2    BY MR. JACOBS:
3         Q    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
```



```
                                                     01:21:34
16        A    Yes.
17        Q    Let me ask you a couple of questions about
18   510 Systems.
19             What is your understanding of the
20   following: 510 Systems gets acquired by Google and    01:21:58
21   one or more people at 510 Systems retain some rights
22   with respect to previously developed technology.
23             Do you have an understanding of that topic?
24             MR. JAFFE: I'm not sure if that's a
25   question, but I'm going to object as to form.         01:22:18
```

Page 131

```
 1
 2
 3
 4
 5
 6
 7
 8            I, PIERRE-YVES DROZ, do hereby declare
 9    under penalty of perjury that I have read the
10    foregoing transcript of my deposition; that I have
11    made such corrections as noted herein, in ink,
12    initialed by me, or attached hereto; that my
13    testimony as contained herein, as corrected, is true
14    and correct.
15            EXECUTED this _____ day of _____,
16    2017, at _____, _____.
17                          (City)              (State)
18
19                              _____
                                PIERRE-YVES DROZ
20                              Volume I
21
22
23
24
25
```

Page 186