MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No.        3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO RE-FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION AND SUR-REPLY TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION, AND SUPPORTING DECLARATIONS THERETO**<br><br>Trial Date: October 2, 2017 |

Pursuant to the Court's May 3, 2017 Minute Order[1] and in accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants") submit this motion for an order to file under seal the confidential, unredacted versions of the following documents:

1.      Portions of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction ("Opposition");

2.      Portions of the Declaration of Michael Lebby in Support of Defendants' Opposition ("Lebby Declaration");

3.      Portions of the Declaration of Paul McManamon in Support of Defendants' Opposition ("McManamon Declaration");

4.      Portions of the Declaration of Scott Boehmke in Support of Defendants' Opposition  ("Boehmke Declaration");

5.      Portions of the Declaration of James Haslim in Support of Defendants' Opposition ("Haslim Declaration");

6.      Portions of Defendants' Sur-Reply to Plaintiff Waymo LLC's Motion for Preliminary Injunction ("Sur-Reply");

7.      Portions of the Supplemental Declaration of Michael Lebby in Support of Defendants' Sur-Reply ("Lebby Supplemental");

8.      Portions of the Supplemental Declaration of Scott Boehmke in Support of Defendants' Sur-Reply  ("Boehmke Supplemental");

9.      Portions of the Supplemental Declaration of James Haslim in Support of Defendants' Sur-Reply  ("Haslim Supplemental");

10.      Portions of Exhibit 2 to the Lebby Supplemental and Exhibit 15 to the Chang Declaration in Support of Defendants' Sur-reply.

Some of the redacted portions of Defendants' Opposition, the Lebby Declaration, McManamon Declaration, Haslim Declaration, and Boehmke Declarations, as well as

_____

[1] *See also* 5/3/2017 Sealed PM Hr'g Tr. 3:13-21.

Defendants' Sur-Reply, Lebby Supplemental, Boehmke Supplemental, and Haslim Supplemental Declarations, discuss Uber's proprietary and highly confidential designs for Uber's custom LiDAR system or Uber's detailed market information. These portions are highlighted in blue on the unredacted copies of the documents. The design of Uber's custom LiDAR system and Uber's detailed market strategy information are Uber highly confidential, proprietary information which, if made public, would cause Uber irreparable harm in this very competitive space of autonomous driving. (Declaration of Michelle Yang In Support of Defendants' Administrative Motion to Re-File Documents Under Seal ("Yang Decl.") ¶ 2, 3.)

Some of the redacted portions of Defendants' Opposition, the Lebby Declaration, and McManamon Declaration, as well as Defendants' Sur-Reply, the Lebby Supplemental, the Haslim Supplemental, Exhibit 2 to the Lebby Supplemental, and Exhibit 15 to the Chang Declaration in Support of Defendants' Sur-reply, have been designated by Waymo as either confidential or highly confidential. Waymo's designations are highlighted in green in the unredacted copies of the briefs and declarations, and highlighted in yellow in the unredacted copies of Exhibit 2 to the Lebby Supplemental and Exhibit 15 to the Chang Declaration. (Yang Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on May 8, 2017.

Pursuant to the Court's May 3, 2017 Minute Order, Defendants' motion for an order to file under seal is unchanged regarding the confidential, unredacted versions of the following documents with respect to Defendants' Preliminary Injunction Opposition (ECF No. 173):

1. Portions of Exhibits 4, 5, and 7 to the Declaration of Esther Chang in Support of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction ("Chang Declaration");

2. Entirety of Exhibits A-E to the Haslim Declaration;

3. Portion of Exhibit 3 to the Lebby Declaration;

1    4.      Portions of the Declaration of Sameer Kshirsagar ("Kshirsagar Declaration");

2    5.      Portions of Exhibits 1 and 2 of Kshirsagar Declaration;

3    6.      Entirety of Exhibit 3 of Kshirsagar Declaration;

4    7.      Entirety of Exhibits A-P to the Boehmke Declaration;

5    8.      Portions of the Declaration of Kevin Faulkner ("Faulkner Declaration").

6    Pursuant to the Court's May 3, 2017 Minute Order, Defendants' motion for an order to

7    file under seal is unchanged regarding the confidential, unredacted versions of the following

8    documents with respect to Defendants' Preliminary Injunction Sur-reply (ECF No. 295):

9    11.     Portions of the Supplemental Declaration of Esther Chang in Support of

10   Defendants' Sur-Reply to Plaintiff Waymo LLC's Motion for Preliminary Injunction ("Chang

11   Declaration")

12   12.     Portions of Exhibit 26 to the Lebby Declaration

13   13.     Entirety of Exhibit 27 to the Lebby Declaration

14   14.     Entirety of Exhibits A, B, C, and D to the Boehmke Declaration

15   15.     Portions of Exhibit E to the Boehmke Declaration

16   16.     Entirety of Exhibit A to the Haslim Declaration

17   17.     Portions of Exhibit B to the Haslim Declaration

18   18.     Entirety of Exhibit 11 to the Chang Declaration

19   19.     Portions of Exhibits 12 and 14 to the Chang Declaration

20   For the foregoing reasons, Defendants request that the Court enter the accompanying

21   Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

22   designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

23   ATTORNEYS' EYES ONLY."

24

25

26

27

28

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3757108

3

1   Dated: May 8 , 2017                    MORRISON & FOERSTER LLP

2
                                           By:  /s/Arturo J. González
3                                                ARTURO J. GONZÁLEZ

4                                          Attorneys for Defendants
                                           UBER TECHNOLOGIES, INC.,
5                                          OTTOMOTTO LLC, and OTTO TRUCKING LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28