MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO RE-FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION AND SUR-REPLY TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION, AND SUPPORTING DECLARATIONS THERETO**<br><br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to Re-File Under Seal Portions of Their Opposition and Sur-Reply to Plaintiff Waymo LLC's Motion For Preliminary Injunction, and Supporting Declarations Thereto.

2. Some of the highlighted portions of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Opposition"), the Declarations of Michael Lebby ("Lebby Declaration"), Paul McManamon ("McManamon Declaration"), James Haslim ("Haslim Declaration"), and Scott Boehmke ("Boehmke Declaration"), as well as Defendants' Sur-Reply to Plaintiff's Motion for Preliminary Injunction ("Sur-Reply"), Supplemental Declarations of Michael Lebby ("Lebby Supplemental"), Scott Boehmke ("Boehmke Supplemental"), and James Haslim ("Haslim Supplemental") discuss Uber's proprietary and highly confidential designs for Uber's custom LiDAR system or Uber's detailed market strategy information. These portions are highlighted in blue.

3. I understand that this proprietary technical and market strategy information is maintained as confidential by Uber and are valuable to Uber's business. The public disclosure of this information would give Uber's competitors access to in-depth descriptions and analysis of Uber's custom LiDAR design or detailed market strategy information. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

4. Some of the highlighted portions of the Opposition, Lebby Declaration, McManamon Declaration, Sur-Reply, the Lebby Supplemental, the Haslim Supplemental, Exhibit 2 to the Lebby Supplemental, and Exhibit 15 to the Chang Declaration in Support of Defendants' Sur-reply have been designated by Waymo as either confidential or highly confidential. Waymo's designations are highlighted in green in the unredacted copies of the declarations and exhibits.

5. Uber's request to seal is narrowly tailored to those portions of the Opposition, Sur-reply, and their supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of May, 2017, in San Francisco, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 8, 2017              */s/ Arturo J. González*
Arturo J. González