1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO RE-FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

**Revised Redactions**

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction | Highlighted Portions |
| Declaration of Michael Lebby ("Lebby Declaration") | Highlighted Portions |
| Declaration of Paul McManamon ("McManamon Declaration") | Highlighted Portions |
| Declaration of Scott Boehmke ("Boehmke Declaration") | Highlighted Portions |
| Declaration of James Haslim ("Haslim Declaration") | Highlighted Portions |
| Defendants' Sur-Reply to Plaintiff Waymo LLC's Motion for Preliminary Injunction | Highlighted Portions |
| Supplemental Declaration of Michael Lebby ("Lebby Supplemental") | Highlighted Portions |
| Supplemental Declaration of Scott Boehmke ("Boehmke Supplemental") | Highlighted Portions |
| Supplemental Declaration of James Haslim ("Haslim Supplemental") | Highlighted Portions |
| Exhibit 2 to Lebby Supplemental | Highlighted Portions |
| Exhibit 15 to Chang Declaration in Support of Defendants' Sur-reply | Highlighted Portions |

**Unrevised Redactions for Opposition**

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibits A to E to the Haslim Declaration | Entirety |
| Exhibit 3 to the Lebby Declaration | Highlighted Portions |
| Declaration of Sameer Kshirsagar ("Kshirsagar Declaration") | Highlighted Portions |
| Exhibits 1-2 to the Kshirsagar Declaration | Highlighted Portions |
| Exhibit 3 to the Kshirsagar Declaration | Entirety |
| Exhibits A-P to the Boehmke Declaration | Entirety |
| Declaration of Kevin Faulkner | Highlighted Portions |
| Exhibits 4,5, and 7 to the Declaration of Esther Chang | Highlighted Portions |

**Unrevised Redactions for Sur-reply**

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Supplemental Declaration of Esther Chang ("Chang Declaration") | Highlighted Portions |
| Exhibit 26 to the Lebby Declaration | Highlight Portions |
| Exhibit 27 to the Lebby Declaration | Entirety |
| Exhibits A, B, C, and D to the Boehmke Declaration | Entirety |
| Exhibit E to the Boehmke Declaration | Highlighted Portions |
| Exhibit A to the Haslim Declaration | Entirety |
| Exhibit B to the Haslim Declaration | Highlighted Portions |
| Exhibits 11 the Chang Declaration | Entirety |
| Exhibits 12 and 14 to the Chang Declaration | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge