# EXHIBIT 1

Message

| | |
|---|---|
| **From:** | Bentley, Adam [abentley@omm.com] |
| **Sent:** | 2/25/2016 5:24:26 PM |
| **To:** | Tate, Eric Akira [ETate@mofo.com] |
| **CC:** | Sieben, Paul [psieben@omm.com] |
| **Subject:** | Re: Project Zing - Stroz Friedberg |

Happy to call Stroz with you today. Paul and I agree on discussed plan re JDA and having Stroz propose a general plan.

On Feb 24, 2016, at 3:42 PM, Tate, Eric Akira <ETate@mofo.com> wrote:

> Adam,
> I just left you a VM.  They let us off the plane to stretch our legs so I tried to call you.  Our plane is
> scheduled to leave in an hour.  My guess is that I have another 20 minutes or so before they lock it
> down.  If by chance you can call before then, feel free.  Otherwise we can talk tomorrow.  Thx
>
> Sent from my iPhone
>
> On Feb 24, 2016, at 4:49 PM, Crandall-Whittom, Elizabeth J. <ECrandallWhittom@mofo.com> wrote:
>
>> Gentlemen,
>>
>> As it turns out, Eric is sitting on the plane waiting to take off and his flight
>> has been significantly delayed.  He will not be able to make a call at
>> 4:30pm PST.  Would you please let us know your availability for a call
>> tomorrow?  In addition, Eric's contact information is found below.  Please
>> provide each of your contact information so we may update our contact
>> list.
>>
>> Thank you.
>>
>> *Elizabeth Joy Crandall-Whittom*
>> Legal Secretary to Eric A. Tate
>>
>> Morrison & Foerster LLP
>> 425 Market Street
>> San Francisco, CA  94105
>>
>> Direct: (415) 268-6580
>> Telefacsimile: (415) 276-7041
>> E-mail: ecrandall@mofo.com
>>
>>
>> ---
>>
>> **From:** Bentley, Adam [mailto:abentley@omm.com]
>> **Sent:** Wednesday, February 24, 2016 12:36 PM
>> **To:** Tate, Eric Akira
>> **Cc:** Sieben, Paul; Dolak, Andrew; Crandall-Whittom, Elizabeth J.
>> **Subject:** RE: Project Zing - Stroz Friedberg

CONFIDENTIAL

UBER00012735

Sure that works

**From:** Tate, Eric Akira [mailto:ETate@mofo.com]
**Sent:** Wednesday, February 24, 2016 12:33 PM
**To:** Bentley, Adam
**Cc:** Sieben, Paul; Dolak, Andrew; Crandall-Whittom, Elizabeth J.
**Subject:** Re: Project Zing - Stroz Friedberg

Can we talk at 430 pm pacific/630 central time today? I should be available at that time assuming my flights are reasonable on time today. My assistant will circulate a dial in number.

Sent from my iPhone

On Feb 24, 2016, at 2:15 PM, Bentley, Adam <abentley@omm.com> wrote:

> Eric - I can make myself available this afternoon or tomorrow. We would expect to enter into an agreement with Stroz Friedberg which would provide that (i) only information relevant to former employer matters would be provided to Unicorn and (ii) no attorney-client communications would be provided to Unicorn.
>
> **From:** Tate, Eric Akira [mailto:ETate@mofo.com]
> **Sent:** Wednesday, February 24, 2016 8:36 AM
> **To:** Sieben, Paul; Bentley, Adam; Dolak, Andrew
> **Subject:** Project Zing - Stroz Friedberg
>
> Good morning. I am reaching out so that we can initiate contact with Stroz Friedberg in furtherance of the diligence process related to Newco. Can you advise of your availability for a call today or tomorrow? Today, I am traveling back to California from East Coast meetings and have limited availability, but I definitely can be available if that works for everyone. At least an initial call today would be ideal. Otherwise, I am back in the office tomorrow.
> Thanks,
> Eric
>
> Eric A. Tate || Partner || Morrison Foerster LLP
> 425 Market Street || San Francisco, CA 94105
> E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax
> 415.276.7272
> <image001.png>
>
>
> ===========================================
> =============================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have

                                        UBER00012736

received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

===================================================================
===================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

===================================================================
=========

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

CONFIDENTIAL