# EXHIBIT 5

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION


    _____
                                   )
    WAYMO LLC,                     )
                                   )
              Plaintiff,           )
                                   )
         vs.                       )  Case No.
                                   )  3:17-cv-00939-WHA
    UBER TECHNOLOGIES, INC.,       )
    OTTOMOTTO LLC; OTTO            )
    TRUCKING LLC,                  )
                                   )
              Defendants.          )
    _____)




       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

         VIDEOTAPED DEPOSITION OF GARY T. BROWN

                San Francisco, California

                Friday, March 24, 2017

                       Volume I




    Reported by:   SUZANNE F. GUDELJ
    CSR No. 5111

    Job No. 2577644

    PAGES 1 - 65
```

Page 9

1  related.
2      Q    All right.  Let me ask it this way:  When
3  did you first do any kind of analysis of whether or
4  not an Uber employee or an Otto employee who used to
5  work at Google or Waymo may have taken documents          11:38:40
6  that they weren't supposed to take?
7      A    I -- I have the same response, that I'm
8  unsure whether someone was an Uber or an Otto
9  employee.
10     Q    All right.  Let me show you your               11:39:03
11 declaration, Exhibit 1013.
12          (Deposition Exhibit 1013 marked by the
13          court reporter.)
14 BY MR. GONZALEZ:
15     Q    Is this a copy of the declaration that you    11:39:08
16 put together -- or that you signed?
17          MR. HOLMES:  Be sure to take a look at it.
18          THE WITNESS:  Yes.
19 BY MR. GONZALEZ:
20     Q    All right.  And just as an example of what    11:39:24
21 I'm talking about, if you go to page 5, you'll see
22 that you have some paragraphs based upon an
23 individual named Sameer.  Do you see that --
24     A    Yes.
25     Q    -- beginning with paragraph 24?  When did     11:39:40

1   you first start doing any kind of an analysis
2   pertaining to Sameer?
3       A    I believe August or September 2016.
4       Q    And the same question with respect to Radu,
5   who is referenced at paragraph 29. I notice that          11:40:18
6   there isn't any indication of when you did that
7   work. When did you do your analysis pertaining to
8   Radu that resulted in the information that is in
9   paragraph 29?
10      A    I believe that began August or                   11:40:38
11  September 2016.
12      Q    At around the same time?
13           MR. HOLMES:  Objection to form.
14  BY MR. GONZALEZ:
15      Q    Did you do your analysis pertaining to           11:40:47
16  Mr. Raduta at the same time that you did the
17  analysis pertaining to Sameer?
18      A    Around the same time.
19      Q    Was there one that you did first?
20      A    I don't recall.                                  11:41:02
21      Q    Are you familiar or do you recall when you
22  began doing the work pertaining to Anthony
23  Levandowski that begins at paragraph 12 of your
24  declaration? Was it around the same time or a
25  different time period?                                    11:41:22

Page 11

1    A    A different time period.
2    Q    When did you begin doing your work with
3    respect to Mr. Levandowski?
4    A    Around March 2016.
5    Q    So the information that is contained in the          11:41:37
6    paragraphs pertaining to Mr. Levandowski, let's say
7    paragraphs 12 through paragraphs 22 of your
8    declaration, that is information that you obtained
9    in approximately March of 2016?
10        MR. HOLMES:  Objection to form.                      11:41:58
11        THE WITNESS:  Between March 2016 and
12   February 2017.
13   BY MR. GONZALEZ:
14   Q    All right.  So let's try it this way:  Of
15   the information that is in your declaration in           11:42:21
16   paragraphs 12 through 23, what information did you
17   uncover, if you will, or learn about in March of
18   2016?
19   A    Very little, if any.
20   Q    What work did you do in March of 2016              11:42:58
21   pertaining to Mr. Levandowski?
22   A    I received the laptop -- laptops I should
23   say.
24   Q    The laptops that he was assigned at Google?
25   A    Yes.                                                11:43:27

Page 22

```
 1      Q    What were you asked to do?
 2           MR. HOLMES:  Same caution.
 3           THE WITNESS:  Investigate a laptop.
 4   BY MR. GONZALEZ:
 5      Q    For what?                                 11:55:59
 6           MR. HOLMES:  Same caution.
 7           THE WITNESS:  To determine what had
 8   occurred on them.
 9   BY MR. GONZALEZ:
10      Q    Such as?                                  11:56:17
11      A    Indications of policy violation.
12      Q    Did you find any indication of policy
13   violation?
14      A    I'm unsure.
15      Q    Approximately how many hours did you spend   11:57:03
16   in March of 2016 working on this event pertaining to
17   Mr. Levandowski?
18           MR. HOLMES:  Objection to form.
19           THE WITNESS:  Zero hours.
20   BY MR. GONZALEZ:                                  11:57:28
21      Q    When did you spend your first hour working
22   on anything pertaining to Mr. Levandowski?
23      A    July or August, 2016.
24      Q    If there is an indication of policy
25   violation, is it your practice to fill out a form    11:57:45
```