MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　　Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS**<br><br>Date:    June 8, 2017<br>Time:   10:00 a.m.<br>Ctrm:   F, 15th Floor<br>Judge:  Hon. Jacqueline Scott Corley<br><br>Trial Date: October 2, 2017 |

I, Arturo J. González, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP. I am a Fellow with the American College of Trial Lawyers and the International Academy of Trial Lawyers, and an Associate with the American Board of Trial Advocates. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Compel Production of Withheld Documents.

2. In discovery in this case, we have sought to obtain information regarding when Google began communicating regarding possible litigation against Anthony Levandowski and/or Uber. Counsel for Waymo has confirmed in writing in response to those requests, and in response to an Order from this Court, that Google began communicating regarding a potential legal claim against Mr. Levandowski on March 23, 2016, the month before the Joint Defense Agreement was signed between Uber and Otto. A true and correct copy of this communication is attached hereto as Exhibit A.

3. We have also learned that Google began communicating regarding potential litigation against Uber on August 23, 2016. A true and correct copy of this communication is attached hereto as Exhibit B.

4. To help make the point that the concerns of Uber and Otto about potential litigation were both sincere and reasonable, we also asked Google's counsel in this case to provide a privilege log of their pre-filing communications with Google. When they refused to do so, we raised the issue with the Special Master, John Cooper. In a telephone call with the parties on May 4, 2017, I explained to the Special Master that our filing in opposition to this motion was due on Monday, and that the number and frequency of contacts between Google and its outside counsel about the possibility of bringing this legal action was relevant to whether Uber and Otto had a good faith basis for entering into a Joint Defense Agreement.

5. After hearing from both sides, the Special Master asked Google to provide Uber with the date that it first communicated with the Quinn law firm about potential litigation against

1  Mr. Levandowski and Uber, and to give us the time period during which they had their next 10
2  communications.

3      5.    On May 5, 2017, Quinn wrote an email declining to provide this information.  I
4  promptly wrote back that same morning and asked Quinn if they would at least give us the date
5  that they first consulted with Google about potential litigation against Mr. Levandowski and
6  Uber, and Quinn did refused to provide the date that it first communicated with Google about
7  either Mr. Levandowski or Uber.  A true and correct copy of this exchange is attached hereto as
8  Exhibit C.

9      6.    Attached as Exhibit D is a true and correct copy of Waymo's Privilege Log dated
10  March 22, 2017.

11      7.    Attached as Exhibit E is a true and correct copy of Waymo's Privilege Log dated
12  March 29, 2017.

13      8.    Attached as Exhibit F is a true and correct copy of excerpts (pp. 1–2, 107–109) of
14  the transcript of the public portion of the preliminary injunction hearing held on May 3, 2017.

15      9.    Attached as Exhibit G is a true and correct copy, with email addresses redacted, of
16  excerpts (entries 1604-06) of Defendants' Amended Privilege Log associated with their March
17  31, 2017 Production of Documents.  This Amended Privilege Log was served by Defendants on
18  April 27, 2017.

20  I declare under the penalty of perjury under the laws of the United States that the
21  foregoing is true and correct.  Executed this 8th day of May, 2017, in San Francisco, California.

*/s/ Arturo J. González*
ARTURO J. GONZÁLEZ