# EXHIBIT D

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170322 Waymo Privilege Log

*=Waymo Legal Department or Law Firm representing Waymo

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 08/23/2016 | Google | Kristinn Gudjonsson (kiddi@google.com) | | Draft memorandum reflecting legal advice of Kevin Vosen* re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 2 | WAYMO-UBER-00000299 | 02/08/2017 | John Krafcik | John Krafcik (johnkrafcik@google.com) | Kevin Vosen* (kvosen@waymo.com) | Email seeking and containing legal advice of counsel re intellectual property issues. | Attorney Client Communication | Yes | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 3 | | 7/27/2016 | Google Techstop | Joanne Chin (joannechin@google.com) | | Document prepared at the direction and reflecting legal advice of counsel re contractual issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 4 | | 07/11/2016 | Tim Willis | Tim Willis (tkwillis@google.com) | Joanne Chin (joannechin@google.com) | Email reflecting legal advice of counsel re contractual issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 5 | WAYMO-UBER-00000627 | 1/25/2017 | Tim Willis | Tim Willis (tkwillis@google.com) | Aurelien Chouard (achouard@waymo.com) | Email seeking legal advice of Kevin Vosen* re contractual issues. | Attorney Client Communication | Yes | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |