# EXHIBIT E

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170328 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WAYMO-UBER-00001354 | 7/13/2016 | Ron Medford | curmson@google.com | | Presentation reflecting legal advice of counsel re regulatory issues. | Attorney Client Communication | Yes | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 2 | | 1/16/2017 | Ron Medford | davidtzlu@google.com | | Notes reflecting legal advice of Anand Rao* re regulatory issues. | Attorney Client Communication | | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 3 | | 11/28/2016 | Ron Medford | ron medford (rmedford@google.com) | Tom Lue* (tlue@google.com) | Email seeking and containing legal advice of counsel re regulatory issues. | Attorney Client Communication | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 4 | | 12/20/2016 | Ron Medford | Philip R. Recht* (precht@mayerbrown.com) | Anand Rao* (arao@x.team), Andrew T. Kugler* (akugler@mayerbrown.com), ron medford (rmedford@google.com), Tom Lue* (tlue@waymo.com) | Email seeking and containing legal advice of counsel re regulatory issues. | Attorney Client Communication | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 5 | WAYMO-UBER-00001625 | 12/23/2016 | Ron Medford | Tom Lue* (tlue@waymo.com) | Anand Rao* (arao@google.com) | Email seeking and containing legal advice of counsel re regulatory issues. | Attorney Client Communication | Yes | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 6 | WAYMO-UBER-00001638 | 12/27/2016 | Ron Medford | Tom Lue* (tlue@waymo.com) | ron medford (rmedford@waymo.com), george ivanov (georgeivanov@waymo.com), jennifer haroon (jharoon@waymo.com), Kevin Vosen* (kvosen@google.com), johnnyluu (johnnyluu@waymo.com) | Email seeking and containing legal advice of counsel re regulatory issues. | Attorney Client Communication | Yes | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |