# EXHIBIT G

Waymo LLC v. Uber Technologies, Inc., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1599 | 8/5/2016 | Stroz Friedberg | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | | | AC, WP, & CI | Attachment to investigation report prepared at direction of counsel for Uber for purposes of providing legal advice to Uber, in anticipation of litigation, re: due diligence in connec ion with potential acquisi ion of Ottomotto.  Selection of documents for inclusion in report reflects thought process of investigators retained to perform inves igation. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1600 | 8/5/2016 | Stroz Friedberg | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | | | AC, WP, & CI | Attachment to investigation report prepared at direction of counsel for Uber for purposes of providing legal advice to Uber, in anticipation of litigation, re: due diligence in connec ion with potential acquisi ion of Ottomotto.  Selection of documents for inclusion in report reflects thought process of investigators retained to perform inves igation. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1601 | 8/5/2016 | Stroz Friedberg | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | | | AC, WP, & CI | Attachment to investigation report prepared at direction of counsel for Uber for purposes of providing legal advice to Uber, in anticipation of litigation, re: due diligence in connec ion with potential acquisi ion of Ottomotto.  Selection of documents for inclusion in report reflects thought process of investigators retained to perform inves igation. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1602 | 8/5/2016 | Stroz Friedberg | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | | | AC, WP, & CI | Attachment to investigation report prepared at direction of counsel for Uber for purposes of providing legal advice to Uber, in anticipation of litigation, re: due diligence in connec ion with potential acquisi ion of Ottomotto.  Selection of document for inclusion in report reflects thought process of investigators retained to perform inves igation. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1603 | 8/5/2016 | Stroz Friedberg | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | | | AC, WP, & CI | Attachment to investigation report prepared at direction of counsel for Uber for purposes of providing legal advice to Uber, in anticipation of litigation, re: due diligence in connec ion with potential acquisi ion of Ottomotto.  Selection of documents for inclusion in report reflects thought process of investigators retained to perform inves igation. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1604 | 8/6/2016 | "Ferrari, Anna" <aferrari@mofo.com> | Angela Padilla ▓▓▓▓▓▓▓▓▓ | "Tate, Eric Akira" ▓▓▓▓▓▓▓▓ | | AC, WP, & CI | Email concerning legal analysis or advice, in an icipation of li igation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to fur her investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |

Waymo LLC v. Uber Technologies, Inc., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1605 | 8/6/2016 | "Ferrari, Anna" <aferrari@mofo.com> | Angela Padilla | "Tate, Eric Akira" | | AC, WP, & CI | Email providing legal analysis or advice, in an icipation of li igation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to fur her investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1606 | 8/5/2016 | | Angela Padilla | "Tate, Eric Akira" | | AC, WP, & CI | Report concerning legal analysis or advice, in an icipation of li igation involving Google, regarding acquisition of Ottomotto.<br><br>Report regarding informa ion obtained from Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and Colin Sebern and shared pursuant to joint defense agreement to further inves igation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1607 | 8/6/2016 | "Kim, Rudy Y." <rudykim@mofo.com> | "Van Nort, Diek O." | "Bockman, Jonathan" | | AC, WP, & CI | Email concerning legal analysis or advice, in an icipation of li igation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to fur her investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1608 | 8/6/2016 | Stroz Friedberg | "Van Nort, Diek O." | "Bockman, Jonathan" | | | Memorandum concerning legal analysis or advice, in anticipation of li igation involving Google, regarding acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further inves igation for the purpose of obtaining or giving legal advice, in anticipation of li igation involving Google, regarding acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge,  his document has not been received by unauthorized persons. | Morrison & Foerster LLP |