# EXHIBIT 114
# FILED UNDER SEAL

# EXHIBIT 115
# FILED UNDER SEAL

# EXHIBIT 116
# FILED UNDER SEAL

# EXHIBIT 117
# FILED UNDER SEAL

# EXHIBIT 118
# FILED UNDER SEAL

# EXHIBIT 119
# FILED UNDER SEAL

# EXHIBIT 120
# FILED UNDER SEAL

# EXHIBIT 121
# FILED UNDER SEAL

# EXHIBIT 122
# FILED UNDER SEAL

# EXHIBIT 123
# FILED UNDER SEAL

# EXHIBIT 124
# FILED UNDER SEAL

# EXHIBIT 125
# FILED UNDER SEAL

# EXHIBIT 126
# FILED UNDER SEAL

# EXHIBIT 127
# FILED UNDER SEAL