# JAFFE EXHIBIT 130

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
2                   SAN FRANCISCO DIVISION

3

4       _____
                                       )
5       WAYMO LLC,                     )
                                       )
6                       Plaintiff,     )
                                       )
7            vs.                       )   Case No.
                                       )   3:17-cv-00939-WHA
8       UBER TECHNOLOGIES, INC.,       )
        OTTOMOTTO LLC; OTTO            )
9       TRUCKING LLC,                  )
                                       )
10                      Defendants.    )
        _____)

11

12

13

14

15          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          VIDEOTAPED DEPOSITION OF WILLIAM GROSSMAN
17                   San Francisco, California
18                   Friday, March 24, 2017
19                        Volume I

20

21

22

        Reported by:  SUZANNE F. GUDELJ
23      CSR No. 5111
24      Job No. 2577640
25      PAGES 1 - 54

                                                Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    A    No.

2    Q    Elaborate.

3    A    Because as I --

4         MR. JAFFE:  Sorry.  Objection.  Form.

5   BY MR. GONZALEZ:                                 10:15:26

6    Q    Can you clarify what you mean?

7    A    Can you repeat the question?

8    Q    Yeah.  You said you thought it was

9   interesting because of the nature of the content.

10   A    Yes.                                       10:15:40

11   Q    So I will use your words.  What did you

12  mean when you said "the nature of the content"?

13   A    Well, after looking at the content in more

14  detail, I realized that it was very similar to -- to

15  Waymo's -- some of Waymo's laser systems.          10:15:57

16   Q    So what was similar?

17   A    The shape of the board.

18   Q    I don't have an engineering degree, so I

19  want to make sure I'm understanding what you're

20  saying.  If you look -- I see some pictures on the  10:16:15

21  last two pages of this exhibit.  Is that what you're

22  referring to?

23   A    Yes.

24   Q    And what is it about the shape of the board

25  that you found interesting?                        10:16:27

                                            Page 16

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    A    It looked very similar to designs we have

2    in-house.

3    Q    And how do you know that?

4    A    I know that because previously I had talked

5    with the laser team, and I'd -- I just happened to    10:16:42

6    have a conversation about this particular part of

7    the system.  And it's -- it's a very striking shape,

8    and you just remember it, and so when I saw it, I

9    immediately recognized it.

10   Q    Was there anything in particular about the    10:16:58

11   shape that -- that caught your attention?

12   A    The angles and sides of the PCB.

13   Q    Was there anything else that you found

14   interesting about the email and document other than

15   the shape?                                           10:17:17

16   A    No.

17   Q    And when you say "the shape," again, I'm

18   just trying to make sure I understand you.

19   A    Yep.

20   Q    We'll take the one on the last page.  The    10:17:29

21   last page of the exhibit has one -- what do you call

22   this, a board?

23   A    Yeah, a PCB.

24   Q    Okay.  PCB?

25   A    Yeah.                                           10:17:39

Page 17