# EXHIBIT 131
# FILED UNDER SEAL