MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.        3:17-cv-00939-WHA<br><br>**DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL**<br><br>Date:    June 8, 2017<br>Time:   10:00 a.m.<br>Ctrm:   F, 15th Floor<br>Judge:  Hon. Jacqueline Scott Corley<br><br>Trial Date: October 2, 2017 |

I, Neel Chatterjee, declare as follows:

1. I am a member of the bar of the State of California and a partner in the law firm Goodwin Procter LLP ("Goodwin") and counsel of record for Defendant Otto Trucking LLC ("Otto Trucking"). I submit this declaration in support of Defendants' Opposition to Waymo's Motion to Compel Production of the Stroz Due Diligence Report. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. The Court's April 25, 2017 order requires that Defendants' opposition to Plaintiff Waymo's Motion to Compel "submit a proper sworn record as to all necessary predicates," i.e., a sworn record establishing that the essential elements of the attorney-client privilege and/or attorney work product doctrine are met. (Dkt. 271).

3. In order to comply with the Court's order, counsel for Defendants contacted Eric Amdursky of the law firm O'Melveny & Myers LLP ("OMM") to provide a declaration as part of Defendants' sworn record as to all necessary predicates. Mr. Amdursky was counsel to Ottomotto LLC ("Ottomotto") and Otto Trucking in the proposed acquisition of these entities by Uber Technologies, Inc. ("Uber"). I understand that OMM remains counsel to Otto Trucking.

4. Mr. Amdursky and, on his behalf, OMM's general counsel, Martin S. Checov, refused to provide a declaration without the consent of Google, Inc., a current client of OMM, and a sister entity to Waymo LLC ("Waymo").

5. I am aware that opposing counsel represents both Waymo and Google in litigation. I have also seen in house Google litigation attorneys at every legal proceeding I have attended in this matter. In order to obtain Google's consent, I contacted counsel for Waymo in the above-captioned litigation. As this issue would surely come back to counsel for Waymo on this matter, this seemed like the most streamlined course of action. Counsel for Waymo refused to engage in a meaningful conferral on this request, refused to even approach Waymo or Google and stated that I was "improperly directing Otto Trucking's concerns regarding OMM's conduct at us." A true and correct copy of the email exchange with counsel for Waymo is attached hereto as Exhibit A.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of May, 2017, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*　　*Neel Chatterjee*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Neel Chatterjee

## ATTESTATION OF E-FILED SIGNATURE

I, Arturo Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Neel Chatterjee has concurred in this filing.

Dated: May 8, 2017　　　　　　　　　　　　　　　*/s/*　　*Arturo J. Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Arturo J. Gonzalez