MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMIE LEIGH**<br><br>Date:　　June 8, 2017<br>Time:　　10:00 a.m.<br>Ctrm:　　F, 15th Floor<br>Judge:　Hon. Jacqueline Scott Corley<br><br>Trial Date: October 2, 2017 |

I, Jamie Leigh, declare as follows:

1. I am a member of the bar of the State of California and a partner in the law firm Cooley LLP ("Cooley"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. Cooley represented Uber Technologies, Inc. ("Uber") in a proposed transaction through which Uber would acquire Ottomotto LLC and Otto Trucking LLC (the "Target Companies"). I understand that Uber has acquired Ottomotto LLC and has not acquired Otto Trucking LLC. Cooley's engagement on this matter specifically excluded advice on issues concerning the former employers of the Target Companies' founders and employees. As such, Cooley was not asked to (and did not) advise Uber with respect to any such issues. I understood that Uber had hired a separate law firm, Morrison & Foerster LLP ("MoFo"), to advise Uber with respect to such issues.

3. In the course of Cooley's work for Uber on this matter, I learned that a third-party consultant, Stroz Friedberg, LLC ("Stroz"), had been retained to investigate certain matters in order to assist MoFo in advising Uber. I also understood that Stroz provided a final report to MoFo (the "Due Diligence Report"). I did not receive a copy of the Due Diligence Report, and I am not aware of anyone at Cooley obtaining a copy of it.

4. I declare until penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of May, 2017, in San Francisco, California.

/s/ Jamie Leigh
Jamie Leigh

LEIGH DECL.
Case No. 3:17-cv-00939-WHA

1