MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>        Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**NON-PARTY ANTHONY LEVANDOWSKI'S JOINDER IN OPPOSITION FILED BY UBER TECHNOLOGIES, INC. AND [PROPOSED] ORDER**<br><br>Date: June 8, 2017<br>Time: 10:00 a.m.<br>Courtroom: F, 15th Floor<br>Judge: The Hon. Jacqueline Scott Corley<br><br>Trial Date: October 2, 2017 |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that non-party Anthony Levandowski, by and through his

counsel, hereby joins in defendant Uber Technologies, Inc. and Ottomotto LLC's opposition to

Waymo's Motion to Compel Discovery (Docket No. 369) and all documents that support Uber's

opposition to that motion.  Mr. Levandowski has standing to join in Uber's opposition in that he,

like Uber, is a party to the joint defense agreement that protects the materials at issue, and like

Uber, Mr. Levandowski objects to the production of the materials based on the attorney-client,

1    attorney-work product, and common interest privileges.   Accordingly, Mr. Levandowski relies

2    on the points and authorities set forth in Uber's memorandum in support of its opposition to

3    Waymo's motion to compel.

4

5    Date:    May 8, 2017                          Respectfully submitted,

6

7                                                  /s/_____

8                                                  Miles Ehrlich
                                                   Ismail Ramsey
9                                                  Amy Craig
                                                   Ramsey & Ehrlich
10                                                 *Counsel for Non-Party Anthony*
                                                   *Levandowski*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NON-PARTY ANTHONY LEVANDOWSKI'S JOINDER IN OPPOSITION FILED BY UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC (DOCKET NUMBER 369) and [PROPOSED] ORDER
Case No.:  3:17-00939-WHA

**[PROPOSED] ORDER**

Non-party Anthony Levandowski may join Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Compel Production of Withheld Documents (Docket No. 369).

DATE: _____          _____
                                   JACQUELINE SCOTT CORLEY
                                   UNITED STATES MAGISTRATE JUDGE

NON-PARTY ANTHONY LEVANDOWSKI'S JOINDER IN OPPOSITION FILED BY UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC (DOCKET NUMBER 369) and [PROPOSED] ORDER
Case No.:  3:17-00939-WHA