# EXHIBIT 2

# FILED UNDER SEAL

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                       SAN FRANCISCO DIVISION

4

5       WAYMO LLC,

6               Plaintiff,

7       vs.                              No. 3:17-cv-00939-WHA

8       UBER TECHNOLOGIES, INC.;

9       OTTOMOTTO LLC; OTTO TRUCKING,

10      INC.,

11              Defendants.

12      _____/

13

14          WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

15

16          VIDEOTAPED DEPOSITION OF GREGORY KINTZ

17               SAN FRANCISCO, CALIFORNIA

18               WEDNESDAY, APRIL 26, 2017

19

20

21      BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22      CSR LICENSE NO. 9830

23      JOB NO. 2592507

24

25      PAGES 1 - 234

                                              Page 1

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Q   Okay.  What do you mean by that?    11:44

2    A   Well, ████████████████████████   ████

████████████████████████████████, but  11:44

4  does not have to be.    11:45

5    Q   Okay.  In what instances would it ████  ████

████████████████████████████    11:45

7    A   Using general principles, it would be  11:45

8  ██████████████████████████████████  ████

████████████████████████████    11:45

10    Q   And under what circumstances would it ███  ████

████████████████████████    11:45

12    A   There may be cases where you might want to  11:45

13  ████████████████████ ██████████████  ████

██████████████████████████████████  ████

████ you could do that.    11:45

16    Q   Okay.  But generally, if you're looking to  11:45

17  ██████████████████████████████████  ████

██████████████████████████████████  ████

██████████████████████████████  ████

████████████ correct?    11:46

21    MR. JAFFE:  Objection; form.  11:46

22    THE WITNESS:  Correct.  11:46

23    MR. KIM:  Q.  So, taking a look at this  11:46

24  diagram, I see on page 15 of Exhibit 1034, there is  11:46

25  ██████████████████████████████  11:46

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Using the Fuji ████████████ information, I | 11:47 |
| 2 | was able to determine ██████████████████████ | ████ |
| █ | ████████████████. And, from that, I was able to | 11:47 |
| 4 | ████████████████████████████████████ | 11:47 |
| 5 | Q   Okay.  And that's ████████████████████ | ████ |
| █ | ██████████████████████████████████████████ | ████ |
| █ | ██████████ -- on the bottom of page 5? | 11:48 |
| 8 | A   That is 15? | 11:48 |
| 9 | Q   Yes. | 11:48 |
| 10 | A   Yes. | 11:48 |
| 11 | Q   Okay.  And after ████████████████ | ████ |
| █ | ████████████████████████████ | ████ |
| █ | ████████████████████████████████ | ████ |
| █ | ██████ | 11:48 |
| 15 | A   Using the -- again, the same ████████ | 11:48 |
| 16 | file from the Fuji board in the ██████ e-mail, that | 11:48 |
| 17 | also contains ██████████████ | 11:48 |
| 18 | And I was able to ████████████████ | ████ |
| █ | ██████████████████████████████ | ████ |
| █ | ████████████████████████ | 11:49 |
| 21 | MR. KIM:  Okay.  Let's go ahead and mark this | 11:49 |
| 22 | as No. 1037. | 11:49 |
| 23 | (Document marked Exhibit 1037 | 11:49 |
| 24 | for identification.) | 11:49 |
| 25 | MR. KIM:  Q.  Do you recognize Exhibit | 11:49 |

Page 40

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1  ██████████████████████████████████████           ████████
    ██████████████████, what did you do next?           12:01
 3      A   I then compared ████████████████████        ████████
    ██████████████████████████████████████████          ████████
    ████████████████████████████████████████████████     ████████
    ████████████████████████████████████████████          ████████
    ██████████████████   Excuse me.                        12:02
 8      Q   And the ████████████████████████████        12:02
 9      A   Correct.                                     12:02
10      Q   Okay.  And that's based on your calculation  12:02
11  of ████████████████████████████████████ for the    12:02
12  Fuji board; correct?                                 12:02
13      A   That is correct.                             12:02
14      Q   So, is it fair to say that if your           12:02
15  calculation of ██████████████████████████ for Fuji  12:02
16  was incorrect, that ██████ would also be different;  12:02
17  correct?                                             12:02
18      A   Yes.                                         12:02
19      Q   I'd like to turn to -- back to the reply     12:02
20  declaration.                                         12:03
21      A   (Witness complies.)                          12:03
22          Uh-huh.                                      12:03
23      Q   And direct your attention to paragraph 5.  Do 12:03
24  you see where it says:                               12:03
25          "My visual inspection of the Fuji device on  12:03
```

Page 46

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          A F T E R N O O N   S E S S I O N

 2                  1:05 P.M.

 3

 4          THE VIDEOGRAPHER:  We are back on the record    13:05

 5    at 1:05 p.m.                                          13:05

 6          MR. KIM:  Q.  Mr. Kintz, we were talking        13:05

 7    about  ███████████████      And I wanted to ask you what  13:05

 8    you meant by ██████████████████████ in your          13:05

 9    declaration, for example, in paragraphs 4 and 5 which  13:06

10    we had been discussing.                               13:06

11          A   The definition of ████████████████████    ██████

██    ████████████████████████████████████████████        ██████

██    ████████████████████████████████████████████        ██████

██    ██████████████████████████████                       13:06

15          Q   Okay.  And so, if ████████████████████     ██████

██    ████████████████████████████████████████████        ██████

██    ██████████████████████████████████████████████████   ██████

██    ████████████                                         13:06

19          A   Yes, I would agree with that statement.    13:06

20          Q   Okay.  And is it also your testimony that if  13:06

21    ████████████████████████████████████████████        ██████

██    ████████████████████████████████████████             ██████

██    ██████████████████████████                           13:07

24          MR. JAFFE:  Excuse me.  Objection; form.        13:07

25          THE WITNESS:  In a more broad definition of     13:07
```

