# EXHIBIT 15

# FILED UNDER SEAL

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6          Plaintiff,
 7   vs.                              No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
12   _____/
13
14     WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF GREGORY KINTZ
17                 SAN FRANCISCO, CALIFORNIA
18                 WEDNESDAY, APRIL 26, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2592507
24
25   PAGES 1 - 234
```

Page 1

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ████████████████████████████████████ | ████ |
| 2 | ████████████████████████████████████ | 15:11 |
| 3 | Do you see that? | 15:11 |
| 4 | A  I do see that. | 15:11 |
| 5 | Q  So would you agree that Schultz discloses | 15:11 |
| 6 | that ████████████████████████████████ | ████ |
| 7 | ████████████████ | 15:11 |
| 8 | MR. JAFFE:  Objection; form. | 15:11 |
| 9 | THE WITNESS:  The device in question here in | 15:11 |
| 10 | this Ph.D. thesis from a student in Germany refers to | 15:11 |
| 11 | a high-powered laser diode bar with multiple emitters | 15:11 |
| 12 | where the bar is bonded to a heat sink.  There is | 15:11 |
| 13 | another contact bar on top of the device. | 15:11 |
| 14 | And this has little or no relationship to a | 15:11 |
| 15 | ████████████████████████████████████ | 15:12 |
| 16 | MR. KIM:  So that wasn't responsive to my | 15:12 |
| 17 | question.  Let me ask you a different one. | 15:12 |
| 18 | Q  On page 63 -- can you turn to page 63. | 15:12 |
| 19 | A  (Witness complies.) | 15:12 |
| 20 | Q  Do you see Figure 4-10? | 15:12 |
| 21 | A  I do. | 15:12 |
| 22 | Q  Where it's labeled: | 15:12 |
| 23 | ████████████████████████████████ | ████ |
| 24 | ████████████████ | 15:12 |
| 25 | Do you see that? | 15:12 |

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A Yes. | 15:12 |
| 2 | Q And above that label, ▮▮▮▮▮ | ▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| | ▮▮▮▮▮▮▮ | 15:13 |
| 5 | Do you see that? | 15:13 |
| 6 | A Yes. | 15:13 |
| 7 | Q Okay. This depicts ▮▮▮▮▮ | ▮ |
| | ▮▮▮ ; correct? | 15:13 |
| 9 | A Again, ▮▮▮▮▮▮▮▮▮ | ▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮ | 15:13 |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| | ▮▮▮▮ | 15:13 |
| 15 | Q That's not my question. | 15:13 |
| 16 | My question is: That figure depicts ▮ | ▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| | ▮▮ correct? | 15:13 |
| 19 | MR. JAFFE: Objection; form. | 15:13 |
| 20 | THE WITNESS: As you see in this figure, | 15:13 |
| 21 | there is ▮▮▮▮▮▮ | 15:13 |
| 22 | But the greater body of knowledge of the | 15:13 |
| 23 | packaging of even the specific type of high-powered | 15:13 |
| 24 | laser diode bars as referenced in the Liu textbook | 15:14 |
| 25 | indicates that the ideal configuration for these | 15:14 |

Page 128

```
1            So I don't think there is a clear answer to      16:13
2   your question.                                            16:13
3            MR. KIM:  Q.  It wouldn't be a simple            16:13
4   modification to just go from these two separate           16:13
5   cavities and to put all 64 boards and diodes into a       16:13
6   single cavity?                                            16:13
7            MR. JAFFE:  Objection; form.                     16:14
8            THE WITNESS:  Again, I don't -- with all of      16:14
9   the complexity of engineering, I don't think you can      16:14
10  make a broad brush statement that says, Oh, this would    16:14
11  just be a simple thing to do.                             16:14
12           MR. KIM:  Q.  So GBr3 has ▇▇▇▇▇▇▇▇      ▇▇▇▇
13  ▇▇▇▇▇▇ correct?                                           16:15
14       A   Yes, that's correct.                             16:15
15       Q   And it has a single optical cavity?              16:15
16       A   Yes, that's correct.                             16:15
17       Q   And the ▇▇▇▇▇▇▇▇▇▇▇▇ for GBr3,                   16:15
18  that's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                   16:15
19       A   That sounds correct.  But I would prefer to      16:15
20  look at a detailed specification to confirm that          16:15
21  number.                                                   16:16
22       Q   All right.                                       16:16
23           I think you can go to the list of Trade          16:16
24  Secrets and turn to -- let's see -- page 25.              16:16
25       A   Okay.  Nope, I don't need that anymore.          16:16
```

Page 160

Case 3:17-cv-00939-WHA   Document 385-10   Filed 05/08/17   Page 6 of 6
Case 3:17-cv-00939-WHA   Document 353-4   Filed 05/02/17   Page 6 of 6
WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1   Sorry.                                                        18:39
2       Well, I believe my original opinions were                 18:39
3   reasonable based on the information then available.           18:40
4   The newly provided information requires me to withdraw        18:40
5   my opinion that the Fuji system infringes the                 18:40
6   '922 patent and the '464 patents.                             18:40
7       Q   So your current opinion is that Fuji does not         18:40
8   infringe the '922 and the '464 patents; correct?              18:40
9       A   That is correct.                                      18:40
10      Q   And in your declaration, you said that you            18:40
11  reviewed all of the asserted patents in this case;            18:40
12  correct?                                                      18:40
13      A   In the original declaration?                          18:40
14      Q   Yes.                                                  18:40
15      A   Yes.                                                  18:40
16      Q   And so aside from the '944 and '922 patents,          18:40
17  is it your opinion that Fuji does not infringe any of         18:40
18  those asserted patents?                                       18:40
19          MR. BAYER:  You said '944?                            18:40
20          MR. KIM:  Q.  Aside from the '922 and the             18:41
21  '464, is it your opinion that Fuji does not infringe          18:41
22  any of the other asserted patents in this case?               18:41
23          MR. JAFFE:  Objection; form.                          18:41
24          THE WITNESS:  Can I ask what other asserted           18:41
25  patents you're referencing?                                   18:41

Page 221