QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING EXHIBITS THERETO** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Its Supplemental Brief In Support of Motion for Preliminary Injunction and Supporting Exhibits Thereto, filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief in Support of Motion for Preliminary Injunction | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Exhibit 132 to the Declaration of Jordan Jaffe ("Jaffe Decl."), filed concurrently herewith. | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Exhibit 133 to the Jaffe Decl. | Entire Document | Waymo |
| Exhibit 134 to the Jaffe Decl. | Entire Document | Defendants |

3. Specifically, Waymo's Supplemental Brief in Support of Motion for Preliminary Injunction, and supporting exhibits thereto (collectively "Supplemental Brief") contain or refer to trade secret and confidential business information, which Waymo seeks to seal.

4. Waymo's Supplemental Brief (portions highlighted in green), and Jaffe Decl. Exhibits 132-133 each contain, reference, and/or describe Waymo's asserted trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. This information also contains Uber documents that reflect Waymo's misappropriated trade secrets. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle

1  system. If such information were made public, I understand that Waymo's competitive standing
2  would be significantly harmed.

3      5.    Waymo's request to seal is narrowly tailored to those portions of the Supplemental
4  Brief and supporting exhibits that merit sealing.

6      I declare under penalty of perjury under the laws of the State of California and the United
7  States of America that the foregoing is true and correct, and that this declaration was executed in San
8  Francisco, California, on May 8, 2017.

By  */s/ Lindsay Cooper*
    Lindsay Cooper
    Attorneys for WAYMO LLC

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ David Perlson*
    David Perlson