UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING EXHIBITS THERETO** |

Plaintiff Waymo LLC ("Waymo") has filed a revised Administrative Motion to File Under Seal Portions Its Supplemental Brief in Support of Motion for Preliminary Injunction and Supporting Exhibits Thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief in Support of Motion for Preliminary Injunction | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Exhibit 132 to the Declaration | Highlighted Portions | Waymo (green |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| of Jordan Jaffe ("Jaffe Decl."). | | highlighting); Defendants (blue highlighting) |
| Exhibit 133 to the Jaffe Decl. | Entire Document | Waymo |
| Exhibit 134 to the Jaffe Decl. | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge