1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
       David A. Perlson (Bar No. 209502)
3      davidperlson@quinnemanuel.com
       Melissa Baily (Bar No. 237649)
4      melissabaily@quinnemanuel.com
       John Neukom (Bar No. 275887)
5      johnneukom@quinnemanuel.com
       Jordan Jaffe (Bar No. 254886)
6      jordanjaffe@quinnemanuel.com
     50 California Street, 22nd Floor
7    San Francisco, California 94111-4788
     Telephone:    (415) 875-6600
8    Facsimile:     (415) 875-6700

9    Attorneys for WAYMO LLC

10

11                        UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
12

13   WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

14              Plaintiff,                   **DECLARATION OF JORDAN R. JAFFE
                                             IN SUPPORT OF PLAINTIFF'S
15         vs.                               SUPPLEMENTAL BRIEF IN SUPPORT
                                             OF MOTION FOR PRELIMINARY
16   UBER TECHNOLOGIES, INC.;                INJUNCTION**
     OTTOMOTTO LLC; OTTO TRUCKING
17   LLC,                                    **Hearing**:

18              Defendants.                  Date:  May 3, 2017
                                             Time:  8:00 a.m.
19                                           Place: 8, 19th Floor
                                             Judge:  The Honorable William H. Alsup

20

21

22

23

24

25

26

27

28

1    I, Jordan R. Jaffe, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and a partner with Quinn

3    Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this

4    declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

5    would testify competently as follows.

6    2.    Attached hereto as Exhibit 132 is a true and correct copy of excerpts from the May

7    4, 2017 deposition of James Haslim.

8    3.    Attached hereto as Exhibit 133 is a true and correct copy of deposition exhibit

9    number 150 attached to the May 4, 2017 deposition of James Haslim.

10    4.    Attached hereto as Exhibit 134 is a true and correct copy of a document produced

11    by Uber bearing the document control number UBER00012130, which was attached as deposition

12    exhibit number 154 to the May 4, 2017 deposition of James Haslim.

13

14    I declare under penalty of perjury under the laws of the State of California that the

15    foregoing is true and correct.

16    DATED:  May 8, 2017                           */s/ Jordan R. Jaffe*
                                                    Jordan R. Jaffe
17

18

19

20

21

22

23

24

25

26

27

28

-2-                                    Case No. 3:17-cv-00939-WHA

1

**SIGNATURE ATTESTATION**

2

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3

filing of this document has been obtained from Jordan Jaffe.

4

5

_/s/ David A. Perlson_
David A. Perlson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28