# EXHIBIT 133

# FILED UNDER SEAL

# EXHIBIT 134

# FILED UNDER SEAL