Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939-WHA <br><br> **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC'S AND OTTOMOTTO, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF WAYMO, LLC'S MOTION TO COMPEL** <br><br> Date: June 8, 2017 <br> Time: 10:00 a.m. <br> Ctrm: F, 15th Floor <br> Judge: The Honorable Jacqueline Scott Corley <br><br> Trial Date: October 2, 2017 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Brief in Opposition to Plaintiff Waymo, LLC's ("Waymo") Motion to Compel. The hearing on the Motion is set for June 8, 2017 at 10:00 a.m. before the Honorable Jacqueline Scott Corley. In support, Otto Trucking states as follows:

1. Waymo filed a Complaint on February 23, 2017 (Dkt. No. 1), and an Amended Complaint on March 10, 2017 (Dkt. No. 23) asserting seven causes of action equally against all Defendants, alleging trade secret misappropriation, patent infringement, and unfair competition.

2. On May 1, 2017, Waymo filed a Motion to Compel the Production of Withheld Documents (Dkt No. 321) seeking the production of documents and information pertaining to all Defendants Uber, Ottomotto, and Otto Trucking.

3. On May 8, 2017, Co-Defendants Uber and Ottomotto filed a Brief in Opposition to Waymo's Motion to Compel.

4. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, exhibits, attachments, and prayers of Co-Defendants Uber and Ottomotto set forth in Co-Defendants' Brief in Opposition to Waymo's Motion to Compel, filed with this Court on May 8, 2017, for the reason that said motion is equally applicable to this Defendant in the above captioned matter.

5. Otto Trucking joins and adopts Co-Defendants' Brief in Opposition in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

1

OTTO TRUCKING, LLC'S NOTICE TO JOIN AND ADOPT OPPOSITION TO MOTION TO COMPEL FILED BY UBER TECHNOLOGIES, INC AND OTTOMOTTO, LLC (CASE NO. 3:17-CV-00939-WHA)

WHEREFORE, Defendant Otto Trucking, LLC hereby joins and adopts Co-Defendants' Brief in Opposition to Plaintiff's Motion to Compel.

Dated: May 8, 2017                                       Respectfully submitted,

                                                         By: /s/ Neel Chatterjee
                                                             Neel Chatterjee
                                                             *nchatterjee@goodwinlaw.com*
                                                             GOODWIN PROCTER LLP
                                                             135 Commonwealth Drive
                                                             Menlo Park, California 94025
                                                             Tel.: +1 650 752 3100
                                                             Fax.: +1 650 853 1038

                                                             Brett Schuman
                                                             *bschuman@goodwinlaw.com*
                                                             Rachel M. Walsh
                                                             *rwalsh@goodwinlaw.com*
                                                             GOODWIN PROCTER LLP
                                                             Three Embarcadero Center
                                                             San Francisco, California 94111
                                                             Tel.: +1 415 733 6000
                                                             Fax.: +1 415 677 9041

                                                             Attorneys for Defendant
                                                             OTTO TRUCKING, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 8, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

/s/ Neel Chatterjee
Neel Chatterjee

3

OTTO TRUCKING, LLC'S NOTICE TO JOIN AND ADOPT OPPOSITION TO MOTION TO COMPEL FILED BY UBER TECHNOLOGIES, INC AND OTTOMOTTO, LLC (CASE NO. 3:17-CV-00939-WHA)