QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF DAVID A. PERLSON** |

1    I, David A. Perlson, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

3    2.    On May 8, 2017, I participated in a telephonic conference with Arturo Gonzalez, counsel for Defendants, and Special Master John Cooper regarding Defendants' failure to produce the agreement through which Uber acquired Ottomotto (the "Acquisition Agreement"). When I asked Mr. Gonzalez if he had ever reviewed the Acquisition Agreement, he represented that he had not, and that he did not know how long the document was, whether it included any exhibits, attachments, or schedules, or whether it incorporated any other documents. Mr. Gonzalez also said that he had not yet discussed the issue of production of the Acquisition Agreement with his clients and that he had not planned to do so until tomorrow, May 9, at 11 a.m. When I asked Mr. Gonzalez if, provided Defendants did agree to produce the Acquisition Agreement either today or tomorrow, he could provide a date certain by which the document(s) would actually be produced to Waymo, Mr. Gonazlez said he could not.

4    3.    Attached hereto as Exhibit 1 is a true and correct copy of an email chain between me, Mr. Gonzalez, and Special Master John Cooper, subject "RE: Potential resolution involving Special Master."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED:  May 8, 2017                                        */s/ David A. Perlson*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David A. Perlson.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven