# EXHIBIT 1

**From:** David Perlson
**Sent:** Monday, May 08, 2017 4:00 PM
**To:** 'Gonzalez, Arturo J.' <AGonzalez@mofo.com>; John Cooper <JCooper@fbm.com>
**Subject:** RE: Potential resolution involving Special Master

John, we appreciate your efforts to reach agreement on discovery issues.  Unfortunately, we cannot agree to your proposal.   We think the request for the acquisition documents fits squarely within our document requests and what the Court has already asked for.  On the other hand, Defendants' most recent ask regarding the first dates that QE was contacted is entirely without merit based on what we have already said, including there no document request to which it relates, it seeks irrelevant information, and goes beyond what the Court already ordered.

David


**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Monday, May 08, 2017 2:45 PM
**To:** John Cooper <JCooper@fbm.com>; David Perlson <davidperlson@quinnemanuel.com>
**Subject:** Potential resolution involving Special Master

John,

I know this is probably obvious, but we need the first date that Quinn spoke to Google about Uber.  We don't want a repeat where they give us the information about Waymo instead, since that entity was not formed until this past December.  We want the first communication.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Monday, May 08, 2017 2:39 PM
**To:** 'David Perlson'; Gonzalez, Arturo J.
**Subject:** [EXT] Potential resolution involving Special Master

David and Arturo

A discussion was held with the Special Master today at 2:00 pm.  The Special Master raised the possibility of a compromise whereby the parties will make a mutual exchange of information as follows:

Uber shall provide to Waymo the acquisition agreement whereby Uber acquired Otto Motto and Otto Trucking, which acquisition agreement shall include the exhibits, appendices and any document incorporated into that agreement.

Waymo will provide Uber the date or dates on which Google and or Waymo first communicated with Quinn Emanuel about a potential violation of the law or potential legal action against Anthony Levandowski.  ==Waymo and or Google== will provide the same information as to their first communication with Quinn Emanuel about a potential violation of the law or potential legal action against Uber.  This may require identification of more than one date.

Please consult with your clients and let me and the other party know as soon as you can if this exchange is agreeable.  It would be ideal if this exchange of this information could occur prior to 4:00 this afternoon.

John

**John L Cooper**
*Partner*
jcooper@fbm.com
415.954.4410



Russ Building
235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400
F 415.954.4480
www.fbm.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

===============================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.