IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

In connection with its pending motion for provisional relief, plaintiff Waymo LLC moves to seal certain portions of its objections to defendants' sur-reply (Dkt. No. 325). In a supporting declaration, defense counsel clarified that "portions highlighted in blue on Page 2, Lines 5–8 do not merit sealing" (Dkt. No. 398 ¶ 3). The motion to file under seal is **DENIED** as to those portions and is otherwise **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 9, 2017.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE