# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 9, 2017

Writer's Direct Contact
+1 (415) 268.7020
AGonzalez@mofo.com

The Honorable Jacqueline Scott Corley
USDC, Northern District of California
San Francisco Courthouse
Courtroom F - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Waymo LLC v. Uber Technologies, Inc. et al.,* Case No. 3:17-cv-00939

Dear Magistrate Judge Corley:

This letter responds to the letter filed yesterday by counsel for Waymo.

As I told the Special Master and counsel for Waymo yesterday, I had arranged to speak to our clients this morning at 11:00 a.m. We will be producing the agreement between Uber and Otto, and the exhibits thereto. However, the documents are voluminous (over 200 pages) and we need to consult with other counsel to determine whether any part may be privileged, and which portions will be designated confidential or AEO pursuant to the Protective Order in this case.

We intend to produce the agreement and exhibits on Thursday.

Sincerely,

*/s/ Arturo J. González*

Arturo J. González

cc: Special Master John Cooper

sf-3766989