IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**NOTICE RE IMPENDING DECISIONS AND PROMPT SUBMISSION OF PROPOSED REDACTIONS** |

　　　Counsel are advised that orders on the pending motions for provisional relief and to compel arbitration will very likely be filed this week. At least one of them will be filed temporarily under seal to give counsel a brief opportunity to suggest redactions in addition to those the Court will use (in a duplicate redacted version, also under seal). The redacted version will then be made public. Redactions should be proposed only where truly necessary and should be assessed on a word by word basis. If the Court refuses to accept a redaction proposed by either side, then a brief opportunity to seek mandamus will be allowed. The main purpose of this short notice is a courtesy for planning purposes.

Dated: May 9, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE