UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF WAYMO'S RESPONSES TO QUESTIONS FOR HEARING ON PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Waymo's Responses To Questions For Hearing on Plaintiff's Motion For Provisional Relief (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Portions of Waymo's Responses To Questions For Hearing on Plaintiff's Motion For Provisional Relief | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____May 9_____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge