MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO'S SUPPLEMENTAL BRIEF REGARDING HASLIM TESTIMONY, AND SUPPORTING EXHIBITS THERETO**<br><br>Trial Date: October 2, 2017 |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,
2  Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for
3  an order to file under seal the confidential, unredacted versions of the following documents:
4      1.    Portions of Defendants' Response to Waymo's Supplemental Brief Regarding
5  Haslim Testimony ("Response");
6      2.    Portions of Exhibit 1 to the Declaration of Michelle Yang in Support of
7  Defendants' Response to Waymo's Supplemental Brief Regarding Haslim Testimony ("Yang
8  Declaration");
9      3.    Portions of Exhibit 2 to the Yang Declaration;
10     4.    Portions of Exhibit 3 to the Yang Declaration;
11     5.    Entirety of Exhibit 4 to the Yang Declaration;
12     6.    Portions of Exhibit 5 to the Yang Declaration;
13     7.    Entirety of Exhibit 6 to the Yang Declaration.

Some of the redacted portions of the Response, Exhibit 1, Exhibit 3, and Exhibit 5 discuss Uber's proprietary and highly confidential technical information for Uber's custom LiDAR system. These portions are highlighted in blue on the unredacted copies of the documents. The design of Uber's custom LiDAR system is highly confidential, proprietary information which, if made public, would cause Uber irreparable harm in this very competitive space of autonomous driving. (Declaration of Michelle Yang In Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶¶ 2, 4.) Some portions Defendants' Response and Exhibit 1 contain Uber's confidential and sensitive business organization information, and if this information were made public, I understand that Uber's competitive standing could be significantly harmed. (Yang Decl. ¶ 2.) These portions are also highlighted in blue.

Exhibit 4 contains diagrams of Uber's custom LiDAR system with highly confidential, proprietary technical information. Exhibit 6 is the testimony of an Uber engineer. Both these exhibits likewise contain Uber's proprietary and highly confidential information for Uber's custom LiDAR design. If made public, it would cause Uber irreparable harm. (Yang Decl. ¶¶ 3, 4.)

1  Exhibits 3 and 5 also contain highly confidential information about a third party vendor for Uber's LiDAR, which is also the subject of a non-disclosure agreement. Defendants are contractually bound to maintain the confidentiality of this third party's confidential information. If this information were to be released to the public, Defendants' competitors would have access to detailed information about Defendants' LiDAR design work, and Defendants' competitive standing could significantly be harmed. (Yang Decl. ¶ 5.)

Some of the redacted portions of Defendants' Response, Exhibit 1, Exhibit 2, and Exhibit 5 have been designated by Waymo as either confidential or highly confidential. Waymo's designations are highlighted in green in the unredacted copies of the documents. (Yang Decl. ¶ 5.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on May 9, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: May 9 , 2017         MORRISON & FOERSTER LLP

By: */s/Michael A. Jacobs*
     MICHAEL A. JACOBS

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC