1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11   WAYMO LLC,                                    Case No.      3:17-cv-00939-WHA

12                        Plaintiff,               **[PROPOSED] ORDER GRANTING
                                                   DEFENDANTS UBER
13        v.                                       TECHNOLOGIES, INC. AND
                                                   OTTOMOTTO LLC'S
14   UBER TECHNOLOGIES, INC.,                       ADMINISTRATIVE MOTION TO
     OTTOMOTTO LLC; OTTO TRUCKING LLC,             FILE DOCUMENTS UNDER SEAL**
15
                         Defendants.
16                                                 Trial Date: October 2, 2017

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3767062

1

2

3

4

5

6

Upon consideration of Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

7

8

9

10

11

12

13

14

15

16

17

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Response to Waymo's Supplemental Brief Regarding Haslim Testimony | Highlighted Portions |
| Exhibit 1 to the Declaration of Michelle Yang in Support of Defendants' Response to Waymo's Supplemental Brief Regarding Haslim Testimony ("Yang Declaration") | Highlighted Portions |
| Exhibit 2 to the Yang Declaration | Highlighted Portions |
| Exhibit 3 to the Yang Declaration | Highlighted Portions |
| Exhibit 4 to the Yang Declaration | Entirety |
| Exhibit 5 to the Yang Declaration | Highlighted Portions |
| Exhibit 6 to the Yang Declaration | Entirety |

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge