HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

   WAYMO LLC,

5

                    Plaintiff,

6                                        Case

   vs.                          No. 3:17-cv-00939-WHA

7

   UBER TECHNOLOGIES, INC.;

8  OTTOMOTTO LLC; OTTO TRUCKING LLC,

9            Defendants,
   _____/

10

11

12

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16        VIDEOTAPED DEPOSITION OF JAMES HASLIM

17              THURSDAY, MAY 4, 2017

18

19

20

21

22  Reported by:

23  Anrae Wimberley

24  CSR No. 7778

25  Job No.  2610396

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   How often did Mr. Levandowski bring his | 11:07:32 |
| 2 | personal laptop to work with him? | 11:07:35 |
| 3 | MR. KIM:  Objection; form. | 11:07:35 |
| 4 | THE WITNESS:  I couldn't possibly know. | 11:07:37 |
| 5 | BY MR. JAFFE: | 11:07:37 |
| 6 | Q.   Every day? | 11:07:39 |
| 7 | MR. KIM:  Objection; form. | 11:07:39 |
| 8 | THE WITNESS:  The reason I couldn't possibly know | 11:07:42 |
| 9 | is I don't know whether the laptop he may have carried | 11:07:45 |
| 10 | was his personal laptop or the work laptop. | 11:07:48 |
| 11 | BY MR. JAFFE: | 11:07:48 |
| 12 | Q.   I see.  All right.  So let's just talk about | 11:07:51 |
| 13 | the one laptop that you know about. | 11:07:53 |
| 14 | How often did he bring that laptop to work | 11:07:55 |
| 15 | with him? | 11:07:56 |
| 16 | MR. KIM:  Objection; form. | 11:07:56 |
| 17 | THE WITNESS:  I don't know.  I have no idea. | 11:08:02 |
| 18 | BY MR. JAFFE: | 11:08:02 |
| 19 | Q.   You saw him at work with the personal laptop; | 11:08:06 |
| 20 | right? | 11:08:06 |
| 21 | A.   I'm sure I've seen him at work with a laptop. | 11:08:10 |
| 22 | Q.   And that was a regular occurrence; right? | 11:08:12 |
| 23 | MR. KIM:  Objection; form. | 11:08:14 |
| 24 | THE WITNESS:  I hardly paid attention to how often | 11:08:18 |
| 25 | he was carrying a laptop. | 11:08:20 |

Page 41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | that Mr. Levandowski was demoting himself in some way. | 11:34:26 |
| 2 | Are you familiar with that? | 11:34:27 |
| 3 | A.   I'm familiar with the announcement that his | 11:34:31 |
| 4 | position was changing.  I only take issue with your | 11:34:37 |
| 5 | comment -- or your phrase that says he was demoting | 11:34:40 |
| 6 | himself.  I don't know who decided his position should | 11:34:45 |
| 7 | change. | 11:34:45 |
| 8 | Q.   I see. | 11:34:45 |
| 9 | So you don't know who actually decided that | 11:34:49 |
| 10 | his position should change? | 11:34:51 |
| 11 | A.   Correct. | 11:34:51 |
| 12 | Q.   And do you take issue with the idea that he | 11:34:54 |
| 13 | was demoted in some way? | 11:34:56 |
| 14 | A.   Not necessarily. | 11:34:58 |
| 15 | Q.   Okay.  So if I call it his demotion, that's a | 11:35:03 |
| 16 | fair statement? | 11:35:03 |
| 17 | A.   I won't argue with that. | 11:35:05 |
| 18 | Q.   So how did you find out about | 11:35:09 |
| 19 | Mr. Levandowski's demotion? | 11:35:12 |
| 20 | A.   I received an e-mail.  I believe the whole | 11:35:16 |
| 21 | company received an e-mail describing that change. | 11:35:21 |
| 22 | I want to say Anthony sent the e-mail, but | 11:35:25 |
| 23 | I'm not 100 percent positive on that. | 11:35:28 |

Page 54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13    BY MR. JAFFE:                                          11:36:13

14        Q.   Before that e-mail on Thursday, there was no   11:36:18

15    sort of company policy excluding Mr. Levandowski from   11:36:23

16    providing input onto LiDAR; right?                     11:36:27

17        MR. KIM:   Objection; form.                        11:36:27

18        THE WITNESS:   I'm not aware of any policy before   11:36:31

19    that date regarding excluding him from any aspect of   11:36:35

20    any work at the company.                               11:36:36

21    BY MR. JAFFE:                                          11:36:36

22        Q.   Including LiDAR?                              11:36:41

23        A.   Including LiDAR.                              11:36:41

24        Q.   So you never received any sort of special    11:36:45

25    instructions about what you could and couldn't do     11:36:47

Page 55

| | | |
|---|---|---|
| 1 | Q.    Who came up with ███████████ | 11:57:45 |
| 2 | for Fuji? | 11:57:46 |
| 3 | A.    I would say that was a decision reached by me | 11:57:56 |
| 4 | with collaboration with my electrical engineer Florin | 11:58:00 |
| 5 | Ignatescu. | 11:58:02 |
| 6 | Q.    Anyone else? | 11:58:07 |
| 7 | A.    I believe the discussion of the ███████████ | 11:58:13 |
| 8 | also involved Gaetan as it pertains to the performance | 11:58:20 |
| 9 | of his lens and how it would work with ██████████. | 11:58:25 |
| 10 | I'm sure we informed other people.  Scott may have | 11:58:34 |
| 11 | been in the office when we were making this decision | 11:58:36 |
| 12 | as well.  Dan Gruver would probably be informed as | 11:58:41 |
| 13 | well, but I don't recall Dan playing any role in that | 11:58:45 |
| 14 | decision. | 11:58:45 |
| 15 | Q.    Who was involved in coming up with ████ ████49 | |
| █ | ████████ | 11:58:50 |
| 17 | MR. KIM:  Objection; form. | 11:58:53 |
| 18 | THE WITNESS:  In coming up with ██████████ I | 11:58:57 |
| 19 | would say that was primarily me and the electrical | 11:59:00 |
| 20 | engineer, Florin. | 11:59:02 |
| 21 | BY MR. JAFFE: | |
| 22 | Q.    And then you discussed it with the LiDAR | 11:59:05 |
| 23 | team? | 11:59:07 |
| 24 | MR. KIM:  Objection; form. | 11:59:09 |
| 25 | THE WITNESS:  Yes. | 11:59:09 |

