# EXHIBIT 2

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                             No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507

PAGES 1 - 234

```
                                                              Page 50
 1          And in that Excel file, I computed █████       12:08
 2   ████████████████████████████████████ as                12:08
 3   previously discussed.                                  12:09
 4      Q   Okay.  ████████████████████████████            ████
 █   ████████████████████████████████████                  ████
 █   ████████████████████████                              ████
 █   █ █  ██████████████████████████████                   ████
 █   ██████████  █████████████████                         ████
 █   ████████████████████████████                          ████
 █   ████████████                                          ████
11      Q   Okay.  And I -- I just want to clarify.         12:09
12          So, earlier we were looking at █████            12:09
 █   █████████ for the GBr3.                                12:09
14          Do you recall that?                             12:09
15      A   Yes.                                            12:09
16      Q   By ████████████████████████████████             12:09
 █   █████████████████████████████████████████             ████
 █   ████████████████████████████ is that correct?          12:09
19      A   No.  I was computing the -- ████████            12:09
20      Q   Using ██████████████████████████                12:09
21      A   Yes.                                            12:10
22      Q   And then there is this number ████████          12:10
 █   ████████████████████                                  ████
24          Do you see that in paragraph 33?                12:10
25      A   Yes.                                            12:10
```

| | | |
|---|---|---|
| 1 | But let me ask you my next question, which | 12:13 |
| 2 | is: You also looked at the ▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13 |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 4 | A   Correct. | 12:13 |
| 5 | Q   And that was part of your determination as to | 12:13 |
| 6 | whether or not there was ▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13 |
| 7 | ▮▮▮▮▮▮▮▮ correct? | 12:13 |
| 8 | MR. JAFFE:  Objection; form. | 12:13 |
| 9 | THE WITNESS:  There is -- as demonstrated by | 12:13 |
| 10 | the information in the ▮▮▮▮▮▮▮ file, that there | 12:13 |
| 11 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 13 | MR. KIM:  Q.  So you could look at the | 12:14 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 16 | A   The ▮▮▮▮ information by itself would not | 12:14 |
| 17 | yield enough data to actually produce that | 12:14 |
| 18 | information. | 12:14 |
| 19 | Q   Why not? | 12:14 |
| 20 | A   Because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:14 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 23 | Q   And so you would need to look at ▮▮▮▮▮ | 12:14 |
| 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ correct? | 12:14 |

```
1     A    That is correct.                                          13:42
2     Q    Okay.  And in order to calculate ████████                 13:42
3     ████████████████████████████████████████████   ███              
      ████████████████████████████████          ███
      █ █ █████████████████████████████████████ ███
      █ ████████████████████████████████████████████ ███
      █ ██████████████████████████████████████  ███
      █ ████████████████████████████████████    ███
      █ ██████████████████████                   ███
10    Q    Is that something you could do now ████████  13:42
11    ████                                               13:42
12    A    Yes.                                          13:42
13    Q    Okay.  What -- what is ████████████           13:42
██    ████████████████████████████████               ███
15    A    Do you have a calculator?                     13:42
16    Q    We do.                                        13:42
17    A    Do you have a sheet of paper that I can write 13:42
18  on?                                                  13:42
19    Q    Yes.                                          13:42
20    A    Do you have a pen that I can write with?      13:43
21    Q    Sure.                                         13:43
22    A    (Witness complies.)                           13:43
23         I come up with ████████████████ with          13:46
24   rounding to the third significant digit.            13:46
25    Q    And what does that number represent?          13:46
```

Page 89

| | | |
|---|---|---|
| 1 | THE WITNESS:  No.  With the data that you've | 13:55 |
| 2 | given me right here at this time, with the equipment | 13:56 |
| 3 | that's available to me, I cannot make a determination. | 13:56 |
| 4 | MR. KIM:  Q.  And what would you need to make | 13:56 |
| 5 | that determination? | 13:56 |
| 6 | A    I would need to have information that gave me | 13:56 |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇ | |
| 13 | Q    And the same would be true for Exhibit 1043 | 13:57 |
| 14 | that you were just looking at before that? | 13:57 |
| 15 | A    No.  1043 actually has component information | 13:57 |
| 16 | on it. | 13:57 |
| 17 | Q    Okay.  And what would you need to determine | 13:57 |
| 18 | whether or not the diodes have ▇▇▇▇▇▇▇▇ | 13:57 |
| 19 | ▇▇▇▇  for the board depicted in Exhibit 1043? | 13:57 |
| 20 | A    Ideally, I would need a way of expanding the | 13:57 |
| 21 | image and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 13:58 |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇ and from that information, computing the | 13:58 |
| 24 | data. | 13:58 |
| 25 | I frequently do that type of analysis in | 13:58 |

```
 1    graphics programs.  I in particular use a program          13:58
 2    called CorelDRAW that allows me to do this type of         13:58
 3    detailed point-by-point analysis.                          13:58
 4        Q    And that would be for the purpose of              13:58
 5    █████████████████████████████████████████████              13:58
 6        A    That's correct.                                   13:58
 7        Q    And you didn't do that for the board depicted     13:58
 8    in Exhibit 1043; correct?                                  13:58
 9        A    That's correct.                                   13:58
10        Q    Okay.                                             13:58
11             (Document marked Exhibit 1045                     13:58
12              for identification.)                             13:59
13             MR. KIM:  I have the same question for            13:59
14    Exhibit No. 1045, which bears Bates No. Uber00008610.      13:59
15        Q    Does this exhibit depict █████████████            13:59
16    ████████████████████████████████████████████████           13:59
17        A    This document is an assembly document.  So        13:59
18    ████████████████████████████████████████████████           13:59
19    █████████████████████      ██████████████████████          13:59
20    ████████████████████████████████████████████████           13:59
21    █████████████████                                          13:59
22        Q    So sitting here today, you can't tell me          13:59
23    whether or not the board depicted in Exhibit 1043 has      13:59
24    continuing varying --                                      13:59
25             MR. JAFFE:  1045, I'm assuming you're asking      13:59
```