# EXHIBIT 3

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                      )

         Plaintiff,      )

     vs.                        )  Case No.

UBER TECHNOLOGIES, INC.,        )  3:17-cv-00939-WHA

OTTOMOTTO LLC; OTTO             )

TRUCKING LLC,                   )

        Defendants.     )

_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE

San Francisco, California

Monday, April 17, 2017

Volume I


Reported by:

SUZANNE F. GUDELJ, CSR No. 5111

Job No. 2596382


PAGES 1 - 79

1   were envisioning ████████████████████████████████

2   █████████████████████████

3        A    It does not say that in this document.

4        Q    Okay.

5        A    This document was to demonstrate

6   positioning ████████████████████████ that were the

7   lines shown in the graphs.

8        Q    What lines?

9        A    These lines (indicating).

10       Q    And after you came up with what's in

11  Exhibit G, what did you -- what did you do with this

12  information?

13       A    So this information was the plan B which

14  was not pursued after going through commercial

15  third-party efforts with ████████████

16       Q    And plan A was ███████████

17       A    Mm-hmm.

18       Q    Plan B was -- did it have a name other than

19  plan B?

20       A    It turned into Fuji.

21       Q    And then what was plan C?

22       A    Plan C was the Spider.

23       Q    Okay.  Was there a plan D?

24       A    Not by name.

25       Q    What does that mean, "not by name"?