# EXHIBIT 5

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-oOo-

| | |
|---|---|
| WAYMO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:17-cv-00939-WHA |
| | ) |
| UBER TECHNOLOGIES, INC., | ) |
| OTTOMOTTO LLC, OTTO TRUCKING, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF DANIEL GRUVER

San Francisco, California

Thursday, April 20, 2017

Reported by:

LISA R. TOW

CSR No. 6629

Job No. 2599857

PAGES 1 - 73


Page 51

```
 1       Q.   Are you aware whether ▇▇▇ used a
 2   similar design?
 3       A.   I don't recall.
 4       Q.   Are you aware of any other lidar
 5   devices that use ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 6       A.   I am.
 7       Q.   What are they?
 8       A.   ▇▇▇▇▇▇▇
 9       Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10   ▇▇▇▇▇▇▇▇▇▇
11       A.   ▇▇▇▇▇▇▇▇
12       Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14       A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16       Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇
17       A.   Sorry.  Clarify.
18       Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20       A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21   ▇▇▇▇▇▇
22       Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24       A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
```

1       ███████████████
2           Q.   And that's one that you've
3    observed in connection with your work at
4    Otto or Uber?
5           A.   Yes.
6           Q.   Is the ███████ on the Fuji -- for
7    the PCBs and Fuji that do have ████████
8    ████████████████████████████
9           A.   I don't know.
10          Q.   Are you aware of any patents or
11   publications that disclose ███████████████
12   █████?
13          A.   I'm not.
14          Q.   The Fuji design includes ███
15   transmit boards total; is that fair?
16          A.   That is.
17          Q.   And each of the ████████████
18   in the Fuji device includes ████████
19   ████████████; is that correct?
20          A.   That is correct.
21          Q.   What's the benefit of that design?
22          A.   Of which design?
23          Q.   Of the -- of having ████████████
24   ████████████████████████████████
25   ██████