MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.        3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' RESPONSE TO WAYMO'S SUPPLEMENTAL BRIEF REGARDING HASLIM TESTIMONY**<br><br>Date:     May 3, 2017<br>Time:    7:30 a.m.<br>Ctrm:    8, 19th Floor<br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Response to Waymo's Supplemental Brief Regarding Haslim Testimony.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant pages from the deposition of James Haslim, taken on May 4, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of relevant pages from the deposition of Greg Kintz, taken on April 26, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant pages from the deposition of Scott Boehmke, taken on April 17, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 1060 to deposition of James Haslim, taken on May 4, 2017.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant pages from the deposition of Daniel Gruver, taken on April 20, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy the deposition transcript of James Haslim, taken on May 4, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of May, 2017, in San Francisco, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 9, 2017                              */s/ Michael A. Jacobs*
                                                              Michael A. Jacobs