# EXHIBIT 2

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC,

     Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

     Defendants.

_____/


WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017


BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507


PAGES 1 - 234

Page 50

```
 1          And in that Excel file, I computed ████████        12:08
 2  ████████████████████████████████████  as                  12:08
 3  previously discussed.                                      12:09
 4     Q   Okay.  ███████████████████████████        ████      12:09
 █  ████████████████████████████████████              ████
 █  ████████████████████████████                       ████
 █  ████  █  ████████████████████████████             ████
 █  ████████████████████  ████████████████████████    ████
 █  ████████████████████████████████                  ████
 █  ████████████████████                              ████
11     Q   Okay.  And I -- I just want to clarify.            12:09
12          So, earlier we were looking at  ████████           12:09
 █  ████████████  for the GBr3.                                12:09
14          Do you recall that?                                12:09
15     A   Yes.                                                12:09
16     Q   By  ██████████████████████████████               12:09
 █  ████████████████████████████████████████████████    ████
 █  ████████████████████████████████  is that correct?        12:09
19     A   No.  I was computing the --  ████████████████      12:09
20     Q   Using  ████████████████████████████                12:09
21     A   Yes.                                                12:10
22     Q   And then there is this number  ████████████        12:10
 █  ████████████████████████████████                  ████
24          Do you see that in paragraph 33?                   12:10
25     A   Yes.                                                12:10
```

Page 54

1           But let me ask you my next question, which      12:13

2    is:  You also looked at the ██████████████████        12:13

█  █████████████████████                                   ██████

4       A   Correct.                                        12:13

5       Q   And that was part of your determination as to   12:13

6    whether or not there was ███████████████████          12:13

7    ████████████████  correct?                            12:13

8           MR. JAFFE:  Objection; form.                    12:13

9           THE WITNESS:  There is -- as demonstrated by    12:13

10   the information in the███████████  file, that there    12:13

█  ████████████████████████████████████████████████        ██████

█  ████████████████████████████████                         ██████

13          MR. KIM:  Q.  So you could look at the          12:14

█  ███████████████████████████████████████████             ██████

█  ██████████████████████████████████████████████████      ██████

16      A   The██████  information by itself would not      12:14

17   yield enough data to actually produce that             12:14

18   information.                                           12:14

19      Q   Why not?                                        12:14

20      A   Because ██████████████████████████████████     12:14

█  ███████████████████████████████████████                 ██████

█  ██████████████████████████████████████████              ██████

23      Q   And so you would need to look at██████████     12:14

█  ███████████████████████████████████████                 ██████

█  █████████████████████████████████  correct?             12:14

```
 1    A    That is correct.                            13:42

 2    Q    Okay.  And in order to calculate ██████     13:42

 3    ████████████████████████████████████       ████  13:42

█     ████████████████████████                   ████

█        █  ██████████████████████████           ████

█     ████████████████████████████████████       ████

█     ██████████████████████████████████         ████

█     █████████████████████████████████          ████

█     ████████████████████                       ████

10    Q    Is that something you could do now ██████   13:42

11    ██████                                          13:42

12    A    Yes.                                        13:42

13    Q    Okay.  What -- what is ██████████           13:42

█     ██████████████████████████████             ████

15    A    Do you have a calculator?                   13:42

16    Q    We do.                                      13:42

17    A    Do you have a sheet of paper that I can write 13:42

18    on?                                              13:42

19    Q    Yes.                                        13:42

20    A    Do you have a pen that I can write with?    13:43

21    Q    Sure.                                       13:43

22    A    (Witness complies.)                         13:43

23         I come up with ███████████ with            13:46

24    rounding to the third significant digit.         13:46

25    Q    And what does that number represent?        13:46
```

Page 89

```
 1          THE WITNESS:  No.  With the data that you've    13:55
 2  given me right here at this time, with the equipment     13:56
 3  that's available to me, I cannot make a determination.   13:56
 4          MR. KIM:  Q.  And what would you need to make    13:56
 5  that determination?                                      13:56
 6      A   I would need to have information that gave me    13:56
```

█ ██████████████████████████████████   ████████   ██████

█ █████████████████████████████████████████████   ██████

█ ████████████████████████████████████████████    ██████

█ ███████████████████████████████████████████████  ██████

█ ███████████████████████████████████████          ██████

█ ███████████████

```
13      Q   And the same would be true for Exhibit 1043    13:57
14  that you were just looking at before that?               13:57
15      A   No.  1043 actually has component information    13:57
16  on it.                                                   13:57
17      Q   Okay.  And what would you need to determine     13:57
18  whether or not the diodes have ████████████             13:57
19  ███████  for the board depicted in Exhibit 1043?        13:57
20      A   Ideally, I would need a way of expanding the    13:57
21  image and █████████████████████████████████            13:58
```

█ █████████████████████████████████████             ██████

█ ████████████  and from that information, computing the   13:58

```
24  data.                                                    13:58
25          I frequently do that type of analysis in        13:58
```

Page 90

```
 1   graphics programs.  I in particular use a program        13:58
 2   called CorelDRAW that allows me to do this type of        13:58
 3   detailed point-by-point analysis.                         13:58
 4        Q    And that would be for the purpose of            13:58
 5   ███████████████████████████████████████████████          13:58
 6        A    That's correct.                                 13:58
 7        Q    And you didn't do that for the board depicted   13:58
 8   in Exhibit 1043; correct?                                 13:58
 9        A    That's correct.                                 13:58
10        Q    Okay.                                           13:58
11             (Document marked Exhibit 1045                   13:58
12              for identification.)                           13:59
13             MR. KIM:  I have the same question for          13:59
14   Exhibit No. 1045, which bears Bates No. Uber00008610.     13:59
15        Q    Does this exhibit depict ███████████████        13:59
16   ████████████████████████████████████████████████         13:59
17        A    This document is an assembly document.  So      13:59
18   ████████████████████████████████████████████████         13:59
19   ███████████████████████     █████████████████████         13:59
20   ██████████████████████████████████████████               13:59
21   ██████████████████████                                    13:59
22        Q    So sitting here today, you can't tell me        13:59
23   whether or not the board depicted in Exhibit 1043 has     13:59
24   continuing varying --                                     13:59
25             MR. JAFFE:  1045, I'm assuming you're asking    13:59
```