# EXHIBIT 3

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                            )
            Plaintiff,      )
   vs.                                )  Case No.
UBER TECHNOLOGIES, INC.,              )  3:17-cv-00939-WHA
OTTOMOTTO LLC; OTTO                   )
TRUCKING LLC,                         )
           Defendants.     )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE

San Francisco, California

Monday, April 17, 2017

Volume I


Reported by:

SUZANNE F. GUDELJ, CSR No. 5111

Job No. 2596382


PAGES 1 - 79

1

```
1    were envisioning ███████████████████████████████
2    ████████████████████████████
3        A    It does not say that in this document.
4        Q    Okay.
5        A    This document was to demonstrate
6    positioning ██████████████████████ that were the
7    lines shown in the graphs.
8        Q    What lines?
9        A    These lines (indicating).
10       Q    And after you came up with what's in
11   Exhibit G, what did you -- what did you do with this
12   information?
13       A    So this information was the plan B which
14   was not pursued after going through commercial
15   third-party efforts with ████████
16       Q    And plan A was ████████
17       A    Mm-hmm.
18       Q    Plan B was -- did it have a name other than
19   plan B?
20       A    It turned into Fuji.
21       Q    And then what was plan C?
22       A    Plan C was the Spider.
23       Q    Okay.  Was there a plan D?
24       A    Not by name.
25       Q    What does that mean, "not by name"?
```