# EXHIBIT 5

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-oOo-

| | |
|---|---|
| WAYMO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:17-cv-00939-WHA |
| | ) |
| UBER TECHNOLOGIES, INC., | ) |
| OTTOMOTTO LLC, OTTO TRUCKING, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF DANIEL GRUVER

San Francisco, California

Thursday, April 20, 2017

Reported by:

LISA R. TOW

CSR No. 6629

Job No. 2599857

PAGES 1 - 73

Page 51

```
 1        Q.    Are you aware whether ▮▮▮▮ used a
 2   similar design?
 3        A.    I don't recall.
 4        Q.    Are you aware of any other lidar
 5   devices that use▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6        A.    I am.
 7        Q.    What are they?
 8        A.    ▮▮▮▮▮▮
 9        Q.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮
11        A.    ▮▮▮▮▮▮▮▮
12        Q.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14        A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16        Q.    ▮▮▮▮▮▮▮▮▮▮▮▮▮
17        A.    Sorry.  Clarify.
18        Q.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20        A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21   ▮▮▮▮▮▮▮
22        Q.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24        A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

```
 1      ███████████████
 2          Q.   And that's one that you've
 3    observed in connection with your work at
 4    Otto or Uber?
 5          A.   Yes.
 6          Q.   Is the ████████ on the Fuji -- for
 7    the PCBs and Fuji that do have ██████████
 8    ████████████████████████████████
 9          A.   I don't know.
10          Q.   Are you aware of any patents or
11    publications that disclose ████████████████
12    ██████?
13          A.   I'm not.
14          Q.   The Fuji design includes ███
15    transmit boards total; is that fair?
16          A.   That is.
17          Q.   And each of the ████████████████
18    in the Fuji device includes ████████████
19    ████████████; is that correct?
20          A.   That is correct.
21          Q.   What's the benefit of that design?
22          A.   Of which design?
23          Q.   Of the -- of having ████████████
24    ████████████████████████████████████████
25    ██████
```