UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE COURT'S ORDER REGARDING QUESTIONS FOR HEARING ON PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF (DKT. 329) |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of the Court's Order Regarding Questions for Hearing on Plaintiff's Motion for Provisional Relief (Dkt. 329) (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Court's Order (Dkt. 329) | Highlighted Portions | Waymo (green highlighting) |

**IT IS SO ORDERED.**

Dated:  \_\_\_\_May 10\_\_\_\_, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge