
<mark>Case 3:17-cv-00939-WHA   Document 4135   Filed 05/10/17   Page 1 of 1</mark>