IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER OF REFERRAL TO UNITED STATES ATTORNEY**

This case is referred to the United States Attorney for investigation of possible theft of trade secrets based on the evidentiary record supplied thus far concerning plaintiff Waymo LLC's claims for trade secret misappropriation. Said evidentiary record is described in detail in the Court's order, also issued today, on Waymo's motion for provisional relief. The Court takes no position on whether a prosecution is or is not warranted, a decision entirely up to the United States Attorney. The Clerk shall please send a copy of this order to the United States Attorney.

**IT IS SO ORDERED.**

Dated: May 11, 2017.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE