MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Date: June 8, 2017<br>Time: 8:00 a.m.<br>Ctrm: 8, 19th Floor<br>Judge: The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

At the hearing on May 3, 2017, the Court informed the parties of the following rule for summary judgment motions in this case:

> You can bring this summary judgment motion, but if you don't win it, no more summary judgment motions. That's true. So each of you get one free bite.
>
> Mr. Jacobs has taken his one free bite. You get one free bite. And if you win, you get to bring another one. If you lose, that's the end of the line for summary judgment.

(5/3/2017 AM Public Hr'g Tr. 123:19-24.) As the Court noted, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants") had already filed a Motion for Summary Judgment of Non-infringement ("Motion") on May 2, 2017, prior to the hearing.

In view of the Court's comments, Defendants hereby withdraw the portions of their Motion directed to Spider. (ECF No. 331 at 1:11-16, 4:24-5:20, 6:4-7:13, 7:16-17 ("and Waymo's Third, Fourth, and Sixth Causes of Action should be dismissed with prejudice").) Defendants reserve all rights to move for summary judgment of non-infringement as to Spider at a later date.

Defendants maintain the portions of their Motion directed to Fuji. (ECF No. 331 at 1:1-10, 1:16-17 ("Summary judgment of noninfringement should be granted for the '922, '464, and '273 patents"), 1:18-4:23, 5:21-6:3, 7:15-16 ("For the foregoing reasons, summary judgment of non-infringement of the '922, '464, and '273 patents should be entered").)

Dated: May 12, 2017            MORRISON & FOERSTER LLP

By:  /s/Michael A. Jacobs
     MICHAEL A. JACOBS

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC