UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE COURT'S ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF (DKT. 426)** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions the Court's Order Granting-in-Part and Denying-in-Part Plaintiff's Motion for Provisional Relief (Dkt. 426) ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Court's PI Order (Dkt. 426) | Redacted and Highlighted Portions | Waymo (yellow highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge