IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **ORDER RE SPECIAL MASTER'S ACCESS TO SEALED MATERIAL** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

Going forward, the special master shall be automatically included on the Court's service list for material filed under seal.

**IT IS SO ORDERED.**

Dated: May 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE