UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **STIPULATION REGARDING WAYMO LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    WHEREAS, on May 1, 2017, Waymo LLC ("Waymo") filed a Motion to Compel Production of Withheld Documents (Dkt. No. 321), Defendants filed an opposition on May 8, 2017 (Dkt. No. 369), and the deadline for Waymo's Reply is May 15, 2017;

WHEREAS, the hearing on Waymo's Motion to Compel Production of Withheld Documents is scheduled for May 24, 2017 at 2:00 p.m.;

WHEREAS, Defendants have made multiple document productions relevant to Waymo's pending motion to compel after filing their opposition;

WHEREAS, the Court provided guidance at the May 11, 2017, hearing that the parties may reach agreements on filing procedures and timing (*see* 5/11/17 Hr'g Tr. at 28:4-9);

WHEREAS, Waymo needs additional time to analyze Defendants' recent document productions over this past weekend and today and incorporate such documents into its Reply as needed;

THEREFORE, the parties stipulate as follows:  Waymo shall have until May 16, 2017, at 10:00 a.m. to file its Reply in Support of Its Motion to Compel Production of Withheld Documents.

IT IS STIPULATED.

DATED:  May 15, 2017

By */s/ Charles K. Verhoeven*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

DATED:  May 15, 2017        By
*/s/ Arturo J. Gonzalez*

MORRISON & FOERSTER LLP

| | |
|---|---|
| | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| | 425 Market Street San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| | |
| | BOIES SCHILLER FLEXNER LLP |
| | KAREN L. DUNN (Pro Hac Vice) |
| | kdunn@bsfllp.com |
| | HAMISH P.M. HUME (Pro Hac Vice) |
| | hhume@bsfllp.com |
| | 1401 New York Avenue, N.W. |
| | Washington DC 20005 |
| | Telephone: 202.237.2727 |
| | Facsimile: 202.237.6131 |
| | |
| | Attorneys for Defendants UBER TECHNOLOGIES, INC and OTTOMOTTO LLC |

DATED: May 15, 2017          By */s/ Neel Chatterjee*

GOODWIN PROCTER LLP
Indra Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
Tel:  (650) 752-3100
Fax: (650) 853-1038

Brett M. Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Goodwin Procter LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant OTTO TRUCKING LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven