1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3   davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4   melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5   johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6   jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF PATRICK SCHMIDT**<br><br>**Hearing**:<br><br>Date:  May 24, 2017<br>Time:  2:00 p.m.<br>Place: Courtroom F, 15th Floor<br>Judge: The Honorable Jacqueline Scott Corley |
|---|---|

I, Patrick Schmidt, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 9[1] is a true and correct copy of the February 22, 2016 executed term sheet related to the Otto acquisition produced by Uber Technologies, Inc. ("Uber").

3. Attached hereto as Exhibit 10 is a true and correct copy of the agreement to indemnify certain employees produced by Uber.

4. Attached hereto as Exhibit 11 is a true and correct copy of the Exhibit A to the indemnification agreement produced by Uber.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  May 16, 2017                         */s/ Patrick Schmidt*
                                             Patrick Schmidt

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Patrick Schmidt.

                                             */s/ Charles K. Verhoeven*
                                             Charles K. Verhoeven

---

[1] For clarity, this Declaration begins with Exhibit 9 because Waymo submitted Exhibits 1-8 with the Declaration of Kevin Smith that it submitted in support of its opening brief on May 1, 2017 (Dkt. 321-1).