QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>**Hearing**:<br><br>Date: June 8, 2017<br>Time: 8:00 a.m.<br>Place: 8, 19th Floor<br>Judge: The Honorable William H. Alsup |

On May 2, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC (collectively "Defendants") moved for summary judgment of non-infringement with respect to a subset of the patents-in-suit (U.S. Patent Nos. 8,836,922, 9,285,464 and 9,086,273) and with respect to two specific devices: Spider and Fuji (the "Motion"). Dkt. 330-4 at 5-7. On May 12, Defendants withdrew their Motion as to Spider, which Defendants do not dispute uses a common lens to transmit and receive light. Dkt. 430 at 2. According to discovery to date, the remaining device at issue in the Motion, the Fuji, does not use a common lens to transmit and receive light. Accordingly, although Waymo has not yet served its infringement contentions in this case, *see* Dkt. 283 (proposing May 23 deadline for infringement contentions), on May 15 Waymo explained to Defendants that Waymo will not be asserting patent claims from the '922, '464 or '273 patent against the Fuji. Jaffe Declaration Ex. A ("Ex. A") at 2. In other words, Waymo will not be accusing Fuji on this record of infringing the single lens patents.

Waymo informed Defendants of this and asked them to withdraw what remains of the summary judgment motion so as to avoid using any further Court resources on the one lingering aspect of the Motion. Uber demurred, responding: "Waymo is welcome to file its response to Uber's pending motion for summary judgment tomorrow, informing the court that Waymo no longer intends to pursue patent infringement claims against Fuji. Upon such filing, Uber is willing to withdraw its pending motion for summary judgment." Ex. A at 1.

For the subset of patents identified in Uber's partial summary judgment motion, Waymo will not be pursuing patent infringement claims of the '922, '464 and '273 patents against Fuji based on current discovery. Waymo thus expects Defendants to timely withdraw their Motion.

1  To the extent Defendants do not do so or do not do so in a timely fashion, Waymo respectfully
2  requests that the Court deny Defendants' Motion as moot for the reasons described above.

DATED: May 16, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
     Charles K. Verhoeven
     Attorneys for WAYMO LLC