# EXHIBIT A

| | |
|---|---|
| **From:** | Kim, Rudy Y. <RudyKim@mofo.com> |
| **Sent:** | Monday, May 15, 2017 6:13 PM |
| **To:** | Jordan Jaffe; Gonzalez, Arturo J.; UberWaymoMoFoAttorneys; |
| | 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' |
| | (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); 'NChatterjee@goodwinlaw.com'; |
| | 'RWalsh@goodwinlaw.com'; 'BSchuman@goodwinlaw.com' |
| **Cc:** | QE-Waymo |
| **Subject:** | RE: Waymo v. Uber - Defendants' Remaining Patent Summary Judgment Motion |

Jordan,

Waymo is welcome to file its response to Uber's pending motion for summary judgment tomorrow, informing the court that Waymo no longer intends to pursue patent infringement claims against Fuji.  Upon such filing, Uber is willing to withdraw its pending motion for summary judgment.

Best regards,

Rudy

**From:** Jordan Jaffe [mailto:jordanjaffe@quinnemanuel.com]
**Sent:** Monday, May 15, 2017 4:15 PM
**To:** Gonzalez, Arturo J.; UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'
(BSF_EXTERNAL_UberWaymoLit@bsfllp.com); 'NChatterjee@goodwinlaw.com'; 'RWalsh@goodwinlaw.com';
'BSchuman@goodwinlaw.com'
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber - Defendants' Remaining Patent Summary Judgment Motion

**- External Email -**

Arturo,

As Defendants recognized by voluntarily withdrawing their partial summary judgment motion as to Spider, Waymo has already explained during the preliminary injunction proceedings its claims against the "single lens design" for the '922 and '464 patents.  Those claims remain pending.  No dismissal or stipulation is thus proper.

Rather, as is typical in patent cases, defendants do not move for summary judgment of noninfringement for devices that the patentee does not include in its infringement contentions.  That's what we're suggesting here and believe it will preserve judicial resources.

Please let us know if Defendants would like to take up our offer to meet and confer on this topic.

Best regards,

**Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // jordanjaffe@quinnemanuel.com**

1

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Monday, May 15, 2017 1:57 PM
**To:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>; UberWaymoMoFoAttorneys
<UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'
(BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>;
'NChatterjee@goodwinlaw.com' <NChatterjee@goodwinlaw.com>; 'RWalsh@goodwinlaw.com'
<RWalsh@goodwinlaw.com>; 'BSchuman@goodwinlaw.com' <BSchuman@goodwinlaw.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v. Uber - Defendants' Remaining Patent Summary Judgment Motion

Jordan,

I'm not sure I understand.  Those claims are in your complaint.  Are you willing to stipulate that they are
dismissed with prejudice?  If not, what exactly are you saying?

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

**From:** Jordan Jaffe [mailto:jordanjaffe@quinnemanuel.com]
**Sent:** Monday, May 15, 2017 1:43 PM
**To:** UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'
(BSF_EXTERNAL_UberWaymoLit@bsfllp.com); 'NChatterjee@goodwinlaw.com'; 'RWalsh@goodwinlaw.com';
'BSchuman@goodwinlaw.com'
**Cc:** QE-Waymo
**Subject:** Waymo v. Uber - Defendants' Remaining Patent Summary Judgment Motion

- External Email -

Counsel,

I write regarding Defendants' partial withdrawal of motion for summary judgment of non-infringement (Dkt.
430) and to propose that the parties resolve the entire motion without further briefing or demands on the Court's
time.  As you know, Waymo has yet to serve its infringement contentions under the Patent Local Rules. (Dkt.
283.)   As you'll see when Waymo serves its infringement contentions on May 23, it will not be asserting any
claims of the '922, '464, or '273 patents against "Fuji" as described in Defendants' motion, in light of the
discovery to date.  Therefore, Defendants' remaining summary judgment motion is unnecessary.  We ask that
you withdraw your summary judgment motion entirely.

Please let us know if Defendants agree.  We are available to meet and confer today at 3pm to discuss.

Best regards,

**Jordan R. Jaffe**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415.498.0556 Google Voice Number (Connects to Direct Office Line and Mobile)
415.875.6600 Main Office Number
jordanjaffe@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.