1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorney for Plaintiff
6  WAYMO LLC

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  WAYMO LLC,                          )   CASE NO.: 3:17-CV-00939-WHA
                                        )
13          Plaintiff,                  )   NOTICE OF APPEARANCE OF
                                        )   LEO P. CUNNINGHAM
14      v.                              )
                                        )
15  UBER TECHNOLOGIES, INC.; OTTOMOTTO  )
    LLC; OTTO TRUCKING LLC,             )
16                                      )
            Defendants.                 )
17                                      )
                                        )
18                                      )

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Leo P. Cunningham of Wilson Sonsini Goodrich & Rosati, P.C., 650 Page Mill Road, Palo Alto, CA 94304, telephone number (650) 493-9300, facsimile number (650) 565-5100, and admitted to practice before this Court, hereby enters his appearance as attorney of record for plaintiff WAYMO LLC in the above-captioned matter.

Dated: May 16, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Leo P. Cunningham
    Leo P. Cunningham

Attorneys for Plaintiff
WAYMO LLC