1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF PIERRE-YVES DROZ IN RESPONSE TO THE COURT'S QUESTION REGARDING WAYMO'S ASSERTED TRADE SECRET #1 AND EXHIBITS THERETO** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 the Declaration of Pierre-Yves Droz in Response to the Court's Question Regarding Waymo's
3 Asserted Trade Secret #1 and Exhibits Thereto (the "Administrative Motion").
4    Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Declaration of Pierre-Yves Droz in Response to the Court's Question Regarding Waymo's Asserted Trade Secret #1 ("Droz Declaration") | Entire Document |
| Exhibits J-L to Droz Declaration | Entire Documents |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge