QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS LETTER BRIEF OPPOSING DEFENDANTS' REQUEST TO FILE A SUR-REPLY IN SUPPORT OF WAYMO'S MOTION TO COMPEL** |
|---|---|

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal confidential information in its May 17, 2017 Letter Brief opposing Defendants' Request to File a Sur-Reply in Opposition to Waymo's Motion to Compel and Exhibit 1 thereto, filed concurrently herewith.  Specifically, Waymo requests an order granting leave to file under seal the portions of the document as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted in Blue | Defendants |
| Exhibit 1 to Letter Brief | Highlighted in Blue | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.   UBER'S CONFIDENTIAL INFORMATION

Waymo only seeks to seal the portions of the Letter Brief (highlighted blue) and Exhibit 1 thereto as identified in the table above, because Waymo believes such information is considered confidential or non-public by one or more Defendants.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position as to the merits of sealing any of Defendants' designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

## III.  CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's administrative motion to file under seal.

1  DATED: May 17, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                                     By /s/ Charles K. Verhoeven
                                         Charles K. Verhoeven
4                                        Attorneys for WAYMO LLC