1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS LETTER BRIEF OPPOSING DEFENDANTS' REQUEST TO FILE A SUR-REPLY IN SUPPORT OF WAYMO'S MOTION TO COMPEL** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal the confidential information in its May 17, 2017 Letter Brief opposing Defendants' Request to File a Sur-Reply in Opposition to Waymo's Motion to Compel and Exhibit 1 thereto (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Letter Brief | Highlighted in Blue |
| Exhibit 1 to Letter Brief | Highlighted in Blue |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge