UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-00939-WHA (JSC)<br><br>**ORDER REGARDING SUR-REPLY REQUEST** |

Defendants Uber and Ottomotto have asked to file a four-page sur-reply in support of their opposition to Waymo's motion to compel. Without subscribing to Defendants' assertion that certain arguments should have been made in the original motion to compel, Defendants' request is granted in part. The sur-reply must be limited to the issues raised in Defendants' request, shall not exceed four pages, and shall be filed on or before Friday, May 19, 2017. Further, Defendants are not permitted to submit any new evidence in support of their sur-reply. Waymo may orally respond to Defendants' arguments at the hearing on May 25, 2017.

This Order disposes of Docket Nos. 456 and 457.

**IT IS SO ORDERED.**

Dated: May 17, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge