**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE OBJECTIONS TO SPECIAL MASTER'S PROPOSED PROTOCOL**

The parties shall please file any objection to the special master's proposed monitoring and verification protocol (Dkt. No. 462), or a statement of non-opposition thereto, by **TOMORROW AT NOON**.

**IT IS SO ORDERED.**

Dated: May 18, 2017.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE