MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>               Defendants. | Case No.      3:17-cv-00939-WHA-JSC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S NOTICE OF APPEAL FROM THE COURT'S ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S MOTION TO COMPEL ARBITRATION (DKT. 425)**<br><br>Judge:  Hon. William H. Alsup<br>Trial Date: October 2, 2017 |

PLEASE TAKE NOTICE THAT pursuant to 9 U.S.C. § 16, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's Order denying Defendants Uber Technologies, Inc. and Ottomotto LLC, and Otto Trucking LLC's motion to compel arbitration of, and to stay, trade secret and UCL claims (Dkt. No. 425), entered in this action on May 11, 2017.

Dated:   May 18, 2017            MORRISON & FOERSTER LLP

BOIES SCHILLER FLEXNER LLP

By:  */s/ Hamish P.M. Hume*
      Hamish P.M. Hume
      Attorneys for Defendants
      UBER TECHNOLOGIES, INC. and
      OTTOMOTTO LLC