MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:  202.237.2727
Facsimile:  202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Date:　　June 7, 2017<br>Time:　　8:00 a.m.<br>Ctrm:　　8, 19th Floor<br>Judge:　　The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

On May 2, 2017, Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC ("Defendants") filed a Motion for Summary Judgment of Non-Infringement ("Motion"). In view of the Court's rule on summary judgment motions stated during the hearing on May 3, Defendants withdrew the portions of their Motion directed to the Spider design ("Notice of Partial Withdrawal") on May 12. (Dkt. 430.)

On May 17, Waymo LLC ("Waymo") filed its opposition to Defendants' Motion,[1] in which Waymo expressly represented "that Waymo will not be asserting patent claims from the '922, '464 or '273 patent against the Fuji." (Dkt. 449.) Based on such representation by Waymo, Defendants hereby withdraw the entirety of their Motion.

Dated: May 18, 2017                    MORRISON & FOERSTER LLP

                                       By:  /s/Michael A. Jacobs
                                            MICHAEL A. JACOBS

                                       Attorneys for Defendants
                                       UBER TECHNOLOGIES, INC.
                                       and OTTOMOTTO LLC

---

[1] In its opposition, Waymo mischaracterizes Defendants' Notice of Partial Withdrawal by arguing that "Defendants do not dispute [that Spider] uses a common lens to transmit and receive light." (Dkt. 449.) Contrary to Waymo's suggestion, Defendants have not made any concessions or admissions regarding whether a completed Spider design would have infringed U.S. Patent Nos. 8,836,922, 9,285,464 and 9,086,273, and reserve their right to move for summary judgment of non-infringement as to the Spider design at a later time.

DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
CASE NO. 3:17-cv-00939-WHA
sf-3769897

1