MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Intervenor Anthony Levandowski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 3:17-cv-00939 WHA<br><br>**DECLARATION OF ISMAIL J. RAMSEY IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S MOTION TO MODIFY THIS COURT'S MAY 11, 2017 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF** |

I, Ismail J. Ramsey, declare and affirm as follows:

1. I am a partner at Ramsey & Ehrlich LLP and am a member of the Bar of the State of California. I am counsel of record in the above-captioned action for non-party Anthony Levandowski. I make this declaration in support of Non-Party Anthony Levandowski's Motion to Modify This Court's May 11, 2017 Order Granting in Part and Denying in Part Plaintiff's Motion For Provisional Relief. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so.

2. Attached as Exhibit A to this declaration is a true and correct copy of a letter, dated May 15, 2017, that was emailed from Uber's legal department to Mr. Levandowski and his counsel on the afternoon of May 16, 2017.

This declaration is made under penalty of perjury under the laws of the United States on May 18, 2017.

                                          /s/ Ismail J. Ramsey
                                              Ismail J. Ramsey

DECLARATION OF ISMAIL J. RAMSEY
Case No. 3:17-cv-00939 WHA