1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6                        SAN FRANCISCO DIVISION
7

| | | |
|---|---|---|
| WAYMO LLC, | ) | Case No.: 3:17-cv-00939-WHA |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **NON-PARTY ANTHONY** |
| v. | ) | **LEVANDOWSKI'S MOTION FOR** |
| | ) | **INTERVENTION AND** |
| UBER TECHNOLOGIES, INC., *et al.*, | ) | **MODIFICATION OF MAY 11, 2017** |
| | ) | **ORDER GRANTING IN PART AND** |
| Defendants. | ) | **DENYING IN PART PROVISIONAL** |
| | ) | **RELIEF** |
| | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING NON-PARTY ANTHONY LEVANDOWSKI'S MOTION FOR INTERVENTION AND MODIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART PROVISIONAL RELIEF (DKT. #433)
Case No. 3:17-cv-00939-WHA

Upon consideration of Non-Party Anthony Levandowski's Motion for Intervention and Modification of May 11, 2017 Order Granting In Part and Denying in Part Provisional Relief (publicly filed on May 15, 2017, Docket No. 433), this Court hereby:

1. GRANTS Non-Party Anthony Levandowski's Motion for Intervention under Federal Rule of Civil Procedure 24, for the limited purpose of allowing Mr. Levandowski to fully litigate his Motion for Modification of the Court's May 11, 2017 Order Granting in Part and Denying in Part Provisional Relief (Docket No. 433), and

2. GRANTS Non-Party Anthony Levandowski's Motion to Modify the Court's Order Granting in Part and Denying in Part Provisional Relief (Docket No. 433) by hereby ORDERING that Uber is NOT REQUIRED by the Court's Order to terminate Mr. Levandowski or otherwise coerce Mr. Levandowski through adverse employment action if he continues to invoke his Fifth Amendment privilege and/or seeks to preserve his attorney-client privilege, common interest privilege, or work production protection.

**IT IS SO ORDERED**.

Dated: _____, 2017           _____
                                             HONORABLE WILLIAM H. ALSUP
                                             United States District Court Judge