# EXHIBIT 1

| | |
|---|---|
| **From:** | David Perlson <davidperlson@quinnemanuel.com> |
| **Sent:** | Friday, May 19, 2017 11:37 AM |
| **To:** | Ray, Wendy J. |
| **Cc:** | James Judah; QE-Waymo; Gonzalez, Arturo J.; jcooper@fbm.com |
| **Subject:** | RE: Waymo v Uber: Protocol |

Wendy, Waymo does not oppose a request for clarification that "customers," "suppliers," "consultants," and "agents" (as used in Paragraphs 2 and 3 only) should be limited to Defendants' customers, suppliers, consultants, and agents related to LiDAR.   We intend to drop a footnote in our Objections noting this.

David

---

**From:** Ray, Wendy J. [mailto:WRay@mofo.com]
**Sent:** Friday, May 19, 2017 11:33 AM
**To:** David Perlson <davidperlson@quinnemanuel.com>
**Cc:** James Judah <jamesjudah@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>; jcooper@fbm.com
**Subject:** Re: Waymo v Uber: Protocol

David,
This is a reminder to let us know your position on the self-driving vehicles issue I raised on the call so we know whether we need to file anything at noon. Thanks.

Wendy J. Ray
Morrison & Foerster LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA 90017-3543
213-892-5446