1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10                     UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                           CASE NO. 3:17-cv-00939-WHA

13                Plaintiff,             **DECLARATION OF DAVID A. PERLSON**

14         vs.

15  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    I, David A. Perlson, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and a partner with Quinn

3    Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this

4    declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

5    would testify competently as follows.

6    2.    On May 17, 2017, I participated in a telephonic conference with Arturo Gonzalez,

7    counsel for Defendants Uber and Ottomotto, Neel Chatterjee, counsel for Otto Trucking LLC and

8    Special Master John Cooper regarding the proposed Protocols submitted by the parties.  During

9    the telephonic conference Mr. Gonzalez said that Anthony Levandowski may continue to work

10   with Velodyne output data as part of his role and responsibilities at Uber.

11   3.    On May 19, 2017, I participated in another meet and confer with Special Master

12   Cooper and counsel for Defendants Uber, Ottomotto, and Otto Trucking.  During that meet and

13   confer, counsel for Otto Trucking represented that Mr. Levandowski is an officer of Otto

14   Trucking.

15   4.    Attached hereto as Exhibit A is a true and correct copy of Waymo's

16   Corrected Proposed Protocols Pursuant to Paragraph 7, Page 26 Of The Court's Order Granting In

17   Part And Denying In Part Plaintiff's Motion For Provisional Relief.  The version submitted hereto

18   includes minor modifications from the version submitted to Special Master Cooper on May 15,

19   2017, to correct citations to docket numbers and identification of corporate entities.

20   5.    Attached hereto as Exhibit B is a true and correct copy of a May 15, 2017 email

21   from Wendy Ray, counsel for Defendants Uber Technologies, Inc. ("Uber")  and Ottomotto, LLC

22   ("Ottomotto") providing Uber's "proposed protocol."

23   6.    Attached hereto as Exhibit C is a true and correct copy of Defendants Uber and

24   Ottomotto's Objections to Waymo's Proposed Protocol.

25   7.    Attached hereto as Exhibit D is a true and correct copy of Waymo's Objections to

26   Defendants' proposed protocol.

27   8.    Attached hereto as Exhibit E is a true and correct copy of Special Master Cooper's

28   Proposed Order that includes Waymo's proposed changes in redline.

9.      Attached hereto as Exhibit F is a true and correct copy of a May 18, 2017 email from Special Master Cooper to the parties clarifying that "the protocol should read 'self driving vehicle' not 'self driving automobile.'"

10.     Attached hereto as Exhibit G is a true and correct copy of a May 17, 2017 email from James Judah, counsel for Waymo, providing additional objections and comments to the proposed protocol Uber included as part of its Objections to Waymo's Proposed Protocol.

11.     Attached hereto as Exhibit H is a true and correct copy of Defendant Otto Trucking LLC's Objections to Waymo's Proposed Protocol.

12.     Attached hereto as Exhibit I is a true and correct copy of a May 13, 2017 email from Special Master Cooper, subject  Re: Activity in Case 3:17-cv-00939-WHA Waymo LLC v. Uber Technologies, Inc. et al Order Granting Motion to File Under Seal.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED:  May 19, 2017                          */s/ David A. Perlson*

---

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David A. Perlson.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven