# EXHIBIT B

| | |
|---|---|
| **From:** | Ray, Wendy J. <WRay@mofo.com> |
| **Sent:** | Monday, May 15, 2017 1:00 PM |
| **To:** | QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) |
| **Subject:** | Waymo/Uber: Proposed protocol |
| | |
| **Categories:** | Waymo |

Quinn team,
Uber's proposed protocol is as follows:

Uber employees will be provided with the email address and telephone number of the special master. If the special master receives a complaint of a potential violation of the Court's order, he will be allowed to speak to that employee and, if he deems it necessary, to also speak with anyone else who may have witnessed the alleged violation. If the special master believes the complaint may have merit, he will inform the parties and allow the parties an opportunity to respond to the allegation. Once he receives the parties' responses, he will determine whether the complaint should be reported to Judge Alsup.

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.