# EXHIBIT F

| | |
|---|---|
| **From:** | John Cooper <JCooper@fbm.com> |
| **Sent:** | Thursday, May 18, 2017 2:37 PM |
| **To:** | David Perlson |
| **Cc:** | UberWaymoMoFoAttorneys; Schuman, Brett; Gonzalez, Arturo J.; QE-Waymo; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Chatterjee, Neel; Walsh, Rachel M.; Matthew Cate |
| **Subject:** | Re: Waymo v. Uber; privilege logs |
| **Categories:** | Waymo |

By way of clarification, the protocol should read "self driving vehicle" not "self driving automobile".

Sent from my iPhone; dictated to Siri
> On May 18, 2017, at 1:52 PM, David Perlson <davidperlson@quinnemanuel.com> wrote:
>
>

_____
This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
Farella Braun + Martel LLP

1