# EXHIBIT I

| | |
|---|---|
| **From:** | John Cooper <JCooper@fbm.com> |
| **Sent:** | Saturday, May 13, 2017 9:55 AM |
| **To:** | David Perlson |
| **Cc:** | Gonzalez, Arturo J.; Lindsay Cooper; QE-Waymo; UberWaymoMoFoAttorneys@mofo.com; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); NChatterjee@goodwinlaw.com; BSchuman@goodwinlaw.com; SBrun@goodwinlaw.com; RWalsh@goodwinlaw.com |
| **Subject:** | Re: Activity in Case 3:17-cv-00939-WHA Waymo LLC v. Uber Technologies, Inc. et al Order Granting Motion to File Under Seal |
| **Categories:** | Waymo |

Counsel

By 9:00 am on Monday, May 15, 2017, each party shall submit to me in writing via PDF that party's complete and detailed protocol as quoted below from paragraph 7, page 26 of the May 11, 2017 Order ruling on Plaintiff's motion for provisional relief.

"To that end, the special master shall promptly develop proposed monitoring and verification protocols with the parties' input and then submit the proposed protocols to the Court for approval."

At 9:30 on Monday the parties shall participate in a conference call with the special master (888 759 6039 access code 415 954 4410) to discuss and resolve the final protocol for monitoring and verification by the special master of the requirements in the Court's Order.  I anticipate that the final protocol with input from each party shall be submitted to Judge Alsup for his review and alteration or approval on May 15.

Miles Ehrlich, counsel for Anthony Levandowski, will not participate in the Monday morning call but has been put on notice to be available to the extent it is necessary to communicate with him.

John

John L. Cooper
Farella Braun + Martel LLP
Direct: 415 954 4410
jcooper@fbm.com

On May 12, 2017, at 10:06 PM, Cooper, John (19) x4410 <JCooper@fbm.com> wrote:

> Counsel
>
> Thank you for providing me with a copy of the above referenced order.  Monday at 9:30 am we shall have a call to begin work on the requirements set forth in the above referenced May 11, 2017 Order.  The call in number is 888 759 6039 and the access code is 415 954 4410.
>
> John
>
> John L. Cooper
> Farella Braun + Martel LLP
> Direct: 415 954 4410
> jcooper@fbm.com

On May 12, 2017, at 10:46 AM, David Perlson <davidperlson@quinnemanuel.com> wrote:

John, this is what we received last night.

David

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Friday, May 12, 2017 10:45 AM
**To:** 'Gonzalez, Arturo J.' <AGonzalez@mofo.com>; David Perlson <davidperlson@quinnemanuel.com>; Lindsay Cooper <lindsaycooper@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys@mofo.com; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; NChatterjee@goodwinlaw.com; BSchuman@goodwinlaw.com; SBrun@goodwinlaw.com; RWalsh@goodwinlaw.com
**Subject:** FW: Activity in Case 3:17-cv-00939-WHA Waymo LLC v. Uber Technologies, Inc. et al Order Granting Motion to File Under Seal

David and Arturo

I just spoke with Judge Alsup's chambers.  I was informed that Judge Alsup wants me to have a copy of the order that was filed under seal last evening ruling on the motion for preliminary injunction.  During our call this morning the parties agreed that I can and should have a copy of this order.  Please send me a PDF of the order.  Thank you.

John

**From:** ECF-CAND@cand.uscourts.gov [mailto:ECF-CAND@cand.uscourts.gov]
**Sent:** Thursday, May 11, 2017 7:09 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:17-cv-00939-WHA Waymo LLC v. Uber Technologies, Inc. et al Order Granting Motion to File Under Seal


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

**Notice of Electronic Filing**

The following transaction was entered on 5/11/2017 at 7:09 PM and filed on 5/11/2017

**Case Name:**     Waymo LLC v. Uber Technologies, Inc. et al
**Case Number:**   3:17-cv-00939-WHA
**Filer:**
**Document Number:** 427(No document attached)

**Docket Text:**
**(UNDER SEAL) ORDER RE SEALING OF [426] ORDER ON MOTION FOR PROVISIONAL RELIEF. Signed by Judge William Alsup on 05/11/2017. (jmdS, COURT STAFF) (Filed on 5/11/2017)**


**3:17-cv-00939-WHA Notice has been electronically mailed to:**

**Amy E Craig**    amy@ramsey-ehrlich.com

**Andrea Pallios Roberts**    andreaproberts@quinnemanuel.com, calendar@quinnemanuel.com, reneunger@quinnemanuel.com

**Andrew Michael Holmes**    drewholmes@quinnemanuel.com, mercedeshereford@quinnemanuel.com

**Arturo J. Gonzalez**    agonzalez@mofo.com, arturo-j-gonzalez-0254@ecf.pacerpro.com, edith-perez-7760@ecf.pacerpro.com, eperez@mofo.com

