Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | Case No.: 3:14-cv-00939-WHA<br><br>**OTTO TRUCKING LLC'S OBJECTIONS TO ORDER RE: SPECIAL MASTER'S MONITORING AND VERIFICATION PROTOCOL** |

1 | Pursuant to Docket No. 463, Defendant Otto Trucking LLC hereby states that it joins in Defendants Uber Technologies, Inc. and Ottomotto LLC's Objections to the Order Re: Special Master's Monitoring and Verification Protocol (Dkt. No. 462).

Dated: May 19, 2017

Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING, LLC

1

DEFENDANT OTTO TRUCKING, LLC'S OBJECTIONS TO ORDER RE: SPECIAL MASTER'S MONITORING AND VERIFICATION PROTOCOL (CASE NO. 3:14-CV-00939-WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **May 19, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **May 19, 2017**.

/s/  Neel Chatterjee
NEEL CHATTERJEE