MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: 415.268.7000; Fax: 415.268.7522

KAREN L. DUNN (Pro Hac Vice)
kdunn@bsfllp.com
HAMISH P.M. HUME (Pro Hac Vice)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel.: 202.237.2727; Fax: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOSHUA M. STEIN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO STAY**<br><br>Date:　　July 13, 2017<br>Time:　　8:00 a.m.<br>Ctrm:　　8, 19th Floor<br>Judge:　　The Honorable William H. Alsup<br><br>Trial Date: October 2, 2017 |

I, Joshua M. Stein, declare as follows:

1. I am an associate at the law firm of Boies Schiller Flexner LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Stay.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of transcript from the April 27, 2017 hearing on Defendants' Motion to Compel Arbitration.

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of transcript from the March 16, 2017 case management conference in this matter.

5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of transcript from the public session of the May 3, 2017 hearing on Waymo LLC's Motion for Preliminary Injunction.

6. A Notice of Appeal of the Court's order denying Defendants' Motion to Compel Arbitration was filed by Uber Technologies, Inc. and Ottomotto LLC on May 18, 2017 (Dkt. 464). Once the appeal is docketed with the United States Court of Appeal for the Federal Circuit, Defendants intend to file an Emergency Motion for Expedited Proceedings in that court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of May, 2017, in Palm Springs, California.

*/s/ Joshua M. Stein*
Joshua M. Stein

**ATTESTATION OF E-FILED SIGNATURE**

I, Hamish P.M. Hume, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Joshua M. Stein has concurred in this filing.

Dated: May 19, 2017                            */s/ Hamish P.M. Hume*
                                                Hamish P.M. Hume

---

1
STEIN DECL. ISO UBER AND OTTOMOTTO'S MOTION TO STAY
Case No. 3:17-cv-00939-WHA