# EXHIBIT 2

Pages 1 - 21

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP, JUDGE

```
WAYMO, LLC,                    )
                              )
          Plaintiff,           )
                              )
   VS.                        )   No. C 17-00939 WHA
                              )
UBER TECHNOLOGIES, INC.,       )
et al.,                       )
                              )
          Defendants.          )
_____)   San Francisco, California
                                   Thursday, March 16, 2017
```

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:
           QUINN, EMANUEL, URQUHART & SULLIVAN LLP
           50 California Street
           22nd Floor
           San Francisco, California  94111
      BY:  CHARLES K. VERHOEVEN, ESQ.
           JORDAN R. JAFFE, ESQ.
           DAVID A. PERLSON, ESQ.
           MELISSA J. BAILY, ESQ.

For Defendants:
           MORRISON & FOERSTER, LLP
           425 Market Street
           San Francisco, California  94105
      BY:  ARTURO J. GONZALEZ, ESQ.
           MICHAEL A. JACOBS, ESQ.

Reported By:  BELLE BALL, CSR 8785, CRR, RDR
            Official Reporter, U.S. District Court

(Appearances continued, next page)

1          THE COURT:  Thirty-five..

2          MR. GONZALEZ:  Oh, okay.  Thirty-five.

3          THE COURT:  Twenty-eight is the old days.  All right.  When

4   will that -- do the math for me.  When will that -- I want to

5   know, will that come up before the preliminary-injunction

6   hearing?

7          THE CLERK:  That will put it roughly around May 4th, I

8   believe, Your Honor.

9          MR. GONZALEZ:  Yeah.

10          THE COURT:  So --

11          MS. BARTOW:  We can file it sooner.

12          THE COURT:  I'm not -- I mean, I don't want to go through

13   the pain and suffering of a preliminary injunction hearing if it

14   has to be arbitrated, is the point.  Think that through.

15          But here's the other thing I want to you do.  You asked for

16   an early trial in your papers.

17          MR. VERHOEVEN:  Yes, Your Honor.

18          THE COURT:  What is your view on the early trial?

19          MR. GONZALEZ:  Your Honor, our view is that there's going to

20   be a lot of work to be done on this case.  So --

21          THE COURT:  Well, your view would probably change if there

22   was a preliminary injunction.

23          MR. GONZALEZ:  It probably would.

24          THE COURT:  Yeah.  So before you know the answer, I would

25   like for both of you to meet and confer, and come up with a

1    schedule that would lead up to a trial on October -- first

2    Monday in October, which is October 2.  I could try this case if

3    you could get it prepared and ready for trial on October 2nd.

4        I'm talking about the final trial, not -- but that would

5    mean doing a lot of homework between now and then.  And it could

6    be done, but it also -- I understand that it would be faster

7    than normal.

8        But while you both have an incentive before you know the

9    answer on preliminary injunction, while you both have an

10   incentive to possibly consider an early trial, I want you to

11   work out that date, work out what the -- what the schedule would

12   be for disclosure of experts and everything else, and then give

13   that to me on the day you come back for your motion on the

14   arbitration.  Okay?

15       MR. GONZALEZ:  We will do that.  Thank Your Honor.

16       THE COURT:  All right.  Here's another problem.  I

17   anticipate that there's a 50/50 chance -- and I could be wrong,

18   but there's a 50/50 chance that whenever your side, meaning --

19       MR. VERHOEVEN:  Waymo.

20       THE COURT:  -- Waymo, wants to take the deposition of

21   Mr. Lev- --

22       MR. VERHOEVEN:  Levandowski.

23       THE COURT:  -- Levandowski, that there will be a last-second

24   delay, because you say he needs separate counsel.  That will not

25   be good.  So I want you -- you're on notice you need to be

1

2

3

4                    **<u>CERTIFICATE OF REPORTER</u>**

5           I, BELLE BALL, Official Reporter for the United States

6    Court, Northern District of California, hereby certify that the

7    foregoing is a correct transcript from the record of proceedings

8    in the above-entitled matter.

9

10                   _____/s/ Belle Ball_____

11                   Friday, March 17, 2017

12              Belle Ball, CSR 8785, CRR, RDR

13

14

15

16

17

18

19

20

21

22

23

24

25