UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO STAY**<br><br>Date:　　July 13, 2017<br>Time:　　8:00 a.m.<br>Ctrm:　　8, 19th Floor<br>Judge:　　The Honorable William H. Alsup<br><br>Trial Date: October 2, 2017 |

**[PROPOSED] ORDER**

Having considered all of the papers filed in connection with Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Stay, as well as the arguments presented by the parties at the hearing on this motion, and good cause appearing, hereby GRANTS Defendants' motion and hereby stays all proceedings, other than those outlined in the Preliminary Injunction Order issued by this Court (Dkt. 433), and clarified by Magistrate Judge Corley's Order re: Paragraph Six of District Court's PI Order (Dkt. 441), until the conclusion of Defendants' appeal of this Court's denial of Defendants' Motion to Compel Arbitration.

IT IS SO ORDERED.

Dated _____, 2017

HONORABLE WILLIAM H. ALSUP
United States District Judge