Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939-WHA <br><br> **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC'S AND OTTOMOTTO LLC'S SUR-REPLY BRIEF IN OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION TO COMPEL PRODUCTION OF DUE DILIGENCE REPORT** <br><br> Date: May 25, 2017 <br> Time: 10:00 a.m. <br> Ctrm: F, 15th Floor <br> Judge: The Honorable Jacqueline Scott Corley <br><br> Trial Date: October 2, 2017 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking LLC ("Otto Trucking") hereby joins and adopts Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto LLC's ("Ottomotto") Sur-Reply in Opposition to Plaintiff Waymo LLC's ("Waymo") Motion to Compel Production of Due Diligence Report.  The hearing on the Motion is set for May 25, 2017 at 10:00 a.m. before the Honorable Jacqueline Scott Corley.  In support, Otto Trucking states as follows:

1. Waymo filed a Complaint on February 23, 2017 (Dkt. No. 1) and an Amended Complaint on March 10, 2017 (Dkt. No. 23) asserting seven causes of action equally against all Defendants, alleging trade secret misappropriation, patent infringement, and unfair competition.

2. On May 1, 2017, Waymo filed a Motion to Compel the Production of Withheld Documents (Dkt No. 321) seeking the production of documents and information pertaining to all of Defendants Uber, Ottomotto, and Otto Trucking.

3. On May 8, 2017, Co-Defendants Uber and Ottomotto filed a Brief in Opposition to Waymo's Motion to Compel.  Defendant Otto Trucking joined and adopted this brief.

4. On May 17, 2017, Magistrate Judge Corley issued an order permitting Defendants Uber and Ottomotto to file a four-page sur-reply in support of their opposition to Waymo's motion to compel.  Co-Defendants Uber and Ottomotto filed their sur-reply on May 19, 2017.

5. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, exhibits, attachments, and prayers of Co-Defendants Uber and Ottomotto set forth in Co-Defendants' Sur-Reply in Opposition to Waymo's Motion to Compel Production of Due Diligence Report, filed with this Court on May 19, 2017, for the reason that said motion is equally applicable to this Defendant in the above captioned matter.

6. Otto Trucking joins and adopts Co-Defendants' Sur-Reply Brief in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

1

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN SUR-REPLY TO MOTION TO COMPEL FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC (CASE NO. 3:17-cv-00939-WHA)

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Sur-Reply in Opposition to Plaintiff's Motion to Compel Production of Due Diligence Report.

Dated: May 19, 2017                    Respectfully submitted,

By: /s/ Neel Chatterjee
  Neel Chatterjee
  *nchatterjee@goodwinlaw.com*
  GOODWIN PROCTER LLP
  135 Commonwealth Drive
  Menlo Park, California 94025
  Tel.: +1 650 752 3100
  Fax.: +1 650 853 1038

  Brett Schuman
  *bschuman@goodwinlaw.com*
  Rachel M. Walsh
  *rwalsh@goodwinlaw.com*
  GOODWIN PROCTER LLP
  Three Embarcadero Center
  San Francisco, California 94111
  Tel.: +1 415 733 6000
  Fax.: +1 415 677 9041

  Attorneys for Defendant
  OTTO TRUCKING LLC

2

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN SUR-REPLY TO MOTION TO COMPEL FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC (CASE NO. 3:17-CV-00939-WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **May 19, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **May 19, 2017**.

/s/ Neel Chatterjee
Neel Chatterjee

1

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN SUR-REPLY TO MOTION TO COMPEL FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC (CASE NO. 3:17-CV-00939-WHA)