Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939-WHA <br><br> **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC'S AND OTTOMOTTO LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS UNFAIR COMPETITION LAW CLAIM** <br><br> Date: June 7, 2017 <br> Time: 8:00 a.m. <br> Ctrm: 8, 19th Floor <br> Judge: The Honorable William Alsup <br><br> Trial Date: October 2, 2017 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking LLC ("Otto Trucking") hereby joins and adopts Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto LLC's ("Ottomotto") Reply in Support of Motion to Dismiss Waymo's Unfair Competition Law Claim.  The hearing on the Motion is set for June 7, 2017 at 8:00 a.m. before the Honorable William Alsup.  In support, Otto Trucking states as follows:

1. Waymo filed a Complaint on February 23, 2017 (Dkt. No. 1) and an Amended Complaint on March 10, 2017 (Dkt. No. 23) asserting seven causes of action equally against all Defendants, alleging trade secret misappropriation, patent infringement, and unfair competition.
2. On April 28, 2017, Defendants Uber, Ottomotto, and Otto Trucking filed a Motion to Dismiss Waymo's Unfair Competition Law Claim.
3. On May 3, 2017, the Court entered an order approving of the Notice of Change in Counsel for Defendant Otto Trucking LLC.
4. On May 19, 2017, Co-Defendants Uber and Ottomotto filed their Reply in Support of Motion to Dismiss Waymo's Unfair Competition Claim.
5. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, exhibits, attachments, and prayers of Co-Defendants Uber and Ottomotto set forth in Co-Defendants' Reply in Support of Motion to Dismiss Waymo's Unfair Competition Law Claim, filed with this Court on May 19, 2017, for the reason that said motion and reply are equally applicable to this Defendant in the above captioned matter.
6. Otto Trucking joins and adopts Co-Defendants' Reply Brief in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Reply in Support of Motion to Dismiss Waymo's Unfair Competition Law Claim.

1

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN REPLY TO MOTION TO DISMISS FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC (CASE NO. 3:17-cv-00939-WHA)

| | |
|---|---|
| Dated: May 19, 2017 | Respectfully submitted, |

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

2

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN REPLY TO MOTION TO DISMISS FILED BY UBER TECHNOLOGIES, INC.
AND OTTOMOTTO LLC (CASE NO. 3:17-cv-00939-WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **May 19, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **May 19, 2017**.

/s/ Neel Chatterjee
Neel Chatterjee

1

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN REPLY TO MOTION TO DISMISS FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC (CASE NO. 3:17-CV-00939-WHA)