Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING LLC'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[L.R. 3-15]<br><br>Complaint Filed: February 23, 2017<br>Trial Date: October 2, 2017 |

Pursuant to Civil Local Rule 3-15, and following a conference with the Special Master, the undersigned certifies that as of this date, other than Otto Trucking LLC, a named party to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities have either more than a 10% financial interest in the subject matter in controversy or in a party to the proceeding, or a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:  Anthony Levandowski, Lior Ron, and Don Burnette.

Dated: May 19, 2017                                Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **May 19, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **May 19, 2017**.

/s/ Neel Chatterjee
Neel Chatterjee