IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER SHORTENING TIME TO HEAR MOTION TO STAY**

The deadline to respond to defendants' motion to stay (Dkt. No. 476) is shortened from June 2 to **MAY 26 AT NOON**. The deadline for any reply is shortened from June 9 to **MAY 30 AT NOON**. The hearing on the motion is rescheduled from July 13 to **JUNE 7 AT 9:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 20, 2017.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE