IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE MEET AND CONFER ON SPECIAL MASTER'S PROTOCOL**

The special master and counsel for both sides shall please meet and confer and submit an agreed-upon revised version of the special master's proposed monitoring and verification protocol (Dkt. No. 462) by **MAY 23 AT NOON**. The revised version should make clear that any action taken by the special master pursuant to the protocol is not subject to any promise of confidentiality. For example, if the special master interviews an employee of defendants, he must disclose the contents of that interview as needed or as the Court requires.

**IT IS SO ORDERED.**

Dated: May 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE