UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION TO MODIFY THE COURT'S MAY 19 ORDER (DKT. 471)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    Plaintiff Waymo LLC ("Waymo") has filed a Motion to Modify the Court's May 19 Order
2  (Dkt. 471) to reinstate the original compliance date of May 31 for Item #2 of the Court's
3  Preliminary Injunction Order (Dkt. 426 at 23), except for the portions of Item #2, subsection (b)
4  addressing Defendants' potential discipline of Mr. Levandowski should he fail to provide relevant
5  materials and information.

6    After review of the papers, Waymo's Motion is GRANTED.  The original compliance
7  deadline of May 31, 2017 is reinstated for Item #2 of the Court's Preliminary Injunction Order,
8  except for the portions of Item #2, subsection (b) addressing Defendants' potential discipline of
9  Mr. Levandowski should he fail to provide relevant materials and information.

10   **IT IS SO ORDERED.**

12  Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge