IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER SHORTENING BRIEFING SCHEDULE FOR MOTION TO MODIFY ORDER EXTENDING PROVISIONAL RELIEF DEADLINE** |

    The Court is in receipt of plaintiff Waymo LLC's motion to modify a prior order extending a deadline for defendants to comply with provisional relief (Dkt. No. 485). Defendants shall please respond by **TOMORROW AT 5:00 P.M.**

    **IT IS SO ORDERED.**

Dated: May 22, 2017.

                                                      WILLIAM ALSUP<br>                                                      UNITED STATES DISTRICT JUDGE