1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS AND EXHIBITS THERETO**<br><br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Reply in Support of Its Motion to Compel Production of Withheld Documents and Exhibits Thereto (Dkt. 444).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Reply in Support of its Motion to Compel Production of Withheld Documents ("Reply") | Highlighted Portions |
| Exhibit 9 of the Declaration of Patrick Schmidt | Highlighted Portions |
| Exhibits 10-11 of the Declaration of Patrick Schmidt | Entire Documents |

3. The highlighted portions of the Reply include highly confidential sensitive business information of Uber relating to Uber's agreements that is not publicly known, and this information's confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

4. The highlighted portions of Exhibit 9 contain non-public, highly confidential information relating to acquisition agreements of Uber, including highly confidential business information relating to Uber's (a privately held corporation) corporate structure and highly confidential information relating to terms of the agreements. The highlighted portions contain highly sensitive business information that is not publicly known, and its confidentiality is strictly maintained. This information could be used by competitors to Uber's detriment, including in the

context of negotiating business deals. In addition, these highlighted portions discuss Uber's proprietary and highly confidential designs for Uber's custom LiDAR system and Uber's detailed market strategy information.

5. Exhibits 10 and 11 are company agreements that include Uber's highly sensitive business information, including highly confidential terms of the agreements, that is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

6. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Reply and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of May, 2017, in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 22, 2017         */s/ Arturo J. González*
Arturo J. González