Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE COURT'S MAY 19 ORDER**<br><br>Complaint Filed: February 23, 2017<br>Trial Date: October 2, 2017 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking LLC ("Otto Trucking") hereby joins and adopts Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto LLC's ("Ottomoto") Partial Opposition to Plaintiff's Motion to Modify the Court's May 19 Order (the "Partial Opposition"). (*See* Dkt. No. 494.) There is no hearing set for Waymo's motion before the Honorable William Alsup. In support, Otto Trucking states as follows:

1. On May 18, 2017, non-party Anthony Levandowski filed his motion to intervene for the purpose of requesting a modification of the Court's May 11, 2017 preliminary injunction order (Dkt. No. 433).
2. On May 19, 2017, the Court extended the deadline for complying with Paragraph 2 of the preliminary injunction order from May 31, 2017 to June 23, 2017 (Dkt. No. 471).
3. On May 22, 2017, Waymo filed a Motion to Modify the Court's May 19 Order (the "Motion"), asking the Court to revert the deadline back to May 31, 2017 as to certain parts of Paragraph 2 of the preliminary injunction Order (Dkt. No. 485).
4. On May 22, 2017, the Court ordered Defendants to respond to the Motion by May 23, 2017 (Dkt. No. 487).
5. On May 23, 2017, Co-Defendants Uber and Ottomotto filed their Partial Opposition to the Motion (Dkt. No. 494).
6. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, and contentions of Co-Defendants Uber and Ottomotto as set forth in their Partial Opposition for the reason that said Partial Opposition is equally applicable to this Defendant in the above-captioned matter.
7. Otto Trucking joins and adopts Co-Defendants' Partial Opposition in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

//

//

1

DEFENDANT OTTO TRUCKING, LLC'S NOTICE TO JOIN DEFENDANTS' PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE COURT'S MAY 19 ORDER (CASE NO. 3:17-CV-00939-WHA)

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Partial Opposition to Plaintiff's Motion to Modify the Court's May 19 Order.

Dated: May 23, 2017

Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING, LLC

2

DEFENDANT OTTO TRUCKING, LLC'S NOTICE TO JOIN DEFENDANTS' PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE COURT'S MAY 19 ORDER (CASE NO. 3:17-CV-00939-WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **May 23, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **May 23, 2017**.

/s/ Neel Chatterjee
NEEL CHATTERJEE

3

DEFENDANT OTTO TRUCKING, LLC'S NOTICE TO JOIN DEFENDANTS' PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE COURT'S MAY 19 ORDER (CASE NO. 3:17-CV-00939-WHA)