IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO REINSTATE PROVISIONAL RELIEF DEADLINE** |

The Court has considered plaintiff Waymo LLC's motion to reinstate the May 31 deadline for defendants to comply with the second item of the May 11 provisional relief order (Dkt. No. 485) and defendants' partial opposition thereto (Dkt. No. 494). The motion is **GRANTED IN PART** and **DENIED IN PART**.

Defendants shall comply with the second item of provisional relief by the original deadline of **MAY 31 AT NOON** except insofar as compliance would implicate either issues raised by non-party Anthony Levandowski's motion to modify the May 11 provisional relief order (Dkt. No. 466) or privilege disputes currently pending before Judge Corley, in which case the deadline remains **JUNE 23 AT NOON**. This order supersedes and partially vacates the prior order continuing the provisional relief deadline (Dkt. No. 471).

**IT IS SO ORDERED.**

Dated: May 24, 2017.

　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE