1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
    RKim@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:     415.268.7000
7   Facsimile:     415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:     202.237.2727
12  Facsimile:     202.237.6131

13  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
14  and OTTOMOTTO LLC

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18  WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

19            Plaintiff,                **DEFENDANTS' ADMINISTRATIVE**
                                        **MOTION TO FILE UNDER SEAL**
20        v.                            **FEBRUARY 22, 2016 TERM SHEET**
                                        **PURSUANT TO MAY 25, 2017**
21  UBER TECHNOLOGIES, INC.,            **MINUTE ORDER**
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
22                                      Trial Date: October 2, 2017
            Defendants.
23

24

25

26

27

28

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,

2    Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for

3    an order to file under seal the confidential, unredacted version of the following document:

4        1.    Entirety of February 22, 2016 Term Sheet.

5    In the May 25, 2017 Minute Order, Judge Corley instructed Uber "to file an unredacted

6    version of the February 22, 2016 Term Sheet with the Court," and Uber "may do so under seal."

7    (ECF No. 509.)

8    The February 22, 2016 Term Sheet contains non-public, highly confidential information

9    relating to acquisition agreements of Uber, including highly confidential business information

10   relating to Uber's (a privately held corporation) corporate structure and highly confidential

11   information relating to terms of the agreements.  It contains highly sensitive business information

12   that is not publicly known, and its confidentiality is strictly maintained.  This information could

13   be used by competitors to Uber's detriment, including in the context of negotiating business

14   deals.  (Declaration of Michelle Yang In Support of Defendants' Administrative Motion to File

15   Document Under Seal ("Yang Decl.") ¶2.)

16   In addition, the Term Sheet discusses Uber's proprietary and highly confidential designs

17   for Uber's custom LiDAR system and Uber's detailed market strategy information.  If such

18   information were made public, Uber's competitive standing could be significantly harmed.

19   (Yang Decl. ¶ 3.)

20   Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

21   documents at issue, with accompanying chamber copies.

22   Defendants served Waymo with this Administrative Motion to File Document Under Seal

23   on May 26, 2017.

24   For the foregoing reasons, Defendants request that the Court enter the accompanying

25   Proposed Order granting Defendants' Administrative Motion to File Document Under Seal and

26   designate the service copies of this document as "HIGHLY CONFIDENTIAL – ATTORNEYS'

27   EYES ONLY."

28

1    Dated: May 26, 2017                    MORRISON & FOERSTER LLP

2

3                                           By:   /s/ Arturo J. Gonzalez
                                                  ARTURO J. GONZALEZ

4                                           Attorneys for Defendants
                                            UBER TECHNOLOGIES, INC.
5                                           and OTTOMOTTO LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28