MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FEBRUARY 22, 2016 TERM SHEET PURSUANT TO MAY 25, 2017 MINUTE ORDER**<br><br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1.  I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal the February 22, 2016 Term Sheet Pursuant to May 25, 2017 Minute Order. (ECF No. 509.)

2.  The February 22, 2016 Term Sheet contains non-public, highly confidential information relating to acquisition agreements of Uber, including highly confidential business information relating to Uber's (a privately held corporation) corporate structure and highly confidential information relating to terms of the agreements. It contains highly sensitive business information that is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals.

3.  In addition, the Term Sheet discusses Uber's proprietary and highly confidential designs for Uber's custom LiDAR system and Uber's detailed market strategy information. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

4.  Defendants' request to seal is narrowly tailored to the document that merits sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of May, 2017, in Cambridge, Massachusetts.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 26, 2017                         */s/ Arturo J. González*
                                                            Arturo J. González