QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF DAVID A. PERLSON** |

I, David A. Perlson, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. On May 24, 2017, I participated in a telephonic meet and confer conference with David Zifkin, counsel for Defendants Uber Technologies, Inc. ("Uber") and Ottomotto, LLC ("Ottomotto"), regarding Uber's request that the parties stipulate to expediting the schedule of Uber's appeal of the order denying the motion to compel arbitration. During the meet and confer call, counsel for Defendants proposed a schedule whereby Defendants' Opening Brief would be due seven days from filing of motion for expedited schedule, Waymo's Response Brief would be due fourteen days after the filing of the Opening Brief, and Defendants' Reply Brief would be due seven days after the filing of the Response Brief.

3. Attached hereto as Exhibit A is a true and correct copy of a May 24-25, 2017 email thread between myself and David Zifkin concerning Defendants' request for an expedited schedule of Uber's appeal of the order denying the motion to compel arbitration.

4. Attached hereto as Exhibit B is a true and correct copy of a May 22, 2017 email from Cynthia Victory, Senior Case Manager at JAMS, to counsel for the parties concerning the status of the Arbitration Demand filed by Uber against Waymo.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: May 26, 2017             */s/ David A. Perlson*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David A. Perlson.

                                      */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven