# EXHIBIT A

| | |
|---|---|
| **From:** | David Perlson |
| **Sent:** | Thursday, May 25, 2017 8:11 PM |
| **To:** | 'David Zifkin'; Jordan Jaffe; Melissa Baily |
| **Cc:** | QE-Waymo; Karen Dunn; Hamish Hume; Meredith Dearborn; Shira Liu |
| **Subject:** | RE: Waymo v. Uber, et al.:  Meet and Confer re Motion to Expedite Appeal re Arbitration |
| **Categories:** | Waymo |

David, your proposal does not remedy the problems we noted below. We do not agree.

David

**From:** David Zifkin [mailto:dzifkin@BSFLLP.com]
**Sent:** Thursday, May 25, 2017 9:05 AM
**To:** David Perlson ; Jordan Jaffe ; Melissa Baily
**Cc:** QE-Waymo ; Karen Dunn ; Hamish Hume ; Meredith Dearborn ; Shira Liu
**Subject:** RE: Waymo v. Uber, et al.: Meet and Confer re Motion to Expedite Appeal re Arbitration

David,

As a compromise, we would be willing to seek an expedited schedule where: (1) Defendants' opening brief would be due within 10 days after filing the proposed stipulation; (2) Waymo's opposition would be due within 21 days after filing of the opening brief; and (3) Defendants' reply brief would be due within 10 days after filing of the opposition brief. Please advise if you would be willing to stipulate to this expedited schedule. If not, we plan to move.

Best,

David

**From:** David Perlson [mailto:davidperlson@quinnemanuel.com]
**Sent:** Wednesday, May 24, 2017 12:07 PM
**To:** David Zifkin; Jordan Jaffe; Melissa Baily
**Cc:** QE-Waymo; Karen Dunn; Hamish Hume; Meredith Dearborn; Shira Liu
**Subject:** RE: Waymo v. Uber, et al.: Meet and Confer re Motion to Expedite Appeal re Arbitration

David, following up to our call yesterday, we do not agree to your proposed expedited appeal schedule. As they delayed in bringing the meritless Motion to Compel Arbitration in the first place, Defendants then delayed bringing their appeal. Now you seek an additional seven days for your Opening brief, yet only provide 14 days for our Opposition brief. We do not think your schedule is practicable, necessary, or fair under the circumstances.

David

**From:** David Zifkin [mailto:dzifkin@BSFLLP.com]
**Sent:** Tuesday, May 23, 2017 12:40 PM
**To:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>; Melissa Baily <melissabaily@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>
**Cc:** Karen Dunn <KDunn@BSFLLP.com>; Hamish Hume <hhume@BSFLLP.com>; Meredith Dearborn

1

<mdearborn@BSFLLP.com>; Shira Liu <sliu@BSFLLP.com>
**Subject:** Waymo v. Uber, et al.: Meet and Confer re Motion to Expedite Appeal re Arbitration

Jordan,

I'm following up on our brief call of a few minutes ago. As we discussed, I would like to meet and confer about expediting the schedule of Uber's appeal of the order denying the motion to compel arbitration. We believe this appeal warrants an expedited schedule and hope you will stipulate. If not, we intend to move for an expedited schedule. Please let me know what times work for you today or please feel free to call me on my cell anytime today at 310-408-5462.

David Zifkin
Administrative Partner

BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
310.752.2411 (direct)
310.408.5462 (cell)
310.752.2400 (main)
310.752.2490 (fax)
dzifkin@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]