1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:     202.237.2727
12 Facsimile:     202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| 19            Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ACQUISITION DOCUMENTS PURSUANT TO MAY 25, 2017 ORAL ORDER** |
| 20       v. | |
| 21  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 22            Defendants. | Trial Date: October 2, 2017 |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal the confidential, unredacted version of the following documents:

1. Entirety of Agreement and Plan of Merger (Ottomotto)
2. Entirety of Exhibits to Agreement and Plan of Merger (Ottomotto)
3. Entirety of Indemnification Agreement
4. Entirety of Exhibit A to Indemnification Agreements
5. Entirety of Exhibit B to Indemnification Agreements
6. Entirety of Agreement and Plan of Merger (Otto Trucking)
7. Entirety of Exhibits to Agreement and Plan of Merger (Otto Trucking)
8. Entirety of Company Disclosure Schedules (Otto Trucking)
9. Entirety of Company Disclosure Schedules (Ottomotto)
10. Amendment to Agreement and Plan of Merger (Ottomotto)
11. Amendment to Agreement and Plan of Merger (Otto Trucking)
12. Draft Term Sheet

At the May 25, 2017 Hearing, Judge Corley instructed Uber to file the acquisition documents, noting that "Judge Alsup wanted to see them" and Uber may do so "obviously under the protective order." (5/25/17 Rough Hearing Tr. at 9:16-10:2.)

The acquisition documents, listed above, contain non-public, highly confidential information relating to acquisition agreements of Uber, including highly confidential business information relating to Uber's (a privately held corporation) corporate structure and highly confidential information relating to terms of the agreements. The documents contain highly sensitive business information that is not publicly known, and their confidentiality is strictly maintained. This information could be used by competitors to Uber's detriment, including in the context of negotiating business deals. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 2.)

In addition, the Draft Term Sheet discusses Uber's proprietary and highly confidential designs for Uber's custom LiDAR system and Uber's detailed market strategy information. If such information were made public, Uber's competitive standing could be significantly harmed. (Yang Decl. ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Document Under Seal on May 26, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Document Under Seal and designate the service copies of this document as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: May 26, 2017    MORRISON & FOERSTER LLP

By: /s/ Arturo J. Gonzalez
    ARTURO J. GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC