1    MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
2    ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
3    ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
4    RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
5    MORRISON & FOERSTER LLP
425 Market Street
6    San Francisco, California 94105-2482
Telephone: 415.268.7000
7    Facsimile: 415.268.7522

8    KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
9    HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
10    BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
11    Washington DC 20005
Telephone: 202.237.2727
12    Facsimile: 202.237.6131

13    Attorneys for Defendants
UBER TECHNOLOGIES, INC.
14    and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ACQUISITION DOCUMENTS PURSUANT TO MAY 25, 2017 ORAL ORDER**<br><br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal the following documents (the "Acquisition Documents") pursuant to Judge Corley's oral order at the May 25, 2017 Hearing (5/25/17 Rough Hearing Tr. at 9:16-10:2):

- Agreement and Plan of Merger (Ottomotto)
- Exhibits to Agreement and Plan of Merger (Ottomotto)
- Indemnification Agreement
- Exhibit A to Indemnification Agreements
- Exhibit B to Indemnification Agreements
- Agreement and Plan of Merger (Otto Trucking)
- Exhibits to Agreement and Plan of Merger (Otto Trucking)
- Company Disclosure Schedules (Otto Trucking)
- Company Disclosure Schedules (Ottomotto)
- Agreement and Plan of Merger (Ottomotto)
- Agreement and Plan of Merger (Otto Trucking)
- Draft Term Sheet

2. The Acquisition Documents contain non-public, highly confidential information relating to acquisition agreements of Uber, including highly confidential business information relating to Uber's (a privately held corporation) corporate structure and highly confidential information relating to terms of the agreements. The documents contain highly sensitive business information that is not publicly known, and their confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals.

3. In addition, the Draft Term Sheet discusses Uber's proprietary and highly confidential designs for Uber's custom LiDAR system and Uber's detailed market strategy information. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

4. Defendants' request to seal is narrowly tailored to the documents that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of May, 2017, in Cambridge, Massachusetts.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 26, 2017          */s/ Arturo J. González*
Arturo J. González