UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Agreement and Plan of Merger (Ottomotto) | Entirety |
| Exhibits to Agreement and Plan of Merger (Ottomotto) | Entirety |
| Indemnification Agreement | Entirety |
| Exhibit A to Indemnification Agreements | Entirety |
| Exhibit B to Indemnification Agreements | Entirety |
| Agreement and Plan of Merger (Otto Trucking) | Entirety |
| Exhibits to Agreement and Plan of Merger (Otto Trucking) | Entirety |
| Company Disclosure Schedules (Otto Trucking) | Entirety |
| Company Disclosure Schedules (Ottomotto) | Entirety |
| Agreement and Plan of Merger (Ottomotto) | Entirety |
| Agreement and Plan of Merger (Otto Trucking) | Entirety |
| Draft Term Sheet | Entirety |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge