MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| WAYMO LLC, | ) | Case No.: 3:17-cv-00939-WHA |
|---|---|---|
| Plaintiff, | ) | **SUPPLEMENTAL DECLARATION OF ISMAIL J. RAMSEY IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S MOTION TO MODIFY THIS COURT'S MAY 11, 2017 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF** |
| v. | ) | |
| UBER TECHNOLOGIES, INC., *et al.*, | ) | |
| Defendants. | ) | |

**SUPPLEMETAL DECLARATION OF ISMAIL RAMSEY IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S MOTION TO MODIFY THIS COURT'S MAY 11, 2017 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF**

I, Ismail J. Ramsey, declare and affirm as follows:

1. I am partner of Ramsey & Ehrlich LLP and am a member of the Bar of the State of California. I am counsel of record in the above-captioned action for non-party Anthony Levandowski.  I make this supplemental declaration in support of Non-Party Anthony Levandowski's Motion To Modify This Court's May 11, 2017, Order Granting In Part And Denying In Part Plaintiff's Motion For Provisional Relief.  I have personal knowledge of the

1

1  matters stated herein and could and would competently testify thereto if called upon to do so.

2      2. Attached as Exhibit B to this declaration is a true and correct copy of a letter emailed from Uber's legal department to Mr. Levandowski and his counsel on May 26, 2017.

    This declaration is made under penalty of perjury under the laws of the United States on May 30, 2017.

                        //s//     Ismail J. Ramsey
                                Ismail J. Ramsey

2

SUPPLEMENTAL DECLARATION OF ISMAIL J. RAMSEY
Case No. 3:17-cv-00939-WHA