MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel.: 415.268.7000; Fax: 415.268.7522

KAREN L. DUNN (Pro Hac Vice)
kdunn@bsfllp.com
HAMISH P.M. HUME (Pro Hac Vice)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel.: 202.237.2727; Fax: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOSHUA M. STEIN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S REPLY BRIEF RE: MOTION TO STAY**<br><br>Date:　June 7, 2017<br>Time:　9:00 a.m.<br>Ctrm:　8, 19th Floor<br>Judge:　The Honorable William H. Alsup<br><br>Trial Date: October 2, 2017 |

I, Joshua M. Stein, declare as follows:

1. I am an associate at the law firm of Boies Schiller Flexner LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Reply in Support of their Motion to Stay.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of transcript from the May 25, 2017 hearing before Magistrate Judge Jacqueline Scott Corley.

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of transcript from the April 27, 2017 hearing on Defendants' Motion to Compel Arbitration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of May, 2017, in Santa Monica, California.

*/s/ Joshua M. Stein*
Joshua M. Stein

## ATTESTATION OF E-FILED SIGNATURE

I, Hamish P.M. Hume, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Joshua M. Stein has concurred in this filing.

Dated: May 30, 2017

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume