MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: 415.268.7000; Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel.: 202.237.2727; Fax: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO MOTION TO STAY**<br><br>Date: June 7, 2017<br>Time: 9:00 a.m.<br>Ctrm: 8, 19th Floor<br>Judge: The Honorable William H. Alsup<br><br>Trial Date: October 2, 2017 |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Uber Technologies, Inc. and Ottomotto LLC (collectively, "Defendants") hereby respectfully submit this request to the Court to take judicial notice of the Complaint filed in *Spangenberg v. Uber Technologies, Inc.*, Superior Court of California, County of San Francisco, Case No. CGC-16-552156, filed on May 20, 2016, attached hereto as Attachment A, for the purpose of ascertaining the claims and relief sought by the plaintiff in the *Spangenberg* action.

Rule 201(b) of the Federal Rules of Evidence permits courts to take judicial notice of facts that are "not subject to reasonable dispute," in that they are either "generally know with the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The accuracy of the *Spangenberg* Complaint can be readily determined and verified on the Superior Court's online access portal at:

https://webapps.sftc.org/ci/CaseInfo.dll?CaseNum=CGC16552156&SessionID=9B6BE304CE804F5598CE0DAD091EF9310CF25E06. Moreover, courts in the Ninth Circuit routinely take judicial notice of documents filed in federal or state courts. *Zbitnoff v. Nationstar Mortgage LLC*, No. C-15-01241-WHA, 2015 WL 5535805, at *3 (N.D. Cal., Sep. 18, 2015) (Alsup, J.) (taking judicial notice of complaint because it is a "matter[] of public record and the proper subject of judicial notice"); *ASARCO LLC v Shore Terminals LLC,* No. C-11-01384-WHA, 2012 WL 2050253, at *9 (N.D. Cal., June 6, 2012) (Alsup, J.) (taking judicial notice of court filings); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of briefs and hearing "[t]o determine what issues were actually litigated").

For the foregoing reasons, Defendants respectfully request that Attachment A be judicially noticed when ruling on Defendants' Motion to Stay.

| | |
|---|---|
| Dated: May 30, 2017 | Respectfully Submitted, |
| | MORRISON & FOERSTER LLP |
| | BOIES SCHILLER FLEXNER LLP |
| | By: */s/ Hamish P.M. Hume*<br>       Hamish P.M. Hume |
| | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. and<br>OTTOMOTTO LLC |