1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9
10

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS AND EXHIBITS THERETO** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2 Portions of its Supplemental Brief in Support of its Motion to Compel Production of Withheld

3 Documents and Exhibits Thereto (the "Administrative Motion").

4    Having considered the Administrative Motion, and good cause to seal having been shown,

5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

6 below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Supplemental Brief in Support of its Motion to Compel Production of Withheld Documents | Highlighted Portions |
| Exhibits 12-13 of the Declaration of Patrick Schmidt ("Schmidt Decl.") | Entire Documents |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge