UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER DENYING-IN-PART DEFENDANTS' MOTION TO FILE UNDER SEAL ACQUISITION DOCUMENTS PURSUANT TO MAY 25, 2017 ORAL ORDER**<br><br>Trial Date: October 2, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants'") Administrative Motion to File Documents Under Seal, and finding that good cause does not exist, this Court hereby DENIES-IN-PART Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be filed as follows:

| Document | Portions to Be Filed Under Seal |
|---|---|
| February 22, 2016 Uber/Otto term sheet (Dkt. 515-14) | Portions highlighted in Exhibit A to the declaration of Jeff Nardinelli in support of Waymo's opposition to Defendants' Administrative Motion to File Documents Under Seal, less the portions challenged by Waymo's opposition |
| Uber/Otto merger agreement (Dkt. 515-3) | Portions highlighted in Exhibit B to |

| | |
|---|---|
| | the declaration of Jeff Nardinelli in support of Waymo's opposition to Defendants' Administrative Motion to File Documents Under Seal, less the portions challenged by Waymo's opposition |
| Exhibits to the Uber/Otto merger agreement (Dkt. 515-4) | Portions highlighted in Exhibit C to the declaration of Jeff Nardinelli in support of Waymo's opposition to Defendants' Administrative Motion to File Documents Under Seal, less the portions challenged by Waymo's opposition |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge