1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JEFFREY W. NARDINELLI** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Case No.3:17-cv-00939-WHA
DECLARATION OF JEFF NARDINELLI

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit A is a true and correct copy of a highlighted version of the February 22, 2016 Uber/Otto term sheet, served by Defendants to Waymo on May 11, 2016.

3. Attached hereto as Exhibit B is a true and correct copy of a highlighted version of the Uber/Otto merger agreement, served by Defendants to Waymo on May 11, 2016.

4. Attached hereto as Exhibit C is a true and correct copy of a highlighted version of exhibits to the Uber/Otto merger agreement, served by Defendants to Waymo on May 11, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 30, 2017         */s Jeffrey W. Nardinelli*
                            Jeffrey W. Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                            */s/ Charles K. Verhoeven*
                            Charles K. Verhoeven