1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:     202.237.2727
12 Facsimile:     202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| 19               Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF UBER TECHNOLOGIES, INC. AND OTTOMOTTO LC'S MOTION TO STRIKE WAYMO'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ACQUISITION DOCUMENTS (DKT. 526)** |
| 20         v. | |
| 21  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 22 | |
| 23              Defendants. | |
| 24 | Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Motion to Strike Waymo's Opposition to Defendants' Administrative Motion to File Under Seal Acquisition Documents (Dkt. 526).

2. Attached as Exhibit 1 is a true and correct copy of the Patent Local Rule 2-2 Interim Model Protective Order in effect in this case. (March 16, 2017 Order, Dkt. 60).

3. Waymo has not provided written notice or attempted to meet and confer with Defendants regarding Waymo's challenge to Defendants' confidentiality designations in the acquisition documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of May, 2017, in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: May 31, 2017              */s/ Arturo J. González*
Arturo J. González