UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO STRIKE WAYMO'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ACQUISITION DOCUMENTS (DKT. 526)**<br><br>Trial Date: October 2, 2017 |

1  Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Motion to Strike Waymo's Opposition to Defendants' Administrative Motion to File Under Seal Acquisition Documents (Dkt. 526), and finding that good cause exists, **IT IS HEREBY ORDERED** that Defendants' Motion to Strike shall be granted.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge