UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WAYMO'S REQUEST FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO ANTHONY LEVANDOWSKI'S MOTION FOR INTERVENTION UNDER RULE 24 AND MODIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART PROVISIONAL RELIEF**<br><br><u>Hearing</u><br>Date: June 7, 2017<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 8, 19th Floor |

1  WHEREAS, on March 10, 2017, Plaintiff Waymo LLC ("Waymo") filed a Motion for Preliminary Injunction. (Dkt. 24.)

2  WHEREAS, on May 15, 2017, the Court entered a public Order (the "Order") granting in part and denying in part Waymo's Motion for Preliminary Injunction. (Dkt. 433.)

3  WHEREAS, on May 18, 2017, Non-Party Anthony Levandowski ("Levandowski") filed a Motion for Intervention Under Rule 24 and Modification of the Order (the "Motion"). (Dkt. 466.)

4  WHEREAS, on May 22, 2017, the Court entered an Order Shortening the Briefing Schedule on the Motion. (Dkt. 487.)

5  WHEREAS, on May 26, 2017, Waymo filed an Opposition to Levandowski's Motion. (Dkt. 512.)

6  WHEREAS, on May 30, 2017, Levandowski filed a Reply in Support of the Motion (the "Reply") that provides new evidence and argument relating to a "new development" in connection with Mr. Levandowski's employment at Uber. (Dkt. 519.)

7  WHEREAS, Levandowski and Waymo agree that Waymo should have an opportunity to respond to the new evidence and argument offered in the Reply.

THEREFORE, the parties stipulate as follows: Waymo shall be authorized to file a Sur-Reply in opposition to the Motion not to exceed 5 pages in length before 6:00 p.m. PDT on Friday, June 2, 2017.

IT IS STIPULATED.

DATED: May 31, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/Charles K. Verhoeven*
Charles K. Verhoeven
*Attorneys for WAYMO LLC*

| | | |
|---|---|---|
| 1 | DATED: May 31, 2017 | RAMSEY & EHRLICH, LLP |
| 2 | | By /s/ Amy Craig |
| 3 | | Miles Ehrlich |
| | | Ismail Ramsey |
| 4 | | Amy Craig |
| | | *Attorneys for Non-Party Anthony Levandowski* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____, 2017

The Honorable William H. Alsup

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Amy Craig.

> */s/ Charles K. Verhoeven*
> Charles K. Verhoeven