UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br>        v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WAYMO'S REQUEST FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO ANTHONY LEVANDOWSKI'S MOTION FOR INTERVENTION UNDER RULE 24 AND MODIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART PROVISIONAL RELIEF**<br><br>**Hearing**<br>Date: June 7, 2017<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 8, 19th Floor |

1  WHEREAS, on March 10, 2017, Plaintiff Waymo LLC ("Waymo") filed a Motion for Preliminary Injunction. (Dkt. 24.)

WHEREAS, on May 15, 2017, the Court entered a public Order (the "Order") granting in part and denying in part Waymo's Motion for Preliminary Injunction. (Dkt. 433.)

WHEREAS, on May 18, 2017, Non-Party Anthony Levandowski ("Levandowski") filed a Motion for Intervention Under Rule 24 and Modification of the Order (the "Motion"). (Dkt. 466.)

WHEREAS, on May 22, 2017, the Court entered an Order Shortening the Briefing Schedule on the Motion. (Dkt. 487.)

WHEREAS, on May 26, 2017, Waymo filed an Opposition to Levandowski's Motion. (Dkt. 512.)

WHEREAS, on May 30, 2017, Levandowski filed a Reply in Support of the Motion (the "Reply") that provides new evidence and argument relating to a "new development" in connection with Mr. Levandowski's employment at Uber. (Dkt. 519.)

WHEREAS, Levandowski and Waymo agree that Waymo should have an opportunity to respond to the new evidence and argument offered in the Reply.

THEREFORE, the parties stipulate as follows: Waymo shall be authorized to file a Sur-Reply in opposition to the Motion not to exceed 5 pages in length before 6:00 p.m. PDT on Friday, June 2, 2017.

IT IS STIPULATED.

DATED: May 31, 2017               QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                  By  */s/Charles K. Verhoeven*
                                      Charles K. Verhoeven
                                      *Attorneys for WAYMO LLC*

DATED: May 31, 2017                     RAMSEY & EHRLICH, LLP

                                        By */s/ Amy Craig*
                                           Miles Ehrlich
                                           Ismail Ramsey
                                           Amy Craig
                                           *Attorneys for Non-Party Anthony Levandowski*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: _____June 1_____, 2017         _____
                                           The Honorable William H. Alsup

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Amy Craig.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven