UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' REVISED JOINT CASE MANAGEMENT STATEMENT** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions of the Parties' Revised Joint Case Management Statement ("Administrative Motion").
3    Having considered the Administrative Motion, and good cause to seal having been shown,
4 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
5 below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Statement | Highlighted in Green |

**IT IS SO ORDERED.**

Dated: _____, 2017

                HON. WILLIAM ALSUP
                United States District Court Judge