IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**NOTICE RE PRESENTATION MATERIAL FOR FUTURE HEARINGS**

    Counsel in this matter have a practice of handing up booklets with presentation material (including, for example, slides and illustrative diagrams) for hearings. The Court has observed that these booklets sometimes contain material not properly included in the motion record. This is problematic because it confuses the record, both at the district court and on appeal. Going forward, such booklets will not be allowed unless they are limited to twelve pages or less in length (one booklet per side per motion) and contain only material already in the record, and opposing counsel have been given at least 24 hours to vet the contents thereof.

Dated: June 2, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE