MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:  202.237.2727
Facsimile:  202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No.   3:17-cv-00939-WHA <br><br> **UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Trial Date: October 2, 2017 |

Defendants Uber Technologies, Inc. and Ottomotto LLC ("Uber") request a continuance of the case management conference from June 7, 2017, to June 16, 2017.  Uber's lead trial counsel, Arturo Gonzalez, is currently in the middle of trial before Judge Gilliam through at least June 7, 2017.  (*Phoenix Technologies, Ltd. v. VMware, Inc.*, Case No. 15-cv-01414 HSG.)  Uber requests the continuance so that Mr. Gonzalez can attend.

Granting this request would not affect any other scheduled proceedings.  Uber is not seeking a continuance of the scheduled June 7, 2017 hearing on (1) Uber's motion to dismiss Waymo's Unfair Competition Law claim; (2) Uber's motion to stay; and (3) Mr. Levandowski's motion to intervene and to modify the preliminary injunction order.

Waymo has indicated that it will oppose the continuance Uber requests.  (Dkt. 536 at 1.)  Contrary to Waymo's suggestion, Uber does not "insist" that the three scheduled motions proceed on June 7.  Uber does not object to continuing the hearing on its motion to dismiss and motion to stay to June 16 as well.

Dated: June 2, 2017                           MORRISON & FOERSTER LLP

By:  */s/ Arturo J. Gonzalez*
     ARTURO J. GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC