1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
    RKim@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:    415.268.7000
7   Facsimile:    415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:    202.237.2727
12  Facsimile:    202.237.6131

13  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
14  and OTTOMOTTO LLC

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
| 19              Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 20       v. | |
| 21  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 22 | |
| 23              Defendants. | |
| 24 | Trial Date: October 2, 2017 |

25

26

27

28

1    I, Michelle Yang, declare as follows:

2    1.    I am an attorney at the law firm of Morrison & Foerster LLP.  I make this

3 declaration based upon matters within my own personal knowledge and if called as a witness, I

4 could and would competently testify to the matters set forth herein.

5    2.    Pursuant to L.R.7-11(a), I make this declaration in support of Defendants Uber

6 Technologies, Inc. and Ottomotto LLC's ("Uber") Administrative Motion to Continue Case

7 Management Conference.

8    3.    On June 1, 2017, Uber asked Waymo if it would be amenable to continuing the

9 case management conference from June 7, 2017, to June 16, 2017.  Waymo opposed the

10 continuance.

11    4.    For the foregoing reason, a stipulation with Waymo could not be obtained for this

12 administrative motion.

13    I declare under penalty of perjury under the laws of the United States that the foregoing is

14 true and correct.  Executed this 2nd day of June, 2017, in Washington, D.C.

15

16                                   */s/ Michelle Yang*
                                     Michelle Yang

17

18

19                        **ATTESTATION OF E-FILED SIGNATURE**

20    I, Arturo J. González, am the ECF User whose ID and password are being used to file this

21 Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has

22 concurred in this filing.

23 Dated:  June 2, 2017                */s/  Arturo J. González*
                                     Arturo J. González
24

25

26

27

28