1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

11  WAYMO LLC,                                  Case No.    3:17-cv-00939-WHA
12                  Plaintiff,                  **[PROPOSED] ORDER GRANTING
                                                DEFENDANTS UBER
13       v.                                     TECHNOLOGIES, INC. AND
                                                OTTOMOTTO LLC'S
14  UBER TECHNOLOGIES, INC.,                    ADMINISTRATIVE MOTION TO
    OTTOMOTTO LLC; OTTO TRUCKING LLC,           CONTINUE CASE MANAGEMENT
15                                              CONFERENCE**
                    Defendants.
16
17                                              Trial Date: October 2, 2017
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT
CONFERENCE - Case No. 3:17-cv-00939-WHA
sf-3772488

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to Continue Case Management Conference, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion and **ORDERS** the case management conference continued to June 16, 2017.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge

[Proposed] Order Granting Defendants' Administrative Motion to Continue Case Management Conference - Case No. 3:17-cv-00939-WHA
sf-3772488

1