1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3   davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4   melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5   johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6   jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10
                  UNITED STATES DISTRICT COURT
11
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
12

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF PLAINTIFF WAYMO'S SUR-REPLY IN OPPOSITION TO ANTHONY LEVANDOWSKI'S MOTION FOR INTERVENTION UNDER RULE 24 AND MODIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART PROVISIONAL RELIEF** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    I, Patrick Schmidt, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and an associate with Quinn
3    Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this
4    declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
5    would testify competently as follows.

6    2.    Attached hereto as Exhibit 1 is a true and correct copy of email correspondence
7    between counsel for Waymo, counsel for Defendants, and Special Master John Cooper, dated May
8    31 to June 1, 2017.

9    3.    Attached hereto as Exhibit 2 is a true and correct copy of a document produced by
10   Defendants beginning at Bates number UBER00017083.

11   4.    Attached hereto as Exhibit 3 is a true and correct copy of a document produced by
12   Defendants beginning at Bates number UBER00017108.

14   I declare under penalty of perjury under the laws of the State of California and the United
15   States of America that the foregoing is true and correct, and that this declaration was executed in
16   Los Angeles, California, on June 2, 2017.

DATED:  June 2, 2017          */s/ Patrick Schmidt*
                              Patrick Schmidt

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Patrick Schmidt.

                              */s/ Charles K. Verhoeven*
                              Charles K. Verhoeven