IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Defendants' motion to continue the case management conference (Dkt. No. 540) is **DENIED**. It is important for this case to move forward on schedule in light of the October 2 trial date. Defendants have a large cast of excellent lawyers who can carry the ball in Attorney González's absence.

**IT IS SO ORDERED.**

Dated: June 3, 2017.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE