UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS LETTER BRIEF AND EXHIBIT 3 THERETO** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  Portions of its Letter Brief requesting production of an unredacted version of a letter sent from
3  John Gardner to Stroz Friedberg, LLC (the "Letter Brief") and Exhibit 3 thereto ("Administrative
4  Motion").

5  Having considered the Administrative Motion, and good cause to seal having been shown,
6  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
7  below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Letter Brief | Highlighted Portions |
| Exhibit 3 | Entire Documents |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge