UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 17-cv-00939-WHA   (JSC)

**ORDER REGARDING PROPOSED REDACTIONS TO ORDER RE: WAYMO'S MOTION TO COMPEL**

The Court has filed its Order regarding Waymo's Motion to Compel. (Dkt. No. 549.) It filed the Order under seal to give the parties the opportunity to propose and justify redactions, if any, to the Order. The Court has also ruled on what parts of the Term Sheet can be redacted. (Dkt. No. 550.) The parties shall have until noon on Wednesday, June 7, 2017 to suggest redactions, if any, to the Court's Motion to Compel Order. The redacted version will then be made public. Redactions should be proposed only where truly necessary and should be accessed on a word by word basis.

**IT IS SO ORDERED.**

Dated: June 5, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge