IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**NOTICE RE HEARING ON MOTION TO MODIFY PROVISIONAL RELIEF** |

　　　At the upcoming hearing on Anthony Levandowski's motion to modify provisional relief, counsel for Levandowski should be prepared to respond to plaintiff Waymo LLC's argument that the motion has been mooted by the "all but final" termination of Levandowski's employment with Uber Technologies, Inc., and Ottomotto LLC (*see* Dkt. No. 542 at 5). Defense counsel should also be prepared to discuss whether defendants issued the termination letter to Levandowski dated May 26 (Dkt. No. 519-2) on their own initiative.

Dated: June 5, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE