1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:     202.237.2727
12 Facsimile:     202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 | WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
|---|---|
19 | Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUR-REPLY IN IN OPPOSITION TO ANTHONY LEVANDOWSKI'S MOTION FOR INTERVENTION AND MODIFICATION AND EXHIBITS THERETO (DKT. 541)** |
20 | v. | |
21 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
22 | | |
23 | Defendants. | |
24 | | Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1.  I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Sur-Reply in Opposition to Anthony Levandowski's Motion for Intervention Under Rule 24 and Modification of Order Granting in Part and Denying in Part Provisional Relief and Exhibits Thereto (Dkt. 541).

2.  I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Sur-Reply in Opposition to Anthony Levandowski's Motion ("Sur-Reply") | Highlighted Portions |
| Exhibits 2-3 to the Declaration of Patrick Schmidt | Entire Documents |

3.  The highlighted portions of the Sur-Reply quote Exhibit 2 and Exhibit 3 to the Declaration of Patrick Schmidt, which are non-public, confidential employment and highly confidential financial documents that contain Uber's sensitive business information.  This sensitive business information is not publicly known, and its confidentiality is strictly maintained.  I understand that this information could be used by competitors to Uber's detriment, including by using this information to gain an advantage over Uber in employment negotiations in a competitive market for talent.  Disclosure of this information would allow competitors to tailor their employment offers during negotiations.  If such information were made public, I understand Uber's competitive standing could be significantly harmed.

4.  The entirety of Exhibit 2 is a non-public, confidential employment document, including non-public, confidential business information relating to Uber's employment terms and financial information.  This information is not publicly known, and its confidentiality is strictly

maintained. This information could be used by competitors to Uber's detriment, including by using this information to gain an advantage over Uber in employment negotiations in a competitive market for talent. Disclosure of this information would allow competitors to tailor their employment offers during negotiations. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

5.   The entirety of Exhibit 3 contains highly confidential and sensitive business information regarding financial, compensation, and employment terms. This information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment, by using this information to gain an advantage over Uber in employment negotiations in a competitive market for talent. Disclosure of this information would allow competitors to tailor their employment offers during negotiations. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

6.   Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Reply and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of June, 2017, in Washington, D.C.

                                             */s/ Michelle Yang*
                                               Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: June 6, 2017                          */s/ Arturo J. González*
                                               Arturo J. González