**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 WAYMO LLC,                                             No. C 17-00939 WHA

10          Plaintiff,

11    v.                                                  **ORDER DENYING MOTION
                                                          TO STAY PENDING APPEAL**
12 UBER TECHNOLOGIES, INC., *et al.*,                     **RE ARBITRATION**

13          Defendants.

14 _____/

15        For the reasons stated on the record at the hearing today, defendants' motion to stay

16 (Dkt. No. 476) is **DENIED**.

17

18        **IT IS SO ORDERED.**

19

20 Dated:  June 7, 2017.

21                                                        _____
                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28