IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING MOTION TO INTERVENE AND MODIFY PROVISIONAL RELIEF**

    For the reasons stated on the record at the hearing today, non-party Anthony Levandowski's motion to intervene and modify the provisional relief order dated May 11, 2017 (Dkt. No. 466) is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 7, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE