UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER REGARDING UBER'S PRIVILEGE LOG** |

At the May 25, 2017 hearing on Waymo's Motion to Compel, the Court ordered Uber to revise its privilege log and produce by June 1, 2017 previously withheld documents in light of its representation that before February 22, 2016 it had not shared any privileged or confidential information with any party. (Dkt. No. 516 at 12-13.) As to the remaining privilege log entries, Uber and Waymo are directed to meet and confer, with the assistance of the Special Master if needed, and propose a process for promptly resolving any further privilege log disputes. The jointly proposed process shall be filed with the Court by close of business on Monday, June 12, 2017.

**IT IS SO ORDERED.**

Dated: June 8, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge