UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: DISCOVERY LETTER REGARDING AGREEMENT BETWEEN LEVANDOWSKI'S ATTORNEY AND STROZ**<br><br>Re: Dkt. No. 546 |

Waymo seeks production of letter agreements between Levandowski's counsel and Uber's third-party forensic expert Stroz Friedberg.  In consultation with the Special Master, the parties agreed to present their positions to the Court by 4:00 p.m. on June 5, 2017.  Waymo filed its letter brief, but before Uber did so the Court issued its order granting Waymo's Motion to Compel.  (Dkt. Nos. 549, 566.) The Order quoted from the letters which Waymo seeks and ultimately ordered their production.  Rather than filing an opposition to Waymo's letter brief, Uber notified the Court that in light of the intervening order it was evaluating its position.  (Dkt. No. 552.)  Uber shall file an opposition to Waymo's letter brief by noon on Friday, June 9, 2017 or produce the two Levandowski/Stroz letter agreements in full to Uber by the same deadline and file notice with the Court that it has done so.

**IT IS SO ORDERED.**

Dated: June 8, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge