MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **NOTICE OF APPEARANCE OF EDWARD H. TAKASHIMA** <br><br> Judge:   The Honorable William Alsup <br><br> Trial Date: October 10, 2017 |

1 **TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   PLEASE TAKE NOTICE THAT attorney Edward H. Takashima (etakashima@bsfllp.com) of Boies Schiller Flexner LLP, a member of the State Bar of California, and admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendants Uber Technologies, Inc. and Ottomotto LLC.

Dated: June 8, 2017                    BOIES SCHILLER FLEXNER LLP

By: */s/ Edward H. Takashima*
    Edward H. Takashima (SBN 270945)
    (etakashima@bsfllp.com)
    BOIES SCHILLER FLEXNER LLP
    401 Wilshire Boulevard, Suite 850
    Santa Monica, CA 90401
    Telephone: (310) 752-2400

    *Attorneys for Defendants* Uber Technologies, Inc. and Ottomotto LLC

---

1
NOTICE OF APPEARANCE
Case No. 3:17-cv-00939-WHA