# EXHIBIT 2

| Attorney or Party without Attorney:<br>QUINN EMANUEL URQUHART & SULLIVAN<br>50 CALIFORNIA STREET, 22ND FLOOR<br>SAN FRANCISCO, CA  94111<br>Telephone No: 415-875-6600   FAX No: 415-875-6700 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>01980-00104 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: WAYMO LLC<br>Defendant: UBER TECHNOLOGIES, INC.; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUBPOENA TO PRODUCE** | Hearing Date:<br>Thu, May. 25, 2017 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>3:17-CV-00939-WHA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT; INSPECTION OF PREMISES IN A CIVIL ACTION.

3. a. Party served:   STROZ FRIEDBERG, LLC C/O CSC LAWYERS
   b. Person served:  BECKY DE GEORGE, AUTHORIZED TO ACCEPT SERVICE, White, Female, 52 Years Old, Blonde Hair, 5 Feet 7 Inches, 200 Pounds

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., May. 10, 2017 (2) at: 2:27PM
   b. I received this subpoena for service on:   Wednesday, May 10, 2017

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:
   a. JEFFREY W. ABEGGLEN

   **A & A LEGAL SERVICE**

   1541 Bayshore Hwy.
   Burlingame, CA 94010-1602      Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2009-98
      (iii) County:   Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, May. 10, 2017

   (JEFFREY W. ABEGGLEN)   9865700.106109

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUBPOENA TO PRODUCE