1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:   (415) 875-6600
8  Facsimile:   (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                              CASE NO. 3:17-cv-00939
              Plaintiff,
13       vs.                                **NOTICE OF APPEARANCE OF**
    UBER TECHNOLOGIES, INC.;                **PATRICK T. SCHMIDT**
14  OTTOMOTTO LLC; OTTO TRUCKING
    LLC,
15            Defendants.

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Patrick T. Schmidt, an attorney with the firm of Quinn Emanuel

3  Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of

4  record for Waymo LLC in the above-captioned matter.

5      Patrick T. Schmidt (Cal. Bar No. 274777)
    patrickschmidt@quinnemanuel.com
6      865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
7      (213) 443-3000
    (213) 443-3100 facsimile
8

9

10

11  DATED: June 8, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

12

13          By: */s/ Patrick T. Schmidt*
          Patrick T. Schmidt

14            Attorney for WAYMO LLC