Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. NO. 549)** |
| v. | |
| Uber Technologies, Inc.; et al., | |
| Defendants. | Courtroom:  8 - 19th Floor<br>Judge:         Hon. William Alsup |
| | Filed/Lodged Concurrently with:<br>1. Motion for Relief |

Before this Court is Defendant Otto Trucking LLC's ("Otto Trucking") Motion for Relief from Non-dispositive Pretrial Order of Magistrate Judge Corley ("Motion").  The Court has considered the motion, and the arguments of counsel, and hereby grants Otto Trucking's Motion.

IT IS HEREBY ORDERED that Magistrate Judge Corley's June 5, 2017 Order re: Waymo's Motion To Compel (Dkt. 549) is set aside, and Plaintiff Waymo's Motion To Compel Production Of Withheld Documents (Dkt. 321) is denied.

**IT IS SO ORDERED.**

Dated: _____, 2017

Hon. William Alsup
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 8, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June 2017.

                                              /s/  Neel Chatterjee
                                                 Neel Chatterjee