IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR RELIEF FROM JUDGE CORLEY'S ORDER RE DUE DILIGENCE REPORT** |

Defendant Otto Trucking LLC has filed a motion for relief from Judge Corley's order granting plaintiff Waymo LLC's motion to compel production of Stroz Friedberg's due diligence report (Dkt. No. 572). Waymo may respond by **JUNE 12 AT NOON**. Otto Trucking may reply by **JUNE 13 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 8, 2017.

                                                    WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE