UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., AND OTTOMOTTO LLC'S, MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER (DKT. 566)**<br><br>Trial Date: October 2, 2017 |

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  (collectively, "Uber") Motion for Relief from Nondispositive Pretrial Order (Dkt. 566) pursuant to
3  Local Rule 72-2, and having given Plaintiff Waymo LLC ("Waymo") an opportunity to respond,
4  the Court hereby GRANTS Uber's Motion.
5      IT IS HEREBY ORDERED that Magistrate Judge Corley's June 5, 2017 Order re:
6  Waymo's Motion To Compel (Dkt. 566) is VACATED, and Plaintiff Waymo's Motion To
7  Compel Production Of Withheld Documents (Dkt. 321) is DENIED.
8      **SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge