

June 9, 2017

The Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Waymo LLC v. Uber Technologies, LLC et al.*, Case No. 3:17-cv-00939-WHA

Dear Judge Corley:

      Pursuant to the Order Re: Discovery Letter Regarding Agreement Between Levandowski's Attorney and Stroz (Dkt. 568), Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") submit this letter brief in opposition to Waymo's motion to compel production of a letter agreement between Stroz Friedberg, LLC ("Stroz") and John Gardner, counsel for Anthony Levandowski (Dkt. 546).

      Yesterday, Uber filed its Objections to the Order Re: Waymo's Motion to Compel (Dkt. 566), which granted Waymo's Motion to Compel Production of the Due Diligence Report and Exhibits. *See* Objections, Dkt. 575. For the reasons stated in the Objections and pending the Court's ruling on those Objections, Uber continues to assert attorney-work product protections over the two letter agreements attached as exhibits to the Due Diligence Report.

                                              Sincerely,

                                              */s/ Karen L. Dunn*

                                              Karen L. Dunn
                                              Counsel for Uber Technologies, Inc. and
                                              Ottomotto LLC

cc: counsel of record; Special Master John Cooper