IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR RELIEF FROM JUDGE CORLEY'S ORDER RE DUE DILIGENCE REPORT**

A prior order set an expedited briefing schedule for defendant Otto Trucking LLC's motion for relief from Judge Corley's order granting plaintiff Waymo LLC's motion to compel production (Dkt. No. 573). This order applies that same briefing schedule to subsequent motions for the same relief filed by defendants Uber Technologies, Inc., and Ottomotto LLC (Dkt. No. 575), and by non-party Anthony Levandowski (Dkt. No. 574). Waymo may file a consolidated response brief addressing all three motions and not to exceed **FIFTEEN** pages in length by **JUNE 12 AT NOON**. Each movant may reply, with each reply supporting only their own motion and not to exceed **THREE PAGES** in length, by **JUNE 13 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 9, 2017.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE