MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939 WHA <br><br> **NON-PARTY ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A PORTION OF HIS LETTER BRIEF** |

Pursuant to Civil L.R. 7-11 and 79-5, Non-Party Anthony Levandowski respectfully requests to file under seal information in his Letter Brief Moving to Quash Waymo's Subpoena to Stroz Friedberg (the "Letter Brief"), filed concurrently herewith. Specifically, Mr. Levandowski requests an order granting leave to file under seal the portions of the Letter Brief listed below:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted in Blue | Defendants |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. UBER'S CONFIDENTIAL INFORMATION

Mr. Levandowski seeks to seal a portion of the Letter Brief because he understands from the parties' prior filings that Defendants have designated that information confidential, and accordingly Plaintiff Waymo has asked the Court to seal references to it in a filing on June 3, 2017. Dkt. Nos. 545; 545-1 Declaration of Patrick Schmidt ("Schmidt Decl.") ¶ 3.

## III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Mr. Levandowski respectfully requests that the Court grant his Administrative Motion.

Date:   June 9, 2017                                 Respectfully submitted,

/s/
Miles Ehrlich
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*