MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939 WHA |
| Plaintiff, | **DECLARATION OF AMY CRAIG IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A PORTION OF HIS LETTER BRIEF** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

I, Amy Craig, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Mr. Levandowski's Administrative Motion to File Under Seal portions of his Letter Brief Moving to Quash Waymo's Subpoena to Stroz Friedberg (the "Letter Brief"), filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently

herewith:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted in Blue | Defendants |

3. Mr. Levandowski's Letter Brief contains references to information that Defendants have designated as confidential, as set forth in Waymo's Administrative Motion to Seal, filed on June 3, 2017. Dkt. No. 545.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on June 9, 2017.

Date:   June 9, 2017

Respectfully submitted,

*/s/ Amy Craig*
Amy Craig
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*

CRAIG DECLARATION ISO NON-PARTY ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO SEAL
Case No. 3:17-00939-WHA

2