# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A PORTION OF HIS LETTER BRIEF** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

Non-party Anthony Levandowski's has filed an Administrative Motion to File Under Seal portions of his Letter Brief Moving to Quash Waymo's Subpoena to Stroz Friedberg (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court GRANTS Mr. Levandowski's Administrative Motion and ORDERS sealed the documents listed below:

| Document | Portion to Be Filed Under Seal |
|---|---|
| Letter Brief | Highlighted Portions |

**IT IS SO ORDERED**

Dated: _____, 2017     _____

HON. WILLIAM ALSUP
United States District Court Judge