# EXHIBIT 28

3/8/2017 Google's Self-Driving Car Hits Roads Next Month—Without a Wheel or Pedals | WIRED

Case 3:17-cv-00939-WHA Document 584-9 Filed 06/12/17 Page 2 of 5
Case 3:17-cv-00939-WHA Document 27-8 Filed 03/10/17 Page 2 of 5

ALEX DAVIES   TRANSPORTATION   12.23.14   1:24 PM

# GOOGLE'S SELF-DRIVING CAR HITS ROADS NEXT MONTH—WITHOUT A WHEEL OR PEDALS



Google's latest self-driving car prototype has headlights, but no steering wheel or pedals.  Google

THE SELF-DRIVING, GOOFY-LOOKING car with no steering wheel or pedals that Google revealed in May is now "fully functional" and should start testing on public roads next month, the tech giant says. Over the past seven months, Google has made a series of prototypes, testing different aspects of the design, from steering and braking to the sensors and software that brings it all together. The result, it says, is "our first complete prototype for fully autonomous driving."

In contrast to the gradual approach to autonomous driving advocated by automakers like Audi, Mercedes-Benz, and General Motors, Google is going for what it calls a "moonshot." In the next five to 10 years, it plans to introduce a car that's so over the idea of human drivers, it won't even come with a steering wheel or pedals. That's the vision of this prototype, which will first be tested on a closed track, then on public roads after the New Year. Operators will have "temporary manual controls" and be ready to take over in case something goes wrong.

The new version doesn't look too different from the one we saw in May. It's still roughly the size of a Smart car. It still looks like an egg with the face of a koala. The

obvious differences are the addition of real headlights and the design of the LIDAR vision system, which now sits flush on the roof, instead of on roof-mounted supports.

We're still disappointed that Google didn't take this opportunity to create something … cooler. The advent of self-driving cars will wipe out many basic rules of automotive design. The most unquestionable standards, like forward-facing seats, mirrors, and foot-operated controls will no longer be necessary. Automakers can go nuts. But Google didn't go nuts. It went kinda lame.

Google doesn't plan on producing the car itself, once it comes time to go to market, project director Chris Urmson told the Wall Street Journal recently.

Here's what the prototype revealed in May looked like:



Google is making a prototype of its self-driving car that isn't made to be operated by humans. *Photo: Google* Google

3/8/2017	Google Self-Driving Car Homepage – Virtual Wheel of Pedals PARED

Case 3:17-cv-00939-WHA Document 584-9 Filed 06/12/17 Page 4 of 5
Case 3:17-cv-00939-WHA Document 27-8 Filed 03/10/17 Page 4 of 5

Case 3:17-cv-00939-WHA Document 584-9 Filed 06/12/17 Page 5 of 5
Case 3:17-cv-00939-WHA Document 27-6 Filed 05/10/17 Page 5 of 5