# EXHIBIT 30

3/8/2017                              Google's Self-Driving Car Prototypes Hit Public Roads for the First Time - NBC News

Case 3:17-cv-00939-WHA   Document 584-11   Filed 06/12/17   Page 2 of 3
Case 3:17-cv-00939-WHA   Document 27-10   Filed 05/10/17   Page 2 of 3

 

SECTIONS

advertisement

**MACH > INNOVATION**

SPACE    ENVIRONMENT    SCIENCE    TECHNOLOGY

**TECH** JUN 25 2015, 3:25 PM ET

# Google's Self-Driving Car Prototypes Hit Public Roads for the First Time

by **DEVIN COLDEWEY**

SHARE   



Google

Google's prototype self-driving cars have made the leap from the test track to public streets, and are now cruising around Mountain View, California, at a stately 25 mph, the company wrote in a blog post Thursday. The pod-like vehicles were revealed in December, the result of intense research and development in labs and on the Lexus SUVs the team used to test and tweak the artificial intelligence platform. The prototypes are road-legal, but required a bit more testing before they could be let loose into traffic — Google announced in May that summer would see the prototypes rolling all over northern California.

**Related**: Google Exec Wants Self-Driving Cars To Be Standard Within 5 Years

If you're still wary of the autonomous vehicles, don't worry — for now, every prototype will have a human inside to take control in case anything goes awry, and they're all limited to a "neighborhood friendly" 25 mph. But considering the system's track record — 12 accidents over 1.8 million miles, and none the AI's fault — you're probably more likely to get in a fender-bender with someone texting while driving.

The cars will also soon sport the work of local artists during an "Open Garage" event in the fall — you can learn more about the art program and even submit your own work here. 

**DEVIN COLDEWEY**

3/8/2017 Google's Self-Driving Car Prototypes Hit Public Roads for the First Time - NBC News

Case 3:17-cv-00939-WHA   Document 24-16   Filed 05/10/17   Page 3 of 3
Case 3:17-cv-00939-WHA   Document 584-11   Filed 06/12/17   Page 3 of 3

**TOPICS** INNOVATION, AUTOS

**FIRST PUBLISHED** JUN 25 2015, 3:42 PM ET

⬇ **NEXT STORY** Why 3-D Printed Homes May Save Lives As Well As the Environment

**More to Explore**  Sponsored Links by Taboola ▷

**25 Dog Breeds No One Is Buying Anymore**
PetBreeds — By Graphiq

**Finally a CPAP Mask That Actually Helps You Sleep**
Easy Breathe

**From Concept to Company: How PayPal Helped One Business Grow**
PayPath by PayPal

**SPONSORED CONTENT**

**MORE FROM NBC NEWS**

29 Dogs That Will Fight For Your Life
PetBreeds — By Graphiq

Is Your IT Software Supported On Windows 10? Microsoft

Online Shopper? This Will Save You Money Automati… Chrome Web Store | Honey

Best Places to Live and Retire in the U.S. - AARP AARP

Low cost flights, leave from San Francisco starting at $44 us.jetcost.com

BREAKING: FBI Director Comey Asked Justice Dept. to Reject Trump

Rosie O'Donnell to Trump: 'The game is over' ▸

Peterson to Raiders Might be a Long Shot KNTV

Voters Call on Maine Senator to Be More Accessible

Woman who found money on the floor is charged with theft

Promoted Links by Taboola ▷

ABOUT US  CAREERS  CONTACT  PRIVACY POLICY NEW  TERMS OF SERVICE  NBCNEWS.COM SITE MAP  ADVERTISE  ADCHOICES  © 2017 NBCNEWS.COM