# EXHIBIT 31

3/8/2017 Google launches Waymo, a company that was close to self-driving cars - Dec. 13, 2016

Case 3:17-cv-00939-WHA Document 594-12 Filed 06/12/17 Page 2 of 6
Case 3:17-cv-00939-WHA Document 25-11 Filed 03/10/17 Page 2 of 6



3/8/2017
Google launches Waymo and moves closer to self-driving cars | Dec. 13, 2016

Case 3:17-cv-00939-WHA   Document 25-11   Filed 05/10/17   Page 3 of 6
Case 3:17-cv-00939-WHA   Document 584-12   Filed 06/12/17   Page 3 of 6



- business
- culture
- gadgets
- future
- startups

To CNNMoney

# Google launches Waymo and moves closer to self-driving cars

by Matt McFarland    @mattmcfarland

December 13, 2016: 3:48 PM ET



   



### Social Surge - What's Trending


Why a defiant girl is staring down the Wall Street bull


Trump may strip spouses of H-1B holders from working


North Korean kicked out of messaging network



Advertisement

Mortgage & Savings    Powered by

Google is spinning off its self-driving car program into a separate company called Waymo.

Waymo CEO John Krafcik said Tuesday that its autonomous driving technology has reached an inflection point.

"We're close to bringing this to a lot of people," said Krafcik who declined to reveal when the general public would have a chance to ride in one of Waymo's vehicles.

Google is testing the vehicles in Washington, California, Arizona and Texas.

Waymo is currently a unit of X, the so-called moonshot division of Google (GOOGL, Tech30). It will become a unit of Alphabet and be an independent company.

3/8/2017 Google launches Waymo and moves closer to self-driving cars | Dec. 13, 2016

Case 3:17-cv-00939-WHA   Document 27-11   Filed 05/10/17   Page 4 of 6
Case 3:17-cv-00939-WHA   Document 584-12   Filed 06/12/17   Page 4 of 6

Krafcik said spinning off Waymo would give his team the best of both worlds. Waymo remains part of the Google family, giving it the resources of a large tech company, while also some advantages of a startup.

**Related: A self-driving trucks hauls 51,744 cans of beer across Colorado**

Google also revealed Tuesday that it gave a blind man the first ride in a fully self-driving vehicle in October 2015. Californian Steve Mahan flew to Austin for the test. It wouldn't have been legal in Google's home state of California.

Austin Mayor Steve Adler described his city as "the Kitty Hawk of driverless cars," a reference to the site of the Wright Brothers first flight.

In October, Uber and Budweiser teamed to deliver a truckload of beer across Colorado. But the truck had a test driver present in the cab and was surrounded by seven vehicles to ensure safety.

**Related: Is Uber's push for self-driving cars a job killer?**


Steve Mahan gets the first ride in a fully self-driving car, without a test driver or police escort, in October 2015. The ride occurred in Austin.

Since Mahan's ride in 2015, Google's vehicles have driven a billion miles in simulation, and a million on public roads in autonomous mode.

Waymo lost a key executive in August when Director Chris Urmson left the program. Krafcik reassured reporters that Google remained focused on delivering fully self-driving vehicles.

"With inspirations like Steve driving us, that's the problem we need to solve. That remains our singular focus," Krafcik said.

He said that some Waymo vehicles, such as its Pacifica minivans, would continue to have a steering wheel and pedals due to regulations.

CNNMoney (Washington)
First published December 13, 2016: 1:57 PM ET

**Paid Content**                                   Recommended by Outbrain



| Mortgage | Personal Loans | Cre |
|---|---|---|
| Loan Type | | Ra |
| 30-yr fixed | | 3.88 |
| 15-yr fixed | | 3.13 |
| 5/1 ARM | | 2.75 |
| Loan Purpose | | Loan Am |
| Refinance 5/1 ARM | | $225,000 |
| Purchase 5/1 ARM | | $350,000 |

Get Personalized Rates

lendingtree                    Terms & C

**Paid Content**


Congress Quie
Passes Plan Fo
Dollar Overhau
The Crux


The 5 Rules fo
After a Divorce
Ashley Moments Off
Madison Blog


Say Goodbye
iPhone. No On
Guessed Appl
The Motley Fool


We're Taking
Challengers fo
NBA Quiz
PointAfter | By Graph

**Hot List**


Gun sales are
a Trump slump


European bus
slam China's p
boost high-te


GM is selling it
European bus
$2.3 billion de


GOP's Obama
replacement p
would lower ta
the rich

3/8/2017 Google launches Waymo as it moves closer to self-driving cars - Dec. 13, 2016
Case 3:17-cv-00939-WHA Document 27-11 Filed 03/10/17 Page 5 of 6
Case 3:17-cv-00939-WHA Document 594-12 Filed 06/12/17 Page 5 of 6


If you own a computer you must try this game
Vikings


The Absolute Best Sheets You Will Ever Find. Period.
Business Insider


What If This $70 Trillion Goes Into Stocks?
The Crux

Facebook: German court rules against Syrian refugee in fake news...

**Most Popular Videos**


5 things to do before you...


The Tallest Women in Hollywood
Livingly


5 Ways to Make Money Outside the Stock Market
yield street

CBS News Reports Meal Service is Cheaper Than Grocery Store
Home Chef

Your...


This startup is to reinvent the piston engine


Four Republicans about Obamacare analyzed


Kim Dotcom: Court rejects appeal against extradition to U...



| Paid Content | More from CNN Money |
|---|---|
| Thinking About Going Solar? Read This First  *Home Solar Programs* | Trump vows to bring drug prices 'way down' |
| Are You a Potato Lover? Get to Know the Genetically Modified Potato  *GMO Answers on Medium* | Mexico is already pivoting away from the U.S. |
| The Best Season for Each NFL Franchise  *Historical NFL/AFL Team Comparison* | Former Holy Cross Center, 'Game of Thrones' Actor Neil Fingleton Dies at Age 36 |
| You Need A Break! Take This Romantic Trip For Two  *Travel + Leisure* | Sharing Amazon Prime benefits just got harder |

Recommended by Outbrain

**CNNMoney Sponsors**
We don't Nickel and Dime

**NextAdvisor**

Transferring credit card balance an 18-month 0% APR is ingen...

7 outrageous credit cards if y... excellent credit

The best credit cards for 2017

10 cards charging 0% interest 2018

The highest paying cash back has arrived

**Trulia Home Search**

Getting ready to sell? Find out your home is worth now

Chicago Real Estate

San Francisco Homes for Sal...

**Paid Links**

| 1. 5% INTEREST SAVINGS ACCOUNT › | 5. REFINANCE STUDENT LOANS › |
| 2. REVERSE MORTGAGE CALCULATOR › | 6. BEST RETIREMENT CALCULATORS › |
| 3. BEST INVESTMENTS FOR RETIREMENT › | 7. LIFE INSURANCE FOR SENIORS › |
| 4. TOP RATED MEDICARE PLANS › | 8. BEST HEALTH INSURANCE PLANS › |

Case 3:17-cv-00939-WHA   Document 584-12   Filed 06/12/17   Page 6 of 6



Ready to trade up? Find out how much your home is worth

New York Real Estate

Advertisement

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2016 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. 2016. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2016 and/or its affiliates.
© 2016 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. AdChoices.