# EXHIBIT 38

# Velodyne LiDAR™

HOME  **PRODUCTS**  INDUSTRY  FAQ  DOWNLOADS  RESELLERS
MEDIA  ABOUT  CAREERS  CONTACT US

# HDL-64E



### ALL THE DISTANCE SENSING DATA YOU WILL EVER NEED

The HDL-64E LiDAR sensor is designed for obstacle detection and navigation of autonomous ground vehicles and marine vessels. Its durability, 360° field of view and very high data rate makes this sensor ideal for the most demanding perception applications as well as 3D mobile data collection and mapping applications. The HDL-64E's innovative laser array enables navigation and mapping systems to observe more of their environment than any other LiDAR sensor.



## KEY FEATURES

- 64 Channels

- 120m range

- 2.2 Million Points per Second

- 360° Horizontal FOV

- 26.9° Vertical FOV

- 0.08° angular resolution (azimuth)

Case 3:17-cv-00939-WHA    Document 584-19    Filed 06/12/17    Page 3 of 4

- <2cm accuracy
- ~0.4° Vertical Resolution
- User selectable frame rate
- Rugged Design

DOWNLOADS

# 3D - Real-Time - LiDAR



## Key Applications

MINING

GEOLOGY

MAPPING

URBAN PLANNING

MEDIA

R&D

# USER DATA EXAMPLES



Raw data from HDL-64E



Raw data from HDL-64E



Raw data from HDL-64E