# EXHIBIT 42

3/10/2017 Division of Corporations

Case 3:17-cv-00939-WHA   Document 27-22   Filed 05/10/17   Page 2 of 2
Case 3:17-cv-00939-WHA   Document 584-23   Filed 06/12/17   Page 2 of 2

Delaware.gov                                                                                       Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

[Allowable Characters](#)

| | |
|---|---|
| **HOME** | Frequently Asked Questions   View Search Results |
| About Agency | |
| Secretary's Letter | **Entity Details** |
| Newsroom | |
| Frequent Questions | **THIS IS NOT A STATEMENT OF GOOD STANDING** |
| Related Links | |
| Contact Us | |
| Office Location | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| Loading… | |

| | | | |
|---|---|---|---|
| File Number: | 5952853 | Incorporation Date / Formation Date: | 2/1/2016 (mm/dd/yyyy) |
| Entity Name: | OTTO TRUCKING LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD SUITE 400 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ☐ Status  ☐ Status,Tax & History Information  [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov