MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 3, 2017<br>Time: 7:30 a.m.<br>Ctrm: 8, 19th Floor<br>Judge: The Honorable William Alsup<br><br>Trial Date: October 2, 2017 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

2. To comply with this Court's March 16, 2017, Order, we interviewed 86 Uber employees who worked at Google in order to identify any Waymo or Google documents.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Bloomberg Technology article entitled "Uber Hires Veteran NASA Engineer to Develop Flying Cars" dated Feb. 6, 2017 from https://www.bloomberg.com/news/articles/2017-02-06/uber-hires-veteran-nasa-engineer-to-develop-flying-cars.

4. Attached hereto as Exhibit 2 is a true and correct copy of the "Our Story" page from https://www.uber.com/our-story.

5. Attached hereto as Exhibit 3 is a true and correct copy of the "Rethinking transportation" page from https://newsroom.uber.com/rethinking-transportation.

6. Attached hereto as Exhibit 4 is a true and correct copy of relevant pages from the deposition of Tim Willis taken on March 23, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of relevant pages from the deposition of Gary Brown taken on March 24, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of relevant pages from the deposition of Michael Janosko taken on March 23, 2017.

9. Attached hereto as Exhibit 7 is a true and correct copy of relevant pages from the deposition of Pierre-Yves Droz taken on March 31, 2017.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter from the Nevada Department of Motor Vehicles dated March 15, 2017.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of April, 2017, in San Francisco, California.

*/s/ Esther Kim Chang*<br>ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: April 7, 2017                     */s/ Arturo J. González*
                                          Arturo J. González

---

CHANG DECL. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
INJUNCTION Case No. 3:17-cv-00939-WHA
sf-3756470

2