# EXHIBIT 5

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2              SAN FRANCISCO DIVISION

 3

 4     _____
                                    )
 5     WAYMO LLC,                   )
                                    )
 6              Plaintiff,          )
                                    )
 7        vs.                       )  Case No.
                                    )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,     )
       OTTOMOTTO LLC; OTTO          )
 9     TRUCKING LLC,                )
                                    )
10              Defendants.         )
       _____)
11

12

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF GARY T. BROWN
17             San Francisco, California
18             Friday, March 24, 2017
19                   Volume I
20

21

22

       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2577644
25     PAGES 1 - 65
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    that?

 2         A    Yes.
```

```
25         Q    What is network traffic?                12:17:59
```

Page 31

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      A    When activity occurs on devices that are on

 2   Google's corporate network, our sensors pick up

 3   information about that traffic, and those go into

 4   our logs.

 5      Q    So what information was picked up about the   12:18:18

 6   downloading of the 14,000 files?

 7      A    From the network traffic.  Approximately 10

 8   gigabytes of data was transferred from the IP

 9   address and domain where the subversion server

10   relies -- resides to the work laptop of Anthony      12:18:46

11   Levandowski.

12      Q    Did you consider that to be suspicious?

13           MR. HOLMES:  Objection to form.

14           THE WITNESS:  Potentially.

15   BY MR. GONZALEZ:                                     12:19:04

16      Q    That fact by itself didn't make you to

17   think -- didn't make you think that he had done

18   anything improper, did it?

19           MR. HOLMES:  Objection to form.

20           THE WITNESS:  That fact by itself has other   12:19:15

21   factors around it that do make it suspicious.

22   BY MR. GONZALEZ:

23      Q    Such as?

24      A    Such as the searching for instructions on

25   how to access that server; such as the appearance of  12:19:27
```

                                                    Page 32

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127



Page 41

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
16        Q    With respect to Mr. Kshirsagar, Sameer, you

17   identify five documents in your declaration in

18   paragraphs 24 through 28.  Do you see that?

19        A    Yes.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    reader that you want to look at on your computer,

 2    right?

 3             MR. HOLMES:  Objection to form.

 4             THE WITNESS:  It's within the realm of

 5    possibility.                                    12:40:37

 6    BY MR. GONZALEZ:
```



Veritext Legal Solutions
866 299-5127



Page 47

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were duly sworn; that a record

8    of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12       Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript [ ] was [X] was not requested.

16       I further, certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or party to this action.

19       IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21   Dated:3/27/17

22

23

         SUZANNE F. GUDELJ

24       CSR No. 5111

25

                                        Page 65