# EXHIBIT 6

Case 3:17-cv-00939-WHA   Document 587-6   Filed 06/07/17   Page 1 of 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                    Plaintiff,      )
                                      )
 7            vs.                     )   Case No.
                                      )   3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                    Defendants.     )
       _____)
11
12
13
14
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF MICHAEL JANOSKO
17              San Francisco, California
18              Thursday, March 23, 2017
19                      Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2575504
25     PAGES 1 - 32
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  layer connection so that data in transit is
2  encrypted.  And beyond that, I -- I'm not exactly
3  sure.
4     Q    When Tortoise SVN connects to the Waymo
5  SVN, is a local copy of the SVN downloaded onto the   03:26:24
6  computer that's accessing the Waymo SVN?
7     A    My understanding is that you can select
8  folders to replicate, and that replication includes
9  some local -- local storage.
10    Q    When you use the term "replicate," are you   03:26:53
11 referring to replicating a copy onto the local
12 computer or replicating the database -- I'm not
13 exactly sure what you mean by replicate because you
14 said it entails some local storage, implying that
15 some replication does not include local storage.   03:27:15
16    A    So I'll try to restate that.  The -- my
17 understanding of how subversion clients work is that
18 you can select a source code version and separate
19 folders, individual folders or projects.  I don't
20 know how they're grouped, what the terminology is.   03:27:34
21 And you choose which ones to download a local copy
22 of, and then you can modify them and then upload
23 them again.  And that's how the source code
24 versioning works.
25         As you make edits and modifications, those   03:27:51

Page 15

1  position to download an entire copy of the Waymo SVN
2  repository to his local computer?
3         MR. PERLSON:  And I caution you not to
4  reveal any discussions you've had with counsel in
5  answering that question.                              03:38:59
6         THE WITNESS:  Sure.  Sure.  I'm not
7  familiar enough with Anthony's role to -- to say
8  whether that was unusual or not.
9  BY MS. CHANG:
10     Q   If a Waymo employee downloads an entire      03:39:11
11 copy of the Waymo SVN repository to their local
12 computer, is that an action that would be
13 investigated by the security team at Google or
14 Waymo?
15         MR. PERLSON:  Object to form.                03:40:20
16         THE WITNESS:  I don't think so.
17 BY MS. CHANG:
18     Q   Why would you say "I don't think so"?
19     A   Generally the action -- so the actions
20 around data access around -- that -- that someone    03:40:48
21 has legitimate and job-related access to, those are
22 investigated when there's other evidence of -- of
23 malicious activity or -- or activity that -- that
24 feels suspect.
25     Q   Are you aware that a number of former Waymo  03:41:10

Page 23

```
1       Q    Are you aware of any evidence that Uber is
2   using any of Waymo's trade secrets?
3            MR. PERLSON:  Objection.  Form.
4            THE WITNESS:  I'm not.
5   BY MS. CHANG:                                        03:42:27
6       Q    Are you aware of any evidence that Otto is
7   using any of Waymo's trade secrets?
8            MR. PERLSON:  Objection to form.
9   BY MS. CHANG:
10      Q    And by Otto, I'm referring to Ottomotto LLC  03:42:35
11  and Otto Trucking LLC?
12      A    Right.  Just circumstantial, that kind of
13  knowledge.  So again, kind of via the media.
14      Q    Are you aware of any evidence that Otto is
15  using any of Waymo's trade secrets?                   03:42:50
16           MR. PERLSON:  Objection to form.
17           THE WITNESS:  No.
18           MS. CHANG:  Can we go off the record.
19           VIDEO OPERATOR:  Going off the record at
20  3:43 p.m.                                             03:43:07
21           (Recess.)
22           VIDEO OPERATOR:  We're back on the record
23  at 3:50 p.m.
24           MR. PERLSON:  Before we start, can I mark
25  this transcript Highly Confidential, Attorneys' Eyes  03:50:14
```

Veritext Legal Solutions
866 299-5127