# EXHIBIT 7

# FILED UNDER SEAL

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 2 of 10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

vs.

UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

Case No. 3:17-cv-00939-WHA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
San Francisco, California
Friday, March 31, 2017
Volume I

Reported by: SUZANNE F. GUDELJ
CSR No. 5111
Job No. 2581643
PAGES 1 - 187

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 3 of 10

8.5 degrees. That's basically those red lines on the drawings.

Q If you look at the spec sheet, the Exhibit 1019 --

A Mm-hmm. 09:53:39

Q -- it says it uses 64 LiDAR channels. Do you see that?

A I see that.

Q And that's the HDL-64. Does 64 refer to the number of LiDAR channels? 09:53:50

A That's what I think.

Q And 64 LiDAR channels corresponds to 64 diode lasers?

MR. JAFFE: Objection. Form.

THE WITNESS: I mean, 64 channels, there's 09:54:03 different ways to implement that, and there's different ways to implement 64 channel LiDARs.

BY MR. JACOBS:

Q How did Velodyne implement 64 LiDAR channels? 09:54:17

MR. JAFFE: Objection. Form.

THE WITNESS: Can you like refer to a specific device? Because, I mean, I don't know about everything that Velodyne makes.

BY MR. JACOBS: 09:54:25

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 4 of 10
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 128

Veritext Legal Solutions
866 299-5127

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 5 of 10
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

[redacted]

Page 129

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 130

Veritext Legal Solutions
866 299-5127



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

A Yes.

Q Let me ask you a couple of questions about 510 Systems.

Page 131

Veritext Legal Solutions
866 299-5127

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 8 of 10

Again, just 'cause of the territory we're in, I'm going to caution you not to reveal the content of any attorney-client privileged information.

THE WITNESS: So I've seen -- like what I've seen from the -- from this board, it had a lot 02:35:18 of elements, you know, very like similar to our boards. The -- I understand that -- that Anthony like downloaded those files, and so the -- with those elements on it. As to knowing exactly how like one PCB or not became the other, I'm not -- you 02:35:41 know, that would be speculation. I don't know like...

BY MR. JACOBS:

Q Are you aware of any other evidence that the 14,000 allegedly downloaded files were used at 02:35:55 Uber?

MR. JAFFE: Object to form. Again, same caution about privileged information.

THE WITNESS: I mean -- also mean -- you know, I don't have direct information that would, 02:36:20 like that would say that. The -- the rest -- you know, these are speculation that's (inaudible).

That's -- like some information that I've seen, you know, could -- maybe I could speculate that -- that -- like, you know, what we -- I just 02:36:39

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 9 of 10

Q I asked you about how -- what information they give you -- sorry, what information you have that suggests that the files may have been used in the creation of that circuit board.

A Mm-hmm. 02:38:24

Q Set that aside.

A Yes.

Q Do you have any other information that bears on the question whether Uber is using any of Waymo's trade secrets? 02:38:32

MR. JAFFE: I'm going to object to form, and then same caution again not to reveal the content of any attorney-client communications.

THE WITNESS: Not that I can think of.

BY MR. JACOBS: 02:38:43

Q On the -- we talked earlier about the dome that -- that covers the LiDAR when the LiDAR is deployed on a field vehicle -- on a vehicle in the field.

A Mm-hmm. 02:38:54

Q Can that dome be seen through under any circumstances?

A That dome is actually transparent in the infrared bands.

(Reporter clarification.)

Case 3:17-cv-00939-WHA Document 179-4 Filed 04/07/17 Page 10 of 10

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

I further, certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:4/3/17

Suzanne F. Gudelj

SUZANNE F. GUDELJ

CSR No. 5111