# EXHIBIT A

# (Confidential - Filed under Seal)

# EXHIBIT B

# (Confidential - Filed under Seal)

# EXHIBIT C

# (Confidential - Filed under Seal)

# EXHIBIT D

# (Confidential - Filed under Seal)

# EXHIBIT E

# (Confidential - Filed under Seal)

# EXHIBIT F

# (Confidential - Filed under Seal)

# EXHIBIT G

# (Confidential - Filed under Seal)

# EXHIBIT H

# (Confidential - Filed under Seal)

# EXHIBIT I

# (Confidential - Filed under Seal)

# EXHIBIT J

# (Confidential - Filed under Seal)

# EXHIBIT K

# (Confidential - Filed under Seal)

# EXHIBIT L

# (Confidential - Filed under Seal)

# EXHIBIT M

# (Confidential - Filed under Seal)

# EXHIBIT N

# (Confidential - Filed under seal)

# EXHIBIT O

# (Confidential - Filed under Seal)

# EXHIBIT P

# (Confidential - Filed under seal)