# EXHIBIT A

# (Confidential - Filed under Seal)

# EXHIBIT B

# (Confidential - Filed under Seal)

# EXHIBIT C

# (Confidential - Filed under Seal)

# EXHIBIT D

# (Confidential - Filed under Seal)

# EXHIBIT E

# (Confidential - Filed under Seal)