# EXHIBIT 1

# (Confidential - Filed under Seal)

# EXHIBIT 2

# (Confidential - Filed under Seal)

# EXHIBIT 3

# (Confidential – Filed under seal)