# EXHIBIT 3

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

vs.

UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

Case No. 3:17-cv-00939-WHA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
San Francisco, California
Friday, March 31, 2017
Volume I

Reported by: SUZANNE F. GUDELJ
CSR No. 5111
Job No. 2581643
PAGES 1 - 187

with the noticing attorney.

MR. JACOBS: Michael Jacobs, Morrison & Foerster.

MS. CHANG: Esther Chang with Morrison & Foerster. 09:40:39

MS. DEARBORN: Meredith Dearborn of Boies, Schiller & Flexner on behalf of Uber and Ottomotto.

MS. BARTOW: Nicole Bartow, in-house at Uber.

MR. JAFFE: Jordan Jaffe of Quinn Emanuel 09:40:47 on behalf of the plaintiff and the witness.

MR. CORREDOR: Philip Corredor, also of Quinn Emanuel.

MR. BERKLEY: Demarron Berkley, in-house at Google. 09:40:58

THE WITNESS: Pierre-Yves Droz.

VIDEO OPERATOR: Thank you. The witness will be sworn in and counsel may begin the examination.

PIERRE-YVES DROZ,

having been administered an oath, was examined and testified as follows:

EXAMINATION



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

A That is correct.

Page 28

Veritext Legal Solutions
866 299-5127

Q When you say what you had learned from your software teams, what are you referring to?

A They, you know, put cars on the road with very different sensors.

(Reporter clarification.)

With different sensors. They evaluated a lot of different possibilities for sensors that -- you know, they drove like millions of miles of self-driving, and so from that, you know, like from a lot of different scenarios that I have seen on the road. One of the spec they gave us was kind of the resolution that we need to achieve for the -- on the car. 10:05:21

[redacted]

[redacted]

(Defendant Exhibit 1021 marked by the court reporter.)

BY MR. JACOBS:

Q Can you tell us what 1021 is, please? 10:06:51

A I believe 1021, I mean, looking at it, is a document that I put together about a year ago to support my like application for promotion in Google.

Q If -- I want to -- start over.

I'd like you to turn to the second paragraph of the first page, please. 10:07:14

A Second paragraph of the first page. Mm-hmm.

Q You start out by saying:

"In 2011, the first Google self-driving cars were using an off-the-shelf LIDAR (the Velodyne HDL64)." 10:07:24

Do you see that?

A Yes, I do.

Q So when you joined Google, Google already 10:07:34

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

I further, certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:4/3/17

SUZANNE F. GUDELJ
CSR No. 5111