MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**CORRECTED DECLARATION OF DANIEL P. MUINO IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION, SUPPORTING DECLARATIONS, AND EXHIBITS THERETO**<br><br>Trial Date: October 2, 2017 |

CORRECTED MUINO DECL. ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA

I, Daniel P. Muino, declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Opposition to Plaintiff Waymo LLC's Motion For Preliminary Injunction, Supporting Declarations, and Exhibits Thereto.

2. The declarations of Paul McManamon ("McManamon Declaration"), Michael Lebby ("Lebby Declaration"), James Haslim ("Haslim Declaration"), Scott Boehmke ("Boehmke Declaration"), and Sameer Kshirsagar ("Kshirsagar Declaration"), and the Opposition to Plaintiff's Motion for Preliminary Injunction contain technical, proprietary trade secret information, which is highly confidential. If this information was made public, it could irreparably harm Defendants.

3. Specifically, the highlighted portions of the McManamon, Haslim, Lebby, and Boehmke Declarations and the Opposition to Plaintiff's Motion for Preliminary Injunction discuss Uber's proprietary and highly confidential designs for Uber's custom LiDAR system. The design of Uber's custom LiDAR system is an Uber trade secret which, if made public, would cause Uber irreparable harm in this very competitive space of autonomous driving.

4. All five Exhibits to the Haslim Declaration likewise contain highly confidential trade secret information. Exhibit A is an email that discusses how Uber's LiDAR system was derived, and Exhibits B-E are all designs or summaries describing how the system works. Exhibits A-P of the Boehmke Declaration likewise contain highly confidential trade secret information in the form of confidential schematics, summaries, presentations, and non-published patent applications that discuss Uber's custom LiDAR system.

5. The redacted portions of Exhibits 1 and 2 to the Kshirsagar Declaration contain highly confidential salary and compensation information. Uber guards this information closely and, if it were to be released to the public, its competitors could use it to Uber's detriment.

6. I understand that these trade secrets are maintained as confidential by Uber and are valuable as trade secrets to Uber's business. The public disclosure of this information would give Uber's competitors access to in-depth descriptions and analysis of Uber's LiDAR system and detailed salary information. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

7. Some of the redacted portions of Defendants' Opposition, the Lebby, McManamon, Kshirsagar, and Faulkner Declarations, Exhibit 3 to the Lebby Declaration, and Exhibits 4, 5, and 7 to the Chang Declaration have been designated by Waymo as either confidential or highly confidential. Waymo's designations are highlighted in green in the unredacted copies of the declarations. The entirety of Exhibit 3 to the Kshirsagar Declaration has been designated by Waymo as highly confidential.

8. Uber's request to seal is narrowly tailored to those portions of the Opposition and its supporting papers that merit sealing.

I declare until penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of April, 2017, in Washington, D.C.

*/s/ Daniel P. Muino*
Daniel P. Muino

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Daniel P. Muino has concurred in this filing.

Dated: April 7, 2017

*/s/ Arturo J. González*
Arturo J. González