# EXHIBIT 63
# FILED UNDER SEAL

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/22/2016 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence efforts related to the acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 2 | 8/22/2016 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence efforts related to the acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 3 | 8/22/2016 | ■■■■■■ | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Amdursky, Eric [eamdursky@omm.com] | ■■■■■■ | AC, WP, & CI | | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence efforts related to the acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

1

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 4 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com] | | | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 5 | 7/18/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 6 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

2

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 7 | 4/29/2016 | Haley, Charles [chaley@cooley.com] | Aaron Melville [aaron@uber.com]; Jones, Brittany D. [bjones@cooley.com] | Beerle, Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; Nina Qi [nina.qi@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence efforts related to the acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 8 | 5/2/2016 | Aaron Melville [aaron@uber.com] | Haley, Charles [chaley@cooley.com]; Jones, Brittany D. [bjones@cooley.com] | Beerle, Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; Nina Qi [nina.qi@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 9 | 4/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▓▓▓▓▓ | Christian Lymn [clymn@uber.com]; Angela L. Padilla | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

3

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Aaron Melville [aaron@uber.com] | | | Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 10 | 4/12/2016 | Salle Yoo ▓▓▓ | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Aaron Melville [aaron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 11 | 4/11/2016 | Salle Yoo | Christian Lymn | Angela L. Padilla | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | ████████ | [clymn@uber.com] | (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [etate@mofo.com] |  | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. |  |
| 12 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ████ Christian Lymn [clymn@uber.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com] |  | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 13 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ████ Christian Lymn [clymn@uber.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet |  | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | | John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 14 | 4/11/2016 | Salle Yoo ▇▇▇ | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 15 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo ▇▇▇ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Poetzscher [cameron@uber.com] | | | due diligence for potential acquisition of Ottomotto. | | | |
| 16 | 4/11/2016 | ███████ | Cameron Poetzscher [cameron@uber.com] | John F. Gardner [JGardner@donahue.com]; Salle Yoo ███████ Ferrari, Anna [AFerrari@mofo.com]; Amdursky, Eric [eamdursky@omm.com]; Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com]; Justin Suhr [suhr@uber.com]; clymn@uber.com; Tate, Eric Akira [ETate@mofo.com]; ███████ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 17 | 4/5/2016 | Todd Hamblet [thamblet@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Justin Suhr [suhr@uber.com]; Angela Padilla [angela.padilla@uber.co | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | m]; Kim, Rudy Y. [RudyKim@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | | Ottomotto. | | | |
| 18 | 4/5/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 19 | 4/5/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Justin Suhr [suhr@uber.com]; Angela | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Padilla [angela.padilla@uber.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Todd Hamblet [thamblet@uber.com] | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 20 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com]; Justin Suhr [suhr@uber.com]; Angela Padilla [angela.padilla@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 21 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | 'Nina Qi' [nina.qi@uber.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com]; 'Justin Suhr' [suhr@uber.com]; Angela Padilla [angela.padilla@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 22 | 4/3/2016 | Cameron Poetzscher [cameron@uber.com] | Salle Yoo | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 23 | 4/3/2016 | Salle Yoo | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 24 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 25 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 26 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo ▮▮▮▮▮▮ Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 28 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 29 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 30 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 31 | 4/3/2016 | Salle Yoo ▆▆▆▆▆ | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆▆▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 32 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▆▆▆▆▆ Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 33 | 4/3/2016 | Salle Yoo ▓▓▓▓▓▓ | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 34 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | Eric Akira Tate [etate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 35 | 4/3/2016 | Justin Suhr | Andrew Glickman | Eric Akira Tate | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [suhr@uber.com] | [andrew.glickman@uber.com] | [etate@mofo.com] | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 36 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Salle Yoo | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 37 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com]; Ferrari, Anna | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to fur her investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [AFerrari@mofo.com] | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 38 | 4/3/2016 | Angela Padilla [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com]; Christian Lymn [clymn@uber.com]; Tate, Eric Akira [etate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 39 | 4/3/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [etate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 40 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [etate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [angela.padilla@uber.com] | | | John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 41 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com]; Todd Hamblet [thamblet@uber.com] | clymn@uber.com; Justin Suhr [suhr@uber.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 42 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [etate@mofo.com] | Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 43 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 44 | 4/3/2016 | Salle Yoo ▮▮▮▮▮▮▮▮ | Christian Lymn [clymn@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira [etate@mofo.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 45 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [etate@mofo.com] | Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 46 | 4/3/2016 | Andrew Glickman | Eric Akira Tate | Justin Suhr | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [andrew.glickman@uber.com] | [etate@mofo.com] | [suhr@uber.com] | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 47 | 4/3/2016 | | Eric Akira Tate [etate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 48 | 4/3/2016 | | Eric Akira Tate [etate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 49 | 4/3/2016 | | Eric Akira Tate [etate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 50 | 4/3/2016 | | Eric Akira Tate [etate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

20

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 51 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 52 | 4/3/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 53 | 4/3/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 54 | 4/3/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 55 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo ████████ | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomoto. | | | |
| 56 | 4/3/2016 | | Salle Yoo | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 57 | 4/3/2016 | | Salle Yoo | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 58 | 4/3/2016 | | Salle Yoo | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Andrew Glickman | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [andrew.glickman@uber.com]; Eric Tate [etate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | | | potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 59 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com; Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 60 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Nina Qi [nina.qi@uber.com] | | | Ottomotto. | | | |
| 61 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 62 | 4/2/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 63 | 4/2/2016 | Andrew Glickman [andrew.glickman@ube | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | r.com] | | | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 64 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | Todd Hamblet [thamblet@uber.com] | clymn@uber.com; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investiga ion for the purpose of obtaining or giving legal advice, in anticipation of litiga ion, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 65 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | | due diligence for potential acquisition of Ottomotto. | | | |
| 66 | 4/2/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 67 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 68 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Todd | | | AC, WP, & CI | Email concerning legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hamblet [thamblet@uber.com] | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 69 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 70 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 71 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 72 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 73 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 74 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 75 | 4/2/2016 | Nina Qi [nina.qi@uber.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 76 | 4/2/2016 | clymn@uber.com | Salle Yoo ▮▮▮▮▮ | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 77 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 78 | 4/2/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Kim, Rudy Y. [RudyKim@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 79 | 4/2/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 80 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com]; Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 82 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com]; Todd Hamblet [thamblet@uber.com]; Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by John Gardner, Morrison & Foerster and/or ▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 83 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

