# EXHIBIT 64
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                          )
                                         )
 6              Plaintiff,               )
                                         )   Case No.
 7       vs.                             )   3:17-cv-00939-WHA
                                         )
 8   UBER TECHNOLOGIES, INC.,            )
     OTTOMOTTO LLC; OTTO TRUCKING        )
 9   LLC,                                )
                                         )
10              Defendants.              )
     _____)
11
12      *** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
13
14      VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15              San Francisco, California
16              Thursday, April 20, 2017
17                      Volume I
18
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   Job No. 2599854
24
25   Pages 1 - 95
```

Page 1

```
 1                          INDEX
 2    WITNESS
 3    GAETAN PENNECOT                            EXAMINATION
      Volume I
 4
 5                BY MR. JAFFE                             7
 6
 7
 8
 9                         EXHIBITS
10    NUMBER              DESCRIPTION                    PAGE
11    Exhibit 100   Photocopy of photograph,              31
12                  Bates UBER00011668
13
14    Exhibit 101   Photocopy of photograph,              33
15                  Bates UBER00011654
16
17    Exhibit 102   E-mail to Anthony Levandowski         42
18                  from Gaetan Pennecot, dated 2-24-17,
19                  with attachments,
20                  Bates UBER00011465 - 1472
21
22    Exhibit 103   E-mail string, top e-mail to          72
23                  Anthony Levandowski from Gaetan
24                  Pennecot, dated 6-24-15,
25                  Bates UBER00011588 - 1592
```

| | | |
|---|---|---|
| 1 | A    Yes, I was. | 09:23:31 |
| 2 | Q    But you didn't have an understanding of | |
| 3 | why they thought it was better; is that right? | |
| 4 | A    I would say I didn't have a clear | |
| 5 | understanding. | 09:23:46 |
| 6 | Q    What was your understanding? | |
| 7 | A    It was ■■■■■■■■■■■■■■. | |
| 8 | Q    Talking about GBR 3 transmit boards again, | |
| 9 | the -- ■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 10 | ■■■■■■■■, right? | 09:24:03 |
| 11 | A    So that I don't completely remember. | |
| 12 | Q    For the diodes that are placed on the | |
| 13 | transmit board, they would ■■■■■■■■■■, | |
| 14 | correct? | |
| 15 | A    This is correct. | 09:24:26 |
| 16 | Q    ■■■■■■■■■■, correct? | |
| 17 | A    This is correct. | |
| 18 | Q    And it was intentionally designed for a | |
| 19 | ■■■■■■■■■■■■, right? | |
| 20 | A    So there was not much importance to that | 09:24:38 |
| 21 | ■■■■■■. So it was -- ■■■■■■■■ was easy to | |
| 22 | type. | |
| 23 | Q    I see.  So they were intentionally | |
| 24 | designed to ■■■■■■■■■■■■■■■■ was just what | |
| 25 | you picked? | 09:24:56 |

Page 21

| | | | |
|---|---|---|---|
| 1 | A | I don't remember exactly, but I would say | 09:36:04 |
| 2 | after April 25th. | | |
| 3 | Q | What other jobs did you apply to between | |
| 4 | when you left Waymo and joined Otto? | | |
| 5 | A | I didn't apply to any company. | 09:36:28 |
| 6 | Q | And what position did you apply for at | |
| 7 | Otto? | | |
| 8 | A | I think it was mechanical engineer. | |
| 9 | Q | Who recruited you to join Otto? | |
| 10 | A | Anthony did. | 09:36:45 |
| 11 | Q | And how did that come about? | |
| 12 | A | So when Anthony left Google, I lost | |
| 13 | contact with him.  I knew where he lived, so one day | | |
| 14 | I drove to his place. | | |
| 15 | Q | Unannounced? | 09:37:25 |
| 16 | A | Unannounced. | |
| 17 | Q | What happened then? | |
| 18 | A | I met outside in the street a co-worker | |
| 19 | from 510 Systems. | | |
| 20 | Q | Who was that? | 09:37:39 |
| 21 | A | Oleg.  Oleg.  I don't remember his last | |
| 22 | name. | | |
| 23 | Q | Then what happened? | |
| 24 | A | Then I asked to get in touch with Anthony, | |
| 25 | and Anthony was not in the house. | | 09:38:06 |

| | | |
|---|---|---|
| 1 | on the bottom? | 09:42:26 |
| 2 |     A   No. | |
| 3 |     Q   What number is it? | |
| 4 |     A   668. | |
| 5 |     MR. KIM:  At this point, I'll designate | 09:42:34 |
| 6 | the entire transcript attorneys' eyes only, Waymo -- | |
| 7 | I'm sorry -- Uber attorneys' eyes only under the | |
| 8 | protective order. | |
| 9 |     MR. JAFFE:  I'm just going to hand you the | |
| 10 | whole stack.  I'm having trouble finding the right | 09:42:53 |
| 11 | one out of that.  That's just for you, for time | |
| 12 | purposes. | |
| 13 |     Q   I've handed you what I've marked as | |
| 14 | Exhibit 100. | |
| 15 |     Do you recognize what's shown in that | 09:43:04 |
| 16 | picture? | |
| 17 |     A   I do. | |
| 18 |     Q   What is it? | |
| 19 |     A   This looks like Spider parts. | |
| 20 |     Q   Now, on the right-hand side of the picture | 09:43:20 |
| 21 | you're looking at, are those -- is that the housing | |
| 22 | design for Spider? | |
| 23 |     A   It looks like it. | |
| 24 |     Q   Okay.  And the housing that was designed | |
| 25 | for Spider that we're looking at in Exhibit 100, it | 09:43:41 |

