# EXHIBIT 67
# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4

    _____
 5  WAYMO LLC,                       )
 6                   Plaintiff,      )
 7         vs.                       )   Case No.
 8  UBER TECHNOLOGIES, INC.,         )   3:17-cv-00939-WHA
 9  OTTOMOTTO LLC; OTTO              )
10  TRUCKING LLC,                    )
11                   Defendants.     )
                                     )
    _____)
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15        VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE
16              San Francisco, California
17               Monday, April 17, 2017
18                     Volume I
19
20
21  Reported by:
22  SUZANNE F. GUDELJ, CSR No. 5111
23  Job No. 2596382
24
25  PAGES 1 - 79
```

Page 1

| | |
|---|---|
| 1 | Q    Okay.  So you started talking with Mr. |
| 2 | Levandowski about LiDAR sensors for Uber's |
| 3 | self-driving cars in April of 2016, correct? |
| 4 | A    Yes. |
| 5 | Q    And you were interested in talking to him    02:14:52 |
| 6 | because he was going to provide custom LiDAR |
| 7 | technology for Uber, right? |
| 8 | MR. KIM:  Objection.  Vague. |
| 9 | THE WITNESS:  Could you be more specific? |
| 10 | MR. JAFFE:  So Mr. Kim, I don't know if    02:15:06 |
| 11 | you've read Judge Alsup's standing order recently, |
| 12 | but he has very specific guidance about the type of |
| 13 | objections, and so at this point, I would just |
| 14 | suggest to you that what you're doing is a little |
| 15 | bit farther out of bounds than what has been done in    02:15:23 |
| 16 | this case so far.  But -- |
| 17 | MR. KIM:  So I'll -- |
| 18 | MR. JAFFE:  So putting that aside -- |
| 19 | MR. KIM:  I've read Judge Alsup's standing |
| 20 | order, and I disagree with that characterization.    02:15:33 |
| 21 | My objection was just as to the improper form of the |
| 22 | question.  It's also consistent with the objections |
| 23 | we made in depositions taken by yourself and |
| 24 | Mr. Perlson for both Mr. Levandowski and also others |
| 25 | in this case.    02:15:52 |

Page 12

1    Q   Great.
2        MR. JAFFE:  I'm going to mark as Exhibit 51
3    a document Bates labeled UBER00008569.  Oh, sorry,
4    this is going to be a different -- I'll mark my one
5    52, then.                                              02:19:12
6        (Deposition Exhibit 52 marked by the court
7        reporter.)
8    BY MR. JAFFE:
9    Q   Mr. Boehmke, have you seen what I've marked
10   as Exhibit 52 before?                                  02:19:46
11   A   I believe I have.
12   Q   Why were you sending Mr. Levandowski an
13   email entitled "Simulation" in April of 2016?
14   A   This was one of the configurations that he
15   and I had discussed on the 27th.  It was based on a    02:20:01
16   simulation I had done in December of 2015, and so I
17   gave him a output from that simulation.
18   Q   Okay.  What is Mr. Levandowski's job at
19   Uber right now?
20   A   He's leading the self-driving car effort.          02:20:33
21   Q   Including LiDAR?
22   A   It's under his purview.
23   Q   So he's in charge of Uber's LiDAR
24   development efforts, right?
25   A   I don't report directly to him, but the            02:20:45

Page 16

```
 1    chain of command would go to him.
 2        Q    So "yes"?
 3        A    Yes.
 4        Q    Okay.  Does -- do you work on any other
 5    projects other than Fuji right now?                       02:20:58
 6        A    Yes.
 7        Q    What are the other projects you work on?
 8        A    ████████████████████████████████████████
      ██████████████████████.
10        Q    Any other LiDAR projects?                        02:21:08
11        A    ████████████████████████████████████████
      ████████████████████████
          ■  ██████████████████████████
          ■  ████████████████████████████████████ ██████
      ████████████████████████████████████████████ ██████
      ███
17             MR. KIM:  At this point, I'm going on
18    designate the entire transcript Attorneys' Eyes Only
19    subject to the protective order in this case.
20             MR. JAFFE:  Okay.                                02:21:42
21    BY MR. JAFFE:
22        Q    All right.  We'll come back to that.
23             ████████████████████████████████████
      ██████████████████████████████████████████████
          ■  ████████████████████████████████████████    02:21:55
```

Page 17

```
 1      A    I don't know.  I don't know.  I don't have
 2   a name for it.  I don't -- I refer to it as a --
 3   it's ████████████████████████████
 4      Q    ██████████ you said?
 5      A    Mm-hmm.                                       02:24:39
 6      Q    Does it use ████████████?
 7      A    Yes.
 8      Q    Who designed it?
 9      A    It was demonstrated by myself and a
10   coworker, Jim Gasbarro.                               02:24:49
11      Q    So going back to this timeline, you met Mr.
12   Levandowski in April.  You started working on a
13   custom LiDAR solution where he would implement it
14   for Uber based on your specifications; is that
15   right?                                                02:25:10
16      A    Yes.
17      Q    Okay.  At what point did you understand
18   that Uber was in potential discussions to acquire
19   Otto?
20      A    I don't recall the timeline.                  02:25:21
21      Q    Can you give me any sort of bounding time?
22   Was it -- were you surprised -- well, let me start
23   over.  Is that all right?
24      A    That's fine.
25      Q    When he heard about the acquisition, did it   02:25:33
```

