# EXHIBIT 68
# FILED UNDER SEAL

ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4    _____
                                    )
 5    WAYMO LLC,                    )
                                    )
 6           Plaintiff,             )
                                    )
 7           vs.                    )Case No.:
                                    )3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,      )
      OTTOMOTTO LLC; OTTO TRUCKING  )
 9    LLC,                          )
                                    )
10           Defendants.            )
      _____)
11
12
13             ATTORNEYS' EYES ONLY
14       VIDEOTAPED DEPOSITION OF JAMES HASLIM
15             San Francisco, California
16             Tuesday, April 18, 2017
17                    Volume 1
18
19
20
21
22
23    Reported by:
      RACHEL FERRIER, CSR No. 6948
24    Job No. 2597892
25    PAGES 1 - 112
```

Page 1

**Page 38**

1  Q  When you say "we," who are you referring to?  09:52:00
2  A  The entire LiDAR team.  09:52:02
3  Q  Including Mr. Levandowski?  09:52:05
4  A  I wouldn't consider him on the LiDAR team. I --  09:52:07
5  I would not actually consider him as part of that --  09:52:11
6  those next steps at all.  09:52:12
7  Q  Okay. So what are -- what is the approach you  09:52:14
8  landed on for putting multiple channels onto a sensor?  09:52:20
9  A  The approach we landed on was to take eight fiber  09:52:26
10  lasers. Split each of those fiber lasers into their own  09:52:31
11  eight individual fibers. So now we have eight times  09:52:36
12  eight. That's 64 optical fibers with laser light coming  09:52:38
13  out of them.  09:52:42
14      We decided to use eight optical cavities and  09:52:43
15  to -- how shall I say -- matrix or interlace those  09:52:49
16  fibers from those individual into those eight optical  09:52:54
17  cavities. The optical cavities would also have  09:52:57
18  corresponding detectors to receive the light. The  09:53:01
19  entire assembly would spin.  09:53:07
20  Q  Is this the Spider design?  09:53:15
21  A  Yes.  09:53:18
22  Q  Okay. So the eight fibers -- so there would be  09:53:18
23  eight -- just to put it in a little bit more layman's  09:53:25
24  term, there would be eight lasers going through one  09:53:29
25  lens; is that right?  09:53:32

**Page 39**

1  A  There would be light from eight different lasers  09:53:32
2  that went through one lens.  09:53:36
3  Q  Okay. And then it would go out into the  09:53:38
4  environment --  09:53:41
5  A  Yes.  09:53:41
6  Q  -- hit a target, and then it would bounce back  09:53:41
7  through that same lens; right?  09:53:44
8  A  Yes. This is the case for one of the optical  09:53:45
9  cavities, yes.  09:53:50
10  Q  And then it would -- what would happen next in  09:53:50
11  the -- in the design?  09:53:54
12      MR. KIM: Objection; form.  09:53:56
13      THE WITNESS: The light would come back through  09:53:56
14  that lens that you have said, bounce off of a mirror and  09:54:03
15  hit detectors. Probably the corresponding detector that  09:54:07
16  corresponded to the laser that fired --  09:54:13
17      MR. JAFFE: How did you --  09:54:13
18      THE WITNESS: -- the fiber.  09:54:13
19      MR. JAFFE: Sorry. I didn't mean to interrupt.  09:54:16
20  Q  How did you align the individual fibers to the  09:54:17
21  individual detectors?  09:54:20
22      MR. KIM: Objection; form.  09:54:22
23      THE WITNESS: The fibers needed to be placed in  09:54:23
24  precise mechanical location. The diodes had to be --  09:54:31
25  the -- not diodes. The avalanche diodes -- the  09:54:36

**Page 40**

1  detectors had to be placed in precise location as well,  09:54:40
2  and those would be aligned to each other.  09:54:44
3  BY MR. JAFFE:  09:54:45
4  Q  And how did you align them to one another?  09:54:45
5  A  We didn't have a lot of success in that process,  09:54:47
6  making that alignment. I had started with the process  09:54:54
7  of aligning one channel, and so one approach is to  09:54:58
8  adjust the position of the -- one of the avalanche  09:55:04
9  diodes while a laser is firing at some target at a known  09:55:07
10  distance until you got a maximal electronic response.  09:55:14
11  Q  Were each -- can you tell me how the -- each of  09:55:17
12  the fibers were arranged with respect to a PCB, if at  09:55:27
13  all?  09:55:31
14  A  The fibers would be arranged in a pattern similar  09:55:31
15  or even matching the positions of the avalanche diodes  09:55:41
16  on their PCB.  09:55:44
17  Q  So the eight fibers would be on one PCB; is that  09:55:45
18  right?  09:55:48
19  A  The eight fibers were not on a PCB.  09:55:48
20  Q  So how were the fibers arranged?  09:55:52
21  A  The fibers were arranged in a mechanical assembly  09:55:56
22  in the machined component.  09:55:59
23  Q  Were the fibers in a component such that they  09:56:01
24  could be individually moved around, or was it the  09:56:06
25  photodetectors that you were moving around?  09:56:09

**Page 41**

1  A  The fibers were in a machine part where the holes  09:56:11
2  were placed in high precision with respect to each  09:56:16
3  other. At least, ostensibly, that was their intent.  09:56:19
4      The at launch photodiodes had to be placed at --  09:56:23
5  on their PCB with similar accuracy or precision in their  09:56:26
6  placement relative to each other.  09:56:30
7  Q  So you couldn't align the individual lasers to  09:56:31
8  individual photodiodes. You had to rely on the  09:56:36
9  manufacturing that they were sufficiently precise to get  09:56:38
10  the alignment correct?  09:56:42
11  A  Okay. I understand your question.  09:56:45
12      The alignment would have been done on the  09:56:46
13  detector board as a whole to put that into proper  09:56:50
14  alignment to the pattern of lasers.  09:56:54
15  Q  And the detector board -- what type of material  09:56:56
16  were you using for that?  09:56:59
17  A  That was standard printed circuit material --  09:57:00
18  printed circuit board material.  09:57:05
19  Q  Was it hard to -- to align?  09:57:06
20      MR. KIM: Objection; form.  09:57:13
21      THE WITNESS: Can you be more specific about  09:57:14
22  "hard"? I wouldn't presume anything of this precision  09:57:17
23  was easy.  09:57:22
24      MR. JAFFE: Fair enough. Come back to that.  09:57:23
25  Q  So the Spider design had -- you were working on  09:57:27

Page 42

