# EXHIBIT 69
# FILED UNDER SEAL

# EXHIBIT 70
# FILED UNDER SEAL

# EXHIBIT 71
# FILED UNDER SEAL

# EXHIBIT 72
# FILED UNDER SEAL

# EXHIBIT 73
# FILED UNDER SEAL

# EXHIBIT 74
# FILED UNDER SEAL

# EXHIBIT 75
# FILED UNDER SEAL

# EXHIBIT 76
# FILED UNDER SEAL

# EXHIBIT 77
# FILED UNDER SEAL

# EXHIBIT 78
# FILED UNDER SEAL