# EXHIBIT 82
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                      SAN FRANCISCO DIVISION
4                             -oOo-
5   WAYMO LLC,                       )
6                                    )
7            Plaintiff,              )
8                                    )
9      vs.                           )   Case No: 3:17-cv-00939-WHA
                                     )
10  UBER TECHNOLOGIES, INC.,         )
    OTTOMOTTO LLC, OTTO TRUCKING,    )
11  LLC,                             )
                                     )
12           Defendants.             )
    _____    )
13
14            CONFIDENTIAL - ATTORNEYS' EYES ONLY
15           VIDEOTAPED DEPOSITION OF DANIEL GRUVER
16                   San Francisco, California
17                    Thursday, April 20, 2017
18
19
20  Reported by:
21  LISA R. TOW
22  CSR No. 6629
23  Job No. 2599857
24
25  PAGES 1 - 73

                                                            Page 1
```

| | | |
|---|---|---|
| 1 | A. He was interested in the | 09:27:19AM |
| 2 | functionality of it in respect to how it | 09:27:20AM |
| 3 | pertained to the self-driving vehicle. | 09:27:25AM |
| 4 | Q. Did Anthony Levandowski have input | 09:27:29AM |
| 5 | into the functionality of Spider? | 09:27:33AM |
| 6 | A. Yes. | 09:27:35AM |
| 7 | Q. What other input would Anthony | 09:27:35AM |
| 8 | Levandowski have had in relation to the | 09:27:46AM |
| 9 | functionality -- I'm sorry. Let me start | 09:27:48AM |
| 10 | over again. | 09:27:50AM |
| 11 | What input did Anthony Levandowski have | 09:27:50AM |
| 12 | in relation to the design of Spider? | 09:27:54AM |
| 13 | A. Design review involvement, I | 09:27:57AM |
| 14 | guess. | 09:28:11AM |
| 15 | Q. And Anthony Levandowski would | 09:28:16AM |
| 16 | provide feedback on design; is that fair? | 09:28:22AM |
| 17 | A. Yeah, as it pertained to schedule | 09:28:25AM |
| 18 | mostly. | 09:28:29AM |
| 19 | You know, is given two options or three | 09:28:30AM |
| 20 | options we would be considering would | 09:28:33AM |
| 21 | something more expediently get us a system | 09:28:33AM |
| 22 | to test on a truck or more thoroughly meet | 09:28:36AM |
| 23 | sort of requirements our software engineers | 09:28:39AM |
| 24 | wanted. | 09:28:42AM |
| 25 | Q. But through that input then, | 09:28:44AM |

Page 24

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | But, it used two lenses in each of | 09:30:28AM |
| 2 | eight optical cavities.  So I could consider | 09:30:32AM |
| 3 | that sixteen lenses. | 09:30:35AM |
| 4 | Q. Did it at any point in the design | 09:30:37AM |
| 5 | use one lens to both transmit -- let me | 09:30:46AM |
| 6 | start over again. | 09:30:51AM |
| 7 | Did the lenses that the Spider design | 09:30:52AM |
| 8 | use, both transmit and receive light? | 09:31:04AM |
| 9 | A. Yes. | 09:31:06AM |
| 10 | Q. And that's true for each of those | 09:31:08AM |
| 11 | lenses; correct? | 09:31:12AM |
| 12 | A. Each -- yes.  It was a pair of | 09:31:13AM |
| 13 | lenses in sequence. | 09:31:19AM |
| 14 | Q. Right.  But each -- each of the | 09:31:22AM |
| 15 | sixteen lenses both transmitted and received | 09:31:26AM |
| 16 | light? | 09:31:31AM |
| 17 | A. No.  There were eight pairs of | 09:31:31AM |
| 18 | lenses.  The two lenses together formed an | 09:31:35AM |
