# EXHIBIT 83
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    WAYMO LLC,                      )
                                     )
6              Plaintiff,            )
                                     )  Case No.
7         vs.                        )  3:17-cv-00939-WHA
                                     )
8    UBER TECHNOLOGIES, INC.,        )
     OTTOMOTTO LLC; OTTO TRUCKING    )
9    LLC,                            )
                                     )
10             Defendants.           )
     _____)

11

12      *** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14      VIDEOTAPED DEPOSITION OF PAUL McMANAMON

15             San Francisco, California

16             Wednesday, April 19, 2017

17                   Volume I

18

19

20   Reported by:

21   CARLA SOARES

22   CSR No. 5908

23   Job No. 2598912

24

25   Pages 1 - 81

                                        Page 1
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    taking out all of them.                        10:19:56

 2         Q    Okay.

 3         A    They're relatively similar.

 4         Q    Did you do any measurements during this

 5    inspection?                                     10:20:01

 6         A    I did not.

 7         Q    You did not look at any Waymo LiDAR

 8    devices in person, correct?

 9         A    As far as I understood my task, my task

10    was to compare the Uber Fuji system against claimed    10:20:14

11    trade secrets by Google and patents by Google, or

12    Waymo -- sorry, I should have said "Waymo" -- and so

13    I didn't feel it was really necessary to examine any

14    particular devices that Google or Waymo had built.

15         Q    You understand that Waymo developed those    10:20:37

16    patents and trade secrets while it was building its

17    LiDAR devices, correct?

18         A    Yes.

19         Q    But you didn't think it was necessary to

20    look at the actual devices as part of your analysis?    10:20:44

21         A    The task, as I understand it, is to see

22    whether there was any infringement of the patents or

23    any use of the trade secrets.  And so that was the

24    task that I attempted.

25         Q    And your list of materials considered,    10:21:10
```

Page 25

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    things to align.                                     10:28:48

 2        Q    Did Mr. Haslim explain how Uber does the

 3    alignment --

 4        A    He did not.

 5        Q    -- when it's testing its devices?          10:28:54

 6        A    Sorry.  I didn't wait for you to finish.

 7             Mr. Haslim did not go into detail on the

 8    alignment procedures.  That actually would have been

 9    an interesting thing to go into, but we did not go

10    into that detail.                                    10:29:08

11        Q    So why don't we turn to paragraph 33 of

12    your declaration.

13        A    Here we go.

14        Q    Paragraph 33 continues on to the next

15    page.                                                10:29:35

16        A    Yes.

17        Q    But it's fair to say this has a comparison

18    of Waymo's GBr3 LiDAR device with Uber's Fuji LiDAR

19    device?

20        A    Let me read it, see what I said.            10:29:44

21             In this paragraph, I do compare the

22    devices because of the fact that I was trying to

23    determine whether the trade secrets and the patents

24    claimed by Waymo were used in the Uber device.

25        Q    And on page 7, line 27, you say that the    10:30:15
```

Page 33

```
 1    following chart provides a summary comparison of key      10:30:22

 2    features of those devices?

 3         A   Yes, I do.

 4         Q   And that summary chart does not include a

 5    specific comparison of the individual transmit           10:30:33

 6    printed circuit boards in the two devices, correct?

 7         A   The boards -- the details of the boards I

 8    felt were more in Mike Lebby's tasking than they

 9    were in my tasking, and so I wasn't focusing on

10    those.                                                   10:30:51

11         Q   Same answer with respect to the position

12    of the laser diodes on the boards?

13         A   Yes, same answer.

14         Q   One thing you point out in -- I'm looking

15    at paragraph 36, if you want to reference it.            10:31:03

16             One thing you point out is that the Fuji

17    system has two optical cavities?

18         A   Yes.

19         Q   Do you know if those two cavities are

20    synchronized in any way?                                 10:31:12

21         A   I'm not sure, but I seem to remember that

22    they -- one of the benefits of having two cavities

23    was they felt they could fire a laser from one

24    cavity and fire a laser from the other cavity, and

25    they wouldn't interfere.                                 10:31:33
```

Page 34

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    details of these designs.                            10:39:38

 2        Q    So you agree, it's not your opinion that

 3    he had that design in Exhibit 68 in October 2015?

