# EXHIBIT 84
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                         )
 6           Plaintiff,                 )
 7           vs.                        )Case No.:
 8   UBER TECHNOLOGIES, INC.,           )3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING       )
10   LLC,                               )
11           Defendants.                )
12   _____)
13
14          CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF MICHAEL LEBBY
17              San Francisco, California
18                Monday, April 17, 2017
19                      Volume 1
20
21   Reported by:
22   RACHEL FERRIER, CSR No. 6948
23   Job No. 2596388
24
25   PAGES 1 - 80
```

Page 1

```
 1   A    That is correct.                          01:44:38
 2   Q    So that's not something you considered as part of  01:44:39
 3   your declaration?                              01:44:44
 4   A    That is correct. I did not consider that. 01:44:45
 5   Q    Turning to paragraph 30 of your declaration,  01:44:47
 6   Exhibit 30, here your declaration is discussing --  01:45:03
 7   discussing Waymo trade secrets that you characterize as  01:45:16
 8   the "six-board arrangement"; is that fair?     01:45:19
 9   A    Yeah, in line 13, I characterize Way's -- Waymo's  01:45:21
10   system as ▮▮▮▮▮▮▮▮▮▮▮▮▮ Yes, that's           01:45:27
11   correct.                                       01:45:30
12   Q    You understand that what you have characterized  01:45:30
13   as ▮▮▮▮▮▮▮▮▮▮ covers two distinct trade       01:45:32
14   secrets from Waymo's trade secret list; correct?  01:45:35
15   A    I've written on line 10, that covers created  01:45:38
16   Secrets No. 2 and 3.                           01:45:42
17        I believe that's the one you are talking about;  01:45:49
18   right?                                         01:45:52
19   Q    Correct.                                  01:45:52
20        Is it your opinion that both Trade Secret Nos. 2  01:45:54
21   and 3 are directed to ▮▮▮▮▮▮▮▮▮▮▮▮           01:45:56
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              01:45:59
23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    01:46:02
24   ▮▮▮▮                                          01:46:06
25   A    I don't recall exactly what's written in the  01:46:07
                                                        Page 34

 1   Trade Secrets 2 or 3, but given that I've written it  01:46:09
 2   down in my declaration, that's my understanding.  01:46:13
 3   Q    You agree that the Fuji device has 64 laser  01:46:15
 4   diodes on ▮ transmit boards; is that fair?    01:46:29
 5   A    The Fuji device is a different device. It has  01:46:33
 6   ▮ boards per cavity. It has two cavities. So the  01:46:37
 7   Fuji device is -- is different compared to the Waymo  01:46:41
 8   device, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Fuji is             01:46:45
 9   composed of two cavities, each cavity having ▮  01:46:49
10   boards.                                        01:46:53
11   Q    Looking at the Fuji device overall, you agree  01:46:53
12   there's ▮ transmit boards?                    01:46:56
13   A    The Fuji device has ▮ boards for medium-range  01:47:02
14   cavity and ▮ boards for a long-range cavity. If you  01:47:09
15   want to sum the number of boards together, there are ▮  01:47:12
16   boards, but there are two cavities and has two different  01:47:16
17   designs, and each cavity has ▮ boards, so the way I  01:47:21
18   look at this is ▮ boards per cavity.          01:47:24
19   Q    Each of those ▮ boards has ▮▮▮▮▮ laser  01:47:27
20   diodes; correct, in the Fuji device?           01:47:35
21   A    The Fuji device, if you are talking about one  01:47:37
22   cavity, one cavity -- let's take the medium-range cavity  01:47:43
23   has ▮ boards. On the ▮ boards, we have a total  01:47:48
24   of ▮ lasers.                                  01:47:50
25        My understanding is the lasers are distributed in  01:47:52
                                                        Page 35

 1   a fashion where there is ▮▮▮▮▮▮▮ of the boards  01:47:56
 2   and ▮▮▮▮▮▮▮ of the boards.                  01:47:59
 3   Q    And that's the same for each cavity; correct?  01:48:02
 4   A    Yes. So for the long-range cavity, a similar  01:48:07
 5   situation occurs where there are ▮ lasers, and the  01:48:10
 6   lasers are distributed.                        01:48:14
 7        I believe, in this case, ▮▮▮▮▮▮▮,       01:48:18
 8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, if I             01:48:22
 9   remember correctly.                            01:48:27
10   Q    So, again, the Fuji device, overall, ▮ total  01:48:27
11   lasers?                                        01:48:31
12   A    If you add the two cavities together, ▮ lasers  01:48:32
13   per cavity, the Fuji device has ▮ lasers.     01:48:38
14   Q    You agree the design files for the transmit  01:48:42
15   boards in the Fuji system are labeled ▮▮▮▮▮▮  01:48:51
16   correct?                                       01:48:53
17   A    Yeah.                                     01:48:53
18        If you take the medium-range cavity, you will  01:48:57
19   find that the -- the boards -- and I'm looking at  01:49:00
20   page 7, paragraph 25 of my declaration. You will see  01:49:04
21   boards labeled ▮▮▮▮▮▮ for the medium-range cavity,  01:49:08
22   and they are labeled ▮▮▮▮▮▮ for the long-range  01:49:11
23   cavity.                                        01:49:14
24   Q    They are not labeled ▮▮▮▮ and then ▮    01:49:14
25   again; correct?                                01:49:18
                                                        Page 36

 1   A    They are labeled ▮▮▮▮ for medium range and ▮  01:49:19
 2   ▮ for long-range.                             01:49:23
 3   Q    Okay. Other than the Fuji device, is the only  01:49:23
 4   other LiDAR device that you considered in connection  01:49:32
 5   with your declaration -- strike that.          01:49:35
 6        Other than the Fuji device, is the only other  01:49:39
 7   LiDAR device with ▮▮▮▮▮▮▮▮▮▮▮▮▮ that        01:49:42
 8   you considered in connection with your declaration the  01:49:51
 9   Waymo GBR3 device?                             01:49:53
10        MR. MUINO: Objection to the form of the  01:50:04
11   question.                                      01:50:05
12        THE WITNESS: Could you restate the question a  01:50:06
13   different way?                                 01:50:08
14        MR. NEWTON: Sure.                         01:50:09
15   Q    Other than GBR3 and the Fuji device, your  01:50:09
16   declaration does not identify any other LiDAR systems  01:50:12
17   that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           01:50:14
18   ▮▮▮▮▮▮▮▮▮                                01:50:19
19   A    I believe the answer is correct. I didn't see  01:50:20
20   other ▮-channel units that had either ▮▮▮▮▮▮  01:50:22
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           01:50:28
22   Q    If you look at paragraph 31, the Velodyne HDL 64  01:50:32
23   LiDAR system, this is one of the ones you considered as  01:50:37
24   part of your declaration?                      01:50:40
25   A    It is my understanding that the Velodyne has 64  01:50:41
                                                        Page 37
```

