# EXHIBIT 85
# FILED UNDER SEAL

# EXHIBIT 86
# FILED UNDER SEAL

# EXHIBIT 87
# FILED UNDER SEAL