# EXHIBIT 88
# FILED UNDER SEAL



**HIGHLY CONFIDENTIAL   ATTORNEYS EYES ONLY**　　　　UBER00011654