# EXHIBIT 90
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                         )
 5     WAYMO LLC,                        )
                                         )
 6                   Plaintiff,          )
                                         )
 7            vs.                        )  Case No.
                                         )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,          )
       OTTOMOTTO LLC; OTTO               )
 9     TRUCKING LLC,                     )
                                         )
10                   Defendants.         )
       _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                San Francisco, California
18                Friday, April 31, 2017
19                      Volume I
20
21
22
       Reported by: SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2581643
25     PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                SAN FRANCISCO DIVISION
 3
 4     _____
                                       )
 5     WAYMO LLC,                      )
                                       )
 6                 Plaintiff,          )
                                       )
 7           vs.                       )  Case No.
                                       )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,        )
       OTTOMOTTO LLC; OTTO             )
 9     TRUCKING LLC,                   )
                                       )
10                 Defendants.         )
       _____)
11
12
13
14
15
16         Videotaped deposition of PIERRE-YVES DROZ,
17     Volume I, taken on behalf of Defendants Uber
18     Technologies, Inc., Ottomotto LLC; Otto
19     Trucking LLC at the Law Offices of Morrison &
20     Foerster LLP, 425 Market Street, 33rd Floor,
21     San Francisco, California, beginning at 9:39
22     a.m. and ending at 2:52 p.m., on Friday,
23     March 31, 2017, before SUZANNE F. GUDELJ,
24     Certified Shorthand Reporter No. 5111.
25
```

Veritext Legal Solutions
866 299-5127



Page 67



```
 1   ▮▮▮▮▮
 2       A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8       Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮
10       A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮
12       Q    ▮▮▮
13       A   -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19            (Reporter clarification.)
20            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

01:19:47

Page 129

```
 1   ███████

          ████████████████████████████████████
          ████████████████████████████████████
          ████████████████████████████████████

 7           MR. JAFFE:  Objection.  Form.
 8           THE WITNESS:  ████████████████

          ████████████████████████████████████
          ████████████████████████████████████
          ████████████████████████████████████

14   BY MR. JACOBS:
15       Q   ████████████████
16       A   ████████████████
17           MR. JAFFE:  Just slow down.
18           THE WITNESS:  ████████  ████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
```

01:20:52

Page 130

1      █████████████

2      BY MR. JACOBS:

3      Q    ████████████████████████
       ████████████████████████████████████████

7      A    ████████████████████████████
       ████████████████████████████████████████

                                                          01:21:34

16     A    Yes.

17     Q    Let me ask you a couple of questions about

18     510 Systems.

19          What is your understanding of the

20     following:  510 Systems gets acquired by Google and    01:21:58

21     one or more people at 510 Systems retain some rights

22     with respect to previously developed technology.

23          Do you have an understanding of that topic?

24          MR. JAFFE:  I'm not sure if that's a

25     question, but I'm going to object as to form.          01:22:18

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8              I, PIERRE-YVES DROZ, do hereby declare
 9     under penalty of perjury that I have read the
10     foregoing transcript of my deposition; that I have
11     made such corrections as noted herein, in ink,
12     initialed by me, or attached hereto; that my
13     testimony as contained herein, as corrected, is true
14     and correct.
15              EXECUTED this _____ day of _____,
16     2017, at _____, _____.
17                        (City)                (State)
18
19                              _____
                                PIERRE-YVES DROZ
20                              Volume I
21
22
23
24
25
                                                    Page 186
```