# EXHIBIT 109
# FILED UNDER SEAL

# EXHIBIT 110
# FILED UNDER SEAL