**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No.     3:17-cv-00939-WHA <br><br> **SUPPLEMENTAL DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFF WAYMO LLC'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  May 3, 2017 <br> Time:  7:30 a.m. <br> Ctrm:  8, 19th Floor <br> Judge:  The Honorable William Alsup <br><br> Trial Date: October 2, 2017 |

**UNREDACTED VERSION OF DOCUMENT SUBMITTED UNDER SEAL**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendant's Sur-Reply to Plaintiff's Motion for Preliminary Injunction.

2. On April 16, 2017, my colleague Arturo Gonzalez offered Waymo LLC the opportunity to inspect the components of Spider on April 18 or April 19. Attached hereto as Exhibit 9 is a true and correct copy of the email from Mr. Gonzalez to Waymo counsel, dated April 16, 2017. Waymo counsel did not respond. On April 17, all available components of Spider were transported to the offices of Morrison & Foerster. That day, Mr. Gonzalez again offered the inspection of the components of Spider. Attached hereto as Exhibit 10 is a true and correct copy of the email from Mr. Gonzalez to Waymo counsel, dated April 17, 2017. Waymo counsel finally came to inspect the components of Spider on April 19. That same day, Defendants produced to Waymo a hard copy production of the pictures taken at the inspection, having Bates number UBER00011629 to UBER00011689.

3. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 1031 to the deposition of Daniel Chu on April 3, 2017, produced by Waymo in connection with his deposition. This document has Bates number WAYMO-UBER-00004175 to WAYMO-UBER-00004194. Exhibit 11 is a report dated March 19, 2015, which concludes that ███ ███ (WAYMO-UBER-00004183) and asks ███ ███ (WAYMO-UBER-00004186).

4. Mr. Chu's deposition testimony on April 3, 2017, confirms that ███ ███ ███ ███ (Chu Dep. at 7:8-15; 8:19-23; 10:24-11:7; 11:23-12:7; 25:5-25; and 40:11-19.) Attached

SUPPLEMENTAL CHANG DECL. ISO DEFENDANT'S SUR-REPLY TO WAYMO'S PRELIMINARY INJUNCTION MOTION
Case No. 3:17-cv-00939-WHA
sf-3762057

1

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition transcript of Mr. Chu, dated April 3, 2017.

5. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition of Gary Brown, dated March 24, 2017.

6. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the deposition of Daniel Gruver, dated April 20, 2017.

7. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the deposition of Gregory Kintz, dated April 26, 2017.

8. Attached hereto as Exhibit 16 is a true and correct of a TechCrunch article titled, "A Waymo Filing Leaks LiDAR Tech Details in Uber Lawsuit," dated April 26, 2017.

9. Attached hereto as Exhibit 17 is a true and correct copy of an IEEE Spectrum article titled, "Waymo vs. Uber: 8 Things I Learned from Anthony Levandowski Taking the Fifth," dated April 26, 2017.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of April, 2017, in San Francisco, California.

                                        */s/ Esther Kim Chang*
                                        ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: April 28, 2017                   */s/  Arturo J. González*
                                        Arturo J. González