# EXHIBIT 10

Case 3:17-cv-00939-WHA   Document 509-2   Filed 06/12/17   Page 1 of 2

# Chang, Esther Kim

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **Sent:** | Monday, April 17, 2017 6:01 PM |
| **To:** | QE-Waymo |
| **Cc:** | Waymo Internal - Attorneys; John Cooper (JCooper@fbm.com); Matthew Cate |
| **Subject:** | Spider |
| **Importance:** | High |

Quinn Team,

I don't believe anyone responded to my email last night.

The Spider components have been brought to our office and are available for your inspection tomorrow. Please let us know if Jordan and/or your expert want to see them. If not, we will send them back to the client.

Arturo J. González
Chair, Commercial Litigation and Trial Practice Group Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548 AGonzalez@mofo.com | www.mofo.com

-----Original Message-----
From: Gonzalez, Arturo J.
Sent: Sunday, April 16, 2017 5:05 PM
To: QE-Waymo
Cc: Waymo Internal - Attorneys
Subject: Spider

Quinn Team,

As I think you know, there was never a completed Spider. However, if you want to inspect some of the Spider components, we can make them available in our SF office Tuesday morning. Let me know if you want to see them. Same ground rules.

Arturo

Sent from my iPhone