# EXHIBIT 11

# (Confidential - Filed under seal)