# EXHIBIT 12

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
4

  _____
5  WAYMO LLC,                        )
6              Plaintiff,            )
7         vs.                        )  Case No.
8  UBER TECHNOLOGIES, INC.,          )  3:17-cv-00939-WHA
9  OTTOMOTTO LLC; OTTO               )
10 TRUCKING LLC,                     )
11             Defendants.           )
   _____)
12
13    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF DANIEL CHU
16          San Francisco, California
17           Monday, April 3, 2017
18                Volume I
19
20
21 Reported by:
22 SUZANNE F. GUDELJ, CSR No. 5111
23 Job No. 2583707
24
25 PAGES 1 - 53

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        THE WITNESS:  So it's -- it's probably a --
2   a growing -- growing list of folks, but the folks
3   that we'd probably look at most are -- are Uber in
4   terms of their self-driving efforts.  We also look
5   at, for instance, Tesla in terms of some of their --    10:06:20
6   their efforts there.
7   BY MR. GONZALEZ:
8       Q    Would you agree that your number one
9   competitor in the market is Uber?
10       MS. BAILY:  Object to form.                         10:06:28
11       THE WITNESS:  I think it depends what
12   you --
```



```
16   BY MR. GONZALEZ:
17       Q    All right.  Let me focus on -- on your
18   words.  I'll use your words.
19
22       A    Sorry, say again?
23
                                                            10:06:59
```

Page 7

```
              ████████████████████████████████
         ███████████████
              ████████████████████████████████
      ███████████████████████████████
 5         MS. BAILY:  Object to form.                  10:07:09
 6         THE WITNESS:  █████████████████████
    ████████████████████████████████████████████
 8    BY MR. GONZALEZ:
 9         Q    Would you agree that it's your number one
10    competitor in that space?                         10:07:18
11         MS. BAILY:  Object to form.
12    BY MR. GONZALEZ:
13         Q    I'm not trying to trap you.
14         A    Yeah.
15         Q    If somebody else is number one, I want to  10:07:20
16    know, that's all.
17         A    Yeah.
18         Q    So let me go back.
19              ███████████████████████████████
         █████████████████████████                      10:07:26
21         MS. BAILY:  Same objection.
22         THE WITNESS:  █████████████████████
    ██████████████████████████████
24    BY MR. GONZALEZ:
25         Q    And who would you consider to be number  10:07:33
```

Page 8

```
 1   basically my user research team does the surveys.
 2   BY MR. GONZALEZ:
 3       Q    And your research team is to have -- does
 4   it have a name?
 5       A    They -- they basically just called it the      10:08:38
 6   user research group, yeah.
 7       Q    User research group?
 8       A    Yeah.
 9       Q    Not Daniel's brigade or anything like that?
10       A    No.                                            10:08:49
11       Q    All right.  █████████████████████
     ████████████████████████████████████████████
     ████████████
14       A    I don't remember the exact date.
15       Q    Approximately.                                 10:08:58
16       A    But approximately, we've done probably in
17   the last -- I'm trying to remember -- I mean, last
18   few months, but it's been more focused on the
19   markets that we're interested in, yeah.
20       Q    And what markets are those that you were       10:09:13
21   more focused on?
     █ █ ████████████████████████████████████
     █ ██████
     █ ████████████████████████████
     █ ██████████████████████████████████████      10:09:24
```

Page 10

```
 1     ███████████████████████████████████
 2        █  ████████████████████████████████
 3        ████
 4        █  █████████████████████████████
 5        █  ████████████████████████  ██████
 6     ██████████████████████████████████
 7     █████████████████████
 8        █  ████████████████████████████████
 9     ████████████████████████████████
10  █  ███████████████████████                      10:09:53
11           MS. BAILY:  Object to form.
12           THE WITNESS:  It's -- well, are you talking
13     about litigation in general or like this -- this
14     litigation in specific?
15     BY MR. GONZALEZ:                              10:10:08
16        Q   Litigation in general.
17  █     █  ████████████████████████████████
18  █     ███████████████████████████████
19  █     ████████████████████████
20        Q   All right.  Fair enough.  Let's talk about  10:10:20
21     this litigation.
22        A   Yeah.
23  █     █  ████████████████████████████
24  █     █████████████████████████████
25  █     ████████████████████████████  ██████
```

Page 11

```
 1            ██████████████████
 2            MS. BAILY:  Object to form.
 3            THE WITNESS:  ████████████████████
 4   ████████████████████████████████████████████
 5   ██████████████████████████)  ████)  ████████)
 6   ████████████████████████████████████)
 7   ████████████████████████████)
 8   BY MR. GONZALEZ:
 9       Q    Do you ever have communications with public
10   agencies about your vehicles?                    10:10:51
11       A    Do --
12            MS. BAILY:  Object to form.
13            THE WITNESS:  Do I personally or --
14   BY MR. GONZALEZ:
15       Q    Yes, you.                               10:10:57
16       A    Most of my efforts are more internal
17   focused.
18       Q    Who at Waymo is the person who communicates
19   with public agencies to try to get approval for you
20   to be able to drive your autonomous vehicles there?  10:11:08
21       A    It's probably going to be more of our
22   public policy team and our partnership teams.
23       Q    And who are the people who are in charge of
24   those groups?
25       A    So -- I'm trying to think.  So Kevin Vosen,  10:11:20
```

Page 12

```
 1   San Francisco, if they were going to run through red
 2   lights or whatnot, as -- and -- and that kind of
 3   hurts other players, right.  It hurts the perception
 4   of the technology.
 5       Q    Then the next page, page 12 of the              10:23:04
 6   PowerPoint, it says:
 7           █████████████████████████████
 8           █████████████
 9           And there's a subheading:
10           ████████████████████████████ ███████
11           ████████████████████████
12           What does that mean?
13       A    What it means is if we look at the -- ███
14   ███████████████████████████████████
15   ███████████████████████████████████ ███████████
16   █████████████████████████
17           █████████████████████████
18   ████████████████████████████████████
19   ████████████████████████████████████
20   ██████████████████████████████████ ██████████
21   ██████████████████████████████████
22   ████████████████████████████
23           And so this is referring to let's assume
24   they do that.  How -- how can we make it so it's --
25   it's -- it's harder for them to do that.              10:24:02
```

Page 25

```
 1   of billions of dollars?
 2          MS. BAILY:  Object to form.
 3          THE WITNESS:  You're saying in general or
 4   you're saying for particular like -- I just want to
 5   make sure I'm answering the question correctly.        10:40:59
 6   BY MR. GONZALEZ:
 7      Q    That's fair.
 8      A    Yeah.
 9   [REDACTED]
10      A    Okay.                                          10:41:04
11      Q    Would you agree that the ride-sharing
12   market for autonomous vehicles is likely to be in
13   the hundreds of billions of dollars?
14          MS. BAILY:  Object to form.
15          THE WITNESS:  I think it's -- it's             10:41:17
16   definitely possible that in the -- in the
17   ride-sharing market alone for self-driving cars on a
18   global basis that it will be in the hundreds of
19   billions of dollars, that's correct.
20   BY MR. GONZALEZ:                                       10:41:33
21      Q    Let me show you a document we've marked as
22   1033.
23          (Defendant Exhibit 1033 marked by the court
24           reporter.)
25   BY MR. GONZALEZ:                                       10:41:39
```

Page 40