# EXHIBIT 14

# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4                          -oOo-
5    WAYMO LLC,                      )
6                                    )
7              Plaintiff ,           )
8                                    )
9       vs.                          )  Case No: 3:17-cv-00939-WHA
                                     )
10   UBER TECHNOLOGIES, INC.,        )
     OTTOMOTTO LLC, OTTO TRUCKING,)
11   LLC,                            )
                                     )
12             Defendants.           )
     _____)
13
14           CONFIDENTIAL - ATTORNEYS' EYES ONLY
15            VIDEOTAPED DEPOSITION OF DANIEL GRUVER
16                  San Francisco, California
17                  Thursday, April 20, 2017
18
19
20   Reported by:
21   LISA R. TOW
22   CSR No. 6629
23   Job No. 2599857
24
25   PAGES 1 - 73
```

Page 1

```
 1        Q.   Are you aware whether GBR2 used a          10:21:08AM
 2   similar design?                                      10:21:13AM
 3        A.   I don't recall.                            10:21:14AM
 4        Q.   Are you aware of any other lidar           10:21:15AM
 5   devices that use ███████████████?                    10:21:16AM
 6        A.   I am.                                      10:21:17AM
 7        Q.   What are they?                             10:21:18AM
 8        A.   Velodyne.                                  10:21:19AM
 9        Q.   And what do they use ████████              10:21:22AM
10   ██████████?                                          10:21:25AM
11        A.   I don't know.                              10:21:26AM
12        Q.   What is the context in which               10:21:26AM
13   Velodyne uses ████████████████?                      10:21:30AM
14        A.   The edge of the diode ████████             10:21:33AM
15   █████████████████████████                            10:21:36AM
16        Q.   For what type of PCB?                      10:21:38AM
17        A.   Sorry.  Clarify.                           10:21:42AM
18        Q.   Well, like in what context is the          10:21:44AM
19   PCB used that you're referring to?                   10:21:47AM
20        A.   The PCB holds a laser and other            10:21:50AM
21   electronics.                                         10:21:54AM
22        Q.   And what is the version of                 10:21:55AM
23   Velodyne that has that feature?                      10:21:59AM
24        A.   I don't know about their                   10:22:01AM
25   exhaustive catalog of lidar, but they're VLP         10:22:06AM
```

Page 51

```
 1   model, I believe.                                    10:22:11AM
 2        Q.   And that's one that you've                 10:22:12AM
 3   observed in connection with your work at             10:22:15AM
 4   Otto or Uber?                                        10:22:19AM
 5        A.   Yes.                                       10:22:22AM
 6        Q.   Is the (       ) on the Fuji -- for        10:22:22AM
 7   the PCBs and Fuji that do have (        )            10:22:33AM
 8   (                                    )?              10:22:38AM
 9        A.   I don't know.                              10:22:40AM
10        Q.   Are you aware of any patents or            10:22:41AM
11   publications that disclose (            )            10:22:47AM
12   (     )?                                             10:22:49AM
13        A.   I'm not.                                   10:22:50AM
14        Q.   The Fuji design includes (  )              10:22:50AM
15   transmit boards total; is that fair?                 10:22:55AM
16        A.   That is.                                   10:22:58AM
17        Q.   And each of the ( ) transmit PCBs          10:22:59AM
18   in the Fuji device includes (        )               10:23:02AM
19   laser diodes; is that correct?                       10:23:05AM
20        A.   That is correct.                           10:23:07AM
21        Q.   What's the benefit of that design?         10:23:08AM
22        A.   Of which design?                           10:23:10AM
23        Q.   Of the -- of having ( ) transmit           10:23:13AM
24   PCBs that include (        ) laser                   10:23:18AM
25   diodes?                                              10:23:22AM
```

Page 52