# EXHIBIT 15

# FILED UNDER SEAL

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6           Plaintiff,
 7   vs.                           No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11           Defendants.
12   _____/
13
14       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
15
16           VIDEOTAPED DEPOSITION OF GREGORY KINTZ
17                  SAN FRANCISCO, CALIFORNIA
18                  WEDNESDAY, APRIL 26, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2592507
24
25   PAGES 1 - 234
```

Page 1

|   |   |   |
|---|---|---|
| 1 | ███████████████████████████████████████ | ███ |
| 2 | ███████████████████████████████████████ | 15:11 |
| 3 | Do you see that? | 15:11 |
| 4 | A    I do see that. | 15:11 |
| 5 | Q    So would you agree that Schultz discloses | 15:11 |
| 6 | that ████████████████████████████████ | ███ |
| 7 | ████████████████████? | 15:11 |
| 8 | MR. JAFFE:  Objection; form. | 15:11 |
| 9 | THE WITNESS:  The device in question here in | 15:11 |
| 10 | this Ph.D. thesis from a student in Germany refers to | 15:11 |
| 11 | a high-powered laser diode bar with multiple emitters | 15:11 |
| 12 | where the bar is bonded to a heat sink.  There is | 15:11 |
| 13 | another contact bar on top of the device. | 15:11 |
| 14 | And this has little or no relationship to a | 15:11 |
| 15 | ███████████████████████████████████████ | 15:12 |
| 16 | MR. KIM:  So that wasn't responsive to my | 15:12 |
| 17 | question.  Let me ask you a different one. | 15:12 |
| 18 | Q    On page 63 -- can you turn to page 63. | 15:12 |
| 19 | A    (Witness complies.) | 15:12 |
| 20 | Q    Do you see Figure 4-10? | 15:12 |
| 21 | A    I do. | 15:12 |
| 22 | Q    Where it's labeled: | 15:12 |
| 23 | ███████████████████████████████████ | ███ |
| 24 | ███████████████████ | 15:12 |
| 25 | Do you see that? | 15:12 |

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    Yes. | 15:12 |
| 2 | Q    And above that label, ████████████ | ████ |
| ▌ | ████████████████████████████████████████ | ████ |
| ▌ | ████████████████████ | 15:13 |
| 5 | Do you see that? | 15:13 |
| 6 | A    Yes. | 15:13 |
| 7 | Q    Okay.  This depicts ████████████ | ████ |
| ▌ | ████████   correct? | 15:13 |
| 9 | A    Again, ████████████████████ | ████ |
| ▌ | ████████████████████████████ | ████ |
| ▌ | ████████████████████████ | 15:13 |
| 12 | ████████████████████ | ████ |
| ▌ | ████████████████████████████████ | ████ |
| ▌ | ██████████ | 15:13 |
| 15 | Q    That's not my question. | 15:13 |
| 16 | My question is:  That figure depicts ████ | ████ |
| ▌ | ████████████████████████████████ | ████ |
| ▌ | ████ ; correct? | 15:13 |
| 19 | MR. JAFFE:  Objection; form. | 15:13 |
| 20 | THE WITNESS:  As you see in this figure, | 15:13 |
| 21 | there is ████████████████ | 15:13 |
| 22 | But the greater body of knowledge of the | 15:13 |
| 23 | packaging of even the specific type of high-powered | 15:13 |
| 24 | laser diode bars as referenced in the Liu textbook | 15:14 |
| 25 | indicates that the ideal configuration for these | 15:14 |

Page 128

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1           So I don't think there is a clear answer to        16:13
2    your question.                                             16:13
3           MR. KIM:  Q.  It wouldn't be a simple              16:13
4    modification to just go from these two separate           16:13
5    cavities and to put all 64 boards and diodes into a       16:13
6    single cavity?                                             16:13
7           MR. JAFFE:  Objection; form.                       16:14
8           THE WITNESS:  Again, I don't -- with all of        16:14
9    the complexity of engineering, I don't think you can      16:14
10   make a broad brush statement that says, Oh, this would    16:14
11   just be a simple thing to do.                              16:14
12          MR. KIM:  Q.  So GBr3 has ████████████    ████
13   ████████  correct?                                         16:15
14      A   Yes, that's correct.                                16:15
15      Q   And it has a single optical cavity?                 16:15
16      A   Yes, that's correct.                                16:15
17      Q   And the ████████████████████ for GBr3,              16:15
18   that's ██████████████████████████?                         16:15
19      A   That sounds correct.  But I would prefer to        16:15
20   look at a detailed specification to confirm that          16:15
21   number.                                                    16:16
22      Q   All right.                                          16:16
23          I think you can go to the list of Trade            16:16
24   Secrets and turn to -- let's see -- page 25.              16:16
25      A   Okay.  Nope, I don't need that anymore.            16:16
```

| | | |
|---|---|---|
| 1 | Sorry. | 18:39 |
| 2 | Well, I believe my original opinions were | 18:39 |
| 3 | reasonable based on the information then available. | 18:40 |
| 4 | The newly provided information requires me to withdraw | 18:40 |
| 5 | my opinion that the Fuji system infringes the | 18:40 |
| 6 | '922 patent and the '464 patents. | 18:40 |
| 7 | Q   So your current opinion is that Fuji does not | 18:40 |
| 8 | infringe the '922 and the '464 patents; correct? | 18:40 |
| 9 | A   That is correct. | 18:40 |
| 10 | Q   And in your declaration, you said that you | 18:40 |
| 11 | reviewed all of the asserted patents in this case; | 18:40 |
| 12 | correct? | 18:40 |
| 13 | A   In the original declaration? | 18:40 |
| 14 | Q   Yes. | 18:40 |
| 15 | A   Yes. | 18:40 |
| 16 | Q   And so aside from the '944 and '922 patents, | 18:40 |
| 17 | is it your opinion that Fuji does not infringe any of | 18:40 |
| 18 | those asserted patents? | 18:40 |
| 19 | MR. BAYER:  You said '944? | 18:40 |
| 20 | MR. KIM:  Q.  Aside from the '922 and the | 18:41 |
| 21 | '464, is it your opinion that Fuji does not infringe | 18:41 |
| 22 | any of the other asserted patents in this case? | 18:41 |
| 23 | MR. JAFFE:  Objection; form. | 18:41 |
| 24 | THE WITNESS:  Can I ask what other asserted | 18:41 |
| 25 | patents you're referencing? | 18:41 |