Case 3:17-cv-00939-WHA   Document 369-15   Filed 04/26/17   Page 1 of 6

# EXHIBIT 1

# MICHAEL LEBBY, PH.D.
# EXHIBIT 1 – MATERIALS CONSIDERED

Patents & File Histories

- U.S. Pat. No. 4,594,719 (Ackley)
- U.S. Pat. No. 5,140,745 (McKenzie, Jr.)
- U.S. Pat. No. 5,175,783 (Tatoh)
- U.S. Pat. No. 5,276,754 (Blair et al.)
- U.S. Pat. No. 5,334,029 (Akkapeddi et al.)
- U.S. Pat. No. 5,420,722 (Bielak)
- U.S. Pat. No. 5,535,296 (Uchida)
- U.S. Pat. No. 5,555,341 (Sharma et al.)
- U.S. Pat. No. 5,631,446 (Quan)
- U.S. Pat. No. 5,774,486 (Jiang et al.)
- U.S. Pat. No. 5,812,717 (Gilliland)
- U.S. Pat. No. 5,825,054 (Lee et al.)
- U.S. Pat. No. 5,835,199 (Phillips et al.)
- U.S. Pat. No. 5,838,703 (Lebby et al.)
- U.S. Pat. No. 5,940,277 (Farnworth et al.)
- U.S. Pat. No. 6,144,090 (Higashiguchi)
- U.S. Pat. No. 6,214,525 (Boyko et al.)
- U.S. Pat. No. 6,243,508 (Jewell et al.)
- U.S. Pat. No. 6,388,739 (Rice)
- U.S. Pat. No. 6,438,290 (Bietry et al.)
- U.S. Pat. No. 6,496,465 (Broome et al.)
- U.S. Pat. No. 6,751,379 (Capewell et al.)
- U.S. Pat. No. 6,863,170 (Gordon et al.)
- U.S. Pat. No. 6,894,849 (Yamamoto et al.)
- U.S. Pat. No. 6,919,996 (Wada et al.)
- U.S. Pat. No. 7,187,823 (Dimsdale et al.)
- U.S. Pat. No. 7,321,708 (Jenkins et al.)
- U.S. Pat. No. 7,558,300 (Dragic)
- U.S. Pat. No. 7,599,413 (Luo et al.)
- U.S. Pat. No. 8,179,619 (Kuwa et al.)
- U.S. Pat. No. 8,593,828 B2 (Blackwell, Jr. et al.)
- U.S. Pat. No. 8,730,456 (Goldberg et al.)
- U.S. Pat. No. 8,891,069 (Pedersen et al.)
- U.S. Pat. No. 8,934,509 (Savage-Leuchs et al.)
- U.S. Pat. Appl. No. 2003/0043363 A1 (Jamieson et al.)
- U.S. Pat. Appl. No. 2005/0089280 A1 (Kumar et al.)
- U.S. Pat. Appl. No. 2007/0158807 A1 (Lu et al.)

1

- U.S. Pat. Appl. No. 2007/0181810 A1 (Tan et al)
- U.S. Pat. Appl. No. 2009/0226131 A1 (Zhang et al.)
- U.S. Pat. Appl. No. 2010/0046953 A1 (Shaw et al.)
- U.S. Pat. Appl. No. 2014/0211436 A1 (Behringer et al.)
- U.S. Pat. Appl. No. 2016/0291136 A1 (Lindskog et al)
- European Pat. No. 0 452 985 A2 (Norris)
- European Pat. No. 0 581 012 B1 (Lebby et al.)
- European Pat. No. 0 690 319 A1 (Lebby et al.)
- Korean Pat. Appl. KR20130140554A (Mheen et al.)

Court Documents
- Plaintiff Waymo LLC's Reply in Support of its Motion for Preliminary Injunction, filed April 21, 2017
- Reply Declaration of Gregory Kintz, filed April 21, 2017

Transcripts
- Deposition of Gregory Kintz, taken on April 26, 2017
- Deposition of Daniel Gruver, taken on April 20, 2017

