# EXHIBIT 2

# FILED UNDER SEAL

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4

5     WAYMO LLC,

6           Plaintiff,

7     vs.                        No. 3:17-cv-00939-WHA

8     UBER TECHNOLOGIES, INC.;

9     OTTOMOTTO LLC; OTTO TRUCKING,

10    INC.,

11          Defendants.

12    _____/

13

14       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

15

16       VIDEOTAPED DEPOSITION OF GREGORY KINTZ

17              SAN FRANCISCO, CALIFORNIA

18             WEDNESDAY, APRIL 26, 2017

19

20

21    BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22    CSR LICENSE NO. 9830

23    JOB NO. 2592507

24

25    PAGES 1 - 234

                                          Page 1

1    Q    Okay.  What do you mean by that?                    11:44

2    A    Well, ███████████████████████████████              11:44

█    █████████████████████████████████████████ but          11:44

4    does not have to be.                                    11:45

5    Q    Okay.  In what instances would it ████████         11:45

█    ███████████████████████████████████████?                11:45

7    A    Using general principles, it would be              11:45

8    █████████████████████████████████████████████           11:45

█    █████████████████████████████████                        11:45

10   Q    And under what circumstances would it ████         11:45

█    ████████████████████████████                            11:45

12   A    There may be cases where you might want to         11:45

13   ██████████████████████████  ████████████████            11:45

█    ███████████████████████████████████████████            11:45

█    ██████ you could do that.                               11:45

16   Q    Okay.  But generally, if you're looking to         11:45

17   ████████████████████████████████████████                11:46

█    ██████████████████████████████████████████             11:46

█    ████████████████████████████████████████               11:46

█    ████████████████; correct?                              11:46

21        MR. JAFFE:  Objection; form.                        11:46

22        THE WITNESS:  Correct.                              11:46

23        MR. KIM:  Q.  So, taking a look at this             11:46

24   diagram, I see on page 15 of Exhibit 1034, there is     11:46

25   ████████████████████████████████████████                11:46

Page 38

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1      Using the Fuji ███████ information, I          11:47

2    was able to determine ███████████████          11:47

█      ███████████.  And, from that, I was able to    11:47

4    █████████████████████████                        11:47

5      Q   Okay.  And that's ███████████             11:47

█    ██████████████████████████████████             11:48

█    ████████ -- on the bottom of page 5?            11:48

8      A   That is 15?                                11:48

9      Q   Yes.                                        11:48

10     A   Yes.                                        11:48

11     Q   Okay.  And after ██████████               11:48

█    ██████████████████████                          11:48

█    ████████████████████████████                    11:48

█    ██████?                                          11:48

15     A   Using the -- again, the same ████████     11:48

16   file from the Fuji board in the <mark>Gorilla</mark> e-mail, that   11:48

17   also contains █████████████.                    11:48

18     And I was able to █████████████████           11:48

█    █████████████████████████████                   11:48

█    ███████████████████████                          11:49

21     MR. KIM:  Okay.  Let's go ahead and mark this   11:49

22   as No. 1037.                                     11:49

23     (Document marked Exhibit 1037                  11:49

24      for identification.)                          11:49

25     MR. KIM:  Q.  Do you recognize Exhibit         11:49

Page 40

1  ███████████████████████████████████    ██████

2  ████████████████, what did you do next?    12:01

3       A    I then compared ██████████████    ██████

4  ███████████████████████████████████████    ██████

5  ████████████████████████████████████████████    ██████

6  █████████████████████████████████████████    ██████

7  ███████████████████    Excuse me.    12:02

8       Q    And the ██████████████████████████    12:02

9       A    Correct.    12:02

10      Q    Okay.  And that's based on your calculation    12:02

11  of ██████████████████████████████████ for the    12:02

12  Fuji board; correct?    12:02

13      A    That is correct.    12:02

14      Q    So, is it fair to say that if your    12:02

15  calculation of ████████████████████████ for Fuji    12:02

16  was incorrect, that ██████ would also be different;    12:02

17  correct?    12:02

18      A    Yes.    12:02

19      Q    I'd like to turn to -- back to the reply    12:02

20  declaration.    12:03

21      A    (Witness complies.)    12:03

22           Uh-huh.    12:03

23      Q    And direct your attention to paragraph 5.  Do    12:03

24  you see where it says:    12:03

25           "My visual inspection of the Fuji device on    12:03

Page 46

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              A F T E R N O O N   S E S S I O N

 2                      1:05 P.M.

