# EXHIBIT 9



Custom Aluminum Pcb Spacers, Custom Aluminum Pcb Spacers Manufacturers, Suppliers and Exporters on Alibaba.comOther Fasteners

Case 3:17-cv-00939-WHA   Document 589-23   Filed 06/12/17   Page 3 of 5

Shenzhen Jingbang Techn...
US $0.25-2.5 / Piece
1 Piece (Min. Order)
Contact Supplier

Donguan Tangxia Shuang...
US $0.01-0.1 / Piece
500 Pieces (Min. Order)
Contact Supplier

Shenzhen Shuyi Electronic...
US $0.1-10 / Piece
1 Piece (Min. Order)
Contact Supplier

Dongguan Xiexu Hardware...
US $0.1-0.2 / Acre
1 Acre (Min. Order)
Contact Supplier

Specialize PCB manufacture in China
Shenzhen Jingbang Techn...
US $0.1-10 / Piece
1 Piece (Min. Order)
Contact Supplier

nylon pcb spacer pcb standoff with good
Shenzhen Shuoqiang Elec...
US $0.1-5 / Piece
1 Piece (Min. Order)
Contact Supplier

customized FR4 ODM PCB board spacer PCB
BLD Electronic Co., Ltd.
US $1-10 / Piece
1 Piece (Min. Order)
Contact Supplier

PCB Assembly,led spacer support pcb
Shenzhen King Fung Tech...
US $0.001-5 / Piece
1 Piece (Min. Order)
Contact Supplier

New products stainless steel pcb spacer CNC
Huizhou City Jiyan Precisi...
US $0.01 / Pieces
100 Pieces (Min. Order)
Contact Supplier

double sided pcb
Shijiazhuang Ourpcb Tech...
US $1-10 / Piece
10 Pieces (Min. Order)
Contact Supplier

custom machining small knurl stainelss
Huizhou City Jiyan Precisi...
US $0.1-1.98 / Piece
1000 Pieces (Min. Order)
Contact Supplier

Hot~~high quality custom made pcb
Shenzhen S-Mart Electron...
US $0.01-1 / Piece
1 Piece (Min. Order)
Contact Supplier

good price M2,M2.5,M3 M4 nylon female to
Dongguan Hongyan Hardw...
US $0.01-0.3 / Piece
1000 Pieces (Min. Order)
Contact Supplier

Precision pcb spacer oem pcb spacer
Shenzhen FS Technology ...
US $0.8-1.5 / Piece
1 Piece (Min. Order)
Contact Supplier

Factory price anodized pcb standoff/Round
Shenzhen Huayuan Precis...
US $0.01-0.35 / Piece
1 Piece (Min. Order)
Contact Supplier

China professional supplier custom made
Dongguan Jingyan Metal ...
US $0.01-1 / Piece
5000 Pieces (Min. Order)
Contact Supplier

Brass Standoff/High Quality RoHS
Shenzhen Xinwangyuan T...
US $0.01-0.5 / Piece
100 Pieces (Min. Order)
Contact Supplier

Mould Plastic Modling Type pcb spacer
Shenzhen Shuyi Electronic...
US $0.1-10 / Piece
1 Piece (Min. Order)
Contact Supplier

High quality aluminum fasteners, aluminum
Hangzhou Jianfa Machine...
200 Pieces (Min. Order)
Contact Supplier

pcb spacer nut
Shenzhen Sozn Ironware P...
US $0.001-0.01 / Piece
1000 Pieces (Min. Order)
Contact Supplier

Filter



Custom Aluminum Pcb Spacers,Custom Aluminum Pcb Spacers Manufacturers and Suppliers,Exporters on Alibaba.comOther Fasteners

Case 3:17-cv-00939-WHA   Document 589-23   Filed 06/12/17   Page 5 of 5
Case 3:17-cv-00939-WHA   Document 389-3   Filed 04/26/17   Page 5 of 5