# EXHIBIT 10

Case 3:17-cv-00939-WHA   Document 509-24   Filed 06/12/17   Page 1 of 6

aluminum spacer for pcb board

| Departments | Browsing History | Nancy's Amazon.com | EN | Hello, Nancy Account & Lists | Orders | Prime | 0 Cart |

| Industrial & Scientific | Lab | Test & Measurement | Safety | Janitorial & Facilities | Food Service | Education | Material Handling | Materials | Metalworking |

Power & Hand Tools › Power Tool Parts & Accessories › Power Drill Parts & Accessories › Drill Bits › Twist Drill Bits › Hex-Shank Drill Bits



Click to open expanded view

**ChisuNeviette**

Suleveâ„¢ M3AR2 M3 Aluminum Alloy Standoff Studs 8-35mm Black Round PCB Board Spacers Standoffs 10pcs (10mm) by ChisuNeviette

Be the first to review this item

**Note:** This item is only available from third-party sellers (see all offers).

Available from these sellers.

Size: **10**

| 8 | **10** | 15 | 20 | 25 | 30 | 35 |

- Description: 10pcs M3 Round Aluminum Alloy Long Nut Studs Standoffs Fastener 8/10/15/20/25/30/35mm
- Specifications: Model: M3 Material: Aluminum alloy Color: Black Length:8/10/15/20/25/30/35mm Outer Diameter: 5mm Quantity: 10pcs
- Feature: 1. M3 round aluminum alloy standoffs long nut 2. Made from anodized aluminum alloy with CNC maching, clear thread, uniform, no burr 3. Light weight fit for DIY model fixing and connecting
- Note: The item also has the red one: Product ID: 1014732
- Package included: 10X M3 Aluminum Alloy Standoffs

› See more product details

**New** (1) from $11.99 & FREE shipping.

Report incorrect product information.

**Share**

See All Buying Options

Add to List

Add to Baby Registry

Have one to sell?    Sell on Amazon



## Customers also shopped for

| CNBTR 10x6x4mm 20 Series Aluminum European Hammer HeadDrop In M5 T Nut Slot Pack of 50 2 | HVAZI 320pcs M2.5 Nylon Hex Spacer Standoffs Screws Nuts assortment Kit; Male-Female(Black) | HVAZI 280PCS M2.5 Female-Female Nylon Hex Spacers Standoffs Screws Nuts Assorted Kit(Black) 1 | HVAZI 240pcs M2.5 Nylon Hex Spacer Standoff Screw Nut Assorted Kit (white) | Screws Nut Assortment - SODIAL(R) 180Pcs Black Nylon M3 Hex Column Male-Female Standoff… 1 |
| $7.14 | $13.99 | $11.99 | $10.99 | $4.42 |

https://www.amazon.com/Suleve%C3%A2-Aluminum-Standoff-Standoffs-ChisuNeviette/dp/B06XWTPXJT/ref...

[Feamos 160Pcs M3 Nylon Black M-F Hex Spacers Screw Nut Assortment Kit Stand off Set New](#)
$6.24

**Sponsored products related to this item** (What's this?)

    

| Proimb 300pcs M2 M3 Nylon Hex Nuts Screws Spacers Stand-off Plastic Accessories… | Hilitchi 360pcs M2 M3 M4 Male Female Brass Spacer Standoff Screw Nut Assortment Kit | Hilitchi 420pcs M2 M3 Stainless Steel Hex Socket Head Cap Screws Nuts Assortment Kit… | HOBBYMATE 180Pcs Assorted M3 Nylon Screws Nut Standoffs Spacers for DIY… | Hilitchi 240pcs M2 and M3 Brass Spacer Standoff Screw Nut Assortment Kit |
|---|---|---|---|---|
| 174 | 14 | 49 | 142 | 6 |
| $13.99 | $23.99 | $19.99 | $8.90 | $15.99 |

Ad feedback

**Customers viewing this page may be interested in these sponsored links** (What's this?)

- **Aluminum** Stand-Offs
  Silver, Chrome & **Black Standoffs**. 100s at Low Prices, We Ship Today!
  www.displays2go.com/**Aluminum**

- **Black** Anodized **Spacers** - In Stock - Purchase Online Now
  Huge Selection of **Black** Anodized **Spacers** - Easy Online Purchase - Ships Today!
  www.**aluminumspacers**.com/

- Spacer&Standoff Hirosugi
  Plastic &MetalSpacer(**Stand o f f** ) 38,000items.Wide variety.Small lo
  www.hirosugi.jp/

- WIDGETCO® **Aluminum Spacer**
  Free Shipping Available, Buy Now. 100% Satisfaction Guaranteed.
  www.widgetco.com/

Ad feedback

## Special offers and product promotions

Size: **10**

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new **Discover it® card within 3 months**. Terms and conditions apply. See offer for details. Apply now.

## Product description

Size:**10**

Description:

10pcs M3 Round Aluminum Alloy Long Nut Studs Standoffs Fastener 8/10/15/20/25/30/35mm

Specifications:
Model: M3

https://www.amazon.com/Suleve%C3%A2-Aluminum-Standoff-Standoffs-ChisuNeviette/dp/B06XWTPXJT/ref...

Material: Aluminum alloy
Color: Black
Length:8/10/15/20/25/30/35mm
Outer Diameter: 5mm
Quantity: 10pcs

Feature:
1. M3 round aluminum alloy standoffs long nut
2. Made from anodized aluminum alloy with CNC maching, clear thread, uniform, no burr
3. Light weight fit for DIY model fixing and connecting

Note: The item also has the red one: Product ID: 1014732

Package included:
10X M3 Aluminum Alloy Standoffs

## Product information

Size:**10**

### Technical Details

| | |
|---|---|
| Part Number | 617377558623 |
| Size | 10 |
| Finish | Black |
| Measurement System | Metric |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B06XWTPXJT |
| Customer Reviews | Be the first to review this item  0.0 out of 5 stars |
| Date First Available | March 29, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

### Sponsored products related to this item (What's this?)



| Hilitchi 420pcs M2 M3 Stainless Steel Hex Socket Head Cap Screws Nuts Assortment Kit… | Atoplee 10pcs M3 CNC Round Aluminum Alloy Standoff Spacer Studs Fastener 8/10/15/20/22… | Proimb 300pcs M2 M3 Nylon Hex Nuts Screws Spacers Stand-off Plastic Accessories… | Atoplee 10pcs M3 CNC Round Aluminum Alloy Standoff Spacer Studs Fastener 8/10/15/20/22… | Atoplee CNC M3 8-45mm Hexagon Red Aluminum Alloy Standoff Spacer Studs Fastener, 10… | |
|---|---|---|---|---|---|
| 49 | $6.69 | 174 | $8.29 | $9.99 | |
| $19.99 | | $13.99 | | | |

Ad feedback


Ad feedback

**Customer Questions & Answers**

See questions and answers

---

## Customer Reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | 0% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |


Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |

https://www.amazon.com/Suleve%C3%A2-Aluminum-Standoff-Standoffs-ChisuNeviette/dp/B06XWTPXJT/ref...

| | | |
|---|---|---|
| Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| Become an Amazon Vendor | | Help |
| › See all | | |

English    United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates