# EXHIBIT 16

Princetel: Fiber optic rotary joints                                Page 1 of 2

Case 3:17-cv-00939-WHA   Document 589-30   Filed 06/12/17   Page 2 of 3
Case 3:17-cv-00939-WHA   Document 510-2   Filed 04/26/17   Page 2 of 3




Home | Company | LEED | News | Terms | Learning | Career | Contact

**PRODUCTS**
Fiber Rotary Joints
Electrical Slip Rings
Fiber Components
Fiber Polishers

**SERVICES**
Fiber Termination
Outdoor Fiber Patchcords
Laser Pigtailing
Training

**SOLUTIONS**
Sliprings
RF Rotary Joints
Fluid Rotary Unions
Multiplexers
Media Converters

Search

Select Language
Powered by Google Translate

ShareThis    609.588.8801    609.895.9552

**PRODUCTS: Fiber optic rotary joints**



### Learning Resources

New to fiber optics? Having difficulty understanding the technical terms? Usure of how to mount a FORJ? Don't worry. Read through our learning pages. You will be an expert in no time.




**Standard Fibers and Common Wavelengths**

### Single-channel Fiber Optic Rotary Joints (R series)



The R series single-channel (SM or MM) rotary joints are very versatile by design. The rugged body allows fiber pigtail, ST, or FC receptacles on either the rotor or the stator side. Therefore, the package can be configured to fit the customer's exact need. Patent pending.

### Single-channel Miniature Fiber Rotary Joint (MJX series)



Single-channel (singlemode or multimode) miniature FORJ with superb optical performance similar to that of the R series. They function and perform exactly like the RPT series FORJs. The ultra compact size is ideal for tight spaces. Patent pending.

### Single-channel Fiber Optic Rotary Adapter (RFCX series)



Single-channel (singlemode or multimode) receptacle type rotary joints designed to replace standard FC bulkhead adapters. They function exactly like the RFC series receptacle FORJs. The ultra small size allows faster rotation speed. Patent pending.

### Two-channel Fiber Optic Rotary Joint (MJ2 series, MM)

Two independent channels of multimode fibers are designed in a compact package. This popular model is the smallest of its kind and has become the favorite of many wind turbine designers. It offers extremely low crosstalk (<-55 dB). Patented.

### Two-channel Plastic Optical Fiber Rotary Joint (PJ2 series)



Princetel's PJ2 series 2-channel FORJs offer blind-spot free operation during rotation and are ideal for machine control applications such as SERCOS Interfaces. The rugged design permits underwater usage. Damaged fibers can be replaced without costly repairs of the FORJ.

### NEW: Ultra-Compact Multi-channel FORJ (ZJn series)



Big performance in a small package. The most compact three channel fiber rotary joint. Unlike MJ2 model, ZJn is capable of handling SM, MM, and mixed fibers. The ZJn promises all standard performance figures of its sister models.

### Multi-channel Fiber Optic Rotary Joint (MXn series)

A very compact package accommodates 2-3 channels and 4-7 channels (SM or MM fibers). It's mounting scheme is similar to RJ2 series FORJs making it simple to upgrade from MM RJ2 to SM MX2. MXn series FORJs feature "blind-spot free" passage and low crosstalk. Patented.



Princetel: Fiber optic rotary joints

Page 2 of 2

Case 3:17-cv-00939-WHA   Document 589-30   Filed 06/12/17   Page 3 of 3
Case 3:17-cv-00939-WHA   Document 510-2   Filed 04/26/17   Page 3 of 3





### Multi-channel Fiber Optic Rotary Joint (JXn series)

Evolved from the successful MJn model, JXn series FORJs has become the most popular multi-channel FORJs. Maximum channel count is 19 (2-7, 8-12, or 13-19). Like all Princetel's FORJs, they are "blind-spot free" and are designed for harsh environments. Patented.

### Multi-channel Fiber Optic Rotary Joint (MRn series)



Up to 50 fiber channels of singlemode, multimode, or both are designed in a rugged package. It still maintains the same 67 mm body diameter (JXn and MJn). Like all Princetel's FORJ products, RJn series FORJs feature "blind-spot free" passage, high return loss, and low crosstalk. Patented.

**Specialty Fibers and Custom Applications/Accessories**

### Single-channel with High-pressure Rating (RPC series)



Model RPC single-channel FORJs are designed for deep-water applications. They are rated for 10,000 psi and can operate under temperature extremes. Similar to model RPT, they offer superb optical performances: low insertion loss (low wow) and high return loss.

### Single-channel Fiber Rotary Joint (MJP series)



This single-channel fiber optic rotary joint is suitable for standard and specialty fibers. It is free of index matching fluid and therefore can spin at much higher rate. Model MJP offers extremely high return loss performance (>55 or 60 dB) and is ideal for OCT applications.

### Multi-channel Fiber Optic Rotary Joint (MJn series)



Multiple (2-7, 8-12, or 13-19) independent channels (SM, MM, or both) are designed in this package. MJn series FORJs feature "blind-spot free" passage, very high return loss, and extremely low crosstalk. Pressure compensation is available for this model. Patented

### Accessories: FORJ Drive Pins



Stainless drive pins are standard components from stock. Five different sizes are available to cover all Princetel's FORJ models. The drive pins, significantly longer than standard screws, provide designers with ample flexibility.

### Accessories: Fiber Cable Reels



A multi-purpose fiber cable reel is ideal for a variety of applications such as robotics, broadcasting, and entertainment. Standard provision for Princetel's popular R series FORJs (RST, RFC, and RPT). Optional for other Princetel's FORJs.

Copyright Princetel, Inc. All rights reserved.