# EXHIBIT 19

Case 3:17-cv-00939-WHA    Document 589-33    Filed 06/19/17    Page 2 of 3
Case 3:17-cv-00939-WHA    Document 310-3    Filed 04/28/17    Page 2 of 3



Select Language ▼

📞 Call us now: (418) 877-5600📱

Contact us | Sign in

## doric

Search 🔍

🛒 Request (empty) ▼

PRODUCTS | APPLICATIONS | CATALOG (PDF)

🏠 ❯ Products ❯ Rotary Joints ❯ Fiber-optic Rotary Joints

# Fiber-optic Rotary Joints

In neurosciences, freely-moving optogenetics experiments need a stable light input to the brain even if the animal is moving in a confined space. Fiber-optic Rotary Joints avoid the damaging of the optical fibers while minimizing light fluctuations when rotating. The nomenclature used for our rotary joints is FRJ m X n where m and n represent the...
More

### FIBER-OPTIC ROTARY JOINTS

There are 5 products.

View:  Grid List

Showing 1 - 5 of 5 items



1x1 Fiber-optic Rotary Joints



1x2 Fiber-optic Rotary Joints - Intensity Division



1x2 Fiber-optic Rotary Joints - Wavelength Division



Separate Light Path 2x2 Fiber-optic Rotary Joints



1x4 Fiber-optic Rotary Joints

Showing 1 - 5 of 5 items

Stay informed



Enter your e-mail ➤

Fiber-optic Rotary Joints - Doric Lenses

Page 2 of 2

Case 3:17-cv-00939-WHA   Document 589-33   Filed 06/19/17   Page 3 of 3
Case 3:17-cv-00939-WHA   Document 310-3   Filed 04/26/17   Page 3 of 3

**Categories**

Products
Applications

**Information**

New products
Contact us
About us
Sitemap

**My account**

My orders
My credit slips
My addresses
My personal info

**Contact Information**

Doric Lenses Inc, 357 rue Franquet, Quebec, Quebec,
Canada G1P 4N7

Call us now: 1-418-877-5600

Fax: 1-418-877-1008

Email: sales@doriclenses.com