# EXHIBIT 26

# FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4                          oOo

 5   WAYMO LLC,                    )

 6                                 )

 7           Plaintiff ,           )

 8                                 )

 9      vs.                        )  Case No: 3:17 cv 00939 WHA

                                   )

10   UBER TECHNOLOGIES, INC.,      )

     OTTOMOTTO LLC, OTTO TRUCKING,)

11   LLC,                          )

                                   )

12           Defendants.           )

     _____)

13

14           CONFIDENTIAL  ATTORNEYS' EYES ONLY

15        VIDEOTAPED DEPOSITION OF DANIEL GRUVER

16              San Francisco, California

17              Thursday, April 20, 2017

18

19

20   Reported by:

21   LISA R. TOW

22   CSR No. 6629

23   Job No. 2599857

24

25   PAGES 1   73
```

Page 1

1        Q.   Are you aware whether GBR2 used a        10:21:08AM

2    similar design?                                   10:21:13AM

3        A.   I don't recall.                          10:21:14AM

4        Q.   Are you aware of any other lidar         10:21:15AM

5    devices that use ██████████████████              10:21:16AM

6        A.   I am.                                    10:21:17AM

7        Q.   What are they?                           10:21:18AM

8        A.   ████████████                            10:21:19AM

9        Q.   And what do they use ████████   ████████████

██   ████████████████                                10:21:25AM

11       A.   I don't know.                            10:21:26AM

12       Q.   What is the context in which            10:21:26AM

13   ████████████  ████████████████████?              10:21:30AM

14       A.   ████████████████  ████████████)   ████████████  10:21:36AM

██   ████████████████████).                          10:21:36AM

16       Q.   For what type of PCB?                    10:21:38AM

17       A.   Sorry.  Clarify.                         10:21:42AM

18       Q.   Well, like in what context is the       10:21:44AM

19   PCB used that you're referring to?                10:21:47AM

20       A.   ████████████████████████████  ████████████

██   ██████████████)                                 10:21:54AM

22       Q.   ██████████████████████  ████████████

██   ██████████████████████████  ████████████

██   ██  ████████████████████  ████████████

██   ████████████████████████████████  10:22:06AM

                                        Page 51

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1  ████████████████████████          10:22:11AM
 2       Q.   And that's one that you've    10:22:12AM
 3  observed in connection with your work at  10:22:15AM
 4  Otto or Uber?                            10:22:19AM
 5       A.   Yes.                           10:22:22AM
 6       Q.   Is the ████████ on the Fuji  for  10:22:22AM
 7  the PCBs and Fuji that do have ███████,   10:22:33AM
 8  █████████████████████████████?            10:22:38AM
 9       A.   I don't know.                  10:22:40AM
10       Q.   Are you aware of any patents or  10:22:41AM
11  publications that disclose ████████████  10:22:47AM
12  ██████?                                   10:22:49AM
13       A.   I'm not.                       10:22:50AM
14       Q.   The Fuji design includes ████  10:22:50AM
15  transmit boards total; is that fair?      10:22:55AM
16       A.   That is.                       10:22:58AM
17       Q.   And each of the ████████████  10:22:59AM
18  in the Fuji device includes ███████████  ████████
██       ████████████ is that correct?        10:23:05AM
20       A.   That is correct.               10:23:07AM
21       Q.   What's the benefit of that design?  10:23:08AM
22       A.   Of which design?               10:23:10AM
23       Q.   Of the    of having ██████████  ████████
██  ████████████████████████████████)         ████████
██  ████████████)                            10:23:22AM
```

Page 52