# EXHIBIT 27

# (Confidential - Filed under seal)