# EXHIBIT B

# FILED UNDER SEAL

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   _____
                                   )
 5   WAYMO LLC,                    )
                                   )
 6           Plaintiff,            )
                                   )
 7           vs.                   ) Case No.:
                                   ) 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC; OTTO TRUCKING  )
 9   LLC,                          )
                                   )
10           Defendants.           )
     _____)
11
12
13                  ATTORNEYS' EYES ONLY
14          VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                San Francisco, California
16                Tuesday, April 18, 2017
17                       Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2597892
25   PAGES 1 - 112
```

Page 1

```
 1          MR. KIM:  Objection; form.                          10:41:07
 2          THE WITNESS:  That's my understanding.               10:41:08
 3   BY MR. JAFFE:                                               10:41:09
 4      Q   Okay.  How much are the diodes ███████  ████         10:41:17
 5   ████████████████████████████
 6      A   I'm not sure I know the number.                      10:41:18
 7      Q   Is it ████████████████                               10:41:22
 8      A   I wouldn't be surprised if it was ████████   ██      10:41:26
 9   ████████
10      Q   Okay.  And to go back to my earlier question, the   10:41:27
11   Fuji design, in total, has ████████████████████████   ██    10:41:37
12   ████████████████████; right?
13          MR. KIM:  Objection; form.                           10:41:39
14          THE WITNESS:  That is the current design.            10:41:40
15   BY MR. JAFFE:                                               10:41:48
16      Q   Okay.  How are the diodes aligned with respect       10:41:49
17   to -- for manufacturing purposes with respect to each       10:41:54
18   other?                                                      10:42:00
19          MR. KIM:  Objection; form.                           10:42:01
20          THE WITNESS:  ████████████████████████████   ██
21   █████████████████████████████████████████████        ██
22   ████████████████████████                                    10:42:11
23   BY MR. JAFFE:                                               10:42:14
24      Q   And there's a -- you provide an X/Y coordinates     10:42:15
25   to the manufacturer; right, for each of the laser           10:42:18
```

Page 64

ATTORNEYS' EYES ONLY

```
 1   diodes?                                                  10:42:20
 2       A   Yes.                                             10:42:21
 3       Q   And what are the X/Y coordinates mapped to?      10:42:21
 4       A   They are referenced to fiducial marks on the PCB. 10:42:25
 5       Q   And have you ever used holes for those?          10:42:30
 6       A   Sorry?                                           10:42:35
 7       Q   For the fiducials, have you ever used a hole as a 10:42:36
 8   fiducial?                                                10:42:42
 9       A   No.  We have always placed the laser diodes using 10:42:43
10   the metal fiducial marks on the PCB.                     10:42:46
11       Q   And who came up with that idea?                  10:42:48
12           MR. KIM:  Objection; form.                       10:42:50
13           THE WITNESS:  I believe it's standard practice in 10:42:51
14   PCB manufacture.                                         10:42:54
15   BY MR. JAFFE:                                            10:42:56
16       Q   So who came up with using it for Fuji?           10:42:56
17       A   I don't know.                                    10:42:58
18       Q   Okay.  When did that design come up?             10:42:59
19       A   I don't remember the exact date, but I think you 10:43:03
20   suggested there was a certain time frame.  Did you say   10:43:09
21   December when boards went out?  It would be in that      10:43:11
22   approximate time frame.                                  10:43:17
23       Q   Well, just to be clear, I'm looking to your      10:43:17
24   testimony about this --                                  10:43:20
25       A   I understand.                                    10:43:20
```

Page 65

```
 1  there?                                                    11:16:19
 2      A   Oh, if I had him face-to-face, I would have       11:16:19
 3  recounted the sequence of events and -- ██████            ████
 4  ████████████████████████████████████████████              11:16:24
 5      Q   And what transpired?                              11:16:27
 6      A   Oh, it would help to go back, but, basically, I'm 11:16:29
 7  announcing to my team that we are making a major pivot    11:16:35
 8  in our design approach. ████████████████████              ████
 9  ██████████████████████████████████████████████            ████
10  ██████████████████████████████████████████████            ████
11  ██████)                                                   11:16:50
12      Q   And what happened?                                11:16:51
13      A   ████████████████████████████████████████          ████
14  ████████████████████████████████████████████████          ████
15  ██████████████████████████████████████████                ████
16  ██████████████████████████████████████████████            ████
17  ████████)                                                 11:17:15
18          ██████████████████████████████████████            ████
19  ██████████████████  ██████████████████████████            ████
20  ██████████████████████████████████████████████            ████
21  ████████████████████████████                              ████
22      ██  ██████████████████████████████████████            ████
23  ██████████████████████████████████)                       11:17:29
24      A   Yes.                                              11:17:31
25      Q   And then did you tell him, "We are not doing      11:17:32
```

Page 88