# EXHIBIT E

# FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     _____
 5   WAYMO LLC,                      )
 6             Plaintiff,            )
 7        vs.                        )  Case No.
 8   UBER TECHNOLOGIES, INC.,        )  3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO             )
10   TRUCKING LLC,                   )
11             Defendants.           )
     _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE
16                San Francisco, California
17                 Monday, April 17, 2017
18                       Volume I
19
20
21   Reported by:
22   SUZANNE F. GUDELJ, CSR No. 5111
23   Job No. 2596382
24
25   PAGES 1 - 79
```

Page 1

```
 1    A     So the proposal was to build a sensor that
 2    had ███████████████████████████████████████████
      ███████████████████████████. And the requirement
 4    in B was to try to maintain those.
 5          If you look at B, ████████████████  ██████
      ████████████████████████████ whereas A, I had
 7    liberty to put ████████████████████████████████
      ████████████████.
 9    Q     Okay. And so you came up with what's here
10    in number -- letter A based on Mr. Levandowski's      02:47:09
11    asking you to prepare this, right?
12    A     I adapted the previous work I had done on
13    ███████████████████) to fit the capabilities that
14    they had.
15    Q     So he was pointing you in one particular        02:47:28
16    direction, which was ████████████████████████)
      ████████████████████████████████████████)
      █████████████████████████████████████), right?
19    A     ████████████) had been agreed upon, and
20    they were looking for a candidate configuration.      02:47:47
21    Yes, I made this configuration.
22    Q     When you said "had been agreed upon,"
23    between yourself and Mr. Levandowski; that's what
24    you're referring to?
25    A     No, this would have been with -- with           02:48:24
```

Page 38

```
 1    A    Yes.
 2    Q    Okay.  It's an email that you received in
 3    December of 20- -- excuse me, October 2016, right?
 4    A    Yes.
 5    Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮                           02:52:55
 6         THE WITNESS:  We're -- we're closed book
 7    here, right?
 8         MR. KIM:  Do you have a privilege issue --
 9         THE WITNESS:  Yeah.
10         MR. KIM:  -- that you want to talk about?   02:53:13
11         THE WITNESS:  Yeah, I need to understand.
12    BY MR. JAFFE:
13    Q    If it's confidentiality issues, we're under
14    the protective order here.  The only thing we can
15    break for is attorney-client issues.              02:53:21
16    A    No.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17    Q    And what is ▮▮▮▮▮▮?
18    A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮
20    Q    I see.  So the first email in this chain     02:53:35
21    from Mr. Haslim is talking about transitioning to
22    V2, which is Fuji, right?
23    A    Yes.
24    Q    And it's saying:
25         ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮               02:53:52
```



```
 1   actually showing how the PCBs would be laid out?
 2       A    Potentially, yes, yeah.
 3       Q    And did you talk to your colleagues about
 4   this?
 5       A    Yes.                                          03:30:28
 6       Q    Okay.  What did you tell them?
 7       A    Mr. Gasbarro and I started mocking this up.
 8       Q    And have you referenced that in your
 9   declaration?
10       A    In the declaration, no.                       03:30:39
11       Q    Are you aware of any documents attached to
12   your declaration that show that what's described
13   here as ██████████████████ actually
14   corresponds to a design for PCBs?
15       A    No, I didn't provide further documents.  I    03:30:56
16   was explaining that's what we were doing.
17       Q    Sitting here today, are you aware of any
18   evidence that what's described here on page 51 of
19   your declaration actually corresponds to a design
20   for multiple PCBs on a single diode as opposed to     03:31:10
21   just a conceptual drawing?
22       A    Multiple diodes on a single PCB?
23       Q    Yes.  Thank you.
24       A    Yes, there is a layout with multiple diodes
25   on a single PCB.                                       03:31:24
```

Page 63