# JAFFE EXHIBIT 130

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                          )
 5     WAYMO LLC,                         )
                                          )
 6                   Plaintiff,           )
                                          )
 7           vs.                          )   Case No.
                                          )   3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,           )
       OTTOMOTTO LLC; OTTO                )
 9     TRUCKING LLC,                      )
                                          )
10                   Defendants.          )
       _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF WILLIAM GROSSMAN
17              San Francisco, California
18              Friday, March 24, 2017
19                    Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2577640
25     PAGES 1 - 54
```

Page 1

```
 1        A    No.
 2        Q    Elaborate.
 3        A    Because as I --
 4             MR. JAFFE:  Sorry.  Objection.  Form.
 5   BY MR. GONZALEZ:                                       10:15:26
 6        Q    Can you clarify what you mean?
 7        A    Can you repeat the question?
 8        Q    Yeah.  You said you thought it was
 9   interesting because of the nature of the content.
10        A    Yes.                                         10:15:40
11        Q    So I will use your words.  What did you
12   mean when you said "the nature of the content"?
13        A    Well, after looking at the content in more
14   detail, I realized that it was very similar to -- to
15   Waymo's -- some of Waymo's laser systems.              10:15:57
16        Q    So what was similar?
17        A    The shape of the board.
18        Q    I don't have an engineering degree, so I
19   want to make sure I'm understanding what you're
20   saying.  If you look -- I see some pictures on the     10:16:15
21   last two pages of this exhibit.  Is that what you're
22   referring to?
23        A    Yes.
24        Q    And what is it about the shape of the board
25   that you found interesting?                            10:16:27
```

```
 1        A    It looked very similar to designs we have
 2   in-house.
 3        Q    And how do you know that?
 4        A    I know that because previously I had talked
 5   with the laser team, and I'd -- I just happened to       10:16:42
 6   have a conversation about this particular part of
 7   the system.  And it's -- it's a very striking shape,
 8   and you just remember it, and so when I saw it, I
 9   immediately recognized it.
10        Q    Was there anything in particular about the    10:16:58
11   shape that -- that caught your attention?
12        A    The angles and sides of the PCB.
13        Q    Was there anything else that you found
14   interesting about the email and document other than
15   the shape?                                              10:17:17
16        A    No.
17        Q    And when you say "the shape," again, I'm
18   just trying to make sure I understand you.
19        A    Yep.
20        Q    We'll take the one on the last page.  The    10:17:29
21   last page of the exhibit has one -- what do you call
22   this, a board?
23        A    Yeah, a PCB.
24        Q    Okay.  PCB?
25        A    Yeah.                                         10:17:39
```

Page 17