1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
  50 California Street, 22nd Floor
7 San Francisco, California 94111-4788
  Telephone:    (415) 875-6600
8 Facsimile:    (415) 875-6700

9 Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN R. JAFFE IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing**:<br><br>Date: May 3, 2017<br>Time: 8:00 a.m.<br>Place: 8, 19th Floor<br>Judge: The Honorable William H. Alsup |

I, Jordan R. Jaffe, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 132 is a true and correct copy of excerpts from the May 4, 2017 deposition of James Haslim.

3. Attached hereto as Exhibit 133 is a true and correct copy of deposition exhibit number 150 attached to the May 4, 2017 deposition of James Haslim.

4. Attached hereto as Exhibit 134 is a true and correct copy of a document produced by Uber bearing the document control number UBER00012130, which was attached as deposition exhibit number 154 to the May 4, 2017 deposition of James Haslim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 8, 2017        */s/ Jordan R. Jaffe*
                          Jordan R. Jaffe

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan Jaffe.

                                       */s/ David A. Perlson*
                                          David A. Perlson