HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

    WAYMO LLC,

5

                      Plaintiff,

6                                        Case

    vs.                          No. 3:17-cv-00939-WHA

7

    UBER TECHNOLOGIES, INC.;

8   OTTOMOTTO LLC; OTTO TRUCKING LLC,

9                 Defendants,

    _____/

10

11

12

13

14

15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16         VIDEOTAPED DEPOSITION OF JAMES HASLIM

17                 THURSDAY, MAY 4, 2017

18

19

20

21

22   Reported by:

23   Anrae Wimberley

24   CSR No. 7778

25   Job No.  2610396

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   How often did Mr. Levandowski bring his | 11:07:32 |
| 2 | personal laptop to work with him? | 11:07:35 |
| 3 | MR. KIM:  Objection; form. | 11:07:35 |
| 4 | THE WITNESS:  I couldn't possibly know. | 11:07:37 |
| 5 | BY MR. JAFFE: | 11:07:37 |
| 6 | Q.   Every day? | 11:07:39 |
| 7 | MR. KIM:  Objection; form. | 11:07:39 |
| 8 | THE WITNESS:  The reason I couldn't possibly know | 11:07:42 |
| 9 | is I don't know whether the laptop he may have carried | 11:07:45 |
| 10 | was his personal laptop or the work laptop. | 11:07:48 |
| 11 | BY MR. JAFFE: | 11:07:48 |
| 12 | Q.   I see.  All right.  So let's just talk about | 11:07:51 |
| 13 | the one laptop that you know about. | 11:07:53 |
| 14 | How often did he bring that laptop to work | 11:07:55 |
| 15 | with him? | 11:07:56 |
| 16 | MR. KIM:  Objection; form. | 11:07:56 |
| 17 | THE WITNESS:  I don't know.  I have no idea. | 11:08:02 |
| 18 | BY MR. JAFFE: | 11:08:02 |
| 19 | Q.   You saw him at work with the personal laptop; | 11:08:06 |
| 20 | right? | 11:08:06 |
| 21 | A.   I'm sure I've seen him at work with a laptop. | 11:08:10 |
| 22 | Q.   And that was a regular occurrence; right? | 11:08:12 |
| 23 | MR. KIM:  Objection; form. | 11:08:14 |
| 24 | THE WITNESS:  I hardly paid attention to how often | 11:08:18 |
| 25 | he was carrying a laptop. | 11:08:20 |

Page 41

| | | |
|---|---|---|
| 1 | that Mr. Levandowski was demoting himself in some way. | 11:34:26 |
| 2 | Are you familiar with that? | 11:34:27 |
| 3 | A.    I'm familiar with the announcement that his | 11:34:31 |
| 4 | position was changing.  I only take issue with your | 11:34:37 |
| 5 | comment -- or your phrase that says he was demoting | 11:34:40 |
| 6 | himself.  I don't know who decided his position should | 11:34:45 |
| 7 | change. | 11:34:45 |
| 8 | Q.    I see. | 11:34:45 |
| 9 | So you don't know who actually decided that | 11:34:49 |
| 10 | his position should change? | 11:34:51 |
| 11 | A.    Correct. | 11:34:51 |
| 12 | Q.    And do you take issue with the idea that he | 11:34:54 |
| 13 | was demoted in some way? | 11:34:56 |
| 14 | A.    Not necessarily. | 11:34:58 |
| 15 | Q.    Okay.  So if I call it his demotion, that's a | 11:35:03 |
| 16 | fair statement? | 11:35:03 |
| 17 | A.    I won't argue with that. | 11:35:05 |
| 18 | Q.    So how did you find out about | 11:35:09 |
| 19 | Mr. Levandowski's demotion? | 11:35:12 |
| 20 | A.    I received an e-mail.  I believe the whole | 11:35:16 |
| 21 | company received an e-mail describing that change. | 11:35:21 |
| 22 | I want to say Anthony sent the e-mail, but | 11:35:25 |
| 23 | I'm not 100 percent positive on that. | 11:35:28 |
| 24 | | |

Page 54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| 1 | | 11:35:38 |
| 2 | | 11:35:43 |
| 3 | | 11:35:46 |
| 4 | | |

```
13   BY MR. JAFFE:                                       11:36:13

14        Q.    Before that e-mail on Thursday, there was no   11:36:18

15   sort of company policy excluding Mr. Levandowski from  11:36:23

16   providing input onto LiDAR; right?                    11:36:27

17        MR. KIM:  Objection; form.                       11:36:27

18        THE WITNESS:  I'm not aware of any policy before  11:36:31

19   that date regarding excluding him from any aspect of  11:36:35

20   any work at the company.                              11:36:36

21   BY MR. JAFFE:                                          11:36:36

22        Q.    Including LiDAR?                            11:36:41

23        A.    Including LiDAR.                            11:36:41

24        Q.    So you never received any sort of special   11:36:45

25   instructions about what you could and couldn't do     11:36:47
```

Page 55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       Q.    Who came up with ████████████████        11:57:45

