# EXHIBIT 2

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                          No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507

PAGES 1 - 234

Page 50

```
 1            And in that Excel file, I computed ▓▓▓▓▓        12:08
 2   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , as            12:08
 3   previously discussed.                                   12:09
 4       Q    Okay.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                     ▓▓▓▓▓
     ▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                ▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                  ▓▓▓▓▓
11       Q    Okay.  And I -- I just want to clarify.    12:09
12            So, earlier we were looking at ▓▓▓▓▓       12:09
     ▓▓▓▓▓▓▓▓▓▓ for the GBr3.                            12:09
14            Do you recall that?                        12:09
15       A    Yes.                                       12:09
16       Q    By ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         12:09
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         ▓▓▓▓
     ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is that correct?  12:09
19       A    No.  I was computing the -- ▓▓▓▓▓▓▓▓▓▓     12:09
20       Q    Using ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           12:09
21       A    Yes.                                       12:10
22       Q    And then there is this number ▓▓▓▓▓▓▓      12:10
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                               ▓▓▓▓
24            Do you see that in paragraph 33?           12:10
25       A    Yes.                                       12:10
```

Page 54

```
 1            But let me ask you my next question, which            12:13
 2    is:  You also looked at the ███████████████████ ██             
      ████████████████;                                              
 4       A    Correct.                                              12:13
 5       Q    And that was part of your determination as to         12:13
 6    whether or not there was ███████████████████████████           12:13
 7    █████████████; correct?                                       12:13
 8            MR. JAFFE:  Objection; form.                          12:13
 9            THE WITNESS:  There is -- as demonstrated by          12:13
10    the information in the ███████████ file, that there           12:13
      ████████████████████████████████████████████████████ ██
      ██████████████████████████████████████████████        ██
13            MR. KIM:  Q.  So you could look at the                12:14
      ████████████████████████████████████████████████████ ██
      ██████████████████████████████████████████████████████ ██
16       A    The █████ information by itself would not             12:14
17    yield enough data to actually produce that                    12:14
18    information.                                                  12:14
19       Q    Why not?                                              12:14
20       A    Because ████████████████████████████████████           12:14
      ████████████████████████████████████████████████████ ██
      ██████████████████████████████████████████████████    ██
23       Q    And so you would need to look at █████████            12:14
      ████████████████████████████████████████████████████ ██
      █████████████████████████████████████ correct?                12:14
```

Page 83

```
 1      A    That is correct.                                    13:42
 2      Q    Okay.  And in order to calculate ▮▮▮▮▮▮▮            13:42
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              ▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                           ▮
        ▮    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        ▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     ▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                           ▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            ▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          ▮
10      Q    Is that something you could do now▮▮▮▮▮▮            13:42
11      ▮▮▮▮▮                                                    13:42
12      A    Yes.                                                13:42
13      Q    Okay.  What -- what is ▮▮▮▮▮▮▮▮                     13:42
        ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                 ▮
15      A    Do you have a calculator?                           13:42
16      Q    We do.                                              13:42
17      A    Do you have a sheet of paper that I can write       13:42
18   on?                                                         13:42
19      Q    Yes.                                                13:42
20      A    Do you have a pen that I can write with?            13:43
21      Q    Sure.                                               13:43
22      A    (Witness complies.)                                 13:43
23           I come up with ▮▮▮▮▮▮▮▮▮▮▮▮, with                   13:46
24   rounding to the third significant digit.                    13:46
25      Q    And what does that number represent?                13:46
```

```
                                                              Page 89
 1           THE WITNESS:  No.  With the data that you've      13:55
 2   given me right here at this time, with the equipment      13:56
 3   that's available to me, I cannot make a determination.    13:56
 4           MR. KIM:  Q.  And what would you need to make     13:56
 5   that determination?                                       13:56
 6       A   I would need to have information that gave me     13:56
     ███████████████████████████████████████  ██████      ██
     ████████████████████████████████████████████████████  ██
     ██████████████████████████████████████████████        ██
     █████████████████████████████████████████████████████ ██
     ████████████████████████████████████████████          ██
     ████████████                                          ██
13       Q   And the same would be true for Exhibit 1043       13:57
14   that you were just looking at before that?                13:57
15       A   No.  1043 actually has component information      13:57
16   on it.                                                    13:57
17       Q   Okay.  And what would you need to determine       13:57
18   whether or not the diodes have ████████████████            13:57
19   ████████ for the board depicted in Exhibit 1043?           13:57
20       A   Ideally, I would need a way of expanding the      13:57
21   image and ████████████████████████████████████             13:58
     ████████████████████████████████████████              ██
     ██  ██████████████ and from that information, computing the 13:58
24   data.                                                     13:58
25           I frequently do that type of analysis in          13:58
```

```
                                                          Page 90
 1    graphics programs.  I in particular use a program      13:58
 2    called CorelDRAW that allows me to do this type of     13:58
 3    detailed point-by-point analysis.                      13:58
 4         Q    And that would be for the purpose of         13:58
 5    ███████████████████████████████████████████████        13:58
 6         A    That's correct.                              13:58
 7         Q    And you didn't do that for the board depicted 13:58
 8    in Exhibit 1043; correct?                              13:58
 9         A    That's correct.                              13:58
10         Q    Okay.                                        13:58
11              (Document marked Exhibit 1045                13:58
12               for identification.)                        13:59
13              MR. KIM:  I have the same question for       13:59
14    Exhibit No. 1045, which bears Bates No. Uber00008610.  13:59
15         Q    Does this exhibit depict ████████████        13:59
16    ███████████████████████████████████████████████        13:59
17         A    This document is an assembly document.  So   13:59
18    ███████████████████████████████████████████████        13:59
19    ███████████████████     ███████████████████████        13:59
20    ███████████████████████████████████████████████        13:59
21    ███████████████████                                    13:59
22         Q    So sitting here today, you can't tell me     13:59
23    whether or not the board depicted in Exhibit 1043 has  13:59
24    continuing varying --                                  13:59
25              MR. JAFFE:  1045, I'm assuming you're asking 13:59
```