# EXHIBIT 5

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-oOo-

WAYMO LLC,                          )

                                    )

          Plaintiff ,               )

                                    )

    vs.                             )   Case No: 3:17-cv-00939-WHA

                                    )

UBER TECHNOLOGIES, INC.,            )

OTTOMOTTO LLC, OTTO TRUCKING,)

LLC,                                )

                                    )

          Defendants.               )

_____)


CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF DANIEL GRUVER

San Francisco, California

Thursday, April 20, 2017


Reported by:

LISA R. TOW

CSR No. 6629

Job No. 2599857


PAGES 1 - 73

Page 51

1      Q.    Are you aware whether ██ used a

2   similar design?

3      A.    I don't recall.

4      Q.    Are you aware of any other lidar

5   devices that use ████████████████?

6      A.    I am.

7      Q.    What are they?

8      A.    ████████

9      Q.    And what do they use████████

10  ████████████?

11     A.    I don't know.

12     Q.    What is the context in which

13  ████████████   ████████████████

14     A.    The edge of the diode ████████

15  ████████████████████

16     Q.    For what type of PCB?

17     A.    Sorry.  Clarify.

18     Q.    Well, like in what context is the

19  PCB used that you're referring to?

20     A.    ████████████████████████

██  ████████.

22     Q.    ████████████████

██  ████████████████████

██     ██   ████████████████

██  ████████████████████████

1      ████████████████

2          Q.    And that's one that you've

3    observed in connection with your work at

4    Otto or Uber?

5          A.    Yes.

6          Q.    Is the ████████ on the Fuji -- for

7    the PCBs and Fuji that do have ████████

8    ████████████████████████████████████

9          A.    I don't know.

10         Q.    Are you aware of any patents or

11   publications that disclose ████████████

12   ██████?

13         A.    I'm not.

14         Q.    The Fuji design includes ██

15   transmit boards total; is that fair?

16         A.    That is.

17         Q.    And each of the ████ ██████████

18   in the Fuji device includes ██████████

19   ████████████; is that correct?

20         A.    That is correct.

21         Q.    What's the benefit of that design?

22         A.    Of which design?

23         Q.    Of the -- of having ███ ████████

24   ████████████ ██████████ ████

     ██ ████████