UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS LETTER BRIEF TO COMPEL PRODUCTION OF MATERIALS WITHHELD BY ANTHONY LEVANDOWSKI UNDER THE FIFTH AMENDMENT AND EXHIBITS 3, 4, AND 5 THERETO** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its Letter Brief to Compel Production of Materials Withheld by Anthony Levandowski Under the Fifth Amendment (the "Letter Brief") and exhibits 3, 4, and 5 thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Letter Brief | Highlighted Portions |
| Exhibits 3, 4, and 5 | Entire Documents |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge