1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:     202.237.2727
12 Facsimile:     202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                            UNITED STATES DISTRICT COURT

16                          NORTHERN DISTRICT OF CALIFORNIA

17                                  SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,                                  | Case No.     3:17-cv-00939-WHA |
| Plaintiff,                                  | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NO. 550)** |
| v.                                          | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants.                                 | Date:   July 20, 2017<br>Time:   9:00 a.m.<br>Ctrm:   F, 15th Floor<br>Judge:  Hon. Jacqueline Scott Corley |
| | Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc., and Ottomotto LLC's ("Uber") Motion for Reconsideration of Order Denying-In-Part Administrative Motions to File Under Seal (Dkt. No. 550).

2. The attached Exhibit 1 to this Declaration is a true and correct copy of Exhibit 10 to the Schmidt Declaration (Dkt. 444-6), with the narrow portions that are the subject of Uber's request marked in red boxes on pages 8-9 and 12-13. (*See* Ex. 1 at 8 ¶ 2.3(a) (timing terms); 8-9 ¶¶ 2.5(a)-(b) (financial terms); 12-13 ¶¶ 3.8(b)-(e) (personal information).)

3. The marked portions on pages 8-9 contain the financial and timing terms for the Indemnification Agreement. (*See* Ex. 1 at 8 ¶ 2.3(a) (timing terms); 8-9 ¶¶ 2.5(a)-(b) (financial terms). The Court granted sealing of the draft version of these financial and timing terms in Exhibit C to the Term Sheet. (Dkt. 550 at 3.) This is highly confidential business information relating to the terms of Uber's agreements that is not publicly known, and this information's confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals. If this information were disclosed, for example, competitors could obtain a competitive advantage by offering better terms than Uber, such that Uber's competitive standing would be harmed.

4. The marked portions on pages 12-13 contain personal addresses, telephone numbers, and email addresses of Anthony Levandowski and Lior Ron. (Ex. 1 at 12-13 ¶¶ 3.8(b)-(e) (personal information).) This case has been the subject of much public and media interest, and disclosure of this personal information could harm the privacy interests of these individuals and their families. For example, if these personal addresses and contact information were disclosed publicly, Messrs. Levandowski and Ron and their families could be exposed to harm or identity theft.

5. On June 12, 2017, I met and conferred with Waymo's counsel about Uber's motion for reconsideration. Waymo indicated that it did not oppose the sealing of Messrs. Levandowski and Ron's personal information or the timing terms, but it opposed sealing of the financial terms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of June, 2017, in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: June 12, 2017                         */s/ Arturo J. González*
                                             Arturo J. González