QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S STATEMENT PURSUANT TO ORDER REGARDING UBERS' PRIVILEGE LOG (DKT. 567)** |

Pursuant to Magistrate Judge Corley's Order Regarding Uber's Privilege Logs (Dkt. 567), Plaintiff Waymo LLC ("Waymo") respectfully submits its statement on the "process for promptly resolving any further privilege log disputes."

On Friday June 9, Waymo reiterated its view that the privilege logs served by Defendants were deficient and not useful for evaluating the privileges asserted. (Exhibit 1.) During a discussion with Special Master Cooper that same day, Defendants stipulated that they would serve an amended privilege log – any deficiencies in which would constitute waiver – by 5 p.m. on Tuesday June 13. (*Id.*) Defendants further stipulated that the log would identify any documents that Defendants contend are not implicated by the reasoning of the Court's order granting Waymo's motion to compel the due diligence materials. (*Id.*) While reserving its rights regarding the deficiencies in the logs that Defendants have relied on to date, Waymo agreed to review the amended log before initiating motion practice. (*Id.*)

Waymo proposed the following process for resolving any disputes regarding the amended privilege logs: on Wednesday, Waymo will submit a letter brief of no more than 7 pages on remaining privilege issues; Defendants will submit a responsive letter brief, if any, of no more than 7 pages on Thursday; Waymo will submit a reply letter brief of no more than 5 pages on Friday. At the prompting of Special Master Cooper, Defendants agreed that Waymo's opening brief could be filed on Wednesday, but Defendants refused to agree to the remainder of the proposed briefing schedule and page limits and also refused to offer a counter-proposal on the briefing schedule or page limits, suggesting only that the parties further meet and confer. (*Id.*)

Waymo will further meet and confer with Defendants to arrive at a joint proposal but, as the deadline for agreeing to a process was the close of business today, Waymo is submitting this statement to apprise the Court of the status of the parties' efforts to arrive at such an agreement.

DATED: June 12, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By <u>*/s/Charles K. Verhoeven*</u>
Charles K. Verhoeven
Attorneys for WAYMO LLC