IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **CASE MANAGEMENT ORDER RE TRIAL PREPARATION** |

By **JUNE 16 AT NOON**, each side shall please file a précis not to exceed **FIVE PAGES** in length (with no attachments) describing two motions in limine — other than challenges to expert witnesses — that it recommends be heard in advance of the final pretrial conference. By **JUNE 19 AT NOON**, each side shall also file a response not to exceed **FIVE PAGES** in length (with no attachments) to the other side's précis. The Court will then select two motions in limine to hear in advance of the final pretrial conference. The purpose of this procedure is to take some of the pressure off the final pretrial conference date.

**IT IS SO ORDERED.**

Dated: June 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE