MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendant. | Case No.　　3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S STATEMENT PURSUANT TO ORDER REGARDING UBERS' PRIVILEGE LOG (DKT. 567)**<br><br>Trial Date: October 2, 2017 |

In response to the Court's Order Regarding Uber's Privilege Log dated June 8, 2017 (Dkt. No. 567), Defendants Uber Technologies, Inc. and Ottomotto LLC respectfully submit this statement regarding the process for resolving any disputes regarding the remaining entries on Uber's privilege logs related to the investigation by Stroz Friedberg LLC.

The parties conferred by telephone on June 9 at 12:15 p.m. and June 12 at 12:00 p.m., with the assistance of Special Master Cooper, and agreed to the following process:

1.   On June 13, 2017, at 5:00 p.m., Uber would produce copies of its privilege logs that: (i) distinguish between documents that would remain on the privilege logs and those that would be removed and produced if the Court were to adopt the June 5, 2017 Order Regarding Waymo's Motion to Compel and (ii) contain any amendments to the privilege log entries that Uber believes are appropriate. Waymo would reserve its rights regarding what it believes are deficiencies in the privilege logs that Uber has relied on to date.

2.   On June 14, 2017, at 10:00 a.m., the parties would confer about the privilege logs, with Special Master Cooper's assistance, and agree upon a briefing schedule and page limits for any necessary motion practice. Waymo would be prepared to file on June 14, 2017. The parties would inform the Court of the agreed-upon schedule and page limits.

Notwithstanding the foregoing agreement, later in the day on June 12, Waymo forwarded a proposed joint statement for the parties to submit to the Court, in which Uber was given only 24 hours to respond to Waymo's anticipated motion relating to the privilege logs and unilaterally set the page limits at 7 pages. Counsel for Uber responded that Waymo's proposed joint statement was inconsistent with the agreement reached earlier that day and that Uber needed to understand the scope of the issues before it could agree to a schedule.

Counsel for Waymo sought input from the Special Master, who responded that the process for the resolution of privilege issues was for the parties to meet and confer before Waymo filed its anticipated motion on June 14. The Special Master stated that the parties would discuss these issues with the Special Master on June 13 at 10:00 a.m. Uber expects the parties will make a further submission to the Court regarding page limits and a schedule for Uber's opposition brief following the parties' call with the Special Master.

| | | |
|---|---|---|
| Dated: June 13, 2017 | | MORRISON & FOERSTER LLP |
| | By: | */s/ Arturo J. González*<br>ARTURO J. GONZÁLEZ |
| | | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC.<br>and OTTOMOTTO LLC |