1 | Kevin K. Chang (SBN 300371)
  | KIRKLAND & ELLIS LLP
2 | 555 California Street
  | San Francisco, CA 94104
3 | Telephone: (415) 439-1400
  | Facsimile: (415) 439-1500
4 | Email: kevin.chang@kirkland.com

5 | Robert B. Ellis, P.C. (*pro hac vice* forthcoming)
  | KIRKLAND & ELLIS LLP
6 | 300 North LaSalle
  | Chicago, Illinois 60654
7 | Tel: (312) 862-2000
  | Fax: (312) 862-2200
8 | Email: robert.ellis@kirkland.com

9 | Attorneys for
  | *Stroz Friedberg, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO.: 3:17-cv-00939-WHA (JSC) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Magistrate Judge: Jacqueline Scott Corley |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | Courtroom: F - 15th Floor |
| Defendants. | |

PLEASE TAKE NOTICE that Kevin K. Chang of Kirkland & Ellis LLP will hereby appear on behalf of nonparty Stroz Friedberg, LLC.  All future pleading and correspondence related to the above-captioned matter should be served upon Kirkland & Ellis LLP at the address indicated below:

Kevin K. Chang
kevin.chang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

DATED:  June 13, 2017

/s/ Kevin K. Chang
Kevin K. Chang (SBN 300371)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: kevin.chang@kirkland.com

# CERTIFICATE OF SERVICE

On June 13, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Kevin K. Chang*
Kevin K. Chang (SBN 300371)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: kevin.chang@kirkland.com