Kevin K. Chang (SBN 300371)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: kevin.chang@kirkland.com

Robert B. Ellis, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
Email: robert.ellis@kirkland.com

Attorneys for
*Stroz Friedberg, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO.: 3:17-cv-00939-WHA (JSC)<br><br>**STROZ FRIEDBERG, LLC'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Magistrate Judge:  Jacqueline Scott Corley<br>Courtroom:           F - 15th Floor |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparty Stroz Friedberg, LLC states the following:

1. Stroz Friedberg Inc. is the single member of Stroz Friedberg, LLC.

2. Aon Corporation is the parent corporation of Stroz Friedberg Inc.

3. No other publicly held corporation owns more than 10% of Stroz Friedberg Inc. stock.

DATED: June 13, 2017         */s/ Kevin K. Chang*
                             Kevin K. Chang (SBN 300371)
                             KIRKLAND & ELLIS LLP
                             555 California Street
                             San Francisco, CA  94104
                             Telephone: (415) 439-1400
                             Facsimile: (415) 439-1500
                             Email: kevin.chang@kirkland.com

**CERTIFICATE OF SERVICE**

On June 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Kevin K. Chang*
Kevin K. Chang (SBN 300371)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: kevin.chang@kirkland.com