UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff(s),

v.

UBER TECHNOLOGIES, INC., et al.

    Defendant(s).

Case No: 3:17-cv-00939

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Michael A. Brille, an active member in good standing of the bar of the District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see Attachment 1 in the above-entitled action. My local co-counsel in this case is Meredith R. Dearborn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1401 New York Avenue, N.W. Washington, DC 20005 | 425 Tasso Street, Suite 205 Palo Alto, CA 94307 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 237-2727 | (650) 445-6400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mbrille@bsfllp.com | mdearborn@bsfllp.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 459049.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/13/17

/s/ Michael A. Brille
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Michael A. Brille is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 13, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE