IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.

No. C 17-00939 WHA

**ORDER RE SCHEDULING OF DEPOSITIONS**

    The Court is concerned that counsel in this action are not moving fast enough to complete depositions and will put too much pressure on the jury trial and final pretrial conference dates. The special master shall promptly meet and confer with lead counsel for both sides to develop a schedule under which all depositions counsel wish to take will be completed before the fact discovery cutoff, and shall file the schedule with the Court by **JUNE 21 AT NOON**.

    **IT IS SO ORDERED.**

Dated: June 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE