Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Waymo LLC )
                                                   )  Case No: 3:17-cv-00939
                     Plaintiff(s),                 )
                                                   )  **APPLICATION FOR**
        v.                                         )  **ADMISSION OF ATTORNEY**
                                                   )  **PRO HAC VICE**
Uber Technologies, Inc. et al.                     )  (CIVIL LOCAL RULE 11-3)
                                                   )
                     Defendant(s).                 )

I, Robert B. Ellis, an active member in good standing of the bar of the Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Stroz Friedberg, LLC in the above-entitled action. My local co-counsel in this case is Kevin K. Chang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 300 N. LaSalle, Chicago, IL  60654 | 555 California Street, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 862-2000 | (415) 439-1400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rellis@kirkland.com | kevin.chang@kirkland.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6206846.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/14/17                                             Robert B. Ellis
                                                                 APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert B. Ellis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE