1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3      davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4      melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5      johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6      jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:    (415) 875-6600
8   Facsimile:    (415) 875-6700

9   Attorneys for WAYMO LLC

10                       UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                          CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,              **PLAINTIFF WAYMO LLC'S
                                        ADMINISTRATIVE MOTION TO FILE
14          vs.                         UNDER SEAL PORTIONS OF ITS
                                        LETTER BRIEF IN OPPOSITION TO
15  UBER TECHNOLOGIES, INC.;            ANTHONY LEVANDOWSKI'S MOTION
    OTTOMOTTO LLC; OTTO TRUCKING        TO QUASH SUBPOENA TO STROZ
16  LLC,                                FRIEDBERG, LLC**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Letter Brief in Opposition to Anthony Levandowski's Motion to Quash the subpoena that Waymo served on third party Stroz Friedberg, LLC (the "Letter Brief"). Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted in Blue | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II.    UBER'S CONFIDENTIAL INFORMATION

Waymo seeks to seal the portions of the Letter Brief only because Defendants have designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper, ¶ 3. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

## III.    CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED:  June 14, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC