QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS JUNE 15, 2017 LETTER BRIEF REGARDING PRIVILEGE ISSUES** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal confidential information in portions of its June 15, 2017 Letter Brief Regarding Privilege Issues ("Letter Brief"). Specifically, Waymo requests an order granting leave to file under seal the portions of the document as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibits 1-3 and 13 to the Declaration of Kevin Smith | Entire Documents | Defendants |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. DEFENDANTS' CONFIDENTIAL INFORMATION

Defendants have stated that they do not consider their privilege logs confidential, but nevertheless do not want their clients' email addresses made public.[1] Accordingly, Waymo has filed Exhibits 1-3 and 13 to the Declaration of Kevin Smith completely under seal so Defendants can determine which email addresses, if any, merited sealing. Waymo takes no position as to the merits of sealing any of Defendants' material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

## III. CONCLUSION

For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

---

[1] Waymo notes that some, but not all, of the email addresses on Defendants' logs are already public because they are attorney work addresses, which can be accessed from the attorneys' respective firm websites.

1  DATED: June 15, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                                      By /s/ Charles K. Verhoeven
                                          Charles K. Verhoeven
4                                         Attorneys for WAYMO LLC