UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS JUNE 15, 2017 LETTER BRIEF REGARDING PRIVILEGE ISSUES** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its June 15, 2017 Letter Brief Regarding Privilege Issues ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibits 1-3 and 13 to the Declaration of Kevin Smith | Entire Documents | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge