# Exhibit 14

## Ottomotto LLC

### Employer Attestation

I, the undersigned _Jur van den Berg_ an employee of Ottomotto LLC, a Delaware limited liability company ("Ottomotto"), hereby certify and declare to Ottomotto that to my knowledge I have not committed any of the following acts:

- fraud in connection with me becoming employed by Ottomotto;

- willful, intentional or deliberate conduct that constitutes or directly leads or contributes to the infringement (direct or indirect) or misappropriation of any patents, copyrights, trademarks or trade secrets of my prior employer, including, without limitation, taking, removing and/or copying software, product plans, or invention disclosures, in electronic or tangible form that are owned by my prior employer;

- willful and/or intentional breach by me of any fiduciary duty or duty of loyalty to my prior employer; and/or

- willful and/or intentional breach by me of any lawful and enforceable non-solicitation, non-competition, confidentiality or other similar restrictive covenant or agreement between me and my prior employer.

Name: Jur van den Berg
Date: 4-7-2016

<u>**Ottomotto LLC**</u>

**Employee Attestation**

I, the undersigned _Matt Grigsby_, an employee of Ottomotto LLC, a Delaware limited liability company ("Ottomotto"), hereby certify and declare to Ottomotto that to my knowledge I have not committed any of the following acts:

- fraud in connection with me becoming employed by Ottomotto;

- willful, intentional or deliberate conduct that constitutes or directly leads or contributes to the infringement (direct or indirect) or misappropriation of any patents, copyrights, trademarks or trade secrets of my prior employer, including, without limitation, taking, removing and/or copying software, product plans, or invention disclosures, in electronic or tangible form that are owned by my prior employer;

- willful and/or intentional breach by me of any fiduciary duty or duty of loyalty to my prior employer; and/or

- willful and/or intentional breach by me of any lawful and enforceable non-solicitation, non-competition, confidentiality or other similar restrictive covenant or agreement between me and my prior employer.

Name: _Matt Grigsby_
Date: _4/7/16_

UBER00017197

## Ottomotto LLC

### Employee Attestation

I, the undersigned **LEWANDOWSKI** *MAXIME* (handwritten), an employee of Ottomotto LLC, a Delaware limited liability company ("Ottomotto"), hereby certify and declare to Ottomotto that to my knowledge I have not committed any of the following acts:

* fraud in connection with me becoming employed by Ottomotto;

* willful, intentional or deliberate conduct that constitutes or directly leads or contributes to the infringement (direct or indirect) or misappropriation of any patents, copyrights, trademarks or trade secrets of my prior employer, including, without limitation, taking, removing and/or copying software, product plans, or invention disclosures, in electronic or tangible form that are owned by my prior employer;

* willful and/or intentional breach by me of any fiduciary duty or duty of loyalty to my prior employer; and/or

* willful and/or intentional breach by me of any lawful and enforceable non-solicitation, non-competition, confidentiality or other similar restrictive covenant or agreement between me and my prior employer.

Name: LEWANDOWSKI MAXIME
Date: 04/03/2016

## Ottomotto LLC

### Employee Attestation

I, the undersigned RYAN ESPINOSA an employee of Ottomotto LLC, a Delaware limited liability company ("Ottomotto"), hereby certify and declare to Ottomotto that to my knowledge I have not committed any of the following acts:

- fraud in connection with me becoming employed by Ottomotto;

- willful, intentional or deliberate conduct that constitutes or directly leads or contributes to the infringement (direct or indirect) or misappropriation of any patents, copyrights, trademarks or trade secrets of my prior employer, including, without limitation, taking, removing and/or copying software, product plans, or invention disclosures, in electronic or tangible form that are owned by my prior employer;

- willful and/or intentional breach by me of any fiduciary duty or duty of loyalty to my prior employer; and/or

- willful and/or intentional breach by me of any lawful and enforceable non-solicitation, non-competition, confidentiality or other similar restrictive covenant or agreement between me and my prior employer.

Name: RYAN ESPINOSA
Date: 4/7/16

UBER00017202

<u>Ottomotto LLC</u>

**Employee Attestation**

I, the undersigned Abram Krichevsky an employee of Ottomotto LLC, a Delaware limited liability company ("Ottomotto"), hereby certify and declare to Ottomotto that to my knowledge I have not committed any of the following acts:

- fraud in connection with me becoming employed by Ottomotto;

- willful, intentional or deliberate conduct that constitutes or directly leads or contributes to the infringement (direct or indirect) or misappropriation of any patents, copyrights, trademarks or trade secrets of my prior employer, including, without limitation, taking, removing and/or copying software, product plans, or invention disclosures, in electronic or tangible form that are owned by my prior employer;

- willful and/or intentional breach by me of any fiduciary duty or duty of loyalty to my prior employer; and/or

- willful and/or intentional breach by me of any lawful and enforceable non-solicitation, non-competition, confidentiality or other similar restrictive covenant or agreement between me and my prior employer.

Name: 
Date: 4/7/16

## Ottomotto LLC

### Employee Attestation

I, the undersigned  Vincent   , an employee of Ottomotto LLC, a Delaware limited liability company ("Ottomotto"), hereby certify and declare to Ottomotto that to my knowledge I have not committed any of the following acts:

- fraud in connection with me becoming employed by Ottomotto;

- willful, intentional or deliberate conduct that constitutes or directly leads or contributes to the infringement (direct or indirect) or misappropriation of any patents, copyrights, trademarks or trade secrets of my prior employer, including, without limitation, taking, removing and/or copying software, product plans, or invention disclosures, in electronic or tangible form that are owned by my prior employer;

- willful and/or intentional breach by me of any fiduciary duty or duty of loyalty to my prior employer; and/or

- willful and/or intentional breach by me of any lawful and enforceable non-solicitation, non-competition, confidentiality or other similar restrictive covenant or agreement between me and my prior employer.

Name: Vincent R Tran
Date: 4/7/16

UBER00017204