1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9
10

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PRÉCIS ON MOTIONS IN LIMINE IN RESPONSE TO CASE MANAGEMENT ORDER RE: TRIAL PREPARATION** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  certain information in its June 16 Précis on Motions in Limine in Response to Case Management
3  Order re: Trial Preparation ("Waymo's Administrative Motion").

4  Having considered Waymo's Administrative Motion, and good cause to seal having been
5  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Précis | Highlighted in Blue |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge