Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorneys for Defendant*
OTTO TRUCKING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939-WHA <br><br> **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC AND OTTOMOTTO, LLC RESPONSE RE DKT. NO. 604 ORDER** <br><br> Trial Date: October 10, 2017 <br> Judge: The Hon. William H. Alsup |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Response pursuant to the Court's Case Management Order re Trial Preparation Order dated June 12, 2017. (Dkt. No. 604). In support, Otto Trucking states as follows:

1. On June 12, 2017, the Court issued a Case Management Order re Trial Preparation, (Dkt. No. 604), requesting "each side . . . file a précis . . . describing two motions in limine," excluding any challenges to experts.

2. On June 16, 2017, Co-Defendants Uber and Ottomotto filed a response in accordance with the Court's June 12 Order. (Dkt. No. 641).

3. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Co-Defendants' Response re Dkt. No. 604 Order for the reason that said response is equally applicable to this Defendant in the above captioned matter.

4. Otto Trucking joins and adopts Co-Defendants' Response to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

1

DEFENDANT OTTO TRUCKING, LLC'S MOTION TO JOIN RESPONSE RE DKT. NO. 604 ORDER FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC (CASE NO. 3:17-CV-00939-WHA)

WHEREFORE, Defendant Otto Trucking, LLC hereby joins and adopts Co-Defendants' Response re Dkt. No. 604 Order.

Dated: June 16, 2017                Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorneys for Defendant*
OTTO TRUCKING, LLC

2

DEFENDANT OTTO TRUCKING, LLC'S MOTION TO JOIN RESPONSE RE DKT. NO. 604 ORDER FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC (CASE NO. 3:17-cv-00939-WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **June 16, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **June 16, 2017**.


/s/ Neel Chatterjee
Neel Chatterjee

3

DEFENDANT OTTO TRUCKING, LLC'S MOTION TO JOIN RESPONSE RE DKT. NO. 604 ORDER FILED BY UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC (CASE NO. 3:17-CV-00939-WHA)