Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; et al.,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE FOR COUNSEL HAYES P. HYDE**<br><br>Courtroom:  8 - 19th Floor<br>Judge:      Hon. William Alsup |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Hayes P. Hyde of Goodwin Procter LLP hereby enters her appearance as counsel of record for Defendant Otto Trucking LLC. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> HAYES P. HYDE
> *hhyde@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> Three Embarcadero Center
> San Francisco, California 94111
> Tel.: +1 415 733 6000
> Fax.: +1 415 677 9041

Dated: June 16, 2017                          Respectfully submitted,

> By: /s/ Hayes P. Hyde
> Neel Chatterjee (SBN 173985)
> *nchatterjee@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> 135 Commonwealth Drive
> Menlo Park, California 94025
> Tel.: +1 650 752 3100
> Fax.: +1 650 853 1038
>
> Brett Schuman (SBN 189247)
> *bschuman@goodwinlaw.com*
> Rachel M. Walsh (SBN 250568)
> *rwalsh@goodwinlaw.com*
> Hayes P. Hyde
> *hhyde@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> Three Embarcadero Center
> San Francisco, California 94111
> Tel.: +1 415 733 6000
> Fax.: +1 415 677 9041
>
> *Attorneys for Defendant*
> *Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 16, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 16th day of June 2017.

           /s/ Hayes P. Hyde
                Hayes P. Hyde