1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
2  MARJA-LIISA OVERBECK (State Bar No. 261707)
   mari.overbeck@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:  (415) 512-4000
   Facsimile:  (415) 512-4077
6
   Attorneys for Non-Party Lyft, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  WAYMO LLC,                          Case No. 3:17-cv-00939-WHA

13          Plaintiff,                  **[PROPOSED] ORDER GRANTING NON-PARTY LYFT, INC.'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS**

14          vs.

15  UBER TECHNOLOGIES, INC.,
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,                                Judge:  The Hon. Jacqueline Scott Corley

17          Defendants.                 Trial Date: October 2, 2017

1    Non-Party Lyft, Inc.'s ("Lyft") Motion For Protective Order And To Quash ("Motion")
2    subpoenas for the production of a deposition witness and documents served by Uber
3    Technologies, Inc. ("Uber") came on for hearing in this Court on July __, 2017.  Lyft appeared by
4    its counsel.  Uber appeared by its counsel.  Having read and considered all of the pleadings and
5    documents filed in support of and in opposition to the Motion, and having considered the
6    arguments of counsel, the Court hereby GRANTS the Motion.

8        IT IS SO ORDERED.

10   DATED: _____                    _____
                                                  Honorable Jacqueline Scott Corley
11                                                United States District Court Magistrate Judge