[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PARTIES' JOINT STATEMENT REGARDING DEADLINE FOR TRADE SECRET NARROWING** |

1   In accordance with paragraph 10 of the Court's Case Management Order (Dkt. 563), the
2   parties propose August 1, 2017 as the "deadline by which plaintiff must make a final determination
3   regarding the exact number and lineup of trade secrets to be tried."

| | | |
|---|---|---|
| 1 | DATED:  June 16, 2017 | |
| 2 | | By */s Charles K. Verhoeven* |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | Charles K. Verhoeven (Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 4 | | David A. Perlson (Bar No. 209502) |
| | | davidperlson@quinnemanuel.com |
| 5 | | Melissa Baily (Bar No. 237649) |
| | | melissabaily@quinnemanuel.com |
| 6 | | John Neukom (Bar No. 275887) |
| | | johnneukom@quinnemanuel.com |
| 7 | | Jordan Jaffe (Bar No. 254886) |
| | | jordanjaffe@quinnemanuel.com |
| 8 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111-4788 |
| 9 | | Telephone:    (415) 875-6600 |
| | | Facsimile:    (415) 875-6700 |

Attorneys for WAYMO LLC

DATED:  June 16, 2017        By

*/s Arturo J. González*

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
425 Market Street San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BOIES SCHILLER FLEXNER LLP
KAREN L. DUNN (Pro Hac Vice)
kdunn@bsfllp.com
HAMISH P.M. HUME (Pro Hac Vice)
hhume@bsfllp.com
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants UBER TECHNOLOGIES, INC  OTTOMOTTO LLC. and OTTO TRUCKING LLC

DATED:  June 16, 2017                    By
                                              *s/ Neel Chatterjee*
                                              GOODWIN PROCTER LLP
                                              Indra Neel Chatterjee (SBN 173985)
                                              nchatterjee@goodwinlaw.com
                                              Goodwin Procter LLP
                                              135 Commonwealth Drive
                                              Menlo Park, CA  94025
                                              Tel:  (650) 752-3100
                                              Fax: (650) 853-1038

                                              Brett M. Schuman (SBN 189247)
                                              bschuman@goodwinlaw.com
                                              Shane Brun (SBN 179079)
                                              sbrun@goodwinlaw.com
                                              Rachel M. Walsh (SBN 250568)
                                              rwalsh@goodwinlaw.com
                                              Goodwin Procter LLP
                                              Three Embarcadero Center
                                              San Francisco, California 94111
                                              Tel.: +1 415 733 6000
                                              Fax.: +1 415 677 9041

                                              Attorneys for Defendant OTTO TRUCKING LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: /s/ *Charles K. Verhoeven*
Charles K. Verhoeven