1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 WAYMO LLC,                            | Case No.      3:17-cv-00939-WHA

19              Plaintiff,               | **DECLARATION OF MICHELLE
                                         | YANG IN SUPPORT OF
20      v.                               | PLAINTIFF'S ADMINISTRATIVE
                                         | MOTION TO FILE UNDER SEAL
21 UBER TECHNOLOGIES, INC.,              | PORTIONS OF ITS LETTER BRIEF
   OTTOMOTTO LLC; OTTO TRUCKING LLC,     | AND EXHIBITS 3, 4, AND 5
22                                       | THERETO (DKT. 595)
23              Defendants.              |
                                         | Trial Date: October 2, 2017

24

25

26

27

28

1    I, Michelle Yang, declare as follows:

2    1.    I am an attorney at the law firm of Morrison & Foerster LLP.  I make this

3    declaration based upon matters within my own personal knowledge and if called as a witness, I

4    could and would competently testify to the matters set forth herein.  I make this declaration in

5    support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Letter Brief and

6    Exhibits 3, 4, and 5 Thereto (Dkt. 595).

7    2.    I have reviewed the following documents and confirmed that only the portions

8    identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Letter Brief | Highlighted Portions on Page 7 |
| Exhibits 3 | Entire Document Except for 3:17-4:25[1] |
| Exhibits 4 and 5 | Entire Documents |

14    3.    Exhibit 3 is an excerpt from Defendants' Responses to Waymo's First Set of

15    Expedited Interrogatories, designated Highly Confidential and Attorneys' Eyes Only. The

16    interrogatory responses contain highly confidential business information that would competitively

17    harm Uber if disclosed, such as identification of Uber's LiDAR-related projects by name,

18    confidential vendor, or technical feature; communications and agreements made in the context of

19    business negotiations that reveal how negotiations were conducted and the financial structure of

20    transactions.  This highly confidential information is not publicly known, and their confidentiality

21    is strictly maintained.  I understand that this information could be used by competitors or

22    counterparties to Uber's detriment, including to gain an advantage over Uber in development

23    strategy or in the context of business negotiations.  For example, disclosure of Uber's LiDAR-

24    related projects, confidential vendor, and technical feature information would allow competitors

25    to understand Uber's work with LiDAR and allow them to tailor their LiDAR development

26

27    _____

[1] Uber withdrew its designation of the response to expedited Interrogatory No. 1 as Confidential.  (*See* Ex. 3 at 3:17-4:25.)

28

1   strategy.  Disclosure of these communications and agreements in the context of business

2   negotiations would allow competitors or counterparties to tailor their negotiation tactics to

3   counter Uber.  If such information were made public, I understand Uber's competitive standing

4   could be significantly harmed.

5          4.      In addition, Exhibit 3 contains the names and locations of Uber employees

6   working on LiDAR-related projects, and disclosure of their information would harm their privacy

7   interests.  Defendants request this list be kept confidential in order to protect the privacy of

8   individuals at a company that is currently the subject of extensive media coverage.

9          5.      Exhibits 4 and 5 contain highly confidential business information relating to

10  business transaction negotiation steps, timing, and strategy.  The highlighted portions on page 7

11  of Waymo's Letter Brief describe highly confidential business information contained in Exhibits

12  4 and 5.  This highly confidential information is not publicly known, and their confidentiality is

13  strictly maintained.  I understand that this information could be used by competitors or

14  counterparties to Uber's detriment, including by using this information to gain an advantage over

15  Uber in negotiations for business transactions.  Disclosure of this negotiation steps, timing, and

16  strategy information would allow competitors or counterparties to tailor their negotiation tactics

17  to counter Uber.  If such information were made public, I understand Uber's competitive standing

18  could be significantly harmed.

19         6.      Defendants' request to seal is narrowly tailored to those portions of Plaintiff's

20  Reply and its supporting papers that merit sealing.

21         I declare under penalty of perjury under the laws of the United States that the foregoing is

22  true and correct.  Executed this 16th day of June, 2017, in Washington, D.C.

23

24                                            */s/ Michelle Yang*
                                            Michelle Yang

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2      I, Arturo J. González, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has

4   concurred in this filing.

5   Dated:  June 16, 2017                          */s/  Arturo J. González*
                                                        Arturo J. González
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28