MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-00939 WHA<br><br>**DECLARATION OF ISMAIL RAMSEY IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S LETTER BRIEF IN RESPONSE TO WAYMO'S OPPOSITION TO MOTION TO QUASH PORTIONS OF SUBPOENA TO STROZ FRIEDBERG, LLC**<br><br>. |

RAMSEY DECLARATION IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S LETTER BRIEF IN RESPONSE TO WAYMO'S OPPOSITION TO MOTION TO QUASH PORTIONS OF SUBPOENA TO STROZ FRIEDBERG
Case No. 3:17-cv-00939-WHA

I, Ismail Ramsey, declare as follows:

1. I am a member of the bar of the State of California and a partner of the firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski. I make this declaration of personal, first-hand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between counsel for Anthony Levandowski, counsel for Waymo, counsel for Defendants, counsel for Stroz Friedberg, and Special Master John Cooper, dated May 31, 2017.

3. In a resulting meet and confer call with Special Master John Cooper, parties confirmed that the return date for the non-expedited requests for Waymo's subpoena to Stroz was June 9, and accordingly the parties agreed that the deadline for Mr. Levandowski to file a motion to quash or for protective order was June 9.

4. I make this declaration in support of Non-Party Anthony Levandowski's Letter Brief in Response to Waymo's Opposition to Mr. Levandowski's Motion to Quash Portions of Waymo's Subpoena to Stroz Friedberg, LLC.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on June 19, 2017.

Date:   June 19, 2017                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/     *Ismail Ramsey*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ismail Ramsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ramsey & Ehrlich LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Non-Party*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Anthony Levandowski*

RAMSEY DECLARATION IN SUPPORT OF NON-PARTY ANTHONY LEVANDOWSKI'S LETTER BRIEF IN RESPONSE TO WAYMO'S OPPOSITION TO MOTION TO QUASH PORTIONS OF SUBPOENA TO STROZ FRIEDBERG
Case No. 3:17-cv-00939-WHA

2