UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 600 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Motion for Reconsideration of Order Denying-In-Part Administrative Motions to File Under Seal (Dkt. No. 550), and finding that good cause exists, the Court hereby GRANTS Defendants' Motion for Reconsideration (Dkt. No. 600) and ORDERS that additional portions shall be sealed, in accordance with Defendants' Motion and as indicated below:

1) Marked portions in Exhibit 1 to the Declaration of Michelle Yang (Dkt. No. 600-2 at 10-11, 14-15.[1])

**IT IS SO ORDERED.**

Dated: June 19, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] Record citations are to material in the Electronic Case Files ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.