MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS JUNE 15, 2017 LETTER BRIEF REGARDING PRIVILEGE ISSUES (DKT. 636)**<br><br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its June 15, 2017 Letter Brief Regarding Privilege Issues (Dkt. 636).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's June 15, 2017 Letter Brief Regarding Privilege Issues ("Letter Brief") (Dkt. 636-3) | Portions outlined in red |
| Exhibits 1-3 to the Declaration of Kevin Smith (Dkt. 636-5, 636-7, 636-9) | Entire Documents |

1. The red-outlined portions of the Letter Brief include details of a business agreement containing non-public, highly confidential information, including highly confidential business information relating to terms of the agreement, such as financial terms and conditions. These red-outlined portions contain highly sensitive business information that is not publicly known, and their confidentiality is strictly maintained. This information could be used by competitors and counterparties to Uber's detriment, including in the context of negotiating business deals. Disclosure of this information would allow competitors or counterparties to tailor negotiation strategy, including with respect to financial terms and conditions. If such information were made public, Uber's competitive standing could be significantly harmed.

2. Exhibits 1-3 are Defendants' privilege logs that include the email addresses of certain high-ranking executives listed within the privilege logs. Defendants seek to seal this information in order to protect the privacy of these executives, as they are prominent individuals

at a company that is currently the subject of extensive media coverage.  Disclosure of this information for these high-ranking executives could expose them to harm or harassment.[1]

3. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Letter Brief and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 19th day of June, 2017, in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  June 19, 2017         */s/ Arturo J. González*
                                               Arturo J. González

---

[1] Instances of this contact information of high-ranking executives at Uber are too numerous to redact in Exs. 1-3, which total hundreds of pages.  *See A.B. ex rel. W.F.B. v. San Francisco Unified School Dist.*, No. C 07-4738 PJH, 2007 WL 2900527, *1 (N.D. Cal. Oct. 2, 2007) (granting sealing of records containing references to sensitive information that are "too numerous to redact").