MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO PLAINTIFF WAYMO LLC'S LETTER BRIEF REGARDING PRIVILEGE ISSUES AND EXHIBITS THERETO** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Opposition to Plaintiff Waymo LLC's Letter Brief Regarding Privilege Issues and Exhibits Thereto. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Defendants' Opposition to Waymo's June 15, 2017 Letter Brief Regarding Privilege Issues ("Opposition") | Highlighted Portions |
| Exhibit A to the Declaration of Julie DeStefano in Support of Defendants' Opposition | Entire Document |
| Exhibits A and B to the Declaration of Sylvia Rivera in Support of Defendants' Opposition | Entire Document |

The highlighted portions of the Opposition include details of a business agreement containing non-public, highly confidential information, including highly confidential business information relating to terms of the agreement, including financial terms and conditions. These highlighted portions contain highly sensitive business information that is not publicly known, and their confidentiality is strictly maintained. This information could be used by competitors and counterparties to Uber's detriment, including in the context of negotiating business deals. Disclosure of this information would allow competitors or counterparties to tailor negotiation strategy, including with respect to financial terms and conditions. If such information were made public, Uber's competitive standing could be significantly harmed. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The entirety of Exhibit A to the Declaration of Julie DeStefano is a non-public, confidential employment document, including non-public, confidential business information relating to Uber's employment and compensation terms. This information is not publicly known, and its confidentiality is strictly maintained. This information could be used by competitors or

1  counterparties to Uber's detriment, including by using this information to gain an advantage over
2  Uber in employment negotiations in a competitive market for talent.  Disclosure of this
3  information would allow competitors or counterparties to tailor negotiation strategy, including
4  with respect to employment and compensation offers.  If such information were made public,
5  Uber's competitive standing could be significantly harmed.  (Yang Decl. ¶ 4.)
6         The entireties of Exhibits A and B to the Declaration of Sylvia Rivera are Defendants'
7  privilege logs that include the email addresses of certain high-ranking executives listed within the
8  privilege logs. Defendants seek to seal this information in order to protect the privacy of these
9  executives, as they are prominent individuals at a company that is currently the subject of
10 extensive media coverage.  Disclosure of this information for these high-ranking executives could
11 expose them to harm or harassment.  (Yang Decl. ¶ 5.)
12        Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
13 documents at issue, with accompanying chamber copies.
14        Defendants served Waymo with this Administrative Motion to File Documents Under
15 Seal on June 19, 2017.
16        For the foregoing reasons, Defendants request that the Court enter the accompanying
17 Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
18 designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
19 ATTORNEYS' EYES ONLY."

Dated: June 19, 2017                MORRISON & FOERSTER LLP

                                    By:  /s/Arturo J. González
                                         ARTURO J. GONZÁLEZ

                                    Attorneys for Defendants
                                    UBER TECHNOLOGIES, INC.,
                                    OTTOMOTTO LLC, and OTTO
                                    TRUCKING LLC