1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11   | WAYMO LLC,                                   | Case No.    3:17-cv-00939-WHA
12   |                    Plaintiff,                | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
13   |           v.                                 |
14   | UBER TECHNOLOGIES, INC.,                     |
15   | OTTOMOTTO LLC; OTTO TRUCKING LLC,            |
16   |                    Defendants.               |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3786069

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Defendants' Opposition to Plaintiff Waymo LLC's Letter Brief Regarding Privilege Issues | Highlighted Portions |
| Exhibit A to the Declaration of Julie DeStefano in Support of Defendants' Opposition | Entire Document |
| Exhibits A and B to the Declaration of Sylvia Rivera in Support of Defendants' Opposition | Entire Document |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge