# EXHIBIT C

| | |
|---|---|
| **From:** | David Perlson <davidperlson@quinnemanuel.com> |
| **Sent:** | Friday, June 16, 2017 2:32 PM |
| **To:** | Ray, Wendy J.; QE-Waymo; jcooper@fbm.com; MCate@fbm.com |
| **Cc:** | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) |
| **Subject:** | RE: Waymo/Uber - PR compliance/OMM |

- External Email -

Wendy, as we noted in relation to Otto Trucking's request regarding O'Melveny and Myers, Waymo does not think it is appropriate for Defendants to be asking Waymo to orchestrate a conflict waiver here. This is an issue you should be addressing with OMM to comply with Defendants' obligations under the PI Order, not us.

David

**From:** Ray, Wendy J. [mailto:WRay@mofo.com]
**Sent:** Thursday, June 15, 2017 2:28 PM
**To:** David Perlson <davidperlson@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; jcooper@fbm.com; MCate@fbm.com
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>
**Subject:** Waymo/Uber - PR compliance/OMM

Dear David,

As part of Uber's efforts to comply with the requirements of Items Nos. 4 and 5 of the Court's May 11, 2017 Provisional Relief order ("PR Order"), Uber has attempted to conduct interviews with lawyers from O'Melveny & Myers who appear on Uber's privilege logs. O'Melveny's general counsel, Martin S. Checov, informed MoFo that because Google is a client of O'Melveny, its lawyers cannot voluntarily assist Uber with its inquiry without the informed written consent of Google. Would you please respond to this email, noting that O'Melveny lawyers Eric Amdursky, Paul Sieben, Andy Trafford, and Kyle Uhlman may provide Uber with information necessary to comply with the requirements of Items Nos. 4 and 5 of the Court's PR Order?

Best regards,

Wendy

============================================================================

1

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.