1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:    415.268.7000
6  Facsimile:    415.268.7522

7  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
8  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
9  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
10 Washington DC  20005
   Telephone:    202.237.2727
11 Facsimile:    202.237.6131

12 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
13 and OTTOMOTTO LLC

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17 WAYMO LLC,                              Case No.      3:17-cv-00939-WHA

18              Plaintiff,                 **DECLARATION OF RHIAN
                                           MORGAN IN SUPPORT OF UBER
19     v.                                  TECHNOLOGIES, INC. AND
                                           OTTOMOTTO'S OPPOSITION TO
20 UBER TECHNOLOGIES, INC.,                WAYMO'S BRIEF ON
   OTTOMOTTO LLC; OTTO TRUCKING LLC,       OUTSTANDING PRIVILEGE ISSUES**
21
              Defendants.                  Date:    June 23, 2017
22                                         Time:    10:00 a.m.
                                           Ctrm:    F, 15th Floor
23                                         Judge:   The Honorable Jacqueline S.
                                           Corley
24
                                           Trial Date: October 10, 2017
25

26

27

28

1    I, Rhian Morgan, declare as follows:

2    1.    I have been an employee of Uber Technologies, Inc. ("Uber") since August 24,

3    2016, and prior to that I served as HR Lead at Ottomotto LLC ("Ottomotto").  I make this

4    declaration in support of Uber's and Ottomotto's opposition to Waymo's Letter Brief regarding

5    Certain Outstanding Privilege Issues.  I have personal knowledge of the facts stated herein and, if

6    called as a witness, I could and would testify competently as to these facts.

7    2.    I began working for 280 Systems Inc. ("280 Systems") on or about January 15,

8    2016.  In February 2016, Ottomotto changed its name from 280 Systems to Ottomotto.

9    3.    In April 2017, I submitted a declaration in support of Uber's and Ottomotto's

10    opposition to Waymo's Motion for a Preliminary Injunction.  (Dkt. 587-37.)  That declaration is

11    incorporated herein by reference.

12    4.    Attached hereto as Exhibit A is a true and correct copy of Anthony Levandowski's

13    employment agreement with 280 Systems.

14    5.    I declare under penalty of perjury under the laws of the United States that the

15    foregoing is true and correct.  Executed this 19th day of June, 2017, in San Francisco, California.

17    /s/ _____
Rhian Morgan