MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>   Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF JULIE DESTEFANO IN SUPPORT OF UBER TECHNOLOGIES, INC. AND OTTOMOTTO'S OPPOSITION TO WAYMO'S LETTER BRIEF ON OUTSTANDING PRIVILEGE ISSUES**<br><br>Date:   June 23, 2017<br>Time:   10:00 a.m.<br>Ctrm:   F, 15th Floor<br>Judge:   The Honorable Jacqueline S. Corley<br><br>Trial Date: October 10, 2017 |

I, Julie DeStefano, declare as follows:

1. I am the HR Partner at Uber Technologies, Inc. I have been an employee of Uber Technologies, Inc. ("Uber") since August 15, 2016. I make this declaration in support of Uber's and Ottomotto's opposition to Waymo's Letter Brief regarding Certain Outstanding Privilege Issues. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. In my capacity as HR Partner, I have access to employment agreements between Uber and its employees.

3. I have reviewed Anthony Levandowki's employment agreement, which is stored in a central repository to which I may request access in my capacity as HR Partner. Attached hereto as Exhibit A is a true and correct copy of Anthony Levandowski's employment agreement with Uber.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of June, 2017, in Pittsburgh, Pennsylvania.

/s/ Julie DeStefano
Julie DeStefano