IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 17-00939 WHA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE RE MOTIONS *IN LIMINE*** |

    The Court has reviewed the précis and response from each side regarding proposed motions *in limine* to be heard in advance of the final pretrial conference.  We will have another case management conference on **JUNE 29 AT 8:00 A.M.** to discuss this matter.  Prior to the conference, the Court will send out a list of items for the parties' consideration.

    **IT IS SO ORDERED.**

Dated: June 20, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE