1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:   415.268.7000
7  Facsimile:   415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:   202.237.2727
12 Facsimile:   202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 18 WAYMO LLC,<br><br>19            Plaintiff,<br><br>20       v.<br><br>21 UBER TECHNOLOGIES, INC.,<br>   OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>22<br>            Defendants.<br>23 | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO LYFT INC.'S MOTION TO QUASH SUBPOENA**<br><br>Date: TBD<br>Time: TBD<br>Crtrm.: F – 15th Floor<br>Judge: The Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Opposition to Lyft Inc.'s Motion to Quash Subpoena.

2. Attached hereto as Exhibit 1 is a true and correct copy of the *New York Times* article, "Lyft and Waymo Reach Deal to Collaborate on Self-Driving Cars," dated May 14, 2017.

3. On June 13, 2017, Uber and Lyft met and conferred with the Special Master, the Special Master noted that the protective order in this case provides a level of confidentiality that limits access to outside counsel and a limited number of in-house counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2017 at Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: June 20, 2017                     */s/ Arturo J. González*
Arturo J. González