**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

      Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,

      Defendants.

_____/

No. C 17-00939 WHA

**ORDER REQUIRING LISTS OF OPINIONS FOR CASES-IN-CHIEF AT TRIAL**

By **JUNE 29 AT NOON**, each party shall file a list of all trial witness, both retained and non-retained, who are expected to give any opinion testimony in that party's case-in-chief at trial (including those who will also give fact testimony). The lists should include, for each opinion, a paragraph describing the opinion in sufficient detail to surface any evidentiary or *Daubert* problems. (There is no page limit on the lists, but please order the witnesses from most important first to least important last.) If counsel so wishes, the names of retained witnesses may be omitted (for now) and they may be identified as "Retained Plaintiff's Expert No. 1," etc. Otherwise, every witness expected to give opinion testimony should be identified with as much specificity as is now possible. The purpose of these lists is to allow us to preview the shape of the trial and to have frank conferences in aid of making this case triable by October. This would also be a good opportunity for counsel to expressly drop any inert claims or defenses.

      **IT IS SO ORDERED.**

Dated: June 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE