QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939<br><br>**DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF PLAINTIFF WAYMO LLC'S NOTICE OF MOTION AND MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426) AND EXPEDITED DISCOVERY ORDER (Dkt. 61)**<br><br>Date:        July 27, 2017<br>Time:        8:00 a.m.<br>Ctrm:        8, 19th Floor<br>Judge:       Honorable William H. Alsup<br>Trial Date:  October 10, 2017 |

I, Patrick Schmidt, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from Defendants' Responses to Waymo's First Set of Expedited Interrogatories Pursuant to Paragraph Six of the May 11, 2017 Preliminary Injunction Order (Nos. 1-9).

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence between my office and counsel for Defendants spanning May 31, 2017 to June 1, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of email correspondence between my office and counsel for Defendants spanning June 7, 2017 to June 14, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of two letters sent by Defendants and forwarded to my office on June 12, 2017.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the June 19, 2017 deposition of Lior Ron in this matter (cover page incorrectly reads "April 19").

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the June 19, 2017 deposition of Cameron Poetzscher in this matter.

8. Attached hereto as Exhibit 7 is a true and correct copy of email correspondence between my office and counsel for Defendants spanning May 31, 2017 to June 12, 2017.

//
//
//
//
//
//
//

-1-
SCHMIDT DECLARATION IN SUPPORT OF WAYMO'S MOTION FOR ORDER TO SHOW CAUSE

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on June 21, 2017.

DATED: June 21, 2017

*/s/ Patrick Schmidt*
Patrick Schmidt

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Patrick Schmidt.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven