1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426) AND EXPEDITED DISCOVERY ORDER (Dkt. 61) AND EXHIBITS 3, 5, AND 6 THERETO** |

Plaintiff Waymo LLC's ("Waymo") has moved for an Order directing Defendants Uber Technologies, Inc.; OttoMotto LLC; and Otto Trucking LLC to appear and Show Cause why they should not be held in contempt of the Court's Preliminary Injunction Order (Dkt. 426) and Expedited Discovery Order (Dkt. 61).

Having considered Waymo's motion, the memorandum of points and authorities, and supporting declaration, the Court GRANTS the motion as follows:

**TO DEFENDANTS UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; AND OTTO TRUCKING LLC: YOU ARE HEREBY ORDERED TO APPEAR AND SHOW CAUSE**

on July 27, 2017, at 8:00 a.m. in the United States District Court for the Northern District of California, San Francisco Division, Courtroom 8, 19th Floor, located at 450 Golden Gate Avenue, San Francisco California, if there be any, why the Court should not hold each of the Defendants in civil contempt and issue sanctions for the following:

(1) failing to "exercise the full extent of their corporate, employment, contractual, and other authority" to cause their agent Stroz Friedberg to return all materials in Stroz Friedberg's possession that Anthony Levandowski downloaded from Waymo's servers;

(2) failing to timely notify Waymo and the Court about the apparent destruction of five discs of downloaded materials;

(3) failing to "exercise the full extent of their corporate, employment, contractual, and other authority" to cause their agent, Morrison & Foerster, LLP ("MoFo") to return the downloaded materials; and

(4) failing to "exercise the full extent of their corporate, employment, contractual, and other authority" to cause Otto Trucking's officer, Mr. Levandowski, to return the downloaded materials.

//
//
//

1    Defendants shall file any written response to the Motion for Order to Show Cause no later
2 than _____ a.m./p.m. on _____, 2017.
3
4    **IT IS SO ORDERED.**
5
6 Dated: _____, 2017
7                                                                  _____
                                                                   HON. WILLIAM ALSUP
8                                                                  United States District Court Judge