**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

      Plaintiff,

  v.

UBER TECHNOLOGIES, INC., *et al.*,

      Defendants.

No. C 17-00939 WHA

**SECOND ORDER RE SCHEDULING OF DEPOSITIONS**

    The parties have utterly failed to comply with the Court's "Order re Scheduling of Depositions" dated June 14, 2017 (Dkt. No. 622). Consequently, each party shall submit a list of the top ten depositions it wishes to take, identifying each deponent by name and advising as to whom they work for. The judge will assign dates. The lists must be filed with the Court by **TOMORROW AT 5:00 P.M.** on pain of no depositions at all for any defaulting party.

    **IT IS SO ORDERED.**

Dated: June 21, 2017.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE