QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOHN W. MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF LETTER BRIEF REGARDING WAYMO'S MOTION TO COMPEL** |

I, John W. McCauley, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of its June 21, 2017 Letter Brief Regarding Waymo's Motion to Compel (the "Letter Brief") and Exhibits thereto (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Letter Brief | Portions highlighted in blue | Defendants |
| | Portions highlighted in green | Waymo |
| Exhibit 1 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 2 of Waymo's Letter Brief | Portions highlighted in blue | Defendants |
| Exhibit 3 of Waymo's Letter Brief | Portions highlighted in yellow and blue | Defendants |
| Exhibit 5 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 6 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 7 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 8 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 9 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 13 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 16 of Waymo's Letter Brief | Entire Document | Defendants |

3. Waymo has filed portions of its Letter Brief (portions highlighted in blue) and the Exhibits to the Letter Brief under seal because they contain information that Defendants have designated confidential.

4. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

5. The Letter Brief also contains or refers to trade secret and confidential business information, which Waymo seeks to seal.

<mark>Case 3:17-cv-00939-WHA   Document 681-1   Filed 06/21/17   Page 3 of 4</mark>

6.      Portions of the Letter Brief (portions highlighted in green) contain, reference, and/or describe Waymo's asserted trade secrets.  The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret.  I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31).  The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system.  If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

7.      Waymo's request to seal is narrowly tailored to those portions of the Letter Brief that contain, reference, and/or describe Waymo's asserted trade secrets and thus merit sealing, and the scope of information that Waymo is seeking to seal is consistent with other administrative motions to seal that have already been granted by the Court in this case.  (*See* Dkt. 416, 414, 406, 393, 392.)

8.      On June 9, 2017, counsel for Defendants Uber Technologies Inc. and Ottomotto LLC withdrew the confidentiality designation for the response to Interrogatory No. 1 of Waymo's First Set of Expedited Interrogatories Pursuant to Paragraph Six of the May 11, 2017 Preliminary Injunction Order (Nos. 1-9) found in Exhibit 3.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on June 21, 2017.

By */s/ John W. McCauley*
   John W. McCauley
   Attorney for WAYMO LLC

<mark>-3-                            CASE NO. 3:17-cv-00939-WHA
DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO SEAL</mark>

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven