1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF LETTER BRIEF REGARDING WAYMO'S MOTION TO COMPEL** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its June 21, 2017 Letter Brief Regarding Waymo's Motion to Compel (the "Letter Brief") and Exhibits thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Letter Brief | Portions highlighted in blue | Defendants |
| | Portions highlighted in green | Waymo |
| Exhibit 1 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 2 of Waymo's Letter Brief | Portions highlighted in blue | Defendants |
| Exhibit 3 of Waymo's Letter Brief | Portions highlighted in yellow and blue | Defendants |
| Exhibit 5 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 6 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 7 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 8 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 9 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 13 of Waymo's Letter Brief | Entire Document | Defendants |
| Exhibit 16 of Waymo's Letter Brief | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge