# EXHIBIT 12

in    Q Search        🏠 👥 💼 💬 🔔    |   

Try Premium for Free

**Leaders wanted.** - MOAA can teach you how to market your military experience to employers.   Ad ⋯

**Contact and Personal Info**

Don's Profile

**Show more** ⌄



Start your Premium free trial today

See the full list of Who's Viewed Your Pr

**Try for free!**



2nd

## Don Burnette

Technical Lead, Uber

Uber • Carnegie Mellon University

San Francisco Bay Area • 465 👥

Follow

⋯

**People Also Viewed**

 **Claire Delaunay** • 2nd
Co-founder at Otto

 **Peter Deng** • 2nd
Head of Rider at Uber

 **Jiajun Zhu** • 2nd
Co-Founder, Nuro (we're hiring)

 **Sarah Guo** • 2nd
Investor at Greylock Partners 🔗

 **Daniel Chu** • 2nd
Director of Product, Waymo (for
Google Self-Driving Car Project)

 **Chris Urmson** • 2nd
CEO, Aurora (we're hiring: auror

### Highlights

 **1 Mutual Connection**
You and Don both know Anthony Levandowski

### Experience

 **Technical Lead**
Uber
Nov 2016 – Present • 8 mos
San Francisco Bay Area

 **Co-Founder**
Otto
Feb 2016 – Apr 2017 • 1 yr 3 mos
San Francisco Bay Area

Developing the future of transportation

 **Staff Software Engineer**
Google
May 2010 – Feb 2016 • 5 yrs 10 mos

Onboard software for the self-driving car.

### Education

 **Carnegie Mellon University**
MS, Robotics
2008 – 2010

**University of Florida**
Master of Science (M.S.), Physics

**Max Levandowski** • 2nd
Mechanical Engineer at Uber AT

 **Dmitri Dolgov** • 2nd
Head of Self Driving Technology
Waymo

 **Jen Pi** • 3rd
Building Teams @ UberATG

 **Deema Adada** • 3rd
Uber Freight

**Learn the skills Don has**

Learning NoSQL Databa
Viewers: 40,368

Learning Neo4j
Viewers: 8,059

Messaging ✏ ⚙ —

  Search        Try Premium for Free

ore

**University of Florida**
Bachelor of Science (B.S.), Electrical Engineering
2004 – 2008

See more education ⌄

Featured Skills & Endorsements

| | | |
|---|---|---|
| **Algorithms** · 11 | Endorsed by **Hyunggi Cho**, who is highly skilled at this | |
| **Machine Learning** · 9 | Endorsed by **Hyunggi Cho**, who is highly skilled at this | |
| **C++** · 6 | **Anthony Sempero and 5 connections** have given endorsements for this skill | |

View 8 more ⌄





Messaging