# EXHIBIT 15

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   WAYMO, LLC,                  )
 6           Plaintiffs,          )
 7           - vs -               ) Case  No.
 8   UBER TECHNOLOGIES, INC.,     ) 3:17-cv-00939
 9   OTTOMOTTO LLC; OTTO          )
10   TRUCKING, LLC,               )
11           Defendants.          )
12   _____
13
14
15       VIDEOTAPED DEPOSITION OF JOHN BARES,
16   a witness, called by the Plaintiff for examination,
17   in accordance with the Federal Rules of Civil
18   Procedure, taken by and before Tammie Elias, RPR and
19   Notary Public in and for the Commonwealth of
20   Pennsylvania, at the office of Reed Smith, 225 Fifth
21   Avenue, Suite 1200, Pittsburgh, Pennsylvania, on
22   Friday, June 16, 2017, commencing at 9:05 a.m.
23
24   JOB No. 2640097
25   PAGES 1 - 317
```

Page 1

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFF:
 4      By: James D. Judah, Esq.
 5      jamesjudah@quinnenamuel.com
 6      QUINN EMANUEL
        50 California Street
 7      22nd Floor
 8      San Francisco, CA   94111
        415-875-6600 p
 9      415-875-6700 f
10
11   FOR THE DEFENDANTS:
        By: Michael Brille, Esq.
12      mbrille@bsfllp.com
13          Cain Norris, Esq.
        cnorris@bsfllp.com
14      BOIES SCHILLER FLEXNER, LLP
        1401 New York Avenue NW
15      Washington, DC   20005
        202-237-2727
16
17      By: Michelle Yang, Esq.
        myang@mofo.com
18      MORRISON FOERSTER
        2000 Pennsylvania Avenue, NW
19      Suite 6000
        Washington, DC   20006
20      202-887-1537 p
        202-887-0763 f
21
22      By: Aaron Bergstrom, Esq.
        abergstrom@uber.com
23      UBER
        415-533-7652
24
     ALSO PRESENT:
25      Matthew Rethage, Videographer
```

Page 2

| | | |
|---|---|---|
| 1 | - - - - | 09:05a |
| 2 | PROCEEDINGS | 09:05a |
| 3 | - - - - | 09:05a |
| 4 | THE VIDEOGRAPHER: Good morning. My | 09:05a |
| 5 | name is Matthew Rethage of AKF VideoTech | 09:05a |
| 6 | Services representing Veritext. The time that | 09:05a |
| 7 | is indicated on the screen is 9:05 a.m. on | 09:05a |
| 8 | June the 16th, 2017. Will the parties that | 09:05a |
| 9 | are present today please state their names and | 09:05a |
| 10 | whom they represent for the record. | 09:05a |
| 11 | MR. JUDAH: James Judah, Waymo. | 09:05a |
| 12 | MR. BRILLE: Mike Brille, Boies | 09:05a |
| 13 | Schiller Flexner for Uber and the witness. | 09:05a |
| 14 | MR. NORRIS: Cain Norris, Boies | 09:05a |
| 15 | Schiller Flexner for Uber and the witness. | 09:05a |
| 16 | MR. BERGSTROM: Aaron Bergstrom with | 09:05a |
| 17 | Uber. | 09:05a |
| 18 | MS. YANG: Michelle Yang, Morrison | 09:05a |
| 19 | Foerster for Uber. | 09:05a |
| 20 | THE VIDEOGRAPHER: Thank you. If | 09:05a |
| 21 | there's nothing further, will the Court | 09:05a |
| 22 | Reporter please swear in the witness. | 09:05a |
| 23 | - - - - | 09:06a |
| 24 | JOHN BARES, | 09:06a |
| 25 | having been duly sworn, | 09:06a |

```
 1            was examined and testified as follows:                09:06a
 2                            - - - -                                09:06a
 3                          EXAMINATION                              09:06a
 4                            - - - -                                09:06a
 5     BY MR. JUDAH:                                                 09:06a
 6     Q.   Good morning, Mr. Bares.                                 09:06a
 7     A.   Good morning.                                            09:06a
 8     Q.   Have you ever been deposed before?                       09:06a
 9     A.   I have not.                                              09:06a
10     Q.   I'm going to go over some ground rules?                  09:06a
11     A.   Okay.                                                    09:06a
12     Q.   The first, you're aware that you're under oath           09:06a
13          today?                                                   09:06a
14     A.   Yes.                                                     09:06a
15     Q.   And that oath is the same you would take in a            09:06a
16          courtroom if you're testifying before a judge            09:06a
17          and a jury?                                              09:06a
18     A.   Yes.                                                     09:06a
19     Q.   It's important to speak slowly and clearly,              09:06a
20          that way the Court Reporter is taking down               09:06a
21          everything we say.  For that reason, only one            09:06a
22          of us should speak at the time so the Court              09:06a
23          Reporter can make an accurate record.  Do you            09:06a
24          understand that?                                         09:06a
25     A.   Yes, I do.                                               09:06a
```

