MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal Exhibits to Their Motion to Compel Responses to Interrogatories and Production of Documents. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1A | Highlighted Portions | Plaintiff |
| Exhibit 3 | Entire Document | Plaintiff |
| Exhibit 6 | Entire Document | Plaintiff |
| Exhibit 15 | Entire Document | Defendants |
| Exhibit 18 | Entire Document | Plaintiff |
| Exhibit 21 | Highlighted Portions | Plaintiff |

Exhibit 1A is Uber's First Set of Requests for Production, and the highlighted portions of Exhibit 1A contain technical information designated by Waymo as either confidential or highly confidential. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

Exhibit 3 is Waymo's Responses to Uber's First Set of Requests for Production. These Responses were designated "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order. (Yang Decl. ¶ 3.)

Exhibit 6 is Waymo's Responses to Uber's First set of Interrogatories, which was likewise designated "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order. (Yang Decl. ¶ 4.)

Exhibit 15 is a email from Quinn Emanuel to the Uber legal team. This email includes the email addresses of certain high-ranking company executives. Defendants seek to seal this information in order to protect the privacy of these executives, as they are prominent individuals at a company that is currently the subject of extensive media coverage. Disclosure of this

information for these high-ranking executives could expose them to harm or harassment. (Yang Decl. ¶ 5.)

Exhibit 18 is an internal Google presentation. This presentation has been designated as "Highly Confidential – Attorneys' Eyes Only" by Waymo. (Yang Decl. ¶ 6.)

Exhibit 21 is Waymo's Third Set of Requests for Production to Uber. The highlighted portions of Exhibit 21 have been designated as "Highly Confidential – Attorneys' Eyes Only" by Waymo. (Yang Decl. ¶ 7.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on June 21, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: June 21, 2017                    MORRISON & FOERSTER LLP

                                        By: */s/Arturo J. González*
                                            ARTURO J. GONZÁLEZ

                                        Attorneys for Defendants
                                        UBER TECHNOLOGIES, INC.,
                                        OTTOMOTTO LLC, and OTTO
                                        TRUCKING LLC