MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits to their Motion to Compel Responses to Interrogatories and Production of Documents.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 1A | Entire Document | Plaintiff |
| Exhibit 3 | Entire Document | Plaintiff |
| Exhibit 6 | Entire Document | Plaintiff |
| Exhibit 15 | Entire Document | Defendants |
| Exhibit 18 | Entire Document | Plaintiff |
| Exhibit 21 | Highlighted Portions | Plaintiff |

3. Exhibit 1A is Uber's First Set of Requests for Production, and Exhibit 3 is Waymo's Responses to these Requests for Production. I understand that the highlighted portions of Exhibit 1 contain technical information designated by Waymo as either confidential or highly confidential. Exhibit 3 was designated by Waymo as "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order.

4. Exhibit 6 is Waymo's Responses to Uber's First set of Interrogatories, which was likewise designated "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order.

5. Exhibit 15 is a email from Quinn Emanuel to the Uber legal team. This email includes the email addresses of certain high-ranking company executives. Defendants seek to seal this information in order to protect the privacy of these executives, as they are prominent

1  individuals at a company that is currently the subject of extensive media coverage. Disclosure of

2  this information for these high-ranking executives could expose them to harm or harassment.

3        6.      Exhibit 18 is an internal Google presentation regarding competition. This

4  presentation has been designated as "Highly Confidential – Attorneys' Eyes Only" by Waymo.

5        7.      Exhibit 21 is Waymo's Third Set of Requests for Production to Uber. The

6  highlighted portions of Exhibit 21 have been designated as "Highly Confidential – Attorneys'

7  Eyes Only" by Waymo.

8        8.      Defendants' request to seal is narrowly tailored to the specific exhibits attached to

9  Defendants' Motion to Compel that merit sealing.

10  I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st

11  day of June, 2017 at Washington, D.C.

                                      */s/ Michelle Yang*
                                      Michelle Yang

### ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: June 21, 2017                                       */s/ Arturo J. González*
                                                                 Arturo J. González