1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1A to Defendants' Motion to Compel Responses to Interrogatories and Production of Documents ("Motion to Compel") | Highlighted Portions |
| Exhibit 3 to Motion to Compel | Entire Document |
| Exhibit 6 to Motion to Compel | Entire Document |
| Exhibit 15 to Motion to Compel | Entire Document |
| Exhibit 18 to Motion to Compel | Entire Document |
| Exhibit 21 to Motion to Compel | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge