United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,                                         No. C 17-00939 WHA

        Plaintiff,

  v.                                                 **ORDER DENYING REQUEST
                                                    FOR CLARIFICATION OF**
UBER TECHNOLOGIES, INC., *et al.*,                  **JUDGE CORLEY'S ORDER**

        Defendants.

_____/

      Incidental to their motion for relief from Judge Corley's order granting plaintiff Waymo

LLC's motion to compel, defendants Uber Technologies, Inc., and Ottomotto LLC asked for

clarification that, while Judge Corley's order requires production of Stroz Friedberg's due

diligence report at this time, its rationale as to the "common interest" or "joint defense"

exception is not necessarily dispositive of privilege assertions over other communications,

separate and apart from the due diligence report, that occurred after April 11, 2016 (*see* Dkt.

No. 575 at 5).  This request does not bear on production of the due diligence report and should

be directed first to Judge Corley, who remains in the best position to evaluate it, per her recent

instructions regarding Uber's privilege log (*see* Dkt. No. 670 at 7–8).  This order therefore

**DENIES** the request without prejudice to its renewal before Judge Corley.

      **IT IS SO ORDERED.**

Dated:  June 21, 2017.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE