MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Trial Date: October 2, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc., and Ottomotto LLC's ("Uber") Motion to Compel Responses to Interrogatories and Requests for Production of Documents.

2. On September 23, 2016, Stephen Swedlow, the Managing Partner of Quinn's Chicago office, sent an email to Uber terminating Quinn's relationship with Uber. That email states, in part: "[I]t is no longer feasible to serve the role we have been relegated to in the context of representing Uber." (Exhibit 15.) The arbitration lawsuit against Anthony Levandowski was filed by Waymo one month later. (Dkt. 125 at 5.)

3. During a June 16, 2017 meet and confer with the Special Master, Uber asked Waymo if it would stipulate not to argue at trial that Mr. Levandowski failed to comply with company policies regarding side businesses, and Waymo refused.

4. During the June 16, 2017 meet and confer, Uber agreed that Waymo could initially produce documents only for its autonomous driving employees and senior executives, and only for side businesses from the past five years. The Special Master asked if Waymo could at least determine how many such employees have side businesses, but Waymo refused. Waymo has only produced "side business" documents relating to side businesses of Anthony Levandowski. (Exhibit 20, 6/16/17 A. Gonzalez Email to Waymo re Waymo Responses to Document Requests.)

5. On June 16, 2017, in a further effort to confer, Uber asked Waymo whether it had spoken to people at Google who approve "side projects," and Waymo refused to answer. (Exhibit 20, 6/16/17 A. Gonzalez Email to J. Nardinelli re Waymo Responses to Document Requests.)

6. Attached hereto as Exhibit 1A is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's First Set of Requests for Production of Documents (Nos. 1-146) dated May 12, 2017.

YANG DECLARATION ISO UBER'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND RFPS
Case No. 3:17-cv-00939-WHA
sf-3787145

1

7. Attached hereto as Exhibit 1B is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's Second Set of Requests for Production of Documents (Nos. 147-162) dated May 17, 2017.

8. Attached hereto as Exhibit 1C is a true and correct copy of Defendant Uber Technologies, Inc.'s First Set of Interrogatories (Nos. 1-11) dated May 17, 2017.

9. Attached hereto as Exhibit 2 is a true and correct copy of an email from Esther Chang (counsel for Uber) to Jeff Nardinelli (counsel for Waymo) and others, dated June 9, 2017.

10. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff's Objections and Responses to Uber's and Ottomotto's First Set of Requests for Productions (Nos. 1-146) dated June 12, 2017.

11. Attached hereto as Exhibit 4 is a true and correct copy of an email from Scott Llewellyn (counsel for Uber) to Andrea Roberts (counsel for Waymo) and others, dated June 14, 2017.

12. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Responses and Objections to Uber's Second Set of Requests for Productions (Nos. 147-162), dated June 16, 2017.

13. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff's Objections and Responses to Uber's First Set of Interrogatories (Nos. 1-11), dated June 16, 2017.

14. Attached hereto as Exhibit 7 is a true and correct copy of an email from Arturo Gonzalez (counsel for Uber) to Jeff Nardinelli (counsel for Waymo) and others, dated June 17, 2017.

15. Attached hereto as Exhibit 8 is a true and correct copy of an email from Arturo Gonzalez (counsel for Uber) to Jeff Nardinelli (counsel for Waymo) and others, dated June 18, 2017.

16. Attached hereto as Exhibit 9 is a true and correct copy of an email from Scott Llewellyn (counsel for Uber) to Jeff Nardinelli (counsel for Waymo) and others, dated June 17, 2017.

YANG DECLARATION ISO UBER'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND RFPS
Case No. 3:17-cv-00939-WHA
sf-3787145

2

17. Attached hereto as Exhibit 10 is a true and correct copy of an email from Arturo Gonzalez (counsel for Uber) to Felipe Corredor (counsel for Waymo) and others, dated June 17, 2017.

18. Attached hereto as Exhibit 11 is a true and correct copy of an email from Arturo Gonzalez (counsel for Uber) Felipe Corredor (counsel for Waymo) and others, dated June 17, 2017.

19. Attached hereto as Exhibit 12 is a true and correct copy of an email from Jeff Nardinelli (counsel for Waymo) to Arturo Gonzalez (counsel for Uber) and others, dated June 16, 2017.

20. Attached hereto as Exhibit 13 is a true and correct copy of an email from Jeff Nardinelli (counsel for Waymo) to Arturo Gonzalez (counsel for Uber) and others, dated June 18, 2017.

21. Attached hereto as Exhibit 14 is a true and correct copy of an email from Felipe Corredor (counsel for Waymo) to Arturo Gonzalez (counsel for Uber) and others, dated June 18, 2017.

22. Attached hereto as Exhibit 15 is a true and correct copy of an email from Stephen Swedlow (Managing Partner of Quinn's Chicago office) to members of Uber's legal team, dated September 23, 2016.

23. Attached hereto as Exhibit 16 is a true and correct copy of a press release from the Department of Justice entitled "Justice Department Requires Six High Tech Companies to Stop Entering into Anticompetitive Employee Solicitation Agreements", dated September 24, 2010.

24. Attached hereto as Exhibit 17 is a true and correct copy of an article from the New York Times entitled "Lyft and Waymo Reach Deal to Collaborate on Self-Driving Cars", dated May 14, 2017.

25. Attached hereto as Exhibit 18 is a true and correct copy of Exhibit 1031, marked at the deposition of Daniel Chu taken on April 3, 2017.

YANG DECLARATION ISO UBER'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND RFPS
Case No. 3:17-cv-00939-WHA
sf-3787145

3

26. Attached hereto as Exhibit 19 is a true and correct copy of an email from Jeff Nardinelli (counsel for Waymo) to Esther Chang (counsel for Waymo) and others, dated June 8, 2017.

27. Attached hereto as Exhibit 20 is a true and correct copy of an email from Arturo Gonzalez (counsel for Uber) to Jeff Nardinelli (counsel for Waymo), dated June 17, 2017.

28. Attached hereto as Exhibit 21 is a true and correct copy of Plaintiff Waymo LLC's Third Set of Requests for Production to Defendants, dated May 31, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of June, 2017, in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

### ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: June 21, 2017

*/s/ Arturo J. González*
Arturo J. González

YANG DECLARATION ISO UBER'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND RFPS
Case No. 3:17-cv-00939-WHA
sf-3787145

4