UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 545 |

　　　　Plaintiff Waymo LLC has filed an Administrative Motion to File under Seal Portions of its Letter Brief requesting production of an unredacted version of a letter sent from John Gardner to Stroz Friedberg, LLC (Dkt. No. 545-3) and Exhibit 3 thereto. (Dkt. No. 545-8.) Waymo seeks to seal these documents "only because Defendants have designated the information confidential." (Dkt. No 545 at 2.[1])

　　　　Under Civil Local Rule 79-5(e)(1), Uber was therefore required within "4 days of the filing of the Administrative Motion to File Under Seal . . . [to file] a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." However, Uber did not file a declaration in support of sealing; it had until June 9th to do so. Accordingly, the administrative motion to file under seal is DENIED. Waymo shall file public versions of its briefs and exhibits consistent with this Order by no later than June 30, 2017. *See* N.D. Cal. Civ. L.R. 79-5(f)(3).

　　　　This Order disposes of Docket No. 545.

　　　　**IT IS SO ORDERED.**

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

Dated: June 22, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2