IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES INC.,

    Defendant.

No. C 17-00939 WHA

**ADDITIONAL QUESTION FOR CONFERENCE RE *IN LIMINE* MOTIONS**

Please add the following question to the list of questions to be addressed in the memoranda and at the conference on June 29:

    10.    At trial, will either side introduce in evidence the privilege logs or information gleaned therefrom? If so, what information will be presented, by which sponsoring witness, and for what purpose?

**IT IS SO ORDERED.**

Dated: June 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE