IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**NOTICE AND SUPPLEMENT TO ORDER REQUIRING LISTS OF OPINIONS FOR CASES-IN-CHIEF AT TRIAL** |

    Lists of trial witnesses submitted pursuant to the "Order Requiring Lists of Opinions for Cases-in-Chief at Trial" dated June 21, 2017 (Dkt. No. 669), should include witnesses expected to give any testimony that depends on their "scientific, technical, or other specialized knowledge" within the meaning of Federal Rule of Evidence 702.  For example, the lists should include Google Inc.'s security engineer, Gary Brown, if he is expected to give any testimony that depends on his knowledge of forensics.

Dated: June 22, 2017.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE