MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendant. | Case No.　　3:17-cv-00939-WHA<br><br>**UBER'S LIST OF TOP TEN DEPOSITIONS PURSUANT TO DOCKET NO. 679**<br><br>Trial Date: October 10, 2017 |

Pursuant to the Court's June 21, 2017 Order, Uber Technologies, Inc. and Ottomotto LLC ("Uber") submit the following list of top ten depositions it wishes to take:

| No. | Name | Employer |
|---|---|---|
| 1. | Pierre-Yves Droz | Waymo |
| 2. | Bryan Salesky | Argo (former Waymo) |
| 3. | William McCann | Waymo |
| 4. | Drew Ulrich | Waymo |
| 5. | Larry Page | Google |
| 6. | Zachary Morris | Waymo |
| 7. | Chris Urmson | Aurora Innovation (former Waymo) |
| 8. | John Krafcik | Waymo |
| 9. | Sebastian Thrun | Udacity (former Waymo) |
| 10. | Sam Lenius | Waymo |

Dated: June 22, 2017                    MORRISON & FOERSTER LLP

                                        By:  */s/ Arturo J. González*
                                             ARTURO J. GONZÁLEZ

                                        Attorneys for Defendants
                                        UBER TECHNOLOGIES, INC.
                                        and OTTOMOTTO LLC