# EXHIBIT 2

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Thursday, June 22, 2017 12:07 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Matthew Cate <MCate@fbm.com>; DG-GPOttoTruckingWaymo@goodwinlaw.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** RE: Waymo v Uber - Deposition Scheduling

We will have a meet and confer call on this at 12:30 today, call in 888 759 6039 access 415 954 4410.  John

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Thursday, June 22, 2017 12:05 PM
**To:** David Perlson; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); UberWaymoMoFoAttorneys; Cooper, John (19) x4410; Cate, Matthew (20) x4469; DG-GPOttoTruckingWaymo@goodwinlaw.com
**Cc:** QE-Waymo
**Subject:** RE: Waymo v Uber - Deposition Scheduling

Wendy and John –

As indicated below, we think the parties should exchange their lists as soon as possible.  John, we request a call at 12:30 to discuss timing on this issue so that the parties have an opportunity to meet and confer over scheduling in good faith before the 5 PM deadline.  This is an urgent issue and given the Court's Order last night we must work together to comply as best we can.

James

**From:** David Perlson
**Sent:** Thursday, June 22, 2017 11:22 AM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'John Cooper' <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>; DG-GPOttoTruckingWaymo@goodwinlaw.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** RE: Waymo v Uber - Deposition Scheduling

Wendy, have you been able to confirm timing with your team?

**From:** James Judah
**Sent:** Thursday, June 22, 2017 9:55 AM
**To:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'John Cooper' <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>; DG-GPOttoTruckingWaymo@goodwinlaw.com

1

**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v Uber - Deposition Scheduling

Counsel and John -

Given the Court's Second Order re Scheduling of Depositions (Dkt. 679), we suggest that each side agree to a prompt exchange of its top ten depositions (we propose noon or 1 PM), so that we can check with our witnesses and work out a proposed schedule to submit to the Court at 5 PM.  That way, the Court may not assign dates that conflict with witnesses' pre-existing conflicts.  We look forward to discussing this proposal on the 10 AM call.

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
Farella Braun + Martel LLP