Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>  Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br>  Defendants. | Case No.: 3:17-cv-00939-WHA <br><br> **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE RE DKT. NO. 679** <br><br> Courtroom: 8, 19th Floor <br> Judge: Hon. William H. Alsup <br> Trial Date: October 10, 2017 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking LLC ("Otto Trucking") hereby joins and adopts Defendants Uber Technologies, Inc. and Ottomotto LLC's response to the Court's Second Order re Scheduling of Depositions. *See* Dkt. No. 679. In support, Otto Trucking states as follows:

1. On June 21, 2017, the Court issued its Second Order re Scheduling of Depositions requiring "each party [to] submit a list of the top ten depositions it wishes to take, identifying each deponent by name and advising as to whom they work for." *Id.* at 1.

2. On June 22, 2017, Defendants Uber and Ottomotto filed a response in accordance with the Court's June 21 order. *See* Dkt. No. 698.

3. Otto Trucking joins and adopts the list of top ten depositions set forth in Defendants' response for the reason that said list is equally applicable to Otto Trucking in the above-captioned matter.

4. Otto Trucking joins and adopts Defendants' response to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

//
//
//

| | |
|---|---|
| Dated: June 22, 2017 | Respectfully submitted, |

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

2


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 22, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: June 22, 2017                                    /s/ Neel Chatterjee
                                                        Neel Chatterjee