QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S SUPPLEMENTAL SUBMISSION IN CONNECTION WITH ITS RESPONSE TO SECOND ORDER RE SCHEDULING OF DEPOSITIONS (DKT. 679)** |

Below, Waymo respectfully provides dates of availability for each of the Waymo witnesses that Defendants included in their list of top ten list of deponents. (Dkt., 698.) Waymo could not provide availability for all of these witnesses in its Response to Second Order re Scheduling of Depositions because, as Waymo explained in its Response, Defendants failed and refused to provide their list of top ten deponents to Waymo in advance of their filing at 4:45 PM. (Dkt. 699.)

| Name | Proposed Deposition Date |
| --- | --- |
| Drew Ulrich | July 13 |
| Zachary Morris | July 14 |
| Larry Page[1] | July 17 |
| William McCann | July 28 |
| John Krafcik | August 2 |
| Pierre-Yves Droz | August 4 |
| Sam Lenius | [no known conflict dates as of this filing] |

Waymo respectfully requests that the Court take under consideration the available dates above and existing scheduling conflicts of its witnesses before assigning deposition dates.

DATED: June 22, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

---

[1] Defendants previously sought Mr. Pages's deposition during the PI Phase expedited discovery, and Magistrate Judge Corley granted Waymo's protective order motion under the apex doctrine. (Dkt. 276.) Waymo provides a proposed deposition date for Mr. Page here but intends to promptly seek a protective order now that Defendants have renewed their request for this apex deposition. Waymo will work with the Special Master and Defendants to try to resolve this issue but, if necessary, will seek relief from Magistrate Judge Corley through her established procedures.