MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                 Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                 Defendant. | Case No.    3:17-cv-00939-WHA<br><br>**STATEMENT REGARDING LISTS OF TOP TEN DEPOSITIONS PURSUANT TO DOCKET NO. 679**<br><br>Trial Date: October 10, 2017 |

STATEMENT REGARDING LISTS OF TOP TEN DEPOSITIONS
Case No. 3:17-cv-00939-WHA
dc-888609

1 | Pursuant to the Court's order of June 21, 2017 (Dkt. No. 679), the parties filed on June 22, 2017, lists of top ten depositions they wish to take in this case.

Uber is obtaining and will file by 1:00 p.m. today deposition dates for the witnesses identified yesterday by Waymo.  We advised Waymo yesterday that Travis Kalanick is available for deposition on July 27, 2017, and Eric Tate is available for deposition on July 13, 2017.

Dated: June 23, 2017                    MORRISON & FOERSTER LLP

By:   */s/ Daniel P. Muino*
      DANIEL P. MUINO

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

STATEMENT REGARDING LISTS OF TOP TEN DEPOSITIONS
Case No. 3:17-cv-00939-WHA
dc-888609

1