UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 627, 628 |

Plaintiff Waymo LLC has filed an Administrative Motion to File under Seal Portions of its Letter Brief in Opposition to Anthony Levandowski's Motion to Quash the Subpoena to Stroz Friedberg.  (Dkt. No. 627-3.)  Waymo seeks to seal a portion of this document "only because Defendants have designated the information confidential and/or highly confidential." (Dkt. No 627 at 2.[1])

Under Civil Local Rule 79-5(e)(1), Defendants were therefore required within "4 days of the filing of the Administrative Motion to File Under Seal . . . [to file] a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." However, Defendants did not file a declaration in support of sealing.  Accordingly, the administrative motion to file under seal is DENIED.  Waymo shall file a public version of its brief consistent with this Order by no later than June 30th, 2017.  *See* N.D. Cal. Civ. L.R. 79-5(f)(3).

This Order disposes of Docket Nos. 627 and 628.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1  **IT IS SO ORDERED.**

2  Dated: June 22, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge