1  ANGELA L. PADILLA (CA SBN 154863)
   angela.padilla@uber.com
2  NICOLE T. BARTOW (CA SBN 189655)
   nbartow@uber.com
3  AARON BERGSTROM (CA SBN 264751)
   abergstrom@uber.com
4  UBER TECHNOLOGIES, INC.
   1455 Market Street, 4th Floor
5  San Francisco, California  94103
   Telephone:  (415) 533-7652
6

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
8  and OTTOMOTTO LLC

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | WAYMO LLC,                          | Case No.     3:17-cv-00939-WHA
14 |                 Plaintiff,          | **NOTICE OF APPEARANCE BY AARON BERGSTROM**
15 |     v.                              |
16 | UBER TECHNOLOGIES, INC.,            |
   | OTTOMOTTO LLC; OTTO TRUCKING LLC,   |
17 |                                     |
   |                 Defendants.         |
18

1  TO:   ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that attorney Aaron Bergstrom of Uber Technologies, Inc., a

3  member of the State Bar of California (CA SBN 264751) and admitted to practice before this

4  Court, and whose contact information appears below, hereby enters an appearance as an attorney

5  of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned

6  case.

7      Aaron Bergstrom
       Uber Technologies, Inc.
8      1455 Market Street
       San Francisco, California  94103
9      Telephone:  (415) 533-7652
       Email:  abergstrom@uber.com

11  Dated: June 23, 2017            UBER TECHNOLOGIES, INC.

13              By:  */s/ Aaron Bergstrom*
                     AARON BERGSTROM

                     Attorneys for Defendants
15                   UBER TECHNOLOGIES, INC.
                     and OTTOMOTTO LLC