ANGELA L. PADILLA (CA SBN 154863)
angela.padilla@uber.com
NICOLE T. BARTOW (CA SBN 189655)
nbartow@uber.com
AARON J. BERGSTROM (CA SBN 264751)
abergstrom@uber.com
UBER TECHNOLOGIES, INC.
1455 Market Street
San Francisco, California 94103
Telephone: (415) 533-7652

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**NOTICE OF LODGMENT OF CHRONOLOGICAL COMMUNICATIONS LOGS PURSUANT TO PARAGRAPH 5 OF THIS COURT'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF** |

**TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") hereby lodge true and correct copies of the following documents with the Court pursuant to paragraph five of this Court's May 11, 2017 Order Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief (ECF No. 426):

| Ex. | Description |
|---|---|
| 1 | Chronological log of non-privileged oral and written communications as required under paragraph 5 of this Court's May 11, 2017 Order Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief. |
| 2 | Chronological log of privileged oral and written communications as required under paragraph 5 of this Court's May 11, 2017 Order Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief. |

Dated: June 23, 2017                    UBER TECHNOLOGIES, INC.


                                        By:  */s/ Aaron J. Bergstrom*
                                             AARON J. BERGSTROM

                                        Attorneys for Defendants
                                        UBER TECHNOLOGIES, INC.
                                        and OTTOMOTTO LLC