MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendant. | Case No.　　3:17-cv-00939-WHA<br><br>**DEPOSITION DATES FOR UBER WITNESSES PURSUANT TO DOCKET NO. 679**<br><br>Trial Date: October 10, 2017 |

1  Pursuant to the Court's Order of June 21, 2017 (Dkt. No. 679), the parties filed on June
2  22, 2017, lists of top ten depositions they wish to take in this case.
3  Having received Waymo's list of deponents, Uber will make the following witnesses
4  available for deposition on the dates indicated (Uber does not control the other two witnesses
5  identified by Waymo):
6      1. Emil Michael, June 25 (former Uber employee, leaving for summer June 26)
7      2. Brian McClendon, June 30
8      3. Max Levandowski, July 7
9      4. Eric Tate, July 13
10     5. Eric Meyhofer, July 19
11     6. Ognen Stojanovski, July 21
12     7. Adam Bentley, July 25
13     8. Travis Kalanick July 27

14 Dated: June 23, 2017                  MORRISON & FOERSTER LLP

16                                       By:   */s/ Arturo J. González*
17                                                  Arturo J. González

18                                         Attorneys for Defendants
                                         UBER TECHNOLOGIES, INC.
19                                          and OTTOMOTTO LLC

DEPOSITION DATES FOR UBER WITNESSES
Case No. 3:17-cv-00939-WHA
sf-3787835

1