MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939-WHA |
| Plaintiff, | **ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

1     Notice is hereby given that Anthony Levandowski, intervenor in the above-captioned
2 case, appeals to the United States Court of Appeals for the Federal Circuit from the district
3 court's order denying Mr. Levandowski's motion for relief from nondispositive pretrial order of
4 the magistrate judge entered in this action on June 21, 2017. (Dkt. No. 685).

6 Date:   June 23, 2017                                      Respectfully submitted,

/s/
Miles Ehrlich
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 548-3600
Fax: (510) 291-3060

miles@ramsey-ehrlich.com
izzy@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

***Counsel for Intervenor Anthony Levandowski***

2

ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL
Case No.: 3:17-cv-00939-WHA