NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYMO LLC,**
*Plaintiff-Appellee*

v.

**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC,**
*Defendants*

**ANTHONY LEVANDOWSKI,**
*Defendant-Appellant*

---

2017-2235

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-00939-WHA.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Anthony Levandowski appeals from an order of the district court requiring production of allegedly privileged records. Mr. Levandowski now submits a motion to stay

Case 3:17-cv-00939-WHA Document 719-5 Filed 06/23/17 Page 2 of 2
Case: 17-2235 Document: 4 Page: 2 Filed: 06/29/2017

Case: 17-2235   Document: 4   Page: 2   Filed: 06/29/2017
Case 3:17-cv-00939-WHA   Document 719-5   Filed 06/23/17   Page 2 of 2

2   WAYMO LLC v. UBER TECHNOLOGIES, INC.

production pending his appeal. Mr. Levandowski requests that the matter be treated as a petition seeking a writ of mandamus if the court finds that he may not appeal from the order as a matter of right.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Waymo LLC is directed to respond to the motion for a stay no later than Monday, July 3, 2017. Any reply is due no later than Thursday, July 6, 2017.

(2) The district court's order requiring production of the records in question is temporarily stayed pending this court's consideration of the motions papers.

(3) Mr. Levandowski is directed to file his opening brief/petition for a writ of mandamus along with any appendix materials no later than Thursday, July 6, 2017. Waymo is directed to file a response brief along with any appendix materials no later than July 13, 2017. Any reply and accompanying appendix materials are due no later than July 17, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32