1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

14         Plaintiff,                       **PLAINTIFF WAYMO'S SECOND
                                            SUPPLEMENTAL SUBMISSION IN
15     vs.                                  CONNECTION WITH ITS RESPONSE
                                            TO SECOND ORDER RE SCHEDULING
16  UBER TECHNOLOGIES, INC.;                OF DEPOSITIONS (DKT. 679)**
    OTTOMOTTO LLC; OTTO TRUCKING
17  LLC,

18         Defendants.

Below, Waymo respectfully provides a date of availability for the final Waymo witness that Defendants included in their top ten list of deponents.  (Dkt. 698.)

| Name | Proposed Deposition Date |
|---|---|
| Sam Lenius | July 21 |

Waymo respectfully requests that the Court take under consideration the available date above and existing scheduling conflicts of its witnesses before assigning deposition dates.

DATED:  June 23, 2017	QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC