IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER SETTING DEPOSITIONS**

To keep this case on track for the agreed-upon trial date, an earlier order requested that counsel meet with the special master and agree upon a series of dates for all remaining depositions that need to be taken. Counsel failed to do so. As a result, to keep this case on track, the Court now resorts to setting a schedule and **ORDERS** that the following depositions go forward on the following dates, all commencing at 8:00 a.m. and lasting up to seven hours:

| NAME | DEPOSITION DATE |
| --- | --- |
| Pierre-Yves Droz | Monday, July 10 |
| Bryan Salesky (by defendants) | Tuesday, July 11 |
| William McCann | Wednesday, July 12 |
| Drew Ulrich | Thursday, July 13 |
| Larry Page | Monday, July 17 |
| Max Levandowski | Tuesday, July 18 |
| Eric Meyhofer | Wednesday, July 19 |
| Ognen Stojanovski | Thursday, July 20 |
| Bryan Salesky (by Waymo) | Monday, July 24 |

| Adam Bentley | Tuesday, July 25 |
| --- | --- |
| Zachary Morris | Wednesday, July 26 |
| Travis Kalanick | Thursday, July 27 |
| Emil Michael | Monday, July 31 |
| Brian McClendon | Tuesday, August 1 |
| John Krafcik | Wednesday, August 2 |
| Eric Tate | Thursday, August 3 |
| Sebastian Thrun | Monday, August 7 |
| Sam Lenius | Tuesday, August 8 |
| Chris Urmson | Wednesday, August 9 |
| Anthony Levandowski | Thursday, August 10 |

The foregoing schedule may be modified upon written agreement in advance by all parties. This schedule is without prejudice to any motion, made promptly and in good faith before Judge Corley, for a protective order. Any unilateral motion to change a date on the schedule, however, must (1) show compelling reasons — not merely good cause — for the requested change and (2) offer an alternative date reasonably close to the assigned date.

Otherwise, unavailability of deponents is no excuse. They must make themselves available. If documents reasonably called for before a deposition are produced after the deposition, the party making the late production of documents shall pay for all expenses, including attorney's fees, associated with re-opening the deposition to allow further examination with respect to the subject matter of the belatedly-produced documents. This order is not a substitute for subpoenas, which must still be served on non-party deponents. This schedule is without prejudice to counsel noticing *other* depositions before the discovery cut-off, subject to the overall deposition limit. More than one deposition may be scheduled for the same day. In no event may depositions be taken after the discovery cut-off.

**IT IS SO ORDERED.**

Dated: June 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2