1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., AND OTTOMOTTO LLC'S, MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 670)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Trial Date: October 10, 2017 |

1   Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2   (collectively, "Uber") Motion for Relief from Nondispositive Pretrial Order (Dkt. 670) pursuant to
3   Local Rule 72-2, and having given Plaintiff Waymo LLC ("Waymo") an opportunity to respond,
4   the Court hereby GRANTS Uber's Motion.
5       IT IS HEREBY ORDERED that that paragraphs 1, 2, 5, and 6 on pages 8–10 of
6   Magistrate Judge Corley's June 21, 2017 Nondispositive Order Granting Motion to Compel Stroz
7   Documents and Denying Motions to Quash (Dkt. 670) are VACATED.
8       **SO ORDERED.**

12  Dated: _____, 2017

    _____
    HONORABLE WILLIAM ALSUP
    United States District Court Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER (DKT. 670)
CASE NO. 3:17-CV-00939-WHA