1  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & PATCHEN, LLP
2  One Ferry Building, Suite 355
   San Francisco, California  94111
3  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
4  Email: jpatchen@taylorpatchen.com

5  Attorneys for Non-Party LIOR RON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-CV-00939 (WHA) |
| Plaintiff, | **NOTICE OF APPEARANCE OF JONATHAN A. PATCHEN** |
| v. | |
| UBER TECHNOLOGIES, INC. OTTOMOTTO LLC; and OTTO TRUCKING LLC, | Honorable William Alsup |
| Defendants. | |

**TAYLOR & PATCHEN, LLP**

NOTICE OF APPEARANCE OF JONATHAN A. PATCHEN: CASE NO; 3:17-CV-00939 (WHA)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Jonathan A. Patchen of the law firm Taylor & Patchen, LLP, a member of the State Bar of California (SBN 237346) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for non-party Lior Ron in the above-captioned matter. Mr. Patchen's contact information is as follows:

> Jonathan A. Patchen (SBN 237346)
> Taylor & Patchen, LLP
> One Ferry Building, Suite 355
> San Francisco, CA 94111
> Telephone: (415) 788-8200
> Facsimile: (415) 788-8208
> Email: jpatchen@taylorpatchen.com

Dated: June 23, 2017                     Respectfully submitted,

                                         TAYLOR & PATCHEN, LLP


                                         By:   */s/ Jonathan A. Patchen*
                                                 Jonathan A. Patchen
                                         Attorneys for Non-Party LIOR RON