JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC;<br>OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S MOTION TO INTERVENE, MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER**<br><br>Honorable William Alsup |

I, JONATHAN PATCHEN, declare as follows:

1.  I am a partner in the law offices of Taylor & Patchen, LLP, a member in good standing of the bar of the State of California, and am admitted to practice before the United States District Court for the Northern District of California.  I have personal knowledge of the matters set forth in this declaration, except as to those matters that are stated on information and belief and, as to those matters, I believe them to be true.  If called upon to testify as a witness in this case, I could and would testify competently under oath to all of the matters set forth in this declaration.  This declaration is submitted in support of Non-Party Lior Ron's Motion to Intervene, Motion for Relief from Nondispositive Pretrial Order or, in the Alternative, Motion for a Protective Order

TAYLOR & PATCHEN, LLP

1.

DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
MOTION TO INTERVENE AND MOTION FOR RELIEF: CASE NO. 3:17-CV-00939 (WHA)

filed concurrently herewith.

2. Taylor & Patchen, LLP represents Lior Ron in a JAMS arbitration action that was filed against him by Google, Inc. on October 28, 2016, titled *Google, Inc. v. Anthony Levandowski and Lior Ron*, JAMS Arbitration Reference No. 1100086069. That proceeding involves issues relating to the alleged solicitation of Google employees by Ottomotto LLC ("Otto").

3. Lior Ron is not a party in the above-captioned action, and Taylor & Patchen, LLP has no role as counsel of record for any party appearing in that case (the "*Waymo* Litigation"). As a result, neither I nor any other member of my firm received notice that on May 10, 2017, a subpoena duces tecum had been issued in the *Waymo* Litigation and served on third party Stroz Friedberg ("Stroz") requiring that Stroz produce any and all documents in its possession that had been provided to it by Mr. Ron.

4. On June 21, 2017, I learned from Mr. Ron's personal attorneys, Alisa Baker and Rick Levine of the law firm Levine & Baker LLP that neither of them had been notified that a document subpoena in this action had been served upon Stroz requiring the production of documents that had been made available to Stroz by Mr. Ron during the course of its due diligence work prior to the acquisition of Otto by Uber in or about August 2016.

5. I first became aware of the Stroz subpoena and its implications for Mr. Ron on June 21, 2017 after Magistrate Judge Corley issued her order granting Waymo LLC's motion to compel Stroz to produce documents in response to an expedited subpoena. On that day, one of my colleagues looked at the *Waymo* Litigation docket to determine whether there had been any recent orders that might implicate the arbitration proceedings, and saw Magistrate Judge Corley's order of that same date.

///
///
///
///
///
///
///

6. It is my understanding that more than six hundred thousand files were imaged from Mr. Ron's devices, e-mail, and Cloud accounts. It is also my understanding that only a subset of these files were actually considered during the due diligence process.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing in true and correct. Executed this 23rd day of June, 2017, at Portland, Oregon.

*/s/ Jonathan A. Patchen*
JONATHAN A. PATCHEN

TAYLOR & PATCHEN, LLP

3.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
MOTION TO INTERVENE AND MOTION FOR RELIEF: CASE NO. 3:17-CV-00939 (WHA)