JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
Email: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, | Case No.: 3:17-CV-00939 (WHA) |
| Plaintiff, | **DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF MOTION TO INTERVENE, MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER** |
| vs. | |
| UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | |
| Defendants. | Honorable William Alsup |

I, LIOR RON, declare as follows:

1.      I am currently a Senior Director at Uber Technologies, Inc. ("Uber"), and I manage the Uber Freight division.  In 2016, I was a founding member of Ottomotto LLC ("Otto").  I have personal knowledge of the matters set forth in this declaration and, if called to testify as a witness, I could and would testify competently under oath to the matters set forth herein.  This declaration is submitted in support of Non-Party Lior Ron's Motion to Intervene, Motion for Relief from Nondispositive Pretrial Order or, in the Alternative, Motion for a Protective Order filed concurrently herewith.

2.      I have never developed LiDAR, have never worked at Waymo, and was not on the Chauffeur team at Google.

3.      As part of the pre-acquisition evaluation process between Uber and Otto, I participated in the due diligence that was overseen by Stroz Friedberg ("Stroz").

4.      In connection with the due diligence phase of the proposed acquisition of Otto by Uber, I delivered all electronic devices in my possession at the time, including multiple laptops, smartphones, and tablets.  I was also asked to provide Stroz with access to the full content of all of my personal email and Cloud storage accounts (e.g., Gmail, Dropbox, iCloud).

5.      It was my expectation that the private information residing on my personal computer and other devices and in my personal Cloud and email accounts would not be made public, and that none of this information would be used for any purpose other than the due diligence evaluation.

6.      I was never notified that a subpoena had been issued in this action and served on Stroz seeking production of documents in its possession that had been collected during the due diligence investigation from my personal computer and other electronic devices and my personal email and Cloud storage accounts.

7.      I first became aware of the Stroz subpoena, and its implications with respect to the public and unprotected disclosure of thousands of my and my family's personal and private records, on June 22, 2017.

8.      It is my understanding that Stroz imaged files from all of my personal devices and Cloud accounts.  Those files contain a substantial volume of personal and private information, including copies of every email I have ever sent or received over a significant period of time; my personal banking records and those of my family; state and federal U.S. tax returns and related tax preparation documents; information about my and my family's financial investments, social engagements, and on-line purchases; credit card information; passwords for all types of accounts and charge cards; my social security number and that of my family; medical information relating to myself and the members of my immediate family; passport information; personal photographs and memorabilia; communications of a personal nature; personal credit,

///

///

1 loan and mortgage information; and information about purchases and acquisitions made by myself
2 and my family members.

3     I declare under penalty of perjury, under the laws of the United States of America, that the
4 foregoing in true and correct.  Executed this 23rd day of June, 2017, at San Francisco, California.

5

6                                         */s/ Lior Ron*
7                                         ─────────────────────────
                                          LIOR RON
8

9
                                        **ATTESTATION**
10
11     I, Jonathan A. Patchen, am the ECF user whose ID and password are being used to
file the above DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF MOTION TO
12
INTERVENE AND MOTION FOR RELIEF.  In compliance with Civil Local Rule 5-1(i)(3), I
13
hereby attest that each listed counsel above has concurred in this filing.
14

15
16     */s/ Jonathan A. Patchen*
─────────────────────────────────
17
18
19
20
21
22
23
24
25
26
27
28

3.