```
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jpatchen@taylorpatchen.com
```

Attorneys for Non-Party LIOR RON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>        Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY LIOR RON'S MOTION TO INTERVENE, MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER**<br><br>Honorable William Alsup |

Non-Party Lior Ron's Motion to Intervene, Motion For Relief From Nondispositive Pretrial Order of a Magistrate Judge or, In The Alternative, Motion For A Protective Order (the "Motion") was submitted pursuant to Federal Rules of Civil Procedure 24 and 72(a) and Civil Local Rule 72-2 on June 23, 2017.

Having read and considered Non-Party Ron's Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declarations of Non-Party Lior Ron and attorney Jonathan A. Patchen, and all other papers filed in support of and in opposition to the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that Non-Party Lior Ron's Motion to Intervene is GRANTED. Further, Non-Party Lior Ron's Motion for Relief From Nondispositive Pretrial Order of

1.

Magistrate Judge is also GRANTED.  Judge Corley's Order at Docket Number 670 regarding Waymo LLC's subpoena to Stroz Friedberg is SET ASIDE as to the documents from Mr. Ron called for in Request Numbers 9, 12, 30 and 31.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                      HONORABLE WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE