Robert B. Ellis, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rellis@kirkland.com

Kevin K. Chang (SBN 292271)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: kevin.chang@kirkland.com

Attorneys for
*Stroz Friedberg, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>     Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO<br>TRUCKING LLC,<br><br>     Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING STROZ FRIEDBERG, LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 670)**<br><br>Courtroom:   8 - 19th Floor<br>Judge:            Hon. William Alsup |

Before this Court is Stroz Friedberg, LLC's ("Stroz") Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Corley ("Motion"). The Court has considered the motion, and the arguments of counsel, and hereby grants Stroz's Motion.

IT IS HEREBY ORDERED that the deadline set forth in Magistrate Judge Corley's June 21, 2017 Order Granting Motion to Compel Stroz Documents and Denying Motions to Quash (Dkt. 670) to complete the production of documents responsive to Request Nos. 11, 13-15, 18, and 29, and to produce a privilege log, is extended to thirty (30) days after the parties reach an agreement on date limitations, keyword search parameters, and a production protocol, and the Order becomes effective after any appeals.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE