UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

WAYMO LLC v. UBER TECHNOLOGIES, INC., et al.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
|  |  |

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case:  Civil (Patent)

Docket No.  17-939 WHA                              Date of Judgment/Order: June 21, 2017

Cross or related appeal?                            Date of Notice of Appeal: June 23, 2017

Appellant is:          ( ) Plaintiff         ( ) Defendant       ( x ) Other (explain)
Non Party

DOCKET FEE STATUS:
( x) Paid       ( ) Not Paid     Billed On: _____

U.S. Appeal?    Yes  (x )      No  ( )

In forma pauperis?
( ) Granted      ( ) Denied      ( ) Revoked      ( ) Pending      ( x ) Never requested

COUNSEL  (List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.): for Non Party Anthony Levandowski
Attorney Ismail Ramsey izzy@ramsey-ehrlich.com
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA  94710
510 548-3600

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries

COURT REPORTER:  (Name and telephone)

Jo Ann Bryce 510 910-5888

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries