IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE RESPONSE TO OTTO TRUCKING'S REQUEST FOR PERMISSION TO MOVE FOR SUMMARY JUDGMENT**

The Court is in receipt of defendant Otto Trucking LLC's request for permission to move for summary judgment (Dkt. No. 733). Plaintiff Waymo LLC may submit a response not to exceed **THREE PAGES** in length (with no attachments) by **JUNE 28 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 26, 2017.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE