QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS (DKT. 684)** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Administrative Motion To File Under Seal Exhibits To Their Motion To Compel Responses To Interrogatories And Production Of Documents (Dkt. 684) ("Sealing Motion"). Waymo supports the Sealing Motion to the extent that it seeks an order sealing the following exhibits designated by Plaintiff:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 1A | Highlighted Portions | Plaintiff |
| Exhibit 3 | Highlighted Portions | Plaintiff |
| Exhibit 6 | Highlighted Portions | Plaintiff |
| Exhibit 18 | Entire Document | Plaintiff |
| Exhibit 21 | Highlighted Portions | Plaintiff |

3. Exhibit 1A is Uber's First Set of Requests for Production. The Requests contain descriptions of Waymo's trade secrets, disclosure of which would be injurious to Waymo.

4. Exhibit 3 is Waymo's Responses to Uber's First Set of Requests for Production. Waymo's Responses contain descriptions of Waymo's trade secrets, disclosure of which would be injurious to Waymo. Waymo will file concurrently herewith an unredacted (highlighted) version identifying the portions that describe Waymo trade secrets, and a corresponding redacted version of Exhibit 3.

5. Exhibit 6 is Waymo's Responses to Uber's First set of Interrogatories. Waymo's Responses contain descriptions of Waymo's trade secrets, disclosure of which would be injurious to Waymo. Waymo's responses also contain detailed descriptions of Waymo's internal and confidential developmental processes and thinking, which if publicly disclosed would be injurious to Waymo because disclosure would reveal details of Waymo's highly confidential LiDAR development. Waymo will file concurrently herewith an unredacted (highlighted) version identifying the portions that describe Waymo trade secrets, and a corresponding redacted version of Exhibit 6.

      6.     Exhibit 18 is an internal Waymo strategy document. The entire document comprises Waymo's market and competitive analyses, disclosure of any of which would be injurious to Waymo. Competitors' access to this information would harm Waymo's competitive standing because such competitors would have access to Waymo's internal and highly confidential internal business strategies and thinking.

      7.     Exhibit 21 is Waymo's Third Set of Requests for Production to Uber. The highlighted portions describe Waymo's trade secrets, disclosure of which would be injurious to Waymo.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on June 26, 2017.

By */s/ Lindsay Cooper*
Lindsay Cooper
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

-3-                                                          CASE NO. 3:17-cv-00939-WHA
COOPER DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL