Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF HAYES HYDE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS DISCOVERY LETTER BRIEF IN SUPPORT OF WAYMO'S MOTION TO COMPEL** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | |

I, Hayes Hyde, declare as follows:

1. I am an attorney at the law firm of Goodwin Procter, LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Discovery Letter Brief in Support of Waymo's Motion to Compel (Dkt. 681).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Portions of Waymo's Letter Brief | Highlighted Portions |
| Exhibit 1 to the Letter Brief | Entire Documents |
| Exhibit 7 to the Letter Brief | Entire Documents |

3. The highlighted portions of the Letter Brief include highly confidential, sensitive business information relating to the terms of Otto Trucking's agreements and corporate structure, that is not publicly known, and this information's confidentiality is strictly maintained. I understand that this information could be used by competitors to Otto Trucking's detriment, including in the context of negotiating business deals. If such information were made public, I understand Otto Trucking's competitive standing could be significantly harmed.

4. The entirety of Exhibit 1 contains highly confidential sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements. This information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Otto Trucking's detriment, including in the context of negotiating business deals. If such information were made public, I understand Otto Trucking's competitive standing could be significantly harmed.

5. The entirety of Exhibit 7 contains personally identifiable information of a third party, and must therefore not be made public.

6. I have reviewed the following document, served upon plaintiff Waymo as Exhibit A to this declaration, and state that further redaction is required. The portions highlighted in

1  yellow were originally omitted in error.

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 2 to the Letter Brief | Portions highlighted in blue and yellow |

7. The highlighted portions of Exhibit 2 contain highly confidential sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements. This information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Otto Trucking's detriment, including in the context of negotiating business deals. If such information were made public, I understand Otto Trucking's competitive standing could be significantly harmed.

8. Defendants' request to seal is narrowly tailored to those portions of the Plaintiff's Letter Brief and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of June, 2017 in San Francisco, California.

/s/ Hayes P. Hyde
Hayes P. Hyde

ACTIVE/91712536.1     2
HYDE DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                CASE NO. 3:17-CV-00939

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 26, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June 2017.

/s/ Hayes P. Hyde
Hayes P. Hyde