UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA  (JSC)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 582 |

　　　　Non-party Anthony Levandowski has filed an Administrative Motion to File under Seal Portions of his Letter Brief Moving to Quash Waymo's Subpoena to Stroz Friedberg, LLC (Dkt. No. 583.)  Levandowski seeks to seal the portion of this document "because he understands from the parties' prior filings that Defendants have designated that information confidential." (Dkt. No 582 at 2.[1])

　　　　Under Civil Local Rule 79-5(e)(1), Uber was therefore required within "4 days of the filing of the Administrative Motion to File Under Seal . . . [to file] a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."  However, Uber did not file a declaration in support of sealing; it had until June 15th to do so.  The Court has also reviewed the portion itself and finds that it is not sealable.  Accordingly, the administrative motion to file under seal is DENIED.  Levandowski shall file a public version of his brief consistent with this Order by no later than July 4, 2017.  *See* N.D. Cal. Civ. L.R. 79-5(f)(3).

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

This Order disposes of Docket No. 582.

**IT IS SO ORDERED.**

Dated: June 27, 2017

					_____
					JACQUELINE SCOTT CORLEY
					United States Magistrate Judge