WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

1       UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3       SAN FRANCISCO DIVISION
4       ---oOo---
5
6   WAYMO LLC,
7        Plaintiff,
8   vs.                        No. 3:17-cv-00939-WHA
9   UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11       Defendants.
    _____/
12
13      WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16              SAN FRANCISCO, CALIFORNIA
17                MONDAY, JUNE 19, 2017
18
19
20  BY:  ANDREA M. IGNACIO,
21  CSR, RPR, CRR, CCRR, CLR
22  CSR LICENSE NO. 9830
23  JOB NO. 2642012
24
25  Pages 1 - 374

Page 1

|   |   |   |
|---|---|---|
| 1 | sense to us, were too easy, weren't aligned with our | 15:44 |
| 2 | interests. | 15:44 |
| 3 | You know, for any number of reasons; right? | 15:44 |
| 4 | If we didn't like the terms or conditions, we wouldn't | 15:44 |
| 5 | have signed, same as any other deal. | 15:44 |
| 6 | Q   The term sheet was signed on February 22nd, | 15:44 |
| 7 | 2016, and the acquisition agreement was signed on | 15:45 |
| 8 | April 11th, 2016. | 15:45 |
| 9 | When did Uber decide that it was going to go | 15:45 |
| 10 | ahead with the transaction? | 15:45 |
| 11 | A   I mean, on or about April 11th we got final | 15:45 |
| 12 | board approval.  Obviously, we didn't do all this work | 15:45 |
| 13 | and make a last-minute, you know, flippant decision. | 15:45 |
| 14 | But clearly, we made a final decision on or about | 15:45 |
| 15 | April 11th.  We got board approval, and we signed the | 15:45 |
| 16 | transaction. | 15:45 |
| 17 | Q   How long did it take to get board approval? | 15:45 |
| 18 | A   I mean, we had a board meeting.  We had a | 15:45 |
| 19 | discussion at the -- with the board.  I can't recall | 15:45 |
| 20 | how long it was.  It was a serious discussion.  And | 15:45 |
| 21 | then after that, we signed.  I don't remember the | 15:45 |
| 22 | exact day of the board meeting, whether it's the same | 15:45 |
| 23 | day or previously. | 15:45 |
| 24 | Q   Did you attend that board meeting? | 15:45 |
| 25 | A   Yes. | 15:45 |

| | | |
|---|---|---|
| 1 | Q   Who else was there? | 15:45 |
| 2 | A   The members of the Board of Directors.  I | 15:45 |
| 3 | don't recall exactly who was there. | 15:45 |
| 4 | Q   Were all of the members of the Board of | 15:45 |
| 5 | Directors there? | 15:45 |
| 6 | A   I don't recall. | 15:45 |
| 7 | Q   Do you recall any missing? | 15:45 |
| 8 | A   I recall there were some on the phone, so | 15:45 |
| 9 | there were definitely some who weren't in the room.  I | 15:45 |
| 10 | don't know if between phone and room, there were still | 15:46 |
| 11 | some who were not in attendance at all.  I don't know. | 15:46 |
| 12 | Q   Were there any discussions about whether -- | 15:46 |
| 13 | whether the acquisition should be brought to the | 15:46 |
| 14 | entire board versus only a portion of the board? | 15:46 |
| 15 | A   I believe it was brought to a regular board | 15:46 |
| 16 | meeting where all of the board members were invited. | 15:46 |
| 17 | Whether they all attended, again, I can't recall. | 15:46 |
| 18 | Q   But, as far as you know, all of the board | 15:46 |
| 19 | members were invited to that meeting? | 15:46 |
| 20 | A   As far as I know.  The only caveat I would | 15:46 |
| 21 | say is that I don't recall whether David Drummond, who | 15:46 |
| 22 | was a Google executive, was still a member of the | 15:46 |
| 23 | board.  So, to the extent he was, I'm sure we would | 15:46 |
| 24 | have not invited him or had him recuse himself. | 15:46 |
| 25 | Obviously, we had great concerns about having | 15:46 |

Veritext Legal Solutions
866 299-5127