Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorneys for Defendant*
Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL (DKT. NO. 682)** |

I, LIOR RON, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called to testify as a witness, I could and would testify competently under oath to the matters set forth herein. This declaration is submitted in support of Otto Trucking's Opposition to Waymo LLC's Letter Brief In Support of Waymo LLC's Motion to Compel Against Defendant Otto Trucking LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC (Dkt. No. 682) filed concurrently herewith.

2. I am currently a Senior Director at Uber Technologies, Inc. ("Uber"). In 2016, I was a founding member of Ottomotto LLC ("Otto"). I am one of two managing members of Otto Trucking LLC ("Otto Trucking").

3. Anthony Levandowski is the other Managing Member of Otto Trucking and also its executive chairman. Adam Bentley is Legal Counsel of Otto Trucking. Rhian Morgan is Secretary of Otto Trucking.

4. I am knowledgeable about information concerning the operations and corporate affairs of Otto Trucking. I am involved in the day to day operations of Otto Trucking. Mr. Levandowski has not been involved in the day to day activities since leaving Uber. Since leaving Uber, he has not been as involved in Otto Trucking as I have been and does not have the level of knowledge of Otto Trucking's activities that I do.

5. Otto Trucking is an entity that exists separate from Uber. Uber is not a shareholder in Otto Trucking, although Uber does have the right to purchase Otto Trucking.

6. As to its day to day operations, Otto Trucking has no employees. It has no servers and no networks. Otto Trucking has never issued any electronic communications device, including any such device to either Anthony Levandowski or to myself.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 27th day of June 2017, in San Francisco, California.

                                                  */s/ Lior Ron*
                                                    Lior Ron

DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL (DKT. NO. 682)

CASE NO. 3:17-CV-00939-WHA

## ATTESTATION

I, Neel Chatterjee, am the ECF user whose username and password are being used to file the above DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL (DKT. NO. 682).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

        */s/ Neel Chatterjee*
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038
Fax.: +1 415 677 9041

DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL (DKT. NO. 682)

CASE NO. 3:17-CV-00939-WHA

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 27, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 27th day of June 2017.

/s/ Neel Chatterjee
NEEL CHATTERJEE

DECLARATION OF NON-PARTY LIOR RON IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL (DKT. NO. 682)

CASE NO. 3:17-CV-00939-WHA