1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

WAYMO LLC,                                  Case No.      3:17-cv-00939-WHA

              Plaintiff,                     **[PROPOSED] ORDER GRANTING
                                            DEFENDANTS UBER
     v.                                     TECHNOLOGIES, INC. AND
                                            OTTOMOTTO LLC'S
UBER TECHNOLOGIES, INC.,                    ADMINISTRATIVE MOTION TO
OTTOMOTTO LLC; OTTO TRUCKING LLC,           FILE DOCUMENTS UNDER SEAL**

              Defendants.

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Opposition to Waymo's Motion to Compel ("Opposition") | Highlighted Portions |
| Exhibit 3 | Entire Document |
| Exhibit 4 | Highlighted Portions |
| Exhibit 5 | Highlighted Portions |
| Exhibit 6 | Highlighted Portions |
| Exhibit 7 | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge