# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO, LLC,                    )
        Plaintiffs,            )
        - vs -                 ) Case  No.
UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939
OTTOMOTTO LLC; OTTO            )
TRUCKING, LLC,                 )
        Defendants.            )
_____
```

VIDEOTAPED DEPOSITION OF JOHN BARES, a witness, called by the Plaintiff for examination, in accordance with the Federal Rules of Civil Procedure, taken by and before Tammie Elias, RPR and Notary Public in and for the Commonwealth of Pennsylvania, at the office of Reed Smith, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania, on Friday, June 16, 2017, commencing at 9:05 a.m.

JOB No. 2640097

PAGES 1 - 317

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:

 4     By: James D. Judah, Esq.

 5     jamesjudah@quinnenamuel.com

 6     QUINN EMANUEL
       50 California Street
 7     22nd Floor

 8     San Francisco, CA  94111
       415-875-6600 p
 9     415-875-6700 f

10

11   FOR THE DEFENDANTS:
       By: Michael Brille, Esq.
12     mbrille@bsfllp.com

13         Cain Norris, Esq.
       cnorris@bsfllp.com
14     BOIES SCHILLER FLEXNER, LLP
       1401 New York Avenue NW
15     Washington, DC  20005
       202-237-2727
16

17     By: Michelle Yang, Esq.
       myang@mofo.com
18     MORRISON FOERSTER
       2000 Pennsylvania Avenue, NW
19     Suite 6000
       Washington, DC  20006
20     202-887-1537 p
       202-887-0763 f
21

22     By: Aaron Bergstrom, Esq.
       abergstrom@uber.com
23     UBER
       415-533-7652
24
     ALSO PRESENT:
25     Matthew Rethage, Videographer
```

|    |    |                                                      |       |
|----|----|------------------------------------------------------|-------|
| 1  |    | Uber, what was his title?                            | 09:21a |
| 2  | A. | I don't know.                                        | 09:21a |
| 3  | Q. | When did Mr. Levandowski start working for           | 09:21a |
| 4  |    | Uber?                                                | 09:21a |
| 5  | A. | Can you clarify in what capacity?                    | 09:21a |
| 6  | Q. | Well, let's start with the earliest date             | 09:21a |
| 7  |    | Mr. Levandowski started working for Uber in          | 09:21a |
| 8  |    | any capacity?                                        | 09:22a |
| 9  | A. | So to my knowledge it would have been early          | 09:22a |
| 10 |    | May, late April to early May 2016, when he was       | 09:22a |
| 11 |    | consulting for the company.                          | 09:22a |
| 12 | Q. | And how long was Mr. Levandowski consulting          | 09:22a |
| 13 |    | for the company?                                     | 09:22a |
| 14 | A. | I believe from that period up through August         | 09:22a |
| 15 |    | 18th plus or minus a few days when Uber              | 09:22a |
| 16 |    | acquired his company and therefore he became         | 09:22a |
| 17 |    | an employee.                                         | 09:22a |
| 18 | Q. | What was Mr. Levandowski's title when he             | 09:22a |
| 19 |    | became an Uber employee?                             | 09:22a |
| 20 | A. | I don't know.                                        | 09:22a |
| 21 | Q. | Have you ever heard of Mr. Levandowski               | 09:22a |
| 22 |    | referred to as Uber's vice president of              | 09:22a |
| 23 |    | engineering?                                         | 09:22a |
| 24 | A. | Yes.                                                 | 09:22a |
| 25 | Q. | Was that his title at some point?                    | 09:22a |

```
                                                            Page 19
 1            week of May, yes, May of 2017.                 09:24a
 2    BY MR. JUDAH:                                          09:24a
 3    Q.      You referred earlier to consulting work        09:24a
 4            Mr. Levandowski did starting in late April,    09:24a
 5            early May 2016; is that correct?               09:24a
 6    A.      Correct.                                       09:24a
 7    Q.      Before that time, had Mr. Levandowski done any 09:24a
 8            work for Uber?                                 09:25a
 9    A.      Not that I'm aware of.                         09:25a
10    Q.      Can you elaborate on the consulting work       09:25a
