# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO, LLC,                      )

      Plaintiffs,       )

      - vs -             ) Case  No.

UBER TECHNOLOGIES, INC.,   ) 3:17-cv-00939

OTTOMOTTO LLC; OTTO          )

TRUCKING, LLC,                 )

      Defendants.       )

_____


    VIDEOTAPED DEPOSITION OF JOHN BARES,

a witness, called by the Plaintiff for examination,

in accordance with the Federal Rules of Civil

Procedure, taken by and before Tammie Elias, RPR and

Notary Public in and for the Commonwealth of

Pennsylvania, at the office of Reed Smith, 225 Fifth

Avenue, Suite 1200, Pittsburgh, Pennsylvania, on

Friday, June 16, 2017, commencing at 9:05 a.m.


JOB No. 2640097

PAGES 1 - 317

Page 2

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:

 4     By: James D. Judah, Esq.

 5     jamesjudah@quinnenamuel.com

 6     QUINN EMANUEL
       50 California Street
 7     22nd Floor

 8     San Francisco, CA  94111
       415-875-6600 p
 9     415-875-6700 f

10

11   FOR THE DEFENDANTS:
       By: Michael Brille, Esq.
12     mbrille@bsfllp.com

13         Cain Norris, Esq.
       cnorris@bsfllp.com
14     BOIES SCHILLER FLEXNER, LLP
       1401 New York Avenue NW
15     Washington, DC  20005
       202-237-2727
16

17     By: Michelle Yang, Esq.
       myang@mofo.com
18     MORRISON FOERSTER
       2000 Pennsylvania Avenue, NW
19     Suite 6000
       Washington, DC  20006
20     202-887-1537 p
       202-887-0763 f
21

22     By: Aaron Bergstrom, Esq.
       abergstrom@uber.com
23     UBER
       415-533-7652
24
     ALSO PRESENT:
25     Matthew Rethage, Videographer
```

Page 17

1        Uber, what was his title?                        09:21a

2    A.  I don't know.                                    09:21a

3    Q.  When did Mr. Levandowski start working for       09:21a

4        Uber?                                            09:21a

5    A.  Can you clarify in what capacity?                09:21a

6    Q.  Well, let's start with the earliest date         09:21a

7        Mr. Levandowski started working for Uber in      09:21a

8        any capacity?                                    09:22a

9    A.  So to my knowledge it would have been early      09:22a

10       May, late April to early May 2016, when he was   09:22a

11       consulting for the company.                      09:22a

12   Q.  And how long was Mr. Levandowski consulting      09:22a

13       for the company?                                 09:22a

14   A.  I believe from that period up through August     09:22a

15       18th plus or minus a few days when Uber          09:22a

16       acquired his company and therefore he became     09:22a

17       an employee.                                     09:22a

18   Q.  What was Mr. Levandowski's title when he         09:22a

19       became an Uber employee?                         09:22a

20   A.  I don't know.                                    09:22a

21   Q.  Have you ever heard of Mr. Levandowski           09:22a

22       referred to as Uber's vice president of          09:22a

23       engineering?                                      09:22a

24   A.  Yes.                                             09:22a

25   Q.  Was that his title at some point?                09:22a

```
 1          week of May, yes, May of 2017.              09:24a

 2   BY MR. JUDAH:                                      09:24a

 3   Q.   You referred earlier to consulting work       09:24a

 4        Mr. Levandowski did starting in late April,   09:24a

 5        early May 2016; is that correct?              09:24a

 6   A.   Correct.                                      09:24a

 7   Q.   Before that time, had Mr. Levandowski done any 09:24a

 8        work for Uber?                                09:25a

 9   A.   Not that I'm aware of.                        09:25a

10   Q.   Can you elaborate on the consulting work      09:25a

11        Mr. Levandowski did between late April, early 09:25a

12        May and August 2016?                          09:25a

13   A.   It was quite comprehensive.  He would -- in   09:25a

14        his role he examined everything we were doing, 09:25a

15        from sensors to automotive OEM partners to    09:25a

16        software design, to mapping, to labeling,     09:25a

17        everything in the self-driving effort.        09:25a

18        Reviewed all of those pieces, gave comments   09:25a

19        and suggested, suggested change of direction, 09:25a

20        paths forward, how to improve what we were    09:25a

21        doing and gain higher speed.                  09:26a

22   Q.   Was Mr. Levandowski's consulting work, that   09:26a

23        included Lidar; correct?                      09:26a

24   A.   Yes.  Yes, it did.  ███████████████           09:26a

25        ███████████████████████████████              09:26a
```

Page 91

| | | | |
|---|---|---|---|
| 1 | | 2016? | 11:10a |
| 2 | A. | I was director and founder of ATC. | 11:10a |
| 3 | Q. | So between January 2015 and roughly June 2016 | 11:10a |
| 4 | | -- | 11:11a |
| 5 | A. | Correct. | 11:11a |
| 6 | Q. | -- you were director and founder of ATC? | 11:11a |
| 7 | A. | Correct. | 11:11a |
| 8 | Q. | What were your responsibilities in that | 11:11a |
| 9 | | capacity? | 11:11a |
| 10 | A. | Well, to put it in context, ATC at that time | 11:11a |
| 11 | | of decision by Travis, myself, Jeff Holden, | 11:11a |
| 12 | | that ATC would be what I think of as a | 11:11a |
| 13 | | semi-autonomous unit, autonomous not related | 11:11a |
| 14 | | to car technology.  A very separate unit from | 11:11a |
| 15 | | the main Uber company, so my responsibilities | 11:11a |
| 16 | | were everything.  We did our own real estate, | 11:11a |
| 17 | | we did our own recruiting, staffing, hiring. | 11:11a |
| 18 | | Virtually much like a startup company, though | 11:11a |
| 19 | | obviously we didn't have to fundraise, but | 11:11a |
| 20 | | responsibilities covered everything from real | 11:11a |
| 21 | | estate to technical design reviews. | 11:11a |
| 22 | Q. | Did Uber have any footprint in Pittsburgh | 11:11a |
| 23 | | before the founding of ATC? | 11:11a |
| 24 | A. | No.  Other than Uber service, car service. | 11:11a |
| 25 | Q. | So I take it that the number of people | 11:12a |

Page 317

1  COMMONWEALTH OF PENNSYLVANIA)      CERTIFICATE

2  COUNTY OF INDIANA            )      SS:

3      I, Tammie Elias, RPR and Notary Public in and

4  for the Commonwealth of Pennsylvania, do hereby

5  certify that the witness, JOHN BARES, was by me

6  first duly sworn to testify to the truth; that the

7  foregoing deposition was taken at the time and place

8  stated herein; and that the said deposition was

9  recorded stenographically by me and then reduced to

10  printing under my direction, and constitutes a true

11  record of the testimony given by said witness.

12      I further certify that the inspection, reading

13  and signing of said deposition were NOT waived by

14  counsel for the respective parties and by the

15  witness.

16      I further certify that I am not a relative or

17  employee of any of the parties, or a relative or

18  employee of either counsel, and that I am in no way

19  interested directly or indirectly in this action.

20      IN WITNESS WHEREOF, I have hereunto set my

21  hand and affixed my seal of office this 19th day of

22  June, 2017.

23

24              <%signature%>
               _____
25              Notary Public