# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO, LLC,                    )
      Plaintiffs,          )
      - vs -               ) Case  No.
UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939
OTTOMOTTO LLC; OTTO            )
TRUCKING, LLC,                 )
      Defendants.          )
_____

VIDEOTAPED DEPOSITION OF JOHN BARES, a witness, called by the Plaintiff for examination, in accordance with the Federal Rules of Civil Procedure, taken by and before Tammie Elias, RPR and Notary Public in and for the Commonwealth of Pennsylvania, at the office of Reed Smith, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania, on Friday, June 16, 2017, commencing at 9:05 a.m.

JOB No. 2640097

PAGES 1 - 317

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:

 4      By: James D. Judah, Esq.

 5      jamesjudah@quinnenamuel.com

 6      QUINN EMANUEL
        50 California Street
 7      22nd Floor

 8      San Francisco, CA   94111
        415-875-6600 p
 9      415-875-6700 f

10

11   FOR THE DEFENDANTS:
        By: Michael Brille, Esq.
12      mbrille@bsfllp.com

13          Cain Norris, Esq.
        cnorris@bsfllp.com
14      BOIES SCHILLER FLEXNER, LLP
        1401 New York Avenue NW
15      Washington, DC   20005
        202-237-2727

16

17      By: Michelle Yang, Esq.
        myang@mofo.com
18      MORRISON FOERSTER
        2000 Pennsylvania Avenue, NW
19      Suite 6000
        Washington, DC   20006
20      202-887-1537 p
        202-887-0763 f

