1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>              Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO OTTO TRUCKING LLC'S REQUEST FOR PERMISSION TO FILE A MOTION FOR SUMMARY JUDGMENT** |
|---|---|

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2  certain information in its June 28 Response to Otto Trucking LLC's Request for Permission to File

3  a Motion for Summary Judgment ("Waymo's Administrative Motion").

4    Having considered Waymo's Administrative Motion, and good cause to seal having been

5  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the

6  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Response | Highlighted in Blue |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge