1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO THE COURT'S ORDER OF CONFERENCE TO FRAME *IN LIMINE* MOTIONS (DKT. 664)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions of its Response to the Court's Order of Conference to Frame *in Limine* Motions (Dkt. 664)
3 ("Administrative Motion").

4    Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Response | Portions highlighted in blue | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge