NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

BRETT SCHUMAN (SBN 189247)
bschuman@goodwinlaw.com
SHANE BRUN (SBN 179079)
sbrun@goodwinlaw.com
RACHEL M. WALSH (SBN 250568)
rwalsh@goodwinlaw.com
HAYES P. HYDE (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

HONG-AN VU (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: (213) 426-2500
Fax.: (213) 623-1673

Attorneys for Defendant: Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF HONG-AN VU**<br><br>Courtroom: 8 - 19th Floor<br>Judge: Hon. William Alsup |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Pursuant to Civil Local Rules 5-1, Hong-An Vu of Goodwin Procter LLP, 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017, Telephone 213.426.2500, hereby enters her appearance in the above-captioned matter as counsel of record for Defendant Otto Trucking LLC and requests that all notices, pleadings, and orders entered in this matter be sent to her.

Dated:   June 28, 2017                    Respectfully submitted,

By:   /s/   Hong-An Vu
HONG-AN VU (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**

NEEL CHATTERJEE (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA  94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

BRETT SCHUMAN (SBN 189247)
*bschuman@goodwinlaw.com*
SHANE BRUN (SBN 179079)
*sbrun@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*rwalsh@goodwinlaw.com*
HAYES P. HYDE (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 28, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June 2017.

/s/ Hong-An Vu
Hong-An Vu