NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
JAMES LIN (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

BRETT SCHUMAN (SBN 189247)
bschuman@goodwinlaw.com
SHANE BRUN (SBN 179079)
sbrun@goodwinlaw.com
RACHEL M. WALSH (SBN 250568)
rwalsh@goodwinlaw.com
HAYES P. HYDE (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

HONG-AN VU (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426-2500
Fax.: + 213 623-1673

Attorneys for Defendant: Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF JAMES LIN**<br><br>Courtroom: 8 - 19th Floor<br>Judge: Hon. William Alsup |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Civil Local Rules 5-1, James Lin of Goodwin Procter LLP, 135 Commonwealth Drive, Menlo Park, CA 94025-1105, Telephone 650.752.3100, hereby enters his appearance in the above-captioned matter as counsel of record for Defendant Otto Trucking LLC and requests that all notices, pleadings, and orders entered in this matter be sent to him.

Dated:  June 28, 2017                    Respectfully submitted,

By: /s/   *James Lin*
    JAMES LIN (SBN 310440)
    *jlin@goodwinlaw.com*
    **GOODWIN PROCTER LLP**

    NEEL CHATTERJEE (SBN 173985)
    *nchatterjee@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
    135 Commonwealth Drive
    Menlo Park, CA  94025
    Tel.: +1 650 752 3100
    Fax.: +1 650 853 1038

    BRETT SCHUMAN (SBN 189247)
    *bschuman@goodwinlaw.com*
    SHANE BRUN (SBN 179079)
    *sbrun@goodwinlaw.com*
    RACHEL M. WALSH (SBN 250568)
    *rwalsh@goodwinlaw.com*
    HAYES P. HYDE (SBN 308031)
    *hhyde@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center
    San Francisco, California 94111
    Tel.: +1 415 733 6000
    Fax.: +1 415 677 9041

    HONG-AN VU (SBN 266268)
    *hvu@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
    601 S. Figueroa Street, 41st Floor
    Los Angeles, CA  90017
    Tel.: +1 213 426-2500
    Fax.: + 213 623-1673

    Attorneys for Defendant
    Otto Trucking LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 28, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 28$_{th}$ day of June 2017.

/s/ *James Lin*
JAMES LIN