1  ANGELA L. PADILLA (CA SBN 154863)
   angela.padilla@uber.com
2  NICOLE T. BARTOW (CA SBN 189655)
   nbartow@uber.com
3  AARON BERGSTROM (CA SBN 264751)
   abergstrom@uber.com
4  UBER TECHNOLOGIES, INC.
   1455 Market Street
5  San Francisco, California 94103
   Telephone: (415) 533-7652
6

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
8  and OTTOMOTTO LLC

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  WAYMO LLC,                          Case No.    3:17-cv-00939-WHA

14              Plaintiff,              **NOTICE OF APPEARANCE BY
                                        ANGELA L. PADILLA**
15       v.

16  UBER TECHNOLOGIES, INC.,
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
17
                Defendants.
18

1  TO:   ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that attorney Angela L. Padilla of Uber Technologies, Inc., a member of the State Bar of California (CA SBN 154863) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned case.

> Angela L. Padilla
> Uber Technologies, Inc.
> 1455 Market Street
> San Francisco, California 94103
> Telephone: 650.380.8432
> Email: angela.padilla@uber.com

Dated: June 28, 2017                    UBER TECHNOLOGIES, INC.

                                        By:  */s/ Angela L. Padilla*
                                             ANGELA L. PADILLA

                                             Attorneys for Defendants
                                             UBER TECHNOLOGIES, INC.
                                             and OTTOMOTTO LLC