ANGELA L. PADILLA (CA SBN 154863)
angela.padilla@uber.com
NICOLE T. BARTOW (CA SBN 189655)
nbartow@uber.com
AARON BERGSTROM (CA SBN 264751)
abergstrom@uber.com
UBER TECHNOLOGIES, INC.
1455 Market Street
San Francisco, California 94103
Telephone: (415) 533-7652

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY NICOLE T. BARTOW** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  TO:  ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that attorney Nicole T. Bartow of Uber Technologies, Inc., a

3  member of the State Bar of California (CA SBN 189655) and admitted to practice before this

4  Court, and whose contact information appears below, hereby enters an appearance as an attorney

5  of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned

6  case.

        Nicole T. Bartow
        Uber Technologies, Inc.
        1455 Market Street
        San Francisco, California  94103
        Telephone:  (415) 533-7652
        Email:  nbartow@uber.com

Dated: June 28, 2017                              UBER TECHNOLOGIES, INC.

                                              By:  */s/ Nicole T. Bartow*
                                                    NICOLE T. BARTOW

                                                    Attorneys for Defendants
                                                    UBER TECHNOLOGIES, INC.
                                                      and OTTOMOTTO LLC