# EXHIBIT A

**From:** Checov, Martin S. [mailto:mchecov@omm.com]
**Sent:** Wednesday, June 14, 2017 3:25 PM
**To:** Kramer, Brian M.
**Subject:** Waymo v. Uber -- Uber Request for Interview Re Anthony Levandowski [RESPONSE REQUESTED]

- External Email -

Mr. Kramer:

I am responding in my capacity as General Counsel of O'Melveny & Myers LLP to messages you sent to my partners, Paul Sieben (as set forth below) and Eric Amdursky, and to Kyle Uhlman and perhaps others at our Firm who have not yet reached out to me.

I am charged with the representation of attorneys or other employees of O'Melveny in connection with the matters raised below. Any further communication on your part with such individuals in regard to those matters should be conducted exclusively through me.

As you may know, Google is a current client of O'Melveny. Since the ethical rules generally preclude a firm from assisting a client in a matter adverse to a second, current client, we have concluded that our lawyers are not in a position to voluntarily assist you with your inquiry without the informed written consent of Google.

We do not represent Google in relation to the litigation discussed below, so would appreciate your making the appropriate contacts and providing us with written confirmation that Google consents to our lawyers honoring your requests.

If that is not feasible, we may be unable to assist you with inquiries of this nature except in response to the compulsory process of a subpoena. If one or more subpoena is forthcoming, please contact me to discuss the acceptance of service.

Thank you,
Martin

*Martin S. Checov*
mchecov@omm.com

1

O: +1-415-984-8713

# O'Melveny

O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** "Kramer, Brian M." <BMKramer@mofo.com>
**Date:** June 13, 2017 at 11:47:17 PM PDT
**To:** "'psieben@omm.com'" <psieben@omm.com>
**Cc:** "Rivera, Sylvia" <SRivera@mofo.com>, "Ray, Wendy J." <WRay@mofo.com>, "Park, Julie Y." <JuliePark@mofo.com>, "Balassone, Elizabeth" <EBalassone@mofo.com>, "Martinez, Brian" <BrianMartinez@mofo.com>, "Elemen, Nicole M." <NElemen@mofo.com>, "Sheehan, Rose B." <RSheehan@mofo.com>
**Subject: Waymo v. Uber -- Uber Request for Interview Re Anthony Levandowski [RESPONSE REQUESTED]**

Dear Paul:

As you are probably aware, Uber Technologies, Inc. ("Uber") has been defending a lawsuit brought by Waymo LLC ("Waymo"), an affiliate of Google Inc., pertaining to our self-driving car technology. On May 11, 2017, Judge William Alsup issued an order (the "Order"). In general, the Order instructs Uber to take a number of steps in connection with certain files Anthony Levandowski allegedly downloaded ("downloaded materials") from Waymo before leaving his employment there, and to inform our suppliers, consultants, and customers of such steps.

As part of Uber's compliance with the Order, it is seeking, interviewing, and identifying every person who falls in two categories: 1) those who have seen or heard the downloaded materials, or 2) those who have had communications with Anthony Levandowski in which he mentioned LiDAR. A separate court protocol inquires whether Uber interviewed "every person on any of Defendants' privilege logs" to find people who fall in either of those two categories. Your name appears on at least one of our privilege logs. Accordingly, Uber would like to interview you as part

2

of our compliance efforts.  Please let me know when you are available this week to speak with me or someone on my team.  Uber would greatly appreciate your prompt assistance with this matter, as we have to compile our interview results before June 23.

Best regards,

Brian M. Kramer
Counsel for Uber


Brian M. Kramer | **Morrison & Foerster LLP**
12531 High Bluff Drive | San Diego, CA  92130
Phone: (858) 314-5415
Fax: (858) 720-5125
Email: BMKramer@mofo.com


==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

**From:** David Perlson [mailto:davidperlson@quinnemanuel.com]
**Sent:** Friday, June 16, 2017 2:32 PM
**To:** Ray, Wendy J.; QE-Waymo; jcooper@fbm.com; MCate@fbm.com
**Cc:** UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com)
**Subject:** RE: Waymo/Uber - PR compliance/OMM

- External Email -

Wendy, as we noted in relation to Otto Trucking's request regarding O'Melveny and Myers, Waymo does not think it is appropriate for Defendants to be asking Waymo to orchestrate a conflict waiver here. This is an issue you should be addressing with OMM to comply with Defendants' obligations under the PI Order, not us.

David

**From:** Ray, Wendy J. [mailto:WRay@mofo.com]
**Sent:** Thursday, June 15, 2017 2:28 PM
**To:** David Perlson <davidperlson@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; jcooper@fbm.com; MCate@fbm.com
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>
**Subject:** Waymo/Uber - PR compliance/OMM

Dear David,

As part of Uber's efforts to comply with the requirements of Items Nos. 4 and 5 of the Court's May 11, 2017 Provisional Relief order ("PR Order"), Uber has attempted to conduct interviews with lawyers from O'Melveny & Myers who appear on Uber's privilege logs. O'Melveny's general counsel, Martin S. Checov, informed MoFo that because Google is a client of O'Melveny, its lawyers cannot voluntarily assist Uber with its inquiry without the informed written consent of

1

Google. Would you please respond to this email, noting that O'Melveny lawyers Eric Amdursky, Paul Sieben, Andy Trafford, and Kyle Uhlman may provide Uber with information necessary to comply with the requirements of Items Nos. 4 and 5 of the Court's PR Order?

Best regards,

Wendy

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.