MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DEFENDANTS' AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") amend their administrative motion for an order to file under seal Exhibits to Their Motion to Compel Responses to Interrogatories and Production of Documents (Dkt. 684).[1]  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1A | Highlighted Portions | Plaintiff |
| Exhibit 3 | Entire Document | Plaintiff |
| Exhibit 6 | Entire Document | Plaintiff |
| Exhibit 15 | Highlighted Portions | Defendants |
| Exhibit 18 | Entire Document | Plaintiff |
| Exhibit 21 | Highlighted Portions | Plaintiff |

Exhibit 1A is Uber's First Set of Requests for Production, and the highlighted portions of Exhibit 1A contain technical information designated by Waymo as either confidential or highly confidential.  (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

Exhibit 3 is Waymo's Responses to Uber's First Set of Requests for Production.  These Responses were designated "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order.  (Yang Decl. ¶ 3.)

Exhibit 6 is Waymo's Responses to Uber's First set of Interrogatories, which was likewise designated "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order. (Yang Decl. ¶ 4.)

The highlighted portions of Exhibit 15 contain the email address of a high-ranking company executive.  Defendants seek to seal this information in order to protect the privacy of

---

[1] This Amended Administrative Motion has been revised from the original (Dkt. 684) only with respect to Exhibit 15, in order to narrow Defendants' request for sealing.

1  this executive, as prominent individuals at a company are currently the subject of extensive media
2  coverage.  Disclosure of this information for such high-ranking executives could expose them to
3  harm or harassment.  (Yang Decl. ¶ 5.)

4        Exhibit 18 is an internal Google presentation.  This presentation has been designated as
5  "Highly Confidential – Attorneys' Eyes Only" by Waymo.  (Yang Decl. ¶ 6.)

6        Exhibit 21 is Waymo's Third Set of Requests for Production to Uber.  The highlighted
7  portions of Exhibit 21 have been designated as "Highly Confidential – Attorneys' Eyes Only" by
8  Waymo.  (Yang Decl. ¶ 7.)

9        Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
10  documents at issue, with accompanying chamber copies.

11        Defendants served Waymo with this Administrative Motion to File Documents Under
12  Seal on June 28, 2017.

13        For the foregoing reasons, Defendants request that the Court enter the accompanying
14  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
15  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
16  ATTORNEYS' EYES ONLY."

17  Dated: June 28, 2017                    MORRISON & FOERSTER LLP

19                                           By:  */s/Arturo J. González*
                                               ARTURO J. GONZÁLEZ

                                             Attorneys for Defendants
                                             UBER TECHNOLOGIES, INC.,
                                             OTTOMOTTO LLC, and OTTO
                                             TRUCKING LLC