MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

Case No. 3:17-cv-00939-WHA

**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Amended Administrative Motion to File Under Seal Exhibits to their Motion to Compel Responses to Interrogatories and Production of Documents (Dkt. 684).[1]

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1A | Highlighted Portions | Plaintiff |
| Exhibit 3 | Entire Document | Plaintiff |
| Exhibit 6 | Entire Document | Plaintiff |
| Exhibit 15 | Highlighted Portions | Defendants |
| Exhibit 18 | Entire Document | Plaintiff |
| Exhibit 21 | Highlighted Portions | Plaintiff |

3. Exhibit 1A is Uber's First Set of Requests for Production, and Exhibit 3 is Waymo's Responses to these Requests for Production. I understand that the highlighted portions of Exhibit 1A contain technical information designated by Waymo as either confidential or highly confidential. Exhibit 3 was designated by Waymo as "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order.

4. Exhibit 6 is Waymo's Responses to Uber's First set of Interrogatories, which was likewise designated "Highly Confidential – Attorneys' Eyes Only" by Waymo under the Protective Order.

[1] This Amended Declaration has been revised from the original (Dkt. 684-1) only with respect to Exhibit 15, in order to narrow Defendants' request for sealing.

5. The highlighted portions of Exhibit 15 contain the email address of a high-ranking company executive. Defendants seek to seal this information in order to protect the privacy of this executive, as prominent individuals at a company are currently the subject of extensive media coverage. Disclosure of this information for such high-ranking executives could expose them to harm or harassment.

6. Exhibit 18 is an internal Google presentation regarding competition. This presentation has been designated as "Highly Confidential – Attorneys' Eyes Only" by Waymo.

7. Exhibit 21 is Waymo's Third Set of Requests for Production to Uber. The highlighted portions of Exhibit 21 have been designated as "Highly Confidential – Attorneys' Eyes Only" by Waymo.

8. Defendants' request to seal is narrowly tailored to the specific exhibits attached to Defendants' Motion to Compel that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June, 2017 at Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: June 28, 2017

*/s/ Arturo J. González*
Arturo J. González