IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING OTTO TRUCKING'S REQUEST FOR PERMISSION TO MOVE FOR SUMMARY JUDGMENT**

The Court has reviewed defendant Otto Trucking LLC's request for permission to move for summary judgment (Dkt. No. 733) and plaintiff Waymo LLC's response thereto (Dkt. No. 752). The request is **DENIED** as premature given that the evidentiary record remains subject to significant change pending resolution of a multitude of ongoing discovery disputes, including defendants' continuing efforts to resist discovery via claims of privilege. This denial is without prejudice to Otto Trucking renewing its request after the close of fact discovery.

**IT IS SO ORDERED.**

Dated: June 29, 2017.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE