MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>            Plaintiff, <br><br>     v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br>            Defendants. | Case No.: 3:17-cv-00939-WHA <br><br> **ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL OF ORDER AT DOCKET NO. 745** |

Notice is hereby given that Anthony Levandowski, intervenor in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the district court's order denying Mr. Levandowski's Motion for Relief From Judge Corley's Nondispositive Pretrial Order re Subpoena to Stroz Friedberg entered in this action on June 27, 2017 (Dkt. No. 745).

Date:     June 29, 2017                                     Respectfully submitted,


/s/
Miles Ehrlich
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 548-3600
Fax: (510) 291-3060

miles@ramsey-ehrlich.com
izzy@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

*Counsel for Intervenor Anthony Levandowski*