Case 3:17-cv-00939-WHA Document 765 Filed 06/29/17 Page 1 of 2

MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939-WHA |
| Plaintiff, | |
| v. | **ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL OF ORDER AT DOCKET NO. 745** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL (DKT. NO. 745)
Case No.: 3:17-cv-00939-WHA

Case 3:17-cv-00939-WHA   Document 765-2   Filed 06/29/17   Page 2 of 2

1    Notice is hereby given that Anthony Levandowski, intervenor in the above-captioned

2  case, appeals to the United States Court of Appeals for the Federal Circuit from the district

3  court's order denying Mr. Levandowski's Motion for Relief From Judge Corley's Nondispositive

4  Pretrial Order re Subpoena to Stroz Friedberg entered in this action on June 27, 2017 (Dkt. No.

5  745).

6

7  Date:    June 29, 2017                   Respectfully submitted,

8

9                                           /s/

10                                          Miles Ehrlich
                                            Ismail Ramsey
11                                          Amy Craig
                                            Ramsey & Ehrlich LLP
12                                          803 Hearst Avenue
                                            Berkeley, CA 94710
13                                          Tel: (510) 548-3600
                                            Fax: (510) 291-3060
14

15                                          miles@ramsey-ehrlich.com
                                            izzy@ramsey-ehrlich.com
16                                          amy@ramsey-ehrlich.com

17                                          **Counsel for Intervenor Anthony**
18                                          **Levandowski**

19

20

21

22

23

24

25

26

27

28

ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL (DKT. NO. 745)
Case No.: 3:17-cv-00939-WHA