NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WAYMO LLC,**
*Plaintiff-Appellee*

v.

**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC,**
*Defendants*

**ANTHONY LEVANDOWSKI,**
*Defendant-Appellant*

_____

2017-2235, -2253
_____

Appeals from the United States District Court for the Northern District of California in No. 3:17-cv-00939-WHA.

_____

**ON MOTION**
_____

PER CURIAM.

**O R D E R**

Anthony Levandowski appeals from an order of the district court requiring production of allegedly privileged records. Mr. Levandowski moves to consolidate this

appeal with his closely related appeal, Appeal No. 2017-2235, and moves to stay production of the documents in question here pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate 2017-2235 and 2017-2253 is granted. The revised official caption is reflected above. Mr. Levandowski is directed to file only one opening brief/petition for a writ of mandamus. The briefing schedule set forth in this court's June 29, 2017 order in 2017-2235 shall remain in effect.

(2) Waymo LLC is directed to file a single response to the motions for a stay and Mr. Levandowski is directed to file a single reply. The briefing schedule for the motion for a stay set forth in this court's June 29, 2017 order in 2017-2235 shall remain in effect.

(3) The district court's order requiring production of the records in question in 2017-2253 is temporarily stayed pending this court's consideration of the motions papers.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32