QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO EXPEDITED INTERROGATORIES AND EXHIBITS THERETO (DKT. 748)** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Opposition to Waymo's Motion To Compel Production of Documents and Responses to Expedited Interrogatories and Exhibits Thereto (Dkt. 681-3) (the "Administrative Motion"). Waymo seeks an order sealing the following materials attached to the Administrative Motion:

| Document | Portions For Which Waymo Supports Sealing |
|---|---|
| Defendants' Opposition to Waymo's Motion to Compel ("Opposition") | Green Highlighted Portions Outlined in Red[1] |
| Exhibit 3 | Entire Document |

3. Specifically, the Opposition and Exhibit 3 contain or refer to trade secret and confidential business information, which Waymo seeks to seal.

4. Portions of the Opposition (outlined in red) and Exhibit 3 contain, reference, and/or describe Waymo's asserted trade secrets. The information Waymo seeks to seal includes reference to the development, confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. If such

---

[1] A version of Defendants' Opposition with Waymo's confidential and trade secret information outlined in red will be filed concurrently herewith.

1 information were made public, I understand that Waymo's competitive standing would be
2 significantly harmed.

3     5.    Waymo's request to seal is narrowly tailored to those portions of the Opposition and
4 Exhibit 3 that merit sealing.

6 I declare under penalty of perjury under the laws of the State of California and the United
7 States of America that the foregoing is true and correct, and that this declaration was executed in San
8 Francisco, California, on June 29, 2017.

By */s/ Lindsay Cooper*
    Lindsay Cooper
    Attorneys for WAYMO LLC

### SIGNATURE ATTESTATION

15 Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the
16 filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
    Charles K. Verhoeven