1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Lindsay Cooper (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12 | WAYMO LLC,                          | CASE NO. 3:17-cv-00939-WHA

13 |            Plaintiff,               | **DECLARATION OF PATRICK
                                           SCHMIDT IN SUPPORT OF PLAINTIFF
14 |      vs.                            | WAYMO LLC'S ADMINISTRATIVE
                                           MOTION TO FILE UNDER SEAL
15 | UBER TECHNOLOGIES, INC.;            | PORTIONS OF ITS MOTION FOR
     OTTOMOTTO LLC; OTTO TRUCKING          RELIEF FROM NON-DISPOSITIVE
16 | LLC,                                | PRETRIAL ORDER OF MAGISTRATE
                                           JUDGE**
17 |            Defendants.

18

19

20

21

22

23

24

25

26

27

28

I, Patrick Schmidt, declare as follows:

1.     I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.     I make this declaration in support of Waymo's Administrative Motion to File Under Seal portions of its June 29 Motion for Relief from Non-Dispositive Pretrial Order of the Magistrate Judge (the "Objections"), filed concurrently herewith (the "Administrative Motion").   The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Objections | Highlighted Portions | Defendants |

3.     The highlighted portions of Waymo's Response contains references to information that Defendants have designated as confidential and/or highly confidential.

4.     Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on June 29, 2017.


By */s/ Patrick Schmidt*
Patrick Schmidt
Attorney for WAYMO LLC


**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Patrick Schmidt.


*/s/ Charles K. Verhoeven*
Charles K. Verhoeven