| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 731)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

1  Upon consideration of Plaintiff Waymo LLC's ("Waymo") Motion for Relief from Non-
2 Dispositive Pretrial Order of the Magistrate Judge (Dkt. 731) pursuant to Local Rule 72-2, and
3 having given Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC an
4 opportunity to respond, the Court hereby GRANTS Waymo's Motion.

5  IT IS HEREBY ORDERED that Magistrate Judge Corley's June 26, 2017 Order re: Uber
6 Privilege Log (Dkt. 731) is VACATED, and Plaintiff Waymo's Motion To Compel Production Of
7 Withheld Documents (Dkt. 321) is hereby GRANTED as it pertains to the further relief requested in
8 Waymo's June 16, 2017 Letter Brief (Dkt. 637).

10  **IT IS SO ORDERED.**

12 Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge