UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 731)** |

1  Upon consideration of Plaintiff Waymo LLC's ("Waymo") Motion for Relief from Non-
2  Dispositive Pretrial Order of the Magistrate Judge (Dkt. 731) pursuant to Local Rule 72-2, and
3  having given Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC an
4  opportunity to respond, the Court hereby GRANTS Waymo's Motion.

5  IT IS HEREBY ORDERED that Magistrate Judge Corley's June 26, 2017 Order re: Uber
6  Privilege Log (Dkt. 731) is VACATED, and Plaintiff Waymo's Motion To Compel Production Of
7  Withheld Documents (Dkt. 321) is hereby GRANTED as it pertains to the further relief requested in
8  Waymo's June 16, 2017 Letter Brief (Dkt. 637).

10  **IT IS SO ORDERED.**

12  Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge