IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER SHORTENING TIME TO BRIEF WAYMO'S MOTION FOR RELIEF**

On June 26, Judge Jacqueline Corley issued an order regarding defendants' privilege log (Dkt. No. 731). Plaintiff Waymo LLC has filed a motion for relief from that order pursuant to Civil Local Rule 72 (Dkt. No. 779). The deadline for defendants to respond is advanced to **JULY 5 AT NOON**. Waymo may reply by **JULY 7 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE