MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939-WHA |
| Plaintiff, | **ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL OF ORDER AT DOCKET NO. 745** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

1  Notice is hereby given that Anthony Levandowski, intervenor in the above-captioned
2  case, appeals to the United States Court of Appeals for the Federal Circuit from the district
3  court's order denying Mr. Levandowski's Motion for Relief From Judge Corley's Nondispositive
4  Pretrial Order re Subpoena to Stroz Friedberg entered in this action on June 27, 2017 (Dkt. No.
5  745).

Date:   June 29, 2017                          Respectfully submitted,


/s/
Miles Ehrlich
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 548-3600
Fax: (510) 291-3060

miles@ramsey-ehrlich.com
izzy@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

*Counsel for Intervenor Anthony Levandowski*

2

ANTHONY LEVANDOWSKI'S NOTICE OF APPEAL (DKT. NO. 745)
Case No.: 3:17-cv-00939-WHA