# EXHIBIT 2

| From: | Andrea P Roberts |
|---|---|
| Sent: | Monday, June 26, 2017 5:08 PM |
| To: | John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com); UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GPOttoTruckingWaymo@goodwinlaw.com |
| Cc: | QE-Waymo |
| Subject: | Waymo v. Uber: Meet and Confer re Apex Depositions |

John and Counsel,

I write to follow up on today's meet and confer regarding Larry Page's deposition. On the meet and confer, Uber's counsel said that Uber wants to depose Larry Page to ask about side businesses (his and others) and ask about conversations he had with Levandowski. We pointed out that this seems to be the same basis for Uber having sought his deposition during PI discovery, and it was denied. Uber's counsel said that he was willing to try to obtain this information from other sources and take Page's deposition in August. Otto Trucking's counsel was not on the call and therefore has not stated any basis for seeking Page's deposition. As we explained, Larry Page is very busy and we cannot wait until August to brief the issue and schedule his deposition. Thus, we would like to set up a briefing schedule for this issue. We will plan to file an opening letter brief on Wednesday and have Defendants' response due on Friday.

In addition to Larry Page, Uber disclosed the following Google/Waymo apex witnesses on its Supplemental Initial Disclosures:

David Krane

Sergey Brin

Eric Schmidt

David Drummond

Otto Trucking also disclosed:

Sergey Brin

Eric Schmidt

Are Defendants planning to take the depositions of any of these witnesses? Although we don't think any of their depositions would be appropriate here under the apex doctrine as well, given that their schedules are extremely busy, we would like to nail down deposition dates for them and get a briefing schedule for a protective order in place for these witnesses too so that all such issues are resolved before their deposition dates. The chart below provides their available dates:

| Deponent | Available date |
|---|---|
| David Krane | 8/9 |
| Sergey Brin | 7/17 |
| Eric Schmidt | From 8 am – 12 pm on 7/12 |

1

| David Drummond | 7/17 |
|---|---|

Please promptly let us know if Defendants intend to pursue these depositions so that we can get a briefing schedule in place.  As noted above, with respect to Larry Page, Uber's counsel said that he needed additional time to make the decision as to whether to depose Page because he wanted to take other discovery first to see if information could be obtained with less burdensome means.  If Defendants need additional discovery before they can decide whether to take any of the depositions discussed in this email, please identify what discovery that is and their plan for taking it.

We would like to discuss this on our 10 am call tomorrow.

Thanks,

Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.