Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HAYES HYDE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO OTTO TRUCKING LLC'S REQUEST FOR PERMISSION TO FILE A MOTION FOR SUMMARY JUDGMENT** |

I, Hayes Hyde, declare as follows:

1. I am an attorney at the law firm of Goodwin Procter, LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Response to Otto Trucking's Request for Permission to File a Motion for Summary Judgment (the "Response") (Dkt. No. 752).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| **Document** | **Portions to Be Filed Under Seal** |
|---|---|
| Response | Highlighted Portions |

3. The highlighted portions (in blue) of the Response include highly confidential information regarding business agreement terms, including information about the structure of a business agreement that is not publicly known, and this information's confidentiality is strictly maintained. If this information were made public, Defendant's competitors and counterparties would have insight into how Defendant structures its business agreements, allowing them to modify their own business strategy. Defendant's competitive standing could be significantly harmed.

4. Defendant's request to seal is narrowly tailored to those portions of the Plaintiff's Motion and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of June, 2017 in San Francisco, California.

/s/ Hayes P. Hyde<br>Hayes P. Hyde

ACTIVE/91761532.1                                                          1
HYDE DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                                          CASE NO. 3:17-CV-00939

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 30, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June 2017.

/s/ Hayes P. Hyde
Hayes P. Hyde