QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 691)**<br><br>Re:  Dkt. No. 545 |

1    On June 22, 2017, the Court ordered (Dkt. No. 691) Waymo to file public versions of the
2 following documents:

- Letter Brief requesting production of an unredacted version of a letter sent from John Gardner to Stroz Friedberg, LLC (Dkt. No. 545-3); and
- Exhibit 3 thereto. (Dkt. No. 545-8.)

The Court so ordered after Uber did not timely file a declaration in support of Waymo's sealing motion, which sought to seal these documents "only because Defendants have designated the information confidential."  (Dkt. No. 545 at 2.)

Waymo hereby files public versions of the documents in issue.

DATED:  June 30, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for WAYMO LLC