QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 706)**<br><br>Re: Dkt. Nos. 627, 628 |

On June 23, 2017, the Court ordered (Dkt. No. 706) Waymo to file public versions of the following documents:

- Waymo's Letter Brief in Opposition to Anthony Levandowski's Motion to Quash the Subpoena to Stroz Friedberg (Dkt. No. 627-3)

The Court so ordered after Uber did not timely file a declaration in support of Waymo's sealing motion, which sought to seal these documents only because Defendants had designated them as confidential and/or confidential.  (Dkt. No. 627 at 2.)

Waymo hereby files public versions of the documents in issue.

DATED:  June 30, 2017           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC