
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT NO. 707)**<br><br>Re:  Dkt. Nos. 515, 526, 529 |

1  On June 23, 2017, the Court ordered (Dkt. No. 707) Waymo to file public versions of the following documents:

- Waymo's Opposition to Defendants' Administrative Motion to File Under Seal Acquisition Documents (Dkt. No. 526-3); and
- Exhibits A-C to the Nardinelli Declaration in Support of the Opposition (Dkt. Nos. 526-6, 526-7, 526-8).  The Court ordered that Waymo file these exhibits under seal except for the portions challenged by Waymo's Opposition (as explained in Dkt. No. 526-3 at 2-3).

Waymo hereby files public versions of the documents in issue.

DATED:  June 30, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC