QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 721)**<br><br>Re: Dkt. Nos. 595, 596 |

On June 23, 2017, the Court ordered (Dkt. No. 721) Waymo to file public versions of the following documents:

- Waymo's Letter Brief to Compel Production of Materials Withheld by Anthony Levandowski under the Fifth Amendment (Dkt. No. 595-4);
- A partially redacted Exhibit 3[1] (Dkt. 595-8); and
- Exhibits 4-5 (Dkt. Nos. 595-10, 595-12).

Waymo hereby files public versions of the documents in issue.

DATED: June 30, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC

---

[1] The version of Exhibit 3 that Waymo attaches hereto was provided by counsel for Uber and Ottomotto, who unredacted portions in addition to those ordered by the Court (Dkt. 721).