# EXHIBIT 4
# FILED UNDER SEAL

| | |
|---|---|
| From: | "John Bares" <bares@uberatc.com> |
| To: | cameron@uber.com |
| CC: | bam@uber.com |
| Date: | 1/13/2016 1:53:45 AM |
| Subject: | Deliverables doc |
| Attachments: | NewCo Milestones_v5.docx |

Hi Cam,

Sorry this took a bit later than we had hoped. I think that it is good enough to pass along to Anthony tonight so that he can at least take a quick ready before 9:30 am tomorrow. (PS. Do you have a room reserved for tomorrow morning with him?).

Brian saw most of this, but dropped out of contact so my sense is that it is good enough to send.

In sending, please tell Anthony that it is full of numbers   all of which can and should be adjusted and negotiated by both of us over the next week. So this is to serve as a framework.

To you: this list of deliverables is a high bar for sure. But then again so is what he is asking for in $$.

Thanks,

John

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UBER00012750
UBER00012750