# EXHIBIT 5
# FILED UNDER SEAL

| | |
|---|---|
| From: | "John Bares" <bares@uberatc.com> |
| To: | cameron@uber.com |
| | bam@uber.com |
| Date: | 1/12/2016 8:52:32 PM |
| Subject: | working deliverables now |

Hi Guys,

Status check-in here. Working the document. Planning to have draft for BAM to review before 8pm. Guessing his turn will be rather fast at which point we can get it to Cam to review and send along for Anthony to review tonight (hopefully) before he meets with us tomorrow.

Thanks,

John

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UBER00012755
UBER00012755