# EXHIBIT B

**Defendants' Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 7/18/2016 | "Ferrari, Anna" <aferrari@mofo.com> | "Amdursky, Eric" <eamdursky@omm.com>; "Tate, Eric Akira" <etate@mofo.com> | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 311 | 7/18/2016 | Andrew Glickman <andrew.glickman@uber.com> | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 312 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |

**Defendants' Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 314 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 315 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 316 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |

**Defendants' Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 317 | 7/18/2016 | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 318 | 7/18/2016 | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 319 | 7/18/2016 | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 320 | 7/18/2016 | Morrison & Foerster LLP<br>O'Melveny & Myers LLP<br>Donahue Fitzgerald LLP<br>Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto.<br><br>Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |

**Defendants' Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 321 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 322 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 323 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 324 | 7/18/2016 | Morrison & Foerster LLP O'Melveny & Myers LLP Donahue Fitzgerald LLP Levine & Baker LLP | "Tate, Eric Akira" <etate@mofo.com>; Angela Padilla <angela.padilla@uber.com>; Justin Suhr <suhr@uber.com> | Christian Lymn <clymn@uber.com> | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Ottomotto employee and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |

**Defendants' Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1454 | 7/18/2016 | "Kim, Rudy Y." <rudykim@mofo.com> | "Ferrari, Anna" <aferrari@mofo.com> | "Tate, Eric Akira" <etate@mofo.com>; "Van Nort, Diek O." <dvannort@mofo.com>; "O'Sullivan, Desmond P." <dosullivan@mofo.com> | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski and/or John Gardner and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1455 | 7/18/2016 | "Tate, Eric Akira" <etate@mofo.com> | "Ferrari, Anna" <aferrari@mofo.com>; "Crandall-Whittom, Elizabeth J." <ecrandallwhittom@mofo.com> | | | AC, WP, & CI | Email concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Email reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 1456 | 7/18/2016 | [redacted] | "Ferrari, Anna" <aferrari@mofo.com>; "Crandall-Whittom, Elizabeth J." <ecrandallwhittom@mofo.com> | | | AC, WP, & CI | Statement concerning legal analysis or advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. Statement reflecting communication made in confidence by Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and/or Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for potential acquisition of Ottomotto. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |