MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>           Defendants. | Case No.:  3:17-cv-00939 WHA (JSC)<br><br>**NON-PARTY ANTHONY LEVANDOWSKI'S NOTICE RE: PUBLIC RE-FILING IN REPSONSE TO COURT ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 742)**<br><br>Re: Dkt. No. 582 |

On June 27, 2017, the Court ordered (Dkt. No. 691) Non-Party Anthony Levandowski to file public versions of the Letter Brief Moving to Quash Waymo's Subpoena to Stroz Friedberg, LLC (Dkt. No. 583).

The Court so ordered after Uber did not timely file a declaration in support of Mr. Levandowski's sealing motion, which sought to seal these documents because "Defendants have designated the information highly confidential." (Dkt. No. 582 at 2).

1     Mr. Levandowski hereby files the public version of the document at issue.

3   Dated: July 3, 2017                                        Respectfully submitted,

/s/
Miles Ehrlich
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*