# EXHIBIT C

| | |
|---|---|
| **From:** | Felipe Corredor <felipecorredor@quinnemanuel.com> |
| **Sent:** | Thursday, June 22, 2017 10:35 PM |
| **To:** | Chang, Esther Kim; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GPOttoTruckingWaymo@goodwinlaw.com' |
| **Cc:** | QE-Waymo |
| **Subject:** | Re: Waymo v. Uber - corrected supplemental initial disclosures |

Esther,

The list is below:

Adam Bentley
Jur van den Berg
Jeff Holden
Rachel Keitzer
Rudy Kim
George Lagui
Eric Meyhofer
Emil Michael
Stefanie Olsen
Brent Schwarz
Rudy Sevile
Ognen Stojanovski
Eric Tate
Salle Yoo

Regards,
Felipe

---

**From:** Chang, Esther Kim <echang@mofo.com>
**Sent:** Thursday, June 22, 2017 10:17 PM
**To:** Felipe Corredor; UberWaymoMoFoAttorneys; ''BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com)'; 'DG-GPOttoTruckingWaymo@goodwinlaw.com'
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber - corrected supplemental initial disclosures

Felipe,

Please identify the individuals you added.

Esther
Tel: (415) 268-7562

**From:** Felipe Corredor [mailto:felipecorredor@quinnemanuel.com]
**Sent:** Thursday, June 22, 2017 10:11 PM

1

**To:** UberWaymoMoFoAttorneys; ''BSF_EXTERNAL_UberWaymoLit@bsfllp.com'
(BSF_EXTERNAL_UberWaymoLit@bsfllp.com)'; 'DG-GPOttoTruckingWaymo@goodwinlaw.com'
**Cc:** QE-Waymo
**Subject:** Waymo v. Uber - corrected supplemental initial disclosures

- External Email -

Counsel,

It has come to our attention that we inadvertently omitted certain individuals from our supplemental initial disclosures.  Please find attached Waymo's corrected supplemental initial disclosures.

Regards,
Felipe


**Felipe Corredor**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6448 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
felipecorredor@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.