1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563), TO STRIKE PLAINTIFF WAYMO LLC'S CORRECTED SUPPLEMENTAL INITIAL DISCLOSURES, AND TO PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Date:   August 10, 2017<br>Time:   8:00 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William H. Alsup |
| | Trial Date: October 10, 2017 |

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  (collectively, "Uber") Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), to Strike
3  Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures, and to Preclude Damages
4  Claims and Certain Witnesses, and having given Plaintiff Waymo LLC ("Waymo") an opportunity
5  to respond, the Court hereby GRANTS Uber's Motion.
6  IT IS HEREBY ORDERED that the Court strikes Waymo's Corrected Supplemental
7  Initial Disclosures dated June 22, 2017.  IT IS FURTHER ORDERED that Waymo is precluded
8  from presenting the testimony of the fourteen (14) late-disclosed witnesses identified in the
9  Corrected Supplemental Initial Disclosures at trial and that Waymo is precluded from seeking
10 damages.
11 **SO ORDERED.**

15 Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge