MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO THE COURT'S ORDER OF CONFERENCE TO FRAME *IN LIMINE* MOTIONS (DKT. 754)**<br><br>Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Response to the Court's Order of Conference to Frame *In Limine* Motions (Dkt. 754).

2. I have reviewed the following document and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Response to the Court's Order of Conference to Frame *In Limine* Motions ("Response") (Dkt. 754) | Marked portions (in red boxes) |

3. The marked portions (in red boxes) of Waymo's Response quote an internal Uber email discussing Uber's highly confidential LiDAR development and business strategy. This highly confidential information is not publicly known, and their confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment to gain an advantage over Uber in LiDAR development and business strategy. For example, disclosure of this information, which identifies which LiDAR-related technologies are technical and strategic priorities for Uber, contains Uber's internal development timeline estimate, and discusses an assessment of the competitive market for talent, would allow competitors to understand Uber's LiDAR development and business strategy, and allow them to tailor their own LiDAR development. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

4. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Response that merit sealing.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 3rd day of July, 2017, in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: July 3, 2017                         */s/ Arturo J. González*
Arturo J. González