QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br>   v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 743)**<br><br>Re:  Dkt. Nos. 636, 655, 656 |

1    On June 27, 2017, the Court ordered (Dkt. No. 743) Waymo to file public versions of the
following documents:

- Waymo's June 15, 2017 Letter Brief Regarding Privilege Issues (Dkt. Nos. 636-3, 655-2);
- Partially redacted Exhibits 1-3[1] (Dkt. Nos. 636-5, 636-7, 636-9); and
- Exhibit 13 (Dkt. No. 636-11).

Waymo hereby files public versions of the documents in issue.

DATED: July 4, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for WAYMO LLC

---

[1] The versions of Exhibits 1-3 that Waymo attaches hereto were provided by counsel for Uber and Ottomotto.  Waymo understands that these versions redact certain e-mail addresses.