# EXHIBIT 3

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/22/2016 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 2 | 8/22/2016 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 8/19/2016 | Judith Branham (Stroz Friedberg) | Eric A. Tate, Anna Ferrari, Eric Amdursky | Mary Fulginiti, Eric Friedberg, Melanie Maugeri | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 4 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 7/18/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 6 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 4/29/2016 | Haley, Charles [chaley@cooley.com] | Aaron Melville [aaron@uber.com], Jones, Brittany D. [bjones@cooley.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Nina Qi [nina.qi@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 8 | 5/2/2016 | Aaron Melville [aaron@uber.com] | Haley, Charles [chaley@cooley.com], Jones, Brittany D. [bjones@cooley.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Nina Qi [nina.qi@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 4/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Christian Lymn [clymn@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com], Aaron Melville [aaron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 10 | 4/12/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com], Aaron Melville [aaron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 4/11/2016 | Salle Yoo [ | Christian Lymn [clymn@uber.com] | Angela L. Padilla (angela.padilla@uber.com) [angela. padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [etate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 12 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ Christian Lymn [clymn@uber.com] | Angela L. Padilla (angela.padilla@uber.com) [angela. padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

6

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ Christian Lymn [clymn@uber.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 14 | 4/11/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 16 | 4/11/2016 | Mary Fulginiti [MFulginiti@StrozFriedberg.com] | Cameron Poetzscher [cameron@uber.com] | John F. Gardner [JGardner@donahue.com], Salle Yoo [          Ferrari, Anna [AFerrari@mofo.com], Amdursky, Eric [eamdursky@omm.com], Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com], Justin Suhr [suhr@uber.com], clymn@uber.com, Tate, Eric Akira [ETate@mofo.com], Hanley Chew [HChew@StrozFriedberg.com], Eric Friedberg [EFriedberg@StrozFriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 4/5/2016 | Todd Hamblet [thamblet@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Justin Suhr [suhr@uber.com], Angela Padilla [angela.padilla@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 18 | 4/5/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

9

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 4/5/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Justin Suhr [suhr@uber.com], Angela Padilla [angela.padilla@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 20 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com], Angela Padilla [angela.padilla@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com], Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Nina Qi [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com], 'Justin Suhr' [suhr@uber.com], Angela Padilla [angela.padilla@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com], Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 22 | 4/3/2016 | Cameron Poetzscher [cameron@uber.com] | Salle Yoo [ | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 4/3/2016 | Salle Yoo [ | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 24 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 26 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo [ Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 28 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 30 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 4/3/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 32 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 4/3/2016 | Salle Yoo [ | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Eric Tate [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 34 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com] | Eric Akira Tate [etate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Eric Akira Tate [etate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 36 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Salle Yoo [ | Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 38 | 4/3/2016 | Angela Padilla [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com], Christian Lymn [clymn@uber.com], Tate, Eric Akira [etate@mofo.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 4/3/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [etate@mofo.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.   Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 40 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [etate@mofo.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.   Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com], Todd Hamblet [thamblet@uber.com] | clymn@uber.com, Justin Suhr [suhr@uber.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 42 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [etate@mofo.com] | Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo [ | Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Tate, Eric Akira [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 44 | 4/3/2016 | Salle Yoo [ | Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Tate, Eric Akira [etate@mofo.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [etate@mofo.com] | Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 46 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Eric Akira Tate [etate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 48 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Memorandum prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nMemorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 50 | 4/3/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 52 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

26

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Memorandum prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 54 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo [ | Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Eric Tate [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 56 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Memorandum prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 58 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com, Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com, Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 60 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 4/2/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 62 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

31

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | Todd Hamblet [thamblet@uber.com] | clymn@uber.com, Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 64 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com, Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 4/2/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 66 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 68 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 70 | 4/2/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com], Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

35

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 72 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 74 | 4/2/2016 | Nina Qi [nina.qi@uber.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com], Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 4/2/2016 | clymn@uber.com | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 76 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com], Andrew Glickman [andrew.glickman@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 4/2/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 78 | 4/2/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 4/2/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 80 | 4/2/2016 | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com], Todd Hamblet [thamblet@uber.com], Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 82 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 4/1/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 84 | 4/1/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Andrew Glickman (andrew.glickman@uber.com) [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

42

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 86 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | Todd Hamblet [thamblet@uber.com], Angela Padilla [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Andrew Glickman [andrew.glickman@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 88 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Memorandum prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 90 | 4/1/2016 | Nina Qi [nina.qi@uber.com] | Tate, Eric Akira [ETate@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 4/1/2016 | Tate, Eric Akira [ETate@mofo.com] | Nina Qi' [nina.qi@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Angela Padilla' [angela.padilla@uber.com] | Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com], 'Justin Suhr' [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 92 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

46

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 94 | 4/1/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

47

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 3/30/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 96 | 3/31/2016 | Eric Friedberg | Eric Akira Tate, Paul Sieben, and John Gardner | | | AC, WP, CI | Estimate prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Estimate prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

