Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 731)**<br><br>Date: July 5, 2017<br><br>Judge: The Honorable William H. Alsup<br><br>**TRIAL DATE: OCTOBER 10, 2017** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking LLC ("Otto Trucking") hereby joins and adopts Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto LLC's ("Ottomotto") Opposition to Waymo LLC's ("Waymo") Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. (*See* Dkt. No. 800)   In support, Otto Trucking states as follows:

1. On March 16, 2017, the Court issued its "Order RE: Expedited Discovery and Related Materials." Dkt. No. 61. The Order required Uber to produce all files and documents downloaded by Anthony Levandowski and others before they left Waymo's employ.
2. On April 25, 2017, the Court ordered defendants to serve a privilege log "complete as to all items" by April 27, 2017. Dkt. No. 271.
3. Waymo filed a Motion to Compel Production on May 1, 2017. Dkt. No. 321.
4. After referral of the Motion to Compel to Magistrate Judge Corley on May 4, 2017 (Dkt. No.  350), Judge Corley granted  Waymo's Motion to Compel on June 5, 2017. Dkt. No. 549, 566). This Order required Uber to produce the Stroz Report.
5. Consequently, on June 19, 2017 Uber produced a revised privilege log.
6. On June 26, 2017, the Court issued an "Order RE: Uber Privilege Log".  Dkt. No. 731. The Court refused to require further production of documents defendants had logged as privileged.
7. Waymo filed its Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge on June 29, 2017, Dkt. No. 779.
8. Otto Trucking joins and adopts Co-Defendants' Opposition in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Opposition to Waymo's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge.

1

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR RELIEF
(CASE NO. 3:17-CV-00939-WHA)

Dated: July 5, 2017                          Respectfully submitted,

By: /s/ Neel Chatterjee
    Neel Chatterjee
    *nchatterjee@goodwinlaw.com*
    GOODWIN PROCTER LLP
    135 Commonwealth Drive
    Menlo Park, California 94025
    Tel.: +1 650 752 3100
    Fax.: +1 650 853 1038

    Brett Schuman
    *bschuman@goodwinlaw.com*
    Rachel M. Walsh
    *rwalsh@goodwinlaw.com*
    GOODWIN PROCTER LLP
    Three Embarcadero Center
    San Francisco, California 94111
    Tel.: +1 415 733 6000
    Fax.: +1 415 677 9041

    Attorneys for Defendant
    OTTO TRUCKING LLC

2

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND
OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR RELIEF
(CASE NO. 3:17-CV-00939-WHA)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 5, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 5th day of July 2017.

/s/ Neel Chatterjee____
NEEL CHATTERJEE

3

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR RELIEF
(CASE NO. 3:17-CV-00939-WHA)