Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | Courtroom: 8, 19th Floor<br>Judge:   Hon. William H. Alsup |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this motion for an order to file under seal their Opposition to Waymo's
3  Motion for Order to Show Cause (the "Opposition").  Specifically, Otto Trucking requests an
4  order granting leave to file under seal the confidential portions of the following document:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Otto Trucking's Opposition | Highlighted Portions |
| Exhibits 1, 2 to the Declaration of Neel Chatterjee | Entire Documents |

The highlighted portions of the Opposition include highly confidential, sensitive business information relating to the terms of Otto Trucking's agreements and corporate structure.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  If this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business agreements, allowing them to modify their own business strategy.  Otto Trucking's competitive standing could be significantly harmed.

Exhibits 1 and 2 contain highly confidential, sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate structure, and financial information.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  If this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business agreements, allowing them to modify their own business strategy.  Otto Trucking's competitive standing could be significantly harmed.

Otto Trucking's request to seal is narrowly tailored to those portions of the Opposition and supporting documents that merit sealing.

1 | Dated: July 5, 2017 | Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorneys for Defendant*
*Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 5, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of July 2017 in Menlo Park, California.

/s/ Neel Chatterjee
Neel Chatterjee