Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| Uber Technologies, Inc., et al., | |
| Defendants. | |
| | Courtroom: 8, 19th Floor<br>Judge: Hon. William H. Alsup |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2    File Under Seal Portions of its Opposition to Plaintiff Waymo LLC's Motion for Order to Show
3    Cause (the "Administrative Motion").  Having considered the Administrative Motion, and good
4    cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and
5    **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Opposition to Plaintiff Waymo LLC's Motion for Order to Show Cause | Highlighted Portions |
| Exhibits 1, 2 to the Declaration of Neel Chatterjee | Entire Documents |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM H. ALSUP
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 5, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: July 5, 2017                              /s/ Neel Chatterjee
                                                        Neel Chatterjee