Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| Uber Technologies, Inc., et al., | |
| Defendants. | |
| | Courtroom:  8, 19th Floor<br>Judge:  Hon. William H. Alsup |

1    I, Neel Chatterjee, declare as follows:

2    1.    I am counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Opposition to Plaintiff Waymo LLC's Motion for Order to Show Cause (the "Opposition").

2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Otto Trucking LLC's Limited Liability Company Agreement, Bates-stamped OTTOTRUCKING00000005–OTTOTRUCKING00000019.

3.    Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the First Amendment to Limited Liability Company Agreement of Otto Trucking LLC, Bates-stamped OTTOTRUCKING00000001–OTTOTRUCKING00000003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 5th day of July, 2017 in Menlo Park, California.

<u>/s/ Neel Chatterjee</u>
Neel Chatterjee

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 5, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: July 5, 2017                                         /s/ Neel Chatterjee
                                                                        Neel Chatterjee