# REDACTED VERSION OF EXHIBIT 1 SOUGHT TO BE FILED UNDER SEAL