# REDACTED VERSION OF EXHIBIT 2 SOUGHT TO BE FILED UNDER SEAL