JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC;<br>OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>     Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S MOTION TO INTERVENE, MOTION TO QUASH OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER**<br><br>Honorable Judge Jacqueline Scott Corley |

I, JONATHAN PATCHEN, declare as follows:

1. I am a partner in the law offices of Taylor & Patchen, LLP, a member in good standing of the bar of the State of California, and am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the matters set forth in this declaration, except as to those matters that are stated on information and belief and, as to those matters, I believe them to be true. If called upon to testify as a witness in this case, I could and would testify competently under oath to all of the matters set forth in this declaration. This declaration is submitted in support of Non-Party Lior Ron's Motion to Intervene, and Motion to Quash or, in the Alternative, Motion for a Protective Order filed concurrently herewith.

TAYLOR & PATCHEN, LLP

1.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
MOTION TO INTERVENE AND MOTION TO QUASH: CASE NO. 3:17-CV-00939 (WHA)

2. On June 21, 2017, I became aware that Waymo LLC had served Stroz Freidberg ("Stroz") with a subpoena that had implications for Mr. Ron. Attached as Exhibit A is a true and correct copy of that subpoena from Waymo LLC to Stroz (the "Stroz subpoena").

3. On June 26, 2017, I received an e-mail from John McCauley of the law firm Quinn Emanuel Urquhart & Sullivan, LLP on behalf of Waymo LLC requesting that my firm accept service of a subpoena directed at Mr. Ron (the "Ron subpoena") on his behalf in the *Waymo* litigation. Attached as Exhibit B is a true and correct copy of the Ron subpoena. The requested date of compliance for the Ron subpoena is July 10, 2017 at 12:00 p.m.

4. On June 30, 2017, I met and conferred with David Perlson, an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP representing Waymo LLC in the *Waymo* litigation, regarding our concerns with the scope of the Stroz subpoena both generally and particularly in light of the Ron subpoena. During the meet and confer process, I proposed that Waymo LLC agree that Stroz need not produce documents provided by Mr. Ron to Stroz and instead work through the production of responsive, relevant, and non-privileged documents in Mr. Ron's possession, custody, or control in the context of the Ron subpoena. Attached as Exhibit C is a true and correct copy of an e-mail that I sent to Mr. Perlson on June 30, 2017 setting forth this proposal.

5. On July 4, 2017, I received an e-mail from Mr. Perlson rejecting my proposal. Attached as Exhibit D is a true and correct copy of this July 4, 2017 e-mail from Mr. Perlson to myself.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing in true and correct. Executed this 5th day of July, 2017, at San Francisco, California.

             */s/ Jonathan A. Patchen*
             JONATHAN A. PATCHEN

TAYLOR & PATCHEN, LLP

2.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
MOTION TO INTERVENE AND MOTION TO QUASH: CASE NO. 3:17-CV-00939 (WHA)