| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
| | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone:     415.268.7000 |
| 7 | Facsimile:     415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
| | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
| | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 11 | Washington DC  20005 |
| | Telephone:     202.237.2727 |
| 12 | Facsimile:     202.237.6131 |
| 13 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Date:  July 26, 2017 |
| | Time:  8:00 a.m. |
| | Ctrm:  8, 19th Floor |
| | Judge: Hon. William Alsup |
| | Trial Date: October 10, 2017 |

GONZÁLEZ DECLARATION ISO OPPOSITION TO WAYMO'S MOTION FOR ORDER TO SHOW CAUSE
Case No. 3:17-cv-00939-WHA
sf-3788701

I, Arturo J. González, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am a Fellow with the American College of Trial Lawyers and the International Academy of Trial Lawyers, and an Associate with the American Board of Trial Advocates. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's Opposition to Waymo's Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. In response to the allegations that Uber encouraged Anthony Levandowski to bring Google information to Uber, I have advised Waymo's counsel on at least three occasions that I would like to discuss with him information pertaining to the Stroz report, on the condition that Waymo agree it is not a subject-matter waiver to do so. Waymo's counsel has declined each time, and has responded that the privilege cannot be used as a sword and a shield.

3. Before our first meeting with the Special Master, I told Waymo's counsel that I wanted both sides to have the ability to engage in ex parte communications with the Special Master because I wanted his guidance on challenging privilege issues. Waymo declined. I then told them that I wanted to disclose information to them that I thought they should be aware of regarding the due diligence process, and Waymo's lead trial counsel Charles Verhoeven refused, saying that we could not use the privilege as a sword and a shield.

4. This conversation basically repeated itself the first time we met with Magistrate Judge Corley. While conferring in her jury room, I again offered to share information regarding the due diligence process (this time with either the Special Master or Judge Corley) but Waymo again refused to allow any ex parte communications and again refused to agree that voluntary statements about the due diligence process would not be deemed a waiver.

5. Finally, at a hearing before this Court on May 3, 2017, this Court asked a question about the content of the due diligence report and I noted that I would answer the question as long as there was a stipulation that by answering, we were not waiving the privilege. Again, Waymo

1  would not agree.  (A true and correct copy of the transcript of this exchange is attached hereto as
2  Exhibit A.)
3        I declare under the penalty of perjury that the foregoing is true and correct.  Executed this
4  5th day of July, 2017 at San Francisco, California.

                                                     */s/ Arturo J. González*
                                                     ARTURO J. GONZÁLEZ