**quinn emanuel** trial lawyers | san francisco

50 California Street, 22ⁿᵈ Floor, San Francisco, California 94101 | TEL (415) 875-6600

July 6, 2017

Magistrate Judge Jacqueline Scott Corley

Re:     *Waymo LLC v. Uber Technologies, Inc., et al.*, N.D. Cal., Case 3:17-cv-00939-WHA
        **Uber's Improper Requests to Depose Apex Witnesses**

Dear Judge Corley:

In its June 30 letter brief regarding depositions of apex witnesses, Waymo noted that, in the
event the Court compels his deposition, Sergey Brin is available the afternoon of July
17.  Waymo files this letter to update Mr. Brin's availability for deposition to July 20 in the
afternoon, rather than July 17.  Waymo respectfully requests the Court consider this updated date
in its ruling on Waymo's June 30 letter brief.

Sincerely,

*/s/ Charles K. Verhoeven*

Charles K. Verhoeven

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH