MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendant. | Case No.     3:17-cv-00939-WHA<br><br>**UBER'S MOTION IN LIMINE REGARDING ITS LEGAL COUNSEL**<br><br>Trial Date: October 10, 2017 |

1  Uber will be represented at trial by Morrison & Foerster ("MoFo") and Boies Schiller Flexner.  Pursuant to this Court's June 30, 2017 Order (Dkt. No. 784), Uber moves in limine for an order excluding any reference at trial to MoFo's role in Uber's acquisition of Ottomotto.

Uber will not be calling anyone from MoFo as a witness at trial.  Moreover, Magistrate Corley has already considered and rejected Waymo's assertion that the crime fraud exception should apply in this case.  (Dkt. No. 731 at 2 ["The Court does not find that Uber retained MoFo to assist with obtaining Waymo's trade secrets."].)  Thus, MoFo's role in the acquisition is irrelevant to the issues in this trial and any remote relevance is substantially outweighed by the probability that the jury will be confused or that Uber will be prejudiced, because the only reason Waymo would mention MoFo's involvement is to suggest wrongdoing by Uber's trial counsel.

For these reasons, Uber requests an order excluding any reference at trial to MoFo's role in Uber's acquisition of Ottomotto.

Dated: July 7, 2017                                         MORRISON & FOERSTER LLP

By:   */s/ Arturo J. González*
           Arturo J. González

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UBER'S MOTION IN LIMINE REGARDING ITS LEGAL COUNSEL
Case No. 3:17-cv-00939-WHA
sf-3801817

1