1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11   WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

12              Plaintiff,               **[PROPOSED] ORDER GRANTING
                                         DEFENDANTS UBER
13        v.                             TECHNOLOGIES, INC. AND
                                         OTTOMOTTO LLC'S
14   UBER TECHNOLOGIES, INC.,            ADMINISTRATIVE MOTION TO
     OTTOMOTTO LLC; OTTO TRUCKING LLC,   FILE DOCUMENTS UNDER SEAL**
15
16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

6
7
8
9

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit A | Entire Document |
| Exhibit B | Entire Document |

10

**IT IS SO ORDERED**.

11
12
13
14

Dated: _____, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28