# EXHIBIT C

Message

| | |
|---|---|
| **From**: | Google Calendar [calendar-notification@google.com] |
| **Sent**: | 3/10/2015 6:50:15 PM |
| **To**: | Travis Kalanick [travis@uber.com] |
| **Subject**: | Notification: Lunch Mtg: Larry Page | David Drummond @ Tue Mar 10, 2015 12pm - 1pm (Travis Kalanick) |

**more details »**

### Lunch Mtg: Larry Page | David Drummond

Simone or Esther will meet you in the Lobby

| | |
|---|---|
| When | Tue Mar 10, 2015 12pm – 1pm Pacific Time |
| Where | 1900 Charleston Rd, Mountain View, CA 94043, USA (map) |
| Calendar | Travis Kalanick |
| Who | - Travis Kalanick - organizer<br>- Mayrose Munar - creator<br>- Emil Michael |

Going?   **Yes** - **Maybe** - **No**    more options »

Invitation from Google Calendar

You are receiving this email at the account travis@uber.com because you are subscribed for notifications on calendar Travis Kalanick.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.