# EXHIBIT D

| | |
|---|---|
| Message | |
| **From**: | David Drummond [ddrummond@google.com] |
| **Sent**: | 1/22/2015 8:25:09 AM |
| **To**: | Travis Kalanick [travis@uber.com] |
| **Subject**: | Re: Google cars |

Hey man.  Sorry have been missing you.  Got sick leaving Brussels and was seriously down for the count for a bit.  Let me know if there's a window today.  Will have Simone work with Mayrose as well...

On Jan 19, 2015 6:35 AM, "Travis Kalanick" <travis@uber.com> wrote:
Spoke in Munich last night, London today.

Already had Mayrose try to connect us but I come into Brussels just as you leave

Maybe we can set up a call sometime today

T

On Sunday, January 18, 2015, David Drummond <ddrummond@google.com> wrote:
Yes I think it's time for a chat too.  Are you in Brussels?  Just got here.

On Thu, Jan 15, 2015 at 12:05 AM, Travis Kalanick <travis@uber.com> wrote:
Just got the transcript from the Q&A at the Detroit Auto Show.

Urmson is openly discussing rolling out an Autonomous Vehicle ridesharing service.

I'm thinking it's time to have a chat with Larry directly. Let's get some quality time if possible in Brussels.

Thanks,

T