# EXHIBIT E

Message

| | |
|---|---|
| **From**: | David Drummond [ddrummond@google.com] |
| **Sent**: | 3/7/2015 11:58:43 PM |
| **To**: | Travis Kalanick [travis@uber.com] |
| **Subject**: | Re: Fwd: Google Intel |

I'm sorry that these things keep coming up in this way.  I will speak to Larry again to reiterate the importance of a meeting with you very soon.  I'm returning from London tomorrow and will report back with next steps.  I continue to believe that the value of a partnership now far outweighs concerns about an uncertain future.

On Mar 7, 2015 7:45 AM, "Travis Kalanick" <travis@uber.com> wrote:

Is the below true?

We get stuff like this more than I would like.

A meeting with Larry could calm this down if it's not true but he has been avoiding any meeting with me since last fall.

Without any dialogue we get pushed into the assumption that Google is competing in the short term and has probably been planning to do so for quite a bit longer than has been let on.

I hope I'm wrong here, just need to do a meeting with Larry ASAP to get clarity and a mutual understanding of how to do a proper partnership here.

T

Begin forwarded message:

> ---------- Forwarded message ----------
> From:
> Date: Fri, Mar 6, 2015 at 7:57 PM
> Subject: Intel
> To:
>
>
> Heard from a reliable source that Google will be starting a self driving service in MV in 3 months.
>
> Sent by phone

CONFIDENTIAL                                                                                                                                              UBER00077208