1   MICHAEL A. JACOBS (CA SBN 111664)
      MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
      AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
      ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
      RKim@mofo.com
5   MORRISON & FOERSTER LLP
      425 Market Street
6   San Francisco, California 94105-2482
      Telephone:     415.268.7000
7   Facsimile:     415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
      kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
      hhume@bsfllp.com
10   BOIES SCHILLER FLEXNER LLP
      1401 New York Avenue, N.W.
11   Washington DC 20005
      Telephone:     202.237.2727
12   Facsimile:     202.237.6131

13   Attorneys for Defendants
      UBER TECHNOLOGIES, INC.
14   and OTTOMOTTO LLC

15                   UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18   WAYMO LLC,                         Case No.       3:17-cv-00939-WHA

19                 Plaintiff,                 **CERTIFICATE OF SERVICE**

20       v.                             Honorable William Alsup

21   UBER TECHNOLOGIES, INC.,           Trial Date: October 10, 2017
      OTTOMOTTO LLC; OTTO TRUCKING LLC,
22

23                 Defendants.

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

3

is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause,

4

and I am over the age of eighteen years.

5

I further declare that on July 6, 2017, I served true and correct copies of the following

6

documents:

7

**EXHIBITS A AND B TO DEFENDANTS' RESPONSE TO**
**WAYMO'S DISCOVERY LETTER BRIEF RE APEX**

8

**DEPOSITIONS (UNREDACTED VERSIONS)**

9

**DECLARATION OF CAMILA TAPERNOUX IN SUPPORT**
**OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE**

10

**UNDER SEAL EXHIBITS TO THEIR DISCOVERY LETTER**
**BRIEF REGARDING APEX DEPOSITIONS**

11

12

☒     **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically
mailing a true and correct copy through Morrison & Foerster LLP's electronic mail
system to the e-mail address(es) set forth below, or as stated on the attached service

13

list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

14

15

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788 | qewaymo@quinnemanuel.com |
| Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>*Attorneys for Plaintiff Waymo LLC* | lcunningham@wsgr.com |

16

17

18

19

20

21

22

23

24

25

26

27

28

| Recipient | Email Address: |
|---|---|
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 6th day of July, 2017.

| *Camila Tapernoux* | Camila Tapernoux |
|---|---|
| (typed) | (signature) |

## ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Camila Tapernoux has concurred in this filing.

Dated:  July 6, 2017

*/s/  Arturo J. González*
Arturo J. González