UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

Waymo dismisses its claims for infringement of U.S. Patent Nos. 8,836,922; 9,285,464, and 9,086,273, except for its claims against the abandoned Spider design, with prejudice;

Waymo dismisses its claims for infringement of the above-listed patents against the abandoned Spider design without prejudice; and

Each party shall bear its own costs and attorneys' fees with respect to the above claims.

**IT IS SO STIPULATED.**

Dated:  July 7, 2017        MORRISON & FOERSTER LLP

                            By:  */s/ Michael A. Jacobs*
                                 MICHAEL A. JACOBS

                            Attorneys for Defendants
                            UBER TECHNOLOGIES, INC. and
                            OTTOMOTTO LLC

Dated:  July 7, 2017        GOODWIN PROCTER LLP

                            By:  */s/ Neel Chatterjee*
                                 NEEL CHATTERJEE

                            Attorneys for Defendant
                            OTTO TRUCKING, LLC

| | |
|---|---|
| Dated: July 7, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Charles K. Verhoeven*<br>        CHARLES K. VERHOEVEN |
| | Attorneys for Plaintiff<br>WAYMO LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2017         _____
                                                                            The Honorable William Alsup

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Charles K. Verhoeven and Neel Chatterjee have concurred in this filing.

Dated: July 7, 2017             */s/ Michael A. Jacobs*
                                               Michael A. Jacobs