1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 731)** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its July 7 Reply in Support of its Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 731) (the "Reply").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Reply | Highlighted in Blue |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge