1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9
10

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO COURT ORDER (DKT. 784) REGARDING PATENT CLAIMS** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal certain information in its Response to Court Order (Dkt. 784) Regarding Patent Claims ("Waymo's Response").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Response | Highlighted in Blue |
| Exhibit 2 ('936 Patent Infringement Contentions) | Entire Document |
| Exhibit 3 (document produced by Uber in litigation and designated AEO) | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

                                             _____
                                             HON. WILLIAM ALSUP
                                             United States District Court Judge