Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>      Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S BRIEF REGARDING IMPUTATION (DKT. 784, PARAGRAPH SIX)**<br><br>Judge: The Honorable William H. Alsup<br><br>**TRIAL DATE: OCTOBER 10, 2017** |

Defendant Otto Trucking LLC ("Otto Trucking") responds as follows to Paragraph Six of the Court's Order on Early Motions *In Limine* and Related Matters (Dkt. No. 784).

Otto Trucking states that knowledge from the due diligence investigation conducted by Morrison & Foerster and Stroz Friedberg cannot be imputed to it under an agency theory. The Court has found that Stroz Friedberg was not Otto Trucking's agent. *See* Dkt. 670 at 6-7. Morrison & Foerster did not represent Otto Trucking during the acquisition of Ottomotto by Uber, and only represented Otto Trucking for a short time in this litigation. In any event, Morrison & Foerster has confirmed that it did not receive the downloaded materials. *See* Dkt. No. 806 at 13-14, Dkt. No. 806-3, ¶¶ 4-8.

With respect to the remainder of the issues raised in Paragraph Six, Otto Trucking hereby joins and adopts Defendant Uber Technologies, Inc. and Ottomotto LLC's Brief Regarding Imputation (Dkt. 784, ¶ 6). (Dkt. 824 ) In support, Otto Trucking states as follows:

1. On June 12, 2017, the Court issued its Case Management Order re Trial Preparation (Dkt. No. 604) requesting, among other things, that parties file a précis regarding two motions in limine that should be heard in advance of the pretrial conference.
2. Defendants Uber and Ottomotto timely filed a response on June 16, 2017 (Dkt. No. 641), which Otto Trucking joined (Dkt No. 643).
3. Thereafter, the Court scheduled a case management conference for June 29, 2017, and requested briefing on a number of issues relating to motions *in limine*. Dkt. Nos. 664, 693.
4. Following the case management conference, the Court issued its Order on Early Motions *In Limine* and Related Matters. Dkt. No. 784.
5. Otto Trucking joins and adopts Co-Defendants' Brief in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Defendants Uber Technologies, Inc. and Ottomotto LLC's Brief Regarding Imputation (Dkt. 784, ¶ 6).

1

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S BRIEF REGARDING IMPUTATION (DKT. NO. 784, PARAGRAPH SIX)
(CASE NO. 3:17-cv-00939-WHA)

Dated: July 7, 2017

Respectfully submitted,

By: /s/ Rachel M. Walsh
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hayes Hyde
*hhyde@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 7, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July 2017.

/s/ Rachel M. Walsh____
RACHEL M. WALSH

3

DEFENDANT OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S BRIEF REGARDING IMPUTATION (DKT. NO. 784, PARAGRAPH SIX)
(CASE NO. 3:17-CV-00939-WHA)