MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR STATEMENT IN RESPONSE TO PARAGRAPH 3 OF ORDER RE EARLY MOTIONS *IN LIMINE* AND RELATED MATTERS (DKT. 784)**<br><br>Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of their Statement in Response to Paragraph 3 of Order Re Early Motions in Limine and Related Matters (Dkt. 784).

2. I have reviewed the following documents and confirmed that the material identified below merits sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Statement in Response to Paragraph 3 of Order Re Early Motions in Limine and Related Matters ("Statement") (Dkt. 784) | Highlighted Portions |

3. The highlighted portions of this Statement were designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed govern this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants take no stance on whether this material merits sealing, but are required to file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4. Defendants' request to seal is narrowly tailored to those portions of their Statement that it is required to file under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 7th day of July, 2017, in Washington, District of Columbia.

                                                                               */s/ Michelle Yang*
                                                                                 Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Camila Tapernoux has concurred in this filing.

Dated: July 6, 2017           */s/ Karen Dunn*
                                      Karen Dunn

Y<small>ANG</small> D<small>ECL</small>. ISO D<small>EFENDANTS</small>' A<small>DMINISTRATIVE</small> M<small>OTION TO</small> F<small>ILE</small> U<small>NDER</small> S<small>EAL</small>
Case No. 3:17-cv-00939-WHA
sf-3803058

2