QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 825-3**<br><br>**Trial Date:  October 2, 2017** |

1  Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2 Document from ECF, submitted electronically on July 7, 2017, by Waymo.  Specifically, Docket
3 825-3 contains information that is governed by Docket No. 60, and that was inadvertently filed in
4 improper form.  Waymo has already contacted the ECF Help Desk regarding this issue, and the
5 ECF Help Desk has temporarily blocked public access to this filing.  Waymo has also filed a
6 corrected version of this document.

7  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
8 Administrative Motion to Remove Dkt. No. 825-3.

10 DATED: July 7, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

   By  */s/Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for WAYMO LLC