UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 825-3** |

Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly Filed Document, Dkt. 825-3, and good cause appearing therefore, IT IS HEREBY ORDERED that Waymo's Motion shall be granted.

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge