NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WAYMO LLC,**
*Plaintiff-Appellee*

v.

**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC,**
*Defendants-Appellants*

**OTTO TRUCKING LLC, ANTHONY LEVANDOWSKI,**
*Defendants*

_____

2017-2130
_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-00939-WHA, Judge William H. Alsup.

_____

**ON MOTION**
_____

PER CURIAM.

**O R D E R**

The parties move jointly for an expedited briefing and oral argument schedule. In light of the parties' joint

motion, the court deems as moot the appellants' initial motion to expedite briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The parties' joint motion for expedited briefing and oral argument is granted to the extent that the proposed briefing schedule is accepted. Oral argument shall be set by separate order.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31