UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>               Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

1  Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

Waymo dismisses its claims for infringement of U.S. Patent Nos. 8,836,922; 9,285,464, and 9,086,273, except for its claims against the abandoned Spider design, with prejudice;

Waymo dismisses its claims for infringement of the above-listed patents against the abandoned Spider design without prejudice; and

Each party shall bear its own costs and attorneys' fees with respect to the above claims.

**IT IS SO STIPULATED.**

Dated: July 7, 2017                         MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
        MICHAEL A. JACOBS

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

Dated: July 7, 2017                         GOODWIN PROCTER LLP

By: */s/ Neel Chatterjee*
        NEEL CHATTERJEE

Attorneys for Defendant
OTTO TRUCKING, LLC

Dated: July 7, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*
CHARLES K. VERHOEVEN

Attorneys for Plaintiff
WAYMO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___July 7___, 2017                    _____
The Honorable William Alsup

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Charles K. Verhoeven and Neel Chatterjee have concurred in this filing.

Dated: July 7, 2017                    */s/  Michael A. Jacobs*
                                             Michael A. Jacobs