Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563) AND TO JOIN AND ADOPT CO-DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)**<br><br>Date:　　　　August 17, 2017<br>Time:　　　　8:00 a.m.<br>Courtroom:　8, 19th Floor<br>Judge:　　　Honorable William Alsup<br>Trial Date:　October 10, 2017 |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this motion for an order to file under seal exhibits to its Motion to Enforce the
3  Court's June 7, 2017 Order (Dkt. 563) and to Join and Adopt Co-Defendants Uber Technologies,
4  Inc. and Ottomotto LLC's Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) (the
5  "Motion").  Specifically, Otto Trucking requests an order granting leave to file under seal the
6  confidential portions of the following document:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibits 2 and 3 to the Declaration of Rachel M. Walsh | Highlighted Portions |

Otto Trucking seeks to seal the highlighted portions of Exhibit 2 because Plaintiff Waymo LLC ("Waymo") has designated the information "highly confidential" and "attorneys' eyes only." Otto Trucking does not oppose the merits of sealing the material designated by Waymo, and anticipates that Waymo will file declarations in accordance with Local Rule 79-5.

The highlighted portions of Exhibit 3 contain highly confidential, sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate structure, and financial information.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  If this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business agreements, allowing them to modify their own business strategy.  Otto Trucking's competitive standing could be significantly harmed.

Otto Trucking's request to seal is narrowly tailored to those portions of the Motion's supporting documents that merit sealing.

| | | |
|---|---|---|
| 1 | Dated: July 7, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Rachel M. Walsh<br>Neel Chatterjee<br>*nchatterjee@goodwinlaw.com* |
| 4 | | **GOODWIN PROCTER LLP**<br>135 Commonwealth Drive |
| 5 | | Menlo Park, California 94025<br>Tel.: +1 650 752 3100 |
| 6 | | Fax.: +1 650 853 1038 |
| 7 | | |
| 8 | | Brett Schuman<br>*bschuman@goodwinlaw.com* |
| 9 | | Shane Brun<br>*sbrun@goodwinlaw.com* |
| 10 | | Rachel M. Walsh<br>*rwalsh@goodwinlaw.com* |
| 11 | | Hayes P. Hyde<br>*hhyde@goodwinlaw.com* |
| 12 | | **GOODWIN PROCTER LLP**<br>Three Embarcadero Center |
| 13 | | San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 |
| 14 | | |
| 15 | | *Attorneys for Defendant*<br>*Otto Trucking LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 7, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July 2017 in San Francisco, California.

/s/ Rachel M. Walsh
Rachel M. Walsh