Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF RACHEL M. WALSH IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563) AND TO JOIN AND ADOPT CO-DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)** |
| v. | |
| Uber Technologies, Inc., et al., | |
| Defendants. | |
| | Date: August 17, 2017<br>Time: 8:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Honorable William Alsup<br>Trial Date: October 10, 2017 |

ACTIVE/91817041.2

DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939

I, Rachel M. Walsh, declare as follows:

1. I am counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of its Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) and to Join and Adopt Co-Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibits 2 and 3 to the Declaration of Rachel M. Walsh | Highlighted Portions |

3. Otto Trucking seeks to seal the highlighted portions of Exhibit 2 because Plaintiff Waymo LLC ("Waymo") has designated the information "Highly Confidential – Attorneys' Eyes Only." Otto Trucking does not oppose the merits of sealing the material designated by Waymo, and anticipates that Waymo will file declarations in accordance with Local Rule 79-5.

4. The highlighted portions of Exhibit 3 contain highly confidential, sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate structure, and financial information. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that if this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business agreements, allowing them to modify their own business strategy. Otto Trucking's competitive standing could be significantly harmed.

5. Otto Trucking's request to seal is narrowly tailored to those portions of the motion's supporting documents that merit sealing.

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct. Executed this 7th day of July, 2017 in San Francisco, California.

        /s/ Rachel M. Walsh
        Rachel M. Walsh