1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
6  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
7  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
8  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax.: +1 415 677 9041

12 Attorneys for Defendant
   Otto Trucking LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| 18          Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563) AND TO JOIN AND ADOPT CO-DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)** |
| 19          v. | |
| 20  Uber Technologies, Inc., et al., | |
| 21          Defendants. | |
| 22 | |
| 23 | |
| 24 | Date:       August 17, 2017<br>Time:       8:00 a.m.<br>Courtroom:  8, 19th Floor<br>Judge:      Honorable William Alsup<br>Trial Date: October 10, 2017 |
| 25 | |
| 26 | |

27
28

ACTIVE/91817049.2

1  Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of its Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) and to
3  Join and Adopt Co-Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Enforce
4  the Court's June 7, 2017 Order (Dkt. 563) (the "Administrative Motion").  Having considered the
5  Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto
6  Trucking's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibits 2 and 3 to the Declaration of Rachel M. Walsh | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Judge