# EXHIBIT 1

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.:  +1 650 752 3100
Fax.:  +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.:  +1 415 733 6000
Fax.:  +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>            Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF WAYMO LLC'S FIRST SET OF EXPEDITED INTERROGATORIES** |

PROPOUNDING PARTY:  Plaintiff, WAYMO LLC

RESPONDING PARTY:  Defendant, OTTO TRUCKING LLC

SET NO. : One

DEFENDANT OTTO TRUCKING LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S
FIRST SET OF EXPEDITED INTERROGATORIES                CASE NO. 3:17-CV-00939

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

1    **RESPONSE TO INTERROGATORY NO. 6:**

2        Otto Trucking incorporates each of its general objections by reference.  Otto Trucking

3    objects to this Request as not "reasonably narrow" or relevant to its "trade secret misappropriation

4    claims *only*" as required by the Court's Order Granting in Part and Denying in Part Plaintiff's

5    Motion for Provisional Relief (Dkt. No. 464).  Otto Trucking further objects to this Interrogatory

6    to the extent that it seeks information regarding documents or materials protected by the attorney

7    client privilege, the attorney work product doctrine, joint defense or common interest privilege,

8    and/or any other applicable privilege or immunity.

9        Subject to and without waiving its foregoing objections, Otto Trucking responds as

10   follows:  Litigation hold memoranda were sent on March 9, 2017 to Anthony Levandowski, Lior

11   Ron, Brent Schwartz, and Rhian Morgan.  Otto Trucking does not possess any of its own servers,

12   computers, electronic or hard-copy document repositories.  Any such documents are located and

13   stored on the servers, computers and electronic or hard-copy document repositories of Uber and

14   Ottomotto.  As such, any and all litigation holds imposed by Uber and Ottomotto would apply to

15   any Otto Trucking materials.  For that reason, Otto Trucking incorporates by reference the

16   responses to this Interrogatory by Ottomotto and Uber.

17   **INTERROGATORY NO. 7:**

18       For each of DEFENDANTS' past and present officers, directors, and employees identified

19   in response to the Court's April 4, 2017 Order (Dkt. 144) as having had LiDAR-related

20   responsibilities or projects, identify all LiDAR-related projects that the PERSON has worked on,

21   INCLUDING (without limitation) any LiDAR-related projects involving third parties.

22   **RESPONSE TO INTERROGATORY NO. 7:**

23       Otto Trucking incorporates each of its general objections by reference.

24       Subject to and without waiving its foregoing objections, Otto Trucking responds as

25   follows:  None of the past and present officers, directors, and employees identified in response to

26   the Court's April 4, 2017 Order (Dkt. 144) have worked on any LiDAR-related projects in their

27   capacities as past or present officers, directors, or employees of Otto Trucking.

28

DEFENDANT OTTO TRUCKING LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S
FIRST SET OF EXPEDITED INTERROGATORIES          CASE NO. 3:17-CV-00939

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

1    attorney work product doctrine, joint defense or common interest privilege, and/or any other

2    applicable privilege or immunity.

3           Subject to and without waiving its foregoing objections, Otto Trucking responds as

4    follows:  Counsel for Otto Trucking provided a copy of the redacted version of the Court's order

5    Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief to Mr. Levandowski

6    on May 15, 2017.  Counsel for Otto Trucking sent a letter by email and Federal Express to Mr.

7    Levandowski's counsel of record, Ramsey Ehrlich LLP, on May 30, 2017 regarding the

8    admonitions in the order and requesting that he return any Downloaded Materials, as described in

9    the order.

10

11   Dated:  June 5, 2017                                    Respectfully submitted,

12                                                           By: /s/ Neel Chatterjee

13                                                               Neel Chatterjee
                                                                 *nchatterjee@goodwinlaw.com*
14                                                               GOODWIN PROCTER LLP
                                                                 135 Commonwealth Drive
15                                                               Menlo Park, California 94025
                                                                 Tel.:  +1 650 752 3100
16                                                               Fax.:  +1 650 853 1038

17

18                                                               Brett Schuman
                                                                 *bschuman@goodwinlaw.com*
19                                                               Rachel M. Walsh
                                                                 *rwalsh@goodwinlaw.com*
20                                                               GOODWIN PROCTER LLP
                                                                 Three Embarcadero Center
21                                                               San Francisco, California 94111
                                                                 Tel.:  +1 415 733 6000
22                                                               Fax.:  +1 415 677 9041

23                                                               Attorneys for Defendant
                                                                 OTTO TRUCKING LLC
24

25

26

27

28

9

## VERIFICATION

I, Rhian Morgan, declare that I have read a copy of Otto Trucking LLC's OBJECTIONS AND RESPONSES TO PLAINTIFF WAYMO, LLC'S FIRST SET OF EXPEDITED INTERROGATORIES and am familiar with its contents.

I am Corporate Secretary at Otto Trucking LLC, a party to this action, and am authorized to make this verification for and on its behalf. I am informed and believe and on that basis state that the responses provided therein are true and correct.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___JUNE___, 2017 in ___San Francisco___, California.


Rhian Morgan
Corporate Secretary
Otto Trucking LLC