Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc., et al.,<br><br>       Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563) AND TO JOIN AND ADOPT CO-DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)**<br><br>Date:         August 17, 2017<br>Time:        8:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:       Honorable William Alsup<br>Trial Date:  October 10, 2017 |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed a Motion to Enforce the Court's
2    June 7, 2017 Order (Dkt. 563) and to Join and Adopt Co-Defendants Uber Technologies, Inc. and
3    Ottomotto LLC's Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) (the "Motion").

4    Having considered the Motion, supporting documents, as well as the arguments presented
5    by the parties at the hearing on this Motion, the Court finds that Plaintiff Waymo LLC ("Waymo")
6    has violated the Court's June 7, 2017 Order (Dkt. 563), hereby **GRANTS** Otto Trucking's
7    Motion, and **ORDERS**:

8    1.   Waymo's Corrected Supplemental Initial Disclosures dated June 22, 2017 are stricken;

10   2.   Waymo's Damages Contentions Pursuant to Patent Local Rule 3-8 dated June 26, 2017 are stricken;

12   3.   Waymo's damages claims against Otto Trucking are precluded; and

13   4.   Waymo is precluded from presenting the fourteen late-disclosed witnesses at trial.

**IT IS SO ORDERED.**

Dated: _____, 2017

　　　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　United States District Judge

ACTIVE/91818734.1                             1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939