1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10

                     UNITED STATES DISTRICT COURT
11

            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
12

13  WAYMO LLC,                              | CASE NO. 3:17-cv-00939-WHA

14              Plaintiff,                   | **DECLARATION OF JAMES JUDAH IN**
                                             | **SUPPORT OF WAYMO LLC'S MOTION**
15        vs.                                | **FOR ORDER TO SHOW CAUSE WHY**
                                             | **OTTO TRUCKING SHOULD NOT BE**
16  UBER TECHNOLOGIES, INC.;                 | **HELD IN CONTEMPT OF THE**
    OTTOMOTTO LLC; OTTO TRUCKING            | **PRELIMINARY INJUNCTION ORDER**
    LLC,                                     | **(Dkt. 426)**
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    I, James Judah, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and an associate with Quinn

3    Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this

4    declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

5    would testify competently as follows.

6    2.    Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of

7    Lior Ron.

8    3.    Attached as Exhibit 2 is a true and correct copy of an email exchange between

9    counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

10   May 19, 2017.

11   4.    Attached as Exhibit 3 is a true and correct copy of an email exchange between

12   counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

13   June 27, 2017.

14   5.    Attached as Exhibit 4 is a true and correct copy of an email exchange between

15   counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

16   June 25, 2017.

17   6.    Attached as Exhibit 5 is a true and correct copy of an email exchange between

18   counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

19   June 29, 2017.

20   7.    Attached as Exhibit 6 is a true and correct copy of an email exchange between

21   counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

22   June 25, 2017.

23   8.    Attached as Exhibit 7 is a true and correct copy of an email exchange between

24   counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

25   June 25, 2017.

26   9.    Attached as Exhibit 8 is a true and correct copy of an email exchange between

27   counsel for Waymo, counsel for Uber, and counsel for Otto Trucking, with the top email dated

28   June 26, 2017.

DECLARATION OF JAMES JUDAH

1      I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3

4  DATED:  July 10, 2017                    */s James Judah*
                                            James Judah

5

6                          **<u>SIGNATURE ATTESTATION</u>**

7      Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

8  filing of this document has been obtained from James Judah.

9

10                                   */s/ Charles K. Verhoeven*
                                            Charles K. Verhoeven

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28