1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY OTTO TRUCKING SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426)** |

Plaintiff Waymo LLC's ("Waymo") has moved for an Order directing Defendant Otto Trucking LLC to appear and Show Cause why it should not be held in contempt of the Court's Preliminary Injunction Order (Dkt. 426).

Having considered Waymo's motion, the memorandum of points and authorities, and supporting declaration, the Court GRANTS the motion as follows:

**TO DEFENDANT OTTO TRUCKING LLC: YOU ARE HEREBY ORDERED TO APPEAR AND SHOW CAUSE**

on August 17, 2017, at 8:00 a.m. in the United States District Court for the Northern District of California, San Francisco Division, Courtroom 8, 19th Floor, located at 450 Golden Gate Avenue, San Francisco California, if there be any, why the Court should not hold Otto Trucking in civil contempt and issue sanctions for the following:

(1) failing to "use the full extent of [its] authority and influence to obtain cooperation" from its officers and agents, including Anthony Levandowski and Lior Ron, with Otto Trucking's "thorough investigation" and "detailed accounting under oath setting forth every person who has seen or heard any part of any downloaded materials, what they saw or heard, when they saw or heard it, and for what purpose," as required by Paragraph 4 of the "Scope of Relief Granted";

(2) failing to "provide Waymo's counsel and the Court with a complete and chronologically organized log of all oral and written communications – including, without limitation, conferences, meetings, phone calls, one-on-one conversations, texts, emails, letters, memos, and voicemails – wherein Anthony Levandowski mentioned LiDAR to any officer, director, employee, agent, supplier, or consultant of defendants," as required by Paragraph 5 of the "Scope of Relief Granted."

//
//
//

1       Otto Trucking shall file any written response to the Motion for Order to Show Cause no
2 later than _____ a.m./p.m. on _____, 2017.

4       **IT IS SO ORDERED.**

6 Dated: _____, 2017

                                      HON. WILLIAM ALSUP
                                      United States District Court Judge