1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
    RKim@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:     415.268.7000
7   Facsimile:      415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:     202.237.2727
12  Facsimile:      202.237.6131

13  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
14  and OTTOMOTTO LLC

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18  WAYMO LLC,                              Case No.       3:17-cv-00939-WHA

19              Plaintiff,                  **DEFENDANTS' ADMINISTRATIVE
                                            MOTION TO FILE UNDER SEAL
20      v.                                  PORTIONS OF THEIR RESPONSE
                                            TO COURT'S REQUESTS FOR LIST
21  UBER TECHNOLOGIES, INC.,                OF FACTS OCCURRING AFTER
    OTTOMOTTO LLC; OTTO TRUCKING LLC,       COMMENCEMENT OF TRIAL
22                                          THAT UBER PLANS TO PRESENT
                Defendants.                 TO THE JURY (DKT 784, ¶ 1)**
23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their Response to Court's Requests for List of Facts Occurring after Commencement of Trial that Uber Plans to Present to the Jury (Dkt 784, ¶ 1).  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Court's Requests for List of Facts ("List of Facts") | Highlighted Portions | Plaintiff |

The green-highlighted portions on pages 8-9 of the List of Facts contain technical information that has previously been designated by Waymo as either confidential or highly confidential.  (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The blue-highlighted portions on page 14 of the List of Facts contain highly confidential information regarding Uber's LiDAR development and business strategy.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  This information could be used by competitors to Uber's detriment to gain an advantage over Uber in LiDAR development and business strategy.  For example, disclosure of this information, which contains Uber's internal development timeline estimate, would allow competitors to understand Uber's LiDAR development and business strategy, and allow them to tailor their own LiDAR development and business strategy.  If such information were made public, Uber's competitive standing could be significantly harmed.  (Yang Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on July 10, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

1    designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

2    ATTORNEYS' EYES ONLY."

3

4    Dated: July 10, 2017              MORRISON & FOERSTER LLP

5

6                            By:  */s/Arturo J. González*

7                                 ARTURO J. GONZÁLEZ

8                                 Attorneys for Defendants
                                UBER TECHNOLOGIES, INC.,
                                OTTOMOTTO LLC, and OTTO

9                                 TRUCKING LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28