MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO COURT'S REQUESTS FOR LIST OF FACTS OCCURRING AFTER COMMENCEMENT OF TRIAL THAT UBER PLANS TO PRESENT TO THE JURY (DKT 784, ¶ 1)** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Response to Court's Requests for List of Facts Occurring after Commencement of Trial that Uber Plans to Present to the Jury (Dkt. 784, ¶ 1).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Court's Requests for List of Facts ("List of Facts") | Highlighted Portions | Plaintiff (green highlight) Defendants (blue highlight) |

3. The green-highlighted portions on pages 8-9 of the List of Facts contain technical information that has previously been designated by Waymo as either confidential or highly confidential.

4. The blue-highlighted portions on page 14 of the List of Facts contain highly confidential information regarding Uber's LiDAR development and business strategy. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment to gain an advantage over Uber in LiDAR development and business strategy. For example, disclosure of this information, which contains Uber's internal development timeline estimate, would allow competitors to understand Uber's LiDAR development and business strategy, and allow them to tailor their own LiDAR development and business strategy. If such information were made public, I understand Uber's competitive standing could be significantly harmed.

5. Defendants' request to seal is narrowly tailored to the portions of the List of Facts that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2017 in San Francisco, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: July 10, 2017                    */s/ Arturo J. González*
Arturo J. González