QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
| Plaintiff, | **PLAINTIFF WAYMO LLC'S LIST OF ORDERS AND ADMISSIONS [DKTS. 775 & 784]** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

In accordance with the Court's Orders (Dkts. 775 & 784), Plaintiff Waymo LLC ("Waymo") hereby submits this list of references to Court Orders and admissions in briefs, admissions at hearings, and admissions (by counsel) at depositions, attached hereto as Appendix 1. This list is submitted based on information currently available to Waymo, and Waymo reserves the right to amend this list or supplement it as necessary based on further discovery and events in this litigation. Each of the items in the list falls into one or more of the relevance categories below (as indicated by letter in brackets in the list at Appendix A).

    **A.**    **Relevant to Defendants' possession, custody, or control of the downloaded materials**

    **B.**    **Relevant to Defendants' knowledge that Waymo's trade secrets were acquired through improper means and ratification of Mr. Levandowski's conduct**

    **C.**    **Relevant to Defendants' acquisition, disclosure, and/or use of Waymo's trade secrets**

    **D.**    **Relevant to Waymo's damages and/or equitable relief**

    **E.**    **Relevant to establish the timing of Defendants' duty to preserve evidence**

    **F.**    **Relevant as rebuttal if Defendants open the door to efforts taken in response to Court Orders**

    **G.**    **Relevant as rebuttal if Defendants open the door to the amount or types of discovery from Defendants as showing alleged non-use of Waymo's trade secrets**

    **H.**    **Relevant to show Defendants' inconsistent positions on important issues in the case**

DATED: July 10, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC