# EXHIBIT 8

# Chang, Esther Kim

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **Sent:** | Saturday, April 08, 2017 7:44 AM |
| **To:** | Jordan Jaffe |
| **Cc:** | QE-Waymo; Waymo Internal - Attorneys |
| **Subject:** | Inspection of our Device |

Jordan,

Tuesday morning at 9 works. We will not agree to video but we will agree to take digital photos of anything you ask us to take a picture of and to formally produce the photos the next morning with AEO designation.

Our client is not comfortable with the idea of disassembly. I'm sure your clients have explained how sensitive these devices are. We are not inclined to allow disassembly but if there is something specific that you have in mind, please let me know so that we can raise it with our clients. There is a big difference between lifting the hood and removing the engine.

Arturo

Sent from my iPad

On Apr 7, 2017, at 11:27 AM, Jordan Jaffe <jordanjaffe@quinnemanuel.com> wrote:

> Arturo,
>
> Thanks for your note.  Please have the devices ready to inspect Tuesday morning at 9:00 AM.  In this initial inspection, we expect that we will need at least four to eight hours to adequately inspect the devices.
>
> At the inspection, please ensure the following Uber LiDAR devices are available:
>
> - The "In-house custom built 64-laser (Class 1) emitting 6.4 million beams a second at 1OHz" disclosed to Nevada regulators;
> - The LiDAR device that makes use of the transmit board depicted in Exhibit 1 to the Declaration of William Grossman in support of Waymo's motion for preliminary injunction;
> - The LiDAR devices corresponding to the documents produced at UBER00000727_AEO and UBER00005076_AEO.
>
> We expect each LiDAR to be operational, running software and functioning as designed for use in autonomous vehicles.
>
> Finally, to adequately prosecute our claims regarding whether Uber misappropriated Waymo's trade secrets or infringes its patents asserted in the preliminary injunction motion, contrary to your email, will need to take pictures and/or videos of the devices.  We will designate and treat as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY all pictures and videos of the

1

devices under the Interim Protective Order.  We can agree to use a digital camera for this as opposed to a cell phone camera for these pictures.  In, addition, we will need to look at individual components of the devices, which may or may not require some disassembly.

Please confirm before 5 pm that the devices will be available for inspection under these parameters.  If not, please provide times today or tomorrow to meet and confer to in order satisfy our requirements before seeking relief from the Court.

Best regards,


**Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // jordanjaffe@quinnemanuel.com**

---

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, April 07, 2017 11:10 AM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Inspection of our Device

Quinn Team,

When would you like to come see the device?  We will have it delivered to our SF office and set it up in a conference room.  For obvious reasons, no cell phones, photos or video will be allowed.  If you need to make a call during your inspection, we will make a conference room available for you.  (You can also leave your phone with our receptionist.)  Let me know how long you think you will need for the inspection so that we can make appropriate arrangements.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com


=============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.