# EXHIBIT 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

| | |
|---|---|
| WAYMO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: |
| | ) 3:17-cv-00939-WHA |
| UBER TECHNOLOGIES, INC., | ) |
| OTTOMOTTO LLC; OTTO TRUCKING | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

_____)

ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL

San Francisco, California

Thursday, April 13, 2017

Volume 1

Reported by:

RACHEL FERRIER, CSR No. 6948

Job No. 2594014

PAGES 1 - 92

Page 34

```
1     Q    Between the time you joined 280 Systems and the

2  time that Uber acquired Otto, please tell me the names

3  of the LiDAR projects that you are aware of at Otto,

4  slash, 280 Systems?

5     A    There was Spider and Fuji.

6     Q    What's Spider?

7     A    Spider was -- Spider was a -- could you be more

8  specific about that?  Like --

9     Q    You -- you mentioned Spider.

10         My question is:  What is it?

11    A    It is a LiDAR.

12    Q    What kind of LiDAR is it?

13    A    It is a LiDAR that we wanted to -- it was a

14 prototype LiDAR.

15    Q    How many optical cavities were in the Spider

16 LiDAR?

17    A    I don't recall exactly.

18    Q    Did it have a single lens for transmit and

19 receive?

20    A    No.

21    Q    How many lenses did it have?

22    A    I don't -- I don't -- I don't clearly recall the

23 configuration of the optical cavity, but I believe --

24 yeah, I don't specifically recall the configuration of

25 the optical cavity.
```

1    Q    Okay.  So you can't tell me how many lenses the

2   Spider LiDAR had?

3    A    I could only tell you what I suspect it had.

4    Q    Okay.  So you mentioned Spider and -- Spider and

5   Fuji.

6         There were no other LiDAR designs at Otto; is

7   that correct?

8    A    Spider and Fuji were our only two internal LiDAR

9   designs.

10    Q    Okay.  When did Fuji start?

11    A    I don't -- I don't know of an exact date for

12   that.

13    Q    Who came up with the name Fuji?

14    A    That was Anthony's choice.

15    Q    So Anthony was involved in the Fuji project;

16   right?

17    A    Anthony was involved in naming the project.

18    Q    Was Anthony involved in the Fuji project?

19    A    At a high-level, Anthony was -- you know, at sort

20   of a overview level, Anthony was involved with the Fuji

21   project.

22    Q    What does that mean?

23    A    That means, like, while -- while he wasn't --

24   wasn't really involved with, you know, day-to-day

25   engineering, you know, as -- yeah, he had -- it means he

Page 92

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken before

4     me at the time and place herein set forth; that any

5     witnesses in the foregoing proceedings, prior to

6     testifying, were placed under oath; that a verbatim

7     record of the proceedings was made by me using machine

8     shorthand which was thereafter transcribed under my

9     direction; further, that the foregoing is an accurate

10    transcription thereof.

11         I further certify that I am neither financially

12    interested in the action nor a relative or employee of

13    any attorney or any of the parties.

14         IN WITNESS WHEREOF, I have this date subscribed

15    my name.

16

17    Dated:  April 13, 2017

18

19

20

21

22

23              <%signature%>

24              RACHEL FERRIER

25              CSR No. 6948