# EXHIBIT 10

# Chang, Esther Kim

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **Sent:** | Sunday, April 16, 2017 5:05 PM |
| **To:** | QE-Waymo |
| **Cc:** | Waymo Internal - Attorneys |
| **Subject:** | Spider |

Quinn Team,

As I think you know, there was never a completed Spider. However, if you want to inspect some of the Spider components, we can make them available in our SF office Tuesday morning. Let me know if you want to see them. Same ground rules.

Arturo

Sent from my iPhone

1