# EXHIBIT 11

# Chang, Esther Kim

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **Sent:** | Tuesday, April 18, 2017 5:14 PM |
| **To:** | Jordan Jaffe |
| **Cc:** | QE-Waymo; Waymo Internal - Attorneys; John Cooper (JCooper@fbm.com); Matthew Cate |
| **Subject:** | Spider |

Jordan,

10:00 is fine. Will your expert be joining you?

Arturo

Sent from my iPhone

On Apr 18, 2017, at 4:54 PM, Jordan Jaffe <jordanjaffe@quinnemanuel.com> wrote:

> Thanks, Arturo.  Due to other commitments, I'll plan to arrive at 10am to inspect.
>
> Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // **jordanjaffe@quinnemanuel.com**
>
> **From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
> **Sent:** Monday, April 17, 2017 6:53 PM
> **To:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
> **Cc:** Waymo Internal - Attorneys <Waymo_Internal_Attorneys@mofo.com>; John Cooper (JCooper@fbm.com) <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>
> **Subject:** Spider
>
> Jordan,
>
> We will make it available for your inspection at 9:00 a.m. on Wednesday.
>
> **Arturo J. González**
> Chair, Commercial Litigation and Trial Practice Group
> Morrison & Foerster LLP
> 425 Market St. | San Francisco, CA 94105
> P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
> AGonzalez@mofo.com | www.mofo.com
>
> **From:** Jordan Jaffe [mailto:jordanjaffe@quinnemanuel.com]
> **Sent:** Monday, April 17, 2017 6:02 PM
> **To:** Gonzalez, Arturo J.; QE-Waymo
> **Cc:** Waymo Internal - Attorneys; John Cooper (JCooper@fbm.com); Matthew Cate
> **Subject:** [EXT] RE: Spider
>
> Please provide availability for inspection on Wednesday/Thursday.  Thanks.

**Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 //** [jordanjaffe@quinnemanuel.com](jordanjaffe@quinnemanuel.com)

**From:** Gonzalez, Arturo J. [[mailto:AGonzalez@mofo.com](mailto:AGonzalez@mofo.com)]
**Sent:** Monday, April 17, 2017 6:01 PM
**To:** QE-Waymo <[qewaymo@quinnemanuel.com](qewaymo@quinnemanuel.com)>
**Cc:** Waymo Internal - Attorneys <[Waymo_Internal_Attorneys@mofo.com](Waymo_Internal_Attorneys@mofo.com)>; John Cooper ([JCooper@fbm.com](JCooper@fbm.com)) <[JCooper@fbm.com](JCooper@fbm.com)>; Matthew Cate <[MCate@fbm.com](MCate@fbm.com)>
**Subject:** Spider
**Importance:** High

Quinn Team,

I don't believe anyone responded to my email last night.

The Spider components have been brought to our office and are available for your inspection tomorrow. Please let us know if Jordan and/or your expert want to see them. If not, we will send them back to the client.

Arturo J. González
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
[AGonzalez@mofo.com](AGonzalez@mofo.com) | [www.mofo.com](www.mofo.com)

-----Original Message-----
From: Gonzalez, Arturo J.
Sent: Sunday, April 16, 2017 5:05 PM
To: QE-Waymo
Cc: Waymo Internal - Attorneys
Subject: Spider

Quinn Team,

As I think you know, there was never a completed Spider. However, if you want to inspect some of the Spider components, we can make them available in our SF office Tuesday morning. Let me know if you want to see them. Same ground rules.

Arturo

Sent from my iPhone

===================================================================
=======

This message may be confidential and privileged. Use or disclosure by anyone other than an

intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

==================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.