Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: (213) 426-2500
Fax.: (213) 623-1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TEHCNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S RESPONSE TO COURT'S REQUEST FOR LIST OF FACTS OCCURRING AFTER COMMENCEMENT OF ACTION THAT UBER PLANS TO PRESENT TO THE JURY (DKT 784 ¶1)**<br><br>Judge:       Hon. William H. Alsup |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Response (Dkt No. 854) pursuant to the Court's requests made at the June 29, 2017 proceedings on the motions in limine (the "June 29 Proceedings") and the Order re Early Motions in Limine and Related Matters (Dkt. 784, the "June 30 Order"). In support, Otto Trucking states as follows:

1. At the June 29 Proceedings and in its June 30 Order, the Court requested the following submissions from the parties:

    (a) A list identifying all orders that Uber intends to affirmatively rely on at trial before the jury, and the relevance of that order (6/29/2017 Hrg. Tr. 4:23–5:16) (the "List of Court Orders")

    (b) A list identifying all admissions by Waymo's counsel in briefs, during oral argument, or during colloquy at a deposition that Uber intends to affirmatively rely on at trial before the jury, and the relevance of that admission (id. 5:17–6:8, 92: 1–3, 93:8–18) (the "List of Party Admissions through Statements or Filings"); and'

    (c) A list of all events occurring after the commencement of this civil action that it plans to present in its case in chief at trial (Dkt. 784, ¶ 1) (the "List of Post-Complaint Facts").

2. On July 10, 2017, Co-Defendants Uber and Ottomotto submitted a filed response in accordance with the Court's June 29 requests and June 30 order (Dkt No. 854).

3. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in their Response for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

4. Otto Trucking joins and adopts Co-Defendants' Response to best serve justice and avoid unnecessary or duplicative, effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Response to the Court's requests from the June 29, 2017 proceedings and the June 30, 2017 Order.

Dated: July 10, 2017

Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax.: (213) 623-1673

*Attorneys for Defendant*
*Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 10, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July 2017.

                                /s/ Neel Chatterjee
                                Neel Chatterjee