1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
6  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
8  San Francisco, California 94111
   Tel.: +1 415 733 6000
9  Fax.: +1 415 677 9041

10 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
11 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
12 Los Angeles, CA  90017
   Tel.: (213) 426-2500
13 Fax.: (213) 623-1673

14 Attorneys for Defendant
   Otto Trucking LLC

15

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TEHCNOLOGIES, INC. AND OTTOMOTTO, LLC'S IDENTIFICATION OF MOTIONS IN LIMINE FOR RESOLUTION PRIOR TO TRIAL** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:    Hon. William H. Alsup |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Identification of Motions in Limine for Resolution Prior to Trial (Dkt. 855) submitted pursuant to the Court's Order re Early Motions in Limine and Related Matters (Dkt. 784, the "June 30 Order").  In support, Otto Trucking states as follows:

1. On June 30, 2017, the Court issued the June 30 Order that include a request that the parties submit the motions in limine they believe should be resolved prior to trial.

2. On July 10, 2017, Co-Defendants Uber and Ottomotto submitted a filed response in accordance with the June 30 Order (Dkt No. 855).

3. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Docket No. 855 for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

4. Otto Trucking joins and adopts Co-Defendants' Response to best serve justice and avoid unnecessary or duplicative, effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Identification of Motions in Limine for Resolution Prior to Trial (Dkt 855).

Dated: July 10, 2017                                            Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111

Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: (213) 426-2500
Fax.: (213) 623-1673

*Attorneys for Defendant*
*Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 10, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July 2017.

                /s/ Neel Chatterjee
                Neel Chatterjee