1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 850-1 AND 850-2** |

1    Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") file this
2 Administrative Motion to remove the following documents from ECF, submitted electronically
3 on July 10, 2017, by Defendants:
4    1.   Docket No. 850-1, Declaration of Michelle Yang In Support of Defendants'
5 Administrative Motion to File Under Seal Portions of Their Response to Court's Requests for List
6 of Facts Occurring After Commencement of Trial That Uber Plans to Present to the Jury (Dkt 784,
7 ¶ 1)
8    2.   Docket No. 850-2, [Proposed] Order Granting Uber Technologies, Inc. and
9 Ottomotto LLC's Administrative Motion to File Documents Under Seal.

11    The wrong documents were inadvertently uploaded on the ECF system and relate to a
12 separate Administration Motion.  Defendants have filed corrected versions of these documents at
13 Docket Nos. 857-1 and 857-2, respectively.
14    For the foregoing reasons, Defendants respectfully request that the Court grant their
15 Administration Motion to Remove Documents.

17 Dated: July 10, 2017                    MORRISON & FOERSTER LLP

19                                         By:  /s/Arturo J. González
                                                ARTURO J. GONZÁLEZ

                                           Attorneys for Defendants
                                           UBER TECHNOLOGIES, INC.,
                                           OTTOMOTTO LLC, and OTTO
                                           TRUCKING LLC

DEFENDANTS' ADMINISTRATIVE MOT. TO REMOVE INCORRECTLY FILED DOCS: DKT. NOS. 850-1 AND 850-2
Case No. 3:17-cv-00939-WHA
sf-3803601

1