|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| --- | --- |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 850-1 AND 850-2** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | |

      Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to Remove Incorrectly Filed Documents, Docket Nos. 850-1 and 850-2, which Defendants filed on July 10, 2017, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants' Administrative Motion shall be granted.

      **IT IS SO ORDERED**.

Dated: _____, 2017

                                                     WILLIAM ALSUP
                                                     United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS 850-1 AND 850-2
Case No. 3:17-cv-00939-WHA
sf-3803595