# EXHIBIT B

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Anthony Levandowski <anthonyl@google.com>
**To:** Larry Page <page@google.com>
**Sent:** Mon, 25 Jan 2016 11:58:07 -0800
**Subject:** Re: Chauffeur: Plan of action for next 342 days

Sweet. I'll be near by. Thanks

On Mon, Jan 25, 2016 at 11:57 AM, Larry Page <page@google.com> wrote:

> Thanks looks like a very good start. I am seeing him at 330 will try to call you before that.
>
> On Jan 25, 2016 12:05 AM, "Anthony Levandowski" <anthonyl@google.com> wrote:
>
>> L,
>>

>>
>> Steps:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    WAYMO-UBER-00011779



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY           WAYMO-UBER-00011780

Tick tock, 342 days left, lets go.

I'll be in at 7 and would really like to chat for 5min before you talk with John. My cell

-A