1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:     202.237.2727
12 Facsimile:     202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Defendants") submit this administrative motion for an order to file under seal Exhibits to Their Motion to Compel Production of Documents. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Ex. 1 | Highlighted Portions | Plaintiff |

Exhibit 1 is Plaintiff's Objections and Responses to Uber's and Ottomotto's First Set of Requests for Production (Nos. 1-146), and the highlighted portions of Exhibit 1 contain technical information designated by Waymo as either confidential or highly confidential. (*See* Decl. of Maxwell V. Pritt in Support of Defendants' Administrative Motion to File Documents Under Seal ("Pritt Decl."), ¶ 3.)

Pursuant to Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies. Defendants served Waymo with this motion on July 11, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting this administrative motion to file documents under seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY."

Dated: July 11, 2017              BOIES SCHILLER FLEXNER LLP

                                  By:  */s/ Maxwell V. Pritt*
                                            Maxwell V. Pritt

                                  Counsel for Defendants
                                  UBER TECHNOLOGIES, INC. AND
                                  OTTOMOTTO LLC

1
DEFS.' ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 3:17-CV-00939-WHA