MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

DECLARATION OF MAXWELL V. PRITT ISO DEFS' ADMIN MOT. TO FILE UNDER SEAL EXS TO THEIR MOT. TO COMPEL
CASE NO. 3:17-CV-00939-WHA

I, Maxwell V. Pritt, declare as follows:

1. I am an attorney at law at the law form of Boies Schiller & Flexner LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits to Their Motion to Compel.

2. I have reviewed the following exhibit and confirmed only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|----------|--------------------------------|-------------------|
| Ex. 1    | Highlighted Portions           | Plaintiff         |

3. Exhibit 1 is Plaintiff's Objections and Responses to Uber's and Ottomotto's First Set of Requests for Production (Nos. 1-146). I understand that the highlighted portions of Exhibit 1 contain technical information that has been designated by Waymo as either confidential or highly confidential.

4. Defendants' request to seal is narrowly tailored to the specific exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2017 at Oakland, California.

Dated: July 11, 2017                    BOIES SCHILLER FLEXNER LLP

                                        By:  /s/ Maxwell V. Pritt
                                             Maxwell V. Pritt

1