# EXHIBIT 6

| | |
|---|---|
| **From:** | Maxwell Pritt |
| **Sent:** | Friday, July 07, 2017 9:05 AM |
| **To:** | John Cooper; Ray, Wendy J. |
| **Cc:** | Andrea P Roberts; Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; DG-GP Otto Trucking Waymo; QE-Waymo |
| **Subject:** | RE: Waymo v. Uber July 7 Meet and Confer |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear John,

Since the meet and confer has been rescheduled to 2:00 p.m., we ask that Waymo provide the responses that were due yesterday and this morning no later than 12:00 p.m. today so we can prepare to file a motion to compel today on the outstanding issues for which we remain at an impasse.  (I note again that we are already at an impasse as to RFPs 46, 54, 63, 66, 121, and 122.)

These issues are:

(1) whether Waymo will produce copies of the 14,000 files or, at a minimum, whatever subset of those files, if any, Waymo claims are trade secrets Defendants allegedly misappropriated;
(2) the list of requests for which Waymo applied its general objection and interpreted "You" or "Waymo" to mean Waymo only (and not Google/Alphabet), and the requests for which Waymo limited its search to Waymo documents and excluded Google/Alphabet documents;
(3) whether Waymo will withdraw the application of its general objection limiting "You" or "Waymo" to Waymo to any requests, and will expand any searches it limited to Waymo to include Google/Alphabet;
(4) whether Waymo will search custodians' files for communications responsive to RFPs 96 and 97; and
(5) whether Waymo agrees to Uber's requests in connection with RFPs 54 and 119.

Thank you.

Best,
Max


**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Friday, July 07, 2017 6:16 AM
**To:** Ray, Wendy J.
**Cc:** Andrea P Roberts; Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; DG-GP Otto Trucking Waymo; QE-Waymo
**Subject:** Re: Waymo v. Uber July 7 Meet and Confer

Let's move the call to 2:00 pm today. Same call in number: 888 759 6039 access 425 954 4410. John

Sent from my iPhone; dictated to Siri

On Jul 7, 2017, at 5:41 AM, Ray, Wendy J. <WRay@mofo.com> wrote:

> John and Andrea,

If we move the call to the afternoon, I would appreciate it if we could start at 1:30. I have a conflict at 1. Thanks.

Best,
Wendy

Wendy J. Ray
Morrison & Foerster LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA 90017-3543
213-892-5446

On Jul 6, 2017, at 11:50 PM, Andrea P Roberts <andreaproberts@quinnemanuel.com> wrote:

- External Email -

John,

We have another meet and confer scheduled for tomorrow at 10 am, and we expect it will be another lengthy one based on the number of issues the parties have asked to discuss. Both sides have multiple briefs due at noon tomorrow. We suggest moving the meet and confer to 1 pm so that the parties can finalize their briefs and get them on file beforehand and have the appropriate people on the call.

Thanks,
Andrea


**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

3