# EXHIBIT 8

| | |
|---|---|
| **From:** | Andrea P Roberts <andreaproberts@quinnemanuel.com> |
| **Sent:** | Monday, July 10, 2017 12:57 PM |
| **To:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; DG-GP Otto Trucking Waymo; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com) |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo: Meet and Confer Follow Up |

Max,

Thanks for following up on your question regarding RFP 53.  The RFP asks for documents relating to "when" Waymo began investigating the possibility that Levandowski took Waymo files with him when we resigned.  We stated in our response that date was July 29, 2017.  We subsequently clarified on the July 1 meet and confer and in written correspondence that was a typo and the date was July 29, 2016.  If you would like us to serve a corrected response to that RFP fixing that typo, please let me know.  In our written response, we also said that the July 29, 2016 communication is on our privilege log.  When we met and conferred last Thursday, I said that we would produce or log the communication relating to the date we'd provided.  To be clear, as stated in our written responses, we have already logged that document.  Thus, our response to this RFP is complete.

With respect to RFP 119, Waymo will produce a representative sample of vendor and supplier agreements.

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.