| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 6 | Facsimile:     415.268.7522 |
| 7 | KAREN L. DUNN (Admitted *Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 8 | HAMISH P.M. HUME (Admitted *Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 9 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 10 | Washington, D.C.  20005 |
|    | Telephone:    202.237.2727 |
| 11 | Facsimile:     202.237.6131 |
| 12 | Attorneys for Defendants |
|    | UBER TECHNOLOGIES, INC. |
| 13 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| UBER TECHNOLOGIES, INC., | Trial Date: October 10, 2017 |
| OTTOMOTTO LLC; OTTO TRUCKING LLC, |  |
| Defendants. |  |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 11, 2017, I served **UNREDACTED** versions of the following document: EXHIBIT 1 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS. The document was served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
| --- | --- |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of July, 2017, at Oakland, California.

By: */s/ Jenel Day*
Jenel Day

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: */s/ Karen L. Dunn*
        Karen L. Dunn