```
 1  MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
 2  ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
 3  ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California  94105-2482
    Telephone:    415.268.7000
 6  Facsimile:    415.268.7522

 7  KAREN L. DUNN (Admitted *Pro Hac Vice*)
    kdunn@bsfllp.com
 8  HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
    hhume@bsfllp.com
 9  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
10  Washington, D.C.  20005
    Telephone:    202.237.2727
11  Facsimile:    202.237.6131

12  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
13  and OTTOMOTTO LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF MAXWELL V. PRITT** |
| v. | Assigned to Hon. William H. Alsup |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Assigned to Hon. Judge Jacqueline Scott Corley for Discovery |
| Defendants. | Trial Date: October 10, 2017 |

NOTICE OF APPEARANCE
CASE NO. 3:17-CV-00939-WHA

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT attorney Maxwell V. Pritt (mpritt@bsfllp.com) of Boies Schiller Flexner LLP, a member of the State Bar of California, and admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendants Uber Technologies, Inc. and Ottomotto LLC.

Dated: July 11, 2017         BOIES SCHILLER FLEXNER LLP

By: */s/ Maxwell V. Pritt*
    Maxwell V. Pritt (CA SBN 253155)
    mpritt@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
    1999 Harrison Street, Suite 900
    Oakland, CA 94612
    Telephone:   (510) 874-1000
    Facsimile:   (510) 874-1460

*Attorneys for Defendants* Uber Technologies, Inc. and Ottomotto LLC