IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE NON-PARTY LYFT'S "OBJECTION AND REQUEST FOR A STAY OF MAGISTRATE JUDGE'S JULY 7, 2017 DISCOVERY ORDER"** |

On July 7, Judge Jacqueline Corley issued an order that, among other things, granted in part defendants' motion to compel plaintiff Waymo LLC to produce documents relating to its collaboration agreement with non-party Lyft, Inc. (Dkt. No. 832). Lyft has filed a nine-page-long "Objection and Request for a Stay of Magistrate Judge's July 7, 2017 Discovery Order" with no proposed order appended, purportedly pursuant to Section 636(b)(1)(A) of Title 28 of the United States Code, FRCP 72(a), and Civil Local Rule 72-2 (*see* Dkt. No. 866 at 4).

Civil Local Rule 72-2 provides in part (emphasis added):

> Any objection filed pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) must be made as a "*Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge*." The motion must specifically identify the portion of the Magistrate Judge's order to which objection is made and the reasons and authority therefor. *The motion may not exceed 5 pages* (not counting declarations and exhibits), and must set forth specifically the portions of the Magistrate Judge's findings, recommendation or report to which an objection is made, the action requested and the reasons supporting the motion *and must be accompanied by a proposed order*.

Lyft's submission (Dkt. No. 866) fails to comply with the rule in multiple respects and will not be considered. The July 13 deadline for Waymo to comply with Judge Corley's July 7 order (*see* Dkt. No. 832 at 6) remains in effect. The deadline for Lyft (or anyone else) to file a motion for relief from that order in full compliance with Civil Local Rule 72-2 is continued from July 11 to **JULY 12 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 11, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE