IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RESCHEDULING HEARINGS ON PENDING MOTIONS**

Plaintiff Waymo LLC has filed a second motion for order to show cause (Dkt. No. 847). The hearing on that motion currently set for August 17 is advanced to **AUGUST 16 AT 8:00 A.M.** To avoid redundancy, this order continues the hearing on Waymo's first motion for order to show cause (Dkt. No. 677) from July 26 to **AUGUST 16 AT 8:00 A.M.** The hearing on a related order to show cause directed to Stroz Friedberg and Morrison and Foerster (Dkt. No. 795) is likewise continued from July 26 to **AUGUST 16 AT 8:00 A.M.**

The hearing on defendants Uber Technologies, Inc., and Ottomotto LLC's motion to strike (Dkt. No. 797) is also continued from August 10 to **AUGUST 16 AT 8:00 A.M.** The hearing on Uber's pending motion *in limine* to exclude any reference at trial to Morrison's role in the acquisition of Ottomotto (Dkt. No. 809) remains set for hearing on **JULY 26 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 11, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE