| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
| | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone:      415.268.7000 |
| 7 | Facsimile:      415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
| | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
| | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 11 | Washington DC  20005 |
| | Telephone:      202.237.2727 |
| 12 | Facsimile:      202.237.6131 |
| 13 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO COURT ORDER REGARDING PATENT CLAIMS (DKT. 825)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Response to Court Order Regarding Patent Claims (Dkt. 825).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Statement of Waymo Attorney Charles Verhoeven in Response to Court Order Regarding Patent Claims ("Statement") | Highlighted Portions |
| Exhibit 2 | Entire Document |
| Exhibit 3 | Entire Document |

3. The highlighted portions of the Statement, and the entireties of Exhibits 1 and 2, contain highly confidential technical descriptions and diagrams of technical features of Uber's LiDAR device. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Uber's detriment; for example, competitors could gain an advantage over Uber in LiDAR development by understanding the design of Uber's technical features. If this highly confidential information were made public, it would cause Uber competitive harm.

4. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Statement and supporting exhibits that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of July, 2017, in San Francisco, California.

                                                */s/ Michelle Yang*
                                                 Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: July 11, 2017                            */s/ Arturo J. González*
                                                                Arturo J. González

YANG DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3803669

2