UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 832)** |

1  Upon consideration of Plaintiff Waymo LLC's ("Waymo") Motion for Relief from Non-
2  Dispositive Pretrial Order of the Magistrate Judge (Dkt. 832) pursuant to Local Rule 72-2, and
3  having given Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC an
4  opportunity to respond, the Court hereby GRANTS Waymo's Motion.

  IT IS HEREBY ORDERED that Magistrate Judge Corley's Order Regarding Lyft-Related Documents (Dkt. 832) is VACATED as to Request Nos. 149-153 and 156, and Defendants' Motion To Compel (Dkt. 687) is DENIED as to Request Nos. 149-153 and 156.

  **IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge