1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
2  MARJA-LIISA OVERBECK (State Bar No. 261707)
   mari.overbeck@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:   (415) 512-4000
   Facsimile:    (415) 512-4077
6
   Attorneys for Non-Party Lyft, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | WAYMO LLC,                          | Case No. 3:17-cv-00939-WHA
13 |         Plaintiff,                  | **[PROPOSED] ORDER GRANTING NON-PARTY LYFT, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
14 |         vs.                         |
15 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, |
16 |                                     | Judge:  The Hon. William H. Alsup
17 |         Defendants.                 | Trial Date: October 2, 2017

3:17-cv-00939-WHA

[PROPOSED ORDER] GRANTING NON-PARTY LYFT, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

1  On July 7, 2017, Magistrate Judge Jacqueline Scott Corley issued an order that granted in
2  part Defendant Uber Technologies, Inc.'s motion to compel Plaintiff Waymo LLC to produce
3  documents relating to its collaboration agreement with non-party Lyft, Inc.  (ECF No. 832).  Non-
4  party Lyft filed a motion seeking relief from the Magistrate Judge's order on July 11, 2017.
5  Having read and considered all of the pleadings and documents filed in connection with Lyft's
6  motion for relief, the Court hereby GRANTS Lyft's motion for relief and sets aside the rulings in
7  the July 7 order with respect to Uber's motion to compel occurring at page 3, line 14 to 26 and
8  page 6, lines 10-11.  Specifically, the Court holds that Uber's motion to compel Waymo to
9  respond to Request for Production Nos. 149-153 is denied.

11  IT IS SO ORDERED.

13  DATED: _____        _____
                                    Honorable William H. Alsup
14                                  United States District Court Judge