QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | CASE NO. 3:17-cv-00939-WHA-JSC<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS DISCOVERY LETTER BRIEF IN SUPPORT OF ITS MOTION TO COMPEL AND EXHIBITS THERETO** |
|---|---|

I, James Judah, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

**2.** I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions if Its Discovery Letter Brief in Support of Its Motion to Compel and Exhibits Thereto ("Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Discovery Letter Brief in Support of Its Motion To Compel ("Discovery Letter Brief") | Highlighted Portions | Waymo (green highlighting); Uber[1] (blue highlighting) |
| Exhibit 1 | Highlighted Portions | Waymo (green highlighting) |
| Exhibit 2 | Highlighted Portions | Waymo (green highlighting); Uber (blue highlighting) |
| Exhibits 3-5, 7, 12 | Highlighted Portions | Uber |
| Exhibits 6, 11 | Entire Document | Uber |
| Exhibit 10 | Entire Document | Lior Ron |

3. Waymo's Statement (portions highlighted in green) contain or refer to trade secret and confidential business information, which Waymo seeks to seal.

4. Waymo's Discovery Letter Brief and Exhibits 1-2 (portions highlighted in green) contains, references, and/or describes Waymo's asserted trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31).

---

[1] "Uber" means Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, collectively.

The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's request to seal is narrowly tailored to those portions of the Discovery Letter Briefs and Exhibit 1-2 that merit sealing.

6. Waymo only seeks to seal the portions of the Discovery Letter Brief and Exhibit 2 (highlighted in blue), as well as the portions of Exhibits 3-7 and 11-12 identified in the table above, because Waymo believes such information is considered confidential or non-public by Uber.

7. Waymo only seeks to seal Exhibit 10 because Waymo believes such information is considered confidential or non-public by Lior Ron.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on July 11, 2017.

By */s/ James Judah*
James Judah
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Judah.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven