1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>          vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>                    Defendants. | CASE NO. 3:17-cv-00939-WHA-JSC<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL PORTIONS OF ITS<br>DISCOVERY LETTER BRIEF IN<br>SUPPORT OF ITS MOTION TO<br>COMPEL AND EXHIBITS THERETO** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2  Portions if Its Discovery Letter Brief in Support of Its Motion to Compel and Exhibits Thereto

3  ("Administrative Motion").

4  Having considered the Administrative Motion, and good cause to seal having been shown,

5  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

6  below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Discovery Letter Brief in Support of Its Motion To Compel ("Discovery Letter Brief") | Highlighted Portions |
| Exhibit 1 | Highlighted Portions |
| Exhibit 2 | Highlighted Portions |
| Exhibits 3-5, 7, 12 | Highlighted Portions |
| Exhibits 6, 11 | Entire Document |
| Exhibit 10 | Entire Document |

14  **IT IS SO ORDERED.**

16  Dated: _____, 2017

17  HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge