# EXHIBIT 7
# FILED UNDER SEAL

```
 1                 UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4                          ---oOo---
 5
 6   WAYMO LLC,
 7          Plaintiff,
 8   vs.                              No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
     _____/
12
13       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15        VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                   SAN FRANCISCO, CALIFORNIA
17                     MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                         ---oOo---
 5   WAYMO LLC,
 6          Plaintiff,
 7   vs.                              No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
 9   INC.,
10          Defendants.
     _____/
11
12
13          Videotaped Deposition of Cameron Poetzscher,
14      taken on behalf of the Plaintiffs, on June 19,
15      2017, at Quinn, Emanuel, Urquhart & Sullivan, LLP,
16      50 California Street, 22nd Floor, San Francisco,
17      California 94111, beginning 8:59 a.m., and
18      commencing at 5:17 p.m., Pursuant to Notice, and
19      before me, ANDREA M. IGNACIO, CSR, RPR, CRR,
20      CLR ~ License No. 9830.
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 228



Page 229



Page 230

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 231

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                        J U R A T
 2
 3          I, Cameron Poetzscher, do hereby certify
 4    under penalty of perjury, that I have read the
 5    foregoing transcript of my deposition in the matter of
 6    Waymo LLC vs. Uber Technologies, Inc., et al., taken
 7    on June 19, 2017, that I have made such corrections as
 8    appear noted herein in ink, initialed by me; that my
 9    testimony as contained herein, as corrected, is true
10    and correct.
11
12
13          DATED this ____ day of _____, 2017,
14    at _____.
15
16
17          _____
18                SIGNATURE OF WITNESS
19
20
21
22
23
24
25
                                              Page 373
```