# EXHIBIT 7
# FILED UNDER SEAL

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3                       SAN FRANCISCO DIVISION

4                             ---oOo---

5

6     WAYMO LLC,

7             Plaintiff,

8     vs.                              No. 3:17-cv-00939-WHA

9     UBER TECHNOLOGIES, INC.;

      OTTOMOTTO LLC; OTTO TRUCKING,

10    INC.,

11            Defendants.

      _____/

12

13        WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

14

15        VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER

16               SAN FRANCISCO, CALIFORNIA

17                 MONDAY, JUNE 19, 2017

18

19

20    BY:  ANDREA M. IGNACIO,

21    CSR, RPR, CRR, CCRR, CLR

22    CSR LICENSE NO. 9830

23    JOB NO. 2642012

24

25    Pages 1 - 374

                                              Page 1

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                      ---oOo---

 5   WAYMO LLC,

 6        Plaintiff,

 7   vs.                        No. 3:17-cv-00939-WHA

 8   UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING,

 9   INC.,

10        Defendants.

     _____/

11

12

13        Videotaped Deposition of Cameron Poetzscher,

14     taken on behalf of the Plaintiffs, on June 19,

15     2017, at Quinn, Emanuel, Urquhart & Sullivan, LLP,

16     50 California Street, 22nd Floor, San Francisco,

17     California 94111, beginning 8:59 a.m., and

18     commencing at 5:17 p.m., Pursuant to Notice, and

19     before me, ANDREA M. IGNACIO, CSR, RPR, CRR,

20     CLR ~ License No. 9830.

21

22

23

24

25
                                           Page  2
```

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 228

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 229



Page 230



Page 231

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                   J U R A T

 2

 3        I, Cameron Poetzscher, do hereby certify

 4   under penalty of perjury, that I have read the

 5   foregoing transcript of my deposition in the matter of

 6   Waymo LLC vs. Uber Technologies, Inc., et al., taken

 7   on June 19, 2017, that I have made such corrections as

 8   appear noted herein in ink, initialed by me; that my

 9   testimony as contained herein, as corrected, is true

10   and correct.

11

12

13        DATED this ____ day of _____, 2017,

14   at _____.

15

16

17        _____

18                SIGNATURE OF WITNESS

19

20

21

22

23

24

25
```

Page 373