IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **ORDER SHORTENING TIME TO BRIEF MOTIONS FOR RELIEF** |
| Defendants. | |

On July 7, Judge Jacqueline Corley issued an order that, among other things, granted in part defendants' motion to compel plaintiff Waymo LLC to produce documents relating to its collaboration agreement with non-party Lyft, Inc. (Dkt. No. 832). Both Waymo and Lyft have filed motions for relief from that order pursuant to Civil Local Rule 72 (Dkt. Nos. 876–77). The deadline for defendants to respond is advanced from July 25 to **JULY 17 AT NOON**. Waymo and Lyft may reply by **JULY 19 AT NOON**. Judge Corley's July 7 order (*see* Dkt. No. 832 at 6) is **STAYED** pending resolution of these motions.

**IT IS SO ORDERED.**

Dated: July 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE