1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426) AND EXPEDITED DISCOVERY ORDER (Dkt. 61)** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Reply in Support of its Motion for Order to Show Cause Why Defendants Should Not Be Held In Contempt of the Preliminary Injunction Order (Dkt. 426) and Expedited Discovery Order (Dkt. 61).

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Reply | Highlighted Portions | Defendants (blue highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge