# Exhibit 1

# Lindsay Cooper

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. <AGonzalez@mofo.com> |
| **Sent:** | Wednesday, July 12, 2017 6:03 PM |
| **To:** | QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit |
| **Subject:** | Corrected Filing |
| **Importance:** | High |

Quinn Team:

I am writing to inform you that we are working on a corrected response to the order to show cause that was directed to Uber. The correction will be consistent with today's Declaration from Eric Tate. We should get it to you in about an hour.  I appreciate that your reply brief is due this evening as well.  We will not object to your filing it late, or to your filing a supplement reply brief if you believe that is necessary.

Apologies for the late notice.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

1