UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER GRANTING IN PART AND DENIED IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 666 |

This Order addresses Plaintiff Waymo's administrative motion to file under seal portions of its Reply in Support of its June 15, 2017 Letter Brief Regarding Privilege Issues ("Letter Brief") and Exhibit 1 to the Declaration of Melissa Bailey ("Bailey Declaration") (Dkt. No. 666.) After carefully considering the parties' submissions, the motion is GRANTED in part and DENIED in part.

Waymo requests to seal portions of its Letter Brief "only because Defendants have designated the information confidential and/or highly confidential." (*Id*. at 2.[1])

Uber filed a Declaration in support of sealing, arguing that Exhibit 1 to the Bailey Declaration "contains non-public, confidential, sensitive business and financial information relating to Otto Trucking's agreements and corporate structure." (Dkt. No. 738 at 2.) Uber argues that disclosure of this information would harm Otto Trucking's competitive standing.

Having considered the administrative motion, and good cause to seal having been shown, the Court GRANTS Waymo's motion to seal Exhibit 1 to the Bailey Declaration. However, the Court DENIES sealing portions of the Letter Brief (Dkt. No. 666-3 at 2), which Uber did not mention

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1  in its Declaration in support of sealing. (Dkt. No. 738.)

2  Waymo shall file public versions of their briefs and exhibits consistent with this Order by
3  no later than July 20, 2017. See N.D. Cal. Civ. L.R. 79-5(f)(3).

4  This Order disposes of Docket No. 666.

5  **IT IS SO ORDERED.**

6  Dated: July 13th, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge