# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                       ---oOo---
 5
 6   WAYMO LLC,
 7         Plaintiff,
 8   vs.                          No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
     _____/
12
13       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF RADU RADUTA
16              SAN FRANCISCO, CALIFORNIA
17                THURSDAY, JULY 13, 2017
18
19   REPORTED BY:
20   ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2654630
24
25   PAGES 1 - 205
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | alignment bonding equipment. | 13:38 |
| 2 | There's ▬▬▬▬ which is a consulting | 13:38 |
| 3 | company that -- that I knew that, I think, ended up | 13:38 |
| 4 | getting the contract to build this subsequent version | 13:38 |
| 5 | of this tool. | 13:38 |
| 6 | And then there was a company, whose name I | 13:38 |
| 7 | forget, that was brought on by ▬▬▬▬ | 13:38 |
| 8 | Corporation.  ▬▬▬▬ was beginning to build these | 13:38 |
| 9 | assemblies, and they wanted one of their | 13:38 |
| 10 | subcontractors to bid on building this tool.  And I | 13:38 |
| 11 | forget the name of that company, unfortunately.  I'm | 13:38 |
| 12 | sorry. | 13:38 |
| 13 | Q   Did you -- when you -- | 13:38 |
| 14 | A   I think -- I think these are the four. | 13:38 |
| 15 | Q   Sure.  Thank you. | 13:38 |
| 16 | When you shared this document, or a form of | 13:38 |
| 17 | this document with outside vendors, did you do so | 13:38 |
| 18 | under a nondisclosure agreement? | 13:38 |
| 19 | A   Yes.  We had nondisclosure agreements with | 13:38 |
| 20 | all the vendors we worked with, as far as I know. | 13:38 |
| 21 | Q   So with ▬▬▬▬▬▬▬, and | 13:38 |
| 22 | ▬▬▬▬, there were nondisclosure agreements in | 13:39 |
| 23 | place with each of them? | 13:39 |
| 24 | A   I'm pretty sure there -- there must have | 13:39 |
| 25 | been, yeah. | 13:39 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    When you say "there must have been," what do | 13:39 |
| 2 | you mean by that? | 13:39 |
| 3 | A    I mean, we wouldn't have -- I think if -- we | 13:39 |
| 4 | wouldn't have shared any specific -- anything but very | 13:39 |
| 5 | general, vague information without a nondisclosure | 13:39 |
| 6 | agreement. | 13:39 |
| 7 | So I -- we might have -- the only one that | 13:39 |
| 8 | I -- that there is a question about is ▮▮▮▮▮  And | 13:39 |
| 9 | in case they didn't have an NDA already with Google -- | 13:39 |
| 10 | you know, there's a database that shows all the NDAs | 13:39 |
| 11 | that exist. | 13:39 |
| 12 | I'm not sure if they -- if -- because that | 13:39 |
| 13 | one was only a short conversation, we might have only | 13:39 |
| 14 | given them the outline rather than specifics.  Like, | 13:39 |
| 15 | we were looking to build a tool.  Can you help us? | 13:39 |
| 16 | And I think they said they were too busy. | 13:39 |
| 17 | Q    Was it Waymo policy to not disclose any | 13:39 |
| 18 | proprietary information outside of Waymo unless there | 13:39 |
| 19 | was a nondisclosure agreement in place? | 13:39 |
| 20 | A    That was a Google-wide policy, yeah. | 13:40 |
| 21 | Q    Can you think of any instance in which, to | 13:40 |
| 22 | your knowledge, anyone at Waymo shared Waymo | 13:40 |
| 23 | confidential information outside of Waymo without a | 13:40 |
| 24 | nondisclosure policy in place? | 13:40 |
| 25 | A    Not specifically.  No, I don't.  I mean, I | 13:40 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | don't know of any such -- such events. | 13:40 |
| 2 | Q   Are you aware of the allegation in this case | 13:40 |
| 3 | that Mr. Levandowski downloaded 14,000 confidential | 13:40 |
| 4 | files from Waymo? | 13:40 |
| 5 | A   I'm aware of that, yeah. | 13:40 |
| 6 | Q   Based on what you know today, do you believe | 13:40 |
| 7 | that he downloaded those files? | 13:40 |
| 8 | A   I -- I have heard or read about forensic | 13:40 |
| 9 | evidence that -- that shows that's the case, and I | 13:40 |
| 10 | have no reason to believe that that was made up. | 13:40 |
| 11 | Q   Do you -- when you were at Waymo, were you | 13:40 |
| 12 | familiar with the SVN repository? | 13:40 |
| 13 | A   I know what a SVN repository is.  I was not | 13:41 |
| 14 | familiar with the SVN repository, if there was a SVN | 13:41 |
| 15 | repository. | 13:41 |
| 16 | Q   So, you did not have access to that SVN | 13:41 |
| 17 | repository, as far as you know? | 13:41 |
| 18 | A   No. | 13:41 |
| 19 | Let me offer that as far as I know, SVN | 13:41 |
| 20 | repositories at Google are only used to store | 13:41 |
| 21 | electrical layout, like, board files, because those | 13:41 |
| 22 | don't go -- there -- it's easier to keep in versions. | 13:41 |
| 23 | And they don't go well into the standard code | 13:41 |
| 24 | repository that we use for everything else. | 13:41 |
| 25 | Q   I want to go back to around the time that you | 13:41 |