MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR BRIEF IN RESPONSE TO WAYMO'S MEMORANDUM REGARDING ADVERSE INFERENCES TO BE DRAWN FROM ANTHONY LEVANDOWSKI'S ASSERTION OF THE FIFTH AMENDMENT**<br><br>Judge:  Hon. William H. Alsup<br><br>Trial Date: October 10, 2017 |

I, Meredith Dearborn, declare as follows:

1.     I am a partner at law at the law firm of Boies Schiller & Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2.     I make this declaration in support of Uber's Administrative Motion to File Under Seal Their Brief in Response to Waymo's Memorandum Regarding Adverse Inferences to be Drawn From Anthony Levandowski's Assertion of the Fifth Amendment.

3.     I have reviewed the following documents and confirmed only the portions identified below merit sealing:

| Documents | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Uber's Brief In Response to Waymo's Memorandum Regarding Adverse Inferences to Be Drawn From Anthony Levandowski's Assertion of the Fifth Amendment ("Uber's Brief") | Highlighted Portions | Waymo (green)<br><br>Uber (blue) |
| Exhibit A to the Declaration of Meredith Dearborn | Highlighted Portions | Waymo (green) |

4.     I understand that the blue-highlighted portions of Uber's Brief contain highly confidential information relating to acquisition agreements, including highly confidential business information relating to the corporate structure of Uber Technologies, Inc. (a privately held corporation) and highly confidential information relating to business terms of the agreements. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. This information could be used by competitors to Uber's detriment, and including in the context of negotiating business deals.

5. I understand that the green-highlighted portions of Uber's Brief contain information that Waymo has requested that Uber file under seal. On July 13, 2017, I emailed specific facts that are reflected in this material, told Waymo that Uber does not believe the vast majority of such information is properly designated as confidential or needs to be under seal, and asked Waymo to permit it to be filed publicly. Waymo did not agree. A true and correct copy of this correspondence is attached hereto as **Exhibit A.**

6. Defendants' request to seal is narrowly tailored to the specific exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2017 at Oakland, California.

Dated: July 14, 2017          BOIES SCHILLER FLEXNER LLP

                              By: */s/ Meredith Dearborn*
                                   Meredith Dearborn

### ATTESTATION OF E-FILED SIGNATURE

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Meredtith Dearborn has concurred in this filing.

Dated: July 14, 2017

                              */s/Karen L. Dunn*
                              Karen L. Dunn

2

DECLARATION OF MEREDITH DEARBORN ISO UBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA