UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 TO WAYMO'S OPPOSITION TO UBER'S SECOND MOTION TO COMPEL** |

　　　　Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Exhibit 1 to Waymo's Opposition to Uber's Second Motion to Compel (the "Administrative Motion").

　　　　Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to Waymo's opposition to Uber's second motion to compel ("Exhibit 1") | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge