# EXHIBIT 1
# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4                      ---oOo---
5
6   WAYMO LLC,
7        Plaintiff,
8   vs.                          No. 3:17-cv-00939-WHA
9   UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11       Defendants.
    _____/
12
13       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15        VIDEOTAPED DEPOSITION OF RADU RADUTA
16              SAN FRANCISCO, CALIFORNIA
17                THURSDAY, JULY 13, 2017
18
19  REPORTED BY:
20  ANDREA M. IGNACIO,
21  CSR, RPR, CRR, CCRR, CLR ~
22  CSR LICENSE NO. 9830
23  JOB NO. 2654630
24
25  PAGES 1 - 205
```

Page 1

```
 1   alignment bonding equipment.                              13:38
 2          There's ▓▓▓▓▓▓▓ which is a consulting              13:38
 3   company that -- that I knew that, I think, ended up       13:38
 4   getting the contract to build this subsequent version     13:38
 5   of this tool.                                             13:38
 6          And then there was a company, whose name I         13:38
 7   forget, that was brought on by ▓▓▓▓▓▓▓                    13:38
 8   Corporation.  ▓▓▓▓▓▓▓ was beginning to build these        13:38
 9   assemblies, and they wanted one of their                  13:38
10   subcontractors to bid on building this tool.  And I       13:38
11   forget the name of that company, unfortunately.  I'm      13:38
12   sorry.                                                    13:38
13      Q   Did you -- when you --                             13:38
14      A   I think -- I think these are the four.             13:38
15      Q   Sure.  Thank you.                                  13:38
16          When you shared this document, or a form of        13:38
17   this document with outside vendors, did you do so         13:38
18   under a nondisclosure agreement?                          13:38
19      A   Yes.  We had nondisclosure agreements with         13:38
20   all the vendors we worked with, as far as I know.         13:38
21      Q   So with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and                        13:38
22   ▓▓▓▓▓▓▓, there were nondisclosure agreements in           13:39
23   place with each of them?                                  13:39
24      A   I'm pretty sure there -- there must have           13:39
25   been, yeah.                                               13:39
```

Page 130

| | | |
|---|---|---|
| 1 | Q    When you say "there must have been," what do | 13:39 |
| 2 | you mean by that? | 13:39 |
| 3 | A    I mean, we wouldn't have -- I think if -- we | 13:39 |
| 4 | wouldn't have shared any specific -- anything but very | 13:39 |
| 5 | general, vague information without a nondisclosure | 13:39 |
| 6 | agreement. | 13:39 |
| 7 | So I -- we might have -- the only one that | 13:39 |
| 8 | I -- that there is a question about is ▮▮▮▮.  And | 13:39 |
| 9 | in case they didn't have an NDA already with Google -- | 13:39 |
| 10 | you know, there's a database that shows all the NDAs | 13:39 |
| 11 | that exist. | 13:39 |
| 12 | I'm not sure if they -- if -- because that | 13:39 |
| 13 | one was only a short conversation, we might have only | 13:39 |
| 14 | given them the outline rather than specifics.  Like, | 13:39 |
| 15 | we were looking to build a tool.  Can you help us? | 13:39 |
| 16 | And I think they said they were too busy. | 13:39 |
| 17 | Q    Was it Waymo policy to not disclose any | 13:39 |
| 18 | proprietary information outside of Waymo unless there | 13:39 |
| 19 | was a nondisclosure agreement in place? | 13:39 |
| 20 | A    That was a Google-wide policy, yeah. | 13:40 |
| 21 | Q    Can you think of any instance in which, to | 13:40 |
| 22 | your knowledge, anyone at Waymo shared Waymo | 13:40 |
| 23 | confidential information outside of Waymo without a | 13:40 |
| 24 | nondisclosure policy in place? | 13:40 |
| 25 | A    Not specifically.  No, I don't.  I mean, I | 13:40 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | don't know of any such -- such events. | 13:40 |
| 2 | Q   Are you aware of the allegation in this case | 13:40 |
| 3 | that Mr. Levandowski downloaded 14,000 confidential | 13:40 |
| 4 | files from Waymo? | 13:40 |
| 5 | A   I'm aware of that, yeah. | 13:40 |
| 6 | Q   Based on what you know today, do you believe | 13:40 |
| 7 | that he downloaded those files? | 13:40 |
| 8 | A   I -- I have heard or read about forensic | 13:40 |
| 9 | evidence that -- that shows that's the case, and I | 13:40 |
| 10 | have no reason to believe that that was made up. | 13:40 |
| 11 | Q   Do you -- when you were at Waymo, were you | 13:40 |
| 12 | familiar with the SVN repository? | 13:40 |
| 13 | A   I know what a SVN repository is.  I was not | 13:41 |
| 14 | familiar with the SVN repository, if there was a SVN | 13:41 |
| 15 | repository. | 13:41 |
| 16 | Q   So, you did not have access to that SVN | 13:41 |
| 17 | repository, as far as you know? | 13:41 |
| 18 | A   No. | 13:41 |
| 19 | Let me offer that as far as I know, SVN | 13:41 |
| 20 | repositories at Google are only used to store | 13:41 |
| 21 | electrical layout, like, board files, because those | 13:41 |
| 22 | don't go -- there -- it's easier to keep in versions. | 13:41 |
| 23 | And they don't go well into the standard code | 13:41 |
| 24 | repository that we use for everything else. | 13:41 |
| 25 | Q   I want to go back to around the time that you | 13:41 |

Veritext Legal Solutions
866 299-5127