1
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
2
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
3
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
4
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
5
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
6
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
7
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
8
Facsimile:     (415) 875-6700

9
Attorneys for WAYMO LLC

10
UNITED STATES DISTRICT COURT

11
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12
WAYMO LLC,

CASE NO. 3:17-cv-00939-WHA

13
            Plaintiff,

**PROOF OF SERVICE**

14
       vs.

15
UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING
16
LLC,

17
            Defendants.

18

19

20

21

22

23

24

25

26

27

28

1  I, Lindsay Cooper, declare as follows:

2       1.     I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose

3  address is 50 California Street, 22nd Floor, San Francisco, CA 94111.  I am over the age of eighteen

4  and not a party to this action.

5       2.     On July 14, 2017, I caused the following documents to be served on all counsel of

6  record via electronic mail:  Unredacted version of Exhibit 1 to the Nardinelli Declaration in support of

7  Waymo's opposition to Uber's second motion to compel, a redacted form of which was filed publicly

8  at Dkt No. 895-2.

9       3.     The documents were transmitted via electronic mail to the addresses below, pursuant to

10  the agreement between the parties, and the electronic mail transmission was reported as complete and

11  without error.

12

| Recipient | Email Address: |
|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | |
|---|---|
| Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | |
| I. Neel Chatterjee (SBN 173985)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>Brett M. Schuman (SBN 189247)<br>Shane Brun (SBN 179079)<br>Rachel M. Walsh (SBN 250568)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104<br>415.954.4410<br>415.954.4480 | jcooper@fbm.com |

-3-    CASE NO. 3:17-cv-00939-WHA
PROOF OF SERVICE

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is

2    true and correct, and that this declaration was executed in San Francisco, California, on July 14, 2017.

3                                   By */s/ Lindsay Cooper*
                                            Lindsay Cooper

4

5

6

7                         **SIGNATURE ATTESTATION**

8     Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

9    filing of this document has been obtained from Lindsay Cooper.

10

11                           */s/ Charles K. Verhoeven*
                              Charles K. Verhoeven

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28