1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC 20005
   Telephone: 202.237.2727
12 Facsimile: 202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WAYMO LLC, | Case No.  3:17-cv-00939-WHA |
| 19       Plaintiff, | **DECLARATION OF SYLVIA RIVERA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES** |
| 20       v. | |
| 21  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 22       Defendants. | |
| 23 | |
| 24 | Trial Date: October 10, 2017 |

I, Sylvia Rivera, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's Opposition to Waymo's Motion to Compel Further Discovery Responses. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of Plaintiff's First Supplemental Objections And Responses To Uber's First Set Of Interrogatories (Nos. 1-11), dated July 13, 2017. **FILED UNDER SEAL**

3. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of Waymo's Cal. Civ. Proc. Code § 2019.210 Trade Secrets List, dated March 10, 2017. **FILED UNDER SEAL**

4. Attached as **Exhibit 3** is a true and correct copy of a document ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ reviously filed under seal at Dkt. 25-20. **FILED UNDER SEAL**

5. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts of Defendants Uber Technologies, Inc. And Ottomotto LLC's Objections And Responses To Waymo's First Set Of Expedited Requests For Production Pursuant To Paragraph Six Of May 11, 2017 Preliminary Injunction Order (NOS. 1-9), dated June 5, 2017. **FILED UNDER SEAL**

6. Attached as **Exhibit 5** is a true and correct copy of relevant excerpts of Defendants Uber Technologies, Inc. And Ottomotto LLC's Responses To Waymo's First Set Of Expedited Interrogatories Pursuant To Paragraph Six Of The May 11, 2017 Preliminary Injunction Order (NOS. 1-9), dated June 5, 2017. **FILED UNDER SEAL**

7. Attached as **Exhibit 6** is a true and correct copy of Defendants Uber Technologies, Inc. And Ottomotto LLC's Supplemental Responses To Waymo's First Set Of Expedited Interrogatories Pursuant To Paragraph Six Of The May 11, 2017 Preliminary Injunction Order (Nos. 5, 8), dated June 22, 2017. **FILED UNDER SEAL**

RIVERA DECLARATION ISO OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES
Case No. 3:17-cv-00939-WHA
pa-1794808

1

8. Attached as **Exhibit 7** is a true and correct copy of relevant excerpts of an email that I sent to counsel for Waymo dated July 14, 2017.

9. Attached as **Exhibit 8** is a true and correct copy of relevant excerpts of Defendants Uber Technologies, Inc. And Ottomotto LLC's Objections And Responses To Waymo's Third Set Of Requests For Production Of Documents (Nos. 153-265), dated June 30, 2017.  **FILED UNDER SEAL**

10. A search for "indemnification agreement" in Uber's document review database for this litigation brings back more than 4,000 documents.  When all associated cover emails and attachments are included, the total is more than 8,000 documents.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 14th day of July, 2017 at Los Angeles, California.

*/s/ Sylvia Rivera*
SYLVIA RIVERA

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sylvia Rivera has concurred in this filing.

Dated: July 14, 2017

*/s/ Arturo J. González*
Arturo J. González

RIVERA DECLARATION ISO OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES
Case No. 3:17-cv-00939-WHA
pa-1794808

2