MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF SYLVIA RIVERA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**<br><br>Trial Date: October 10, 2017 |

I, Sylvia Rivera, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's Opposition to Waymo's Motion to Compel Further Discovery Responses. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of Plaintiff's First Supplemental Objections And Responses To Uber's First Set Of Interrogatories (Nos. 1-11), dated July 13, 2017. **FILED UNDER SEAL**

3. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of Waymo's Cal. Civ. Proc. Code § 2019.210 Trade Secrets List, dated March 10, 2017. **FILED UNDER SEAL**

4. Attached as **Exhibit 3** is a true and correct copy of a document ▮▮▮ reviously filed under seal at Dkt. 25-20. **FILED UNDER SEAL**

5. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts of Defendants Uber Technologies, Inc. And Ottomotto LLC's Objections And Responses To Waymo's First Set Of Expedited Requests For Production Pursuant To Paragraph Six Of May 11, 2017 Preliminary Injunction Order (NOS. 1-9), dated June 5, 2017. **FILED UNDER SEAL**

6. Attached as **Exhibit 5** is a true and correct copy of relevant excerpts of Defendants Uber Technologies, Inc. And Ottomotto LLC's Responses To Waymo's First Set Of Expedited Interrogatories Pursuant To Paragraph Six Of The May 11, 2017 Preliminary Injunction Order (NOS. 1-9), dated June 5, 2017. **FILED UNDER SEAL**

7. Attached as **Exhibit 6** is a true and correct copy of Defendants Uber Technologies, Inc. And Ottomotto LLC's Supplemental Responses To Waymo's First Set Of Expedited Interrogatories Pursuant To Paragraph Six Of The May 11, 2017 Preliminary Injunction Order (Nos. 5, 8), dated June 22, 2017. **FILED UNDER SEAL**

RIVERA DECLARATION ISO OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES
Case No. 3:17-cv-00939-WHA
pa-1794808

1

8. Attached as **Exhibit 7** is a true and correct copy of relevant excerpts of an email that I sent to counsel for Waymo dated July 14, 2017.

9. Attached as **Exhibit 8** is a true and correct copy of relevant excerpts of Defendants Uber Technologies, Inc. And Ottomotto LLC's Objections And Responses To Waymo's Third Set Of Requests For Production Of Documents (Nos. 153-265), dated June 30, 2017.  **FILED UNDER SEAL**

10. A search for "indemnification agreement" in Uber's document review database for this litigation brings back more than 4,000 documents.  When all associated cover emails and attachments are included, the total is more than 8,000 documents.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 14th day of July, 2017 at Los Angeles, California.

*/s/ Sylvia Rivera*
SYLVIA RIVERA

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sylvia Rivera has concurred in this filing.

Dated: July 14, 2017                           */s/ Arturo J. González*
Arturo J. González

RIVERA DECLARATION ISO OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES
Case No. 3:17-cv-00939-WHA
pa-1794808

2