# EXHIBIT 7

| | |
|---|---|
| **From:** | Rivera, Sylvia |
| **To:** | James Judah (jamesjudah@quinnemanuel.com); QE-Waymo |
| **Cc:** | John Cooper; Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; DG-GP Otto Trucking_Waymo |
| **Subject:** | Waymo; RFP No. 117 re March 15 Nevada letter |
| **Date:** | Friday, July 14, 2017 3:21:21 PM |

James,

We didn't close the loop on RFP No. 117 from Waymo's Set 2 RFPs before Waymo filed its pending motion to compel.  That RFP seeks "DOCUMENTS sufficient to show all author(s) of and contributor(s) to the letter to Nevada authorities, 'RE: Clarification to Autonomous Technology Certification Submission,' dated on or around March 15, 2017."  I understand that Wendy conveyed that there are no non-privileged documents that reflect any contribution to the letter by non-lawyers.  I further understand that you and she discussed that if Uber provides the names of the non-lawyer personnel who contributed, that would resolve this RFP.  Please re-confirm that that would resolve this RFP and we'll send you those names today.

Best,
Sylvia