1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:   415.268.7000
7  Facsimile:   415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:   202.237.2727
12 Facsimile:   202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**CORRECTED DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO EXPEDITED INTERROGATORIES AND EXHIBITS THERETO** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Opposition to Waymo's Motion to Compel Production of Documents and Responses to Expedited Interrogatories and Exhibits Thereto. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Opposition to Waymo's Motion to Compel ("Opposition") | Highlighted Portions | Plaintiffs |
| Declaration of Sylvia Rivera ("Rivera Declaration") | Highlighted Portions | Plaintiffs |
| Exhibits 1-3 | Entire Documents | Plaintiffs |
| Exhibit 5 | Highlighted Portions | Defendants |
| Exhibit 6 | Highlighted Portions | Defendants |

The highlighted portions of the Opposition and Rivera Declaration and the entireties of Exhibits 1, 2, and 3 were designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The highlighted portions on page 6 of Exhibit 5 contain highly confidential information regarding business agreement terms, including information about the structure of a business agreement. This highly confidential information is not publicly known, and their confidentiality is strictly maintained. If this information were to be released to the public, Defendants' competitors and counterparties would have insight to how Defendants structured its business

1  agreements, which would allow them to tailor their own business negotiation strategy.
2  Defendants' competitive standing could significantly be harmed. (Yang Decl. ¶ 4.)
3        The highlighted portions on page 4 of Exhibit 6 contain highly confidential information
4  regarding financial and compensation terms.  This information is not publicly known, and their
5  confidentiality is strictly maintained.  This information could be used by competitors to Uber's
6  detriment, by using this information to gain an advantage over Uber in employment negotiations
7  in a competitive market for talent.  Disclosure of this information would allow competitors to
8  tailor their employment offers during negotiations.  If such information were made public, Uber's
9  competitive standing could be significantly harmed.  (Yang Decl. ¶ 5.)
10       Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
11 documents at issue, with accompanying chamber copies.
12       Defendants served Waymo with this Administrative Motion to File Documents Under
13 Seal on July 14, 2017.
14       For the foregoing reasons, Defendants request that the Court enter the accompanying
15 Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
16 designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
17 ATTORNEYS' EYES ONLY."

18 Dated: July 14, 2017                    MORRISON & FOERSTER LLP

20                                       By:  */s/Arturo J. González*
                                               ARTURO J. GONZÁLEZ

22                                       Attorneys for Defendants
                                      UBER TECHNOLOGIES, INC.
                                      and OTTOMOTTO LLC