1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:   415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:   202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**CORRECTED DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO EXPEDITED INTERROGATORIES AND EXHIBITS THERETO** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Opposition to Waymo's Motion to Compel Production of Documents and Responses to Expedited Interrogatories and Exhibits Thereto.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Motion to Compel ("Opposition") | Highlighted Portions | Plaintiffs |
| Declaration of Sylvia Rivera ("Rivera Declaration") | Highlighted Portions | Plaintiffs |
| Exhibits 1-3 | Entire Documents | Plaintiffs |
| Exhibit 5 | Highlighted Portions | Defendants |
| Exhibit 6 | Highlighted Portions | Defendants |

3. The highlighted portions of the Opposition and Rivera Declaration and the entireties of Exhibits 1, 2, and 3 were designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4. The highlighted portions on page 6 of Exhibit 5 contain highly confidential information regarding business agreement terms, including information about the structure of a

CORRECTED YANG DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3805680

1

1  business agreement.  This highly confidential information is not publicly known, and their
2  confidentiality is strictly maintained.  If this information were to be released to the public,
3  Defendants' competitors and counterparties would have insight to how Defendants structured its
4  business agreements, which would allow them to tailor their own business negotiation strategy.  I
5  understand that Defendants' competitive standing could significantly be harmed.

6        5.     The highlighted portions on page 4 of Exhibit 6 contain highly confidential
7  information regarding financial and compensation terms.  This information is not publicly known,
8  and their confidentiality is strictly maintained.  I understand that this information could be used
9  by competitors to Uber's detriment, by using this information to gain an advantage over Uber in
10 employment negotiations in a competitive market for talent.  Disclosure of this information would
11 allow competitors to tailor their employment offers during negotiations.  If such information were
12 made public, I understand Uber's competitive standing could be significantly harmed.

13       6.     Defendants' request to seal is narrowly tailored to those portions of the
14 Opposition, Rivera Declaration, and its supporting exhibits that merit sealing.

15 I declare under penalty of perjury that the foregoing is true and correct.  Executed this
16 14th day of July, 2017 at San Francisco, California.

17
18                                                 */s/ Michelle Yang*
                                                  Michelle Yang
19
20
21 **ATTESTATION OF E-FILED SIGNATURE**
22 I, Arturo J. González, am the ECF User whose ID and password are being used to file this
23 Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has
24 concurred in this filing.

25 Dated: July 14, 2017                       */s/ Arturo J. González*
26                                                     Arturo J. González
27
28

CORRECTED YANG DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3805680

2