| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719)<br>ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426)<br>RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | San Francisco, California  94105-2482<br>Telephone:     415.268.7000 |
| 7 | Facsimile:     415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*)<br>kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*)<br>hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, N.W. |
| 11 | Washington DC  20005<br>Telephone:     202.237.2727 |
| 12 | Facsimile:     202.237.6131 |
| 13 | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No.       3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE [DKT NO. 907]** |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 14, 2017, I served a true and correct copy of:

**CORRECTED DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO EXPEDITED INTERROGATORIES AND EXHIBITS THERETO;**

**[UNREDACTED] DEFENDANTS UBER TECHNOLOGIES INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO LLC'S LETTER BRIEF IN SUPPORT OF MOTION TO COMPEL (DKT. 879);**

**[UNREDACTED] DECLARATION OF SYLVIA RIVERA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO LLC'S LETTER BRIEF IN SUPPORT OF MOTION TO COMPEL (DKT. 879); and**

**[UNREDACTED] EXHIBITS 1, 2, 3, 5 AND 6 TO THE DECLARATION OF SYLVIA RIVERA**

[X] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

CERTIFICATE OF SERVICE [Dkt No. 907]
Case No. 3:17-cv-00939-WHA
sf-3805845

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Attorneys for Plaintiff Waymo LLC<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>lcunningham@wsgr.com |
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |

CERTIFICATE OF SERVICE [Dkt No. 907]
Case No. 3:17-cv-00939-WHA
sf-3805845

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed at San Francisco, California, this 15th day of July, 2017.

|  Michelle Yang  |  /s/ Michelle Yang  |
|:---:|:---:|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: July 15, 2017

/s/ Arturo J. González
Arturo J. González

CERTIFICATE OF SERVICE [Dkt No. 907]
Case No. 3:17-cv-00939-WHA
sf-3805845