UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 810, 864, 865 |

　　　　This Order addresses Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants'") administrative motion to file under seal exhibits to their discovery letter brief regarding apex depositions. (Dkt. No. 810.) After carefully considering the parties' submissions, the motion is GRANTED.

　　　　Defendants request to seal Exhibits A and B because Plaintiff Waymo LLC ("Waymo") designated these documents as "Highly Confidential -- Attorneys' Eyes Only." (*Id.* at 2.[1]) Defendants do not agree that this material merits sealing. (*Id.*)

　　　　Waymo filed a Declaration in support of sealing (Dkt. No. 864), narrowing the portions of the Exhibits it seeks to seal to those portions highlighted in green. (Dkt. Nos. 865-1 and 865-3.) Waymo argues that these portions "contain, reference and/or describe Waymo's highly confidential and sensitive business information." (Dkt. No. 864 at 2.) Waymo also argues that disclosure of this information could harm its competitive standing, as the highlighted portions reference "the confidential design and functionality of Waymo's proprietary autonomous vehicle system, as well as an analysis of its strengths, weaknesses, and planned development." (*Id.*)

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

Having considered the administrative motion, and good cause to seal having been shown, the Court GRANTS Defendants' motion as it relates to the portions Waymo highlighted. (Dkt. No. 865-1 and 865-3.)

Defendants shall file public versions of their briefs and exhibits consistent with this Order by no later than July 24, 2017. See N.D. Cal. Civ. L.R. 79-5(f)(3).

This Order disposes of Docket No. 810.

**IT IS SO ORDERED.**

Dated: July 17, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2