MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF DEFENDANTS' UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S RESPONSE TO PLAINTIF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Judge: Hon. William H. Alsup <br> Trial Date: October 10, 2017 |

1  I, Arturo J. González, declare as follows:

2  1. I am a partner of the law firm Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this action. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Response to Plaintiff Waymo LLC's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge.

3  2. Attached hereto as Exhibit A is a document marked as Exhibit 1031 at the deposition of Daniel Chu on April 3, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July, 2017 at San Francisco, California.

*/s/ Arturo J. González*
Arturo J. González