MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO THE COURT'S ORDER OF CONFERENCE TO FRAME *IN LIMINE* MOTIONS (DKT. 798)**<br><br>Trial Date: October 2, 2017 |

1  On July 3, 2017, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants")
2  filed a Declaration in Support of Plaintiff's Administrative Motion to File Under Seal Portions of
3  its Response to the Court's Order of Conference to Frame *In Limine* Motions ("Declaration")
4  (Dkt. 798). The declaration inadvertently supported sealing of portions of an email that had been
5  read into the record at a public hearing. (6/29/17 Hr'g Tr. at 46:14-47:3.)
6  Defendants hereby withdraw the entirety of this Declaration and its supporting documents.

Dated: July 17, 2017                MORRISON & FOERSTER LLP

                                    By:  */s/Arturo J. González*
                                         ARTURO J. GONZÁLEZ

                                    Attorneys for Defendants
                                    UBER TECHNOLOGIES, INC.
                                    and OTTOMOTTO LLC

DEFENDANTS' NOTICE OF WITHDRAWAL OF YANG DECL. ISO WAYMO'S ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 3:17-cv-00939-WHA
sf-3801938

1