| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
|   | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 7 | Facsimile:    415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
|    | 1401 New York Avenue, N.W. |
| 11 | Washington DC  20005 |
|    | Telephone:    202.237.2727 |
| 12 | Facsimile:    202.237.6131 |
| 13 | Attorneys for Defendants |
|    | UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF SCOTT F. LLEWELLYN** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

NOTICE OF APPEARANCE OF SCOTT F. LLEWELLYN
CASE NO. 3:17-cv-00939-WHA
sf-3806122

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that attorney Scott F. Llewellyn of Morrison & Foerster LLP, a

3  member of the State Bar of California (CA SBN 194553) and admitted to practice before this

4  Court, and whose contact information appears below, hereby enters an appearance as an attorney

5  of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned

6  case.

7    Scott F. Llewellyn
     Morrison & Foerster LLP
8    370 Seventeenth Street 4200 Republic Plaza
     Denver, CO 80202-5638
9    Phone:  (303) 592-1500
     Fax:  (303) 592-1510
10   Email:  SLlewellyn@mofo.com

11

12  Dated:  July 17, 2017            MORRISON & FOERSTER LLP

13

14                         By:   */s/ Scott F. Llewellyn*
                                 SCOTT F. LLEWELLYN
15
                               Attorneys for Defendants
16                             UBER TECHNOLOGIES, INC.
                               and OTTOMOTTO LLC

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF SCOTT F. LLEWELLYN
CASE NO. 3:17-cv-00939-WHA                                                              1
sf-3806122