Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER RE:WAYMO'S MOTION TO COMPEL OF MAGISTRATE JUDGE (DKT. 881)**<br><br>Courtroom:  8, 19th Floor<br>Judge:         Honorable William Alsup<br>Trial Date:   October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal;<br>2. Declaration of Hong-An Vu;<br>3. Redacted/Unredacted Version of Motion for Relief;<br>4. Proof of Service |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Its Motion for Relief from Nondispositive Pretrial Order re Waymo's Motion to Compel of Magistrate Judge (Dkt. 881) (the "Administrative Motion").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Objection | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Judge