1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax.: +1 415 677 9041

12 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
13 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
14 Los Angeles, CA 90017
   Tel.: +1 213 426 2500
15 Fax.: + 1 213 623 1673

16 Attorneys for Defendant
   Otto Trucking LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER RE:WAYMO'S MOTION TO COMPEL OF MAGISTRATE JUDGE (DKT. 881)**<br><br>Courtroom:  8, 19th Floor<br>Judge:       Honorable William Alsup<br>Trial Date:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed a Motion for Relief from

2 Nondispositive Pretrial Order Re: Waymo's Motion To Compel of Magistrate Judge (Dkt. 881)

3 (the "Motion").

4    Having considered the Motion and supporting documents, as well as any response thereto,

5 the Court hereby **SUSTAINS** Otto Trucking's objection and **GRANTS** the Motion.

6    **IT IS HEREBY ORDERED** that Magistrate Judge Corley's Order Re: Waymo's Motion

7 To Compel of Magistrate Judge (Dkt. 881) is VACATED as to the ruling regarding Otto

8 Trucking's response to Waymo's document requests, page 3 lines 15-27.

10 Dated: _____, 2017

11
    HON. WILLIAM ALSUP
12    United States District Judge