MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION FOR RELIEF FROM AND EMERGENCY MOTION FOR STAY OF NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their
3  Motion for Relief from and Emergency Motion for Stay of Non-Dispositive Pretrial Order of
4  Magistrate Judge.  Specifically, Defendants request an order granting leave to file under seal the
5  confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion for Relief from and Emergency Motion for Stay of Non-Dispositive Pretrial Order of Magistrate Judge ("Motion") | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 1 | Entire Document | Plaintiff |

12  The blue-highlighted portions of the Motion identify specific software modules described
13  in highly confidential Disclosure Schedules to the Put Call Agreement (Dkt. 515-11).  These
14  Disclosure Schedules were filed entirely under seal, and the Court granted sealing at Dkt. 707.
15  Here, the identification of software modules reveals technical features developed by Ottomotto
16  LLC and acquired by Uber.  This highly confidential information is not publicly known, and their
17  confidentiality is strictly maintained.  This information could be used by competitors or
18  counterparties to Uber's detriment, including to gain an advantage over Uber in development
19  strategy.  For example, disclosure of Uber and Ottomotto's LiDAR-related technical features
20  would allow competitors to understand Uber's LiDAR development and strategy, and allow them
21  to tailor their own LiDAR development.  If such information were made public, Uber's
22  competitive standing could be significantly harmed.  (Declaration of Michelle Yang in Support of
23  Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)
24  The green-highlighted portions of the Motion and the entirety of Exhibit 1 were
25  designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the
26  Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties

1 | have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this
2 | material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Yang Decl. ¶ 4.)
3 |      Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
4 | documents at issue, with accompanying chamber copies.
5 |      Defendants served Waymo with this Administrative Motion to File Documents Under
6 | Seal on July 17, 2017.
7 |      For the foregoing reasons, Defendants request that the Court enter the accompanying
8 | Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
9 | designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
10 | ATTORNEYS' EYES ONLY."

Dated: July 17, 2017　　　　　　　　　　MORRISON & FOERSTER LLP

By: */s/Arturo J. González*
　　　ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO
TRUCKING LLC