1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10                   UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA-JSC

13              Plaintiff,                  **DECLARATION OF JAMES JUDAH IN
                                            SUPPORT OF PLAINTIFF WAYMO
14        vs.                               LLC'S ADMINISTRATIVE MOTION TO
                                            FILE UNDER SEAL PORTIONS OF ITS
15  UBER TECHNOLOGIES, INC.;                MOTION FOR RELIEF FROM NON-
    OTTOMOTTO LLC; OTTO TRUCKING            DISPOSITIVE PRETRIAL ORDER OF
16  LLC,                                    MAGISTRATE JUDGE (DKT. 881)**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   I, James Judah, declare as follows:

2        1.        I am an attorney licensed to practice in the State of California and am admitted to

3   practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan,

4   LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set

5   forth in this Declaration, and if called as a witness I would testify competently to those matters.

6        **2.**        I make this declaration in support of Waymo's Administrative Motion to File Under

7   Seal Portions if Its Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge

8   ("Administrative Motion").   The Administrative Motion seeks an order sealing the following

9   materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge  ("Motion") | Highlighted Portions | Otto Trucking and nonparty Lior Ron |

3.        The highlighted portions of Waymo's Motion contain references to information that

Otto Trucking and non-party Lior Ron have designated as confidential and/or highly confidential.

4.        Waymo expects Otto Trucking and Lior Ron to file one or more declarations in

accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is

true and correct, and that this declaration was executed in San Francisco, California, on July 17, 2017.

By  */s/ James Judah*

James Judah
Attorneys for WAYMO LLC

01980-00104/9426743.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Judah.


*/s/ Charles K. Verhoeven*
Charles K. Verhoeven