UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS DISCOVERY LETTER BRIEF IN MOTOIN FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions if Its Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge
3 ("Administrative Motion").
4    Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge ("Motion for Relief") | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge