UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 881)** |

1     Plaintiff Waymo LLC ("Waymo") has filed a Motion for Relief from Non-Dispositive
2  Pretrial Order of Magistrate Judge (Dkt. 881) (the "Motion").
3     Having considered the Motion, as well as any response thereto, the Court hereby
4  **SUSTAINS** Waymo's objection and **GRANTS** the Motion.  **IT IS HEREBY ORDERED** that
5  Magistrate Judge Corley's July 12, 2017 Order Re: Waymo's Motion to Compel is VACATED
6  and Waymo's Motion to Compel (Dkt. 682) is GRANTED as it pertains to Otto Trucking's
7  Managing Member and Executive Chairman Anthony Levandowski.
8     **IT IS SO ORDERED.**

10 Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge