1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3   davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4   melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5   johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6   jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12 | WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF OPPOSITION TO UBER AND OTTOMOTTO'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER, STRIKE WAYMO'S SUPPLEMENTAL INITIAL DISCLOSURE, AND PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

01980-00104/9426784.1

CASE NO. 3:17-cv-00939-WHA
COOPER DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO SEAL

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Exhibits in Support of Its Opposition to Uber and Ottomotto's Motion to Enforce the Court's June 7, 2017 Order, Strike Waymo's Supplemental Initial Disclosure, and Preclude Damages Claims and Certain Witnesses (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 6 to the Declaration of Lindsay Cooper | Highlighted Portions | Waymo (green highlighting); Uber[1] (blue highlighting) |
| Exhibit 7 to the Declaration of Lindsay Cooper | Green Highlighted Portions | Waymo |

3. Specifically, Exhibits 6 and 7 (portions highlighted in green) contain or refer to trade secret and confidential business information, which Waymo seeks to seal.

4. Exhibits 6 and 7 (portions highlighted in green) each contain, reference, and/or describe Waymo's asserted trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. Exhibits 6 and 7 (portions highlighted in green) also refer to the time and cost Waymo dedicate to developing each of its trade

---

[1] "Uber" means Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, collectively.

1 secrets.  If such information were made public, I understand that Waymo's competitive standing
2 would be significantly harmed.
3     5.    Waymo's request to seal is narrowly tailored to those portions of Exhibits 6 and 7
4 (portions highlighted in green) that merit sealing.

6     I declare under penalty of perjury under the laws of the State of California and the United
7 States of America that the foregoing is true and correct, and that this declaration was executed in San
8 Francisco, California, on July 17, 2017.

By _/s/ Lindsay Cooper_
Lindsay Cooper
Attorneys for WAYMO LLC