UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF OPPOSITION TO UBER AND OTTOMOTTO'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER, STRIKE WAYMO'S SUPPLEMENTAL INITIAL DISCLOSURE, AND PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Exhibits in Support of Its Opposition to Uber and Ottomotto's Motion to Enforce the Court's June 7, 2017 Order, Strike Waymo's Supplemental Initial Disclosure, and Preclude Damages Claims and Certain Witnesses ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 6 to the Declaration of Lindsay Cooper | Highlighted Portions | Waymo (green highlighting); Uber (blue highlighting) |
| Exhibit 7 to the Declaration of Lindsay Cooper | Green Highlighted Portions | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge