QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO UBER AND OTTOMOTTO'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER, STRIKE WAYMO'S SUPPLEMENTAL INITIAL DISCLOSURE, AND PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES** |

I, James Judah, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of an email chain between Defendants' counsel and Plaintiff's counsel, with the top email dated June 1, 2017.

3. Attached as Exhibit 2 is a true and correct copy of an email chain between Defendants' counsel and Plaintiff's counsel, with the top email dated June 28, 2017.

4. Attached as Exhibit 3 is a true and correct copy of an email chain between Defendants' counsel and Plaintiff's counsel, with the top email dated June 29, 2017.

5. Attached as Exhibit 4 is a true and correct copy of Plaintiff Waymo LLC's Fourth Set of Requests for Production to Defendants.

6. Attached as Exhibit 5 is a true and correct copy of an email chain between Defendants' counsel and Plaintiff's counsel, with the top email dated June 30, 2017.

7. Attached as Exhibit 6 is a true and correct copy of Plaintiff Waymo LLC's Objections and Responses to Uber's Third Set of Interrogatories (Nos. 13-14.)

8. Attached as Exhibit 7 is a true and correct copy of Plaintiff Waymo LLC's First Supplemental Objections and Responses to Uber's First Set of Interrogatories (Nos. 1-11.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 17, 2017              */s James Judah*
                                  James Judah

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Judah.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven