# Exhibit 1

**James Judah**

| | |
|---|---|
| **From:** | Chang, Esther Kim <echang@mofo.com> |
| **Sent:** | Thursday, June 01, 2017 12:20 PM |
| **To:** | Walsh, Rachel M.; James Judah; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Chatterjee, Neel; Schuman, Brett; Brun, Shane; John Cooper; MCate@fbm.com |
| **Cc:** | QE-Waymo |
| **Subject:** | RE: Waymo v Uber - Normal Discovery Requests for Production |

Uber and Ottomotto also agree with the deadlines below, as revised.

Esther
Tel: (415) 268-7562

**From:** Walsh, Rachel M. [mailto:RWalsh@goodwinlaw.com]
**Sent:** Thursday, June 01, 2017 8:36 AM
**To:** James Judah; Chang, Esther Kim; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Chatterjee, Neel; Schuman, Brett; Brun, Shane; John Cooper; MCate@fbm.com
**Cc:** QE-Waymo
**Subject:** RE: Waymo v Uber - Normal Discovery Requests for Production

- External Email -

James,

Agreed with Esther's changes.

Rachel

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Wednesday, May 31, 2017 10:44 PM
**To:** Chang, Esther Kim; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Chatterjee, Neel; Schuman, Brett; Brun, Shane; Walsh, Rachel M.; John Cooper; MCate@fbm.com
**Cc:** QE-Waymo
**Subject:** Re: Waymo v Uber - Normal Discovery Requests for Production

Esther -

That's correct.  A revised chart is below.

| Requests for Production | Response Date | Calculation |
|---|---|---|
| First Set | June 23 | 30 days after May 26, less the two days between date of service (May 9) and the date of the stay (May 11) |
| Second Set | June 26 | 30 days after May 26, adding one day so that the response date falls on a Monday, with no |

| | | modification based on date of service (May 11) |
|---|---|---|
| Third Set | June 30 | 30 days after date of service (May 31) |

Best,
James

---

**From:** Chang, Esther Kim <echang@mofo.com>
**Sent:** Wednesday, May 31, 2017 9:52 PM
**To:** James Judah; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com; John Cooper; MCate@fbm.com
**Cc:** QE-Waymo
**Subject:** RE: Waymo v Uber - Normal Discovery Requests for Production

James,

We will review your proposed deadlines and get back to you.  One clarification:  Using the logic in the "Calculation" column for the First Set, I get a date of June 23.  Would you please confirm that it should be June 23 (and not June 22)?

Esther
Tel: (415) 268-7562

---

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Wednesday, May 31, 2017 8:45 PM
**To:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com; John Cooper; MCate@fbm.com
**Cc:** QE-Waymo
**Subject:** RE: Waymo v Uber - Normal Discovery Requests for Production

**- External Email -**

Re-sending with the correct cc email alias.

---

**From:** James Judah
**Sent:** Wednesday, May 31, 2017 8:43 PM
**To:** UberWaymo@mofo.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com; John Cooper <JCooper@fbm.com>; MCate@fbm.com
**Cc:** QE-DSC <QE-DSC@quinnemanuel.com>
**Subject:** Waymo v Uber - Normal Discovery Requests for Production

Counsel and John –

Waymo served its remaining expedited requests for production on Friday, May 26.  Accordingly, it has exhausted this category of expedited discovery and may proceed with normal discovery.  Please confirm that, now that the stay for normal requests for production has been lifted, Defendants will respond to Waymo's First, Second, and Third Sets of Requests for Production (non-expedited) pursuant to the below schedule:

| Set of Requests for Production | Response Date | Calculation |
|---|---|---|

| First Set | June 22 | 30 days after May 26, less the two days between date of service (May 9) and the date of the stay (May 11) |
| Second Set | June 26 | 30 days after May 26, adding two days so that the response date falls on a Monday, with no modification based on date of service (May 11) |
| Third Set | June 30 | 30 days after date of service (May 31) |

To the extent Defendants do not so agree, we request that this issue be added to tomorrow morning's call with the Special Master.

Best,
James

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

*****************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*****************************************************************

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.