# Exhibit 5

# James Judah

| | |
|---|---|
| **From:** | James Judah |
| **Sent:** | Friday, June 30, 2017 11:54 AM |
| **To:** | 'John Cooper'; Matthew Cate; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v Uber - June 30 morning meet and confer |

John and Counsel –

As requested by the Special Master, here is a memorialization of issues discussed on this morning's call.

- Waymo's damages requests for production are deemed served as of June 29 at 4:22 PM.
- Waymo has withdrawn the ten RFPs identified in Lindsay Cooper's June 29 email (Nos. 154, 155, 157, 212, 215, 219, 234, 238, 240, 241).
- Waymo will file its brief on apex depositions by noon today. Defendants will file their response brief by Thursday, July 6th, at noon. Both the opening and response briefs will be limited to four pages. Magistrate Judge Corley has been requested to issue a ruling by Friday, July 7th.

Thanks,
James

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.