# Exhibit 7

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>            Plaintiffs,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO, LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S FIRST SUPPLEMENTAL<br>OBJECTIONS AND RESPONSES TO<br>UBER'S FIRST SET OF<br>INTERROGATORIES (NOS. 1-11)** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| 116 |
| 117 |
| 118 |
| 119 |
| 120 |
| 121 |

**INTERROGATORY NO. 6:**

Separately for each alleged Waymo trade secret identified in response to Interrogatory No. 1, describe how long it took and how much it cost to develop.

**RESPONSE TO INTERROGATORY NO. 6:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond "[s]eparately for each alleged Waymo trade secret." Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

Waymo began developing its in-house LiDAR systems in 2011.  Waymo's development of its in-house LiDAR systems drew from development efforts of 510 Systems, led by engineer Pierre-Yves Droz.  510 Systems began developing a ▇▇▇ LiDAR in 2009; by December 2010, these efforts had led to a prototype code-named "Little Bear" ("LBr").  In early summer 2011, 510 Systems began developing LiDAR systems for self-driving applications, building on the success of LBr.  However, because of ▇▇▇▇▇▇ that 510 Systems learned from its experience with LBr, 510 Systems proceeded with development of two distinct LiDAR designs: a LiDAR system for long ranges ("Papa Bear" or "PBr") and a separate LiDAR system for medium ranges ("Mama Bear" or "MBr"). *See* Droz Decl. ¶¶ 5-7.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In July 2011, Waymo acquired 510 Systems.  Since the acquisition, Waymo's LiDAR

2   team has grown from 6 people when Waymo acquired 510 Systems to approximately ■ people

3   today. *Id.* ¶ 7.

4    In 2011, Waymo's self-driving cars were using an off-the-shelf LiDAR device (the

5   Velodyne HDL64), which cost approximately $70,000.  Waymo spent years working on a variety

6   of possible LiDAR designs that proved not to work.  Waymo's experience with these "dead-end"

7   designs helped lead Waymo to the architecture now at the heart of its current LiDAR systems.  *Id.*

8   ¶ 10-12.

9    Designing and developing LiDAR systems is a difficult and time-consuming process that

10  requires significant experience with using LiDAR systems for the desired application — in

11  Waymo's case, self-driving cars.  Thanks to Waymo's experience with self-driving cars dating

12  back to 2009, Waymo had the knowledge required for optimizing LiDAR for self-driving car test

13  scenarios.  Optimization is difficult and time-consuming, as ███████████████████████

14  ████████████████████████████████████.  As discussed above, early on, Waymo

15  realized that different LiDAR designs would be required to satisfy all the needed self-driving car

16  test scenarios for different ranges.

17    For example, for long ranges, ████████████████████████████████████

18  ████████████████████████████████.  Early development of PBr involved ████████

19  ████████████████████████████████ — a solution that did not

20  work.  After trying several other designs and building several different prototypes of Papa Bear,

21  Waymo began equipping its fleet (in ████ ) with version 5 of PBr, which was ████████████

22  ████████████████████████ proved not to work for self-driving cars.  Waymo

23  thus iterated more designs of Papa Bear, eventually settling on the PBr design that it still uses on

24  its self-driving fleet.  Waymo is not aware of viable alternatives for long-range LiDAR.  *See id.*

25  ¶¶ 9-10.

26    Development of Waymo's mid-range LiDAR system was equally, if not more, difficult,

27  time-consuming, and expensive than development of PBr.  In parallel with PBr design, beginning

28  in 2011, Waymo worked on MBr, which ████████████████████████████.  After more

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    than a year of work on MBr, however, this design proved not to be viable for use in self-driving

2    cars.  Accordingly, in late 2012, Waymo decided to abandon MBr and came up with an entirely

3    new design for a mid-range LiDAR, codenamed "Grizzly Bear" (or "GBr").  *See id.* ¶ 11.

4          Beginning in December 2012, Waymo began devoting many resources into developing the

5    mid-range GBr LiDAR.  GBr was a very different and innovative design made possible by all the

6    know-how and technological capabilities Waymo's LiDAR team had developed over several years

7    of working on LiDAR systems.  In contrast to commercially available LiDAR systems, such as the

8    Velodyne system originally used by Waymo, GBr had many advantages: ████████████

9    █████████████████████████████████████████████████████████

10   █████████████████████████████████████████████████████████

11   ███████████████████████████████████████████████████.  *See id.*

12   ¶ 12.

13         One of GBr's innovations was a design that it eventually patented: its use of a single lens

14   — rather than multiple sets of lenses — to both transmit and receive the collection of laser beams

15   used to scan the surrounding environment.  Traditionally, a multi-beam LiDAR system used lens

16   assemblies with multiple elements (such as one lens for the transmit side and another for the

17   receive side), but this approach was not practical in a self-driving car LiDAR because of the

18   significant size and cost of the system due to the complexity of manufacturing numerous complex

19   lens elements.  *See id.* ¶¶ 13-14.  Waymo first pioneered its single-lens design in GBr.  GBr's

20   single-lens design makes the focal plane curved, complicating the optical layout.  Accordingly,

21   Waymo developed many innovations, some patented and some maintained as trade secrets, to deal

22   with the more complicated optical layout and allowed Waymo to get the small-size and low-cost

23   benefits of a single-lens system.  *See id.* ¶ 15.

