IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER SHORTENING TIME TO BRIEF MOTIONS FOR RELIEF** |

On July 12, Judge Jacqueline Corley issued an order granting in part and denying in part plaintiff Waymo LLC's motion to compel production of certain documents and answers to interrogatories from defendants (Dkt. No. 881). Both sides have filed motions for relief from that order pursuant to Civil Local Rule 72 (Dkt. Nos. 928, 930, 932). The deadline for response briefs is advanced from July 31 to **JULY 21 AT NOON**. The deadline for any reply briefs is advanced from August 7 to **JULY 24 AT NOON**. Judge Corley's July 12 order (*see* Dkt. No. 881 at 4) is **STAYED** pending resolution of these motions.

**IT IS SO ORDERED.**

Dated: July 18, 2017.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE