Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>Uber Technologies, Inc., et al.,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF RACHEL M. WALSH IN SUPPORT OF DEFENDANT OTTO TRUCKING'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563) AND TO JOIN AND ADOPT CO-DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)**<br><br>Date:         August 17, 2017<br>Time:        8:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:       Honorable William Alsup<br>Trial Date:  October 10, 2017 |

I, Rachel M. Walsh, declare as follows:

1. I am counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Notice of Motion and Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) and to Join and Adopt Co-Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), requesting that the Court issue an order to enforce the June 7, 2017 order, strike Waymo's corrected supplemental initial disclosures, strike Waymo's Patent Local Rule 3-8 contentions, and preclude damages claims as to Otto Trucking.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of relevant excerpts of Defendant Otto Trucking LLC's Objections and Responses to Plaintiff Waymo LLC's First Set of Expedited Interrogatories, served on June 5, 2017.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of relevant excerpts of Defendant Otto Trucking LLC's Objections and Responses to Plaintiff Waymo LLC's Third Set of Expedited Interrogatories, served on June 20, 2017.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of relevant excerpts of Defendant Otto Trucking LLC's Objections and Supplemental Responses to Plaintiff Waymo LLC's Third Set of Expedited Interrogatories, served on July 7, 2017.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Plaintiff Waymo LLC's Supplemental Initial Disclosures, served on June 21, 2017.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Plaintiff Waymo LLC's Damages Contentions Pursuant to Patent Local Rule 3-8, served on June 26, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of July, 2017 in San Francisco, California.

/s/ Rachel M. Walsh<br>Rachel M. Walsh

ACTIVE/91816427.1                                            1

DECLARATION ISO OTTO TRUCKING'S MOTION TO ENFORCE AND TO JOIN MOTION TO ENFORCE
CASE NO. 3:17-CV-00939