1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax.: +1 415 677 9041

12 Attorneys for Defendant
   Otto Trucking LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17 Waymo LLC,                              | Case No. 3:17-cv-00939-WHA

18        Plaintiff,                       | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563) AND TO JOIN AND ADOPT CO-DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)**

19        v.

20 Uber Technologies, Inc., et al.,

21        Defendants.

22

23                                          Date:       August 17, 2017
                                            Time:       8:00 a.m.
24                                          Courtroom:  8, 19th Floor
                                            Judge:      Honorable William Alsup
25                                          Trial Date: October 10, 2017

26

27

28

ACTIVE/91818734.1

1     Defendant Otto Trucking LLC ("Otto Trucking") has filed a Motion to Enforce the Court's
2  June 7, 2017 Order (Dkt. 563) and to Join and Adopt Co-Defendants Uber Technologies, Inc. and
3  Ottomotto LLC's Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) (the "Motion").

4     Having considered the Motion, supporting documents, as well as the arguments presented
5  by the parties at the hearing on this Motion, the Court finds that Plaintiff Waymo LLC ("Waymo")
6  has violated the Court's June 7, 2017 Order (Dkt. 563), hereby **GRANTS** Otto Trucking's
7  Motion, and **ORDERS**:

8     1.   Waymo's Corrected Supplemental Initial Disclosures dated June 22, 2017 are
9          stricken;
10    2.   Waymo's Damages Contentions Pursuant to Patent Local Rule 3-8 dated June 26,
11         2017 are stricken;
12    3.   Waymo's damages claims against Otto Trucking are precluded; and
13    4.   Waymo is precluded from presenting the fourteen late-disclosed witnesses at trial.
14    **IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Judge