QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR BRIEF IN RESPONSE TO WAYMO'S MEMORANDUM REGARDING ADVERSE INFERENCES TO BE DRAWN FROM ANTHONY LEVANDOWSKI'S ASSERTION OF THE FIFTH AMENDMENT (DKT. 900)** |

I, James Judah, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Administrative Motion to File Under Seal Portions of Their Brief in Response to Waymo's Memorandum Regarding Adverse Inferences to Be Drawn from Anthony Levandowski's Assertion of the Fifth Amendment (Dkt. 900) (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Uber Technologies, Inc. and Ottomotto LLC Brief in Response to Waymo's Memorandum Regarding Adverse Inferences to Be Drawn from Anthony Levandowski's Assertion of the Fifth Amendment ("Uber's Fifth Amendment Brief") and Exhibit A to the Declaration of Meredith Dearborn ("Exhibit A").

3. The green highlighted portions outlined in red of Uber's Fifth Amendment Brief and Exhibit A (filed concurrently herewith) contain or reference confidential business information, which Waymo seeks to seal.

4. Uber's Fifth Amendment Brief and Exhibit A (green highlighted portions outlined in red) contain, reference, and/or describe Waymo's highly confidential and sensitive business information. The information Waymo seeks to seal regards the confidential compensation information for Waymo employees and confidential details regarding Waymo's bonus program. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to sensitive information that could be used to Waymo's disadvantage. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. .

5. Waymo's request to seal is narrowly tailored to those portions of Uber's Fifth Amendment Brief and Exhibit A that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on July 18, 2017.

By /s/ James Judah
James Judah
Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from James Judah.

By: /s/ Charles K. Verhoeven
Charles K. Verhoeven