QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO EXPEDITED INTERROGATORIES AND EXHIBITS THERETO(DKTS. 907, 910)** |

I, James Judah, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Opposition to Waymo's Motion To Compel Production of Documents and Responses to Expedited Interrogatories and Exhibits Thereto (Dkts. 907, 910) (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Uber Technologies, Inc.'s and Ottomotto LLC's Opposition to Waymo's Motion to Compel ("Uber's Opposition") and Declaration of Sylvia Rivera ("Rivera Decl."), as well as Exhibits 1-3.

3. The green highlighted portions outlined in red of Uber's Opposition, the green highlighted portions of the Rivera Decl., the green highlighted portions of Exhibits 1-2, and Exhibit 3[1] contain or reference trade secret and confidential business information, which Waymo seeks to seal.

4. Uber's Opposition (green highlighted portions outlined in red), Rivera Decl. (green highlighted portions), Exhibits 1-2 (green highlighted portions), and Exhibit 3 (entire document) contain, reference, and/or describe Waymo's asserted trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

---

[1] Versions of Uber's Opposition and Exhibits 1-2 with revised redactions will be filed concurrently herewith.

5. Waymo's request to seal is narrowly tailored to those portions of Uber's Opposition, Rivera Decl., and Exhibits 1-3 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on July 18, 2017.

By */s/ James Judah*
James Judah
Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from James Judah.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven