# EXHIBIT 1

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)** |

illustrative example, Waymo's efforts to discover relevant evidence were thwarted by evasive testimony from Defendants' employees Gaetan Pennecot (Pennecot Dep. 62:3-13, 69:14-15) and Daniel Gruver (Gruver Dep. 45:13-46:19) suggesting that ▮▮▮▮▮▮ used in Fuji did not ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which was later contradicted by testimony provided by James Haslim in his court-ordered deposition (Haslim May 4 Dep. 50:14-51:9), as well as by misleading testimony from Gruver (Gruver Dep. 51:4-15) suggesting that Velodyne's LiDARs ▮▮▮▮▮▮▮▮▮▮▮▮, which was later contradicted in Haslim's court-ordered deposition (Haslim May 4 Dep. 165:1-11).

**SPECIFIC OBJECTIONS AND RESPONSES**

Waymo expressly incorporates the above objections as though set forth fully in response to each of the following individual interrogatories, and, to the extent that they are not raised in the particular response, Waymo does not waive those objections.

**INTERROGATORY NO. 1:**

Identify each alleged Waymo trade secret from "Plaintiff's List of Asserted Trade Secrets Pursuant to Cal. Code Civ. Proc. Section 2019.210," served on March 10, 2017, that You contend is used by Uber, and identify all facts and Documents (by Bates number) that you believe support Your contention.

**RESPONSE TO INTERROGATORY NO. 1:**

Waymo incorporates by reference its General Objections. Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond separately for each alleged Waymo trade secret. Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts. Waymo further objects to this interrogatory as premature to the extent it calls for information that is subject to expert testimony. Waymo will provide expert testimony in accordance with the Court's procedural schedule.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

The head of Defendants' self-driving car program, Anthony Levandowski took from Waymo over 14,000 design files containing Waymo's proprietary information, as well as other proprietary documents describing Waymo's confidential trade secrets. *See* Declaration of Gary Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.") at 20:9-24, 100:9-101:15, 115:3-16. The stolen files describe and contain certain of Waymo's asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62, 63, and 75-109 from Waymo's List of Asserted Trade Secrets. *See* Dkt. No. 25-7. Mr. Levandowski, on behalf of Uber and in coordination with other Uber employees, including former Waymo employees, used these files to design and build LIDAR designs and systems that include information contained in and derived from Waymo's trade secrets. *See* Levandowski Dep. at 20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1, Dkt. No. 265-1. They also used know-how contained in and derived from Waymo's trade secrets to determine risks and benefits associated with various LiDAR designs and systems, including Trade Secret Nos. 110-121. *See id*. Further evidence of Uber's use of Waymo's asserted trade secrets is provided below:

**Trade Secret Nos. 1 and 4**

Uber does not dispute that it uses Trade Secret Nos. 1 and 4. Uber uses Trade Secret No. 1 at least because ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████ Uber uses Trade Secret No. 4 at least because the Fuji device includes ████████ ████████████████████████████████████████████ ████████████████ Example documents describing Uber's use of Trade Secret Nos. 1 and 4 include the following: Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,
2  including UBER00011690-708, Document Production of Gorilla Circuits, including GOR
3  000001-174.

4  **Trade Secret Nos. 2, 3, and 6**

5  Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a
6  ███████████████████████████████████████████████████████
7  ███████████████████████████████████████████████████████
8  ██████████████████████████ Uber uses Trade Secret No. 3 at least because the Fuji
9  device includes or is derived from ████████████████████████████████
10 ███████████████████████████████████████████████████████
11 ████████████████████████████████ Uber uses Trade Secret No. 6 at
12 least because the Fuji device includes or is derived ██████████████████████
13 ███████████████████████████████████████████████████████
14 ███████████████████████████████████████████████████████
15 ███████████████████████████████████████
16-24 ███████████████████████████████████████████████████████

25 Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the
26 following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for
27 inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;
28

CAD drawings of the Fuji device, including UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

**Trade Secret No. 5**

Uber uses Trade Secret No. 5 at least because the Fuji device includes ███████ ████████████████████████████████████████████ Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced for inspection; photographs of the Fuji device, including WAYMO-UBER00000635; UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

**Trade Secret No. 7**

Uber does not deny that it uses Trade Secret No. 7. Uber uses Trade Secret No. 7 at least because the Fuji device includes ████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████ Example documents describing Uber's use of Trade Secret No. 7 include the following: Deposition Transcript of Michael Lebby ("Lebby Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 64:49; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708.

**Trade Secret No. 8**

Uber does not dispute that it uses Trade Secret No. 8. Uber uses Trade Secret No. 8 at least because the Fuji device includes ████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ Example documents describing Uber's use of Trade Secret No. 8 include the following: WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

**Trade Secret Nos. 9 and 10**

Uber uses Trade Secret No. 9 at least because the Fuji device includes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Uber uses Trade Secret No. 10 at least because the Fuji device uses ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Example documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following: Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and ▮▮▮▮ ▮▮▮▮; UBER00006248; UBER00006251; UBER00011317; UBER00011473 UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14, 194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos. 10 and 11.

