# EXHIBIT 2

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>                 Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>                 Defendants. | Case No. 17-cv-00939-WHA<br><br>**PLAINTIFF'S LIST OF ASSERTED TRADE SECRETS PURSUANT TO CAL. CODE CIV. PROC. SECTION 2019.210**<br><br>**DOCUMENT FILED UNDER SEAL** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- ███████████████████████████████████████

    presentation that was among files downloaded by Anthony Levandowski in January 2016.  This presentation includes ███████████████████████ reproduced below:

    ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    (Ex. 13 at 29.) ███████████████████████████████████

    ███████████████████████████████████████

    ███████████████████████████████████████

    ███████████████████████████████████████

    ███████████████████████████████████████

    ███████████████████

- *See supra*, ¶ 9, second bullet for reasonable steps taken to maintain secrecy.
- The trade secret claimed is ███████████████████████████████████ ███████████████████████████████████████ (Ex. 13 at 29).

85. ███████████████████████████████ (Ex. 14).

- This Excel spreadsheet was included among files downloaded by Anthony Levandowski in January 2016.  This confidential document contains detailed technical information about ███████████████████████████████████████ This information derives value from not being generally known to the public or to competitors

48

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

because it is important information for a competitor seeking to replicate what Waymo was doing and where it hoped to get.  Such information includes ███████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

- *See supra*, ¶ 9, second bullet for reasonable steps taken to maintain secrecy.
- The trade secret claimed is the information contained in the ███████████████ ███████████████

86. ███████████████████████ (Ex. 15).

- This document was included among files downloaded by Anthony Levandowski in January 2016.  This confidential document contains ███████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████

- *See supra*, ¶ 9, second bullet for reasonable steps taken to maintain secrecy.
- The trade secret claimed is ███████████████████████████████

████████████████████████████

87. ███████████████████████ (Ex. 16).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- The trade secret claimed is ██████████████████████████████████
████████████████████████████████

107. ████████████████████████████████████████████████████
████████████████

- These schematics were included among files downloaded by Anthony Levandowski on December 11, 2015 from Waymo's SVN schematic repository folders ██████████████ These schematics derive economic value from not being generally known to the public or to competitors because they contain extensive details regarding ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- *See supra*, ¶ 94, second bullet for reasonable steps taken to maintain secrecy.

- The trade secret claimed is ████████████████████████████████████████████████████████████████████████

- These schematics were included among files downloaded by Anthony Levandowski on December 11, 2015 from Waymo's SVN schematic repository folders ██████████ These schematics derive economic value from not being generally known to the public or to competitors because they contain ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- *See supra*, ¶ 94, second bullet for reasonable steps taken to maintain secrecy.

- The trade secret claimed is ██████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

109. ▓▓▓▓▓

- Anthony Levandowski downloaded over 14,000 PCB design files on December 11, 2015 from Waymo's SVN schematic repository, covering each and every project developed at Waymo. These confidential design schematics ▓▓▓▓▓

- *See supra*, ¶ 94, second bullet for reasonable steps taken to maintain secrecy.

- The trade secret claimed is ▓▓▓▓▓

### J. Waymo's LiDAR System Design Know-How, Including Accumulated Knowledge About Failed Designs

110. ▓▓▓▓▓

- One LiDAR design Waymo explored ▓▓▓▓▓ derives economic value from not being generally known to the public or to competitors because it reflects significant time and effort spent by Waymo pursuing the ▓▓▓▓▓