# EXHIBIT 2

```
 1     Q    Because of the privilege instruction?
 2     A    Because of privilege, yes.
 3     Q    Okay.  So we've discussed focusing on the
 4   issues -- well, let me -- let me start over.
 5          We were talking about Mr. Kalanick's              11:17:31
 6   involvement in the negotiations of the acquisition
 7   of Otto.  And you said he was involved in talks that
 8   were founder to founder; he was in the room when
 9   there were discussions of price and other deal
10   terms; he was consulted with respect to Otto's slow    11:17:47
11   delivery of products; and the general process of
12   closing and announcements.
13          Is there anything else that Mr. Kalanick
14   was involved in with respect to the acquisition?
15     A    Yes, getting board approval.                    11:18:02
16     Q    And what was his involvement in that?
17     A    He and Cam explained to the board about the
18   deal.
19     Q    And were you involved in -- in that?
20     A    Only some of it.                                11:18:27
21     Q    Okay.  What -- how were you involved in the
22   explanation to the board of directors about the
23   acquisition?
24     A    I created the initial draft of the board
25   slides, and I was in the board meeting.                11:18:43
```

```
 1    Q    Was there just one meeting?
 2    A    To my knowledge, yes.
 3    Q    And you attended that meeting?
 4    A    Yes.
 5    Q    You said you drafted slides for that        11:19:05
 6  meeting; is that right?
 7    A    Yes.
 8    Q    Are those slides that were used at the
 9  meeting?
10    A    A version of it, yes.                       11:19:16
11    Q    Okay.  You did the first draft, and
12  ultimately there were slides based on that draft
13  that were presented at the meeting?
14    A    Yes, that's correct.
15    Q    What was discussed at that board meeting    11:19:25
16  with respect to the acquisition?
17         MR. JACOBS:  You can answer that, of
18  course -- well, hold off on any legal topics for the
19  moment --
20         THE WITNESS:  Mm-hmm.
21         MR. JACOBS:  -- and we'll figure out if
22  there were any legal topics, but otherwise, you can
23  answer the question.
24         THE WITNESS:  We explained the deal and the
25  deal terms and discussed general legal items.       11:19:45
```

Page 101

```
 1  BY MS. ROBERTS:
 2      Q   Other than, obviously, the board,
 3  Mr. Kalanick, Mr. Poetzscher, and yourself, was
 4  there anybody else at this meeting?
 5      A   Yes.                                      11:20:13
 6      Q   Who else was there?
 7      A   Salle Yoo, Gautam Gupta.  That's all I can
 8  remember, but I don't know if that's a comprehensive
 9  list.
10      Q   In the -- the timeline of the            11:20:31
11  negotiations -- all right.  Let me start.
12          When was the board meeting?
13      A   I think before we signed.  I don't -- I
14  don't know specifics.
15      Q   You think it was before you signed, so   11:20:47
16  sometime before April 11th, 2016?
17      A   Yes.
18      Q   How much earlier than signing was the board
19  meeting that you attended?
20      A   They were relatively closely connected.  11:21:02
21      Q   Were all members of the board there?
22      A   I don't know.
23      Q   What -- so you testified that you explained
24  to the board of directors the deal and its terms; is
25  that right?                                       11:21:29
```

Page 102

1    A    Yes.

2    Q    To the best of your recollection, what

3  exactly was conveyed to the board about the deal and

4  its terms?

5    A    The price, the details behind the price,    11:21:40

6  the fact that there are two separate transactions,

7  and why we wanted to do this deal.

8    Q    When you say "the details behind the

9  price," what are you -- what do you mean by that?

10   A    For instance, on the Ottomotto piece, there    11:22:05

11 were technical milestones, so the price was

12 contingent on achievement of technical milestones.

13 So details like that.

14   Q    What was the overall price that you told

15 the board for the deal?                                11:22:23

16   A    That it was roughly -- for the Otto deal,

17 roughly around 12 million shares of Uber stock at --

18 valued at current Series G price.

19   Q    So what was the dollar value at the time?

20   A    Around 590.                                    11:22:46

21   Q    Million?

22   A    Yes, 590 million.

23   Q    And you said that was for the Ottomotto

24 piece, right?

25   A    Yes.                                           11:22:56

Page 103

```
 1      Q    So that excludes Otto Trucking?
 2      A    Yes.
 3      Q    You said you also explained to the board
 4   why you wanted to do the deal?
 5      A    Yes.                                          11:23:06
 6      Q    What -- what did your team say?
 7      A    That Anthony had built a team of very
 8   talented engineers; that this could potentially help
 9   accelerate our AV development efforts.
10      Q    Anything else?                                11:23:35
11      A    That was the general theme.  He said they
12   were very talented engineers.
13      Q    As of the time of this board meeting, had
14   Anthony assembled his team of talented engineers?
15      A    My understanding that he was in the process  11:23:54
16   of assembling.
17      Q    Did he have any engineers on board as of
18   the time of this board meeting?
19      A    Based on my understanding, yes.
20      Q    But not the full team?                        11:24:10
21      A    Based on my understanding, that's correct.
22      Q    When you conveyed to the board of directors
23   that Anthony had built a team of talented engineers,
24   how did you determine that the engineers were
25   talented?                                             11:24:29
```