# EXHIBIT 4

# James Judah

| | |
|---|---|
| **From:** | Rivera, Sylvia <SRivera@mofo.com> |
| **Sent:** | Tuesday, July 18, 2017 8:58 PM |
| **To:** | James Judah; John Cooper; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Matthew Cate |
| **Subject:** | RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3 |

James,

We are still trying to determine whether anyone at Uber, or Mr. Kalanick, has a copy of the letter referred to in the news article, and if so, whether the content would be responsive to any request. Thus, I can't presently confirm whether it will be produced or not. You haven't asked for clarification of any other matter concerning RFP Nos. 170-171, so I don't understand your reference to "ambiguity" about what Uber is agreeing to produce. Please articulate what you believe is in dispute and we will respond. Otherwise, Waymo's proposed motion is premature.

Sylvia

---

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 5:59 PM
**To:** Rivera, Sylvia; John Cooper; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Matthew Cate
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

- External Email -

---

Sylvia and John –

Given the ambiguity over what exactly Uber is agreeing to produce in response to RFP Nos. 170-171, and Uber's refusal to confirm that it will produce highly relevant and responsive documents such as the two-page letter prepared by Uber Board of Director members Mr. Gurley, Mr. Cohler, and others, and delivered to Uber Board of Director member Mr. Kalanick asking him to resign, that reportedly mentioned this litigation (and would, therefore, be regarding Ottomotto, Otto Trucking, and Anthony Levandowski), Waymo will be proceeding with motion practice to compel this and other withheld documents.

James

---

**From:** James Judah
**Sent:** Tuesday, July 18, 2017 4:12 PM
**To:** Rivera, Sylvia <SRivera@mofo.com>; John Cooper <JCooper@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; Matthew Cate <MCate@fbm.com>
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

Sylvia –

Just so we are clear on the scope of Uber's production in response to RFP Nos. 170-171, will it include the two-page letter prepared by Bill Gurley, Matt Cohler, and others, and delivered to Mr. Kalanick asking him to resign that

1

reportedly mentioned this litigation?  (*See, e.g.,* https://www.bloomberg.com/news/articles/2017-06-22/kalanick-s-ouster-as-uber-ceo-began-with-a-hand-delivered-letter.)

James

---

**From:** Rivera, Sylvia [mailto:SRivera@mofo.com]
**Sent:** Tuesday, July 18, 2017 3:52 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; John Cooper <JCooper@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; Matthew Cate <MCate@fbm.com>
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

James,

Yes, I meant RFP Nos. 170-171.  Thus,

> Your understanding as to the scope on RFP Nos. 164 and 165 is correct.

> With regard to RFP Nos. 170-171, in addition to the scope of production described in Uber's written response, Uber agrees to include within the scope of its production any non-privileged, responsive documents that were prepared for the Board or a Board committee or were exchanged between Board members, to the extent it locates such documents.

> As to timing, we will produce the documents for RFP Nos. 165 and 168-171 (Kalanick and Board) by this Monday, and the documents for RFP No. 164 (McClendon) no later than July 28.  I note that, to date, Uber already has produced over 1,000 documents for Travis Kalanick and over 3,000 documents for Brian McClendon.

Best,
Sylvia

---

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 3:44 PM
**To:** Rivera, Sylvia; John Cooper; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Matthew Cate
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

- External Email -

---

Sylvia –

When you wrote "With regard to RFP Nos. 169-170" – did you mean RFP Nos. 170-171?

James

---

**From:** Rivera, Sylvia [mailto:SRivera@mofo.com]
**Sent:** Tuesday, July 18, 2017 3:31 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; John Cooper <JCooper@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; Matthew Cate <MCate@fbm.com>
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

James,

Your understanding as to the scope on RFP Nos. 164 and 165 is correct.

With regard to RFP Nos. 169-170, in addition to the scope of production described in Uber's written response, Uber agrees to include within the scope of its production any non-privileged, responsive documents that were prepared for the Board or a Board committee or were exchanged between Board members, to the extent it locates such documents.

As to timing, we will produce the documents for RFP Nos. 165 and 168-171 (Kalanick and Board) by this Monday, and the documents for RFP No. 164 (McClendon) no later than July 28.  I note that, to date, Uber already has produced over 1,000 documents for Travis Kalanick and over 3,000 documents for Brian McClendon.

Best,
Sylvia

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 2:27 PM
**To:** John Cooper; Rivera, Sylvia; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Matthew Cate
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

- External Email -

Sylvia –

We understand your representation to be that, in addition to what it has already agreed to produce for RFP Nos. 164 and 165, (1) Uber will produce all communications between Mr. Kalanick and any person regarding Otto Trucking for any time period; and (2) Uber will produce all communications between Mr. McClendon and any person regarding LiDAR or Otto Trucking for any time period.  Please confirm that Mr. Kalanick's communications will be produced by this Friday and that Mr. McClendon's will be produced by Tuesday, July 25.

We look forward to Uber's position on RFP Nos. 168-171 by no later than 3:30 PM.

Best,
James

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Tuesday, July 18, 2017 1:56 PM
**To:** 'Rivera, Sylvia' <SRivera@mofo.com>; James Judah <jamesjudah@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; Matthew Cate <MCate@fbm.com>
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

Based on this we will not have a call at 3:00 today.  Please let me know after James has reviewed this material if another call is needed.  John

**From:** Rivera, Sylvia [mailto:SRivera@mofo.com]
**Sent:** Tuesday, July 18, 2017 1:54 PM
**To:** 'James Judah'; Cooper, John (19) x4410; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Cate, Matthew (20) x4469
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

3

James and John:

A call at 2 pm is not necessary.

This confirms that on RFP Nos. 164 (McClendon emails) and 165 (Kalanick's emails), Uber will extend the time period for production of responsive non-privileged documents regarding Otto Trucking beyond Aug. 23, 2016.  On RFP No. 164, it also will produce McClendon's LiDAR communications.  That resolves the dispute as to those RFPs.

I will respond as to RFP Nos. 168-171 by 3:30 p.m.

Best,
Sylvia

---

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 1:36 PM
**To:** John Cooper; Rivera, Sylvia; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Matthew Cate
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

- External Email -

---

I'm available, although hopefully Uber will provide the positions they agreed to provide by 1 PM today before then and a call will be unnecessary.

---

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Tuesday, July 18, 2017 1:35 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Rivera, Sylvia <SRivera@mofo.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; Matthew Cate <MCate@fbm.com>
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

I know it is short notice but it appears that James and Silvia are the only ones that would be needed on a call regarding these issues.  If that is so and if you are available we can have a call at 2:00 pm on call in 888 759 6039 access 415 954 4410.

---

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 1:03 PM
**To:** Rivera, Sylvia; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Cooper, John (19) x4410; Cate, Matthew (20) x4469
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

John – we request a call to discuss these issues as soon as possible.

Sylvia – we met and conferred about these issues last Thursday.  Waymo's motion to compel, if any, is due tonight, as Mr. Kalanick's deposition is in 9 days.  We need to know Uber's position on these discrete issues as soon as possible.  Do you have any update on any of these issues?  For those that you do not, when will you provide Uber's position?

James

**From:** Rivera, Sylvia [mailto:SRivera@mofo.com]
**Sent:** Tuesday, July 18, 2017 12:55 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; John Cooper <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>
**Subject:** Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

James,

We're still working on the responses to the topics we discussed in our meet and confer on RFP Nos. 164-165 and 168-171, but will respond this afternoon.

Best,
Sylvia

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.