# EXHIBIT 6

## James Judah

| | |
|---|---|
| **From:** | Ray, Wendy J. <WRay@mofo.com> |
| **Sent:** | Wednesday, July 12, 2017 10:29 PM |
| **To:** | QE-Waymo; jcooper@fbm.com; MCate@fbm.com |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit |
| **Subject:** | Travis Kalanick text messages |

Quinn team,
We re-checked Travis Kalanick's phone and did not recover any additional messages.  We are continuing to investigate whether additional recovery is possible.  We note, however, that Anthony Levandowski produced many of the texts from Mr. Kalanick that were not recovered from Mr. Kalanick's phone.  We also note that we produced texts from Mr. Kalanick's phone going back to February, 2016, the earliest available, not March 2017, as Mr. Judah indicated on the parties' July 10 meet and confer call.

Wendy

**Wendy J. Ray**
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Phone: (213) 892.5446 | Fax: (213) 892.5454
E-mail: wray@mofo.com

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.