# EXHIBIT 7

# James Judah

| | |
|---|---|
| **From:** | Andrea P Roberts |
| **Sent:** | Wednesday, June 14, 2017 8:33 PM |
| **To:** | 'John Cooper'; Matthew Cate; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Rachel Walsh (RWalsh@goodwinlaw.com); Brett Schuman (BSchuman@goodwinlaw.com); Shane Brun (SBrun@goodwinlaw.com); Neel Chatterjee (nchatterjee@goodwinlaw.com) |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber Kalanick Discovery |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

John and Counsel,

I write regarding Mr. Kalanick's recently publicized leave of absence from Uber. Given his relevance to this case, we would like Uber to confirm that it will continue to preserve his documents and that he will be made available for deposition upon notice from Waymo.

Additionally, we have previously discussed missing text messages between Anthony Levandowski and Travis Kalanick. Uber did not make available for inspection text messages sent from Travis Kalanick to Anthony Levandowksi. When we discussed this on a meet and confer last week, Ms. Chang said that the vendor did not think that this was a collection issue—meaning that any text messages sent by Travis Kalanick to Anthony Levandowski are no longer on Mr. Kalanick's phone. But, the vendor was going to check this again when it could get access to Mr. Kalanick's phone. While we are mindful of his personal tragedy, can Uber send the vendor to Mr. Kalanick to re-collect all data for his phone for purposes of this litigation?

Thanks,

Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.