MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF LODGMENT OF SUPPLEMENTAL CHRONOLOGICAL COMMUNICATIONS LOG PURSUANT TO PARAGRAPH 5 OF THIS COURT'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PROVISIONAL RELIEF** |

| | |
|---|---|
| 1 | **TO:** ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") hereby lodge a true and correct copy of the following document with the Court pursuant to paragraph five of this Court's May 11, 2017 Order Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief (ECF No. 426) and the parties' meet and confer with the Special Master regarding the logs lodged on June 23, 2017 and July 3, 2017 (*see* ECF No. 712 Ex. 1; ECF No. 792 Ex. 1):

| Ex. | Description |
|---|---|
| 1 | Supplemental chronological log of non-privileged oral and written communications as required under paragraph 5 of this Court's May 11, 2017 Order Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief |

Dated: July 19, 2017                    MORRISON & FOERSTER LLP


By: /s/ *Arturo J. González*
　　　ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC