# EXHIBIT 1

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4                          ---oOo---

5

6    WAYMO LLC,

7           Plaintiff,

8    vs.                         No. 3:17-cv-00939-WHA

9    UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11          Defendants.

     _____/

12

13       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

14

15        VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER

16              SAN FRANCISCO, CALIFORNIA

17               MONDAY, JUNE 19, 2017

18

19

20   BY:  ANDREA M. IGNACIO,

21   CSR, RPR, CRR, CCRR, CLR

22   CSR LICENSE NO. 9830

23   JOB NO. 2642012

24

25   Pages 1 - 374

                                           Page 1

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MS. ROBERTS:  I've never seen it, so -- | 15:19 |
| 2 | THE WITNESS:  I haven't seen it, either, as I | 15:19 |
| 3 | said; right? | 15:19 |
| 4 | I had discussions with the attorneys about | 15:19 |
| 5 | the report or some of the work Stroz was doing prior | 15:19 |
| 6 | to signing.  I wouldn't want to characterize that as | 15:19 |
| 7 | the conclusions because I never saw the report. | 15:19 |
| 8 | MS. ROBERTS:  Q.  And, when you say "prior to | 15:19 |
| 9 | signing," is that the April 11th, 2016, agreement? | 15:19 |
| 10 | A   Uh-huh, correct. | 15:20 |
| 11 | Q   Is there somebody at Uber that had final | 15:20 |
| 12 | signoff on entering into the agreement with -- to | 15:20 |
| 13 | acquire Otto? | 15:20 |
| 14 | MR. JACOBS:  You mean the April 11th | 15:20 |
| 15 | agreement? | 15:20 |
| 16 | MS. ROBERTS:  Yes. | 15:20 |
| 17 | THE WITNESS:  The board. | 15:20 |
| 18 | MS. ROBERTS:  Q.  The Uber board? | 15:20 |
| 19 | A   Uh-huh. | 15:20 |
| 20 | Q   And, same question with respect to closing in | 15:20 |
| 21 | August of 2016.  Is there somebody at Uber that had | 15:20 |
| 22 | final signoff on closing? | 15:20 |
| 23 | A   Well, closing was more of an automatic thing | 15:20 |
| 24 | that followed; right?  Unless there was one other -- | 15:20 |
| 25 | you know, an out in the agreement was invoked, it was | 15:20 |

Page 279

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   going to close anyway.                                 15:20

 2        There was some leeway as to timing under the      15:20

 3   quit call structure.  But there wasn't -- it wasn't so 15:20

 4   much of a signoff in the same way that pre-signing     15:20

 5   approval was with the board.                           15:20

 6   Q    And earlier we talked about Mr. Levandowski       15:20

 7   providing an attestation, swearing that he wasn't      15:20

 8   going to bring third-party IP to Uber.  And I          15:20

 9   mentioned that we haven't seen that document, as it    15:21

10   were.  And, if it's on a privilege log, we don't know  15:21

11   which entry it is.                                     15:21

12        If -- if Uber didn't receive an attestation       15:21

13   from Mr. Levandowski, was there somebody at Uber who   15:21

14   could say, We're going to go ahead with the deal       15:21

15   anyway?                                                15:21

16   A    I can't answer that hypothetical question.  I     15:21

17   just don't know the answer to that.                    15:21

18        MS. ROBERTS:  Okay.  I'm going to hand you         15:21

19   what we will mark as Exhibit 281, which begins with    15:21

20   Bates No. UBER00060643.                                15:22

21        (Document marked Exhibit 281                       15:22

22          for identification.)                             15:22

23        MS. ROBERTS:  Q.  Have you had a chance to         15:22

24   review the e-mail?                                     15:22

25   A    Yes.                                              15:22
```

Page 280