# EXHIBIT 2

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                SAN FRANCISCO DIVISION
 3
 4    _____
                                     )
 5    WAYMO LLC,                     )
                                     )
 6                Plaintiff,         )
                                     )
 7          vs.                      )  Case No.
                                     )  3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,       )
      OTTOMOTTO LLC; Otto            )
 9    Trucking LLC,                  )
                                     )
10                Defendants.        )
      _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          VIDEOTAPED DEPOSITION OF NINGJUN QI
17              San Francisco, California
18              Thursday, June 22, 2017
19                    Volume I
20
21
22
      Reported by:  SUZANNE F. GUDELJ
23    CSR No. 5111
24    Job No. 2644340
25    PAGES 1 - 320
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q   Because of the privilege instruction?

2  A   Because of privilege, yes.

3  Q   Okay.  So we've discussed focusing on the
4  issues -- well, let me -- let me start over.
5      We were talking about Mr. Kalanick's                11:17:31
6  involvement in the negotiations of the acquisition
7  of Otto.  And you said he was involved in talks that
8  were founder to founder; he was in the room when
9  there were discussions of price and other deal
10 terms; he was consulted with respect to Otto's slow    11:17:47
11 delivery of products; and the general process of
12 closing and announcements.
13     Is there anything else that Mr. Kalanick
14 was involved in with respect to the acquisition?
15 A   Yes, getting board approval.                        11:18:02
16 Q   And what was his involvement in that?
17 A   He and Cam explained to the board about the
18 deal.
19 Q   And were you involved in -- in that?
20 A   Only some of it.                                    11:18:27
21 Q   Okay.  What -- how were you involved in the
22 explanation to the board of directors about the
23 acquisition?
24 A   I created the initial draft of the board
25 slides, and I was in the board meeting.                 11:18:43

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q | Was there just one meeting? |
| 2 | A | To my knowledge, yes. |
| 3 | Q | And you attended that meeting? |
| 4 | A | Yes. |
| 5 | Q | You said you drafted slides for that        11:19:05 |
| 6 | | meeting; is that right? |
| 7 | A | Yes. |
| 8 | Q | Are those slides that were used at the |
| 9 | | meeting? |
| 10 | A | A version of it, yes.                        11:19:16 |
| 11 | Q | Okay.  You did the first draft, and |
| 12 | | ultimately there were slides based on that draft |
| 13 | | that were presented at the meeting? |
| 14 | A | Yes, that's correct. |
| 15 | Q | What was discussed at that board meeting    11:19:25 |
| 16 | | with respect to the acquisition? |
| 17 | | MR. JACOBS:  You can answer that, of |
| 18 | | course -- well, hold off on any legal topics for the |
| 19 | | moment -- |
| 20 | | THE WITNESS:  Mm-hmm. |
| 21 | | MR. JACOBS:  -- and we'll figure out if |
| 22 | | there were any legal topics, but otherwise, you can |
| 23 | | answer the question. |
| 24 | | THE WITNESS:  We explained the deal and the |
| 25 | | deal terms and discussed general legal items.   11:19:45 |

```
 1   BY MS. ROBERTS:
 2       Q    Other than, obviously, the board,
 3   Mr. Kalanick, Mr. Poetzscher, and yourself, was
 4   there anybody else at this meeting?
 5       A    Yes.                                          11:20:13
 6       Q    Who else was there?
 7       A    Salle Yoo, Gautam Gupta.  That's all I can
 8   remember, but I don't know if that's a comprehensive
 9   list.
10       Q    In the -- the timeline of the                 11:20:31
11   negotiations -- all right.  Let me start.
12            When was the board meeting?
13       A    I think before we signed.  I don't -- I
14   don't know specifics.
15       Q    You think it was before you signed, so        11:20:47
16   sometime before April 11th, 2016?
17       A    Yes.
18       Q    How much earlier than signing was the board
19   meeting that you attended?
20       A    They were relatively closely connected.       11:21:02
21       Q    Were all members of the board there?
22       A    I don't know.
23       Q    What -- so you testified that you explained
24   to the board of directors the deal and its terms; is
25   that right?                                            11:21:29
```

```
 1      A    Yes.
 2      Q    To the best of your recollection, what
 3  exactly was conveyed to the board about the deal and
 4  its terms?
 5      A    The price, the details behind the price,      11:21:40
 6  the fact that there are two separate transactions,
 7  and why we wanted to do this deal.
 8      Q    When you say "the details behind the
 9  price," what are you -- what do you mean by that?
10      A    For instance, on the Ottomotto piece, there   11:22:05
11  were technical milestones, so the price was
12  contingent on achievement of technical milestones.
13  So details like that.
14      Q    What was the overall price that you told
15  the board for the deal?                                11:22:23
16      A    That it was roughly -- for the Otto deal,
17  roughly around 12 million shares of Uber stock at --
18  valued at current Series G price.
19      Q    So what was the dollar value at the time?
20      A    Around 590.                                   11:22:46
21      Q    Million?
22      A    Yes, 590 million.
23      Q    And you said that was for the Ottomotto
24  piece, right?
25      A    Yes.                                          11:22:56
```

Page 103

| | | | |
|---|---|---|---|
| 1 | Q | So that excludes Otto Trucking? | |
| 2 | A | Yes. | |
| 3 | Q | You said you also explained to the board | |
| 4 | | why you wanted to do the deal? | |
| 5 | A | Yes. | 11:23:06 |
| 6 | Q | What -- what did your team say? | |
| 7 | A | That Anthony had built a team of very | |
| 8 | | talented engineers; that this could potentially help | |
| 9 | | accelerate our AV development efforts. | |
| 10 | Q | Anything else? | 11:23:35 |
| 11 | A | That was the general theme.  He said they | |
| 12 | | were very talented engineers. | |
| 13 | Q | As of the time of this board meeting, had | |
| 14 | | Anthony assembled his team of talented engineers? | |
| 15 | A | My understanding that he was in the process | 11:23:54 |
| 16 | | of assembling. | |
| 17 | Q | Did he have any engineers on board as of | |
| 18 | | the time of this board meeting? | |
| 19 | A | Based on my understanding, yes. | |
| 20 | Q | But not the full team? | 11:24:10 |
| 21 | A | Based on my understanding, that's correct. | |
| 22 | Q | When you conveyed to the board of directors | |
| 23 | | that Anthony had built a team of talented engineers, | |
| 24 | | how did you determine that the engineers were | |
| 25 | | talented? | 11:24:29 |