# YANG EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 5

# FILED UNDER SEAL

Message

**From:** Anthony Levandowski [a@ot.to]
**Sent:** 4/4/2016 5:33:42 PM
**To:** Everyone@ot.to
**Subject:** Note 4/4/16

Team,
I am generally not good at paper work, being on time or doing email. However, I know having everyone on the same page is important and I'd like to send update emails as much as possible (sometimes daily, sometimes weekly or less frequently). This is my first one. Feel free to ask me for more or less detail in any area you care about. I'll try to include the top 3 things I am worried about and the top 3 things I am excited about. It's not intended to replace standup which will start happening regularly and have the team leads explaining more and running it. I'd like to keep most of the stand up technical (ideally moving to phabrocator's projects tasks being organized in a Kanban fashion over time: https://en.m.wikipedia.org/wiki/Kanban_board )

So.... We have our second truck. Yay! But we now need to get our first truck rolling on a near 24/7 basis. Lots to be done here, but I feel like we are making great progress. We need to drive on 101, which needs software work ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and some hardware improvements ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). Lots is happening in parallel which is great to see.

The next two things I'd like to see happen are:
1) Truck gets smarter (we get our first cut of the lane detection working), and
2) Second truck comes online and can drive for data collection on appropriate roads (280/101/5/99/etc)

It's good to see we are in April and a bunch of ops folks will be getting their DMV test (and hopefully license soon).

Also cool to see was Eric's analysis of the trucking opportunity. Two factors jumped out at me:
1) if we take a regular driver driving a regular truck he/she will make ~$40k and we'll say the trucking company's profit potential is 1x (what's happening today, but if we take a regular driver and have him/her drive a robot truck, then he/she still makes $40k but only drives ▮▮▮ of time (there is payment for non-driving time) but the trucking company now makes ▮▮▮ profit... Nice.
2) platooning alone doesn't make sense. If you were to drive 65mph, you could either platoon to get average of 6% fuel savings, or you could drive 61mph and get 6% fuel savings... And since time is free for the robot... I'll leave it to you to draw the conclusion.

Overall I am really happy where we are going (other than I'd like to see the truck driving on 101 asap), the opportunity is huge and we have a great team executing on it.

Here's what worries me:
- time I am spending out of the office doing bs stuff (legal, office, funding chats, etc) instead of accelerating the team
- the driveway keeps getting worse :-)
- mechanical upgrades (wheel encoders, etc) are blocking sw development

Here's what I am excited about:
- truck about to start driving
- business opportunity is becoming more clear
- we might have a real office this month

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          UBER00005972