QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br>      v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 890)**<br><br>Re:  Dkt. No. 666 |

1    On July 13, 2017, the Court ordered (Dkt. No. 890) Waymo to file public versions of the
2 following document:
3    • Waymo's Reply in Support of its June 15, 2017 Letter Brief Regarding Privilege
4      Issues (Dkt. No. 666-3).
5    Waymo hereby files public versions of the documents in issue.

DATED: July 20, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By    */s/Charles K. Verhoeven*
                                          Charles K. Verhoeven
                                          Attorneys for WAYMO LLC