QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 891)**<br><br>Re:  Dkt. No. 681 |

1   On July 13, 2017, the Court ordered (Dkt. No. 891) Waymo to file public versions of the following exhibits to its to Waymo's June 21, 2017 Letter Brief Regarding its Motion to Compel (Dkt. 682):

- Exhibit 2 (Dkt. No. 681-7);
- Partially redacted Exhibits 5-6[1] (Dkt. Nos. 681-10, 681-11); and
- Exhibit 9 (Dkt. No. 681-14).

Waymo hereby files public versions of the documents in issue.

DATED: July 20, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
     Charles K. Verhoeven
     Attorneys for WAYMO LLC

---

[1] Waymo is filing partially-redacted versions of Exhibits 5-6 provided by counsel for Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber").  On July 13, 2017, the Court issued its order to file, *inter alia*, Exhibits 5-6 publicly on July 20, 2017.  (Dkt. 891.)  On July 20 at 11:34 am, Uber notified Waymo of its intent to seek reconsideration of the Court's order.  Concerned that the Court's order requires Waymo to file unredacted versions instead of Uber's partially-redacted versions, Waymo suggested the parties contact the Court.  Given Uber's late notice, however, Waymo was unable to receive guidance from the Court on how to proceed with the public re-filing of Exhibits 5 and 6.  Because the public re-filing is due today, and out of an abundance of caution, Waymo is filing these partially-redacted versions consistent with Uber's motion for reconsideration (Dkt. No. 963).  Waymo intends to follow up with the Court tomorrow.