1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO LLC,

        Plaintiff,

    vs.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING
LLC,

        Defendants.

CASE NO. 3:17-cv-00939-WHA

**[PROPOSED] ORDER GRANTING
PLAINTIFF WAYMO LLC'S
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL ITS OPPOSITION TO
UBER'S MOTION FOR RELIEF FROM
NON-DISPOSITIVE ORDER RE:
WAYMO'S MOTION TO COMPEL**

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2  Portions of its July 21, 2017 Opposition to Uber's Motion for Relief from Nondispositive Order

3  Re: Waymo's Motion to Compel (the "Administrative Motion").

4    Having considered the Administrative Motion, and good cause to seal having been shown,

5  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

6  below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's July 21, 2017 Opposition to Uber's Motion for Relief from Nondispositive Order Re: Waymo's Motion to Compel | Portions highlighted in blue | Defendants |
| | Portions highlighted in green | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____

HON. WILLIAM ALSUP
United States District Court Judge

[PROPOSED] ORDER GRANTING WAYMO'S ADMINISTRATIVE MOTION TO SEAL