NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**WAYMO LLC,**
*Plaintiff-Appellee*

**v.**

**UBER TECHNOLOGIES, INC., OTTOMOTTO LLC,
OTTO TRUCKING LLC,**
*Defendants*

**ANTHONY LEVANDOWSKI,**
*Defendant-Appellant*

**STROZ FRIEDBERG, LLC, LYFT, INC., LIOR RON,**
*Movants*

———————————

2017-2235, -2253

———————————

Appeals from the United States District Court for the Northern District of California in No. 3:17-cv-00939-WHA, Judge William H. Alsup.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

Anthony Levandowski files a "notice of correction to appendix to opening brief and statement of compliance with Federal Circuit Rules 11(d) and 30(h)(1)(B)," which the court construes as a motion to file a corrected appendix to his opening brief. Mr. Levandowski separately moves unopposed to file a nonconforming appendix to his reply brief.

In the appendix to his reply brief, Mr. Levandowski included a public, redacted version of the district court's "Order Granting in Part and Denying in Part Plaintiff's Motion for Provisional Relief." Mr. Levandowski states that because he "is not a party" to the action, "but only an intervenor, he does not have access to an unredacted version" of the order to put in the appendix. He further states that Waymo LLC has objected to providing him a copy of the non-public version of the order in question.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to file a corrected appendix to the opening brief is granted. Mr. Levandowski's corrected confidential and non-confidential versions of the appendix to the opening brief are accepted for filing.

(2) The motion to file a nonconforming appendix to the reply brief is granted to the extent that the appendix will be accepted as filed.

(3) No later than July 21, 2017, Waymo is directed to provide this court with a copy of the sealed version of the district court order for *in camera* review. Any further action will be considered separately, at the request of any party or the intervenor.

WAYMO LLC v. UBER TECHNOLOGIES, INC.                    3

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32