# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Matt Leahy |
| 2a. CONTACT PHONE NUMBER | (415) 733-6139 |
| 3. CONTACT EMAIL ADDRESS | MLeahy@goodwinlaw.com |
| 1b. ATTORNEY NAME (if different) | Neel Chatterjee |
| 2b. ATTORNEY PHONE NUMBER | (650) 752-3256 |
| 3. ATTORNEY EMAIL ADDRESS | NChatterjee@goodwinlaw.com |
| 4. MAILING ADDRESS | Goodwin Procter LLP, Three Embarcadero Center, San Francisco, CA 94111-4003 |
| 5. CASE NAME | Waymo LLC v. Uber Technologies, Inc., et al. |
| 6. CASE NUMBER | 17-cv-0939 |

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☑ CIVIL       CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/2017 | JSC | | 12:29-12:40 | ● | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: s/ Neel Chatterjee

12. DATE: 07/21/2017

DISTRIBUTION:  ☐ COURT COPY    ☐ TRANSCRIPTION COPY    ☐ ORDER RECEIPT    ☐ ORDER COPY