QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOHN W. MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JORDAN R. JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE OF TRADE SECRET MISAPPROPRIATION BASED ON ANYTHING OTHER THAN THE ALLEGED DOWNLOADING OF FILES BY ANTHONY LEVANDOWSKI** |

I, John W. McCauley, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal information in its Exhibit 1 to the Declaration of Jordan R. Jaffe In Support of Waymo LLC's Opposition to Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion *in limine* No. 12 (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Exhibit 1 to the Declaration of Jordan R. Jaffe In Support of Waymo LLC's Opposition to Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion *in limine* No. 12 | Portions highlighted in red | Waymo |

3. Exhibit 1 to the Jaffe Declaration contains or refers to trade secret and confidential business information, which Waymo seeks to seal. Portions of Exhibit 1 (portions highlighted in red) contain, reference, and/or describe Waymo's asserted trade secrets. Specifically, the highlighted portions describe proprietary information gathered from technical leads across the entire self-driving program, including descriptions and names of software, company goals for its technical development, specific technical design goals, and identification of risks. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential information.

1      4.    Exhibit 1 also includes two lines of testimony unrelated to Waymo's opposition that contains Defendants confidential information. In order to avoid an unnecessary supplemental filing in order to support the sealing of this information, these two lines have been redacted in both the sealed and public versions of the Exhibit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on July 21, 2017.

By  */s/ John W. McCauley*
    John W. McCauley
    Attorneys for WAYMO LLC

-3-  CASE NO. 3:17-cv-00939-WHA
MCCAULEY DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO SEAL

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven