UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JORDAN R. JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE OF TRADE SECRET MISAPPROPRIATION BASED ON ANYTHING OTHER THAN THE ALLEGED DOWNLOADING OF FILES BY ANTHONY LEVANDOWSKI** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Exhibit 1 to the Declaration of Jordan R. Jaffe In Support of Waymo's Opposition to Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion *in limine* No. 12 (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Jordan R. Jaffe In Support of Waymo LLC's Opposition to Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion *in limine* No. 12 | Portions highlighted in red | Waymo |

**IT IS SO ORDERED.**

Dated:  _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge