# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
       _____
 5     WAYMO LLC,                     )
 6               Plaintiff,           )
 7            vs.                     ) Case No.
 8     UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939-WHA
 9     OTTOMOTTO LLC; OTTO            )
10     TRUCKING LLC,                  )
11               Defendants.          )
                                      )
       _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15    CONTINUED VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
16                 San Francisco, California
17                Wednesday, June 14, 2017
18                       Volume II
19
20
21    Reported by:
22    SUZANNE F. GUDELJ, CSR No. 5111
23    Job No. 2638084
24
25    PAGES 96 - 274
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4
5       _____
6     WAYMO LLC,                         )
7                  Plaintiff,            )
8          vs.                           ) Case No.
9     UBER TECHNOLOGIES, INC.,           ) 3:17-cv-00939-WHA
10    OTTOMOTTO LLC; OTTO                )
11    TRUCKING LLC,                      )
12                 Defendants.           )
13      _____)
14
15
16       Continued Videotaped Deposition of GAETAN PENNECOT,
17       Volume II, taken on behalf of Plaintiff Waymo
18       LLC, at the Law Offices of Quinn Emanuel
19       Urquhart & Sullivan LLP, 50 California Street,
20       22nd Floor, San Francisco, California,
21       beginning at 9:13 a.m., and ending at 4:38 p.m.
22       a.m., on Wednesday, June 14, 2017, before
23       SUZANNE F. GUDELJ, Certified Shorthand Reporter
24       No. 5111.
25
```

Page 97

```
1      A     This is correct.
2      Q     They're the manufacturer of the FAC lens
3  for the Fuji LiDAR, right?
4      A     This is correct.
5      Q     At your last deposition we talked about in    02:37:56
6  GBR3 how the diodes (████████████████████████)
7  (████████); do you recall that?
8      A     Yes.
9      Q     And we -- we talked about how in Fuji the
10 diodes (██████████████████████████) is that right?  02:38:12
11     A     This is correct.
12     Q     Who came up with (███████████████████████)
13 (████████) on the Fuji PCBs?
14     A     I did.
15     Q     What did you look at to come up with that?    02:38:24
16     A     It's from a previous experience.
17     Q     When you say "previous experience," what
18 are you referring to?
19     A     It's my experience in the past at Google.
20     Q     Talking about your -- the beam angles that    02:38:42
21 you got from Mr. Boehmke -- switching topics a
22 little bit.
23     A     Yeah.
24     █     ████████████████████████████████████████
25        ████████████████████████████████████████       02:38:58
```

Page 214

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6              Plaintiff,
                                          Case
 7   vs.                          No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                Defendants.
10   _____/
11
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15              VOLUME III (PAGES 275 to 478)
16                  FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No. 2641228
```

Page 275

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6                  Plaintiff,
                                      Case
 7   vs.                              No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                    Defendants.
10   _____/
11
12
13
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
             Transcript of video-recorded deposition
15
     of GAETAN PENNECOT, taken at Quinn Emanuel
16
     Urquhart & Sullivan LLP, 50 California Street,
17
     22nd Floor, San Francisco, California 94111,
18
     beginning at 10:15 a.m. and ending at 5:25 p.m. on
19
     Friday, June 16, 2017, before Anrae Wimberley,
20
     Certified Shorthand Reporter No. 7778.
21
22
23
24
25
```

Page 276

| | | |
|---|---|---|
| 1 | A. "You should do it yourself." | 15:53:03 |
| 2 | Q. Was (█) a supplier of FAC lenses? | 15:53:08 |
| 3 | A. No. | 15:53:08 |
| 4 | Q. And so what information did (█) have about | 15:53:16 |
| 5 | FAC lenses that they provided to you? | 15:53:19 |
| 6 | A. They had like an optical engineer that could | 15:53:25 |
| 7 | optimize FAC lens pretty easy.  I remember they | 15:53:36 |
| 8 | suggested (████████████████████████) (█████) | |
| 9 | (█████████████████████████)(██████) (█████) | |
| 10 | (██████████████████████) (█████) | |
| 11 | Q. I want to switch to a different topic. | 15:54:16 |
| 12 | Did you use (█████) in connection with your | 15:54:20 |
| 13 | work on transmit boards for Fuji? | 15:54:23 |
| 14 | A. Yes. | 15:54:23 |
| 15 | Q. And what are (█████) | 15:54:26 |
| 16 | A. (█████) are very common in mechanical | 15:54:29 |
| 17 | engineering. (████████████████████) (█████) | |
| 18 | (██████████████████████) | 15:54:39 |
| 19 | Q. What did you use the (█████) for in connection | 15:54:42 |
| 20 | with the Fuji transmit boards? | 15:54:45 |
| 21 | A. I used the (██████████████████████) (█████) | |
| 22 | (██████████████████████████████) (█████) | |
| 23 | (████████) (█████) | |
| 24 | Q. Can you explain a little more how you did | 15:54:59 |
| 25 | that. | 15:55:00 |

Page 423

```
1    A.   So ███████████████████████████           15:55:03
2    ████████████████████████████████████████       15:55:08
3    ████████████████████████████████████████       
4    ████████████████████████████████████████       15:55:17
5    ████████████████████████████████████████       15:55:21
6    ████████████████████████████████████████       15:55:24
7    ████████████████████████████████████████       15:55:29
8         ████████████████████████████████           15:55:34
9    ████████████████████████████████████████       15:55:37
10   ██████████████████████████████                 15:55:43
11        ████████████████████████████████           15:55:48
12   ████████████████████████████████████████       15:55:51
13   ████████████████████████████████████████       15:55:56
14   ████████████████████████████████████████       15:56:00
15   ████████████████████████████████████████       15:56:05
16   ████████████████████████████████████████       15:56:09
17   ██████████████████████████                     15:56:12
18        Q.   While you were at Google, did you also use   15:56:14
19   ████ in connection with transmit boards?       15:56:17
20        A.   Yes.                                  15:56:17
21        Q.   And how did you use ████ in connection with   15:56:21
22   transmit boards at Google?                     15:56:23
23        A.   The same way.                         15:56:24
24        Q.   Now, prior to your work at Google, did you   15:56:27
25   know about how to use ████ in engineering?     15:56:31
```