1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC 20005
   Telephone: 202.237.2727
12 Facsimile: 202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15            UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF DEFENDANTS' UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S OPPOSITION TO PLAINTIFF WAYMO'S MOTION *IN LIMINE* NO. 4** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge: Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

GONZÁLEZ DECL. ISO OPPOSITION TO MOTION *IN LIMINE* NO. 4
Case No. 3:17-cv-00939-WHA
pa-1795535

I, Arturo J. González, declare as follows:

1. I am a partner of the law firm Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this action. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Opposition to Waymo's Motion *In Limine* No. 4.

2. On July 19, 2017, I wrote to Waymo's counsel offering to discuss trial stipulations. The following day Waymo's counsel responded to my email that it was willing to work together on stipulations, but that stipulations pertaining to the facts pertaining to Uber's efforts to find the downloaded materials would be premature because of this pending motion. A true and correct copy of that email is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July, 2017 at Los Angeles California.

*/s/ Arturo J. González*
Arturo J. González