# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     _____
 5   WAYMO LLC,                     )
 6             Plaintiff,           )
 7        vs.                       ) Case No.
 8   UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO            )
10   TRUCKING LLC,                  )
11             Defendants.          )
     _____)
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15   CONTINUED VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
16              San Francisco, California
17              Wednesday, June 14, 2017
18                     Volume II
19
20
21   Reported by:
22   SUZANNE F. GUDELJ, CSR No. 5111
23   Job No. 2638084
24
25   PAGES 96 - 274
```

Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                 UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5        _____
6       WAYMO LLC,                           )
7                  Plaintiff,                )
8            vs.                             ) Case No.
9       UBER TECHNOLOGIES, INC.,             ) 3:17-cv-00939-WHA
10      OTTOMOTTO LLC; OTTO                  )
11      TRUCKING LLC,                        )
12                 Defendants.               )
13      _____)
14
15
16         Continued Videotaped Deposition of GAETAN PENNECOT,
17         Volume II, taken on behalf of Plaintiff Waymo
18         LLC, at the Law Offices of Quinn Emanuel
19         Urquhart & Sullivan LLP, 50 California Street,
20         22nd Floor, San Francisco, California,
21         beginning at 9:13 a.m., and ending at 4:38 p.m.
22         a.m., on Wednesday, June 14, 2017, before
23         SUZANNE F. GUDELJ, Certified Shorthand Reporter
24         No. 5111.
25
```

Page 97

| | | |
|---|---|---|
| 1 | A | This is correct. |
| 2 | Q | They're the manufacturer of the FAC lens |
| 3 | for the Fuji LiDAR, right? | |
| 4 | A | This is correct. |
| 5 | Q | At your last deposition we talked about in  02:37:56 |
| 6 | GBR3 how the diodes (████████████████████) | |
| 7 | (████████); do you recall that? | |
| 8 | A | Yes. |
| 9 | Q | And we -- we talked about how in Fuji the |
| 10 | diodes (████████████████████) is that right?  02:38:12 |
| 11 | A | This is correct. |
| 12 | Q | Who came up with (████████████████████) |
| 13 | (████████) on the Fuji PCBs? | |
| 14 | A | I did. |
| 15 | Q | What did you look at to come up with that?  02:38:24 |
| 16 | A | It's from a previous experience. |
| 17 | Q | When you say "previous experience," what |
| 18 | are you referring to? | |
| 19 | A | It's my experience in the past at Google. |
| 20 | Q | Talking about your -- the beam angles that  02:38:42 |
| 21 | you got from Mr. Boehmke -- switching topics a | |
| 22 | little bit. | |
| 23 | A | Yeah. |
| 24 | ████ | ████████████████████████████████ |
| 25 | ████████████████████████████████████████  02:38:58 |

Page 214

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6              Plaintiff,
                                              Case
 7   vs.                            No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
              Defendants.
10   _____/
11
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14     VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15          VOLUME III (PAGES 275 to 478)
16              FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No. 2641228
```

Page 275

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3                       SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6                   Plaintiff,
                                         Case
7    vs.                                 No. 3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
9
                    Defendants.
10   _____/
11
12
13
            HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
             Transcript of video-recorded deposition
15
     of GAETAN PENNECOT, taken at Quinn Emanuel
16
     Urquhart & Sullivan LLP, 50 California Street,
17
     22nd Floor, San Francisco, California 94111,
18
     beginning at 10:15 a.m. and ending at 5:25 p.m. on
19
     Friday, June 16, 2017, before Anrae Wimberley,
20
     Certified Shorthand Reporter No. 7778.
21
22
23
24
25
```

Page 276

| | | |
|---|---|---|
| 1 | A.    "You should do it yourself." | 15:53:03 |
| 2 | Q.    Was ▮▮▮▮ a supplier of FAC lenses? | 15:53:08 |
| 3 | A.    No. | 15:53:08 |
| 4 | Q.    And so what information did ▮▮▮▮ have about | 15:53:16 |
| 5 | FAC lenses that they provided to you? | 15:53:19 |
| 6 | A.    They had like an optical engineer that could | 15:53:25 |
| 7 | optimize FAC lens pretty easy.  I remember they | 15:53:36 |
| 8 | suggested ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 11 | Q.    I want to switch to a different topic. | 15:54:16 |
| 12 | Did you use ▮▮▮▮ in connection with your | 15:54:20 |
| 13 | work on transmit boards for Fuji? | 15:54:23 |
| 14 | A.    Yes. | 15:54:23 |
| 15 | Q.    And what are ▮▮▮▮ | 15:54:26 |
| 16 | A.    ▮▮▮▮ are very common in mechanical | 15:54:29 |
| 17 | engineering.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 18 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:54:39 |
| 19 | Q.    What did you use the ▮▮▮▮ for in connection | 15:54:42 |
| 20 | with the Fuji transmit boards? | 15:54:45 |
| 21 | A.    I used the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 23 | ▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 24 | Q.    Can you explain a little more how you did | 15:54:59 |
| 25 | that. | 15:55:00 |

Page 423

```
 1      A.   So ███████████████████████              15:55:03
 2   ████████████████████████████████████████        15:55:08
 3   ████████████████████████████████████████        
 4   ██████████████████████████████ ███████          15:55:17
 5   ████████████████████████████████████████        15:55:21
 6   ████████████████████████████████                15:55:24
 7   ██████████████████████████████████              15:55:29
 8        ██████████████████████████████             15:55:34
 9   ████████████████████████████████████████        15:55:37
10   ██████████████████████████████                  15:55:43
11        ████████████████████████████████           15:55:48
12   ████████████████████████████████████████        15:55:51
13   ████████████████████████████████████████████    15:55:56
14   ████████████████████████████████████████        15:56:00
15   ████████████████████████████████████████        15:56:05
16   ████████████████████████████████████████        15:56:09
17   ██████████████████████████                      15:56:12
18      Q.   While you were at Google, did you also use   15:56:14
19   █████ in connection with transmit boards?       15:56:17
20      A.   Yes.                                    15:56:17
21      Q.   And how did you use █████ in connection with  15:56:21
22   transmit boards at Google?                      15:56:23
23      A.   The same way.                           15:56:24
24      Q.   Now, prior to your work at Google, did you   15:56:27
25   know about how to use █████ in engineering?     15:56:31
```

Page 424