# Exhibit 1

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4

   _____

5   WAYMO LLC,                      )

6              Plaintiff,           )

7         vs.                       ) Case No.

8   UBER TECHNOLOGIES, INC.,        ) 3:17-cv-00939-WHA

9   OTTOMOTTO LLC; OTTO             )

10  TRUCKING LLC,                   )

11             Defendants.          )

    _____)

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15  CONTINUED VIDEOTAPED DEPOSITION OF GAETAN PENNECOT

16              San Francisco, California

17              Wednesday, June 14, 2017

18                   Volume II

19

20

21  Reported by:

22  SUZANNE F. GUDELJ, CSR No. 5111

23  Job No. 2638084

24

25  PAGES 96 - 274

                                        Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4

 5     _____

 6     WAYMO LLC,                    )

 7               Plaintiff,          )

 8          vs.                      ) Case No.

 9     UBER TECHNOLOGIES, INC.,      ) 3:17-cv-00939-WHA

10     OTTOMOTTO LLC; OTTO           )

11     TRUCKING LLC,                 )

12               Defendants.         )

13     _____)

14

15

16     Continued Videotaped Deposition of GAETAN PENNECOT,

17     Volume II, taken on behalf of Plaintiff Waymo

18     LLC, at the Law Offices of Quinn Emanuel

19     Urquhart & Sullivan LLP, 50 California Street,

20     22nd Floor, San Francisco, California,

21     beginning at 9:13 a.m., and ending at 4:38 p.m.

22     a.m., on Wednesday, June 14, 2017, before

23     SUZANNE F. GUDELJ, Certified Shorthand Reporter

24     No. 5111.

25
```

Page 97

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    This is correct.

 2        Q    They're the manufacturer of the FAC lens

 3   for the Fuji LiDAR, right?

 4        A    This is correct.

 5        Q    At your last deposition we talked about in    02:37:56

 6   GBR3 how the diodes ███████████████████████

 7   ██████████; do you recall that?

 8        A    Yes.

 9        Q    And we -- we talked about how in Fuji the

10   diodes ███████████████████████ is that right?    02:38:12

11        A    This is correct.

12        Q    Who came up with ██████████████████████

13   ████████████ on the Fuji PCBs?

14        A    I did.

15        Q    What did you look at to come up with that?    02:38:24

16        A    It's from a previous experience.

17        Q    When you say "previous experience," what

18   are you referring to?

19        A    It's my experience in the past at Google.

20        Q    Talking about your -- the beam angles that    02:38:42

21   you got from Mr. Boehmke -- switching topics a

22   little bit.

23        A    Yeah.

24   █  ████████████████████████████████████████

25   ████████████████████████████████████████████████    02:38:58
```

Page 214

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                      SAN FRANCISCO DIVISION

4

5      WAYMO LLC,

6                   Plaintiff,

                                              Case

7      vs.                          No. 3:17-cv-00939-WHA

8      UBER TECHNOLOGIES, INC.;

       OTTOMOTTO LLC; OTTO TRUCKING LLC,

9

                   Defendants.

10     _____/

11

12

13         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14         VIDEOTAPED DEPOSITION OF GAETAN PENNECOT

15              VOLUME III (PAGES 275 to 478)

16                  FRIDAY, JUNE 16, 2017

17

18

19

20

21

22     Reported by:

23     Anrae Wimberley

24     CSR No. 7778

25     Job No.  2641228

                                           Page 275

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6                    Plaintiff,
                                          Case
 7   vs.                           No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                     Defendants.
10   _____/
11
12
13
          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
             Transcript of video-recorded deposition
15
     of GAETAN PENNECOT, taken at Quinn Emanuel
16
     Urquhart & Sullivan LLP, 50 California Street,
17
     22nd Floor, San Francisco, California 94111,
18
     beginning at 10:15 a.m. and ending at 5:25 p.m. on
19
     Friday, June 16, 2017, before Anrae Wimberley,
20
     Certified Shorthand Reporter No. 7778.
21
22
23
24
25
                                            Page 276
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      A.    "You should do it yourself."              15:53:03

 2      Q.    Was ███ a supplier of FAC lenses?         15:53:08

 3      A.    No.                                       15:53:08

 4      Q.    And so what information did ███ have about 15:53:16

 5 FAC lenses that they provided to you?               15:53:19

 6      A.    They had like an optical engineer that could 15:53:25

 7 optimize FAC lens pretty easy.  I remember they     15:53:36

 8 suggested ████████████████████          ██████████

 9 ████████████████████ ██████            ██████████

10 ████████████████████                    ██████████

11      Q.    I want to switch to a different topic.    15:54:16

12            Did you use ███ in connection with your   15:54:20

13 work on transmit boards for Fuji?                   15:54:23

14      A.    Yes.                                      15:54:23

15      Q.    And what are ████                         15:54:26

16      A.    ████ are very common in mechanical        15:54:29

17 engineering.  ███████████████           ██████████

18 ██████████████████                      15:54:39

19      Q.    What did you use the ███ for in connection 15:54:42

20 with the Fuji transmit boards?                      15:54:45

21      A.    I used the ████████████     ██████████

22 ████████████████████████              ██████████

23 ████████                              ██████████

24      Q.    Can you explain a little more how you did 15:54:59

25 that.                                               15:55:00
```

Page 423



1    A.    So ███████████████████████████         15:55:03

2    ████████████████████████████████            15:55:08

3    ████████████████████████████████     ██████  15:55:17

4    ███████████████████████████  ████████        15:55:17

5    █████████████████████████████████            15:55:21

6    ██████████████████████████████               15:55:24

7    ███████████████████████████████              15:55:29

8         ████████████████████████                15:55:34

9    ██████████████████████████████████           15:55:37

10   ████████████████████████████                 15:55:43

11        ███████████████████████████████         15:55:48

12   ████████████████████████████████             15:55:51

13   ██████████████████████████████████████       15:55:56

14   ██████████████████████████████████████       15:56:00

15   ████████████████████████████████             15:56:05

16   ██████████████████████████████████           15:56:09

17   █████████████████████                        15:56:12

18   Q.    While you were at Google, did you also use   15:56:14

19   █████ in connection with transmit boards?         15:56:17

20   A.    Yes.                                    15:56:17

21   Q.    And how did you use █████ in connection with  15:56:21

22   transmit boards at Google?                    15:56:23

23   A.    The same way.                           15:56:24

24   Q.    Now, prior to your work at Google, did you   15:56:27

25   know about how to use ██████ in engineering?    15:56:31

Page 424