Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant
Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION AND NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES,  INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION *IN LIMINE* NO. 4**<br><br>Courtroom:   8, 19th Floor<br>Judge:          Honorable William Alsup<br>Trial Date:   October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Hong-An Vu<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto Trucking") submits this motion for an order to file under seal its Opposition and Notice to Join and Adopt Defendants Uber Technologies, Inc.'s and Ottomotto LLC's opposition to Plaintiff Waymo LLC's Motion *in Limine* No. 4.  Specifically, Otto Trucking requests an order granting leave to file under seal the confidential portions of the following document:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Defendant Otto Trucking's Opposition and Notice to Join and Adopt Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Opposition to Plaintiff Waymo LLC's Motion *In Limine* No. 4 ("Opposition and Joinder") | Highlighted Portions |

The highlighted portions of the Opposition and Joinder contain highly confidential, sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate structure, and financial information.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  If this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business agreements, allowing them to modify their own business strategy.  Otto Trucking's competitive standing could be significantly harmed.

Otto Trucking's request to seal is narrowly tailored to those portions of the Motion's supporting documents that merit sealing.

Dated: July 21, 2017                                             Respectfully submitted,

                                                                By: /s/ Hong-An Vu
                                                                    Neel Chatterjee
                                                                    *nchatterjee@goodwinlaw.com*
                                                                    **GOODWIN PROCTER LLP**
                                                                    135 Commonwealth Drive
                                                                    Menlo Park, California 94025
                                                                    Tel.: +1 650 752 3100
                                                                    Fax.: +1 650 853 1038

                                                                    Brett Schuman
                                                                    *bschuman@goodwinlaw.com*
                                                                    Shane Brun

1 | *sbrun@goodwinlaw.com*
Rachel M. Walsh
2 | *rwalsh@goodwinlaw.com*
Hayes P. Hyde
3 | *hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
4 | Three Embarcadero Center
San Francisco, California 94111
5 | Tel.: +1 415 733 6000
Fax.: +1 415 677 9041
6 |
Hong-An Vu (SBN 266268)
7 | *hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
8 | 601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
9 | Tel.: +1 213 426 2500
Fax.: +1 213 623 1673
10 |
*Attorneys for Defendant*
11 | *Otto Trucking LLC*

ACTIVE/91904754.1  2
OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for theUnited States District Court for the Northern District of California by using the CM/ECF system on July 21, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of July 2017 in Los Angeles, California.

/s/ Hong-An Vu
Hong-An Vu