Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>Plaintiff,<br><br>v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION AND NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION *IN LIMINE* NO. 4**<br><br>Courtroom:   8, 19th Floor<br>Judge:          Honorable William Alsup<br>Trial Date:   October 10, 2017<br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1. I, Hong-An Vu, declare as follows:

    1. I am counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of its Opposition and Notice to Join and Adopt Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Opposition To Plaintiff Waymo LLC's Motion *In Limine* No. 4.

    2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Defendant Otto Trucking's Opposition and Notice to Join and Adopt Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Opposition to Plaintiff Waymo LLC's Motion *In Limine* No. 4 ("Opposition and Joinder") | Highlighted Portions |

    3. The highlighted portions of the Opposition and Joinder contain highly confidential, sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate structure, and financial information. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that if this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business agreements, allowing them to modify their own business strategy. Otto Trucking's competitive standing could be significantly harmed.

///

///

///

1    4.    Otto Trucking's request to seal is narrowly tailored to those portions of the
2 motion's supporting documents that merit sealing.
3    I declare under penalty of perjury under the laws of the United States that the foregoing is
4 true and correct.  Executed this 21st day of July, 2017 in Los Angeles, California.

/s/ Hong-An Vu
Hong-An Vu