QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE AND EXHIBIT THERETO(DKT. 917)** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Portions of Their Response to Waymo's Motion for Relief From Non-Dispositive Pretrial Order of Magistrate Judge and Exhibit Thereto (Dkt. 917) (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Defendants' Response to Waymo's Motion for Relief ("Uber's Response") and the entirety of Exhibit A to the Declaration of Arturo Gonzalez ("Exhibit A").

3. The green highlighted portions of Uber's Response and the entirety of Exhibit A contains or refers to confidential business information, which Waymo seeks to seal.

4. Uber's Response (portions highlighted green) and Exhibit A (entire document) contain, reference, and/or describe Waymo's highly confidential and sensitive business information. The information Waymo seeks to seal regards the confidential analysis of Waymo's business and competition, as well as its market strategy. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of Waymo's business strategy for its autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's request to seal is narrowly tailored to those portions of Uber's Response and Exhibit A that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on July 21, 2017.

By <u>*/s/ Lindsay Cooper*</u>
Lindsay Cooper
Attorneys for WAYMO LLC

**<u>ATTESTATION</u>**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Lindsay Cooper.

By: <u>*/s/ Charles K. Verhoeven*</u>
Charles K. Verhoeven