QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NOS. 933-4, 934-7** |

1    Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2 Document from ECF, submitted electronically on July 17, 2017, by Waymo. Specifically, Docket
3 Nos. 933-4, 934-7 contain information that is governed by Docket No. 60, and that was
4 inadvertently filed publicly. Waymo has already contacted the ECF Help Desk regarding this
5 issue, and the ECF Help Desk has temporarily blocked public access to this filing. Waymo has
6 also filed a corrected version of this document.

7    For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
8 Administrative Motion to Remove Dkt. Nos. 933-4, 934-7.

10 DATED: July 21, 2017           QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                  By   */s/Charles K. Verhoeven*
                                     Charles K. Verhoeven
                                     Attorneys for WAYMO LLC