1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| WAYMO LLC,<br><br>       Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>       Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING**<br>**PLAINTIFF WAYMO LLC'S**<br>**ADMINISTRATIVE MOTION TO**<br>**REMOVE INCORRECTLY FILED**<br>**DOCUMENT:  DOCKET NOS. 933-4,**<br>**934-7** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly Filed Document, Dkt. Nos. 933-4, 934-7, and good cause appearing therefore, IT IS HEREBY ORDERED that Waymo's Motion shall be granted.

Dated:  _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge