1 | Neel Chatterjee (SBN 173985)
  | nchatterjee@goodwinlaw.com
2 | James Lin (SBN 310440)
  | jlin@goodwinlaw.com
3 | **GOODWIN PROCTER LLP**
  | 135 Commonwealth Drive
4 | Menlo Park, California 94025
  | Tel.: +1 650 752 3100
5 | Fax.: +1 650 853 1038

6 | Brett Schuman (SBN 189247)
  | bschuman@goodwinlaw.com
7 | Shane Brun (SBN 179079)
  | sbrun@goodwinlaw.com
8 | Rachel M. Walsh (SBN 250568)
  | rwalsh@goodwinlaw.com
9 | Hayes P. Hyde (SBN 308031)
  | hhyde@goodwinlaw.com
10| **GOODWIN PROCTER LLP**
  | Three Embarcadero Center
11| San Francisco, California 94111
  | Tel.: +1 415 733 6000
12| Fax.: +1 415 677 9041

13| Hong-An Vu (SBN 266268)
  | hvu@goodwinlaw.com
14| **GOODWIN PROCTER LLP**
  | 601 S. Figueroa Street, 41st Floor
15| Los Angeles, CA 90017
  | Tel.: +1 213 426 2500
16| Fax.: +1 213 623 1673

*Attorneys for Defendant*
*Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 881)** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | Courtroom: 8, 19th Floor<br>Judge: Honorable William Alsup<br>Trial Date: October 10, 2017 |
| | Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of Hong-An Vu<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of Its Reply to the Motion for Relief from Non-Dispositive Pretrial Order
3  of Magistrate Judge (Dkt. 881) (the "Reply").  Having considered the Administrative Motion, and
4  good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative
5  Motion and **ORDERS** sealed the documents listed below:

| **Document** | **Portions to Be Filed Under Seal** |
|---|---|
| Reply | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017   _____
               HON. WILLIAM ALSUP
               UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA