| | |
|---|---|
| 1 | Neel Chatterjee (SBN 173985) |
| | *nchatterjee@goodwinlaw.com* |
| 2 | James Lin (SBN 310440) |
| | *jlin@goodwinlaw.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 135 Commonwealth Drive |
| 4 | Menlo Park, California 94025 |
| | Tel.: +1 650 752 3100 |
| 5 | Fax.: +1 650 853 1038 |
| 6 | Brett Schuman (SBN 189247) |
| | *bschuman@goodwinlaw.com* |
| 7 | Shane Brun (SBN 179079) |
| | *sbrun@goodwinlaw.com* |
| 8 | Rachel M. Walsh (SBN 250568) |
| | *rwalsh@goodwinlaw.com* |
| 9 | Hayes P. Hyde (SBN 308031) |
| | *hhyde@goodwinlaw.com* |
| 10 | **GOODWIN PROCTER LLP** |
| | Three Embarcadero Center |
| 11 | San Francisco, California 94111 |
| | Tel.: +1 415 733 6000 |
| 12 | Fax.: +1 415 677 9041 |
| 13 | Hong-An Vu (SBN 266268) |
| | *hvu@goodwinlaw.com* |
| 14 | **GOODWIN PROCTER LLP** |
| | 601 S Figueroa Street, 41st Floor |
| 15 | Los Angeles, California  90017 |
| | Tel.: +1 213 426 2500 |
| 16 | Fax.: +1 213 623 1673 |
| 17 | *Attorneys for Defendant:* |
| | *Otto Trucking LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Courtroom:  8 (19th Floor)<br>Judge:  Honorable William Alsup<br>Trial Date:  October 10, 2017 |
| Defendants. | Filed/Lodged Concurrently with:<br>1. Declaration of Hong-An Vu<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Admin. Mtn. to File Document Under Seal |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Center, San Francisco, California 94111.

On **July 24, 2017**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

*Unredacted Version of* **OTTO TRUCKING LLC'S REPLY TO MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER RE:WAYMO'S MOTION TO COMPEL OF MAGISTRATE JUDGE (DKT. 881)**

| | |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>QE-Waymo@quinnemanuel.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>UberWaymo@mofo.com |
| Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br>UberWaymo@mofo.com |
| Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br>UberWaymo@mofo.com |
| Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br>UberWaymo@mofo.com |

| | | |
|---|---|---|
| 1 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | 401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Telephone: 310.752.2400<br>Facsimile: 310.752.2490 |
| 3 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 4 | Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 5 | 435 Tasso Street, Suite 205<br>Palo Alto, CA 94301 | Telephone: 650.445.6400<br>Facsimile: 650.329.8507 |
| 6 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 7 | Hamish Hume<br>Jessica E Phillips | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 8 | Karen Leah Dunn<br>Kyle N. Smith | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 |
| 9 | Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 10 | 1401 New York Ave., NW<br>Washington, DC 20005 | |
| 11 | | |
| 12 | John L. Cooper<br>FARELLA BRAUN + MARTEL LLP | Appointed by Court as: *Special Master*<br>Telephone: 415.954.4410 |
| 13 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 | Facsimile: 415.954.4480<br>jcooper@fbm.com |

☑ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **July 24, 2017**, at San Francisco, California.

_____
Rosemarie Escalante
(Type or print name)

(Signature)

ACTIVE/91921570.1

- 3 -

PROOF OF SERVICE

Case No. 3:17-CV-00939-WHA