MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.  3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR REPLY IN SUPPORT OF MOTION FOR RELIEF FROM AND EMERGENCY MOTION FOR STAY OF NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 881)** |

1  I, Michelle Yang, declare as follows:

2  1. I am an attorney at the law firm of Morrison & Foerster LLP.  I make this
declaration based upon matters within my own personal knowledge and if called as a witness, I
could and would competently testify to the matters set forth herein.  I make this declaration in
support of Defendants' Administrative Motion to File Under Seal Portions of Their Reply in
Support of Motion for Relief from and Emergency Motion for Stay of Non-dispositive Pretrial
Order of Magistrate Judge (Dkt. 881).

2. I have reviewed the following documents and confirmed that only the portions
identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Reply in Support of Motion for Relief from and Emergency Motion for Stay ("Reply") | Highlighted Portions | Defendants (blue) Plaintiff (green) |
| Exhibit A | Highlighted Portions | Defendants |

3. The blue-highlighted portions of the Reply and the blue-highlighted portions of
Exhibit 1 contain highly confidential information regarding financial terms of a business
agreement and the potential value of stock awards contingent upon multiple factors, including
information about the structure and negotiations of business agreements with counterparties who
have ongoing relationships with Defendants and who have not been identified or involved in this
case.  These portions also include highly confidential discussions regarding company
employment strategy.  This highly confidential information is not publicly known, and its
confidentiality is strictly maintained.  I understand that if this information were to be released to
the public, Defendants' competitors and counterparties would have insight to how Defendants
structure their business agreements, including what potential monetary and employment terms
have been offered, which would allow them to tailor their own business negotiation strategy, such
that Uber's competitive standing could be harmed.

4. The green-highlighted portions of the Reply were designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

5. Defendants' request to seal is narrowly tailored to the portions of the Reply and its supporting exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2017 at Washington, D.C.

/s/ Michelle Yang
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: July 24, 2017                     /s/ Arturo J. González
                                         Arturo J. González