# EXHIBIT A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

WAYMO LLC,

       Plaintiff,

vs.                                    No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

       Defendants.
_____/

    WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER

SAN FRANCISCO, CALIFORNIA

MONDAY, JUNE 19, 2017



BY:   ANDREA M. IGNACIO,

CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 2642012


Pages 1 - 374

| | | |
|---|---|---|
| 1 | all, I'm not going to speculate about what will happen | 09:18 |
| 2 | in the future.  Second of all, I can say that to date, | 09:18 |
| 3 | we've only paid ████ for Otto. | 09:18 |
| 4 |     MS. ROBERTS:  Okay. | 09:18 |
| 5 | Q  So, as of today, June 19th, Uber has only | 09:18 |
| 6 | paid ████ for the acquisition of Otto? | 09:18 |
| 7 | A  As far as I'm aware. | 09:18 |
| 8 | Q  Has Uber separately paid Anthony Levandowski | 09:18 |
| 9 | or Lior Ron in connection with the acquisition? | 09:18 |
| 10 | A  Not that I'm aware of. | 09:18 |
| 11 | Q  So, we've spoken about Mr. Levandowski | 09:18 |
| 12 | already. | 09:18 |
| 13 |     Do you recall the first time that you met | 09:18 |
| 14 | him? | 09:18 |
| 15 | A  I don't recall the exact date, but I believe | 09:18 |
| 16 | it was in -- sometime around September of 2015. | 09:18 |
| 17 | Q  September of 2015? | 09:18 |
| 18 | A  Uh-huh. | 09:18 |
| 19 | Q  And that -- this was the first time you met | 09:18 |
| 20 | him in person? | 09:18 |
| 21 | A  Yes. | 09:18 |
| 22 | Q  Had you heard of him prior to that? | 09:18 |
| 23 | A  Yes, but only just before that meeting; you | 09:18 |
| 24 | know, a matter of days or weeks before that meeting. | 09:18 |
| 25 | Q  Okay.  So, you first met him at a meeting in | 09:18 |

```
                                                              Page 135
 1   important to have that control right away?                  11:34
 2       A   I mean, it's the same reason ▓▓▓▓▓▓▓▓▓▓▓     ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓       ▓▓▓▓▓▓▓▓   ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                          11:34
 5           In fact, in relation to what I told you about   11:34
 6   the deal originally, in late 2015 it was a               11:34
 7   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓                                         11:34
12       Q   Why not just hire them as employees of Uber?    11:34
13       A   That's essentially what we did; right.          11:34
14   Ultimately, we hired them.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          ▓▓▓▓
     ▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     ▓▓    ▓▓▓▓
     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    11:35
22       Q   But what was -- was there a value add to        11:35
23   acquiring NewCo, and with it, the engineers, as          11:35
24   opposed to just hiring those engineers --                11:35
25           MR. JACOBS:  Objection --                        11:35
```

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                CERTIFICATE OF REPORTER
 2
 3        I, ANDREA M. IGNACIO, hereby certify that the
    witness in the foregoing deposition was by me duly
 4  sworn to tell the truth, the whole truth, and nothing
 5  but the truth in the within-entitled cause;
 6        That said deposition was taken in shorthand
 7  by me, a disinterested person, at the time and place
 8  therein stated, and that the testimony of the said
    witness was thereafter reduced to typewriting, by
 9  computer, under my direction and supervision;
10        That before completion of the deposition,
11  review of the transcript [x] was [ ] was not
12  requested.  If requested, any changes made by the
13  deponent (and provided to the reporter) during the
14  period allowed are appended hereto.
          I further certify that I am not of counsel or
15  attorney for either or any of the parties to the said
16  deposition, nor in any way interested in the event of
17  this cause, and that I am not related to any of the
18  parties thereto.
19  Dated: June 20, 2017
20
21
22
23              _____
24                  ANDREA M. IGNACIO,
25          RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 374