# EXHIBIT A

# REDACTED VERSION

# OF SEALED DOCUMENT

**From:**      Anthony Levandowski <anthonyl@google.com>
**To:**        Larry Page <page@google.com>
**Sent:**      Wed, 13 Jan 2016 20:43:34 -0800
**Subject:**   Re: Chauffeur: ▮▮▮▮▮▮ urgently needed

Thanks! Talking with sergey too (thanks for forward). Let me know if/when you want to chat anytime 24/7.

On Wed, Jan 13, 2016 at 1:59 PM, Larry Page <page@google.com> wrote:

   have read you email.  things are pretty crazy but hope to talk soon.
-Larry


On Sat, Jan 9, 2016 at 2:59 PM, Anthony Levandowski <anthonyl@google.com> wrote:
> L,
> Happy new year, sorry for long-ish email...



> -A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WAYMO-UBER-00011747