MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS AND EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER**<br><br>Judge:  Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal portions of and exhibits to Uber's Reply in Support Of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), to Strike Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures, and to Preclude Damages Claims and Certain Witnesses.  Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendant Uber Technologies, Inc. and Ottomotto, LLC's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), to Strike Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures, and to Preclude Damages Claims And Certain Witnesses ("Reply") | Highlighted Portions | Plaintiff |
| Exhibit 2 to Dearborn Decl. | Highlighted Portions | Plaintiff |
| Exhibit 4 to Dearborn Decl. | Entire Document | Plaintiff |

The highlighted portions of the Reply and Exhibit 2 and the entirety of Exhibit 4 contain information designated by Waymo as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. (*See* Decl. of Meredith Dearborn in Support of Uber's Administrative Motion to File Documents Under Seal ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies.  Uber served Waymo with this motion on July 24, 2017.

For the foregoing reasons, Uber request that the Court enter the accompanying Proposed Order granting this administrative motion to file documents under seal and designate the service copies of these documents as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

//

//

//

1    Dated: July 24, 2017                    BOIES SCHILLER FLEXNER LLP

2

3                                            By:  */s/ Karen L. Dunn*
                                                  Karen L. Dunn
4
                                             Counsel for Defendants
5                                            UBER TECHNOLOGIES, INC. AND
                                             OTTOMOTTO LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UBER'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS AND EXHIBITS TO DEFENDANTS' REPLY
IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER
CASE NO. 3:17-CV-00939-WHA