MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS AND EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER**<br><br>Judge:  Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

I, Meredith Dearborn, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Administrative Motion to File Under Seal Portions and Exhibits to Defendants' Reply in Support of Motion to Enforce the Court's June 7, 2017 Order.

2. I have reviewed the following exhibits and confirmed only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Defendant Uber Technologies, Inc. and Ottomotto, LLC's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), to Strike Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures, and to Preclude Damages Claims And Certain Witnesses ("Reply") | Highlighted Portions | Plaintiff |
| Exhibit 2 to Dearborn Decl. | Highlighted Portions | Plaintiff |
| Exhibit 4 to Dearborn Decl. | Entire document | Plaintiff |

3. The highlighted portions of the Reply and Exhibit 2 and the entirety of Exhibit 4 contain information that I understand has been designated by Waymo as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

4. Defendants' request to seal is narrowly tailored to the specific exhibits that merit sealing.

//

//

//

1

DECLARATION MEREDITH DEARBORN ISO UBER'S ADMIN. MTN TO FILE UNDER SEAL PORTIONS AND EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER
CASE NO. 3:17-CV-00939-WHA

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2017 at Oakland, California.

Dated: July 24, 2017                     BOIES SCHILLER FLEXNER LLP

                                         By: */s/ Meredith R. Dearborn*
                                              Meredith Dearborn

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Meredith Dearborn has concurred in this filing.

Dated: July 24, 2017

                                         */s/ Karen L Dunn*
                                              Karen L. Dunn