1
2
3
4
5
6
7

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION

11 | WAYMO LLC, | Case No. 3:17-cv-00939-WHA
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
13 | v. |
14 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, |
15 | |
16 | Defendants. | Judge: Hon. William H. Alsup
Trial Date: October 10, 2017

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendant Uber Technologies, Inc. and Ottomotto, LLC's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), to Strike Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures, and to Preclude Damages Claims And Certain Witnesses ("Reply") | Highlighted Portions | Plaintiff |
| Exhibit 2 to Dearborn Decl. | Highlighted Portions | Plaintiff |
| Exhibit 4 to Dearborn Decl. | Entire Document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge