# EXHIBIT 4
# ENTIRE EXHIBIT SUBMITTED UNDER SEAL