MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563), TO STRIKE PLAINTIFF WAYMO LLC'S CORRECTED SUPPLEMENTAL INITIAL DISCLOSURES, AND TO PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES**<br><br>Date:　　August 10, 2017<br>Time:　　8:00 a.m.<br>Ctrm:　　8, 19th Floor<br>Judge:　The Honorable William H. Alsup<br><br>Trial Date: October 10, 2017 |

I, Meredith Dearborn, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's reply in support of its motion to enforce the Court's June 7, 2017 order (Dkt. 563), to strike Plaintiff's corrected supplemental initial disclosures, and to preclude Plaintiff's damages claims and late-disclosed witnesses. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a June 26, 2017 email from Lindsay Cooper of Quinn Emanuel Urquhart & Sullivan ("Quinn"), counsel for Waymo, to Special Master John Cooper and Counsel for Defendants, regarding "Waymo – meet and confer call."

3. Attached hereto as **Exhibit 2** is a true and correct copy of a July 19, 2017 email from Melissa Baily also from Quinn to counsel for Defendants, regarding "Waymo v. Uber July 7 Meet and Confer."

4. Attached hereto as **Exhibit 3** is a true and correct copy of a July 21, 2017 email from Lindsay Cooper of Quinn to counsel for Defendants, regarding "Waymo/Uber – Request for Meet and Confer."

5. On July 21, 2017, Felipe Corredor of Quinn served on for Defendants, Waymo's Second Supplemental Objections and Reponses to Uber's First Set of Interrogatories (Nos. 1-11).

6. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's Second Supplemental Objections and Reponses to Uber's First Set of Interrogatories, served on Defendants on July 21, 2017.

//
//
//
//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of July, 2017, in Oakland, California.

*/s/ Meredith R. Dearborn*
Meredith Dearborn

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Meredith Dearborn has concurred in this filing.

Dated: July 24, 2017

*/s/ Karen L Dunn*
Karen L. Dunn

2
MEREDITH DEARBORN DECL. ISO UBER'S REPLY TO ENFORCE THE COURT'S ORDER AND TO STRIKE
CASE NO. 3:17-CV-00939-WHA