| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 6 | Facsimile:     415.268.7522 |
| 7 | KAREN L. DUNN (Admitted *Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 8 | HAMISH P.M. HUME (Admitted *Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 9 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 10 | Washington, D.C.  20005 |
|    | Telephone:    202.237.2727 |
| 11 | Facsimile:     202.237.6131 |
| 12 | Attorneys for Defendants |
|    | UBER TECHNOLOGIES, INC. |
| 13 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose

3    address is 1999 Harrison St., Suite 900, Oakland, CA.  I am not a party to the within cause, and I

4    am over the age of eighteen years.

5    I further declare that on July 24, 2017, I served **UNREDACTED** versions of the

6    following documents:

7    1.    DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S

8    REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER

9    (DKT. 563), TO STRIKE PLAINTIFF WAYMO LLC'S CORRECTED SUPPLEMENTAL

10   INITIAL DISCLOSURES, AND TO PRECLUDE DAMAGES CLAIMS AND CERTAIN

11   WITNESSES.

12   2.    EXHIBIT 2 to the DECLARATION OF MEREDITH DEARBORN IN SUPPORT

13   OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S REPLY IN

14   SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563),

15   TO STRIKE PLAINTIFF WAYMO LLC'S CORRECTED SUPPLEMENTAL INITIAL

16   DISCLOSURES, AND TO PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES.

17   3.    EXHIBIT 4 to the DECLARATION OF MEREDITH DEARBORN IN SUPPORT

18   OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S REPLY IN

19   SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563),

20   TO STRIKE PLAINTIFF WAYMO LLC'S CORRECTED SUPPLEMENTAL INITIAL

21   DISCLOSURES, AND TO PRECLUDE DAMAGES CLAIMS AND CERTAIN WITNESSES.

22   The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule

23   5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP

24   electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA                                                                                    1

| Recipient | Email Addresses |
|---|---|
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 24th day of July, 2017, at Oakland, California.

By: */s/ Jenel Day*
Jenel Day

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: */s/ Karen L. Dunn*
Karen L. Dunn