UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION FOR RELIEF FROM AND EMERGENCY MOTION FOR STAY OF NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 951)**<br><br>Trial Date: October 10, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's (collectively, "Defendants") Motion for Relief from and Emergency Motion for Stay of Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 951) pursuant to Local Rule 72-2, and having given Plaintiff Waymo LLC ("Waymo") an opportunity to respond, the Court hereby GRANTS Defendants' Motion.

[IT IS HEREBY ORDERED that Magistrate Judge Corley's July 19, 2017 Order Re: Waymo's Motion to Compel is STAYED with respect to Plaintiff's Requests for Production Nos. 30, 98, 99, 110, 145 and Interrogatories Nos. 24, 25 (Dkt. 951 at 1:21-25), pending the Court's resolution of Uber's Motion for Relief.]

IT IS HEREBY ORDERED that Magistrate Judge Corley's July 19, 2017 Order Re: Waymo's Motion to Compel is VACATED with respect to Plaintiff's Requests for Production Nos. 30, 98, 99, 110, 145 and Interrogatories Nos. 24, 25 (Dkt. 951 at 1:21-25), and Plaintiff Waymo's Motion to Compel (Dkt. 879) is DENIED with respect to Plaintiff's Requests for Production Nos. 30, 98, 99, 110, 145 and Interrogatories Nos. 24, 25.

**IT IS SO ORDERED**.

Dated: _____, 2017

        HONORABLE WILLIAM ALSUP
        United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF AND EMERGENCY MOTION FOR STAY
Case No. 3:17-cv-00939-WHA
sf-3808495

1