IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER SHORTENING TIME TO BRIEF MOTION FOR RELIEF**

On July 19, Judge Jacqueline Corley issued an order on plaintiff Waymo LLC's further motion to compel production of certain documents and answers to interrogatories from defendants Uber Technologies, Inc., and Ottomotto LLC (collectively, "Uber") (Dkt. No. 951). Uber has filed a motion for relief from that order pursuant to Civil Local Rule 72 (Dkt. No. 1007). The deadline for response briefs is advanced from August 7 to **JULY 27 AT NOON**. The deadline for any reply briefs is advanced from August 14 to **JULY 28 AT NOON**. Judge Corley's July 19 order (*see* Dkt. No. 951 at 2) is **STAYED** pending resolution of this motion.

**IT IS SO ORDERED.**

Dated: July 25, 2017.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE