# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC<br><br>    Plaintiff(s),<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>    Defendant(s). | Case No: 3:17-cv-00939<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Rachel Elizabeth Epstein, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: WAYMO LLC in the above-entitled action. My local co-counsel in this case is Jordan Jaffe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 849-7000 | (415) 875-6600 |
| My email address of record: | Local co-counsel's email address of record: |
| rachelepstein@quinnemanuel.com | jordanjaffe@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4795092.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/25/17

                                                  Rachel Elizabeth Epstein
                                                          APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachel Elizabeth Epstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 26, 2017.

                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE