# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Waymo LLC )
)
Plaintiff(s), )
)
v. )
)
Uber Technologies, Inc.; Ottomotto LLC; Otto )
Trucking LLC )
)
Defendant(s). )
_____ )

Case No: 3:17-cv-00939-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Phong T. Dinh , an active member in good standing of the bar of District of Columbia Court of Appeals , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant: Otto Trucking LLC in the above-entitled action. My local co-counsel in this case is   James Lin , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>GOODWIN PROCTER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4432 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>GOODWIN PROCTER, LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>202.346.4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>650.752.3100 |
| MY EMAIL ADDRESS OF RECORD:<br>PDinh@goodwinlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>JLin@goodwinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1004477.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 26, 2017                                  /s/ Phong T. Dinh

APPLICANT
PHONG T. DINH

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Phong T. Dinh  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Honorable William Alsup

*PRO HAC VICE* APPLICATION & ORDER                                                    *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com



## District of Columbia Court of Appeals
### Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court
of Appeals, do hereby certify that

## PHONG TRUONG DINH

was on **NOVEMBER 4, 2011** duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **JULY 26, 2017** .

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3   United States District Court for the Northern District of California by using the CM/ECF system

4   on July 26, 2017.  I further certify that all participants in the case are registered CM/ECF users

5   and that service will be accomplished by the CM/ECF system.

6       I certify under penalty of perjury that the foregoing is true and correct.  Executed this 26th

7   day of July 2017 in Washington, D.C.

8

9                                                          /s/ *Phong T. Dinh*
                                                           Phong T. Dinh

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PRO HAC VICE* APPLICATION & ORDER                    CASE NO. 3:17-CV-00939-WHA