**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Waymo LLC )
    ) Case No: 3:17-cv-00939-WHA
           Plaintiff(s), )
    ) **APPLICATION FOR**
  v. ) **ADMISSION OF ATTORNEY**
    ) **PRO HAC VICE**
Uber Technologies, Inc.; Ottomotto LLC; Otto ) (CIVIL LOCAL RULE 11-3)
Trucking LLC )
           Defendant(s). )

I, Phong T. Dinh, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant: Otto Trucking LLC in the above-entitled action. My local co-counsel in this case is James Lin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| GOODWIN PROCTER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4432 | GOODWIN PROCTER, LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD:<br>202.346.4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>650.752.3100 |
| MY EMAIL ADDRESS OF RECORD:<br>PDinh@goodwinlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>JLin@goodwinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1004477.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: July 26, 2017                           /s/ Phong T. Dinh
                                                                    APPLICANT
                                                                    PHONG T. DINH

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Phong T. Dinh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 26, 2017.
                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                                                    Honorable William Alsup

*PRO HAC VICE* APPLICATION & ORDER                                                             *October 2012*