# EXHIBIT 5
# ENTIRE EXHIBIT SUBMITTED UNDER SEAL