# EXHIBIT 6
# ENTIRE EXHIBIT SUBMITTED UNDER SEAL