MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Maxwell Pritt, declare as follows:

1. I am counsel at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's Motion to Compel Production of Documents responsive to Requests Nos. 61, 62, and 90-94. I make this declaration based on matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of Plaintiff Waymo LLC's ("Waymo's") Objections and Responses to Uber's First Set of Requests for Production of Documents (Nos. 1-149).

3. Attached as **Exhibit 2** is a true and correct copy of an email chain between Uber counsel Edward Takashima, Waymo counsel Melissa Baily, and Special Master John Cooper (the "Special Master"), among others, dated between June 30 and July 5, 2017, meeting and conferring on issues raised by Uber concerning Waymo's responses to Uber's first and second sets of Requests for Production of Documents ("RFPs"), including RFP Nos. 61, 62, 90-94, 96, and 97.

4. Attached as **Exhibit 3** is a true and correct copy of an email chain between myself, Waymo counsel Melissa Baily, and the Special Master, among others, dated between July 8 and July 24, 2017, meeting and conferring further about Waymo's responses to RFP Nos. 61, 62, 90-94, 96, and 97.

5. The parties met and conferred by phone several times with the Special Master between July 1 and July 24, 2017, to discuss the issues raised in Mr. Takashima's June 30 email and others, including the limitations Waymo imposed on RFPs Nos. 61, 62, 90-94, 96, and 97, and Waymo's application of its general objection to Uber's definition of "Waymo," "Plaintiff," "You," and "Your," to exclude searching for or producing responsive documents at Google or Alphabet (collectively, "Google") in response to RFP Nos. 61, 62, and 90-94, among others.

6. Attached as **Exhibit 4** is a true and correct copy of an email chain between myself, Waymo counsel Melissa Baily, and the Special Master dated between July 7 and July 20, 2017,

1  continuing to meet and confer about Waymo's responses to RFP Nos. 61, 62, 90-94, 96, and 97.

2      7.    Attached as **Exhibit 5** is a true and correct copy of excerpts of a spreadsheet, produced in this litigation by Waymo, bearing the bates number WAYMO-UBER-00031553 and titled "Full TaaS Oppty P&L".

    8.    Attached as **Exhibit 6** is a true and correct copy of excerpts of a spreadsheet, produced in this litigation by Waymo, bearing the bates number WAYMO-UBER-00031804 and titled "Full TaaS Oppty P&L".

    9.    Attached as **Exhibit 7** is a true and correct copy of an email chain between myself, Waymo counsel Jeff Nardinelli, and the Special Master, among others, dated July 8 and 24, 2017, meeting and conferring on further on Waymo's responses to RFP Nos. 61, 62,and 90-94, among other issues.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of July, 2017, in Oakland, California.

                */s/ Maxwell V. Pritt*
                Maxwell V. Pritt

### ATTESTATION OF E-FILED SIGNATURE

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has concurred in this filing.

                */s/ Karen L. Dunn*
                Karen L. Dunn