Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,                                      )
                                                )   Case No: 3:17-cv-00939
                          Plaintiff(s),         )
                                                )   **APPLICATION FOR**
        v.                                      )   **ADMISSION OF ATTORNEY**
                                                )   **PRO HAC VICE**
UBER TECHNOLOGIES, INC., et al.                 )   (CIVIL LOCAL RULE 11-3)
                                                )
                          Defendant(s).         )
                                                )

I, Melissa Brooke Felder Zappala , an active member in good standing of the bar of the District of Columbia Court of Appeals , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see Attachment 1 in the above-entitled action. My local co-counsel in this case is Meredith R. Dearborn , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1401 New York Avenue, N.W.<br>Washington, DC 20005 | 425 Tasso Street, Suite 205<br>Palo Alto, CA 94307 |
| MY TELEPHONE # OF RECORD:<br>(202) 237-2727 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 445-6400 |
| MY EMAIL ADDRESS OF RECORD:<br>mzappala@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mdearborn@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 497459 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/24/17                              /s/ Melissa Brooke Felder Zappala
                                             _____
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Melissa Brooke Felder Zappala is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:                                       _____
                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                            *October 2012*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT 1**

**TO PRO HAC VICE APPLICATION**

Defendants Uber Technologies, Inc. and Ottomotto LLC



# District of Columbia Court of Appeals
## Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C.   20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## MELISSA BROOKE FELDER ZAPPALA

was on **DECEMBER 11, 2006** duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **JULY 24, 2017** .

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk