Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING'S REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)**<br><br>Date:　　　　August 16, 2017<br>Time:　　　　8:00 a.m.<br>Courtroom:　8, 19th Floor<br>Judge:　　　Honorable William Alsup<br>Trial Date:　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) |

ACTIVE/91953443.1

1    I, Hong-An Vu, declare as follows:

2    1.    I am counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Reply in Support of Its Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563), requesting that the Court issue an order to enforce the June 7, 2017 order, strike Waymo's corrected supplemental initial disclosures, strike Waymo's Patent Local Rule 3-8 contentions, and preclude damages claims as to Otto Trucking.

3    2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of relevant excerpts of Plaintiff Waymo LLC's First Supplemental Objections and Responses to Otto Trucking, LLC's First Set of Interrogatories (Nos. 1-14), dated July 25, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of July, 2017 in Los Angeles, California.

<u>/s/ Hong-An Vu</u>
Hong-An Vu

ACTIVE/91953443.1                    1
DECLARATION ISO OTTO TRUCKING'S REPLY ISO MOTION TO ENFORCE
CASE NO. 3:17-CV-00939-WHA