# EXHIBIT 4

## ENTIRE EXHIBIT

## SUBMITTED UNDER SEAL

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>       Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO, LLC; OTTO TRUCKING<br>LLC,<br><br>       Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S SECOND<br>SUPPLEMENTAL OBJECTIONS AND<br>RESPONSES TO UBER'S FIRST SET OF<br>INTERROGATORIES (NOS. 1-11)** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Waymo LLC ("Waymo") hereby supplements its objections and responses to Defendant Uber Technologies, Inc.'s ("Uber") First Set of Interrogatories (Nos. 1-11).  These objections and responses are made based on its current understanding and on information reasonably available to Waymo at the present time.  Waymo reserves the right to supplement these responses if and when additional information becomes available.

**<u>GENERAL OBJECTIONS</u>**

Waymo makes the following General Objections, whether or not separately set forth in response, to each and every instruction, definition, and question posed in the interrogatories.  By responding to any of the interrogatories or failing to specifically refer to or specify any particular General Objection in response to a particular interrogatory, Waymo does not waive any of these General Objections, or admit or concede the appropriateness of any purported interrogatory or any assumptions contained therein.

1.      Waymo objects to each interrogatory, and to the Definitions and Instructions, to the extent that they purport to impose any obligations upon Waymo beyond the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, and the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup.

2.      Waymo objects to the definitions of "Waymo," "Plaintiff," "You," and "Your" on the grounds the definitions are overbroad, unduly burdensome, and vague, including, but not limited to, the extent that they include Alphabet Inc. or any Waymo subsidiary, subcontractor, partnership, joint venture, or other business cooperation involving Waymo LLC, Google Inc., and/or Alphabet Inc., the present and former officers, directors, employees, agents, representatives, accountants, financial advisors, consultants, and attorneys or other persons owned or controlled by Waymo LLC, Google Inc., and/or Alphabet Inc., regardless of their affiliation or employment.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1      3.    Waymo objects to the definition of "Side Business" as overly broad, unduly

2  burdensome, vague and ambiguous, to the extent that the definition includes personal side

3  project(s) or business(es).

4      4.    Waymo objects to each interrogatory to the extent that they seek information

5  protected by the attorney-client privilege or the work product doctrine or that is otherwise

6  privileged or protected from discovery.

7      5.    Waymo objects to each interrogatory to the extent that they seek information that is

8  not relevant to a claim or defense of any party or to the subject matter of this action and is not

9  proportional to the needs of the case, considering the importance of the issues at stake in the

10  action, the amount in controversy, the parties' relative access to relevant information, the parties'

11  resources, the importance of the discovery in resolving the issues, and whether the burden or

12  expense of the proposed discovery outweighs its likely benefit.

13      6.    Waymo objects to each interrogatory to the extent that they are compound,

14  complex, and contain multiple subparts.

15      7.    Waymo objects to each interrogatory to the extent that they are overbroad, unduly

16  burdensome, vague, and/or ambiguous.

17      8.    Waymo objects to each interrogatory to the extent that they seek information that

18  does not already exist, or that is not in Waymo's possession, custody, or control.

19      9.    Waymo objects to each interrogatory to the extent that they require Waymo to

20  provide information beyond what is available to Waymo at present from a reasonable search of its

21  own files likely to contain relevant or responsive documents and from a reasonable inquiry of its

22  present employees.

23      10.    Waymo objects to each interrogatory to the extent that they seek confidential or

24  proprietary information, including without limitation, confidential business information,

25  proprietary and/or competitively sensitive information, or trade secrets.  Subject to its other

26  General Objections, and to any specific objections set forth below, Waymo will only provide

27  relevant information in a manner consistent with the Protective Order entered by the Court in this

28  matter.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

11.     Waymo objects to each interrogatory to the extent that they seek information that Waymo is not permitted to disclose pursuant to confidentiality obligations or agreements with third parties.

12.     Waymo objects to each interrogatory to the extent that they are unlimited in time or otherwise not limited to a time frame relevant to this litigation and to the patents-in-suit, and therefore burdensome, oppressive, overly broad, and not proportional to the needs of the case.

13.     Waymo objects to each and every interrogatory to the extent that they call for a legal conclusion.

14.     Waymo objects to each and every interrogatory to the extent that they call for responses that are the subject of expert testimony.  Waymo will provide its expert reports pursuant to deadlines to be set by the Court for the exchange of such reports and will supplement or amend those reports as appropriate and as permitted by the Court.

15.     Waymo objects to each and every interrogatory to the extent that they call for information that is publicly available and therefore as accessible to Defendants as to Waymo.

16.     Waymo objects to these interrogatories to the extent that they are premature. Discovery is ongoing and Waymo has not yet completed its investigation of the matters at issue in this action.  Waymo reserves the right to modify, supplement, change or amend its responses once Waymo has conducted the necessary discovery and investigation.

17.     Waymo objects to Instruction No. 5 as overbroad, unduly burdensome, vague, and ambiguous to the extent that it refers to "Provision 1(d) of the Default Standard for Discovery in this judicial district."

18.     Waymo responds to each and every interrogatory based on its knowledge, information and belief based on its investigation as of the date of the response; however, Waymo's investigation into the issues of this action remains ongoing.  Waymo reserves the right to supplement or amend its responses without prejudice pursuant to Rule 26(e).

19.     Waymo's responses are not to be construed as an admission that any of the requested information exists, that any information is admissible, relevant or proportional to the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   needs of the case, or that any contention or assumption contained in the interrogatories, whether

2   implicit or explicit, is correct.

3       20.     Waymo incorporates by reference its General Objections in each of the specific

4   responses set forth below.

5

6                              **STATEMENT ON SUPPLEMENTATION**

7       Waymo's investigation in this action is ongoing, and Waymo reserves the right to rely on

8   and introduce information in addition to any information provided herein at the trial of this matter

9   or in other related proceedings.  Waymo anticipates that facts it learns later in the litigation may be

10  responsive to one or more of these interrogatories and Waymo reserves its right to supplement its

11  responses at appropriate points throughout this litigation without prejudice and/or to otherwise

12  make available to Defendants such information.  Waymo also reserves the right to change, modify

13  or enlarge the following responses based on additional information, further analysis, and/or in

14  light of events in the litigation such as rulings by the Court.  Waymo reserves the right to rely on

15  or otherwise use any such amended response for future discovery, trial or otherwise.  Unless

16  specifically stated otherwise in the individual responses to these interrogatories, Waymo's

17  statement on supplementation applies to all interrogatories.

18      Waymo's reservation of rights on supplementation is particularly warranted in light of

19  Defendants' "relentless concealment of likely probative evidence, both documentary and

20  testimonial, from Waymo's view."  Preliminary Injunction Order, Dkt. 433 at 8.  As illustrative

21  examples, Defendants' concealment of evidence by asserting a web of inapplicable privileges with

22  respect to the Stroz Friedberg due diligence investigation has hindered Waymo's efforts to

23  discover relevant evidence.  *See* Motion to Compel Order, Dkt. 549.  As another example,

24  Defendants' continued assertion of a web of inapplicable privileges to withhold 3,500 documents

25  related to Uber's acquisition of Ottomotto continues to hinder Waymo's efforts to discover

26  relevant evidence.  Misleading arguments Defendants made to the Court leading the Court and

27  Waymo to believe that Fuji was the only LiDAR system being developed in-house by Defendants

28  have similarly hindered Waymo's efforts.  *See* Apr. 12, 2017 Hr'g Tr. 87:12-88:3.  As a final

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

illustrative example, Waymo's efforts to discover relevant evidence were thwarted by evasive testimony from Defendants' employees Gaetan Pennecot (Pennecot Dep. 62:3-13, 69:14-15) and Daniel Gruver (Gruver Dep. 45:13-46:19) suggesting that ███████ used in Fuji did not ██████ ████████████ which was later contradicted by testimony provided by James Haslim in his court-ordered deposition (Haslim May 4 Dep. 50:14-51:9), as well as by misleading testimony from Gruver (Gruver Dep. 51:4-15) suggesting that Velodyne's LiDARs ████████████ which was later contradicted in Haslim's court-ordered deposition (Haslim May 4 Dep. 165:1-11).

**SPECIFIC OBJECTIONS AND RESPONSES**

Waymo expressly incorporates the above objections as though set forth fully in response to each of the following individual interrogatories, and, to the extent that they are not raised in the particular response, Waymo does not waive those objections.

**INTERROGATORY NO. 1:**

Identify each alleged Waymo trade secret from "Plaintiff's List of Asserted Trade Secrets Pursuant to Cal. Code Civ. Proc. Section 2019.210," served on March 10, 2017, that You contend is used by Uber, and identify all facts and Documents (by Bates number) that you believe support Your contention.

**RESPONSE TO INTERROGATORY NO. 1:**

Waymo incorporates by reference its General Objections. Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond separately for each alleged Waymo trade secret. Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts. Waymo further objects to this interrogatory as premature to the extent it calls for information that is subject to expert testimony. Waymo will provide expert testimony in accordance with the Court's procedural schedule.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Subject to and without waiving the foregoing General and Specific Objections, Waymo

2   responds as follows:

3   The head of Defendants' self-driving car program, Anthony Levandowski took from

4   Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

5   proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

6   Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

7   at 20:9-24, 100:9-101:15, 115:3-16.   The stolen files describe and contain certain of Waymo's

8   asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

9   63, and 75-109 from Waymo's List of Asserted Trade Secrets.  *See* Dkt. No. 25-7.   Mr.

10  Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

11  Waymo employees, used these files to design and build LIDAR designs and systems that include

12  information contained in and derived from Waymo's trade secrets.  *See* Levandowski Dep. at

13  20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

14  Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

15  to determine risks and benefits associated with various LiDAR designs and systems, including

16  Trade Secret Nos. 110-121.  *See id.*  Further evidence of Uber's use of Waymo's asserted trade

17  secrets is provided below:

18  **Trade Secret Nos. 1 and 4**

19  Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

20  at least because ████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████

22  ████████████████████████████████████████████  Uber uses

23  Trade Secret No. 4 at least because the Fuji device includes ███████████████████

24  ████████  ██████  █████  ███████  ██  ████████  ███  █████  ████  ████

25  ███████████  Example documents describing Uber's use of Trade Secret Nos. 1 and 4

26  include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

27  Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-

28  126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,

2 including UBER00011690-708, Document Production of Gorilla Circuits, including GOR

3 000001-174.

4 **Trade Secret Nos. 2, 3, and 6**

5 Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a

6 ████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████ or a derivative thereof.  Uber uses Trade Secret No. 3 at least because the Fuji

9 device includes or is derived from ████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████ or a derivative thereof.  Uber uses Trade Secret No. 6 at

12 least because the Fuji device includes or is derived from ████████████████████

13 ████████████████████████████████████████████████████

14 ██████████████████████████   ████████████████████████

15 ██████████████████████████ or a derivative thereof:

16

17

18

19

20

21

22

23

24

25 Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the

26 following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

27 inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  CAD drawings of the Fuji device, including UBER00011690-708, Document Production of

2  Gorilla Circuits, including GOR 000001-174.

3      **Trade Secret No. 5**

4      Uber uses Trade Secret No. 5 at least because the Fuji device includes ███████

5  ████████████████████████████████████████████ Example documents

6  describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

7  for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

8  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

9  UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

10     **Trade Secret No. 7**

11     Uber does not deny that it uses Trade Secret No. 7.  Uber uses Trade Secret No. 7 at least

12 because the Fuji device includes ████████████████████████████████████████████

13 ████████████████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████████████████

15 ████████████████████████████████████ Example documents describing Uber's

16 use of Trade Secret No. 7 include the following:  Deposition Transcript of Michael Lebby ("Lebby

17 Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 64:49;

18 WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

19 including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20 UBER00011690-708.

21     **Trade Secret No. 8**

22     Uber does not dispute that it uses Trade Secret No. 8.  Uber uses Trade Secret No. 8 at

23 least because the Fuji device includes ████████████████████████████████████████████

24 ████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████████████████

26 Example documents describing Uber's use of Trade Secret No. 8 include the following:

27 WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2   UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3       **Trade Secret Nos. 9 and 10**

4       Uber uses Trade Secret No. 9 at least because the Fuji device includes ██████

5   ███████████████████████████████████████████████████████████████

6   ███████████████████████████████████████████████████████████████

7   ███████████████████████████████████████████████████████████████

8   ███████████████████████████████████████████████████████████████

9   ██████████████████   Uber uses Trade Secret No. 10 at least because the Fuji device uses a

10  ███████████████████████████████████████████████████████████████

11  ███████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████   Example

13  documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

14  Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

15  Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

16  ████   ████████   UBER00006248;   UBER00006251;   UBER00011317;   UBER00011473

17  UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

18  194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

19  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

21  10 and 11.

22      **Trade Secret No. 13**

23      Uber does not dispute that it uses Trade Secret No. 13.  Uber uses Trade Secret No. 13 at

24  least because the Fuji device ██████████████████████████████

25  ███████████████████████████████████████████████████████████████

26  ██████   Example documents describing Uber's use of Trade Secret No. 13 include the following:

27  UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

28  the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

2  000001-174.

3  **Trade Secret No. 14**

4  Uber uses Trade Secret No. 14 at least because the Fuji device implements ███████

5  ████████████████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████████████████████

8  ██ Example documents describing Uber's use of Trade Secret No. 13 include the following:

9  Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

10  produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

11  289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

12  of Gorilla Circuits, including GOR 000001-174.

13  **Trade Secret No. 19**

14  Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

15  least because the Fuji device includes ███████████████████████████████████████

16  ████████████████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████████████

18  ████████████████████████████████████ Example documents describing

19  Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

20  for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

21  CAD drawings of the Fuji device produced for inspection.

22  **Trade Secret Nos. 48 and 90**

23  Uber uses Trade Secret No. 48 at least because the Spider device includes ███████

24  ████████████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████████████

26  ████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider

27  device ████████████████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████ Example

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

2  UBER00005076; UBER00005076; UBER00005077; UBER00011676; UBER00011678;

3  UBER00017389; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim Tr. at 17:24-24:24;

4  Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of the Spider device,

5  including UBER00006265-71.

6  **Trade Secret Nos. 94-99**

7  Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes ▮▮▮▮▮▮▮

8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Example documents describing Uber's use of Trade

11  Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

12  device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

13  272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

14  Production of Gorilla Circuits, including GOR 000001-174.

15  Discovery is ongoing and Waymo reserves the right to supplement this response after

16  further discovery and investigation into Uber's use of Waymo's trade secrets.

17

18  **<u>INTERROGATORY NO. 2</u>:**

19  Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

20  1, identify each Person who you claim has knowledge that Uber has used that trade secret, and

21  your basis for asserting that that person has knowledge of use of that specific trade secret.

22

23  **<u>RESPONSE TO INTERROGATORY NO. 2</u>:**

24  Waymo incorporates by reference its General Objections.  Waymo further objects to this

25  interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

26  the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

27  further objects to this request to the extent it is compound, complex, and contains multiple

28  subparts.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  Subject to and without waiving the foregoing General and Specific Objections, Waymo

2  responds as follows:  Waymo identifies the individuals in the documents and deposition testimony

3  cited in Waymo's response to Interrogatory No. 1.  Waymo further identifies all individuals

4  identified by Defendants in response to Court Ordered Interrogatory No. 2.  Waymo prospectively

5  identifies those individuals to be identified by Uber in its required accounting pursuant to the

6  Court's preliminary injunction order.   Waymo identifies these individuals based on their

7  conversations with Mr. Levandowski who has possessed and/or still does possess Waymo's

8  confidential documents as described in Waymo's response to Interrogatory No. 1, Waymo's Trade

9  Secret List, and the Court's preliminary injunction order.

10  Waymo additionally identifies the following individuals who have knowledge that Uber

11  has used that trade secrets identified in response to Interrogatory No. 1, along with Waymo's basis

12  for asserting each individual has such knowledge:

13  Anthony Levandowski:  Mr. Levandowski stole more than 14,000 design files from

14  Waymo's SVN repository, including design files that describe each of Waymo's trade secrets

15  identified in response to Interrogatory No. 1.  Mr. Levandowski is a former Waymo employee and

16  is knowledgeable about Waymo's development and use of these trade secrets.  Mr. Levandowski

17  was involved in the design of Defendants' Fuji and Spider devices, including the specific features

18  of those devices that use each of Waymo's trade secrets identified in response to Interrogatory No.

19  1, and therefore has knowledge of Defendants' use of each of those trade secrets.

20  Gaetan Pennecot:  Mr. Pennecot is a former Waymo employee and is knowledgeable about

21  Waymo's development and use of Waymo's trade secrets identified in response to Interrogatory

22  No. 1.  Mr. Pennecot was involved in the design of Defendants' Fuji and Spider devices, including

23  the specific features of those devices that use each of Waymo's trade secrets identified in response

24  to Interrogatory No. 1, and therefore has knowledge of Defendants' use of each of those trade

25  secrets.  Mr. Pennecot also retained on Uber's servers specifications and data concerning his prior

26  work at 510 Systems (acquired by Google).  Mr. Pennecot similarly retained in his possession

27  until June 13, 2017, Google proprietary hardware, lenses, and unknown data and documents

28  (currently encrypted).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Daniel Gruver:  Mr. Gruver is a former Waymo employee and is knowledgeable about
2  Waymo's development and use of Waymo's trade secrets identified in response to Interrogatory
3  No. 1.  Mr. Gruver was involved in the design of Defendants' Fuji and Spider devices, including
4  the specific features of those devices that use each of Waymo's trade secrets identified in response
5  to Interrogatory No. 1.

6    James Haslim:  Mr. Haslim was involved in the design of Defendants' Fuji and Spider
7  devices, including the specific features of those devices that use each of Waymo's trade secrets
8  identified in response to Interrogatory No. 1.

9    Scott Boehmke:  Mr. Boehmke was involved in the design of Defendants' Fuji and Spider
10  devices, including the specific features of those devices that use each of Waymo's trade secrets
11  identified in response to Interrogatory No. 1.

12    Lior Ron:  Mr. Ron is a former Waymo employee and is knowledgeable about Waymo's
13  development and use of each of the trade secrets identified in response to Interrogatory No. 1.
14  Upon information and belief, Mr. Ron is knowledgeable about the design files that Mr.
15  Levandowski stole from Waymo's SVN repository, including design files that describe each of
16  Waymo's trade secrets identified in response to Interrogatory No. 1.  Upon information and belief,
17  Mr. Ron is knowledgeable about Defendants' Fuji and Spider devices, including the specific
18  features of those devices that use each of Waymo's trade secrets identified in response to
19  Interrogatory No. 1.

20    Colin Sebern:  Mr. Sebern is a former Waymo employee and is knowledgeable about
21  Waymo's development and use of each of the trade secrets identified in response to Interrogatory
22  No. 1.  Upon information and belief, Mr. Sebern is knowledgeable about the design files that Mr.
23  Levandowski stole from Waymo's SVN repository, including design files that describe each of
24  Waymo's trade secrets identified in response to Interrogatory No. 1.  Upon information and belief,
25  Mr. Sebern is knowledgeable about Defendants' Fuji and Spider devices, including the specific
26  features of those devices that use each of Waymo's trade secrets identified in response to
27  Interrogatory No. 1.

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Don Burnette:  Mr. Burnette is a former Waymo employee and is knowledgeable about

2  Waymo's development and use each of the trade secrets identified in response to Interrogatory No.

3  1.  Upon information and belief, Mr. Burnette is knowledgeable about the design files that Mr.

4  Levandowski stole from Waymo's SVN repository, including design files that describe each of

5  Waymo's trade secrets identified in response to Interrogatory No. 1.  Upon information and belief,

6  Mr. Burnette is knowledgeable about Defendants' Fuji and Spider devices, including the specific

7  features of those devices that use each of Waymo's trade secrets identified in response to

8  Interrogatory No. 1.

9    Soren Juelsgaard:  Mr. Juelsgaard is a former Waymo employee and is knowledgeable

10  about Waymo's development and use of each of the trade secrets identified in response to

11  Interrogatory No. 1.  Upon information and belief, Mr. Juelsgaard is knowledgeable about the

12  design files that Mr. Levandowski stole from Waymo's SVN repository, including design files that

13  describe each of Waymo's trade secrets identified in response to Interrogatory No. 1.  Upon

14  information and belief, Mr. Juelsgaard is knowledgeable about Defendants' Fuji and Spider

15  devices, including the specific features of those devices that use each of Waymo's trade secrets

16  identified in response to Interrogatory No. 1.

17    Claire Delauney:  Ms. Delauney is a former Waymo employee and is knowledgeable about

18  Waymo's development and use of each of the trade secrets identified in response to Interrogatory

19  No. 1.  Upon information and belief, Ms. Delauney is knowledgeable about the design files that

20  Mr. Levandowski stole from Waymo's SVN repository, including design files that describe each

21  of Waymo's trade secrets identified in response to Interrogatory No. 1.  Upon information and

22  belief, Ms. Delauney is knowledgeable about Defendants' Fuji and Spider devices, including the

23  specific features of those devices that use each of Waymo's trade secrets identified in response to

24  Interrogatory No. 1.

25    Max Levandowski: Upon information and belief, Max Levandowski is knowledgeable

26  about the design files that Anthony Levandowski stole from Waymo's SVN repository, including

27  design files that describe each of Waymo's trade secrets identified in response to Interrogatory No.

28  1.  Upon information and belief, Max Levandowski is knowledgeable about Defendants' Fuji and

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  Spider devices, including the specific features of those devices that use each of Waymo's trade

2  secrets identified in response to Interrogatory No. 1.

3          Brian McClendon:  Mr. McClendon is a former Google employee and is knowledgeable

4  about Waymo's development and use of each of the trade secrets identified in response to

5  Interrogatory No. 1.  Upon information and belief, Mr. McClendon is knowledgeable about the

6  design files that Mr. Levandowski stole from Waymo's SVN repository, including design files that

7  describe each of Waymo's trade secrets identified in response to Interrogatory No. 1.  Upon

8  information and belief, Mr. McClendon is knowledgeable about Defendants' Fuji and Spider

9  devices, including the specific features of those devices that use each of Waymo's trade secrets

10  identified in response to Interrogatory No. 1.

11          Individuals from Stroz Friedberg:  Upon information and belief, individuals from Stroz

12  Friedberg are knowledgeable about files that Mr. Levandowski and other former Google/Waymo

13  employees took from Waymo, including design files that describe each of Waymo's trade secrets

14  identified in response to Interrogatory No. 1.

15          Individuals from Defendants' Law Firms:  Upon information and belief, individuals and

16  law firms representing defendants and Mr. Levandowski are knowledgeable about files that Mr.

17  Levandowski and other former Google/Waymo employees took from Waymo, including design

18  files that describe each of Waymo's trade secrets identified in response to Interrogatory No. 1.

19          Discovery is ongoing and Waymo reserves the right to supplement this response after

20  further discovery and investigation into individuals knowledgeable about Uber's use of Waymo's

21  trade secrets.

22

23  **INTERROGATORY NO. 3:**

24          Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

25  1, state why you believe it has independent economic value from not being generally known.

26

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   **RESPONSE TO INTERROGATORY NO. 3:**

2   Waymo incorporates by reference its General Objections.  Waymo further objects to this

3   interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

4   the extent that it asks Waymo to respond "[s]eparately for each alleged Waymo trade secret."

5   Waymo further objects to this request to the extent it is compound, complex, and contains multiple

6   subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

7   information that is subject to expert testimony.  Waymo will provide expert testimony in

8   accordance with the Court's procedural schedule.

9   Subject to and without waiving the foregoing General and Specific Objections, Waymo

10   responds as follows:  Waymo hereby incorporates by reference its identification of asserted trade

11   secrets.  Waymo further responds:

12   Waymo's trade secrets derive independent economic value from not being generally

13   known, thereby enabling Waymo's position at the forefront of the effort to bring fully self-driving

14   cars to market.  In particular, Waymo was the first major U.S. technology firm to dedicate

15   significant resources to the development of self-driving car technology, which promises to make

16   transportation safer, cleaner, more efficient, and more widely available.  Waymo developed its

17   own unique, proprietary technology tailored to fully autonomous vehicles.  Among others, Waymo

18   designed its own LiDAR systems to enable a self-driving vehicle to "see" its surroundings and

19   thus detect traffic, pedestrians, and other obstacles that a vehicle must be able to see in order to

20   drive safely.  This technology was pivotal in Waymo achieving the world's first — and only —

21   truly driverless trip on public roads in 2015.  Waymo's early, sustained investment in self-driving

22   car technology has made it a leader not only in performance and safety but also in cost-reduction,

23   a critical element for commercialization.  *See, e.g.*, Declaration of Pierre-Yves Droz ("Droz

24   Decl.") ¶ 38.

25   With respect to LiDAR specifically, Waymo has invested millions of dollars and thousands

26   of engineering hours to develop its own proprietary LiDAR systems that are high-performing and

27   low-cost — *i.e.*, tailored to advance the commercialization of autonomous vehicles.  Waymo's

28   early efforts to develop its mid-range LiDAR systems were directed at selecting a fundamental

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   architecture that could provide the right balance among a variety of priorities: ████████

2   ███████████████████████████████████████████████████████ *Id.* ¶¶ 10-

3   12.  The Waymo team spent years working on a variety of possibilities that proved to be dead

4   ends.  *See, e.g., id.* ¶¶ 10-11.  Waymo's experience with these "dead-end" designs helped lead

5   Waymo to the architecture now at the heart of its current LiDAR systems.  *Id.* ¶ 12.

6        Waymo's current-generation LiDAR technology, known internally as GBr3, incorporates

7   innovations that optimize the balance among ████████████████████████████

8   ████████████████ *Id.* ¶ 20.  Such innovations are not patented, are not visible to passers-by

9   as Waymo tests its vehicles, and derive their economic value from being kept secret from

10   competitors, as described in Waymo's Trade Secret List (Exhibit 1 to Jaffe Declaration).  Thus,

11   these innovations qualify as trade secrets.  They derive independent economic value from not

12   being generally known at least in part because they embody Waymo's expenditure of time and

13   resources into developing the trade secrets, which a competitor could circumvent in the event that

14   such trade secrets were generally known.  Any ability to shorten or eliminate engineering cycles

15   represents a valuable time-saving advantage.

16        **Trade Secret Nos. 1, 4, and 6**

17        Trade Secret Nos. 1 ██████████████████████████████████████

18   ██████ 4 ██████████████████████████████████████████████████

19   ████████████████████████████████████████ & 6 ██████████████

20   ████████████████████████████████████████████████████████

21   ████████████████████████████ derive independent economic value from not being

22   generally known."

23        Specifically, ██████████████████████████████████████████

24   ████████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In GBr2, ████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ██████████████████████████████████

16    In brief, Trade Secret Nos. 1, 4, & 6 derive independent economic value from not being

17 generally known, for example because ████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████████  As another

21 example of additional independent economic value these trade secrets derive from not being

22 generally known, ████████████████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1　████████████████████████████████████████████

2　████████████████████████████████████████████

3　██████████████████████

4　**Trade Secret Nos. 2 and 3**

5　Trade Secret Nos. 2 ████████████████████████████

6　██████████████████ & 3 ███████████████████████

7　████████████████████████████████████████ derive

8　independent economic value from not being generally known.

9　Specifically, ████████████████████████████████████

10　████████████████████████████████████████████

11　████████████████████████████████████████████

12　████████████████████████████████████████████

13　████████████████████████

14　████████████████████████████████████████

15　██████████████████████████ ██████████████████

16　████████████████████████████████████████████

17　████████████████████████████████████████████

18　████████████████████████ █ ██████████████████

19　████████████████████████████████████████████

20　████████████████████████████████████████████

21　████████████████████████████████████████████

22　████████████████████████████████████████████

23　████████████████████████████████████ ████████

24　████████████████████████████████████████████

25　████████████████████████████████████████████

26　████████████████

27　████████████████████████████████████████████

28　████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ██████████    ████████████████████████████████████

3 ████████████████████████████████████████████████

4 ██████████████   ██████████████████████████████████

5 ███████████████

6       In brief, Trade Secret Nos. 2 & 3 derive economic value from not being generally known

7 because ████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ██████████████████████████████

14       **Trade Secret No. 5**

15       Trade Secret No. 5 ███████████████████████████

16 ██████████ derives independent economic value from not being generally known.

17       Specifically, Trade Secret No. 5 derives economic value from not being generally known

18 to the public or to competitors because █████████████████████████

19 ████████████████████████████████████████████████

20 ████████████   ███████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████████

23       **Trade Secret No. 7**

24       Trade Secret No. 7 ███████████████████████████

25 ████████████████ derives independent economic value from not being generally known.

26       Specifically, ████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████

2  ████████████  ████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ████████████████████████████████████  ████████████

5  ████████████████████████████████████████████████████

6  ████████████████████  ██████████████████████████████

7  ████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ████████  ███████████████████████████████████████████

14 █████████████████████████████████

15   Further ways in which ██████████████ derive economic value from not being generally

16 known are: ████████████████████████████████████████

17 ████████████████████████████████████  ████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████  ████████████████

20 ████████████████████████████████████████████████████

21 ████████  ███████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 █████████████████████████████████████████████

2 █████████████████████████████████████████████

3 █████████████████████████████████████████████

4 █████████████████████████████████████████████

5 █████████████████████████████████████████████

6 ███████████████████████████████   ████████████

7 █████████████████████████████████████████████

8 █████████████████████████████████████████████

9 ████  ███████████████████████████████████████

10 █████████████████████████████████████████████

11 ████████████

12       In brief, Trade Secret No. 7 derives economic value from not being generally known to the

13 public or to competitors because █████████████████████████████████

14 ████████████████████████████

15 **Trade Secret No. 8**

16       Trade Secret No. 8 ██████████████████████████████

17 ███████████████████ derives independent economic value from not being generally

18 known.

19       Specifically, Trade Secret No. 8 derives economic value from not being generally known

20 to the public or to competitors because ██████████████████████

21 █████████████████████████████████████████████

22 ███████████████████

23 **Trade Secret Nos. 9 and 10**

24       Trade Secret Nos. 9 ███████████████████████

25 █████████████████████████████████████████████

26 ███████████████████ & 10 ███████████████████

27 ██████████████████ derive independent economic value from not being generally

28 known.

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Specifically, ███████ ████████ ████ █████ █████ ██████ ███████ █ ██████

2    ████████████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████

7    █████████████████████████████████ ██████████████████████████████████

8    ██████████████████████████████████████████ █████████████████████████

9    ████████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████████████

12   ██████

13   In brief, Trade Secret Nos. 9 & 10 derive economic value from not being generally known

14   to the public or to competitors because █████████████████████████████████████

15   ████████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████████████

18   ███████████████████████████████████████████████████████████

19   **Trade Secret No. 13**

20   Trade Secret No. 13 █████████████████████████████████████████

21   ████████████████████████████████████████████████████████████████████

22   derives independent economic value from not being generally known.

23   Trade Secret No. 13 is not generally known █████████████████████████

24   ████████████████████████████████████████████████████████████████████

25   ████████████████████████████ █████████████████████████████████████

26   ████████████████████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ██████████████████████████████████████████████████

2  ██████████████████████████████████████████████████

3  ██████████████████████████████████████████████████

4  ██████████████████████████████████████████████████

5  ██████████████████████████████████████████████████

6  ███████████████████████   ████████████████████████

7  █████████████████████████████████

8  **Trade Secret No. 14**

9  Trade  Secret  No.  14 ████████████████████████████

10 ██████████████████████████████████████████████████

11 derives independent economic value from not being generally known.

12 Specifically, █████████████████████████████████████

13 ████████████████████████████  ███████████████████

14 ██████████████████████████████████████████████████

15 ████████████████████   ███████████████████████████

16 █████████████████████████████████████████████████

17 ████  ███████████████████████████████████████████

18 ██████████████████████████████  ██████████████████

19 ██████████████████████████████████████████████████

20 ██████████████████████████████████████████████████

21 ██████████████████████████████████████████████████

22 ████████████████████████  ████████████████████████

23 ████████████████  ████████████████████████████████

24 ██████████████████████████████████████████████████

25 █████████████████████████████████████  ███████████

26 ██████████████████████████████████████████████████

27 ████████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In brief, Trade Secret No. 14 derives independent economic value from not being generally

2    known to the public or to competitors because ████████████████████████████████

3    ████████████████████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████████████

8    ██████████████████████████████████████████████████████

9    **Trade Secret No. 19**

10   Trade Secret No. 19 █████████████████████████████████████████████████████

11   ██████████████████████████████████████████████████ derives independent

12   economic value from not being generally known.

13       Specifically, Trade Secret No. 19 derives independent economic value from not being

14   generally known, for example because █████████████████████████████████████

15   ████████████████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████████████████

17   ████████████████████████████████   ██████████████████████████████████████

18   ████████████████████████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████████████████████████

20   ███████████████████████████████████████

21   **Trade Secret No. 48 and 90**

22   Trade Secret Nos. 48 ██████████████████████████████████████████████████████

23   ██████████████████████████████  & 90 ████████████████████████████████████████

24   derive independent economic value from not being generally known.

25       Specifically, these trade secrets derive independent economic value from not being

26   generally known because ████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████ ██ ████ ████ ████ ████ ████ ████ █ ████

2 █████████████████████████████████████████████████

3 ████████████████

4      ███████████████████████████████████████████

5 █████████████████████████████████████████████████

6 █████████████████████████████████████████████████

7 █████████████████████████████████████████████████

8 █████████████████████████████████████████████████

9 █████████████████████████████████████████████████

10 █████████████████████████████████████████████████

11 ██████████████████

12      In brief, Trade Secret Nos. 48 & 90 derive independent economic value from not being

13 generally known to the public or to competitors because ████████████████

14 █████████████████████████████████████████████████

15 █████████████████████████████████████████████████

16 █████████████████████████████████████████████████

17 █████████████████████████████████████████████████

18 ████████████████████████████

19 **Trade Secret Nos. 75-80**

20      Trade  Secret  Nos.  75 ████ ███████ ████████ ████████ ████████ ██████

21 █████████, 76 ████████████████████████████████ 77 ████████████

22 ████████████ 78 ████████████████████████ 79 ████████████████

23 ████████████ & 80 ████████████████████ derive independent economic value from

24 not being generally known.

25      Specifically, Trade Secret Nos. 75-80 derive independent economic value from not being

26 generally known to the public or to competitors because ████████████████

27 █████████████████████████████████████████████████

28 ██████ ██ █ █ ████ ████ ████ ████ ████ ████ ████ ████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ████████

4     **Trade Secret No. 81**

5     Trade Secret No. 81 ████████████████████ derives independent economic

6 value from not being generally known.

7     Specifically, Trade Secret No. 81 derives independent economic value from not being

8 generally known to the public or to competitors because ████████████████████

9 ██████████████████████████████████████████████

10 ██████████████████████████████████████████████

11 ████████████

12     **Trade Secret No. 85**

13     Trade Secret No. 85 ████████████████████████ derives

14 independent economic value from not being generally known.

15     Specifically, Trade Secret No. 85 derives independent economic value from not being

16 generally known to the public or to competitors because ██████████████

17 ██████████████████████████████████████████████

18 ██████████████████████████████████████████████

19 ██████████████████████████████████████████████

20 ██████████████████████████████████████████████

21 ██████████████████████████████████████████████

22 ████████████ ████████████████████████████████

23 ██████████████████████████████████████████████

24 ██████████████████████████████████████████████

25 ████ ██████████████████████████████████████████

26 ██████████████████████████████

27     **Trade Secret No. 86**

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Trade Secret No. 86 ███████████████████████ derives independent economic

2  value from not being generally known.

3    Specifically, Trade Secret No. 86 derives independent economic value from not being

4  generally known to the public or to competitors because ████████████████████████

5  ████████████████████████████████████████████████████████

6  ████████████████████████        ████████████████████████

7  ████████████████████████████████████████████████

8    **Trade Secret Nos. 87-88**

9    Trade Secret No. 87 ████████████████████  &  88 ████████████

10  ████████████ derive independent economic value from not being generally known.

11    Specifically, Trade Secret Nos. 87-88 derive independent economic value from not being

12  generally known to the public or to competitors because ████████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████

20    **Trade Secret No. 91**

21    Trade Secret No. 91 ████████████████████████ derives independent

22  economic value from not being generally known.

23    Specifically, Trade Secret No. 91 derives independent economic value from not being

24  generally known for the same reasons outlined with respect to Trade Secret Nos. 1-20 and 94-109.

25    **Trade Secret Nos. 94-109**

26    Trade Secret Nos. 94 ████████████████████████████████████

27  ████████████████████████████████████████ 95 ████████████████████

28  ████████████████████████████, 96 ████████████████████████████

29

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



1  ████████ 97 ████████████████████████ 98

2  ████████████████████████ 99 ████████████████

3  ████████████████ 100 ████████████████

4  ███████ , 101 ████████████████████████

5  102 ████████████████████ 103 ██████

6  ██████████████████████ 104 ████

7  ███████████████████████████████

8  █████ 105 █████████████████████████

9  ████████████████ 106 ██████████████

10 ██████████████████████████ 107

11 ███████████████████████████████

12 ██████ 108 █████████████████████

13 █████ & 109 ██████████████████████

14 ████████████ derive independent economic value from not being generally known.

15     Specifically, these trade secrets derive independent economic value from not being

16 generally known to the public or to competitors because ████████████████

17 ███████████████████████████████

18 ███████████████████████████████

19 ███████████████████████████████

20 ███████████████████████████████

21 ███████████████████████████████

22 ███████████████████████████████

23 ███████████████████████████████

24 ██████████████████████ ████████

25 ███████████████████████████████

26 ███████████████████████████████

27 ███████████████████████████████

28 ███████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13    In brief, Trade Secret Nos. 94-109 have independent economic value from not being

14    generally known because

15

16

17

18

19

20

21

22

23

24

25

26

27    **Trade Secret No. 110**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Trade Secret No. 110 ████████████████████████████████████

2    ███████████ derives independent economic value from not being generally known.

3    Specifically, Trade Secret No. 110 derives independent economic value from not being

4    generally known to the public or to competitors because ████████████████████

5    ████████████████████████████████████████████████████████████

6    ████████████████████   ████████████████████████████████████

7    ████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████

10   ████████████████████████████

11   **Trade Secret No. 111**

12   Trade Secret No. 111 ████████████████████████████████████████

13   ████████████████████████████████ derives independent economic value from not being

14   generally known.

15   Specifically, Trade Secret No. 111 derives independent economic value from not being

16   generally known to the public or to competitors because ████████████████████

17   ████████████████████████████████████████████████████████████

18   ████████████████████████████   ██████████████████████████████

19   ████████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████████

21   ████████████████████   ██████████████████████████████████████

22   ████████████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████████████

24   ████████████████████████   ██████████████████████████████████

25   ████████████████████████████████████████████████████████████

26   ████████████████

27   **Trade Secret No. 112**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Trade Secret No. 112 ███████████████████████████████████

2    ████████████████████████████ derives independent economic value from not

3    being generally known.

4    Specifically, Trade Secret No. 112 derives independent economic value from not being

5    generally known to the public or to competitors because ███████████████████████

6    ████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████

9    ████████████████

10    **Trade Secret No. 113**

11    Trade Secret No. 113 ███████████████████████████████████

12    ████████████████████████████ derives independent economic value from not

13    being generally known.

14    Specifically, Trade Secret No. 113 derives independent economic value from not being

15    generally known to the public or to competitors because ███████████████████████

16    ████████████████████████████████████████████████████████

17    ██████████████████████████████ ███████████████████████████

18    ████████████████████████████████████████████████████████

19    ████████████████████████████████████████████████████████

20    ████████████████████████████████████████████████████████

21    █████████████████████

22    **Trade Secret No. 114**

23    Trade Secret No. 114 ███████████████████████████████████

24    ████████████████ derives independent economic value from not being generally known.

25    Specifically, ██████████████████████████████████████████

26    ████████████████████████████████████████████████████████

27    ███████████████████████████████████████████ ██████████████

28    ████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ██████  ████████████████████████████████████████████

4  ███████████████████████

5  **Trade Secret No. 115**

6      Trade Secret No. 115 ████████████████████████████

7  ██████████████████████████ derives independent economic value from not being

8  generally known.

9      Specifically, Trade Secret No. 115 derives independent economic value from not being

10 generally known to the public or to competitors because ████████████████████

11 ████████████████████████████████████████  ██████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████

16 ███████████████████████

17 **Trade Secret No. 116**

18     Trade Secret No. 116 ████████████████████████████

19 ████████████████████████████████████████████████ derives

20 independent economic value from not being generally known.

21     Specifically, Trade Secret No. 116 derives independent economic value from not being

22 generally known to the public or to competitors because ████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████  ██████████████████████████

27 ████████████████████████████████████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████

3     **Trade Secret No. 117**

4     Trade Secret No. 117 ███████████████████████████████████

5 ████████ ██████ ████ ████ ████████████ ███████ ██ ██ ██████ ███████ derives

6 independent economic value from not being generally known.

7     Specifically, Trade Secret No. 117 derives independent economic value from not being

8 generally known to the public or to competitors because ██████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ██████████████

16     **Trade Secret No. 118**

17     Trade Secret No. 118 ███████████████████████████████████

18 ███████████████████████ derives independent economic value from not being generally

19 known.

20     Specifically, Trade Secret No. 118 derives independent economic value from not being

21 generally known to the public or to competitors because ██████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████

25     **Trade Secret No. 119**

26     Trade Secret No. 119 ███████████████████████████████████

27 ███████████████████ derives independent economic value from not being

28 generally known.

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Specifically, Trade Secret No. 119 derives independent economic value from not being

2   generally known to the public or to competitors because ████████████████████████

3   ████████████████████████████████████████████████████████

4   ████████████████████      ████████████████████████████

5   ████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████

7   ████████████████████████████████

8   **Trade Secret No. 120**

9   Trade Secret No. 120 ████████████████████████████████

10   ████████████████████████ derives independent economic value from not being

11   generally known.

12   Specifically, Trade Secret No. 120 derives independent economic value from not being

13   generally known to the public or to competitors because ████████████████████████

14   ████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   ████████

22   **Trade Secret No. 121**

23   Trade Secret No. 121 ████████████████████████████████

24   ████████████████ derives independent economic value from not being generally known.

25   Specifically, Trade Secret No. 121 derives independent economic value from not being

26   generally known to the public or to competitors because ████████████████████████

27   ████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████████████████████████████████

4 ████████████████████████████████████████

5 ████████████████████████████████

6

7 **INTERROGATORY NO. 4:**

8       Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

9 1, identify all Documents (by Bates number) that reflect the development, content, and scope of

10 the alleged trade secret.

11

12 **RESPONSE TO INTERROGATORY NO. 4:**

13       Waymo incorporates by reference its General Objections.  Waymo further objects to this

14 interrogatory on the grounds that (i) it is vague and ambiguous, including with respect to the

15 phrase "development, content, and scope"; and (ii) it is overbroad, unduly burdensome, and

16 oppressive, including to the extent that it asks Waymo to respond "[s]eparately for each alleged

17 Waymo trade secret" and to identify "all Documents."  Waymo further objects to this request to

18 the extent it is compound, complex, and contains multiple subparts.

19       Subject to and without waiving the foregoing General and Specific Objections, Waymo

20 responds as follows:

21       Waymo identifies the following documents as responsive to this interrogatory:  WAYMO-

22 UBER-00003147,  WAYMO-UBER-00003156,  WAYMO-UBER-00003176,  WAYMO-UBER-

23 00003184,  WAYMO-UBER-00003185,  WAYMO-UBER-00003210,  WAYMO-UBER-

24 00003211,  WAYMO-UBER-00003217,  WAYMO-UBER-00003248,  WAYMO-UBER-

25 00003249,  WAYMO-UBER-00003259,  WAYMO-UBER-00003260,  WAYMO-UBER-

26 00003261,  WAYMO-UBER-00003266,  WAYMO-UBER-00003267,  WAYMO-UBER-

27 00003299,  WAYMO-UBER-00003306,  WAYMO-UBER-00003323,  WAYMO-UBER-

28 00003341,  WAYMO-UBER-00003452,  WAYMO-UBER-00002485,  WAYMO-UBER-

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   00002542,      WAYMO-UBER-00002551,      WAYMO-UBER-00002559,      WAYMO-UBER-

2   00002570,      WAYMO-UBER-00002595,      WAYMO-UBER-00002985,      WAYMO-UBER-

3   00003499, WAYMO-UBER-00004025, WAYMO-UBER-00004845.

4

5   **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

6          Waymo incorporates by reference its General Objections.  Waymo further objects to this

7   interrogatory on the grounds that it is vague and ambiguous, including with respect to the phrase

8   "development, content, and scope," and (ii) it is overbroad, unduly burdensome, and oppressive.

9   Waymo further objects to this request to the extent it is compound, complex, and contains multiple

10  subparts.

11         Subject to and without waiving the foregoing General and Specific Objections, Waymo

12  responds as follows:  Waymo identifies documents as responsive to this interrogatory in Appendix

13  A.  Waymo also intends to rely on the 14,000 misappropriated files, including the subset of those

14  files identified in response to Uber's Interrogatory No. 10 and the revision history maintained in

15  the SVN server.

16         Discovery is ongoing.  Waymo is continuing to produce documents and providing

17  deposition testimony.   Waymo reserves the right to supplement this response after further

18  discovery and investigation.

19

20  **INTERROGATORY NO. 5:**

21         Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

22  1, identify all Persons involved in the development of the alleged trade secret and describe their

23  roles in the development.

24

25  **RESPONSE TO INTERROGATORY NO. 5:**

26         Waymo incorporates by reference its General Objections.  Waymo further objects to this

27  interrogatory on the grounds that (i) it is vague and ambiguous, including with respect to the term

28  "development"; and (ii) it is overbroad, unduly burdensome, and oppressive, including to the

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

extent that it asks Waymo to respond "[s]eparately for each alleged Waymo trade secret" and to identify "all Persons."   Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

Waymo identifies the following individuals involved in the development of the trade secrets identified in response to Interrogatory No. 1:

- Pierre-Yves Droz, Waymo Principal Hardware Engineer and LiDAR Team Technical Lead.
- Ben Ingram, Waymo Hardware Engineer.
- Luke Wachter, Waymo Software Engineer.
- Drew Ulrich, Waymo Mechanical Engineer.
- Zachary Morriss, Waymo Mechanical Engineer.
- Dorel Ionut Iordache, Waymo Software Engineer.
- Sam Lenius, Waymo Hardware Engineer.
- Bernard Fidric, Waymo Hardware Engineer.
- Anthony Levandowski, former Google Software Engineer and LiDAR Team Manager.
- Gaetan Pennecot, former Google Hardware Engineer.
- Daniel Gruver, former Google Engineer.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is vague and ambiguous, including with respect to the term "development."  Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo identifies each individual named or otherwise identified on the documents (*e.g.*, via custodial information) identified in response to Uber's Interrogatory No. 4, on a trade secret by trade secret basis, as well as contributors to the misappropriated SVN files identified in response to Uber's Interrogatory No. 10, as reflected by the names of commits maintained in the SVN server's revision history.

Waymo further identifies the following individuals involved in the development of the trade secrets identified in response to Interrogatory No. 1:

| Trade Secret No. | Individuals Involved in Development |
|---|---|
| 1 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach |
| 2 | Pierre-Yves Droz, Gaetan Pennecot |
| 3 | Pierre-Yves Droz, Gaetan Pennecot |
| 4 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach, Sean Noyce |
| 5 | Pierre-Yves Droz, Gaetan Pennecot |
| 6 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach |
| 7 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 8 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver, Sean Noyce |
| 9 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 10 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver, Sam Lenius, Radu Raduta, Dorel Ionut Iordache |
| 13 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 14 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 15 | Pierre-Yves Droz, Gaetan Pennecot, Sean Noyce |
| 16 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 17 | Gaetan Pennecot, Sean Noyce |
| 19 | Pierre-Yves Droz, Sam Lenius, Will McCann, Bernard Fidric |
| 20 | Sam Lenius, Paul Karplus |
| 38 | Pierre-Yves Droz, Ben Ingram |
| 39 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach |
| 42 | Pierre-Yves Droz, Gaetan Pennecot |
| 43 | Pierre-Yves Droz, Gaetan Pennecot |
| 46 | Pierre-Yves Droz, Blaise Gassend |
| 48 | Pierre-Yves Droz, Bernard Fidric, Zachary Morriss, Rahim Pardhan |
| 49 | Pierre-Yves Droz, Will McCann, Drew Ulrich, Arda Akman |
| 62 | Pierre-Yves Droz, Daniel Rosenband, Vadim Gutnik, Andy Abo |
| 63 | Pierre-Yves Droz, Will McCann, Rahim Pardhan, Soheil Farshchian |
| 75 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 76 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 77 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 78 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 79 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 80 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 81 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 82 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 83 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 84 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 85 | Individuals identified in the document cited in this Trade Secret |
| 86 | Pierre-Yves Droz, Bernard Fidric |
| 87 | Pierre-Yves Droz, Dorel Ionut Iordache |
| 88 | Pierre-Yves Droz, Dorel Ionut Iordache |
| 89 | Pierre-Yves Droz, Will McCann, Rahim Pardhan, Soheil Farshchian |
| 90 | Bernard Fidric |
| 91 | Pierre-Yves Droz, Anthony Levandowski |
| 92 | Tim Willis |
| 93 | Tim Willis |
| 94 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 95 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 96 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 97 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 98 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 99 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 100 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 101 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 102 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 103 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 104 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 105 | Pierre-Yves Droz, Rahim Pardhan, Sean Noyce |
| 106 | Pierre-Yves Droz |
| 107 | Pierre-Yves Droz |
| 108 | Dan McCloskey, Sasha Zbrozek |
| 109 | Pierre-Yves Droz, Sam Lenius, Sean Noyce, Dan McCloskey, Sasha Zbrozek, and individuals identified in SVN server's revision history |
| 110 | Pierre-Yves Droz, Gaetan Pennecot, Anthony Levandowski, Dmitri Dolgov, Bryan Salesky |
| 111 | Pierre-Yves Droz, Daniel Gruver, Luke Wachter, Drew Ulrich, Gaetan Pennecot, Dorel Ionut Iordache, Anthony Levandowski, Will McCann |
| 112 | Pierre-Yves Droz |
| 113 | Pierre-Yves Droz, Sam Lenius |
| 114 | Pierre-Yves Droz, Blaise Gassend |
| 115 | Pierre-Yves Droz, Daniel Gruver |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| 116 | Pierre-Yves Droz, Mark Shand, Sam Lenius, Sean Noyce |
| 117 | Pierre-Yves Droz, Gaetan Pennecot |
| 118 | Pierre-Yves Droz, Blaise Gassend |
| 119 | Pierre-Yves Droz, Gaetan Pennecot |
| 120 | Pierre-Yves Droz, Gaetan Pennecot, Drew Ulrich, Dorel Ionut Iordache |
| 121 | Pierre-Yves Droz, Jonathan Dowdall, Christian Lauterbach |

**INTERROGATORY NO. 6:**

Separately for each alleged Waymo trade secret identified in response to Interrogatory No. 1, describe how long it took and how much it cost to develop.

**RESPONSE TO INTERROGATORY NO. 6:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond "[s]eparately for each alleged Waymo trade secret." Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

Waymo began developing its in-house LiDAR systems in 2011.  Waymo's development of its in-house LiDAR systems drew from development efforts of 510 Systems, led by engineer Pierre-Yves Droz.  510 Systems began developing a ███████ LiDAR in 2009; by December 2010, these efforts had led to a prototype code-named "Little Bear" ("LBr").  In early summer 2011, 510 Systems began developing LiDAR systems for self-driving applications, building on the success of LBr.  However, because of ███████████████████████████ that 510 Systems learned from its experience with LBr, 510 Systems proceeded with development of two distinct LiDAR designs: a LiDAR system for long ranges ("Papa Bear" or "PBr") and a separate LiDAR system for medium ranges ("Mama Bear" or "MBr"). *See* Droz Decl. ¶¶ 5-7.

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In July 2011, Waymo acquired 510 Systems.  Since the acquisition, Waymo's LiDAR

2  team has grown from 6 people when Waymo acquired 510 Systems to approximately ▆ people

3  today. *Id.* ¶ 7.

4    In 2011, Waymo's self-driving cars were using an off-the-shelf LiDAR device (the

5  Velodyne HDL64), which cost approximately $70,000.  Waymo spent years working on a variety

6  of possible LiDAR designs that proved not to work.  Waymo's experience with these "dead-end"

7  designs helped lead Waymo to the architecture now at the heart of its current LiDAR systems.  *Id.*

8  ¶ 10-12.

9    Designing and developing LiDAR systems is a difficult and time-consuming process that

10  requires significant experience with using LiDAR systems for the desired application — in

11  Waymo's case, self-driving cars.  Thanks to Waymo's experience with self-driving cars dating

12  back to 2009, Waymo had the knowledge required for optimizing LiDAR for self-driving car test

13  scenarios.  Optimization is difficult and time-consuming, as ███████████████████████

14  ███████████████████████████████████    As discussed above, early on, Waymo

15  realized that different LiDAR designs would be required to satisfy all the needed self-driving car

16  test scenarios for different ranges.

17    For example, for long ranges, █████████████████████████████████

18  ███████████████████████████    Early development of PBr involved ██████████

19  ████████████████████████████████ — a solution that did not

20  work.  After trying several other designs and building several different prototypes of Papa Bear,

21  Waymo began equipping its fleet (in ██████  with version 5 of PBr, which was ███████

22  ██████████████████    This limitation proved not to work for self-driving cars.  Waymo

23  thus iterated more designs of Papa Bear, eventually settling on the PBr design that it still uses on

24  its self-driving fleet.  Waymo is not aware of viable alternatives for long-range LiDAR.  *See id.*

25  ¶¶ 9-10.

26    Development of Waymo's mid-range LiDAR system was equally, if not more, difficult,

27  time-consuming, and expensive than development of PBr.  In parallel with PBr design, beginning

28  in 2011, Waymo worked on MBr, which ██████████████████████    After more

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   than a year of work on MBr, however, this design proved not to be viable for use in self-driving

2   cars.  Accordingly, in late 2012, Waymo decided to abandon MBr and came up with an entirely

3   new design for a mid-range LiDAR, codenamed "Grizzly Bear" (or "GBr").  *See id.* ¶ 11.

4          Beginning in December 2012, Waymo began devoting many resources into developing the

5   mid-range GBr LiDAR.  GBr was a very different and innovative design made possible by all the

6   know-how and technological capabilities Waymo's LiDAR team had developed over several years

7   of working on LiDAR systems.  In contrast to commercially available LiDAR systems, such as the

8   Velodyne system originally used by Waymo, GBr had many advantages: ███████████

9   ████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████

11  ██████████████████████████████████████████████   *See id.*

12  ¶ 12.

13         One of GBr's innovations was a design that it eventually patented: its use of a single lens

14  — rather than multiple sets of lenses — to both transmit and receive the collection of laser beams

15  used to scan the surrounding environment.  Traditionally, a multi-beam LiDAR system used lens

16  assemblies with multiple elements (such as one lens for the transmit side and another for the

17  receive side), but this approach was not practical in a self-driving car LiDAR because of the

18  significant size and cost of the system due to the complexity of manufacturing numerous complex

19  lens elements.  *See id.* ¶¶ 13-14.  Waymo first pioneered its single-lens design in GBr.  GBr's

20  single-lens design makes the focal plane curved, complicating the optical layout.  Accordingly,

21  Waymo developed many innovations, some patented and some maintained as trade secrets, to deal

22  with the more complicated optical layout and allowed Waymo to get the small-size and low-cost

23  benefits of a single-lens system.  *See id.* ¶ 15.

24         In ██████████ Waymo rolled out the second generation of its mid-range LiDAR — GBr2.

25  The GBr design (as refined in GBr2), was groundbreaking, as it significantly reduced the cost and

26  size of the LiDAR system while increasing performance.  To get to this point, it took Waymo two

27  years from when it first set out to build an in-house mid-range LiDAR for self-driving car

28  applications.   Development of GBr2 required solving innumerable issues, which Waymo

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   accomplished by devoting significant resources.  The issues Waymo spent time and money

2   resolving, and the solutions to those issues, are something a LiDAR designer not previously

3   familiar with Waymo's designs could not address in advance.  *See id.* ¶¶ 17-18.

4          Through Waymo's many months of design and development, Waymo finally switched

5   from off-the-shelf Velodyne LiDAR systems to its in-house GBr2 LiDAR ██████████

6   ███, almost three years after Waymo first started developing its in-house mid-range LiDAR and

7   approximately one year after Waymo first came up with the single-lens concept for GBr.  *See id.*

8   ¶ 19.

9          Waymo's mid-range LiDAR development did not stop then.  It continued spending time

10  and resources on improving GBr2, leading to the current-generation of Waymo's mid-range

11  LiDAR, known internally as GBr3, which adds innovations onto the same foundation as GBr and

12  GBr2, including ███████████████████████

13  These arrangements were designed — based on Waymo's years of testing, simulation,

14  experimentation, and optimization for different test scenarios — for use in self-driving cars.

15  These designs result in GBr3 ██████████████████████████████

16  ████████████████████████████████████████████████

17  ███████████████████████ *See id.* ¶ 20.

18         Waymo spent much time, effort, and resources developing GBr3.  As just one example,

19  Waymo's trade secret ██████████████████████████████████████

20  ██████████████████████████████████   ████████████

21  ████████████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ████████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████████

26  ████████████████████████████████████████████████

27  ████████████████████████████████████████████████

28  █████████████████   ████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████████

2  ██████████████████████████████████████████████████  *See*

3  *id.* ¶ 21.

4     Building on these insights, Waymo spent enormous time, simulation, and resources to

5  ████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████

8  ████████████████████████  ██████████████████████████████

9  ████████████████████████████████████████████████████████

10  ████████████████████████████████████████████  *See id.*

11  ¶ 22.

12     In brief, Waymo's LiDAR development efforts led to the replacement of the Velodyne

13  HDL64 with an in-house LiDAR solution that was one third the size and one tenth the cost.

14  Waymo's research and development efforts into LiDAR technology also led to the creation of a

15  new type of LiDAR to cover long-range perception needs with ████████████████████

16  ████████████████████ as well as a low-cost short-range LiDAR with ████████████████

17  ████████████████████.   By ████████ Waymo's test fleet was equipped exclusively with

18  Waymo's in-house LiDAR systems.

19     Even after the success of Waymo's in-house LiDAR designs, Waymo's LiDAR research

20  and development efforts are ongoing and have led to additional innovations, many maintained as

21  trade secrets, beyond those incorporated into its PBr, GBr, and TBr LiDARs.   For example,

22  Waymo's extensive experience driving using a fleet equipped with its proprietary LiDAR systems

23  (which recently surpassed a total of 3 million miles, with 1 million miles driven from October

24  2016 to May 2017) has led Waymo to realize that ████████████████████████████

25  ████████████████████████████████████████████████████████

26  ██████  ██████████████████████████████████████████████████

27  ████████████████████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    These recent development efforts have resulted in several major improvements to

2    Waymo's technology, most or all of which are maintained as trade secrets. For example, ███

3    ████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████

12   ████████████████████

13

14   **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

15   Waymo incorporates by reference its General Objections. Waymo further objects to this

16   request to the extent it is compound, complex, and contains multiple subparts.

17   Subject to and without waiving the foregoing General and Specific Objections, Waymo

18   responds as follows:

19   Waymo does not track "how long it took" and "how much it cost to develop" each of its

20   trade secrets separately in the ordinary course of business. With respect to documents evincing

21   how long it took to develop each of Waymo's trade secrets, Waymo responds under Rule 33(d)

22   and incorporates by reference its response to Interrogatory No. 4, 5, as well as any and all

23   supplements thereto. In particular, Waymo intends to rely on those documents identified in

24   response to Interrogatory No. 4 to, in part, show the time and cost to develop its asserted trade

25   secrets. Waymo further intends to rely on knowledgeable witnesses identified in response to

26   Interrogatory No. 5 to testify regarding these subjects. Additional information regarding

27   Waymo's response to this interrogatory can be found at WAYMO-UBER-00012830, WAYMO-

28   UBER-00014506, WAYMO-UBER-00027045, WAYMO-UBER-00027046, WAYMO-UBER-

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  00014489, WAYMO-UBER-00013348, WAYMO-UBER-00014078 and WAYMO-UBER-
2  00026471.

3  **Trade Secrets 1, 2, 3, 4, 6 and 39**

4  The total development work associated with Trade Secrets 1, 2, 3, 4, 6, and 39 took
5  ███████████████ Further detail regarding the timeline for the development of these trade
6  secrets can be found in the documents identified in response to Interrogatory No. 4, which Waymo
7  incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d). Waymo does not
8  track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of
9  developing Trade Secrets 1, 2, 3, 4, 6, and 39 will be the subject of expert testimony. Information
10 potentially relevant to determining such cost estimates includes information that has been
11 produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-
12 00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That information
13 reflects that ████████████████████████████████████████
14 ████████████████████.

15 Waymo's time and cost to develop trade secrets related to ██████████████
16 ███████████████████████████████████████████████
17 ███████████████████████████████████████████████
18 ███████████████████████████ For example, to develop
19 Trade Secrets 1, 2, 3, 4, 6, and 39, Waymo spent considerable time and incurred substantial
20 expense ██████████████████████████████████████████
21 ███████████████████████████████████████████████
22 ████████████████████████████ ████████████████
23 ███████████████████████████████████████████████
24 ███████████████████████████████████████████████
25 ████████████████████████████████████████ ████
26 ███████████████████████████████████████████████
27 ███████████████████████████████████████████████
28 ███████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    considerable time and incurred significant expense ███████████████████

2    ████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████

10    ████████████████████████████████████████████████████████████

11    ██████████████████████

12       Waymo provides these examples as context for its interrogatory response, even though

13    such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

14    complete description or analysis of its development efforts here.

15    **Trade Secret 46**

16       The total development work associated with Trade Secret 46 took ████████████

17    ██████ Further detail regarding the timeline for the development of this trade secret can be found

18    in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

19    reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

20    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

21    Trade Secret 46 will be the subject of expert testimony.  Information potentially relevant to

22    determining such cost estimates includes information that has been produced at WAYMO-UBER-

23    00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

24    and WAYMO-UBER-00014489.  That information reflects that ██████████████████

25    ██████████████████████████████████████████████

26       In assessing the time it took and how much it cost to develop trade secrets related to the

27    ████████████████████████████████████████████████████████████

28    ████████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████ For example, to develop Trade Secret 46, Waymo

2 spent considerable time and incurred substantial expense ████████ ███ █████████

3 ████████████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████

11 ██████████████████████████████████████ As another example, Waymo

12 spent considerable time and incurred substantial expense ██████████████████

13 ████████ ███████████████ █████ █████ ██████ ████ █████████████ █████ ████████

14 ████████████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████

17    Waymo provides these examples as context for its interrogatory response, even though

18 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

19 complete description or analysis of its development efforts here.

20    **Trade Secret 62**

21    The total development work associated with Trade Secret 62 took ████████████████

22 ████████ Further detail regarding the timeline for the development of this trade secret can be found

23 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

24 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

25 Trade Secret 62 will be the subject of expert testimony.  Information potentially relevant to

26 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

27 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   UBER-00014489.  That information reflects ████████████████████████

2   ████████████████████████████████████

3       In assessing the time it took and how much it cost to develop trade secrets related to ███

4   ████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████

6   ██████████████████ For example, to develop Trade Secret 62, Waymo spent considerable time

7   and incurred substantial expense ████████████████████████████████

8   ████████████████████████████████████████████████████

9   ████████████████████████████        █████████████████████████

10  ████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████

12  ████████████████████████████████        ████████████████

13  ████████████████████████████████████████████████████

14  ██ ██ ██ ██ ████████ ████ ████ ████ ████ ██ ████ ██

15  ████████████████████████████████████████████████████

16  ██████. As another example, Waymo spent considerable time and incurred substantial expense

17  ████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████

21  ████████████████████████████████████

22      Waymo provides these examples as context for its interrogatory response, even though

23  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24  complete description or analysis of its development efforts here.

25      **Trade Secrets 75-80**

26      The total development work associated with Trade Secrets 75-80 took ██████████████

27  ██████ Further detail regarding the timeline for the development of these trade secrets can be

28  found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    on a trade secret by trade secret basis in the ordinary course of business, and the cost of

2    developing each of Trade Secrets 75-80 will be the subject of expert testimony.  Information

3    potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

4    00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

5    00014078 and  WAYMO-UBER-00014489.   That  information  reflects ███ ███ ████

6    ████████████████████████████████████████████████████████████

7    ███████████████████████████████████████

8        Waymo's  development  of  Trade  Secrets  75-80 ████████████████████

9    ████████████████████████████████████████████████████████████

10   ██████████████████████████ █████████████████████████████████

11   ████████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████████

20   █████████████████ ███████████████████████████████████████████

21   ████████████████████████████████████████

22       Waymo provides these examples as context for its interrogatory response, even though

23   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24   complete description or analysis of its development efforts here.

25       **Trade Secret 91**

26       The  total  development  work  associated  with  Trade  Secret  91  took ████████

27   ██████  Further detail regarding the timeline for the development of this trade secret can be found

28   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

2 Trade Secret 91 will be the subject of expert testimony.  Information potentially relevant to

3 determining such cost estimates has been produced at WAYMO-UBER-00027045,  WAYMO-

4 UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

5 UBER-00014489.  That information reflects that ███████████████████

6 ████████████████████

7         Waymo's  development  of  Trade  Secret  91  ██████████████

8 █████████████████████████████████████

9 ███████████████████████   ██████████████

10 █████████████████████████████████████

11 █████████████████████████████████████

12 █████████████████████████████████████

13 █████████████████████████████████████

14 █████████████████████████████████████

15 █████████████████████████████████████

16 █████████████████████████████████████

17 █████████████████████████████████████

18 █████████████████████████████████████

19 █████████████████████████████████████

20 █████████████████████████████████████

21 █████████████████████████████████████

22 █████████████████████████████████████

23 ████████████

24         Waymo  provides  these  examples  as  context  for  its  interrogatory  response,  even  though

25 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

26 complete description or analysis of its development efforts here.

27         **Trade Secret 85**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   The total development work associated with Trade Secret 85 took ███████████

2   ██████ Further detail regarding the timeline for the development of this trade secret can be found

3   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

4   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

5   Trade Secret 85 will be the subject of expert testimony.  Information potentially relevant to

6   determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

7   UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

8   UBER-00014489.  That information reflects that ██████████████████████████████

9   ██████████████████████████████

10   Waymo's development of Trade Secret 85 ████████████████████████

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15   ██████████████████████████

16   Waymo provides these examples as context for its interrogatory response, even though

17   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

18   complete description or analysis of its development efforts here.

19   **Trade Secrets 81-84**

20   The total development work associated with Trade Secrets 81-84 took ███████████

21   ██████ Further detail regarding the timeline for the development of these trade secrets can be

22   found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs

23   on a trade secret by trade secret basis in the ordinary course of business, and the cost of

24   developing each of Trade Secrets 81-84 will be the subject of expert testimony.  Information

25   potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

26   00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-

27   00014078 and WAYMO-UBER-00014489.  That information reflects that ████ ████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████

3  Waymo's development of Trade Secrets 81-84 ██████████████████

4  ████████████████████████████████████████████████████

5  ████████████████████ █████████████████████████████

6  ████████████████████████████████████████████████████

7  ████ ████ ██████ ████████ ██████ ████ ██████ ████████ ████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ██████████████████████████████

12  Waymo provides these examples as context for its interrogatory response, even though

13  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

14  complete description or analysis of its development efforts here.

15  **Trade Secrets 86-88**

16  The total development work associated with Trade Secrets 86-88 took ████████████

17  ████ Further detail regarding the timeline for the development of these trade secrets can be

18  found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs

19  on a trade secret by trade secret basis in the ordinary course of business, and the cost of

20  developing each of Trade Secrets 81-84 will be the subject of expert testimony.  Information

21  potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

22  00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

23  00014078  and  WAYMO-UBER-00014489.   That  information  reflects  ████ ████ ██████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████

26  In assessing the time it took and how much it cost to develop trade secrets related to the

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    For example, to develop Trade Secrets 86-88, Waymo spent considerable time and incurred

2    substantial expense ███████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████████████████████

9    As another example, Waymo spent considerable time and incurred substantial expense ██████

10   ████████████████████████████████████████████████████████████████████████████

11   ████████████████████████████     ███████████████████████████████████████████

12   ████████████████████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████

15        Waymo provides these examples as context for its interrogatory response, even though

16   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

17   complete description or analysis of its development efforts here.

18   **Trade Secret 90**

19        Waymo's development of Trade Secret 90 took ████████████████████.  Further detail

20   regarding the timeline for the development of this trade secret can be found in the documents

21   identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

22   trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 90

23   will be the subject of expert testimony.  Information potentially relevant to determining such cost

24   estimate has been produced at WAYMO-UBER-00027045,   WAYMO-UBER-00014506,

25   WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

26   information reflects that █████████████████████████████████████████████████████

27   ████████████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In assessing the time it took and how much it cost to develop ███████████████

2    ████████████████████████████████████████████████████████████

3    ██████████████████████████████████    For example, to develop Trade

4    Secret 90, Waymo spent considerable time and incurred substantial expense ████████

5    ████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████

7    █ ██ ██ █ ██ ████ ███ ███ ███ ██ ███

8    ████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████

14   ████████████████████████████████████████    As another

15   example, Waymo spent considerable time and incurred substantial expense ██████

16   ████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████

18   ███████████████████████████ █████████████████████████████

19   ████████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████████

21   ███████████████████████████████████████████

22       Waymo provides these examples as context for its interrogatory response, even though

23   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24   complete description or analysis of its development efforts here.

25       **Trade Secrets 94-99 and 103**

26       The total development work associated with Trade Secrets 94-99 and 103 took

27   █████████████████    Further detail regarding the timeline for the development of these trade

28   secrets can be found in the documents identified in response to Interrogatory No. 4.  Waymo does

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  not track costs on a trade secret by trade secret basis in the ordinary course of business, and the

2  cost of developing each of Trade Secrets 94-99 and 103 will be the subject of expert

3  testimony.  Information potentially relevant to determining such cost estimates has been produced

4  at   WAYMO-UBER-00027045,   WAYMO-UBER-00014506,   WAYMO-UBER-00012830,

5  WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ███

6  ████████████████████████████████████████████████████████████████████████

7  ████████████████

8      In assessing the time it took and how much it cost to develop trade secrets related to ███

9  ████████████████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████████████

11 ████████████████████████████████████ For example, to develop Trade

12 Secrets 94-99 and 103, Waymo spent considerable time and incurred substantial expense

13 ████████████████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████████████████

15 ████████████   ████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████████████████

21 ████████████   As another example, Waymo spent considerable time and incurred substantial

22 expense ████████████████████████████████████████████████████████████████

23 ████████  ████████  ██████  ██████  ████  ██████  ██████  ██████  ████████

24 ████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████  ███████████████████████████████████

26 ████████████████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████████████████

28 ████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Waymo provides these examples as context for its interrogatory response, even though

2   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3   complete description or analysis of its development efforts here.

4   **Trade Secret 104**

5   The total development work associated with Trade Secret 104 took ████████████

6   ███  Further detail regarding the timeline for the development of this trade secret can be found

7   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

8   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

9   Trade Secret 104 will be the subject of expert testimony.  Information potentially relevant to

10   determining such cost estimate has been produced at WAYMO-UBER-00027045,  WAYMO-

11   UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

12   UBER-00014489.  That information reflects that ████████████████████████

13   ████████████████████████████████████████████████████████

14   ██████████████████████

15   Waymo's development of Trade Secret 104 ████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ██████████████████████████████████   ███████████

23   ████████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████

6       Waymo provides these examples as context for its interrogatory response, even though

7 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

8 complete description or analysis of its development efforts here.

9       **Trade Secret 105**

10      The total development work associated with Trade Secret 105 took ████████████

11 ████.  Further detail regarding the timeline for the development of this trade secret can be found

12 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

13 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

14 Trade Secret 105 will be the subject of expert testimony.  Information potentially relevant to

15 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

16 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

17 UBER-00014489.  That information reflects that ████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████

20      Waymo's development of Trade Secret 105 ████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████  ████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████████████

2 ███████████████████    ████████████████████████████████████████

3 ████████████████████████████████████████████████████████████

4 █████  ████████  ████  █  ████  ██████  ███████  ████  ████  █  ████

5 ████████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████████

7 ██████████████████████████████████████████

8      Waymo provides these examples as context for its interrogatory response, even though

9 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10 complete description or analysis of its development efforts here.

11      **Trade Secret 106**

12      Waymo's development of Trade Secret 106 took ██████████████████  Further detail

13 regarding the timeline for the development of this trade secret can be found in the documents

14 identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

15 trade secret basis in the ordinary course of business, and the cost of developing Trade Secrets 106

16 will be the subject of expert testimony.  Information potentially relevant to determining such cost

17 estimate has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506,

18 WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

19 information reflects that ██████████████████████████████████████

20 ███████████████████████

21      Waymo's development of Trade Secret 106 ████████████████████████

22 ████████████████████████████████████████████████████████████

23 █████████████████████  ███████████████████████████████████████

24 ████████████████████████████████████████████████████████████

25 ████████  ████  ██████  ███████  █████  ████  ████████  ████████  ████

26 ████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11    Waymo provides these examples as context for its interrogatory response, even though

12 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13 complete description or analysis of its development efforts here.

14    **Trade Secret 107**

15    Waymo's development of Trade Secret 107 took ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Further detail

16 regarding the timeline for the development of this trade secret can be found in the documents

17 identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

18 trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 107

19 will be the subject of expert testimony.  Information potentially relevant to determining such cost

20 estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506,

21 WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

22 information reflects that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮▮▮▮▮▮▮▮▮▮▮▮▮

24    Waymo's development of Trade Secret 107 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26 ▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28 ▮▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory. Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 108**

Waymo's development of Trade Secret 108 took ███████████████ Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 108 will be the subject of expert testimony. Information potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489. That information reflects that ████████████████████████████████████████████████

Waymo's development of Trade Secret 108 ████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1　██████████████████████████████████████████

2　██████ ████ ██████ ██████ ██████ ███ █████ ████████ ███ ██

3　██████████████████████████████████████████

4　██████████████████████████████████████████

5　██████████████████████████████████████████

6　██████████████████████████████████████████

7　██████████████████████████████████████████

8　██████████████████████████████████████████

9　██████████████████████████████████████████

10　█████████████████████████████████████████

11　██████████████████ ████████████████████████

12　██████████████████████████████████████████

13　████

14　　　Waymo provides these examples as context for its interrogatory response, even though

15　such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

16　complete description or analysis of its development efforts here.

17　**Trade Secret 109**

18　　　The total development work associated with Trade Secret 109 took ████████████

19　████.  Further detail regarding the timeline for the development of this trade secret can be found

20　in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

21　trade secret by trade secret basis in the ordinary course of business, and the cost of developing

22　Trade Secret 109 will be the subject of expert testimony.  Information potentially relevant to

23　determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

24　UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

25　UBER-00014489.  That information reflects that ████████████████████

26　██████████████████████████

27　　　Waymo's development of Trade Secret 109 ██████████████████

28　██████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████  ███████████████████

2 ███████████████████████████████████████████████

3 ███████████████████████████████████████████████

4 ███████████████████████████████████████████████

5 ███████████████████████████████████████████████

6 ███████████████████████████████████████████████

7 ███████████████████████████████████████████████

8 ███████████████████████████████████████████████

9 ███████████████████████████████████████████████

10 ████████████████████████

11     Waymo provides these examples as context for its interrogatory response, even though

12 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13 complete description or analysis of its development efforts here.

14     **Trade Secret 110**

15     The total development work associated with Trade Secret 110 took ████████████

16 ██████  Further detail regarding the timeline for the development of this trade secret can be found

17 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

18 costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

19 developing Trade Secret 110 will be the subject of expert testimony.  Information potentially

20 relevant to determining such cost estimates has been produced at WAYMO-UBER-

21 00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,    WAYMO-UBER-

22 00014078 and  WAYMO-UBER-00014489.  That information reflects that ████  ████████

23 ███████████████████████████████████████████████

24 ████████████████████████████████████

25     In assessing the time it took and how much it cost to develop trade secrets related to ████

26 ███████████████████████████████████████████████

27 ███████████████████████████████████████████████

28 ████████████████████████████ For example, to develop Trade Secret 110,

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Waymo spent considerable time and incurred substantial expense ███████████

2   ████████████████████████████████████████████████████████████████

3   ████████████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████████

10  ████████████      As another example, Waymo spent considerable time and incurred substantial

11  expense ████████████████████████████   ███████████████████████

12  ████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████████

16  ████████████████████████████

17        Waymo provides these examples as context for its interrogatory response, even though

18  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

19  complete description or analysis of its development efforts here.

20  **Trade Secret 112**

21        The total development work associated with Trade Secret 112 took ███████████

22  ██████. Further detail regarding the timeline for the development of this trade secret can be found

23  in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

24  costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

25  developing Trade Secret 112 will be the subject of expert testimony.  Information potentially

26  relevant to determining such cost estimates has been produced at WAYMO-UBER-

27  00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

28  00014078 and  WAYMO-UBER-00014489.  That information reflects that ██████   ████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████████████████

2  ██████████████████████████████████████

3      In assessing the time it took and how much it cost to develop trade secrets related to the

4  ███████████████████████████████████████████████

5  ███████████████████████████████████████████████

6  ████████████████████████████             For example, to develop Trade Secret 112,

7  Waymo spent considerable time and incurred substantial expense ███████████████████

8  ███████████████████████████████████████████████

9  ███████████████████████████████████████████████

10 ███████████████████████████████████████████████

11 ███████████████████████████████████████████████

12 ███████████████████████████████████████████████

13 ███████████████████████████████████████████████

14 ███████████████████████████████████████████████

15 ██████████████████████████████████████         As another

16 example, Waymo spent considerable time and incurred substantial expense ████████████

17 ████████████████████   ██████████████████████████

18 ███████████████████████████████████████████████

19 ███████████████████████████████████████████████

20 ██████   Waymo provides these examples as context for its interrogatory response, even though

21 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

22 complete description or analysis of its development efforts here.   Waymo's knowhow regarding

23 this abandoned design is further informed by the knowledge learned and gained regarding cost,

24 manufacturability, reliability and complexity for this type of LIDAR design.

25     **Trade Secret 113**

26      The total development work associated with Trade Secret 113 took ███████████

27 ██████   Further detail regarding the timeline for the development of this trade secret can be found

28 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

2  developing Trade Secret 113 will be the subject of expert testimony.  Information potentially

3  relevant to determining such cost estimates has been produced at WAYMO-UBER-

4  00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,    WAYMO-UBER-

5  00014078 and WAYMO-UBER-00014489.  That information reflects that ██████ ████████

6  ████████████████████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████

8       In assessing the time it took and how much it cost to develop trade secrets related to ███

9  ████████████████████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████████████████

11 █████████████████████████████████████████. For example, to develop Trade Secret 113,

12 Waymo spent considerable time and incurred substantial expense ████████████████████

13 ████████████████████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████████ As another

21 example, Waymo spent considerable time and incurred substantial expense ████████████

22 ████████████████████████ ████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████████████████████████

27 ████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1       Waymo provides these examples as context for its interrogatory response, even though

2  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3  complete description or analysis of its development efforts here.

4       **Trade Secret 118**

5       The total development work associated with Trade Secret 118 took ███████████

6  ███  Further detail regarding the timeline for the development of this trade secret can be found

7  in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

8  costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

9  developing Trade Secret 118 will be the subject of expert testimony.  Information potentially

10  relevant to determining such cost estimates has been produced at WAYMO-UBER-

11  00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-

12  00014078 and WAYMO-UBER-00014489.  That information reflects ███ ███ ██████

13  ████████████████████████████████████████████████████

14       In assessing the time it took and how much it cost to develop trade secrets related to the

15  ████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████

17  ████████████████████████  For example, to develop Trade Secret 118,

18  Waymo spent considerable time and incurred substantial expense ████████████

19  ████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████

26  ██████████████████████████████████████████  As another

27  example, Waymo spent considerable time and incurred substantial expense ██████████

28  ████████████████  █████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████

2 ███████████████████████████████████████████

3 ██████    ████████████████████████████████████

4 ███████████████████████████████████████████

5 █████████████████

6      Waymo provides these examples as context for its interrogatory response, even though

7 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

8 complete description or analysis of its development efforts here.

9 **Trade Secret 119**

10      The total development work associated with Trade Secret 119 took ████████████

11 ████  Further detail regarding the timeline for the development of this trade secret can be found

12 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

13 costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

14 developing Trade Secret 119 will be the subject of expert testimony.  Information potentially

15 relevant to determining such cost estimates has been produced at WAYMO-UBER-

16 00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-

17 00014078 and WAYMO-UBER-00014489.  That information reflects that ████  ████████

18 ██████████████████████████████████████

19      In assessing the time it took and how much it cost to develop trade secrets related to the

20 █████████████████████████████████████████

21 █████████████████████████████████████████

22 ████████████████████████  For example, to develop Trade Secret 119,

23 Waymo spent considerable time and incurred substantial expense ████████████████

24 █████████████████████████████████████████

25 █████████████████████████████████████████

26 █████████████████████████████████████████

27 █████████████████████████████████████████

28 █████████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. As another

4   example, Waymo spent considerable time and incurred substantial expense ▓▓▓▓▓▓

5   ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10   ▓▓▓▓▓▓

11       Waymo provides these examples as context for its interrogatory response, even though

12   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13   complete description or analysis of its development efforts here.

14   **Trade Secret 121**

15       Waymo is investigating how long it took to develop Trade Secret 121.  But, ▓▓▓▓

16   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18   ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

21   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23   ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25   ▓▓▓▓▓▓▓▓▓▓▓

26   **Trade Secrets 92 and 93**

27       The total development work associated with Trade Secrets 92 and 93 took ▓▓▓▓

28   ▓▓▓▓▓▓ Further detail regarding the timeline for the development of these trade secrets can be

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    found in the documents identified in response to Interrogatory No. 4.  Because Waymo does not

2    track costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

3    developing Trade Secrets 92 and 93 will be the subject of expert testimony.   Information

4    potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-

5    00027045,        WAYMO-UBER-00014506,        WAYMO-UBER-00012830,        WAYMO-UBER-

6    00014078   and   WAYMO-UBER-00014489.   That   information   reflects   that   ██████  ████████

7    ████████████████████████████████████████████████████████████████████████████████████

8    ██████

9            Waymo's consideration and development of ███████████████████████████████████

10   ████████████████████████████████████████████████████████████████████████████████████

11   ██████████████   ██████████████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████████████████████████████

15   ██████████████████████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████████████████████████

17   ████████████████████████████████████

18           Waymo provides these examples as context for its interrogatory response, even though

19   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

20   complete description or analysis of its development efforts here.

21       **Trade Secrets 9-10, 13-14, 38 and 117**

22           The total development work associated with Trade Secrets 9-10, 13-14, 38, and 117 took

23   ███████████████████████   Further detail regarding the timeline for the development of these trade

24   secrets can be found in the documents identified in response to Interrogatory No. 4, which Waymo

25   incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d).   Waymo does not

26   track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of

27   developing   Trade   Secrets   9-10,   13-14,   38,   and   117   will   be   the   subject   of   expert

28   testimony.   Information   potentially   relevant   to   determining   such   cost   estimates   includes

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   information that has been produced at WAYMO-UBER-00027045,  WAYMO-UBER-00014506,

2   WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

3   information reflects that ███████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████████████████

5   ██████████████████████████

6        In assessing the time it took and how much it cost to develop trade secrets related to

7   ████████████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████████████████

10  ███████████████████████████████████████████████████████   For

11  example, to develop Trade Secrets 9-10, 13-14, 38, and 117, Waymo spent considerable time and

12  expense ██████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████████████

14  ███████████████████████████████████ ███████████████████████████████████

15  ████████████████████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████████████████████

17  █████████████████████████████████████████████ ████████████████████████

18  ████████████████████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████████████████

22  ████████████████████████████   As another example, Waymo spent considerable time and

23  expense ██████████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████████████████████████

27  ████████████████████████████████ ███████████████████████████████████████

28  ██████████████████████████████████████████ █████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████████████████████████████

2  ███████████████████████████████████████████████████████████

3  ███████████████████████████████████

4      Waymo provides these examples as context for its interrogatory response, even though

5  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

6  complete description or analysis of its development efforts here.

7      **Trade Secret 48**

8      The total development work associated with Trade Secret 48 took ████████████

9  ██████  Further detail regarding the timeline for the development of this trade secret can be found

10  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

11  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

12  Trade Secret 48 will be the subject of expert testimony.  Information potentially relevant to

13  determining such cost estimate has been produced at WAYMO-UBER-00027045,  WAYMO-

14  UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

15  UBER-00014489.  That information reflects that ██████████████████████████

16  ███████████████████████████████████████████████████████████

17  ████████████████████████████

18      In assessing the time it took and how much it cost to develop trade secrets related to the

19  ███████████████████████████████████████████████████████████

20  ███████████████████████████████████████████████████████████

21  ████████████████████████████.  For example, to develop Trade Secret 48, Waymo

22  spent   considerable   time   and   incurred   substantial   expense   ███████  ███  ████████

23  ███████████████████████████████████████████████████████████

24  ███████████████████████████████████████████████████████████

25  ███████████████████████████████████████████████████████████

26  ███████████████████████████████████████████████████████████

27  ███████████████████████████████████████████████████████████

28  ███████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████████████████████████

2  ██████████████████████  As another example, Waymo spent considerable time and

3  incurred substantial expense ████████████████████████████████████

4  ███████████████████████████████████████████████████████

5  ███████████████████████████████████████████████████████

6  ███████████████████████████████████████████████████████

7  █████████████████████████████████████████████

8      Waymo provides these examples as context for its interrogatory response, even though

9  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10  complete description or analysis of its development efforts here.

11  **Trade Secret 120**

12      The total development work associated with Trade Secret 120 took ███████████

13  ███████  Further detail regarding the timeline for the development of this trade secret can be found

14  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

15  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

16  Trade Secret 48 will be the subject of expert testimony.  Information potentially relevant to

17  determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

18  UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

19  UBER-00014489.  That information reflects that ████████████████████████

20  ███████████████████████████████████████████████████████

21  ████████████████████████████████

22      Waymo's development of Trade Secret 120 ████████████████████

23  ███████████████████████████████████████████████████████

24  ███████████████████████████████████████  ████████████████

25  ███████████████████████████████████████████████████████

26  ███████████████████████████████████████████████████████

27  ███████████████████████████████████████████████████████

28  ███████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████

6      Waymo provides these examples as context for its interrogatory response, even though

7 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

8 complete description or analysis of its development efforts here.

9     **Trade Secret 111**

10     The total development work associated with Trade Secret 111 took ████████████

11 ██████  Further detail regarding the timeline for the development of this trade secret can be found

12 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

13 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

14 Trade Secret 111 will be the subject of expert testimony.  Information potentially relevant to

15 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

16 UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

17 UBER-00014489.  That information reflects that ██████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████

20     In assessing the time it took and how much it cost to develop trade secrets related to the

21 ████████████████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████.  For example, to develop Trade

24 Secret 111, Waymo spent considerable time and incurred substantial expense ██████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ██  ████  ████  █  ████  █████  ██████  ██████  ██  ████  ████

28 ████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████       As another example, Waymo spent considerable time and

5 incurred substantial expense ███████████████████████ ███

6 ████████ ██████ ██████ █████ █████ ████████ ██████ ██████ ███████

7 ████████████████████████████████████████████████

8 ████████████████████████████████

9       Waymo provides these examples as context for its interrogatory response, even though

10 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

11 complete description or analysis of its development efforts here.

12      **Trade Secrets 101 and 102**

13      The total development work associated with Trade Secrets 102 and 103 took

14 ████████████████       Further detail regarding the timeline for the development of this trade

15 secret can be found in the documents identified in response to Interrogatory No. 4.  Waymo does

16 not track costs on a trade secret by trade secret basis in the ordinary course of business, and the

17 cost of developing Trade Secrets 102 and 103 will be the subject of expert testimony.  Information

18 potentially relevant to determining such cost estimate has been produced at WAYMO-UBER-

19 00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

20 00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ████ █████

21 ████████████████████████████████████████████████

22 █████

23      Waymo's  development  of  Trade  Secrets  101  and  102 █████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████ ███

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8    Waymo provides these examples as context for its interrogatory response, even though

9    such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10   complete description or analysis of its development efforts here.

11   **Trade Secrets 7-8, 16, 19-20 and 43**

12   The total development work associated with Trade Secrets 7-8, 16, 19-20, and 43 took

13   ████████████████████  Further detail regarding the timeline for the development of these trade

14   secrets can be found in the documents identified in response to Interrogatory No. 4, which Waymo

15   incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not

16   track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of

17   developing  Trade  Secrets  7-8,  16,  19-20,  and  43  will  be  the  subject  of  expert

18   testimony.  Information  potentially  relevant  to  determining  such  cost  estimate  includes

19   information that has been produced at WAYMO-UBER-00027045,  WAYMO-UBER-00014506,

20   WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

21   information reflects ████████████████████████████████████████████

22

23

24   In assessing the time it took and how much it cost to develop trade secrets related to

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████

6  ██████████████████████████████████

7    Waymo provides these examples as context for its interrogatory response, even though

8  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9  complete description or analysis of its development efforts here.

10    **Trade Secret 49**

11    The total development work associated with Trade Secret 49 took ████████████

12  ██████  Further detail regarding the timeline for the development of these trade secrets can be

13  found in the documents identified in response to Interrogatory No. 4, which Waymo incorporates

14  by reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

15  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

16  Trade Secret 49 will be the subject of expert testimony.  Information potentially relevant to

17  determining such cost estimate includes information that has been produced at WAYMO-UBER-

18  00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

19  00014078  and  WAYMO-UBER-00014489.  That  information  reflects  that  ████  ████

20  ████████████████████████████████████████████████████

21  ████████████████████████████████████████

22    Waymo's development of Trade Secret 49, ██████████████████

23  ████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████

27  ████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1       Waymo provides these examples as context for its interrogatory response, even though

2   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3   complete description or analysis of its development efforts here.

4       **Trade Secret 15**

5       Waymo's Trade Secret 15 is a solution that Waymo developed to a problem that it

6   encountered during LiDAR development. ██████████████████████████████████

7   ████████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████. Waymo

9   additionally responds under 33(d) and incorporates by reference its response to Interrogatory

10  4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

11      **Trade Secret 17**

12      Waymo's Trade Secret 17 is a solution that Waymo developed to a problem that it

13  encountered during LiDAR development. ██████████████████████████████████

14  ████████████████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████████████

16  ██████  Waymo additionally responds under 33(d) and incorporates by reference its response to

17  Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

18      **Trade Secret 42**

19      Waymo's Trade Secret 42 is a solution that Waymo developed to a problem that it

20  encountered during LiDAR development. ██████████████████████████████████

21  ████████████████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████████████████

23  ██████.  Waymo additionally responds under 33(d) and incorporates by reference its response to

24  Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

25      **Trade Secrets 63 and 89**

26      Waymo's Trade Secrets 63 and 89 represent a solution that Waymo developed to a

27  problem that it encountered during LiDAR development. ████████████████████

28  ████████████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████████████

2 ████████████████████████ Waymo additionally responds under 33(d) and incorporates

3 by reference its response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the

4 subject of expert testimony.

5 **Trade Secret 114**

6 Waymo's Trade Secret 114 is a solution that Waymo developed to a problem that it

7 encountered during LiDAR development. ██████████████████████████

8 ██████████████████████████████████████████████████████

9 ██████████████████████████████████████████████████████

10 ██████████████████████████████ Waymo additionally responds under 33(d) and

11 incorporates by reference its response to Interrogatory 4.  Waymo's cost to develop this trade

12 secret will be the subject of expert testimony.

13 **Trade Secret 115**

14 Waymo's Trade Secret 115 is a solution that Waymo developed to a problem that it

15 encountered during LiDAR development. ██████████████████████████

16 ██████████████████████████████████████████████████████

17 ██████████████████████████████████████████████████████

18 ██████████████████ Waymo additionally responds under 33(d) and incorporates by reference its

19 response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of

20 expert testimony.

21 **Trade Secret 116**

22 Waymo's Trade Secret 116 is a solution that Waymo developed to a problem that it

23 encountered during LiDAR development. ██████████████████████████

24 ██████████████████████████████████████████████████████

25 ██████████████████████ ████████████████████████████████

26 ████████████████████████████ Waymo's cost to develop this trade secret will be the

27 subject of expert testimony.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Discovery is ongoing and Waymo reserves the right to supplement this response after

2  further discovery and investigation.

3

4  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

5    Waymo incorporates by reference its General Objections.  Waymo further objects to this

6  request to the extent it is compound, complex, and contains multiple subparts.

7    Subject to and without waiving the foregoing General and Specific Objections, Waymo

8  responds as follows:

9    Waymo does not track "how long it took" and "how much it cost to develop" each of its

10  trade secrets separately in the ordinary course of business.  With respect to documents evincing

11  how long it took to develop each of Waymo's trade secrets, Waymo responds under Rule 33(d)

12  and incorporates by reference its response to Interrogatory No. 4, 5, as well as any and all

13  supplements thereto.  In particular, Waymo intends to rely on those documents identified in

14  response to Interrogatory No. 4 to, in part, show the time and cost to develop its asserted trade

15  secrets.  Waymo further intends to rely on knowledgeable witnesses identified in response to

16  Interrogatory No. 5 to testify regarding these subjects.   Additional information regarding

17  Waymo's response to this interrogatory can be found at WAYMO-UBER-00012830, WAYMO-

18  UBER-00014506,  WAYMO-UBER-00027045,  WAYMO-UBER-00027046,  WAYMO-UBER-

19  00014489,   WAYMO-UBER-00013348,   WAYMO-UBER-00014078   and   WAYMO-UBER-

20  00026471.

21    **Trade Secret 1**

22    The total development work associated with Trade Secret 1 took ███████████

23  ███ Further detail regarding the timeline for the development of this trade secret can be found

24  in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

25  reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

26  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

27  Trade Secret 1 will be the subject of expert testimony.  Information potentially relevant to

28  determining such cost estimates includes information that has been produced at WAYMO-UBER-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

2   and WAYMO-UBER-00014489.  That information reflects that ████████████

3   █████████████████████████████████████

4           Waymo's time and cost to develop trade secrets related to ████████████

5   █████████████████████████████████████

6   █████████████████████████████████████

7   ████████████████████████  For example, to develop Trade Secret 1,

8   Waymo spent considerable time and incurred substantial expense ████████████

9   █████████████████████████████████████

10  █████████████████████████████████████

11  █████████████████████████████████████

12  █████████████████████████████████████

13  █████████████████████████████████████

14  █████████████████████████████████████

15  █████████████████████████████████████

16  █████████████████████████████████████  As

17  another example, Waymo spent considerable time and incurred significant expense ████

18  █████████████████████████████████████

19  █████████████████████████████████████

20  █████████████████████████████████████

21  █████████████████████████████████████

22  █████████████████████████████████████

23  █████████████████████████████████████

24  ███ ██ ██ ███ ███ ███ ██ ██ ██ ███ ███

25  █████████████████████████████████████

26  █████████████████████████████████████

27  ████████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo provides these examples as context for its interrogatory response, even though

2    such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3    complete description or analysis of its development efforts here.

4    **Trade Secret 2**

5    The total development work associated with Trade Secret 2 took ███████████

6    ███   Further detail regarding the timeline for the development of this trade secret can be found

7    in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

8    reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

9    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

10   Trade Secret 2 will be the subject of expert testimony.  Information potentially relevant to

11   determining such cost estimates includes information that has been produced at WAYMO-UBER-

12   00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

13   and WAYMO-UBER-00014489.  That information reflects that ██████████████████

14   ████████████████████████████████

15   Waymo's time and cost to develop trade secrets related to ███████████████

16   ████████████████████████████████████████

17   ████████████████████████████████████████

18   ██████████████████   For example, to develop Trade Secret 2, Waymo

19   spent   considerable   time   and   incurred   substantial   expense   ██████   ███   ██████

20   ████████████████████████████████████████

21   ████████████████████████████████████████

22   ████████████████████████████████████████

23   ████████████████████████████████████████

24   ████████████████████████████████████████

25   ████████████████████████████████████████

26   ████████████████████████████████████████

27   ████████████████████████████████████   As another

28   example, Waymo spent considerable time and incurred significant expense ███████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11    Waymo provides these examples as context for its interrogatory response, even though

12   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

13   complete description or analysis of its development efforts here.

14   **Trade Secret 3**

15    The total development work associated with Trade Secret 3 took

16    Further detail regarding the timeline for the development of this trade secret can be found

17   in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

18   reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

19   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

20   Trade Secret 3 will be the subject of expert testimony.  Information potentially relevant to

21   determining such cost estimates includes information that has been produced at WAYMO-UBER-

22   00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

23   and WAYMO-UBER-00014489.  That information reflects that

24

25    Waymo's time and cost to develop trade secrets related to

26

27

28    For example, to develop Trade Secret 3, Waymo

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    spent considerable time and incurred substantial expense ████████ ██ ████████

2    ██████████████████████████████████████████████████████████████████

3    ██████████████████████████████████████████████████████████████████

4    ██████████████████████████████████████████████████████████████████

5    ██████████████████████████████████████████████████████████████████

6    ██████████████████████████████████████████████████████████████████

7    ██████████████████████████████████████████████████████████████████

8    ██████████████████████████████████████████████████████████████████

9    ██████████████████████████████████████████████         As another

10   example, Waymo spent considerable time and incurred significant expense ████████

11   ██████████████████████████████████████████████████████████████████

12   ██████████████████████████████████████████████████████████████████

13   ██████████████████████████████████████████████████████████████████

14   ██████████████████████████████████████████████████████████████████

15   █████████████████████████████ ████████████████████████████████████

16   ██████████████████████████████████████████████████████████████████

17   ██████████████████████████████████████████████████████████████████

18   ████████████████ █████████████████████████████████████████████████

19   ██████████████████████████████████████████████████████████████████

20   █████████████████████████

21         Waymo provides these examples as context for its interrogatory response, even though

22   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

23   complete description or analysis of its development efforts here.

24   **Trade Secret 4**

25         The total development work associated with Trade Secret 4 took █████████████

26   ██████ Further detail regarding the timeline for the development of this trade secret can be found

27   in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

28   reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

2  Trade Secret 4 will be the subject of expert testimony.  Information potentially relevant to

3  determining such cost estimates includes information that has been produced at WAYMO-UBER-

4  00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

5  and WAYMO-UBER-00014489.  That information reflects that ████████

6  ████████████████████████████████

7      Waymo's time and cost to develop trade secrets related to ████████████

8  ████████████████████████████████████████

9  ████████████████████████████████████████

10  ██████████████████  For example, to develop Trade Secret 4,

11  Waymo spent considerable time and incurred substantial expense ████████████

12  ████████████████████████████████████████

13  ████████████████████████████████████████

14  ████████████████████████████████████████

15  ████████████████████████████████████████

16  ████████████████████████████████████████

17  ████████████████████████████████████████

18  ████████████████████████████████████████

19  ████████████████████████████████████  As

20  another example, Waymo spent considerable time and incurred significant expense ████████

21  ████████████████████████████████████████

22  ████████████████████████████████████████

23  ████████████████████████████████████ ██

24  ████████████████████████████████████████

25  ████████████████████████████████████████

26  ████████████████████████████████████████

27  ██ ███ ██ ████ █████ ███ █████ █ ███ ███ ██████ ████

28  ████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ███████████████████████████

3   Waymo provides these examples as context for its interrogatory response, even though

4 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

5 complete description or analysis of its development efforts here.

6   **Trade Secret 6**

7   The total development work associated with Trade Secret 6 took ███████████

8 ██████  Further detail regarding the timeline for the development of this trade secret can be found

9 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

10 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

11 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

12 Trade Secret 6 will be the subject of expert testimony.  Information potentially relevant to

13 determining such cost estimates includes information that has been produced at WAYMO-UBER-

14 00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

15 and WAYMO-UBER-00014489.  That information reflects that ████████████████

16 ██████████████████████████████

17   Waymo's time and cost to develop trade secrets related to ████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████████ For example, to develop

21 Trade Secret 6, Waymo spent considerable time and incurred substantial expense ████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████

24 ██████████████████████ ████████████████████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ██████████████████████████ ██████████████████████████

28 ████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████  As another example, Waymo spent considerable time and

3 incurred significant expense ███████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ███████████████████████  ██████████████████████████████

7 ███  ██  ████████  ██  ████  █████  █████  █████  ████  █

8 ████  ██  █████  █████  ████████  ███  █████  █████  ██  █

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ██████████

14    Waymo provides these examples as context for its interrogatory response, even though

15 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

16 complete description or analysis of its development efforts here.

17    **Trade Secret 39**

18    The total development work associated with Trade Secret 39 took █████████████

19 ████  Further detail regarding the timeline for the development of this trade secret can be found

20 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

21 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

22 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

23 Trade Secret 39 will be the subject of expert testimony.  Information potentially relevant to

24 determining such cost estimates includes information that has been produced at WAYMO-UBER-

25 00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

26 and WAYMO-UBER-00014489.  That information reflects that ███████████████

27 ██████████████████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo's time and cost to develop trade secrets related to ███████████

2    ███████████████████████████████████████████████████████████

3    ███████████████████████████████████████████████████████████

4    ████████████████████████████████████    For example, to

5    develop Trade Secret 39, Waymo spent considerable time and incurred substantial expense

6    ███████████████████████████████████████████████████████████

7    ███████████████████████████████████████████████████████████

8    ███████████████████████████████████████████████████████████

9    ███████████████████████████████████████████████████████████

10   ███████████████████████████████████████████████████████████

11   ████████████████████████████████    ████████████████████

12   ███████████████████████████████████████████████████████████

13   ███████████████████████████████████████████████████████████

14   ███████████████████    As another example, Waymo spent considerable time and

15   incurred significant expense ████████████████████████████████

16   ███████████████████████████████████████████████████████████

17   ███████████████████████████████████████████████████████████

18   █████████████████████    ██████████████████████████████████

19   ████  ██  █████  ████  ██  █████  █████  ████  ████  ██

20   ████  ██  ████  ████  ██████  █████  ██  ██  ████  ████  ██

21   ███████████████████████████████████████████████████████████

22   ███████████████████████████████████████████████████████████

23   ███████████████████████████████████████████████████████████

24   ███████████████████████████████████████████████████████████

25   ████████████████████

26   Waymo provides these examples as context for its interrogatory response, even though

27   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

28   complete description or analysis of its development efforts here.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 46**

2    The total development work associated with Trade Secret 46 took ███████████

3    ███████ Further detail regarding the timeline for the development of this trade secret can be found

4    in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

5    reference pursuant to Federal Rule of Civil Procedure 33(d). Waymo does not track costs on a

6    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

7    Trade Secret 46 will be the subject of expert testimony. Information potentially relevant to

8    determining such cost estimates includes information that has been produced at WAYMO-UBER-

9    00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078

10   and WAYMO-UBER-00014489. That information reflects that ████████████████████

11   ██████████████████████████████

12   In assessing the time it took and how much it cost to develop trade secrets related to the

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████████████████████████ For example, to develop Trade Secret 46, Waymo

16   spent   considerable   time   and   incurred   substantial   expense   ████████  ███  ██████

17   ████████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████████

22   ████████████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████ As another example, Waymo

26   spent   considerable   time   and   incurred   substantial   expense   ███████████████

27   ████  ████████  ██████████  ████  ████  ██████  ██  ████████  ██████  ██  ████

28   ████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████

2 ████████████████████████████████████████

3      Waymo provides these examples as context for its interrogatory response, even though

4 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

5 complete description or analysis of its development efforts here.

6      **Trade Secret 62**

7      The total development work associated with Trade Secret 62 took ████████████

8 ██████ Further detail regarding the timeline for the development of this trade secret can be found

9 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

10 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

11 Trade Secret 62 will be the subject of expert testimony.  Information potentially relevant to

12 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

13 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

14 UBER-00014489.  That information reflects that █████████████████████████

15 ████████████████████

16      In assessing the time it took and how much it cost to develop trade secrets related to the

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ████████████████ For example, to develop Trade Secret 62, Waymo spent considerable time

20 and incurred substantial expense ████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████ ███████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ██████████████████████████ ████████████████

26 ████████████████████████████████████████████

27 ████ ███ ████ █████ ████ ████ ██████ █████ ████ ██

28 ████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████ As another example, Waymo spent considerable time and incurred substantial expense

2 ████████████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████████████

6 ████████████████████████████████████████████

7      Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory. Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10      **Trade Secret 75**

11      The total development work associated with Trade Secret 75 took ████████████

12 ████. Further detail regarding the timeline for the development of this trade secret can be found

13 in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a

14 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15 Trade Secret 75 will be the subject of expert testimony. Information potentially relevant to

16 determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

17 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

18 UBER-00014489. That information reflects that ████████████████████

19 ████████████████████████████████████████████████████████████

20 ██████████████████████

21      Waymo's development of Trade Secret 75, which relates to ████████████

22 ████████████████████████████████████████████████████████████

23 █████████████████████ ███████████████████████████████████

24 ████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████

28 ████ ██████ ████ ██ ██████ ████████ ██ ████ █████ ██ ████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ██████████████████████████████████████████████

4 ██████████████████████████████████████████████

5 ████████████    ████████████████████████████████

6 ██████████████████████████████

7       Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10    **Trade Secret 76**

11       The total development work associated with Trade Secret 76 took ████████████

12 ██████  Further detail regarding the timeline for the development of this trade secret can be found

13 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

14 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15 Trade Secret 76 will be the subject of expert testimony.  Information potentially relevant to

16 determining such cost estimates has been produced at WAYMO-UBER-00027045,  WAYMO-

17 UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

18 UBER-00014489.  That  information  reflects  that  ████████████████████████

19 ██████████████████████████████████████████████

20 ████████████████████████

21       Waymo's  development  of  Trade  Secret  76,  which  relates  to  ████████████

22 ██████████████████████████████████████████████

23 ██████████████████████████████████████████████

24 ██████████████████████████████████████████████

25 ██████████████████████████████████████████████

26 ██████████████████████████████████████████████

27 ████  ████ ███ ████████ ███ █████ █████████ ███ █ ██████ ████ ████ ████████

28 ██████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████   █████████████████████████████

2 █████████   ████████████████████████████████

3 ███████████████████████████████████████████

4 ███████████████████████████████████████████

5 ███████████████████████████████████████████

6 █████████████████████████

7        Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10        **Trade Secret 77**

11        The total development work associated with Trade Secret 77 took ██████████

12 ███████  Further detail regarding the timeline for the development of this trade secret can be found

13 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

14 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15 Trade Secret 77 will be the subject of expert testimony.  Information potentially relevant to

16 determining such cost estimates has been produced at WAYMO-UBER-00027045,  WAYMO-

17 UBER-00014506,  WAYMO-UBER-00012830,  WAYMO-UBER-00014078  and  WAYMO-

18 UBER-00014489.  That  information  reflects  that ████████████████████

19 ███████████████████████████████████████████

20 ██████████████████████

21        Waymo's  development  of  Trade  Secret  77,  which  relates  to ██████████████

22 ███████████████████████████████████████████

23 ████████████████████   █████████████████████

24 ███████████████████████████████████████████

25 ███████████████████████████████████████████

26 ███████████████████████████████████████████

27 ███████████████████████████████████████████

28 ████   █████   ██   ██████   ████████   ████   ██   ██   ████   ██   ████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████

2 ███████████████████████████████████████████

3 ███████████████████████████████████████████

4 ███████████████████████████████████████████

5 ████████████    ████████████████████████████

6 ████████████████████████████

7          Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10        **Trade Secret 78**

11        The total development work associated with Trade Secret 78 took ████████

12 █████  Further detail regarding the timeline for the development of this trade secret can be found

13 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

14 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15 Trade Secret 78 will be the subject of expert testimony.  Information potentially relevant to

16 determining such cost estimates has been produced at WAYMO-UBER-00027045,  WAYMO-

17 UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

18 UBER-00014489.  That information reflects that ███████████████████

19 ███████████████████████████████████████████

20 ███████████████████████

21        Waymo's development of Trade Secret 78, which relates to ████████████

22 ██ ████ ████ ██ ████ ███ ████ █████ ████ ████ ████ ██

23 ██████████████████    █████████████████████

24 ███████████████████████████████████████████

25 ███████████████████████████████████████████

26 ███████████████████████████████████████████

27 ███████████████████████████████████████████

28 ████ █████ ████ ██ ████ █████ ████ ████ ██ ████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 █████████████████████████████████████████

2 █████████████████████████████████████████

3 █████████████████████████████████████████

4 █████████████████████████████████████████

5 ████████████     ████████████████████████████

6 ██████████████████████████

7    Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10    **Trade Secret 79**

11    The  total  development  work  associated  with  Trade  Secret  79  took  ████████████

12 ██████  Further detail regarding the timeline for the development of this trade secret can be found

13 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

14 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15 Trade  Secret  79  will  be  the  subject  of  expert  testimony.   Information  potentially  relevant  to

16 determining  such  cost  estimates  has  been  produced  at  WAYMO-UBER-00027045,  WAYMO-

17 UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

18 UBER-00014489.   That  information  reflects  that  █████████████████████████

19 █████████████████████████████████████████

20 ██████████████████████

21    Waymo's  development  of  Trade  Secret  79,  which  relates  to  ████████████████

22 █████████████████████████████████████████

23 ████████████     ████████████████████████████

24 █████████████████████████████████████████

25 ████ ███ ████ ██████ █████ ██ █████ ███████ █████ ██

26 █████████████████████████████████████████

27 █████████████████████████████████████████

28    ██████ ██████ ████ ██████ ██████ ████ █████ ██ ██████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ██████████████████████████████████████████████

4 ██████████████████████████████████████████████

5 ████████████  ████████████████████████████████

6 ██████████████████████████████

7          Waymo provides these examples as context for its interrogatory response, even though

8   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9   complete description or analysis of its development efforts here.

10      **Trade Secret 80**

11         The total development work associated with Trade Secret 80 took ████████████

12   ████  Further detail regarding the timeline for the development of this trade secret can be found

13   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

14   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15   Trade Secret 80 will be the subject of expert testimony.  Information potentially relevant to

16   determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

17   UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

18   UBER-00014489.  That information reflects that ██████████████████████

19   ██████████████████████████████████████████████

20   ████████████████████████

21         Waymo's development of Trade Secret 80, which relates to ████████████████

22   ██████████████████████████████████████████████

23   ████  ██████████████████████████████████████████

24   ██████████████████████████████████████████████

25   ██████████████████████████████████████████████

26   ██████████████████████████████████████████████

27   ██████████████████████████████████████████████

28   ██████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ███ ██████ █████ █ █████ ████████ ███████ ██████ ███ █ ██████

6 ████████████

7      Waymo provides these examples as context for its interrogatory response, even though

8 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

9 complete description or analysis of its development efforts here.

10      **Trade Secret 91**

11      The total development work associated with Trade Secret 91 took ████████████

12 ██████ Further detail regarding the timeline for the development of this trade secret can be found

13 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

14 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

15 Trade Secret 91 will be the subject of expert testimony.  Information potentially relevant to

16 determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

17 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

18 UBER-00014489.  That information reflects that ██████████████████████

19 ████████████████████████████████████

20      Waymo's development of Trade Secret 91 ████████████████████

21 ████████████████████████████████████████████████████

22 ██████████████████████████████ ███████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████

8 ████████████

9      Waymo provides these examples as context for its interrogatory response, even though

10 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

11 complete description or analysis of its development efforts here.

12 **Trade Secret 85**

13      The total development work associated with Trade Secret 85 took ████████

14 ██████ Further detail regarding the timeline for the development of this trade secret can be found

15 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

16 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

17 Trade Secret 85 will be the subject of expert testimony.  Information potentially relevant to

18 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

19 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

20 UBER-00014489.  That information reflects that ████████████████████

21 █████████████████████████████.

22      Waymo's development of Trade Secret 85 ████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

26 ████████████████████████████████████████████

27 ██████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 81**

The total development work associated with Trade Secret 81 took ██████████ ████  Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 81 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ████████████████████ ████████████████████████████████ ████████████████

Waymo's development of Trade Secret 81, which relates to ████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 82**

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   The total development work associated with Trade Secret 82 took ███████████

2   ███ Further detail regarding the timeline for the development of this trade secret can be found

3   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

4   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

5   Trade Secret 82 will be the subject of expert testimony.  Information potentially relevant to

6   determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

7   UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

8   UBER-00014489.  That information reflects that ████████████████████████

9   ████████████████████████████████████████████████

10  ██████████████████████

11  Waymo's development of Trade Secret 82, which relates to ████████████

12  ████████  ██████████  ████████████  ██████  ████████

13  ████████████████████  ██████████████████████████

14  ████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ██████████████████████

20  Waymo provides these examples as context for its interrogatory response, even though

21  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

22  complete description or analysis of its development efforts here.

23  **Trade Secret 83**

24  The total development work associated with Trade Secret 83 took ███████████

25  ███ Further detail regarding the timeline for the development of this trade secret can be found

26  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

27  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

28  Trade Secret 83 will be the subject of expert testimony.  Information potentially relevant to

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

2   UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

3   UBER-00014489. That information reflects that ███████████████████████

4   ████████████████████████████████████████████████████████████████████

5   ████████████████████████

6        Waymo's development of Trade Secret 83, which relates to ███████████████

7   ████████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████████

14  ██████████████████████████████████████████

15        Waymo provides these examples as context for its interrogatory response, even though

16  such context is not called for by the interrogatory. Waymo does not purport to offer a full and

17  complete description or analysis of its development efforts here.

18   **Trade Secret 84**

19        The total development work associated with Trade Secret 84 took ████████████████

20  ███████ Further detail regarding the timeline for the development of this trade secret can be found

21  in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a

22  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

23  Trade Secret 84 will be the subject of expert testimony. Information potentially relevant to

24  determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

25  UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

26  UBER-00014489. That information reflects that ███████████████████████

27  ████████████████████████████████████████████████████████████████████

28  ████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo's development of Trade Secret 84, which relates to ███████████

2    ███████████████████████████████████████████████████████

3    ███████████████████████████████████████████████████████

4    ███████████████████████████████████████████████████████

5    ███████████████████████████████████████████████████████

6    ███████████████████████████████████████████████████████

7    ███████████████████████████████████████████████████████

8    ███████████████████████████████████████████████████████

9    ███████████████████████████████████

10   Waymo provides these examples as context for its interrogatory response, even though

11   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

12   complete description or analysis of its development efforts here.

13   **Trade Secret 86**

14   The total development work associated with Trade Secret 86 took ████████████

15   ██████.  Further detail regarding the timeline for the development of this trade secret can be found

16   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

17   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

18   Trade Secret 86 will be the subject of expert testimony.  Information potentially relevant to

19   determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

20   UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

21   UBER-00014489.  That information reflects that ████████████████████████

22   ███████████████████████████████████████████████████████

23   ██████████████████████████

24   In assessing the time it took and how much it cost to develop trade secrets related to the

25   ███████████████████████████████████████████████████████

26   ███████████████████████████████████████████████████████

27   ████████████  For example, to develop Trade Secret 86, Waymo spent considerable time and

28   incurred substantial expense ████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████████████████

2  ████████████████████████     ███████████████████

3  ███████████████████████████████████████████████

4  ███████████████████████████████████████████████

5  ██████████████████████████████     ██████████████

6  ███████████████████████████████████████████████

7  ██████████████████████████.   As another example, Waymo spent considerable time and

8  incurred substantial expense ██████████████████████████████

9  ███████████████████████████████████████████████

10  ███████████████████████████████████████████████

11  ███████████████████████████████████████████████

12  ███████████████████████████████████████████████

13  ████████

14      Waymo provides these examples as context for its interrogatory response, even though

15  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

16  complete description or analysis of its development efforts here.

17  **Trade Secret 87**

18      The total development work associated with Trade Secret 87 took ██████████████

19  ██████.  Further detail regarding the timeline for the development of this trade secret can be found

20  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

21  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

22  Trade Secret 87 will be the subject of expert testimony.  Information potentially relevant to

23  determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

24  UBER-00014506, UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

25  UBER-00014489.  That information reflects that ██████████████████████

26  ███████████████████████████████████████████████

27  ██████████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1       In assessing the time it took and how much it cost to develop trade secrets related to the

2

3       For

4  example, to develop Trade Secret 87, Waymo spent considerable time and incurred substantial

5  expense

6

7

8

9

10

11      As another

12  example, Waymo spent considerable time and incurred substantial expense

13

14

15

16

17

18       Waymo provides these examples as context for its interrogatory response, even though

19  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

20  complete description or analysis of its development efforts here.

21  **Trade Secret 88**

22       The total development work associated with Trade Secret 88 took

23  Further detail regarding the timeline for the development of this trade secret can be found

24  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

25  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

26  Trade Secret 88 will be the subject of expert testimony.  Information potentially relevant to

27  determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

28  UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   UBER-00014489.  That information reflects that ████████████████

2   ██████████████████████████████████████████████████████████████

3   ███████████████████████

4        In assessing the time it took and how much it cost to develop trade secrets related to the

5   ██████████████████████████████████████████████████████████████

6   ████████████████████████████████████████████.  For

7   example, to develop Trade Secret 88, Waymo spent considerable time and incurred substantial

8   expense █████████████████████████████████████████████████████████

9   ██████████████████████████████████████████████████████████████

10  ████████████████  ██████████████████████████████████████████

11  ██████████████████████████████████████████████████████████████

12  ██████████████████████████████████████████████████████████████

13  ███████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████  As

15  another example, Waymo spent considerable time and incurred substantial expense ████████

16  ██████████████████████████████████████████████████████████████

17  ██████████████████████████████  █████████████████████████████

18  ██████████████████████████████████████████████████████████████

19  ██████████████████████████████████████████████████████████████

20  █████████████████████████████████████████

21        Waymo provides these examples as context for its interrogatory response, even though

22  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

23  complete description or analysis of its development efforts here.

24  **Trade Secret 90**

25        Waymo's development of Trade Secret 90 took ███████████████  Further detail

26  regarding the timeline for the development of this trade secret can be found in the documents

27  identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

28  trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 90

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 will be the subject of expert testimony.  Information potentially relevant to determining such cost

2 estimate has been produced at WAYMO-UBER-00027045,  WAYMO-UBER-00014506,

3 WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

4 information reflects that ████████████████████████████████████████████

5 ██████████████

6        In assessing the time it took and how much it cost to develop ███████████

7 ████████████████████████████████████████████████████████

8 ███████████████████████████████ For example, to develop Trade

9 Secret 90, Waymo spent considerable time and incurred substantial expense █████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ██ ███ ██ ████ █ ███ ████ ███ ████ ███ ████ ██ ████

13 ████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████

19 ██████████████████████████████ As another

20 example, Waymo spent considerable time and incurred substantial expense ██████████

21 ████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████

23 ████████████████████████████ █████████████████████████

24 ████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████

26 ███████████████████████████████████████████

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo provides these examples as context for its interrogatory response, even though
2  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and
3  complete description or analysis of its development efforts here.

4    **Trade Secret 94**

5    The total development work associated with Trade Secret 94 took ████████████
6  ██████  Further detail regarding the timeline for the development of this trade secret can be found
7  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a
8  trade secret by trade secret basis in the ordinary course of business, and the cost of developing
9  Trade Secret 94 will be the subject of expert testimony.  Information potentially relevant to
10  determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-
11  UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-
12  UBER-00014489.  That information reflects that ████████████████████████
13  ████████████████████████████████

14    In assessing the time it took and how much it cost to develop trade secrets related to the
15  ████████████████████████████████████████████████████
16  ████████████████████████████████████████████████████
17  ████████████  For example, to develop Trade Secret 94, Waymo spent considerable time and
18  incurred substantial expense ████████████████████
19  ████████████████████████████████████████████████████
20  ████████████████████████  ████████████████████████
21  ████████████████████████████████████████████████████
22  ████████████████████████████████████████████████████
23  ████████████████████████████  ████████████████████████
24  ████████████████████████████████████████████████████
25  ████████████████████████████  As another example, Waymo
26  spent considerable time and incurred substantial expense ████████████████
27  ████████████████████████  ████████████████████████████
28  ████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████████

4 ████████████████████████████████████

5      Waymo provides these examples as context for its interrogatory response, even though

6 such context is not called for by the interrogatory. Waymo does not purport to offer a full and

7 complete description or analysis of its development efforts here.

8     **Trade Secret 95**

9     The total development work associated with Trade Secret 95 took ████████████

10 ████ Further detail regarding the timeline for the development of this trade secret can be found

11 in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a

12 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

13 Trade Secret 95 will be the subject of expert testimony. Information potentially relevant to

14 determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

15 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

16 UBER-00014489. That information reflects that ████████████████████████

17 ████████████████████████

18     In assessing the time it took and how much it cost to develop trade secrets related to the

19 ████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████

21 ████████ For example, to develop Trade Secret 95, Waymo spent considerable time and

22 incurred substantial expense ████████████████████████████

23 ████████████████████████████████████████████████████████

24 ████████████████████████████ ████████████████████████

25 ████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████

27 ████████████████████████████████ ████████████████████

28 ████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████   ████████████████  As another example,

2 Waymo spent considerable time and incurred substantial expense ████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████████████████

9        Waymo provides these examples as context for its interrogatory response, even though

10 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

11 complete description or analysis of its development efforts here.

12        **Trade Secret 96**

13        The total development work associated with Trade Secret 96 took ███████████

14 ██████  Further detail regarding the timeline for the development of this trade secret can be found

15 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

16 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

17 Trade Secret 96 will be the subject of expert testimony.  Information potentially relevant to

18 determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

19 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

20 UBER-00014489.  That information reflects that ████████████████████

21 ████████████████████████

22        In assessing the time it took and how much it cost to develop trade secrets related to the

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ██████████  For example, to develop Trade Secret 96, Waymo spent considerable time and

26 incurred substantial expense ████████████████████████████████

27 ████████████████████████████████████████████████████

28 ████████████████████████   ████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████

2  ████████████████████████████████████████████

3  ██████████████████████████████  ██████████████

4  ████████████████████████████████████████████

5  ████████████████████████████  As another example, Waymo

6  spent considerable time and incurred substantial expense ██████████

7  ████████████████████████████  ████████████████████

8  ████████████████████████████████████████████

9  ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████

13     Waymo provides these examples as context for its interrogatory response, even though

14 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

15 complete description or analysis of its development efforts here.

16     **Trade Secret 97**

17     The total development work associated with Trade Secret 97 took ████████████

18 ██████ Further detail regarding the timeline for the development of this trade secret can be found

19 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

20 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

21 Trade Secret 97 will be the subject of expert testimony.  Information potentially relevant to

22 determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

23 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

24 UBER-00014489.  That information reflects that ████████████████████████

25 ████████████████████████████████

26     In assessing the time it took and how much it cost to develop trade secrets related to the

27 ████████████████████████████████████████████

28 ████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████ For example, to develop Trade Secret 97, Waymo spent considerable time and

2 incurred substantial expense ███████████████████████████████████████

3 ████████████████████████████████████████████████████████████

4 ████████████████████████████████ ████████████████████████████

5 ████████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████████

7 ████████████████████████████████████ ██████████████████████████

8 ████████████████████████████████████████████████████████████

9 ██████████████████████████████████ As another example, Waymo

10 spent considerable time and incurred substantial expense ████████████████████

11 ██████████████████████████ ████████████████████████████████

12 ████████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████████

16 ██████████████████████████████████.

17 Waymo provides these examples as context for its interrogatory response, even though

18 such context is not called for by the interrogatory. Waymo does not purport to offer a full and

19 complete description or analysis of its development efforts here.

20 **Trade Secret 98**

21 The total development work associated with Trade Secret 98 took ███████████████

22 ████████ Further detail regarding the timeline for the development of this trade secret can be found

23 in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a

24 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

25 Trade Secret 98 will be the subject of expert testimony. Information potentially relevant to

26 determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

27 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  UBER-00014489.  That  information  reflects  that  ███████████████████

2  ██████████████████████████████

3      In assessing the time it took and how much it cost to develop trade secrets related to the

4  ██████████████████████████████████████████████████████████████

5  ██████████████████████████████████████████████████████████████

6  ██████████   For  example,  to  develop  Trade  Secret  98,  Waymo  spent  considerable  time  and

7  incurred  substantial  expense  ████████████████████████████████████

8  ██████████████████████████████████████████████████████████████

9  ███████████████████████   ██████████████████████████████

10  ██████████████████████████████████████████████████████████████

11  ██████████████████████████████████████████████████████████████

12  ███████████████████████████   █████████████████████████

13  ██████████████████████████████████████████████████████████████

14  █████████████████████████████████████   As another example, Waymo

15  spent  considerable  time  and  incurred  substantial  expense  ████████████████

16  ██████████████████████████   ███████████████████████████

17  ██████████████████████████████████████████████████████████████

18  ██████████████████████████████████████████████████████████████

19  ██████████████████████████████████████████████████████████████

20  ██████████████████████████████████████████████████████████████

21  ████████████████████████████

22      Waymo  provides  these  examples  as  context  for  its  interrogatory  response,  even  though

23  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24  complete description or analysis of its development efforts here.

25  **Trade Secret 99**

26      The  total  development  work  associated  with  Trade  Secret  99  took  █████████████

27  ████████  Further  detail  regarding  the  timeline  for  the  development  of  this  trade  secret  can  be  found

28  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

2  Trade Secret 99 will be the subject of expert testimony.  Information potentially relevant to

3  determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

4  UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

5  UBER-00014489.  That information reflects that ████████████████████████████

6  ████████████████████████

7       In assessing the time it took and how much it cost to develop trade secrets related to the

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10  ██████████  For example, to develop Trade Secret 99, Waymo spent considerable time and

11  incurred substantial expense ████████████████████████████████████

12  ████████████████████████████████████████████████████

13  ████████████████████  ████████████████████████████

14  ████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████

16  ██████████████████████  ██████████████████████████████

17  ████████████████████████████████████████████████████

18  ████████████████████████████  As another example, Waymo

19  spent considerable time and incurred substantial expense ████████████████████

20  ████████████████████  ████████████████████████████████

21  ████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████

25  ████████████████████████

26       Waymo provides these examples as context for its interrogatory response, even though

27  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

28  complete description or analysis of its development efforts here.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 103**

2        The total development work associated with Trade Secret 103 took ███████████

3    ██████ Further detail regarding the timeline for the development of this trade secret can be found

4    in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

5    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

6    Trade Secret 103 will be the subject of expert testimony.  Information potentially relevant to

7    determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-

8    UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

9    UBER-00014489.  That information reflects that ██████████████████████████

10   ████████████████████████████████

11       In assessing the time it took and how much it cost to develop trade secrets related to ██

12   ████████████████████████████████████████████

13   ████████████████████████████████████████████

14   For example, to develop Trade Secret 103, Waymo spent considerable time and incurred

15   substantial expense ████████████████████████████████████

16   ████████████████████████████████████████████

17   ████████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████████

22   ██████████████████████ As another example, Waymo spent considerable

23   time and incurred substantial expense ██████████████████████████████

24   ██████████████  ████████████████████████████████

25   ████████████████████████████████████████████

26   ████████████████████████████  ████████████████

27   ████████████████████████████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████████

2 ████████████████████

3      Waymo provides these examples as context for its interrogatory response, even though

4 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

5 complete description or analysis of its development efforts here.

6 **Trade Secret 104**

7      The total development work associated with Trade Secret 104 took ████████████

8 ██████  Further detail regarding the timeline for the development of this trade secret can be found

9 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

10 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

11 Trade Secret 104 will be the subject of expert testimony.  Information potentially relevant to

12 determining such cost estimate has been produced at WAYMO-UBER-00027045,  WAYMO-

13 UBER-00014506,  WAYMO-UBER-00012830,  WAYMO-UBER-00014078  and  WAYMO-

14 UBER-00014489.  That  information  reflects  that ████████████████████████

15 ████████████████████████████████████████████████████████

16 ████████████████████████

17      Waymo's development of Trade Secret 104 ████████████████████

18 ████████████████████████████████████████████████████████

19 ████████████████████████ ████████████████████████████████

20 ████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 ████████████████████████████████████████████ ████████████

25 ████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████

7 ████████████████████████████████

8    Waymo provides these examples as context for its interrogatory response, even though

9 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10 complete description or analysis of its development efforts here.

11    **Trade Secret 105**

12    The total development work associated with Trade Secret 105 took ████████████

13 ████  Further detail regarding the timeline for the development of this trade secret can be found

14 in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

15 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

16 Trade Secret 105 will be the subject of expert testimony.  Information potentially relevant to

17 determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

18 UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

19 UBER-00014489.  That information reflects that ████████████████████████

20 ████████████████████████████████████████████████████████

21 ████████████████████████████████

22    Waymo's development of Trade Secret 105 ██████████████████████

23 ████████████████████████████████████████████████████████

24 ██████████████████████████   ████████████████████████████

25 ████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 106**

Waymo's development of Trade Secret 106 took ███████████████ Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secrets 106 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ████████████████████████████

████████████████

Waymo's development of Trade Secret 106 ████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ███████████████   █████████████████████████████████████

6 ████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ██████████████████████████████

13     Waymo provides these examples as context for its interrogatory response, even though

14 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

15 complete description or analysis of its development efforts here.

16     **Trade Secret 107**

17     Waymo's development of Trade Secret 107 took ████████████████  Further detail

18 regarding the timeline for the development of this trade secret can be found in the documents

19 identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

20 trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 107

21 will be the subject of expert testimony.  Information potentially relevant to determining such cost

22 estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506,

23 WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

24 information reflects that ██████████████████████████████████

25 ████████████████████████

26     Waymo's development of Trade Secret 107 ██████████████████████

27 ████████████████████████████████████████████████████

28 ██████████████████   ███████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

15  Waymo provides these examples as context for its interrogatory response, even though

16  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

17  complete description or analysis of its development efforts here.

18  **Trade Secret 108**

19  Waymo's development of Trade Secret 108 took ██████████████. Further detail

20  regarding the timeline for the development of this trade secret can be found in the documents

21  identified in response to Interrogatory No. 4.  Waymo does not track costs on a trade secret by

22  trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 108

23  will be the subject of expert testimony.  Information potentially relevant to determining such cost

24  estimates has been produced at WAYMO-UBER-00027045,   WAYMO-UBER-00014506,

25  WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That

26  information reflects that ████████████████████████████████

27  ████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo's development of Trade Secret 108 ████████████████████

2    ██████████████████████████████████████████

3    ████████████████        ████████████████████

4    ██████████████████████████████████████████

5    ███ ███ ████ ████ ████ ██ ████ ████ ████ ██

6    ██████████████████████████████████████████

7    ██████████████████████████████████████████

8    ██████████████████████████████████████████

9    ██████████████████████████████████████████

10   ██████████████████████████████████████████

11   ██████████████████████████████████████████

12   ██████████████████████████████████████████

13   ██████████████████████████████████████████

14   ████████████████   ████████████████████████

15   ██████████████████████████████████████████

16   ████

17   Waymo provides these examples as context for its interrogatory response, even though

18   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

19   complete description or analysis of its development efforts here.

20   **Trade Secret 109**

21   The total development work associated with Trade Secret 109 took ████████████

22   ████ Further detail regarding the timeline for the development of this trade secret can be found

23   in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

24   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

25   Trade Secret 109 will be the subject of expert testimony.  Information potentially relevant to

26   determining such cost estimates has been produced at WAYMO-UBER-00027045,  WAYMO-

27   UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-00014078   and   WAYMO-

28

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 UBER-00014489.  That information reflects that ████████████

2 ████████████████████████████

3     Waymo's development of Trade Secret 109 ████████

4 ████████████████████████████

5 ████████████████████████   ████████████

6 ████████████████████████████

7 ████████████████████████████

8 ████████████████████████████

9 ████████████████████████████

10 ████████████████████████████

11 ████████████████████████████

12 ████████████████████████████

13 ████████████████████████████

14 ████████████████████

15     Waymo provides these examples as context for its interrogatory response, even though

16 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

17 complete description or analysis of its development efforts here.

18 **Trade Secret 110**

19     The total development work associated with Trade Secret 110 took ████████

20 ████ Further detail regarding the timeline for the development of this trade secret can be found

21 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

22 costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

23 developing Trade Secret 110 will be the subject of expert testimony.  Information potentially

24 relevant to determining such cost estimates has been produced at WAYMO-UBER-

25 00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,    WAYMO-UBER-

26 00014078 and WAYMO-UBER-00014489.  That information reflects that ████  ████

27 ████████████████████████████

28 ████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In assessing the time it took and how much it cost to develop trade secrets related to the

2    ██████████████████████████████████████████████████████████████████████

3    ██████████████████████████████████████████████████████████████████████

4    ███████████████████████████████████    For example, to develop Trade Secret 110,

5    Waymo spent considerable time and incurred substantial expense ████████████████

6    ██████████████████████████████████████████████████████████████████████

7    ██████████████████████████████████████████████████████████████████████

8    ██████████████████████████████████████████████████████████████████████

9    ██████████████████████████████████████████████████████████████████████

10   ██████████████████████████████████████████████████████████████████████

11   ██████████████████████████████████████████████████████████████████████

12   ██████████████████████████████████████████████████████████████████████

13   ██████████████████████████████████████████████████████████████████████

14   ████████████████    As another example, Waymo spent considerable time and incurred substantial

15   expense ████████████████████████████████    ████████████████████

16   ██████████████████████████████████████████████████████████████████████

17   ██████████████████████████████████████████████████████████████████████

18   ██████████████████████████████████████████████████████████████████████

19   ██████████████████████████████████████████████████████████████████████

20   ████████████████████████████

21       Waymo provides these examples as context for its interrogatory response, even though

22   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

23   complete description or analysis of its development efforts here.

24   **Trade Secret 112**

25       The total development work associated with Trade Secret 112 took ████████████

26   ████████    Further detail regarding the timeline for the development of this trade secret can be found

27   in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

28   costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  developing Trade Secret 112 will be the subject of expert testimony.  Information potentially

2  relevant to determining such cost estimates has been produced at WAYMO-UBER-

3  00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

4  00014078 and WAYMO-UBER-00014489.  That information reflects that ███████  ████████

5  ████████████████████████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████

7      In assessing the time it took and how much it cost to develop trade secrets related to the

8  ████████████████████████████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████████████████████████████

10 ████████████████████████████████  For example, to develop Trade Secret 112,

11 Waymo spent considerable time and incurred substantial expense ████████████████████

12 ████████████████████████████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████  As another

20 example, Waymo spent considerable time and incurred substantial expense ███████████

21 ██████████████████████████  ██████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████████████████████████

26 ████████████████████████████████████████  ████████████████████████████████████████

27 ████████████████████████████████████████████████████████████████████████████████

28 █████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1      **Trade Secret 113**

2         The total development work associated with Trade Secret 113 took ███████████

3 ████. Further detail regarding the timeline for the development of this trade secret can be found

4 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

5 costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

6 developing Trade Secret 113 will be the subject of expert testimony.  Information potentially

7 relevant to determining such cost estimates has been produced at WAYMO-UBER-

8 00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

9 00014078 and WAYMO-UBER-00014489.  That information reflects that ████ ████████

10 ████████████████████████████████████████████████████████████

11 ██████████████████████████████████████

12         In assessing the time it took and how much it cost to develop trade secrets related to the

13 ████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████████

15 ████████████████████████████████ For example, to develop Trade Secret 113,

16 Waymo spent considerable time and incurred substantial expense ██████████████████

17 ████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████████

24 ██████████████████████████████████████████████ As another

25 example, Waymo spent considerable time and incurred substantial expense ████████████

26 ██████████████████ █████████████████████████████████████████

27 ████████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████████████

2 ███████████████████████████████████████████████████

3 ███████████

4       Waymo provides these examples as context for its interrogatory response, even though

5 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

6 complete description or analysis of its development efforts here.

7       **Trade Secret 118**

8       The total development work associated with Trade Secret 118 took ███████████

9 ████.  Further detail regarding the timeline for the development of this trade secret can be found

10 in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

11 costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

12 developing Trade Secret 118 will be the subject of expert testimony.  Information potentially

13 relevant to determining such cost estimates has been produced at WAYMO-UBER-

14 00027045,       WAYMO-UBER-00014506,       WAYMO-UBER-00012830,       WAYMO-UBER-

15 00014078   and   WAYMO-UBER-00014489.   That   information   reflects   that ████ ███████

16 ████████████████████████████████████████████████

17       In assessing the time it took and how much it cost to develop trade secrets related to ███

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████. For example, to develop Trade Secret 118,

21 Waymo spent considerable time and incurred substantial expense ████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   █████████████████████████████████████████.  As another

2  example, Waymo spent considerable time and incurred substantial expense ████████

3  ████████████████████   ███████████████████████████████

4  ████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████

6  ████████   ██████████████████████████████████████████████

7  ████████████████████████████████████████████████████████

8  ████████████████████

9       Waymo provides these examples as context for its interrogatory response, even though

10  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

11  complete description or analysis of its development efforts here.

12  **Trade Secret 119**

13       The total development work associated with Trade Secret 119 took ███████████

14  ████  Further detail regarding the timeline for the development of this trade secret can be found

15  in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track

16  costs on a trade secret by trade secret basis in the ordinary course of business, the cost of

17  developing Trade Secret 119 will be the subject of expert testimony.  Information potentially

18  relevant to determining such cost estimates has been produced at WAYMO-UBER-

19  00027045,   WAYMO-UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-

20  00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  █████  ████████

21  ████████████████████████████████████████████████████

22       In assessing the time it took and how much it cost to develop trade secrets related to the

23  ████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████

25  ██████████████████████████████  For example, to develop Trade Secret 119,

26  Waymo spent considerable time and incurred substantial expense ████████████████

27  ████████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

6 As another
7 example, Waymo spent considerable time and incurred substantial expense

14 Waymo provides these examples as context for its interrogatory response, even though
15 such context is not called for by the interrogatory. Waymo does not purport to offer a full and
16 complete description or analysis of its development efforts here.

17 **Trade Secret 121**

18 Waymo is investigating how long it took to develop Trade Secret 121. But,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Trade Secret 92**

The total development work associated with Trade Secret 92 took ███████████ ████. Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, the cost of developing Trade Secret 92 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimates has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ████ ██████ ████████████████████████████████████████████████████████

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 93**

The total development work associated with Trade Secret 93 took ███████████ ██████  Further detail regarding the timeline for the development of this trade secrets can be found in the documents identified in response to Interrogatory No. 4.  Because Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, the cost of developing Trade Secret 93 will be the subject of expert testimony.  Information potentially

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  relevant to determining such cost estimates has been produced at WAYMO-UBER-
2  00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-
3  00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ██ ████
4  ████████████████████████████████████████████████████
5     ████████████████████████████████████████████████
6  ████████████████████████████████████████████████████
7  ██████ ██████████████████████████████████████████████
8  ████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████
13 ██████████████████████████████

14      Waymo provides these examples as context for its interrogatory response, even though
15 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and
16 complete description or analysis of its development efforts here.

17   **Trade Secret 9**

18      The total development work associated with Trade Secret 9 took ████████████
19 ██████.  Further detail regarding the timeline for the development of this trade secret can be found
20 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by
21 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a
22 trade secret by trade secret basis in the ordinary course of business, and the cost of developing
23 Trade Secret 9 will be the subject of expert testimony.  Information potentially relevant to
24 determining such cost estimates includes information that has been produced at WAYMO-UBER-
25 00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-
26 00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ██ ████
27 ████████████████████████████████████████████████████
28 ████████████████████████████████████████

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    In assessing the time it took and how much it cost to develop trade secrets related to

2    ████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████

4    ███████████████ For example, to develop Trade Secret 9, Waymo spent considerable time and

5    expense ████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████

7    █████████████████████████████ ████████████████████████████

8    ████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████

10   ████████████████████████████ ████████████████████████████

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ███████████████████████████ As another example, Waymo spent considerable

14   time and expense ████████████████████████████████████████

15   ████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ███ ████████ ███████ ██████ ████ ████ ██ ████ ████ ██ ███ ████████

20   ████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ██████████████████████

23   Waymo provides these examples as context for its interrogatory response, even though

24   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

25   complete description or analysis of its development efforts here.

26   **Trade Secret 10**

27   The total development work associated with Trade Secret 10 took ████████████████

28   ████. Further detail regarding the timeline for the development of this trade secret can be found

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

2   reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

3   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

4   Trade Secret 10 will be the subject of expert testimony.  Information potentially relevant to

5   determining such cost estimates includes information that has been produced at WAYMO-UBER-

6   00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

7   00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ███  ███

8   ████████████████████████████████████████████████████

9   ██████████████████████████████████████

10       In assessing the time it took and how much it cost to develop trade secrets related to

11   ████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████

13   █████████████.  For example, to develop Trade Secret 10, Waymo spent considerable time

14   and  expense  ████████████████████████████████████████████

15   ████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████

19   ██████████████████████████  ███████████████████████████

20   ████████████████████████████████████████████████████

21   ██████████████████████████████████████████

22                                           As another example,

23   Waymo spent considerable time and expense █████████████████████████

24   ████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████

26   ███████  ████  ███  ███  ███  ███  █  ████  ███  █  ███  ███

27   ███████████████████████████████████  ████████████

28   ████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Waymo provides these examples as context for its interrogatory response, even though such context is not called for by the interrogatory.  Waymo does not purport to offer a full and complete description or analysis of its development efforts here.

**Trade Secret 13**

The total development work associated with Trade Secret 13 took ███████ ████. Further detail regarding the timeline for the development of this trade secret can be found in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a trade secret by trade secret basis in the ordinary course of business, and the cost of developing Trade Secret 13 will be the subject of expert testimony.  Information potentially relevant to determining such cost estimates includes information that has been produced at WAYMO-UBER-00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-00014489.  That information reflects that ███ ████ ███████████████████████████████████

In assessing the time it took and how much it cost to develop trade secrets related to ████████████████████████████████████████████. For example, to develop Trade Secret 13, Waymo spent considerable time and expense ███████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

5       As another example, Waymo spent

6 considerable time and expense

16       Waymo provides these examples as context for its interrogatory response, even though

17 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

18 complete description or analysis of its development efforts here.

19       **Trade Secret 14**

20       The total development work associated with Trade Secret 14 took

21       Further detail regarding the timeline for the development of this trade secret can be found

22 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

23 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

24 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

25 Trade Secret 14 will be the subject of expert testimony.  Information potentially relevant to

26 determining such cost estimates includes information that has been produced at WAYMO-UBER-

27 00027045,      WAYMO-UBER-00014506,      WAYMO-UBER-00012830,      WAYMO-UBER-

28 00014078 and WAYMO-UBER-00014489.  That information reflects that

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████

3    In assessing the time it took and how much it cost to develop trade secrets related to

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ██████████   For example, to develop Trade Secret 14, Waymo spent considerable time and

9 expense ████████████████████████████████████

10 ████████████████████████████████████████████████

11 ██████████████████████████   ████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ██████████████████████████████████   ██████████████

15 ████████████████████████████████████████████████

16 ████████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ███   As another example, Waymo spent considerable time and expense ████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ██████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Waymo provides these examples as context for its interrogatory response, even though

2  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3  complete description or analysis of its development efforts here.

4    **Trade Secret 38**

5    The total development work associated with Trade Secret 38 took ███████████

6  ████ Further detail regarding the timeline for the development of this trade secret can be found

7  in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

8  reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

9  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

10 Trade Secret 38 will be the subject of expert testimony.  Information potentially relevant to

11 determining such cost estimates includes information that has been produced at WAYMO-UBER-

12 00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,    WAYMO-UBER-

13 00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ████  ███████

14 ███████████████████████████████████████████████████████████

15 ██████████████████████████████████████

16    In assessing the time it took and how much it cost to develop trade secrets related to

17 ███████████████████████████████████████████████████████████

18 ███████████████████████████████████████████████████████████

19 ██████████████████████████████ For example, to develop Trade Secret 38,

20 Waymo  spent  considerable  time  and  expense  ██████████████████████

21 ███████████████████████████████████████████████████████████

22 ███████████████████████████████████████████████████████████

23 ███ ███████ █████ █ ████ ██████ ███████ ██████ █████ ██████ ███ ████

24 ███████████████████████████████████████████████████████████

25 ███████████████████████████████████████████████████████████

26 ███████████████████████████████████████████████████████████

27 ███████████████████████████████████████████████████████████

28 ███████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    example, Waymo spent considerable time and expense ████████████████

2    ████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████

5    █████████████████████████████████████████   ███████████

6    ████████████████████████████████████████████████████████

7    ███████████   ██████████████████████████████████████████

8    ████████████████████████████████████████████████████████

9    ██████████████████████████

10        Waymo provides these examples as context for its interrogatory response, even though

11   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

12   complete description or analysis of its development efforts here.

13        **Trade Secret 117**

14        The total development work associated with Trade Secret 117 took ████████████

15   ██████  Further detail regarding the timeline for the development of this trade secret can be found

16   in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

17   reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

18   trade secret by trade secret basis in the ordinary course of business, and the cost of developing

19   Trade Secret 117 will be the subject of expert testimony.  Information potentially relevant to

20   determining such cost estimates includes information that has been produced at WAYMO-UBER-

21   00027045,    WAYMO-UBER-00014506,    WAYMO-UBER-00012830,    WAYMO-UBER-

22   00014078 and  WAYMO-UBER-00014489.  That information reflects that ████  ████████

23   ████████████████████████████████████████████████████████

24   ████████████████████████████████████████████

25        In assessing the time it took and how much it cost to develop trade secrets related to

26   ████████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   █████████████████████████████████. For example, to develop

2   Trade Secret 117, Waymo spent considerable time and expense █████████

3   ████████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████

5   ███ ███ ████ █ ██ ████ ████ ████ ████ ███ ███ ██ ████

6   ████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████████████

11  ████████████████████████████████ As another example, Waymo spent

12  considerable time and expense ███████████████████████████████

13  ████████████████████████████████████████████████████████████

14  ███ ███ ████ ██ ████ █ ████ ████ ████ ████ ███

15  ████ ████ ████ ███ ███ ████ █ ███ ██ ███ ███

16  ██████████████████████████████████████████ ███████

17  ████████████████████████████████████████████████████████████

18  ████████ ███████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████

21  ███████

22       Waymo provides these examples as context for its interrogatory response, even though

23  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24  complete description or analysis of its development efforts here.

25       **Trade Secret 48**

26       The total development work associated with Trade Secret 48 took ███████

27  ████. Further detail regarding the timeline for the development of this trade secret can be found

28  in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

2  Trade Secret 48 will be the subject of expert testimony.  Information potentially relevant to

3  determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

4  UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

5  UBER-00014489.  That information reflects that ████████████████████████████

6  ████████████████████████████████████████████████████████████████

7  ████████████████████████

8      In assessing the time it took and how much it cost to develop trade secrets related to the

9  ████████████████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████████████████

11  ██████████████████████████ For example, to develop Trade Secret 48, Waymo

12  spent considerable time and incurred substantial expense ████████ ███ ████████

13  ████████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████████

20  ██████████████████████ As another example, Waymo spent considerable time and

21  incurred substantial expense ████████████████

22  ████████████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████████████

25  ██████████████████████████████████████████████

26      Waymo provides these examples as context for its interrogatory response, even though

27  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

28  complete description or analysis of its development efforts here.

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 120**

2    The total development work associated with Trade Secret 120 took ███████████

3    ██████ Further detail regarding the timeline for the development of this trade secret can be found

4    in the documents identified in response to Interrogatory No. 4. Waymo does not track costs on a

5    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

6    Trade Secret 48 will be the subject of expert testimony. Information potentially relevant to

7    determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

8    UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

9    UBER-00014489. That information reflects that ████████████████████████████

10   ████████████████████████████████████████████████████████████████

11   ██████████████████████████████

12   Waymo's development of Trade Secret 120 ███████████████████████████████

13   ████████████████████████████████████████████████████████████████

14   ████████████████████████████████████████  ██████████████████████

15   ████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████████████

23   ██████████████████████████████████████████

24   Waymo provides these examples as context for its interrogatory response, even though

25   such context is not called for by the interrogatory. Waymo does not purport to offer a full and

26   complete description or analysis of its development efforts here.

27   **Trade Secret 111**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    The total development work associated with Trade Secret 111 took ███████████

2    ██████ Further detail regarding the timeline for the development of this trade secret can be found

3    in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

4    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

5    Trade Secret 111 will be the subject of expert testimony.  Information potentially relevant to

6    determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

7    UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

8    UBER-00014489.  That information reflects that ██████████████████████

9    ████████████████████████████████████████████████

10   ██████████████████

11   In assessing the time it took and how much it cost to develop trade secrets related to the

12   ████████████████████████████████████████████████

13   ████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   ████████████████████████████████████████████████

17   ████████████████████████████████████████████████

18   ██ ████ ████ █ ███ ████ ████ ███ ██ ██ ███

19   ████████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ████████████████████████████████████████████████

23   ████████████████████████████████████████████████

24   ██████████████████████████████████████ ██

25   ███ ███ ███ ███ ██ ████ ████ ███ ████ ██

26   ████████████████████████████████████████████████

27   ████████████████████████

28

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo provides these examples as context for its interrogatory response, even though

2    such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

3    complete description or analysis of its development efforts here.

4    **Trade Secret 101**

5    The total development work associated with Trade Secret 101 took ███████████

6    ████.  Further detail regarding the timeline for the development of this trade secret can be found

7    in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

8    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

9    Trade Secret 101 will be the subject of expert testimony.  Information potentially relevant to

10   determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

11   UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

12   UBER-00014489.  That information reflects that ███████████████████

13   ████████████████████████

14   Waymo's development of Trade Secret 101 ████████████████

15   ████████████████████████████████████

16   ████████████████████████████████████

17   ████████████████████████████████████

18   ████████████████████████████████████

19   ████████████████████████████████████

20   ████████████████████████████████████

21   ████████████████████████████████████

22   ████████████████████████████████████

23   ████████████████    █████████████████

24   ████████████████████████████████████

25   ██████

26   Waymo provides these examples as context for its interrogatory response, even though

27   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

28   complete description or analysis of its development efforts here.

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 102**

2         The total development work associated with Trade Secret 102 took ███████████

3    ████ Further detail regarding the timeline for the development of this trade secret can be found

4    in the documents identified in response to Interrogatory No. 4.  Waymo does not track costs on a

5    trade secret by trade secret basis in the ordinary course of business, and the cost of developing

6    Trade Secret 102 will be the subject of expert testimony.  Information potentially relevant to

7    determining such cost estimate has been produced at WAYMO-UBER-00027045, WAYMO-

8    UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-

9    UBER-00014489.  That information reflects that ████████████████████████

10   ████████████████████████████████████.

11        Waymo's development of Trade Secret 102 ████████████████████

12   ████████████████████████████████████████████████

13   ████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   ████████████████████████████████████████████████

17   ████████████████████████████████████████████████

18   ████████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ██████████████████  ██████████████████████████

21   ████████████████████████████████████████████

22        Waymo provides these examples as context for its interrogatory response, even though

23   such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

24   complete description or analysis of its development efforts here.

25        **Trade Secret 7**

26        The total development work associated with Trade Secret 7 took ███████████

27   ████.  Further detail regarding the timeline for the development of this trade secret can be found

28   in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

2  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

3  Trade Secret 7 will be the subject of expert testimony.  Information potentially relevant to

4  determining such cost estimate includes information that has been produced at WAYMO-UBER-

5  00027045,        WAYMO-UBER-00014506,        WAYMO-UBER-00012830,        WAYMO-UBER-

6  00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ███  █████

7  ████████████████████████████████████████████████████████████████

8  ████████████████████████████████████████████.

9       In  assessing  the  time  it  took  and  how  much  it  cost  to  develop  trade  secrets  related  to

10  ████████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████████████

17  ████████████████████████████

18       Waymo  provides  these  examples  as  context  for  its  interrogatory  response,  even  though

19  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

20  complete description or analysis of its development efforts here.

21  **Trade Secret 8**

22       The  total  development  work  associated  with  Trade  Secret    took  ████████████

23  █████. Further detail regarding the timeline for the development of this trade secret can be found

24  in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

25  reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

26  trade secret by trade secret basis in the ordinary course of business, and the cost of developing

27  Trade Secret   will be the subject of expert testimony.  Information  potentially  relevant  to

28  determining such cost estimate includes information that has been produced at WAYMO-UBER-

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

2   00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ███ ████

3   ████████████████████████████████████████████████████████████████████████████

4   ████████████████████████████████████

5       In  assessing  the  time  it  took  and  how  much  it  cost  to  develop  trade  secrets  related  to

6   ████████████████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████████████████

9   ███ █████ ███ ████ █████ ████ █████ ████████ █ ███ ███

10  ████████████████████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████████████████

14  ███████████████████████████

15      Waymo  provides  these  examples  as  context  for  its  interrogatory  response,  even  though

16  such  context  is  not  called  for  by  the  interrogatory.   Waymo  does  not  purport  to  offer  a  full  and

17  complete  description  or  analysis  of  its  development  efforts  here.

18  **Trade Secret 16**

19      The  total  development  work  associated  with  Trade  Secret  16  took  ████████████

20  ████.  Further  detail  regarding  the  timeline  for  the  development  of  this  trade  secret  can  be  found

21  in  the  documents  identified  in  response  to  Interrogatory  No. 4,  which  Waymo  incorporates  by

22  reference  pursuant  to  Federal  Rule  of  Civil  Procedure  33(d).   Waymo  does  not  track  costs  on  a

23  trade  secret  by  trade  secret  basis  in  the  ordinary  course  of  business,  and  the  cost  of  developing

24  Trade  Secret  16  will  be  the  subject  of  expert  testimony.   Information  potentially  relevant  to

25  determining  such  cost  estimate  includes  information  that  has  been  produced  at  WAYMO-UBER-

26  00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

27  00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ███ ████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████

3    In assessing the time it took and how much it cost to develop trade secrets related to

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████   ████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████

12    Waymo provides these examples as context for its interrogatory response, even though

13 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

14 complete description or analysis of its development efforts here.

15    **Trade Secret 19**

16    The total development work associated with Trade Secret 19 took ████████

17 ████  Indeed, Waymo engineer William McCann testified that the total amount of work to

18 complete and implement this trade secret was "on the order of years."  July 12, 2017 McCann

19 Depo. at 238:23.  The time taken to create a prototype (several months in this case, *id.* at 239:19-

20 23) is but a subset of the total development work associated with this trade secret.  Further detail

21 regarding the timeline for the development of this trade secret can be found in the documents

22 identified in response to Interrogatory No. 4, which Waymo incorporates by reference pursuant to

23 Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a trade secret by trade

24 secret basis in the ordinary course of business, and the cost of developing Trade Secret 19 will be

25 the subject of expert testimony.  Information potentially relevant to determining such cost estimate

26 includes information that has been produced at WAYMO-UBER-00027045, WAYMO-UBER-

27 00014506, WAYMO-UBER-00012830, WAYMO-UBER-00014078 and WAYMO-UBER-

28 00014489.  That information reflects that ████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████████████

2 ████████████████████

3     In assessing the time it took and how much it cost to develop trade secrets related to ████

4 ███████████████████████████████████████████████████

5 ███████████████████████████████████████████████████

6 ███████████████████████████████████████████████████

7 ███████████████████████████████████████████████████

8 ███████████████████████████████████████████████████

9 ███████████████████████████████████████████████████

10 ████ ██████ █████ █████ ████ █████ ██████ █████ ███

11 ████████████████████████████████████████████

12     Waymo provides these examples as context for its interrogatory response, even though

13 such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

14 complete description or analysis of its development efforts here.

15 **Trade Secret 20**

16     The total development work associated with Trade Secret 20 took ████████████

17 ████.  Further detail regarding the timeline for the development of this trade secret can be found

18 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

19 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

20 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

21 Trade Secret 20 will be the subject of expert testimony.  Information potentially relevant to

22 determining such cost estimate includes information that has been produced at WAYMO-UBER-

23 00027045,   WAYMO-UBER-00014506,   WAYMO-UBER-00012830,   WAYMO-UBER-

24 00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that  ████  ████

25 ███████████████████████████████████████████████████

26 ███████████████████████████████████████████

27     In assessing the time it took and how much it cost to develop trade secrets related to the

28 ███████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8      Waymo provides these examples as context for its interrogatory response, even though

9  such context is not called for by the interrogatory.  Waymo does not purport to offer a full and

10 complete description or analysis of its development efforts here.

11     **Trade Secret 43**

12      The total development work associated with Trade Secret 43 took

13        Further detail regarding the timeline for the development of this trade secret can be found

14 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

15 reference pursuant to Federal Rule of Civil Procedure 33(d).  Waymo does not track costs on a

16 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

17 Trade Secret 43 will be the subject of expert testimony.  Information potentially relevant to

18 determining such cost estimate includes information that has been produced at WAYMO-UBER-

19 00027045,     WAYMO-UBER-00014506,     WAYMO-UBER-00012830,     WAYMO-UBER-

20 00014078  and  WAYMO-UBER-00014489.   That  information  reflects  that

21

22

23      In assessing the time it took and how much it cost to develop trade secrets related to the

24

25

26

27

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ████████████████████████████████

4      Waymo provides these examples as context for its interrogatory response, even though

5 such context is not called for by the interrogatory. Waymo does not purport to offer a full and

6 complete description or analysis of its development efforts here.

7      **Trade Secret 49**

8      The total development work associated with Trade Secret 49 took ████████████

9 ██████ Further detail regarding the timeline for the development of this trade secret can be found

10 in the documents identified in response to Interrogatory No. 4, which Waymo incorporates by

11 reference pursuant to Federal Rule of Civil Procedure 33(d). Waymo does not track costs on a

12 trade secret by trade secret basis in the ordinary course of business, and the cost of developing

13 Trade Secret 49 will be the subject of expert testimony. Information potentially relevant to

14 determining such cost estimate includes information that has been produced at WAYMO-UBER-

15 00027045, WAYMO-UBER-00014506, WAYMO-UBER-00012830, WAYMO-UBER-

16 00014078 and WAYMO-UBER-00014489. That information reflects that ████ ████████

17 ████████████████████████████████████████████████████████

18 ████████████████████████████████████████████

19      Waymo's development of Trade Secret 49, ████████████████████

20 ████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

26      Waymo provides these examples as context for its interrogatory response, even though

27 such context is not called for by the interrogatory. Waymo does not purport to offer a full and

28 complete description or analysis of its development efforts here.

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1     **Trade Secret 15**

2     Waymo's Trade Secret 15 is a solution that Waymo developed to a problem that it

3 encountered during LiDAR development. ███████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████ Waymo

6 additionally responds under 33(d) and incorporates by reference its response to Interrogatory

7 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

8     **Trade Secret 17**

9     Waymo's Trade Secret 17 is a solution that Waymo developed to a problem that it

10 encountered during LiDAR development. ██████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████  Waymo additionally responds under 33(d) and incorporates by reference its response to

14 Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

15     **Trade Secret 42**

16     Waymo's Trade Secret 42 is a solution that Waymo developed to a problem that it

17 encountered during LiDAR development. ██████████████

18 ████████████████████████████████████████████

19 ████████████████████████████████████████████

20 ████  Waymo additionally responds under 33(d) and incorporates by reference its response to

21 Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

22     **Trade Secret 63**

23     Waymo's Trade Secret 63 represents a solution that Waymo developed to a problem that it

24 encountered during LiDAR development. ██████████████

25 ████████████████████████████████████████████

26 ████████████████████████████████████████████

27 ████  Waymo additionally responds under 33(d) and incorporates by reference its response to

28 Interrogatory 4.  Waymo's cost to develop this trade secret will be the subject of expert testimony.

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 89**

Waymo's Trade Secret 89, like the related Trade Secret 63, represents a solution that Waymo developed to a problem that it encountered during LiDAR development. ███████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ Waymo additionally responds under 33(d) and incorporates by reference its response to Interrogatory 4. Waymo's cost to develop this trade secret will be the subject of expert testimony.

**Trade Secret 114**

Waymo's Trade Secret 114 is a solution that Waymo developed to a problem that it encountered during LiDAR development. ███████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████ Waymo additionally responds under 33(d) and incorporates by reference its response to Interrogatory 4. Waymo's cost to develop this trade secret will be the subject of expert testimony.

**Trade Secret 115**

Waymo's Trade Secret 115 is a solution that Waymo developed to a problem that it encountered during LiDAR development. ███████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████ Waymo additionally responds under 33(d) and incorporates by reference its response to Interrogatory 4. Waymo's cost to develop this trade secret will be the subject of expert testimony.

**Trade Secret 116**

Waymo's Trade Secret 116 is a solution that Waymo developed to a problem that it encountered during LiDAR development. ███████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1     █████████████████████    Waymo additionally responds under 33(d) and incorporates by

2 reference its response to Interrogatory 4.  Waymo's cost to develop this trade secret will be the

3 subject of expert testimony.

4     Discovery is ongoing and Waymo reserves the right to supplement this response after

5 further discovery and investigation.

6

7 **INTERROGATORY NO. 7:**

8     Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

9 1, identify all efforts to maintain the secrecy and confidentiality of the trade secret.

10

11 **RESPONSE TO INTERROGATORY NO. 7:**

12     Waymo incorporates by reference its General Objections.  Waymo further objects to this

13 interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

14 the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

15 further objects to this request to the extent it is compound, complex, and contains multiple

16 subparts.

17     Subject to and without waiving the foregoing General and Specific Objections, Waymo

18 responds as follows:

19     Waymo hereby incorporates by reference its List of Asserted Trade Secrets, Dkt. No. 25-7,

20 and the Declarations of Michael Janosko (Janosko Decl.), Gary Brown ("Brown Decl."), and

21 Pierre-Yves Droz (Droz Decl.), all of which describe Waymo's efforts to maintain secrecy of its

22 trade secrets.

23     In addition, Waymo provides the following response:

24     Waymo takes robust measures to protect its LiDAR trade secrets.  As a condition of

25 employment, Waymo requires all employees to enter into written agreements to maintain the

26 confidentiality of proprietary and trade secret information, and not to misuse such information.

27 Waymo also enforces an employee code of conduct that explains employees' strict obligations to

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  maintain the secrecy of confidential information, and requires employee training in security

2  procedures.  Droz Decl. ¶ 30.

3      Waymo also takes reasonable measures to mark confidential and proprietary information,

4  such as documents and other materials, with visible legends designating them as such when

5  sharing them outside of Waymo, subject to NDAs or other confidentiality agreements.

6  Disclosures to vendors are limited to the subject matter necessary for the vendor's engagement and

7  do not reveal the entirety of a given LiDAR system or design.  Waymo employs reasonable efforts

8  to secure physical facilities by restricting access and employing locks, cameras, guards, and other

9  security measures.  *Id*. ¶¶ 33-37; Janosko Decl. ¶ 22.

10     Waymo uses Subversion (SVN) — a revision control system — to store its electrical

11  design information.  All traffic (both ingress to and egress from) the SVN repository is encrypted.

12  All traffic is authenticated against a list of authorized users before access to the repository is

13  granted, and users do not share credentials — all accesses are unique to specific users.  Access

14  control lists are audited monthly and stale users are aggressively purged.  The SVN server is

15  password protected and accessible through specialized software.  *Id*. ¶¶ 23-25.

16     Additionally, Waymo imposes network security measures and access policies that restrict

17  the access and dissemination of certain confidential and proprietary trade secret information to

18  only teams that are working on projects related to that information. For example, Google

19  employees working on projects with no relation to Waymo or self-driving cars could not (and

20  cannot) access Waymo's confidential and proprietary schematics.  They are distributed on a "need

21  to know" basis.  Droz Decl. ¶ 32.  Google's networks generally are also secured through ███

22  ████████████████████████████████████████████████████

23  ██████. Janosko Decl. ¶¶ 13-16.

24     Google employs a variety of security mechanisms to prevent network intruders or attackers

25  who may compromise Waymo's trade secret information.  ███████████████

26  ████████████████████████████████████████████████████

27  ████████████████   *Id*. ¶¶ 7-12, 20.

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8 *Id.* ¶¶ 17-21.

9      Discovery is ongoing and Waymo reserves the right to supplement this response after

10 further discovery and investigation.

11

12 **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

13      Waymo incorporates by reference its General Objections.  Waymo further objects to this

14 request to the extent it is compound, complex, and contains multiple subparts.

15      Subject to and without waiving the foregoing General and Specific Objections, Waymo

16 responds as follows:

17      Waymo hereby incorporates by reference its List of Asserted Trade Secrets, Dkt. No. 25-7,

18 and the Declarations of Michael Janosko (Janosko Decl.), Gary Brown ("Brown Decl."), and

19 Pierre-Yves Droz (Droz Decl.), all of which describe Waymo's efforts to maintain secrecy of its

20 trade secrets.

21      In addition, Waymo provides the following response:

22      Waymo takes robust measures to protect its LiDAR trade secrets.  As a condition of

23 employment, Waymo requires all employees to enter into written agreements to maintain the

24 confidentiality of proprietary and trade secret information, and not to misuse such information.

25 Waymo also enforces an employee code of conduct that explains employees' strict obligations to

26 maintain the secrecy of confidential information, and requires employee training in security

27 procedures.  Droz Decl. ¶ 30.

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Waymo also takes reasonable measures to mark confidential and proprietary information,

2  such as documents and other materials, with visible legends designating them as such when

3  sharing them outside of Waymo, subject to NDAs or other confidentiality agreements.

4  Disclosures to vendors are limited to the subject matter necessary for the vendor's engagement and

5  do not reveal the entirety of a given LiDAR system or design.  Waymo employs reasonable efforts

6  to secure physical facilities by restricting access and employing locks, cameras, guards, and other

7  security measures.  *Id.* ¶¶ 33-37; Janosko Decl. ¶ 22.

8    Waymo uses Subversion (SVN) — a revision control system — to store its electrical

9  design information.  All traffic (both ingress to and egress from) the SVN repository is encrypted.

10  All traffic is authenticated against a list of authorized users before access to the repository is

11  granted, and users do not share credentials — all accesses are unique to specific users.  Access

12  control lists are audited monthly and stale users are aggressively purged.  The SVN server is

13  password protected and accessible through specialized software.  *Id.* ¶¶ 23-25.

14    Additionally, Waymo imposes network security measures and access policies that restrict

15  the access and dissemination of certain confidential and proprietary trade secret information to

16  only teams that are working on projects related to that information. For example, Google

17  employees working on projects with no relation to Waymo or self-driving cars could not (and

18  cannot) access Waymo's confidential and proprietary schematics.  They are distributed on a "need

19  to know" basis.  Droz Decl. ¶ 32.  Google's networks generally are also secured through ████

20  ██████████████████████████████████████████████████████████████████████████

21  ██████    Janosko Decl. ¶¶ 13-16.

22    Google employs a variety of security mechanisms to prevent network intruders or attackers

23  who may compromise Waymo's trade secret information.  ████████████████████████

24  ██████████████████████████████████████████████████████████████████████████

25  ███████████████████.  *Id.* ¶¶ 7-12, 20.

26    ████████████████████████████████████████████████████████████████████

27  ██████████████████████████████████████████████████████████████████████████

28  ██████████████████████████████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████   ████████████████████████████████

2  █████████████████████████████████████████████

3  █████████████████████████████████████████████

4  █████████████████████████████████████████████

5  ███████████████████████████████████ *Id.* ¶¶ 17-21.

6      Specifically, with respect to the following trade secrets, Google employed reasonable

7  efforts to maintain their secrecy and confidentiality as described below:

| Trade Secret No. | Efforts to Maintain Secrecy and Confidentiality |
|---|---|
| 1 | This trade secret is the subject of reasonable efforts to maintain its secrecy. This trade secret is reflected in the design schematics and layouts stored in the SVN server, which is encrypted, password protected, and only accessible through specialized software (SVN clients).  Access to the SVN server is limited to select Waymo employees on a "need to know" basis.  At present, approximately ██ Waymo employees and contractors have security permissions to access the SVN server.  Janosko Decl. ¶¶ 23-25.  In addition, Waymo also employs reasonable measures to monitor and secure the networks and devices that employees use to access information about this design, to mark confidential and proprietary information, such as documents and other materials, with visible legends designating them as such when sharing them outside of Waymo (subject to NDAs), and to secure physical facilities.  Droz Decl. ¶¶ 30-37; Janosko Decl. ¶¶ 5-22. |
| 2 | *See supra*, Trade Secret No. 1. |
| 3 | *See supra*, Trade Secret No. 1. |
| 4 | *See supra*, Trade Secret No. 1. |
| 5 | *See supra*, Trade Secret No. 1. |
| 6 | *See supra*, Trade Secret No. 1. |
| 7 | *See supra*, Trade Secret No. 1. |
| 8 | *See supra*, Trade Secret No. 1. |
| 9 | This trade secret is the subject of reasonable efforts to maintain its secrecy. In particular, Waymo employs reasonable measures to monitor and secure the networks and devices that employees use to access information about this design, to mark confidential and proprietary information, such as documents and other materials, with visible legends designating them as such when sharing them outside of Waymo (subject to NDAs), and to secure physical facilities.  Droz Decl. ¶¶ 30-37; Janosko Decl. ¶¶ 5-22. |
| 10 | *See supra*, Trade Secret No. 9. |
| 13 | *See supra*, Trade Secret No. 9. |
| 14 | *See supra*, Trade Secret No. 9. |
| 15 | *See supra*, Trade Secret No. 9. |
| 16 | *See supra*, Trade Secret No. 9. |
| 17 | *See supra*, Trade Secret No. 9. |

No. 3:17-cv-00939-WHA
WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| 19 | | *See supra*, Trade Secret No. 9. |
| 20 | | *See supra*, Trade Secret No. 1. |
| 38 | | *See supra*, Trade Secret No. 9. |
| 39 | | *See supra*, Trade Secret No. 9. |
| 42 | | *See supra*, Trade Secret No. 9. |
| 43 | | *See supra*, Trade Secret No. 9. |
| 46 | | *See supra*, Trade Secret No. 9. |
| 48 | | *See supra*, Trade Secret No. 9. |
| 49 | | *See supra*, Trade Secret No. 9. |
| 62 | | *See supra*, Trade Secret No. 9. |
| 63 | | *See supra*, Trade Secret No. 9. |
| 75 | | *See supra*, Trade Secret No. 9. |
| 76 | | *See supra*, Trade Secret No. 9. |
| 77 | | *See supra*, Trade Secret No. 9. |
| 78 | | *See supra*, Trade Secret No. 9. |
| 79 | | *See supra*, Trade Secret No. 9. |
| 80 | | *See supra*, Trade Secret No. 9. |
| 81 | | *See supra*, Trade Secret No. 9. |
| 82 | | *See supra*, Trade Secret No. 9. |
| 83 | | *See supra*, Trade Secret No. 9. |
| 84 | | *See supra*, Trade Secret No. 9. |
| 85 | | *See supra*, Trade Secret No. 9. |
| 86 | | *See supra*, Trade Secret No. 9. |
| 87 | | *See supra*, Trade Secret No. 9. |
| 88 | | *See supra*, Trade Secret No. 9. |
| 89 | | *See supra*, Trade Secret No. 9. |
| 90 | | *See supra*, Trade Secret No. 9. |
| 91 | | *See supra*, Trade Secret No. 9. |
| 92 | | *See supra*, Trade Secret No. 9. |
| 93 | | *See supra*, Trade Secret No. 9. |
| 94 | | This trade secret is the subject of reasonable efforts to maintain its secrecy. The SVN server on which the schematics embodying this trade secret are stored is encrypted, password protected, and only accessible through specialized software (SVN clients). Access to the SVN server is limited to select Waymo employees on a "need to know" basis. At present, approximately ■ Waymo employees and contractors have security permissions to access the SVN server. Janosko Decl. ¶¶ 23-25. |
| 95 | | *See supra*, Trade Secret No. 94. |
| 96 | | *See supra*, Trade Secret No. 94. |
| 97 | | *See supra*, Trade Secret No. 94. |
| 98 | | *See supra*, Trade Secret No. 94. |
| 99 | | *See supra*, Trade Secret No. 94. |
| 100 | | *See supra*, Trade Secret No. 94. |

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| 101 | *See supra*, Trade Secret No. 94. |
|-----|-----------------------------------|
| 102 | *See supra*, Trade Secret No. 94. |
| 103 | *See supra*, Trade Secret No. 94. |
| 104 | *See supra*, Trade Secret No. 94. |
| 105 | *See supra*, Trade Secret No. 94. |
| 106 | *See supra*, Trade Secret No. 94. |
| 107 | *See supra*, Trade Secret No. 94. |
| 108 | *See supra*, Trade Secret No. 94. |
| 109 | *See supra*, Trade Secret No. 94. |
| 110 | *See supra*, Trade Secret No. 9. |
| 111 | *See supra*, Trade Secret No. 9. |
| 112 | *See supra*, Trade Secret No. 9. |
| 113 | *See supra*, Trade Secret No. 9. |
| 114 | *See supra*, Trade Secret No. 9. |
| 115 | *See supra*, Trade Secret No. 9. |
| 116 | *See supra*, Trade Secret No. 9. |
| 117 | *See supra*, Trade Secret No. 9. |
| 118 | *See supra*, Trade Secret No. 9. |
| 119 | *See supra*, Trade Secret No. 9. |
| 120 | *See supra*, Trade Secret No. 9. |
| 121 | *See supra*, Trade Secret No. 9. |

Discovery is ongoing and Waymo reserves the right to supplement this response after further discovery and investigation.

**INTERROGATORY NO. 8:**

Separately for each alleged Waymo trade secret identified in response to Interrogatory No. 1, describe all instances in which the trade secret (or any Waymo LiDAR device utilizing the trade secret) was publicly or otherwise disclosed to third parties, and identify all Documents (by Bates number) Concerning such disclosure.

**RESPONSE TO INTERROGATORY NO. 8:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   further objects to this request to the extent it is compound, complex, and contains multiple

2   subparts.  Waymo further objects to this interrogatory to the extent it seeks information subject to

3   a non-disclosure agreement or claim of third-party confidentiality.

4          Subject to and without waiving the foregoing General and Specific Objections, Waymo

5   responds as follows:

6          Waymo is not aware of any instances in which the trade secrets identified in Response to

7   Interrogatory No. 1 or any Waymo LiDAR device utilizing the trade secrets was publicly or

8   otherwise disclosed to third parties.

9          Discovery is ongoing and Waymo reserves the right to supplement this response after

10  further discovery and investigation.

11

12  **INTERROGATORY NO. 9:**

13         Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

14  1, state why you contend it is not generally known in light of the public disclosures referenced in

15  the Declarations of Paul McManamon and Michael Lebby submitted in this case.

16

17  **RESPONSE TO INTERROGATORY NO. 9:**

18         Waymo incorporates by reference its General Objections.  Waymo further objects to this

19  interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

20  the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

21  further objects to this request to the extent it is compound, complex, and contains multiple

22  subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

23  information that is subject to expert testimony.   Waymo will provide expert testimony in

24  accordance with the Court's procedural schedule.

25         Subject to and without waiving the foregoing General and Specific Objections, Waymo

26  responds as follows:

27         The following paragraphs address the specific portions of the public disclosures referenced

28  in the Declarations of Paul McManamon and Michael Lebby submitted in this case.  To the extent

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Dr. McManamon and Dr. Lebby are permitted to supplement their opinions, Waymo reserves the

2   right to supplement this interrogatory response.

3      **Trade Secret No. 1**

4      Trade Secret No. 1 is not generally known in light of the public disclosures referenced in

5   the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

6      Trade Secret No. 1 recites, ███████████████████████████████████

7   ████████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████████████

10  ███████████████████████████

11     Dr. McManamon and Dr. Lebby relied on three references to allege this trade secret was

12  generally known: Mundhenk et al., *PanDAR: A wide-area, frame-rate, and full color LIDAR with

13  foveated region using backfilling interpolation upsampling* ("PanDAR"), U.S. Patent No.

14  8,767,190 (the "'190 Patent"), and U.S. Publication No. 2016/0291136 (the "'136 Publication").

15     PanDAR simply discloses the concept of foveated vision, *i.e.*, the concept of having

16  greater resolution in the middle of the field of view.  The PanDAR system, however, achieved this

17  by stacking two Velodyne 32E LiDAR systems on top of each other, resulting in more beams in

18  the middle of the field of view.  This is distinct from ███████████████████████████

19  ████████████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████████

21  ███████████████████  Indeed, Dr. McManamon agreed at his deposition that the approach taught by

22  the PanDAR system did not use Waymo's ██████████████████████  *See* McManamon Tr.

23  57:25-58:14.

24     Unlike the design taught by the PanDAR reference, Waymo's █████████████████

25  ████████████████████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████████████████████

27  ███████████████████████████████████████████

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   The '190 Patent discloses placing one laser diode per PCB and mounting 32 PCBs on a

2   frame, with even angular spacing between each laser diode.  It then teaches varying the overall

3   beam density of the system "by simply removing or not installing any desired number of

4   emitter/detector pairs."  '190 patent at 6:49-50.  The patent does not teach ███████████

5   ███████████████████████████████████  rather, it simply says that in some applications the

6   designer may want to save costs by reducing the overall number of emitter/detector pairs that the

7   system employs.  It does not say that ██████████████████████████████████████

8   ████████████████████████████  The patent also recognizes that reducing the

9   overall density reduces the vertical resolution of the system, which may be acceptable for some

10  applications that do not require high resolution but require cheaper sensors.  '190 patent at 6:50-

11  52.  The '190 patent therefore is best understood as teaching a tradeoff between overall system

12  resolution and cost.  By contrast, Waymo's solution ██████████████████████████

13  ████████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████████████

15  ████████████████████████████

16  Dr. McManamon's annotated Figure 5 of the '190 patent, reproduced below, does not

17  appear in the patent itself and does not correspond to any specific embodiment disclosed by the

18  patent.  Rather, Dr. McManamon simply attempted to use hindsight to annotate Figure 5 so that it

19  superficially resembles ████████████████████████  Waymo's GBr3 design and

20  Uber's Fuji design.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11



12        Dr. McManamon's annotated Figure 5 also does not accurately depict Waymo's solution to

13   the problem.

14

15

16

17

18

19

20

21

22

23

24

25        Waymo's designs, by contrast,

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████████████████

2 ██████████████████████████████████████████████████████████

3 ███████████████████████████████████████

4       Finally, the '136 Publication discloses laser diodes positioned at different angles; it does

5 not disclose ██████████████████████████.  Dr. Lebby's analysis of the '136 Publication

6 appears to be based on a misunderstanding of the trade secret.

7       **Trade Secret Nos. 2, 3, and 6**

8       Trade Secret Nos. 2, 3, and 6 are not generally known in light of the public disclosures

9 referenced in the Declarations of Paul McManamon and Michael Lebby for at least the following

10 reasons:

11       Trade Secret No. 2 recites, ██████████████████████████████

12 ██████████████████████████████████████████████████████████

13 ██████████████████████████████████████████████████████████

14 ████████████ Trade Secret No. 3 recites, ████████████████████████

15 ██████████████████████████████████████████████████████████

16 ██████████████████████████████████████████████████████████

17 ████████████████████ Trade Secret No. 6 recites, ████████████████

18 ██████████████████████████████████████████████████████████

19 ██████████████████████████████████████████████████████████

20 ██████████████████████████████████████████████████████████

21 ████████████████████████████████ None of the public disclosures

22 referenced in the Declarations of Paul McManamon and Michael Lebby disclose these trade

23 secrets.

24       Dr. Lebby relied on a single publication to allege these trade secrets were generally known:

25 Xingsheng Liu, "Packaging of High Power Semiconductor Lasers" ("Liu").  Liu is directed to

26 general principles of laser packaging and does not disclose any LiDAR applications.  The portions

27 of Liu that Dr. Lebby relied on disclose laser bars (such as depicted in Figure 2.17) or laser stacks

28 (such as depicted in Figure 2.27).  Laser bars are a single piece of semiconductor, and laser stacks

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    are composed of multiple laser bars stacked on top of each other.  A laser bar and a laser stack are

2    each different from a singulated laser diode produces a single independent laser beam.  Instead,

3    laser bars and laser stacks produce a line pattern as depicted in Figures 5.4(b) and 5.6 of Liu.

4              Liu does not disclose ███████████████████████████████████████████████

5    ███████████████████████ Liu does not disclose ████████████████████████████████

6    This is not surprising, because Liu is not directed to ███████████████████████████████

7    ██████████████████ but is directed merely to packaging laser diodes for potential subsequent use

8    in larger circuits.  Liu does not disclose ████████████████████████ Figure 5.5 of Liu

9    simply shows a crude representation of a laser bar stack — it does not disclose ████████████

10   ████████████████████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████████████

12   **Trade Secret No. 5**

13            Trade Secret No. 5 is not generally known in light of the public disclosures referenced in

14   the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

15            Trade Secret No. 5 recites, ███████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████████████████████

18   ██████████████████████

19            Dr. Lebby relies on four references to allege this trade secret was generally known: U.S.

20   Patent No. 5,940,277 (the "'277 Patent"), U.S. Patent Publication No. 2007/0158807 (the "'807

21   Publication"), Liu, and the PCO-7110 Manual.  Each of these references fails to disclose ████

22   ████████████████████████████████████████████████ Each of the '277

23   Patent, the '807 Publication, and Liu fails to disclose █████████████████████████████████

24   ██████████ The PCO-7110 Manual fails to disclose ███████████████████████████████

25   ████████ The Liu textbook fails to disclose ████████████████████████████

26

27

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret No. 7**

Trade Secret No. 7 is not generally known in light of the public disclosures referenced in the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

Trade Secret No. 7 recites, ███████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████ None of the public disclosures referenced in the Declarations of Paul McManamon and Michael Lebby disclose this requirement.

Dr. Lebby relied on two publications to allege that this trade secret was generally known: Liu and Christian Scholz, "Thermal and Mechanical Optimization of Diode Laser Bar Packaging" ("Scholz"). Like Liu, Scholz is directed to the field of semiconductor laser packaging. Neither publication discloses ████████████████. Neither publication discloses ████████ ██████████████████ Instead, the disclosures that Dr. Lebby cited are directed to laser bars and laser bar stacks where strips of semiconductor lasers are mounted on bulking heat sinks. Neither Liu nor Scholz discloses ██████████████████████████████.

Both Liu and Scholz suggest ████ ████████ ██ █████████ █████ █████ ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████.

Uber generally alleged that Velodyne ██████████████████████████ but did not cite any evidence of public disclosures to support this allegation.

**Trade Secret No. 10**

Trade Secret No. 10 is not generally known in light of the public disclosures referenced in the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Trade Secret No. 10 recites, ███████████████████████████

2    ███████████████████████████████████████████████████████

3    ███████████████████████████████████████████████████████

4    ██████████████████████

5    Dr. Lebby relied on two references to allege this trade secret was generally known: U.S.

6    Patent No. 5,420,722 (the "'722 Patent") and U.S. Patent No. 5,825,054 (the "'054 Patent").

7    Neither reference discloses ████████████████████████████████████

8    ███████████████████████████████████  The '722 Patent Does not disclose a

9    ██████████████████████████████████████  The '054 Patent does

10   not disclose ████████████████████████████████████████

11   **Trade Secret No. 13**

12   Trade Secret No. 13 is not generally known in light of the public disclosures referenced in

13   the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

14   Trade Secret No. 13 recites, ████████████████████████████████

15   ███████████████████████████████████████████████████████

16   ███████████████████████████████████████████

17   Dr. Lebby relies on seven references to allege this trade secret was generally known: a

18   Digikey webpage, an Amazon webpage, Alibaba search results, *Printed Circuit Boards*: *Design,*

19   *Fabrication, Assembly and Testing* ("Khandpur"), U.S. Patent No. 5,334,029 (the "'029 Patent"),

20   U.S. Patent No. 6,863,170 (the "'170 Patent"), and U.S. Patent No. 8,593,828 (the "'828 Patent").

21   None of these references discloses ████████████████████████████

22   ███████  Additionally, as Dr. Lebby concedes, each of the Digikey webpage, the Amazon webpage

23   the Alibaba search results, Khandpur, and the '029 Patent fail to disclose ██████████████

24   ███████████████████████████████████████████████████████

25   ███████████████████████████████████████  The '170 and '828 Patents

26   also fail to disclose this aspect of the trade secret.  The '170 Patent simply discloses different sized

27   spacers for different applications; it does not disclose ████████████████████████

28   ████████████████████████████████████████  The '828 Patent

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   discloses spacers that allow a PCB to "float" — ███████████████████████████

2   ███

3       **Trade Secret No. 14**

4       Trade Secret No. 14 is not generally known in light of the public disclosures referenced in

5   the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

6       Trade Secret No. 14 recites, ███████████████████████████████████████████

7   ███████████████████████████████████████████████████████████████████████████

8   ███████████████████████████████████████████████████████████████████████████

9   ███████████████████████████████████████████████████████   None of the

10  public disclosures referenced in the Declarations of Paul McManamon and Michael Lebby

11  disclose this requirement.

12      Dr. Lebby relied on three references to allege this trade secret was generally known:  U.S.

13  Patent No. 4,244,109 (the "'109 Patent"), German Patent Application No. DE 3031103 (the "'103

14  Publication"), and U.S. Patent No. 4,432,037 (the "'037 Patent").

15      The '109 Patent is directed to magnetic disk storage and is not in the field of LiDAR.  The

16  '109 Patent discloses holes for mounting a PCB to a frame; it does not disclose ███████████

17  ████████████████   The '109 Patent does not disclose ██████████████████████████

18  ████████████████████████████████   The '109 Patent does not disclose ██████

19  ███████████████████████████████████████████████████████████████████████████

20  The '109 Patent does not disclose ██████████████████████████████████████████

21  ███████████████████████████

22      The '103 Publication is directed to aligning holes in a PCB with solder bosses mounted on

23  another PCB.  The '103 Publication is not in the field of LiDAR.  The '103 Publication does not

24  disclose ███████████████████████████████████████████████████████████████████

25  The '103 Publication does not disclose ██████████████████████████████████████

26  ████████████████████████████   The '103 Publication does not disclose ████████

27  ███████████████████████████████████████████████████████████████████████   this

28  would be impossible in the design of the '103 Publication because █████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    The '037 Patent is not in the field of LiDAR.  The '037 Patent discloses does not disclose a

2    ████████████████████████████ The '037 Patent does not disclose ████████

3    ██████████████████████████████████ The '037 Patent does

4    not disclose ███████████████████████████████████████████

5    ████████ The '037 Patent does not disclose ████████████████████

6    ████████████████████████

7    **Trade Secret No. 19**

8    Trade Secret No. 19 is not generally known in light of the public disclosures referenced in

9    the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

10   Trade Secret No. 19 recites, ████████████████████████████

11   ██████████████████████████████████████████████

12   ██████████████████████████████████████████████

13   ██████████████████████████

14   Dr. Lebby relies on a single reference to allege that Trade Secret No. 19 was generally

15   known: U.S. Patent No. 7,187,823 (the "'823 Patent").  The '823 Patent does not disclose ████

16   ██████████████████████████████████████████████

17   ████████ The '823 Patent also fails to disclose ███████████████████

18   ██████████████████████████ Dr. Lebby does not provide any

19   explanation for how the Princetel, Moog, Thorlabs, Doric, or Laser components references

20   allegedly disclose the features of Trade Secret No. 19.  None of these references discloses the

21   specific implementation recited in Trade Secret No. 19, *i.e.,*████████████████

22   ██████████████████████████████████████████████

23   ██████████████████████████████████████████████

24   ████████████████████████████████

25   Dr. McManamon did not cite any public disclosures to allege that Trade Secret No. 19 was

26   generally known.

27

28

WAYMO'S SECOND SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1     **Trade Secret Nos. 48 and 90**

2          Trade Secret Nos. 48 and 90 are not generally known in light of the public disclosures

3     referenced in the Declarations of Paul McManamon and Michael Lebby for at least the following

4     reasons:

5          Trade Secret No. 48 recites, ███████████████████████████████████

6     ████████████████████████████████████████████████████████████████████████

7     ███████████████████████████████████████████████████████ Trade Secret

8     No. 90 recites, ████████████████████████████████████████████████

9     █████████████

10         Dr. Lebby relied on four references to allege this trade secret was generally known: doped

11    fibers sold by iXblue and Newport, a paper titled, "*Controlling the 1 μm spontaneous emission in*

12    *Er/Yb co-doped fiber amplifiers*," and U.S. Patent No. 8,934,509 (the "'509 Patent").   Each of

13    these references fails to disclose ███████████████████████████████████████

14    ████████████████████████████████████████████████████████████████████████

15    ██████████████     Additionally, the references fail to disclose ████████████

16    ████████████████████████     Specifically, █████████████████████

17    ██████████████████████████ are not disclosed in the references cited by Dr. Lebby.

18    Dr. Lebby does not dispute this.

19         **Trade Secret No. 62**

20         Trade Secret No. 62 is not generally known in light of the public disclosures referenced in

21    the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

22         Dr. McManamon did not cite any public disclosures to allege that Trade Secret No. 62 was

23    generally known.

24

25    **INTERROGATORY NO. 10:**

26         Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

27    1, identify any and all Allegedly Misappropriated Files that You contend disclose that trade secret

28    and describe how those files disclose the trade secret.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 **RESPONSE TO INTERROGATORY NO. 10:**

2      Waymo incorporates by reference its General Objections.  Waymo further objects to this

3 interrogatory on the grounds that (i) it is vague and ambiguous, including with respect to the

4 phrase "describe how those files disclose the trade secret"; and (ii) it is overbroad, unduly

5 burdensome, and oppressive, including to the extent that it asks Waymo to respond "[s]eparately

6 for each alleged Waymo trade secret" and to identify "any and all . . . Files."  Waymo further

7 objects to this request to the extent it is compound, complex and contains multiple subparts.

8      Subject to and without waiving the foregoing General and Specific Objections, Waymo

9 responds as follows:

10      The trade secrets identified below are disclosed at least in part by, among others, the

11 misappropriated materials listed below.

12     •  Trade Secret Nos. 1-8 & 14-15: ███████████████

13 ████████████████████████████████

14 ██████████████████████████

15 ███████████████████████████████

16 █████████████████████████████████

17 ████████████████████████

18     •  Trade Secret Nos. 16-17 & 43: █████████████

19 ████████████████████████████

20 ███████████

21     •  Trade Secret Nos. 19-20: ████████████████████

22 ███████████████

23     •  Trade Secret Nos. 38-39, 42, & 91: ███████████

24 ███████████

25     •  Trade Secret No. 46: ███████████████████████

26 ██████████████

27     •  Trade Secret No. 48: ████████████████

28     •  Trade Secret Nos. 49 & 85: ████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1     •   Trade Secret No. 62: ███████████████████████

2     •   Trade Secret Nos. 63 & 89: ████████████████████████████

3     •   Trade Secret Nos. 75-80: ████████████████████████████

4     •   Trade Secret Nos. 81-84: ████████████████████████

5     •   Trade Secret No. 86: ████████████████████████

6     •   Trade Secret No. 87: ████████████████████████

7     •   Trade Secret No. 88: ████████████████████████

8     •   Trade Secret No. 90: █████████████████████████

9     •   Trade Secret Nos. 92-93: ███████████████████████████

10    ██████████████████████████████████████

11    ██████████████████

12    •   Trade Secret No. 94: ██████████████████████████████

13    ██████████

14    •   Trade Secret No. 95: ██████████████████████████████

15    ██████████

16    •   Trade Secret No. 96: ██████████████████████████████

17    ██████████

18    •   Trade Secret No. 97: ██████████████████████████████

19    ██████████

20    •   Trade Secret No. 98: ██████████████████████████████

21    ██████████

22    •   Trade Secret No. 99: ██████████████████████████████

23    ██████████

24    •   Trade Secret No. 100: ███████████████████████████

25    ████████

26    •   Trade Secret No. 101: ██████████████████████████████

27    •   Trade Secret No. 102: ███████████████████████████████

28    •   Trade Secret No. 103: ███████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- Trade Secret No. 104: ██████████████████████████
  ████████████

- Trade Secret No. 105: ████████████████████████

- Trade Secret No. 106: █████████████████████████
  ████████████████████

- Trade Secret No. 107: ████████████████████████

- Trade Secret No. 108: ███████████████████████

- Trade Secret No. 109: ████████████████

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is vague and ambiguous, including with respect to the phrase "describe how those files disclose the trade secret,"  Waymo further objects to this request to the extent it is compound, complex and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

The trade secrets identified below are disclosed at least in part by, among others, the misappropriated materials listed below.

| Trade Secret No. | Misappropriated Files |
|---|---|
| 1 | ██████████████████████████ |
|  | ██████████████████████████ |
|  | ████████████████████████████ |
|  | ██████████████████████████████ |
|  | ██████████████████████████████ |
|  | ████████████████████████ |
| 2 | *See supra*, Trade Secret No. 1. |
| 3 | *See supra*, Trade Secret No. 1. |
| 4 | *See supra*, Trade Secret No. 1. |
| 5 | *See supra*, Trade Secret No. 1. |
| 6 | *See supra*, Trade Secret No. 1. |
| 7 | *See supra*, Trade Secret No. 1. |
| 8 | *See supra*, Trade Secret No. 1. |
| 9 | N/A |
| 10 | N/A |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 13 | N/A |
| 14 | *See supra*, Trade Secret No. 1. |
| 15 | *See supra*, Trade Secret No. 1. |
| 16 | ███████████████████████████████████ |
| 17 | *See supra*, Trade Secret No. 16. |
| 19 | ███████████████████████████████ |
| 20 | *See supra*, Trade Secret No. 20. |
| 38 | ████████████████████████████████████████ |
| 39 | *See supra*, Trade Secret No. 38. |
| 42 | *See supra*, Trade Secret No. 38. |
| 43 | *See supra*, Trade Secret No. 16. |
| 46 | ██████████████████████████████████ |
| 48 | ████████████████████████████ |
| 49 | ██████████████████████████████ |
| 62 | ███████████████████████████ |
| 63 | █████████████████████████████ |
| 75 | █████████████████████████████ |
| 76 | *See supra*, Trade Secret No. 75. |
| 77 | *See supra*, Trade Secret No. 75. |
| 78 | *See supra*, Trade Secret No. 75. |
| 79 | *See supra*, Trade Secret No. 75. |
| 80 | *See supra*, Trade Secret No. 75. |
| 81 | ████████████████████ |
| 82 | *See supra*, Trade Secret No. 81. |
| 83 | *See supra*, Trade Secret No. 81. |
| 84 | *See supra*, Trade Secret No. 81. |
| 85 | *See supra*, Trade Secret No. 49. |
| 86 | ███████████████████████████ |
| 87 | ███████████████████████████ |
| 88 | ███████████████████████████ |
| 89 | *See supra*, Trade Secret No. 63. |
| 90 | █████████████████████████████ |
| 91 | *See supra*, Trade Secret No. 38. |
| 92 | ████████████████████████████████████████ |
| 93 | *See supra*, Trade Secret No. 92. |
| 94 | ███████████████████████████████████ |
| 95 | ████████████████████████████████████ |

| | |
|---|---|
| 96 | [redacted] |
| 97 | [redacted] |
| 98 | [redacted] |
| 99 | [redacted] |
| 100 | [redacted] |
| 101 | [redacted] |
| 102 | [redacted] |
| 103 | [redacted] |
| 104 | [redacted] |
| 105 | [redacted] |
| 106 | [redacted] |
| 107 | [redacted] |
| 108 | [redacted] |
| 109 | [redacted] |
| 110 | N/A |
| 111 | N/A |
| 112 | N/A |
| 113 | N/A |
| 114 | N/A |
| 115 | N/A |
| 116 | N/A |
| 117 | N/A |
| 118 | N/A |
| 119 | N/A |
| 120 | N/A |
| 121 | N/A |

**INTERROGATORY NO. 11:**

For the past five years, identify every Waymo executive (with a title of Senior Vice President or Executive Vice President or above) who has had a separate Side Business during any part of the time that he or she has worked at Waymo.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   **RESPONSE TO INTERROGATORY NO. 11:**

2   Waymo incorporates by reference its General Objections.  Waymo further objects to this

3   interrogatory on the grounds that it seeks information that is not relevant to the parties' claims and

4   defenses nor proportional to the needs of the case.

5

6   **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

7   Waymo incorporates by reference its General Objections.   Waymo objects to this

8   interrogatory on the grounds that it is overly burdensome and not proportional to the needs of the

9   case to the extent it seeks information about employees not involved in Google/Waymo's self-

10  driving car business.  Waymo further objects to this interrogatory on the grounds that it is vague

11  and ambiguous, including with respect to the phrase "with a title of Senior Vice President or

12  Executive Vice President or above," given that there are no such titles within Google/Waymo's

13  self-driving car business; Waymo nevertheless provides the response below after a reasonable and

14  diligent investigation into employees in Google/Waymo's self-driving car business.

15  Subject to and without waiving the foregoing General and Specific Objections, Waymo

16  responds as follows:  Waymo identifies the following documents in response to this interrogatory

17  pursuant to Rule 33(d): WAYMO-UBER-00026478, WAYMO-UBER-00026479, WAYMO-

18  UBER-00026480, WAYMO-UBER-00026481, WAYMO-UBER-00026482, WAYMO-UBER-

19  00026483,      WAYMO-UBER-00026485,      WAYMO-UBER-00026486,      WAYMO-UBER-

20  00026487,      WAYMO-UBER-00026488,      WAYMO-UBER-00026489,      WAYMO-UBER-

21  00026490,      WAYMO-UBER-00026491,      WAYMO-UBER-00026492,      WAYMO-UBER-

22  00026493,      WAYMO-UBER-00026495,      WAYMO-UBER-00026496,      WAYMO-UBER-

23  00026497,      WAYMO-UBER-00026498,      WAYMO-UBER-00026500,      WAYMO-UBER-

24  00026501,      WAYMO-UBER-00026502,      WAYMO-UBER-00026503,      WAYMO-UBER-

25  00026504,      WAYMO-UBER-00026505,      WAYMO-UBER-00026506,      WAYMO-UBER-

26  00026507,      WAYMO-UBER-00026508,      WAYMO-UBER-00026514,      WAYMO-UBER-

27  00026516,      WAYMO-UBER-00026517,      WAYMO-UBER-00026519,      WAYMO-UBER-

28  00026521,      WAYMO-UBER-00026522,      WAYMO-UBER-00026525,      WAYMO-UBER-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  00026526,       WAYMO-UBER-00026529,       WAYMO-UBER-00026530,       WAYMO-UBER-

2  00026531,       WAYMO-UBER-00026532,       WAYMO-UBER-00026533,       WAYMO-UBER-

3  00026534,       WAYMO-UBER-00026535,       WAYMO-UBER-00026536,       WAYMO-UBER-

4  00026539,       WAYMO-UBER-00026540,       WAYMO-UBER-00026543,       WAYMO-UBER-

5  00026544,       WAYMO-UBER-00026603,       WAYMO-UBER-00026604,       WAYMO-UBER-

6  00026725,       WAYMO-UBER-00026727,       WAYMO-UBER-00026888,       WAYMO-UBER-

7  00027015,       WAYMO-UBER-00027016,       WAYMO-UBER-00027017,       WAYMO-UBER-

8  00027018,       WAYMO-UBER-00027019,       WAYMO-UBER-00027020,       WAYMO-UBER-

9  00027034,       WAYMO-UBER-00027035,       WAYMO-UBER-00027037,       WAYMO-UBER-

10  00027038,       WAYMO-UBER-00027039,       WAYMO-UBER-00027040,       WAYMO-UBER-

11  00027041.

12      Waymo will further investigate this interrogatory and will supplement its response if

13  necessary.

14  DATED:  July 21, 2017                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

16  By  */s/ Charles K. Verhoeven*
        Charles K. Verhoeven
17      Attorneys for WAYMO LLC