1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:    (415) 875-6600
8   Facsimile:    (415) 875-6700

9   Attorneys for WAYMO LLC

10                  UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                          CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,              **DECLARATION OF LINDSAY COOPER
                                        IN SUPPORT OF PLAINTIFF WAYMO
14        vs.                           LLC'S ADMINISTRATIVE MOTION TO
                                        FILE UNDER SEAL ITS OPPOSITION
15  UBER TECHNOLOGIES, INC.;            TO UBER'S MOTION TO COMPEL**
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

I, Lindsay Cooper, declare as follows:

1.     I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.     I make this declaration in support of Waymo's Administrative Motion to File Under Seal information in its July 28, 2017 Opposition to Uber's Motion to Compel (the "Administrative Motion").  The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's July 28, 2017 Opposition to Uber's Motion to Compel | Portions highlighted in green | Waymo |
| Portions of Exhibit 2 to Waymo's July 28, 2017 Opposition to Uber's Motion to Compel | Portions highlighted in red | Waymo |
| Portions of Exhibit 3 to Waymo's July 28, 2017 Opposition to Uber's Motion to Compel | Portions highlighted in green | Waymo |

3.     Portions of Waymo's Opposition (identified in the table above) contain, discuss, or refer to Waymo's confidential business information, including internal Waymo documents describing its market analyses, plans, forecasts, and financial information.  Specifically, portions of Waymo's Opposition describe documents that Waymo has produced in this litigation, designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the protective order, that refer to Waymo's highly confidential business strategy and thinking.  Exhibits 2 and 3 are excerpts of depositions from personnel in Waymo's business and product development divisions discussing such sensitive documents and strategy.  Public disclosure of this information to Waymo's competitors would harm Waymo by giving its competitors access to Waymo's highly confidential internal business thinking.  Waymo's request to seal is narrowly tailored to only the confidential information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on July 28, 2017.

By  */s/ Lindsay Cooper*
_____
Lindsay Cooper
Attorneys for WAYMO LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven