QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI** |

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Waymo has produced documents referenced in the second paragraph of Waymo's opposition to Uber's motion to compel at the following Bates numbers and ranges: WAYMO-UBER-00004093-4329; WAYMO-UBER-00031973-32529; WAYMO-UBER-00032540; WAYMO-UBER-00031431-446; WAYMO-UBER-00031464-554; WAYMO-UBER-00031612, WAYMO-UBER-00031636-801, WAYMO-UBER-00031818-972; WAYMO-UBER-00032541.

3. Waymo has produced a document entitled "Chauffeur Commercialization Status Update" dated December 5, 2012, at Bates number WAYMO-UBER-00020826-899. Waymo has produced a document entitled "Waymo Scaling Strategy" dated March 22, 2017, at Bates number WAYMO-UBER-00032218-283.

4. Waymo has produced a document entitled "Chauffeur Business Plan" dated November 6, 2013, at Bates number WAYMO-UBER-00031464-552. Waymo has produced a document reflecting the ongoing discussions referenced in the brief at Bates number WAYMO-UBER-00032176-217.

5. Waymo has produced a document entitled "Chauffeur Update" dated October 11, 2016, at Bates number WAYMO-UBER-00031636 (produced natively).

6. Waymo has produced a one-page slide, dated October 21, 2016, at Bates number WAYMO-UBER-00031972. Waymo has produced a 61-page slide presentation entitled "Chauffeur Plan 2017," dated November 8, 2016, at Bates number WAYMO-UBER-00031637-697.

7. Waymo has produced the data referenced in the brief at Bates number WAYMO-UBER-00004234-329.

8. Waymo has produced its P&L (comprising 13 spreadsheets) at Bates number WAYMO-UBER-00032541 (produced natively).

9. Attached as Exhibit 1 is a true and correct copy of Waymo's Responses and Objections to Uber's First Set of Requests for Production in this action, served June 12, 2017.

10. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition of Daniel Chu, taken in this action on April 3, 2017.

11. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition of Jennifer Haroon, taken in this action on July 26, 2017.

12. Attached as Exhibit 4 is a true and correct copy of Waymo's Fourth Set of Requests for Production in this action, including RFPs 270-276.

13. Attached as Exhibit 5 is a true and correct copy of correspondence between counsel in this action, dated between June 30 and July 19, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 28, 2017

*/s Jeff Nardinelli*
Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven