# EXHIBIT 1

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>            Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S OBJECTIONS AND RESPONSES TO UBER'S AND OTTOMOTTO'S FIRST SET OF REQUESTS FOR PRODUCTIONS (NOS. 1-146)** |

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

Waymo will produce all documents relating to communications regarding agreements between Waymo and Anthony Levandowski located through a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 59:**

All documents relating to communications regarding agreements between Waymo and Sameer Kshirsagar.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

Waymo objects to this request to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine or that is otherwise privileged or protected from discovery.

Waymo will produce all documents relating to communications regarding agreements between Waymo and Sameer Kshirsagar located through a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 60:**

All documents relating to communications regarding agreements between Waymo and Radu Raduta.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

Waymo objects to this request to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine or that is otherwise privileged or protected from discovery.

Waymo will produce all documents relating to communications regarding agreements between Waymo and Radu Raduta located through a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 61:**

Documents relating to Waymo's financial viability, including but not limited to internal business plans, estimates, and future projections at Waymo or Project Chauffeur.

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

Waymo objects to this request as overlapping with Expedited Request No. 4 to Dan Chu ("Documents sufficient to show Waymo's business plans, strategic plans, operating plans, marketing plans, financial plans, sales plans, and investment plans for its ride-sharing business, including projections for revenue generation and profitability."). Waymo produced documents sufficient to respond to Expedited Request No. 4 to Dan Chu, as located through a reasonably diligent search of Waymo document repositories. *See, e.g.,* WAYMO-UBER-00004093, WAYMO-UBER-00004108, WAYMO-UBER-00004132, WAYMO-UBER-00004137, WAYMO-UBER-00004155, WAYMO-UBER-00004175, WAYMO-UBER-00004195, WAYMO-UBER-00004234. Waymo objects to this request as overbroad and not proportional to the needs of the case.

To the extent Waymo can locate any additional responsive documents through a reasonably diligent search, Waymo will produce documents sufficient to show Waymo's financial viability, including projections for revenue generation and profitability.

**REQUEST FOR PRODUCTION NO. 62:**

Documents relating to Waymo's performance, including but not limited to the development of and progress assessment for any schedules and milestones at Waymo LLC or Project Chauffeur.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

Waymo objects to this request as overlapping with Expedited Request No. 4 to Dan Chu ("Documents sufficient to show Waymo's business plans, strategic plans, operating plans, marketing plans, financial plans, sales plans, and investment plans for its ride-sharing business, including projections for revenue generation and profitability."). Waymo produced documents sufficient to respond to Expedited Request No. 4 to Dan Chu, as located through a reasonably diligent search of Waymo document repositories. *See, e.g.,* WAYMO-UBER-00004093, WAYMO-UBER-00004108, WAYMO-UBER-00004132, WAYMO-UBER-00004137,

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

WAYMO-UBER-00004155, WAYMO-UBER-00004175, WAYMO-UBER-00004195, WAYMO-UBER-00004234. Waymo objects to this request as overbroad and not proportional to the needs of the case.

To the extent Waymo can locate any additional responsive documents through a reasonably diligent search, Waymo will produce documents sufficient to show Waymo's performance.

**REQUEST FOR PRODUCTION NO. 63:**

Documents relating to complaints by or dissatisfaction from Waymo employees regarding Waymo's performance, including but not limited to the development of and progress assessment for any schedules and milestones at Waymo LLC or Project Chauffeur.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

Waymo objects to this request as overbroad and not proportional to the needs of the case to the extent it seeks documents relating to employees other than Messrs. Levandowski, Kshirsagar, and Raduta.

Waymo will produce all documents located through a reasonably diligent search relating to complaints by or dissatisfaction from Messrs. Levandowski, Kshirsagar, and Raduta.

**REQUEST FOR PRODUCTION NO. 64:**

Documents relating to the hiring of John Krafcik, including documents before and after his hiring.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

Waymo objects to this request as irrelevant. In correspondence sent June 1, 2017, counsel for Uber stated that responsive documents "are relevant to showing that the departure of some former Waymo employees was motivated by doubts about John Krafcik, as reported in the press, rather than by a 'cover-up scheme,' as alleged by Waymo's counsel. (5/3/2017 Public Hr'g Tr. at

Because Waymo has already produced documents sufficient to respond to this request, Waymo will not produce additional documents.

**REQUEST FOR PRODUCTION NO. 92:**

Documents relating to Waymo's forecasts regarding the number of Waymo's ride-sharing vehicles in the United States, for each of the next six years—broken out by U.S. city and on a quarterly basis.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

Waymo objects to this request as overbroad and not proportional to the needs of the case. Waymo objects to this request as duplicative of Expedited Request No. 3 to Dan Chu ("Documents sufficient to show Waymo's forecasts regarding its number of ride-sharing vehicles in the United States, by U.S. city, on a quarterly basis, for each of the next five years."). In response to Expedited Request No. 3 to Dan Chu , Waymo produced a document sufficient to show Waymo's forecasts for its ridesharing vehicles in the United States, by U.S. city, on a quarterly basis, for each of the next five years.  *See* WAYMO-UBER-00004234.

Because Waymo has already produced documents sufficient to respond to this request, Waymo will not produce additional documents.

**REQUEST FOR PRODUCTION NO. 93:**

Documents relating to Waymo's business plans, strategic plans, operating plans, marketing plans, financial plans, sales plans, and investment plans for its ride-sharing business, including projections for revenue generation and profitability.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

Waymo objects to this request as overbroad.  Waymo objects to this request as duplicative of Expedited Request No. 4 to Dan Chu ("Documents sufficient to show Waymo's business plans, strategic plans, operating plans, marketing plans, financial plans, sales plans, and investment plans

for its ride-sharing business, including projections for revenue generation and profitability."). Waymo produced documents sufficient to respond to Expedited Request No. 4 to Dan Chu, as located through a reasonably diligent search of Waymo document repositories. *See, e.g.,* WAYMO-UBER-00004093, WAYMO-UBER-00004108, WAYMO-UBER-00004132, WAYMO-UBER-00004137, WAYMO-UBER-00004155, WAYMO-UBER-00004175, WAYMO-UBER-00004195, WAYMO-UBER-00004234.

To the extent Waymo can locate any additional responsive documents through a reasonably diligent search, Waymo will supplement its production of documents sufficient to show Waymo's business plans, strategic plans, operating plans, marketing plans, financial plans, sales plans, and investment plans for its ride-sharing business, including projections for revenue generation and profitability.

**REQUEST FOR PRODUCTION NO. 94:**

All documents relating to Waymo's analysis of any barriers to entry in the ride-sharing market and the status of any attempts by Waymo to overcome any such barriers, including investments and infrastructure needed.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

Waymo objects to this request as duplicative of Expedited Request No. 5 to Dan Chu ("Documents sufficient to show Waymo's analysis of any barriers to entry in the ridesharing market, and the status of any attempts by Waymo to overcome any such barriers, including remaining investments and infrastructure needed."). Waymo produced documents sufficient to respond to Expedited Request No. 5 to Dan Chu , as located through a reasonably diligent search of Waymo document repositories. *See, e.g.,* WAYMO-UBER-00004093, WAYMO-UBER-00004108, WAYMO-UBER-00004132, WAYMO-UBER-00004137, WAYMO-UBER-00004155, WAYMO-UBER-00004175, WAYMO-UBER-00004195, WAYMO-UBER-00004234.