# EXHIBIT 2
# Redacted Version of Document Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     _____
 5   WAYMO LLC,                        )
 6              Plaintiff,             )
 7       vs.                           )  Case No.
 8   UBER TECHNOLOGIES, INC.,          )  3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO               )
10   TRUCKING LLC,                     )
11              Defendants.            )
                                       )
     _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15          VIDEOTAPED DEPOSITION OF DANIEL CHU
16                San Francisco, California
17                 Monday, April 3, 2017
18                       Volume I
19
20
21   Reported by:
22   SUZANNE F. GUDELJ, CSR No. 5111
23   Job No. 2583707
24
25   PAGES 1 - 53
```

Page 1

```
 1   prepared before it went to senior management; would
 2   that be fair?
 3           MS. BAILY:  Object to form.
 4           THE WITNESS:  That's fair, yes.
 5   BY MR. GONZALEZ:                                        10:18:33
 6       Q   You don't recall making any edit to the big
 7   headline that said ████████████████████████████████████
 8   ████████████████████  You -- you did not change
 9   that in any way, did you?
10           MS. BAILY:  Object to form.                     10:18:43
11           THE WITNESS:  I don't remember, honestly.
12   But I think it's important context to know that many
13   of these documents are intended to provoke
14   conversation and thought, not necessarily saying
15   this is the answer.                                    10:18:52
16   BY MR. GONZALEZ:
17       Q   Fair enough.
18           Then if you turn to the next page, it says
19   that ████████████████████
     ██████████████████████████████████████                 10:19:04
21           Do you see that?
22       A   I do.
23       Q   What does that mean? ████████████████
     ████████████████
     █ ██████████████████████████████████                   10:19:12
```

Page 21