# EXHIBIT 3
# Redacted Version of Document Filed Under Seal

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   _____
 6   WAYMO LLC,                          )
 7              Plaintiff,               )
 8      vs.                              )  Case No.
 9   UBER TECHNOLOGIES, INC.;            )  17-cv-00939-WHA
10   OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
11              Defendants.              )
     _____)
12
13     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF JENNIFER HAROON
16                 San Francisco, California
17                 Wednesday, July 26, 2017
18                         Volume I
19
20   Reported by:
21   MARY J. GOFF
22   CSR No. 13427
23   Job No. 2664313
24
25   PAGES 1-222
```

Page 1

| | | |
|---|---|---|
| 1 | A    I think sometimes employees would just | 09:40:36 |
| 2 | check with their manager.  And perhaps their manager | 09:40:38 |
| 3 | didn't -- I -- I -- I don't know what the manager | 09:40:41 |
| 4 | thought, but I didn't then follow the rest of the | 09:40:44 |
| 5 | process. | 09:40:47 |
| 6 | Q    Okay.  Does Waymo have any internal | 09:40:48 |
| 7 | guidelines or policy documents defining what | 09:41:01 |
| 8 | information is confidential and what is not? | 09:41:05 |
| 9 | MS. BAILY:  Object to form. | 09:41:07 |
| 10 | A    So when I joined, one of the first things | 09:41:13 |
| 11 | I talked to Chris about and was included in his | 09:41:17 |
| 12 | comments for our, what we call, the Chauffeur | 09:41:21 |
| 13 | Noogler orientation was about confidentiality. | 09:41:25 |
| 14 | The project, unlike some at Google, was | 09:41:31 |
| 15 | confidential even within Google, so -- and that was | 09:41:34 |
| 16 | different coming from another Google project.  So it | 09:41:38 |
| 17 | was clearly something that was important.  And so | 09:41:41 |
| 18 | confidentiality is something we talked about a lot | 09:41:44 |
| 19 | as a company and as a team. | 09:41:46 |
| 20 | In terms of a specific document, I can't | 09:41:50 |
| 21 | think of one.  Although, that doesn't mean one | 09:41:53 |
| 22 | doesn't exist.  I just can't think of one off the | 09:41:56 |
| 23 | top of my head. | 09:41:59 |
| 24 | Q    Okay.  But to the best of your knowledge, | 09:42:01 |
| 25 | there's no such document? | 09:42:02 |

Page 24

| | | |
|---|---|---|
| 1 | identification and is attached to the transcript.) | 09:55:29 |
| 2 | Q   Okay.  Ms. Haroon, the reporter has handed | 09:55:30 |
| 3 | you what's been marked as Exhibit 1136.  Can you | 09:55:50 |
| 4 | look at through this, please -- | 09:55:55 |
| 5 | A   Yes. | 09:55:56 |
| 6 | Q   -- and let me know when I can ask a | 09:55:56 |
| 7 | question? | 09:55:58 |
| 8 | A   Okay. | 09:58:44 |
| 9 | Q   Do you recognize this document? | 09:58:44 |
| 10 | A   I do. | 09:58:46 |
| 11 | Q   Okay.  And what is this document? | 09:58:47 |
| 12 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬ | |
| | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬ | |
| | ▬▬▬▬▬▬▬ ▬ | |
| | ▮ ▬▬▬▬▬▬▬ ▬▬▬ ▬ | |
| | ▮ ▮ ▬▬▬▬▬ | 09:59:02 |
| 17 | Q   And what was the purpose of those | 09:59:06 |
| 18 | discussions? | 09:59:09 |
| 19 | A   They varied.  They normally involved | 09:59:15 |
| 20 | talking about progress on the project, some of our | 09:59:18 |
| 21 | future plans.  And in this case, also budget. | 09:59:23 |
| 22 | Q   Okay.  And the document is entitled | 09:59:29 |
| 23 | "Self-Driving Car:  2016 Budget, Including HC | 09:59:34 |
| 24 | Plans," correct? | 09:59:39 |
| 25 | A   Correct. | 09:59:40 |

Page 32

```
 1   ████████████████████████████████████████         ████
     █
 2   ██████████████    ███████████████████████        ████
     █
 3   ██████████████████                               ████
     █
 4          █    ████                                 ████
     █
 5          █    ████████████████████████████         ████
     █
 6   █████████████████    ██████████████████          ████
     █
 7   ████████████████████████████████████████         ████

 8        Q    Okay.                                  01:41:24

 9        A    So some of the supporting documents    01:42:10

10   support some of the things that I have already   01:42:13

11   mentioned that are no longer part of --          01:42:16

12        Q    Understood.                            01:42:19

13        A    -- were no longer part of the plan.    01:42:19

14        Q    Understood.                            01:42:21

15             MS. BAILY:  Just for the written record,   01:42:22

16   the witness obviously did not read every line of 01:42:22

17   this document.  I -- that's not what I understood 01:42:25

18   you to ask her to do, but for the written record. 01:42:27

19             MR. TAKASHIMA:  Agreed.                01:42:31

20        Q    (BY MR. TAKASHIMA) Flipping back to the 01:42:32

21   page ending 1484.                                01:42:33

22        A    1484.                                  01:42:36

23        █    ████████████████████████████████       ████
     █    ██████████████████████████████████████      ████
     █    ████████████████████                        01:42:52
```

Page 108

```
 1   ████████████████████████████████████████  ██████
     ■ ████████████████████                    ██████
     ■         ████████  ████████████          ██████
     ■    ■  ██████████████████████████████    ██████
     ■  ████████████████████████████████████   ██████
     ■  ██████████████████████████                        02:10:17
 7              So for example, between -- for February   02:10:21
 8   and March 2016, those are not necessarily unique     02:10:24
 9   times that we relooked at this.                      02:10:29
10       Q   Okay.  But these -- these four dates seem    02:10:31
11   to indicate that there was some revisit in 2016,     02:10:37
12   2014, and 2013; is that fair to say?                 02:10:40
13              MS. BAILY:  Object to form.               02:10:44
14       A   That's fair to say.  Although, I don't       02:10:46
15   know if the 2013 was a revisit or potentially the    02:10:48
16   original.  I wasn't there.                           02:10:51
17       Q   The visit.  Okay.  Are those -- are those    02:10:53
18   dates -- I mean, in the native format of this        02:11:08
19   document, would those dates be links?                02:11:11
20              MS. BAILY:  Object to form.               02:11:14
21       A   Yes.                                         02:11:15
22       Q   Okay.  To what?                              02:11:17
23              MS. BAILY:  Object to form.               02:11:18
24       A   I don't remember.  Likely to a slide         02:11:22
25   discussion document.                                 02:11:27
```

Page 124

| | | |
|---|---|---|
| 1 | that we received. | 03:26:14 |
| 2 | A    Okay. | 03:26:15 |
| 3 | Q    But let's note -- let's note for the | 03:26:19 |
| 4 | record that -- whatever page number that is.  What | 03:26:20 |
| 5 | page is that? | 03:26:23 |
| 6 | A    Slide 9. | 03:26:24 |
| 7 | Q    We'll note for the record that Slide 9 is | 03:26:25 |
| 8 | blank when you click on it. | 03:26:28 |
| 9 | THE VIDEOGRAPHER:  Can you turn -- your | 03:26:53 |
| 10 | microphone is the wrong way. | 03:26:55 |
| 11 | A    Slide 20 is also blank. | 03:27:09 |
| 12 | Q    (BY MR. TAKASHIMA) Okay. | 03:27:11 |
| 13 | A    And 21. | 03:27:27 |
| 14 | Q    So leaving aside the pages noted that are | 03:28:17 |
| 15 | blank, do you recognize that document? | 03:28:21 |
| 16 | A    Yes. | 03:28:24 |
| 17 | Q    Okay.  And what is it? | 03:28:25 |
| 18 | A    It's a discussion document -- it looks | 03:28:27 |
| 19 | like it's still a work in progress -- in preparation | 03:28:33 |
| 20 | for a discussion between John Krafcik and | 03:28:39 |
| 21 | potentially other members of the Chauffeur team and | 03:28:44 |
| 22 | ███████ | 03:28:48 |
| 23 | Q    And was that just a periodic discussion or | 03:28:57 |
| 24 | was there something in particular that triggered it? | 03:28:59 |
| 25 | A    It looks like a preview to our 2017 | 03:29:05 |

Page 152

| | | |
|---|---|---|
| 1 | supplier team. | 04:42:49 |
| 2 | Q    Okay.  And then, I guess, respectively | 04:42:49 |
| 3 | headcount for products, business and operations? | 04:42:55 |
| 4 | A    Right.  And business is -- broadly | 04:42:59 |
| 5 | includes things like marketing, PR, policy. | 04:43:03 |
| 6 | Q    Okay.  I understand that you're not | 04:43:06 |
| 7 | familiar with this specific version of the | 04:43:13 |
| 8 | spreadsheet.  ███████████████████████ | ███ |
|   | ███████████████████████████████████ | ███ |
|   | ███████ | 04:43:27 |
| 11 |         MS. BAILY:  Object to form. | 04:43:30 |
| 12 | A    I don't.  So there were not a lot of | 04:43:34 |
| 13 | people who had regular access to the P&L.  But there | 04:43:36 |
| 14 | would be times where it would make sense, perhaps | 04:43:39 |
| 15 | someone from my team, to save on -- still on Google | 04:43:43 |
| 16 | Drive, their own version and because of research | 04:43:48 |
| 17 | they were doing, to make changes. | 04:43:53 |
| 18 |         And that's why I don't recognize this | 04:43:55 |
| 19 | being at any time the official P&L, because I don't | 04:43:59 |
| 20 | recognize it at all.  So it's possible, for example, | 04:44:01 |
| 21 | that whoever may -- saved this version was looking | 04:44:04 |
| 22 | at headcount issues. | 04:44:09 |
| 23 | Q    Okay.  Looking -- just based on looking at | 04:44:11 |
| 24 | two different files, is there a way we would be able | 04:44:22 |
| 25 | to determine whether you were looking at sort of one | 04:44:24 |

Page 193

| | | |
|---|---|---|
| 1 | of the official P&L versions or one of these sort of | 04:44:27 |
| 2 | individually workshopped versions? | 04:44:31 |
| 3 |      MS. BAILY:  Object to form. | 04:44:34 |
| 4 | A   So if I had the file name, there was a | 04:44:35 |
| 5 | specific file name used for the official version | 04:44:38 |
| 6 | that I would likely recognize. | 04:44:45 |
| 7 |      And then there are -- certainly like this, | 04:44:49 |
| 8 | there are times when I can just look at the contents | 04:44:52 |
| 9 | and know that it's not an official version.  But I | 04:44:56 |
| 10 | don't know if I would be able to identify -- you | 04:44:58 |
| 11 | know, if there was one cell change -- | 04:45:00 |
| 12 | Q   Okay. | 04:45:03 |
| 13 | A   -- from an official version, if that was | 04:45:03 |
| 14 | not one. | 04:45:05 |
| 15 | Q   Okay.  And do you recall what the official | 04:45:06 |
| 16 | file name was for the -- the official versions? | 04:45:10 |
| 17 | A   I don't recall the full name.  But | 04:45:15 |
| 18 | certainly there would be as part of it, in brackets, | 04:45:19 |
| 19 | "Go, slash, Chauffeur P&L." | 04:45:24 |
| 20 |      And normally when people made their own | 04:45:28 |
| 21 | version to -- to do some testing or to test some | 04:45:31 |
| 22 | changes, for themselves they would label -- they | 04:45:36 |
| 23 | would add on some label, like what they were doing | 04:45:39 |
| 24 | it for. | 04:45:43 |
| 25 | Q   Okay.  I'm going to the next tab, which is | 04:45:44 |