QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br>      v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 994)**<br><br>Re:  Dkt. Nos. 681, 936 |

1  On July 24, 2017, the Court ordered (Dkt. 994) Waymo to file public versions of the following exhibits to its to Waymo's July 12, 2017 Discovery Letter Brief in Support of its Motion to Compel (Dkt. No. 879):

- Exhibit 1 (Dkt. No. 878-6);
- Exhibit 6 (Dkt. No. 878-15);
- Exhibit 7 (Dkt. No. 878-17); and
- Exhibit 10 (Dkt. No. 878-19).

Waymo hereby files public versions of the documents in issue.

DATED: July 31, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC