# EXHIBIT 10
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4      _____
 5      WAYMO LLC,                       )
                                         )
 6                   Plaintiff,          )
                                         )
 7            vs.                        )  Case No.
                                         )  3:17-cv-00939-WHA
 8      UBER TECHNOLOGIES, INC.,         )
        OTTOMOTTO LLC; OTTO              )
 9      TRUCKING LLC,                    )
                                         )
10                   Defendants.         )
        _____)
11
12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14         VIDEOTAPED DEPOSITION OF LIOR RON
15               San Francisco, California
16                Monday, April 19, 2017
17                      Volume I
18
19
20      Reported by:
21      SUZANNE F. GUDELJ
22      CSR No. 5111
23      Job No. 2641996
24
25      PAGES 1 - 311
```

Page 1

```
1    of a Google memorabilia or something that was handed
2    to Google employees.
3            And from my understanding, it had nothing
4    to do with self-driving cars or any sort of the
5    thing that Otto was doing.  Looking at generally          02:34:53
6    stuff, it definitely doesn't strike like something
7    that could be used in anything that Otto was doing.
8    BY MR. PERLSON:
9        Q    And when did you --
10       A    But I did see that piece.                        02:35:02
11       Q    Thank you.
12            When did you -- when was that?
13       A    I don't recall when exactly.  After we left
14   Google.  I don't know if before the February 9th
15   or -- the February time frame or after.                   02:35:13
16       Q    It would have been before the April 2016
17   agreement?
18       A    I think so.  I'm not a hundred percent
19   sure.
20       Q    Did you tell any --                              02:35:22
21       A    Because it was -- sorry.
22       Q    I didn't mean to cut you off.
23       A    It was while the company was at Anthony's
24   house, so it -- I did -- it definitely happened at
25   that time frame.  I don't remember when we moved to       02:35:34
```

Page 156

```
 1   San Francisco.
 2       Q    And what do you mean "while the company was
 3   at Anthony's house"?
 4       A    The initial operation of the company
 5   started at Anthony's rented house.                          02:35:44
 6       Q    Okay.  And how long did that occur?
 7       A    From the time Anthony left Google to the
 8   time we moved to San Francisco, to Harrison Street.
 9   I don't recall when was that move, but few months
10   into doing Otto.                                            02:36:08
11       Q    And so there were -- were there several
12   employees working at Mr. Levandowski's house when
13   Otto started?
14       A    Yes.
15       Q    And --                                             02:36:21
16       A    Sorry.  Later on as Otto grew.  When Otto
17   started, it was me, and it wasn't at Anthony's
18   house.
19       Q    Okay.  But there was an extended period of
20   time where Otto was operating out of Mr.                    02:36:34
21   Levandowski's home?
22           MR. PATCHEN:  Object to the form.
23           THE WITNESS:  I don't know how -- I don't
24   remember how long, but it was roughly from the time
25   that Anthony left Google up until the time we moved         02:36:43
```

Page 157

1   to San Francisco.
2   BY MR. PERLSON:
3       Q   Okay. Did you tell anybody at Uber that
4   you saw the -- this StreetView camera thing at Mr.
5   Levandowski's home?                                    02:37:03
6       A   I don't recall being asked specifically on
7   that, so I don't recall if I've actually mentioned
8   that at that time frame.
9       Q   Well, whether or not anybody asked you
10  about it is not my question. I'm asking whether you   02:37:16
11  told anyone at Uber that.
12      A   I don't recall specific conversations on
13  that.
14      Q   Did you -- while you were -- let me start
15  over again.                                            02:37:28
16          Do you recall seeing any other Google
17  materials at Mr. Levandowski's home at any point in
18  time?
19          MR. PATCHEN: Object to the form.
20          THE WITNESS: No, I do not recall -- to the   02:37:46
21  best of my recollection, I don't recall anything
22  specifically. I do recall that thing because it's
23  hard to forget. It's pretty big.
24  BY MR. PERLSON:
25      Q   Do you know whether Mr. Levandowski had       02:37:59

Page 158

```
 1   taken any paper documents with him from Google or
 2   seeing any at his house?
 3        A    No.  I'm not aware of any paper documents
 4   that I saw at his house.  Or after.
 5        Q    Okay.  Were -- when Otto was being operated    02:38:19
 6   out of Mr. Levandowski's home, at any point in time,
 7   did any Uber employees come to Otto?
 8        A    I don't believe so, but I wouldn't say for
 9   sure in case I'm forgetting something.  But to the
10   best of my recollection, I do not remember any Uber      02:39:02
11   employees at Anthony's house.
12        Q    You don't ever remember seeing Mr. Kalanick
13   there?
14        A    I'm trying to recall, because Travis did
15   come and visit us at some point.  And he was             02:39:35
16   actually on the truck at some point taking actually
17   a ride with us on -- was it 101 or 280?  I think
18   280.
19             But I don't remember if he visited the
20   house as part of that.  He visited the truck for         02:40:14
21   sure.  I remember 'cause I was there in a truck with
22   Travis and Anthony.  I don't remember -- I don't
23   remember if he also came to the house or not.
24        Q    Were there -- as part of just the
25   evaluation of the -- of Otto, did anyone at -- from      02:40:41
```

Page 159

```
 1        I, LIOR RON, do hereby declare under
 2   penalty of perjury that I have read the foregoing
 3   transcript of my deposition; that I have made such
 4   corrections as noted herein, in ink, initialed by
 5   me, or attached hereto; that my testimony as
 6   contained herein, as corrected, is true and correct.
 7        EXECUTED this _____ day of _____,
 8   2017, at _____, _____.
 9                    (City)                  (State)
10
11
12
13
14               _____
15                         LIOR RON
16                        Volume I
17
18
19
20
21
22
23
24
25
```