MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF KATHLEEN R. HARTNETT**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT attorney Kathleen R. Hartnett (khartnett@bsfllp.com) of Boies Schiller Flexner LLP, a member of the State Bar of California, and admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendants Uber Technologies, Inc. and Ottomotto LLC.

Dated: July 31, 2017               BOIES SCHILLER FLEXNER LLP

By: */s/ Kathleen R. Hartnett*
Kathleen R. Hartnett (SBN 314267)
(khartnett@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
425 Tasso Street, Suite 205
Palo Alto, CA 94307
Telephone:   (650) 445-6400
Facsimile:    (650) 329-8507

*Attorneys for Defendants* Uber Technologies, Inc. and Ottomotto LLC