MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT WITH PERSONAL INFORMATION: DKT. NO. 1053-2**<br><br>Trial Date: October 10, 2017 |

Defendants Uber Technologies, Inc. and Ottomotto LLC file this Administrative Motion to Remove the following document from ECF, submitted electronically on July 31, 2017, by Plaintiff:

1. Docket Number 1053-2: Re-filed Exhibit 6 to Waymo's Discovery Letter Brief (Dkt. 878-15)

This document contains personal information that was inadvertently not redacted. Defendants wish to redact this information in order to protect the privacy interests of an individual at a company that is currently the subject of extensive media coverage. Defendants have contacted the ECF Help Desk regarding this issue. In connection with this Motion, Defendants have also filed a corrected version of this document with the confidential information at issue redacted. Because the single redaction is irrelevant personal information, Defendants are not filing a separate version under seal.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: July 31, 2017                    MORRISON & FOERSTER LLP

                                        By: */s/ Arturo J. González*
                                              ARTURO J. GONZÁLEZ

                                        Attorneys for Defendants
                                        UBER TECHNOLOGIES, INC.,
                                        OTTOMOTTO LLC, and OTTO TRUCKING LLC