# REVISED REDACTED VERSION OF DKT. 1053-2

# (EXHIBIT 6)

# EXHIBIT 6
# FILED UNDER SEAL

Message

**From:** Cameron Poetzscher [cameron@uber.com]
**Sent:** 1/28/2016 6:25:49 AM
**To:** Travis Kalanick [travis@uber.com]; Emil Michael [emil@uber.com]
**Subject:** Newco

TK,

Did you tell Anthony that you would indemnify them if they get sued by G as part of or after the deal? They're under that impression.

Thanks,

--
Cameron Poetzscher
Head of Corporate Development
@cpoetzscher

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT NO. 277
Andrea Ignacio, CSR 9830

UBER00063617