1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:    (415) 875-6600
8   Facsimile:    (415) 875-6700

9   Attorneys for WAYMO LLC

10                      UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                          CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,              **PLAINTIFF WAYMO LLC'S
                                        ADMINISTRATIVE MOTION TO FILE
14          vs.                         UNDER SEAL ITS MOTION TO
                                        COMPEL RE: TRAVIS KALANICK
15  UBER TECHNOLOGIES, INC.;            DEPOSITION**
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Motion to Compel Re: Travis Kalanick Deposition, filed concurrently herewith.  Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion to Compel ("Motion") | Highlighted in Blue | Defendants |
| Ex. 1 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 2 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 3 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 4 to Waymo's Motion to Compel | Entire Document | Defendants |

**I.**     **LEGAL STANDARD**

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

**II.**     **UBER'S CONFIDENTIAL INFORMATION**

Waymo seeks to seal the portions of Waymo's Motion only because Defendants have designated the information confidential.  Declaration of John McCauley ("McCauley Decl.") ¶ 3. Waymo takes no position on the merits of sealing Defendants' designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

**III.**     **CONCLUSION**

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED:  July 31, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                              By  */s/ Charles K. Verhoeven*
                              _____
                              Charles K. Verhoeven
                              Attorneys for WAYMO LLC