1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9   Attorneys for WAYMO LLC

10                     UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                          CASE NO. 3:17-cv-00939-WHA

13            Plaintiff,                **DECLARATION OF JOHN W.
                                        MCCAULEY IN SUPPORT OF
14        vs.                           PLAINTIFF WAYMO LLC'S
                                        ADMINISTRATIVE MOTION TO FILE
15  UBER TECHNOLOGIES, INC.;            UNDER SEAL ITS MOTION TO
    OTTOMOTTO LLC; OTTO TRUCKING        COMPEL RE; TRAVIS KALANICK
16  LLC,                                DEPOSITION**

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   I, John W. McCauley, declare as follows:

2         1.      I am an attorney licensed to practice in the State of California and am admitted to

3   practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan,

4   LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set

5   forth in this Declaration, and if called as a witness I would testify competently to those matters.

6         2.      I make this declaration in support of Waymo's Administrative Motion to File Under

7   Seal confidential information in its Motion to Compel Re: Travis Kalanick Deposition ("Waymo's

8   Administrative Motion").  Waymo's Administrative Motion seeks an order sealing the following

9   materials:

10

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion to Compel ("Motion") | Highlighted in Blue | Defendants |
| Ex. 1 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 2 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 3 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 4 to Waymo's Motion to Compel | Entire Document | Defendants |

11

12

13

14

15         3.      Waymo's Motion and attached Exhibits contains information that Defendants have

16   designated as confidential and/or attorneys' eyes only.

17         4.      Waymo takes no position on the merits of sealing certain portions of Defendants'

18   designated material, and expects Defendants to file one or more declarations in accordance with the

19   Local Rules.

20         I declare under penalty of perjury under the laws of the State of California that the foregoing is

21   true and correct, and that this declaration was executed in San Francisco, California, on July 31, 2017.

22                                        By  */s/ John W. McCauley*
                                               John W. McCauley
23                                             Attorneys for WAYMO LLC

24

25

26

27

28

1

2                    **<u>SIGNATURE ATTESTATION</u>**

3         Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

4    filing of this document has been obtained from John W. McCauley.

5

6                                           */s/ Charles K. Verhoeven*
                                            Charles K. Verhoeven

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28