1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL RE: TRAVIS KALANICK DEPOSITION** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal certain information in its Motion to Compel Re: Travis Kalanick Deposition ("Waymo's Opposition").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Waymo's Motion to Compel ("Motion") | Highlighted in Blue | Defendants |
| Ex. 1 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 2 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 3 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 4 to Waymo's Motion to Compel | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge