# EXHIBIT 5

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                         ---oOo---
 5
 6   WAYMO LLC,
 7          Plaintiff,
 8   vs.                                No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
     _____/
12
13       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                  SAN FRANCISCO, CALIFORNIA
17                   MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

Page 1

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                       ---oOo---
 5   WAYMO LLC,
 6        Plaintiff,
 7   vs.                          No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
 9   INC.,
10        Defendants.
     _____/
11
12
13        Videotaped Deposition of Cameron Poetzscher,
14   taken on behalf of the Plaintiffs, on June 19,
15   2017, at Quinn, Emanuel, Urquhart & Sullivan, LLP,
16   50 California Street, 22nd Floor, San Francisco,
17   California 94111, beginning 8:59 a.m., and
18   commencing at 5:17 p.m., Pursuant to Notice, and
19   before me, ANDREA M. IGNACIO, CSR, RPR, CRR,
20   CLR ~ License No. 9830.
21
22
23
24
25
```

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   A P P E A R A N C E S:
 2
 3
 4      FOR THE PLAINTIFFS:
 5           QUINN EMANUEL URQUHART & SULLIVAN LLP
 6           By:   ANDREA ROBERTS, Esq.
 7                 JORDAN R. JAFFE, Esq.
 8           50 California Street, Suite 2200
 9           San Francisco, California 94111
10           Phone:  415.875.6600
11           andrearoberts@quinnemanuel.com
12
13
14      THE DEFENDANTS UBER TECHNOLOGIES INC.:
15           MORRISON & FOERSTER LLP
16           By:   MICHAEL A. JACOBS, Esq.
17           425 Market Street
18           San Francisco, California 94105
19           Phone:  415.268.7455
20           mjacobs@mofo.com
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   A P P E A R A N C E S:  (Cont.)
 2
 3
 4      THE DEFENDANTS OTTO TRUCKING, INC.:
 5          GOODWIN & PROCTER LLP
 6          By: HAYES HYDE, Esq.
 7          Three Embarcadero Center, 28th Floor
 8          San Francisco, California 941111
 9          Phone:  415.733.6000
10          hhyde@goodwinlaw.com
11
12
13      ALSO PRESENT:  Cyril Suszckiewicz, Videographer
14                     Justin Suhr, Uber
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

| | | |
|---|---|---|
| 1 | sense to us, were too easy, weren't aligned with our | 15:44 |
| 2 | interests. | 15:44 |
| 3 | You know, for any number of reasons; right? | 15:44 |
| 4 | If we didn't like the terms or conditions, we wouldn't | 15:44 |
| 5 | have signed, same as any other deal. | 15:44 |
| 6 | Q   The term sheet was signed on February 22nd, | 15:44 |
| 7 | 2016, and the acquisition agreement was signed on | 15:45 |
| 8 | April 11th, 2016. | 15:45 |
| 9 | When did Uber decide that it was going to go | 15:45 |
| 10 | ahead with the transaction? | 15:45 |
| 11 | A   I mean, on or about April 11th we got final | 15:45 |
| 12 | board approval.  Obviously, we didn't do all this work | 15:45 |
| 13 | and make a last-minute, you know, flippant decision. | 15:45 |
| 14 | But clearly, we made a final decision on or about | 15:45 |
| 15 | April 11th.  We got board approval, and we signed the | 15:45 |
| 16 | transaction. | 15:45 |
| 17 | Q   How long did it take to get board approval? | 15:45 |
| 18 | A   I mean, we had a board meeting.  We had a | 15:45 |
| 19 | discussion at the -- with the board.  I can't recall | 15:45 |
| 20 | how long it was.  It was a serious discussion.  And | 15:45 |
| 21 | then after that, we signed.  I don't remember the | 15:45 |
| 22 | exact day of the board meeting, whether it's the same | 15:45 |
| 23 | day or previously. | 15:45 |
| 24 | Q   Did you attend that board meeting? | 15:45 |
| 25 | A   Yes. | 15:45 |

Veritext Legal Solutions
866 299-5127