# EXHIBIT 5

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4                          ---oOo---
5
6    WAYMO LLC,
7         Plaintiff,
8    vs.                              No. 3:17-cv-00939-WHA
9    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11        Defendants.
     _____/
12
13      WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                 SAN FRANCISCO, CALIFORNIA
17                  MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

Page 1

Case 3:17-cv-00939-WHA   Document 1059-13   Filed 07/31/17   Page 3 of 6
WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                       ---oOo---
 5  WAYMO LLC,
 6        Plaintiff,
 7  vs.                              No. 3:17-cv-00939-WHA
 8  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING,
 9  INC.,
10        Defendants.
    _____/
11
12
13        Videotaped Deposition of Cameron Poetzscher,
14     taken on behalf of the Plaintiffs, on June 19,
15     2017, at Quinn, Emanuel, Urquhart & Sullivan, LLP,
16     50 California Street, 22nd Floor, San Francisco,
17     California 94111, beginning 8:59 a.m., and
18     commencing at 5:17 p.m., Pursuant to Notice, and
19     before me, ANDREA M. IGNACIO, CSR, RPR, CRR,
20     CLR ~ License No. 9830.
21
22
23
24
25
                                                      Page 2
```

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   A P P E A R A N C E S:
 2
 3
 4      FOR THE PLAINTIFFS:
 5          QUINN EMANUEL URQUHART & SULLIVAN LLP
 6          By:   ANDREA ROBERTS, Esq.
 7                JORDAN R. JAFFE, Esq.
 8          50 California Street, Suite 2200
 9          San Francisco, California 94111
10          Phone:   415.875.6600
11          andrearoberts@quinnemanuel.com
12
13
14      THE DEFENDANTS UBER TECHNOLOGIES INC.:
15          MORRISON & FOERSTER LLP
16          By:   MICHAEL A. JACOBS, Esq.
17          425 Market Street
18          San Francisco, California 94105
19          Phone:   415.268.7455
20          mjacobs@mofo.com
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S:   (Cont.)
 2
 3
 4      THE DEFENDANTS OTTO TRUCKING, INC.:
 5          GOODWIN & PROCTER LLP
 6          By: HAYES HYDE, Esq.
 7          Three Embarcadero Center, 28th Floor
 8          San Francisco, California 941111
 9          Phone:  415.733.6000
10          hhyde@goodwinlaw.com
11
12
13      ALSO PRESENT:  Cyril Suszckiewicz, Videographer
14                     Justin Suhr, Uber
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1  sense to us, were too easy, weren't aligned with our          15:44
2  interests.                                                     15:44
3          You know, for any number of reasons; right?            15:44
4  If we didn't like the terms or conditions, we wouldn't        15:44
5  have signed, same as any other deal.                           15:44
6     Q   The term sheet was signed on February 22nd,             15:44
7  2016, and the acquisition agreement was signed on              15:45
8  April 11th, 2016.                                              15:45
9          When did Uber decide that it was going to go           15:45
10 ahead with the transaction?                                    15:45
11    A   I mean, on or about April 11th we got final             15:45
12 board approval.  Obviously, we didn't do all this work         15:45
13 and make a last-minute, you know, flippant decision.           15:45
14 But clearly, we made a final decision on or about              15:45
15 April 11th.  We got board approval, and we signed the          15:45
16 transaction.                                                   15:45
17    Q   How long did it take to get board approval?             15:45
18    A   I mean, we had a board meeting.  We had a               15:45
19 discussion at the -- with the board.  I can't recall           15:45
20 how long it was.  It was a serious discussion.  And            15:45
21 then after that, we signed.  I don't remember the              15:45
22 exact day of the board meeting, whether it's the same          15:45
23 day or previously.                                             15:45
24    Q   Did you attend that board meeting?                      15:45
25    A   Yes.                                                    15:45

Veritext Legal Solutions
866 299-5127