# EXHIBIT 5

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
                      ---oOo---


WAYMO LLC,

        Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,
        Defendants.
_____/


   WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY


    VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
             SAN FRANCISCO, CALIFORNIA
               MONDAY, JUNE 19, 2017



BY:  ANDREA M. IGNACIO,
CSR, RPR, CRR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 2642012


Pages 1 - 374
```

Veritext Legal Solutions
866 299-5127

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4                          ---oOo---
 5   WAYMO LLC,
 6         Plaintiff,
 7   vs.                              No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
 9   INC.,
10         Defendants.
     _____/
11
12
13         Videotaped Deposition of Cameron Poetzscher,
14   taken on behalf of the Plaintiffs, on June 19,
15   2017, at Quinn, Emanuel, Urquhart & Sullivan, LLP,
16   50 California Street, 22nd Floor, San Francisco,
17   California 94111, beginning 8:59 a.m., and
18   commencing at 5:17 p.m., Pursuant to Notice, and
19   before me, ANDREA M. IGNACIO, CSR, RPR, CRR,
20   CLR ~ License No. 9830.
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1   A P P E A R A N C E S:
 2
 3
 4      FOR THE PLAINTIFFS:
 5           QUINN EMANUEL URQUHART & SULLIVAN LLP
 6           By:   ANDREA ROBERTS, Esq.
 7                 JORDAN R. JAFFE, Esq.
 8           50 California Street, Suite 2200
 9           San Francisco, California 94111
10           Phone:  415.875.6600
11           andrearoberts@quinnemanuel.com
12
13
14      THE DEFENDANTS UBER TECHNOLOGIES INC.:
15           MORRISON & FOERSTER LLP
16           By:   MICHAEL A. JACOBS, Esq.
17           425 Market Street
18           San Francisco, California 94105
19           Phone:  415.268.7455
20           mjacobs@mofo.com
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:   (Cont.)
 2
 3
 4      THE DEFENDANTS OTTO TRUCKING, INC.:
 5          GOODWIN & PROCTER LLP
 6          By: HAYES HYDE, Esq.
 7          Three Embarcadero Center, 28th Floor
 8          San Francisco, California 941111
 9          Phone:  415.733.6000
10          hhyde@goodwinlaw.com
11
12
13      ALSO PRESENT:  Cyril Suszckiewicz, Videographer
14                     Justin Suhr, Uber
15
16
17
18
19
20
21
22
23
24
25
```

1  sense to us, were too easy, weren't aligned with our    15:44
2  interests.    15:44
3  　　　You know, for any number of reasons; right?    15:44
4  If we didn't like the terms or conditions, we wouldn't    15:44
5  have signed, same as any other deal.    15:44
6  　Q　The term sheet was signed on February 22nd,    15:44
7  2016, and the acquisition agreement was signed on    15:45
8  April 11th, 2016.    15:45
9  　　　When did Uber decide that it was going to go    15:45
10 ahead with the transaction?    15:45
11 　A　I mean, on or about April 11th we got final    15:45
12 board approval.  Obviously, we didn't do all this work    15:45
13 and make a last-minute, you know, flippant decision.    15:45
14 But clearly, we made a final decision on or about    15:45
15 April 11th.  We got board approval, and we signed the    15:45
16 transaction.    15:45
17 　Q　How long did it take to get board approval?    15:45
18 　A　I mean, we had a board meeting.  We had a    15:45
19 discussion at the -- with the board.  I can't recall    15:45
20 how long it was.  It was a serious discussion.  And    15:45
21 then after that, we signed.  I don't remember the    15:45
22 exact day of the board meeting, whether it's the same    15:45
23 day or previously.    15:45
24 　Q　Did you attend that board meeting?    15:45
25 　A　Yes.    15:45

Veritext Legal Solutions
866 299-5127