Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[CORRECTED]**<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF HONG-AN VU IN SUPPORT OF ITS REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)**<br><br>Date:　　　　August 16, 2017<br>Time:　　　　8:00 a.m.<br>Courtroom:　8, 19th Floor<br>Judge:　　　Honorable William Alsup<br>Trial Date:　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Hong-An Vu<br>2. [Proposed] Order<br>3. Unredacted Version of Ex. 1<br>4. Proof of Service |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2    Trucking") submits this corrected administrative motion for an order to file under seal Exhibit 1 to
3    the Declaration of Hong-An Vu in Support of Defendant Otto Trucking's Reply in Support of
4    Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563).  On July 28, 2017, Otto Trucking
5    filed an Administrative Motion to File Under Seal Exhibit 1 to the Declaration of Hong-An Vu in
6    Support of Its Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563).
7    (Dkt. No. 1040).  This motion inadvertently omitted confidentiality designations for Otto Trucking
8    and Defendants Uber Technologies, Inc. ("Uber") and Ottomotto LLC ("Ottomotto").  Otto
9    Trucking files this corrected motion to include those confidentiality designations.

10   Specifically, Otto Trucking requests an order granting leave to file under seal the
11   confidential portions of the following document:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Hong-An Vu in Support of Defendant Otto Trucking's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) ("Exhibit 1") | Highlighted Portions (yellow highlighting designated by Otto Trucking; blue highlighting designated by Uber Technologies, Inc. and Ottomotto LLC; green highlighting designated by Waymo LLC) |

17   The yellow-highlighted portions of Exhibit 1 contain highly confidential, sensitive
18   business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate
19   structure, and financial information.  This highly confidential information is not publicly known,
20   and its confidentiality is strictly maintained.  If this information were made public, Otto
21   Trucking's competitors and counterparties would have insight into how Otto Trucking structures
22   its business agreements, allowing them to modify their own business strategy.  Otto Trucking's
23   competitive standing could be significantly harmed.

24   Otto Trucking seeks to seal the blue-highlighted portions of Exhibit 1 because Uber and
25   Ottomotto have designated the information in these portions as highly confidential.  Otto Trucking
26   does not oppose the merits of sealing the material designated by Uber and Ottomotto, and
27   anticipates that Uber and Ottomotto will file declarations in accordance with Local Rule 79-5.
28

1       Otto Trucking seeks to seal the green-highlighted portions of Exhibit 1 because Plaintiff Waymo LLC ("Waymo") has designated the information in these portions as "highly confidential" and "attorneys' eyes only." Otto Trucking does not oppose the merits of sealing the material designated by Waymo, and anticipates that Waymo will file declarations in accordance with Local Rule 79-5.

      Otto Trucking's request to seal is narrowly tailored to those portions of Exhibit 1 that merit sealing.

Dated: August 1, 2017                          Respectfully submitted,

                                         By:   /s/ Hong-An Vu
                                                Neel Chatterjee
                                                *nchatterjee@goodwinlaw.com*
                                                Brett Schuman
                                                *bschuman@goodwinlaw.com*
                                                Shane Brun
                                                *sbrun@goodwinlaw.com*
                                                Rachel M. Walsh
                                                *rwalsh@goodwinlaw.com*
                                                Hong-An Vu
                                                *hvu@goodwinlaw.com*
                                                Hayes P. Hyde
                                                *hhyde@goodwinlaw.com*
                                                James Lin
                                                *jlin@goodwinlaw.com*
                                                **GOODWIN PROCTER LLP**

*Attorneys for Defendant: Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 1, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of August 2017 in Los Angeles, California.

/s/ Hong-An Vu
Hong-An Vu