1 | Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
2 | **GOODWIN PROCTER LLP**
135 Commonwealth Drive
3 | Menlo Park, California 94025
Tel.: +1 650 752 3100
4 | Fax.: +1 650 853 1038

5 | Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
6 | Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
7 | Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
8 | **GOODWIN PROCTER LLP**
Three Embarcadero Center
9 | San Francisco, California 94111
Tel.: +1 415 733 6000
10 | Fax.: +1 415 677 9041

11 | Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
12 | **GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
13 | Tel.: +1 213 426 2500
Fax.: +1 213 623 1673
14
Attorneys for Defendant: Otto Trucking LLC

15 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
16 | **SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[CORRECTED]** |
| v. | **DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF HONG-AN VU ISO ITS REPLY ISO MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER (DKT. 563)** |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | |
| | Date:        August 16, 2017
Time:        8:00 a.m.
Courtroom:   8, 19th Floor
Judge:       Honorable William Alsup
Trial Date:  October 10, 2017 |
| | Filed/Lodged Concurrently with:
1. Admin. Mtn. to File Document Under Seal
2. [Proposed] Order
3. Unredacted Version of Ex. 1
4. Proof of Service |

ACTIVE/91953414.2

DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

1  I, Hong-An Vu, declare as follows:

2  1.  I am counsel at the law firm of Goodwin Procter LLP, counsel of record for
3  Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters
4  within my own personal knowledge and if called as a witness, I could and would competently
5  testify to the matters set forth herein.  I make this declaration in support of Defendant Otto
6  Trucking's Amended Administrative Motion to File Under Seal Exhibit 1 to the Declaration of
7  Hong-An Vu in Support of Its Reply in Support of Motion to Enforce the Court's June 7, 2017
8  Order (Dkt. 563).

9  2.  On July 28, 2017, Otto Trucking filed an Administrative Motion to File Under Seal
10 Exhibit 1 to the Declaration of Hong-An Vu in Support of Its Reply in Support of Motion to
11 Enforce the Court's June 7, 2017 Order (Dkt. 563).  (Dkt. No. 1040).  This motion inadvertently
12 omitted confidentiality designations for Otto Trucking and Defendants Uber Technologies, Inc.
13 ("Uber") and Ottomotto LLC ("Ottomotto").  Otto Trucking files this amended motion to include
14 those confidentiality designations.

15 3.  I have reviewed the following documents and confirmed that only the portions
16 identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 1 to the Declaration of Hong-An Vu in Support of Defendant Otto Trucking's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) ("Exhibit 1") | Highlighted Portions (yellow highlighting designated by Otto Trucking; blue highlighting designated by Uber and Ottomotto; green highlighting designated by Waymo LLC) |

22 4.  The yellow-highlighted portions of Exhibit 1 contain highly confidential, sensitive
23 business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate
24 structure, and financial information.  This highly confidential information is not publicly known,
25 and its confidentiality is strictly maintained.  If this information were made public, I understand
26 that Otto Trucking's competitors and counterparties would have insight into how Otto Trucking
27 structures its business agreements, allowing them to modify their own business strategy.  Otto
28 Trucking's competitive standing could be significantly harmed.

ACTIVE/91953414.2                                              1

DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

5. Otto Trucking seeks to seal the blue-highlighted portions of Exhibit 1 because Uber and Ottomotto have designated the information in these portions as highly confidential. Otto Trucking does not oppose the merits of sealing the material designated by Uber and Ottomotto, and anticipates that Uber and Ottomotto will file declarations in accordance with Local Rule 79-5.

6. Otto Trucking seeks to seal the green-highlighted portions of Exhibit 1 because Plaintiff Waymo LLC ("Waymo") has designated the information in these portions as "highly confidential" and "attorneys' eyes only." Otto Trucking does not oppose the merits of sealing the material designated by Waymo, and anticipates that Waymo will file declarations in accordance with Local Rule 79-5.

7. Otto Trucking's request to seal is narrowly tailored to those portions of Exhibit 1 that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of August, 2017 in Los Angeles, California.

/s/   Hong-An Vu
Hong-An Vu