|   |   |
|---|---|
| 1 | Neel Chatterjee (SBN 173985) |
|   | *nchatterjee@goodwinlaw.com* |
| 2 | **GOODWIN PROCTER LLP** |
|   | 135 Commonwealth Drive |
| 3 | Menlo Park, California 94025 |
|   | Tel.: +1 650 752 3100 |
| 4 | Fax.: +1 650 853 1038 |

1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
   Shane Brun (SBN 179079)
6  *sbrun@goodwinlaw.com*
   Rachel M. Walsh (SBN 250568)
7  *rwalsh@goodwinlaw.com*
   **GOODWIN PROCTER LLP**
8  Three Embarcadero Center
   San Francisco, California 94111
9  Tel.: +1 415 733 6000
   Fax.: +1 415 677 9041
10
   Hong-An Vu (SBN 266268)
11 *hvu@goodwinlaw.com*
   **GOODWIN PROCTER LLP**
12 601 S. Figueroa Street, 41st Floor
   Los Angeles, California 90017
13 Tel.: +1 213 426 2500
   Fax.:  +1 213 623 1673
14
   *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[CORRECTED]** |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF HONG-AN VU IN SUPPORT OF ITS REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S JUNE 7, 2017 ORDER** |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | |
| | Date: August 16, 2017 |
| | Time: 8:00 a.m. |
| | Courtroom: 8, 19th Floor |
| | Judge: Honorable William Alsup |
| | Trial Date: October 10, 2017 |
| | Filed/Lodged Concurrently with: |
| | 1. Admin. Mtn. to File Document Under Seal |
| | 2. Declaration of Hong-An Vu |
| | 3. Unredacted Version of Ex. 1 |
| | 4. Proof of Service |

ACTIVE/91953428.2

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Exhibit 1 to the Declaration of Hong-An Vu in Support of Defendant Otto Trucking's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563). Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the document listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Hong-An Vu in Support of Defendant Otto Trucking's Reply in Support of Motion to Enforce the Court's June 7, 2017 Order (Dkt. 563) ("Exhibit 1") | Highlighted Portions (yellow highlighting designated by Otto Trucking; blue highlighting designated by Uber Technologies, Inc. and Ottomotto LLC; green highlighting designated by Waymo LLC) |

**IT IS SO ORDERED.**

Dated: _____, 2017

                                               HON. WILLIAM ALSUP
                                               United States District Judge