1  LATHAM & WATKINS LLP
       Melanie M. Blunschi (Bar No. 234264)
2      Whitney B. Weber (Bar No. 281160)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600
4  Facsimile:  +1.415.395.8095
   melanie.blunschi@lw.com
5  whitney.weber@lw.com

6
   *Attorneys for Third Party*
7  *Stroz Friedberg, LLC*

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  WAYMO LLC, | CASE NO. 3:17-CV-00939-WHA (JSC) |
| 14           Plaintiff, | |
| 15      v. | |
| 16  UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | **NOTICE OF APPEARANCE** |
| 17 | |
| 18           Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Third Party Stroz Friedberg, LLC, and requests that all notices, orders and/or other information in this case be served upon the individual identified below:

> Melanie M. Blunschi
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-6538
> Telephone: +1.415.391.0600
> Facsimile: +1.415.395.8095
> Email: melanie.blunschi@lw.com

Dated: August 1, 2017

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Melanie M. Blunschi*
Melanie M. Blunschi

*Attorneys for Third Party*
*Stroz Friedberg, LLC*