Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER** LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant*
*Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES LIN IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL DEPOSITION OF LARRY PAGE**<br><br>Courtroom:    F, 15th Floor<br>Judge:        Honorable Jacqueline S. Corley<br>Trial Date:    October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1.  Admin. Mtn. to File Documents Under Seal<br>2.  [Proposed] Order<br>3.  Redacted/Unredacted Versions<br>4.  Proof of Service |

1      I, James Lin, declare as follows:

2      1.      I am counsel at the law firm of Goodwin Procter LLP, counsel of record for

3 Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters

4 within my own personal knowledge and if called as a witness, I could and would competently

5 testify to the matters set forth herein.  I make this declaration in support of Defendant Otto

6 Trucking's Administrative Motion to File Under Seal Portions of its Motion to Compel Deposition

7 of Larry Page (the "Motion").

8      2.      I have reviewed the following documents and confirmed that only the portions

9 identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Letter Brief re Deposition of Larry Page | Highlighted Portions |
| Exhibit 1 – Transcript of the deposition of Larry Page, dated July 17, 2017 | Highlighted Portions |
| Exhibit 2 – Meet and confer email between counsel, dated July 30, 2017 | Highlighted Portions |
| Exhibit 3 – Excerpts from the transcript of the Deposition of Zachary Morriss, dated July 26, 2017 | Entire Document |
| Exhibit 4 – Excerpts from the transcript of the deposition of Bryan Salesky, dated July 24, 2017 | Entire Document |
| Exhibit 5 – Email between Sebastian Thrun and Larry Page, dated April 11, 2015, Bates WAYMO-UBER-00026174 | Entire Document |

25      3.      Otto Trucking seeks to seal the documents and portions of documents referenced

26 above because they contain information that Waymo has designated as either Highly

27 Confidential—Attorneys' Eyes Only" or "Confidential" under the terms of the parties' protective

28 order.  Otto Trucking takes no position as to the merits of the confidentiality designations in

Exhibit 2-5.  However, it objects to the  merits of portions of the sealing material designated by Waymo in Exhibits 1, portions of the transcript from the deposition of Larry Page, and will meet and confer with Waymo about the designations.

4.      Otto Trucking anticipates that Waymo will file a declaration in accordance with Local Rule 79-5.

5.      Otto Trucking's request to seal is narrowly tailored to those portions of the motion's supporting documents that merit sealing.

I declare under penalty of perjury under the laws of the United States that  the foregoing is true and correct.  Executed this 2nd day of August, 2017 in Menlo Park, California.

*/s/   James Lin*
JAMES LIN

DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA