1 | Neel Chatterjee (SBN 173985)
  | nchatterjee@goodwinlaw.com
2 | James Lin (SBN 310440)
  | jlin@goodwinlaw.com
3 | **GOODWIN PROCTER LLP**
  | 135 Commonwealth Drive
4 | Menlo Park, California 94025
  | Tel.: +1 650 752 3100
5 | Fax.: +1 650 853 1038

6 | Brett Schuman (SBN 189247)
  | bschuman@goodwinlaw.com
7 | Shane Brun (SBN 179079)
  | sbrun@goodwinlaw.com
8 | Rachel M. Walsh (SBN 250568)
  | rwalsh@goodwinlaw.com
9 | Hayes P. Hyde (SBN 308031)
  | hhyde@goodwinlaw.com
10| **GOODWIN PROCTER LLP**
  | Three Embarcadero Center
11| San Francisco, California 94111
  | Tel.: +1 415 733 6000
12| Fax.: +1 415 677 9041

13| Hong-An Vu (SBN 266268)
  | hvu@goodwinlaw.com
14| **GOODWIN PROCTER LLP**
  | 601 S. Figueroa Street, 41st Floor
15| Los Angeles, California 90017
  | Tel.: +1 213 426 2500
16| Fax.: +1 213 623 1673

*Attorneys for Defendant*
*Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL DEPOSITION OF LARRY PAGE**<br><br>Courtroom:   F, 15th Floor<br>Judge:       Honorable Jacqueline S. Corley<br>Trial Date:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of James Lin<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of Its Motion to Compel Deposition of Larry Page (the "Motion").
3  Having considered the Administrative Motion, and good cause to seal having been shown, the
4  Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and
5  portions of documents listed below that are adequately supported by declarations provided by
6  Plaintiff Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or
7  "Confidential" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Letter Brief re Deposition of Larry Page | Highlighted Portions |
| Exhibit 1 – Transcript of the deposition of Larry Page, dated July 17, 2017 | Highlighted Portions |
| Exhibit 2 – Meet and confer email between counsel, dated July 30, 2017 | Highlighted Portions |
| Exhibit 3 – Excerpts from the transcript of the Deposition of Zachary Morriss, dated July 26, 2017 | Entire Document |
| Exhibit 4 – Excerpts from the transcript of the deposition of Bryan Salesky, dated July 24, 2017 | Entire Document |
| Exhibit 5 – Email between Sebastian Thrun and Larry Page, dated April 11, 2015, Bates WAYMO-UBER-00026174 | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017    _____
HON. JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE