# EXHIBIT 3

*PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*