# EXHIBIT 6

Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939<br><br>**OTTO TRUCKING LLC'S AMENDED NOTICE OF DEPOSITION OF LARRY PAGE AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

1       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30 and this Court's Order Setting Depositions (Dkt. 725), Defendant Otto Trucking LLC, by and through its attorneys, will take the deposition upon oral examination of Larry Page at noon on Monday, July 17, 2017, at the offices of Wilson Sonsini Goodrich & Rosati, 601 California Avenue, Palo Alto, California.  If, for any reason, the deposition is not completed on the day scheduled, it will be continued day to day, excluding Saturdays, Sundays, and holidays, until completed.  The deposition shall be conducted before a certified court reporter, authorized to administer oaths, shall be transcribed stenographically, and shall be recorded by audio and video recordings.  The deposition may utilize the instant display of testimony.  Otto Trucking hereby reserves its right to introduce the recorded deposition at trial.

Dated: July 13, 2017                                          Respectfully submitted,

By: */s/Neel Chatterjee*
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorneys for Defendant
Otto Trucking LLC*

ACTIVE/91827977.1       1
OTTO TRUCKING'S AMENDED NOTICE OF DEPOSITION OF LARRY PAGE AND
REQUESTS FOR PRODUCTION OF DOCUMENTS       CASE NO. 3:17-CV-00939

**EXHIBIT A**

**DEFINITIONS**

1. "Communication" shall mean any transmission of information by any means, including without limitation: (a) any written letter, memorandum, or other Document of any kind by mail, courier, other delivery services, telecopy, facsimile, telegraph, electronic mail, voicemail, or any other means; (b) any telephone call, whether or not such call was by chance or prearranged, formal or informal; and (c) any conversation or meeting between two or more persons, whether or not such contact was by chance or prearranged, formal or informal.

**REQUESTS FOR DOCUMENTS AND THINGS**

1. All Communications related to any trucking related company or autonomous vehicle company Anthony Levandowski proposed, including, but not limited to Otto Trucking LLC.

# CERTIFICATE OF SERVICE

I, Hong-An Vu, declare as follows:

1. I am of counsel at the law firm of Goodwin Procter, LLP, whose address is 601 South Figueroa Street, 41st Floor, Los Angeles, CA 90017. I am over the age of eighteen and not a party to this action.

2. On July 13, 2017, I caused the following document to be served on all counsel of record via electronic mail: OTTO TRUCKING LLC'S AMENDED NOTICE OF DEPOSITION OF LARRY PAGE AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

3. This document was transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
| --- | --- |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Charles K. Verhoeven (Bar No. 170151)<br>David A. Perlson (Bar No. 209502)<br>Melissa Baily (Bar No. 237649)<br>John Neukom (Bar No. 275887)<br>Jordan Jaffe (Bar No. 254886)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | qewaymo@quinnemanuel.com<br><br>lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>**MORRISON FOERSTER LLP**<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | UberWaymoMoFoAttorneys@mofo.com |

ACTIVE/91827977.1                                                1

OTTO TRUCKING'S AMENDED NOTICE OF DEPOSITION OF LARRY PAGE AND
REQUESTS FOR PRODUCTION OF DOCUMENTS                    CASE NO. 3:17-CV-00939

| | |
|---|---|
| Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Wendy Joy Ray<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | |
| **Michael Darron Jay**<br>**BOIES SCHILLER & FLEXNER LLP**<br>**401 Wilshire Boulevard, Suite 850**<br>**Santa Monica, CA 90401**<br><br>**Meredith Richardson Dearborn**<br>**BOIES SCHILLER FLEXNER LLP**<br>**435 Tasso Street**<br>**Suite 205**<br>**Palo Alto, CA 94301**<br><br>**Hamish Hume**<br>**Jessica E Phillips**<br>**Karen Leah Dunn**<br>**Kyle N. Smith**<br>**Martha Lea Goodman**<br>**BOIES SCHILLER FLEXNER LLP**<br>**1401 New York Ave., NW**<br>**Washington, DC 20005** | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| **John L. Cooper**<br>**Farella Braun + Martel LLP**<br>**235 Montgomery Street**<br>**17th Floor**<br>**San Francisco, California 94104**<br>**415.954.4410**<br>**415.954.4480** | jcooper@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of July, 2017, in Los Angeles, CA.

                                    */s/ Hong-An Vu*
                                    Hong-An Vu
                                    Attorneys for OTTO TRUCKING LLC

ACTIVE/91827977.1                                  2
OTTO TRUCKING'S AMENDED NOTICE OF DEPOSITION OF LARRY PAGE AND
REQUESTS FOR PRODUCTION OF DOCUMENTS           CASE NO. 3:17-CV-00939