MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone:  202.237.2727
Facsimile:  202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S  NOTICE TO JOIN AND ADOPT DEFENDANT OTTO TRUCKING'S MOTION TO COMPEL PAGE DEPOSITION**<br><br>Trial Date: October 10, 2017 |

DEFENDANTS' NOTICE TO JOIN OTTO TRUCKING'S MOTION TO COMPEL DEPOSITION OF LARRY PAGE
Case No. 3:17-cv-00939-WHA
sf-3810764

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Uber Technologies, Inc. and Ottomotto, LLC ("Defendants") hereby join and adopt Co-Defendant Otto Trucking, LLC's ("Otto Trucking") Motion to Compel Deposition of Larry Page. In support of the Motion, Defendants state as follows:

1. On July 17, 2017, Defendants and Otto Trucking conducted the deposition of Alphabet CEO Larry Page at Wilson Sonsini Goodrich & Rosati, 601 California Avenue, Palo Alto, California.

2. In a July 27, 2017 email, counsel for Otto Trucking requested a meet and confer about Waymo producing Larry Page again for deposition and explained the basis for a second deposition.

3. In a meet and confer call held on July 31, 2017, the Special Master set a briefing schedule for Otto Trucking's motion to compel a further deposition of Larry Page.

4. On August 2, 2017, Co-Defendant Otto Trucking filed its Motion to Compel Deposition of Larry Page in accordance with the Special Master's briefing schedule set after meet and confer correspondence regarding the dispute.

5. Defendants join and adopt, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendant Otto Trucking set forth in Docket No. 1069 for the reason that said response is equally applicable to Defendants in the above-captioned matter.

6. Defendants join and adopt Co-Defendant Otto Trucking's Motion to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendants hereby join and adopt Co-Defendant Otto Trucking's Motion to Compel Deposition of Larry Page (Dkt. 1069).

DEFENDANTS' NOTICE TO JOIN OTTO TRUCKING'S MOTION TO COMPEL DEPOSITION OF LARRY PAGE
Case No. 3:17-cv-00939-WHA
sf-3810764

1

| | |
|---|---|
| Dated: August 2, 2017 | MORRISON & FOERSTER LLP |
| | By: /s/ Arturo J. González |
| | Arturo J. González |
| | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC.<br>and OTTOMOTTO LLC |

DEFENDANTS' NOTICE TO JOIN OTTO TRUCKING'S MOTION TO COMPEL DEPOSITION OF LARRY PAGE
Case No. 3:17-cv-00939-WHA
sf-3810764

2