UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 748, 776, 777 |

This order addresses Defendants Uber Technologies, Inc.'s and Ottomotto LLC's ("Defendants'") administrative motion to file under seal portions of their Opposition to Plaintiff Waymo's Motion to Compel Production of Documents and Responses to Expedited Interrogatories and Exhibits Thereto. After considering the parties' submissions, the Court GRANTS the motion.

Defendants seek to seal the following six documents:

1) Portions of Defendants' Opposition ("the Opposition") to Waymo's Motion to Compel (Dkt. No. 748-13.) Defendants argue that the blue and yellow highlighted portions of the document refer to specific software models developed by Defendants, as well as confidential business information, and that disclosure of this information could harm Uber's competitive standing. Defendants also highlighted in green portions of the document that Waymo has designated as confidential technical information. (Dkt. No. 748 at 2-3);

2) The entirety of Exhibit 3 to the Opposition. (Dkt. No. 748-3.) Defendants seek to seal this document because Waymo has designated it as containing confidential technical information. (Dkt. No. 748 at 3);

3) The highlighted portions of Exhibit 4 to the Opposition. (Dkt. No. 748-5.) Defendants argue this document contains confidential business information, and that disclosure of this information could harm Uber's competitive standing. (Dkt. No. 748 at 3);

4) The highlighted portions of Exhibit 5 to the Opposition. (Dkt. No. 748-7.) Defendants seek sealing of Anthony Levandowski's employment and compensation terms because disclosure of this information could harm Uber's competitive standing. (Dkt. No. 748 at 4);

5) The highlighted portions of Exhibit 6 to the Opposition. (Dkt. No. 748-9.) Defendants seek sealing of the delivery terms to a business agreement with Mr. Levandowski, arguing that disclosure of this information would harm Uber's competitive standing. (Dkt. No. 748 at 4);

6) The highlighted portions of Exhibit 7 to the Opposition. (Dkt. No. 748-11.) Defendants seek to seal the identity of one of their third-party vendors. (Dkt. No. 748 at 4.)

Waymo filed a declaration in support of sealing narrowing, the portions it seeks to have sealed. (Dkt. No. 776.) Waymo argues that the green highlighted portions outlined in red (Dkt. No. 771-1 at 4) as well as the entirety of Exhibit 3 (Dkt. No. 748-3) should be sealed because they contain or reference Waymo's trade secrets. (Dkt. No. 776 at 2.)

Having considered the administrative motion, and good cause to seal having been shown, the Court GRANTS the motion to seal the following:

1) The blue and yellow highlighted portions of the Opposition (Dkt. No. 748-13) as well as the green highlighted portions outlined in red. (Dkt. No. 771-1 at 4);

2) The entirety of Exhibit 3. (Dkt. No. 748-3);

3) The highlighted portions of Exhibit 4 to the Opposition. (Dkt. No. 748-5);

4) The highlighted portions of Exhibit 5 to the Opposition. (Dkt. No. 748-7);

5) The highlighted portions of Exhibit 6 to the Opposition. (Dkt. No. 748-9);

6) The highlighted portions of Exhibit 7 to the Opposition. (Dkt. No. 748-11.)

The parties shall file public versions of their briefs and exhibits consistent with this Order

by no later than August 10, 2017.  See N.D. Cal. Civ. L. R. 79-5(f)(3).

This order disposes of Docket No. 748.

**IT IS SO ORDERED.**

Dated: August 3, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge