UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 902 |

　　　This Order addresses Plaintiff Waymo LLC's ("Waymo's") administrative motion to file under seal the green highlighted portions of Exhibit 1 to Waymo's opposition to Uber's second motion to compel. (Dkt. No. 902.) Waymo seeks to file this information under seal because the highlighted portions disclose "the identity of suppliers engaged by Waymo in furtherance of its highly confidential LiDAR development." (*Id*. at 2.[1]) Waymo argues disclosure of this information "would be harmful . . . if others knew the identities of vendors that Waymo has engaged or considered engaging." (*Id*.)

　　　Having considered the administrative motion, and good cause to seal having been shown, the Court GRANTS Waymo's motion. (Dkt. No. 902.)

　　　Waymo shall file public versions of their briefs and exhibits consistent with this Order by no later than August 10, 2017. See N.D. Cal. Civ. L.R. 79-5(f)(3).

　　　This Order disposes of Docket No. 902.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

**IT IS SO ORDERED.**

Dated: August 3, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge