UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 907, 910, 945, 946 |

This order addresses Defendants Uber Technologies, Inc.'s and Ottomotto LLC's ("Defendants'") administrative motion to file under seal their Opposition to Plaintiff Waymo LLC's ("Waymo's") Motion to Compel Production of Documents and Responses to Expedited Interrogatories and Exhibits Thereto. (Dkt. Nos. 907, 910.) After considering the parties' submissions, the Court GRANTS the motion.

Defendants request sealing of the following:

1) The green highlighted portions of Defendants' Opposition to Waymo's Motion to Compel. (Dkt. No. 907-4.) Defendants only seek to seal this information because Waymo designated it as confidential. (Dkt. No. 910 at 2.[1])

2) The highlighted portions of the Declaration of Sylvia Rivera. (Dkt. No. 907-6.) Defendants only seek to seal this information because Waymo designated it as confidential. (Dkt. No. 910 at 2.)

3) The entireties of Exhibits 1-3. (Dkt. Nos. 907-7, 907-8, 907-9.) Defendants only seek to seal this information because Waymo designated it as confidential. (Dkt. No. 910 at

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

   2.)

4) The highlighted portions of Exhibit 5.  (Dkt. No. 907-11.)  Defendants argue that these portions reference confidential business agreement terms and that disclosure of this information could harm their competitive standing.  (Dkt. No. 910 at 2-3.)

5) The highlighted portions of Exhibit 6.  (Dkt. No. 907-13.)  Defendants argue that these portions reference confidential financial and compensation terms and that disclosure of this information could harm their competitive standing.  (Dkt. No. 910 at 3.)

Waymo filed a declaration in support of sealing, narrowing the portions it seeks to have sealed.  (Dkt. No. 945.)  Waymo argues that these documents contain or reference confidential business information and trade secrets and that disclosure of this information would harm Waymo's competitive standing.  (*Id*. at 2.)  Thus, Waymo seeks to seal the following:

1) The green highlighted portions outlined in red in Defendants' Opposition.  (Dkt. No. 946-1.)

2) The green highlighted portions of the Declaration of Sylvia Rivera.  (Dkt. No. 907-6.)

3) The green highlighted portions of Exhibits 1 and 2.  (Dkt. Nos. 946-3 & 946-5.)

4) The entirety of Exhibit 3.  (Dkt. No. 907-9.)

Having considered the administrative motion, and good cause to seal having been shown, the Court GRANTS sealing of the following:

1) The green highlighted portions outlined in red in Defendants' Opposition.  (Dkt. No. 946-1.)

2) The green highlighted portions of the Declaration of Sylvia Rivera.  (Dkt. No. 907-6.)

3) The green highlighted portions of Exhibits 1 and 2.  (Dkt. Nos. 946-3 & 946-5.)

4) The entirety of Exhibit 3.  (Dkt. No. 907-9.)

5) The highlighted portions of Exhibit 5.  (Dkt. No. 907-11.)

6) The highlighted portions of Exhibit 6.  (Dkt. No. 907-13.)

The parties shall file public versions of their briefs and exhibits consistent with this Order by no later than August 10, 2017.  See N.D. Cal. Civ. L. R. 79-5(f)(3).

This order disposes of Docket Nos. 907 & 910.

**IT IS SO ORDERED.**

Dated: August 3, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

3