Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, <br><br> Plaintiff, <br><br> v. <br><br> Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF HAYES P. HYDE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY MOTION FOR ORDER TO SHOW CAUSE WHY OTTO TRUCKING SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER [DKT. NO. 1055]** |

1       I, Hayes P. Hyde, declare as follows:

2       1.      I am an attorney at the law firm of Goodwin Procter, LLP. I make this declaration
3   based upon matters within my own personal knowledge and if called as a witness, I could and
4   would competently testify to the matters set forth herein. I make this declaration in support of
5   Plaintiff's Administrative Motion to File Under Seal Portions of Its Reply Motion for Order to
6   Show Cause Why Otto Trucking Should Not Be Held In Contempt of the Preliminary Injunction
7   Order [Dkt. No. 1055] .

8       2.      I have reviewed the following documents and confirmed that only the portions
9   identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Reply | Marked portions (in red boxes) |

12      3.      The marked portions (in red boxes) of the Reply include highly confidential,
13  sensitive business information relating to the terms of Otto Trucking's agreements and corporate
14  structure. This information is not publicly known, and this information's confidentiality is strictly
15  maintained. I understand that this information could be used by competitors to Otto Trucking's
16  detriment, including in the context of negotiating business deals. If such information were made
17  public, I understand Otto Trucking's competitive standing could be significantly harmed.

18      4.      Defendant's request to seal is narrowly tailored to those portions of the Plaintiff's
19  Motion and its supporting papers that merit sealing.

20      I declare under penalty of perjury under the laws of the United States that the foregoing is
21  true and correct. Executed this 3rd day of August, 2017 in Menlo Park, California.

                                        /s/ Hayes P. Hyde
                                        Hayes P. Hyde

ACTIVE/92015514.1                            1
HYDE DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER
SEAL                                                    CASE NO. 3:17-CV-00939-WHA

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 3, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August 2017.

/s/ Hayes P. Hyde
Hayes P. Hyde