MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Maxwell V. Pritt, declare as follows:

1. I am counsel at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Administrative Motion to File Under Seal Exhibits to Their Motion to Compel Production of Documents.

2. I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief to Compel the Production of Documents | Highlighted Portions | Plaintiff |
| Pritt Declaration ISO Letter Brief to Compel Production of Documents ("Pritt Declaration") | Highlighted Portions | Plaintiff |
| Exhibit 3 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 4 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 5 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 6 to the Pritt Declaration | Entire Document | Plaintiff |

3. The highlighted portions of the Letter Brief and the Pritt Declaration, and the entirety of Exhibits 3, 4, 5 and 6 to the Pritt Declaration, contain information that I understand Waymo designated or considers to be "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Waymo's counsel asked me to file search terms, custodians, and hit counts under seal.

4. Uber's request to seal is narrowly tailored to the information Waymo asked to be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2017 at Oakland, California.

Dated: August 3, 2017                        BOIES SCHILLER FLEXNER LLP

By: */s/ Maxwell V. Pritt*
     Maxwell V. Pritt

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has concurred in this filing.

Dated: August 3, 2017

*/s/ Karen L Dunn*
Karen L. Dunn