# EXHIBIT 3
# ENTIRE EXHIBIT SUBMITTED UNDER SEAL