QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
| Plaintiff, | **NOTICE OF APPEARANCE OF DAVID EISEMAN** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

CASE NO. 3:17-cv-00939
NOTICE OF APPEARANCE

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that David Eiseman, an attorney with the firm of Quinn Emanuel

3  Urquhart & Sullivan, LLP, hereby appears as an attorney of record for Waymo LLC in the above-

4  captioned matter.

>  David Eiseman IV (Cal. Bar. No. 114758)
>  davideiseman@quinnemanuel.com
>  50 California Street, 22nd Floor
>  San Francisco, California 94111-4788
>  Telephone:   (415) 875 6600
>  Facsimile:   (415) 875 6700

DATED:  August 4, 2017                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/* David Eiseman
─────────────────────────────
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

James Baker
jamesbaker@quinnemanuel.com
David Cooper (*pro hac vice*)
davidcooper@quinnemanuel.com
Rachel Epstein (*pro hac vice*)
rachelepstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Attorneys for WAYMO LLC