1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
       David A. Perlson (Bar No. 209502)
3      davidperlson@quinnemanuel.com
       Melissa Baily (Bar No. 237649)
4      melissabaily@quinnemanuel.com
       John Neukom (Bar No. 275887)
5      johnneukom@quinnemanuel.com
       Jordan Jaffe (Bar No. 254886)
6      jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                          UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13 | WAYMO LLC,                          | CASE NO. 3:17-cv-00939-WHA

14 |            Plaintiff,               | **PLAINTIFF WAYMO LLC'S
                                          ADMINISTRATIVE MOTION TO FILE
15 |     vs.                             | UNDER SEAL PORTIONS OF ITS
                                          MOTION TO COMPEL WITH RESPECT
16 | UBER TECHNOLOGIES, INC.;            | TO ITS SECOND SUBPOENA SERVED
   | OTTOMOTTO LLC; OTTO TRUCKING        | ON NON-PARTY ANTHONY
17 | LLC,                                | LEVANDOWSKI**

18 |            Defendants.

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal portions of Waymo's Motion to Compel With Respect Its Second Subpoena Served on Non-Party Anthony Levandowski ("Waymo's Motion").  Specifically, Waymo requests an order granting leave to file under seal the portions of the document as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Blue highlighted portions | Defendants |
| Waymo's Motion | Yellow highlighted portions | Non-Party Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 3 | Entire document | Non-Parties Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 4 | Entire document | Non-Parties Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 5 | Entire document | Defendants |
| Ex. 6 | Entire document | Defendants |
| Ex. 7 | Entire document | Non-Party Sandstone, LLC |
| Ex. 8 | Yellow highlighted portions | Non-Party Ognen Stojanovski |
| Ex. 9 | Entire document | Non-Party Tyto LiDAR, LLC |
| Ex. 10 | Entire document | Non-Party Tyto LiDAR, LLC |
| Ex. 12 | Entire document | Non-Party Tyto LiDAR, LLC |

## I.   LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.      **DEFENDANTS'/THIRD PARTIES' CONFIDENTIAL INFORMATION**

Waymo seeks to seal the portions of the Objections only because Defendants and/or certain Third Parties (including Sandstone, LLC, Ognen Stojanovski, and Tyto LiDAR, LLC) have designated the information confidential.  Declaration of Patrick Schmidt ("Schmidt Decl.") ¶ 3. Waymo does not oppose the merits of sealing Defendants'/Third Parties' designated material, and expects Defendants/Third Parties to file one or more declarations in accordance with the Local Rules.

## III.      **CONCLUSION**

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.


DATED:  August 4, 2017                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                          By  */s/ Charles Verhoeven*
                                          Charles Verhoeven
                                          Attorneys for WAYMO LLC