QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL WITH RESPECT TO ITS SECOND SUBPOENA SERVED ON NON-PARTY ANTHONY LEVANDOWSKI** |

I, Patrick Schmidt, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of its Motion to Compel With Respect To Its Second Subpoena Served On Non-Party Anthony Levandowski (the "Motion"), filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| **Document** | **Portions to Be Filed Under Seal** | **Designating Party** |
|---|---|---|
| Waymo's Motion | Blue highlighted portions | Defendants |
| Waymo's Motion | Yellow highlighted portions | Non-Party Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 3 | Entire document | Non-Parties Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 4 | Entire document | Non-Parties Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 5 | Entire document | Defendants |
| Ex. 6 | Entire document | Defendants |
| Ex. 7 | Entire document | Non-Party Sandstone, LLC |
| Ex. 8 | Yellow highlighted portions | Non-Party Ognen Stojanovski |
| Ex. 9 | Entire document | Non-Party Tyto LiDAR, LLC |
| Ex. 10 | Entire document | Non-Party Tyto LiDAR, LLC |
| Ex. 12 | Entire document | Non-Party Tyto LiDAR, LLC |

3. The highlighted portions of Waymo's Motion contains references to information that Defendants and/or Third Parties have designated as confidential and/or highly confidential.

4. Waymo expects Defendants and/or Third Parties to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on August 4, 2017.

By */s/ Patrick Schmidt*
Patrick Schmidt
Attorney for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Patrick Schmidt.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven