1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL WITH RESPECT TO ITS SECOND SUBPOENA SERVED ON NON-PARTY ANTHONY LEVANDOWSKI** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Motion to Compel With Respect Its Second Subpoena Served on Non-Party Anthony Levandowski ("Waymo's Motion").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Blue highlighted portions | Defendants |
| Waymo's Motion | Yellow highlighted portions | Non-Party Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 3 | Entire document | Non-Parties Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 4 | Entire document | Non-Parties Sandstone, LLC / Ognen Stojanovski / Tyto LiDAR, LLC |
| Ex. 5 | Entire document | Defendants |
| Ex. 6 | Entire document | Defendants |
| Ex. 7 | Entire document | Non-Party Sandstone, LLC |
| Ex. 8 | Yellow highlighted portions | Non-Party Ognen Stojanovski |
| Ex. 9 | Entire document | Non-Party Tyto LiDAR, LLC |
| Ex. 10 | Entire document | Non-Party Tyto LiDAR, LLC |
| Ex. 12 | Entire document | Non-Party Tyto LiDAR, LLC |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge