# EXHIBIT 8

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4   _____

5   WAYMO LLC,                          )
                                        )
6                Plaintiff,             )
        vs.                             )   Case No.
7                                       )   17-cv-00939-WHA
    UBER TECHNOLOGIES, INC.;            )
8   OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
                                        )
9                Defendants.            )
                                        )
10                                      )
    _____)

11

12

13    HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY

14              VIDEOTAPED DEPOSITION OF

15              OGNEN STOJANOVSKI, ESQ.

16              San Francisco, California

17              Thursday, July 20, 2017

18                   Volume I

19

20

21

22   Reported by:
    MARY J. GOFF
23   CSR No. 13427

24   Job No. 2663397

25   PAGES 1-321

                                          Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And what else have you -- well, let me ask | 09:22:15 |
| 2 | it this way:  What else have you communicated with | 09:22:18 |
| 3 | Steve Nunnemaker about with respect to accounting | 09:22:23 |
| 4 | services? | 09:22:26 |
| 5 | A    I have referred clients of mine to his | 09:22:26 |
| 6 | accounting firm for their own accounting needs. | 09:22:30 |
| 7 | Q    Have you ever, on behalf of any other | 09:22:33 |
| 8 | clients, communicated with Mr. Nunnemaker about | 09:22:38 |
| 9 | accounting services? | 09:22:41 |
| 10 | A    No, I wouldn't say on behalf of.  I have | 09:22:45 |
| 11 | had clients who have asked, Do you know any | 09:22:48 |
| 12 | accountants, and I have referred them to Steve to | 09:22:50 |
| 13 | see if he could meet their needs. | 09:22:53 |
| 14 | Q    How did you -- well, let me -- let me ask | 09:22:57 |
| 15 | it a better way. | 09:23:00 |
| 16 | How did Mr. Nunnemaker be -- end up | 09:23:02 |
| 17 | becoming the accountant for Sandstone? | 09:23:06 |
| 18 | MR. SAWYER:  Objection, form. | 09:23:11 |
| 19 | MS. RAY:  Join. | 09:23:13 |
| 20 | A    He was the accountant for -- my | 09:23:13 |
| 21 | understanding is he was the accountant for | 09:23:18 |
| 22 | Sandstone's parent.  And Sandstone being a | 09:23:20 |
| 23 | pass-through entity for accounting purposes. | 09:23:24 |
| 24 | He's -- its accountant as well.  That's the most | 09:23:27 |
| 25 | straightforward way to do it. | 09:23:32 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | MS. RAY:  Objection, form. | 09:35:21 |
| 2 | MR. SAWYER:  Join. | 09:35:22 |
| 3 | A    I don't know for sure why he asked me to | 09:35:24 |
| 4 | be the manager of Sandstone Group. | 09:35:26 |
| 5 | Q    (BY MR. JUDAH) Do you have any | 09:35:28 |
| 6 | understanding why you were selected to be the | 09:35:30 |
| 7 | manager of Sandstone Group? | 09:35:32 |
| 8 | MR. SAWYER:  Objection, form. | 09:35:33 |
| 9 | MS. RAY:  Join. | 09:35:34 |
| 10 | A    Can you repeat that?  Can you rephrase | 09:35:36 |
| 11 | that? | 09:35:37 |
| 12 | Q    Well, you answered earlier that you don't | 09:35:39 |
| 13 | know for sure why John Gardner asked you to be the | 09:35:43 |
| 14 | manager of Sandstone Group. | 09:35:47 |
| 15 | And so now I'm asking:  Well, do you have | 09:35:49 |
| 16 | any understanding as to why you were selected to be | 09:35:51 |
| 17 | manager of Sandstone Group? | 09:35:53 |
| 18 | A    Yeah, I -- my understanding is John knew | 09:35:57 |
| 19 | that I was -- that I was in the business of | 09:36:06 |
| 20 | representing start-up companies and also angel | 09:36:09 |
| 21 | investors in line with the solo practice I had at | 09:36:15 |
| 22 | the time. | 09:36:20 |
| 23 | Q    Had you ever worked for John Gardner | 09:36:22 |
| 24 | before he asked you to be the manager of Sandstone | 09:36:24 |
| 25 | Group? | 09:36:27 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | A    I had not worked with John Gardner before | 09:36:28 |
| 2 | he asked me to be the manager of Sandstone Group. | 09:36:32 |
| 3 | Q    Had you ever met John Gardner before | 09:36:36 |
| 4 | that -- that time he asked you to be the manager of | 09:36:38 |
| 5 | the Sandstone Group? | 09:36:42 |
| 6 | MR. SAWYER:  Objection, form. | 09:36:43 |
| 7 | A    I had not met John Gardner before he asked | 09:36:43 |
| 8 | me to be the manager of Sandstone Group. | 09:36:46 |
| 9 | Q    So what were the circumstances under which | 09:36:51 |
| 10 | he reached out to you to -- to tell you that he | 09:36:54 |
| 11 | wanted you to be the manager of Sandstone Group? | 09:36:56 |
| 12 | MR. SAWYER:  Objection, form. | 09:36:59 |
| 13 | A    He called me to describe an opportunity | 09:37:00 |
| 14 | for me to represent a client. | 09:37:12 |
| 15 | Q    How did he -- well, let me ask you this: | 09:37:23 |
| 16 | Did he say that he was referred to you by someone? | 09:37:25 |
| 17 | A    Can you rephrase?  Can you say that -- he | 09:37:30 |
| 18 | was -- referred to me?  So somebody referred him to | 09:37:32 |
| 19 | me?  Is that the -- | 09:37:38 |
| 20 | Q    I -- | 09:37:38 |
| 21 | A    -- question? | 09:37:38 |
| 22 | Q    -- well, I'm asking -- well, let me take a | 09:37:39 |
| 23 | step back. | 09:37:42 |
| 24 | So you had never met John Gardner before | 09:37:43 |
| 25 | he called you about this opportunity with the | 09:37:45 |

Page 32

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1    Sandstone Group, right?                          09:37:48

2        A    I had not met John Gardner before he    09:37:48

3    called me.                                       09:37:50

4        Q    So -- so my question is:  Why -- why did  09:37:51

5    he think to call you?                            09:37:54

6             MR. SAWYER:  Objection, form.           09:37:56

7             MS. RAY:  Join.                          09:37:58

8        A    He told me that he had gotten my name from  09:38:02

9    Anthony Levandowski.                             09:38:06

10       Q    And what else do you remember about that  09:38:11

11   conversation when he called you?                 09:38:14

12       A    He called me to tell me that he was in the  09:38:15

13   process of forming an investment company and asked  09:38:20

14   if I would be interested in being his manager.  That  09:38:26

15   was the gist of the first conversation.         09:38:30
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1              THE VIDEOGRAPHER:  -- I'm sorry.  I have        01:19:31

2     to check and see if my recording overwrote            01:19:32

3     something.  I'm sorry.                                01:19:36

4              MR. JUDAH:  Sure.  Take a quick break.        01:19:37

5              THE VIDEOGRAPHER:  Take a quick break.  We    01:19:40

6     are going off the record.  This is the end of Media   01:19:45

7     unit No. 6.  We are off the record.                  01:19:47

8              (A break was taken from 1:20 p.m. to         01:19:51

9     1:20 p.m.)                                            01:20:09

10             THE VIDEOGRAPHER:  Okay.  We are back on      01:20:11

11    the record.  This is beginning of Media Unit No. 7.   01:20:25

12    The time is approximately 1:20 p.m.  We are on the    01:20:30

13    record.                                              01:20:33

14       Q    (BY MR. JUDAH) All right.  So let me just     01:20:37

15    ask that again because we had technical issues.       01:20:38

16       A    Sure.                                         01:20:42
```

17





```
1                                                              01:22:37

5        Q    (BY MR. JUDAH) Were those communications         01:22:37

6   with Mr. Levandowski e-mails or -- or oral?                01:22:39

7        A    Oral, I believe.                                 01:22:45

8
```

Page 130



Page 131



Page 132



```
 9              MR. SAWYER:  Objection, form.                05:04:17
```

```
20         Q    And -- and you were introduced to           05:04:59
21    Mr. Nunnemaker by Mr. Gardner?                         05:05:02
22         A    I think so.  Although, I don't recall that   05:05:09
23    introduction.                                          05:05:11
```

Page 261