# Exhibit 11

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____
                                    )
 5    WAYMO LLC,                    )
                                    )
 6            Plaintiff,            )
                                    )
 7            vs.                   ) Case No.:
                                    ) 3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,      )
      OTTOMOTTO LLC; OTTO TRUCKING  )
 9    LLC,                          )
                                    )
10            Defendants.           )
      _____)
11
12
13              ATTORNEYS' EYES ONLY
14      VIDEOTAPED DEPOSITION OF JAMES HASLIM
15           San Francisco, California
16           Tuesday, April 18, 2017
17                   Volume 1
18
19
20
21
22
23    Reported by:
      RACHEL FERRIER, CSR No. 6948
24    Job No. 2597892
25    PAGES 1 - 112
```

Page 1

ATTORNEYS' EYES ONLY

```
1    identical?                                              09:31:08
2        A   It depends on the part, the nature of the part. 09:31:08
3    If the part was designed by requirements, if it was a   09:31:11
4    simple part, maybe it would not be so surprising.       09:31:14
5        Q   Could be, though?                               09:31:16
6        A   Perhaps.                                        09:31:17
7        Q   Okay.  Who hired you at Tyto LiDAR?             09:31:18
8        A   I'm not sure.  I believe it would be Brent      09:31:29
9    Schwartz.                                               09:31:31
10       Q   You are not sure who hired you?                 09:31:32
11       A   No.                                             09:31:35
12       Q   How did you come to get the job?                09:31:37
13       A   I spoke with a handful of people, but just in my 09:31:39
14   job today, I can't say -- it's hard for me to articulate 09:31:44
15   who hires people at our company.  I would say Brent     09:31:48
16   Schwartz would be the hiring manager.  In that case, I  09:31:51
17   could say it was Brent Schwartz.                        09:31:54
18       Q   So you said you spoke with a handful of people. 09:31:55
19           Who did you speak with?                         09:31:58
20       A   So I spoke with Brent Schwartz.  I spoke with   09:31:59
21   Ognen -- no.  What is his name.  Soren Juelsgaard, and  09:32:04
22   I -- I did also, around the same time, speak with       09:32:12
23   Anthony Levandowski.                                    09:32:15
24       Q   So when you were looking to get hired by Tyto   09:32:15
25   LiDAR, you spoke with Brent Schwartz, Anthony           09:32:22
```

Page 22

ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Levandowski, and Soren Juelsgaard; is that right? | 09:32:24 |
| 2 | A   Yes. | 09:32:28 |
| 3 | Q   And what did Mr. Levandowski tell you about the | 09:32:31 |
| 4 | job? | 09:32:36 |
| 5 | A   I don't recall him telling me much of anything | 09:32:38 |
| 6 | about the job.  I think we were chatting, and it felt | 09:32:40 |
| 7 | more like he was just kind of checking me out. | 09:32:43 |
| 8 | Q   And why was he involved in your hiring process | 09:32:45 |
| 9 | with Tyto LiDAR? | 09:32:49 |
| 10 | A   I don't know if he was involved with my hiring | 09:32:50 |
| 11 | process, but we did spoke -- speak at similar time with | 09:32:52 |
| 12 | these other people. | 09:32:56 |
| 13 | Q   So you joined Tyto in September 2012; right? | 09:32:57 |
| 14 | A   Yes. | 09:33:28 |
| 15 | Q   And you worked out of Mr. Levandowski's building | 09:33:29 |
| 16 | in Berkeley when you joined; right? | 09:33:33 |
| 17 | A   I worked out of 2201 Dwight Way when I joined, | 09:33:35 |
| 18 | yes. | 09:33:41 |
| 19 | Q   Which was -- | 09:33:41 |
| 20 | A   I believe that could have been his building.  I | 09:33:41 |
| 21 | don't know for sure. | 09:33:44 |
| 22 | Q   At some point Tyto LiDAR moved to an address in | 09:33:44 |
| 23 | San Leandro; right? | 09:33:49 |
| 24 | A   Yes. | 09:33:50 |
| 25 | Q   Do you know why it moved? | 09:33:50 |

Veritext Legal Solutions
866 299-5127