# EXHIBIT 8

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4    _____
5    WAYMO LLC,                              )
                                             )
6              Plaintiff,                    )
        vs.                                  )  Case No.
7                                            )  17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;                )
8    OTTOMOTTO, LLC; OTTO TRUCKING LLC,      )
                                             )
9              Defendants.                   )
                                             )
10                                           )
     _____)
11
12
13      HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY
14                 VIDEOTAPED DEPOSITION OF
15                  OGNEN STOJANOVSKI, ESQ.
16                 San Francisco, California
17                  Thursday, July 20, 2017
18                         Volume I
19
20
21
22   Reported by:
     MARY J. GOFF
23   CSR No. 13427
24   Job No. 2663397
25   PAGES 1-321
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And what else have you -- well, let me ask | 09:22:15 |
| 2 | it this way:  What else have you communicated with | 09:22:18 |
| 3 | Steve Nunnemaker about with respect to accounting | 09:22:23 |
| 4 | services? | 09:22:26 |
| 5 | A    I have referred clients of mine to his | 09:22:26 |
| 6 | accounting firm for their own accounting needs. | 09:22:30 |
| 7 | Q    Have you ever, on behalf of any other | 09:22:33 |
| 8 | clients, communicated with Mr. Nunnemaker about | 09:22:38 |
| 9 | accounting services? | 09:22:41 |
| 10 | A    No, I wouldn't say on behalf of.  I have | 09:22:45 |
| 11 | had clients who have asked, Do you know any | 09:22:48 |
| 12 | accountants, and I have referred them to Steve to | 09:22:50 |
| 13 | see if he could meet their needs. | 09:22:53 |
| 14 | Q    How did you -- well, let me -- let me ask | 09:22:57 |
| 15 | it a better way. | 09:23:00 |
| 16 | How did Mr. Nunnemaker be -- end up | 09:23:02 |
| 17 | becoming the accountant for Sandstone? | 09:23:06 |
| 18 | MR. SAWYER:  Objection, form. | 09:23:11 |
| 19 | MS. RAY:  Join. | 09:23:13 |
| 20 | A    He was the accountant for -- my | 09:23:13 |
| 21 | understanding is he was the accountant for | 09:23:18 |
| 22 | Sandstone's parent.  And Sandstone being a | 09:23:20 |
| 23 | pass-through entity for accounting purposes. | 09:23:24 |
| 24 | He's -- its accountant as well.  That's the most | 09:23:27 |
| 25 | straightforward way to do it. | 09:23:32 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | MS. RAY:  Objection, form. | 09:35:21 |
| 2 | MR. SAWYER:  Join. | 09:35:22 |
| 3 | A    I don't know for sure why he asked me to | 09:35:24 |
| 4 | be the manager of Sandstone Group. | 09:35:26 |
| 5 | Q    (BY MR. JUDAH) Do you have any | 09:35:28 |
| 6 | understanding why you were selected to be the | 09:35:30 |
| 7 | manager of Sandstone Group? | 09:35:32 |
| 8 | MR. SAWYER:  Objection, form. | 09:35:33 |
| 9 | MS. RAY:  Join. | 09:35:34 |
| 10 | A    Can you repeat that?  Can you rephrase | 09:35:36 |
| 11 | that? | 09:35:37 |
| 12 | Q    Well, you answered earlier that you don't | 09:35:39 |
| 13 | know for sure why John Gardner asked you to be the | 09:35:43 |
| 14 | manager of Sandstone Group. | 09:35:47 |
| 15 | And so now I'm asking:  Well, do you have | 09:35:49 |
| 16 | any understanding as to why you were selected to be | 09:35:51 |
| 17 | manager of Sandstone Group? | 09:35:53 |
| 18 | A    Yeah, I -- my understanding is John knew | 09:35:57 |
| 19 | that I was -- that I was in the business of | 09:36:06 |
| 20 | representing start-up companies and also angel | 09:36:09 |
| 21 | investors in line with the solo practice I had at | 09:36:15 |
| 22 | the time. | 09:36:20 |
| 23 | Q    Had you ever worked for John Gardner | 09:36:22 |
| 24 | before he asked you to be the manager of Sandstone | 09:36:24 |
| 25 | Group? | 09:36:27 |

Page 31

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | A    I had not worked with John Gardner before | 09:36:28 |
| 2 | he asked me to be the manager of Sandstone Group. | 09:36:32 |
| 3 | Q    Had you ever met John Gardner before | 09:36:36 |
| 4 | that -- that time he asked you to be the manager of | 09:36:38 |
| 5 | the Sandstone Group? | 09:36:42 |
| 6 | MR. SAWYER:  Objection, form. | 09:36:43 |
| 7 | A    I had not met John Gardner before he asked | 09:36:43 |
| 8 | me to be the manager of Sandstone Group. | 09:36:46 |
| 9 | Q    So what were the circumstances under which | 09:36:51 |
| 10 | he reached out to you to -- to tell you that he | 09:36:54 |
| 11 | wanted you to be the manager of Sandstone Group? | 09:36:56 |
| 12 | MR. SAWYER:  Objection, form. | 09:36:59 |
| 13 | A    He called me to describe an opportunity | 09:37:00 |
| 14 | for me to represent a client. | 09:37:12 |
| 15 | Q    How did he -- well, let me ask you this: | 09:37:23 |
| 16 | Did he say that he was referred to you by someone? | 09:37:25 |
| 17 | A    Can you rephrase?  Can you say that -- he | 09:37:30 |
| 18 | was -- referred to me?  So somebody referred him to | 09:37:32 |
| 19 | me?  Is that the -- | 09:37:38 |
| 20 | Q    I -- | 09:37:38 |
| 21 | A    -- question? | 09:37:38 |
| 22 | Q    -- well, I'm asking -- well, let me take a | 09:37:39 |
| 23 | step back. | 09:37:42 |
| 24 | So you had never met John Gardner before | 09:37:43 |
| 25 | he called you about this opportunity with the | 09:37:45 |

Page 32

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1    Sandstone Group, right?                                    09:37:48
2         A    I had not met John Gardner before he             09:37:48
3    called me.                                                 09:37:50
4         Q    So -- so my question is:  Why -- why did         09:37:51
5    he think to call you?                                      09:37:54
6              MR. SAWYER:  Objection, form.                    09:37:56
7              MS. RAY:  Join.                                  09:37:58
8         A    He told me that he had gotten my name from       09:38:02
9    Anthony Levandowski.                                       09:38:06
10        Q    And what else do you remember about that         09:38:11
11   conversation when he called you?                           09:38:14
12        A    He called me to tell me that he was in the       09:38:15
13   process of forming an investment company and asked         09:38:20
14   if I would be interested in being his manager.  That       09:38:26
15   was the gist of the first conversation.                    09:38:30
16   ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1              THE VIDEOGRAPHER:  -- I'm sorry.  I have       01:19:31
 2   to check and see if my recording overwrote                01:19:32
 3   something.  I'm sorry.                                    01:19:36
 4              MR. JUDAH:  Sure.  Take a quick break.         01:19:37
 5              THE VIDEOGRAPHER:  Take a quick break.  We     01:19:40
 6   are going off the record.  This is the end of Media       01:19:45
 7   unit No. 6.  We are off the record.                       01:19:47
 8              (A break was taken from 1:20 p.m. to           01:19:51
 9   1:20 p.m.)                                                01:20:09
10              THE VIDEOGRAPHER:  Okay.  We are back on       01:20:11
11   the record.  This is beginning of Media Unit No. 7.       01:20:25
12   The time is approximately 1:20 p.m.  We are on the        01:20:30
13   record.                                                   01:20:33
14        Q    (BY MR. JUDAH) All right.  So let me just       01:20:37
15   ask that again because we had technical issues.           01:20:38
16        A    Sure.                                           01:20:42
17   [REDACTED]
```

Page 128



```
 1     █  ██ ████ █ ██████ █ ████████ █████ ██████ ███
 █     ████████████████████████████████████████████                 ███
 █     ████████████████████████████████████████████████             ███
 █     ████████████████████████████                                 ███
 5     Q    (BY MR. JUDAH) Were those communications        01:22:37
 6     with Mr. Levandowski e-mails or -- or oral?          01:22:39
 7     A    Oral, I believe.                                01:22:45
 8     █    ████████████████████████████████                        ███
 █     ██████████████████████████████████████                       ███
 █     ████████                                                     ███
 █     █    ██████████████████                                      ███
 █     █    ████████████████████████████████                        ███
 █     ████████████████████████████                                 ███
 █     █    ██████████████████████████████████                      ███
 █     █████████                                                    ███
 █     █    ██████████████████████                                  ███
 █     █    ███████████████████████████████                         ███
 █     ██████████████████████████                                   ███
 █     █    ███████████████████████████████                         ███
 █     ████████████████████████████████████████████                 ███
 █     ████████████████████████████████████████████                 ███
 █     ██████████████████████████                                   ███
 █     █    █████                                                   ███
 █     █    ██████████████████████████████████████████              ███
 █     ██████████████████████████████████                           ███
```

Page 130



Page 131

[redacted]




```
 9              MR. SAWYER:  Objection, form.                     05:04:17

20         Q    And -- and you were introduced to                 05:04:59
21   Mr. Nunnemaker by Mr. Gardner?                               05:05:02
22         A    I think so.  Although, I don't recall that        05:05:09
23   introduction.                                                05:05:11
```

Page 261