# EXHIBIT 8

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4   _____

 5   WAYMO LLC,                          )
                                         )
 6                Plaintiff,             )
         vs.                             )   Case No.
 7                                       )   17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;            )
 8   OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
                                         )
 9                Defendants.            )
                                         )
10                                       )
                                         )
     _____)
11

12

13    HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY

14              VIDEOTAPED DEPOSITION OF

15               OGNEN STOJANOVSKI, ESQ.

16              San Francisco, California

17               Thursday, July 20, 2017

18                      Volume I

19

20

21

22   Reported by:
     MARY J. GOFF
23   CSR No. 13427

24   Job No. 2663397

25   PAGES 1-321
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

1    Q    And what else have you -- well, let me ask    09:22:15

2    it this way:  What else have you communicated with    09:22:18

3    Steve Nunnemaker about with respect to accounting    09:22:23

4    services?    09:22:26

5    A    I have referred clients of mine to his    09:22:26

6    accounting firm for their own accounting needs.    09:22:30

7    Q    Have you ever, on behalf of any other    09:22:33

8    clients, communicated with Mr. Nunnemaker about    09:22:38

9    accounting services?    09:22:41

10    A    No, I wouldn't say on behalf of.  I have    09:22:45

11    had clients who have asked, Do you know any    09:22:48

12    accountants, and I have referred them to Steve to    09:22:50

13    see if he could meet their needs.    09:22:53

14    Q    How did you -- well, let me -- let me ask    09:22:57

15    it a better way.    09:23:00

16         How did Mr. Nunnemaker be -- end up    09:23:02

17    becoming the accountant for Sandstone?    09:23:06

18         MR. SAWYER:  Objection, form.    09:23:11

19         MS. RAY:  Join.    09:23:13

20    A    He was the accountant for -- my    09:23:13

21    understanding is he was the accountant for    09:23:18

22    Sandstone's parent.  And Sandstone being a    09:23:20

23    pass-through entity for accounting purposes.    09:23:24

24    He's -- its accountant as well.  That's the most    09:23:27

25    straightforward way to do it.    09:23:32

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1              MS. RAY:  Objection, form.              09:35:21

2              MR. SAWYER:  Join.                      09:35:22

3        A    I don't know for sure why he asked me to 09:35:24

4   be the manager of Sandstone Group.                09:35:26

5        Q    (BY MR. JUDAH) Do you have any           09:35:28

6   understanding why you were selected to be the     09:35:30

7   manager of Sandstone Group?                       09:35:32

8              MR. SAWYER:  Objection, form.           09:35:33

9              MS. RAY:  Join.                         09:35:34

10       A    Can you repeat that?  Can you rephrase   09:35:36

11  that?                                              09:35:37

12       Q    Well, you answered earlier that you don't 09:35:39

13  know for sure why John Gardner asked you to be the 09:35:43

14  manager of Sandstone Group.                        09:35:47

15             And so now I'm asking:  Well, do you have 09:35:49

16  any understanding as to why you were selected to be 09:35:51

17  manager of Sandstone Group?                        09:35:53

18       A    Yeah, I -- my understanding is John knew 09:35:57

19  that I was -- that I was in the business of        09:36:06

20  representing start-up companies and also angel     09:36:09

21  investors in line with the solo practice I had at  09:36:15

22  the time.                                          09:36:20

23       Q    Had you ever worked for John Gardner     09:36:22

24  before he asked you to be the manager of Sandstone 09:36:24

25  Group?                                             09:36:27
```

Page 31

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1        A    I had not worked with John Gardner before        09:36:28

 2   he asked me to be the manager of Sandstone Group.          09:36:32

 3        Q    Had you ever met John Gardner before             09:36:36

 4   that -- that time he asked you to be the manager of        09:36:38

 5   the Sandstone Group?                                       09:36:42

 6             MR. SAWYER:  Objection, form.                    09:36:43

 7        A    I had not met John Gardner before he asked       09:36:43

 8   me to be the manager of Sandstone Group.                   09:36:46

 9        Q    So what were the circumstances under which       09:36:51

10   he reached out to you to -- to tell you that he            09:36:54

11   wanted you to be the manager of Sandstone Group?           09:36:56

12             MR. SAWYER:  Objection, form.                    09:36:59

13        A    He called me to describe an opportunity          09:37:00

14   for me to represent a client.                              09:37:12

15        Q    How did he -- well, let me ask you this:         09:37:23

16   Did he say that he was referred to you by someone?         09:37:25

17        A    Can you rephrase?  Can you say that -- he        09:37:30

18   was -- referred to me?  So somebody referred him to        09:37:32

19   me?  Is that the --                                        09:37:38

20        Q    I --                                             09:37:38

21        A    -- question?                                     09:37:38

22        Q    -- well, I'm asking -- well, let me take a       09:37:39

23   step back.                                                 09:37:42

24             So you had never met John Gardner before         09:37:43

25   he called you about this opportunity with the              09:37:45
```

Page 32

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1    Sandstone Group, right?                              09:37:48

2        A    I had not met John Gardner before he        09:37:48

3    called me.                                           09:37:50

4        Q    So -- so my question is:  Why -- why did    09:37:51

5    he think to call you?                                09:37:54

6             MR. SAWYER:  Objection, form.                09:37:56

7             MS. RAY:  Join.                              09:37:58

8        A    He told me that he had gotten my name from  09:38:02

9    Anthony Levandowski.                                 09:38:06

10       Q    And what else do you remember about that    09:38:11

11   conversation when he called you?                     09:38:14

12       A    He called me to tell me that he was in the  09:38:15

13   process of forming an investment company and asked   09:38:20

14   if I would be interested in being his manager.  That 09:38:26

15   was the gist of the first conversation.              09:38:30

16
```

Page 33

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1            THE VIDEOGRAPHER:  -- I'm sorry.  I have    01:19:31

2    to check and see if my recording overwrote       01:19:32

3    something.  I'm sorry.                            01:19:36

4            MR. JUDAH:  Sure.  Take a quick break.    01:19:37

5            THE VIDEOGRAPHER:  Take a quick break.  We  01:19:40

6    are going off the record.  This is the end of Media  01:19:45

7    unit No. 6.  We are off the record.               01:19:47

8            (A break was taken from 1:20 p.m. to      01:19:51

9    1:20 p.m.)                                         01:20:09

10           THE VIDEOGRAPHER:  Okay.  We are back on    01:20:11

11   the record.  This is beginning of Media Unit No. 7.  01:20:25

12   The time is approximately 1:20 p.m.  We are on the  01:20:30

13   record.                                            01:20:33

14      Q    (BY MR. JUDAH) All right.  So let me just   01:20:37

15   ask that again because we had technical issues.    01:20:38

16      A    Sure.                                       01:20:42

17
```

Veritext Legal Solutions
866 299-5127





1

2

3

4

5    Q    (BY MR. JUDAH) Were those communications     01:22:37

6  with Mr. Levandowski e-mails or -- or oral?        01:22:39

7    A    Oral, I believe.                            01:22:45

8

Page 130



Page 131



Page 132



```
 9            MR. SAWYER:  Objection, form.                05:04:17
```

```
20       Q    And -- and you were introduced to            05:04:59
21  Mr. Nunnemaker by Mr. Gardner?                          05:05:02
22       A    I think so.  Although, I don't recall that   05:05:09
23  introduction.                                           05:05:11
```

Page 261