# Exhibit 11

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____
                                    )
 5    WAYMO LLC,                    )
                                    )
 6             Plaintiff,           )
                                    )
 7             vs.                  ) Case No.:
                                    ) 3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,      )
      OTTOMOTTO LLC; OTTO TRUCKING  )
 9    LLC,                          )
                                    )
10             Defendants.          )
      _____)
11
12
13                    ATTORNEYS' EYES ONLY
14           VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                  San Francisco, California
16                  Tuesday, April 18, 2017
17                         Volume 1
18
19
20
21
22
23    Reported by:
      RACHEL FERRIER, CSR No. 6948
24    Job No. 2597892
25    PAGES 1 - 112
```

Page 1

ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | identical? | 09:31:08 |
| 2 | A    It depends on the part, the nature of the part. | 09:31:08 |
| 3 | If the part was designed by requirements, if it was a | 09:31:11 |
| 4 | simple part, maybe it would not be so surprising. | 09:31:14 |
| 5 | Q    Could be, though? | 09:31:16 |
| 6 | A    Perhaps. | 09:31:17 |
| 7 | Q    Okay.  Who hired you at Tyto LiDAR? | 09:31:18 |
| 8 | A    I'm not sure.  I believe it would be Brent | 09:31:29 |
| 9 | Schwartz. | 09:31:31 |
| 10 | Q    You are not sure who hired you? | 09:31:32 |
| 11 | A    No. | 09:31:35 |
| 12 | Q    How did you come to get the job? | 09:31:37 |
| 13 | A    I spoke with a handful of people, but just in my | 09:31:39 |
| 14 | job today, I can't say -- it's hard for me to articulate | 09:31:44 |
| 15 | who hires people at our company.  I would say Brent | 09:31:48 |
| 16 | Schwartz would be the hiring manager.  In that case, I | 09:31:51 |
| 17 | could say it was Brent Schwartz. | 09:31:54 |
| 18 | Q    So you said you spoke with a handful of people. | 09:31:55 |
| 19 | Who did you speak with? | 09:31:58 |
| 20 | A    So I spoke with Brent Schwartz.  I spoke with | 09:31:59 |
| 21 | Ognen -- no.  What is his name.  Soren Juelsgaard, and | 09:32:04 |
| 22 | I -- I did also, around the same time, speak with | 09:32:12 |
| 23 | Anthony Levandowski. | 09:32:15 |
| 24 | Q    So when you were looking to get hired by Tyto | 09:32:15 |
| 25 | LiDAR, you spoke with Brent Schwartz, Anthony | 09:32:22 |

Page 22

| | | |
|---|---|---|
| 1 | Levandowski, and Soren Juelsgaard; is that right? | 09:32:24 |
| 2 | A   Yes. | 09:32:28 |
| 3 | Q   And what did Mr. Levandowski tell you about the | 09:32:31 |
| 4 | job? | 09:32:36 |
| 5 | A   I don't recall him telling me much of anything | 09:32:38 |
| 6 | about the job.  I think we were chatting, and it felt | 09:32:40 |
| 7 | more like he was just kind of checking me out. | 09:32:43 |
| 8 | Q   And why was he involved in your hiring process | 09:32:45 |
| 9 | with Tyto LiDAR? | 09:32:49 |
| 10 | A   I don't know if he was involved with my hiring | 09:32:50 |
| 11 | process, but we did spoke -- speak at similar time with | 09:32:52 |
| 12 | these other people. | 09:32:56 |
| 13 | Q   So you joined Tyto in September 2012; right? | 09:32:57 |
| 14 | A   Yes. | 09:33:28 |
| 15 | Q   And you worked out of Mr. Levandowski's building | 09:33:29 |
| 16 | in Berkeley when you joined; right? | 09:33:33 |
| 17 | A   I worked out of 2201 Dwight Way when I joined, | 09:33:35 |
| 18 | yes. | 09:33:41 |
| 19 | Q   Which was -- | 09:33:41 |
| 20 | A   I believe that could have been his building.  I | 09:33:41 |
| 21 | don't know for sure. | 09:33:44 |
| 22 | Q   At some point Tyto LiDAR moved to an address in | 09:33:44 |
| 23 | San Leandro; right? | 09:33:49 |
| 24 | A   Yes. | 09:33:50 |
| 25 | Q   Do you know why it moved? | 09:33:50 |

Veritext Legal Solutions
866 299-5127