# Exhibit 11

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____
                                   )
 5    WAYMO LLC,                   )
                                   )
 6             Plaintiff,          )
                                   )
 7             vs.                 )Case No.:
                                   )3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,     )
      OTTOMOTTO LLC; OTTO TRUCKING )
 9    LLC,                         )
                                   )
10             Defendants.         )
      _____)
11
12
13                  ATTORNEYS' EYES ONLY
14          VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                San Francisco, California
16                Tuesday, April 18, 2017
17                        Volume 1
18
19
20
21
22
23    Reported by:
      RACHEL FERRIER, CSR No. 6948
24    Job No. 2597892
25    PAGES 1 - 112
```

Page 1

ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | identical? | 09:31:08 |
| 2 | A   It depends on the part, the nature of the part. | 09:31:08 |
| 3 | If the part was designed by requirements, if it was a | 09:31:11 |
| 4 | simple part, maybe it would not be so surprising. | 09:31:14 |
| 5 | Q   Could be, though? | 09:31:16 |
| 6 | A   Perhaps. | 09:31:17 |
| 7 | Q   Okay.  Who hired you at Tyto LiDAR? | 09:31:18 |
| 8 | A   I'm not sure.  I believe it would be Brent | 09:31:29 |
| 9 | Schwartz. | 09:31:31 |
| 10 | Q   You are not sure who hired you? | 09:31:32 |
| 11 | A   No. | 09:31:35 |
| 12 | Q   How did you come to get the job? | 09:31:37 |
| 13 | A   I spoke with a handful of people, but just in my | 09:31:39 |
| 14 | job today, I can't say -- it's hard for me to articulate | 09:31:44 |
| 15 | who hires people at our company.  I would say Brent | 09:31:48 |
| 16 | Schwartz would be the hiring manager.  In that case, I | 09:31:51 |
| 17 | could say it was Brent Schwartz. | 09:31:54 |
| 18 | Q   So you said you spoke with a handful of people. | 09:31:55 |
| 19 |     Who did you speak with? | 09:31:58 |
| 20 | A   So I spoke with Brent Schwartz.  I spoke with | 09:31:59 |
| 21 | Ognen -- no.  What is his name.  Soren Juelsgaard, and | 09:32:04 |
| 22 | I -- I did also, around the same time, speak with | 09:32:12 |
| 23 | Anthony Levandowski. | 09:32:15 |
| 24 | Q   So when you were looking to get hired by Tyto | 09:32:15 |
| 25 | LiDAR, you spoke with Brent Schwartz, Anthony | 09:32:22 |

ATTORNEYS' EYES ONLY

```
 1   Levandowski, and Soren Juelsgaard; is that right?       09:32:24
 2      A    Yes.                                            09:32:28
 3      Q    And what did Mr. Levandowski tell you about the 09:32:31
 4   job?                                                    09:32:36
 5      A    I don't recall him telling me much of anything  09:32:38
 6   about the job.  I think we were chatting, and it felt   09:32:40
 7   more like he was just kind of checking me out.          09:32:43
 8      Q    And why was he involved in your hiring process  09:32:45
 9   with Tyto LiDAR?                                        09:32:49
10      A    I don't know if he was involved with my hiring  09:32:50
11   process, but we did spoke -- speak at similar time with 09:32:52
12   these other people.                                     09:32:56
13      Q    So you joined Tyto in September 2012; right?    09:32:57
14      A    Yes.                                            09:33:28
15      Q    And you worked out of Mr. Levandowski's building 09:33:29
16   in Berkeley when you joined; right?                     09:33:33
17      A    I worked out of 2201 Dwight Way when I joined,  09:33:35
18   yes.                                                    09:33:41
19      Q    Which was --                                    09:33:41
20      A    I believe that could have been his building.  I 09:33:41
21   don't know for sure.                                    09:33:44
22      Q    At some point Tyto LiDAR moved to an address in 09:33:44
23   San Leandro; right?                                     09:33:49
24      A    Yes.                                            09:33:50
25      Q    Do you know why it moved?                       09:33:50
```

Page 23