MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL RE: TRAVIS KALANICK DEPOSITION (DKT. 1059)**<br><br>Trial Date: October 10, 2017 |

1    I, Michelle Yang, declare as follows:

2    1.    I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Motion to Compel Re: Travis Kalanick Deposition (Dkt. 1059).

2.    I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 1 to Waymo's Motion to Compel | Highlighted portions |
| Exhibit 2 to Waymo's Motion to Compel | Highlighted portions |
| Exhibit 3 to Waymo's Motion to Compel | Entire Document |
| Exhibit 4 to Waymo's Motion to Compel | Entire Document |

3.    The highlighted portions of Exhibit 1 to Waymo's Motion contain highly confidential information regarding the negotiation of detailed business and financial terms of ongoing business agreements, including commercial terms, licensing terms, monetary payments, and potential valuation numbers; discussion about Uber's future market strategy, in-depth information about how Uber structures its employment agreements, technical details regarding Uber's creation of its custom LiDAR systems, confidential information regarding Uber's LiDAR vendors, prioritization of strategic business goals, and internal estimates of various commercialization timelines.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that if this information were to be released to the public, Defendants' competitors and counterparties would have insight into business, financial, technical, and market strategy information of Defendants, which would allow them to tailor their own market strategy, negotiation strategy, and business negotiations, such that Uber's competitive standing could be harmed.

4. The highlighted portions on pages 244, 245, and 247 of Exhibit 1 contain highly confidential information designated by Anthony Levandowski's counsel as highly confidential. Defendants take no stance on the merits of sealing this material.

5. The highlighted portions of Exhibit 2 contain the email addresses of high-ranking current and former company executives, whose email accounts may still become compromised if disclosed to the public. Defendants seek to seal this information in order to protect the privacy of these current and former executives, as prominent individuals at the company are currently the subject of extensive media coverage. Disclosure of this information for such high-ranking executives could expose them to harm or harassment. The highlighted portions of Exhibit 2 also contain non-public internal telephone conference numbers and group calendar numbers. If this information were disclosed to the public, the security of Defendants' internal communications could be compromised by others. For example, persons attempting to access internal communications may try to use those non-public internal telephone conference numbers to join internal communications.

6. The entirety of Exhibit 3 is a presentation to the Board of Directors regarding a business agreement, containing highly confidential details regarding the terms of an acquisition as well as other business agreement terms. The presentation contains detailed financial and commercial agreement terms, including the monetary payments, potential valuation numbers, structure and timing of a business deal, and detailed licensing terms of an ongoing business relationship. I understand that if this information were to be released to the public, Defendants' competitors and counterparties would have insight into business, financial, technical, and market strategy information of Defendants' business relationships, which would allow them to tailor their own business strategy, such that Uber's competitive standing could be harmed.

7. The entirety of Exhibit 4 is the minutes of an Uber board meeting. It contains information regarding the terms of a business agreement that is identified in Exhibit 3, including the detailed financial and business terms of an ongoing business relationship, such as detailed numbers relating to stock grants. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. If this information were to be released to the public,

Defendants' competitors and counterparties would have insight into business, financial, and market strategy information of Defendants, which would allow them to tailor their own negotiation strategy and business offers, such that Uber's competitive standing could be harmed.

8. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Motion that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of August, 2017, at Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

## ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  August 4, 2017                              */s/  Arturo J. González*
Arturo J. González