# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| Appointment | |
| From: | Travis Kalanick |
| To: | angela.padilla@uber.com; etate@mofo.com; Justin Suhr [suhr@uber.com]; nbartow@uber.com; kdunn@bsfllp.com; agonzalez@mofo.com; mjacobs@mofo.com; rudykim@mofo.com; salle@uber.com; Hamish Hume [hhume@bsfllp.com]; Travis Kalanick |
| BCC: | SFO \| 1455 Market - 04th New York City (18) (R) |
| Subject: | Follow-up |
| Location: | SFO \| 1455 Market - 04th New York City (18) (R) |
| Start: | 3/26/2017 11:00:00 PM |
| End: | 3/27/2017 1:00:00 AM |
| Show Time As: | Tentative |
| Recurrence: | (none) |



Or iPhone one-tap (US Toll):

Or Telephone:
    Dial:




    International numbers available:





View your event at

CONFIDENTIAL                                                                                                              UBER00065546