1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9   Attorneys for WAYMO LLC

10                       UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                               CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                   **DECLARATION OF JOHN W.
                                             MCCAULEY IN SUPPORT OF
14         vs.                               PLAINTIFF WAYMO LLC'S
                                             ADMINISTRATIVE MOTION TO FILE
15  UBER TECHNOLOGIES, INC.;                 UNDER SEAL ITS OPPOSITION TO
    OTTOMOTTO LLC; OTTO TRUCKING             UBER'S MOTION TO COMPEL WAYMO
16  LLC,                                     TO RUN ADDITIONAL SEARCH TERMS**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    I, John W. McCauley, declare as follows:

2         1.      I am an attorney licensed to practice in the State of California and am admitted to

3    practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan,

4    LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set

5    forth in this Declaration, and if called as a witness I would testify competently to those matters.

6         2.      I make this declaration in support of Waymo's Administrative Motion to File Under

7    Seal information in its Opposition to Uber's Motion to Compel Waymo to Run Additional Search

8    Terms (the "Administrative Motion").   The Administrative Motion seeks an order sealing the

9    following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Opposition | Portions highlighted in green | Waymo |
| Ex. 6 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 7 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 8 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 9 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 10 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 11 to Waymo's Opposition | Entire Document | Defendants |

3.      Waymo has filed Exhibit 11 to its Opposition under seal because it contains information that Defendants have designated confidential.  Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

4.      Waymo's Opposition and Exhibits 6-10 also contain or refer to confidential business information, which Waymo seeks to seal.  Portions of Waymo's Opposition (portions highlighted in green) and Exhibits 6-10 contain, reference, and/or describe Waymo's highly confidential and sensitive business information.  Specifically, the highlighted portions of the Opposition describe information related to confidential compensation information for Waymo employees and confidential details regarding Waymo's bonus program, and the results of Waymo's efforts in searching for documents in this litigation.  In addition, Exhibits 6-10 contain confidential compensation information for Waymo employees and confidential details regarding Waymo's bonus program.  I understand that this confidential business information is maintained by Waymo as secret.  The public disclosure of

1   this information would give Waymo's competitors access to sensitive information that could be used

2   to Waymo's disadvantage.  If such information were made public, I understand that Waymo's

3   competitive standing would be significantly harmed.  If such information were made public, I

4   understand that Waymo's competitive standing would be significantly harmed.  Waymo's request to

5   seal is narrowly tailored to only the confidential information.

6           I declare under penalty of perjury under the laws of the State of California that the foregoing is

7   true and correct, and that this declaration was executed in San Francisco, California, on August 5,

8   2017.

9                        By  */s/ John W. McCauley*

10                            John W. McCauley
                              Attorneys for WAYMO LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SIGNATURE ATTESTATION**

2      Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3  filing of this document has been obtained from John W. McCauley.

4

5                                  /s/ Charles K. Verhoeven
                                   Charles K. Verhoeven

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28