UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO UBER'S MOTION TO COMPEL WAYMO TO RUN ADDITIONAL SEARCH TERMS** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its July 21, 2017 Opposition to Uber's Motion to Compel Waymo to Run Additional Search Terms (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Opposition | Portions highlighted in green | Waymo |
| Ex. 6 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 7 to Waymo's Opposition | Entire Document | Waymo |

| | | |
|---|---|---|
| Ex. 8 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 9 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 10 to Waymo's Opposition | Entire Document | Waymo |
| Ex. 11 to Waymo's Opposition | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge