QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF ANDREA PALLIOS ROBERTS** |

1    I, Andrea Pallios Roberts, hereby declare as follows.

2    1.   I am a member of the bar of the State of California and an attorney with Quinn
3 Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this
4 declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
5 would testify competently as follows.

6    2.   Attached as Exhibit 1 is a true and correct copy of correspondence from myself to
7 Defendants' counsel dated May 30, 2017 attaching a [Proposed] Stipulated Order Regarding the
8 Production of Electronically Stored Information.

9    3.   Attached as Exhibit 2 is a true and correct copy of correspondence from myself to
10 Defendants' counsel dated June 2, 2017.

11    4.   Attached as Exhibit 3 is a true and correct copy of correspondence from myself to
12 Defendants' counsel dated June 7, 2017.

13    5.   Attached as Exhibit 4 is a true and correct copy of correspondence from myself to
14 Defendants' counsel dated June 8, 2017.

15    6.   Attached as Exhibit 5 is a true and correct copy of correspondence from myself to
16 Defendants' counsel dated June 14, 2017.

17    7.   With the exception of a June 2 email from Uber's counsel saying they would
18 follow up "early next week," none of Defendants responded to the correspondence attached as
19 Exhibits 1-5.

20    8.   Attached as Exhibit 6 is a true and correct copy of a document Waymo produced in
21 this litigation bearing Bates number WAYMO-UBER-00014078-14098.

22    9.   Attached as Exhibit 7 is a true and correct copy of a document Waymo produced in
23 this litigation bearing Bates number WAYMO-UBER-00033665.

24    10.  Attached as Exhibit 8 is a true and correct copy of a document Waymo produced in
25 this litigation bearing Bates number WAYMO-UBER-00014099.

26    11.  Attached as Exhibit 9 is a true and correct copy of a document Waymo produced in
27 this litigation bearing Bates number WAYMO-UBER-00014449.

28

-2-    Case No. 3:17-cv-00939-WHA
DECLARATION OF ANDREA PALLIOS ROBERTS

12. Attached as Exhibit 10 is a true and correct copy of a document Waymo produced in this litigation bearing Bates number WAYMO-UBER-00014469.

13. Attached as Exhibit 11 are true and correct copies of an email that Uber produced at least twelve copies of.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 5, 2017                    */s Andrea Pallios Roberts*
                                         Andrea Pallios Roberts

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrea Pallios Roberts.

                                         */s/ Charles K. Verhoeven*
                                         Charles K. Verhoeven