# EXHIBIT 4

# Andrea P Roberts

| | |
|---|---|
| **From:** | Andrea P Roberts |
| **Sent:** | Thursday, June 08, 2017 5:21 PM |
| **To:** | Edward Takashima; Chang, Esther Kim; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com |
| **Cc:** | QE-Waymo; John Cooper; Matthew Cate (MCate@fbm.com) |
| **Subject:** | RE: Waymo v. Uber Proposed ESI Order |
| **Attachments:** | Compare Result Re Jt Stip PO and Waymo Revisions.pdf; 9357964_1_Waymo Revisions to Uber Proposed PO (2017-06-08).docx |

Counsel,

Attached are Waymo's revisions to Uber's proposed Protective Order. The Word document is a clean version and the PDF reflects the changes we made to Uber's proposal. Please let us know if Defendants agree to this proposal.

Additionally, please let us know when we can expect any comments from Defendants on the proposed ESI Order.

Thanks,
Andrea

---

**From:** Andrea P Roberts
**Sent:** Wednesday, June 07, 2017 11:26 AM
**To:** Edward Takashima <etakashima@BSFLLP.com>; Chang, Esther Kim <echang@mofo.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; John Cooper <JCooper@fbm.com>
**Subject:** RE: Waymo v. Uber Proposed ESI Order

Counsel,

We're working through the proposed Protective Order that Uber provided last Friday evening. Do Defendants have comments on the proposed ESI Order that we circulated on May 30?

Thanks,
Andrea

---

**From:** Edward Takashima [mailto:etakashima@BSFLLP.com]
**Sent:** Friday, June 02, 2017 6:56 PM
**To:** Andrea P Roberts <andreaproberts@quinnemanuel.com>; Chang, Esther Kim <echang@mofo.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; John Cooper <JCooper@fbm.com>
**Subject:** RE: Waymo v. Uber Proposed ESI Order

1

Andrea,

We believe that the protective order should be based on the Northern District Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, consistent with Magistrate Judge Corley's Civil Standing Order. We have taken the model order and made some initial redlines with changes that we think would be appropriate for this case. We will likely have additional redlines to the model as we confer internally and with counsel for Otto Trucking, but if Waymo can redline its proposals on this draft, that will significantly move things forward.

We are considering Waymo's proposed ESI Order. We will follow up with you on that early next week.

Thanks,

Ed

**Edward H. Takashima**
Partner

**BOIES SCHILLER FLEXNER LLP**

401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(t) +1 310 752 2408
(m) +1 213 399 4154
etakashima@bsfllp.com
www.bsfllp.com

---

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Friday, June 02, 2017 10:16 AM
**To:** Chang, Esther Kim; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com
**Cc:** QE-Waymo; John Cooper
**Subject:** RE: Waymo v. Uber Proposed ESI Order

Esther,

I'm following up to see if Defendants have comments on the proposed Protective Order and ESI Order that we circulated.

Thanks,
Andrea

---

**From:** Andrea P Roberts
**Sent:** Wednesday, May 31, 2017 5:26 PM
**To:** Chang, Esther Kim <echang@mofo.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; John Cooper <JCooper@fbm.com>
**Subject:** RE: Waymo v. Uber Proposed ESI Order

Esther,

Both the proposed Protective Order and proposed ESI Order are based upon Protective Orders and ESI Orders that Google has used in various litigations and jurisdictions.

We look forward to Defendants' comments on both.

Thanks,
Andrea

---

**From:** Chang, Esther Kim [mailto:echang@mofo.com]
**Sent:** Wednesday, May 31, 2017 12:32 AM
**To:** Andrea P Roberts <andreaproberts@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; John Cooper <JCooper@fbm.com>
**Subject:** RE: Waymo v. Uber Proposed ESI Order

Andrea,

Is this based on a model order regarding ESI? If so, would you please identify the model order regarding ESI and send a redline?

Esther
Tel: (415) 268-7562

---

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Tuesday, May 30, 2017 4:13 PM
**To:** UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); nchatterjee@goodwinlaw.com; bschuman@goodwinlaw.com; sbrun@goodwinlaw.com; rwalsh@goodwinlaw.com
**Cc:** QE-Waymo; John Cooper
**Subject:** Waymo v. Uber Proposed ESI Order

- External Email -

Counsel,

Attached is a proposed ESI Order. This proposed Order is intended to govern discovery of ESI that is outside the scope of that ordered in Paragraph 6 of the May 11, 2017 Preliminary Injunction Order, i.e. "normal discovery." Please let us know if Defendants agree.

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number

3

650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]