UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER SETTING DISCOVERY HEARING** |

Waymo claims Uber waived the attorney-client privilege with respect to certain subjects during Travis Kalanick's deposition. Uber disputes that the testimony provided was privileged. The Court will hear oral argument on that motion, and any other submitted and not yet decided discovery motions, at 9:00 a.m. on Wednesday, August 9, 2017.

**IT IS SO ORDERED.**

Dated: August 7, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge