UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

        Plaintiff,

   v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

Case No. 17-cv-00939-WHA   (JSC)

**ORDER RE: UBER'S MOTION TO COMPEL WAYMO TO UTILIZE CERTAIN SEARCH TERMS**

Re: Dkt. Nos. 1081, 1090

     **1.**    **Emails Regarding Uber:**  Waymo shall run Uber's proposed search terms on the 11 custodians' outbound email from January 2014 to the present.  Uber claims that "[d]iscussions of Uber as a competitor, assessments of Uber's business, and monitoring of Waymo or Google employees going to Uber are all highly relevant to this lawsuit." (Dkt. No. 1081 at 3.)  The custodians' outbound email should capture a large portion of the relevant emails and will eliminate irrelevant inbound emails such as news feeds and Uber ride receipts.

     **2.**    **Project Chauffeur Bonus Program:** Waymo shall run Uber's proposed search terms without the "OR valu*" term on the 11 proposed custodians.  (Dkt. No. 1081 at 4 (noting that Uber had reduced its requested custodians from 28 to 11).  Waymo is already producing the most relevant documents in response to Uber's document request, and it has run and did not find any emails involving Mr. Levandowski that discuss the bonus program.

     Any objections to this Order must be filed with the district court by noon on Wednesday, August 9, 2017.  The Order is not stayed.

     This Order disposes of Docket Nos. 1081, 1090.

**IT IS SO ORDERED.**

Dated: August 7, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge