QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL DEPOSITIONS OF DAVID BONDERMAN AND ARIANNA HUFFINGTON** |

I, Felipe Corredor, hereby declare as follows.

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal portions of its Motion to Compel Depositions of David Bonderman and Arianna Huffington, filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Highlighted Portions | Defendants (blue highlighting) |
| Ex. 1 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 2 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 3 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 4 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 5 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 7 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 8 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 9 to Waymo's Motion to Compel | Highlighted Portions | Defendants (blue highlighting) |

3. The highlighted portions of Waymo's Motion, and the exhibits and highlighted portions of exhibits identified in the table above, contain references to information that Defendants have designated as confidential and/or highly confidential.

4. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on July 31, 2017.

DATED:  August 7, 2017

*/s/ Felipe Corredor*
Felipe Corredor

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Felipe Corredor.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

-3-   Case No. 3:17-cv-00939-WHA
DECLARATION OF FELIPE CORREDOR