# Exhibit 9

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                        ---oOo---
 5
 6   WAYMO LLC,
 7         Plaintiff,
 8   vs.                             No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
     _____/
12
13      WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                 SAN FRANCISCO, CALIFORNIA
17                   MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

Page 1

| | | |
|---|---|---|
| 1 | ████████████████████████████████████ | 15:44 |
| 2 | ████████ | 15:44 |
| 3 | You know, for any number of reasons; right? | 15:44 |
| 4 | If we didn't like the terms or conditions, we wouldn't | 15:44 |
| 5 | have signed, same as any other deal. | 15:44 |
| 6 |    Q   The term sheet was signed on February 22nd, | 15:44 |
| 7 | 2016, and the acquisition agreement was signed on | 15:45 |
| 8 | April 11th, 2016. | 15:45 |
| 9 | When did Uber decide that it was going to go | 15:45 |
| 10 | ahead with the transaction? | 15:45 |
| 11 |    A   I mean, on or about April 11th we got final | 15:45 |
| 12 | board approval.  Obviously, we didn't do all this work | 15:45 |
| 13 | and make a last-minute, you know, flippant decision. | 15:45 |
| 14 | But clearly, we made a final decision on or about | 15:45 |
| 15 | April 11th.  We got board approval, and we signed the | 15:45 |
| 16 | transaction. | 15:45 |
| 17 |    Q   How long did it take to get board approval? | 15:45 |
| 18 |    A   I mean, we had a board meeting.  We had a | 15:45 |
| 19 | discussion at the -- with the board.  I can't recall | 15:45 |
| 20 | how long it was.  It was a serious discussion.  And | 15:45 |
| 21 | then after that, we signed.  I don't remember the | 15:45 |
| 22 | exact day of the board meeting, whether it's the same | 15:45 |
| 23 | day or previously. | 15:45 |
| 24 |    Q   Did you attend that board meeting? | 15:45 |
| 25 |    A   Yes. | 15:45 |

Veritext Legal Solutions
866 299-5127

```
 1      Q   Who else was there?                            15:45
 2      A   The members of the Board of Directors.  I     15:45
 3  don't recall exactly who was there.                    15:45
 4      Q   Were all of the members of the Board of       15:45
 5  Directors there?                                       15:45
 6      A   I don't recall.                                15:45
 7      Q   Do you recall any missing?                     15:45
 8      A   I recall there were some on the phone, so     15:45
 9  there were definitely some who weren't in the room.  I 15:45
10  don't know if between phone and room, there were still 15:46
11  some who were not in attendance at all.  I don't know. 15:46
12      Q   Were there any discussions about whether --   15:46
13  whether the acquisition should be brought to the      15:46
14  entire board versus only a portion of the board?      15:46
15      A   I believe it was brought to a regular board   15:46
16  meeting where all of the board members were invited.  15:46
17  Whether they all attended, again, I can't recall.     15:46
18      Q   But, as far as you know, all of the board     15:46
19  members were invited to that meeting?                 15:46
20      A   As far as I know.  The only caveat I would    15:46
21  say is that I don't recall whether ███████████, who   15:46
22  was a Google executive, was still a member of the     15:46
23  board.  So, to the extent he was, I'm sure we would   15:46
24  have not invited him or had him recuse himself.       15:46
25          Obviously, we had great concerns about having 15:46
```

```
 1  a Google -- senior Google executive on our Board of      15:46
 2  Directors.                                                15:46
 3       Q   Were there board meetings discussing the         15:46
 4  acquisition of Otto, or NewCo before it became Otto,      15:47
 5  prior to the one getting approval to go through with      15:47
 6  the agreement?                                            15:47
 7       A   I don't recall for sure.  I do believe we had    15:47
 8  some discussions with the board in advance.  I don't      15:47
 9  believe they were suddenly notified of this deal and      15:47
10  approved it immediately on the same day.  I think        15:47
11  there was some lead-up.                                   15:47
12       Q   And was ███████████ included on that --          15:47
13  included in those discussions?                            15:47
14       A   Not that I recall.  And I doubt he would have    15:47
15  been, if he were even on the board at that time,          15:47
16  again.                                                    15:47
17       Q   Do you know if ███████████ was                   15:47
18  specifically asked to recuse himself from board           15:47
19  meetings discussing this potential acquisition?           15:47
20       A   I don't know.  You'd have to ask our general    15:47
21  counsel or someone else who deals with board              15:47
22  practices.                                                15:47
23       Q   Before we start talking about Exhibit 81, I'm    15:48
24  going to hand you the other pieces of the document I      15:48
25  previously gave you.                                      15:48
```

Veritext Legal Solutions
866 299-5127

```
 1                        J U R A T

 2

 3         I, Cameron Poetzscher, do hereby certify

 4   under penalty of perjury, that I have read the

 5   foregoing transcript of my deposition in the matter of

 6   Waymo LLC vs. Uber Technologies, Inc., et al., taken

 7   on June 19, 2017, that I have made such corrections as

 8   appear noted herein in ink, initialed by me; that my

 9   testimony as contained herein, as corrected, is true

10   and correct.

11

12

13         DATED this ____ day of _____, 2017,

14   at _____.

15

16

17         _____

18                    SIGNATURE OF WITNESS

19

20

21

22

23

24

25

                                              Page 373
```