# Exhibit 9

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                      ---oOo---
 5
 6   WAYMO LLC,
 7          Plaintiff,
 8   vs.                          No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
     _____/
12
13       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                SAN FRANCISCO, CALIFORNIA
17                 MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

| | | |
|---|---|---|
| 1 | ████████████████████████████████████ | 15:44 |
| 2 | ████████ | 15:44 |
| 3 | You know, for any number of reasons; right? | 15:44 |
| 4 | If we didn't like the terms or conditions, we wouldn't | 15:44 |
| 5 | have signed, same as any other deal. | 15:44 |
| 6 | Q   The term sheet was signed on February 22nd, | 15:44 |
| 7 | 2016, and the acquisition agreement was signed on | 15:45 |
| 8 | April 11th, 2016. | 15:45 |
| 9 | When did Uber decide that it was going to go | 15:45 |
| 10 | ahead with the transaction? | 15:45 |
| 11 | A   I mean, on or about April 11th we got final | 15:45 |
| 12 | board approval.  Obviously, we didn't do all this work | 15:45 |
| 13 | and make a last-minute, you know, flippant decision. | 15:45 |
| 14 | But clearly, we made a final decision on or about | 15:45 |
| 15 | April 11th.  We got board approval, and we signed the | 15:45 |
| 16 | transaction. | 15:45 |
| 17 | Q   How long did it take to get board approval? | 15:45 |
| 18 | A   I mean, we had a board meeting.  We had a | 15:45 |
| 19 | discussion at the -- with the board.  I can't recall | 15:45 |
| 20 | how long it was.  It was a serious discussion.  And | 15:45 |
| 21 | then after that, we signed.  I don't remember the | 15:45 |
| 22 | exact day of the board meeting, whether it's the same | 15:45 |
| 23 | day or previously. | 15:45 |
| 24 | Q   Did you attend that board meeting? | 15:45 |
| 25 | A   Yes. | 15:45 |

| | | |
|---|---|---|
| 1 | Q   Who else was there? | 15:45 |
| 2 | A   The members of the Board of Directors.  I | 15:45 |
| 3 | don't recall exactly who was there. | 15:45 |
| 4 | Q   Were all of the members of the Board of | 15:45 |
| 5 | Directors there? | 15:45 |
| 6 | A   I don't recall. | 15:45 |
| 7 | Q   Do you recall any missing? | 15:45 |
| 8 | A   I recall there were some on the phone, so | 15:45 |
| 9 | there were definitely some who weren't in the room.  I | 15:45 |
| 10 | don't know if between phone and room, there were still | 15:46 |
| 11 | some who were not in attendance at all.  I don't know. | 15:46 |
| 12 | Q   Were there any discussions about whether -- | 15:46 |
| 13 | whether the acquisition should be brought to the | 15:46 |
| 14 | entire board versus only a portion of the board? | 15:46 |
| 15 | A   I believe it was brought to a regular board | 15:46 |
| 16 | meeting where all of the board members were invited. | 15:46 |
| 17 | Whether they all attended, again, I can't recall. | 15:46 |
| 18 | Q   But, as far as you know, all of the board | 15:46 |
| 19 | members were invited to that meeting? | 15:46 |
| 20 | A   As far as I know.  The only caveat I would | 15:46 |
| 21 | say is that I don't recall whether ███████████, who | 15:46 |
| 22 | was a Google executive, was still a member of the | 15:46 |
| 23 | board.  So, to the extent he was, I'm sure we would | 15:46 |
| 24 | have not invited him or had him recuse himself. | 15:46 |
| 25 | Obviously, we had great concerns about having | 15:46 |

Page 297

| | | |
|---|---|---|
| 1 | a Google -- senior Google executive on our Board of | 15:46 |
| 2 | Directors. | 15:46 |
| 3 | Q    Were there board meetings discussing the | 15:46 |
| 4 | acquisition of Otto, or NewCo before it became Otto, | 15:47 |
| 5 | prior to the one getting approval to go through with | 15:47 |
| 6 | the agreement? | 15:47 |
| 7 | A    I don't recall for sure.  I do believe we had | 15:47 |
| 8 | some discussions with the board in advance.  I don't | 15:47 |
| 9 | believe they were suddenly notified of this deal and | 15:47 |
| 10 | approved it immediately on the same day.  I think | 15:47 |
| 11 | there was some lead-up. | 15:47 |
| 12 | Q    And was ███████████ included on that -- | 15:47 |
| 13 | included in those discussions? | 15:47 |
| 14 | A    Not that I recall.  And I doubt he would have | 15:47 |
| 15 | been, if he were even on the board at that time, | 15:47 |
| 16 | again. | 15:47 |
| 17 | Q    Do you know if ███████████ was | 15:47 |
| 18 | specifically asked to recuse himself from board | 15:47 |
| 19 | meetings discussing this potential acquisition? | 15:47 |
| 20 | A    I don't know.  You'd have to ask our general | 15:47 |
| 21 | counsel or someone else who deals with board | 15:47 |
| 22 | practices. | 15:47 |
| 23 | Q    Before we start talking about Exhibit 81, I'm | 15:48 |
| 24 | going to hand you the other pieces of the document I | 15:48 |
| 25 | previously gave you. | 15:48 |

Veritext Legal Solutions
866 299-5127

```
 1                        J U R A T

 2

 3         I, Cameron Poetzscher, do hereby certify

 4   under penalty of perjury, that I have read the

 5   foregoing transcript of my deposition in the matter of

 6   Waymo LLC vs. Uber Technologies, Inc., et al., taken

 7   on June 19, 2017, that I have made such corrections as

 8   appear noted herein in ink, initialed by me; that my

 9   testimony as contained herein, as corrected, is true

10   and correct.

11

12

13         DATED this ____ day of _____, 2017,

14   at _____.

15

16

17         _____

18                  SIGNATURE OF WITNESS

19

20

21

22

23

24

25
```

Page 373