# EXHIBIT 9

ATTORNEYS' EYES ONLY

```
 1               UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   _____
                                    )
 5   WAYMO LLC,                     )
                                    )
 6            Plaintiff,            )
                                    )
 7            vs.                   )Case No.:
                                    )3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,       )
     OTTOMOTTO LLC; OTTO TRUCKING   )
 9   LLC,                           )
                                    )
10            Defendants.           )
     _____)
11
12
13                ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF DAVID MEALL
15               San Francisco, California
16               Thursday, April 13, 2017
17                       Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2594017
25   PAGES 1 - 28
```

Page 1

| | | |
|---|---|---|
| 1 | form to ensure they are telling the truth or is it just | 03:05:52 |
| 2 | sometimes? | 03:05:56 |
| 3 | A   That I'm not sure. | 03:05:56 |
| 4 | Q   Do you know whether Uber, including both the HR | 03:05:58 |
| 5 | department and the legal department, investigates | 03:06:07 |
| 6 | whether an employee is telling the truth when they fill | 03:06:08 |
| 7 | out their HR forms every time? | 03:06:12 |
| 8 | A   That I'm not sure. | 03:06:14 |
| 9 | MR. TATE:  Asked and answered. | 03:06:15 |
| 10 | BY MS. COOPER: | 03:06:16 |
| 11 | Q   In paragraph 5 of your declaration, you describe | 03:06:20 |
| 12 | the template offer letter from Uber that it gives to | 03:06:22 |
| 13 | prospective employees in the Advanced Technologies | 03:06:27 |
| 14 | Group; is that right? | 03:06:30 |
| 15 | A   Yes. | 03:06:30 |
| 16 | Q   Did Mr. Levandowski sign this offer letter? | 03:06:31 |
| 17 | A   I don't have direct knowledge of that. | 03:06:37 |
| 18 | Q   Do you have any knowledge of that? | 03:06:39 |
| 19 | A   I was not part of the on-boarding or the | 03:06:41 |
| 20 | acquisition itself.  That was handled as a special case. | 03:06:44 |
| 21 | Q   Who handled the on-boarding of Mr. Levandowski? | 03:06:48 |
| 22 | A   I'm not actually sure who was working on it. | 03:06:52 |
| 23 | Q   Why do you say it was a special case? | 03:06:54 |
| 24 | A   Just, with acquisitions, we don't -- the | 03:06:57 |
| 25 | recruiting team, which is what I manage, we don't send | 03:06:59 |

Page 13

```
 1    individual offer letters, so usually that's done as a    03:07:02
 2    combination of the corporate and business development    03:07:05
 3    team and HR.                                             03:07:07
 4        Q    Did you search for Mr. Levandowski's Employment 03:07:08
 5    Agreement before this deposition today?                  03:07:15
 6        A    No.                                             03:07:16
 7        Q    Have you ever seen Mr. Levandowski's employment 03:07:17
 8    agreement before?                                        03:07:22
 9        A    No.                                             03:07:23
10    ████████████   ██   ████████████████████████             03:07:26
11    ████████████████████   ████████████████████████████████  03:07:28
12    ███████                                                  03:07:32
13        ████████████████████████████████████                 03:07:36
14        ██████████████████████                               03:07:36
15    █████████████                                            03:07:36
16      █ ██████████████████████████████████████████████████   03:07:42
17    █████████████████████                                    03:07:45
18        ███████  ████████████████████████████████  █         03:07:52
19    ████████████████████                                     03:07:55
20        ████████  ██████████████████                         03:08:05
21    █████████  ███████████████████████████████               03:08:07
22    ███████████                                              03:08:09
23        ████████████   ████████████████████                  03:08:25
24    ██████████████████████   ██████████                      03:08:27
25    █████████████████████████████████                        03:08:30
```

Page 14

ATTORNEYS' EYES ONLY

```
 1        THE VIDEOGRAPHER:  Back on the record, the time      03:18:09
 2   is 3:18.                                                  03:18:11
 3   BY MS. COOPER:                                            03:18:12
 4       █ ████████████████████████████████████                03:18:15
 5   ██████████████████████████████████████                    03:18:20
 6   ████████████████████████████████████████                  03:18:23
 7   ██████████████                                            03:18:28
 8       █   ██ .                                              03:18:28
 9       █ ██████████████████████████████████                  03:18:29
10   ███████████████                                           03:18:34
11       █ █████████████████████████                           03:18:36
12   ███████                                                   03:18:39
13       █ ██████████████████████████████                      03:18:39
14   ██████████████                                            03:18:43
15       █    █                                                03:18:44
16       █ ████████████████████████████████████                03:18:44
17       █ ███████████████████████                             03:18:53
18       █ ████████████████████████████████████                03:18:55
19   █████████████████████                                     03:19:01
20         ████████   ███████████████████                      03:19:03
21         ██████████    █████████████████                     03:19:04
22   ████                                                      03:19:08
23   ████████████                                              03:19:08
24       █ ██████████████████████████████                      03:19:16
25   █████████████████████████████                             03:19:21
```

Page 20

| | | |
|---|---|---|
| 1 | Google? | 03:21:52 |
| 2 |    A   No. | 03:21:53 |
| 3 |       MR. TATE:  Objection; form. | 03:21:54 |
| 4 | BY MS. COOPER: | 03:21:56 |
| 5 |    Q   Have you ever heard that he didn't steel 14,000 | 03:21:56 |
| 6 | files from Google? | 03:22:01 |
| 7 |    A   No. | 03:22:02 |
| 8 |    Q   Do you have any basis to doubt that he did steel | 03:22:02 |
| 9 | the 14,000 files? | 03:22:06 |
| 10 |       MR. TATE:  Objection; form. | 03:22:08 |
| 11 |       THE WITNESS:  I have no basis to think one way or | 03:22:08 |
| 12 | another. | 03:22:12 |
| 13 | BY MS. COOPER: | 03:22:12 |
| 14 |    Q   Has Uber investigated whether Mr. Levandowski | 03:22:12 |
| 15 | stole 14,000 files from Waymo? | 03:22:15 |
| 16 |    A   I have no personal knowledge of an investigation. | 03:22:17 |
| 17 |    Q   If the HR department had done such an | 03:22:20 |
| 18 | investigation, would you be aware of it? | 03:22:25 |
| 19 |       MR. TATE:  Objection; calls for speculation. | 03:22:27 |
| 20 |       THE WITNESS:  No. | 03:22:28 |
| 21 | BY MS. COOPER: | 03:22:30 |
| 22 |    Q   Why do you say that? | 03:22:32 |
| 23 |    A   Because that would be privileged information that | 03:22:33 |
| 24 | I wouldn't really need to be privy to. | 03:22:37 |
| 25 |    Q   Even if it was happening in your own department? | 03:22:39 |

Page 23

| | | |
|---|---|---|
| 1 | A    I run recruiting. | 03:22:43 |
| 2 | Q    So if the -- if Uber hasn't investigated whether | 03:22:46 |
| 3 | Waymo's claims are true, can Uber say that | 03:22:54 |
| 4 | Mr. Levandowski didn't steel the 14,000 files from | 03:22:56 |
| 5 | Waymo? | 03:22:58 |
| 6 | MR. TATE:  Objection; that misstates the | 03:22:59 |
| 7 | testimony. | 03:23:00 |
| 8 | BY MS. COOPER: | 03:23:01 |
| 9 | Q    If you don't know whether Uber has investigated | 03:23:02 |
| 10 | whether Mr. Levandowski stole the files, can Uber say | 03:23:05 |
| 11 | that he didn't? | 03:23:09 |
| 12 | MR. TATE:  Objection; calls for speculation. | 03:23:09 |
| 13 | Objection; form. | 03:23:14 |
| 14 | THE WITNESS:  They've never said one way or | 03:23:14 |
| 15 | another if they have or have not. | 03:23:17 |
| 16 | BY MS. COOPER: | 03:23:20 |
| 17 | Q    In the last paragraph of your deposition -- of | 03:23:26 |
| 18 | your declaration, paragraph 9 on page 2, you say you | 03:23:28 |
| 19 | have never seen any evidence of any use of Google or | 03:23:32 |
| 20 | Waymo information during your employment at Uber; is | 03:23:35 |
| 21 | that true? | 03:23:39 |
| 22 | A    Yes. | 03:23:40 |
| 23 | Q    Have you ever heard anybody talk about Google or | 03:23:41 |
| 24 | Waymo information being used at Uber? | 03:23:47 |
| 25 | A    No. | 03:23:49 |

Veritext Legal Solutions
866 299-5127