1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>   vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>         Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL PORTIONS OF ITS<br>OPPOSITION TO OTTO TRUCKING'S<br>MOTION TO COMPEL A SECOND<br>DEPOSITION OF LARRY PAGE** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Its Exhibits in support of its Opposition to Otto Trucking's Motion to Compel a Second Deposition of Larry Page ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibits 1-7 | Entire documents | Waymo |
| Exhibits 8-9 | Highlighted portions | Defendants (portions highlighted in blue) |
| Exhibit 11 | Entire document | Waymo (portions highlighted in green); Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. JACQUELINE S. CORLEY
United States Magistrate Judge