QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF ROBERT VAN NEST** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Robert Van Nest, hereby declare as follows.

1. I am a member of the bar of the State of California and am a partner of Keker, Van Nest & Peters LLP.  I make this declaration upon personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. I represented Alphabet CEO Larry Page in connection with his deposition in this action, which took place on July 17, 2017.

3. Earlier on July 17, I met with Mr. Page to prepare for the upcoming deposition.  During this prep session, we reviewed certain documents.  During the prep session, I did not understand any specific documents to have refreshed Mr. Page's recollection about any issues, nor did he indicate that any documents refreshed his recollection about any issues.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  August 7, 2017              */s Robert Van Nest*
                                    Robert Van Nest

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert Van Nest.

                                    */s/ Charles K. Verhoeven*
                                    Charles K. Verhoeven