QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF JEFF NARDINELLI** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00026171.

3. Attached as Exhibit 2 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00026185.

4. Attached as Exhibit 3 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00026494.

5. Attached as Exhibit 4 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00026168 and used in the deposition of Larry Page as deposition Exhibit No. 1097.

6. Attached as Exhibit 5 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00029346 and used in the deposition of Larry Page as deposition Exhibit No. 1099.

7. Attached as Exhibit 6 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00029349 and used in the deposition of Larry Page as deposition Exhibit No. 1100.

8. Attached as Exhibit 7 is a true and correct copy of a document produced in this action, with beginning Bates number WAYMO-UBER-00029352 and used in the deposition of Larry Page as deposition Exhibit 1101.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Scott Boehmke, dated April 17, 2017.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of David Meall, dated April 13, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Travis Kalanick, dated July 27, 2017.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of Brian McClendon, dated August 1, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 7, 2017            */s Jeff Nardinelli*
                                 Jeff Nardinelli

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven