# EXHIBIT 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3               SAN FRANCISCO DIVISION
4
   _____
5  WAYMO LLC,                        )
6              Plaintiff,            )
7        vs.                         )  Case No.
8  UBER TECHNOLOGIES, INC.,          )  3:17-cv-00939-WHA
9  OTTOMOTTO LLC; OTTO               )
10 TRUCKING LLC,                     )
11             Defendants.           )
   _____ )
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF SCOTT BOEHMKE
16              San Francisco, California
17              Monday, April 17, 2017
18                      Volume I
19
20
21 Reported by:
22 SUZANNE F. GUDELJ, CSR No. 5111
23 Job No. 2596382
24
25 PAGES 1 - 79
```

Page 1

```
 1   BY MR. JAFFE:
 2       Q    Mr. Boehmke, you were interested in talking
 3   with Mr. Levandowski because he was going to provide
 4   Uber with custom LiDAR technology, right?
 5       A    He was going to provide a sensor for our       02:16:06
 6   cars.
 7       Q    What kind of a sensor?
 8       A    A laser sensor -- LiDAR sensor.
 9       Q    A custom LiDAR sensor?
10       A    Correct.                                       02:16:17
11       Q    So again, you'd agree with me, then, that
12   you were interested in talking with Mr. Levandowski
13   because he was going to provide a custom LiDAR
14   solution for Uber, right?
15       A    Yes.                                           02:16:27
16       Q    And this was three months, or actually
17   February, March, two and a half to three months
18   since he left at the time Google, right?
19            MR. KIM:  Objection to the extent it calls
20   for speculation.                                        02:16:37
21            THE WITNESS:  I don't know when he left
22   Google.
23   BY MR. JAFFE:
24       Q    Did you ask him?
25       A    No.                                            02:16:41
```

Page 13

Veritext Legal Solutions
866 299-5127

```
 1   solution that Fuji solves?
 2       A    ███████████████████████████████
 3   ███████████████████████████
 4       Q    ███████████████████████████████
 5   ████████████████████████                          02:23:13
 6       A    ████████████████████ --
 7            (Reporter clarification.)
 8            ███████████████████████████████
 9   ████████
10       Q    Does Uber have any custom LiDAR technology  02:23:26
11   related to ██████████████████████?
12            MR. KIM:  Objection.  Vague.
13            THE WITNESS:  We have demonstrated ████
14   ██, yes.
15   BY MR. JAFFE:                                     02:23:42
16       Q    What's the name of the ██████████████?
17       A    It's in-house.
18       Q    What's the name of it?
19       A    I don't have -- don't have a project name.
20       Q    When was the first time that it was       02:23:49
21   demonstrated?
22       A    ████████████████████████████
23       Q    Okay.  So you said you don't have a project
24   name.  When you want to refer to this to your -- to
25   your colleagues, what -- how do you do it?        02:24:06
```

```
 1   surprise you?
 2        A    No, it made sense.
 3        Q    I'm not asking if it made sense.  Sorry, my
 4   question was a little bit unclear.
 5             When you heard about the acquisition, were     02:25:43
 6   you surprised because you hadn't found out about it
 7   before it was publicly announced?
 8        A    No.
 9        Q    Did you know about it in June?
10        A    I don't recall.                                02:25:54
11        Q    What about May?
12        A    I couldn't tell you the date we acquired
13   them.  I don't recall.
14        Q    Sure.  I'm asking something a little bit
15   different, which is:  When is your first                 02:26:01
16   recollection of having an understanding that Uber
17   was in potential discussions to acquire Otto?
18             MR. KIM:  Objection.  Asked and answered.
19             THE WITNESS:  I don't know.
20   BY MR. JAFFE:                                            02:26:13
21        Q    Okay.  Are you aware that Uber has claimed
22   in this case that it was having discussions with Mr.
23   Levandowski and Otto about a potential acquisition
24   as early as January 2016?
25             MR. KIM:  Objection.  Assumes facts not in     02:26:36
```

Page 21

```
 1    evidence.  Lacks foundation.
 2           THE WITNESS:  I wouldn't know.
 3    BY MR. JAFFE:
 4        Q   Does that surprise you?
 5        A   No.                                            02:26:44
 6        Q   Why not?
 7           MR. KIM:  Same objections.  Lacks
 8    foundation, and to the extent it calls for
 9    speculation.
10           MR. JAFFE:  Mr. Kim, this is almost             02:26:54
11    expressly what his order prohibits.  You're --
12    you're coaching the witness on the record.
13           MR. KIM:  I disagree with your
14    characterization.
15    BY MR. JAFFE:                                          02:27:04
16        Q   Go ahead.
17        A   Could you repeat the question?
18        Q   You said it didn't surprise you that Uber
19    was in discussions with Mr. Levandowski and his
20    company about a potential acquisition in               02:27:18
21    January 2016, right?
22        A   I don't know when the discussions happened.
23    I don't know who has said that the '16 -- January of
24    '16 there were talks of that.
25        Q   My question is you said it didn't surprise    02:27:30
```

Page 22

```
 1    the sensor that was being developed was not going to
 2    solve our problems in the near term and found that
 3    the Fuji configuration minimized negative risks that
 4    we were having with other suppliers and would make
 5    more sense for us.                                    02:29:01
 6        Q    Who had these discussions?
 7        A    James Haslim, Eric Meyhofer and myself.
 8        Q    Was Mr. Levandowski involved in these
 9    discussions?
10        A    No, he was not in the room.                  02:29:10
11        Q    That's not my question.  I'm not asking
12    whether he was in the room.  Was he involved in
13    these discussions?
14        A    Not to my knowledge.  He wasn't on the
15    phone, he wasn't in the room, no.                     02:29:19
16        Q    So you're referring to a particular one
17    discussion; is that right?
18        A    No.  James came to Pittsburgh after -- I
19    was asking him several times.  He came to Pittsburgh
20    and was there for several days during which we had   02:29:33
21    discussions, and he left with the intent to pivot.
22        Q    Just so I want to make this clear, your
23    testimony is that Mr. Levandowski had nothing to do
24    with the change from V1 to V2; is that right?
25             MR. KIM:  Objection.  Mischaracterizes his  02:29:53
```

Page 24

1  testimony.
2       THE WITNESS:  I'm not aware of other
3  conversations that had Anthony involved.  I don't
4  know.
5  BY MR. JAFFE:                                        02:30:02
6     Q   Okay.  So that's helpful.  So you don't
7  know whether Mr. Levandowski was involved in the
8  transition from V1 to V2, true?
9     A   I received no input from Mr. Levandowski
10 that we should or should not pivot.                  02:30:15
11    Q   Okay.  So I'm going to ask my question
12 again because I don't think that was quite
13 responsive.
14      Do you know whether Mr. Levandowski was or
15 was not involved in the transition from V1 to V2?   02:30:24
16      MR. KIM:  Objection.  Asked and answered.
17      THE WITNESS:  To my knowledge, he was not.
18 I do not know.
19 BY MR. JAFFE:
20    Q   You don't know?                              02:30:39
21    A   I do not know.
22    Q   Okay.  Why was the Version 1 sensor
23 insufficient for Uber's purposes?
24    A   Otto was making trucks.  They could handle
25 a larger sensor.  It was not feasible to put that on  02:31:01

Page 25

```
 1   building a medium range LiDAR sensor?
 2       A    We were building the pieces to make a LiDAR
 3   sensor, yes.
 4       Q    So the intent at that time was you were
 5   going to build a medium range LiDAR sensor; is that      02:36:54
 6   right?
 7       A    No, my intent was to test these
 8   technologies.
 9       Q    Okay.  So if I had time traveled back to
10   talk to you, Mr. Boehmke, and I said are you             02:37:02
11   building a medium range LiDAR sensor in
12   December 2015, your testimony is you would say oh,
13   yeah, yeah, we're totally doing that right now; is
14   that right?
15            MR. KIM:  Objection.  Vague.  Improper          02:37:14
16   hypothetical.  Incomplete.
17            THE WITNESS:  We were making progress
18   towards a sensor, developing the pieces that would
19   be used.
20   BY MR. JAFFE:                                            02:37:28
21       Q    Okay.  But at the time in December 2015,
22   you weren't personally contemplating a particular
23   medium range LiDAR sensor, right?
24       A    No, in 2015, we were working on ███████
25   ████████████.                                            02:37:42
```