# EXHIBIT 9

ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   _____
                                   )
 5   WAYMO LLC,                    )
                                   )
 6           Plaintiff,            )
                                   )
 7           vs.                   )Case No.:
                                   )3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC; OTTO TRUCKING  )
 9   LLC,                          )
                                   )
10           Defendants.           )
     _____)
11
12
13              ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF DAVID MEALL
15              San Francisco, California
16              Thursday, April 13, 2017
17                      Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2594017
25   PAGES 1 - 28
```

Page 1

| | | |
|---|---|---|
| 1 | form to ensure they are telling the truth or is it just | 03:05:52 |
| 2 | sometimes? | 03:05:56 |
| 3 |    A   That I'm not sure. | 03:05:56 |
| 4 |    Q   Do you know whether Uber, including both the HR | 03:05:58 |
| 5 | department and the legal department, investigates | 03:06:07 |
| 6 | whether an employee is telling the truth when they fill | 03:06:08 |
| 7 | out their HR forms every time? | 03:06:12 |
| 8 |    A   That I'm not sure. | 03:06:14 |
| 9 |    MR. TATE:  Asked and answered. | 03:06:15 |
| 10 | BY MS. COOPER: | 03:06:16 |
| 11 |    Q   In paragraph 5 of your declaration, you describe | 03:06:20 |
| 12 | the template offer letter from Uber that it gives to | 03:06:22 |
| 13 | prospective employees in the Advanced Technologies | 03:06:27 |
| 14 | Group; is that right? | 03:06:30 |
| 15 |    A   Yes. | 03:06:30 |
| 16 |    Q   Did Mr. Levandowski sign this offer letter? | 03:06:31 |
| 17 |    A   I don't have direct knowledge of that. | 03:06:37 |
| 18 |    Q   Do you have any knowledge of that? | 03:06:39 |
| 19 |    A   I was not part of the on-boarding or the | 03:06:41 |
| 20 | acquisition itself.  That was handled as a special case. | 03:06:44 |
| 21 |    Q   Who handled the on-boarding of Mr. Levandowski? | 03:06:48 |
| 22 |    A   I'm not actually sure who was working on it. | 03:06:52 |
| 23 |    Q   Why do you say it was a special case? | 03:06:54 |
| 24 |    A   Just, with acquisitions, we don't -- the | 03:06:57 |
| 25 | recruiting team, which is what I manage, we don't send | 03:06:59 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | individual offer letters, so usually that's done as a | 03:07:02 |
| 2 | combination of the corporate and business development | 03:07:05 |
| 3 | team and HR. | 03:07:07 |
| 4 | Q   Did you search for Mr. Levandowski's Employment | 03:07:08 |
| 5 | Agreement before this deposition today? | 03:07:15 |
| 6 | A   No. | 03:07:16 |
| 7 | Q   Have you ever seen Mr. Levandowski's employment | 03:07:17 |
| 8 | agreement before? | 03:07:22 |
| 9 | A   No. | 03:07:23 |
| 10 | ▮▮▮▮▮▮ | 03:07:26 |
| 11 | ▮▮▮▮▮▮ | 03:07:28 |
| 12 | ▮▮ | 03:07:32 |
| 13 | ▮▮▮▮ | 03:07:36 |
| 14 | ▮▮▮ | 03:07:36 |
| 15 | ▮▮ | 03:07:36 |
| 16 | ▮▮▮▮▮ | 03:07:42 |
| 17 | ▮▮▮ | 03:07:45 |
| 18 | ▮▮▮▮▮ | 03:07:52 |
| 19 | ▮▮▮ | 03:07:55 |
| 20 | ▮▮▮ | 03:08:05 |
| 21 | ▮▮▮▮ | 03:08:07 |
| 22 | ▮▮ | 03:08:09 |
| 23 | ▮▮▮ | 03:08:25 |
| 24 | ▮▮▮ | 03:08:27 |
| 25 | ▮▮▮▮ | 03:08:30 |

Page 14

ATTORNEYS' EYES ONLY

```
 1        THE VIDEOGRAPHER:  Back on the record, the time    03:18:09
 2   is 3:18.                                                03:18:11
 3   BY MS. COOPER:                                          03:18:12
 4      ▮ ██████████████████████████████████████             03:18:15
 5   ███████████████████████████████████                     03:18:20
 6   ████████████████████████████████████████                03:18:23
 7   ████████████████                                        03:18:28
 8      ▮  ██ .                                              03:18:28
 9      ▮ ██████████████████████████████████                 03:18:29
10   █████████████████                                       03:18:34
11      ▮ ██████████████████████████                         03:18:36
12   ████████                                                03:18:39
13      ▮ ███████████████████████████████                    03:18:39
14   ███████████████                                         03:18:43
15      ▮  ████                                              03:18:44
16      ▮ ████████████████████████████████████               03:18:44
17      ▮ █████████████████████                              03:18:53
18      ▮ █████████████████████████████████████              03:18:55
19   ████████████████████████                                03:19:01
20       █████████  ██████████████████                       03:19:03
21       ████████  █████████████████                         03:19:04
22   ████                                                    03:19:08
23   ██████████                                              03:19:08
24      ▮ ██████████████████████████████                     03:19:16
25   ███████████████████████████                             03:19:21
```

Page 20

```
1    Google?                                                     03:21:52
2       A    No.                                                 03:21:53
3            MR. TATE:  Objection; form.                         03:21:54
4    BY MS. COOPER:                                              03:21:56
5       Q    Have you ever heard that he didn't steel 14,000     03:21:56
6    files from Google?                                          03:22:01
7       A    No.                                                 03:22:02
8       Q    Do you have any basis to doubt that he did steel    03:22:02
9    the 14,000 files?                                           03:22:06
10           MR. TATE:  Objection; form.                         03:22:08
11           THE WITNESS:  I have no basis to think one way or   03:22:08
12   another.                                                    03:22:12
13   BY MS. COOPER:                                              03:22:12
14      Q    Has Uber investigated whether Mr. Levandowski       03:22:12
15   stole 14,000 files from Waymo?                              03:22:15
16      A    I have no personal knowledge of an investigation.   03:22:17
17      Q    If the HR department had done such an               03:22:20
18   investigation, would you be aware of it?                    03:22:25
19           MR. TATE:  Objection; calls for speculation.        03:22:27
20           THE WITNESS:  No.                                   03:22:28
21   BY MS. COOPER:                                              03:22:30
22      Q    Why do you say that?                                03:22:32
23      A    Because that would be privileged information that   03:22:33
24   I wouldn't really need to be privy to.                      03:22:37
25      Q    Even if it was happening in your own department?    03:22:39
```

Page 23

| | | |
|---|---|---|
| 1 | A    I run recruiting. | 03:22:43 |
| 2 | Q    So if the -- if Uber hasn't investigated whether | 03:22:46 |
| 3 | Waymo's claims are true, can Uber say that | 03:22:54 |
| 4 | Mr. Levandowski didn't steel the 14,000 files from | 03:22:56 |
| 5 | Waymo? | 03:22:58 |
| 6 | MR. TATE:  Objection; that misstates the | 03:22:59 |
| 7 | testimony. | 03:23:00 |
| 8 | BY MS. COOPER: | 03:23:01 |
| 9 | Q    If you don't know whether Uber has investigated | 03:23:02 |
| 10 | whether Mr. Levandowski stole the files, can Uber say | 03:23:05 |
| 11 | that he didn't? | 03:23:09 |
| 12 | MR. TATE:  Objection; calls for speculation. | 03:23:09 |
| 13 | Objection; form. | 03:23:14 |
| 14 | THE WITNESS:  They've never said one way or | 03:23:14 |
| 15 | another if they have or have not. | 03:23:17 |
| 16 | BY MS. COOPER: | 03:23:20 |
| 17 | Q    In the last paragraph of your deposition -- of | 03:23:26 |
| 18 | your declaration, paragraph 9 on page 2, you say you | 03:23:28 |
| 19 | have never seen any evidence of any use of Google or | 03:23:32 |
| 20 | Waymo information during your employment at Uber; is | 03:23:35 |
| 21 | that true? | 03:23:39 |
| 22 | A    Yes. | 03:23:40 |
| 23 | Q    Have you ever heard anybody talk about Google or | 03:23:41 |
| 24 | Waymo information being used at Uber? | 03:23:47 |
| 25 | A    No. | 03:23:49 |

Page 24