1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL PORTIONS OF ITS<br>MOTION TO COMPEL DEPOSITIONS<br>OF DAVID BONDERMAN AND<br>ARIANNA HUFFINGTON** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Motion to Compel Depositions of David Bonderman and Arianna Huffington.

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Highlighted Portions | Defendants (blue highlighting) |
| Ex. 1 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 2 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 3 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 4 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 5 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 7 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 8 to Waymo's Motion to Compel | Entire Document | Defendants |
| Ex. 9 to Waymo's Motion to Compel | Highlighted Portions | Defendants (blue highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. JACQUELINE S. CORLEY
United States Magistrate Judge