QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC' Administrative Motion to File Under Seal Exhibits to Their Motion to Compel Production of Documents (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of the Letter Brief to Compel Production of Documents ("Uber's Motion") and of the Pritt Declaration ISO Letter Brief to Compel Production of Documents ("Pritt Declaration"), as well as the entirety of Exhibits 3-6 to the Pritt Declaration.

3. The green highlighted portions of Uber's Motion, of the Pritt Declaration, and of Exhibits 3-5, and the portions of Exhibit 6 marked in red boxes contain or refer to confidential business information, which Waymo seeks to seal.

4. Uber's Motion and the Pritt Declaration (green highlighted portions), Exhibits 3-5 (green highlighted portions in versions filed herewith), and Exhibit 6 (portions marked in red boxes in version filed herewith) contain, reference, and/or describe Waymo's highly confidential and sensitive business information, including information related to confidential compensation information for Waymo employees and confidential details regarding Waymo's bonus program. Uber's Motion and the Pritt Declaration (green highlighted portions) additionally contain, reference, and/or describe confidential details regarding the results of Waymo's efforts in searching for documents in this litigation. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to sensitive information that could be used to Waymo's disadvantage. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's request to seal is narrowly tailored to those portions of Uber's Motion, the Pritt Declaration, and Exhibits 3-6 that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 7, 2017.

By  */s/ Felipe Corredor*
    Felipe Corredor
    Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By:  */s/ Charles K. Verhoeven*
     Charles K. Verhoeven