# EXHIBIT 3
# ENTIRE EXHIBIT
# SUBMITTED UNDER SEAL

**From:** L a r r y  P a g e <page@google.com>
**To:** David Lawee <dlawee@google.com>
**Sent:** Mon, 6 Dec 2010 16:21:37 -0800
**Subject:** Re: Chauffeur next phase

I'm not thinking of it as ████████████████████████
████████████████████████

-Larry


On Mon, Dec 6, 2010 at 2:56 PM, David Lawee <dlawee@google.com> wrote:
> perfect. That structure is my strong preference.
> I have folks meeting on it today as its been dragging and we need to get
> this over the goal line, get some certainty to the team, etc. I can find
> time to talk to you, and want to anyway, but just out of curiosity ████
████████████████████████████████████████
████████████
> David
>
> On Mon, Dec 6, 2010 at 2:20 PM, L a r r y  P a g e <page@google.com> wrote:
>>
>> We should probably chat about this, but my thoughts off the cuff would be:
>>
>> something like ████████████████████████████
████████████████████████████████
████████████████████
>>
████████████████████████████
████████████████████████████████
>>
>> -Larry
>>
>>
>>
>> On Wed, Dec 1, 2010 at 9:52 PM, David Lawee <dlawee@google.com> wrote:
>> > We have talked internally about 2 different structures:
>> > ████████████████████████████████
████████
████████████████████████████
████████████████████████████
████████████
████████████████████████████
████████████████████████████
████████
████████████████████████
█
████████████████████████████
█
████████████████████████████████
████
████████████████████████████
██ ████
████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

>> > ▇
▇
▇
▇
▇
▇
▇
▇
▇
>> > David
>> >
>> >
>> >
>> > On Wed, Dec 1, 2010 at 6:30 PM, L a r r y P a g e <page@google.com>
>> > wrote:
>> >>
>> >> not sure what you mean by that....Anthony just needs some structure
>> >> where he can make a lot if this thing is really successful.
>> >>
>> >> He also wants to put in ▇ so not sure how to deal with that.
>> >>
>> >> -Larry
>> >>
>> >>
>> >>
>> >> On Wed, Dec 1, 2010 at 4:39 PM, David Lawee <dlawee@google.com> wrote:
>> >> > Larry,
>> >> > I have thought about ▇
▇
▇
> ▇
▇
▇
▇
▇
▇
> ▇
▇
▇
▇
▇
▇
>> >> > Does this make sense?
>> >> > David
>> >> >
>> >> >
>> >> > ---------- Forwarded message ----------
>> >> > From: Sebastian Thrun <thrun@google.com>
>> >> > Date: Wed, Dec 1, 2010 at 4:17 PM
>> >> > Subject: Chauffeur next phase
>> >> > To: Neeraj Arora <narora@google.com>
>> >> > Cc: David Lawee <dlawee@google.com>
>> >> >
>> >> >
>> >> > Neeraj

```
>> >> >
>> >> > David asked me to loop you into the next phase for Project Chauffeur.
>> >> > We would like to ███████████████████████████████████
██████ ███████████████████████████████████████████████████████
██████ > ███████████████
>> >> > Can we meet to talk about some of the details?
>> >> >
>> >> > Also, Larry learned that our own Anthony Levandowski (along with 2
>> >> > other co-founders) own a company called 510 Systems that might be of
>> >> > value to Chauffeur, in that is it developing laser sensors and
>> >> > ██████
██████████████ that will be important to have in house. Larry would like
>> >> > us to do due diligence on a possible acquisition of this company.
>> >> >
>> >> > Finally, Larry asked us to do a general check on Anthony, and Anthony
>> >> > has supplied me with names we can call. Would you feel comfortable
>> >> > getting involved in this as well?
>> >> >
>> >> > Best
>> >> > Sebastian
>> >> >
>> >> >
>> >
>> >
>
>
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      WAYMO-UBER-00026140