# EXHIBIT 4
# ENTIRE EXHIBIT SUBMITTED UNDER SEAL

**From:** Sebastian Thrun <thrun@google.com>
**To:** Dirk Haehnel <haehnel@google.com>
**Sent:** Mon, 21 Mar 2011 08:12:33 -1000
**Subject:** Re: [chauf] Update

thanks for the update. I don't even know where this idea of ████████ ██████████ came along, given that ███████████████████ ███████████████████████████████

Anyhow, I am flying back today, so perhaps things smooth out in this coming week.

Best,
Sebastian


On Mon, Mar 21, 2011 at 7:55 AM, Dirk Haehnel <haehnel@google.com> wrote:
> Anthony approached me the day after you asked Andrew and me at TED what we
> would think about Anthony as the CEO. Mainly he wanted to know two things:
> what would be the requirement for me to ███████████████████ ███████████████████████████████████████ and
> if I would feel comfortable with him as the CEO. Back in Mountain View I
> talked with Chris and he confirmed that the role as CEO was indeed in
> discussion. That came with a surprise for me and luckily we talked before as
> I am not sure I wanted to hear from him the first time.
> Last Thursday Anthony talked with the whole team in a series of 1:1
> conversation. He talked with me later in the day and neither Russ or Jiajun
> wanted to talk what the conversation was about ('wait until he talks with
> you'). For me the conversation was uncomfortable and I might not be the only
> one who felt that way.
> Anthony made two points clear:
> 1. He was promised to get the position as CEO ███████████████ if he sells
> his company to Google. You opposed this in the last second with the reason
> that team members would leave if he would become CEO. And that you talked
> with the team members last week about it. He basically wanted to know what
> would be necessary to accept him as CEO and if it's true that you talked
> with the people.
> 2. He also made very clear that he does not want your intervention in the
> the entity on the current level.
> Chris did not commented anything of this. I have not seen him on Thursday
> (except later the day where he asked me if I wanted to tell him what
> Anthony's conversation was about). The delayed weekly meeting was the first
> time he said something about this topic. After the individual conversation
> people started to talk to each other in small groups (mainly 2) which
> increased the uncomfortable atmosphere that day.
> Two things that surprised me that day: 1. that a clear decision was made and
> 2. ████████████████████████████████████████████████████ Indeed I
> was thinking if I would work with Anthony as CEO. After last Thursday I am
> more confident to make a decision if necessary.
> From my perspective the only critic for Chris would be that he did not stop
> it. But I can't say what I would do in such situation.
> I don't know what happened between you, Chris, and Anthony (and I don't want
> to know it) but something got out of balance and Anthony's way of
> communication to the team did not help (at least for me).

```
> Dirk
>
>
> On Mon, Mar 21, 2011 at 12:44 AM, Sebastian Thrun <thrun@google.com> wrote:
>>
>> would love to get a run-down what actually happened. It feels that
>> much of this came from Chris/Anthony. What happened?
>>
>> Hawaii was amazing: robot.cc/hawai11
>> Sebastian
>>
>>
>>
>>
>> On Sun, Mar 20, 2011 at 3:04 PM, Dirk Haehnel <haehnel@google.com> wrote:
>> > I agree, the last couple of days were an useless distraction for the
>> > team.
>> > Everybody
>> > in the team were affected by this as Anthony talked with all of us in a
>> > 1:1
>> > conversation
>> > and I am not sure that it helped to avoid worries. I don't think that
>> > the
>> > whole situation was
>> > helpful for the team spirit and hopefully we can focus again on the
>> > technical challenges
>> > instead of team internal difficulties / actions.
>> > Can't agree more with the unfortunate situation for Chris...
>> > I really hope that in the next couple of days things calm down again and
>> > I
>> > wish you a nice
>> > vacation in Hawaii. You picked a really good time to leave the bay area.
>> > Lots and lots of
>> > rain...
>> > Dirk
>> >
>> >
>> >
>> > On Fri, Mar 18, 2011 at 8:08 PM, Sebastian Thrun <thrun@google.com>
>> > wrote:
>> >>
>> >> I am losing my enthusiasm for Anthony by the hour.... :(
>> >>
>> >> Whatever happened today, I feel this is a waste of energy and useless
>> >> worries. Sorry if this affected you (I don't know). Poor Chris.
>> >>
>> >> Sebastian
>> >>
>> >>
>> >>
>> >>
>> >> On Fri, Mar 18, 2011 at 3:27 PM, Dirk Haehnel <haehnel@google.com>
>> >> wrote:
>> >> > Thank you for the email.
>> >> > Dirk
>> >> >
```

```
>> >> > On Fri, Mar 18, 2011 at 3:07 PM, Sebastian Thrun <thrun@google.com>
>> >> > wrote:
>> >> >>
>> >> >> Hi Team
>> >> >>
>> >> >> I am sorry I wasn't able to participate in today's team meeting. I
>> >> >> heard there was quite a bit of heated discussion about the structure
>> >> >> of the team, the compensation model going forward, and the
>> >> >> relationship with Anthony's companies.
>> >> >>
>> >> >> Here is some background information. ███████████████
```
███ ███████████████████████████████████
███████████████████████████████████ ██
███████████████████████████████████
███ █████████████████████████████ ██
███ ████████████████████████████ ██
███ █
███ ████████████████████████████
███ ██████████████████████████████████
███ ████████████████████████████████
███ ████████████████████████████████
███ █████████████████████████████
█████████████████████
```
>> >> >> Right now, the document is still in the hands of legal and M&A, and
>> >> >> pretty much all tangible details are missing (e.g., actual numbers).
>> >> >> At some point soon we will have a version we can discuss. Everyone
>> >> >> should be involved in this.
>> >> >>
>> >> >> Somewhat independently, we have been trying to resolve Anthony's
>> >> >> conflict of interest, and to acquire his companies. There is an
>> >> >> ongoing discussion between Anthony and our M&A group. I should say
>> >> >> that Google had given Anthony permission to 510 System on the side,
>> >> >> so
>> >> >> there is nothing un-kosher here to my knowledge.
>> >> >>
>> >> >> I realize there was a lot of discussion  today about ████████
```
███ ███████████ and similar. I caution everyone not to get too
```
>> >> >> involved
>> >> >> into this. Here is some of the background. ████████████
```
████████████████████████████████████
███████
███ ██████████████████████████████████
███████
█████████████████████████████████ With the ongoing acquisitions discussions, Anthony, as the
```
>> >> >> head of 510 Systems (and the engineers that are being brought in),
>> >> >> has
>> >> >> suggested that the leadership of the project being transferred to
>> >> >> him,
>> >> >> and on a fairly rapid time scale. I have opposed this. If we
>> >> >> restructure, I want the entire team to be involved, and I have
>> >> >> through
>> >> >> the grapevines heard enough opinions that make me believe right now
>> >> >> is
>> >> >> not the perfect timinig for this. In the process of this discussion,
>> >> >> it became clear there is more than one highly qualified person to
```

```
>> >> >> whom
>> >> >> this could b e transferred. Most notably, of course, Chris, who has
>> >> >> done such an admirable job being the day-to-day manager. But these
>> >> >> are
>> >> >> really early discussions. I promise everyone on this team that I
>> >> >> will
>> >> >> consult with him/her before we make any modifications that would
>> >> >> change the structure. So for now, we leave things as they have been
>> >> >> -
>> >> >> modulo a potential merger with Anthony's companies.
>> >> >>
>> >> >> I think it's important to remember what we have achieved, and where
>> >> >> we
>> >> >> are going. We have achieved quite a bit: We have driven ███████
███████████, and we have significantly advanced the state-of-the-art. And
>> >> >> we
>> >> >> have a fantastic team. But in the grand scale of things, this is
>> >> >> still
>> >> >> a long way to go. We have not yet saved a single life. We have not
>> >> >> yet
>> >> >> enabled a single blind or disabled person to operate a car. We have
>> >> >> not saved a single gallon of gas.
>> >> >>
>> >> >> In the past months, we have gained new focus. Our next step is to
>> >> >> █
████████████████████████████████████████████████████████
████████████████████████████
███ █████████ This is a big big goal. We have climbed our first 4000m
>> >> >> mountain, and now we looking at a 8000m mountain. Everyone who has
>> >> >> climbed Shasta and considered climbing Everest knows this is more
>> >> >> than
>> >> >> twice as hard.
>> >> >>
>> >> >> I had a very inspiring discussion with Eric Schmidt about this. Eric
>> >> >> believes ████████████████████████████████████████████
███ ████████████████████████████████████████████████
███ █████████████████████████████████████████
███ ████████████████████████████████████████████
>> >> >> █
████████████████████████████████████████
███ █████
███ ████████████████████████████████████████
███ ████████
>> >> >>
>> >> >> Nest week, I'll organize a meeting to talk about compensation. While
>> >> >> many of the details are missing, I think I know enough to have a
>> >> >> meaningful discussion at this point. I'll have Sergio add something
>> >> >> to
>> >> >> our calendar.
>> >> >>
>> >> >> Meanwhile, feel free to contact me or Chris or anyone else with
>> >> >> thoughts/opinions/questions. I am also happy to talk in person. I
>> >> >> want
>> >> >> to make sure we don't forget the essentials of Chauffeur: We rock,
>> >> >> and
>> >> >> we will change the world. And we will do this as one happy team.
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WAYMO-UBER-00008938

```
>> >> >>
>> >> >> Best,
>> >> >> Sebastian
>> >> >>
>> >> >> --
>> >> >> You received this message as part of the Google "chauffeur" list
>> >> >> (chauffeur@google.com).
>> >> >> To unsubscribe and for more options, visit
>> >> >> http://groups.google.com/a/google.com/group/chauffeur
>> >> >
>> >> >
>> >
>> >
>
>
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
WAYMO-UBER-00008939