# EXHIBIT 5
# ENTIRE EXHIBIT SUBMITTED UNDER SEAL

**From:** Chris Urmson <curmson@google.com>
**To:** Ian ███████████████████
**Sent:** Wed, 2 Sep 2015 08:48:53 -0700
**Subject:** Re: Thanks
**Cc:** ███████████████████████

curmson - Chauffeur II.pdf

Ian,
sorry for the delay.  I've attached the plan.  Notionally the plan works like this:

[redacted]

[redacted]

The plan/contract document that I've included is a mess and was agreed to and negotiated by others.

Chris

On Tue, Sep 1, 2015 at 3:31 PM, Ian ███████████████████ wrote:

> Thanks Chris.
>
> The feeling is mutual.
>
> Could you also send a copy of ████████████████?
>
> Also want to understand ████████████████████████████████
> [redacted]
>
> [redacted]
>
> [redacted]
>
> Thanks. I found it really productive today.
>
> Ian
>
> **From:** Chris Urmson [mailto:curmson@google.com]
> **Sent:** Tuesday, September 01, 2015 3:11 PM
> **To:** Ian ██████
> **Subject:** Thanks

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                  WAYMO-UBER-00019667

Ian,

it's great to get a chance to work with you and the team. I'm looking forward to it. I've attached a copy of ███████ ███████████████████████████████████, please let me know.

Chris

--

Chris Urmson | Self-Driving Cars | curmson@google.com | 412-983-6681

This message is intended for the addressee only and may contain confidential or proprietary information. Any use or copying of this message or the information it contains other than by an intended recipient and for the purposes for which it was sent is prohibited. Allen & Company reserves the right to monitor and archive all e-mail communications as legally allowed.

--
Chris Urmson | Self-Driving Cars | curmson@google.com | 412-983-6681

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                      WAYMO-UBER-00019668