MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND HEARING AND EXHIBITS THERETO** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their
3  Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for
4  Expedited Briefing and Hearing and Exhibits Thereto.  Specifically, Defendants request an order
5  granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing and Hearing ("Motion") | Highlighted Portions | Plaintiff (green) |
| Declaration of Esther Chang | Highlighted Portions | Plaintiff (green) |
| Exhibits 2-7 and 14-16 to the Declaration of Esther Chang | Entire Documents | Plaintiff |
| Exhibits 12-13 to the Declaration of Esther Chang | Highlighted Portions | Plaintiff (green) |
| Exhibit 1 to the Declaration of Rudy Kim | Entire Document | Plaintiff |

20  The green-highlighted portions of the Motion, the green-highlighted portions of the
21  Declaration of Esther Chang, and the green-highlighted portions of Exhibits 12-13 to the Chang
22  Declaration, as well as the entireties of Exhibits 2-7 and 14-16 to the Chang Declaration and the
23  entirety of Exhibit 1 to the Declaration of Rudy Kim, contain information that has been
24  designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the
25  Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties
26  have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this
27  material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Declaration of

1 | Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal
2 | ("Yang Decl.") ¶ 3.)

3 |     Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
4 | documents at issue, with accompanying chamber copies.

5 |     Defendants served Waymo with this Administrative Motion to File Documents Under
6 | Seal on August 7, 2017.

7 |     For the foregoing reasons, Defendants request that the Court enter the accompanying
8 | Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
9 | designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
10 | ATTORNEYS' EYES ONLY."

Dated: August 7, 2017                MORRISON & FOERSTER LLP

By: */s/Arturo J. González*
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO
TRUCKING LLC