MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:	415.268.7000
Facsimile:	415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:	202.237.2727
Facsimile:	202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND HEARING AND EXHIBITS THERETO** |

1    I, Michelle Yang, declare as follows:

2    1.    I am an attorney at the law firm of Morrison & Foerster LLP. I make this
3 declaration based upon matters within my own personal knowledge and if called as a witness, I
4 could and would competently testify to the matters set forth herein. I make this declaration in
5 support of Defendants' Administrative Motion to File Under Seal Portions of Their Motion to
6 Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing
7 and Hearing and Exhibits Thereto.

8    2.    I have reviewed the following documents and confirmed that only the portions
9 identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing and Hearing ("Motion") | Highlighted Portions | Plaintiff (green) |
| Declaration of Esther Chang | Highlighted Portions | Plaintiff (green) |
| Exhibits 2-7 and 14-16 to the Declaration of Esther Chang | Entire Documents | Plaintiff |
| Exhibits 12-13 to the Declaration of Esther Chang | Highlighted Portions | Plaintiff (green) |
| Exhibit 1 to the Declaration of Rudy Kim | Entire Document | Plaintiff |

3.    The green-highlighted portions of the Motion, the green-highlighted portions of the Declaration of Esther Chang, and the green-highlighted portions of Exhibits 12-13 to the Chang Declaration, as well as the entireties of Exhibits 2-7 and 14-16 to the Chang Declaration and the entirety of Exhibit 1 to the Declaration of Rudy Kim, contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties

have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4. Defendants' request to seal is narrowly tailored to the portions of the Motion and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of August, 2017 at Cambridge, Massachusetts.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  August 7, 2017     */s/ Arturo J. González*
Arturo J. González