# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                         )
                                   )
            Plaintiff,             )
                                   ) Case No.
       vs.                         ) 3:17-cv-000939-WHA
                                   )
UBER TECHNOLOGIES, INC.;           )
OTTOMOTTO LLC; OTTO TRUCKING,      )
INC.,                              )
                                   )
            Defendants.            )
                                   )
```

\*\*\* HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY \*\*\*

VIDEOTAPED DEPOSITION OF ZACHARY MORRISS

San Francisco, California

Wednesday, July 26, 2017

Volume I

Reported by:

CARLA SOARES
CSR No. 5908
Job No. 2661294

Pages 1 - 295

```
                                                            Page 122
1    possibly be because there's █████████████████  11:57:59
2    as opposed to ████████████████████
3    BY MS. CHANG:
4        Q    Does ██████████████████████████
5             MR. SCHMIDT: Objection to form.      11:58:17
6             THE WITNESS: Yes.  To the best of my
7    knowledge, ████████████████████████████
8    ████████████
9    BY MS. CHANG:
10       Q    What is your understanding of what   11:58:28
11   ████████████████████████████ means?
12            MR. SCHMIDT: Objection to form.
13            THE WITNESS: As I understand it, it means
14   that there are ████████████████████████
15   ████████████████████████████████           11:58:40
16   BY MS. CHANG:
17       Q    Is that something that's known outside of
18   Waymo?
19            MR. SCHMIDT: Objection to form.
20            THE WITNESS: I'm confused.  Are ████  11:58:54
21   ████████ known outside of Waymo?
22   BY MS. CHANG:
23       Q    Yes.
24       A    Yes.  They're used in -- they're used in
25   ████████████                                   11:59:06
```

Page 123

| | | |
|---|---|---|
| 1 | Q    For the record, could you state what ▮ | 11:59:12 |
| 2 | stands for? | |
| 3 | A    A ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 4 | ▮▮▮▮ | |
| 5 | Q    Continuing on with Trade Secret 48 on | 11:59:32 |
| 6 | page 31 of Exhibit 1079, the next statement reads, | |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 8 | | |
| 9 | | |
| 10 | | 11:59:49 |
| 11 | | |
| 12 |        Do you know what is being referred to as | |
| 13 | the unique proprietary design? | |
| 14 |        MR. SCHMIDT:  Objection to form. | |
| 15 |        THE WITNESS:  It's tough for me to speak | 12:00:06 |
| 16 | to the legalese in here.  I would say that there are | |
| 17 | aspects of PBr -- sorry -- of KBr that are | |
| 18 | architecturally obvious.  But those are very | |
| 19 | high-level aspects, and getting the details right in | |
| 20 | the implementation are some of the special, unique | 12:00:21 |
| 21 | things to KBr that are not as obvious. | |
| 22 | BY MS. CHANG: | |
| 23 | Q    Starting with the obvious features, can | |
| 24 | you describe what aspects you would consider obvious | |
| 25 | of KBr? | 12:00:33 |

|    |                                                                                          |          |
|----|------------------------------------------------------------------------------------------|----------|
| 1  | BY MS. CHANG:                                                                            | 12:36:29 |
| 2  | Q   When you were working on ▇▇▇▇                                                        |          |
| 3  | ▇▇▇▇ for KBr, did you do any research                                                    |          |
| 4  | regarding ▇▇▇▇                                                                           |          |
| 5  | MR. SCHMIDT:  Objection to form.                                                         | 12:37:20 |
| 6  | THE WITNESS:  I certainly Googled ▇▇                                                     |          |
| 7  | designs and stuff like that to familiarize myself.                                       |          |
| 8  | I think I bought a book off of Amazon about fiber                                        |          |
| 9  | laser design.                                                                            |          |
| 10 | BY MS. CHANG:                                                                            | 12:37:35 |
| 11 | Q   During the course of that research, did                                              |          |
| 12 | you find that a ▇▇▇▇ was used in                                                         |          |
| 13 | LiDAR applications?                                                                      |          |
| 14 | MR. SCHMIDT:  Objection to form.                                                         |          |
| 15 | THE WITNESS:  ▇▇▇▇ is a                                                                  | 12:37:45 |
| 16 | known method of ▇▇▇▇                                                                     |          |
| 17 | LiDAR applications.                                                                      |          |
| 18 | But just because you have ▇▇ of                                                          |          |
| 19 | ▇▇ doesn't mean you have a successful                                                    |          |
| 20 | design that meets a certain spec or criteria.                                            | 12:38:00 |
| 21 | BY MS. CHANG:                                                                            |          |
| 22 | Q   During the course of your research, did                                              |          |
| 23 | you find that ▇▇▇▇                                                                       |          |
| 24 | ▇▇ were used in ▇▇▇▇                                                                     |          |
| 25 | applications?                                                                            | 12:38:12 |

| | | |
|---|---|---|
| 1 | MR. SCHMIDT: Objection. Form. | 12:38:14 |
| 2 | THE WITNESS: ▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| 3 | ▇▇▇▇▇▇▇▇ are used, yes, in the | |
| 4 | ▇▇▇▇▇▇▇▇▇▇▇▇ of ▇▇▇▇▇ | |
| 5 | lasers. | 12:38:25 |
| 6 | MS. CHANG: I'm done with my line of | |
| 7 | questioning. We can take a lunch break or we can | |
| 8 | continue on. | |
| 9 | MR. SCHMIDT: Now is probably a good time | |
| 10 | for lunch, I think. | 12:38:34 |
| 11 | THE VIDEO OPERATOR: We are off the record | |
| 12 | at 12:39 p.m. | |
| 13 | (Recess, 12:39 p.m. - 1:21 p.m.) | |
| 14 | THE VIDEO OPERATOR: We are back on the | |
| 15 | record at 1:21 p.m. | 13:21:00 |
| 16 | BY MS. CHANG: | |
| 17 | Q   I'm handing you what's been marked | |
| 18 | previously as Exhibit 1066. | |
| 19 | Do you recognize this document? | |
| 20 | A   I do not, no. | 13:21:24 |
| 21 | Q   This is a presentation titled "CDR: Laser: | |
| 22 | Team," having Bates No. WAYMO-UBER-00008220 to 8223. | |
| 23 | Do you know what CDR stands for? | |
| 24 | A   It's not coming to mind right now. | |
| 25 | Q   If you turn to the second page with Bates | 13:21:49 |

1   I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
    that any witnesses in the foregoing proceedings,
6   prior to testifying, were administered an oath; that
7   a record of the proceedings was made by me using
8   machine shorthand which was thereafter transcribed
9   under my direction; that the foregoing transcript is
10  a true record of the testimony given.
    Further, that if the foregoing pertains to
11  the original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [ ] was [ ] was not requested.
14  I further certify I am neither financially
    interested in the action nor a relative or employee
15  of any attorney or any party to this action.
16  IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18
19  Dated: July 27, 2017
20
21
22
23
24  *Carla Soares*
25  CARLA SOARES
    CSR No. 5908

Page 295