# EXHIBIT 13

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6        Plaintiff,
 7   vs.                          No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11        Defendants.
12   _____/
13
14      WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
15
16          VIDEOTAPED DEPOSITION OF GREGORY KINTZ
17                 SAN FRANCISCO, CALIFORNIA
18                 WEDNESDAY, APRIL 26, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2592507
24
25   PAGES 1 - 234
```

Page 1

```
 1      Q    Now, the use of a ████████████████ █
                                                              17:22
 2   ████████████████████████ that's known in the
 3   public; right?                                           17:22
 4           MR. JAFFE:  Objection; form.                     17:22
 5           THE WITNESS:  There are many applications of     17:22
 6   ████████████████████████████████████          █
 7   ██████████████████████████████████████████████ █
 8   ██████████████████████████████████████████████ █
 9   ████████████                                             17:22
10           MR. KIM:  Q.  And it's also known that you       17:22
11   could use ████████████████████████████████    █
12   ██████████████████████████████████████████; 17:22
13   correct?                                                 17:22
14           MR. JAFFE:  Objection; form.                     17:22
15           THE WITNESS:  Yes.  There are certainly          17:22
16   references in the public domain that discuss the         17:22
17   ██████████████████████████████████████████     █
18   ████████                                                 17:23
19           MR. KIM:  Q.  For a LiDAR application;           17:23
20   correct?                                                 17:23
21      A    For a LiDAR application.                         17:23
22      Q    Okay.  So the use of ███████████████ █
23   ██████████████████████████████████████         █
24   ███████████████████████████ that's not a Trade           17:23
25   Secret; right?                                           17:23
```

Page 193

```
 1      A    No.  The -- ███████████████████████        ███
        ████████████████████████████████████████        ███
        ████████████████████████████████████████████    ███
        ██████████████████████████████                  17:23
 5      Q    Where are the ████████████████████         ███
        ████████████                                    17:24
 7      A    I just misspoke and -- and mischaracterized  17:24
 8  the Trade Secret.  The Trade Secret really in this   17:24
 9  case, Trade Secret 48, just talks about ██████████   ███
        ██████                                          17:24
11           THE VIDEOGRAPHER:  1053.                    17:24
12           (Document marked Exhibit 1053               17:24
13            for identification.)                       17:24
14           MR. KIM:  So I've marked as Exhibit No. 1053,  17:24
15  which is a printout from a website.                  17:24
16      Q    You had mentioned that there are a lot of   17:24
17  vendors out there that sell ████████████████████     ███
        ████████████████████████████ including for LiDAR  17:24
19  applications.                                       17:24
20           Is this one example of that?                17:24
21      A    Yes.                                        17:24
22      Q    Okay.  And you'll note that in the paragraph,  17:24
23  it says:                                            17:25
24           ████████████████████████████████████████    ███
        █████████████████████████████                    17:25
```

Page 194

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 4/27/2017

ANDREA M. IGNACIO,

RPR, CRR, CCRR, CLR, CSR No. 9830

Page 234

Veritext Legal Solutions
866 299-5127