1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND HEARING**<br><br>Trial Date: October 10, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's (collectively, "Defendants") Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing and Hearing ("Motion to Strike"), and having given Plaintiff Waymo LLC ("Waymo") an opportunity to respond, the Court hereby GRANTS Defendants' Motion.

[IT IS HEREBY ORDERED that Defendants' Emergency Motion for Expedited Briefing and Hearing is GRANTED.]

IT IS HEREBY ORDERED that Defendants' Motion to Strike TS 25, 90, 96, and 111 is GRANTED.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND HEARING; Case No. 3:17-cv-00939-WHA
sf-3812495

1