MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendant. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF RUDY Y. KIM IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND HEARING**<br><br>Judge:　The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

I, Rudy Y. Kim, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Strike Vague and Overboard Trade Secret Claims and Emergency Motion for Expedited Briefing and Hearing.

2. On August 5, 2017, I emailed Waymo counsel to request a meet and confer with Waymo, identifying alleged Trade Secret Nos. ("TS") 25, 90, 96, and 111 as vague and overbroad.

3. On August 6, 2017, Jordan Jaffe responded on behalf of Waymo, stating that Uber's concerns about TS 25, 90, 96, and 111 were meritless.

4. Attached hereto as Exhibit 1 is a true and correct copy of my August 5, 2017 email and Mr. Jaffe's August 6, 2017 email.

5. On August 7, 2017, I met and conferred with Waymo's counsel and the Special Master about TS 25, 90, 96, and 111 and confirmed that the parties were at an impasse.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of August, 2017, in San Francisco, California.

*/s/ Rudy Y. Kim*
RUDY Y. KIM

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Rudy Y. Kim has concurred in this filing.

Dated: August 7, 2017             */s/ Arturo J. González*
                                   ARTURO J. GONZÁLEZ