# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                           )
                                     )
            Plaintiff,               )
                                     ) Case No.
            vs.                      ) 3:17-cv-000939-WHA
                                     )
UBER TECHNOLOGIES, INC.;             )
OTTOMOTTO LLC; OTTO TRUCKING,        )
INC.,                                )
                                     )
            Defendants.              )
_____)
```

\*\*\* HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY \*\*\*

VIDEOTAPED DEPOSITION OF ZACHARY MORRISS

San Francisco, California

Wednesday, July 26, 2017

Volume I

Reported by:

CARLA SOARES
CSR No. 5908
Job No. 2661294

Pages 1 - 295

```
1   possibly be because there's ▉▉▉▉▉▉▉▉▉▉▉▉              11:57:59
2   as opposed to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
3   BY MS. CHANG:
4       Q   Does ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
5           MR. SCHMIDT:  Objection to form.              11:58:17
6           THE WITNESS:  Yes.  To the best of my
7   knowledge, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
8   ▉▉▉▉▉▉▉▉
9   BY MS. CHANG:
10      Q   What is your understanding of what            11:58:28
11  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ means?
12          MR. SCHMIDT:  Objection to form.
13          THE WITNESS:  As I understand it, it means
14  that there are ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
15  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                11:58:40
16  BY MS. CHANG:
17      Q   Is that something that's known outside of
18  Waymo?
19          MR. SCHMIDT:  Objection to form.
20          THE WITNESS:  I'm confused.  Are ▉▉▉▉▉▉       11:58:54
21  ▉▉▉▉▉▉ known outside of Waymo?
22  BY MS. CHANG:
23      Q   Yes.
24      A   Yes.  They're used in -- they're used in
25  ▉▉▉▉▉▉▉▉                                              11:59:06
```

| | | |
|---|---|---|
| 1 | Q   For the record, could you state what ███ | 11:59:12 |
| 2 | stands for? | |
| 3 | A   A ████████████████████████████ | |
| 4 | ███████ | |
| 5 | Q   Continuing on with Trade Secret 48 on | 11:59:32 |
| 6 | page 31 of Exhibit 1079, the next statement reads, | |
| 7 | ████████████████████████████████████████ | |
| 8 | ████████████████████████████████████████ | |
| 9 | ████████████████████████████████████████ | |
| 10 | ████████████████████████████████████████ | 11:59:49 |
| 11 | ████████████████████████████████████████ | |
| 12 | Do you know what is being referred to as | |
| 13 | the unique proprietary design? | |
| 14 | MR. SCHMIDT:   Objection to form. | |
| 15 | THE WITNESS:   It's tough for me to speak | 12:00:06 |
| 16 | to the legalese in here.  I would say that there are | |
| 17 | aspects of PBr -- sorry -- of KBr that are | |
| 18 | architecturally obvious.  But those are very | |
| 19 | high-level aspects, and getting the details right in | |
| 20 | the implementation are some of the special, unique | 12:00:21 |
| 21 | things to KBr that are not as obvious. | |
| 22 | BY MS. CHANG: | |
| 23 | Q   Starting with the obvious features, can | |
| 24 | you describe what aspects you would consider obvious | |
| 25 | of KBr? | 12:00:33 |

|  |  |  |
|---|---|---|
| 1 | BY MS. CHANG: | 12:36:29 |
| 2 | Q   When you were working on ▇▇▇ | |
| 3 | ▇▇▇ for KBr, did you do any research | |
| 4 | regarding ▇▇▇ | |
| 5 | MR. SCHMIDT:  Objection to form. | 12:37:20 |
| 6 | THE WITNESS:  I certainly Googled ▇▇▇ | |
| 7 | designs and stuff like that to familiarize myself. | |
| 8 | I think I bought a book off of Amazon about fiber | |
| 9 | laser design. | |
| 10 | BY MS. CHANG: | 12:37:35 |
| 11 | Q   During the course of that research, did | |
| 12 | you find that a ▇▇▇ was used in | |
| 13 | LiDAR applications? | |
| 14 | MR. SCHMIDT:  Objection to form. | |
| 15 | THE WITNESS:  ▇▇▇ is a | 12:37:45 |
| 16 | known method of ▇▇▇ | |
| 17 | LiDAR applications. | |
| 18 | But just because you have ▇▇▇ of | |
| 19 | ▇▇▇ doesn't mean you have a successful | |
| 20 | design that meets a certain spec or criteria. | 12:38:00 |
| 21 | BY MS. CHANG: | |
| 22 | Q   During the course of your research, did | |
| 23 | you find that ▇▇▇ | |
| 24 | ▇▇▇ were used in ▇▇▇ | |
| 25 | applications? | 12:38:12 |

| | | |
|---|---|---|
| 1 | MR. SCHMIDT: Objection. Form. | 12:38:14 |
| 2 | THE WITNESS: ███████████████ | |
| 3 | ████████████ are used, yes, in the | |
| 4 | ████████████████████████ of ████████ | |
| 5 | lasers. | 12:38:25 |
| 6 | MS. CHANG: I'm done with my line of | |
| 7 | questioning. We can take a lunch break or we can | |
| 8 | continue on. | |
| 9 | MR. SCHMIDT: Now is probably a good time | |
| 10 | for lunch, I think. | 12:38:34 |
| 11 | THE VIDEO OPERATOR: We are off the record | |
| 12 | at 12:39 p.m. | |
| 13 | (Recess, 12:39 p.m. - 1:21 p.m.) | |
| 14 | THE VIDEO OPERATOR: We are back on the | |
| 15 | record at 1:21 p.m. | 13:21:00 |
| 16 | BY MS. CHANG: | |
| 17 | Q  I'm handing you what's been marked | |
| 18 | previously as Exhibit 1066. | |
| 19 | Do you recognize this document? | |
| 20 | A  I do not, no. | 13:21:24 |
| 21 | Q  This is a presentation titled "CDR: Laser: | |
| 22 | Team," having Bates No. WAYMO-UBER-00008220 to 8223. | |
| 23 | Do you know what CDR stands for? | |
| 24 | A  It's not coming to mind right now. | |
| 25 | Q  If you turn to the second page with Bates | 13:21:49 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
   that any witnesses in the foregoing proceedings,
6  prior to testifying, were administered an oath; that
7  a record of the proceedings was made by me using
8  machine shorthand which was thereafter transcribed
9  under my direction; that the foregoing transcript is
10 a true record of the testimony given.
    Further, that if the foregoing pertains to
11 the original transcript of a deposition in a Federal
12 Case, before completion of the proceedings, review
13 of the transcript [ ] was [ ] was not requested.
    I further certify I am neither financially
14 interested in the action nor a relative or employee
15 of any attorney or any party to this action.
16     IN WITNESS WHEREOF, I have this date
17 subscribed my name.
18
19 Dated: July 27, 2017
20
21
22
23
24     *Carla Soares*
25     CARLA SOARES
    CSR No. 5908

Page 295