# EXHIBIT 17

# Yang, Michelle C.Y.

| | |
|---|---|
| **From:** | Chang, Esther Kim |
| **Sent:** | Monday, August 07, 2017 2:46 PM |
| **To:** | QE-Waymo (qewaymo@quinnemanuel.com) (qewaymo@quinnemanuel.com); Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com); John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com) |
| **Cc:** | Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); UberWaymoMoFoAttorneys |
| **Subject:** | Waymo v. Uber: Briefing schedule for motion to strike |

Counsel,

Pursuant to the meet and confer this morning, please let us know by 3 pm Pacific today if Waymo agrees to a shortened briefing schedule for the motion to strike Waymo's overbroad trade secrets.  In particular, please let us know if Waymo agrees to file its opposition by Friday 8/11 at noon, as proposed by the Special Master.

**Esther Kim Chang**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
Tel: (415) 268.7562 | Fax: (415) 276.7308
EChang@mofo.com | www.mofo.com