MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendant. | Case No.　　3:17-cv-00939-WHA<br><br>**NOTICE OF CORRECTION**<br><br>Trial Date: October 10, 2017 |

NOTICE OF CORRECTION
Case No. 3:17-cv-00939-WHA
sf-3812624

1  The docket entry for Uber Technologies, Inc. and Ottomotto LLC's Motion to Strike

2  Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing and

3  Hearing (Dkt. 1108) incorrectly identified Otto Trucking instead of Ottomotto LLC as one of the

4  parties bringing the motion.  This notice corrects that inadvertent error.

5

6  Dated: August 7, 2017                    MORRISON & FOERSTER LLP

7

8                                           By:   */s/ Arturo J. González*
                                                  ARTURO J. GONZÁLEZ
9
                                                  Attorneys for Defendants
10                                                UBER TECHNOLOGIES, INC.
                                                  and OTTOMOTTO LLC
11

NOTICE OF CORRECTION
CASE NO. 3:17-CV-00939-WHA                                                                    1
sf-3812624