IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER SHORTENING TIME<br>TO HEAR MOTION TO<br>STRIKE CERTAIN TRADE<br>SECRET CLAIMS** |

Defendants Uber Technologies, Inc., and Ottomotto LLC (collectively, "Uber") have filed a motion to strike certain trade secret claims asserted by plaintiff Waymo LLC (Dkt. No. 1108). A hearing on the motion is set for **AUGUST 16 AT 8:00 A.M.** Waymo shall file a response not to exceed **TEN PAGES** in length by **AUGUST 11 AT NOON**. Uber may file a reply not to exceed **FIVE PAGES** in length by **AUGUST 14 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE