QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN R. JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, Jordan R. Jaffe, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's Preliminary Claim Constructions Under Patent Local Rule 4-2.

3. Attached as Exhibit 2 is a true and correct copy of the definition of "diode" from the Authoritative Dictionary of IEEE Standards Terms, 7th Ed. (2000).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 7, 2017            */s Jordan R. Jaffe*
                                 Jordan R. Jaffe

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan R. Jaffe.

                                 */s/ Charles K. Verhoeven*
                                 Charles K. Verhoeven

-2-   Case No. 3:17-cv-00939-WHA
DECLARATION OF JORDAN R. JAFFE