# EXHIBIT 2

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*            *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

---

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

---

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21
                                                       00-050601

**digitize** (1) (mathematics of computing) To express analog data in digital form. (C) 1084-1986w
(2) (computer graphics) To convert graphical data, such as a drawing, into digital data that can be processed by a computer graphics system. (C) 610.6-1991w
(3) To convert an analog signal to a digital signal. (C) 610.7-1995

**digitized image** See: digital image.

**digitizer** A graphic input device that converts analog data, such as those derived from a drawing, into digital form. Examples include optical scanners and graphic tablets. Synonym: quantizer. See also: data tablet. (C) 610.10-1994w, 610.6-1991w

**digit place** (A) In a positional notation system, a position corresponding to a given power of the radix. (B) A location in which a digit may occur in a numeral. Synonyms: position; digit position; symbol rank; place. (C) 1084-1986

**digit position** See: digit place.

**digit punch** A punch in one of the punch rows designated as 1 through 9 of a twelve-row punch card. Contrast: zone punch. (C) 610.10-1994w

**digit transformation function** A hash function that returns a permutation of the original key with one or more digits removed. For example, in the function below, every other digit is dropped from the original key.

| Original key | Hash value |
|---|---|
| 964721 | 942 |
| 78394 | 734 |

(C) 610.5-1990w

**digraph** See: directed graph.

**dim** Abbreviation for DIMENSION, indicating the maximum functional capability designed into an end device. See also: function-limiting control table. (AMR/SCC31) 1377-1997

**dimension** (1) (metric practice) A geometric element in a design, such as length or angle, or the magnitude of such a quantity. (QUL/SCC14) 268-1982s, SI 10-1997
(2) The number of degrees of freedom of a physical quantity. For example, an electric field, which is a spatial vector quantity, has dimension 3. (IM/ST) 1451.1-1999

**dimension, critical mating** See: critical mating dimension.

**diminished-radix complement (mathematics of computing)** The complement obtained by subtracting each digit of a given numeral from the largest digit in the numeration system. For example, ones complement in binary notation, nines complement in decimal notation. Synonyms: complement on $n - 1$; radix-minus-one complement; base-minus-one complement. Contrast: radix complement. (C) 1084-1986w

**diminishing increment sort** An insertion sort in which the items in the set to be sorted are divided into subsets, each containing N items; the corresponding items in the subsets are ordered using an insertion sort; and this process is repeated using subsets of diminishing size until the subsets are of size 1. Synonyms: Shell's method; Shell sort. (C) 610.5-1990w

**dimmed** A visual effect on an object, such as a reduction in brightness or color, indicating that it cannot be selected or accept input. (C) 1295-1993w

**dimming reactor (thyristor)** A reactor that may be inserted in a lamp circuit at will for reducing the luminous intensity of the lamp. Note: Dimming reactors are normally used to dim headlamps, but may be applied to other circuits, such as gauge lamp circuits. (EEC/PE) [119]

**diode** (1) (electron tube) A two-electrode electron tube containing an anode and a cathode. See also: equivalent diode. (ED) 161-1971w
(2) (semiconductor) A semiconductor device having two terminals and exhibiting a nonlinear voltage-current characteristic; in more-restricted usage, a semicondutor device that has the asymmetrical voltage-current characteristic exemplified by a single p-n junction. See also: semiconductor. (ED) 216-1960w
(3) A semiconducting device used to permit current flow in one direction and to inhibit current flow in the other direction. Synonym: rectifier. (C) 610.10-1994w

**diode array** An integrated circuit that contains two or more diodes. (C) 610.10-1994w

**diode characteristic (multielectrode tube)** The composite electrode characteristic taken with all electrodes except the cathode connected together. (ED) 161-1971w

**diode-current-balancing reactor** A reactor with a set of mutually coupled windings that, operating in conjunction with other similar reactors, forces substantially equal division of current among the parallel paths of a rectifier circuit element. See also: reactor. (PE/TR) [57]

**diode equivalent** The imaginary diode consisting of the cathode of a triode or multigrid tube and a virtual anode to which is applied a composite controlling voltage such that the cathode current is the same as in the triode or multigrid tube. (ED) 161-1971w

**diode function generator (analog computer)** A function generator that uses the transfer characteristics of resistive networks containing biased diodes. The desired function is approximated by linear segments whose values are manually inserted by means of potentiometers and switches. (C) 165-1977w

**diode fuses (semiconductor rectifiers)** Fuses of special characteristics connected in series with one or more semiconductor rectifier diodes to disconnect the semiconductor rectifier diode in case of failure and protect the other components of the rectifier. Note: Diode fuses may also be employed to provide coordinated protection in case of overload or short-circuit. See also: semiconductor rectifier stack. (IA) [62]

**diode laser** See: injection laser diode.

**diode-transistor logic (DTL)** A family of bipolar integrated circuit logic formed by diodes, transistors, and resistors; characterized by medium speed, low power dissipation, high drive capability and low cost. (C) 610.10-1994w

**dip** (1) (electroplating) A solution used for the purpose of producing a chemical reaction upon the surface of a metal. See also: electroplating. (EEC/PE) [119]
(2) See also: sag. (SCC22) 1346-1998

**DIP** See: dual in-line package.

**diplex filter** A filter having a low pass and high pass filter that divide the frequency spectrum into two separate frequency bands that do not overlap. The conventional designation assigns the low band of frequencies to the inbound path, and the high band of frequencies to the outbound path. The diplex filter allows the placement of duplex signals onto a cable by the use of frequency division multiplexing. (LM/C) 802.7-1989r

**diplex operation (data transmission)** The simultaneous transmission or reception of two signals using a specified common feature, such as a single antenna or a single carrier. (PE) 599-1985w

**diplex radio transmission** The simultaneous transmission of two signals using a common carrier wave. See also: radio transmission. (AP/ANT) 145-1983s

**dip needle** A device for indicating the angle between the magnetic field and the horizontal. See also: magnetometer. (EEC/PE) [119]

**dipole** See: folded dipole; Hertzian electric dipole; dipole antenna; electrically short dipole; half-wave dipole; Hertzian magnetic dipole; magnetic dipole; microstrip dipole.

**dipole antenna (overhead-power-line corona and radio noise)** Any one of a class of antennas having a radiation pattern approximating that of an elementary electric dipole. Note: Common usage considers the dipole antenna to be a metal radiating or receiving structure that supports a line current distribution similar to that of a thin straight wire, a half-wavelength long, so that the current has a node at each end of the antenna. Synonym: doublet.
(T&D/PE/AP/ANT) 539-1990, 145-1993, 599-1985w