QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL TEXT MESSAGES** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal confidential information in its Motion to Compel Text Messages ("Waymo's Administrative Motion"). Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion to Compel Text Messages ("Waymo's Motion") | Highlighted in Blue | Defendants |
| Exhibit 2 to Waymo's Motion | Highlighted in Blue | Defendants |
| Exhibit 5 to Waymo's Motion | Entire Document | Defendants |
| Exhibit 6 to Waymo's Motion | Entire Document | Defendants |
| Exhibit 7 to Waymo's Motion | Highlighted in Blue | Defendants |
| Exhibit 8 to Waymo's Motion | Entire Document | Defendants |
| Exhibit 9 to Waymo's Motion | Entire Document | Defendants |
| Exhibit 10 to Waymo's Motion | Entire Document | Defendants |
| Exhibit 11 to Waymo's Motion | Entire Document | Defendants |

3. Waymo's Motion and exhibits contain information that Defendants and/or Mr. Kalanick have designated as confidential and/or highly confidential.

4. Waymo takes no position on the merits of sealing Defendants' designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 7, 2017.

By */s/ Lindsay Cooper*
Lindsay Cooper
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven