1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL TEXT MESSAGES** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal certain information in its Motion to Compel Text Messages ("Waymo's Administrative Motion").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Motion to Compel Text Messages ("Waymo's Motion") | Highlighted in Blue |
| Exhibit 2 to Waymo's Motion | Highlighted in Blue |
| Exhibit 5 to Waymo's Motion | Entire Document |
| Exhibit 6 to Waymo's Motion | Entire Document |
| Exhibit 7 to Waymo's Motion | Highlighted in Blue |
| Exhibit 8 to Waymo's Motion | Entire Document |
| Exhibit 9 to Waymo's Motion | Entire Document |
| Exhibit 10 to Waymo's Motion | Entire Document |
| Exhibit 11 to Waymo's Motion | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge