QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JEFF NARDINELLI** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of an email sent by Jordan Jaffe and May 25, 2017.

3. Attached as Exhibit 2 is a true and correct copy of an email sent by Andrea Roberts on June 8, 2017.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of Waymo's Second Set of Expedited Requests for Production, served in this action on May 26, 2017.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of Waymo's Third Set of Requests for Production, served in this action on May 31, 2017.

6. Attached as Exhibit 5 is a true and correct copy of an email and attachment received from Betsy Popken on August 4, 2017.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from a document produced by Uber in this action bearing Bates number UBER00155960.

8. Attached as Exhibit 7 is a true and correct copy of an email sent by James Judah on August 4, 2017.

9. Attached as Exhibit 8 is a true and correct copy of a document produced by Anthony Levandowski in this action bearing Bates number LEV_002310.

10. Attached as Exhibit 9 is a true and correct copy of a document produced by Anthony Levandowski in this action bearing Bates number LEV_002242.

11. Attached as Exhibit 10 is a true and correct copy of a document produced by Uber in this action bearing Bates number UBER00073820.

12. Attached as Exhibit 11 is a true and correct copy of a document produced by Uber in this action bearing Bates number UBER00073811.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.

3
4  DATED: August 7, 2017    */s Jeff Nardinelli*
                                        Jeff Nardinelli

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                                     */s/ Charles K. Verhoeven*
                                     Charles K. Verhoeven