# EXHIBIT 7
# REDACTED VERSION
# OF DOCUMENT
# FILED UNDER SEAL

# James Judah

| | |
|---|---|
| **From:** | James Judah |
| **Sent:** | Friday, August 04, 2017 10:13 PM |
| **To:** | 'John Cooper'; Matthew Cate; mhaag@orrick.com; Brown, Walter F.; UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GPOttoTruckingWaymo@goodwinlaw.com |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v Uber - Discovery Correspondence |

John and Counsel –

We'd like to schedule a meet and confer call for Monday to set up a briefing schedule for Waymo's Motion to Compel Travis Kalanick's text messages, phone, and/or forensic image of same. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ We understand that the information discussed by the experts on today's call between Waymo's expert and Orrick's expert is not admissible or usable in any briefing to compel this discovery. If there is any admissible information about Mr. Kalanick's phone and efforts to collect responsive information from it that Uber and/or Mr. Kalanick would like to provide in advance of Waymo's Motion, then please provide it in writing before Monday. As you know, Uber has been under a Court Order to provide these text messages since May 11. Waymo cannot wait any longer to ask for the Court's assistance in obtaining this discovery.

Best,
James

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.