# EXHIBIT 4

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
3  davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
4  melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
5  johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
7  San Francisco, California  94111-4788
Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for Plaintiff WAYMO LLC

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | |
|---|---|
| WAYMO LLC | Case No. 3:17-cv-00939-JCS |
| Plaintiff, | **PLAINTIFF WAYMO LLC'S THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | Honorable William H. Alsup |
| Defendants. | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

21

<u>**PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,**</u>

23

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Waymo LLC

24

("Waymo") request that Defendants Uber Technologies, Inc. ("Uber"), Ottomotto, LLC

25

("Ottomotto"), and Otto Trucking LLC ("Otto Trucking" (collectively "Defendants"), produce for

26

inspection and copying within thirty days (30) hereof the documents set forth below at the offices

27

28  01980-00104/9336283.1

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  **REQUEST FOR PRODUCTION NO. 157:**

2  DOCUMENTS sufficient to show the reasons behind DEFENDANTS' and/or OTTO

3  TRUCKING's decision not to deploy self-driving trucks in Texas.

4  **REQUEST FOR PRODUCTION NO. 158:**

5  DOCUMENTS sufficient to show DEFENDANTS' past, present, and future plans to test

6  self-driving trucks in any state, INCLUDING (without limitation) Ohio, Nevada, Texas, Colorado,

7  Pennsylvania, Arizona, and California.

8  **REQUEST FOR PRODUCTION NO. 159:**

9  DOCUMENTS sufficient to show the total number of miles DEFENDANTS' self-driving

10  trucks have traveled each month in each state, broken out by month and by state.

11  **REQUEST FOR PRODUCTION NO. 160:**

12  DOCUMENTS sufficient to show DEFENDANTS' past, present, and future plans to test

13  self-driving trucks in any state, INCLUDING (without limitation) Ohio, Nevada, Texas, Colorado,

14  Pennsylvania, Arizona, and California.

15  **REQUEST FOR PRODUCTION NO. 161:**

16  All DOCUMENTS and COMMUNICATIONS REGARDING the naming of FUJI.

17  **REQUEST FOR PRODUCTION NO. 162:**

18  All DOCUMENTS and COMMUNICATIONS REGARDING the naming of SPIDER.

19  **REQUEST FOR PRODUCTION NO. 163:**

20  All DOCUMENTS and COMMUNICATIONS REGARDING the naming of OWL.

21  **REQUEST FOR PRODUCTION NO. 164:**

22  All COMMUNICATIONS between Brian McClendon and any PERSON REGARDING

23  LiDAR, OTTOMOTTO, OTTO TRUCKING, or LEVANDOWSI.

24  **REQUEST FOR PRODUCTION NO. 165:**

25  All COMMUNICATIONS between Travis Kalanick and any PERSON REGARDING

26  LiDAR, OTTOMOTTO, OTTO TRUCKING, or LEVANDOWSI.

27

28  01980-00104/9336283.1

PLAINTIFF WAYMO'S THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS