1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

WAYMO LLC,

Case No.      3:17-cv-00939-WHA

12

Plaintiff,

**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

13

v.

14

UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC; OTTO TRUCKING LLC,

15

16

Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1   Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's

2   ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good

3   cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents

4   Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

5

6

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Discovery Letter Brief Regarding Motion to Compel Additional Deposition of Pierre-Yves Droz | Highlighted Portions (green) |
| Exhibits 1, 3, and 6 | Entire Documents |
| Exhibit 4 | Highlighted Portions |

11

12   **IT IS SO ORDERED**.

13

14   Dated: _____, 2017

15                                              _____
                                               HONORABLE WILLIAM ALSUP
16                                             United States District Judge