# EXHIBIT 5

1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18 WAYMO LLC,                              | Case No.      3:17-cv-00939-WHA

19            Plaintiff,                    | **DEFENDANTS UBER
                                            | TECHNOLOGIES, INC. AND
20     v.                                   | OTTOMOTTO LLC'S SECOND
                                            | NOTICE OF DEPOSITION OF
21 UBER TECHNOLOGIES, INC.,                 | WAYMO LLC PURSUANT TO
   OTTOMOTTO LLC; OTTO TRUCKING LLC,        | FED. R. CIV. P. 30(b)(6)
22
            Defendants.                     | Trial Date: October 10, 2017
23

24

25

26

27

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

2       PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6),

3   Defendants Uber Technologies, Inc. and Ottomotto LLC will take the deposition of Plaintiff

4   Waymo LLC.  The deposition will commence on August 14, 2017, at 9:00 a.m., or on a mutually

5   agreeable date.  The deposition will take place at the offices of Morrison & Foerster LLP, located

6   at 425 Market Street, San Francisco, California 94105.  The deposition will be taken by a notary

7   public or other authorized officer and will continue from day to day until concluded, or may be

8   continued until completed at a future date or dates.  PLEASE TAKE FURTHER NOTICE that,

9   pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will be videotaped and

10  recorded stenographically.

11  **DEFINITIONS**

12      The following definitions shall apply throughout these requests, regardless of whether

13  upper or lower case letters are used:

14      1.      "Alleged Waymo Trade Secret(s)" shall mean the trade secrets listed in Waymo's

15  August 1, 2017 Notice Regarding Trade Secret Narrowing.

16      2.      "Uber" shall mean Uber Technologies, Inc. and any predecessor or successor

17  entities, any parents, subsidiaries, or affiliates, and any joint ventures in which Uber

18  Technologies, Inc. holds an interest; Persons owned or controlled by the foregoing in whole or in

19  part; and their officers, directors, employees, agents, representatives, accountants, financial

20  advisors, consultants, and attorneys.

21      3.      "Ottomotto" shall mean Ottomotto LLC and any predecessor or successor entities,

22  any parents, subsidiaries, or affiliates, and any joint ventures in which Ottomotto LLC holds an

23  interest; Persons owned or controlled by the foregoing in whole or in part; and their officers,

24  directors, employees, agents, representatives, accountants, financial advisors, consultants, and

25  attorneys.

26      4.      "Waymo," "Plaintiff," "You," and "Your" shall mean collectively and

27  individually: Waymo LLC (previously Project Chauffeur), Google Inc., and Alphabet Inc.; their

28  parents, predecessors, successors, assigns, affiliates, direct and indirect subsidiaries, and partners;

any joint venture in which Waymo LLC, Google Inc., and/or Alphabet Inc. hold an interest;

Persons owned or controlled by the foregoing in whole or in part; and their officers, directors,

employees, agents, representatives, accountants, financial advisors, consultants, and attorneys.

### INSTRUCTIONS

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Waymo shall designate

one or more of its officers, directors, partners, managing agents, or other Persons who consent to

testify on Waymo's behalf and who are the most knowledgeable with respect to the deposition

topics set forth below.  At least ten days in advance of the date of deposition, Waymo is directed

to provide to counsel for Uber a written designation of the name(s) and position(s) of the

person(s) designated to testify on each of the following topics.

### TOPICS

9.      The development of each of the Alleged Waymo Trade Secrets selected for trial,

including the time, cost, and specific people involved (including their respective contributions) in

developing each of those Alleged Trade Secrets, and any documents that reflect such

development.

10.     Waymo's awareness of the extent to which each of the Alleged Waymo Trade

Secrets selected for trial, or elements thereof, are known or practiced outside of Waymo.

Dated: August 2, 2017                          MORRISON & FOERSTER LLP

By:  /s/ Arturo J. González
                                                        Arturo J. González

Attorneys for Defendant
UBER TECHNOLOGIES, INC.