| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
|   | RudyKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone:  415.268.7000 |
| 7 | Facsimile:   415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
|    | 1401 New York Avenue, N.W. |
| 11 | Washington DC  20005 |
|    | Telephone:  202.237.2727 |
| 12 | Facsimile:   202.237.6131 |
| 13 | Attorneys for Defendants |
|    | UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.   3:17-cv-00939-WHA |
|  Plaintiff, | | **NOTICE OF CORRECTION** |
|  v. | | **[DKT. 1121]** |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
|  Defendant. | | |

NOTICE OF CORRECTION
Case No. 3:17-cv-00939-WHA
sf-3812688

The docket entry for Uber Technologies, Inc. and Ottomotto LLC's Discovery Letter Brief requesting that Pierre-Yves Droz appear for additional days of deposition (Dkt. 1121) inadvertently failed to include Otto Trucking as one of the parties bringing the motion. This notice corrects that inadvertent error.

Dated: August 8, 2017                MORRISON & FOERSTER LLP

                                     By:   */s/ Arturo J. González*
                                            ARTURO J. GONZÁLEZ

                                            Attorneys for Defendants
                                            UBER TECHNOLOGIES, INC.
                                            and OTTOMOTTO LLC