MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.        3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE [DKT NO. 1120]** |

**CERTIFICATE OF SERVICE**

1

2          I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause,
3   and I am over the age of eighteen years.

4          I further declare that on August 8, 2017, I served a true and correct copy of:

5   **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS'**
    **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR**
6   **DISCOVERY LETTER BRIEF REGARDING MOTION TO COMPEL**
    **ADDITIONAL DEPOSITION OF PIERRE-YVES DROZ AND EXHIBITS**
7   **THERETO;**

8   **[UNREDACTED] DEFENDANTS UBER TECHNOLOGIES INC., OTTOMOTTO**
    **LLC AND OTTO TRUCKING'S DISCOVERY LETTER BRIEF REQUESTING**
9   **THAT PIERR-YVES DROZ APPEAR FOR ADDITIONAL DAYS OF**
    **DEPOSITION;**

10  **[UNREDACTED] EXHIBITS 1, 3, 4 AND 6**

11

12  ☒      **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically
            mailing a true and correct copy through Morrison & Foerster LLP'S electronic mail
            system to the e-mail address(es) set forth below, or as stated on the attached service
13          list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

14

15

16

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com |

17

18

19

20

21

22

23

24

25

26

27

28

| Recipient | Email Address: |
|---|---|
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 8th day of August, 2017.


Thomas Pardini                                           */s/ Thomas Pardini*
(typed)                                                    (signature)


**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this

Certificate of Service.  In compliance with General Order 45, X.B., I hereby attest that

Thomas Pardini has concurred in this filing.

Dated: August 8, 2017                    */s/  Arturo J. González*
Arturo J. González