1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington, D.C.  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 *Counsel for Defendants*
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>Judge:      Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal exhibits to Uber's Motion to Compel Responses to Interrogatories. Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Pritt Declaration | Entire Document | Plaintiff |

The entirety of Exhibit 1 contains information that Waymo has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. (*See* Pritt Decl. ISO Uber's and Ottomotto's Administrative Motion to File Documents Under Seal, ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies. Uber served Waymo with this motion on August 8, 2017.

Dated: August 8, 2017

BOIES SCHILLER FLEXNER LLP

By:  */s/ Karen L. Dunn*
       Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC