MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Maxwell V. Pritt, declare as follows:

1.      I am counsel at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter.  I am a member in good standing of the Bar of the State of California.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Uber's Administrative Motion to File Under Seal Exhibits to Their Motion to Compel Responses to Interrogatories.

2.      I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Pritt Declaration | Entire Document | Plaintiff |

3.      The entirety of Exhibit 1 to the Pritt Declaration, contains information that Waymo designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case.

4.      Uber's request to seal is narrowly tailored to the information Waymo designated AEO.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of August, 2017 at Oakland, California.

Dated: August 8, 2017                    BOIES SCHILLER FLEXNER LLP

                                         By:  /s/ Maxwell V. Pritt
                                              Maxwell V. Pritt

1

## **ATTESTATION OF E-FILED SIGNATURE**

2        I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this

3   document.  In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has

4   concurred in this filing.

5   Dated: August 8, 2017

6                                                         */s/ Karen L. Dunn*
                                                         Karen L. Dunn
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MAXWELL V. PRITT ISO UBER'S AND OTTOMOTTO'S ADMIN. MTN TO FILE
UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO INTERROGATORIES
CASE NO. 3:17-CV-00939-WHA