1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's

Administrative Motion to File Documents Under Seal, and finding that good cause exists, this

Court hereby GRANTS Uber's and Ottomotto's Administrative Motion to File Documents Under

Seal, and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Pritt Declaration | Entire Document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge

1

[PROPOSED] ORDER GRANTING UBER'S AND OTTOMOTTO'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA