# EXHIBIT 1
# ENTIRE EXHIBIT
# SUBMITTED UNDER SEAL