MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:   202.237.2727
Facsimile:    202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF WENDY J. RAY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Wendy J. Ray, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies Inc. and Ottomotto LLC in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's and Ottomotto's motion to compel Waymo to respond to Interrogatory Nos. 26 and 27, and for an order that Waymo cannot object to Interrogatory Nos. 28 through 50 on the ground that Uber and Ottomotto exceeded the permissible number of interrogatories. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I attended a meet-and-confer call with the Special Master and counsel for Waymo on June 22, 2017. Maxwell Pritt, who is also counsel of record for Uber and Ottomotto, attended the call as well. During the meet-and-confer call, the Special Master instructed the parties that under Federal Rule of Civil Procedure 33, each party could serve 25 interrogatories on another party. The Special Master explained his conclusion meant Waymo could serve 25 interrogatories on each of Uber, Ottomotto, and Otto Trucking, and each defendant could serve 25 interrogatories on Waymo.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of August, 2017, in Los Angeles, California.

*/s/ Wendy J. Ray*
Wendy J. Ray

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Wendy J. Ray has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn