# EXHIBIT 6

# *State Of Delaware*

Entity Details

8/8/2017  11:16:18AM

| | | | |
|---|---|---|---|
| File Number: | 5858274 | Incorporation Date / Formation Date: | 1/15/2016 |
| Entity Name: | OTTOMOTTO LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status Date: | 1/15/2016 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER | | |
| City: | WILMINGTON | Country: | |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |