Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 189247)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TEHCNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND DISCOVERY** <br><br> Hearing Date: August 16, 2017 <br> Hearing Time: 8:00 a.m. <br> Judge:         Hon. William H. Alsup |

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby
3   joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's
4   ("Ottomotto") Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion
5   for Expedited Briefing and Discovery (Dkt. 1109). In support, Otto Trucking states as follows:

6   1. On June 7, 2017, the Court issued a Case Management Scheduling Order requiring
7   Waymo to reduce its list of 121 purported trade secrets to a final "lineup of trade secrets to be tried"
8   that was "less than ten" by August 1, 2017 [Dkt. 563].

9   2. On August 1, 2017, Waymo served its Notice Regarding Trade Secret Narrowing.

10  3. On August 7, 2017, Co-Defendants Uber and Ottomotto submitted its Motion to
11  Strike.

12  4. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments,
13  authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Docket No.
14  1109 for the reason that said response is equally applicable to Otto Trucking in the above-captioned
15  matter.

16  5. Otto Trucking joins and adopts Co-Defendants' Motion to Strike to best serve justice
17  and avoid unnecessary or duplicative, effort, time, or expense to the parties involved.

18  WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants'
19  Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited
20  Briefing and Hearing (Dkt. 1109).

21  Dated: August 8, 2017                                  Respectfully submitted,

                                                          By: /s/ Neel Chatterjee
                                                              Neel Chatterjee (SBN 173985)
                                                              *nchatterjee@goodwinlaw.com*
                                                              **GOODWIN PROCTER LLP**
                                                              135 Commonwealth Drive
                                                              Menlo Park, California 94025
                                                              Tel.: +1 650 752 3100
                                                              Fax.: +1 650 853 1038

                                                              Brett Schuman (SBN 189247)
                                                              *bschuman@goodwinlaw.com*
                                                              Shane Brun (SBN 189247)

*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant*
*Otto Trucking LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 8, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August 2017.

/s/ Neel Chatterjee
Neel Chatterjee