ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: sawyer@kerrwagstaffe.com

Attorneys for Non-Parties
SANDSTONE GROUP, LLC,
TYTO LIDAR, LLC, and
OGNEN STOJANOVSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE BY ADRIAN J. SAWYER** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Adrian J. Sawyer of Kerr & Wagstaffe LLP hereby

3 appears as counsel of record for non-parties Sandstone Group, LLC, Tyto LiDAR, LLC, and

4 Ognen Stojanovski.  Copies of all pleadings and notices pertaining to this action not otherwise

5 filed through the Court's electronic filing system should be directed to:

> ADRIAN J. SAWYER
> Kerr & Wagstaffe LLP
> 101 Mission Street, 18th Floor
> San Francisco, California 94105
> Telephone: (415) 371-8500
> Facsimile: (415) 371-0500
> Email: sawyer@kerrwagstaffe.com

Date: August 8, 2017                **KERR & WAGSTAFFE LLP**

By: /s/ Adrian J. Sawyer
ADRIAN J. SAWYER
Attorneys for Defendants, SANDSTONE GROUP, LLC, TYTO LIDAR, LLC, and OGNEN STOJANOVSKI