MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL WITH RESPECT TO ITS SECOND SUBPOENA SERVED ON NON-PARTY ANTHONY LEVANDOWSKI (DKT. 1085)**<br><br>Trial Date: October 10, 2017 |

1    I, Michelle Yang, declare as follows:

2    1.    I am an attorney at the law firm of Morrison & Foerster LLP.  I make this
3 declaration based upon matters within my own personal knowledge and if called as a witness, I
4 could and would competently testify to the matters set forth herein.  I make this declaration in
5 support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Motion to Compel
6 with Respect to Its Second Subpoena Served on Non-Party Anthony Levandowski (Dkt. 1085).

7    2.    I have reviewed the following documents and confirmed that only the portions
8 identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Motion to Compel with Respect to Its Second Subpoena Served on Non-Party Anthony Levandowski ("Motion") | Blue-Highlighted portions on page 2 |
| Exhibit 5 to Waymo's Motion | Blue-Highlighted portions |
| Exhibit 6 to Waymo's Motion | Entire Document |

15    3.    Certain blue-highlighted portions on page 2 of Waymo's Motion, and certain blue-
16 highlighted portions of Exhibit 5, contain highly confidential information regarding the structure
17 of a business agreement.  This business agreement structure is not publicly known, and its
18 confidentiality is strictly maintained.  I understand that disclosure of this business agreement
19 structure could harm Uber's competitive standing by allowing competitors insight into how Uber
20 structures its business relationships with other companies.

21    4.    Certain blue-highlighted portions on page 2 of Waymo's Motion, and the entirety
22 of Exhibit 6, contain highly confidential information regarding the corporate structure of a
23 company with whom Defendants have a business agreement.  Exhibit 6 is this company's
24 Operating Agreement containing confidential information regarding this company's ownership,
25 operations, and finances.  This highly confidential information is not publicly known, and its
26 confidentiality is strictly maintained.  I understand that if this information were to be released to
27 the public, Defendants' competitors and counterparties would have insight into the detailed

corporate structure and business information of a counterparty of an agreement with Defendants, which would allow them to tailor their own business strategy, such that Uber's competitive standing could be harmed.

5. Certain blue-highlighted portions of Exhibit 5 contain the email addresses and phone numbers of high-ranking current and former company employees, whose personal information could become compromised if disclosed to the public. Defendants seek to seal this information in order to protect the privacy of these current and former employees, as prominent individuals at the company are currently the subject of extensive media coverage. Disclosure of this information for such high-ranking current and former employees could expose them to harm or harassment.

6. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Motion and supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of August, 2017, at Cambridge, Massachusetts.

*/s/ Michelle Yang*
Michelle Yang

### ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 8, 2017                         */s/ Arturo J. González*
                                                                Arturo J. González