# Exhibit 5
# FILED UNDER SEAL

**Message**

**From**: Lior Ron ▮
**Sent**: 5/6/2016 12:44:56 AM
**To**: Cameron Poetzscher ▮
**CC**: ▮ Anthony Levandowski ▮ ]
**Subject**: Re: Tyto's ▮

Thanks for the quick turnaround Cam. We'll move swiftly to sign and get going.

Lior

On Thursday, May 5, 2016, Cameron Poetzscher ▮ wrote:

Anthony and Lior, we reviewed this and we're fine with it. Thanks.


-------- Original Message --------
**Subject:** Tyto's ▮
**From:** Lior Ron ▮
**To:** ▮, Cameron Poetzscher ▮
**CC:** Anthony Levandowski ▮
**Date:** 5/4/2016 11:19 PM

> Attaching the final ▮ negotiated and ready to be signed by Tyto. Let us know if you have any questions - we're ready to move and secure immediately.
>
> Thanks,
>
> Lior.

--
Cameron Poetzscher
Head of Corporate Development

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                  UBER00060588