OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** August 9, 2017   **Time:** 9:10 a.m. to 10:05 a.m. (55 minutes)   **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 17-cv-00939-WHA   **Case Name:** Waymo LLC v. Uber Technologies, Inc.

**Attorney for Plaintiff:** Charles Verhoeven, James Judah
**Attorney for Defendant:** Rachel Walsh, Daren Dunn, Edward Takashima
Attorney for Non-Party Lior Ron: Jonathan Patchen

**Deputy Clerk:** Tracy Kasamoto   **Court Reporter:** Kathy Sullivan

PROCEEDINGS

1) Discovery Hearing Re: Discovery Letter Brief for Waymo's Motion to Compel Re: Travis Kalanick Deposition filed by Waymo LLC. (Doc. No. 1060) - HELD

2) Discovery Hearing Re: Letter Brief for Waymo's Subpoena to Stroz Friedberg filed by Lior Ron. (Doc. No. 805) - HELD

ORDERED AFTER HEARING

RE: Doc. 1060 - The Court took the motion under submission.
RE: Doc. 805 - The Court directed Mr. Patchen to meet and confer with Waymo with the assistance of Mr. Cooper and attempt to resolve this issue.

**Order to be prepared by:**
[ ]   Plaintiff         [ ]   Defendant         [x]   Court