
Case 3:17-cv-00939-WHA   Document 1139   Filed 08/09/17   Page 1 of 3

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO UBER'S MOTION TO COMPEL WAYMO TO RUN ADDITIONAL SEARCH TERMS (DKT. 1089)**<br><br>Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Opposition to Uber's Motion to Compel Waymo to Run Additional Search Terms (Dkt. 1089).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 11 to Waymo's Opposition | Entire Document |

3. The entirety of Exhibit 11 is twelve instances of a mostly identical and highly confidential email exchange among Uber employees, including technical details regarding hardware and software systems of Uber's self-driving car project, such as system diagrams and technical details of specific modules that relate to the operation of the self-driving car. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. If this information were to be released to the public, Defendants' competitors and counterparties would have insight into technical details regarding Uber's self-driving car project, which would allow them to gain insight into how Defendants approach and solve various technical challenges regarding their vehicles. Disclosure of this information could harm Uber's competitive standing.

4. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Opposition and its supporting papers that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of August, 2017, at Washington, D.C.

          */s/ Michelle Yang*
          Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 9, 2017                                    */s/ Arturo J. González*
                                                                                Arturo J. González