

August 9, 2017

The Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Waymo LLC v. Uber Technologies, LLC et al.,* Case No. 3:17-cv-00939-WHA

Dear Judge Corley:

      This morning, during oral argument on Waymo's motion to compel production of documents and communications on the subject matter of Anthony Levandowski's downloading of Waymo files and the reasons for his pleading the Fifth Amendment, Dkt. 1060, I drew the Court's attention to a case addressing inadvertent waiver. That case is *Advertising to Women, Inc. v. Gianni Versace S.p.A.*, No. 98 C 1553, 1999 WL 608711 (N.D. Ill. Aug. 4, 1999), attached as Exhibit 1.

                                          Respectfully Submitted,

                                          */s/ Karen L. Dunn*

                                          Karen L. Dunn
                                          Counsel for Uber Technologies, Inc. and
                                          Ottomotto LLC

cc: counsel of record; Special Master John Cooper