1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9   Attorneys for WAYMO LLC

10                  UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                          CASE NO. 3:17-cv-00939-WHA

13          Plaintiff,                  **PLAINTIFF WAYMO LLC'S
                                        ADMINISTRATIVE MOTION TO FILE
14      vs.                             UNDER SEAL ITS OPPOSITION TO
                                        UBER'S MOTION TO COMPEL
15  UBER TECHNOLOGIES, INC.;            INTERROGATORIES**
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Opposition to Uber's Motion to Compel Interrogatories ("Waymo's Motion"), filed concurrently herewith.  Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Opposition to Uber's Motion to Compel Interrogatories ("Waymo's Motion") | Highlighted in Blue | Defendants |
| Exhibit 1 to Waymo's Motion | Entire Document | Lior Ron |
| Exhibit 2 to Waymo's Motion | Entire Document | Defendants |
| Exhibit 3 to Waymo's Motion | Highlighted in Blue | Defendants |

## I.      LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.     UBER'S AND MR. RON'S CONFIDENTIAL INFORMATION

Waymo seeks to seal these documents only because Defendants and/or Mr. Ron have designated the information confidential and/or highly confidential.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position on the merits of sealing the designated material, and expects Defendants and Mr. Ron to file one or more declarations in accordance with the Local Rules.

## III.    CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED:  August 9, 2017                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
　　　Charles K. Verhoeven
　　　Attorneys for WAYMO LLC