QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES D. JUDAH** |
|---|---|

I, James DuBois Judah, hereby declare as follows.

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. On June 22, 2017, I participated in a meet and confer with Special Master Cooper and counsel for Defendants. Among other topics, the parties discussed discovery limits, and in particular whether Defendant Otto Trucking was entitled to serve 25 of its own interrogatories, or whether Defendants collectively were limited to 25 interrogatories. Special Master Cooper offered his view that under the language of Rule 33, each party was entitled to 25 interrogatories. I have no recollection or contemporaneous notes of Special Master Cooper issuing a ruling on the issue of whether Uber and Ottomotto were considered a single party or two parties for purposes of Rule 33, or issuing a ruling that Uber and Ottomotto could each serve 25 interrogatories on Waymo.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 9, 2017                   */s James D. Judah*
                                        James D. Judah

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James D. Judah.

                                        */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven