# Exhibit 3
# Redacted Version of Document Filed Under Seal

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                     SAN FRANCISCO DIVISION
4                           ---oOo---
5
6    WAYMO LLC,
7           Plaintiff,
8    vs.                                No. 3:17-cv-00939-WHA
9    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
     _____/
12
13       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                   SAN FRANCISCO, CALIFORNIA
17                    MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

Page 1



```
 1   ████████████████████████████████  █
 █     █  █████████████████████████████  █
 █   ███████████████████████████████████  █
 █   █████████████████████             █
 █       █████████████████████████████  █
 █   ██████████████████████████         █
 █   ███████████████████████████████████
 █   ███████████████████████████       █
 █   ████████████████████████████      █
██   ██████████████████████████████    █
██   █████████                         █
██     █  ██████████████████████████   █
██     █  ███████████████████████      █
██   ████████████████████████████████  █
██   ████████████████████████████████  █
██   ██████████████████████████████    █
██   ███████████████████████           █
██         ███████████████████████████ █
██   ████████████████████████████████  █
██   █████████████████████████████████ █
██   ██████████████████████████        █
██     █  ████████████████████████████ █
██   ██████████████████████████████    █
██   █████████████████████████████               11:35
25         MR. JACOBS:   Objection --             11:35
```

Page 135

```
1     Q    Who is ▇▇▇▇▇▇?                                    16:32
2     A    I don't know.                                     16:32
3     Q    Who is ▇▇▇▇▇▇?                                    16:32
4     A    I know he's an employee of Otto.  I recognize     16:32
5  the name.                                                 16:32
6     Q    And do you -- other than knowing he is an --      16:32
7  an employee of Otto, do you know anything else about      16:32
8  him?                                                      16:32
9     A    No.                                               16:32
10         And when I say "employee of Otto," he's now       16:32
11 an employee of Uber, of course, but he was an employee    16:32
12 of Otto.                                                  16:32
13    Q    Right.                                            16:32
14         Was he formerly employed at Waymo?                16:32
15    A    I don't know.                                     16:32
16    Q    But for ▇▇▇ and ▇▇▇ you don't know --             16:32
17 you don't recognize those names as Otto employees?        16:32
18    A    No.                                               16:32
19    Q    And you don't recognize those names as            16:32
20 members of the team that Anthony Levandowski brought      16:32
21 to Otto?                                                  16:32
22    A    No.                                               16:32
23    Q    And is it correct that, under the terms of        16:32
24 the indemnification agreement, Uber agreed to             16:32
25 indemnify the signatories in the event of certain         16:32
```

Page 336