Page 63

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1      ████████████████   yes, that would.            13:07

2          I believe, in the context of the Trade Secret   13:07

3      that we're discussing right now, no, because that   13:07

4      ████████████████████████████               13:07

5          MR. KIM:  Q.  So, just to make sure I -- I   13:07

6      understand your answer, if you had ███████████   ████

       ████████████████████████████████████  ████

       ████████████████████████████████████  ████

       ████████████████████████████████████  ████

       ████████████████████████████████████  ████

       ████████████████████████████████████  ████

       ████████████████████████████████████  ████

       ████████████████████████████        13:08

14        A    Yes.                                13:08

15            MR. JAFFE:  Objection; form.          13:08

16            Just give me a second to object, please.   13:08

17            THE WITNESS:  Yeah.                   13:08

18            MR. JAFFE:  Thank you.                13:08

19            THE WITNESS:  Yes, within the context of your   13:08

20      statement, yes.                             13:08

21            MR. KIM:  Okay.  So I'd like to mark this as   13:08

22      1038, I believe.                            13:08

23            (Document marked Exhibit 1038         13:09

24             for identification.)                 13:09

25            MR. KIM:  Q.  Do you recognize Exhibit 1038?   13:09
```

Page 64

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your objection.  Please stop, or we'll move to strike | 14:12 |
| 2 | his declaration. | 14:12 |
| 3 | MR. JAFFE:  I'm going to just object again. | 14:12 |
| 4 | MR. KIM:  That's under your interpretation of | 14:12 |
| 5 | Judge Alsup's standing order.  I'm warning you, stop. | 14:12 |
| 6 | MR. JAFFE:  I disagree. | 14:12 |
| 7 | MR. KIM:  Q.  Can you answer the question? | 14:12 |
| 8 | A   To successfully produce this document here, I | 14:12 |
| 9 | needed to have the ████████████████ between the | 14:12 |
| 10 | Waymo boards and the Fuji board. | 14:13 |
| 11 | So I did compute ██████████████████████ ████ | 14:13 |
| █ | ████████████████████████ in preparing this figure. | 14:13 |
| 13 | Q   Did you quantify or calculate the | 14:13 |
| 14 | correspondence between ██████████████████ ████ | 14:13 |
| █ | ██████████████████████████ | 14:13 |
| 16 | MR. JAFFE:  Objection; form. | 14:13 |
| 17 | THE WITNESS:  So at the time I had -- did | 14:13 |
| 18 | this analysis, I had the ██████████ data for the | 14:13 |
| 19 | one Fuji board, and I had the ████████████ from | 14:13 |
| 20 | the Waymo boards. | 14:13 |
| 21 | ████████████████████████ ███ ████ | |
| █ | ████████████████████████████████ ████ | |
| █ | ██████████████████████████ | 14:14 |
| 24 | MR. KIM:  Q.  What are the scaling | 14:14 |
| 25 | differences you're referring to? | 14:14 |

Page 99

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    your report; correct?                              14:15

 2        A   The Excel spreadsheet that did that       14:15

 3    calculation was part of a set of files that I used and  14:15

 4    prepared for the original declaration.             14:15

 5        Q   Are they mentioned in your declaration?   14:15

 6        A   Insomuch as there is a computed calculation  14:15

 7    here.                                              14:15

 8        Q   But where -- where is that spreadsheet    14:15

 9    referenced in the list of materials considered?   14:15

10        MR. JAFFE:  Objection; form.                  14:15

11        THE WITNESS:  It was a simple derivation of   14:15

12    the assembly and fabrication documents that were  14:16

13    provided as part of the Fuji PCB.                  14:16

14        MR. KIM:  So Counsel, we request that those   14:16

15    spreadsheets that he relied on in preparing his   14:16

16    declaration be produced immediately.              14:16

17        MR. JAFFE:  So just to briefly respond, I     14:16

18    don't think that's a fair summary of what he just 14:16

19    testified about.  But we'll take your request under  14:16

20    advisement.                                        14:16

21        MR. KIM:  Q.  Mr. Kintz, Waymo didn't come up 14:17

22    with the idea of having 64 diodes in a LiDAR; correct?  14:17

23        A   No.  That existed out in the public domain.  14:17

24        MR. JAFFE:  So just as a brief question here, 14:17

25    if you're changing topics, if you don't mind if we 14:17
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    With that limited restriction on the | 14:29 |
| 2 | manufacturing tolerances, there will be some variation | 14:29 |
| 3 | in ███████████████████████████████ | ████ 14:29 |
| █ | ████████████ | 14:29 |
| 5 | Q    And in some circumstances, due to | 14:29 |
| 6 | manufacturing tolerances, the laser diode could ████ | ████ 14:29 |
| █ | █████████████████████████; correct? | 14:29 |
| 8 | A    In that case where there are manufacturing | 14:29 |
| 9 | tolerances being considered, that is a possibility. | 14:29 |
| 10 | Q    We had -- in looking at paragraph 40, where | 14:29 |
| 11 | you mention mounting a cylindrical lens in front of a | 14:29 |
| 12 | laser diode to ███████████████████████ | ████ 14:29 |
| █ | ██████ | 14:29 |
| 14 | Do you see that? | 14:29 |
| 15 | A    Yes. | 14:30 |
| 16 | Q    Are you familiar with the term "fast-axis | 14:30 |
| 17 | lens"? | 14:30 |
| 18 | A    Point of clarification.  Fast axis? | 14:30 |
| 19 | Q    Fast-axis, A-X-I-S, collimation lens. | 14:30 |
| 20 | A    Yes. | 14:30 |
| 21 | Q    What is that? | 14:30 |
| 22 | A    It is a cylindrical lens system that is | 14:30 |
| 23 | commonly placed in front of laser diodes for doing | 14:30 |
| 24 | collimation of the laser diode system. | 14:30 |
| 25 | Q    So Waymo wasn't the first to invent or | 14:30 |

Page 106

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | discover the use of a fast-axis collimation lens in | 14:30 |
| 2 | the context of LiDARs? | 14:30 |
| 3 |     MR. JAFFE:  Objection; form. | 14:30 |
| 4 |     THE WITNESS:  I'm aware of people using | 14:30 |
| 5 | fast-axis collimation lenses in a wide range of laser | 14:30 |
| 6 | diode collimation systems. | 14:31 |
| 7 |     MR. KIM:  Q.  The Velodyne 64, in fact, used | 14:31 |
| 8 | FAC lenses in front of its diodes; correct? | 14:31 |
| 9 |   A   Based on the information that is presented in | 14:31 |
| 10 | Figure 7, it appears that they use a fast-axis lens. | 14:31 |
| 11 |   Q   And do you see the fast-axis collimation lens | 14:31 |
| 12 | in Figure 7? | 14:31 |
| 13 |   A   Yes. | 14:31 |
| 14 |   Q   Okay.  Can you label that, please.  You can | 14:31 |
| 15 | just -- you can label it "FAC" for short. | 14:31 |
| 16 |   A   (Witness complies.) | 14:31 |
| 17 |     Okay. | 14:31 |
| 18 |   Q   Okay.  And you're understanding that for the | 14:31 |
| 19 | Velodyne 64, the purpose of that FAC lens would be to | 14:31 |
| 20 | pre-collimate the light emitted from the laser diode; | 14:31 |
| 21 | correct? | 14:32 |
| 22 |   A   Correct. | 14:32 |
| 23 |   Q   And would it also be for the purpose of | 14:32 |
| 24 | ██████████████████████████████████ ████ | 14:32 |
| ██ | ████ | 14:32 |

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    inspected.                                         14:40

 2         What's the benefit of having ████████      ████████

 ▌    ████████   for the GBr3 board?                   14:41

 4         A    ████████████████████████             ████████

 ▌    █████████████████████████████████████████       ████████

 ▌    █████████████████████████████████████████       ████████

 ▌    ████████████████████████████████████            14:41

 8         Q    And what other benefit is there for having a   14:41

 9    ████████████████   for the GBr3?                 14:41

10         A    For the GBr3 specifically, the benefit is   14:41

11    associated with ████████████████████████        ████████

 ▌    ███████████████████████████                     14:41

13         Q    Okay.  And what other benefits are there for   14:41

14    the GBr3?                                         14:42

15         A    I am not aware of any other benefits for the   14:42

16    GBr3 board at this time.                          14:42

17         Q    And are those -- so I -- I heard two primary   14:42

18    benefits for having ████████████████   for the   14:42

19    GBr3; is that fair?                               14:42

20         A    Yes.                                    14:42

21         Q    Would those two benefits also apply if you   14:42

22    had ████████████████████                         14:42

23         A    Yes.                                    14:42

24         Q    Would they apply if you had ████████   ████████

 ▌    ████████████                                     14:42
```

                                                    Page 112

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1   ███████████████████████████████████████████    ██████

     ██████████████████████████████████████          ██████

     ███████████████████████████████████  correct?   14:45

 4   A   I actually --                                14:45

 5       MR. JAFFE:  Sorry.  Objection; form.         14:45

 6       Go ahead.                                    14:45

 7       THE WITNESS:  Actually, I disagree.          14:45

 8   ███████████████████████████████████████████    ██████

     ████████████████    ████████████████████████    ██████

     ███████████████████████████████████████          14:45

11       So it's clear that even ██████████████████    ██████

     ██████████████████████████████████████          ██████

     ████████████████████████████                     14:45

14       MR. KIM:  Q.  So would ██████████████████    ██████

     ███████████████████████████████████████████    ██████

     ███████████████████████████████████████          14:46

17   A   Yes, under all of the considerations of the  14:46

18   ███████████████████████████████████████████    ██████

     ██████████████████████████████, yes.             14:46

20   Q   And assuming that ██████████████████████    ██████

     ███████████████████████████████████             ██████

     ███████████████████████████████████████████    ██████

     ███████████████████████████████████████          14:46

24   correct?                                         14:46

25   A   Yes, given those mathematical assumptions.   14:46
```

Page 114

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q    So if you can turn to your -- the Trade       14:47

 2   Secret List that we've been referring back to, Trade  14:47

 3   Secret No. 7.                                          14:47

 4      A    (Witness complies.)                            14:47

 5           Yes.                                           14:47

 6      Q    It's not your testimony that Trade Secret 7    14:48

 7   requires ███████████████████████ is it?               14:48

 8      A    ███████████████████████████████████████   ████████  14:48

     ███████████████████████████████                       14:48

10      Q    But it doesn't say ████████████████████████   14:48

11   correct?                                               14:48

12      A    No, there is no ██████████████████████   ████████  14:48

     ██████████████████████████                            14:48

14           It's just surprising that ████████████████████  ████████  14:48

     ████████████████████████████████████████████   ████████

     ██████████████████████████████                        14:48

17      Q    How do you know that ███████████████████████  ████████  14:48

     ██████████████████████████                            14:48

19      A    I was told that -- or that information is in   14:49

20   one of the declarations of one of the Waymo engineers. 14:49

21      Q    And you relied on that declaration?            14:49

22      A    Yes.                                           14:49

23      Q    Do you know whose?                             14:49

24      A    I can pull that up because that's referenced   14:49

25   in my -- let's see -- in my second declaration.        14:49
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | declaration, paragraph 40.  And actually, let's move | 15:03 |
| 2 | ahead to paragraph 43. | 15:03 |
| 3 | A   (Witness complies.) | 15:03 |
| 4 | Q   Do you see in the first sentence where you | 15:04 |
| 5 | say: | 15:04 |
| 6 | "Moreover, both Liu and Schultz dissertation | 15:04 |
| 7 | teach away from ███████████████████." | 15:04 |
| 8 | A   Yes. | 15:04 |
| 9 | Q   What is a ████████████ | 15:04 |
| 10 | A   Depending on the application of the laser | 15:04 |
| 11 | diode, either single emitter device or laser diode | 15:04 |
| 12 | bar, ██████████████████████ ██ | |
| ██ | ████████████████████ ██████████ ██ | |
| ██ | ████████████████████████ ██ | |
| ██ | █████████████ | 15:04 |
| 16 | Q   For the GBr3, what would be ███████████ ██████ | |
| ██ | ████████ | 15:04 |
| 18 | MR. JAFFE:  Objection; form. | 15:04 |
| 19 | THE WITNESS:  Without having gone through | 15:05 |
| 20 | computations of the -- ███████████████████ ██████ | |
| ██ | ███████████████████████ ██████ | |
| ██ | ███████████████████████ ██████ | |
| ██ | ███████████████████████ | 15:05 |
| 24 | However, in the deposi- -- in the | 15:05 |
| 25 | declarations of the Google engineer, Pierre Droz, they | 15:05 |

Page 123

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q    What about ███████████              15:07

 2      A    Again, you're asking me to do calculations   15:07

 3    that I don't have information available to me in terms   15:07

 4    of the detailed design properties of the system.   15:07

 5      Q    You know, earlier we were looking at the   15:07

 6    Trade Secret No. 7, and you confirmed there was no   15:07

 7    requirement of ████████████████████         15:07

 8           Do you recall that?                  15:07

 9      A    Yes.                                 15:08

10      Q    Where does it say in Trade Secret 7 that the   15:08

11    ███████████████████████?                    15:08

12      A    The significance in the Trade Secret is the   15:08

13    ████████████████████████████████  ███████

██    ████████████████████████████████  ███████

██    ████████████████████████████████  ███████

██    █████████████████████████████             15:08

17      Q    But where does it ████████████████  ███████

██    █████████████████████                      15:09

19      A    Trade Secret No. 7 doesn't have ██  ███████

██    ████████████████████████████████           15:09

21           (Document marked Exhibit 1048        15:09

22            for identification.)                15:09

23           MR. KIM:  Okay.  I'd like to hand you   15:09

24    deposition Exhibit No. 140 -- 1048.          15:09

25           MR. JAFFE:  Can I get a copy, please?   15:09
```

Page 125

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   So it seems to be distinguishing the | 16:04 |
| 2 | '190 patent disclosure and possibly the PanDAR | 16:04 |
| 3 | paper -- it's unclear -- on the grounds that what's | 16:04 |
| 4 | disclosed in the '190 patent and/or the PanDAR paper | 16:05 |
| 5 | is not a single device. | 16:05 |
| 6 |     And my question is:  Earlier when we were | 16:05 |
| 7 | discussing the PanDAR device, you had mentioned that | 16:05 |
| 8 | it was two stacked Velodynes; right? | 16:05 |
| 9 |     And I think that's depicted in Figure 1 which | 16:05 |
| 10 | we were talking about earlier. | 16:05 |
| 11 | A   Yes. | 16:05 |
| 12 | Q   So -- so with the understanding that PanDAR | 16:05 |
| 13 | is describing what you described as two separate | 16:05 |
| 14 | devices stacked on top of each other -- | 16:05 |
| 15 | A   Well, actually, I think we can look at the | 16:05 |
| 16 | photograph -- | 16:05 |
| 17 | Q   Yeah. | 16:05 |
| 18 | A   -- on Figure 1 and see -- | 16:05 |
| 19 | Q   Yeah, that's what I'm looking at, too. | 16:05 |
| 20 | A   -- that it is a single device that has two | 16:05 |
| 21 | optical subsystems on it. | 16:05 |
| 22 | Q   Oh, you would characterize this as a single | 16:05 |
| 23 | device? | 16:05 |
| 24 | A   This is the PanDAR system that is a single | 16:05 |
| 25 | device. | 16:05 |

Page 154

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1     ████████████████   ██████████████████████   ███████

      ████████████████████████████████████████████   ██████

      █████████████████████████████████████             16:10

4          So again, I have to say necessarily because    16:10

5     it may not be a straightforward task to reduce that to  16:10

6     a single device.                                   16:10

7          MR. KIM:  Q.  Wouldn't it be fairly simple to  16:10

8     just arrange the boards that are distributed across  16:10

9     two optical cavities in the PanDAR device into a   16:11

10    single cavity?                                     16:11

11         MR. JAFFE:  Objection; form.                   16:11

12         THE WITNESS:  Without knowing the internal     16:11

13    details of the -- of the 32-unit Velodyne systems,  16:11

14    that may or may not be possible.                    16:11

15         But we can actually look at the Velodyne       16:11

16    '190 patent and see that there's not a lot of room  16:11

17    between their current set of emitters to just add more  16:11

18    boards.                                             16:11

19         MR. KIM:  Okay.                                16:11

20      Q   Aside from space constraints, what else would  16:11

21    prevent you from just adding more boards in a single  16:11

22    cavity?                                             16:11

23      A   Well, two other areas that immediately jump   16:11

24    out at me as an engineer.                           16:12

25         ███████████████████████████   ████████████     16:12
```

Page 158

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1   ███████████████████████████████████     ██████
     █████████████████████████████████       ██████
     ██████████████████████████████████████  ██████
     ████████████████████████  ██            ██████
     █████████████████████████████████████   ██████
     ██████████████████████████████████      ██████
     █████████████████████████████████████   16:12
 8   Q   What else?                            16:12
 9   A   We mentioned ███████████████████     ██████
     ███████████████████                      16:12
11   Q   What about optically?                 16:12
12       You wouldn't have to recalculate all the ██  ██████
     ████████████████████████████████████████████  ██████
     ████████████████████████  right?            16:12
15       You could just take ████████████████   ██████
     ████████████████, and apply it to a single cavity?  16:13
17       MR. JAFFE:  Objection; form.           16:13
18       THE WITNESS:  So you're really making a very  16:13
19   hypothetical situation right now, and now detailed  16:13
20   designs that's unclear to me whether I can make an  16:13
21   accurate conclusion on this.                 16:13
22       It not only depends on ███████████████  ██████
     ████████████████████████████████████████   ██████
     ████████████████████████████████████████   ██████
     ████████████████████████████             16:13
```

                                        Page 159

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              So I don't think there is a clear answer to      16:13

 2     your question.                                            16:13

 3              MR. KIM:  Q.  It wouldn't be a simple            16:13

 4     modification to just go from these two separate           16:13

 5     cavities and to put all 64 boards and diodes into a       16:13

 6     single cavity?                                            16:13

 7              MR. JAFFE:  Objection; form.                     16:14

 8              THE WITNESS:  Again, I don't -- with all of      16:14

 9     the complexity of engineering, I don't think you can      16:14

10     make a broad brush statement that says, Oh, this would    16:14

11     just be a simple thing to do.                             16:14

12              MR. KIM:  Q.  So GBr3 has ███████████    ██████  

          ██████; correct?                                       16:15

14       A   Yes, that's correct.                                16:15

15       Q   And it has a single optical cavity?                 16:15

16       A   Yes, that's correct.                                16:15

17       Q   And the ███████████████ for GBr3,                   16:15

18     that's ██████████████████████████?                       16:15

19       A   That sounds correct.  But I would prefer to         16:15

20     look at a detailed specification to confirm that          16:15

21     number.                                                   16:16

22       Q   All right.                                          16:16

23              I think you can go to the list of Trade          16:16

24     Secrets and turn to -- let's see -- page 25.              16:16

25       A   Okay.  Nope, I don't need that anymore.             16:16
```

                                                    Page 160

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    line 52, where it says:                            16:30

 2          "In some examples, each light source of the  16:30

 3    plurality of light sources includes a respective lens,  16:30

 4    such as a cylindrical or acylindrical lens.  The light  16:30

 5    source may emit an uncollimated light beam that     16:31

 6    diverges more in a first direction than in a second  16:31

 7    direction.  In these examples, the light source's   16:31

 8    respective lens may pre-collimate the uncollimated  16:31

 9    light beam in the first direction to provide a      16:31

10    partially collimated light beam, thereby reducing the  16:31

11    divergence in the first direction."                 16:31

12          Do you see that?                              16:31

13      A   I do see that.                                16:31

14      Q   Doesn't that describe a cylin- -- use of a    16:31

15    cylindrical or acylindrical FAC lens with a laser   16:31

16    diode?                                              16:31

17      A   Yes, it does.                                 16:31

18      Q   And here it refers to cylindrical or          16:31

19    acylindrical.                                       16:31

20          Do you know what the difference is between a  16:31

21    cylindrical and an acylindrical lens?               16:31

22      A   The use in the patent of the terminology      16:31

23    "acylindrical" is not standard for optics.  Normally,  16:32

24    the optical design program -- or a common optical   16:32

25    design program, Zemax, would refer to that as a     16:32
```

Page 169

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    toroid-shaped lens.                               16:32

 2        Q   Yet you're referring to an acylindrical --   16:32

 3        A   Correct.                                   16:32

 4        Q   -- shape?                                  16:32

 5            So just to make sure I've got the terminology   16:32

 6    right, an acylindrical FAC lens would be toroidal?   16:32

 7        A   And just to be specific, the definition of   16:32

 8    toroidal means that the radius of curvature in one   16:32

 9    principal direction is different than the radius of   16:32

10    curvature in the other principal direction.        16:32

11        Q   Okay.  And a cylindrical FAC then would be   16:32

12    non-toroidal; is that fair?                        16:32

13        A   Yes.  It's the limit where one of the axes is   16:32

14    constant cross section and has no radius of curvature,   16:33

15    and the other one has a radius of curvature.        16:33

16        Q   And you can define a acylindrical shape     16:33

17    through a mathematical equation; correct?           16:33

18        A   That's correct.                            16:33

19        Q   And an acylindrical shape can be defined    16:33

20    through the use of a polynomial?                    16:33

21        A   Correct.                                   16:33

22        Q   Whereas a cylindrical shape would not be    16:33

23    defined by a polynomial; correct?                   16:33

24        A   In the one axis where there is curvature,   16:33

25    that axis is actually usually defined by a polynomial.   16:33
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  Okay. | 17:12 |
| 2 | Q   So this patent discloses the use of holes, | 17:12 |
| 3 | tapered pins, screws, and cam surfaces, all four of | 17:12 |
| 4 | those, ███████████████████; correct? | 17:12 |
| 5 | A   That is correct. | 17:12 |
| 6 | Q   Okay.  You can put that aside. | 17:12 |
| 7 | So I believe earlier you testified that it's | 17:13 |
| 8 | your understanding that the manufacturing tolerances | 17:13 |
| 9 | for GBr3 is ████████████████? | 17:13 |
| 10 | MR. JAFFE:  Objection; form. | 17:13 |
| 11 | THE WITNESS:  Can you point to either in my | 17:13 |
| 12 | declaration or -- | 17:13 |
| 13 | MR. KIM:  Q.  I thought you said that during | 17:13 |
| 14 | the deposition, but you also said in paragraph 50 of | 17:13 |
| 15 | your reply brief. | 17:13 |
| 16 | A   Okay. | 17:13 |
| 17 | MR. JAFFE:  Are you talking about the reply | 17:13 |
| 18 | brief, you said? | 17:13 |
| 19 | MR. KIM:  The reply declaration. | 17:13 |
| 20 | THE WITNESS:  Okay. | 17:14 |
| 21 | (Complies.) | 17:14 |
| 22 | Yes.  And this specifically references the | 17:14 |
| 23 | ████████████████████████████ ████ | |
| ██ | ██████████████████████████████ ████ | |
| ██ | ███████████████████ | 17:14 |

Page 188

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



1

17:14

4      MR. KIM:  Q.  So if there's a

17:15

7      A

17:16

Page 189

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



15   Q   Okay.  I'd like to move on to page 29 of your          17:17

16   reply.                                                      17:18

17   A   (Witness complies.)                                     17:18

18   Q   Down at the bottom you're discussing Trade             17:18

19   Secret 48?                                                  17:18

20   A   Yes.                                                    17:18

21   Q   And what is that Trade Secret?                          17:18

22   A   So the Trade Secret as specifically written            17:18

23   in the Trade Secret document -- list document, the         17:18

24   Trade Secret claimed is:                                    17:18

25                                                                17:18

Page 190

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   Now, the use of a ████████████████████      ████████
        ████████████████████████████ that's known in the    17:22
 3   public; right?                                          17:22
 4          MR. JAFFE:  Objection; form.                     17:22
 5          THE WITNESS:  There are many applications of     17:22
 6   █████████████████████████████                          ████████
     ██████████████████████████████████████████            ████████
     ██████████████████████████████████████████            ████████
     ███████████████                                         17:22
10          MR. KIM:  Q.  And it's also known that you       17:22
11   could use ████████████████████████████                ████████
     ████████████████████████████████████████████           17:22
13   correct?                                                17:22
14          MR. JAFFE:  Objection; form.                     17:22
15          THE WITNESS:  Yes.  There are certainly          17:22
16   references in the public domain that discuss the        17:22
17   █████████████████████████████████████████             ████████
     ██████████                                              17:23
19          MR. KIM:  Q.  For a LiDAR application;           17:23
20   correct?                                                17:23
21      A   For a LiDAR application.                         17:23
22      Q   Okay.  So the use of ██████████████████████    ████████
     █████████████████████████████████████                 ████████
     ██████████████████████████████ that's not a Trade      17:23
25   Secret; right?                                          17:23
```

                                                    Page 193

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1     A   Right here.                                  17:26

2     Q   You're referring to ████████                17:26

3     A   ████████   yes.                             17:26

4     Q   Okay.  Let's move on to paragraph 58 in your 17:26

5   reply declaration.                                 17:27

6     A   (Witness complies.)                          17:27

7         Yes.                                         17:28

8     Q   So Trade Secret 10 is:                       17:28

9         ███████████████████████████    ██████

      ████████████████████████████████    ██████

      ████████████████████████████████    ██████

      █████████████████████████████       ██████

      ██████████████████████████████      ██████

      ████████████████████████            17:28

15    A   That's correct.                              17:28

16    Q   What's the ████████████████████████         17:28

17  covered by Trade Secret 10?                        17:28

18    A   It's the █████████████████████      ██████

      ███████████████████    ████████████    ██████

      ████████████████████████████           ██████

      ████████████████████████████████       17:28

22    Q   Now, I'm -- I want to know about the         17:29

23  █████████████████                                  17:29

24        █████████████████████████████       ██████

      ████████████████████ that you're referring to?  17:29
```

                                              Page 196

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   Now, you said earlier ████████████████      ████████

 █      ████████████████████████████████████████      ████████

 █      ███████████████   right?                        17:31

 4      A   That's right.  So just to be specific, a     17:31

 5      ██████████████████████████████████████████      ████████

 █      █████████████████████████████████████████       ████████

 █      ████████████████████                            17:31

 8      Q   Okay.  So who is ███████████████ for        17:31

 9  Waymo?                                               17:31

10      A   I know they're a █████████████ and -- oh,   17:31

11  yes, ████████                                        17:31

12      Q   Okay.  So I'm a little confused, because in  17:31

13  Trade Secret -- the Trade Secret List, page 8, it    17:31

14  says:                                                17:31

15              ████████████████████████████████       ████████

 █      ██████████████████████████████████████████      ████████

 █      ███████████████████████████████████████████     ████████

 █      ████████████████████████████████████████        ████████

 █      ███████████                                     17:32

20          Do you see that?                            17:32

21      A   You're on page 8?                            17:32

22      Q   Page 8.                                      17:32

23      A   And Trade Secret --                          17:32

24      Q   10.                                          17:32

25      A   -- 10.                                       17:32
```

Page 198

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1            MR. JAFFE:  Same objection.                17:39

2            THE WITNESS:  Again, I'm not aware of any   17:39

3    other person using plastic FAC lenses in any        17:39

4    application.                                          17:39

5            MR. KIM:  Q.  Can you turn to the '922 patent 17:39

6    that we looked at previously.                         17:41

7    A    (Witness complies.)                              17:41

8         Uh-huh.                                          17:41

9    Q    Direct your attention to paragraph --           17:41

10   column 15, line approximately 50.                     17:41

11        Do you see that?                                 17:41

12   A    Yes.                                             17:41

13   Q    So it says:                                      17:41

14        "In one example, cylindrical lens 504 is a      17:41

15   microrod lens with a diameter of about 600 microns    17:41

16   that is placed about 250 microns in front of aperture 17:41

17   506.  The material of the microrod lens could be, for 17:41

18   example, fused silica or a borosilicate crown glass,  17:41

19   such as Schott BK7."                                  17:41

20        It goes on to say:                               17:42

21        "Alternatively, the microrod lens could be a    17:42

22   molded plastic cylinder or acylinder."               17:42

23        Do you see that?                                 17:42

24   A    I do.                                            17:42

25   Q    So it's known in the public that you could      17:42
```

Page 203

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | have a molded plastic FAC lens for use with a diode in | 17:42 |
| 2 | a LiDAR; correct? | 17:42 |
| 3 | A   Yes.  The -- there could be a molded glass | 17:42 |
| 4 | lens. | 17:42 |
| 5 | However, the Trade Secret really here that | 17:42 |
| 6 | we're talking about is ███████████████████████ | ██████ |
| ■ | ████████████████████████████████████████ | ██████ |
| ■ | ████████████████████████████ | 17:42 |
| 9 | Q   Where does it talk about ██████████ | ██████ |
| ■ | ███████████████████████████████████████ | ██████ |
| ■ | ██████ | 17:43 |
| 12 | MR. JAFFE:  Objection; form. | 17:43 |
| 13 | THE WITNESS:  Well, the -- the Trade Secret | 17:43 |
| 14 | ████████████████████████████████████ | 17:43 |
| 15 | MR. KIM:  Q.  And I thought we had previously | 17:43 |
| 16 | discussed that in this list of Trade Secrets, it's | 17:43 |
| 17 | just the last bullet that defines the scope of the | 17:43 |
| 18 | Trade Secret? | 17:43 |
| 19 | A   Yes. | 17:43 |
| 20 | Q   Do you recall that? | 17:43 |
| 21 | A   Yes. | 17:43 |
| 22 | Q   Okay.  Is there anything in that last bullet | 17:43 |
| 23 | that talks about ████████████████████████ | ██████ |
| ■ | ██████████████████████████████ | 17:43 |
| 25 | A   No. | 17:43 |

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   Do you see any description there of any       17:43
 2   ██████████████████████████?                          17:43
 3      A   No.                                            17:43
 4      Q   Did you opine on Trade Secret No. 19?          17:43
 5      A   Yes.                                           17:44
 6      Q   So again, the scope of Trade Secret 19 is      17:44
 7   defined by that last bullet point; correct?          17:44
 8      A   Correct.                                       17:45
 9      Q   And so the Trade Secret is  ████████████       ██████
██   ████████████████████████████; is that right?         17:45
11          MR. JAFFE:  Objection; form.                   17:45
12          THE WITNESS:  There's more to the Trade        17:45
13   Secret.  The Trade Secret claimed is:                 17:45
14                      ██████████████████████████████     ██████
██   ██████████████████████████████████████████████       ██████
██   █████████████████████████████████████               ██████
██   ████████████████████████████████████████            ██████
██   ████████████████████████████████████████            ██████
██   █████████████████████████████████████████           ██████
██   ██████████████████████████████                       17:45
21          MR. KIM:  Q.  So the Trade Secret doesn't      17:45
22   specify any particular type of ███████████████;       17:45
23   correct?                                              17:46
24      A   No.                                            17:46
25      Q   And you're aware of vendors who sell ████████  17:46
```

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | diagrams? | 18:54 |
| 2 | MR. JAFFE:  Same objection. | 18:54 |
| 3 | THE WITNESS:  As I just stated, without | 18:54 |
| 4 | knowing the internal circuitry of the components that | 18:54 |
| 5 | are listed as MC40F10YMME, and whether or not that | 18:54 |
| 6 | internal device contains inductors or inductor-like | 18:54 |
| 7 | devices, I cannot make a determination. | 18:54 |
| 8 | MR. KIM:  Okay. | 18:54 |
| 9 | Q   You said you reviewed the 14,000 files | 18:54 |
| 10 | downloaded by Mr. Anthony Levandowski in preparation | 18:54 |
| 11 | for finalizing your opening declaration; correct? | 18:54 |
| 12 | A   That is correct. | 18:54 |
| 13 | Q   When you reviewed those 14,000 files, you | 18:54 |
| 14 | didn't see ████████████████████████████████████ ████ | |
| | ████████████████████ did you? | 18:55 |
| 16 | MR. JAFFE:  Objection; form. | 18:55 |
| 17 | THE WITNESS:  The files that were downloaded | 18:55 |
| 18 | by Andrew Levandowski included a wide range of laser | 18:55 |
| 19 | programs at Google Waymo, one being ████████████ ████ | |
| | ████████████████████████ | 18:55 |
| 21 | However, the information is limited to the | 18:55 |
| 22 | electrical schematics of the system and did not have | 18:55 |
| 23 | any information on the optical configurations. | 18:55 |
| 24 | MR. KIM:  Okay. | 18:55 |
| 25 | Q   So that would be -- you -- you didn't see any | 18:55 |

Page 230

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | schematics for a LiDAR design with eight optical | 18:55 |
| 2 | cavities? | 18:55 |
| 3 |     A    No, I did not. | 18:55 |
| 4 |     Q    And you didn't see any schematics for a LiDAR | 18:55 |
| 5 | design that had 16 collimation lenses? | 18:55 |
| 6 |         MR. JAFFE:  Objection; form. | 18:56 |
| 7 |         THE WITNESS:  Again, the schematic files are | 18:56 |
| 8 | electrical files, not optical files.  So there was no | 18:56 |
| 9 | information on lenses or optics. | 18:56 |
| 10 |         MR. KIM:  Q.  And you didn't see any | 18:56 |
| 11 | schematics that showed a diode-based design with | 18:56 |
| 12 | multiple diodes on a board with separate transmit and | 18:56 |
| 13 | receive lenses? | 18:56 |
| 14 |         MR. JAFFE:  Objection; form. | 18:56 |
| 15 |         THE WITNESS:  In the laser subdirectory of | 18:56 |
| 16 | the files downloaded by Andrew Levandowski, there were | 18:57 |
| 17 | multiple laser projects with the schematic information | 18:57 |
| 18 | on those, but not the optical information. | 18:57 |
| 19 |         So even though there were a wide range of | 18:57 |
| 20 | files downloaded on a wide range of laser radar | 18:57 |
| 21 | systems, there was not specific optical information | 18:57 |
| 22 | that would allow me to answer that I did see this | 18:57 |
| 23 | configuration. | 18:57 |
| 24 |         MR. KIM:  Q.  Mr. Kintz, the Spider doesn't | 18:57 |
| 25 | practice any of the Trade Secrets in your opening | 18:57 |

Page 231

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   declaration; correct?                            18:57

 2       A   No, not that I'm aware of.               18:58

 3       Q   Okay.  Going back to -- yeah.  I think   18:58

 4   earlier we were talking about ███████████████ ████ 

 5       ████████████████████                         18:58

 6           Do you recall that discussion?           18:58

 7       A   I do.                                     18:58

 8       Q   And at one point we were talking about a 18:58

 9   reference that disclosed, in addition to the use of 18:58

10   guide holes, also the use of screws.             18:58

11           Do you recall that?                       18:58

12       A   Yes.                                      18:58

13       Q   The use of screws to position PCB boards, 18:58

14   that was well known in the public; correct?      18:58

15           MR. JAFFE:  Objection; form.             18:58

16           THE WITNESS:  In this case, the screws had a 18:59

17   definitive function that is well beyond the normal use 18:59

18   of screws to just hold them down on a set of     18:59

19   standoffs.                                        18:59

20           In this case, the screws had a function as -- 18:59

21   wrong patent.  Wrong patent.                     18:59

22           MR. KIM:  Let me just ask you a new question. 18:59

23       Q   In your opinion, people would know that you 18:59

24   could position a PCB using screws; correct?      18:59

25           MR. JAFFE:  Objection; form.             18:59
```

                                          Page 232

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  The attachment of PCBs to | 18:59 |
| 2 | standoffs and other mechanical hardware is commonly | 19:00 |
| 3 | used in designs. | 19:00 |
| 4 | MR. KIM:  Okay.  No further questions at this | 19:00 |
| 5 | time. | 19:00 |
| 6 | MR. JAFFE:  No questions. | 19:00 |
| 7 | THE VIDEOGRAPHER:  This is the end of today's | 19:00 |
| 8 | deposition of Mr. Gregory Kintz.  We are off the | 19:00 |
| 9 | record at 7:00 p.m. | 19:00 |
| 10 | The total number of media used was eight and | 19:00 |
| 11 | will be retained by Veritext. | 19:00 |
| 12 | Thank you. | 19:00 |
| 13 | (WHEREUPON, the deposition ended | 19:00 |
| 14 | at 7:00 p.m.) | 19:00 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Veritext Legal Solutions
866 299-5127