Page 72

| | | |
|---|---|---|
| 1 | Q.   Are you aware of any conversations between | 12:00:17 |
| 2 | Mr. Gruver or Mr. Pennecot and Mr. Levandowski | 12:00:20 |
| 3 | regarding the number of transmit boards in the Fuji | 12:00:24 |
| 4 | design? | 12:00:24 |
| 5 | MR. KIM:  Objection; form. | 12:00:26 |
| 6 | THE WITNESS:  I am not aware. | 12:00:28 |
| 7 | BY MR. JAFFE: | 12:00:28 |
| 8 | Q.   So it's possible that they have discussed | 12:00:29 |
| 9 | this issue with them, you wouldn't know that; right? | 12:00:32 |
| 10 | A.   I wouldn't know that. | 12:00:34 |
| 11 | Q.   So you're not saying that Mr. Levandowski has | 12:00:36 |
| 12 | never had discussions or input into the idea to use | 12:00:40 |
| 13 | ███████████████; right? | 12:00:43 |
| 14 | MR. KIM:  Objection; form. | 12:00:46 |
| 15 | THE WITNESS:  What I am saying is that Anthony | 12:00:48 |
| 16 | never had input into my decision with my electrical | 12:00:55 |
| 17 | engineer to put ██████████████. | 12:01:00 |
| 18 | BY MR. JAFFE: | 12:01:00 |
| 19 | Q.   Right. | 12:01:00 |
| 20 | But you talked about that decision with | 12:01:02 |
| 21 | Mr. Gruver, for example; right? | 12:01:03 |
| 22 | A.   I think discussions with Gruver came later, | 12:01:07 |
| 23 | yeah. | 12:01:07 |
| 24 | Q.   Or Mr. Pennecot, for example? | 12:01:10 |
| 25 | A.   Mr. Pennecot was probably consulted in that | 12:01:13 |

Page 74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.   Yes.                                        12:03:36

 2           We knew we needed a laser circuit, so I had  12:03:40

 3   Florin design multiple laser circuits onto a board for 12:03:45

 4   test and evaluation.  We picked one of those circuits 12:03:48

 5   that we thought performed the best.  He began        12:03:51

 6   considering the size of his circuit in one of those -- 12:03:56

 7   I believe it was 10 different circuits.  The one we  12:03:59

 8   chose, he could look at the design of it and tell me  12:04:02

 9   the size.                                            12:04:04

10           So at this point, as I recall, Gaetan did not 12:04:10

11   have a laser board design in his CAD model.  He had a 12:04:20

12   lens design.  He may have had -- I even doubt he had  12:04:26

13   taken that into CAD yet.                             12:04:29

14      Q.   So I'm a little bit confused.               12:04:32

15           Where did the idea to have ███████come       12:04:34

16   from?                                                12:04:35

██   ████████████████████████████████████████████████████41

██   ████████████████████████████.  The need to         12:04:49

19   ██████████████████ developed quickly between        12:04:56

20   Florin and I looking at the size of the circuit,     12:04:59

21   knowing when Scott Boehmke defines a certain ███████ ████04

██   █████████████████████████████, when Gaetan has      12:05:08

23   designed a lens that has a 150 millimeter focal      12:05:13

24   length, it becomes apparent that the ████████   █████16

██   ██████████████████████████████████████             12:05:19
```

Page 77

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    ████████████████████████████████████████████
     ██████████████████████████.                    12:05:24
3         It was obvious to me that wasn't going to  12:05:26
4    work and we would have to ████████████████████  
     ██████    Later we went back and looked closer, and I  12:05:33
6    realized, wait a minute, ███████████████████████  12:05:33
     ██████    So we can't put circuits on ██████████████  
     ████████████████████████████████████████████████
     ██████████████.                                 12:05:47
10        Furthermore, we were starting to look at   12:05:50
11   components on the receiver.  We saw components on the  12:05:53
12   receiver that were themselves ███████████████████  12:05:58
13   Those were high voltage components.  They needed  12:06:00
14   additional space between them as well.  So it seemed  12:06:01
15   pretty clear at the time████████████████████ was not  12:06:05
16   going to work, so we said ████████████████   Florin  12:06:09
17   thought he could ████████████████████            12:06:14
18        So that ended up with███████████████████████  
     ██████████    We already had decided two cavities to make  12:06:20
20   64 channels, so that ended up with ████████████████  12:06:24
21   in the sensor.                                   12:06:25
22        Q.   Where are the documents that reflect the  12:06:27
23   discussions that you were just talking about?    12:06:31
24        A.   We did not document our discussions.   12:06:33
25        Q.   Okay.  So there are no -- there's no   12:06:35
```

Page 78

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    documentary evidence to evidence -- to support what      12:06:39

 2    you just said?                                           12:06:40

 3        MR. KIM:  Objection; form.                           12:06:42

 4    BY MR. JAFFE:                                            12:06:42

 5        Q.   Is that fair?                                   12:06:42

 6        A.   Not quite.                                      12:06:43

 7             We have documents showing and indicating to    12:06:47

 8    us what the vertical angles were to be for the sensor   12:06:52

 9    as specified by Scott Boehmke.  We have a lens design   12:06:57

10    that's documented from Gaetan.  We have the original    12:07:03

11    circuit Florin had developed for testing out lasers.    12:07:10

12             At that point, the documentation stopped.      12:07:14

13    And we don't have documents for discussions describing  12:07:22

14    how ████████████████████████████████████████████████

      ████████████████████████████                           12:07:27

16        Q.   Okay.  So I just want to run through that       12:07:30

17    real quick.                                             12:07:30

18             So you're saying that you got the idea for     12:07:34

19    ████████████ based on three things.  One is the ███████

      ████████ of the diodes that you wanted.  Two is the     12:07:43

21    ███████████████████.  And three is the ████████████████

      ██████████████████████████████                         12:07:49

23             Generally, is that fair?                        12:07:53

24        A.   I'd like you to add a fourth, which is the      12:07:56

25    █████████████████████████████████and possibly a        12:08:04
```

Page 79

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ███████████████████████   ██████████████████████   ██████████████
 █)   ████████████████                                    14:00:49
 3         A.    I'm sorry.   I don't think I was clear before.   14:00:53
 4               When Gaetan designed the outline of this   14:00:56
 5    board and specified ██████████████████████████████   ██████████████
 █)   ████████████████████████████████████████████████   ██████████████
 █)   █████████████████████████   ████████████████████   ██████████████
 █)   ████████████████████████████   █████████████████   ██████████████
 █)   █████████████████████████████████████████████████   ██████████████
 █)   ██████████████████████████████████████████████      14:01:17
11         Q.    So the original idea was ██████████████   ██████████████
 █)   ████████████████████?                                14:01:22
13         A.    No.                                        14:01:22
14         Q.    So then let me ask my question again then.   14:01:25
15               What is the point of including ███████████   ██████████████
 █)   █████████████████ -- in this chart?                   14:01:30
17         A.    This information could have been provided to   14:01:36
18    the electrical engineer so that ██████████████████████   ██████████████
 █)   ██████████████████████████████████████████.           14:01:43
20    And if he hasn't ███████████████████████████████████   ██████████████
 █)   ████████████████████████████████████████████████      ██████████████
 █)   █████████████████████   ████████████████████████      14:01:55
23         Q.    Why do you think he did that?               14:01:57
24         A.    He needs to ██████████████████████, that's as   14:02:00
25    good as -- better than an outline of a board which is   14:02:03
```

                                        Page 116

```
 1        A.   I see that, yes.                        14:28:10

 2        Q.   The "LiDAR team" right there, that includes    14:28:15

 3   Anthony Levandowski; right?                        14:28:17

 4        MR. KIM:  Objection; form.                    14:28:17

 5        THE WITNESS:  I wouldn't have considered him part   14:28:24

 6   of the LiDAR team, but clearly he was informed of the    14:28:30

 7   decision and we got his buyoff because it affected the   14:28:33

 8   program.                                           14:28:34

 9   BY MR. JAFFE:                                      14:28:34

10        Q.   So, again, I'm referring to what's in your    14:28:36

11   declaration.  Your declaration says, "The LiDAR team's   14:28:39

12   decision."                                         14:28:39

13             Is Mr. Levandowski part of the LiDAR team in   14:28:41

14   your declaration or not?                           14:28:43

15        MR. KIM:  Objection; form.                    14:28:46

16        THE WITNESS:  No.                             14:28:46

17   BY MR. JAFFE:                                      14:28:46

18        Q.   So when you said, "The LiDAR team's decision   14:28:51

19   to abandon the project," you're excluding           14:28:54

20   Mr. Levandowski?                                   14:28:55

21        A.   I am.                                    14:28:56

22        Q.   Even though he had to actually make the       14:28:59

23   decision to pivot?                                 14:29:00

24        A.   I would say the LiDAR team proper made a      14:29:03

25   decision based on technical matters; whereas, Anthony   14:29:06
```

Page 133

1      MR. JAFFE:  Which number are we at?           14:34:23

2      THE REPORTER:  I think we're on 156.

3      MR. KIM:  How long have you gone on the record?    14:35:02

4      THE REPORTER:  We're on 157.

5      THE VIDEOGRAPHER:  Three hours and four minutes.

6      MR. KIM:  We've got another hour.  If there's a

7   convenient time for a break.

8      MR. JAFFE:  I'll do this --                    14:35:04

9      MR. KIM:  You can ask your next --

10      MR. JAFFE:  -- really quick and then we can take a  14:35:07

11   quick break.                                        14:35:08

12         (Plaintiff's Exhibit 157 was marked.)        14:35:23

13   BY MR. JAFFE:

14      Q.   I've marked as Exhibit 157 a document with   14:35:26

15   the slip sheet labeled "Exhibit H."  And then the    14:35:30

16   document underlying that says, ██████████████        14:35:33

17         Is this a document that you were referring to  14:35:36

18   before that Mr. Levandowski, Anthony Levandowski that  14:35:40

19   is, called you about and discussed?                 14:35:41

20      MR. KIM:  Objection; form.                      14:35:52

21      THE WITNESS:  No, this is not, to my recollection,  14:35:56

22   the same document.  There does appear to be some     14:36:00

23   features in here, but for reasons I don't understand,  14:36:03

24   there seems to be pages I'm not familiar with.        14:36:07

25   BY MR. JAFFE:                                        14:36:07

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   So you're familiar with some pages of this | 14:36:15 |
| 2 | document, but not others; is that fair? | 14:36:18 |
| 3 | A.   I think so, yeah. | 14:36:19 |
| 4 | Q.   Let's go to page 10. | 14:36:20 |
| 5 | A.   Okay. | 14:36:22 |
| 6 | Q.   And, actually, before we get there, going | 14:36:30 |
| 7 | back to the first page, it's dated May 16th, 2016. | 14:36:33 |
| 8 | You worked at Otto at that time; right? | 14:36:36 |
| 9 | A.   I believe I did, yes. | 14:36:38 |
| 10 | Q.   And you had had conversations with | 14:36:39 |
| 11 | Mr. Boehmke by that time? | 14:36:41 |
| 12 | A.   Probably not. | 14:36:43 |
| 13 | Q.   Okay.  But were you aware of Uber and Otto | 14:36:46 |
| 14 | having conversations at that time? | 14:36:50 |
| 15 | A.   I don't think so. | 14:36:51 |
| 16 | Q.   So you weren't aware of the conversations, to | 14:36:55 |
| 17 | the extent that they were happening, between Uber and | 14:36:58 |
| 18 | Otto? | 14:36:59 |
| 19 | A.   I don't recall if I had become aware of Uber | 14:37:04 |
| 20 | and Otto discussions at this early date in May. | 14:37:07 |
| 21 | Q.   So if you look at page 14. | 14:37:28 |
| 22 | A.   Okay. | 14:37:34 |
| 23 | Q.   You see it says, ███████████ | 14:37:35 |
| 24 | A.   Yes. | 14:37:36 |
| 25 | Q.   Does this refresh your recollection that Uber | 14:37:39 |

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Right. | 14:41:44 |
| 2 | Q.   So to your knowledge, what's described here | 14:41:48 |
| 3 | as Plan B isn't the basis for the Fuji design? | 14:41:52 |
| 4 | MR. KIM:  Objection; form. | 14:41:55 |
| 5 | THE WITNESS:  I am not aware of a link between | 14:41:59 |
| 6 | this Plan B in this document and the Fuji design. | 14:42:04 |
| 7 | BY MR. JAFFE: | 14:42:04 |
| 8 | Q.   And you would be in a position to know; | 14:42:08 |
| 9 | right? | 14:42:09 |
| 10 | MR. KIM:  Objection; form. | 14:42:11 |
| 11 | THE WITNESS:  I would have to make that | 14:42:13 |
| 12 | presumption.  And it's just a presumption. | 14:42:15 |
| 13 | BY MR. JAFFE: | 14:42:15 |
| 14 | Q.   In your job, you would be in a position to | 14:42:18 |
| 15 | know that; right? | 14:42:18 |
| 16 | MR. KIM:  Objection; form. | 14:42:25 |
| 17 | THE WITNESS:  I would expect to know that. | 14:42:26 |
| 18 | MR. JAFFE:  Let's take a break. | 14:42:32 |
| 19 | THE VIDEOGRAPHER:  We are off the record at 2:42 | 14:42:36 |
| 20 | p.m. | 14:42:36 |
| 21 | (Recess taken.) | 14:42:36 |
| 22 | THE VIDEOGRAPHER:  We are back on the record at | 14:55:55 |
| 23 | 2:56 p.m. | 14:55:57 |
| 24 | BY MR. JAFFE: | 14:55:57 |
| 25 | Q.   Have you discussed the subject matter of your | 14:56:03 |

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | testimony during any of the breaks today? | 14:56:05 |
| 2 | A.   Nothing in terms of like what we said in this | 14:56:10 |
| 3 | testimony. | 14:56:11 |
| 4 | Q.   What does that mean? | 14:56:13 |
| 5 | A.   That means the legal team may have advised me | 14:56:19 |
| 6 | on procedural matters, general terms without | 14:56:23 |
| 7 | referencing the actual content of our discussion. | 14:56:26 |
| 8 | Q.   What did they tell you? | 14:56:27 |
| 9 | MR. KIM:  Objection. | 14:56:27 |
| 10 | Going to instruct you not to answer on the | 14:56:31 |
| 11 | grounds of attorney-client privilege. | 14:56:33 |
| 12 | BY MR. JAFFE: | 14:56:33 |
| 13 | Q.   Did your legal team tell you how to testify | 14:56:36 |
| 14 | after these meetings? | 14:56:37 |
| 15 | MR. KIM:  You can answer that yes or no. | 14:56:39 |
| 16 | THE WITNESS:  Could you be clear by what you mean | 14:56:41 |
| 17 | by "how to testify"? | 14:56:42 |
| 18 | BY MR. JAFFE: | 14:56:42 |
| 19 | Q.   I don't think I can be any clearer. | 14:56:46 |
| 20 | A.   Like what to say? | 14:56:47 |
| 21 | Q.   I'm trying to understand what the legal team | 14:56:51 |
| 22 | told you in terms of general terms, procedural | 14:56:55 |
| 23 | matters, which is what you said. | 14:56:57 |
| 24 | What did they tell you? | 14:56:58 |
| 25 | MR. KIM:  Instruct you not to reveal any | 14:57:00 |

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | privileged conversations. | 14:57:11 |
| 2 | THE WITNESS:  Are you instructing me not to | 14:57:13 |
| 3 | answer? | 14:57:14 |
| 4 | MR. KIM:  You can answer his prior question yes or | 14:57:17 |
| 5 | no. | 14:57:17 |
| 6 | THE WITNESS:  If your question is, did they tell | 14:57:24 |
| 7 | me what to say, no.  Did they tell me how to testify, | 14:57:28 |
| 8 | no. | 14:57:29 |
| 9 | BY MR. JAFFE: | 14:57:29 |
| 10 | Q.   When you said that they told you things about | 14:57:31 |
| 11 | general things and procedural considerations, what | 14:57:34 |
| 12 | general things did they tell you? | 14:57:37 |
| 13 | MR. KIM:  I'm going to instruct you not to answer | 14:57:39 |
| 14 | on the grounds of attorney-client privilege. | 14:57:40 |
| 15 | BY MR. JAFFE: | 14:57:40 |
| 16 | Q.   What procedural -- what general terms about | 14:57:42 |
| 17 | your testimony did they tell you? | 14:57:45 |
| 18 | A.   Let's see.  We discussed how much time is | 14:57:52 |
| 19 | left, something called redirect. | 14:57:59 |
| 20 | Q.   What did they talk to you about redirect? | 14:58:01 |
| 21 | MR. KIM:  And I'm going to instruct you not to | 14:58:05 |
| 22 | reveal any attorney-client privileged conversations. | 14:58:09 |
| 23 | And I don't think you can answer that without doing | 14:58:11 |
| 24 | so.  I'm going to instruct you not to answer. | 14:58:14 |
| 25 | BY MR. JAFFE: | 14:58:14 |

Page 145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   You talked about redirect on a break?  Yes or | 14:58:21 |
| 2 | no? | 14:58:21 |
| 3 | A.   Yes, we talked about the term "redirect." | 14:58:24 |
| 4 | Q.   And what did you talk about redirect? | 14:58:28 |
| 5 | A.   That is a situation where, instead of you, | 14:58:33 |
| 6 | the lawyer on my side of the table is going to ask me | 14:58:36 |
| 7 | questions. | 14:58:36 |
| 8 | Q.   And how did redirect come up in the context | 14:58:39 |
| 9 | of your conversation? | 14:58:40 |
| 10 | A.   In the context of time remaining and that | 14:58:45 |
| 11 | redirect would occur after your allotted time has | 14:58:49 |
| 12 | ended, so it's going to take longer than I might | 14:58:54 |
| 13 | think. | 14:58:54 |
| 14 | Q.   Did Uber's lawyers tell you that they were | 14:58:58 |
| 15 | going to do redirect questions? | 14:59:00 |
| 16 | A.   Yes. | 14:59:02 |
| 17 | Q.   And did they tell you what those questions | 14:59:04 |
| 18 | were going to be about? | 14:59:06 |
| 19 | A.   No. | 14:59:07 |
| 20 | Q.   Did you talk at all about what sort of | 14:59:11 |
| 21 | redirect would happen? | 14:59:13 |
| 22 | A.   No. | 14:59:16 |
| 23 | Q.   What did you talk about about redirect? | 14:59:19 |
| 24 | A.   That they will ask me questions just like you | 14:59:24 |
| 25 | ask me questions and that it's going to take longer | 14:59:27 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | than the hour, approximately, that we have remaining, | 14:59:30 |
| 2 | so not to expect it to be over at that time. | 14:59:34 |
| 3 | Q.   What else, in general terms, did you and your | 14:59:36 |
| 4 | lawyers talk about on the breaks? | 14:59:38 |
| 5 | MR. KIM:  I'm going to advise you not to reveal | 14:59:46 |
| 6 | any attorney-client privileged communications. | 14:59:49 |
| 7 | THE WITNESS:  So I'm not a lawyer.  I don't know | 14:59:55 |
| 8 | what is considered attorney-client privilege and what | 14:59:58 |
| 9 | wouldn't be in that context of conversations, so I | 15:00:01 |
| 10 | need to be careful not to answer and disclose | 15:00:03 |
| 11 | something I'm not supposed to say. | 15:00:06 |
| 12 | MR. KIM:  Do you need to consult with me about a | 15:00:09 |
| 13 | privilege issue? | 15:00:09 |
| 14 | THE WITNESS:  Yes, that would help. | 15:00:12 |
| 15 | MR. KIM:  Can we go off the record so he can | 15:00:15 |
| 16 | consult with me on a privilege issue before he answers | 15:00:18 |
| 17 | any further questions about what we discussed? | 15:00:20 |
| 18 | MR. JAFFE:  I'll withdraw the question and I'll | 15:00:22 |
| 19 | ask a different question. | 15:00:23 |
| 20 | BY MR. JAFFE: | 15:00:23 |
| 21 | Q.   Tell me the substance of your private | 15:00:26 |
| 22 | conferences -- private conferences during the break | 15:00:28 |
| 23 | that you had with Uber's lawyers, all of it. | 15:00:32 |
| 24 | MR. KIM:  I'm going to object on the grounds of | 15:00:36 |
| 25 | privilege. | 15:00:37 |

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | taking -- and we can do this for more angles if you | 15:51:42 |
| 2 | wish, but it looks like the diodes -- ████████████ | 15:51:43 |
| 3 | ████████████████████████████████████████ | 15:51:48 |
| 4 | ████████████████████████████████████████████ | 15:51:56 |
| 5 | Q.   Could you describe generally how you | 15:51:59 |
| 6 | calculated that or determined that? | 15:52:01 |
| 7 | A.   Yeah.  So ██████████████████████████ | 15:52:05 |
| 8 | ████████████████████████████████████████ | 15:52:10 |
| 9 | ██████████████████████████████████████ | 15:52:16 |
| 10 | ██████████████████████████████████ | 15:52:22 |
| 11 | ████████████████████████████████████████ | 15:52:25 |
| 12 | I don't know if you need any more -- | 15:52:29 |
| 13 | Q.   Is there a name for that equation that you | 15:52:31 |
| 14 | just described? | 15:52:32 |
| 15 | A.   ██████████████████████████████████ | 15:52:36 |
| 16 | ████████████████████████ or -- yeah. | 15:52:41 |
| 17 | Q.   And then going back to the channel spacing | 15:52:45 |
| 18 | under "delta" -- | 15:52:46 |
| 19 | Is that the term you used? | 15:52:48 |
| 20 | A.   Under "delta" -- channel spacing, yes.  This | 15:52:55 |
| 21 | is an angular spacing. | 15:52:57 |
| 22 | Q.   Does that reflect the accurate channel | 15:52:59 |
| 23 | spacing for the Fuji Board A? | 15:53:02 |
| 24 | A.   These do appear to be the channel spacing. | 15:53:07 |
| 25 | In terms of accurate, these numbers are already | 15:53:11 |

Page 181

1     A.   Yeah.        16:01:00

2     MR. JAFFE:  Objection; leading.    16:01:03

3  BY MR. KIM:     16:01:03

4     Q.   Have you ever used the term ███████  16:01:08

5     A.   I'm familiar with the term from mathematics.  16:01:13

6     Q.   What does that term mean to you?  16:01:17

7     A.   To me, especially in reference to a  16:01:20

8  mathematical function, the term ██████ means that  16:01:25

9  ███████████████████████████████████████

    ███████████████████████████████████████

    ███████████████████████████████████████

    ███████████████████████████████████████

    ██████████████.    16:01:53

14     Q.   In your opinion, do -- the channel spacing  16:01:55

15  for Board A for Fuji, do they ████████████   ███████  16:01:56

    █████████████    16:02:07

17     A.   Channel spacing related to the "Delta" column  16:02:10

18  we've labeled?    16:02:11

19     Q.   Yes.    16:02:12

20     A.   To my understanding, that is not ██████  16:02:30

21     Q.   Why is that?  16:02:31

22     A.   I see numbers that start at the "Delta"  16:02:34

23  column, the channel spacing we called it, ██████████  16:02:49

    ███████████████████████████████████████

    ████████████████████████████    16:02:49

Page 186

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   ███████████████████████                              16:02:51

 2       Q.   Same question for the distance between      16:02:53

 3   diodes.                                              16:02:54

 4            Is that distance ███████████████   █████    

 █   ████████████████████ for Fuji?                       16:03:06

 6       A.   No.  The linear distance is not ████████    █████

 █   █████████████  ████████████████████████████  █████

 █   ████████████████████████████████████████     █████

 █   ███████████████████████████████████                 16:03:26

10       Q.   Is that also true for the channel spacing for  16:03:32

11   Board █ for Fuji?                                    16:03:34

12       MR. JAFFE:   Objection; leading.                 16:03:40

13       THE WITNESS:   I see the same ███████████        █████

 █   ████████████████████████████████████████████████    █████

 █   █████████████████████████████████████████████       █████

 █   ██████████████████████████████████████████████████  █████

 █   █████████  █████████████████████████████████████    16:04:05

18   BY MR. KIM:

19       Q.   And that's for Board █ for Fuji?            16:04:08

20       A.   For Board █ on this document, yes.          16:04:10

21       Q.   What about for Board █ are the channel      16:04:15

22   spacings ████████████████████                        16:04:23

23       A.   No. █████████████████████████████   █████

 █   ██████████████████████████████████████████████   █████

 █   ██████████████████████████████████████              16:04:36
```

1      Q.   Um-hum.  Let me ask it a different way.        16:13:45

2           Does the ██████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████                  16:14:10

6      MR. JAFFE:  Objection; form, leading.              16:14:14

7      THE WITNESS:  There is a ██████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████                            16:14:40

12  BY MR. KIM:                                           16:14:40

13     Q.   Okay.  And earlier you were asked about the   16:14:47

14  term ████████████████████; correct?                   16:14:48

15     A.   Yes.                                           16:14:50

16     Q.   And ████████████████████ refers to what when  16:14:53

17  you're using the term?                                16:14:56

18     A.   It depends on the context.  I have to be      16:14:59

19  careful to clarify.  ██████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████                          16:15:20

24     Q.   And how -- how do you use the term?           16:15:23

25     A.   Most of the time we've been talking, at Uber, 16:15:31

                                              Page 192

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  This does not refer to Fuji.  It | 16:19:00 |
| 2 | could not refer to Fuji.  And if you look at the | 16:19:08 |
| 3 | e-mail -- let me find this.  Sorry. | 16:19:14 |
| 4 | Perhaps Section B discussion -- it sounds to | 16:19:22 |
| 5 | me like this is discussing Spider, where we're talking | 16:19:28 |
| 6 | about groups of eight.  The date would be consistent | 16:19:33 |
| 7 | with what we ultimately called Spider. | 16:19:41 |
| 8 | BY MR. KIM: | 16:19:41 |
| 9 | Q.  Okay.  So looking at UBER00008499, you | 16:19:50 |
| 10 | believe that what's described in A there that you were | 16:19:53 |
| 11 | asked about earlier actually refers to Spider and not | 16:19:56 |
| 12 | Fuji? | 16:19:58 |
| 13 | A.  That's what it seems like to me, yes. | 16:20:01 |
| 14 | Q.  I would like to go back to your Exhibit B | 16:20:11 |
| 15 | from your original declaration. | 16:20:14 |
| 16 | Do you see that column with the heading | 16:20:32 |
| 17 | ███████████ | |
| 18 | A.  Yes.  There's two. | 16:20:36 |
| 19 | Q.  Okay.  Let's look at the leftmost column. | 16:20:42 |
| 20 | A.  Yes. | 16:20:43 |
| 21 | Q.  Are ██████████████████████████████ | |
| ██ | ███████ on Fuji boards? | 16:20:49 |
| 23 | MR. JAFFE:  Objection; form and leading. | 16:20:52 |
| 24 | THE WITNESS:  No.  As I understand it, the | 16:20:55 |
| 25 | ███████████████████████████████ | 16:21:01 |

Page 195

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   ███████████████████████████████████              16:21:04
 2   BY MR. KIM:                                       16:21:04
 3        Q.   Do you have an understanding as to why there   16:21:07
 4   are  ███████████   listed there?                  16:21:09
 5        A.   Yeah.  As I was discussing earlier, my   16:21:17
 6   understanding is these coordinates referencing the   16:21:22
 7   ███████████  were generated early in the development of   16:21:29
 8   Fuji when ████████████████████████████            16:21:33
 9   More specifically, these coordinates were given to the   16:21:37
10   electrical engineer before the electrical engineer had   16:21:39
11   laid out the circuits onto the board and added the   16:21:42
12   fiducial mark onto the board.                     16:21:45
13        Q.   Are there any plans at Uber to use ████████████   16:22:07
     ██ ██████████████████████████  on any transmit boards for   16:22:07
15   Fuji?                                             16:22:08
16        A.   Not that I'm aware of.                  16:22:11
17        Q.   Okay.  You can set that one aside.      16:22:28
18             Actually, a couple follow-up questions on   16:22:46
19   Exhibit 155.                                      16:22:48
20             I believe you were asked when this document   16:22:52
21   was created -- let me just ask it.                16:22:56
22             Do you know when this document was created?   16:22:58
23        MR. JAFFE:  Objection; form.                 16:23:01
24        THE WITNESS:  Which version are you referring to?   16:23:03
25   BY MR. KIM:                                       16:23:03
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    Scott Boehmke --                                    16:24:46

2        MR. JAFFE:  Objection; leading, outside the scope.  16:24:51

3    BY MR. KIM:                                          16:24:51

4        Q.   -- that you discussed in paragraph 18 of your  16:24:55

5    original declaration?                               16:24:57

6        MR. JAFFE:  Objection; outside the scope, improper  16:25:00

7    redirect.                                           16:25:01

8        THE WITNESS:  155?  151?                         16:25:20

9    BY MR. KIM:                                          16:25:26

10       Q.   It's either 151 or 152.  It's 151.         16:25:26

11           (Witness reviews documents.)                16:25:58

12       A.   Do you have a paragraph?                    16:25:59

13       Q.   Paragraph 18.                               16:26:00

14       A.   Thank you.  Okay.  Okay.  18.               16:26:08

15           (Witness reviews document.)                 16:26:19

16       A.   Okay.                                       16:26:20

17       Q.   And for the record, earlier today you were  16:26:22

18   asked about this paragraph.                         16:26:25

19           Do you recall that?                         16:26:26

20       A.   Yes.                                        16:26:26

21       MR. JAFFE:  Objection; leading.                 16:26:29

22   BY MR. KIM:                                          16:26:29

23       Q.   And you were asked about whether there was  16:26:33

24   any evidence that the information you received from  16:26:38

25   Scott Boehmke referred to in this paragraph was     16:26:41
```

Page 198

```
1    actually used in Fuji, and you referred to CAD files.    16:26:45

2         What did you -- what CAD files are you              16:26:47

3    referring to?                                            16:26:47

4         MR. JAFFE:  Objection; form and leading.            16:26:51

5         THE WITNESS:  I was referring --                    16:26:52

6         MR. JAFFE:  Beyond the scope.                       16:26:55

7         THE WITNESS:  I was referring to mechanical CAD     16:26:58

8    files in the SolidWorks software created by Gaetan       16:27:05

9    that have the angles specified by Scott Boehmke that     16:27:14

10   end up terminating in a set of points for each laser     16:27:20

11   diode emitting point.                                    16:27:24

12        He then also included a CAD model of the            16:27:29

13   laser board outline that he developed that also had      16:27:33

14   those same emitting points on there.  And then,          16:27:41

15   finally, you can see the theta angle matches the         16:27:46

16   prescribed angles that we got from Scott.                16:27:50

17   BY MR. KIM:                                              16:27:50

18        Q.   Can you explain step by step the process from  16:27:54

19   going from the angles that you received from Scott --    16:27:57

20        A.   Okay.                                          16:27:59

21        Q.   -- to what ultimately ended up being the       16:28:02

22   diode placement angles reflected in Exhibit B of your    16:28:08

23   original declaration and marked as Exhibit 155 for       16:28:11

24   your deposition?                                         16:28:13

25        MR. JAFFE:  Objection; form, leading.  This is      16:28:15
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | improper redirect, outside the scope.  We're just | 16:28:20 |
| 2 | going to object to all this evidence; I think I've | 16:28:24 |
| 3 | made that clear. | 16:28:25 |
| 4 | THE WITNESS:  My understanding of the process that | 16:28:28 |
| 5 | led to the coordinates we have in Exhibit 155, | 16:28:32 |
| 6 | starting with angles that Scott Boehmke provided, was | 16:28:36 |
| 7 | that Gaetan designed a lens in Zemax.  We had decided | 16:28:44 |
| 8 | on 150 millimeter focal length, chosen material for | 16:28:49 |
| 9 | the lens. | 16:28:50 |
| 10 | From the lens optimization provided by the | 16:28:52 |
| 11 | Zemax software, we had the focal length behind the | 16:28:59 |
| 12 | lens to the beginning of a focal surface.  And he had | 16:29:05 |
| 13 | a radius of curvature for the focal surface. | 16:29:10 |
| 14 | From that information in Zemax, you can take | 16:29:14 |
| 15 | that into SolidWorks software, model up a curved | 16:29:19 |
| 16 | surface with the same radius of curvature as the focal | 16:29:23 |
| 17 | surface defined by Zemax.  That could be -- he modeled | 16:29:30 |
| 18 | that at a location behind the lens with a consistent | 16:29:36 |
| 19 | focal length developed in Zemax. | 16:29:41 |
| 20 | He then, as I understand it, created lines or | 16:29:48 |
| 21 | rays in the CAD geometry that reflected the vertical | 16:29:52 |
| 22 | angles specified by Scott Boehmke, one by one, | 16:29:57 |
| 23 | individually, for the ▮ different beam angles for the | 16:30:01 |
| 24 | ▮▮▮▮ boards in the mid-range cavity. | 16:30:05 |
| 25 | He extended those lines or rays until it | 16:30:10 |

Page 200

| | | |
|---|---|---|
| 1 | intersected this curved focal surface.  The point of | 16:30:17 |
| 2 | intersection defined the location for the laser diodes | 16:30:23 |
| 3 | emitting surface.  He then put that into his model, | 16:30:30 |
| 4 | modeled a PCB behind that. | 16:30:33 |
| 5 | In this case specifically, he had ▮▮▮▮▮▮▮. | 16:30:40 |
| 6 | So he had ▮▮▮▮▮▮▮▮▮▮▮▮ where rays would | 16:30:48 |
| 7 | intersect a -- I guess you would call this a | 16:30:54 |
| 8 | two-dimensional flat, curved focal surface. | 16:30:57 |
| 9 | From that, he had designed this laser board | 16:31:06 |
| 10 | mechanical outline relative to that outline and | 16:31:10 |
| 11 | relative to the mounting features that were included | 16:31:13 |
| 12 | in that design, including ▮▮▮▮▮▮▮.  He had | 16:31:16 |
| 13 | locations for laser diodes on that board. | 16:31:21 |
| 14 | Individually, those models of the Laser | 16:31:28 |
| 15 | Boards ▮▮▮▮▮ were sent to the electrical | 16:31:32 |
| 16 | engineer, Will Treichler, who then proceeded to lay | 16:31:38 |
| 17 | out the circuit behind each of the laser diodes. | 16:31:41 |
| 18 | BY MR. KIM: | |
| 19 | Q.   And earlier I believe you mentioned Florin. | 16:31:49 |
| 20 | What was Florin's role in all this? | 16:31:52 |
| 21 | A.   Florin is another electrical engineer.  He | 16:31:55 |
| 22 | used to work at Velodyne.  I consider him a senior | 16:32:00 |
| 23 | electrical engineer.  So I asked him to design some | 16:32:02 |
| 24 | candidate laser pulsing circuits.  He designed that | 16:32:09 |
| 25 | test board.  And the circuits on there, he tested the | 16:32:15 |

Page 201

| | | |
|---|---|---|
| 1 | Go ahead. | 17:21:07 |
| 2 | BY MR. KIM: | 17:21:07 |
| 3 | Q.   Are the current beam angles for ███████ | 17:21:11 |
| 4 | reflected in Exhibit 155 that we were looking at | 17:21:14 |
| 5 | earlier? | 17:21:15 |
| 6 | A.   Yes. | 17:21:27 |
| 7 | Q.   Okay. | 17:21:34 |
| 8 | A.   Let me double check.  Hold on.  Sorry. | 17:21:37 |
| 9 | (Witness performs calculation.) | |
| 10 | A.   Okay.  Yes.  Angles in Exhibit 155 do appear | 17:22:07 |
| 11 | to be the accurate angles that we designed the Fuji to | 17:22:12 |
| 12 | and -- and started building Fuji to. | 17:22:15 |
| 13 | Q.   Earlier you were asked about whether or not | 17:22:23 |
| 14 | Mr. Levandowski had input into the Fuji design. | 17:22:30 |
| 15 | Did Mr. Levandowski have any technical input | 17:22:34 |
| 16 | for the Fuji design? | 17:22:36 |
| 17 | MR. JAFFE:  Objection; form, leading. | 17:22:38 |
| 18 | THE WITNESS:  To my recollection, the only | 17:22:44 |
| 19 | potentially technical input Anthony Levandowski had on | 17:22:49 |
| 20 | the Fuji design were telling us to make it as good as | 17:22:55 |
| 21 | the Velodyne or better.  To under-regard any concerns | 17:23:03 |
| 22 | given to us from people in Pittsburgh regarding size | 17:23:06 |
| 23 | and weight, that that should not be a prioritized | 17:23:09 |
| 24 | requirement. | 17:23:10 |
| 25 | BY MR. KIM: | |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   At the very beginning of your deposition you | 17:23:19 |
| 2 | were asked about whether you had communications with | 17:23:22 |
| 3 | Mr. Levandowski while you were at Tyto. | 17:23:23 |
| 4 | Do you remember that? | 17:23:26 |
| 5 | A.   Vaguely. | 17:23:27 |
| 6 | Q.   When you were asked whether or not he gave | 17:23:32 |
| 7 | you any confidential information, you said you thought | 17:23:36 |
| 8 | it was general information.  What did you mean by | 17:23:39 |
| 9 | that? | 17:23:40 |
| 10 | A.   I believe information Anthony provided | 17:23:50 |
| 11 | regarding a ██████████████████████ was | 17:23:57 |
| 12 | information that I've seen other places on the | 17:24:02 |
| 13 | Internet as white papers, as publicly-available | 17:24:07 |
| 14 | information in terms of architect or configuration for | 17:24:11 |
| 15 | a laser.  I felt recommendations for vendors would be | 17:24:19 |
| 16 | information, again, publicly available by doing Google | 17:24:23 |
| 17 | search for components like that. | 17:24:26 |
| 18 | Q.   And at the very start of your deposition you | 17:24:32 |
| 19 | were asked about 64 channels and the convenience of | 17:24:34 |
| 20 | two.  Do you recall that line of questioning? | 17:24:37 |
| 21 | A.   Wasn't it the power of two. | 17:24:40 |
| 22 | Q.   Maybe it was the power of two. | 17:24:42 |
| 23 | A.   Yeah. | 17:24:43 |
| 24 | Q.   What was the reason that Fuji had -- or the | 17:24:53 |
| 25 | Fuji design has 64 channels? | 17:24:57 |

Page 222

```
 1      Q.   And you signed it without actually checking      17:38:47
 2   it was accurate?                                          17:38:49
 3      A.   Whoa.  I looked at these numbers.                 17:38:52
 4      Q.   But you didn't check what you did today           17:38:54
 5   before you signed this declaration, did you?              17:38:59
 6      A.   What do you mean?  Identifying, double            17:39:02
 7   checking the ██████.                                      17:39:04
 8      Q.   Yes.                                              17:39:04
 9      A.   I did check that.                                 17:39:06
10      Q.   So why today did you need to check it again?     17:39:09
11      A.   I like to be careful.                            17:39:11
12      Q.   You like to be careful?                          17:39:12
13      A.   Yeah.  I want to be sure we can show the ███      17:39:16
14   ████████████    that they matched.                       17:39:19
15      Q.   Did you know when you signed your declaration    17:39:22
16   whether these actually matched every single angle and    17:39:26
17   every single board?                                      17:39:27
18      A.   Yes, I believe I did.                            17:39:28
19      Q.   What do you mean you believe you did?            17:39:31
20      A.   To my recollection, I checked████████████        17:39:36
21   ████████████████████████.  And I checked the             17:39:42
22   initial ██████ and knew that they would follow the       17:39:46
23   same pattern so I didn't check every single angle.       17:39:50
24      Q.   How many of these did you actually check         17:39:52
25   yourself before you signed your declaration?             17:39:55
```

Page 234

| | | |
|---|---|---|
| 1 | A.   I remember at least checking the initial ■ | 17:40:01 |
| 2 | ████████████████████████████████ | 17:40:04 |
| 3 | Q.   So you checked about six out of the 64; is | 17:40:08 |
| 4 | that fair? | 17:40:09 |
| 5 | A.   Yeah. | 17:40:09 |
| 6 | Q.   And the rest are purely from counsel; you're | 17:40:12 |
| 7 | just relying on them? | 17:40:14 |
| 8 | A.   Not exactly. | 17:40:16 |
| 9 | Q.   You didn't check. | 17:40:19 |
| 10 | How did you know it was accurate? | 17:40:21 |
| 11 | A.   How would the pattern change? | 17:40:24 |
| 12 | Q.   I don't know.  It's your declaration. | 17:40:26 |
| 13 | A.   I understand.  From my understanding, the | 17:40:30 |
| 14 | pattern is consistent in the letters.  So once you | 17:40:35 |
| 15 | start the pattern properly, it's going to finish out | 17:40:39 |
| 16 | properly. | 17:40:40 |
| 17 | Q.   Let's go to the next page, page 12. | 17:40:42 |
| 18 | Who prepared this table? | 17:40:44 |
| 19 | A.   Counsel for Uber. | 17:40:51 |
| 20 | Q.   And you had to double check it here at your | 17:40:54 |
| 21 | deposition; you didn't know whether it was accurate | 17:40:55 |
| 22 | when you signed it, did you? | 17:40:57 |
| 23 | MR. KIM:  Objection; form. | 17:40:58 |
| 24 | THE WITNESS:  I believe I checked that before as | 17:41:00 |
| 25 | well. | 17:41:01 |

Page 235

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Do you see that? | 18:13:12 |
| 2 | A.   Yes. | 18:13:12 |
| 3 | Q.   And based on what you talked about with | 18:13:14 |
| 4 | Mr. Kim, Uber's lawyer, it was Mr. Pennecot that | 18:13:18 |
| 5 | imported the data into Zemax; right? | 18:13:21 |
| 6 | A.   Yes. | 18:13:22 |
| 7 | Q.   And it was Mr. Pennecot that then determined | 18:13:25 |
| 8 | the resultant emitting points of the laser diodes; | 18:13:29 |
| 9 | right? | 18:13:29 |
| 10 | A.   Yes. | 18:13:29 |
| 11 | Q.   And it was Mr. Pennecot that then exported it | 18:13:33 |
| 12 | into CAD software; right? | 18:13:36 |
| 13 | A.   Yes, that's my understanding. | 18:13:38 |
| 14 | Q.   And so Mr. Pennecot was the one who actually | 18:13:42 |
| 15 | came up with ███████████████████████ | 18:13:47 |
| 16 | based on Mr. Boehmke's beam angles; isn't that right? | 18:13:51 |
| 17 | A.   No, I don't think so. | 18:13:52 |
| 18 | Q.   So what Mr. Pennecot exported into CAD | 18:13:56 |
| 19 | software, that wasn't ███████████████████ | 18:14:04 |
| 20 | A.   So if we go back carefully to transcripts, | 18:14:07 |
| 21 | what I should point out is, since this declaration, I | 18:14:11 |
| 22 | have more detailed information of exactly how | 18:14:14 |
| 23 | Mr. Pennecot did his import.  To be accurate, I want | 18:14:19 |
| 24 | to say that there's an error in here that he brought | 18:14:25 |
| 25 | the angles into CAD software, brought the lens design | 18:14:31 |

Page 262

```
1    and field curvature shape from Zemax into CAD        18:14:37

2    software.                                            18:14:37

3            Now you're asking did Mr. Pennecot in fact   18:14:40

4    design the ████████████████████████████████████      18:14:45

5    ██████████████████  Mr. Pennecot was dependent on    18:14:50

6    somebody else to tell him how many boards the angles 18:14:53

7    had to be divided among, and then Mr. Pennecot set the 18:14:58

8    positions of the laser diodes onto those boards.     18:15:02

9       Q.   Who told Mr. Pennecot to use █████████       18:15:05

10      A.   I told Mr. Pennecot to use ████████████ in   18:15:09

11   the optical cavity.                                  18:15:10

12      Q.   Who told him to use ████████ in total?       18:15:13

13      A.   I don't think anybody told him to use ████   18:15:17

14   ██████  in total.                                    18:15:18

15      Q.   Who told him to put ████████████████████████ 18:15:21

16   ███████                                              18:15:22

17      A.   Mr. Pennecot understood the reason we were   18:15:31

18   going to ████████████, so I'll -- with that said, I'm 18:15:35

19   not aware that anybody had to tell him to ██████████  18:15:39

20   ████████████████████                                 18:15:41

21      Q.   You don't know where Mr. Pennecot ██████████ 18:15:44

22   ███████  from?                                       18:15:45

23      A.   No, I know exactly where he got it from.     18:15:48

24      Q.   Where did he get it from?                    18:15:49

25      A.   The need to ████████████████████████████.    18:15:52
```

                                                    Page 263

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | If you're asking do I know from whom, no.  I would say | 18:15:57 |
| 2 | that he could derive that himself. | 18:15:59 |
| 3 |     Q.   Okay.  So -- but just to be clear, | 18:16:04 |
| 4 | Mr. Pennecot -- you told him ███████████████████ | 18:16:08 |
| 5 | ████████████████████████████ in the SolidWorks | 18:16:13 |
| 6 | CAD software, and you told him 64 channels and he | 18:16:16 |
| 7 | created ███████████████████████; is that fair? | 18:16:21 |
| 8 |     A.   I didn't necessarily tell him 64 channels. | 18:16:24 |
| 9 | He got the list of angles that Scott Boehmke had | 18:16:28 |
| 10 | generated. | 18:16:29 |
| 11 |     Q.   So he knew that there were 64 channels; | 18:16:31 |
| 12 | right? | 18:16:31 |
| 13 |     A.   Without me telling him. | 18:16:33 |
| 14 |     Q.   So the sequence of events was there was Scott | 18:16:36 |
| 15 | Boehmke provided beam angles for 64 channels? | 18:16:40 |
| 16 |     A.   Yes. | 18:16:40 |
| 17 |     Q.   That went to Mr. Pennecot.  He imported that | 18:16:45 |
| 18 | data into Zemax.  And after he outputted into CAD | 18:16:50 |
| 19 | software, the result was a design with ██████████ | 18:16:56 |
| 20 | ███████████████████████████; is that | 18:17:01 |
| 21 | right? | 18:17:02 |
| 22 |     A.   Can you read that back. | 18:17:04 |
| 23 |     (Record read by reporter as follows: | 18:17:04 |
| 24 |     "Question:  He imported that data into Zemax. | 18:17:04 |
| 25 |     And after he outputted into CAD software, the | |

Page 264