**Brett Michael Schuman**    bschuman@goodwinlaw.com, MaryWong@goodwinprocter.com

**Charles Kramer Verhoeven**    charlesverhoeven@quinnemanuel.com, rhodapiland@quinnemanuel.com

**Daniel Pierre Muino**    dmuino@mofo.com, mekas@mofo.com

**David Andrew Perlson**    davidperlson@quinnemanuel.com, calendar@quinnemanuel.com, dawnsiadatan@quinnemanuel.com, ecf-0e2deb8cd9f2@ecf.pacerpro.com, qe-waymo@quinnemanuel.com

**Eric Akira Tate**    etate@mofo.com, ecrandall@mofo.com, elizabeth-crandall-whittom-2923@ecf.pacerpro.com, eric-tate-2646@ecf.pacerpro.com

**Esther Kim Chang**    EChang@mofo.com, esther-kim-9030@ecf.pacerpro.com, pwolfe@mofo.com

**Felipe Corredor**    felipecorredor@quinnemanuel.com

**Grant Nicholas Margeson**    grantmargeson@quinnemanuel.com, ginaherrera@quinnemanuel.com

**Hamish Hume** hhume@bsfllp.com, jholdip@bsfllp.com, lchauncey@bsfllp.com, slee@bsfllp.com

**Indra Neel Chatterjee** NChatterjee@goodwinlaw.com, BLagdameo@goodwinlaw.com, JLin@goodwinlaw.com

**Ismail Jomo Ramsey** izzy@ramsey-ehrlich.com, amy@ramsey-ehrlich.com, elese@ramsey-ehrlich.com, katharine@ramsey-ehrlich.com, tonya@ramsey-ehrlich.com

**James Dubois Judah** jamesjudah@quinnemanuel.com, calendar@quinnemanuel.com, dawnsiadatan@quinnemanuel.com

**Jared Weston Newton** jarednewton@quinnemanuel.com

**Jeffrey William Nardinelli** jeffnardinelli@quinnemanuel.com, amberburns@quinnemanuel.com, calendar@quinnemanuel.com

**Jessica E Phillips** jphillips@bsfllp.com

**John L. Cooper** jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com, mcate@fbm.com

**John M. Neukom** johnneukom@quinnemanuel.com, christinamunoz@quinnemanuel.com, ecf-ffe64b85f282@ecf.pacerpro.com, jessicaperlman@quinnemanuel.com, rosepantley@quinnemanuel.com

**John William McCauley , IV** johnmccauley@quinnemanuel.com, john-mccauley-1034@ecf.pacerpro.com

**Jordan Ross Jaffe** jordanjaffe@quinnemanuel.com, ecf-0b041b054580@ecf.pacerpro.com, ecf-49d7324e74e5@ecf.pacerpro.com, jessicasingh@quinnemanuel.com, kathleencorey@quinnemanuel.com, monitajones@quinnemanuel.com

**Karen Leah Dunn** kdunn@bsfllp.com

**Kyle N. Smith** ksmith@bsfllp.com

**Lindsay Cooper** lindsaycooper@quinnemanuel.com, lindsay-cooper-quinn-emanuel-urquhart-sullivan-llp-9732@ecf.pacerpro.com

**Martha Lea Goodman** mgoodman@bsfllp.com

**Matthew Ian Kreeger** mkreeger@mofo.com, jgrady@mofo.com, matt-kreeger-6582@ecf.pacerpro.com, pat-wolfe-1783@ecf.pacerpro.com

**Melissa J Baily** melissabaily@quinnemanuel.com, ginaherrera@quinnemanuel.com

4

**Meredith Richardson Dearborn**   mdearborn@bsfllp.com, cseki@bsfllp.com, jchavez@bsfllp.com, jday@bsfllp.com, mkim@bsfllp.com, sphan@bsfllp.com

**Michael A. Jacobs**   mjacobs@mofo.com, cknisely@mofo.com, cyndi-knisely-3532@ecf.pacerpro.com, ecf-notifications@uber.com, michael-jacobs-3136@ecf.pacerpro.com

**Michael Darron Jay**   mjay@bsfllp.com, dmcknight@bsfllp.com, ecolle@bsfllp.com, jday@bsfllp.com, mdearborn@bsfllp.com, sphan@bsfllp.com, Tsparks@bsfllp.com

**Michelle Ching Youn Yang**   myang@mofo.com

**Miles F. Ehrlich**   miles@ramsey-ehrlich.com, amy@ramsey-ehrlich.com, elese@ramsey-ehrlich.com, katharine@ramsey-ehrlich.com, tonya@ramsey-ehrlich.com

**Rachel Melissa Walsh**   RWalsh@goodwinlaw.com, MaryWong@goodwinprocter.com

**Rudolph Kim**   rudykim@mofo.com, dgillis@mofo.com, donna-gillis-3037@ecf.pacerpro.com, fsagapolu@mofo.com, rudy-kim-5211@ecf.pacerpro.com

**Wendy Joy Ray**   wray@mofo.com, rbeltran@mofo.com

**3:17-cv-00939-WHA Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

<Order GIP MPI (Exh A - Redactions)_Redacted.pdf>

<Order GIP MPI.PDF>

<Order Seal MPI Order.pdf>