33

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gardner, Morrison & Foerster and/or ▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 84 | 4/1/2016 | Salle Yoo ▮ | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 85 | 4/1/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▮ | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▉▉ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 87 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | Todd Hamblet [thamblet@uber.com]; Angela Padilla [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▉▉ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 88 | 4/3/2016 | | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | Todd Hamblet [thamblet@uber.com]; Angela Padilla [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

35

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 89 | 4/3/2016 | | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | Todd Hamblet [thamblet@uber.com]; Angela Padilla [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 90 | 4/3/2016 | | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | Todd Hamblet [thamblet@uber.com]; Angela Padilla [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [ETate@mofo.com] | | | in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 91 | 4/1/2016 | Nina Qi [nina.qi@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com]; Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 92 | 4/1/2016 | Tate, Eric Akira [ETate@mofo.com] | 'Nina Qi' [nina.qi@uber.com]; Kim, Rudy Y. [RudyKim@mofo.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Angela Padilla' [angela.padilla@uber.com] | 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com]; 'Justin Suhr' [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 94 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 95 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 96 | 3/30/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 97 | 3/31/2016 | | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Estimate prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Estimate reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litiga ion, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 98 | 3/30/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communications made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 99 | 3/28/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com]; Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 100 | 3/26/2016 | Nina Qi [nina.qi@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 101 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 102 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 103 | 3/26/2016 | Nina Qi [nina.qi@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 104 | 3/26/2016 | Nina Qi [nina.qi@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 105 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 106 | 3/26/2016 | Andrew Glickman [andrew.glickman@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 107 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com]; Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Jay Choi [jay.choi@uber.com]; Julie Xu [juliexu@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 3/26/2016 | Andrew Glickman [andrew.glickman@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 109 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com]; Jay Choi [jay.choi@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 110 | 3/25/2016 | Andrew Glickman [andrew.glickman@uber.com] | Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Kim, Rudy Y. | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [RudyKim@mofo.com]; Christian Lymn [clymn@uber.com]; Jay Choi [jay.choi@uber.com]; Julie Xu [juliexu@uber.com] | | | John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 111 | 3/25/2016 | Angela Padilla [angela.padilla@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 112 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | clymn@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 113 | 4/11/2016 | clymn@uber.com | Ben Beerle | | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 114 | 4/11/2016 | | Ben Beerle [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Attachment to email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment to email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 115 | 4/11/2016 | | Ben Beerle [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Attachment to email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment to email reflecting communication made in confidence by | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 116 | 4/11/2016 | clymn@uber.com | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 117 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 118 | 4/11/2016 | Andrew Glickman [andrew.glickman@ube | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | r.com] | | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 119 | 4/11/2016 | clymn@uber.com | Andrew Glickman [andrew.glickman@uber.com] | Ben Beerle [bbeerle@cooley.com]; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 120 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Beerle, Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 121 | 4/11/2016 | | Cameron Poetzscher [cameron@uber.com] | Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Beerle, Ben [bbeerle@cooley.com] | | AC, WP, & CI | Attachment to email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment to email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 122 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com]; Ben Beerle [bbeerle@cooley.com]; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 123 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 124 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 125 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 126 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | Andrew Glickman [andrew.glickman@uber.com]; clymn@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 127 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com]; clymn@uber.com; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 128 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | ███████████████ | Gardner John F. [JGardner@Donahue.com]; Amdursky Eric [eamdursky@omm.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 129 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber. | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | com]; Nina Qi [nina.qi@uber.com]; clymn@uber.com; Justin Suhr [suhr@uber.com] | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 130 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com]; clymn@uber.com; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 131 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; clymn@uber.com; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 132 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com]; clymn@uber.com; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 133 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Nina Qi [nina.qi@uber.com] | clymn@uber.com; Andrew Glickman [andrew.glickman@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 134 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | clymn@uber.com | Ben Beerle [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 135 | 4/11/2016 | clymn@uber.com | Ben Beerle [bbeerle@cooley.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 136 | 4/10/2016 | Amdursky, Eric [eamdursky@omm.com] | John F. Gardner [JGardner@Donahue.com]; Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com]; Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@uber.com]; Andrew Glickman [andrew.glickman@uber. | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | com] | | | | | | |
| 137 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com] | Christian Lymn [clymn@uber.com]; Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 138 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 139 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com] | Christian Lymn [clymn@uber.com]; Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 140 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 141 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com]; Beerle Ben [bbeerle@cooley.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Glickman Andrew [andrew.glickman@uber.com]; Qi Nina [nina.qi@uber.com]; Hamblet Todd [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 142 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Amdursky, Eric [eamdursky@omm.com] | Beerle, Ben [bbeerle@cooley.com]; John F. Gardner [JGardner@Donahue.com]; Tate, Eric Akira [ETate@mofo.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com]; Andrew Glickman [andrew.glickman@uber.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 143 | 4/10/2016 | Todd Hamblet [thamblet@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 144 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com]; Beerle Ben [bbeerle@cooley.com]; Suhr Justin [suhr@uber.com]; Glickman Andrew [andrew.glickman@uber.com]; angela.padilla@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 145 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 146 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 147 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | repository. | not been received by unauthorized persons. | |
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 148 | 4/10/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 149 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 150 | 4/10/2016 | John F. Gardner | Christian Lymn | Beerle, Ben | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [JGardner@Donahue.com] | [clymn@uber.com]; Amdursky, Eric [eamdursky@omm.com] | [bbeerle@cooley.com]; Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com]; Andrew Glickman [andrew.glickman@uber.com] | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 151 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com ; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 152 | 4/10/2016 | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com]; Cameron | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Poetzscher [cameron@uber.com] | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 153 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 154 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 155 | 4/11/2016 | | Justin Suhr [suhr@uber.com]; | | | AC, WP, & | Attachment to email concerning legal | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tate, Eric Akira [ETate@mofo.com]; Andrew Glickman [andrew.glickman@uber.com] | | | CI | analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment to email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 156 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 157 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 158 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com]; Salle Yoo ▓▓▓▓▓▓ Justin Suhr [suhr@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 159 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com]; Salle Yoo ▓▓▓▓▓▓ Justin Suhr [suhr@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 160 | 4/10/2016 | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com]; Christian Lymn | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [clymn@uber.com]; Salle Yoo █████████ Justin Suhr [suhr@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | | Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 161 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com ; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 162 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com ; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 163 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 164 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Salle Yoo ▓▓▓▓ Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 165 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

65

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [bbeerle@cooley.com] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 166 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 167 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo ████████; Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Cameron Poetzscher [cameron@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 168 | 4/10/2016 | Salle Yoo ▇▇▇▇ | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Cameron Poetzscher [cameron@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 169 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 170 | 4/10/2016 | Salle Yoo ▇▇▇▇ | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.co | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | m]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 171 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | Salle Yoo [████████] Justin Suhr [suhr@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 172 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 173 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | | | Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 174 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 175 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Salle Yoo Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [clymn@uber.com] | | | due diligence for potential acquisition of Ottomoto. | | | |
| 176 | 4/10/2016 | Salle Yoo | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 177 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 178 | 4/10/2016 | Salle Yoo | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | | John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 179 | 4/10/2016 | Salle Yoo ▓▓▓ | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 180 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▓▓▓ | Justin Suhr [suhr@uber.com]; Cameron Poetzscher [cameron@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber. | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | com]; Christian Lymn [clymn@uber.com] | | | | | | |
| 181 | 4/9/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 182 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Salle Yoo [█████████]; Cameron Poetzscher [cameron@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 183 | 4/9/2016 | clymn@uber.com | Ben Beerle [bbeerle@cooley.com]; Brittany D. Jones [bjones@cooley.com]; Nina Qi [nina.qi@uber.com]; Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 184 | 4/9/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 185 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo ██████████ Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 186 | 4/9/2016 | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn | Beerle, Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [clymn@uber.com]; Justin Suhr [suhr@uber.com] | | | | Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 187 | 4/9/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | Beerle, Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 188 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▓▓▓▓ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Christian Lymn [clymn@uber.com] | | | | | | |
| 189 | 4/9/2016 | Salle Yoo ███████ | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 190 | 4/8/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 191 | 4/8/2016 | Leigh, Jamie [jleigh@cooley.com] | Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com]; Peinsipp, David [dpeinsipp@cooley.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 192 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Leigh, Jamie [jleigh@cooley.com] | Beerle, Ben [bbeerle@cooley.com]; Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 193 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▓▓▓▓ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 194 | 4/9/2016 | John F. Gardner | Tate, Eric Akira | ▓▓▓▓ | | AC, WP, & | Email among outside counsel formulating | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [JGardner@Donahue.com] | [ETate@mofo.com] | ████████████████ Amdursky, Eric [eamdursky@omm.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | CI | legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 195 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; angela.padilla@uber.com; Andrew Glickman [andrew.glickman@uber.com]; Beerle, Ben [bbeerle@cooley.com]; Leigh, Jamie [jleigh@cooley.com]; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 196 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; angela.padilla@uber.com; Andrew Glickman [andrew.glickman@uber.com]; Beerle, Ben | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [bbeerle@cooley.com]; Leigh, Jamie [jleigh@cooley.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 197 | 4/9/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo | Tate, Eric Akira [ETate@mofo.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 198 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | 'Salle Yoo' | 'Angela L. Padilla (angela.padilla@uber.com)' [angela.padilla@uber.com]; 'thamblet@uber.com' [thamblet@uber.com]; 'Justin Suhr' [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | | | | | |
| 199 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | 'Salle Yoo' | 'Angela L. Padilla (angela.padilla@uber.com)' [angela.padilla@uber.com]; 'thamblet@uber.com' [thamblet@uber.com]; 'Justin Suhr' [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 200 | 4/8/2016 | | 'Salle Yoo' | 'Angela L. Padilla (angela.padilla@uber.com)' [angela.padilla@uber.com]; 'thamblet@uber.com' [thamblet@uber.com]; 'Justin Suhr' [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; | | AC, WP, & CI | Email attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email attachment reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | | to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 201 | 4/8/2016 | Andrew Glickman [andrew.glickman@uber.com] | clymn@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 202 | 4/8/2016 | clymn@uber.com | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 203 | 4/7/2016 | Angela Padilla [angela.padilla@uber.com] | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Salle Yoo ▓▓▓▓ Justin Suhr [suhr@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 204 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Angela Padilla [angela.padilla@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Salle Yoo ▓▓▓▓▓ Justin Suhr [suhr@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 205 | 4/7/2016 | Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▓▓▓▓▓ thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 206 | 4/7/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 207 | 4/6/2016 | Salle Yoo | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 208 | 4/6/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo | Angela L. Padilla (angela.padilla@uber.com | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | m) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com] | | | diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 209 | 4/6/2016 | | Salle Yoo ■■■■■ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com] | | AC, WP, & CI | Memorandum providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Memorandum reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 210 | 4/6/2016 | | Salle Yoo ■■■■■ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; | | AC, WP, & CI | Memorandum providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Memorandum reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com] | | | shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 211 | 2/22/2017 | | Salle Yoo ▮▮▮▮▮ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; thamblet@uber.com; Justin Suhr [suhr@uber.com]; 'Nina Qi' [nina.qi@uber.com]; 'Andrew Glickman' [andrew.glickman@uber.com]; 'Cameron Poetzscher' [cameron@uber.com]; 'Christian Lymn' [clymn@uber.com] | | AC, WP, & CI | Memorandum to Uber prepared by Morrison & Foerster LLP in furtherance of existing litigation providing legal advice regarding Google arbitration. Memorandum reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 212 | 11/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Nicole Bartow [nbartow@uber.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 213 | 11/3/2016 | Justin Suhr | Eric Tate [etate@mofo.com]; | Angela Padilla | | AC, WP, & | Email requesting legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [suhr@uber.com] | Nicole Bartow [nbartow@uber.com] | [angela.padilla@uber.com] | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 214 | 8/18/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Angela Padilla [angela.padilla@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 215 | 8/18/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 216 | 8/18/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email among counsel formulating and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 217 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 218 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 219 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 220 | 8/17/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 221 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.co | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | m] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 222 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 223 | 8/16/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 224 | 8/6/2016 | | Justin Suhr [suhr@uber.com] | Christian Lymn | | AC, WP, & | Report prepared by outside counsel's | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [clymn@uber.com]; Angela Padilla [angela.padilla@uber.com] | | CI | consultant for the purpose of enabling outside counsel to provide legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Report reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 225 | 4/13/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 226 | 4/11/2016 | Sieben, Paul [psieben@omm.com] | Beerle, Ben [bbeerle@cooley.com]; John F. Gardner [JGardner@Donahue.com]; Amdursky, Eric [eamdursky@omm.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Bentley, Adam [abentley@omm.com]; Anthony M. Lewis [ALewis2@Donahue.com]; Christian Lymn [clymn@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 227 | 4/11/2016 | Sieben, Paul [psieben@omm.com] | Beerle, Ben [bbeerle@cooley.com]; John F. Gardner [JGardner@Donahue.com]; Amdursky, Eric [eamdursky@omm.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla [angela.padilla@uber.com] [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Bentley, Adam [abentley@omm.com]; Anthony M. Lewis [ALewis2@Donahue.com]; Christian Lymn [clymn@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 228 | 4/11/2016 | Christian Lymn [clymn@uber.com] | John F. Gardner [JGardner@Donahue.com]; Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@uber.com]; Anthony M. Lewis [ALewis2@Donahue.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 229 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com]; Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@uber.com]; Anthony M. Lewis [ALewis2@Donahue.com] | | AC, WP, & CI | Email outside counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 230 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Beerle, Ben [bbeerle@cooley.com]; Amdursky, Eric [eamdursky@omm.com]; Sieben, Paul [psieben@omm.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Bentley, Adam [abentley@omm.com]; Anthony M. Lewis [ALewis2@Donahue.com]; Christian Lymn [clymn@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 231 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | John F. Gardner [JGardner@Donahue.com]; Amdursky, Eric [eamdursky@omm.com]; Sieben, Paul [psieben@omm.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Bentley, Adam [abentley@omm.com]; Anthony M. Lewis [ALewis2@Donahue.com]; Christian Lymn [clymn@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 232 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com] | Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com]; Tate, Eric Akira [ETate@mofo.com]; | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@uber.com]; Anthony M. Lewis [ALewis2@Donahue.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 233 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com]; Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 234 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com]; Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 235 | 4/11/2016 | Christian Lymn [clymn@uber.com] | John F. Gardner [JGardner@Donahue.com]; Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 236 | 4/10/2016 | Amdursky, Eric [eamdursky@omm.com] | Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com]; John F. Gardner [JGardner@Donahue.com]; Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com] | | | Ottomotto. | | | |
| 237 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | John F. Gardner [JGardner@Donahue.]; Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 238 | 4/10/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 239 | 4/10/2016 | | Cameron Poetzscher [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Attachment to email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment to email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 240 | 4/9/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 241 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 242 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email providing information to counsel in confidence for the purpose of receiving legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 243 | 4/9/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 244 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com | | AC, WP, & CI | Email providing information to counsel in confidence for the purpose of receiving legal analysis or advice, in anticipation of litigation, regarding due diligence for | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ; Beerle Ben [bbeerle@cooley.com] | | | potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 245 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com ; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email providing information to counsel in confidence for the purpose of receiving legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 246 | 4/9/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com ; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 247 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com; Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email requesting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 248 | 4/9/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 249 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com]; Suhr Justin [suhr@uber.com] | angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email among outside counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 250 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Beerle, Ben [bbeerle@cooley.com] | Leigh, Jamie [jleigh@cooley.com]; Julie Xu [juliexu@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 251 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com]; Suhr Justin [suhr@uber.com]; angela.padilla@uber.com | Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 252 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com]; Amdursky, Eric [eamdursky@omm.com]; Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Nina Qi [nina.qi@uber.com]; Angela L. Padilla | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (angela.padilla@uber.com) [angela.padilla@uber.com]; Cameron Poetzscher [cameron@uber.com]; Sieben, Paul [psieben@omm.com]; Bentley, Adam [abentley@omm.com]; Anthony M. Lewis [ALewis2@Donahue.com] | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 253 | 4/8/2016 | Todd Hamblet [thamblet@uber.com] | Salle Yoo ██████; Angela Padilla [angela.padilla@uber.com]; Christian Lymn [clymn@uber.com]; Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 254 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | Beerle, Ben [bbeerle@cooley.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; angela.padilla@uber.com; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 255 | 4/8/2016 | Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com] | angela.padilla@uber.com ; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 256 | 4/9/2016 | Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | Leigh, Jamie [jleigh@cooley.com]; Julie Xu [juliexu@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 257 | 4/9/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Beerle, Ben [bbeerle@cooley.com] | Leigh, Jamie [jleigh@cooley.com]; Julie Xu [juliexu@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [suhr@uber.com]; Cameron Poetzscher [cameron@uber.com] | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 258 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com]; Leigh, Jamie [jleigh@cooley.com]; Julie Xu [juliexu@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 259 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Beerle, Ben [bbeerle@cooley.com]; Christian Lymn [clymn@uber.com] | Leigh, Jamie [jleigh@cooley.com]; Julie Xu [juliexu@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 260 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com]; clymn@uber.com | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 261 | 4/8/2016 | Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; angela.padilla@uber.com; Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com]; Jones, Brittany D. [bjones@cooley.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 262 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; clymn@uber.com | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 263 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Tate, Eric | Suhr Justin [suhr@uber.com]; | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Akira [ETate@mofo.com] | angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com]; Nina Qi [nina.qi@uber.com] | | | regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 264 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; clymn@uber.com | Suhr Justin [suhr@uber.com]; angela.padilla@uber.com; Beerle Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 265 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Ben Beerle [bbeerle@cooley.com] | angela.padilla@uber.com | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 266 | 4/4/2016 | Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 267 | 4/4/2016 | Salle Yoo ▮▮▮▮▮▮ | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 268 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 269 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Salle Yoo ▓▓▓▓▓ | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 270 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Salle Yoo ▓▓▓▓▓ | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 271 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Angela Padilla [angela.padilla@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 272 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Salle Yoo███████ | | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 273 | 4/4/2016 | John F. Gardner [JGardner@Donahue.com] | Tate, Eric Akira [ETate@mofo.com]; Eric Amdursky [eamdursky@omm.com] | | | AC, WP, & CI | Email among outside counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 274 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo███████ | Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 275 | 4/4/2016 | Salle Yoo ▮ | Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email requesting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 276 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▮ | Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 277 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | angela.padilla@uber.com | | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 278 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo ▮▮▮▮▮▮ | Angela Padilla [angela.padilla@uber.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 279 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 280 | 4/3/2016 | | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 281 | 4/3/2016 | | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 282 | 4/3/2016 | | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com]; Ferrari, Anna | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [AFerrari@mofo.com] | | | providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 283 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 284 | 4/3/2016 | | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 285 | 4/3/2016 | | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 286 | 4/3/2016 | | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Attachment reflecting communication made in confidence by Anthony Levandowski shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 287 | 8/10/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Christian Lymn' [clymn@uber.com]; Tate, Eric | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Akira [ETate@mofo.com] | | | | diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 288 | 8/10/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email requesting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 289 | 8/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto | | | |
| 290 | 8/10/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 291 | 8/10/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 292 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 293 | 8/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 294 | 8/10/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Memorandum providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Memorandum reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 295 | 8/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 296 | 8/10/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Memorandum providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Memorandum reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 297 | 8/8/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email among counsel formulating legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 298 | 8/8/2016 | | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Report prepared by consultant retained for the purpose of enabling counsel to provide legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Report reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 299 | 8/4/2016 | Nina Qi [nina.qi@uber.com] | Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 300 | 8/4/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Nina Qi [nina.qi@uber.com] | Eric Tate [etate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 301 | 8/19/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com]; 'clymn@uber.com' [clymn@uber.com]; 'Todd Hamblet' [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 302 | 8/19/2016 | ■■■■■■■■ | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com]; Amdursky, Eric [eamdursky@omm.com] | ■■■■■■■■ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 303 | 8/18/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 304 | 8/18/2016 | clymn@uber.com | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 305 | 8/18/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 306 | 8/18/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com]; clymn@uber.com; Todd Hamblet | Tate, Eric Akira [ETate@mofo.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [thamblet@uber.com] | Biswas, Shouvik [SBiswas@mofo.com] | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 307 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 308 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com]; Julie Xu [juliexu@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 309 | 8/17/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 310 | 8/17/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Tate, Eric Akira [ETate@mofo.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 311 | 8/17/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Tate, Eric Akira [ETate@mofo.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 312 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com]; Julie Xu [juliexu@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 313 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com]; Tate, Eric Akira [ETate@mofo.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 314 | 8/16/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Cameron Poetzscher' [cameron@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 315 | 8/16/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com]; Julie Xu [juliexu@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 316 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 317 | 4/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher [cameron@uber.com]; Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 318 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com]; Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 319 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com]; Beerle, Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 320 | 4/11/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Beerle, Ben [bbeerle@cooley.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 321 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 322 | 4/11/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

126

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 323 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | clymn@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 324 | 4/11/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 325 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 326 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 327 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | clymn@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | repository. | | not been received by unauthorized persons. | |
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 328 | 4/11/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 329 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Christian Lymn [clymn@uber.com]; Salle Yoo ███████ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 330 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 331 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 332 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 333 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 334 | 4/10/2016 | Salle Yoo ▮▮▮ | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 335 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo ███████ | Suhr Justin [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 336 | 4/10/2016 | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 337 | 4/10/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ██████ | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 338 | 4/10/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 339 | 4/10/2016 | Beerle, Ben [bbeerle@cooley.com] | clymn@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 340 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 341 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 342 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆▆▆ and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

134

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 343 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 344 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com]; Julie Xu [juliexu@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 345 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Tate, Eric Akira [ETate@mofo.com]; Christian Lymn | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [clymn@uber.com] | [suhr@uber.com] | | | Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 346 | 8/16/2016 | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 347 | 8/16/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 348 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com]; Eric Tate [etate@mofo.com]; Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 349 | 4/10/2016 | John F. Gardner [JGardner@Donahue.com] | Tate, Eric Akira [ETate@mofo.com] | ▇▇▇▇▇▇▇▇▇▇ Amdursky, Eric [eamdursky@omm.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 350 | 4/11/2016 | | Tate, Eric Akira [ETate@mofo.com] ▇▇▇▇▇▇ | | | AC, WP, & CI | Attachment to email concerning legal analysis or advice, in anticipation of | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ██████████ Amdursky, Eric [eamdursky@omm.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | | litigation, regarding due diligence for potential acquisition of Ottomotto.  Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 351 | 4/11/2016 | | Tate, Eric Akira [ETate@mofo.com] | ██████████ Amdursky, Eric [eamdursky@omm.com]; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Attachment to email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Attachment to email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 352 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Julie Xu [juliexu@uber.com]; Nina | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 353 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 354 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 355 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▬▬▬ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 356 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▬▬▬ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 357 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 358 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 359 | 8/16/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Julie Xu [juliexu@uber.com]; Nina Qi [nina.qi@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 360 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 361 | 8/16/2016 | | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 362 | 8/13/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 363 | 8/15/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 364 | 8/13/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 365 | 8/13/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 366 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; clymn@uber.com; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 367 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 368 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com]; Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 369 | 8/13/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 370 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | clymn@uber.com | Justin Suhr [suhr@uber.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ferrari, Anna [AFerrari@mofo.com] | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 371 | 8/13/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 372 | 8/13/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮ and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

146

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 373 | 8/13/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 374 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 375 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 376 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | John F. Gardner (JGardner@Donahue.com) [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 377 | 8/13/2016 | | John F. Gardner (JGardner@Donahue.com) [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 378 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ██████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 379 | 8/13/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ██████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 380 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

149

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 381 | 8/13/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 382 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com]; clymn@uber.com; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▆ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomoto. | | | |
| 383 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com]; clymn@uber.com; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 384 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 385 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; clymn@uber.com; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomoto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Elizabeth J. [ECrandallWhittom@mofo.com] | | | confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 386 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 387 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com]; Justin Suhr [suhr@uber.com]; clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 388 | 8/12/2016 | | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com]; Justin Suhr [suhr@uber.com]; clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 389 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com]; clymn@uber.com; Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓ ▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 390 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 391 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 392 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | John F. Gardner (JGardner@Donahue.com) [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 393 | 8/12/2016 | Justin Suhr | Ferrari, Anna | | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

154

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [suhr@uber.com] | [AFerrari@mofo.com]; Eric Tate [etate@mofo.com]; Christian Lymn [clymn@uber.com] | | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 394 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 395 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com]; Nina Qi [nina.qi@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 396 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com]; Nina Qi [nina.qi@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 397 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 398 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com; Nina Qi [nina.qi@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 399 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 400 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 401 | 8/12/2016 | | Justin Suhr [suhr@uber.com]; Christian Lymn (clymn@uber.com) [clymn@uber.com] | Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 402 | 8/12/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 403 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | ▓▓▓▓▓▓▓▓ | Amdursky, Eric [eamdursky@omm.com]; ▓▓▓▓▓▓▓ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ferrari, Anna [AFerrari@mofo.com] | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 404 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 405 | 8/12/2016 | | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Report prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Report reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

159

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 406 | 8/12/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Nina Qi [nina.qi@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 407 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com]; Justin Suhr [suhr@uber.com]; clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 408 | 8/12/2016 | | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com]; Justin Suhr [suhr@uber.com]; clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email Attachment reflecting communication | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 409 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 410 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 411 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 412 | 8/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 413 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Eric Tate [etate@mofo.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 414 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 415 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 416 | 8/11/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 417 | 8/11/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 418 | 8/11/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 419 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 420 | 8/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | John F. Gardner [JGardner@Donahue.com] | 'Amdursky, Eric' [eamdursky@omm.com]; ███████████ ███████████ Alisa J. Baker [alisa@levinebakerlaw.com]; ███████████ Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 421 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com]; Justin Suhr [suhr@uber.com]; clymn@uber.com | Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 422 | 8/11/2016 | Tate, Eric Akira [ETate@mofo.com] | John F. Gardner [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com]; | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 'Amdursky, Eric' [eamdursky@omm.com]; ▮▮▮ Alisa J. Baker [alisa@levinebakerlaw.com]; ▮▮▮ | | | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| | | | | | | | diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 423 | 8/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'clymn@uber.com' [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 424 | 8/11/2016 | clymn@uber.com | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 425 | 8/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Christian Lymn' [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 426 | 4/9/2016 | Justin Suhr [suhr@uber.com] | clymn@uber.com | Eric Akira Tate [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 427 | 4/9/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 428 | 4/9/2016 | clymn@uber.com | Eric Akira Tate [ETate@mofo.com]; Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 429 | 4/9/2016 | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 430 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 431 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com] | Julie Xu [juliexu@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 432 | 4/8/2016 | Aaron Melville [aaron@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

169

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 433 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Aaron Melville [aaron@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 434 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Robert Wu [robert@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 435 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 436 | 4/7/2016 | Cameron Poetzscher [cameron@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 437 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▬▬▬▬ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

171

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 438 | 4/6/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com]; Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 439 | 4/6/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com]; Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 440 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 441 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 442 | 4/2/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 443 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 444 | 4/2/2016 | clymn@uber.com | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 445 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ██████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 446 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 447 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 448 | 4/2/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com]; Todd Hamblet | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due | Maintained in Uber's internal | To the best of Uber's | Uber |

175

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [thamblet@uber.com] | | | | diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 449 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 450 | 4/4/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ ████ and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 451 | 4/8/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo ▮▮▮ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 452 | 4/8/2016 | | Salle Yoo ▮▮▮ | | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 453 | 4/8/2016 | | Salle Yoo ▮▮▮ | | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | acquisition of Ottomotto.<br><br>Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 454 | 4/8/2016 | | Salle Yoo ▮▮▮▮▮ | | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 455 | 4/11/2016 | Salle Yoo ▮▮▮▮▮ | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com]; Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com]; Justin Suhr [suhr@uber.com]; Todd Hamblet | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [thamblet@uber.com]; Andrew Glickman [andrew.glickman@uber.com]; Cameron Poetzscher [cameron@uber.com]; Ferrari, Anna [AFerrari@mofo.com] | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 456 | 4/4/2016 | Cameron Poetzscher [cameron@uber.com] | Salle Yoo ▉▉▉▉▉ Travis Kalanick ▉▉▉▉▉ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▉▉▉ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 457 | 4/4/2016 | Salle Yoo ▉▉▉▉▉ | Travis Kalanick ▉▉▉▉▉ | Cameron Poetzscher [cameron@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▉▉▉ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 458 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | Salle Yoo ▇▇▇ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 459 | 2/10/2017 | Jonathan Lieberman [jlieberman@uber.com ] | Anthony Levandowski ▇▇▇▇ | Nicole Bartow [nbartow@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 460 | 2/19/2017 | | Anthony Levandowski ▇▇▇▇ | Nicole Bartow [nbartow@uber.com]; Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email Attachment reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 461 | 2/14/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 462 | 2/22/2017 | | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email attachment reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 463 | 2/22/2017 | Tate, Eric Akira [ETate@mofo.com] | ███████████ | 'adam.bentley@uber.com' [adam.bentley@uber.com]; 'nbartow@uber.com' [nbartow@uber.com]; 'suhr@uber.com' [suhr@uber.com]; 'John F. Gardner (JGardner@Donahue.com)' [JGardner@Donahue.com]; 'abaker@levinebakerlaw.com' [abaker@levinebakerlaw.com]; 'Rick Levine' [rlevine@levinebakerlaw.com]; Williams, Ben [BWilliams@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 464 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 465 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 466 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 467 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 468 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 469 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 470 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mof | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | o.com] | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 471 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 472 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 473 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 474 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 475 | 2/21/2017 | | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 476 | 2/21/2017 | | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 477 | 2/21/2017 | | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email Attachment reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | diligence for potential acquisition of Ottomotto. | | | |
| 478 | 2/21/2017 | | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email Attachment reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 479 | 1/6/2017 | Ferrari, Anna [AFerrari@mofo.com] | Nicole Bartow (nbartow@uber.com) [nbartow@uber.com] | Justin Suhr [suhr@uber.com]; Tate, Eric Akira [ETate@mofo.com]; Balassone, Elizabeth [EBalassone@mofo.com]; Silverman, Robert N. [RSilverman@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 480 | 12/19/2016 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Justin Suhr [suhr@uber.com]; Jesse Murray | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [jesse.murray@uber.com] | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 481 | 12/19/2016 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com]; Justin Suhr [suhr@uber.com]; Jesse Murray [jesse.murray@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 482 | 12/19/2016 | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com] | Nicole Bartow [nbartow@uber.com]; Justin Suhr [suhr@uber.com]; Jesse Murray [jesse.murray@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 483 | 12/19/2016 | Nicole Bartow [nbartow@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com]; Jesse Murray [jesse.murray@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 484 | 12/19/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Nicole Bartow' [nbartow@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Jesse Murray [jesse.murray@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 485 | 1/20/2017 | | 'Nicole Bartow' [nbartow@uber.com]; Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com]; Jesse Murray [jesse.murray@uber.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 486 | 11/3/2016 | | Tate, Eric Akira [ETate@mofo.com]; Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 487 | 11/10/2016 | | John F. Gardner [JGardner@Donahue.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 488 | 2/7/2017 | Mayer, Colette Reiner [CRMayer@mofo.com] | Nicole T. Bartow (nbartow@uber.com) (nbartow@uber.com) [nbartow@uber.com]; Justin Suhr (suhr@uber.com) [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 489 | 2/7/2017 | | Nicole T. Bartow (nbartow@uber.com) (nbartow@uber.com) [nbartow@uber.com]; Justin Suhr (suhr@uber.com) [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email Attachment reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 490 | 10/29/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 491 | 10/31/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 492 | 10/31/2016 | | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 493 | 8/19/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 494 | 8/19/2016 | | Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 495 | 8/18/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 496 | 8/18/2016 | ████████ | suhr@uber.com | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 497 | 8/18/2016 | | suhr@uber.com | | | AC, WP, & CI | Email Attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email Attachment reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 498 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com]; Van Nort, Diek O. [DVanNort@mofo.com]; Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner, Morrison & Foerster and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 499 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Van Nort, Diek O. [DVanNort@mofo.com]; Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or ███████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 500 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Van Nort, Diek O. [DVanNort@mofo.com]; Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or ███████ and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 501 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 502 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 503 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski and/or ▉▉▉▉ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 504 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 505 | 9/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or ▉▉▉▉ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 506 | 9/12/2016 | | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Attachment reflecting communication made in confidence by ▮▮▮▮ O'Melveny & Myers, and Morrison & Foerster pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 507 | 8/14/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 508 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

199

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 509 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 510 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 511 | 8/12/2016 | | 'Justin Suhr' [suhr@uber.com] | | | AC, WP, & CI | Attachment to email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto, and which | Maintained in Uber's internal and secured records | To the best of Uber's knowledge, this document has | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | attachment reflects legal theories of attorneys.<br><br>Letter reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | repository. | not been received by unauthorized persons. | |
| 512 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 513 | 8/10/2016 | ▮▮▮▮▮▮ | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 514 | 8/10/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 515 | 8/10/2016 | Justin Suhr [suhr@uber.com] | ▇▇▇▇▇▇ | ▇▇▇▇▇▇ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 516 | 8/9/2016 | ▇▇▇▇▇▇ | Justin Suhr [suhr@uber.com] | ▇▇▇▇▇▇ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.\n\nEmail reflecting communication made in confidence by Anthony Levandowski and/or ▇▇▇▇ and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 517 | 8/9/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 518 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 519 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | | Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 520 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Garnder and/or ▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 521 | 8/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com]; 'Justin Suhr' [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 522 | 8/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 523 | 8/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 524 | 8/8/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 525 | 8/8/2016 | Alisa Baker [abaker@levinebakerlaw.com] | Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. <br><br> Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 526 | 9/23/2016 | ▮▮▮▮▮ | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. <br><br> Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 527 | 9/23/2016 | | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Letter concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Letter reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 528 | 9/23/2016 | Justin Suhr [suhr@uber.com] | ████████ Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ████████ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 529 | 9/23/2016 | | ████████ Eric Tate [etate@mofo.com] | | | AC, WP, & CI | Email attachment concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email attachment reflecting communication made in confidence by Anthony | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Levandowski, John Gardner and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 530 | 9/22/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 531 | 9/22/2016 | | Eric Tate [etate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Letter concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Letter reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ███ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 532 | 9/21/2016 | | Eric Tate [etate@mofo.com]; | | | AC, WP, & | Document concerning legal analysis or | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ferrari, Anna [AFerrari@mofo.com] | | | CI | advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 533 | 9/16/2016 | | Eric Tate [etate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Document concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 534 | 7/21/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 535 | 7/21/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 536 | 7/18/2016 | Wanda Ruan [wanda@uber.com] | Justin Suhr [suhr@uber.com] | Mateo Sanchez [msanchez@uber.com]; Accounts Payable [ap@uber.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 537 | 7/18/2016 | ▓▓▓▓▓▓▓ | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 538 | 7/18/2016 | Justin Suhr [suhr@uber.com] | ▮▮▮▮▮▮ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 539 | 7/18/2016 | ▮▮▮▮▮ | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

211

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 540 | 10/5/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or _____ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 541 | 10/5/2016 | | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Document concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or _____ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 542 | 10/5/2016 | | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mof | | AC, WP, & CI | Description of legal services rendered in diligencing Ottomotto prior to acquisition | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | o.com] | | | | | received by unauthorized persons. | |
| 543 | 10/5/2016 | | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or [redacted] and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 544 | 10/5/2016 | | Tate, Eric Akira [ETate@mofo.com]; Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, & CI | Document concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or [redacted] and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 545 | 7/18/2016 | | Justin Suhr [suhr@uber.com]; | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▬▬▬ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 546 | 7/18/2016 | Justin Suhr [suhr@uber.com] | ▬▬▬▬▬ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▬▬▬ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 547 | 7/18/2016 | Justin Suhr [suhr@uber.com] | ▬▬▬▬▬ | ▬▬▬▬ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▬▬▬ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 548 | 7/18/2016 | Justin Suhr [suhr@uber.com] | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▓▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 549 | 7/18/2016 | ▓▓▓▓▓▓ | Justin Suhr [suhr@uber.com] | ▓▓▓▓▓▓▓ | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▓▓▓▓▓▓ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 550 | 7/17/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gardner and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 551 | 7/17/2016 | | | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 552 | 7/16/2016 | | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com]; Crandall Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, & CI | Document concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 553 | 8/2/2016 | Tate, Eric Akira | Justin Suhr [suhr@uber.com] | Ferrari, Anna | | AC, WP, & | Email concerning legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [ETate@mofo.com] | | [AFerrari@mofo.com] | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 554 | 8/2/2016 | | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Document concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 555 | 8/2/2016 | Ferrari, Anna [AFerrari@mofo.com] | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

217

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 556 | 8/2/2016 | | ▇▇▇▇▇▇▇▇ | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Document concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Document reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 557 | 6/24/2016 | Justin Suhr [suhr@uber.com] | ▇▇▇▇▇▇▇▇ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 558 | 6/24/2016 | ▇▇▇▇▇▇ | 'suhr@uber.com' [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured | To the best of Uber's knowledge, this | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | records repository. | document has not been received by unauthorized persons. | |
| 559 | 6/24/2016 | Justin Suhr [suhr@uber.com] | ▇▇▇▇▇▇▇▇ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 560 | 6/24/2016 | ▇▇▇▇▇▇ | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▇▇▇▇▇ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 561 | 6/24/2016 | Justin Suhr [suhr@uber.com] | ▮▮▮▮ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 562 | 6/24/2016 | ▮▮▮▮ | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 563 | 6/24/2016 | ▮▮▮▮ | 'suhr@uber.com' [suhr@uber.com]; ▮▮▮▮ | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | received by unauthorized persons. | |
| 564 | 4/6/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 565 | 4/6/2016 | | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Memo concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Memo reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 566 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 567 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John Gardner and/or ▮▮▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 568 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski, John | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gardner and/or ▮▮▮▮▮▮ and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | persons. | |
| 569 | 4/5/2016 | John F. Gardner [JGardner@Donahue.com] | Tate, Eric Akira [ETate@mofo.com]; Eric Amdursky [eamdursky@omm.com] | | | AC, WP, & CI | Attachment to email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto, and which attachment reflects legal theories of attorneys.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 570 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 571 | 4/3/2016 | Justin Suhr | Tate, Eric Akira | | | AC, WP, & | Email reflecting legal analysis or advice, in | Maintained in | To the best of | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [suhr@uber.com] | [ETate@mofo.com] | | | CI | anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Uber's internal and secured records repository. | Uber's knowledge, this document has not been received by unauthorized persons. | |
| 572 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 573 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | due diligence for potential acquisition of Ottomotto. | | | |
| 574 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 575 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Email concerning legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 576 | 4/3/2016 | | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Attachment reflecting communication made in confidence by Anthony Levandowski and | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 577 | 4/3/2016 | | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, & CI | Attachment prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Attachment reflecting communication made in confidence by Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 578 | 4/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.

Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 579 | 4/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation, | Maintained in Uber's internal | To the best of Uber's | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | and secured records repository. | knowledge, this document has not been received by unauthorized persons. | |
| 580 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 581 | 4/7/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ottomotto. | | | |
| 582 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 583 | 4/7/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 584 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |

228

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | | |
| 585 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com]; Nina Qi [nina.qi@uber.com]; Eric Tate [etate@mofo.com]; Christian Lymn [clymn@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 586 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 587 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.  Email reflecting communication made in | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by | Uber |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | | unauthorized persons. | |
| 588 | 4/3/2016 | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, & CI | Email reflecting legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |
| 589 | 4/2/2016 | Ferrari, Anna [AFerrari@mofo.com] | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, & CI | Email providing legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Uber |