```
 1    was configured to rotate around 360 degrees, right?        09:43:44

 2         A    This is correct.

 3              MR. JAFFE:  Okay.  Now, let me find a

 4    different picture for you.

 5              This will be Exhibit 101.                         09:44:18

 6              (Exhibit 101 was marked for identification

 7         and is attached hereto.)

 8    BY MR. JAFFE:

 9         Q    Do you recognize what I've placed in front

10    of you as Exhibit 101?                                     09:44:21

11         A    I do.

12         Q    What is it?

13         A    This is an optical cavity.

14         Q    For Spider?

15         A    This is correct.                                 09:44:33

16         Q    You designed the optical cavity for

17    Spider, right?

18         A    This is correct.

19         Q    So the optical cavity, it was -- the way

20    that it worked in Spider is, it would be mounted on        09:44:47

21    the housing that we looked at in Exhibit 100, right?

22         A    I didn't work on that part.

23         Q    You don't know whether the optical cavity

24    was designed to be mounted on the housing?

25         A    It was, like, probably, yeah.                    09:45:03
```

Page 33

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              So do you know what housing is?              09:46:51

 2         MR. KIM:  Objection.  Vague.

 3         THE WITNESS:  I guess a housing could mean

 4   many things.

 5   BY MR. JAFFE:                                           09:46:59

 6      Q   Do you know what a housing is in the

 7   context of LiDAR?

 8         MR. KIM:  Objection.  Vague.

 9         THE WITNESS:  This is not a term I used.

10   BY MR. JAFFE:                                           09:47:06

11      Q   It's not a term you've ever used?

12      A   No.

13      Q   Let's talk about the optical cavity.  It

14   included -- in Spider, it included a lens, right?

15      A   This is correct.                                 09:47:21

16      Q   And the Spider design included transmit

17   and receive, right?

18      A   This is correct.

19      Q   So there were -- for each optical cavity,

20   there were eight lasers, right?                         09:47:34

21      A   This is correct.

22      Q   And then there would be eight

23   corresponding receptors for each optical cavity,

24   right?

25      A   This is correct.                                 09:47:42
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q   And so the way that it worked in the | 09:47:43 |
| 2 | Spider optical cavity that you designed that we're | |
| 3 | looking at here in Exhibit 101 is, the eight lasers | |
| 4 | would emit and go through a hole in a mirror to the | |
| 5 | main lens that we're looking at in Exhibit 101, | 09:47:57 |
| 6 | right? | |
| 7 | A   This is correct. | |
| 8 | Q   They would go and hit some target and | |
| 9 | bounce back and go through the same lens, right? | |
| 10 | A   This is correct. | 09:48:07 |
| 11 | Q   And then they would bounce off of a mirror | |
| 12 | to the individual photodetectors, right? | |
| 13 | A   This is correct. | |
| 14 | Q   And so the transmit and receive paths | |
| 15 | would overlap in the optical cavity that we're | 09:48:18 |
| 16 | looking at in Exhibit 101, right? | |
| 17 | MR. KIM:  Objection.  Vague. | |
| 18 | THE WITNESS:  For any given channels, they | |
| 19 | never overlap. | |
| 20 | BY MR. JAFFE: | 09:48:34 |
| 21 | Q   I see. | |
| 22 | But for the lasers as a whole, they would | |
| 23 | overlap, right? | |
| 24 | MR. KIM:  Objection.  Vague. | |
| 25 | THE WITNESS:  Let me think about this one. | 09:48:47 |

Page 37

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | It's pretty hard to see the geometry in my head.  So | 09:48:49 |
| 2 | I guess it could overlap. | |
| 3 | BY MR. JAFFE: | |
| 4 |     Q   To state it another way, the area where | |
| 5 | the transmit path goes through and the area where | 09:49:08 |
| 6 | the receive path goes through, it's the same shared | |
| 7 | space in the optical cavity, right? | |
| 8 |     A   This is correct. | |
| 9 |     Q   Okay.  The Spider design in the specific | |
| 10 | optical cavity that we're looking at in Exhibit 101, | 09:49:26 |
| 11 | that is was a single-lens design, right? | |
| 12 |     MR. KIM:  Objection.  Vague. | |
| 13 |     THE WITNESS:  So there were two lens | |
| 14 | elements. | |
| 15 | BY MR. JAFFE: | 09:49:44 |
| 16 |     Q   What do you mean by that? | |
| 17 |     A   If you open this cavity, you would have | |
| 18 | two elements:  One front element, and a second | |
| 19 | element 50 millimeters behind. | |
| 20 |     Q   What did the second lens element do? | 09:50:02 |
| 21 |     A   To get better focusing or beam quality, | |
| 22 | you need more optical surfaces.  And the more | |
| 23 | optical surfaces you get, the better focus you can | |
| 24 | get. | |
| 25 |     Q   I see. | 09:50:27 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 10:13:53 |
| 2 | BY MR. JAFFE: | |
| 3 | Q   Why? | |
| 4 | A   Because I thought he was going to work on | |
| 5 | trucks. | 10:14:17 |
| 6 | Q   Is that what he told you when you were | |
| 7 | talking about joining the company? | |
| 8 | A   We were, and we are still, working on | |
| 9 | trucks. | |
| 10 | MR. JAFFE:  Let's mark as Exhibit 102 a | 10:14:40 |
| 11 | document Bates-labeled UBER11465. | |
| 12 | (Exhibit 102 was marked for identification | |
| 13 | and is attached hereto.) | |
| 14 | BY MR. JAFFE: | |
| 15 | Q   Mr. Pennecot, this is an e-mail that you | 10:15:01 |
| 16 | sent to Mr. Levandowski in February 2017, correct? | |
| 17 | A   This is correct.  Let me -- this is | |
| 18 | correct. | |
| 19 | Q   And the subject line is "Here are a few | |
| 20 | screenshot of Fuji zemax files." | 10:15:39 |
| 21 | Do you see that? | |
| 22 | A   I see it. | |
| 23 | Q   Fuji, that refers to one of Uber's LiDAR | |
| 24 | projects, right? | |
| 25 | A   This is correct. | 10:15:48 |

```
1        Q    And so you were sending Mr. Levandowski           10:15:49

2   some screenshots of the Fuji design, right?

3        A    This is correct.

4        Q    So -- and just going by the names of the

5   attachment, ███████████████████████████████████████   ████

6   ███████████████████████████████; is that right?

7        A    Yes.

8        Q    █████████████████████████████████

9   ████████████████████████████████████

10            Do you see that?                                  10:16:16

11       A    This is correct.

12       Q    ████████████████████████  ████████
    ██████████
█       █    ████████████████████████████████
█       █    ████████████████████████████████       █████
█   █████████████████████
█       █    ████████████████████████
█   ████████████████████████████████████
█       █    ████████████████████
█       █    ████████                                  █████
█       █    ██████████████████████████████
█       █    ████████████████████████████████
█   ██████████████
█       █    ████████████████████████
█       █    ████████████████████████               10:16:58
```

Page 43

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      Q    ███████████████████████████           ████
        █    ███   ██████████████████████████████
        █    ██████████████████████████
 4      Q    And just so the record is clear, you're        10:17:18
 5   looking at the page ending in 11468?  I think it's a
 6   little covered over, but it's the one prior to
 7   11469, so I'm pretty comfortable saying that.
 8      A    1468.  This is correct.
 9      Q    Going back to the first page, you also
10   sent Mr. Levandowski the layout for the receive side   10:17:45
11   in Fuji; is that right?
12      A    So Fuji receive layout.png.  Fuji receive
13   layout.png.  Fuji receive -- this is it.  Yes.  This
14   is correct.
15      Q    Okay.  █████████████████████████            ████
     █   ██████████████████
17      A    That would be -- this is correct.
18      Q    █████████████████████████████████████
     █   █████████████████████████, right?
20      A    Yes, this is correct.                         10:18:33
21      Q    Why did you send these things to
22   Mr. Levandowski?
23      A    Because he asked me to.
24      Q    Why did he ask you to?
25           MR. KIM:  Objection.  Calls for              10:18:42
```

Page 44

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   speculation.                                          10:18:43

 2            THE WITNESS:  I don't know.

 3   BY MR. JAFFE:

 4        Q   He just walked up to you and said, "Can

 5   you send me these very specific things?"              10:18:52

 6        A   I guess he called me.

 7        Q   And what did he say?

 8        A   What did he say?  He asked me to send him,

 9   like, some Fuji Zemax files, like, describing my

10   job, what I was doing.                                10:19:14

11        Q   And did you have any understanding of why

12   he was asking you to send him this material?

13        A   No.

14        Q   Did you ask?

15        A   I don't remember.                            10:19:33

16        Q   Did you get any further information

17   afterwards on why he asked you to send this material

18   about Fuji?

19        A   No, I didn't.

20        Q   Why -- do you have any understanding of     10:19:46

21   why Mr. Levandowski would ask you to send these

22   detailed -- this detailed information about the Fuji

23   project to him?

24            MR. KIM:  Objection.  Calls for

25   speculation, asked and answered.                      10:19:55
```

```
 1        Q   Okay.  So you can't tell me anything about        10:42:44
 2   what your colleagues told you to calm you down about
 3   these shocking allegations?
 4        A   I don't remember, like, the -- yeah.  No,
 5   I don't remember.                                           10:43:00
 6        Q   Did you ever ask Anthony?
 7        A   I did.
 8        Q   What did he say?
 9        A   So he told me that there was -- so I
10   remember him saying there's nothing at -- wait.  How        10:43:12
11   did he -- like, how did he phrase that?
12            I asked him, like, "Did you" -- yeah,
13   like, "Did you take documents?"
14            And the answer was, "There are, like, no
15   documents at Uber."                                         10:43:39
16            So, like, he didn't really answer the
17   question.
18        Q   So he didn't deny that he took the
19   documents, right?
20        A   He didn't deny it.                                 10:43:45
21        Q   What did you do after he didn't answer the
22   question?
23        A   I told him that he better explain to
24   everybody what happened.
25        Q   When was this conversation?                        10:43:59
```

Page 65

| | | |
|---|---|---|
| 1 | THE WITNESS: I don't know. | 10:50:57 |
| 2 | BY MR. JAFFE: | |
| 3 | Q You don't know whether what he did is | |
| 4 | unethical? | |
| 5 | A I don't know. I don't know whether he did | 10:51:02 |
| 6 | or didn't. | |
| 7 | Q Have you seen any evidence of Google's | |
| 8 | proprietary information being used at Uber? | |
| 9 | A Not at all. | |
| 10 | Q What was Mr. Levandowski's role in the | 10:51:26 |
| 11 | Spider design? Referring to Anthony Levandowski. | |
| 12 | A He made some sketches at the -- like, he | |
| 13 | basically brought me on the project. | |
| 14 | Q When you said, "He made some sketches," | |
| 15 | what are you talking about? | 10:51:45 |
| 16 | A So he came to my desk and made some | |
| 17 | sketches. | |
| 18 | Q Of what? | |
| 19 | A Possible optics or beam steering or | |
| 20 | things. He was brainstorming at my desk. | 10:51:56 |
| 21 | Q And did the sketches that he designed, is | |
| 22 | that the basis for the optical cavity that we marked | |
| 23 | as the picture, as Exhibit, I think, 101? | |
| 24 | A I designed around these sketches, yes. | |
| 25 | Q So he gave you the initial design, and you | 10:52:13 |

Page 71

```
 1   designed around what he provided you, and you           10:52:15
 2   resulted in Exhibit 101?
 3           MR. KIM:  Objection.  Vague.
 4           THE WITNESS:  I used it as a first spec,
 5   you know.  Like, you need to start somewhere.           10:52:26
 6           MR. JAFFE:  Why don't we take a quick
 7   break.
 8           THE VIDEO OPERATOR:  The time is
 9   10:52 a.m.  We're off the record.
10           (Recess, 10:52 a.m. - 11:09 a.m.)              10:52:44
11           THE VIDEO OPERATOR:  The time is 11:09
12   a.m.  We are back on the record.
13           MR. JAFFE:  I'm going to mark as
14   Exhibit 103 a document Bates-labeled UBER11588.
15           (Exhibit 103 was marked for identification     11:09:51
16   and is attached hereto.)
17   BY MR. JAFFE:
18       Q   Mr. Pennecot, this is an e-mail that you
19   wrote, right?  Exhibit 103?
20       A   Yes, this is correct.                          11:10:49
21       Q   You said you guess this is correct?
22       A   No, this is correct.  This is correct.
23   This is this page.
24       Q   And going back to the first page, the
25   subject line is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇               11:11:01
```