```
1      ███████.
2           Do you know what that refers to?
3      A    Yes.
4      Q    What does it refer to?
5      A    So they were ████████████████████ ██████
       ████████████████████████████████████
       ██████████████████████████████
8      Q    And it -- there's a reference here to a
9      ████████████████████████████████                02:55:14
       ████████
11          Do you see that?
12     A    Mm-hmm.
13     Q    What does that refer that?
14     A    That was the ████████████████████
       ████████                                        02:55:21
16     Q    And why are -- what's the point of ██████
       ████████████████████████
18     A    It was to reflect part of the return
19  beam -- part of the cavity to reflect the receivers.
20  I'm not clear whether that was receivers or        02:55:36
21  transmitters, but transmitters would go one
22  direction, receives would come another direction.
23  One of the two was reflected off that.
24     Q    Okay.  I see.  So we're talking about a
25  single lens system here; is that right?            02:55:49
```

Page 44

1        A    Yes.
2        Q    Okay.  So in October, Otto was working on
3    V2 as a single lens system; is that right?
4        A    No.  This was an optical cavity for V1.
5        Q    I see.  So V1 a single lens system; is that        02:56:04
6    right?
7        A    There was one lens per cavity on V1.
8        Q    And when you say "per cavity," does that
9    mean that there was a -- transmit and receive would
10   both overlap and go through the same lens; is that          02:56:19
11   right?
12            MR. KIM:  Objection.  Vague.
13            THE WITNESS:  Transmit and receive went
14   through the same lens, yes.
15   BY MR. JAFFE:                                                02:56:30
16       Q    Who came up with that design?
17       A    That would have been the West Coast team.
18       Q    Mr. Levandowski?
19       A    No, Mr. Haslim.
20       Q    Mr. Levandowski wasn't involved in the              02:56:44
21   ███████████████  in V1?
22            MR. KIM:  Objection.  Calls for
23   speculation.
24            THE WITNESS:  I have no way of knowing his
25   involvement.                                                 02:56:53

```
 1   were envisioning placing edge-emitting lasers around
 2   the curved edge of a PCB?
 3        A    It does not say that in this document.
 4        Q    Okay.
 5        A    This document was to demonstrate              03:22:11
 6   positioning multiple lasers on a board that were the
 7   lines shown in the graphs.
 8        Q    What lines?
 9        A    These lines (indicating).
10        Q    And after you came up with what's in          03:22:34
11   Exhibit G, what did you -- what did you do with this
12   information?
13        A    So this information was the plan B which
14   was not pursued after going through commercial
15   third-party efforts with ██████.                        03:22:50
16        Q    And plan A was ██████?
17        A    Mm-hmm.
18        Q    Plan B was -- did it have a name other than
19   plan B?
20        A    It turned into Fuji.                          03:22:59
21        Q    And then what was plan C?
22        A    Plan C was the Spider.
23        Q    Okay.  Was there a plan D?
24        A    Not by name.
25        Q    What does that mean, "not by name"?           03:23:09
```

Page 58

```
 1       A    There were other configurations that we
 2  were discussing, but they were not in that document
 3  where I spelled out A, B and C.
 4       Q    So going back to Exhibit G of your
 5  declaration --                                           03:23:31
 6       A    Mm-hmm.
 7       Q    -- where does it say in this document that
 8  -- where the -- the points are aligned in rows like
 9  this means that they'd be on a single PCB?
10       A    Each of the lines was a straight board.       03:23:44
11       Q    Where does it say that?
12       A    It's a spreadsheet.  It doesn't say it.
13       Q    Right.  So there actually is no information
14  in here that says:  Hey, we should put all of these
15  on one printed circuit board, right?                    03:23:58
16            MR. KIM:  Objection.  Mischaracterizes the
17  evidence.
18            THE WITNESS:  The diagram in the
19  declaration on the previous page shows multiple
20  lasers on a curved surface as they would have been      03:24:07
21  in this board.  This board -- this spreadsheet shows
22  how many boards would be required given a particular
23  pitch and a certain desire for a number of beams.
24  BY MR. JAFFE:
25       Q    You came up with Exhibit G in February,       03:24:22
```

Page 59

```
 1    Q    What about the transmit board design?
 2    A    That would be ridiculous.  A transmit board
 3  for the fiber laser is entirely different.
 4    Q    We talked about the design of the Spider
 5  and that it's a one lens per fiber laser; is that         03:58:57
 6  right?
 7    A    The Spider was one lens.  It had behind it
 8  eight fibers.
 9    Q    I see.  So there would be eight fiber
10  lasers and one lens that would both transmit and          03:59:13
11  receive; is that right?
12    A    Yes.
13    Q    And your testimony is they never put it all
14  together; is that right?
15    A    I've never seen it together, no.                   03:59:28
16    Q    So it didn't answer my question.  My
17  question --
18    A    To my knowledge, it was never completely
19  assembled.
20    Q    Okay.  Thank you.                                  03:59:38
21         Is there anything else relevant to your
22  declaration, or as you understand it, the
23  allegations in this case, that we haven't discussed
24  today?
25    A    We've overlooked a document provided to            03:59:54
```

Page 75