```
 1   that in the June/July time frame kind of -- that was the   09:57:33
 2   first project after you joined; right?                     09:57:36
 3   A  Spider was basically the first major project we         09:57:38
 4   took on after I joined Otto.                               09:57:41
 5   Q  And it was you, Mr. Gruver, Mr. Pennecot, with          09:57:43
 6   some discussions with Mr. Levandowski; is that right?      09:57:49
 7   A  We were what?                                           09:57:50
 8   Q  I'm saying --                                           09:57:52
 9   A  It was us who what?                                     09:57:53
10   Q  That were working on this Spider project.               09:57:54
11       MR. KIM: Objection; form.                              09:57:57
12       THE WITNESS: So Anthony Levandowski did not work       09:57:57
13   on this design, to my knowledge. The entire LiDAR team     09:58:00
14   did work on this design.                                   09:58:04
15   BY MR. JAFFE:                                              09:58:05
16   Q  He -- he was involved in the discussions; right?        09:58:05
17       MR. KIM: Objection; form.                              09:58:07
18       THE WITNESS: To my recollection, he did not have       09:58:08
19   any design discussion input.                               09:58:13
20   BY MR. JAFFE:                                              09:58:15
21   Q  So your testimony is that you didn't discuss the        09:58:16
22   LiDAR designs with Mr. Levandowski?                        09:58:19
23       MR. KIM: Same objection.                               09:58:21
24       THE WITNESS: No. That's not my testimony.              09:58:23
25   My testimony is that I'm sure the -- the issue of          09:58:24
```

Page 43

```
 1   the project came up in discussion with him. My             09:58:28
 2   testimony is that he did not provide design input into     09:58:31
 3   the project.                                               09:58:34
 4   BY MR. JAFFE:                                              09:58:35
 5   Q  So you were talking with him fairly regularly,          09:58:38
 6   since he was your boss --                                  09:58:40
 7   A  Yes.                                                    09:58:42
 8   Q  -- but your -- your testimony is he didn't              09:58:42
 9   actually contribute to the design; is that fair?           09:58:44
10       MR. KIM: Objection; form.                              09:58:47
11       THE WITNESS: My interaction with him as my boss        09:58:48
12   would be more in regards to project status.                09:58:53
13   BY MR. JAFFE:                                              09:58:57
14   Q  So I'm going to ask my question again, is --            09:59:00
15   A  Okay.                                                   09:59:03
16   Q  -- you were talking to Mr. Levandowski on a             09:59:04
17   regular basis because he was your boss, but your           09:59:07
18   testimony about the Spider design is that he didn't        09:59:12
19   contribute to the design; true?                            09:59:14
20       MR. KIM: Objection; form.                              09:59:16
21       THE WITNESS: I'm not aware of any contribution         09:59:17
22   Anthony Levandowski had on the design of the Spider.       09:59:22
23   BY MR. JAFFE:                                              09:59:24
24   Q  Okay. The idea to use a single lens for both            09:59:25
25   transmit and receive and the use of a mirror --            09:59:33
```

Page 44

```
 1   A  Mm-hmm.                                                 09:59:33
 2   Q  -- who came up with that?                               09:59:37
 3       MR. KIM: Objection; form.                              09:59:38
 4       THE WITNESS: I don't know, you know, who first         09:59:39
 5   came up with that idea. There's probably examples of       09:59:43
 6   prior art in the literature.                               09:59:46
 7   BY MR. JAFFE:                                              09:59:48
 8   Q  So you can't tell me who came up with that idea?        09:59:49
 9   A  I can't tell you who invented that idea or --           09:59:52
10   yeah, came up with that.                                   09:59:54
11   Q  I'm not talking about the idea generally. I'm           09:59:56
12   talking about for the Spider design.                       09:59:57
13   A  No, actually, I do not recall who originated the        09:59:59
14   idea of using that design at Otto.                         10:00:01
15   Q  So you can't tell me who came up with the               10:00:04
16   single-lens architecture in the Spider design; true?       10:00:08
17   A  True.                                                   10:00:11
18       MR. KIM: Objection; form.                              10:00:12
19   BY MR. JAFFE:                                              10:00:13
20   Q  Okay. So we are just walking through the                10:00:20
21   timeline a little bit here.                                10:00:21
22       We have the Spider single-lens architecture with       10:00:22
23   eight optical cavities.                                    10:00:25
24       What happened next? We are in the July --              10:00:29
25   June/July time frame?                                      10:00:31
```

Page 45

```
 1   A  So the design was progressing in CAD, but -- and        10:00:32
 2   I don't know what -- at this point, if you are trying to   10:00:42
 3   keep me down to a specific timeline of June/July, you      10:00:44
 4   know, things take some time to progress, and so            10:00:48
 5   somewhere later on we had some design in the CAD           10:00:51
 6   software that would shape -- that would look like a        10:00:55
 7   Spider -- like a full LiDAR sensor.                        10:00:59
 8   Q  What happened next?                                     10:01:02
 9   A  At the same time, we would be fabricating               10:01:04
10   prototype components, not an entire sensor, but various    10:01:09
11   subassemblies or components that would go into this        10:01:13
12   design and begin testing them.                             10:01:16
13   Q  And what happened next?                                 10:01:17
14   A  A rotary base design was getting fabricated --          10:01:19
15   parts were being fabricated. Cavity was -- components      10:01:27
16   were coming together. I was doing some tests of the        10:01:31
17   optical cavity myself and seeing how it performed.         10:01:34
18   Q  So you were testing one of the optical cavities;        10:01:40
19   is that right?                                             10:01:46
20   A  I was -- I was testing the design of the optical        10:01:46
21   cavity.                                                    10:01:49
22   Q  So for the design that you were testing, there          10:01:49
23   were eight fiber lasers -- or eight fibers behind one      10:01:52
24   fiber lasers; is that right?                               10:01:57
25   A  At some point there -- I did test something that        10:01:58
```

12 (Pages 42 - 45)

## Page 46

1  had eight fiber lasers and eight avalanche photodiodes.  10:02:01
2   Q   And just so I can understand the architecture  10:02:04
3  here --  10:02:04
4   A   Mm-hmm.  10:02:04
5   Q   -- there would be eight fibers powered by one  10:02:08
6  fiber laser. They would -- am I saying that wrong?  10:02:10
7   A   Yeah, that's not quite accurate.  10:02:14
8   Q   Sorry. So can you explain?  10:02:16
9   A   Yes.  10:02:18
10      One optical cavity would have eight optical  10:02:19
11 fibers. Those eight optical fibers would eventually be  10:02:24
12 sourced by eight different fiber lasers.  10:02:27
13      If you go back to my term "matrix" or  10:02:34
14 "interlaced," I was trying to convey this complicated or  10:02:36
15 64 eight-by-eight --  10:02:41
16  Q   Understood. All right.  10:02:42
17  A   Yeah.  10:02:43
18  Q   Let me see if I can try and simplify it.  10:02:44
19      There were eight lasers per optical cavity.  10:02:46
20  A   Yes.  10:02:50
21  Q   Okay. So each laser would -- and I'm going to,  10:02:50
22 again, use more layman terms here.  10:02:56
23  A   Okay.  10:02:58
24  Q   They would shoot out.  10:02:59
25      Would they go directly to the -- to the lens, or  10:03:00

## Page 47

1  would they bounce off something first?  10:03:02
2   A   They would go directly to the lens.  10:03:05
3   Q   Okay. Was there any sort of fast-axis  10:03:08
4  collimation lens involved here?  10:03:15
5   A   No.  10:03:16
6   Q   And that's because we are in the fiber land, not  10:03:16
7  diode land; right?  10:03:18
8   A   Correct.  10:03:19
9   Q   Okay. So we have our eight lasers. They shoot  10:03:20
10 out through the transmit lens; right?  10:03:24
11  A   Right.  10:03:26
12  Q   They go to the target.  10:03:26
13  A   Mm-hmm.  10:03:29
14  Q   They bounce back, and they go through the same  10:03:30
15 lens; right?  10:03:33
16  A   Yes.  10:03:33
17  Q   And then they go to bounce off of a mirror and go  10:03:35
18 to individual photodetectors; is that right?  10:03:41
19  A   Yes.  10:03:43
20  Q   And the -- the space where the transmit beams are  10:03:44
21 going and where the receive photons are coming back,  10:03:51
22 those would be overlapping; right?  10:03:55
23      MR. KIM: Objection to form.  10:03:57
24      THE WITNESS: Could you be more specific?  10:04:00
25      MR. JAFFE: Sure.  10:04:04

## Page 48

1   Q   So what I'm trying to establish is that the  10:04:05
2  lasers going out and the photons coming back would both  10:04:07
3  go in the same shared space?  10:04:12
4      MR. KIM: Objection; form.  10:04:15
5      THE WITNESS: The laser going out generally would  10:04:16
6  be considered coaxial to the receive light that comes  10:04:24
7  back in. I think there may be some region of space  10:04:28
8  where, due to the mirror fold, they cross path.  10:04:33
9  BY MR. JAFFE:  10:04:37
10  Q   Okay. It's the same -- just to kind of back up a  10:04:39
11 little bit.  10:04:41
12      They share the same optical cavity; is that fair?  10:04:42
13      MR. KIM: Objection; form.  10:04:45
14      THE WITNESS: Transmit and receive are in the  10:04:46
15 same optical cavity.  10:04:49
16 BY MR. JAFFE:  10:04:51
17  Q   Okay. And when were you doing this testing that  10:04:51
18 you referred to of this design that we have just been  10:04:54
19 discussing?  10:04:56
20  A   I'm recalling testing probably in the October of  10:04:56
21 2016.  10:05:06
22  Q   So you were doing your testing.  10:05:07
23      Was it working?  10:05:15
24      MR. KIM: Objection; form.  10:05:16
25      THE WITNESS: Could you be more specific about  10:05:20

## Page 49

1  "working."  10:05:22
2  BY MR. JAFFE:  10:05:23
3   Q   Were there any major problems that prevented you  10:05:23
4  from progressing with the Spider design?  10:05:26
5   A   There were -- I would say there were issues,  10:05:32
6  eventually, that were performance issues or concerns,  10:05:36
7  yes.  10:05:42
8   Q   What were those?  10:05:42
9   A   There were at least a couple that come to mind.  10:05:43
10     I was not impressed with -- I'm not sure that's  10:05:55
11 the terminology. I was not necessarily satisfied with  10:05:59
12 the strength of signal I was receiving on any one given  10:06:01
13 channel. Ultimately, later, when I was trying to get  10:06:10
14 all eight fiber lasers and all eight detectors working  10:06:16
15 at the same time in one cavity, I was not getting good  10:06:20
16 response over more than, say, one or two channels.  10:06:25
17  Q   And so is this right when you guys pivoted to the  10:06:28
18 Fuji design?  10:06:35
19     MR. KIM: Objection; form.  10:06:36
20     THE WITNESS: Could you be more specific about  10:06:36
21 the timing of your question.  10:06:41
22 BY MR. JAFFE:  10:06:43
23  Q   Well, you said you were testing --  10:06:43
24  A   Yes.  10:06:45
25  Q   -- Spider in October 2016?  10:06:45

Veritext Legal Solutions
866 299-5127

Page 50:

1  A  Yes.                                    10:06:50
2  Q  When is the relationship in time to this testing  10:06:50
3  versus when you pivoted to Fuji?           10:06:55
4  A  We pivoted to Fuji at a time later after this  10:06:57
5  testing.                                   10:06:59
6  Q  So it would be late October 2016?       10:07:00
7  A  Yes.                                    10:07:02
8  Q  Did Uber's legal department tell you to pivot  10:07:02
9  away from Spider?                          10:07:08
10     MR. KIM: Objection. Instruct you not to answer  10:07:09
11 the question on the grounds of attorney-client privilege  10:07:14
12 as to what Uber's counsel told you to do.  10:07:17
13 BY MR. JAFFE:                              10:07:26
14  Q  Did you stop working on the Spider design at the  10:07:26
15 direction of Uber's lawyers?               10:07:30
16  A  Could you repeat your question?        10:07:33
17  Q  Did you stop working on the Spider design -- and  10:07:36
18 I'll ask a little bit different question --  10:07:38
19  A  Yeah.                                  10:07:38
20  Q  -- and pivot to the Fuji design --     10:07:40
21  A  Yeah.                                  10:07:42
22  Q  -- at the direction of Uber's lawyers?  10:07:43
23  A  No.                                    10:07:45
24  Q  Okay. Were Uber's lawyers involved in the  10:07:47
25 decision to pivot to the Fuji design?      10:07:53

Page 51:

1  A  No.                                     10:07:59
2  Q  So December 2016 -- well, actually, let me back  10:07:59
3  up.                                        10:08:16
4     Who was involved in the decision to pivot to the  10:08:16
5  design?                                    10:08:18
6  A  I would say the decision was made between myself,  10:08:19
7  Eric Meyhofer. Scott Boehmke was involved in our  10:08:25
8  decision process as well.                  10:08:30
9  Q  And just to go back a few questions earlier, when  10:08:31
10 I asked you whether Uber's lawyers were involved in the  10:08:34
11 decision to pivot to the Fuji design, you answered no,  10:08:36
12 without any equivocation.                  10:08:39
13    How do you know that?                   10:08:45
14  A  My understanding is the decision to pivot from  10:08:46
15 Spider to Fuji was a decision that I made with Eric  10:08:49
16 Meyhofer and with input from Scott Boehmke.  10:08:52
17  Q  Where -- so, again, what is the basis for your  10:08:55
18 understanding or your testimony that Uber's lawyers were  10:09:00
19 not involved at all in the pivot?          10:09:04
20  A  The decision to pivot was made by me, my boss,  10:09:06
21 with input from Scott Boehmke. That -- that's it.  10:09:18
22  Q  And you said "my boss."                10:09:23
23    Who are you referring to?               10:09:25
24  A  I'm sorry. Eric Meyhofer is my boss.   10:09:25
25  Q  Oh, so at some point your -- your -- it changed  10:09:28

Page 52:

1  from your boss being Mr. Levandowski to Mr. Meyhofer?  10:09:31
2  A  Yes.                                    10:09:34
3  Q  When was that?                          10:09:35
4  A  That would have been after -- sometime -- I don't  10:09:35
5  recall exactly when, but sometime after acquisition by  10:09:38
6  Uber.                                      10:09:41
7  Q  Okay. So you pivoted from the Spider single-lens  10:09:41
8  design to the Fuji design in late October 2016; right?  10:09:49
9  A  Yes.                                    10:09:52
10  Q  Was the Fuji design -- was that kind of in  10:09:53
11 development under consideration before the pivot?  10:10:03
12  A  That was -- as we spoke earlier, that was a  10:10:05
13 design that we had considered earlier on, and it was --  10:10:13
14 you know, I could say it was always in the back of  10:10:17
15 people's minds perhaps.                    10:10:21
16  Q  So starting about the beginning of November, Uber  10:10:22
17 ceased working on the Spider design; is that right?  10:10:29
18  A  I'm sorry. Repeat the question of what time?  10:10:32
19  Q  Starting about the beginning of November, Uber  10:10:35
20 ceased working on the Spider design; is that right?  10:10:37
21  A  That's my understanding.                10:10:39
22  Q  And then from November -- let's say November 1st  10:10:40
23 to approximately December 2015, Uber developed a kind of  10:10:51
24 a fully featured transmit board for Fuji in that time;  10:10:58
25 right?                                     10:11:02

Page 53:

1     MR. KIM: Objection; form.               10:11:02
2     THE WITNESS: I don't remember when a fully  10:11:03
3  featured transmit board was designed. I don't remember  10:11:07
4  the date.                                  10:11:10
5  BY MR. JAFFE:                              10:11:10
6  Q  Would it surprise you if Uber was sending a  10:11:11
7  transmit board to a vendor for manufacturing by mid- --  10:11:14
8  the middle of the December for Fuji?       10:11:19
9  A  No.                                     10:11:20
10    MR. KIM: Objection to form.             10:11:22
11 BY MR. JAFFE:                              10:11:23
12  Q  Why not?                               10:11:24
13  A  Well, as we established, we made our pivot late  10:11:24
14 October, early -- early November, somewhere in that time  10:11:29
15 frame -- I think it was late October -- and one of the  10:11:32
16 first things we had to work on was a laser.  10:11:35
17  Q  So you don't think that's a fast development time  10:11:39
18 to go from, essentially, no design to having a transmit  10:11:41
19 board in a month and a half?               10:11:47
20    MR. KIM: Objection; form.               10:11:48
21    THE WITNESS: No.                        10:11:49
22 BY MR. JAFFE:                              10:11:52
23  Q  Okay. How long had you spent working on Spider  10:11:53
24 trying to get it working before you pivoted to Fuji?  10:12:00
25  A  I don't remember the exact duration, but we can  10:12:09

14 (Pages 50 - 53)

```
 1                              ?         10:38:42
 2       MR. KIM: Objection; form.         10:38:44
 3       THE WITNESS: That would be me, Gaetan Pennecot,  10:38:45
 4  and I'm not aware whether anybody else was involved at  10:38:54
 5  the time. Correction. That decision would also have to  10:39:00
 6  have involved Florin Edoniscu [phonetic].  10:39:04
 7  BY MR. JAFFE:                             10:39:09
 8   Q  Do the diodes in the Fuji design do they
                                              10:39:14
10       MR. KIM: Objection; form.          10:39:15
11       THE WITNESS: Could you be more specific when you  10:39:16
12  say              " what you're referring to?  10:39:22
13  BY MR. JAFFE:                            10:39:25
14   Q  Do you have an understanding of what I'm  10:39:25
15  referring to when I talk about         ?  10:39:27
16   A  Well, it's possible that they     , and it's  10:39:29
17  possible that they don't       .         10:39:36
18   Q  Are they designed to      ?         10:39:37
19   A  They are designed and intended to
                                             10:39:43
21   Q  Why?                                 10:39:44
22   A  The reason the laser diode would
            -- there's more than one reason. But anticipating a  10:39:52
24  question by your look, there -- there would be --  10:40:00
25       MR. KIM: If -- if there's no pending question,  10:40:07
                                                Page 62
```

```
 1  you don't have to answer.                10:40:09
 2  BY MR. JAFFE:                            10:40:13
 3   Q  The question was: Why are they designed to  10:40:13
 4                                           10:40:15
 5                                           
                                             10:40:19
 7   Q  Why are they designed to     ?      10:40:20
 8       MR. KIM: Objection; form.          10:40:22
 9  BY MR. JAFFE:                            10:40:24
10   Q  You can -- you cannot answer the question if you  10:40:24
11  want, but the question is: Why are they designed to  10:40:26
12                                           10:40:28
13   A  Okay.                                10:40:30
14       MR. KIM: Same objection.           10:40:30
15       THE WITNESS: The laser diode
                                             10:40:41
18  BY MR. JAFFE:                            10:40:48
19   Q  Is that why Uber                    10:40:48
20       MR. KIM: Objection; form.          10:40:51
21       THE WITNESS: Yes.                  10:40:52
22  BY MR. JAFFE:                            10:40:54
23   Q  So your testimony is that Uber designed the laser  10:40:56
24  diodes                                   
                                   ; true?   10:41:05
                                                Page 63
```

```
 1       MR. KIM: Objection; form.          10:41:07
 2       THE WITNESS: That's my understanding.  10:41:08
 3  BY MR. JAFFE:                            10:41:09
 4   Q  Okay. How much are the diodes
                                             10:41:17
 6   A  I'm not sure I know the number.     10:41:18
 7   Q  Is it              ?                10:41:22
 8   A  I wouldn't be surprised if it was
                                             10:41:26
10   Q  Okay. And to go back to my earlier question, the  10:41:27
11  Fuji design, in total, has
                         right?              10:41:37
13       MR. KIM: Objection; form.          10:41:39
14       THE WITNESS: That is the current design.  10:41:40
15  BY MR. JAFFE:                            10:41:48
16   Q  Okay. How are the diodes aligned with respect  10:41:49
17  to -- for manufacturing purposes with respect to each  10:41:54
18  other?                                   10:42:00
19       MR. KIM: Objection; form.          10:42:01
20       THE WITNESS:
                                             10:42:11
23  BY MR. JAFFE:                            10:42:14
24   Q  And there's a -- you provide an X/Y coordinates  10:42:15
25  to the manufacturer; right, for each of the laser  10:42:18
                                                Page 64
```

```
 1  diodes?                                  10:42:20
 2   A  Yes.                                 10:42:21
 3   Q  And what are the X/Y coordinates mapped to?  10:42:21
 4   A  They are referenced to fiducial marks on the PCB.  10:42:25
 5   Q  And have you ever used holes for those?  10:42:30
 6   A  Sorry?                               10:42:35
 7   Q  For the fiducials, have you ever used a hole as a  10:42:36
 8  fiducial?                                10:42:42
 9   A  No. We have always placed the laser diodes using  10:42:43
10  the metal fiducial marks on the PCB.    10:42:46
11   Q  And who came up with that idea?     10:42:48
12       MR. KIM: Objection; form.          10:42:50
13       THE WITNESS: I believe it's standard practice in  10:42:51
14  PCB manufacture.                        10:42:54
15  BY MR. JAFFE:                            10:42:56
16   Q  So who came up with using it for Fuji?  10:42:56
17   A  I don't know.                       10:42:58
18   Q  Okay. When did that design come up?  10:42:59
19   A  I don't remember the exact date, but I think you  10:43:03
20  suggested there was a certain time frame. Did you say  10:43:09
21  December when boards went out? It would be in that  10:43:11
22  approximate time frame.                 10:43:17
23   Q  Well, just to be clear, I'm looking to your  10:43:17
24  testimony about this --                 10:43:20
25   A  I understand.                       10:43:20
                                                Page 65
```

**Page 82**

1  about when it would be ready?                          11:00:37
2       MR. KIM: Objection; form.                         11:00:39
3       THE WITNESS: As I've already told you, I gave     11:00:39
4  you more information to say that it's unlikely it would  11:00:41
5  happen in November and still somewhat unlikely it would  11:00:44
6  happen in De- -- in December.                          11:00:47
7  BY MR. JAFFE:                                          11:00:48
8   Q  But that's all the information --                  11:00:48
9   A  That's all I can really say.                       11:00:49
10  Q  Okay. And the part of your declaration that        11:00:53
11 talks about this October 2017 readiness, that assumes  11:00:57
12 that you are going to be working on getting the device 11:01:00
13 ready between now and October; right?                  11:01:02
14  A  Yes.                                               11:01:04
15  Q  Okay. You said there are approximately 24          11:01:05
16 employees currently working on the Fuji project; is that 11:01:10
17 right?                                                 11:01:14
18  A  Yes.                                               11:01:14
19  Q  To your knowledge, how many of them are former     11:01:21
20 Google or Waymo employees?                             11:01:26
21  A  It would be far easier if you gave me the list of  11:01:28
22 employees that I could go back and look at. I've gone  11:01:32
23 through this exercise before, but I would have to, like, 11:01:35
24 try to jog my memory to keep track of all the employees. 11:01:38
25  Q  Is it more or less than half?                      11:01:42

**Page 83**

1   A  I'm not sure. Half seems high.                     11:01:44
2   Q  Okay. Now, how many employees are working on       11:01:51
3  LiDAR, generally, at Uber, to your knowledge?          11:01:55
4   A  To my knowledge, our team is the only team         11:01:57
5  actively developing a LiDAR sensor.                    11:02:03
6   Q  So if there are other folks with LiDAR             11:02:06
7  responsibilities, that -- that would be incorrect; that 11:02:09
8  the only people with LiDAR responsibilities are -- are 11:02:14
9  you and the 24 employees described here?               11:02:15
10      MR. KIM: Objection; form.                         11:02:18
11      THE WITNESS: Including myself among the 24        11:02:18
12 employees, we -- to my knowledge, we are the only ones 11:02:22
13 actively developing LiDAR technology.                  11:02:24
14 BY MR. JAFFE:                                          11:02:27
15  Q  Is there any upcoming demonstration of the Fuji    11:02:34
16 sensor to Mr. Levandowski?                             11:02:38
17  A  No. Nothing is scheduled.                          11:02:40
18  Q  Is that -- would that be a step in the -- in the   11:02:42
19 development process, is a demonstration to             11:02:44
20 Mr. Levandowski?                                       11:02:50
21  A  When you state it that way, no, I would not say    11:02:50
22 that one of the milestones was demonstrating to Anthony 11:02:52
23 Levandowski.                                           11:02:56
24  Q  What about to Travis Kalanick?                     11:02:56
25  A  No plans. I presume, at some point, both he and    11:03:01

**Page 84**

1  Anthony Levandowski will find out and possibly even see 11:03:06
2  a demonstration.                                       11:03:10
3   Q  And why would they want to see a demonstration?    11:03:11
4       MR. KIM: Objection; form.                         11:03:13
5       THE WITNESS: I can't tell you why they would      11:03:14
6  want something.                                        11:03:17
7  BY MR. JAFFE:                                          11:03:18
8   Q  Why would you demonstrate it to them?              11:03:18
9   A  At some point, we are going to demonstrate the     11:03:20
10 LiDAR sensor to ourselves, to our internal customers.  11:03:25
11 Ultimately, I would imagine it's possible we demonstrate 11:03:31
12 to them as well.                                       11:03:35
13  Q  Do you think it would be reasonable to             11:03:37
14 demonstrate the LiDAR sensor to the head of your       11:03:39
15 self-driving program?                                  11:03:44
16  A  I think that would be reasonable.                  11:03:44
17  Q  And that's one of the goals that you are aiming    11:03:47
18 for -- right? -- is demonstrating your LiDAR sensor to 11:03:47
19 the head of the self-driving program; right?           11:03:51
20      MR. KIM: Objection; form.                         11:03:53
21      THE WITNESS: I wouldn't call that a goal.         11:03:53
22 BY MR. JAFFE:                                          11:03:54
23  Q  It's not a goal?                                   11:03:55
24  A  No. No. My goal is to develop a LiDAR sensor       11:03:56
25 that can be demonstrated to internal customers to their 11:03:58

**Page 85**

1  satisfaction; that it is safe to put on a vehicle.     11:04:02
2   Q  Your testimony is that Mr. Levandowski's opinion   11:04:03
3  as to your LiDAR design is completely irrelevant; is   11:04:07
4  that right?                                            11:04:10
5       MR. KIM: Objection; form.                         11:04:10
6       THE WITNESS: I -- I wouldn't say that either     11:04:11
7  because you just suggested that the boss of my boss -- 11:04:15
8  that his opinion is completely irrelevant. That's --   11:04:21
9  that's an extreme statement. I couldn't back that up   11:04:23
10 with my testimony.                                     11:04:26
11      MR. JAFFE: That's fair.                           11:04:27
12  Q  So you would agree that Mr. Levandowski, as the    11:04:29
13 boss of your boss, has relevant input into Uber's LiDAR 11:04:32
14 designs; right?                                        11:04:36
15      MR. KIM: Objection; form.                         11:04:36
16      THE WITNESS: Again, I think he would have        11:04:37
17 relevant input into the progress we are making in terms 11:04:40
18 of the program itself as a whole.                      11:04:44
19      But when you say design, now that starts to speak 11:04:48
20 of the internal construction, how we designed it, and, 11:04:53
21 generally, no, he -- he does not have input to the     11:04:58
22 design of the product.                                 11:05:01
23 BY MR. JAFFE:                                          11:05:01
24  Q  So you never discussed with Mr. Levandowski how    11:05:01
25 Otto or Uber's LiDARs are being designed; is that right? 11:05:08

22 (Pages 82 - 85)

**Page 90**

1  A  I don't know.                                    11:18:28
2  Q  He just randomly showed up?                      11:18:29
3     MR. KIM: Objection; form.                        11:18:31
4     THE WITNESS: I would have to speculate. I don't  11:18:31
5  know why he came to this meeting, but, yeah, he -- he  11:18:33
6  randomly showed up.                                 11:18:36
7  BY MR. JAFFE:                                       11:18:37
8  Q  Were you surprised that he showed up?            11:18:37
9  A  Yeah.                                            11:18:38
10 Q  Did you say --                                   11:18:39
11 A  That's part of the "fun chat."                   11:18:40
12 Q  Did you say, "Anthony, what are you doing here?  11:18:42
13 You have no involvement in this?"                   11:18:45
14 A  No, no. I don't say, "Anthony, what are you      11:18:47
15 doing here?" If he wants to show up to the staff    11:18:50
16 meeting he's entitled to show up to the staff meeting.  11:18:52
17 Q  Why is he entitled to show up to your staff      11:18:55
18 meeting?                                            11:18:59
19 A  Because he's my manager's manager.               11:18:59
20 Q  Okay. All right. The optical layout paragraph    11:19:01
21 in your e-mail?                                     11:19:02
22 A  Yes.                                             11:19:03
23 Q  It refers to something called "Chicken Bucket."  11:19:03
24    What is that?                                    11:19:07
25 A  That is a name that we gave to the HDL-64 from   11:19:08

**Page 91**

1  Velodyne.                                           11:19:13
2  Q  And why did you give it that name?               11:19:14
3  A  I'm sure I've heard somebody else refer to it as 11:19:19
4  the "Spinning Chicken Bucket" on the top of a car.  11:19:23
5  Q  And then the next line says: Separate TX and RX  11:19:26
6  cavity sides with their own specialized lenses.     11:19:32
7  A  Mm-hmm.                                          11:19:35
8  Q  What did you mean by that?                       11:19:35
9  A  This was referring to the physical design of the 11:19:37
10 Fuji optical cavity that we were proposing that would  11:19:41
11 have independent transmit and receive compartments. 11:19:45
12 Q  So this was saying separate transmit and receive, 11:19:48
13 unlike what you were doing in Spider?               11:19:53
14 A  It was simply identifying the design heads       11:19:54
15 separate, as an adjective, not separate like a verb. 11:19:57
16 Q  Okay. And Gaetan was the one working on the      11:20:01
17 optical layout for Fuji?                            11:20:08
18 A  Yes.                                             11:20:10
19 Q  And just to make sure that I have all the        11:20:10
20 terminology right, Fuji is the same thing as        11:20:13
21 905-nanometer?                                      11:20:17
22 A  That's -- that's a fair connection.              11:20:18
23 Q  And it's also called "V2" sometimes?             11:20:20
24 A  Yes.                                             11:20:23
25 Q  And V1 is Spider?                                11:20:24

**Page 92**

1  A  Yes.                                             11:20:25
2     MR. JAFFE: All right. Put that aside.            11:20:27
3     Let's mark, as Exhibit 59, document Bates-labeled 11:21:06
4  UBER8488 -- I'm sorry. We are on 60, it looks like. 11:21:12
5  Excuse me.                                          11:21:16
6     (Exhibit 60 was marked for                       11:21:17
7     identification by the Court Reporter.)           11:21:17
8  BY MR. JAFFE:                                       11:21:17
9  Q  Do you recognize the document I've put in front  11:21:33
10 of you as Exhibit 60?                               11:21:34
11 A  Just a moment.                                   11:21:36
12 Q  Are you still reading the document?              11:22:49
13 A  Yeah, just a moment. I'm almost done.            11:22:51
14    Okay.                                            11:22:54
15 Q  So my question was: Do you recognize the         11:22:55
16 document I placed in front of you?                  11:22:57
17    You are talking about the Spider design in these 11:23:04
18 e-mails; right?                                     11:23:06
19 A  I'm not sure. This is very early after I joined. 11:23:07
20 Q  So looking at the first e-mail --                11:23:19
21 A  Yes.                                             11:23:22
22 Q  -- in time, it refers to --                      11:23:22
23 A  Which one?                                       11:23:22
24 Q  From Mr. Boehmke.                                11:23:28
25    -- did Anthony share the doc we came up with here 11:23:30

**Page 93**

1  on Wednesday with you?                              11:23:33
2     Do you see that?                                 11:23:36
3  A  I see that.                                      11:23:36
4  Q  Do you know what that refers to?                 11:23:37
5  A  I'm not 100 percent sure, but I believe there was 11:23:38
6  a document -- I forget the title -- "LiDAR Thoughts." I 11:23:45
7  believe it involved Anthony Levandowski and Scott   11:23:54
8  Boehmke.                                            11:23:56
9  Q  And then you get added to the thread on May 23rd 11:23:56
10 in that next e-mail?                                11:24:04
11 A  Yes.                                             11:24:05
12 Q  And it says: We have reviewed the doc a bit.     11:24:05
13    So you -- you reviewed this document?            11:24:08
14 A  Okay. Yes.                                       11:24:09
15 Q  And then in Mr. Boehmke's e-mail above that from 11:24:11
16 May 24th, it talks about: How far apart do they need to 11:24:19
17 be --                                               11:24:19
18 A  Mm-hmm.                                          11:24:19
19 Q  -- to not see a retro reflector from the other's 11:24:25
20 transmission.                                       11:24:28
21    That's talking about a monostatic single-lens    11:24:29
22 design; right?                                      11:24:31
23 A  I believe that's true.                           11:24:32
24 Q  So is it fair today to say that -- based on this 11:24:33
25 e-mail, that Mr. Levandowski was design -- helping  11:24:37

24 (Pages 90 - 93)

```
 1  design the Spider device?                    11:24:40
 2      MR. KIM: Objection; form.                11:24:43
 3      THE WITNESS: I would say, inasmuch as he 11:24:44
 4  co-authored a document in -- that had influence on the 11:24:51
 5  LiDAR design, he had, early on, some -- some apparent 11:24:58
 6  input to the design, yes.                    11:25:03
 7  BY MR. JAFFE:                                11:25:04
 8  Q   Okay. So Mr. Levandowski helped come up with the 11:25:06
 9  basic design of the Spider device; right?    11:25:08
10      MR. KIM: Objection; form.                11:25:11
11      THE WITNESS: He appears -- I don't know -- the 11:25:11
12  problem is I don't know what his authorship was in the 11:25:20
13  document, but the document had an influence in the 11:25:22
14  design of Spider.                            11:25:26
15  BY MR. JAFFE:                                11:25:27
16  Q   But according to this e-mail, it's a document 11:25:27
17  that Mr. Boehmke and Anthony came up with that -- 11:25:29
18  right? -- that served as the basis for the Spider 11:25:35
19  design; right?                               11:25:36
20      MR. KIM: Objection; form.                11:25:37
21      THE WITNESS: So I would say yes, it would show 11:25:37
22  that Anthony and Scott Boehmke both contributed to this 11:25:44
23  document, and I can say that that document did 11:25:49
24  contribute toward the design of the Spider.  11:25:51
25      MR. JAFFE: Okay. Let's mark, as Exhibit 61, a 11:25:55
                                                  Page 94
```

```
 1  document entitled -- labeled UBER6556.        11:25:58
 2      (Exhibit 61 was marked for                11:26:08
 3      identification by the Court Reporter.)    11:26:09
 4  BY MR. JAFFE:                                 11:26:09
 5  Q   Mr. Haslim, you are on the cc line of this 11:26:15
 6  e-mail; right?                                11:26:17
 7  A   Yes.                                      11:26:18
 8  Q   And do you see Mr. Levandowski here is saying: 11:26:20
 9                                                
                                                  11:26:27
11      Do you see that?                          11:26:32
12  A   Yes, I see that.                          11:26:33
13  Q   What is he referring to?                  11:26:34
14  A   He's referring to a component that goes into -- 11:26:35
15  or components that go into                    
                                                  11:26:44
17  Q   And he's referring to this is in the -- this is 11:26:45
18  for the Spider design; right?                 11:26:47
19  A   Yes. This would have been for the Spider design. 11:26:49
20  Q   So Mr. Levandowski was involved at the level of 11:26:51
21  specifying                                    
                                   ; is that fair?  11:26:59
23      MR. KIM: Objection; form.                 11:27:02
24      THE WITNESS: I don't know that he's ever  11:27:02
25  specified the concentrations, but it appears he's got an 11:27:04
                                                  Page 95
```

```
 1  opinion about                         .       11:27:07
 2  BY MR. JAFFE:                                 11:27:09
 3  Q   And so he was at least involved in this design 11:27:11
 4  input into the design of the        for the Spider 11:27:13
 5  device; right?                                11:27:15
 6  A   Yes.                                      11:27:16
 7      MR. JAFFE: Okay. You can put that one aside. 11:27:17
 8      This is going to be Exhibit 62. It's a document 11:27:32
 9  with Bates label UBER8592.                    11:27:35
10      (Exhibit 62 was marked for                11:27:38
11      identification by the Court Reporter.)    11:27:38
12  BY MR. JAFFE:                                 11:27:38
13  Q   Mr. Haslim, do you recognize the document I 11:27:45
14  handed to you marked as Exhibit 62?           11:27:48
15  A   Yes.                                      11:27:55
16  Q   And the first e-mail in time is one that you 11:27:56
17  wrote on October 26, 2016; right?             11:28:00
18  A   Yes.                                      11:28:02
19  Q   And you are talking about V2, which we have 11:28:02
20  established is Fuji; right?                   11:28:05
21  A   Right.                                    11:28:06
22  Q   So you are talking about this pivot right here in 11:28:06
23  October 20- -- October 2016; right?           11:28:11
24  A   Right.                                    11:28:12
25  Q   So I want to talk to you about this optical 11:28:12
                                                  Page 96
```

```
 1  cavity part of your e-mail.                   11:28:19
 2  A   Okay.                                     11:28:21
 3  Q   You said: We have not yet aligned a full pattern 11:28:21
 4  of transmit and receive channels because the transmit 11:28:24
 5  elements are located by machined holes, and I'm skipping 11:28:26
 6  some parentheticals.                          11:28:30
 7      What are you referring to?                11:28:31
 8  A   This is referring to the V1, or the Spider 11:28:31
 9  design; that                                  
                                                  11:28:50
13  Q   What do you mean by                       11:28:51
14  A   Maybe I didn't describe this well last time we 11:28:54
15  talked about this.                            11:28:58
16                                                
                                                  
                                                  
                                                  
                                                  11:29:23
22  Q   Okay. All right. The next line says: It also 11:29:23
23  features a custom beam-splitting mirror with a hole cut 11:29:26
24  into it.                                      11:29:29
25      Do you see that?                          11:29:29
                                                  Page 97
```