| 19 | optical system. | 09:31:38AM |
| 20 | Q. Who came up with the lens design | 09:31:49AM |
| 21 | for Spider? | 09:32:10AM |
| 22 | A. I don't recall. | 09:32:11AM |
| 23 | Q. Was -- it wasn't you? | 09:32:12AM |
| 24 | A. No. | 09:32:20AM |
| 25 | Q. Was it Anthony Levandowski? | 09:32:20AM |

Page 26

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | ██████████████████████████████ | ██████ |
| 2 | ████████████ | 09:37:22AM |
| 3 | Q.   And that was around the same time | 09:37:22AM |
| 4 | that it was publically announced? | 09:37:26AM |
| 5 | A.   Yeah, I think it was exactly the | 09:37:28AM |
| 6 | same time. | 09:37:31AM |
| 7 | Q.   ██████████████████████████ | ████ |
| 8 | ██████████████ | ██████ |
| 9 | ████ ████████████████████████ | ██████ |
| 10 | ████ ██████████████████ | ██████ |
| 11 | ████████████████████████████████ | ██████ |
| 12 | ████████████████████ | ██████ |
| 13 | ████ ██████████████████ ████████ | ██████ |
| 14 | ████████████████████████████████ | ██████ |
| 15 | ██████████████████████████████ | ██████ |
| 16 | ████████████████████████████████ | ██████ |
| 17 | ████ ████████████████████████ | 09:38:08AM |
| 18 | Q.   The -- going back to Spider.  Did | 09:38:13AM |
| 19 | Spider use eight fiber lasers? | 09:38:26AM |
| 20 | A.   Yes. | 09:38:30AM |
| 21 | Q.   Who came up with the idea to use | 09:38:30AM |
| 22 | eight fiber lasers? | 09:38:34AM |
| 23 | A.   A combination of engineers. | 09:38:35AM |
| 24 | Q.   Can you name any specific people | 09:38:37AM |
| 25 | that you are aware of that were involved in | 09:38:39AM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | been involved in a design review for Fuji? | 09:48:39AM |
| 2 | A.   I wouldn't say "never." | 09:48:42AM |
| 3 | Q.   When has he been involved? | 09:48:43AM |
| 4 | Let me start over again. | 09:48:47AM |
| 5 | Mr. Levan -- Anthony Levandowski -- | 09:48:49AM |
| 6 | Has Anthony Levandowski been involved | 09:48:54AM |
| 7 | in any design reviews for Fuji? | 09:49:05AM |
| 8 | A.   I can't recall a date, but he's | 09:49:09AM |
| 9 | been involved. | 09:49:20AM |
| 10 | Q.   Can you -- how many design reviews | 09:49:22AM |
| 11 | of Fuji have there been? | 09:49:32AM |
| 12 | A.   So we -- we meet frequently about | 09:49:35AM |
| 13 | the progress of it with either engineering | 09:49:42AM |
| 14 | leads or our entire team.  So, I would say | 09:49:45AM |
| 15 | we meet twice a week to do status updates or | 09:49:47AM |
| 16 | project updates.  So, lots. | 09:49:51AM |
| 17 | Q.   And you can't recall specific | 09:49:54AM |
| 18 | dates, but Anthony Levandowski has been | 09:49:57AM |
| 19 | involved in at least some of those design | 09:49:59AM |
| 20 | reviews; is that fair? | 09:50:02AM |
| 21 | A.   Yeah.  He's been -- there's been | 09:50:03AM |
| 22 | updates to him and other people about | 09:50:08AM |
| 23 | progress.  I don't think we've setup formal | 09:50:10AM |
| 24 | design reviews that have involved him sort | 09:50:14AM |
| 25 | of being involved in a design review, but I | 09:50:16AM |

Page 39

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | lawsuit in which Mr. Levandowski may have | 10:33:03AM |
| 2 | briefly addressed the allegations? | 10:33:06AM |
| 3 | A.  I was present at the meeting. | 10:33:09AM |
| 4 | Q.  What did Mr. Levandowski say? | 10:33:11AM |
| 5 | A.  I don't recall. | 10:33:12AM |
| 6 | Q.  ████████████████████ | ████ |
| | ████████████████████████ | ████ |
| | ████████████████████ | ████ |
| | ████████████████ | ████ |
| | ████████████████████ | ████ |
| | ██████████████████████ | ████ |
| | ██ | ████ |
| | ████████████████ | ████ |
| | ██████████████ | ████ |
| | ████████ | ████ |
| | ██████████████████████ | ████ |
| | ██████████████████ | ████ |
| | ████ | ████ |
| | ████████ | ████ |
| | ████████████████████ | ████ |
| | ████████████ | ████ |
| | ██████████████████ | ████ |
| | ██ | 10:33:55AM |
| 24 | Q.  So safe to say you don't really | 10:33:56AM |
| 25 | have a good memory of what he said at that | 10:33:58AM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | have happened, but I -- | 10:50:17AM |
| 2 | Q. What was Anthony Levandowski's | 10:50:20AM |
| 3 | role in the decision to pivot from Spider to | 10:50:23AM |
| 4 | Fuji? | 10:50:27AM |
| 5 | A. He had the opportunity to veto a | 10:50:28AM |
| 6 | design change. But didn't. So, I guess -- | 10:50:34AM |
| 7 | Q. But ultimately the decision as to | 10:50:42AM |
| 8 | whether to pivot from Spider to Fuji would | 10:50:44AM |
| 9 | have been up to Anthony Levandowski; fair? | 10:50:49AM |
| 10 | A. Yes. | 10:50:55AM |
| 11 | Q. Fair. | 10:50:55AM |
| 12 | And was Spider designed to rotate about | 10:50:58AM |
| 13 | in access? | 10:51:05AM |
| 14 | A. Yes. | 10:51:06AM |
| 15 | Q. Did the outgoing laser beams go | 10:51:06AM |
| 16 | through a hole in a mirrored surface in | 10:51:10AM |
| 17 | Spider? | 10:51:13AM |
| 18 | A. Yes. | 10:51:13AM |
| 19 | Q. Did the incoming reflected light | 10:51:15AM |
| 20 | bounce off that mirrored surface on it's way | 10:51:19AM |
| 21 | to the received block in Spider? | 10:51:23AM |
| 22 | A. Yes. | 10:51:24AM |
| 23 | Q. Would light transmit out and | 10:51:29AM |
| 24 | return through the same lens pair in Spider? | 10:51:32AM |
| 25 | A. So, we prototyped a handful of -- | 10:51:36AM |

Page 67

| | | |
|---|---|---|
| 1 | discussed a handful of designs.  I'm trying | 10:51:48AM |
| 2 | to remember which one was the last plan of | 10:51:51AM |
| 3 | record.  But, I believe the sort of last | 10:51:53AM |
| 4 | plan of record had that. | 10:51:56AM |
| 5 |     Q.   And did Spider use more than one | 10:51:58AM |
| 6 | laser? | 10:52:01AM |
| 7 |     A.   Clarify. | 10:52:06AM |
| 8 |     Q.   Did Spider have available to it | 10:52:07AM |
| 9 | the use of more than one laser? | 10:52:12AM |
| 10 |     A.   Yes. | 10:52:14AM |
| 11 |     Q.   And did the received block in | 10:52:14AM |
| 12 | Spider use more than one receiver? | 10:52:18AM |
| 13 |     A.   Yes. | 10:52:21AM |
| 14 |     Q.   Did the light going out -- let me | 10:52:22AM |
| 15 | start over again. | 10:52:26AM |
| 16 |     When the light went out in Spider would | 10:52:28AM |
| 17 | it partially overlap with the path of light | 10:52:34AM |
| 18 | returning to the received block? | 10:52:39AM |
| 19 |     A.   Yes. | 10:52:41AM |
| 20 |     Q.   And was -- were the lenses in | 10:52:55AM |
| 21 | Spider were they in a housing of some kind? | 10:53:09AM |
| 22 |     A.   Yes. | 10:53:12AM |
| 23 |     Q.   Why don't we go off the record. | 10:53:12AM |
| 24 |     THE VIDEOGRAPHER:  Off the record at | 10:53:19AM |
| 25 | 10:50 a.m. | 10:53:24AM |

Veritext Legal Solutions
866 299-5127