 4        A    I don't know exactly when this particular

 5    design was developed.  He may have told me, but I     10:39:49

 6    don't know exactly when it was developed.

 7        Q    Okay.  The design -- just for the record,

 8    the design in Exhibit 68 is what --

 9        A    Yes.  I don't remember exactly when it was

10    developed.                                            10:40:01

11        Q    Okay.

12        A    I do know that he had the ███████████

13    concept.  But when these exact details, ████████

14    ██████████████████████, I don't know exactly when

15    that happened.                                        10:40:08

16        Q    Okay.  And so back to your declaration,

17    paragraph 43, and fortunately we have a picture of

18    it here in your declaration.

19        A    Okay.

20        Q    This is, I believe --                        10:40:19

21        A    Yes.

22        Q    -- a ████████████████ from a RFQ

23    that --

24        A    Correct.

25        Q    -- Mr. Boehmke sent to ██████████            10:40:26
```

Page 42



```
 1        A    Yes.                                      10:40:28

 2        Q    And this -- you agree with me that this

 3    ██████████████████████████████████ --

 4        A    I'd have to ████████████████ on

 5    here.  Wait a minute.                              10:40:45

 6             There are ██████████████████████

 7        Q    Okay.  And you consider this ████████

 8    ██████?

 9        A    I do consider this ██████████████.  Yes.

10    It's a foveated vision type of concept.           10:40:58

11        Q    Okay.  That was my next question.

12             You consider it foveated vision?

13        A    Yes.

14        Q    Do you agree with me that at least as far

15    as you can tell on this diagram, ████████████      10:41:09

16    ████████████████████████████████?

17        A    They appear to be ██████████████ as I

18    look at them.

19        Q    Okay.  Do you agree with me that the

20    ████████████████████ in paragraph 43 of your       10:41:28

21    declaration is not the same as ██████████████ in

22    Exhibit 68 that I've put in front of you?

23        A    The main point of this figure is the

24    concept.  And if you look at the right of that

25    figure, you'll even see it says, ████████████      10:41:44
```

Page 43

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        Q    Correct me if I'm wrong, but I believe        10:43:02

 2   your declaration does not analyze or does not

 3   provide a description of what Mr. Boehmke was doing

 4   between March 2016 and late October 2016.  Is that

 5   fair?                                                  10:43:13

 6        A    I believe that's fair.  Yes.

 7        Q    You understand that Mr. Haslim, in his

 8   declaration, he said that the work on Fuji began in

 9   late October 2016.

10             Does that sound right?                       10:43:28

11        A    That sounds approximately right.

12        Q    Okay.  So there wasn't a specific Fuji

13   design prior to late October 2016 as far as you

14   know?

15        A    I don't -- I don't know exactly when the     10:43:37

16   Fuji design came into fruition.

17        Q    And then paragraph 48 of your declaration,

18   one thing you say is that -- and I'm looking at the

19   last sentence.  You say, "The ███████████

20   ████████████████████████████████████ of            10:43:58

21   the Fuji design are based on Mr. Boehmke's work on

22   ████████████████████████

23             Do you see that?

24        A    I do.

25        Q    And I just want to make sure I'm clear.      10:44:09
```

Page 45

1    You don't provide a specific analysis to                10:44:12

2    support that statement in your declaration?

3         A    As I stated a few times, I believe the

4    important thing is that he developed the concept of

5    ███████████.  And then they used that in order          10:44:23

6    to meet the requirements that they set for the

7    LiDAR.

8         Q    Okay.  I just want to make sure I'm clear.

9         You didn't do the analysis to show that

10   what he conceived of, his version of ██████             10:44:35

11   ████████ was actually implemented into the Fuji

12   design; that's not an analysis you provided in your

13   declaration?

14        A    I believe his ███████████████████

15   ███████████████████ probably changed              10:44:52

16   over time.

17        So looking at the earlier ████████

18   that he had might not be as productive, other than

19   learning the concept, because I believe it did

20   evolve, you know, as they looked at their             10:45:08

21   requirements in more detail.

22        Q    And at any point in time, you didn't

23   compare Mr. Boehmke's specific work -- your

24   declaration doesn't compare his specific work to

25   what ultimately ended up in Exhibit 68?              10:45:22

Page 46

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A    I did not end up analyzing any of the        10:45:27

 2   particular exact earlier ones and compare it with

 3   the final one that they ended up -- you know, well,

 4   the final as of now.

 5        Q    Okay.  Jumping up a little bit,              10:45:39

 6   paragraph 46 of your declaration --

 7        A    Okay.

 8        Q    -- you said that Mr. Boehmke developed his

 9   designs prior to Uber's acquisition of Otto in

10   August of 2016.                                        10:45:51

11           Do you see that?

12        A    I do see that.

13        Q    At the time you wrote your declaration,

14   was it your understanding that Mr. Boehmke was

15   working independently of Otto?                         10:45:58

16        A    That is my understanding.

17        Q    Would it surprise you if Mr. Boehmke was

18   communicating with Anthony Levandowski about beam

19   spacing prior to August of 2016?

20        A    I have no knowledge of that.                 10:46:13

21        Q    Do you understand who Mr. Levandowski is?

22        A    I've read about him in the newspaper.

23   Well, actually online.

24        Q    Okay.

25        A    I used to read newspapers.                   10:46:21
```

Page 47

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1       A   I believe that there are a number of trade    10:50:52

 2   secrets Google claims -- Waymo claims.

 3       Q   So you can't tell me just sitting right

 4   here whether the trade secrets are specifically

 5   limited to the concept of ███████████████          10:51:02

 6   ███████████████   or whether they're more

 7   specific?

 8       A   Why don't we add to the list of things

 9   you'll get at the break the trade secret list --

10       Q   Of course.                                    10:51:12

11       A   -- so that I can look at the trade

12   secrets.

13       Q   But you offered a declaration on these

14   trade secrets, correct?

15       A   Yes, I did.                                   10:51:17

16       Q   And sitting here right now, having done

17   the analysis, I'm just asking if you can tell me

18   whether the trade secrets are specifically limited

19   to the concept of ████████████████████

20   ██████████.                                           10:51:26

21       A   The main issue I would have with the other

22   trade secrets is the fact that since Uber

23   independently developed their LiDAR, then I believe

24   the exact details of these trade secrets are not

25   that relevant.  That's just my understanding of what  10:51:43
```

Page 52

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    a trade secret is.                                   10:51:45

 2         Q    Okay.  Do you agree with me that the trade

 3    secrets are not simply the concept of ██████████

 4    ████████████████████████████?

 5         A    I believe that Waymo is claiming more      10:52:02

 6    trade secrets than just that.

 7         Q    Is it your understanding that one of the

 8    trade secrets is specifically limited to the concept

 9    of █████████████████████████?

10         A    I don't remember the exact wording of that 10:52:17

11    trade secret.  But I believe the main point was

12    ████████████████████████████, which I

13    disagree with.

14         Q    Do you recall seeing the words ██████████

15    ██████  in Waymo's trade secret list?            10:52:27

16         A    I believe that Waymo/Google probably

17    was -- they did not use that.  They did not use

18    that.

19         Q    And you looked at the declaration from

20    some Waymo engineers, correct?                       10:52:39

21         A    I looked at one from Droz who did the

22    design.  Yes.

23         Q    And Mr. Droz didn't say that that was

24    their -- their design was to simply implement

25    ████████████████████████████, correct?          10:52:53
```

Page 53

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A   He did not use the words ████████           10:52:55

 2     ████████  I'm the one who started to use the words

 3     ████████

 4        Q   ████████████  typically refers to ████████

 5     ██████████████████████████████████              10:53:05

 6     ███████████████████████████████████

 7     ██████; is that fair?

 8        A   I might characterize it somewhat different

 9     than that.

10          I would say ████████████████████           10:53:15

11     ████████████████████████

12        Q   Okay.  Did you cite any documents that

13     specifically have that definition in it in your

14     declaration?

15        A   I don't remember -- I mean, I cited two    10:53:32

16     documents in my declaration that used ████████

17     ███████████████████, and there's been many,

18     many documents that -- some of which I reference

19     in -- you know, that I looked at on ████████████

20          Now I've forgotten exactly what the         10:53:50

21     question is.

22        Q   No problem.  We can go to the next

23     question.

24        A   Okay.

25        Q   You mentioned two specific papers.  One of  10:53:57
```

Page 54

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    those is the PanDAR publication?                  10:53:58

 2        A    Yes, it is.

 3        Q    I'll refer you to paragraph 52 of your

 4    declaration.

 5        A    Okay.                                     10:54:05

 6        Q    I believe this is where you have

 7    discussion of the PanDAR device.

 8        A    Yes.

 9        Q    Were you involved in the development of

10    the PanDAR device at all?                          10:54:13

11        A    No, I was not.  I knew a lot of people at

12    HRL, but I didn't know these particular people that

13    published this.

14        Q    HRL, is that a research lab?

15        A    It is.  It used to be Hughes Research     10:54:23

16    Laboratory, but now it just and stands for HRL

17    because Hughes doesn't exist anymore.

18        Q    This PanDAR paper was published in 2015?

19        A    I believe you are correct.

20        Q    Do you agree this describes the state of  10:54:38

21    the art in 2015 for certain autonomous vehicle LiDAR

22    systems?

23        A    I don't know that.  I guess I'm not --

24    this is -- they had a couple of points in this paper

25    that they wanted to make.                          10:54:55
```

Page 55

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              So I guess I would not characterize this      10:54:58

 2    as necessarily describing the state of the art.

 3    They were using commercial -- commercially available

 4    LiDARs.  They were overlapping them in order to have

 5    a foveal region.                                        10:55:10

 6              But I believe it would be a step too far

 7    to compare this to the state of the art.  They were

 8    using whatever devices they needed in order to make

 9    the scientific points they needed to make in this

10    paper.                                                  10:55:26

11         Q    Okay.  And the device that's described in

12    the PanDAR paper mounted to Velodyne 32E LiDAR

13    devices on top of each other, correct?

14         A    Yes, that is correct.

15         Q    And is it correct that the bottom one was    10:55:36

16    flipped upside down?

17         A    Yes.  One of them was.

18         Q    One of them was flipped upside down.

19              And you actually have -- in paragraph 52,

20    you've got a couple figures from the PanDAR paper.      10:55:46

21              Do you see that?

22         A    Yes, I do.

23         Q    And this figure shows that the PanDAR

24    device overlaps 16 of the lasers from each of the

25    two devices in the middle of the field of view,        10:56:00
```

Page 56

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    correct?                                          10:56:02

 2         A    Yes, it does.

 3         Q    Does the figure show a 60-degree vertical

 4    field of view?

 5         A    Yes, it does.                           10:56:08

 6         Q    The top 20 degrees has 16 lasers, correct?

 7         A    Yes.

 8         Q    And that's identified as the periphery?

 9         A    Correct.

10         Q    And the lower 20 degrees also has 16    10:56:17

11    lasers?

12         A    Yes, it does.

13         Q    That's also identified as the periphery?

14         A    Yes, it is.

15         Q    Then the middle 20 degrees has 32 lasers 10:56:24

16    resulting from the overlap, correct?

17         A    Yes, that is true.

18         Q    And that's identified as the fovea?

19         A    Yes.

20         Q    And the Velodyne 32E devices, they each  10:56:33

21    have 32 uniformly spaced lasers, correct?

22         A    Those were commercially available devices

23    that they used.  And yes, those devices were

24    uniformly spaced.

25         Q    Okay.  So the PanDAR device implemented   10:56:46
```

Veritext Legal Solutions
866 299-5127

1    foveated vision without using ████████████          10:56:48

2    ████████████, correct?

3         A    They -- they used two commercially

4    available devices that had uniform spacing and

5    overlapped them as their method of implementing      10:56:59

6    foveated vision.

7         Q    So you agree that the LiDAR system can

8    implement foveated vision without using ██████

9    ██████

10        A    Well, in this case, it's really using, I    10:57:07

11   guess, two separate LiDARs and overlapping them.

12        Q    But it's not using ████████████████

13   ████████████?

14        A    In this case, it is not.

15        Q    Do you recall that Uber also attempted a    10:57:20

16   design that had two ██████████████ stacked on top

17   of each other?

18        A    I remember some discussion about that, and

19   they might have even asked ██████████ about delivering

20   two of them.  My recollection of that is not that      10:57:33

21   clear.

22        Q    Okay.  Do you recall this being referred

23   to as the dual-stack design?

24        A    I've heard those words.

25        Q    Okay.  Am I correct that Uber did not       10:57:42

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    choose to go with that design, they went with the       10:57:48

 2    Fuji design?

 3         A    Yes, that is correct.  Yes.

 4              MR. NEWTON:  I think we're right at about

 5    an hour, so why don't we take a break.                   10:57:56

 6              THE WITNESS:  That sounds like a good

 7    plan.

 8              THE VIDEO OPERATOR:  This marks the end of

 9    Media No. 1 in the deposition of Dr. Paul McManamon.

10    We're going off the record at 10:58 a.m.                 10:58:04

11         (Recess, 10:58 a.m. - 11:15 a.m.)

12              THE VIDEO OPERATOR:  We're back on the

13    record at 11:15 a.m., and this marks the beginning

14    of Media No. 2 in the deposition of Dr. Paul

15    McManamon.                                               11:15:05

16    BY MR. NEWTON:

17         Q    Dr. McManamon, welcome back.

18         A    Thank you.

19         Q    So I'd now like to talk about paragraph 54

20    of your declaration.                                     11:15:13

21         A    Okay.  I'll be there in a minute.  Okay.

22         Q    And this paragraph discusses the Velodyne

23    U.S. Patent No. 8,767,190?

24         A    Yes.

25         Q    And you point out here that the patent        11:15:29
```

Page 59

CONFIDENTIAL - ATTORNEYS EYES ONLY

1    claims priority to a provisional application filed          11:15:31

2    in 2006?

3         A    Yes, I do.

4         Q    Did you analyze whether that provisional

5    application provides support for the '190 patent           11:15:38

6    itself?

7         A    No, I did not.

8         Q    Figure 5 of the '190 patent shows a 32

9    laser LiDAR device; is that fair?

10        A    Sort of.  It actually shows the 32              11:16:01

11   detector side.  They're exactly equivalent, but it's

12   showing the detector side.

13        Q    Right.  I should have clarified.

14             What Figure 5 shows is the detectors.

15   There's 32 corresponding lasers in the system             11:16:15

16   described in the '190 patent?

17        A    Yes, there are.

18        Q    And each of the laser diodes is mounted on

19   its own PCB?

20        A    Yes, it is.                                      11:16:30

21        Q    And you annotated Figure 5, I believe, in

22   paragraph 55 of your declaration to actually show

23   the laser diodes or where the laser diodes would be?

24        A    Yeah.  If it was the laser diode side,

25   that would be where the laser diodes would be.            11:16:48

                                                            Page 60

CONFIDENTIAL - ATTORNEYS EYES ONLY

1     Q   And that's an accurate depiction, in your        11:16:50

2   opinion?

3     A   I believe it is, yes.

4     Q   And in paragraph 56 below that, you quote

5   part of the '190 patent that says, "The density of        11:17:03

6   the emitter/detector pairs populated along the

7   vertical FOV is intentionally variable," correct?

8     A   Yes.

9     Q   And you don't cite any disclosure from the

10  '190 patent that shows a specific variable density        11:17:19

11  pattern, correct?

12    A   That is correct.

13    Q   And you also quote part of the patent that

14  says you can reduce the number of emitters and

15  detectors by removing or not installing a desired         11:17:34

16  number of emitter/detector pairs?

17    A   Yes, that is true.

18    Q   And same question.  There's not a specific

19  disclosure in the '190 patent that says exactly

20  which emitter/detector pairs to not install or to         11:17:49

21  disable?

22    A   In both cases, they were speaking

23  generally about the concept of ██████████ and

24  then the concept of removing devices.  So in that

25  sense, I think they covered all possible                  11:18:04

                                                       Page 61

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    implementations.                                    11:18:06

 2         Q    Okay.  And there's a lot of possible

 3    implementations?

 4         A    There are.  There's a lot of possible

 5    implementations.                                    11:18:11

 6         Q    And you provided, in paragraph 57, what

 7    you describe as an example of ██████████ of

 8    diodes achievable in the system of the '190 patent.

 9         A    Yes, and that's just one possible example.

10    Yes.                                                11:18:30

11         Q    Out of the many that are possible?

12         A    Out of the many that you could decide.

13         Q    And just so the record is clear, the

14    annotation you have in Figure 5, that's your

15    annotation?                                         11:18:41

16         A    Yes, it is.  The second -- both the first

17    and second annotation.

18         Q    Okay.  And the one in paragraph 57, the

19    different laser diodes that you removed, that's not

20    based on a specific teaching from the patent that   11:18:55

21    says remove this emitter pair or not install this

22    emitter pair, correct?

23         A    It's encompassed in -- any particular ones

24    you remove are encompassed, but they did not teach

25    any specific diodes being removed.                  11:19:07
```

                                                          Page 62

```
1              The other thing, though, that you should      11:20:22
2     look at in that patent is the fact that they do say
3     that it could be 64 or more.
4         Q    Sure.
5              And I just want to compare the two           11:20:29
6     annotations, though, that you provide in your
7     declaration.  That's what I'm focused on --
8         A    Right.
9         Q    -- is what you said in your declaration.
10             And you agree with me that the first          11:20:37
11    annotation you provide in paragraph 55 is going to
12    ████████████████████████      than the second annotation
13    you provided in paragraph 57?
14        A    I think the more interesting thing is the
15    fact that █████████████████████████████████████      11:20:54
16    ██████████████.
17             So you're focusing -- it's a █████████
18    █████████████████████████████████████████████████████
19    ██████████     █████████████████████████████
20    █████████████████████████████████████                 11:21:09
21        Q    Okay.  But I'm interested in the
22    resolution overall.
23             You agree with me that the first
24    annotation you provided in paragraph 55 will have
25    █████████████████████████████████████████             11:21:18
                                                  Page 64
```

CONFIDENTIAL - ATTORNEYS EYES ONLY



1  ████████████████████████                                11:21:20

2       A   I guess your use of the term "resolution"

3  there to me confuses me.  ██████████████████████████

4  ██████████████████████████  ██████████████████████

5  ████████████████████████████████                        11:21:32

6  ████████████████████████

7       Now, ████████████████████████████

8  ██████████████████████████████  ██████████████

9  ████████████████████████████████████████████

10  ██████████████████████████████████████                 11:21:44

11  ██████████████████████████████████

12  ██████████████████████████████████████

13  ████████████████████████ --

14       Q   Okay.

15       A   -- as they state in the patent.            11:21:57

16       Q   So you're not willing to say that these

17  two figures have -- that one has ████████████████

18  ████████████████████████?

19       A   I think your use of the term "resolution"

20  there is inappropriate.                               11:22:09

21       Q   I'm asking about your understanding of

22  resolution.  If you talk about the resolution of a

23  LiDAR device --

24       A   The resolution --

25       Q   Just let me finish my question.            11:22:17

Page 65

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        A    Sorry.  I do that.                        11:22:18

2        Q    I'll start over.

3        A    Okay.

4        Q    If we're talking about the overall

5   resolution of a LiDAR device, would you agree with    11:22:22

6   me that using -- and I want to use your

7   understanding of "resolution" -- would you agree

8   with me that ████████████████████████████████

9   ███████████████████████████████████████

10  ███████████████████████████████████████          11:22:36

11  ███████████?

12       A    Actually, I wouldn't agree with you.

13       Q    Okay.

14       A    The reason I wouldn't agree with you is

15  because the ████████████████████████████████      11:22:43

16  ██████████████████.

17       So if you ████████████████████████████

18  ████████████████████████████████████████████

19  ████████████████████████████████████████

20  ████████████████████████████████████             11:22:58

21  ██████████    And that's why your use of the term

22  "resolution" to me is awkward here.

23       Q    Okay.  So I'll use the language of the

24  patent.  And the patent says when you remove or you

25  decide not to install certain emitter/detector      11:23:11
```

Page 66

```
1    pairs, you cut down on the number of vertical lines          11:23:15

2    that the sensor produces, correct?

3         A    In that region, yes, you do.   That I agree

4    with.

5         Q    Okay.   So do you agree with me that               11:23:23

6    according to the patent, if you go from what you

7    ███████████████████████████████████████████████

8    ████████████████████████████████████████████

9    ██████████████████████████████████

10        A    Yes, █████████████████████████                    11:23:37

11        Q    And the patent says when you remove or you

12   decide not to install certain laser diodes, you do

13   that to cut down on costs?

14        A    Actually, I don't remember that particular

15   phrase.   If we get the patent, I could look for it,        11:23:47

16   but I don't remember that particular thing.

17        Q    That's not a part of the patent that you

18   cited in your declaration?

19        A    It may be a part of the patent.   I don't

20   remember those particular words.                            11:23:57

21        Q    Okay.   Is it your opinion that Uber uses

22   the inventions claimed in the '190 patent?

23        A    It's my opinion that Uber uses ████████

24   ████████  and that ███████████████  is claimed in the

25   '190 patent.                                                11:24:42
```

Page 67

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        Q    Okay.  So turning to a different topic,      11:25:45
 2   your declaration does not offer any opinions about
 3   how long it would take a group of engineers to
 4   develop a particular LiDAR system; is that fair?
 5        A    That is fair.                                11:26:05
 6        Q    And you didn't offer opinions or an
 7   analysis about how long it would take to develop a
 8   transmit block for a particular LiDAR system; is
 9   that fair?
10        A    I would say that's fair.  Of course, you    11:26:19
11   can buy commercial products as well.
12        Q    Right.
13             But developing one from scratch, you
14   didn't offer an opinion on that?
15        A    I did not offer an opinion on that.         11:26:26
16        Q    And do you agree -- is it fair to say that
17   there are a lot of design considerations that would
18   go into developing the transmit portion of a LiDAR
19   system that used, for example, 64 lasers?
20        A    Could you state that question again?        11:26:41
21        Q    Sure.  Sorry.  That was kind of a long
22   one.  Let me start over.
23             Do you agree that it's fair to say that
24   there are a lot of design considerations that would
25   go into developing the transmit portion of a LiDAR   11:26:50
```

Page 69

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    system that uses, for example, 64 lasers?              11:26:54

 2         A    There certainly are design considerations

 3    for the transmit portion, as well as other portions.

 4         Q    For example, you would have to figure out

 5    which laser diodes you want to use in the first        11:27:05

 6    place?

 7         A    Right.

 8         Q    Is that correct?

 9         A    Yes, that is.

10         Q    And you would also have to figure out how    11:27:12

11    you want to distribute those laser diodes?

12         A    Yes, you would.

13         Q    You could do something like Velodyne with

14    each one on an individual board, or you might do it

15    differently, correct?                                  11:27:22

16         A    That is correct.

17         Q    And it would involve figuring out where to

18    position the laser diodes on each printed circuit

19    board, correct?

20         A    Yes, it would.                               11:27:35

21         Q    And there's also -- besides the laser

22    diodes, there's a whole set of electronics that are

23    used to fire the laser diodes that sit behind the

24    diodes, and you would have to develop those

25    electronics as well, correct?                          11:27:49
```

                                                      Page 70

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          A    Yes, you would.                          11:27:50

 2          Q    And if you've got multiple boards in your

 3     system, you'd have to figure out how to connect the

 4     boards so that they can be synchronized when you're

 5     firing your lasers; is that fair?                  11:28:01

 6          A    Yes, that's fair.

 7          Q    And there would also be issues like

 8     testing it to make sure that the board works for its

 9     intended purpose?

10          A    Yes.                                     11:28:11

11          Q    And we talked about it earlier.  There

12     would be testing to make sure your alignment is

13     correct between your transmit side and your receive

14     side of the device?

15          A    Yes, there would.  And you need to align 11:28:22

16     every time, you know, whenever you use it.

17          Q    Right.

18          A    Yes.

19          Q    You would also have to -- if you were

20     using this for a real world application, you would   11:28:31

21     have to make sure that the design is actually

22     manufacturable?

23          A    Yes, you would.

24          Q    So can you turn to paragraph 61 of your

25     report?  This is on page 20.                        11:29:18
```

                                                    Page 71