```
 1  channels -- or let's say it's 64 lasers.                01:50:52
 2    Q  And in the Velodyne system, each of those 64       01:50:58
 3  lasers is on its own transmit PCB; is that correct?     01:51:04
 4    A  I don't know the actual layout of the Velodyne     01:51:07
 5  system other than what I've seen in the '190 patent,    01:51:11
 6  which is the Velodyne patent, and -- in the '190 patent, 01:51:15
 7  there are 32 transmit boards and 32 receive boards. The 01:51:19
 8  patent discusses one laser per board, but it also       01:51:27
 9  discusses a potential for two lasers per board, so I    01:51:30
10  don't know if the '190 patent is related to the HDL 64  01:51:33
11  or not.                                                 01:51:37
12    Q  Okay.  Fair enough.                                01:51:37
13       You agree that one possible arrangement of the     01:51:41
14  LiDAR device with 64 lasers is one laser per board?     01:51:44
15    A  Yeah.  Hypothetically, yes, you could have 64      01:51:48
16  lasers, each having one laser per board. Yes, that is   01:51:51
17  one hypothetical situation.                             01:51:56
18    Q  And another one would be 21 or 22 laser diodes on  01:51:58
19  three boards?                                           01:52:03
20    A  Yeah.  That is another configuration that is       01:52:04
21  possible too, yes.                                      01:52:15
22    Q  Another configuration is 16 laser diodes on four   01:52:16
23  boards?                                                 01:52:21
24    A  Yeah.  There is -- there are a number of           01:52:24
25  different ways you can break up 64 lasers. As you say,  01:52:30
                                                              Page 38
```

```
 1  you could have 64 lasers on 64 boards at one extreme,   01:52:35
 2  and the other extreme, you could have one board with 64 01:52:39
 3  lasers on it.                                           01:52:42
 4       Both of those situations are, from my standpoint,  01:52:43
 5  problematic from an engineering perspective, and there  01:52:49
 6  are certainly other configurations that you just        01:52:52
 7  mentioned.                                              01:52:55
 8    Q  Would you agree that an eight-by-eight             01:52:55
 9  arrangement would be less problematic from an           01:52:57
10  engineering standpoint?                                 01:53:00
11    A  I haven't seen all the engineering parameters.     01:53:01
12       You know, when you are designing an engineering    01:53:08
13  system, it's not just the number of boards or the optics 01:53:10
14  or the lasers or the photodetectors. You have to look   01:53:13
15  at the cost of the unit, and you have to look at the    01:53:16
16  size considerations, and you also have to look at things 01:53:18
17  like thermal loaded, as well as yield of the lasers once 01:53:22
18  you put them down onto the boards.                      01:53:28
19       These engineering considerations have to be taken  01:53:30
20  into effect, and I don't believe I've been exposed to   01:53:33
21  all those details at this time.                         01:53:36
22    Q  Okay.  In paragraph 32 of your declaration, you    01:53:39
23  say:  Once Waymo had decided to develop a 64-laser      01:53:44
24  LiDAR, its range of choices for how many transmit PCBs  01:53:49
25  to use and how to distribute the laser diodes across the 01:53:53
                                                              Page 39
```

```
 1  PCBs was limited by well-known design considerations for 01:53:59
 2  automotive LiDARs.                                      01:54:00
 3       Do you see that?                                   01:54:01
 4    A  I do see that.                                     01:54:02
 5    Q  Do you know when Waymo first decided to develop a  01:54:03
 6  64-laser LiDAR system?                                  01:54:07
 7    A  It may have been in some of the documents I've     01:54:08
 8  read, but I don't recall any dates to give you an answer 01:54:27
 9  to that question.                                       01:54:30
10    Q  Does [REDACTED] sound approximately right?         01:54:31
11    A  I probably need to look at the documents.  I       01:54:35
12  don't recall that level of detail.                      01:54:40
13    Q  Okay.  So assuming it would be [REDACTED], what    01:54:41
14  I want to get at is that your declaration mentions      01:54:49
15  this -- this point where Waymo had decided to develop a 01:54:52
16  64-laser LiDAR; is that correct?                        01:54:55
17    A  I certainly mentioned, on line 24 on page 8, that  01:54:57
18  Waymo decided to develop a 64-laser LiDAR, yes.         01:55:04
19    Q  Okay.  And regardless of whether that was [REDACTED] 01:55:07
20  or another time, your declaration doesn't cite any      01:55:12
21  independent evidence to show that there were well-known 01:55:16
22  design considerations for automotive LiDARs at that     01:55:18
23  time; is that fair?                                     01:55:21
24    A  Well, considerations for LiDARs are -- as far as   01:55:23
25  I can tell, from reading the documents I've seen, you   01:55:33
                                                              Page 40
```

```
 1  know, one of the industry-leading LiDARs at the time was 01:55:38
 2  the Velodyne, and the Velodyne, as we said earlier, had 01:55:40
 3  one laser per board. The '190 patent shows 32 boards on 01:55:44
 4  one side for the laser and 32 boards on the other side  01:55:50
 5  for the photodetector. It's my understanding that the   01:55:53
 6  alignment of the boards was actually difficult and      01:55:55
 7  time-consuming.                                         01:55:59
 8       And so I don't know the details of the design      01:56:00
 9  team's work here, but certainly from my perspective, you 01:56:05
10  would want to look for easier ways to align the         01:56:09
11  channels.                                               01:56:12
12    Q  Okay.  And you didn't cite the Velodyne patent as  01:56:13
13  a specific example of a well-known design consideration 01:56:20
14  for automotive LiDAR?                                   01:56:24
15    A  It's not cited in paragraph 32, but I believe it   01:56:25
16  may be cited elsewhere.  I've actually cited it in      01:56:29
17  paragraph 38. So the patent has been cited in my        01:56:41
18  declaration.                                            01:56:47
19    Q  Right.                                             01:56:47
20       But not cited to say that here's an example of a   01:56:48
21  well-known design consideration for automotive LiDARs;  01:56:53
22  is that fair?                                           01:56:57
23    A  Yeah, I think that's probably a fair comment,      01:56:58
24  looking at what I've written in paragraph 32.  I do not 01:57:14
25  go into details about well-known design considerations  01:57:22
                                                              Page 41
```

11 (Pages 38 - 41)

Page 46

```
 1  not be ideal for automotive LiDARs due to size      02:05:07
 2  considerations; correct?                            02:05:11
 3    A   Size considerations is one of the issues if you  02:05:11
 4  had 64 lasers on a board, but the other thing you would  02:05:16
 5  have to be careful of is these laser are high-power  02:05:21
 6  lasers, and so there's going to be thermal effects, and  02:05:25
 7  the thermal effects will translate into board warpage,  02:05:28
 8  and if the board warps, then everything goes out of  02:05:33
 9  alignment, so not only is it a size issue, it's a     02:05:36
10  thermal issue and, I would say, may even be a         02:05:38
11  manufacturing yield issue, because you are going to get  02:05:41
12  64 lasers dye bonded to the board all perfectly, and  02:05:45
13  there is, you know, reasonable chance that one of them  02:05:49
14  may not yield right, and that would add cost to the   02:05:51
15  board for rework.                                     02:05:55
16    Q   Okay.  So focusing just on size -- and that's  02:05:56
17  what I believe paragraph 33 of your declaration       02:06:10
18  addresses; right?  I know you go on to mention thermal  02:06:14
19  considerations, but just looking at 33, you are talking  02:06:18
20  about size?                                           02:06:20
21    A   Yes -- well, I discuss in paragraph 33 -- size is  02:06:20
22  certainly one of the parameters that has to be taken  02:06:29
23  into account to design, let's call it, efficient LiDAR  02:06:31
24  systems.                                              02:06:37
25    Q   You say that use of larger PCB with numerous   02:06:38
```

Page 47

```
 1  laser diodes would necessitate a larger LiDAR housing;  02:06:40
 2  is that right?                                        02:06:44
 3    A   Well, yes, if you had larger boards, then the  02:06:44
 4  housing most likely would have to be bigger, but I can't  02:06:48
 5  comment on that because I haven't really designed the  02:06:56
 6  housing, and maybe there's some innovative way to --  02:06:58
 7  to -- to deal with larger boards, but, generally      02:07:02
 8  speaking, size would be an issue.                     02:07:05
 9    Q   Is it fair, though, that if you had the same   02:07:08
10  number of lasers and you wanted to put them on smaller  02:07:12
11  boards, you would need more boards?                   02:07:15
12    A   Same number of lasers on smaller boards need more  02:07:18
13  boards.  So, yeah, that's -- hypothetically, you could  02:07:23
14  have 64 lasers on one board on one extreme.  On the  02:07:26
15  other extreme, you could have 64 boards with each having  02:07:29
16  one laser.                                            02:07:32
17    Q   So when you add more boards, your size is going  02:07:33
18  to increase in some dimension; fair?                  02:07:36
19    A   Yeah, your -- if you have got 64 boards, yes, you  02:07:38
20  may have a size issue, but you also have -- probably  02:07:42
21  have a difficult alignment issue.  Now you are aligning  02:07:45
22  64 boards as opposed to one board.  That's optical    02:07:48
23  alignment.                                            02:07:53
24    Q   And there's also a physical alignment; correct?  02:07:54
25    A   Well, you have got --                           02:07:57
```

Page 48

```
 1    Q   You have to account for with more boards?      02:08:01
 2    A   Well, physical alignment, and will the boards  02:08:03
 3  stay in alignment over the course of a lifetime of the  02:08:07
 4  LiDAR.                                                02:08:10
 5    Q   So in terms of the alignment, both physical and  02:08:10
 6  optical, more boards probably means more complexity?  02:08:13
 7    A   Well, the way I would look at this is if you have  02:08:18
 8  more boards, then your testing and alignment costs are  02:08:21
 9  going to go higher.  If you have one board, your      02:08:26
10  alignment cost is going to go down, but then you have  02:08:29
11  the problem of large size thermal loading and warpage of  02:08:32
12  the board to go out of alignment.                     02:08:38
13        So in both extremes, from an engineering       02:08:40
14  standpoint, you may run into problems.                02:08:43
15    Q   Okay.                                          02:08:45
16    A   Is it possible to take a break?                02:08:49
17    Q   Absolutely.                                    02:08:51
18        THE VIDEOGRAPHER:  It is 2:08.  We are going off  02:08:52
19  the record.                                           02:08:55
20        (Recess taken.)                                02:08:55
21        THE VIDEOGRAPHER:  We are back on the record.  02:19:55
22  It's 2:20.                                            02:20:06
23  BY MR. NEWTON:                                        02:20:08
24    Q   Dr. Lebby, you also offered an opinion in      02:20:13
25  paragraph 35 of your declaration that it is important to  02:20:16
```

Page 49

```
 1  have an equal or approximately equal number of laser  02:20:18
 2  diodes per PCB to ensure an evil -- even thermal load  02:20:19
 3  across the PCBs; is that correct?                     02:20:24
 4    A   Yes.                                           02:20:26
 5        In paragraph 35, I'm indicating -- agreeing with  02:20:32
 6  what Mr. Kits was saying in his declaration of making  02:20:35
 7  sure that you have a equal or uniform thermal load.   02:20:40
 8    Q   Is it fair to say that all --                  02:20:43
 9        (Discussion off the stenographic record.)      02:20:43
10        MR. NEWTON:  I'll start over.                  02:20:56
11    Q   All else being equal, is it fair to say that an  02:20:57
12  eight-by-eight arrangement of laser diodes would have a  02:20:59
13  more even thermal load than a [redacted]              02:21:04
14  arrangement of laser diodes?                          02:21:06
15    A   I don't know the detailed answer to that question  02:21:07
16  because I haven't looked at the engineering           02:21:13
17  specifications for everything.                        02:21:15
18        Certainly we have to take into account the size  02:21:19
19  that is being allowed in the LiDAR to position all the  02:21:24
20  boards.  I'm not clear -- it's not clear to me that   02:21:28
21  there may be space for eight boards.  I don't know the  02:21:30
22  actual space -- the space availability in these designs,  02:21:34
23  but what is really important is to make sure that you  02:21:42
24  can fit the boards in in a reasonable size.  You can  02:21:45
25  make sure that the design is what I would term is     02:21:52
```

```
 1  scalable, which means you can scale it in cost, so you   02:21:55
 2  don't actually increase the cost, but you can reduce the  02:21:59
 3  cost. You can maintain alignment, for example, and        02:22:01
 4  that's making sure you have a thermal load.               02:22:04
 5       So whether that's eight or six or seven and a        02:22:07
 6  half or five and a half, I don't know that answer, but I  02:22:10
 7  think it's important to take into account that you want   02:22:13
 8  to try and minimize your thermal load issues and your     02:22:15
 9  size issues when you come to your design.                 02:22:20
10   Q  Okay. I'll just ask you, since we are on a clock      02:22:22
11  here and we have a limited amount of time, if you could   02:22:29
12  try to answer my questions specifically. If you can't,    02:22:32
13  of course, I understand.                                  02:22:34
14       But just so we are clear, my question was: All       02:22:35
15  else being equal, an eight-by-eight arrangement of laser  02:22:38
16  diodes would have a more even thermal diode than a        02:22:41
17  [redacted]        arrangement, and with the               02:22:45
18  information, you can't give a "yes" or "no" answer to     02:22:49
19  that; is that fair?                                       02:22:52
20   A  I can't give an answer because I don't have the       02:22:53
21  details.                                                  02:22:57
22       When you say "everything being equal," I don't       02:22:59
23  know what "everything" is, so I can't really give you a   02:23:01
24  categorical answer there.                                 02:23:05
25  //                                                        02:23:05
                                                         Page 50
```

```
 1       (Exhibit 33 was marked for                           02:23:05
 2       identification by the Court Reporter.)               02:23:05
 3  BY MR. NEWTON:                                            02:23:05
 4   Q  Okay. I've handed you Exhibit No. 33, and this        02:23:06
 5  was Exhibit 4 to your declaration. It's a textbook        02:23:15
 6  authored by Xingsheng Liu; is that correct?               02:23:18
 7       And I should mention this is an excerpt from the     02:23:22
 8  textbook.                                                 02:23:25
 9   A  Yes, it is.                                           02:23:25
10   Q  The title of the textbook is "Packaging of High       02:23:26
11  Power Semiconductor Lasers"?                              02:23:29
12   A  That is correct.                                      02:23:30
13   Q  What does "packaging" refer to in that title?         02:23:31
14   A  "Packaging" is usually the process of making          02:23:38
15  outside connections to a semiconductor chip. It doesn't   02:23:43
16  have to be a semiconductor chip, but it's usually         02:23:51
17  something that emits or detects light in this case.       02:23:53
18  Packaging usually allows both optical and electrical      02:23:56
19  connections to the outside world.                         02:23:59
20   Q  Okay. And this textbook is not specific to            02:24:01
21  LiDAR; is that correct?                                   02:24:03
22   A  That is correct.                                      02:24:04
23   Q  And the textbook does not describe any specific       02:24:05
24  LiDAR applications; is that correct?                      02:24:11
25   A  I don't believe the textbook discusses LiDAR          02:24:12
                                                         Page 51
```

```
 1  applications. It just talks about the technology that    02:24:19
 2  is used in terms of packaging semiconductor lasers.      02:24:24
 3   Q  And you -- I'm looking at paragraph 37 of your       02:24:27
 4  declaration, which you might want to follow along with.  02:24:33
 5       You specifically cite Figure 5.5 of the Liu         02:24:37
 6  textbook; correct?                                       02:24:44
 7   A  Yes, I have cited that figure.                       02:24:45
 8   Q  Okay. And this shows a semiconductor laser stack     02:24:47
 9  that is composed of multisemiconductor laser bars        02:24:51
10  arranged vertically?                                     02:24:54
11   A  That is correct; although, I would note, on          02:24:58
12  line 22 of page 9, I do not call out a laser stack of    02:25:02
13  bars, but I use the word three "boards," but I believe   02:25:07
14  that you are probably more correct.                      02:25:12
15   Q  Okay. "Boards" was your term, not the term from      02:25:14
16  the Liu textbook?                                        02:25:17
17   A  "Board" was my term.                                 02:25:19
18   Q  Okay. And laser bars, am I correct that they are     02:25:21
19  strips of multiple emitters on a common heat sink that   02:25:26
20  are all packaged together?                               02:25:31
21   A  Yeah. Laser bar is -- is a single piece of           02:25:32
22  semiconductor.                                           02:25:35
23       In this case, the laser bars are showing ten --     02:25:36
24  ten emitters, and it would probably have ten stripes,    02:25:40
25  and they are not singulated, so they are not individual  02:25:43
                                                         Page 52
```

```
 1  lasers.                                                  02:25:46
 2   Q  And the LiDAR systems that we have talked about      02:25:47
 3  in this case use singulated emitters; correct?           02:25:50
 4   A  Yes. They use singulated emitters.                   02:25:55
 5       I think I saw, in one of the documents, that the    02:26:00
 6  emitter is composed of [redacted] laser-emitting chips. I 02:26:05
 7  haven't seen, in detail, what they look like, but this   02:26:11
 8  example here just shows you that you could have a laser  02:26:14
 9  bar with ten laser diode outputs.                        02:26:17
10   Q  You agree with me that Figure 5 is -- is it fair     02:26:20
11  to say it's kind of a crude representation of the laser  02:26:38
12  stack -- laser bar stack?                                02:26:41
13   A  When you say "crude," yeah, there's not a lot of     02:26:42
14  details in Figure 5.5. It just shows three substrates    02:26:48
15  mounted on top of each other with laser bars mounted on  02:26:52
16  the substrate and the -- what would look like the        02:26:55
17  emitted laser beam from each of the output emitters.     02:26:59
18   Q  And do you agree that the number of emitters on a    02:27:03
19  semiconductor laser bar range from 19 to 69, typically?  02:27:06
20   A  The number of emitters on a laser bar range from     02:27:12
21  19 to 69. I'm not sure I understand the question.        02:27:24
22   Q  So a laser bar typically has a number of laser       02:27:27
23  emitters on it; correct?                                 02:27:32
24   A  Yes.                                                 02:27:34
25   Q  Not just one, but multiple?                          02:27:35
                                                         Page 53
```

```
 1                                              02:34:10
 2    A   I see that.                           02:34:12
 3    Q   Am I correct that you do not dispute that the   02:34:13
 4   Fuji device includes a transmit block with a plurality   02:34:18
 5   of laser diodes mounted on ▓▓▓▓▓ with ▓▓ 02:34:21
 6   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓? 02:34:27
 7    A   So I have heard this from Mr. Haslim in my   02:34:30
 8   video-call discussion with him, because I asked him the   02:34:37
 9   question, though I have not actually seen a board or a   02:34:39
10   laser package in -- in real life, only from a   02:34:42
11   photograph, which I've used in my document, and the   02:34:47
12   resolution of which is -- doesn't allow me to take a   02:34:50
13   close look at the situation.                02:34:53
14    Q   So you did not offer an opinion as to whether   02:34:54
15   this design is present or not in the Fuji device?   02:34:58
16    A   It's my understanding that the laser diodes used   02:35:02
17   in the Fuji system are ▓▓▓▓ from my discussion with   02:35:08
18   Mr. Haslim.                                 02:35:12
19    Q   Did he tell you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓?   02:35:12
20    A   I believe he may have said ▓▓▓▓▓, but   02:35:14
21   I can't be quoted on that because that number did come   02:35:22
22   up, and I wasn't sure if it related to ▓▓▓▓▓   02:35:26
23   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.       02:35:30
24    Q   Is it correct that the only LiDAR devices with   02:35:33
25   ▓▓▓▓▓▓▓▓▓▓ that are identified in your   02:35:37
                                               Page 58
```

```
 1   declaration are Waymo's devices and the Uber Fuji   02:35:40
 2   device?                                     02:35:44
 3    A   Well, I haven't done a industrial review of LiDAR   02:35:44
 4   devices, so what I can say is that, from the documents   02:35:52
 5   I've read, the Waymo device uses ▓▓▓▓▓, and on   02:35:57
 6   the Fuji device, from what I've been told -- and I   02:36:03
 7   haven't actually seen the board in detail -- that Fuji   02:36:06
 8   device also uses ▓▓▓ diodes. I don't know if any   02:36:09
 9   other laser -- LiDAR unit uses ▓▓▓▓ at this   02:36:13
10   point.                                      02:36:18
11    Q   So you didn't identify any others besides the   02:36:18
12   Waymo and Fuji device in your declaration?   02:36:21
13    A   I didn't identify any others because I haven't   02:36:22
14   done analysis.                              02:36:27
15    Q   Paragraph 49 of your declaration, you cite the   02:36:28
16   Liu textbook again; is that correct?        02:36:37
17    A   Yes.                                    02:36:39
18    Q   Okay. And I believe you cite page 224 of the Liu   02:36:41
19   textbook?                                   02:36:57
20    A   Yes, I have it in front of me.          02:36:58
21    Q   And your declaration at paragraph 49 includes   02:37:00
22   Figure 7.5.1 from Liu; correct?             02:37:09
23    A   Could you tell me where you get 7.5.1?   02:37:12
24    Q   You might have to cross-reference it with the --   02:37:22
25   the Liu text itself.                        02:37:25
                                               Page 59
```

```
 1    A   Oh, Figure 7.51 [sic]?                  02:37:28
 2    Q   Yes.                                    02:37:30
 3    A   Yes, I've got that in front of me.      02:37:31
 4    Q   And Liu also includes a Figure 7.5.0?   02:37:33
 5    A   That is correct.                        02:37:36
 6    Q   And that's not cited in your declaration? I   02:37:37
 7   should say, the figure itself is not included in your   02:37:47
 8   declaration?                                02:37:49
 9    A   Yeah, I think I just cited the Liu textbook   02:37:49
10   page 224.                                   02:37:53
11    Q   You don't discuss Figure 7.5.0 in your   02:37:54
12   declaration?                                02:37:57
13    A   That is correct.                        02:37:57
14    Q   And figure -- page 224 of the Liu textbook, along   02:38:01
15   with Figure 7.5.0 and 7.5.1, this material is not in the   02:38:13
16   context of LiDAR; correct?                  02:38:19
17    A   Well, what we are looking at here is the   02:38:20
18   placement of laser diodes.                  02:38:26
19    Q   So my question, Dr. Lebby, was just: Is it in   02:38:28
20   the context of LiDAR specifically?          02:38:31
21    A   Well, this is in the context of packaging laser   02:38:33
22   diodes in high-power environment, and LiDAR uses   02:38:37
23   high-power laser diodes, so I would agree with you that   02:38:41
24   LiDAR is not noted in the book, but I have to observe   02:38:46
25   that LiDAR uses high-power laser diodes in a similar   02:38:50
                                               Page 60
```

```
 1   fashion.                                    02:38:54
 2    Q   So page 224 of the Liu textbook, you would agree,   02:38:55
 3   is not discussing LiDAR specifically; is that fair?   02:39:02
 4    A   Well, it's -- it's discussing -- it's discussing   02:39:05
 5   the packaging of high-power semiconductor lasers are   02:39:09
 6   used in LiDAR, but it does not, agree with you, call out   02:39:12
 7   LiDAR specifically.                         02:39:17
 8    Q   It doesn't say use these designs in a LiDAR   02:39:17
 9   system?                                     02:39:20
10    A   This book -- the context of this book is -- is   02:39:20
11   the packaging of the lasers, not the applications, so I   02:39:24
12   would agree with you that LiDAR is not called out or   02:39:28
13   mentioned.                                  02:39:30
14    Q   And I believe you say that a known disadvantage   02:39:31
15   of ▓▓▓▓▓▓▓▓▓▓ is an effective heat   02:39:36
16   conduction; correct?                        02:39:41
17    A   That is correct.                        02:39:41
18    Q   And you agree with me that heat conduction and   02:39:42
19   other thermal considerations are important for   02:39:46
20   high-powered laser diode applications?      02:39:48
21    A   I would go further to say that heat conduction is   02:39:50
22   important for all semiconductor diode lasers.   02:39:54
23    Q   And then the -- I believe you also said the   02:39:56
24   downside of underhanging laser diodes is potential   02:40:00
25   blockage of emitted light?                  02:40:03
                                               Page 61
```

```
 1   A   If I remember correctly, my understanding of the   02:46:37
 2   trade secret is ███████████████████████               02:46:41
 3   ███████████████████████████████████████               02:46:45
 4   ███████████████████████████ .                         02:46:50
 5   Q   So it's your understanding of the trade secret   02:46:54
 6   ███████████████████████████████████                   02:46:56
 7   ███████████████████████████████████                   02:47:01
 8   ███████████████████████████                           02:47:06
 9   A   No. No. That's not exactly what I'm trying to    02:47:08
10   say.                                                  02:47:11
11       What I'm trying to say is you have two parts to  02:47:11
12   this trade secret, is the best of my understanding. The   02:47:14
13   first part is ████████████████████                    02:47:17
14   ████████████████████████████████                      02:47:23
15   the first part. And the second part is -- █████       02:47:28
16   ██████████████████████████████████████████            02:47:33
17   ██████████████                                        02:47:36
18   Q   And do you agree that the trade secret also      02:47:36
19   includes the ████████████████████████████ ?           02:47:39
20   A   I'm not sure I understand that -- that question, 02:47:42
21   other than the fact that █████████████████            02:47:57
22   ██████████████████████████████████████                02:48:01
23   ██████████████████████████████████████                02:48:05
24   ██████████████████████████████████████                02:48:09
25   ██████████████                                        02:48:14
                                                      Page 66
```

```
 1   Q   Okay. In paragraph 53, you say: The concept of   02:48:14
 2   ██████████████████████████████ has been               02:48:22
 3   known to the public since at least the 1970s, and you 02:48:24
 4   cite U.S. Patent No. 4,244,109?                       02:48:28
 5   A   Yes, I do.                                        02:48:33
 6   Q   I've marked that patent as Exhibit No. 35, which 02:48:33
 7   is in front of you.                                   02:48:38
 8       (Exhibit 35 was marked for                        02:48:40
 9       identification by the Court Reporter.)            02:48:49
10   BY MR. NEWTON:                                        02:48:49
11   Q   And the '109 patent is directed to a read/write  02:48:51
12   head and a magnetic disk data storage system.         02:48:57
13       Does that sound correct?                          02:49:01
14   A   Yes. In the "Background of the Invention," the   02:49:02
15   '109 patent does talk about that as the application.  02:49:04
16   Q   So it's not in the field of LiDAR?                02:49:07
17   A   I would agree that the patent is written towards 02:49:12
18   optical storage.                                      02:49:15
19   Q   And the '109 patent does not deal with █████     02:49:16
20   ████████████████████████ correct?                     02:49:25
21   A   If you look at the sections I've cited in        02:49:26
22   column 1 -- 189, that talks about the aligning of the 02:49:32
23   printed circuit board, and 163 talks about having a   02:49:38
24   cylindrical pin for the alignment.                    02:49:47
25       But if you also look at column 3, which, I might 02:49:50
                                                      Page 67
```

```
 1   note, that I did not cite in my report because I      02:49:53
 2   forgot -- let's see. The -- from line -- column 3,    02:49:57
 3   line 10 to 16 talks about the alignment of photodiodes 02:50:05
 4   towards the hole. I can read it if you wish.          02:50:11
 5   Q   No, that's okay.                                  02:50:13
 6       Did you understand my question?                   02:50:14
 7   A   Well, your question is, is the patent is --      02:50:17
 8   teaches ██████████████████████ and what I'm          02:50:20
 9   suggesting is that the patent, if you look at column 3, 02:50:23
10   actually does more than that. It actually teaches the 02:50:26
11   ██████████████████████████████████████                02:50:30
12   █████████████████████████████ ,                       02:50:35
13   ██████████████████████████ .                          02:50:38
14       MR. NEWTON: I'll move to strike that response as 02:50:41
15   nonresponsive and outside the scope of your declaration. 02:50:44
16   Q   My question was simply that this patent does not 02:50:47
17   deal with ████████████████████████ uit               02:50:51
18       █████  It's just a single printed circuit board; 02:50:53
19   correct?                                              02:50:56
20   A   I believe there are two boards that are aligned  02:50:56
21   together here, and I believe that this patent teaches 02:51:00
22   the alignment of photodiodes to the board using the pin 02:51:05
23   as the source.                                        02:51:08
24       MR. NEWTON: Okay. I'll move to strike that as    02:51:11
25   well.                                                 02:51:13
                                                      Page 68
```

```
 1   Q   If you look at Figure 3, that shows just a single 02:51:13
 2   printed circuit board; correct, labeled 10?           02:51:16
 3   A   Figure 3 shows a number of things here.          02:51:23
 4   No. 10 --                                             02:51:46
 5   Q   Dr. Lebby, I'm sorry, just, again, in the        02:51:46
 6   interest of time, if you could answer my question as  02:51:49
 7   I've asked it, and I don't think the question was     02:51:51
 8   complicated.                                          02:51:54
 9       I just said, if you look at Figure 3, it shows a 02:51:54
10   single printed circuit board labeled No. 10; correct? 02:51:57
11   A   Figure 3 shows a printed circuit board 10, plus a 02:51:59
12   alignment of a plate, which is aligned to the printed 02:52:04
13   circuit board, which I'm looking for the number and I 02:52:07
14   can't find it.                                        02:52:09
15   Q   Okay. So you agree that Figure 3 shows only one  02:52:10
16   printed circuit board, "yes" or "no"?                 02:52:13
17   A   Let me just check what No. 14 is.                02:52:17
18       It certainly looks like Figure 3 has one printed 02:52:35
19   circuit board labeled 10.                             02:52:38
20   Q   And paragraph 53 of your declaration does not    02:52:39
21   describe more than one printed circuit board; correct? 02:52:52
22   A   Paragraph 53 discusses the concept of using holes 02:52:55
23   to align printed circuit boards, and I've just given you 02:53:05
24   one patent, which is patent '109, that shows that you 02:53:07
25   can align components on a printed circuit board that's 02:53:12
                                                      Page 69
```

```
 1  actually sourced to a pin to do it -- to align the board   02:53:14
 2  to a glass plate, and there was a glass plate and a        02:53:17
 3  board, and the components were all aligned based to the    02:53:23
 4  pin.                                                       02:53:25
 5     Q  Okay. So in your description of the '109 patent      02:53:25
 6  in paragraph 53, you only mention the one PCB that's       02:53:28
 7  disclosed in that patent; correct?                         02:53:31
 8     A  Yes, that's correct.                                 02:53:32
 9     Q  And paragraph 54 of your declaration cites a         02:53:51
10  German patent from 1980?                                   02:53:55
11     A  That is correct.                                     02:53:58
12     Q  It's actually a patent application; correct?         02:53:59
13     A  I take it that's Exhibit 36?                         02:54:05
14     Q  That's correct. Exhibit 36 was Exhibit 7 to your     02:54:13
15  declaration, I believe.                                    02:54:18
16        (Exhibit 36 was marked for                           02:54:20
17         identification by the Court Reporter.)              02:54:21
18        THE WITNESS: I'm not sure if it's patent             02:54:21
19  application or not, but certainly it's a German patent,    02:54:25
20  and I've cited the abstract of this patent.                02:54:30
21  BY MR. NEWTON:                                             02:54:32
22     Q  And the version of it that you have attached to      02:54:37
23  your declaration is -- looks like an English               02:54:39
24  translation; correct?                                      02:54:41
25     A  Yes, I believe there's English and German.           02:54:42
                                                               Page 70

 1     Q  Doesn't have any figures in it, does it?             02:54:45
 2     A  That is correct.                                     02:54:47
 3     Q  And in paragraph 54, you describe the German         02:54:48
 4  patent as describing board holes that all have an exact    02:55:00
 5  relative position to one another; correct?                 02:55:05
 6     A  Correct.                                             02:55:07
 7     Q  And the board holes are not                          02:55:08
 8                       ; correct?                            02:55:15
 9     A  That I'm not sure about, because the abstract        02:55:16
10  talks about boards in a stack, so I would presume that     02:55:25
11  these are boards aligned in a stack using a reference      02:55:29
12  hole to align those boards.                                02:55:33
13     Q  But the abstract also discusses the board holes      02:55:34
14  as being positioned over a salter boss [phonetic];         02:55:38
15  correct?                                                   02:55:42
16     A  That is correct.                                     02:55:42
17     Q  So if each hole is positioned over a salter boss,    02:55:53
18  then the holes are not going to be positioned over each    02:56:03
19  other?                                                     02:56:06
20     A  Well, the design of the patent is to certainly       02:56:06
21  make holes in the printed circuit board so they could be   02:56:08
22  used in a stack minus, then, in a stack is a stack of      02:56:11
23  printed circuit boards that are aligned to the holes.      02:56:16
24     Q  Right.                                               02:56:18
25        But there's not enough description in that           02:56:19
                                                               Page 71

 1  abstract to say that                                       02:56:22
 2                                                             02:56:25
 3     A  Well, you talk about                                 02:56:26
 4                                                             02:56:29
 5                              .                              02:56:33
 6     Q  So it's your opinion that this patent discloses      02:56:34
 7                                                             02:56:38
 8                                                             02:56:42
 9                                                             02:56:44
10     A  It's my understanding this patent teaches that       02:56:44
11                                                             02:56:49
12                                                             02:56:51
13     Q  And that's the --                                    02:56:54
14     A  I believe the patent doesn't talk about the stack    02:56:55
15  per se, but it talks about the process of putting a        02:57:00
16  reference hole or an accurately located hole into          02:57:03
17  printed board so that                                      02:57:06
18                                                             02:57:09
19     Q  Okay. And, again, you didn't cite the figures        02:57:09
20  from this patent as part of your declaration?              02:57:13
21     A  I didn't cite the figures because I haven't seen     02:57:16
22  the figures and I couldn't find the figures.               02:57:18
23     Q  You looked for them?                                 02:57:20
24     A  I tried.                                             02:57:21
25     Q  And it's not your opinion that this German patent    02:57:22
                                                               Page 72

 1  is in the field of LiDAR; correct?                         02:57:31
 2     A  Well, the patent doesn't teach the use of these      02:57:33
 3  boards in LiDAR, but boards, as we know, are used in       02:57:39
 4  LiDAR, so -- but it doesn't explicitly talk about LiDAR.   02:57:43
 5  It talks about printed circuit boards.                     02:57:46
 6     Q  And the portion of the -- or, I should say, the      02:57:48
 7  German patent, it's not your opinion that it describes     02:57:53
 8                                                             02:57:56
 9                                                             02:57:59
10     A  It's my understanding this patent doesn't discuss    02:58:00
11                                  .                          02:58:04
12     Q  Does it discuss                                      02:58:09
13     A  Just give me 30 seconds.                             02:58:12
14        I believe      are not mentioned in this patent.     02:59:22
15        MR. NEWTON: Okay. Can we take a break real           02:59:24
16  quick?                                                     02:59:26
17        THE VIDEOGRAPHER: Yeah. I've got to change the       02:59:27
18  disc, so --                                                02:59:27
19        MR. NEWTON: Okay.                                    02:59:27
20        THE VIDEOGRAPHER: -- that will work out.             02:59:27
21        This is the end of Disc 1 in Volume 1 in the         02:59:29
22  deposition of Dr. Lebby. It is 2:59.                       02:59:31
23        (Recess taken.)                                      02:59:35
24        THE VIDEOGRAPHER: We are back on the record.         03:05:16
25        This is the beginning of Disc 2 in Volume 1 in       03:05:27
                                                               Page 73
```

19 (Pages 70 - 73)

```
 1   the deposition of Dr. Lebby. It's 3:05.        03:05:31
 2       (Exhibit 37 was marked for                 03:05:31
 3       identification by the Court Reporter.)     03:05:33
 4   BY MR. NEWTON:                                 03:05:33
 5   Q   Okay. Dr. Lebby, if you go to Exhibit No. 37,  03:05:34
 6   Deposition Exhibit No. 37, which is Exhibit No. 8 to  03:05:38
 7   your declaration.                              03:05:42
 8       Do you recognize this as the '037 patent?  03:05:44
 9   A   Yes, I recognize it.                       03:05:46
10   Q   And this is directed to a multilayer printed  03:05:47
11   circuit board?                                 03:05:50
12   A   That is correct.                           03:05:51
13   Q   And that's just a single printed circuit board,  03:05:51
14   not multiple printed circuit boards?           03:05:55
15   A   I believe this is a single printed circuit board.  03:05:56
16   Q   And this is -- patent is not in the field of  03:06:01
17   LiDAR; correct?                                03:06:05
18   A   The patent doesn't mention LiDAR at all. It just  03:06:05
19   talks about the process to drill holes into a printed  03:06:15
20   circuit board and position hidden conductive layers.  03:06:18
21   Q   Okay. And it doesn't talk about ▓▓▓▓▓▓▓▓   03:06:22
22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                03:06:25
23   ▓▓▓▓▓▓▓▓▓; correct?                           03:06:29
24   A   That's my understanding of this patent. Doesn't  03:06:30
25   discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  03:06:33
                                                    Page 74
```

```
 1   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    03:06:37
 2   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,              03:06:41
 3   but they are not directly called out in this patent.  03:06:44
 4   Q   And so we have looked at the Liu textbook, the  03:06:47
 5   Scholz dissertation, the '109 patent, the German patent,  03:06:54
 6   and the '037 patent, and you haven't cited any evidence  03:06:59
 7   in your declaration that someone has actually taken the  03:07:04
 8   teachings of these references and applied them to LiDAR;  03:07:07
 9   correct? And I'm just asking what you have cited in  03:07:13
10   your declaration.                              03:07:15
11   A   Yeah, what I've cited in my declaration is  03:07:16
12   technologies that are common to myself as an experienced  03:07:20
13   person in the field where --                   03:07:24
14   Q   And, I'm sorry, Dr. Lebby, to cut you off, I'm  03:07:27
15   just really under the clock here.              03:07:29
16       I just -- if you can answer them "yes" or "no,"  03:07:31
17   you don't cite any evidence in your declaration of  03:07:33
18   someone taking these references and applying their  03:07:35
19   teachings to LiDAR?                            03:07:38
20   A   I have not observed any of these references  03:07:40
21   directly, either being taught or mentioned in LiDAR, but  03:07:44
22   the technologies within these references are certainly  03:07:49
23   something that could be used in LiDAR.          03:07:52
24   Q   Okay. And it's not your opinion that Uber took  03:07:53
25   these references and used them as a guide to develop its  03:07:57
                                                    Page 75
```

```
 1   LiDAR system; correct?                         03:08:02
 2   A   I cited these references to show that industry  03:08:03
 3   technology is out there and in public that addresses  03:08:07
 4   some of the trade secrets that I read in the Jaffe  03:08:12
 5   Exhibit 1 document.                            03:08:17
 6   Q   You did not cite them to show that Uber used  03:08:17
 7   these references or these teachings to develop its  03:08:20
 8   system; correct?                               03:08:23
 9   A   These references were cited to show          03:08:24
10   state-of-the-art in technology of printed circuit boards  03:08:28
11   and -- and recent placement in alignment, things like  03:08:32
12   ▓▓▓▓▓▓▓▓. That -- that's the only reason I cited them.  03:08:35
13   Q   Okay. So the answer to my question is "correct"?  03:08:39
14   A   I did not use these references to show anything  03:08:44
15   about Uber, just where the technology is in the -- from  03:08:47
16   an experienced engineer.                       03:08:53
17   Q   Okay. If you go to paragraph 59 of your     03:08:54
18   declaration here, you discuss Trade Secret Nos. 94 to  03:08:58
19   99?                                            03:09:08
20   A   Yes, I see that.                           03:09:08
21   Q   And these trade secret numbers refer to the PCB  03:09:12
22   design schematics and layouts for the transmit boards in  03:09:20
23   Waymo's GBR3 LiDAR device?                     03:09:24
24   A   That is correct.                           03:09:26
25   Q   And we talked earlier about your materials  03:09:27
                                                    Page 76
```

```
 1   considered.                                    03:09:29
 2       You didn't consider these specific design files  03:09:29
 3   as part of your declaration; correct?          03:09:31
 4   A   I only considered what was shown to me in the  03:09:33
 5   exhibits, and I think they were the Jaffe exhibits.  03:09:38
 6   Q   Okay. You didn't look at the native versions of  03:09:41
 7   the design files, for example?                 03:09:45
 8   A   That is correct.                           03:09:46
 9   Q   And you didn't offer an opinion about whether  03:09:46
10   these files themselves are trade secrets; correct?  03:09:56
11   A   I never looked. It wasn't part of my remit to  03:09:59
12   look at native files, so I haven't offered any opinions.  03:10:04
13   Q   And do you agree with me, generally, that you  03:10:08
14   know, based on your experience that a company's design  03:10:12
15   files can be trade secrets and include trade secret  03:10:15
16   information?                                   03:10:19
17   A   It depends.                                03:10:19
18       Also, from my experience with trade secrets is  03:10:24
19   that you have got to have very clear specificity of your  03:10:27
20   trade secret. I guess it could be in -- trade design  03:10:31
21   files could be included in that.               03:10:35
22   Q   And you understand, as part of this case, Waymo  03:10:36
23   has alleged that Anthony Levandowski stole 14,000 files  03:10:42
24   related to Waymo's LiDAR systems?              03:10:47
25   A   I have certainly read that in some of the  03:10:50
                                                    Page 77
```