Articles & Literature
- Augst, S.J. et al., *Wavelength beam combining of ytterbium fiber lasers*, Vol. 28, No. 5, OPTICS LETTERS (March 1, 2003)
- Bardinal, V. et al., *Collective Micro-Optics Technologies for VCSEL Photonic Integration*, Advances in Optical Technologies 2011, 609643 (2011)
- Bardinal, Veronique et al., *Advances in Polymer-based Optical MEMS Fabrication for VCSEL Beam Shaping*, IEEE 21(4), 2700308 (2014)
- Barenz, Joachim et al., *Eyesafe imaging LADAR/infrared seeker technologies*, Proc. SPIE 5791, Laser Radar Technology and Applications X, 51 (August 5, 2005)
- Barenz, Joachim et al., *All solid state imaging infrared/imaging LADAR sensor system*, Proc. SPIE 5459, Optical Sensing, 171 (September 1, 2004)
- Behringer, M. et al., *More Brilliance from High Power Laser Diodes*, Proc. SPIE 4993 (2003)
- Brickeen, Brian et al., *High energy microlaser and compact MOPA transmitter*, Proc. SPIE 8039, Laser Technology for Defense and Security VII, 80391A (May 25, 2011)
- Chen, Songsheng et al., *One-Joule Double-pulsed Ho:Tm:LuLF Master-Oscillator-Power-Amplifier (MOPA)*, OSA Trends in Optics and Photonics, Paper 740 (Optical Society of America, 2005)
- Chen, Youming et al., *Fiber laser based high-spectral resolution lidar for earth science measurements*, Proc. SPIE 8601, Fiber Lasers X: Technology, Systems, and Applications, 86011R-1 (March 22, 2013)

- Cornwell, Donald, *A miniature LIDAR wind profiler for planetary boundary layer measurements based on semiconductor lasers*, UNIVERSITY OF MARYLAND COLLEGE PARK, Source DAIB 59/06, p. 2931 (Dec 1998)
- Deyle, Travis, *Velodyne HDL-64E Laser Rangefinder (LIDAR) Pseudo-Disassembled*, Hizook
- Gale, Michael T. et al., *Replication technology for optical Microsystems*, Optics and Lasers in Engineering 43, 373-386 (2005)
- Gray, Stuart et al., *502 Watt, single transverse mode, narrow linewidth, bidirectionally pumped Yb-doped fiber amplifier*, Vol. 15, No. 25, OPTICS EXPRESS 17044 (December 10, 2007)
- Halterman, Ryan et al., *Velodyne HDL-64E LiDAR for Unmanned Surface Vehicle Obstacle Detection*, SPIE Proc. 7692 (April 5-9, 2010)
- Hansen, Rene and Pedersen, Christian, *All semiconductor laser Doppler anemometer at 1.55 µm*, Vol. 16, No. 22, OPTICS EXPRESS 18288 (October 27, 2008)
- Henrie, Jason et al., *Compact high-power eye safe fiber laser for LADAR*, Proc. SPIE 6952, Laser Source Technology for Defense and Security IV, 695204 (April 14, 2008)
- Laughman, L.M. et al., *NASA Lidar System Support and MOPA Technology Demonstration*, NASA-CR-178144, Final Report, Contract No. NAS1-17127
- Li, Likai, *Design, Fabrication and Metrology of Precision Molded Freeform Plastic Optics*, Ohio State University (2014)
- Luttmann, J. et al., *Very high-efficiency frequency-tripled Nd:YAG MOPA for spaceborne lidar*, Proc. SPIE 6871, Solid State Lasers XVII: Technology and Devices, 687109 (February 14, 2008)
- McFarland, Andrew et al., *Production and Analysis of Injection Molded Micro-Optic Components*, Polymer Engneering and Science 44(3), 564-579 (March 2004)
- Ostermeyer, Martin et al., *Diode-pumped Nd:YAG master oscillator power amplifier with high pulse energy, excellent beam quality, and frequencystabilized master oscillator as a basis for a next-generation lidar system*, Vol. 44, Issue 4, pp. 582-590 (2005)
- Pearson, G.N. and Eacock, J.R., *A Fibre-based coherent pulsed Doppler lidar for atmospheric monitoring*, Vol. 31, Issue 30, pp. 6475-6484 (1992)
- Pearson, G.N. and Rye, B.J., *Frequency fidelity of a compact $CO_2$ Doppler lidar transmitter*, Vol. 31, Issue 30, pp. 6475-6484 (1992)
- Regan, J.A. et al., *Laser Diode Based New Generation Lidars*, University of Arizona, ECE Dept., Tucson, AZ
- Rodrigo, Peter and Pedersen, Christian, *Doppler wind Iidar using a MOPA semiconductor laser at stable single-frequency operation*, DTUFotonik, Technical University of Denmark, Frederiksborgvej 399, DK-4000Roskilde, Denmark
- Ryser, M. et al., *Multi-stage ytterbium fiber-amplifier seeded by a gain-switched laser diode*, Institute of Applied Physics, University of Bern, Sidlerstrasse 5, CH-3012 Bern, Switzerland
- Sobon, Grzegorz et al., *Controlling the 1 µm spontaneous emission in Er/Yb co-doped fiber amplifiers*, OPTICS EXPRESS 19104, Vol. 19, No. 20 (September 26, 2011)
- Stoneman, Robert C. et al., *Eyesafe 1.6- m Er:YAG transmitters for coherent laser radar*, 14th Coherent Laser Radar Conference, Louisville, CO

3

- Tobin, M.S. et al., *Epi-Side-Down Mounting of Interband Cascade Lasers for Army Applications*
- Vinoya, Josh, *Rotary LiDAR Sensors for Use in Fully Autonomous Vehicles*, Conference Session B8, Paper 76
- Wetter, N.U., *Three-fold effective brightness increase of laser diode bar emission by assessment and correction of diode array curvature*, Optics and Laser Technology 33, 181-187 (2001)
- Wu, Ming, *Micromachining for Optical and Optoelectronic Systems*, Proc. of IEEE 85(11), 1833-1856 (November 1997)
- Yu, Anthony et al., *Highly Efficient Yb: YAG Master Oscillator Power Amplifier Laser Transmitter for Lidar Applications*, Conference on Lasers and Electro-Optics 2012 OSA Technical Digest (online) (Optical Society of America, 2012)
- Yun, Jian et al., *High-peak-power, single-mode, nanosecond pulsed, all-fiber laser for high resolution 3D imaging LIDAR system*, Vol. 10, Issue 12, pp. 121402-121402 (2012)
- Directed Energy, Inc., PCO-7110 Laser Diode Driver Module, Installation and Operation Notes (2000)
- EDFA (Erbium Doped Fiber Amplifier) Tutorial
- EE 230: Optical Fiber Communication, Lecture 8, Fiber Amplifiers
- Nanostack Pulsed Laser Diode Version 1.1 - SPL DS90_3, OSRAM Opto Semiconductors GmbH
- Optical Amplification, Applied OptoElectronics Centre
- Photo of High Quality Clear Acrylic Optical Lens
- PowerPhotonic Diode Bar Smile Corrector Datasheet (September 25, 2015)
- PowerPhotonic Fast Axis Collimator Array Datasheet (September 25, 2015)
- Ultraprecision Molding Suitable for Aspheric Fast-Axis-Collimation Microlenses, Features (May 2006)
- Velodyne Acounstics, Inc., Outline Drawing HDL-64E S3
- Velodyne High Definition LiDAR HDL-64E (2014)
- Velodyne User's Manual and Programming Guide, HDL-63E S2 and S2.1
- Velodyne User's Manual and Programming Guide, HDL-64E S3


Websites
- http://doriclenses.com/life-sciences/193-fiber-optic-rotary-joints
- https://photonics.ixblue.com/products-list-detail/erbium-ytterbium-double-clad-doped-fibers
- http://www.indium.com/blog/ausn-laser-bar-eutectic-bonding.php
- http://www.lasercomponents.com/de-en/product/fiber-optic-rotary-joints/
- http://www.moog.com/products/fiber-optic-devices/fiber-optic-rotary-joints/
- http://www.mouser.com/Electromechanical/Hardware/Standoffs-Spacers/_/N-aictf
- http://www.mouser.com/ProductDetail/Harwin/R30-3000502/?qs=sGAEpiMZZMtrde5aJd3qw4L16p8RLiBxr5JwCzTj1w0=
- http://www.princetel.com/product_forj.asp
- https://books.google.com/books?id=VY8iBAAAQBAJ&source=gbs_navlinks_s

4

- https://www.alibaba.com/trade/search?fsb=y&IndexArea=product_en&CatId=&SearchText=custom+aluminum+pcb+spacers&isGalleryList=G
- https://www.amazon.com/Suleveâ-Aluminum-Standoff-Standoffs-ChisuNeviette/dp/B06XWTPXJT/ref=sr_1_1?s=industrial&ie=UTF8&qid=1492865531&sr=1-1&keywords=aluminum+spacer+for+pcb+board
- https://www.digikey.com/product-detail/en/keystone-electronics/8714/36-8714-ND/255366
- https://www.digikey.com/products/en/hardware-fasteners-accessories/board-spacers-standoffs/582?FV=ffe00246&mnonly=0&newproducts=0&ColumnSort=0&page=1&stock=0&pbfree=0&rohs=0&k=spacer&k=aluminum+spacer&quantity=&ptm=0&fid=0&pageSize=250&pkeyword=spacer
- https://www.newport.com/f/erbium-&-ytterbium-doped-fibers
- https://www.rp-photonics.com/tutorial_fiber_amplifiers.html
- https://www.rp-photonics.com/tutorial_fiber_amplifiers10.html
- https://www.thorlabs.com/newgrouppage9.cfm?objectgroup_id=7556

Production Documents
- SC_PROD003.P

Other
- Quinn List of 50 Files

\*\*All documents listed in Exhibit 2 of my declaration in support of Defendants' Opposition to Plaintiff Waymo LLC's Motion for Preliminary Injunction.