 3

 4          THE VIDEOGRAPHER:  We are back on the record    13:05

 5     at 1:05 p.m.                                          13:05

 6          MR. KIM:  Q.  Mr. Kintz, we were talking        13:05

 7     about  ██████████████.  And I wanted to ask you what 13:05

 8     you meant by ████████████████████████ in your        13:05

 9     declaration, for example, in paragraphs 4 and 5 which 13:06

10     we had been discussing.                              13:06

11          A   The definition of ██████████████████   ██████

██     ███████████████████████████████████████████     ██████

██     ███████████████████████████████████████████     ██████

██     ██████████████████████████████                        13:06

15          Q   Okay.  And so, if ██████████████████   ██████

██     ████████████████████████████████████████████    ██████

██     ██████████████████████████████████████████████████    ██████

██     ████████?                                             13:06

19          A   Yes, I would agree with that statement.     13:06

20          Q   Okay.  And is it also your testimony that if 13:06

21     ████████████████████████████████████████████    ██████

██     ██████████████████████████████████████████          ██████

██     ███████████████████████████?                          13:07

24          MR. JAFFE:  Excuse me.  Objection; form.        13:07

25          THE WITNESS:  In a more broad definition of     13:07
```

Page 63

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    ██████████████████, yes, that would.              13:07

2         I believe, in the context of the Trade Secret  13:07

3    that we're discussing right now, no, because that   13:07

4    ██████████████████████████.                         13:07

5         MR. KIM:  Q.  So, just to make sure I -- I      13:07

6    understand your answer, if you had ████████████     ██████

     ██████████████████████████████████████              ██████

     ████████████████████████████████████████            ██████

     ████████████████████████████████████████            ██████

     ████████████████████████████████████████            ██████

     ████████████████████████████████████████            ██████

     ████████████████████████████████████████            ██████

     ███████████████████████████████?                    13:08

14       A    Yes.                                        13:08

15            MR. JAFFE:  Objection; form.                13:08

16            Just give me a second to object, please.    13:08

17            THE WITNESS:  Yeah.                          13:08

18            MR. JAFFE:  Thank you.                       13:08

19            THE WITNESS:  Yes, within the context of your 13:08

20       statement, yes.                                   13:08

21            MR. KIM:  Okay.  So I'd like to mark this as 13:08

22       1038, I believe.                                  13:08

23            (Document marked Exhibit 1038               13:09

24             for identification.)                        13:09

25            MR. KIM:  Q.  Do you recognize Exhibit 1038? 13:09
```

Page 64

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your objection.  Please stop, or we'll move to strike | 14:12 |
| 2 | his declaration. | 14:12 |
| 3 | MR. JAFFE:  I'm going to just object again. | 14:12 |
| 4 | MR. KIM:  That's under your interpretation of | 14:12 |
| 5 | Judge Alsup's standing order.  I'm warning you, stop. | 14:12 |
| 6 | MR. JAFFE:  I disagree. | 14:12 |
| 7 | MR. KIM:  Q.  Can you answer the question? | 14:12 |
| 8 | A   To successfully produce this document here, I | 14:12 |
| 9 | needed to have the ██████████ between the | 14:12 |
| 10 | Waymo boards and the Fuji board. | 14:13 |
| 11 | So I did compute ██████████████ ███ | 14:13 |
| █ | █████████████ in preparing this figure. | 14:13 |
| 13 | Q   Did you quantify or calculate the | 14:13 |
| 14 | correspondence between ██████████████ ███ | 14:13 |
| █ | ████████████████ | 14:13 |
| 16 | MR. JAFFE:  Objection; form. | 14:13 |
| 17 | THE WITNESS:  So at the time I had -- did | 14:13 |
| 18 | this analysis, I had the ████████ data for the | 14:13 |
| 19 | one Fuji board, and I had the ██████████ from | 14:13 |
| 20 | the Waymo boards. | 14:13 |
| 21 | █████████████████ ██ ███ | 14:13 |
| █ | ████████████████████ ███ | |
| █ | ██████████████████ | 14:14 |
| 24 | MR. KIM:  Q.  What are the scaling | 14:14 |
| 25 | differences you're referring to? | 14:14 |

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your report; correct? | 14:15 |
| 2 | A   The Excel spreadsheet that did that | 14:15 |
| 3 | calculation was part of a set of files that I used and | 14:15 |
| 4 | prepared for the original declaration. | 14:15 |
| 5 | Q   Are they mentioned in your declaration? | 14:15 |
| 6 | A   Insomuch as there is a computed calculation | 14:15 |
| 7 | here. | 14:15 |
| 8 | Q   But where -- where is that spreadsheet | 14:15 |
| 9 | referenced in the list of materials considered? | 14:15 |
| 10 | MR. JAFFE:  Objection; form. | 14:15 |
| 11 | THE WITNESS:  It was a simple derivation of | 14:15 |
| 12 | the assembly and fabrication documents that were | 14:16 |
| 13 | provided as part of the Fuji PCB. | 14:16 |
| 14 | MR. KIM:  So Counsel, we request that those | 14:16 |
| 15 | spreadsheets that he relied on in preparing his | 14:16 |
| 16 | declaration be produced immediately. | 14:16 |
| 17 | MR. JAFFE:  So just to briefly respond, I | 14:16 |
| 18 | don't think that's a fair summary of what he just | 14:16 |
| 19 | testified about.  But we'll take your request under | 14:16 |
| 20 | advisement. | 14:16 |
| 21 | MR. KIM:  Q.  Mr. Kintz, Waymo didn't come up | 14:17 |
| 22 | with the idea of having 64 diodes in a LiDAR; correct? | 14:17 |
| 23 | A   No.  That existed out in the public domain. | 14:17 |
| 24 | MR. JAFFE:  So just as a brief question here, | 14:17 |
| 25 | if you're changing topics, if you don't mind if we | 14:17 |

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      A   With that limited restriction on the        14:29

 2   manufacturing tolerances, there will be some variation  14:29

 3   in ████████████████████████████████████████         14:29

     █  ████████████ .                                  14:29

 5      Q   And in some circumstances, due to           14:29

 6   manufacturing tolerances, the laser diode could ████   14:29

     █  ██████████████████████████████ ; correct?       14:29

 8      A   In that case where there are manufacturing  14:29

 9   tolerances being considered, that is a possibility.   14:29

10      Q   We had -- in looking at paragraph 40, where  14:29

11   you mention mounting a cylindrical lens in front of a  14:29

12   laser diode to ████████████████████████████████   14:29

     █  ██████                                         14:29

14         Do you see that?                              14:29

15      A   Yes.                                         14:30

16      Q   Are you familiar with the term "fast-axis   14:30

17   lens"?                                               14:30

18      A   Point of clarification.  Fast axis?         14:30

19      Q   Fast-axis, A-X-I-S, collimation lens.       14:30

20      A   Yes.                                         14:30

21      Q   What is that?                                14:30

22      A   It is a cylindrical lens system that is     14:30

23   commonly placed in front of laser diodes for doing    14:30

24   collimation of the laser diode system.               14:30

25      Q   So Waymo wasn't the first to invent or      14:30
```

                                            Page 106

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | discover the use of a fast-axis collimation lens in | 14:30 |
| 2 | the context of LiDARs? | 14:30 |
| 3 |      MR. JAFFE:  Objection; form. | 14:30 |
| 4 |      THE WITNESS:  I'm aware of people using | 14:30 |
| 5 | fast-axis collimation lenses in a wide range of laser | 14:30 |
| 6 | diode collimation systems. | 14:31 |
| 7 |      MR. KIM:  Q.  The Velodyne 64, in fact, used | 14:31 |
| 8 | FAC lenses in front of its diodes; correct? | 14:31 |
| 9 |   A  Based on the information that is presented in | 14:31 |
| 10 | Figure 7, it appears that they use a fast-axis lens. | 14:31 |
| 11 |   Q  And do you see the fast-axis collimation lens | 14:31 |
| 12 | in Figure 7? | 14:31 |
| 13 |   A  Yes. | 14:31 |
| 14 |   Q  Okay.  Can you label that, please.  You can | 14:31 |
| 15 | just -- you can label it "FAC" for short. | 14:31 |
| 16 |   A  (Witness complies.) | 14:31 |
| 17 |   Okay. | 14:31 |
| 18 |   Q  Okay.  And you're understanding that for the | 14:31 |
| 19 | Velodyne 64, the purpose of that FAC lens would be to | 14:31 |
| 20 | pre-collimate the light emitted from the laser diode; | 14:31 |
| 21 | correct? | 14:32 |
| 22 |   A  Correct. | 14:32 |
| 23 |   Q  And would it also be for the purpose of | 14:32 |
| 24 | ██████████████████████████████  ████ | 14:32 |
| | ██  ████ | 14:32 |

Page 107

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    inspected.                                      14:40
 2         What's the benefit of having ████████      ████
 █    ███████    for the GBr3 board?                  14:41
 4      A    ██████████████████████████████          ████
 █    ████████████████████████████████████████       ████
 █    ████████████████████████████████████████       ████
 █    ████████████████████████████████████           14:41
 8      Q    And what other benefit is there for having a  14:41
 9    ██████████████    for the GBr3?                 14:41
10      A    For the GBr3 specifically, the benefit is  14:41
11    associated with ██████████████████████████      ████
 █    ██████████████████████████                      14:41
13      Q    Okay.  And what other benefits are there for  14:41
14    the GBr3?                                       14:42
15      A    I am not aware of any other benefits for the  14:42
16    GBr3 board at this time.                        14:42
17      Q    And are those -- so I -- I heard two primary  14:42
18    benefits for having ████████████████ for the    14:42
19    GBr3; is that fair?                             14:42
20      A    Yes.                                      14:42
21      Q    Would those two benefits also apply if you  14:42
22    had ████████████████████?                       14:42
23      A    Yes.                                      14:42
24      Q    Would they apply if you had ████████      ████
 █    ████████████                                    14:42
```

Page 112

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1                                                                   ██████
 █                                                                   ██████
 █                                          correct?        14:45
 4      A   I actually --                                   14:45
 5          MR. JAFFE:  Sorry.  Objection; form.            14:45
 6          Go ahead.                                       14:45
 7          THE WITNESS:  Actually, I disagree.             14:45
 8                                                                   ██████
 █                                                                   ██████
 █                                                          14:45
11          So it's clear that even                                 ██████
 █                                                                   ██████
 █                                                          14:45
14          MR. KIM:  Q.  So would                                  ██████
 █                                                                   ██████
 █                                          ?              14:46
17      A   Yes, under all of the considerations of the    14:46
18                                                                   ██████
 █                                          yes.            14:46
20      Q   And assuming that                                       ██████
 █                                                                   ██████
 █                                                                   ██████
 █                                                          14:46
24  correct?                                                14:46
25      A   Yes, given those mathematical assumptions.      14:46
```

Page 114

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Q   So if you can turn to your -- the Trade       14:47

2   Secret List that we've been referring back to, Trade  14:47

3   Secret No. 7.                                         14:47

4    A   (Witness complies.)                            14:47

5        Yes.                                            14:47

6    Q   It's not your testimony that Trade Secret 7    14:48

7   requires ███████████████████; is it?                14:48

8    A   █████████████████████████████████  ███████    14:48

   ██ ███████████████████████████                       14:48

10   Q   But it doesn't say ███████████████████;        14:48

11  correct?                                             14:48

12   A   No, there is no ███████████████████  ███████   14:48

██  ██████████████████████                              14:48

14       It's just surprising that █████████████  ███   14:48

██  ████████████████████████████████████████  ███████  14:48

██  █████████████████████████                           14:48

17   Q   How do you know that ███████████████  ███████  14:48

██  ██████████████████?                                 14:48

19   A   I was told that -- or that information is in   14:49

20  one of the declarations of one of the Waymo engineers. 14:49

21   Q   And you relied on that declaration?            14:49

22   A   Yes.                                           14:49

23   Q   Do you know whose?                             14:49

24   A   I can pull that up because that's referenced   14:49

25  in my -- let's see -- in my second declaration.     14:49

Page 115

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | declaration, paragraph 40.  And actually, let's move | 15:03 |
| 2 | ahead to paragraph 43. | 15:03 |
| 3 | A    (Witness complies.) | 15:03 |
| 4 | Q    Do you see in the first sentence where you | 15:04 |
| 5 | say: | 15:04 |
| 6 | "Moreover, both Liu and Schultz dissertation | 15:04 |
| 7 | teach away from ██████████████████████." | 15:04 |
| 8 | A    Yes. | 15:04 |
| 9 | Q    What is a ██████████████████? | 15:04 |
| 10 | A    Depending on the application of the laser | 15:04 |
| 11 | diode, either single emitter device or laser diode | 15:04 |
| 12 | bar, ███████████████████████████████ ██ | |
| ██ | ████████████████████████████ ████████ ██ | |
| ██ | ███████████████████████████████████ ██ | |
| ██ | ██████████████ | 15:04 |
| 16 | Q    For the GBr3, what would be ██████████ ██ | |
| ██ | █████████? | 15:04 |
| 18 | MR. JAFFE:  Objection; form. | 15:04 |
| 19 | THE WITNESS:  Without having gone through | 15:05 |
| 20 | computations of the -- █████████████████ ██ | |
| ██ | ████████████████████████████ ██ | |
| ██ | ████████████████████████ ██ | |
| ██ | ████████████████████████ | 15:05 |
| 24 | However, in the deposi- -- in the | 15:05 |
| 25 | declarations of the Google engineer, Pierre Droz, they | 15:05 |

Page 123

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   What about ███████████?              15:07

 2      A   Again, you're asking me to do calculations   15:07

 3   that I don't have information available to me in terms   15:07

 4   of the detailed design properties of the system.   15:07

 5      Q   You know, earlier we were looking at the   15:07

 6   Trade Secret No. 7, and you confirmed there was no   15:07

 7   requirement of ████████████████████.   15:07

 8          Do you recall that?                 15:07

 9      A   Yes.                                15:08

10      Q   Where does it say in Trade Secret 7 that the   15:08

11   ████████████████████?              15:08

12      A   The significance in the Trade Secret is the   15:08

13   ██████████████████████████████████   ████████

     ██████████████████████████████████   ████████

     █████████████████████████████████   ████████

     ████████████████████████████   15:08

17      Q   But where does it ████████████████████   ████████

     ███████████████?              15:09

19      A   Trade Secret No. 7 doesn't have █   ████████

     ████████████████████████████████████.   15:09

21          (Document marked Exhibit 1048   15:09

22           for identification.)            15:09

23          MR. KIM:  Okay.  I'd like to hand you   15:09

24   deposition Exhibit No. 140 -- 1048.   15:09

25          MR. JAFFE:  Can I get a copy, please?   15:09
```

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   So it seems to be distinguishing the | 16:04 |
| 2 | '190 patent disclosure and possibly the PanDAR | 16:04 |
| 3 | paper -- it's unclear -- on the grounds that what's | 16:04 |
| 4 | disclosed in the '190 patent and/or the PanDAR paper | 16:05 |
| 5 | is not a single device. | 16:05 |
| 6 | And my question is:  Earlier when we were | 16:05 |
| 7 | discussing the PanDAR device, you had mentioned that | 16:05 |
| 8 | it was two stacked Velodynes; right? | 16:05 |
| 9 | And I think that's depicted in Figure 1 which | 16:05 |
| 10 | we were talking about earlier. | 16:05 |
| 11 | A   Yes. | 16:05 |
| 12 | Q   So -- so with the understanding that PanDAR | 16:05 |
| 13 | is describing what you described as two separate | 16:05 |
| 14 | devices stacked on top of each other -- | 16:05 |
| 15 | A   Well, actually, I think we can look at the | 16:05 |
| 16 | photograph -- | 16:05 |
| 17 | Q   Yeah. | 16:05 |
| 18 | A   -- on Figure 1 and see -- | 16:05 |
| 19 | Q   Yeah, that's what I'm looking at, too. | 16:05 |
| 20 | A   -- that it is a single device that has two | 16:05 |
| 21 | optical subsystems on it. | 16:05 |
| 22 | Q   Oh, you would characterize this as a single | 16:05 |
| 23 | device? | 16:05 |
| 24 | A   This is the PanDAR system that is a single | 16:05 |
| 25 | device. | 16:05 |

Page 154

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1 ████████████████    ████████████████████    ███████

████████████████████████████████████████████    ███████

████████████████████████████████    16:10

4        So again, I have to say necessarily because    16:10

5    it may not be a straightforward task to reduce that to    16:10

6    a single device.    16:10

7        MR. KIM:  Q.  Wouldn't it be fairly simple to    16:10

8    just arrange the boards that are distributed across    16:10

9    two optical cavities in the PanDAR device into a    16:11

10    single cavity?    16:11

11        MR. JAFFE:  Objection; form.    16:11

12        THE WITNESS:  Without knowing the internal    16:11

13    details of the -- of the 32-unit Velodyne systems,    16:11

14    that may or may not be possible.    16:11

15        But we can actually look at the Velodyne    16:11

16    '190 patent and see that there's not a lot of room    16:11

17    between their current set of emitters to just add more    16:11

18    boards.    16:11

19        MR. KIM:  Okay.    16:11

20    Q   Aside from space constraints, what else would    16:11

21    prevent you from just adding more boards in a single    16:11

22    cavity?    16:11

23    A   Well, two other areas that immediately jump    16:11

24    out at me as an engineer.    16:12

25        ████████████████████    ████████████████    16:12

Page 158

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   16:12

8    Q   What else?                            16:12

9    A   We mentioned ▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮                              16:12

11   Q   What about optically?                 16:12

12       You wouldn't have to recalculate all the ▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮; right?                      16:12

15       You could just take ▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮ and apply it to a single cavity?   16:13

17       MR. JAFFE:  Objection; form.           16:13

18       THE WITNESS:  So you're really making a very   16:13

19   hypothetical situation right now, and now detailed   16:13

20   designs that's unclear to me whether I can make an   16:13

21   accurate conclusion on this.                16:13

22       It not only depends on ▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        16:13

Page 159

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            So I don't think there is a clear answer to     16:13

 2     your question.                                         16:13

 3            MR. KIM:  Q.  It wouldn't be a simple           16:13

 4     modification to just go from these two separate        16:13

 5     cavities and to put all 64 boards and diodes into a    16:13

 6     single cavity?                                         16:13

 7            MR. JAFFE:  Objection; form.                    16:14

 8            THE WITNESS:  Again, I don't -- with all of     16:14

 9     the complexity of engineering, I don't think you can   16:14

10     make a broad brush statement that says, Oh, this would 16:14

11     just be a simple thing to do.                          16:14

12            MR. KIM:  Q.  So GBr3 has ███████████    ████

       ████████; correct?                                    16:15

14     A    Yes, that's correct.                              16:15

15     Q    And it has a single optical cavity?               16:15

16     A    Yes, that's correct.                              16:15

17     Q    And the ███████████████ for GBr3,                16:15

18     that's ████████████████████████?                      16:15

19     A    That sounds correct.  But I would prefer to       16:15

20     look at a detailed specification to confirm that       16:15

21     number.                                                16:16

22     Q    All right.                                        16:16

23            I think you can go to the list of Trade         16:16

24     Secrets and turn to -- let's see -- page 25.           16:16

25     A    Okay.  Nope, I don't need that anymore.           16:16
```

                                             Page 160

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1    line 52, where it says:                              16:30

2         "In some examples, each light source of the    16:30

3    plurality of light sources includes a respective lens,  16:30

4    such as a cylindrical or acylindrical lens.  The light  16:30

5    source may emit an uncollimated light beam that    16:31

6    diverges more in a first direction than in a second  16:31

7    direction.  In these examples, the light source's  16:31

8    respective lens may pre-collimate the uncollimated  16:31

9    light beam in the first direction to provide a    16:31

10   partially collimated light beam, thereby reducing the  16:31

11   divergence in the first direction."            16:31

12        Do you see that?                          16:31

13    A    I do see that.                           16:31

14    Q    Doesn't that describe a cylin- -- use of a   16:31

15   cylindrical or acylindrical FAC lens with a laser  16:31

16   diode?                                          16:31

17    A    Yes, it does.                            16:31

18    Q    And here it refers to cylindrical or      16:31

19   acylindrical.                                   16:31

20        Do you know what the difference is between a  16:31

21   cylindrical and an acylindrical lens?           16:31

22    A    The use in the patent of the terminology  16:31

23   "acylindrical" is not standard for optics.  Normally,  16:32

24   the optical design program -- or a common optical  16:32

25   design program, Zemax, would refer to that as a  16:32

                                          Page 169

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | toroid-shaped lens. | 16:32 |
| 2 | Q   Yet you're referring to an acylindrical -- | 16:32 |
| 3 | A   Correct. | 16:32 |
| 4 | Q   -- shape? | 16:32 |
| 5 | So just to make sure I've got the terminology | 16:32 |
| 6 | right, an acylindrical FAC lens would be toroidal? | 16:32 |
| 7 | A   And just to be specific, the definition of | 16:32 |
| 8 | toroidal means that the radius of curvature in one | 16:32 |
| 9 | principal direction is different than the radius of | 16:32 |
| 10 | curvature in the other principal direction. | 16:32 |
| 11 | Q   Okay.  And a cylindrical FAC then would be | 16:32 |
| 12 | non-toroidal; is that fair? | 16:32 |
| 13 | A   Yes.  It's the limit where one of the axes is | 16:32 |
| 14 | constant cross section and has no radius of curvature, | 16:33 |
| 15 | and the other one has a radius of curvature. | 16:33 |
| 16 | Q   And you can define a acylindrical shape | 16:33 |
| 17 | through a mathematical equation; correct? | 16:33 |
| 18 | A   That's correct. | 16:33 |
| 19 | Q   And an acylindrical shape can be defined | 16:33 |
| 20 | through the use of a polynomial? | 16:33 |
| 21 | A   Correct. | 16:33 |
| 22 | Q   Whereas a cylindrical shape would not be | 16:33 |
| 23 | defined by a polynomial; correct? | 16:33 |
| 24 | A   In the one axis where there is curvature, | 16:33 |
| 25 | that axis is actually usually defined by a polynomial. | 16:33 |

Page 170

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  Okay. | 17:12 |
| 2 | Q   So this patent discloses the use of holes, | 17:12 |
| 3 | tapered pins, screws, and cam surfaces, all four of | 17:12 |
| 4 | those, ███████████████████; correct? | 17:12 |
| 5 | A   That is correct. | 17:12 |
| 6 | Q   Okay.  You can put that aside. | 17:12 |
| 7 | So I believe earlier you testified that it's | 17:13 |
| 8 | your understanding that the manufacturing tolerances | 17:13 |
| 9 | for GBr3 is ██████████████████? | 17:13 |
| 10 | MR. JAFFE:  Objection; form. | 17:13 |
| 11 | THE WITNESS:  Can you point to either in my | 17:13 |
| 12 | declaration or -- | 17:13 |
| 13 | MR. KIM:  Q.  I thought you said that during | 17:13 |
| 14 | the deposition, but you also said in paragraph 50 of | 17:13 |
| 15 | your reply brief. | 17:13 |
| 16 | A   Okay. | 17:13 |
| 17 | MR. JAFFE:  Are you talking about the reply | 17:13 |
| 18 | brief, you said? | 17:13 |
| 19 | MR. KIM:  The reply declaration. | 17:13 |
| 20 | THE WITNESS:  Okay. | 17:14 |
| 21 | (Complies.) | 17:14 |
| 22 | Yes.  And this specifically references the | 17:14 |
| 23 | ██████████████████████████████ ████ | |
| ██ | ██████████████████████████████ ████ | |
| ██ | █████████████████████████ | 17:14 |

Page 188

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



1

17:14

4          MR. KIM:   Q.   So if there's a

17:15

7      A

17:16

Page 189

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1
                                                              17:17
15      Q    Okay.  I'd like to move on to page 29 of your    17:17
16   reply.                                                   17:18
17      A    (Witness complies.)                              17:18
18      Q    Down at the bottom you're discussing Trade       17:18
19   Secret 48?                                               17:18
20      A    Yes.                                             17:18
21      Q    And what is that Trade Secret?                   17:18
22      A    So the Trade Secret as specifically written      17:18
23   in the Trade Secret document -- list document, the       17:18
24   Trade Secret claimed is:                                 17:18
25                                                            17:18
```

Page 190

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q   Now, the use of a ███████████      ██████
 █    ████████████████████████, that's known in the    17:22
 3   public; right?                                     17:22
 4          MR. JAFFE:  Objection; form.                17:22
 5          THE WITNESS:  There are many applications of 17:22
 6   ██████████████████████████████                     ██████
 █   ████████████████████████████████████              ██████
 █   ████████████████████████████████████              ██████
 █   ██████████                                          17:22
10          MR. KIM:  Q.  And it's also known that you   17:22
11   could use ███████████████████████████              ██████
 █   ███████████████████████████████████████████; 17:22
13   correct?                                            17:22
14          MR. JAFFE:  Objection; form.                17:22
15          THE WITNESS:  Yes.  There are certainly      17:22
16   references in the public domain that discuss the    17:22
17   ███████████████████████████████████████            ██████
 █   ██████████                                          17:23
19          MR. KIM:  Q.  For a LiDAR application;       17:23
20   correct?                                            17:23
21      A   For a LiDAR application.                     17:23
22      Q   Okay.  So the use of ██████████████          ██████
 █   ██████████████████████████████████              ██████
 █   ████████████████████████████ that's not a Trade   17:23
25   Secret; right?                                      17:23
```

Page 193

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      A   Right here.                              17:26

 2      Q   You're referring to ████████            17:26

 3      A   ████████  yes.                           17:26

 4      Q   Okay.  Let's move on to paragraph 58 in your   17:26

 5  reply declaration.                               17:27

 6      A   (Witness complies.)                      17:27

 7          Yes.                                     17:28

 8      Q   So Trade Secret 10 is:                   17:28

 9          ████████████████████████████      ██████

██  ███████████████████████████████████████   ██████

██  ███████████████████████████████████████   ██████

██  ██████████████████████████████████        ██████

██  ████████████████████████████████████████  ██████

██  █████████████████████████████████         17:28

15      A   That's correct.                          17:28

16      Q   What's the ████████████████████████     17:28

17  covered by Trade Secret 10?                      17:28

18      A   It's the █████████████████████████   ██████

██  ████████████████████████  ████████████████   ██████

██  ███████████████████████████████████         ██████

██  ████████████████████████████████████████    17:28

22      Q   Now, I'm -- I want to know about the     17:29

23  ███████████████████████                          17:29

24          █████████████████████████████████████   ██████

██  ██████████████████████████  that you're referring to?   17:29
```

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      Q    Now, you said earlier ██████████████ ████████
```
███████████████████████████████████████ ████████
```
         ███████████; right?                        17:31
 4      A    That's right.  So just to be specific, a   17:31
 5      ████████████████████████████████████ ████████
```
███████████████████████████████████████ ████████
```
         █████████████                               17:31
 8      Q    Okay.  So who is ████████████ for        17:31
 9  Waymo?                                            17:31
10      A    I know they're a ███████████ and -- oh,  17:31
11  yes, ███████                                       17:31
12      Q    Okay.  So I'm a little confused, because in 17:31
13  Trade Secret -- the Trade Secret List, page 8, it  17:31
14  says:                                              17:31
15          █████████████████████████ ████████
```
███████████████████████████████████████ ████████
███████████████████████████████████████ ████████
███████████████████████████████████ ████████
```
         ███████                                     17:32
20          Do you see that?                         17:32
21      A    You're on page 8?                        17:32
22      Q    Page 8.                                  17:32
23      A    And Trade Secret --                      17:32
24      Q    10.                                      17:32
25      A    -- 10.                                   17:32
```

Page 198

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          MR. JAFFE:  Same objection.              17:39

 2          THE WITNESS:  Again, I'm not aware of any  17:39

 3   other person using plastic FAC lenses in any    17:39

 4   application.                                     17:39

 5          MR. KIM:  Q.  Can you turn to the '922 patent  17:39

 6   that we looked at previously.                    17:41

 7      A   (Witness complies.)                       17:41

 8          Uh-huh.                                   17:41

 9      Q   Direct your attention to paragraph --     17:41

10   column 15, line approximately 50.                17:41

11          Do you see that?                          17:41

12      A   Yes.                                       17:41

13      Q   So it says:                               17:41

14          "In one example, cylindrical lens 504 is a  17:41

15   microrod lens with a diameter of about 600 microns  17:41

16   that is placed about 250 microns in front of aperture  17:41

17   506.  The material of the microrod lens could be, for  17:41

18   example, fused silica or a borosilicate crown glass,  17:41

19   such as Schott BK7."                             17:41

20          It goes on to say:                        17:42

21          "Alternatively, the microrod lens could be a  17:42

22   molded plastic cylinder or acylinder."           17:42

23          Do you see that?                          17:42

24      A   I do.                                      17:42

25      Q   So it's known in the public that you could  17:42
```

Page 203

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1    have a molded plastic FAC lens for use with a diode in    17:42

2    a LiDAR; correct?    17:42

3         A    Yes.   The -- there could be a molded glass    17:42

4    lens.    17:42

5             However, the Trade Secret really here that    17:42

6    we're talking about is ████████████████████    ████

     ██  ██████████████████████████████████    ████

     ██  ██████████████████████    17:42

9         Q    Where does it talk about ███████████    ████

     ██  █████████████████████████████████    ████

     ██  ██████████    17:43

12            MR. JAFFE:   Objection; form.    17:43

13            THE WITNESS:   Well, the -- the Trade Secret    17:43

14   ██████████████████████████████    17:43

15            MR. KIM:   Q.   And I thought we had previously    17:43

16   discussed that in this list of Trade Secrets, it's    17:43

17   just the last bullet that defines the scope of the    17:43

18   Trade Secret?    17:43

19        A    Yes.    17:43

20        Q    Do you recall that?    17:43

21        A    Yes.    17:43

22        Q    Okay.   Is there anything in that last bullet    17:43

23   that talks about ████████████████████    ████

     ██  ████████████████████?    17:43

25        A    No.    17:43

                                                    Page 204

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Q   Do you see any description there of any          17:43

2    ██████████████████████████████                      17:43

3    A   No.                                              17:43

4    Q   Did you opine on Trade Secret No. 19?            17:43

5    A   Yes.                                             17:44

6    Q   So again, the scope of Trade Secret 19 is        17:44

7    defined by that last bullet point; correct?         17:44

8    A   Correct.                                         17:45

9    Q   And so the Trade Secret is  ████████████    ████

██   ██████████████████████████  is that right?         17:45

11       MR. JAFFE:  Objection; form.                    17:45

12       THE WITNESS:  There's more to the Trade          17:45

13   Secret.  The Trade Secret claimed is:               17:45

14            ████████████████████████████████    ████

██   ██████████████████████████████████████████    ████

██   ███████████████████████████████████████    ████

██   ████████████████████████████████████████    ████

██   ███████████████████████████████████████    ████

██   ████████████████████████████████████████    ████

██   █████████████████████████████                    17:45

21       MR. KIM:  Q.  So the Trade Secret doesn't       17:45

22   specify any particular type of  ████████████████;   17:45

23   correct?                                            17:46

24   A   No.                                             17:46

25   Q   And you're aware of vendors who sell  ██████     17:46

Page 205

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | diagrams? | 18:54 |
| 2 | MR. JAFFE:  Same objection. | 18:54 |
| 3 | THE WITNESS:  As I just stated, without | 18:54 |
| 4 | knowing the internal circuitry of the components that | 18:54 |
| 5 | are listed as MC40F10YMME, and whether or not that | 18:54 |
| 6 | internal device contains inductors or inductor-like | 18:54 |
| 7 | devices, I cannot make a determination. | 18:54 |
| 8 | MR. KIM:  Okay. | 18:54 |
| 9 | Q   You said you reviewed the 14,000 files | 18:54 |
| 10 | downloaded by Mr. Anthony Levandowski in preparation | 18:54 |
| 11 | for finalizing your opening declaration; correct? | 18:54 |
| 12 | A   That is correct. | 18:54 |
| 13 | Q   When you reviewed those 14,000 files, you | 18:54 |
| 14 | didn't see ███████████████████████████████ ████████ | |
| | ████████████████████; did you? | 18:55 |
| 16 | MR. JAFFE:  Objection; form. | 18:55 |
| 17 | THE WITNESS:  The files that were downloaded | 18:55 |
| 18 | by Andrew Levandowski included a wide range of laser | 18:55 |
| 19 | programs at Google Waymo, one being ██████████████ ████████ | |
| | ████████████████████████████ | 18:55 |
| 21 | However, the information is limited to the | 18:55 |
| 22 | electrical schematics of the system and did not have | 18:55 |
| 23 | any information on the optical configurations. | 18:55 |
| 24 | MR. KIM:  Okay. | 18:55 |
| 25 | Q   So that would be -- you -- you didn't see any | 18:55 |

Page 230

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | schematics for a LiDAR design with eight optical | 18:55 |
| 2 | cavities? | 18:55 |
| 3 | A   No, I did not. | 18:55 |
| 4 | Q   And you didn't see any schematics for a LiDAR | 18:55 |
| 5 | design that had 16 collimation lenses? | 18:55 |
| 6 | MR. JAFFE:  Objection; form. | 18:56 |
| 7 | THE WITNESS:  Again, the schematic files are | 18:56 |
| 8 | electrical files, not optical files.  So there was no | 18:56 |
| 9 | information on lenses or optics. | 18:56 |
| 10 | MR. KIM:  Q.  And you didn't see any | 18:56 |
| 11 | schematics that showed a diode-based design with | 18:56 |
| 12 | multiple diodes on a board with separate transmit and | 18:56 |
| 13 | receive lenses? | 18:56 |
| 14 | MR. JAFFE:  Objection; form. | 18:56 |
| 15 | THE WITNESS:  In the laser subdirectory of | 18:56 |
| 16 | the files downloaded by Andrew Levandowski, there were | 18:57 |
| 17 | multiple laser projects with the schematic information | 18:57 |
| 18 | on those, but not the optical information. | 18:57 |
| 19 | So even though there were a wide range of | 18:57 |
| 20 | files downloaded on a wide range of laser radar | 18:57 |
| 21 | systems, there was not specific optical information | 18:57 |
| 22 | that would allow me to answer that I did see this | 18:57 |
| 23 | configuration. | 18:57 |
| 24 | MR. KIM:  Q.  Mr. Kintz, the Spider doesn't | 18:57 |
| 25 | practice any of the Trade Secrets in your opening | 18:57 |

Page 231

| 1 | declaration; correct? | 18:57 |
| 2 | A   No, not that I'm aware of. | 18:58 |
| 3 | Q   Okay.  Going back to -- yeah.  I think | 18:58 |
| 4 | earlier we were talking about ███████████  ██████ | 18:58 |
| | ██  █████████████ . | 18:58 |
| 6 | Do you recall that discussion? | 18:58 |
| 7 | A   I do. | 18:58 |
| 8 | Q   And at one point we were talking about a | 18:58 |
| 9 | reference that disclosed, in addition to the use of | 18:58 |
| 10 | guide holes, also the use of screws. | 18:58 |
| 11 | Do you recall that? | 18:58 |
| 12 | A   Yes. | 18:58 |
| 13 | Q   The use of screws to position PCB boards, | 18:58 |
| 14 | that was well known in the public; correct? | 18:58 |
| 15 | MR. JAFFE:  Objection; form. | 18:58 |
| 16 | THE WITNESS:  In this case, the screws had a | 18:59 |
| 17 | definitive function that is well beyond the normal use | 18:59 |
| 18 | of screws to just hold them down on a set of | 18:59 |
| 19 | standoffs. | 18:59 |
| 20 | In this case, the screws had a function as -- | 18:59 |
| 21 | wrong patent.  Wrong patent. | 18:59 |
| 22 | MR. KIM:  Let me just ask you a new question. | 18:59 |
| 23 | Q   In your opinion, people would know that you | 18:59 |
| 24 | could position a PCB using screws; correct? | 18:59 |
| 25 | MR. JAFFE:  Objection; form. | 18:59 |

Page 232

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1          THE WITNESS:  The attachment of PCBs to        18:59

2     standoffs and other mechanical hardware is commonly    19:00

3     used in designs.                                    19:00

4          MR. KIM:  Okay.  No further questions at this   19:00

5     time.                                               19:00

6          MR. JAFFE:  No questions.                      19:00

7          THE VIDEOGRAPHER:  This is the end of today's   19:00

8     deposition of Mr. Gregory Kintz.  We are off the    19:00

9     record at 7:00 p.m.                                 19:00

10         The total number of media used was eight and   19:00

11    will be retained by Veritext.                       19:00

12         Thank you.                                     19:00

13         (WHEREUPON, the deposition ended               19:00

14          at 7:00 p.m.)                                 19:00

15

16

17

18

19

20

21

22

23

24

25
```

Page 233