 2  for Fuji?                                            11:57:46

 3       A.    I would say that was a decision reached by me   11:57:56

 4  with collaboration with my electrical engineer Florin   11:58:00

 5  Ignatescu.                                           11:58:02

 6       Q.    Anyone else?                              11:58:07

 7       A.    I believe the discussion of the ████████  11:58:13

 8  also involved Gaetan as it pertains to the performance   11:58:20

 9  of his lens and how it would work with ██████████    11:58:25

10  I'm sure we informed other people.  Scott may have   11:58:34

11  been in the office when we were making this decision   11:58:36

12  as well.  Dan Gruver would probably be informed as   11:58:41

13  well, but I don't recall Dan playing any role in that   11:58:45

14  decision.                                            11:58:45

15       Q.    Who was involved in coming up with ████   ████████

    ████████████                                         11:58:50

17       MR. KIM:  Objection; form.                      11:58:53

18       THE WITNESS:  In coming up with ██████████  I   11:58:57

19  would say that was primarily me and the electrical   11:59:00

20  engineer, Florin.                                    11:59:02

21  BY MR. JAFFE:                                         

22       Q.    And then you discussed it with the LiDAR   11:59:05

23  team?                                                11:59:07

24       MR. KIM:  Objection; form.                      11:59:09

25       THE WITNESS:  Yes.                              11:59:09
```

                                                    Page 72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q.   Are you aware of any conversations between      12:00:17

 2   Mr. Gruver or Mr. Pennecot and Mr. Levandowski            12:00:20

 3   regarding the number of transmit boards in the Fuji       12:00:24

 4   design?                                                   12:00:24

 5        MR. KIM:  Objection; form.                           12:00:26

 6        THE WITNESS:  I am not aware.                         12:00:28

 7   BY MR. JAFFE:                                             12:00:28

 8        Q.   So it's possible that they have discussed       12:00:29

 9   this issue with them, you wouldn't know that; right?      12:00:32

10        A.   I wouldn't know that.                           12:00:34

11        Q.   So you're not saying that Mr. Levandowski has   12:00:36

12   never had discussions or input into the idea to use       12:00:40

13   ██████████████████; right?                               12:00:43

14        MR. KIM:  Objection; form.                           12:00:46

15        THE WITNESS:  What I am saying is that Anthony        12:00:48

16   never had input into my decision with my electrical       12:00:55

17   engineer to put ███████████████████.                     12:01:00

18   BY MR. JAFFE:                                             12:01:00

19        Q.   Right.                                          12:01:00

20             But you talked about that decision with         12:01:02

21   Mr. Gruver, for example; right?                           12:01:03

22        A.   I think discussions with Gruver came later,     12:01:07

23   yeah.                                                     12:01:07

24        Q.   Or Mr. Pennecot, for example?                   12:01:10

25        A.   Mr. Pennecot was probably consulted in that     12:01:13
```

Page 74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.    Yes.                                      12:03:36

 2            We knew we needed a laser circuit, so I had   12:03:40

 3      Florin design multiple laser circuits onto a board for  12:03:45

 4      test and evaluation.  We picked one of those circuits   12:03:48

 5      that we thought performed the best.  He began      12:03:51

 6      considering the size of his circuit in one of those --  12:03:56

 7      I believe it was 10 different circuits.  The one we   12:03:59

 8      chose, he could look at the design of it and tell me   12:04:02

 9      the size.                                        12:04:04

10            So at this point, as I recall, Gaetan did not  12:04:10

11      have a laser board design in his CAD model.  He had a  12:04:20

12      lens design.  He may have had -- I even doubt he had   12:04:26

13      taken that into CAD yet.                         12:04:29

14      Q.    So I'm a little bit confused.              12:04:32

15            Where did the idea to have ▮▮▮▮▮▮ come      12:04:34

16      from?                                            12:04:35

17      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  The need to   12:04:49

19      ▮▮▮▮▮▮▮▮▮▮▮▮ developed quickly between       12:04:56

20      Florin and I looking at the size of the circuit,   12:04:59

21      knowing when Scott Boehmke defines a certain ▮▮▮▮▮   

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when Gaetan has               12:05:08

23      designed a lens that has a 150 millimeter focal   12:05:13

24      length, it becomes apparent that the ▮▮▮▮▮   ▮▮▮▮▮   

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                   12:05:19
```

Page 77

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  ████████████████████████████████  ████████

▮  ██████████████████████              12:05:24

3       It was obvious to me that wasn't going to  12:05:26

4  work and we would have to ████████████  ████████

▮  ████████  Later we went back and looked closer, and I  12:05:33

6  realized, wait a minute, ███████████████████████  

▮  ████████  So we can't put circuits on ██████████████

▮  ████████████████████████████████████████████████

▮  ████████████████████              12:05:47

10      Furthermore, we were starting to look at  12:05:50

11  components on the receiver.  We saw components on the  12:05:53

12  receiver that were themselves ████████████████  12:05:58

13  Those were high voltage components.  They needed  12:06:00

14  additional space between them as well.  So it seemed  12:06:01

15  pretty clear at the time ██████████████████was not  12:06:05

16  going to work, so we said ████████████?  Florin  12:06:09

17  thought he could ███████████████  12:06:14

18      So that ended up with ██████████████████████  

▮  ████████████  We already had decided two cavities to make  12:06:20

20  64 channels, so that ended up with ██████████████  12:06:24

21  in the sensor.  12:06:25

22   Q.   Where are the documents that reflect the  12:06:27

23  discussions that you were just talking about?  12:06:31

24   A.   We did not document our discussions.  12:06:33

25   Q.   Okay.  So there are no -- there's no  12:06:35

Page 78

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    documentary evidence to evidence -- to support what     12:06:39

2    you just said?                                          12:06:40

3         MR. KIM:  Objection; form.                         12:06:42

4    BY MR. JAFFE:                                           12:06:42

5         Q.   Is that fair?                                 12:06:42

6         A.   Not quite.                                    12:06:43

7              We have documents showing and indicating to   12:06:47

8    us what the vertical angles were to be for the sensor   12:06:52

9    as specified by Scott Boehmke.  We have a lens design   12:06:57

10   that's documented from Gaetan.  We have the original    12:07:03

11   circuit Florin had developed for testing out lasers.    12:07:10

12             At that point, the documentation stopped.     12:07:14

13   And we don't have documents for discussions describing  12:07:22

14   how ███████████████████████████████         ████████

        ████████████████████████████                        12:07:27

16        Q.   Okay.  So I just want to run through that      12:07:30

17   real quick.                                             12:07:30

18             So you're saying that you got the idea for    12:07:34

19   ████████████ based on three things.  One is the ████████

     ██████████████ of the diodes that you wanted.  Two is the  12:07:43

21   ████████████████     And three is the ██████████  ████████

     ████████████████████████████████                       12:07:49

23             Generally, is that fair?                      12:07:53

24        A.   I'd like you to add a fourth, which is the    12:07:56

25   ██████████████████████████████ and possibly a           12:08:04
```

Page 79

1  ██████████████████████████████████████████████████

2  ██████████████████                                    14:00:49

3       A.   I'm sorry.  I don't think I was clear before.   14:00:53

4            When Gaetan designed the outline of this      14:00:56

5  board and specified ████████████████████████████████

6  ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   ████████████████████████████████████████████████████

10 ██████████████████████████████████                    14:01:17

11      Q.   So the original idea was ██████████████████   14:01:22

12 ████████████████████████                              14:01:22

13      A.   No.                                           14:01:22

14      Q.   So then let me ask my question again then.    14:01:25

15           What is the point of including ████████████   14:01:30

16 ████████████████ -- in this chart?                    14:01:30

17      A.   This information could have been provided to  14:01:36

18 the electrical engineer so that ██████████████████████

19 ███████████████████████████████████                   14:01:43

20 And if he hasn't ██████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ██████████████████████████████████████                14:01:55

23      Q.   Why do you think he did that?                 14:01:57

24      A.   He needs to ████████████████████ that's as    14:02:00

25 good as -- better than an outline of a board which is  14:02:03

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.   I see that, yes.                      14:28:10

 2        Q.   The "LiDAR team" right there, that includes   14:28:15

 3   Anthony Levandowski; right?                      14:28:17

 4        MR. KIM:  Objection; form.                  14:28:17

 5        THE WITNESS:  I wouldn't have considered him part  14:28:24

 6   of the LiDAR team, but clearly he was informed of the   14:28:30

 7   decision and we got his buyoff because it affected the  14:28:33

 8   program.                                         14:28:34

 9   BY MR. JAFFE:                                    14:28:34

10        Q.   So, again, I'm referring to what's in your   14:28:36

11   declaration.  Your declaration says, "The LiDAR team's  14:28:39

12   decision."                                       14:28:39

13             Is Mr. Levandowski part of the LiDAR team in  14:28:41

14   your declaration or not?                         14:28:43

15        MR. KIM:  Objection; form.                  14:28:46

16        THE WITNESS:  No.                           14:28:46

17   BY MR. JAFFE:                                    14:28:46

18        Q.   So when you said, "The LiDAR team's decision  14:28:51

19   to abandon the project," you're excluding         14:28:54

20   Mr. Levandowski?                                 14:28:55

21        A.   I am.                                  14:28:56

22        Q.   Even though he had to actually make the      14:28:59

23   decision to pivot?                               14:29:00

24        A.   I would say the LiDAR team proper made a     14:29:03

25   decision based on technical matters; whereas, Anthony   14:29:06
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MR. JAFFE:  Which number are we at? | 14:34:23 |
| 2 | THE REPORTER:  I think we're on 156. | |
| 3 | MR. KIM:  How long have you gone on the record? | 14:35:02 |
| 4 | THE REPORTER:  We're on 157. | |
| 5 | THE VIDEOGRAPHER:  Three hours and four minutes. | |
| 6 | MR. KIM:  We've got another hour.  If there's a | |
| 7 | convenient time for a break. | |
| 8 | MR. JAFFE:  I'll do this -- | 14:35:04 |
| 9 | MR. KIM:  You can ask your next -- | |
| 10 | MR. JAFFE:  -- really quick and then we can take a | 14:35:07 |
| 11 | quick break. | 14:35:08 |
| 12 | (Plaintiff's Exhibit 157 was marked.) | 14:35:23 |
| 13 | BY MR. JAFFE: | |
| 14 | Q.  I've marked as Exhibit 157 a document with | 14:35:26 |
| 15 | the slip sheet labeled "Exhibit H."  And then the | 14:35:30 |
| 16 | document underlying that says, ███████████████ | 14:35:33 |
| 17 | Is this a document that you were referring to | 14:35:36 |
| 18 | before that Mr. Levandowski, Anthony Levandowski that | 14:35:40 |
| 19 | is, called you about and discussed? | 14:35:41 |
| 20 | MR. KIM:  Objection; form. | 14:35:52 |
| 21 | THE WITNESS:  No, this is not, to my recollection, | 14:35:56 |
| 22 | the same document.  There does appear to be some | 14:36:00 |
| 23 | features in here, but for reasons I don't understand, | 14:36:03 |
| 24 | there seems to be pages I'm not familiar with. | 14:36:07 |
| 25 | BY MR. JAFFE: | 14:36:07 |

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q.   So you're familiar with some pages of this    14:36:15
 2   document, but not others; is that fair?                 14:36:18
 3        A.   I think so, yeah.                              14:36:19
 4        Q.   Let's go to page 10.                           14:36:20
 5        A.   Okay.                                          14:36:22
 6        Q.   And, actually, before we get there, going     14:36:30
 7   back to the first page, it's dated May 16th, 2016.      14:36:33
 8             You worked at Otto at that time; right?       14:36:36
 9        A.   I believe I did, yes.                          14:36:38
10        Q.   And you had had conversations with            14:36:39
11   Mr. Boehmke by that time?                               14:36:41
12        A.   Probably not.                                  14:36:43
13        Q.   Okay.  But were you aware of Uber and Otto    14:36:46
14   having conversations at that time?                      14:36:50
15        A.   I don't think so.                             14:36:51
16        Q.   So you weren't aware of the conversations, to 14:36:55
17   the extent that they were happening, between Uber and   14:36:58
18   Otto?                                                    14:36:59
19        A.   I don't recall if I had become aware of Uber  14:37:04
20   and Otto discussions at this early date in May.         14:37:07
21        Q.   So if you look at page 14.                    14:37:28
22        A.   Okay.                                          14:37:34
23        Q.   You see it says,     ███████████              14:37:35
24        A.   Yes.                                           14:37:36
25        Q.   Does this refresh your recollection that Uber 14:37:39
```

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.    Right.                                   14:41:44

 2        Q.    So to your knowledge, what's described here   14:41:48

 3   as Plan B isn't the basis for the Fuji design?     14:41:52

 4        MR. KIM:  Objection; form.                     14:41:55

 5        THE WITNESS:  I am not aware of a link between  14:41:59

 6   this Plan B in this document and the Fuji design.   14:42:04

 7   BY MR. JAFFE:                                        14:42:04

 8        Q.    And you would be in a position to know;   14:42:08

 9   right?                                               14:42:09

10        MR. KIM:  Objection; form.                     14:42:11

11        THE WITNESS:  I would have to make that         14:42:13

12   presumption.  And it's just a presumption.          14:42:15

13   BY MR. JAFFE:                                        14:42:15

14        Q.    In your job, you would be in a position to   14:42:18

15   know that; right?                                   14:42:18

16        MR. KIM:  Objection; form.                     14:42:25

17        THE WITNESS:  I would expect to know that.      14:42:26

18        MR. JAFFE:  Let's take a break.                 14:42:32

19        THE VIDEOGRAPHER:  We are off the record at 2:42   14:42:36

20   p.m.                                                 14:42:36

21           (Recess taken.)                             14:42:36

22        THE VIDEOGRAPHER:  We are back on the record at   14:55:55

23   2:56 p.m.                                            14:55:57

24   BY MR. JAFFE:                                        14:55:57

25        Q.    Have you discussed the subject matter of your   14:56:03
```

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | testimony during any of the breaks today? | 14:56:05 |
| 2 | A.   Nothing in terms of like what we said in this | 14:56:10 |
| 3 | testimony. | 14:56:11 |
| 4 | Q.   What does that mean? | 14:56:13 |
| 5 | A.   That means the legal team may have advised me | 14:56:19 |
| 6 | on procedural matters, general terms without | 14:56:23 |
| 7 | referencing the actual content of our discussion. | 14:56:26 |
| 8 | Q.   What did they tell you? | 14:56:27 |
| 9 | MR. KIM:  Objection. | 14:56:27 |
| 10 | Going to instruct you not to answer on the | 14:56:31 |
| 11 | grounds of attorney-client privilege. | 14:56:33 |
| 12 | BY MR. JAFFE: | 14:56:33 |
| 13 | Q.   Did your legal team tell you how to testify | 14:56:36 |
| 14 | after these meetings? | 14:56:37 |
| 15 | MR. KIM:  You can answer that yes or no. | 14:56:39 |
| 16 | THE WITNESS:  Could you be clear by what you mean | 14:56:41 |
| 17 | by "how to testify"? | 14:56:42 |
| 18 | BY MR. JAFFE: | |
| 19 | Q.   I don't think I can be any clearer. | 14:56:46 |
| 20 | A.   Like what to say? | 14:56:47 |
| 21 | Q.   I'm trying to understand what the legal team | 14:56:51 |
| 22 | told you in terms of general terms, procedural | 14:56:55 |
| 23 | matters, which is what you said. | 14:56:57 |
| 24 | What did they tell you? | 14:56:58 |
| 25 | MR. KIM:  Instruct you not to reveal any | 14:57:00 |

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    privileged conversations.                          14:57:11

 2        THE WITNESS:  Are you instructing me not to    14:57:13

 3    answer?                                            14:57:14

 4        MR. KIM:  You can answer his prior question yes or  14:57:17

 5    no.                                                14:57:17

 6        THE WITNESS:  If your question is, did they tell  14:57:24

 7    me what to say, no.  Did they tell me how to testify,  14:57:28

 8    no.                                                14:57:29

 9    BY MR. JAFFE:                                      14:57:29

10        Q.   When you said that they told you things about  14:57:31

11    general things and procedural considerations, what  14:57:34

12    general things did they tell you?                  14:57:37

13        MR. KIM:  I'm going to instruct you not to answer  14:57:39

14    on the grounds of attorney-client privilege.      14:57:40

15    BY MR. JAFFE:                                      14:57:40

16        Q.   What procedural -- what general terms about  14:57:42

17    your testimony did they tell you?                  14:57:45

18        A.   Let's see.  We discussed how much time is  14:57:52

19    left, something called redirect.                   14:57:59

20        Q.   What did they talk to you about redirect?  14:58:01

21        MR. KIM:  And I'm going to instruct you not to  14:58:05

22    reveal any attorney-client privileged conversations.  14:58:09

23    And I don't think you can answer that without doing  14:58:11

24    so.  I'm going to instruct you not to answer.      14:58:14

25    BY MR. JAFFE:                                      14:58:14
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   You talked about redirect on a break?  Yes or | 14:58:21 |
| 2 | no? | 14:58:21 |
| 3 | A.   Yes, we talked about the term "redirect." | 14:58:24 |
| 4 | Q.   And what did you talk about redirect? | 14:58:28 |
| 5 | A.   That is a situation where, instead of you, | 14:58:33 |
| 6 | the lawyer on my side of the table is going to ask me | 14:58:36 |
| 7 | questions. | 14:58:36 |
| 8 | Q.   And how did redirect come up in the context | 14:58:39 |
| 9 | of your conversation? | 14:58:40 |
| 10 | A.   In the context of time remaining and that | 14:58:45 |
| 11 | redirect would occur after your allotted time has | 14:58:49 |
| 12 | ended, so it's going to take longer than I might | 14:58:54 |
| 13 | think. | 14:58:54 |
| 14 | Q.   Did Uber's lawyers tell you that they were | 14:58:58 |
| 15 | going to do redirect questions? | 14:59:00 |
| 16 | A.   Yes. | 14:59:02 |
| 17 | Q.   And did they tell you what those questions | 14:59:04 |
| 18 | were going to be about? | 14:59:06 |
| 19 | A.   No. | 14:59:07 |
| 20 | Q.   Did you talk at all about what sort of | 14:59:11 |
| 21 | redirect would happen? | 14:59:13 |
| 22 | A.   No. | 14:59:16 |
| 23 | Q.   What did you talk about about redirect? | 14:59:19 |
| 24 | A.   That they will ask me questions just like you | 14:59:24 |
| 25 | ask me questions and that it's going to take longer | 14:59:27 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | than the hour, approximately, that we have remaining, | 14:59:30 |
| 2 | so not to expect it to be over at that time. | 14:59:34 |
| 3 | Q.   What else, in general terms, did you and your | 14:59:36 |
| 4 | lawyers talk about on the breaks? | 14:59:38 |
| 5 | MR. KIM:  I'm going to advise you not to reveal | 14:59:46 |
| 6 | any attorney-client privileged communications. | 14:59:49 |
| 7 | THE WITNESS:  So I'm not a lawyer.  I don't know | 14:59:55 |
| 8 | what is considered attorney-client privilege and what | 14:59:58 |
| 9 | wouldn't be in that context of conversations, so I | 15:00:01 |
| 10 | need to be careful not to answer and disclose | 15:00:03 |
| 11 | something I'm not supposed to say. | 15:00:06 |
| 12 | MR. KIM:  Do you need to consult with me about a | 15:00:09 |
| 13 | privilege issue? | 15:00:09 |
| 14 | THE WITNESS:  Yes, that would help. | 15:00:12 |
| 15 | MR. KIM:  Can we go off the record so he can | 15:00:15 |
| 16 | consult with me on a privilege issue before he answers | 15:00:18 |
| 17 | any further questions about what we discussed? | 15:00:20 |
| 18 | MR. JAFFE:  I'll withdraw the question and I'll | 15:00:22 |
| 19 | ask a different question. | 15:00:23 |
| 20 | BY MR. JAFFE: | 15:00:23 |
| 21 | Q.   Tell me the substance of your private | 15:00:26 |
| 22 | conferences -- private conferences during the break | 15:00:28 |
| 23 | that you had with Uber's lawyers, all of it. | 15:00:32 |
| 24 | MR. KIM:  I'm going to object on the grounds of | 15:00:36 |
| 25 | privilege. | 15:00:37 |

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | taking -- and we can do this for more angles if you | 15:51:42 |
| 2 | wish, but it looks like the diodes -- ███████████ | 15:51:43 |
| 3 | ██████████████████████████████████████████████ | 15:51:48 |
| 4 | ███████████████████████████████████████████████████ | 15:51:56 |
| 5 | Q.   Could you describe generally how you | 15:51:59 |
| 6 | calculated that or determined that? | 15:52:01 |
| 7 | A.   Yeah.  So ██████████████████████████████ | 15:52:05 |
| 8 | ███████████████████████████████████████████████████ | 15:52:10 |
| 9 | ███████████████████████████████████████████████████ | 15:52:16 |
| 10 | ███████████████████████████████████████████████████ | 15:52:22 |
| 11 | ███████████████████████████████████████████████████ | 15:52:25 |
| 12 | I don't know if you need any more -- | 15:52:29 |
| 13 | Q.   Is there a name for that equation that you | 15:52:31 |
| 14 | just described? | 15:52:32 |
| 15 | A.  ███████████████████████████████████████████ | 15:52:36 |
| 16 | ██████████████████████████████████ or -- yeah. | 15:52:41 |
| 17 | Q.   And then going back to the channel spacing | 15:52:45 |
| 18 | under "delta" -- | 15:52:46 |
| 19 | Is that the term you used? | 15:52:48 |
| 20 | A.   Under "delta" -- channel spacing, yes.  This | 15:52:55 |
| 21 | is an angular spacing. | 15:52:57 |
| 22 | Q.   Does that reflect the accurate channel | 15:52:59 |
| 23 | spacing for the Fuji Board A? | 15:53:02 |
| 24 | A.   These do appear to be the channel spacing. | 15:53:07 |
| 25 | In terms of accurate, these numbers are already | 15:53:11 |

Page 181

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Yeah. | 16:01:00 |
| 2 | MR. JAFFE:  Objection; leading. | 16:01:03 |
| 3 | BY MR. KIM: | 16:01:03 |
| 4 | Q.   Have you ever used the term ███████? | 16:01:08 |
| 5 | A.   I'm familiar with the term from mathematics. | 16:01:13 |
| 6 | Q.   What does that term mean to you? | 16:01:17 |
| 7 | A.   To me, especially in reference to a | 16:01:20 |
| 8 | mathematical function, the term ████████ means that | 16:01:25 |
| 9 | ████████████████████████████████████████ | |
| | ████████████████████████████████████████ | |
| | ████████████████████████████ | 16:01:53 |
| 14 | Q.   In your opinion, do -- the channel spacing | 16:01:55 |
| 15 | for Board A for Fuji, do they ████████████████ | |
| | ██████████████████████ | 16:02:07 |
| 17 | A.   Channel spacing related to the "Delta" column | 16:02:10 |
| 18 | we've labeled? | 16:02:11 |
| 19 | Q.   Yes. | 16:02:12 |
| 20 | A.   To my understanding, that is not ████████ | 16:02:30 |
| 21 | Q.   Why is that? | 16:02:31 |
| 22 | A.   I see numbers that start at the "Delta" | 16:02:34 |
| 23 | column, the channel spacing we called it, ████████ | |
| | ████████████████████████████████████████ | |
| | ██████████████████████████████ | 16:02:49 |

Page 186

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮                                    16:02:51

2     Q.   Same question for the distance between       16:02:53

3 diodes.                                              16:02:54

4          Is that distance ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for Fuji?               16:03:06

6     A.   No.  The linear distance is not ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              16:03:26

10    Q.   Is that also true for the channel spacing for  16:03:32

11 Board ▮ for Fuji?                                  16:03:34

12    MR. JAFFE:  Objection; leading.                16:03:40

13    THE WITNESS:  I see the same ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           16:04:05

18 BY MR. KIM:

19    Q.   And that's for Board ▮ for Fuji?           16:04:08

20    A.   For Board ▮ on this document, yes.         16:04:10

21    Q.   What about for Board ▮ are the channel     16:04:15

22 spacings ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      16:04:23

23    A.   No.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               16:04:36

Page 187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q.   Um-hum.  Let me ask it a different way.       16:13:45

 2           Does the ████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████
        ████████████████████████████████████████████            16:14:10

 6      MR. JAFFE:  Objection; form, leading.                    16:14:14

 7      THE WITNESS:  There is a ████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████            16:14:40

12   BY MR. KIM:                                                  16:14:40

13      Q.   Okay.  And earlier you were asked about the         16:14:47

14   term ████████████████████ correct?                          16:14:48

15      A.   Yes.                                                 16:14:50

16      Q.   And ████████████████████ refers to what when        16:14:53

17   you're using the term?                                       16:14:56

18      A.   It depends on the context.  I have to be            16:14:59

19   careful to clarify. ████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████
        ██████████████████████████████████████████████            16:15:20

24      Q.   And how -- how do you use the term?                 16:15:23

25      A.   Most of the time we've been talking, at Uber,       16:15:31
```

Page 192

| | | |
|---|---|---|
| 1 | THE WITNESS:  This does not refer to Fuji.  It | 16:19:00 |
| 2 | could not refer to Fuji.  And if you look at the | 16:19:08 |
| 3 | e-mail -- let me find this.  Sorry. | 16:19:14 |
| 4 | Perhaps Section B discussion -- it sounds to | 16:19:22 |
| 5 | me like this is discussing Spider, where we're talking | 16:19:28 |
| 6 | about groups of eight.  The date would be consistent | 16:19:33 |
| 7 | with what we ultimately called Spider. | 16:19:41 |
| 8 | BY MR. KIM: | 16:19:41 |
| 9 | Q.  Okay.  So looking at UBER00008499, you | 16:19:50 |
| 10 | believe that what's described in A there that you were | 16:19:53 |
| 11 | asked about earlier actually refers to Spider and not | 16:19:56 |
| 12 | Fuji? | 16:19:58 |
| 13 | A.  That's what it seems like to me, yes. | 16:20:01 |
| 14 | Q.  I would like to go back to your Exhibit B | 16:20:11 |
| 15 | from your original declaration. | 16:20:14 |
| 16 | Do you see that column with the heading | 16:20:32 |
| 17 | ████████████ | |
| 18 | A.  Yes.  There's two. | 16:20:36 |
| 19 | Q.  Okay.  Let's look at the leftmost column. | 16:20:42 |
| 20 | A.  Yes. | 16:20:43 |
| 21 | Q.  Are ████████████████████████ | |
| | ████████████ on Fuji boards? | 16:20:49 |
| 23 | MR. JAFFE:  Objection; form and leading. | 16:20:52 |
| 24 | THE WITNESS:  No.  As I understand it, the | 16:20:55 |
| 25 | ████████████████████████████ | 16:21:01 |

Page 195

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ███████████████████████████ | 16:21:04 |
| 2 | BY MR. KIM: | 16:21:04 |
| 3 | Q.   Do you have an understanding as to why there | 16:21:07 |
| 4 | are ██████████ listed there? | 16:21:09 |
| 5 | A.   Yeah.  As I was discussing earlier, my | 16:21:17 |
| 6 | understanding is these coordinates referencing the | 16:21:22 |
| 7 | ██████████ were generated early in the development of | 16:21:29 |
| 8 | Fuji when ████████████████████████ | 16:21:33 |
| 9 | More specifically, these coordinates were given to the | 16:21:37 |
| 10 | electrical engineer before the electrical engineer had | 16:21:39 |
| 11 | laid out the circuits onto the board and added the | 16:21:42 |
| 12 | fiducial mark onto the board. | 16:21:45 |
| 13 | Q.   Are there any plans at Uber to use ██████████ | 16:22:07 |
| | ████████████████████████ on any transmit boards for | |
| 15 | Fuji? | 16:22:08 |
| 16 | A.   Not that I'm aware of. | 16:22:11 |
| 17 | Q.   Okay.  You can set that one aside. | 16:22:28 |
| 18 | Actually, a couple follow-up questions on | 16:22:46 |
| 19 | Exhibit 155. | 16:22:48 |
| 20 | I believe you were asked when this document | 16:22:52 |
| 21 | was created -- let me just ask it. | 16:22:56 |
| 22 | Do you know when this document was created? | 16:22:58 |
| 23 | MR. JAFFE:  Objection; form. | 16:23:01 |
| 24 | THE WITNESS:  Which version are you referring to? | 16:23:03 |
| 25 | BY MR. KIM: | 16:23:03 |

Page 196

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    Scott Boehmke --                                16:24:46

 2         MR. JAFFE:  Objection; leading, outside the scope.  16:24:51

 3    BY MR. KIM:                                       16:24:51

 4         Q.   -- that you discussed in paragraph 18 of your  16:24:55

 5    original declaration?                            16:24:57

 6         MR. JAFFE:  Objection; outside the scope, improper  16:25:00

 7    redirect.                                        16:25:01

 8         THE WITNESS:  155?  151?                    16:25:20

 9    BY MR. KIM:                                       16:25:26

10         Q.   It's either 151 or 152.  It's 151.    16:25:26

11              (Witness reviews documents.)           16:25:58

12         A.   Do you have a paragraph?               16:25:59

13         Q.   Paragraph 18.                          16:26:00

14         A.   Thank you.  Okay.  Okay.  18.          16:26:08

15              (Witness reviews document.)            16:26:19

16         A.   Okay.                                  16:26:20

17         Q.   And for the record, earlier today you were  16:26:22

18    asked about this paragraph.                      16:26:25

19              Do you recall that?                    16:26:26

20         A.   Yes.                                   16:26:26

21         MR. JAFFE:  Objection; leading.             16:26:29

22    BY MR. KIM:                                       16:26:29

23         Q.   And you were asked about whether there was  16:26:33

24    any evidence that the information you received from  16:26:38

25    Scott Boehmke referred to in this paragraph was  16:26:41
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | actually used in Fuji, and you referred to CAD files. | 16:26:45 |
| 2 | What did you -- what CAD files are you | 16:26:47 |
| 3 | referring to? | 16:26:47 |
| 4 | MR. JAFFE:  Objection; form and leading. | 16:26:51 |
| 5 | THE WITNESS:  I was referring -- | 16:26:52 |
| 6 | MR. JAFFE:  Beyond the scope. | 16:26:55 |
| 7 | THE WITNESS:  I was referring to mechanical CAD | 16:26:58 |
| 8 | files in the SolidWorks software created by Gaetan | 16:27:05 |
| 9 | that have the angles specified by Scott Boehmke that | 16:27:14 |
| 10 | end up terminating in a set of points for each laser | 16:27:20 |
| 11 | diode emitting point. | 16:27:24 |
| 12 | He then also included a CAD model of the | 16:27:29 |
| 13 | laser board outline that he developed that also had | 16:27:33 |
| 14 | those same emitting points on there.  And then, | 16:27:41 |
| 15 | finally, you can see the theta angle matches the | 16:27:46 |
| 16 | prescribed angles that we got from Scott. | 16:27:50 |
| 17 | BY MR. KIM: | 16:27:50 |
| 18 | Q.   Can you explain step by step the process from | 16:27:54 |
| 19 | going from the angles that you received from Scott -- | 16:27:57 |
| 20 | A.   Okay. | |
| 21 | Q.   -- to what ultimately ended up being the | 16:28:02 |
| 22 | diode placement angles reflected in Exhibit B of your | 16:28:08 |
| 23 | original declaration and marked as Exhibit 155 for | 16:28:11 |
| 24 | your deposition? | 16:28:13 |
| 25 | MR. JAFFE:  Objection; form, leading.  This is | 16:28:15 |

Page 199

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | improper redirect, outside the scope.  We're just | 16:28:20 |
| 2 | going to object to all this evidence; I think I've | 16:28:24 |
| 3 | made that clear. | 16:28:25 |
| 4 | THE WITNESS:  My understanding of the process that | 16:28:28 |
| 5 | led to the coordinates we have in Exhibit 155, | 16:28:32 |
| 6 | starting with angles that Scott Boehmke provided, was | 16:28:36 |
| 7 | that Gaetan designed a lens in Zemax.  We had decided | 16:28:44 |
| 8 | on 150 millimeter focal length, chosen material for | 16:28:49 |
| 9 | the lens. | 16:28:50 |
| 10 | From the lens optimization provided by the | 16:28:52 |
| 11 | Zemax software, we had the focal length behind the | 16:28:59 |
| 12 | lens to the beginning of a focal surface.  And he had | 16:29:05 |
| 13 | a radius of curvature for the focal surface. | 16:29:10 |
| 14 | From that information in Zemax, you can take | 16:29:14 |
| 15 | that into SolidWorks software, model up a curved | 16:29:19 |
| 16 | surface with the same radius of curvature as the focal | 16:29:23 |
| 17 | surface defined by Zemax.  That could be -- he modeled | 16:29:30 |
| 18 | that at a location behind the lens with a consistent | 16:29:36 |
| 19 | focal length developed in Zemax. | 16:29:41 |
| 20 | He then, as I understand it, created lines or | 16:29:48 |
| 21 | rays in the CAD geometry that reflected the vertical | 16:29:52 |
| 22 | angles specified by Scott Boehmke, one by one, | 16:29:57 |
| 23 | individually, for the ███ different beam angles for the | 16:30:01 |
| 24 | ██████ boards in the mid-range cavity. | 16:30:05 |
| 25 | He extended those lines or rays until it | 16:30:10 |

Page 200

| | | |
|---|---|---|
| 1 | intersected this curved focal surface.  The point of | 16:30:17 |
| 2 | intersection defined the location for the laser diodes | 16:30:23 |
| 3 | emitting surface.  He then put that into his model, | 16:30:30 |
| 4 | modeled a PCB behind that. | 16:30:33 |
| 5 | In this case specifically, he had ███████ | 16:30:40 |
| 6 | So he had ████████████ where rays would | 16:30:48 |
| 7 | intersect a -- I guess you would call this a | 16:30:54 |
| 8 | two-dimensional flat, curved focal surface. | 16:30:57 |
| 9 | From that, he had designed this laser board | 16:31:06 |
| 10 | mechanical outline relative to that outline and | 16:31:10 |
| 11 | relative to the mounting features that were included | 16:31:13 |
| 12 | in that design, including ███████████.  He had | 16:31:16 |
| 13 | locations for laser diodes on that board. | 16:31:21 |
| 14 | Individually, those models of the Laser | 16:31:28 |
| 15 | Boards ██████ were sent to the electrical | 16:31:32 |
| 16 | engineer, Will Treichler, who then proceeded to lay | 16:31:38 |
| 17 | out the circuit behind each of the laser diodes. | 16:31:41 |
| 18 | BY MR. KIM: | |
| 19 | Q.   And earlier I believe you mentioned Florin. | 16:31:49 |
| 20 | What was Florin's role in all this? | 16:31:52 |
| 21 | A.   Florin is another electrical engineer.  He | 16:31:55 |
| 22 | used to work at Velodyne.  I consider him a senior | 16:32:00 |
| 23 | electrical engineer.  So I asked him to design some | 16:32:02 |
| 24 | candidate laser pulsing circuits.  He designed that | 16:32:09 |
| 25 | test board.  And the circuits on there, he tested the | 16:32:15 |

Page 201

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Go ahead. | 17:21:07 |
| 2 | BY MR. KIM: | 17:21:07 |
| 3 | Q.   Are the current beam angles for ████ | 17:21:11 |
| 4 | reflected in Exhibit 155 that we were looking at | 17:21:14 |
| 5 | earlier? | 17:21:15 |
| 6 | A.   Yes. | 17:21:27 |
| 7 | Q.   Okay. | 17:21:34 |
| 8 | A.   Let me double check.  Hold on.  Sorry. | 17:21:37 |
| 9 | (Witness performs calculation.) | |
| 10 | A.   Okay.  Yes.  Angles in Exhibit 155 do appear | 17:22:07 |
| 11 | to be the accurate angles that we designed the Fuji to | 17:22:12 |
| 12 | and -- and started building Fuji to. | 17:22:15 |
| 13 | Q.   Earlier you were asked about whether or not | 17:22:23 |
| 14 | Mr. Levandowski had input into the Fuji design. | 17:22:30 |
| 15 | Did Mr. Levandowski have any technical input | 17:22:34 |
| 16 | for the Fuji design? | 17:22:36 |
| 17 | MR. JAFFE:  Objection; form, leading. | 17:22:38 |
| 18 | THE WITNESS:  To my recollection, the only | 17:22:44 |
| 19 | potentially technical input Anthony Levandowski had on | 17:22:49 |
| 20 | the Fuji design were telling us to make it as good as | 17:22:55 |
| 21 | the Velodyne or better.  To under-regard any concerns | 17:23:03 |
| 22 | given to us from people in Pittsburgh regarding size | 17:23:06 |
| 23 | and weight, that that should not be a prioritized | 17:23:09 |
| 24 | requirement. | 17:23:10 |
| 25 | BY MR. KIM: | |

Page 221

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q.   At the very beginning of your deposition you    17:23:19

 2   were asked about whether you had communications with     17:23:22

 3   Mr. Levandowski while you were at Tyto.                   17:23:23

 4        Do you remember that?                                17:23:26

 5      A.   Vaguely.                                          17:23:27

 6      Q.   When you were asked whether or not he gave        17:23:32

 7   you any confidential information, you said you thought    17:23:36

 8   it was general information.  What did you mean by         17:23:39

 9   that?                                                     17:23:40

10      A.   I believe information Anthony provided            17:23:50

11   regarding a ██████████████████████████ was               17:23:57

12   information that I've seen other places on the            17:24:02

13   Internet as white papers, as publicly-available          17:24:07

14   information in terms of architect or configuration for    17:24:11

15   a laser.  I felt recommendations for vendors would be     17:24:19

16   information, again, publicly available by doing Google    17:24:23

17   search for components like that.                          17:24:26

18      Q.   And at the very start of your deposition you      17:24:32

19   were asked about 64 channels and the convenience of       17:24:34

20   two.  Do you recall that line of questioning?             17:24:37

21      A.   Wasn't it the power of two.                       17:24:40

22      Q.   Maybe it was the power of two.                    17:24:42

23      A.   Yeah.                                             17:24:43

24      Q.   What was the reason that Fuji had -- or the       17:24:53

25   Fuji design has 64 channels?                              17:24:57
```

Page 222

| | | |
|---|---|---|
| 1 | Q.    And you signed it without actually checking | 17:38:47 |
| 2 | it was accurate? | 17:38:49 |
| 3 | A.    Whoa.  I looked at these numbers. | 17:38:52 |
| 4 | Q.    But you didn't check what you did today | 17:38:54 |
| 5 | before you signed this declaration, did you? | 17:38:59 |
| 6 | A.    What do you mean?  Identifying, double | 17:39:02 |
| 7 | checking the ███████ | 17:39:04 |
| 8 | Q.    Yes. | 17:39:04 |
| 9 | A.    I did check that. | 17:39:06 |
| 10 | Q.    So why today did you need to check it again? | 17:39:09 |
| 11 | A.    I like to be careful. | 17:39:11 |
| 12 | Q.    You like to be careful? | 17:39:12 |
| 13 | A.    Yeah.  I want to be sure we can show the ████████ | |
| | ███████████████  that they matched. | 17:39:19 |
| 15 | Q.    Did you know when you signed your declaration | 17:39:22 |
| 16 | whether these actually matched every single angle and | 17:39:26 |
| 17 | every single board? | 17:39:27 |
| 18 | A.    Yes, I believe I did. | 17:39:28 |
| 19 | Q.    What do you mean you believe you did? | 17:39:31 |
| 20 | A.    To my recollection, I checked ████████████ | |
| | ███████████████████████    And I checked the | 17:39:42 |
| 22 | initial ██████ and knew that they would follow the | 17:39:46 |
| 23 | same pattern so I didn't check every single angle. | 17:39:50 |
| 24 | Q.    How many of these did you actually check | 17:39:52 |
| 25 | yourself before you signed your declaration? | 17:39:55 |

Page 234

```
 1        A.    I remember at least checking the initial ████████
          ████████████████████████████████                      17:40:04
 3        Q.    So you checked about six out of the 64; is        17:40:08
 4   that fair?                                                   17:40:09
 5        A.    Yeah.                                             17:40:09
 6        Q.    And the rest are purely from counsel; you're      17:40:12
 7   just relying on them?                                        17:40:14
 8        A.    Not exactly.                                      17:40:16
 9        Q.    You didn't check.                                 17:40:19
10              How did you know it was accurate?                 17:40:21
11        A.    How would the pattern change?                     17:40:24
12        Q.    I don't know.  It's your declaration.             17:40:26
13        A.    I understand.  From my understanding, the         17:40:30
14   pattern is consistent in the letters.  So once you          17:40:35
15   start the pattern properly, it's going to finish out        17:40:39
16   properly.                                                   17:40:40
17        Q.    Let's go to the next page, page 12.               17:40:42
18              Who prepared this table?                          17:40:44
19        A.    Counsel for Uber.                                 17:40:51
20        Q.    And you had to double check it here at your       17:40:54
21   deposition; you didn't know whether it was accurate         17:40:55
22   when you signed it, did you?                                17:40:57
23        MR. KIM:  Objection; form.                             17:40:58
24        THE WITNESS:  I believe I checked that before as       17:41:00
25   well.                                                       17:41:01
```

Page 235

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           Do you see that?                          18:13:12

 2      A.   Yes.                                       18:13:12

 3      Q.   And based on what you talked about with    18:13:14

 4  Mr. Kim, Uber's lawyer, it was Mr. Pennecot that    18:13:18

 5  imported the data into Zemax; right?                18:13:21

 6      A.   Yes.                                       18:13:22

 7      Q.   And it was Mr. Pennecot that then determined 18:13:25

 8  the resultant emitting points of the laser diodes;  18:13:29

 9  right?                                              18:13:29

10      A.   Yes.                                       18:13:29

11      Q.   And it was Mr. Pennecot that then exported it 18:13:33

12  into CAD software; right?                           18:13:36

13      A.   Yes, that's my understanding.              18:13:38

14      Q.   And so Mr. Pennecot was the one who actually 18:13:42

15  came up with ███████████████████████████           18:13:47

16  based on Mr. Boehmke's beam angles; isn't that right? 18:13:51

17      A.   No, I don't think so.                      18:13:52

18      Q.   So what Mr. Pennecot exported into CAD      18:13:56

19  software, that wasn't ████████████████████?         18:14:04

20      A.   So if we go back carefully to transcripts,  18:14:07

21  what I should point out is, since this declaration, I 18:14:11

22  have more detailed information of exactly how        18:14:14

23  Mr. Pennecot did his import.  To be accurate, I want 18:14:19

24  to say that there's an error in here that he brought 18:14:25

25  the angles into CAD software, brought the lens design 18:14:31
```

                                                    Page 262

```
 1    and field curvature shape from Zemax into CAD         18:14:37

 2    software.                                             18:14:37

 3            Now you're asking did Mr. Pennecot in fact    18:14:40

 4    design the ███████████████████████████████████████    18:14:50

      ████████████████████    Mr. Pennecot was dependent on

 6    somebody else to tell him how many boards the angles  18:14:53

 7    had to be divided among, and then Mr. Pennecot set the 18:14:58

 8    positions of the laser diodes onto those boards.      18:15:02

 9        Q.   Who told Mr. Pennecot to use ██████████       18:15:05

10        A.   I told Mr. Pennecot to use ████████████ in    18:15:09

11    the optical cavity.                                   18:15:10

12        Q.   Who told him to use ██████████ in total?      18:15:13

13        A.   I don't think anybody told him to use ██████  18:15:18

      █████████████ in total.

15        Q.   Who told him to put █████████████████████████ 18:15:22

      ████████████

17        A.   Mr. Pennecot understood the reason we were   18:15:31

18    going to ████████████ so I'll -- with that said, I'm   18:15:35

19    not aware that anybody had to tell him to ██████████   18:15:41

      ████████████████████████

21        Q.   You don't know where Mr. Pennecot ████████   18:15:45

      ████████████████ from?

23        A.   No, I know exactly where he got it from.      18:15:48

24        Q.   Where did he get it from?                    18:15:49

25        A.   The need to █████████████████████████████     18:15:52

                                                  Page 263
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    If you're asking do I know from whom, no.  I would say    18:15:57

 2    that he could derive that himself.                        18:15:59

 3        Q.    Okay.  So -- but just to be clear,              18:16:04

 4    Mr. Pennecot -- you told him ███████████████████████      18:16:13
      ████████████████████████████████ in the SolidWorks

 6    CAD software, and you told him 64 channels and he         18:16:16

 7    created ██████████████████████ is that fair?             18:16:21

 8        A.    I didn't necessarily tell him 64 channels.      18:16:24

 9    He got the list of angles that Scott Boehmke had          18:16:28

10    generated.                                                18:16:29

11        Q.    So he knew that there were 64 channels;         18:16:31

12    right?                                                    18:16:31

13        A.    Without me telling him.                         18:16:33

14        Q.    So the sequence of events was there was Scott   18:16:36

15    Boehmke provided beam angles for 64 channels?             18:16:40

16        A.    Yes.                                            18:16:40

17        Q.    That went to Mr. Pennecot.  He imported that    18:16:45

18    data into Zemax.  And after he outputted into CAD         18:16:50

19    software, the result was a design with ████████████       18:17:01
      ████████████████████████████████████████ is that

21    right?                                                    18:17:02

22        A.    Can you read that back.                         18:17:04

23            (Record read by reporter as follows:              18:17:04

24            "Question:  He imported that data into Zemax.     18:17:04

25            And after he outputted into CAD software, the
```

Page 264