| | | | |
|---|---|---|---|
| 1 | | Uber, what was his title? | 09:21a |
| 2 | A. | I don't know. | 09:21a |
| 3 | Q. | When did Mr. Levandowski start working for | 09:21a |
| 4 | | Uber? | 09:21a |
| 5 | A. | Can you clarify in what capacity? | 09:21a |
| 6 | Q. | Well, let's start with the earliest date | 09:21a |
| 7 | | Mr. Levandowski started working for Uber in | 09:21a |
| 8 | | any capacity? | 09:22a |
| 9 | A. | So to my knowledge it would have been early | 09:22a |
| 10 | | May, late April to early May 2016, when he was | 09:22a |
| 11 | | consulting for the company. | 09:22a |
| 12 | Q. | And how long was Mr. Levandowski consulting | 09:22a |
| 13 | | for the company? | 09:22a |
| 14 | A. | I believe from that period up through August | 09:22a |
| 15 | | 18th plus or minus a few days when Uber | 09:22a |
| 16 | | acquired his company and therefore he became | 09:22a |
| 17 | | an employee. | 09:22a |
| 18 | Q. | What was Mr. Levandowski's title when he | 09:22a |
| 19 | | became an Uber employee? | 09:22a |
| 20 | A. | I don't know. | 09:22a |
| 21 | Q. | Have you ever heard of Mr. Levandowski | 09:22a |
| 22 | | referred to as Uber's vice president of | 09:22a |
| 23 | | engineering? | 09:22a |
| 24 | A. | Yes. | 09:22a |
| 25 | Q. | Was that his title at some point? | 09:22a |

```
 1         I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5         Executed on _____ , 20___,
 6   at _____, _____.
 7
 8
 9
10              _____
11                     JOHN BARES
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 316

```
 1   COMMONWEALTH OF PENNSYLVANIA)         CERTIFICATE
 2   COUNTY OF INDIANA           )    SS:
 3        I, Tammie Elias, RPR and Notary Public in and
 4   for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, JOHN BARES, was by me
 6   first duly sworn to testify to the truth; that the
 7   foregoing deposition was taken at the time and place
 8   stated herein; and that the said deposition was
 9   recorded stenographically by me and then reduced to
10   printing under my direction, and constitutes a true
11   record of the testimony given by said witness.
12        I further certify that the inspection, reading
13   and signing of said deposition were NOT waived by
14   counsel for the respective parties and by the
15   witness.
16        I further certify that I am not a relative or
17   employee of any of the parties, or a relative or
18   employee of either counsel, and that I am in no way
19   interested directly or indirectly in this action.
20        IN WITNESS WHEREOF, I have hereunto set my
21   hand and affixed my seal of office this 19th day of
22   June, 2017.
23
24                  <%signature%>
                    _____
25                  Notary Public
```

Page 317