11            Mr. Levandowski did between late April, early  09:25a
12            May and August 2016?                           09:25a
13    A.      It was quite comprehensive.  He would -- in    09:25a
14            his role he examined everything we were doing, 09:25a
15            from sensors to automotive OEM partners to     09:25a
16            software design, to mapping, to labeling,      09:25a
17            everything in the self-driving effort.         09:25a
18            Reviewed all of those pieces, gave comments    09:25a
19            and suggested, suggested change of direction,  09:25a
20            paths forward, how to improve what we were     09:25a
21            doing and gain higher speed.                   09:26a
22    Q.      Was Mr. Levandowski's consulting work, that    09:26a
23            included Lidar; correct?                       09:26a
24    A.      Yes.  Yes, it did.  ███████████████████        09:26a
25            ████████████████████████████                   09:26a
```

|     |     |                                                          |        |
|----:|-----|----------------------------------------------------------|--------|
| 1   |     | 2016?                                                    | 11:10a |
| 2   | A.  | I was director and founder of ATC.                       | 11:10a |
| 3   | Q.  | So between January 2015 and roughly June 2016            | 11:10a |
| 4   |     | --                                                       | 11:11a |
| 5   | A.  | Correct.                                                 | 11:11a |
| 6   | Q.  | -- you were director and founder of ATC?                 | 11:11a |
| 7   | A.  | Correct.                                                 | 11:11a |
| 8   | Q.  | What were your responsibilities in that                  | 11:11a |
| 9   |     | capacity?                                                | 11:11a |
| 10  | A.  | Well, to put it in context, ATC at that time             | 11:11a |
| 11  |     | of decision by Travis, myself, Jeff Holden,              | 11:11a |
| 12  |     | that ATC would be what I think of as a                   | 11:11a |
| 13  |     | semi-autonomous unit, autonomous not related             | 11:11a |
| 14  |     | to car technology.  A very separate unit from            | 11:11a |
| 15  |     | the main Uber company, so my responsibilities            | 11:11a |
| 16  |     | were everything.  We did our own real estate,            | 11:11a |
| 17  |     | we did our own recruiting, staffing, hiring.             | 11:11a |
| 18  |     | Virtually much like a startup company, though            | 11:11a |
| 19  |     | obviously we didn't have to fundraise, but               | 11:11a |
| 20  |     | responsibilities covered everything from real            | 11:11a |
| 21  |     | estate to technical design reviews.                      | 11:11a |
| 22  | Q.  | Did Uber have any footprint in Pittsburgh                | 11:11a |
| 23  |     | before the founding of ATC?                              | 11:11a |
| 24  | A.  | No.  Other than Uber service, car service.               | 11:11a |
| 25  | Q.  | So I take it that the number of people                   | 11:12a |

```
 1   COMMONWEALTH OF PENNSYLVANIA)        CERTIFICATE
 2   COUNTY OF INDIANA            )   SS:
 3        I, Tammie Elias, RPR and Notary Public in and
 4   for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, JOHN BARES, was by me
 6   first duly sworn to testify to the truth; that the
 7   foregoing deposition was taken at the time and place
 8   stated herein; and that the said deposition was
 9   recorded stenographically by me and then reduced to
10   printing under my direction, and constitutes a true
11   record of the testimony given by said witness.
12         I further certify that the inspection, reading
13   and signing of said deposition were NOT waived by
14   counsel for the respective parties and by the
15   witness.
16         I further certify that I am not a relative or
17   employee of any of the parties, or a relative or
18   employee of either counsel, and that I am in no way
19   interested directly or indirectly in this action.
20         IN WITNESS WHEREOF, I have hereunto set my
21   hand and affixed my seal of office this 19th day of
22   June, 2017.
23
24                  <%signature%>
                    _____
25                  Notary Public
```