21

22      By: Aaron Bergstrom, Esq.
        abergstrom@uber.com
23      UBER
        415-533-7652

24
     ALSO PRESENT:
25      Matthew Rethage, Videographer
```

|   |    |                                                              |        |
|---|----|--------------------------------------------------------------|--------|
| 1 |    | Uber, what was his title?                                    | 09:21a |
| 2 | A. | I don't know.                                                | 09:21a |
| 3 | Q. | When did Mr. Levandowski start working for                   | 09:21a |
| 4 |    | Uber?                                                        | 09:21a |
| 5 | A. | Can you clarify in what capacity?                            | 09:21a |
| 6 | Q. | Well, let's start with the earliest date                     | 09:21a |
| 7 |    | Mr. Levandowski started working for Uber in                  | 09:21a |
| 8 |    | any capacity?                                                | 09:22a |
| 9 | A. | So to my knowledge it would have been early                  | 09:22a |
| 10 |   | May, late April to early May 2016, when he was               | 09:22a |
| 11 |   | consulting for the company.                                  | 09:22a |
| 12 | Q. | And how long was Mr. Levandowski consulting                 | 09:22a |
| 13 |   | for the company?                                             | 09:22a |
| 14 | A. | I believe from that period up through August               | 09:22a |
| 15 |   | 18th plus or minus a few days when Uber                      | 09:22a |
| 16 |   | acquired his company and therefore he became                 | 09:22a |
| 17 |   | an employee.                                                 | 09:22a |
| 18 | Q. | What was Mr. Levandowski's title when he                    | 09:22a |
| 19 |   | became an Uber employee?                                     | 09:22a |
| 20 | A. | I don't know.                                                | 09:22a |
| 21 | Q. | Have you ever heard of Mr. Levandowski                      | 09:22a |
| 22 |   | referred to as Uber's vice president of                      | 09:22a |
| 23 |   | engineering?                                                 | 09:22a |
| 24 | A. | Yes.                                                         | 09:22a |
| 25 | Q. | Was that his title at some point?                           | 09:22a |

| | | | |
|---|---|---|---|
| 1 | | week of May, yes, May of 2017. | 09:24a |
| 2 | BY MR. JUDAH: | | 09:24a |
| 3 | Q. | You referred earlier to consulting work | 09:24a |
| 4 | | Mr. Levandowski did starting in late April, | 09:24a |
| 5 | | early May 2016; is that correct? | 09:24a |
| 6 | A. | Correct. | 09:24a |
| 7 | Q. | Before that time, had Mr. Levandowski done any | 09:24a |
| 8 | | work for Uber? | 09:25a |
| 9 | A. | Not that I'm aware of. | 09:25a |
| 10 | Q. | Can you elaborate on the consulting work | 09:25a |
| 11 | | Mr. Levandowski did between late April, early | 09:25a |
| 12 | | May and August 2016? | 09:25a |
| 13 | A. | It was quite comprehensive.  He would -- in | 09:25a |
| 14 | | his role he examined everything we were doing, | 09:25a |
| 15 | | from sensors to automotive OEM partners to | 09:25a |
| 16 | | software design, to mapping, to labeling, | 09:25a |
| 17 | | everything in the self-driving effort. | 09:25a |
| 18 | | Reviewed all of those pieces, gave comments | 09:25a |
| 19 | | and suggested, suggested change of direction, | 09:25a |
| 20 | | paths forward, how to improve what we were | 09:25a |
| 21 | | doing and gain higher speed. | 09:26a |
| 22 | Q. | Was Mr. Levandowski's consulting work, that | 09:26a |
| 23 | | included Lidar; correct? | 09:26a |
| 24 | A. | Yes.  Yes, it did.  [REDACTED] | 09:26a |
| 25 | | [REDACTED] | 09:26a |

Page 91

| | | | |
|---|---|---|---|
| 1 | | 2016? | 11:10a |
| 2 | A. | I was director and founder of ATC. | 11:10a |
| 3 | Q. | So between January 2015 and roughly June 2016 | 11:10a |
| 4 | | -- | 11:11a |
| 5 | A. | Correct. | 11:11a |
| 6 | Q. | -- you were director and founder of ATC? | 11:11a |
| 7 | A. | Correct. | 11:11a |
| 8 | Q. | What were your responsibilities in that | 11:11a |
| 9 | | capacity? | 11:11a |
| 10 | A. | Well, to put it in context, ATC at that time | 11:11a |
| 11 | | of decision by Travis, myself, Jeff Holden, | 11:11a |
| 12 | | that ATC would be what I think of as a | 11:11a |
| 13 | | semi-autonomous unit, autonomous not related | 11:11a |
| 14 | | to car technology.  A very separate unit from | 11:11a |
| 15 | | the main Uber company, so my responsibilities | 11:11a |
| 16 | | were everything.  We did our own real estate, | 11:11a |
| 17 | | we did our own recruiting, staffing, hiring. | 11:11a |
| 18 | | Virtually much like a startup company, though | 11:11a |
| 19 | | obviously we didn't have to fundraise, but | 11:11a |
| 20 | | responsibilities covered everything from real | 11:11a |
| 21 | | estate to technical design reviews. | 11:11a |
| 22 | Q. | Did Uber have any footprint in Pittsburgh | 11:11a |
| 23 | | before the founding of ATC? | 11:11a |
| 24 | A. | No.  Other than Uber service, car service. | 11:11a |
| 25 | Q. | So I take it that the number of people | 11:12a |

1  COMMONWEALTH OF PENNSYLVANIA)        CERTIFICATE

2  COUNTY OF INDIANA            )    SS:

3       I, Tammie Elias, RPR and Notary Public in and

4  for the Commonwealth of Pennsylvania, do hereby

5  certify that the witness, JOHN BARES, was by me

6  first duly sworn to testify to the truth; that the

7  foregoing deposition was taken at the time and place

8  stated herein; and that the said deposition was

9  recorded stenographically by me and then reduced to

10 printing under my direction, and constitutes a true

11 record of the testimony given by said witness.

12      I further certify that the inspection, reading

13 and signing of said deposition were NOT waived by

14 counsel for the respective parties and by the

15 witness.

16      I further certify that I am not a relative or

17 employee of any of the parties, or a relative or

18 employee of either counsel, and that I am in no way

19 interested directly or indirectly in this action.

20      IN WITNESS WHEREOF, I have hereunto set my

21 hand and affixed my seal of office this 19th day of

22 June, 2017.

23

24              <%signature%>
                _____
25              Notary Public