48

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 3/30/2016 | Andrew Glickman [andrew.glickman@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 98 | 3/28/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 3/26/2016 | Nina Qi [nina.qi@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 100 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 102 | 3/26/2016 | Nina Qi [nina.qi@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 3/26/2016 | Nina Qi [nina.qi@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 104 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 3/26/2016 | Andrew Glickman [andrew.glickman@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 106 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com], Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Jay Choi [jay.choi@uber.com], Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 3/26/2016 | Andrew Glickman [andrew.glickman@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com] | Nina Qi [nina.qi@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 108 | 3/26/2016 | Kim, Rudy Y. [RudyKim@mofo.com] | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com], Jay Choi [jay.choi@uber.com], Tate, Eric Akira [ETate@mofo.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 3/25/2016 | Andrew Glickman [andrew.glickman@uber.com] | Angela Padilla [angela.padilla@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], Christian Lymn [clymn@uber.com], Jay Choi [jay.choi@uber.com], Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 110 | 3/25/2016 | Angela Padilla [angela.padilla@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Kim, Rudy Y. [RudyKim@mofo.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | clymn@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 112 | 4/11/2016 | clymn@uber.com | Ben Beerle [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 4/10/2016 | John F. Gardner | Christian Lymn, Eric Amdursky, Ben Beerle | Eric A. Tate, Justin Suhr, Nina Qi, Angela L. Padilla, Cameron Poetzscher, Paul Sieben, Adam Bently | | AC, WP, CI | Attachment concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Attachment regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 114 | 4/11/2016 | clymn@uber.com | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 116 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com], Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | 4/11/2016 | clymn@uber.com | Andrew Glickman [andrew.glickman@uber.com] | Ben Beerle [bbeerle@cooley.com], Justin Suhr [suhr@cooley.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 118 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Beerle, Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | 4/10/2016 | John F. Gardner | Christian Lymn, Eric Amdursky, Ben Beerle | Eric A. Tate, Justin Suhr, Nina Qi, Angela L. Padilla, Cameron Poetzscher, Paul Sieben, Adam Bently | | AC, WP, CI | Draft document attached to email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Draft document attached to email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 120 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com], Ben Beerle [bbeerle@cooley.com], Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 122 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 124 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | Andrew Glickman [andrew.glickman@uber.com], clymn@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com], clymn@uber.com, Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 126 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Friedberg Eric [efriedberg@strozfriedberg.com], Chew Hanley [HChew@StrozFriedberg.com], Fulginiti Mary [MFulginiti@StrozFriedberg.com] | Gardner John F. [JGardner@Donahue.com], Amdursky Eric [eamdursky@omm.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com], clymn@uber.com, Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 128 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com], clymn@uber.com, Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

64

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], clymn@uber.com, Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 130 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com], clymn@uber.com, Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Nina Qi [nina.qi@uber.com] | clymn@uber.com, Andrew Glickman [andrew.glickman@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 132 | 4/11/2016 | Andrew Glickman [andrew.glickman@uber.com] | clymn@uber.com | Ben Beerle [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 4/11/2016 | clymn@uber.com | Ben Beerle [bbeerle@cooley.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 134 | 4/10/2016 | Amdursky, Eric [eamdursky@omm.com] | John F. Gardner [JGardner@Donahue.com], Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

67

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com] | Christian Lymn [clymn@uber.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 136 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Nina Qi [nina.qi@uber.com] | Christian Lymn [clymn@uber.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 138 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 139 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com], Beerle Ben [bbeerle@cooley.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Glickman Andrew [andrew.glickman@uber.com], Qi Nina [nina.qi@uber.com], Hamblet Todd [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 140 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Amdursky, Eric [eamdursky@omm.com] | Beerle, Ben [bbeerle@cooley.com], John F. Gardner [JGardner@Donahue.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | 4/10/2016 | Todd Hamblet [thamblet@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 142 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com], Beerle Ben [bbeerle@cooley.com], Suhr Justin [suhr@uber.com], Glickman Andrew [andrew.glickman@uber.com], angela.padilla@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

71

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 143 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 144 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 146 | 4/10/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

73

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 148 | 4/10/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com], Amdursky, Eric [eamdursky@omm.com] | Beerle, Ben [bbeerle@cooley.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Andrew Glickman [andrew.glickman@uber.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 150 | 4/10/2016 | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com], Cameron Poetzscher [cameron@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 152 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | 4/10/2016 | Anthony Levandowski | John F. Gardner, Eric A. Tate, Christian Lymn, Angela Padilla, Stroz Friedberg | | | WP, CI | Document prepared in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Document regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |
| 154 | 4/11/2016 | Christian Lymn [clymn@uber.com] | Ben Beerle [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 156 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com], Salle Yoo [            Justin Suhr [suhr@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

78

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 157 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com], Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com], Salle Yoo [          Justin Suhr [suhr@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 158 | 4/10/2016 | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com], Salle Yoo [          Justin Suhr [suhr@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 160 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 162 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Salle Yoo [ Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 163 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Andrew Glickman [andrew.glickman@uber.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 164 | 4/10/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo [ Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Cameron Poetzscher [cameron@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 166 | 4/10/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Cameron Poetzscher [cameron@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 167 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 168 | 4/10/2016 | Salle Yoo [ | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | Salle Yoo [ Justin Suhr [suhr@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 170 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 172 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo [ | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Salle Yoo [ Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 174 | 4/10/2016 | Salle Yoo [ | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 176 | 4/10/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | 4/10/2016 | Salle Yoo [ | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 178 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Justin Suhr [suhr@uber.com], Cameron Poetzscher [cameron@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 179 | 4/9/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |
| 180 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Salle Yoo [ Cameron Poetzscher [cameron@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | 4/9/2016 | clymn@uber.com | Ben Beerle [bbeerle@cooley.com], Brittany D. Jones [bjones@cooley.com], Nina Qi [nina.qi@uber.com], Cameron Poetzscher [cameron@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 182 | 4/9/2016 | Andrew Glickman [andrew.glickman@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo [ Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 184 | 4/9/2016 | Nina Qi [nina.qi@uber.com] | Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com] | Beerle, Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | 4/9/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | Beerle, Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 186 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 187 | 4/9/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 188 | 4/8/2016 | Andrew Glickman [andrew.glickman@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | 4/8/2016 | Leigh, Jamie [jleigh@cooley.com] | Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Peinsipp, David [dpeinsipp@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 190 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Leigh, Jamie [jleigh@cooley.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 191 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 192 | 4/9/2016 | John F. Gardner | Eric A. Tate | Hanley Chew, Eric Friedberg, Mary Fulginiti, Judith Branham | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Produce In Full |

96

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], angela.padilla@uber.com, Andrew Glickman [andrew.glickman@uber.com], Beerle, Ben [bbeerle@cooley.com], Leigh, Jamie [jleigh@cooley.com], Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 194 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], angela.padilla@uber.com, Andrew Glickman [andrew.glickman@uber.com], Beerle, Ben [bbeerle@cooley.com], Leigh, Jamie [jleigh@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 4/9/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 196 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | 'Salle Yoo' [ | Angela L. Padilla (angela.padilla@uber.com)' [angela.padilla@uber.com], 'thamblet@uber.com' [thamblet@uber.com], 'Justin Suhr' [suhr@uber.com], 'Nina Qi' [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | 'Salle Yoo' [ | Angela L. Padilla (angela.padilla@uber.com)' [angela.padilla@uber.com], 'thamblet@uber.com' [thamblet@uber.com], 'Justin Suhr' [suhr@uber.com], 'Nina Qi' [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 198 | | Stroz Friedberg LLC | Salle Yoo, Eric A. Tate | Angela L. Padilla (angela.padilla@uber.com)' [angela.padilla@uber.com], 'thamblet@uber.com' [thamblet@uber.com], 'Justin Suhr' [suhr@uber.com], 'Nina Qi' [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Attachment concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Attachment regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 199 | 4/8/2016 | Andrew Glickman [andrew.glickman@uber.com] | clymn@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 200 | 4/8/2016 | clymn@uber.com | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | 4/7/2016 | Angela Padilla [angela.padilla@uber.com] | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com], Salle Yoo [ Justin Suhr [suhr@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 202 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Angela Padilla [angela.padilla@uber.com], Tate, Eric Akira [ETate@mofo.com], Salle Yoo [ Justin Suhr [suhr@uber.com], Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | 4/7/2016 | Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 204 | 4/7/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | 4/6/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 206 | 4/6/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], 'Nina Qi' [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | 4/6/2016 | Morrison & Foerster LLP | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], 'Nina Qi' [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com] | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |
| 208 | 4/6/2016 | Morrison & Foerster LLP | Salle Yoo [ | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], thamblet@uber.com, Justin Suhr [suhr@uber.com], 'Nina Qi' [nina.qi@uber.com], 'Andrew Glickman' [andrew.glickman@uber.com], 'Cameron Poetzscher' [cameron@uber.com], 'Christian Lymn' [clymn@uber.com] | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 | 2/22/2017 | Tate, Eric Akira [ETate@mofo.com] | Uber Legal | | | AC, WP, CI | Memorandum to Uber prepared by Eric Tate of Morrison & Foerster LLP in furtherance of existing litigation providing legal advice regarding Google arbitration. Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 210 | 11/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Nicole Bartow [nbartow@uber.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | 11/3/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com], Nicole Bartow [nbartow@uber.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 212 | 8/18/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Angela Padilla [angela.padilla@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 213 | 8/18/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 214 | 8/18/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

107

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 216 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 218 | 8/17/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 220 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 221 | 8/16/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 222 | 8/6/2016 | Stroz Friedberg LLC | Eric A. Tate, Eric Amdursky, Alison Baker, John F. Gardner, Anna Ferrari | Eric Friedberg, Mary Fulginiti | | AC, WP, CI | Report prepared by outside counsel's consultant for the purpose of enabling outside counsel to provide legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Report regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 223 | 4/13/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 224 | 4/11/2016 | Sieben, Paul [psieben@omm.com] | Beerle, Ben [bbeerle@cooley.com], John F. Gardner [JGardner@Donahue.com], Amdursky, Eric [eamdursky@omm.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com], Christian Lymn [clymn@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 225 | 4/11/2016 | Sieben, Paul [psieben@omm.com] | Beerle, Ben [bbeerle@cooley.com], John F. Gardner [JGardner@Donahue.com], Amdursky, Eric [eamdursky@omm.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com], Christian Lymn [clymn@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 226 | 4/11/2016 | Christian Lymn [clymn@uber.com] | John F. Gardner [JGardner@Donahue.com], Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 227 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com], Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 228 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Beerle, Ben [bbeerle@cooley.com], Amdursky, Eric [eamdursky@omm.com], Sieben, Paul [psieben@omm.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com], Christian Lymn [clymn@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 229 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | John F. Gardner [JGardner@Donahue.com], Amdursky, Eric [eamdursky@omm.com], Sieben, Paul [psieben@omm.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com], Christian Lymn [clymn@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 230 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com] | Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 231 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com], Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com], Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [jsuhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 233 | 4/11/2016 | Christian Lymn [clymn@uber.com] | John F. Gardner [JGardner@Donahue.com], Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [jsuhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

117

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 | 4/10/2016 | Amdursky, Eric [eamdursky@omm.com] | Christian Lymn [clymn@uber.com] | Beerle, Ben [bbeerle@cooley.com], John F. Gardner [JGardner@Donahue.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 235 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | John F. Gardner [JGardner@Donahue.com], Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | 4/10/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 237 | 4/10/2016 | Anthony Levandowski | John F. Gardner, Eric A. Tate, Christian Lymn, Angela Padilla, Stroz Friedberg | | | WP, CI | Document concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Document regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 238 | 4/9/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 239 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 241 | 4/9/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 242 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 243 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 244 | 4/9/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 245 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com, Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

123

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 246 | 4/9/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 247 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com], Suhr Justin [suhr@uber.com] | angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email reflecting information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

124

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 248 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com], Beerle, Ben [bbeerle@cooley.com] | Leigh, Jamie [jleigh@cooley.com], Julie Xu [juliexu@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 249 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Lymn Christian [clymn@uber.com], Suhr Justin [suhr@uber.com], angela.padilla@uber.com | Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email requesting and reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

125

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | 4/11/2016 | John F. Gardner [JGardner@Donahue.com] | Christian Lymn [clymn@uber.com], Amdursky, Eric [eamdursky@omm.com], Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Nina Qi [nina.qi@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Cameron Poetzscher [cameron@uber.com], Sieben, Paul [psieben@omm.com], Bentley, Adam [abentley@omm.com], Anthony M. Lewis [ALewis2@Donahue.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 251 | 4/8/2016 | Todd Hamblet [thamblet@uber.com] | Salle Yoo [ Angela Padilla [angela.padilla@uber.com], Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com] | | | AC, WP | Email reflecting legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | Beerle, Ben [bbeerle@cooley.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], angela.padilla@uber.com, Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 253 | 4/8/2016 | Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com] | angela.padilla@uber.com, Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 254 | 4/9/2016 | Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | Leigh, Jamie [jleigh@cooley.com], Julie Xu [juliexu@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 255 | 4/9/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Beerle, Ben [bbeerle@cooley.com] | Leigh, Jamie [jleigh@cooley.com], Julie Xu [juliexu@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com], Leigh, Jamie [jleigh@cooley.com], Julie Xu [juliexu@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 257 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Beerle, Ben [bbeerle@cooley.com], Christian Lymn [clymn@uber.com] | Leigh, Jamie [jleigh@cooley.com], Julie Xu [juliexu@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 258 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com], clymn@uber.com | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 259 | 4/8/2016 | Beerle, Ben [bbeerle@cooley.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], angela.padilla@uber.com, Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com], Jones, Brittany D. [bjones@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

130

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 260 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], clymn@uber.com | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 261 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com] | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | 4/9/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], clymn@uber.com | Suhr Justin [suhr@uber.com], angela.padilla@uber.com, Beerle Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 263 | 4/8/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Ben Beerle [bbeerle@cooley.com] | angela.padilla@uber.com | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 264 | 4/4/2016 | Angela Padilla [angela.padilla@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Don Burnette, and Soren Juelsgaard and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 265 | 4/4/2016 | Salle Yoo [ | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 266 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Don Burnette, and Soren Juelsgaard and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 267 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Salle Yoo [ | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 268 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Salle Yoo [ | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 269 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Angela Padilla [angela.padilla@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 270 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Salle Yoo [ | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 271 | 4/4/2016 | John F. Gardner | Eric A. Tate, Eric Amdursky | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

136

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 272 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Part |
| 273 | 4/4/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 274 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 275 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | angela.padilla@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | 4/4/2016 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [ | Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |
| 277 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com] | Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 278 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 279 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 280 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 281 | 4/3/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | Angela Padilla [angela.padilla@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 282 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.   Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 283 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.   Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 284 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Padilla, Angela | Produce In Full |
| 285 | 8/10/2016 | Ferrari, Anna [AFerrari@mofo.com] | Christian Lymn' [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 286 | 8/10/2016 | Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 287 | 8/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 288 | 8/10/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 289 | 8/10/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 290 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 291 | 8/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 292 | 8/10/2016 | Morrison & Foerster LLP | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email Attachment/Memorandum providing legal analysis or advice, in anticipation of litigation involving Google, regarding due diligence for acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Don Burnette and Soren Julesgaard and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 293 | 8/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 294 | 8/10/2016 | Morrison & Foerster LLP | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email Attachment/Memorandum providing legal analysis or advice, in anticipation of litigation involving Google, regarding due diligence for acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Don Burnette and Soren Julesgaard and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 295 | 8/8/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 296 | 8/5/2016 | Stroz Friedberg LLC | Eric A. Tate, Eric Amdursky, Alison Baker, John F. Gardner, Anna Ferrari | Eric Friedberg, Mary Fulginiti | | AC, WP, CI | Report prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Report regarding information obtained from Anthony Levandowski, Colin Sebern, Soren Julesgaard, Lior Ron, and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lynm, Christian | Privileged |
| 297 | 8/4/2016 | Nina Qi [nina.qi@uber.com] | Justin Suhr [suhr@uber.com], Christian Lynm [clymn@uber.com] | Eric Tate [etate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lynm, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 298 | 8/4/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Nina Qi [nina.qi@uber.com] | Eric Tate [etate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 299 | 8/19/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr' [suhr@uber.com], 'clymn@uber.com' [clymn@uber.com], 'Todd Hamblet' [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com], Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | 8/19/2016 | Judith Branham (Stroz Friedberg) | Eric A. Tate, Anna Ferrari, Eric Amdursky | Mary Fulginiti, Eric Friedberg, Melanie Maugeri | | AC, WP, CI | Attachment/Email providing information to counsel for the purpose of providing legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 301 | 8/18/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 302 | 8/18/2016 | clymn@uber.com | Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

154

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | 8/18/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 304 | 8/18/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com], clymn@uber.com, Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com], Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com] | clymn@uber.com | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 306 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com], Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 307 | 8/17/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 308 | 8/17/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com], Tate, Eric Akira [ETate@mofo.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309 | 8/17/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com], Tate, Eric Akira [ETate@mofo.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com], Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com], Tate, Eric Akira [ETate@mofo.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto, and concerning information shared among John Gardner and E. Tate shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 312 | 8/16/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher' [cameron@uber.com], Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski, Colin Sebern, Lior Ron, Soren Julesgaard and Don Burnette and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 313 | 8/16/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com], Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 314 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 315 | 4/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher [cameron@uber.com], Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 316 | 4/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com], Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 317 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com], Beerle, Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 318 | 4/11/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Beerle, Ben [bbeerle@cooley.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. <br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 319 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. <br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 320 | 4/11/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 321 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | clymn@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 322 | 4/11/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 323 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 324 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 325 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | clymn@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 326 | 4/11/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 327 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Christian Lymn [clymn@uber.com], Salle Yoo [ | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 328 | 4/11/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com], Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 329 | 4/10/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 330 | 4/11/2016 | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 331 | 4/10/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 332 | 4/10/2016 | Salle Yoo [ | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 333 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Salle Yoo [ | Suhr Justin [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

174

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334 | 4/10/2016 | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 335 | 4/10/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 336 | 4/10/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 337 | 4/10/2016 | Beerle, Ben [bbeerle@cooley.com] | clymn@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 338 | 4/10/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Eric Tate [etate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 339 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

177

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Eric Tate [etate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 341 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 342 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com], Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 343 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

179

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 344 | 8/16/2016 | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 345 | 8/16/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

180

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 346 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com], Eric Tate [etate@mofo.com], Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 347 | 4/9/2016 | John F. Gardner | Eric A. Tate | Hanley Chew, Eric Friedberg, Mary Fulginiti, Judith Branham | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.
Email regarding information obtained from Anthony Levandowski and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 348 | 4/10/2016 | Anthony Levandowski | John F. Gardner, Eric A. Tate, Christian Lymn, Angela Padilla, Stroz Friedberg | | | AC, WP, CI | Attachment to email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Attachment regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Full |
| 349 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 350 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 351 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 352 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 353 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 354 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 355 | 8/16/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.

Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

185

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | 8/16/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Julie Xu [juliexu@uber.com], Nina Qi [nina.qi@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 357 | 8/16/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 358 | 8/11/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 359 | 8/13/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

187

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 8/15/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 361 | 8/13/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 362 | 8/13/2016 | clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 363 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], clymn@uber.com, Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 365 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com], Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | 8/13/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 367 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | clymn@uber.com | Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 368 | 8/13/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 369 | 8/13/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 370 | 8/13/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 371 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 372 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation, regarding due diligence for acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 373 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | John F. Gardner (JGardner@Donahue.com) [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 374 | 8/11/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Letter from John Gardner, esq. concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Letter from John Gardner, esq. regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 375 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 376 | 8/11/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Letter from John Gardner, esq. concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Letter from John Gardner, esq. regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 377 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 378 | 8/13/2016 | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 379 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com], clymn@uber.com, Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 380 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com], clymn@uber.com, Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 381 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 382 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], clymn@uber.com, Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 383 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.\n\nEmail regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 384 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com], Justin Suhr [suhr@uber.com], clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 385 | 3/21/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Letter from John Gardner, esq. concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Letter from John Gardner, esq. regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Full |

200

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 386 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com], clymn@uber.com, Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 387 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 388 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 389 | 8/13/2016 | Tate, Eric Akira [ETate@mofo.com] | John F. Gardner (JGardner@Donahue.com) [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 390 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Eric Tate [etate@mofo.com], Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 391 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn (clymn@uber.com) [clymn@uber.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 392 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com], Nina Qi [nina.qi@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 393 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com], Nina Qi [nina.qi@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 394 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com | Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 395 | 8/12/2016 | Cameron Poetzscher [cameron@uber.com] | clymn@uber.com, Nina Qi [nina.qi@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 396 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 397 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Christian Lymn (clymn@uber.com) [clymn@uber.com] | Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 398 | 8/11/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Letter from John Gardner, esq. concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Letter from John Gardner, esq. regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 399 | 8/12/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 400 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Amdursky, Eric [eamdursky@omm.com], Mary Fulginiti [MFulginiti@StrozFriedberg.com], Judith Branham [JBranham@StrozFriedberg.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 401 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 402 | 8/5/2016 | Stroz Friedberg LLC | Eric A. Tate, Eric Amdursky, Alison Baker, John F. Gardner, Anna Ferrari | Eric Friedberg, Mary Fulginiti | | AC, WP, CI | Report prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Report regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lynn, Christian | Privileged |
| 403 | 8/12/2016 | clymn@uber.com | Cameron Poetzscher [cameron@uber.com] | Nina Qi [nina.qi@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lynn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 404 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com], Justin Suhr [suhr@uber.com], clymn@uber.com | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 405 | 3/21/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Letter from John Gardner, esq. concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Letter from John Gardner, esq. regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 406 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 407 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 408 | 8/12/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. <br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 409 | 8/11/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Ferrari, Anna [AFerrari@mofo.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. <br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 410 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Eric Tate [etate@mofo.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 411 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 412 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 413 | 8/11/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 414 | 8/11/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 415 | 8/11/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 416 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 417 | 8/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | John F. Gardner [JGardner@Donahue.com] | Amdursky, Eric' [eamdursky@omm.com], Mary Fulginiti [MFulginiti@StrozFriedberg.com], Judith Branham (JBranham@StrozFriedberg.com) [JBranham@StrozFriedberg.com], Alisa J. Baker [alisa@levinebakerlaw.com], Eric Friedberg [EFriedberg@StrozFriedberg.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 418 | 8/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Cameron Poetzscher <cameron@uber.com> (cameron@uber.com) [cameron@uber.com], Justin Suhr [suhr@uber.com], clymn@uber.com | Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 419 | 8/11/2016 | Tate, Eric Akira [ETate@mofo.com] | John F. Gardner [JGardner@Donahue.com] | Ferrari, Anna [AFerrari@mofo.com], 'Amdursky, Eric' [eamdursky@omm.com], Mary Fulginiti [MFulginiti@StrozFriedberg.com], Alisa J. Baker [alisa@levinebakerlaw.com], Eric Friedberg [EFriedberg@StrozFriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 420 | 8/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'clymn@uber.com' [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lynn, Christian | Privileged |
| 421 | 8/11/2016 | clymn@uber.com | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lynn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 422 | 8/11/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Christian Lymn' [clymn@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 423 | 4/9/2016 | Justin Suhr [suhr@uber.com] | clymn@uber.com | Eric Akira Tate [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | 4/9/2016 | clymn@uber.com | Beerle, Ben [bbeerle@cooley.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 425 | 4/9/2016 | clymn@uber.com | Eric Akira Tate [ETate@mofo.com], Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 426 | 4/9/2016 | Beerle, Ben [bbeerle@cooley.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |
| 427 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 428 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com] | Julie Xu [juliexu@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email reflecting information obtained from Anthony Levandowski, Lior Ron, Don Burnette, Soren Juelsgaard, and Colin Sebern and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 429 | 4/8/2016 | Aaron Melville [aaron@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 430 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Aaron Melville [aaron@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 431 | 4/8/2016 | Christian Lymn [clymn@uber.com] | Robert Wu [robert@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 432 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 433 | 4/7/2016 | Cameron Poetzscher [cameron@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 434 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Cameron Poetzscher [cameron@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 435 | 4/6/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com], Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 | 4/6/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 437 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 438 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 439 | 4/2/2016 | clymn@uber.com | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 440 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 441 | 4/2/2016 | clymn@uber.com | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 442 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 443 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

229

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 | 4/2/2016 | Todd Hamblet [thamblet@uber.com] | Christian Lymn [clymn@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 445 | 4/2/2016 | Christian Lymn [clymn@uber.com] | Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 446 | 4/2/2016 | Justin Suhr [suhr@uber.com] | Christian Lymn [clymn@uber.com] | Todd Hamblet [thamblet@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |
| 447 | 4/4/2016 | Christian Lymn [clymn@uber.com] | Cameron Poetzscher [cameron@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Lymn, Christian | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 448 | 4/8/2016 | Justin Suhr [suhr@uber.com] | Salle Yoo [ | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Privileged |
| 449 | 4/2/2016 | Stroz Friedberg LLC | Salle Yoo | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 450 | 4/2/2016 | Stroz Friedberg LLC | Salle Yoo | | | AC, WP, CI | Exhibit prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Exhibit regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Produce In Full |
| 451 | 4/2/2016 | Stroz Friedberg LLC | Salle Yoo | | | AC, WP, CI | Memorandum prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 452 | 4/11/2016 | Salle Yoo [ | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [suhr@uber.com], Todd Hamblet [thamblet@uber.com], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [cameron@uber.com], Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Produce In Part |
| 453 | 4/4/2016 | Cameron Poetzscher [cameron@uber.com] | Salle Yoo [ Travis Kalanick [ | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 454 | 4/4/2016 | Salle Yoo [ | Travis Kalanick [ | Cameron Poetzscher [cameron@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Privileged |
| 455 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | Salle Yoo [ | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Yoo, Salle | Privileged |

235

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 456 | 2/10/2017 | Jonathan Lieberman [jlieberman@uber.com] | Anthony Levandowski [ | Nicole Bartow [nbartow@uber.com], Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 457 | 11/16/2016 | Eric A. Tate | Uber Legal | | | AC, WP, CI | Memorandum concerning legal analysis or advice regarding Google arbitration. Memorandum reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 458 | 2/14/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 459 | 2/16/2017 | Eric A. Tate | Uber Legal | | | AC, WP, CI | Presentation concerning legal analysis or advice regarding Google arbitration. Presentation reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 460 | 2/22/2017 | Tate, Eric Akira [ETate@mofo.com] | [ [ | adam.bentley@uber.com' [adam.bentley@uber.com], 'nbartow@uber.com' [nbartow@uber.com], 'suhr@uber.com' [suhr@uber.com], 'John F. Gardner (JGardner@Donahue.com)' [JGardner@Donahue.com], 'abaker@levinebakerlaw.com' [abaker@levinebakerlaw.com], 'Rick Levine' [rlevine@levinebakerlaw.com], Williams, Ben [BWilliams@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

237

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 461 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 462 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 463 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration.<br><br>Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

238

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 464 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 465 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 466 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

239

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 467 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 468 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 469 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | 2/15/2017 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 471 | 2/15/2017 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 472 | 2/21/2017 | Morrison & Foerster LLP | Uber Legal | | | AC, WP, CI | Outline concerning legal analysis or advice regarding Google arbitration. Outline reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 473 | 2/21/2017 | Morrison & Foerster LLP | Uber Legal | | | AC, WP, CI | Outline concerning legal analysis or advice regarding Google arbitration. Outline reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 474 | 2/16/2017 | Eric A. Tate | Uber Legal | | | AC, WP, CI | Presentation concerning legal analysis or advice regarding Google arbitration. Presentation reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 475 | 11/16/2016 | Eric A. Tate | Uber Legal | | | AC, WP, CI | Memorandum concerning legal analysis or advice regarding Google arbitration. Memorandum reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 476 | 1/6/2017 | Ferrari, Anna [AFerrari@mofo.com] | Nicole Bartow (nbartow@uber.com) [nbartow@uber.com] | Justin Suhr [suhr@uber.com], Tate, Eric Akira [ETate@mofo.com], Balassone, Elizabeth [EBalassone@mofo.com], Silverman, Robert N. [RSilverman@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 477 | 12/19/2016 | Tate, Eric Akira [ETate@mofo.com] | Nicole Bartow [nbartow@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Justin Suhr [suhr@uber.com], Jesse Murray [jesse.murray@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 478 | 12/19/2016 | Nicole Bartow [nbartow@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com], Justin Suhr [suhr@uber.com], Jesse Murray [jesse.murray@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice regarding Google arbitration. Email reflecting communication made in confidence by Anthony Levandowski and shared pursuant to CI privilege for the purpose of obtaining or giving legal advice regarding Google arbitration. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

243

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 479 | 12/19/2016 | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com] | Nicole Bartow [nbartow@uber.com], Justin Suhr [suhr@uber.com], Jesse Murray [jesse.murray@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 480 | 12/19/2016 | Nicole Bartow [nbartow@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com], Jesse Murray [jesse.murray@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

244

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 481 | 12/19/2016 | Ferrari, Anna [AFerrari@mofo.com] | Nicole Bartow' [nbartow@uber.com], Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com], Jesse Murray [jesse.murray@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 482 | 1/20/2017 | Benjamin D. Williams | Nicole T. Bartow, Justin Suhr | | | AC, WP, CI | Memorandum concerning legal analysis or advice, related to Google arbitration, regarding acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, related to arbitration involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 483 | 11/3/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Tate, Eric Akira [ETate@mofo.com], Justin Suhr [suhr@uber.com] | Scott Brown [SBrown@StrozFriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, related to litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 484 | 10/29/2016 | Eric Friedberg | Jofn F. Gardner, Eric A. Tate | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, related to litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 485 | 2/7/2017 | Mayer, Colette Reiner [CRMayer@mofo.com] | Nicole T. Bartow (nbartow@uber.com) (nbartow@uber.com) [nbartow@uber.com], Justin Suhr (suhr@uber.com) [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP | Email concerning legal analysis or advice, related to litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 486 | 11/16/2016 | Eric A. Tate | Uber Legal | | | AC, WP, CI | Document concerning legal analysis or advice related to Google arbitration and potential litigation regarding Google, regarding due diligence for acquisition of Ottomotto.<br><br>Document regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, related to Google arbitration and potential litigation regarding Google regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 487 | 10/29/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 488 | 10/31/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 489 | 8/9/2016 | Morrison & Foerster LLP | Uber Legal | | | AC, WP, CI | Document concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Document regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 490 | 8/19/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

249

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 491 | 8/19/2016 | Stroz Friedberg LLC | Morrison & Foerster LLP | | | AC, WP, CI | Document concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Document regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 492 | 8/18/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 493 | 8/18/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | suhr@uber.com | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 494 | 8/18/2016 | Stroz Friedberg LLC | Morrison & Foerster LLP | | | AC, WP, CI | Document concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Document regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 495 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com], Van Nort, Diek O. [DVanNort@mofo.com], Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 496 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Van Nort, Diek O. [DVanNort@mofo.com], Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 497 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Van Nort, Diek O. [DVanNort@mofo.com], Biswas, Shouvik [SBiswas@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 498 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 499 | 8/17/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 500 | 8/17/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | Tate, Eric Akira [ETate@mofo.com] | Christian Lymn [clymn@uber.com], Julie Xu [juliexu@uber.com] | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 501 | 8/16/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 502 | 9/12/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 503 | 3/4/2016 | Eric Friedberg | Eric A. Tate, Paul Sieben | | | AC, WP, CI | Letter prepared by consultant jointly retained by counsel to parties to joint defense agreement for purposes of providing legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Full |
| 504 | 8/14/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. <br><br> Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 505 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 506 | 8/12/2016 | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

257

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 507 | 8/12/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 508 | 3/21/2016 | John F. Gardner | Eric Friedberg | | | AC, WP, CI | Letter concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Letter regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 509 | 8/11/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 510 | 8/10/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

259

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 511 | 8/10/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 512 | 8/10/2016 | Justin Suhr [suhr@uber.com] | Eric Friedberg [EFriedberg@strozfriedberg.com] | Mary Fulginiti [MFulginiti@strozfriedberg.com], Julie Zawislak [JZawislak@strozfriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 513 | 8/9/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | Mary Fulginiti [MFulginiti@StrozFriedberg.com], Julie Zawislak [JZawislak@StrozFriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 514 | 8/9/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

261

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 515 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 516 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 517 | 8/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 518 | 8/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Ferrari, Anna [AFerrari@mofo.com], 'Justin Suhr' [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 519 | 8/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 520 | 8/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 521 | 8/8/2016 | Ferrari, Anna [AFerrari@mofo.com] | 'Justin Suhr' [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Kim, Rudy Y. [RudyKim@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 522 | 8/8/2016 | Alisa Baker | Anna Ferrari | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

265

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 523 | 9/23/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 524 | 8/31/2016 | Stroz Friedberg LLC | Justin Suhr | | | AC, WP, CI | Invoice concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Invoice regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

266

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 525 | 9/23/2016 | Justin Suhr [suhr@uber.com] | Eric Friedberg [EFriedberg@StrozFriedberg.com], Eric Tate [etate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 526 | 8/31/2016 | Stroz Friedberg LLC | Justin Suhr | | | AC, WP, CI | Invoice concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Invoice regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 527 | 9/22/2016 | Justin Suhr [suhr@uber.com] | Eric Tate [etate@mofo.com], Ferrari, Anna [AFerrari@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 528 | 8/18/2016 | Stroz Friedberg LLC | Morrison & Foerster LLP | | | AC, WP, CI | Letter concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Letter regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 529 | 9/21/2016 | Stroz Friedberg LLC | Morrison & Foerster LLP | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 530 | 8/18/2016 | Stroz Friedberg LLC | Morrison & Foerster LLP | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 531 | 7/21/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 532 | 7/18/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 533 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Eric Friedberg [EFriedberg@strozfriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 534 | 7/18/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 535 | 10/5/2016 | Ferrari, Anna [AFerrari@mofo.com] | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 536 | 10/5/2016 | Morrison & Foerster LLP | Justin Suhr | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 537 | 10/5/2016 | Morrison & Foerster LLP | Justin Suhr | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 538 | 9/26/2016 | Mary Fulginiti [MFulginiti@StrozFriedberg.com] | Eric A. Tate, Anna Ferrari | Eric Friedberg | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 539 | 9/26/2016 | Stroz Friedberg LLC | Eric A. Tate, Anna Ferrari | | | AC, WP, CI | Document concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Document regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 540 | 7/18/2016 | Barbara Rudloff [BRudloff@StrozFriedberg.com] | Justin Suhr [suhr@uber.com], Eric Friedberg [EFriedberg@StrozFriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 541 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Barbara Rudloff [BRudloff@strozfriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 542 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Eric Friedberg [EFriedberg@strozfriedberg.com] | Barbara Rudloff [BRudloff@strozfriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 543 | 7/18/2016 | Justin Suhr [suhr@uber.com] | Eric Friedberg [EFriedberg@strozfriedberg.com] | Barbara Rudloff [BRudloff@strozfriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 544 | 7/18/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | Barbara Rudloff [BRudloff@StrozFriedberg.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 545 | 7/17/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com], Crandall-Whittom, Elizabeth J. [ECrandallWhittom@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 546 | 7/17/2016 | Morrison & Foerster LLP | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 547 | 7/15/2016 | Stroz Friedberg LLC | Eric A. Tate | Eric Friedberg | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 548 | 6/25/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr | Anna Ferrari | | AC, WP | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

278

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 549 | 6/24/2016 | Morrison & Foerster LLP | Stroz Friedberg LLC | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 550 | 8/2/2016 | Anna Ferrari | Mary Fulginiti | Eric A. Tate | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 551 | 6/30/2016 | Stroz Friedberg LLC | Justin Suhr | | | AC, WP, CI | Invoice concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Invoice regarding information obtained from Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 552 | 6/24/2016 | Justin Suhr [suhr@uber.com] | Julie Zawislak [JZawislak@strozfriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 553 | 6/24/2016 | Julie Zawislak [JZawislak@StrozFriedberg.com] | 'suhr@uber.com' [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 554 | 6/24/2016 | Justin Suhr [suhr@uber.com] | Julie Zawislak [JZawislak@StrozFriedberg.com], Eric Friedberg [efriedberg@strozfriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

281

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 555 | 6/24/2016 | Julie Zawislak [JZawislak@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 556 | 6/24/2016 | Justin Suhr [suhr@uber.com] | Eric Friedberg [EFriedberg@StrozFriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 557 | 6/24/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 558 | 6/24/2016 | Eric Friedberg [EFriedberg@StrozFriedberg.com] | suhr@uber.com' [suhr@uber.com], Julie Zawislak [JZawislak@StrozFriedberg.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

283

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 | 4/6/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 560 | 4/5/2016 | Morrison & Foerster LLP | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 561 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Part |
| 562 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Part |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 563 | 4/5/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Part |
| 564 | 4/4/2016 | John F. Gardner | Eric A. Tate, Eric Amdursky | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Full |

286

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 565 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 566 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 567 | 4/3/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 568 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 569 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Part |
| 570 | 4/3/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | Ferrari, Anna [AFerrari@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 571 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Full |
| 572 | 4/2/2016 | Stroz Friedberg LLC | Eric A. Tate, John F. Gardner, Eric Amdursky | | | AC, WP, CI | Memorandum concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Memorandum regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Full |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 573 | 4/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding potential acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 574 | 4/9/2016 | Justin Suhr [suhr@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden- tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 575 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 576 | 4/7/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

292

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 577 | 4/7/2016 | Todd Hamblet [thamblet@uber.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 578 | 4/7/2016 | Justin Suhr [suhr@uber.com] | Todd Hamblet [thamblet@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 579 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 580 | 4/10/2016 | Justin Suhr [suhr@uber.com] | Cameron Poetzscher [cameron@uber.com], Nina Qi [nina.qi@uber.com], Eric Tate [etate@mofo.com], Christian Lymn [clymn@uber.com] | | Justin Suhr [suhr@uber.com] | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Produce In Part |

294

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 581 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |
| 582 | 4/9/2016 | Tate, Eric Akira [ETate@mofo.com] | Justin Suhr [suhr@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Suhr, Justin | Privileged |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defts' Amended Suppl Privilege Log Associated with March 31, 2017 Production of Documents Identifying Potential Privilege Change Based on Corley Order**

| Priv Log No. | Doc Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confiden-tiality | Received by Unauthorized Persons? | Custodian (Location) | Potential Privilege Change Based On Corley Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 583 | 4/3/2016 | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Hamblet, Todd | Produce In Part |
| 584 | 4/2/2016 | Ferrari, Anna [AFerrari@mofo.com] | Todd Hamblet [thamblet@uber.com] | Tate, Eric Akira [ETate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. Email regarding information obtained from Anthony Levandowski and Stroz Friedberg and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of potential litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Hamblet, Todd | Produce In Part |

296