24         In ███████, Waymo rolled out the second generation of its mid-range LiDAR — GBr2.

25   The GBr design (as refined in GBr2), was groundbreaking, as it significantly reduced the cost and

26   size of the LiDAR system while increasing performance.  To get to this point, it took Waymo two

27   years from when it first set out to build an in-house mid-range LiDAR for self-driving car

28   applications.   Development of GBr2 required solving innumerable issues, which Waymo

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  accomplished by devoting significant resources.   The issues Waymo spent time and money
2  resolving, and the solutions to those issues, are something a LiDAR designer not previously
3  familiar with Waymo's designs could not address in advance.  *See id.* ¶¶ 17-18.

4  Through Waymo's many months of design and development, Waymo finally switched
5  from off-the-shelf Velodyne LiDAR systems to its in-house GBr2 LiDAR █████████████
6  ████, almost three years after Waymo first started developing its in-house mid-range LiDAR and
7  approximately one year after Waymo first came up with the single-lens concept for GBr.  *See id.*
8  ¶ 19.

9  Waymo's mid-range LiDAR development did not stop then.   It continued spending time
10  and resources on improving GBr2, leading to the current-generation of Waymo's mid-range
11  LiDAR, known internally as GBr3, which adds innovations onto the same foundation as GBr and
12  GBr2, including ███████████████████████████████████████████████████.
13  These arrangements were designed — based on Waymo's years of testing, simulation,
14  experimentation, and optimization for different test scenarios — for use in self-driving cars.
15  These designs result in GBr3 ███████████████████████████████████████
16  ████████████████████████████████████████████████████████████
17  ██████████████████████████. *See id.* ¶ 20.

18  Waymo spent much time, effort, and resources developing GBr3.   As just one example,
19  Waymo's trade secret █████████████████████████████████████████████
20  █████████████████████████████████████████   ████████████
21  ████████████████████████████████████████████████████████████
22  ████████████████████████████████████████████████████████████
23  ████████████████████████████████████████████████████████████
24  ████████████████████████████████████████████████████████████
25  ████████████████████████████████████████████████████████████
26  ████████████████████████████████████████████████████████████
27  ████████████████████████████████████████████████████████████
28  ████████████████   ██████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████████

2 ███████████████████████████████████████████████████. *See*

3 *id.* ¶ 21.

4      Building on these insights, Waymo spent enormous time, simulation, and resources to

5 ████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████

8 ████████████████████████  ████████████████████████

9 ████████████████████████████████████████████████████████

10 ███████████████████████████████████████████. *See id.*

11 ¶ 22.

12      In brief, Waymo's LiDAR development efforts led to the replacement of the Velodyne

13 HDL64 with an in-house LiDAR solution that was one third the size and one tenth the cost.

14 Waymo's research and development efforts into LiDAR technology also led to the creation of a

15 new type of LiDAR to cover long-range perception needs with ████████████████████

16 ████████████████, as well as a low-cost short-range LiDAR with ████████████████

17 ████████████████. By █████, Waymo's test fleet was equipped exclusively with

18 Waymo's in-house LiDAR systems.

19      Even after the success of Waymo's in-house LiDAR designs, Waymo's LiDAR research

20 and development efforts are ongoing and have led to additional innovations, many maintained as

21 trade secrets, beyond those incorporated into its PBr, GBr, and TBr LiDARs.  For example,

22 Waymo's extensive experience driving using a fleet equipped with its proprietary LiDAR systems

23 (which recently surpassed a total of 3 million miles, with 1 million miles driven from October

24 2016 to May 2017) has led Waymo to realize that ████████████████████████

25 ████████████████████████████████████████████████████████

26 ██████  ████████████████████████████████████████████████

27 ████████████████████████████████████████████.

28

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    These recent development efforts have resulted in several major improvements to

2    Waymo's technology, most or all of which are maintained as trade secrets.  For example, ██████

3    ████████████████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████████████████

12   ██████████████████

13

14   **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

15   Waymo incorporates by reference its General Objections.  Waymo further objects to this

16   request to the extent it is compound, complex, and contains multiple subparts.

17   Subject to and without waiving the foregoing General and Specific Objections, Waymo

18   responds as follows:

19   Waymo does not track "how long it took" and "how much it cost to develop" each of its

20   trade secrets separately in the ordinary course of business.  With respect to documents evincing

21   how long it took to develop each of Waymo's trade secrets, Waymo responds under Rule 33(d)

22   and incorporates by reference its response to Interrogatory No. 4, 5, as well as any and all

23   supplements thereto.  In particular, Waymo intends to rely on those documents identified in

24   response to Interrogatory No. 4 to, in part, show the time and cost to develop its asserted trade

25   secrets.  Waymo further intends to rely on knowledgeable witnesses identified in response to

26   Interrogatory No. 5 to testify regarding these subjects.  Additional information regarding

27   Waymo's response to this interrogatory can be found at WAYMO-UBER-00012830, WAYMO-

28   UBER-00014506,  WAYMO-UBER-00027045,  WAYMO-UBER-00027046,  WAYMO-UBER-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  00014489, WAYMO-UBER-00013348, WAYMO-UBER-00014078 and WAYMO-UBER-

2  00026471.

3      **Trade Secrets 1, 2, 3, 4, 6 and 39**

4      The total development work associated with Trade Secrets 1, 2, 3, 4, 6, and 39 took

5  ███████████████. Further detail regarding the timeline for the development of these trade

6  secrets can be found in the documents identified in response to Interrogatory No. 4, which Waymo

7  incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d). Waymo does not

8  track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of

9  developing Trade Secrets 1, 2, 3, 4, 6, and 39 will be the subject of expert testimony. Information

10  potentially relevant to determining such cost estimates includes information that has been

11  produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-

12  00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That information

13  reflects that ████████████████████████████████████████████████

14  ████████████████████████.

15      Waymo's time and cost to develop trade secrets related to ██████████████

16  ████████ ██ ███ ████ ████ ████ █████ ████ ██ ███ █████ ███

17  ████████████████████████████████████████████████████

18  ██████████████████████████. For example, to develop

19  Trade Secrets 1, 2, 3, 4, 6, and 39, Waymo spent considerable time and incurred substantial

20  expense ██████████████████████████████████████████████

21  ████████████████████████████████████████████████████

22  ██████████████████████ ████████████████████████████

23  ████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████

25  ██████████████████████████████████████████████ ███

26  ████████████████████████████████████████████████████

27  ████████████████████████████████████████████████████

28  ██████████████████████████. As another example, Waymo spent

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  considerable time and incurred significant expense █████████████████

2  ████████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████

12     Waymo provides these examples as context for its interrogatory response, even though

13 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

14 complete description or analysis of its development efforts here.

15 **Trade Secret 46**

16     The total development work associated with Trade Secret 46 took ████████████

17 ███████. Further detail regarding the timeline for the development of this trade secret can be found

18 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

19 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

20 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

21 Trade Secret 46 will be the subject of expert testimony.  Information potentially relevant to

22 determining such cost estimates includes information that has been produced at WAYMO-UBER-

23 00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

24 and WAYMO-UBER-00014489.  That information reflects that ███████████████

25 ████████████████████████████████████████.

26     In assessing the time it took and how much it cost to develop trade secrets related to the

27 ████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████. For example, to develop Trade Secret 46, Waymo

2 spent considerable time and incurred substantial expense ██████ ███ ████████

3 ████████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████

11 ███████████████████████████████████████████. As another example, Waymo

12 spent considerable time and incurred substantial expense ████████████████

13 ██████ ████████████████ ████ ████ ████ █ ████████ ████ ████████

14 ████████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████████

16 ██████████████████████████████████████████████████.

17     Waymo provides these examples as context for its interrogatory response, even though

18 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

19 complete description or analysis of its development efforts here.

20 **Trade Secret 62**

21     The total development work associated with Trade Secret 62 took ████████████

22 ██████. Further detail regarding the timeline for the development of this trade secret can be found

23 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

24 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

25 Trade Secret 62 will be the subject of expert testimony.  Information potentially relevant to

26 determining such cost estimate has been produced at WAYMO-UBER-00027045,  WAYMO-

27 UBER-00014506,  WAYMO-UBER-00012830,  WAYMO-UBER-00014078  and  WAYMO-

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  UBER-00014489.  That  information  reflects  that ████████████████████

2  ████████████████████████████████████.

3      In assessing the time it took and how much it cost to develop trade secrets related to ██

4  ██████████████████████████████████████████████████████████

5  ██████████████████████████████████████████████████████████

6  ████████████████.  For example, to develop Trade Secret 62, Waymo spent considerable time

7  and  incurred  substantial  expense ████████████████████████████

8  ██████████████████████████████████████████████████████████

9  ████████████████████████████  ██████████████████████████

10 ██████████████████████████████████████████████████████████

11 ██████████████████████████████████████████████████████████

12 ████████████████████████████  ██████████████████████████

13 ██████████████████████████████████████████████████████████

14 ██ ██ ██ ████████ ████████ ████ ████ ████ ████ ██ ████ ██

15 ██████████████████████████████████████████████████████████

16 ████████.  As another example, Waymo spent considerable time and incurred substantial expense

17 ██████████████████████████████████████████████████████████

18 ██████████████████████████████████████████████████████████

19 ██████████████████████████████████████████████████████████

20 ██████████████████████████████████████████████████████████

21 ██████████████████████████████████████████████████.

22      Waymo provides these examples as context for its interrogatory response, even though

23 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24 complete description or analysis of its development efforts here.

25      **Trade Secrets 75-80**

26      The total development work associated with Trade Secrets 75-80 took ████████████

27 ████   Further  detail  regarding  the  timeline  for  the  development  of  these  trade  secrets  can  be

28 found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  on a trade secret by trade secret basis in the ordinary course of business, and the cost of

2  developing each of Trade Secrets 75-80 will be the subject of expert testimony.  Information

3  potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

4  00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

5  00014078   and   WAYMO-UBER-00014489.   That   information   reflects   ██  ███  ████

6  ████████████████████████████████████████████████████████

7  ████████████████████████████████████

8      Waymo's   development   of   Trade   Secrets   75-80   ████████████████

9  ████████████████████████████████████████████████████████

10  ███████████████████████   ██████████████████████████

11  ████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████

20  ████████████████   ████████████████████████████████████

21  ████████████████████████████████.

22      Waymo provides these examples as context for its interrogatory response, even though

23  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24  complete description or analysis of its development efforts here.

25      **Trade Secret 91**

26      The  total  development  work  associated  with  Trade  Secret  91  took  ██████████

27  ████.  Further detail regarding the timeline for the development of this trade secret can be found

28  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

2    Trade Secret 91 will be the subject of expert testimony.  Information potentially relevant to

3    determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

4    UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

5    UBER-00014489.  That information reflects that ███████████████████████

6    ██████████████████████████████.

7         Waymo's development of Trade Secret 91 ████████████████████

8    ████████████████████████████████████████████████

9    ██████████████████████    █████████████████████

10   ████████████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13   ████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   ████████████████████████████████████████████████

17   ████████████████████████████████████████████████

18   ████████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ████████████████████████████████████████████████

23   █████████████████.

24        Waymo provides these examples as context for its interrogatory response, even though

25   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

26   complete description or analysis of its development efforts here.

27        **Trade Secret 85**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   The total development work associated with Trade Secret 85 took ███████

2   ████. Further detail regarding the timeline for the development of this trade secret can be found

3   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

4   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

5   Trade Secret 85 will be the subject of expert testimony.  Information potentially relevant to

6   determining such cost estimate has been produced at WAYMO-UBER-00027045,  WAYMO-

7   UBER-00014506,  WAYMO-UBER-00012830,  WAYMO-UBER-00014078  and  WAYMO-

8   UBER-00014489.  That information reflects that ████████████████████████

9   ████████████████████████████.

10   Waymo's development of Trade Secret 85 ████████████████████

11   ████████████████████████████████████████████

12   ████████████████████████████████████████████

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████████████████████████

16   Waymo provides these examples as context for its interrogatory response, even though

17   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

18   complete description or analysis of its development efforts here.

19   **Trade Secrets 81-84**

20   The total development work associated with Trade Secrets 81-84 took ████████

21   ████. Further detail regarding the timeline for the development of these trade secrets can be

22   found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs

23   on a trade secret by trade secret basis in the ordinary course of business, and the cost of

24   developing each of Trade Secrets 81-84 will be the subject of expert testimony.  Information

25   potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

26   00027045,  WAYMO-UBER-00014506,  WAYMO-UBER-00012830,  WAYMO-UBER-

27   00014078  and  WAYMO-UBER-00014489.  That  information  reflects  that  ███  ████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

3     Waymo's development of Trade Secrets 81-84 ███████████

12     Waymo provides these examples as context for its interrogatory response, even though

13 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

14 complete description or analysis of its development efforts here.

15     **Trade Secrets 86-88**

16     The total development work associated with Trade Secrets 86-88 took ███████████

17 ████ Further detail regarding the timeline for the development of these trade secrets can be

18 found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs

19 on a trade secret by trade secret basis in the ordinary course of business, and the cost of

20 developing each of Trade Secrets 81-84 will be the subject of expert testimony.  Information

21 potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

22 00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

23 00014078 and WAYMO-UBER-00014489.  That information reflects ████ ████ ██████

26     In assessing the time it took and how much it cost to develop trade secrets related to the

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  For example, to develop Trade Secrets 86-88, Waymo spent considerable time and incurred

2  substantial expense ███████████████████████████████████████

3  ████████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████

9  As another example, Waymo spent considerable time and incurred substantial expense ███████

10  ████████████████████████████████████████████████████████

11  ███████████████████████████     ██████████████████████████

12  ████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████

15      Waymo provides these examples as context for its interrogatory response, even though

16  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

17  complete description or analysis of its development efforts here.

18      **Trade Secret 90**

19      Waymo's development of Trade Secret 90 took ██████████████.  Further detail

20  regarding the timeline for the development of this trade secret can be found in the documents

21  identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

22  trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 90

23  will be the subject of expert testimony.  Information potentially relevant to determining such cost

24  estimate has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506,

25  WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

26  information reflects that █████████████████████████████████████

27  ███████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In assessing the time it took and how much it cost to develop ███████████████

2    █████████████████████████████████████████████████████████████████████████

3    ███████████████████████████████████ For example, to develop Trade

4    Secret 90, Waymo spent considerable time and incurred substantial expense ████████

5    █████████████████████████████████████████████████████████████████████████

6    █████████████████████████████████████████████████████████████████████████

7    █ ███ ██ ██ █ ██ ███ ███ ███ ██ ██ ██ █ ██

8    █████████████████████████████████████████████████████████████████████████

9    █████████████████████████████████████████████████████████████████████████

10   █████████████████████████████████████████████████████████████████████████

11   █████████████████████████████████████████████████████████████████████████

12   █████████████████████████████████████████████████████████████████████████

13   █████████████████████████████████████████████████████████████████████████

14   ██████████████████████████████████████████████ As another

15   example, Waymo spent considerable time and incurred substantial expense ███████

16   █████████████████████████████████████████████████████████████████████████

17   █████████████████████████████████████████████████████████████████████████

18   ███████████████████████████████████ ███████████████████████████████

19   █████████████████████████████████████████████████████████████████████████

20   █████████████████████████████████████████████████████████████████████████

21   ███████████████████████████████████████████████████

22       Waymo provides these examples as context for its interrogatory response, even though

23   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24   complete description or analysis of its development efforts here.

25       **Trade Secrets 94-99 and 103**

26       The total development work associated with Trade Secrets 94-99 and 103 took

27   █████████████████.  Further detail regarding the timeline for the development of these trade

28   secrets can be found in the documents identified in response to Interrogatory No. 4.  Waymo does

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  not track costs on a trade secret by trade secret basis in the ordinary course of business, and the

2  cost of developing each of Trade Secrets 94-99 and 103 will be the subject of expert

3  testimony.  Information potentially relevant to determining such cost estimates has been produced

4  at    WAYMO-UBER-00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,

5  WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ███

6  ████████████████████████████████████████████████████████████

7  ████████████████.

8      In assessing the time it took and how much it cost to develop trade secrets related to ███

9  ████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████

11 ████████████████████████████████.  For example, to develop Trade

12 Secrets 94-99 and 103, Waymo spent considerable time and incurred substantial expense

13 ████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████

15 ████████████   ███████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████

21 ████████████    As another example, Waymo spent considerable time and incurred substantial

22 expense ██████████████████████████████████████████████████████

23 ███████  ███████  ██████  █████  █████  ███████  █████  ██████  ██████

24 ████████████████████████████████████████████████████████████

25 ████████████████████████████████  █████████████████████████

26 ████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████

28 ████████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo provides these examples as context for its interrogatory response, even though

2  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3  complete description or analysis of its development efforts here.

4    **Trade Secret 104**

5    The total development work associated with Trade Secret 104 took ██████████

6  ████.  Further detail regarding the timeline for the development of this trade secret can be found

7  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

8  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

9  Trade Secret 104 will be the subject of expert testimony.  Information potentially relevant to

10  determining such cost estimate has been produced at WAYMO-UBER-00027045,  WAYMO-

11  UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

12  UBER-00014489.   That  information  reflects  that ████████████████████

13  ████████████████████████████████████████████████

14  ████████████████████

15    Waymo's  development  of  Trade  Secret  104 ████████████████

16  ████████████████████████████████████████████████

17  ████████████████████   ████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████████████

22  ████████████████████████████████   ████████████

23  ████████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████████

26  ████████████████████████████████████████████████

27  ████████████████████████████████████████████████

28  ████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████████████████

2  ███████████████████████████████████████████████

3  ███████████████████████████████████████████████

4  ███████████████████████████████████████████████

5  ████████████████████████

6      Waymo provides these examples as context for its interrogatory response, even though

7  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

8  complete description or analysis of its development efforts here.

9      **Trade Secret 105**

10     The total development work associated with Trade Secret 105 took ████████████

11  ████  Further detail regarding the timeline for the development of this trade secret can be found

12  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

13  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

14  Trade Secret 105 will be the subject of expert testimony.  Information potentially relevant to

15  determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

16  UBER-00014506,  WAYMO-UBER-00012830,  WAYMO-UBER-00014078  and  WAYMO-

17  UBER-00014489.  That information reflects that ████████████████████████

18  ███████████████████████████████████████████████

19  ████████████████████████

20     Waymo's development of Trade Secret 105 ████████████████████

21  ███████████████████████████████████████████████

22  ███████████████████████████████████████████████

23  ███████████████████████████████████████████████

24  ███████████████████████████████████████████████

25  ███████████████████████████████████████████████

26  ███████████████████████████████████████████████

27  ███████████████████████████████████████████████

28  ███████████████████████████████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory. Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 106**

Waymo's development of Trade Secret 106 took ███████████████. Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secrets 106 will be the subject of expert testimony. Information potentially relevant to determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That information reflects that █████████████████████████████████████████████ ██████████████████████.

Waymo's development of Trade Secret 106 ███████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

11    Waymo provides these examples as context for its interrogatory response, even though

12    such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13    complete description or analysis of its development efforts here.

14    **Trade Secret 107**

15    Waymo's development of Trade Secret 107 took ███████████████.  Further detail

16    regarding the timeline for the development of this trade secret can be found in the documents

17    identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

18    trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 107

19    will be the subject of expert testimony.  Information potentially relevant to determining such cost

20    estimates has been produced at  WAYMO-UBER-00027045,   WAYMO-UBER-00014506,

21    WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

22    information reflects that ██████████████████████████████

23    ███████████████████.

24    Waymo's development of Trade Secret 107 ██████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory. Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 108**

Waymo's development of Trade Secret 108 took ███████████. Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 108 will be the subject of expert testimony. Information potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That information reflects that ██████████████████████████████.

Waymo's development of Trade Secret 108 █████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory. Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 109**

The total development work associated with Trade Secret 109 took ███████████ ███████ Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 109 will be the subject of expert testimony. Information potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That information reflects that ███████████████████ ██████████████████████████████.

Waymo's development of Trade Secret 109 ████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

11    Waymo provides these examples as context for its interrogatory response, even though

12    such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13    complete description or analysis of its development efforts here.

14    **Trade Secret 110**

15    The total development work associated with Trade Secret 110 took ███████████

16    ████  Further detail regarding the timeline for the development of this trade secret can be found

17    in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

18    costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

19    developing Trade Secret 110 will be the subject of expert testimony.  Information potentially

20    relevant to determining such cost estimates has been produced at WAYMO-UBER-

21    00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,    WAYMO-UBER-

22    00014078 and  WAYMO-UBER-00014489.   That information reflects that ███  ███████

23    ████████████████████████████████████████████████████

24    ████████████████████████████

25    In assessing the time it took and how much it cost to develop trade secrets related to ██

26    ████████████████████████████████████████████████████

27    ████████████████████████████████████████████████████

28    ███████████████████████  For example, to develop Trade Secret 110,

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Waymo spent considerable time and incurred substantial expense ████████

2   ████████████████████████████████████████

3   ████████████████████████████████████████

4   ████████████████████████████████████████

5   ████████████████████████████████████████

6   ████████████████████████████████████████

7   ████████████████████████████████████████

8   ████████████████████████████████████████

9   ████████████████████████████████████████

10   ████████       As another example, Waymo spent considerable time and incurred substantial

11   expense ████████████████████  ██████████████

12   ████████████████████████████████████████

13   ████████████████████████████████████████

14   ████████████████████████████████████████

15   ████████████████████████████████████████

16   ██████████████████████.

17       Waymo provides these examples as context for its interrogatory response, even though

18   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

19   complete description or analysis of its development efforts here.

20       **Trade Secret 112**

21       The total development work associated with Trade Secret 112 took ██████████

22   ██████ Further detail regarding the timeline for the development of this trade secret can be found

23   in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

24   costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

25   developing Trade Secret 112 will be the subject of expert testimony.  Information potentially

26   relevant to determining such cost estimates has been produced at WAYMO-UBER-

27   00027045,   WAYMO-UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-

28   00014078 and WAYMO-UBER-00014489.  That information reflects that ████  ████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████

3      In assessing the time it took and how much it cost to develop trade secrets related to the

4  ████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████

6  ██████████████████████████████████. For example, to develop Trade Secret 112,

7  Waymo spent considerable time and incurred substantial expense ████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 █████████████████████████████████████. As another

16 example, Waymo spent considerable time and incurred substantial expense ████████████

17 ██████████████████████ ████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 █████. Waymo provides these examples as context for its interrogatory response, even though

21 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

22 complete description or analysis of its development efforts here.   Waymo's knowhow regarding

23 this abandoned design is further informed by the knowledge learned and gained regarding cost,

24 manufacturability, reliability and complexity for this type of LIDAR design.

25     **Trade Secret 113**

26      The total development work associated with Trade Secret 113 took ████████████

27 ██████ Further detail regarding the timeline for the development of this trade secret can be found

28 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

2  developing Trade Secret 113 will be the subject of expert testimony.  Information potentially

3  relevant to determining such cost estimates has been produced at WAYMO-UBER-

4  00027045,   WAYMO-UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-

5  00014078 and WAYMO-UBER-00014489.   That information reflects that ▌▌ ▌▌▌

6  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

7  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

8       In assessing the time it took and how much it cost to develop trade secrets related to ▌▌

9  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

10 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

11 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌  For example, to develop Trade Secret 113,

12 Waymo spent considerable time and incurred substantial expense ▌▌▌▌▌▌▌▌

13 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

14 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

15 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

16 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

17 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

18 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

19 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

20 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.  As another

21 example, Waymo spent considerable time and incurred substantial expense ▌▌▌▌▌

22 ▌▌▌▌▌▌▌▌▌▌▌  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

23 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

24 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

25 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

26 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

27 ▌▌▌▌▌▌

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo provides these examples as context for its interrogatory response, even though
2  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and
3  complete description or analysis of its development efforts here.

4    **Trade Secret 118**

5    The total development work associated with Trade Secret 118 took ███████████
6  █████. Further detail regarding the timeline for the development of this trade secret can be found
7  in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track
8  costs on a trade secret by trade secret basis in the ordinary course of business, the cost of
9  developing Trade Secret 118 will be the subject of expert testimony.  Information potentially
10  relevant to determining such cost estimates has been produced at WAYMO-UBER-
11  00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-
12  00014078   and   WAYMO-UBER-00014489.   That   information   reflects ███ ████ ██████
13  ████████████████████████████████████████████████████████████

14    In assessing the time it took and how much it cost to develop trade secrets related to the
15  ███████████████████████████████████████████████████████████████
16  ███████████████████████████████████████████████████████████████
17  ████████████████████████████████. For example, to develop Trade Secret 118,
18  Waymo spent considerable time and incurred substantial expense ████████████████
19  ███████████████████████████████████████████████████████████████
20  ███████████████████████████████████████████████████████████████
21  ███████████████████████████████████████████████████████████████
22  ███████████████████████████████████████████████████████████████
23  ███████████████████████████████████████████████████████████████
24  ███████████████████████████████████████████████████████████████
25  ███████████████████████████████████████████████████████████████
26  ████████████████████████████████████████████████████. As another
27  example, Waymo spent considerable time and incurred substantial expense ████████████
28  ████████████████     ███████████████████████████████████████,

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ██████    ████████████████████████████████████

4 ██████████████████████████████████████████████

5 ████████████████████

6       Waymo provides these examples as context for its interrogatory response, even though

7 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

8 complete description or analysis of its development efforts here.

9       **Trade Secret 119**

10      The total development work associated with Trade Secret 119 took ████████████

11 ██████  Further detail regarding the timeline for the development of this trade secret can be found

12 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

13 costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

14 developing Trade Secret 119 will be the subject of expert testimony.  Information potentially

15 relevant to determining such cost estimates has been produced at WAYMO-UBER-

16 00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

17 00014078 and WAYMO-UBER-00014489.  That information reflects that ████  ████████

18 ████████████████████████████████████████████.

19      In assessing the time it took and how much it cost to develop trade secrets related to the

20 ██████████████████████████████████████████████

21 ██████████████████████████████████████████████

22 ████████████████████████████████.  For example, to develop Trade Secret 119,

23 Waymo spent considerable time and incurred substantial expense ████████████

24 ██████████████████████████████████████████████

25 ██████████████████████████████████████████████

26 ██████████████████████████████████████████████

27 ██████████████████████████████████████████████

28 ██████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████████████

2  ███████████████████████████████████████████

3  ██████████████████████████████████.  As another

4  example, Waymo spent considerable time and incurred substantial expense ████████

5  ██████████████  ███████████████████████████

6  ███████████████████████████████████████████

7  ███████████████████████████████████████████

8  ███████████████████████████████████████████

9  ███████████████████████████████████████████

10  ████████████

11      Waymo provides these examples as context for its interrogatory response, even though

12  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13  complete description or analysis of its development efforts here.

14      **Trade Secret 121**

15      Waymo is investigating how long it took to develop Trade Secret 121.  But, ████████

16  ███████████████████████████████████████████

17  ███████████████████████████████████████████

18  ██████████  ██████████████████████████████

19  ███████████████████████████████████████████

20  ███████████████████████████████████████████

21  ███████████████████████████████████████████

22  ███████████████████████████████████████████

23  ██████████████  █████████████████████████

24  ███████████████████████████████████████████

25  █████████████████

26      **Trade Secrets 92 and 93**

27      The total development work associated with Trade Secrets 92 and 93 took ████████

28  ████████  Further detail regarding the timeline for the development of these trade secrets can be

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

found in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, the cost of developing Trade Secrets 92 and 93 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-00014078 and WAYMO-UBER-00014489.   That information reflects that ███ ██████ ███████████████████████████████████████████████████████████████████ ████

      Waymo's consideration and development of ████████████████████ ███████████████████████████████████████████████████████████████████ ██████ ████ ███████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ██████████████████████████████

      Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secrets 9-10, 13-14, 38 and 117**

      The total development work associated with Trade Secrets 9-10, 13-14, 38, and 117 took ███████████████████.  Further detail regarding the timeline for the development of these trade secrets can be found in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secrets 9-10, 13-14, 38, and 117 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimates includes

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  information that has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506,

2  WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That

3  information reflects that ███████████████████████████████████████████████████

4  ████████████████████████████████████████████████████████████████████████████

5  ████████████████████████████

6        In assessing the time it took and how much it cost to develop trade secrets related to

7  ████████████████████████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████████████████████████

10 ███████████████████████████████████████████████████████████████████████  For

11 example, to develop Trade Secrets 9-10, 13-14, 38, and 117, Waymo spent considerable time and

12 expense █████████████████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████████████████████████

14 ███████████████████████████████████  ██████████████████████████████████████

15 ████████████████████████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████  ████████████████████████████████

18 ████████████████████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████████████████████████

22 ████████████████████████████████████.  As another example, Waymo spent considerable time and

23 expense █████████████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████████████████████████

27 ████████████████████████████████  █████████████████████████████████████████████

28 ████████████████████████████████████████  ██████████████████████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████ .

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 48**

The total development work associated with Trade Secret 48 took ████████████ ████ Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 48 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ████████████████████ ████████████████████████████████████████████████████████ ████████████████████████

In assessing the time it took and how much it cost to develop trade secrets related to the ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████████ .  For example, to develop Trade Secret 48, Waymo spent considerable time and incurred substantial expense ████████ ██ ████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████████████████████

2 ██████████████████████.   As another example, Waymo spent considerable time and

3 incurred substantial expense ██████████████████████████████████

4 ███████████████████████████████████████████████████████████

5 ███████████████████████████████████████████████████████████

6 ███████████████████████████████████████████████████████████

7 ██████████████████████████████████████████████████.

8       Waymo provides these examples as context for its interrogatory response, even though

9 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10 complete description or analysis of its development efforts here.

11    **Trade Secret 120**

12       The total development work associated with Trade Secret 120 took ██████████████

13 ██████.  Further detail regarding the timeline for the development of this trade secret can be found

14 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

15 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

16 Trade Secret 48 will be the subject of expert testimony.  Information potentially relevant to

17 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

18 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

19 UBER-00014489.  That information reflects that ██████████████████████

20 ███████████████████████████████████████████████████████████

21 ██████████████████████████████

22       Waymo's development of Trade Secret 120 ██████████████████████

23 ███████████████████████████████████████████████████████████

24 ██████████████████████████████████████████████   ████████████

25 ███████████████████████████████████████████████████████████

26 ███████████████████████████████████████████████████████████

27 ███████████████████████████████████████████████████████████

28 ███████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████

6    Waymo provides these examples as context for its interrogatory response, even though

7 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

8 complete description or analysis of its development efforts here.

9    **Trade Secret 111**

10    The total development work associated with Trade Secret 111 took ████████████

11 ██████ Further detail regarding the timeline for the development of this trade secret can be found

12 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

13 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

14 Trade Secret 111 will be the subject of expert testimony.  Information potentially relevant to

15 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

16 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

17 UBER-00014489.  That information reflects that █████████████████████████████

18 ████████████████████████████████████████████████████

19 ██████████████████████████

20    In assessing the time it took and how much it cost to develop trade secrets related to the

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ██████████████████████████████████ For example, to develop Trade

24 Secret 111, Waymo spent considerable time and incurred substantial expense ████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ███ █████ ████ █ ████ ████ ███ ████ ██████ █ ████ ██ ███

28 ████████████████████████████████████████████████████

WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████

2 ███████████████████████████████████████

3 ███████████████████████████████████████

4 █████████████████████.  As another example, Waymo spent considerable time and

5 incurred substantial expense ████████████████████ ███

6 ███████ ██████ █████ █████ ███ ██████ ████████ █████ ██████

7 ███████████████████████████████████████

8 ██████████████████████████.

9     Waymo provides these examples as context for its interrogatory response, even though

10 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

11 complete description or analysis of its development efforts here.

12 **Trade Secrets 101 and 102**

13     The total development work associated with Trade Secrets 102 and 103 took

14 ████████████████  Further detail regarding the timeline for the development of this trade

15 secret can be found in the documents identified in response to Interrogatory No. 4.  Waymo does

16 not track costs on a trade secret by trade secret basis in the ordinary course of business, and the

17 cost of developing Trade Secrets 102 and 103 will be the subject of expert testimony.  Information

18 potentially relevant to determining such cost estimate has been produced at WAYMO-UBER-

19 00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-

20 00014078 and WAYMO-UBER-00014489.  That information reflects that ████ █████

21 ███████████████████████████████████████

22 ████

23     Waymo's development of Trade Secrets 101 and 102 █████████████

24 ███████████████████████████████████████

25 ███████████████████████████████████████

26 ████████████████████████████████████ ███

27 ███████████████████████████████████████

28 ███████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ██████████████      ██████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ███████████████████████████

8      Waymo provides these examples as context for its interrogatory response, even though

9 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10 complete description or analysis of its development efforts here.

11      **Trade Secrets 7-8, 16, 19-20 and 43**

12      The total development work associated with Trade Secrets 7-8, 16, 19-20, and 43 took

13 ████████████████████.  Further detail regarding the timeline for the development of these trade

14 secrets can be found in the documents identified in response to Interrogatory No. 4, which Waymo

15 incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not

16 track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of

17 developing  Trade  Secrets  7-8,  16,  19-20,  and  43  will  be  the  subject  of  expert

18 testimony.   Information  potentially  relevant  to  determining  such  cost  estimate  includes

19 information that has been produced at WAYMO-UBER-00027045,  WAYMO-UBER-00014506,

20 WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

21 information reflects ███████████████████████████████

22 ████████████████████████████████████████████████

23 ███████████████████████████

24      In assessing the time it took and how much it cost to develop trade secrets related to

25 ████████████████████████████████████████████████

26 ██ ██ ██ ██ ███ █ ███ ███ ██ ██ █ ██████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ██████████████████████████

7       Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10      **Trade Secret 49**

11      The total development work associated with Trade Secret 49 took ████████

12 ████  Further detail regarding the timeline for the development of these trade secrets can be

13 found in the documents identified in response to Interrogatory No. 4, which Waymo incorporates

14 by reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

15 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

16 Trade Secret 49 will be the subject of expert testimony.  Information potentially relevant to

17 determining such cost estimate includes information that has been produced at WAYMO-UBER-

18 00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

19 00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ████  ████

20 ████████████████████████████████████████████████

21 ████████████████████████████████

22      Waymo's development of Trade Secret 49, ████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S FIRST SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 15**

Waymo's Trade Secret 15 is a solution that Waymo developed to a problem that it encountered during LiDAR development. ███████████████████████████████████████████████████████ Waymo additionally responds under 33(d) and incorporates by reference its response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

**Trade Secret 17**

Waymo's Trade Secret 17 is a solution that Waymo developed to a problem that it encountered during LiDAR development. ████████████████████████████████████████████████████████ Waymo additionally responds under 33(d) and incorporates by reference its response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

**Trade Secret 42**

Waymo's Trade Secret 42 is a solution that Waymo developed to a problem that it encountered during LiDAR development. ████████████████████████████████████████████████████████ Waymo additionally responds under 33(d) and incorporates by reference its response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

**Trade Secrets 63 and 89**

Waymo's Trade Secrets 63 and 89 represent a solution that Waymo developed to a problem that it encountered during LiDAR development. ████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████████████

2 ███████████████████████████ Waymo additionally responds under 33(d) and incorporates

3 by reference its response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the

4 subject of expert testimony.

5 **Trade Secret 114**

6 Waymo's Trade Secret 114 is a solution that Waymo developed to a problem that it

7 encountered during LiDAR development. ██████████████████████████

8 ███████████████████████████████████████████████████

9 ███████████████████████████████████████████████████

10 ████████████████████████████████ Waymo additionally responds under 33(d) and

11 incorporates by reference its response to Interrogatory 4.  Waymo's cost to develop this trade

12 secret will be the subject of expert testimony.

13 **Trade Secret 115**

14 Waymo's Trade Secret 115 is a solution that Waymo developed to a problem that it

15 encountered during LiDAR development. ██████████████████████████

16 ███████████████████████████████████████████████████

17 ███████████████████████████████████████████████████

18 ████████████████ Waymo additionally responds under 33(d) and incorporates by reference its

19 response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of

20 expert testimony.

21 **Trade Secret 116**

22 Waymo's Trade Secret 116 is a solution that Waymo developed to a problem that it

23 encountered during LiDAR development. ██████████████████████████

24 ███████████████████████████████████████████████████

25 ████████████████████  ██████████████████████████████

26 ████████████████████████████ Waymo's cost to develop this trade secret will be the

27 subject of expert testimony.

28