**Trade Secret No. 13**

Uber does not dispute that it uses Trade Secret No. 13. Uber uses Trade Secret No. 13 at least because the Fuji device ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ Example documents describing Uber's use of Trade Secret No. 13 include the following: UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR
2  000001-174.

3  **Trade Secret No. 14**

4  Uber uses Trade Secret No. 14 at least because the Fuji device implements ▌
5  ████████████████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████████████

8  ▌ Example documents describing Uber's use of Trade Secret No. 13 include the following:
9  Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device
10 produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,
11 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production
12 of Gorilla Circuits, including GOR 000001-174.

13 **Trade Secret No. 19**

14 Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at
15 least because the Fuji device includes ▌
16 ████████████████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████████████████
18 ████████████████████████████████████████████ Example documents describing
19 Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced
20 for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;
21 CAD drawings of the Fuji device produced for inspection.

22 **Trade Secret Nos. 48 and 90**

23 Uber uses Trade Secret No. 48 at least because the Spider device includes ▌
24 ████████████████████████████████████████████████████████████████████
25 ████████████████████████████████████████████████████████████████████
26 █████████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider
27 device ▌██████████████████████████████████████████████████████████████
28 ████████████████████████████████████████████████████████████████ Example

1  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:
2  UBER00005076; UBER00005076; UBER00005077; UBER00011676; UBER00011678;
3  UBER00017389; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim Tr. at 17:24-24:24;
4  Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of the Spider device,
5  including UBER00006265-71.

6  **Trade Secret Nos. 94-99**

7  Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes ▬▬▬
8  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
9  ▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  Example documents describing Uber's use of Trade
11 Secret Nos. 94-99 include the following: Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji
12 device produced for inspection; photographs of the Fuji device, including UBER00006244-254,
13 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document
14 Production of Gorilla Circuits, including GOR 000001-174.

15 Discovery is ongoing and Waymo reserves the right to supplement this response after
16 further discovery and investigation into Uber's use of Waymo's trade secrets.

17

18 **INTERROGATORY NO. 2:**

19 Separately for each alleged Waymo trade secret identified in response to Interrogatory No.
20 1, identify each Person who you claim has knowledge that Uber has used that trade secret, and
21 your basis for asserting that that person has knowledge of use of that specific trade secret.

22

23 **RESPONSE TO INTERROGATORY NO. 2:**

24 Waymo incorporates by reference its General Objections. Waymo further objects to this
25 interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to
26 the extent that it asks Waymo to respond separately for each alleged Waymo trade secret. Waymo
27 further objects to this request to the extent it is compound, complex, and contains multiple
28 subparts.

00026483, WAYMO-UBER-00026485, WAYMO-UBER-00026486, WAYMO-UBER-00026487, WAYMO-UBER-00026488, WAYMO-UBER-00026489, WAYMO-UBER-00026490, WAYMO-UBER-00026491, WAYMO-UBER-00026492, WAYMO-UBER-00026493, WAYMO-UBER-00026495, WAYMO-UBER-00026496, WAYMO-UBER-00026497, WAYMO-UBER-00026498, WAYMO-UBER-00026500, WAYMO-UBER-00026501, WAYMO-UBER-00026502, WAYMO-UBER-00026503, WAYMO-UBER-00026504, WAYMO-UBER-00026505, WAYMO-UBER-00026506, WAYMO-UBER-00026507, WAYMO-UBER-00026508, WAYMO-UBER-00026514, WAYMO-UBER-00026516, WAYMO-UBER-00026517, WAYMO-UBER-00026519, WAYMO-UBER-00026521, WAYMO-UBER-00026522, WAYMO-UBER-00026525, WAYMO-UBER-00026526, WAYMO-UBER-00026529, WAYMO-UBER-00026530, WAYMO-UBER-00026531, WAYMO-UBER-00026532, WAYMO-UBER-00026533, WAYMO-UBER-00026534, WAYMO-UBER-00026535, WAYMO-UBER-00026536, WAYMO-UBER-00026539, WAYMO-UBER-00026540, WAYMO-UBER-00026543, WAYMO-UBER-00026544, WAYMO-UBER-00026603, WAYMO-UBER-00026604, WAYMO-UBER-00026725, WAYMO-UBER-00026727, WAYMO-UBER-00026888, WAYMO-UBER-00027015, WAYMO-UBER-00027016, WAYMO-UBER-00027017, WAYMO-UBER-00027018, WAYMO-UBER-00027019, WAYMO-UBER-00027020, WAYMO-UBER-00027034, WAYMO-UBER-00027035, WAYMO-UBER-00027037, WAYMO-UBER-00027038, WAYMO-UBER-00027039, WAYMO-UBER-00027040, WAYMO-UBER-00027041.

Waymo will further investigate this interrogatory and will supplement its response if necessary.

DATED:  July 13, 2017                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC