# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4                        ---oOo---

5

6    WAYMO LLC,

7            Plaintiff,

8    vs.                         No. 3:17-cv-00939-WHA

9    UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11           Defendants.

     _____/

12

13         HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

14

15              WAYMO LLC RULE 30(b)(6)

16       VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

17               PALO ALTO, CALIFORNIA

18              THURSDAY, AUGUST 3, 2017

19

20

21   REPORTED BY:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 2663199

25   PAGES 1 - 371

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      A    I do.                                       09:49

 2      Q    Next to Trade Secret No. 90 is Bernard      09:49

 3   Fidric.                                             09:49

 4           Do you see that name?                       09:49

 5      A    Uh-huh.                                     09:49

 6      Q    Aside from Mr. Fidric, was there anyone else 09:49

 7   directly involved in the development of Trade Secret 09:50

 8   No. 90?                                             09:50

 9      A    So directly involved?                       09:50

10      Q    Yes.                                        09:50

11      A    Yeah, I think Bernard was the only person.  09:50

12      Q    The only person?                            09:50

13      A    Yes.                                        09:50

14      Q    Are you knowledgeable about the development 09:50

15   of Trade Secret 90?                                 09:50

16      A    I am knowledgeable.                         09:50

17      Q    You are knowledgeable?                      09:50

18      A    Yes.                                        09:50

19      Q    And how are you knowledgeable?              09:50

20      A    By kind of being a side observer of the     09:50

21   development process.                                09:50

22      Q    Did you have conversations with Mr. Fidric  09:50

23   before your deposition today?                       09:50

24           MR. JAFFE:  So, I just want to caution you, I 09:50

25   think he's -- he's asking in preparation for your   09:50
```

Page 29

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | deposition, if you had. | 09:50 |
| 2 | THE WITNESS:  Okay. | 09:50 |
| 3 | MR. JAFFE:  So you can answer that yes or no. | 09:50 |
| 4 | THE WITNESS:  No, not in preparation of | 09:50 |
| 5 | the -- | 09:50 |
| 6 | MR. KIM:  Q.  You did not speak with him in | 09:50 |
| 7 | preparation for this deposition? | 09:50 |
| 8 | MR. JAFFE:  Same caution.  You can answer yes | 09:50 |
| 9 | or no. | 09:50 |
| 10 | THE WITNESS:  No. | 09:50 |
| 11 | MR. KIM:  Q.  Have you talked to Mr. Fidric | 09:50 |
| 12 | about this case at all? | 09:50 |
| 13 | MR. JAFFE:  So I want to caution you not to | 09:50 |
| 14 | reveal any attorney-client privileges.  So to the | 09:50 |
| 15 | extent that you've had conversations with Mr. Fidric | 09:51 |
| 16 | in the context of working with your attorneys, such as | 09:51 |
| 17 | me -- | 09:51 |
| 18 | THE WITNESS:  Yeah. | 09:51 |
| 19 | MR. JAFFE:  -- or anyone else in the legal | 09:51 |
| 20 | department, I instruct you not to answer. | 09:51 |
| 21 | But if you had conversations with him outside | 09:51 |
| 22 | of that context, you can answer. | 09:51 |
| 23 | MR. KIM:  Q.  And right now, I'm just asking | 09:51 |
| 24 | you if you've had conversations with him -- | 09:51 |
| 25 | A  So -- | 09:51 |

Page 30

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    -- about this case.  I believe you can answer | 09:51 |
| 2 | that yes or no. | 09:51 |
| 3 | MR. JAFFE:  Same caution.  Go ahead. | 09:51 |
| 4 | THE WITNESS:  I -- not that I can recall, | 09:51 |
| 5 | except for the -- the -- maybe talking about, you | 09:51 |
| 6 | know, date of depositions and things like this. | 09:51 |
| 7 | MR. KIM:  Q.  The date of the depositions? | 09:51 |
| 8 | A    Yes. | 09:51 |
| 9 | Q    So why did you tell Mr. Fidric about the date | 09:51 |
| 10 | of your deposition? | 09:51 |
| 11 | A    He is, you know, one of my reports.  Not the | 09:51 |
| 12 | date of my deposition; the date of his deposition. | 09:51 |
| 13 | He's one of my reports.  And so just in the scheduling | 09:51 |
| 14 | work, just understanding when he would be, like, | 09:51 |
| 15 | obviously, missing for today. | 09:51 |
| 16 | Q    So what did you do to prepare to testify as | 09:51 |
| 17 | Waymo's corporate designee on Trade Secret No. 90? | 09:51 |
| 18 | A    So I met with counsel.  We -- I reviewed | 09:52 |
| 19 | the -- you know, the trade secret list is one other | 09:52 |
| 20 | thing I reviewed.  The -- you know, the -- some of | 09:52 |
| 21 | the -- the -- the interrogatory responses. | 09:52 |
| 22 | And then I also reviewed the document that, | 09:52 |
| 23 | you know, this picture comes from.  I don't remember | 09:52 |
| 24 | the exact name of the presentation about the -- the | 09:52 |
| 25 | ███████████ | 09:52 |

Page 31

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | That's a non-exhaustive list, but that's what | 09:52 |
| 2 | I can remember. | 09:52 |
| 3 | Q   Okay.  And let me ask you the same question | 09:52 |
| 4 | generally. | 09:52 |
| 5 | So what did you do to prepare to testify for | 09:52 |
| 6 | your corporate witness deposition? | 09:52 |
| 7 | Did you meet with counsel? | 09:52 |
| 8 | MR. JAFFE:  So, I'm going to object to form | 09:52 |
| 9 | to that question. | 09:52 |
| 10 | I think he's asking you a yes-or-no question | 09:53 |
| 11 | at this point. | 09:53 |
| 12 | THE WITNESS:  Answer yes. | 09:53 |
| 13 | MR. KIM:  Q.  And when did you meet with | 09:53 |
| 14 | counsel? | 09:53 |
| 15 | MR. JAFFE:  Again, just caution the witness. | 09:53 |
| 16 | You can answer as to the time. | 09:53 |
| 17 | THE WITNESS:  Yesterday. | 09:53 |
| 18 | MR. KIM:  Q.  Yesterday, for how long? | 09:53 |
| 19 | MR. JAFFE:  Same caution.  Go ahead. | 09:53 |
| 20 | THE WITNESS:  The length of the day, so maybe | 09:53 |
| 21 | that would be seven or eight hours on this, maybe a | 09:53 |
| 22 | bit more. | 09:53 |
| 23 | MR. KIM:  Q.  And who was present at that | 09:53 |
| 24 | meeting with counsel? | 09:53 |
| 25 | MR. JAFFE:  Again, caution you not to reveal | 09:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to actually make sure that the -- that I want to make | 14:01 |
| 2 | sure it had, you know, the -- the basic information in | 14:01 |
| 3 | it, right, and not just from memory. | 14:01 |
| 4 | MR. KIM:  Q.  So was there something in there | 14:01 |
| 5 | that you had forgotten and remembered after looking at | 14:01 |
| 6 | it? | 14:02 |
| 7 | A    There's -- I mean, there's all -- you know, I | 14:02 |
| 8 | mean, the -- when we last time had, you know, looked | 14:02 |
| 9 | at document was quite a while back.  And so the -- | 14:02 |
| 10 | the -- I don't remember when, but -- and so that there | 14:02 |
| 11 | are things in it that I didn't remember and that, by | 14:02 |
| 12 | looking at it, I, after that, remembered. | 14:02 |
| 13 | Q    Okay.  And, aside from the '922 pat- -- | 14:02 |
| 14 | '936 patent, was there any other document that | 14:02 |
| 15 | contained information that you had forgotten until you | 14:02 |
| 16 | reviewed it yesterday? | 14:02 |
| 17 | A    Yeah, so another document, for example, was | 14:02 |
| 18 | the -- the, you know, schem- -- the -- the simulations | 14:02 |
| 19 | and schematics for simulation that I had done in -- | 14:02 |
| 20 | like, before -- you know, before coming up with the -- | 14:02 |
| 21 | the concept of '936.  And so we looked at this. | 14:02 |
| 22 | Q    What else? | 14:03 |
| 23 | A    The -- we looked at the -- an article from | 14:03 |
| 24 | the -- the Washington Post. | 14:03 |
| 25 | And there were a lot of documents.  I'm | 14:03 |

Page 174

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1     trying to remember all documents we looked at.          14:03

2          We looked at the -- I'm trying to remember.        14:03

3     I mean, the -- the trade secret list was one of them.   14:03

4     The interrogatory response was another.                 14:03

5          I mean, I have a hard time making an               14:03

6     exhaustive list because there was, like, a lot of       14:03

7     things.                                                 14:03

8          But the -- we looked at also, like, files          14:03

9     that were part of the -- the download.  So there was    14:04

10    one page of a schematic that came from, like, a GBr     14:04

11    schematic that came from SVN.                           14:04

12         There were also documents about, you know,         14:04

13    this -- this presentation that we talked about          14:04

14    earlier, like, ███████████████████████        ████      14:04

      ███  █████████████████████.                             14:04

16         And the -- we also looked at, I think, the         14:04

17    ERS, like, the GBr Tx ERS.                              14:04

18         And there was also a presentation, like, a         14:04

19    ████████████████████████████████████████████   ████     14:04

      ███  ███████████████████, that we looked at.            14:05

21         That's what I remember.  I mean, there may be      14:05

22    more, but I think that's what I remember now.           14:05

23     Q    So, what about that one-page schematic file       14:05

24    from the SVN?                                           14:05

25     A    Yes.                                              14:05

Page 175

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Do you want to take a break? | 14:42 |
| 2 | THE WITNESS:  Yes. | 14:42 |
| 3 | MR. KIM:  Okay. | 14:42 |
| 4 | THE VIDEOGRAPHER:  Going off the record.  The | 14:42 |
| 5 | time is 2:41 p.m. | 14:42 |
| 6 | (Recess taken.) | 14:42 |
| 7 | THE VIDEOGRAPHER:  Back on the record.  The | 15:30 |
| 8 | time is 3:29 p.m. | 15:30 |
| 9 | MR. KIM:  Okay.  Just a couple of | 15:30 |
| 10 | housekeeping issues before we get back to questioning. | 15:30 |
| 11 | So, at the break, I conferred with Waymo's | 15:30 |
| 12 | counsel about the production of documents used to | 15:30 |
| 13 | refresh the recollection of Mr. Droz. | 15:30 |
| 14 | And we reached agreement that plaintiff's | 15:30 |
| 15 | counsel, Mr. Jaffe, would e-mail us the documents that | 15:30 |
| 16 | refreshed Mr. Droz's recollection, and that we would | 15:30 |
| 17 | be responsible for printing out those exhibits, given | 15:30 |
| 18 | that this deposition is taking place at Morrison & | 15:30 |
| 19 | Foerster's offices. | 15:30 |
| 20 | The other housekeeping -- | 15:30 |
| 21 | MR. JAFFE:  Well, let me just -- I think | 15:31 |
| 22 | that's -- that's generally accurate.  I don't -- as I | 15:31 |
| 23 | stated in the e-mail that I sent you all at the break, | 15:31 |
| 24 | we don't believe that these are required under | 15:31 |
| 25 | Judge Alsup's standing order, for the reasons that I | 15:31 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | stated, which I think the question that you asked him | 15:31 |
| 2 | was about his preparation as a 30(b)(6) witness, and | 15:31 |
| 3 | that's what he answered.  And I don't think that's | 15:31 |
| 4 | what Judge Alsup's order is talking about. | 15:31 |
| 5 | But, as an offer of compromise and to avoid | 15:31 |
| 6 | any disputes, I told you I'd send you the documents, | 15:31 |
| 7 | which is what I did. | 15:31 |
| 8 | MR. KIM:  Okay.  And deposition Exhibit 1284, | 15:31 |
| 9 | just for the record, we've been talking about is | 15:31 |
| 10 | Exhibit I to Mr. Droz's declaration submitted in this | 15:31 |
| 11 | case in support of the -- Waymo's preliminary | 15:31 |
| 12 | injunction motion.  So I just wanted to state that for | 15:31 |
| 13 | the record as well. | 15:32 |
| 14 | MR. JAFFE:  Can we just pause for a second? | 15:32 |
| 15 | MR. KIM:  Can we go off the record? | 15:32 |
| 16 | THE VIDEOGRAPHER:  Here you go. | 15:32 |
| 17 | MR. KIM:  Okay. | 15:32 |
| 18 | Q   Mr. Droz, we were looking at Exhibit 1274, | 15:32 |
| 19 | which is a list of trade secrets. | 15:32 |
| 20 | A   Okay. | 15:32 |
| 21 | Q   And I wanted to direct your attention to | 15:32 |
| 22 | page 11. | 15:32 |
| 23 | A   (Witness complies.) | 15:32 |
| 24 | Okay. | 15:32 |
| 25 | Q   And ask you about Trade Secret No. 14.  And, | 15:32 |

Page 204

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | for four and a half days.  So -- so -- but I don't | 18:29 |
| 2 | want to disrupt the deposition because I've got to -- | 18:29 |
| 3 | I've got to catch -- but I'll stay as long as I can. | 18:29 |
| 4 | MR. KIM:  So I'll just state that we are six | 18:29 |
| 5 | hours into this deposition.  And due to multiple | 18:29 |
| 6 | reasons, including our position that Mr. Droz was not | 18:29 |
| 7 | sufficiently prepared to testify on the deposition | 18:29 |
| 8 | topics for which he was designated, and due to the | 18:29 |
| 9 | late production of documents that were used to refresh | 18:29 |
| 10 | his recollection, among other things, we are going to | 18:29 |
| 11 | hold this deposition open after seven hours, and | 18:29 |
| 12 | reserve the right to continue his deposition. | 18:30 |
| 13 | MR. JAFFE:  Were there -- were there any | 18:30 |
| 14 | documents that you didn't have printed out that I sent | 18:30 |
| 15 | you by e-mail? | 18:30 |
| 16 | MR. KIM:  Yes, I think a lot of them -- | 18:30 |
| 17 | MR. JAFFE:  A lot of them? | 18:30 |
| 18 | MR. KIM:  -- weren't printed out, yes. | 18:30 |
| 19 | MR. JAFFE:  How many? | 18:30 |
| 20 | MR. KIM:  I don't remember. | 18:30 |
| 21 | MS. CHAN:  We printed out the documents that | 18:30 |
| 22 | you sent us. | 18:30 |
| 23 | MR. JAFFE:  Right.  Right. | 18:30 |
| 24 | I'm asking, did you have -- previously | 18:30 |
| 25 | printed out? | 18:30 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          MR. KIM:  Yeah.  I -- I think there were        18:30
 2     multiple documents.  I don't remember exactly how    18:30
 3     many.                                                18:30
 4          MR. JAFFE:  And are you going to use them        18:30
 5     today?                                               18:30
 6          MR. KIM:  I -- if I get to them.  My whole       18:30
 7     point is, I don't think I'll have time to get to them.18:30
 8          MR. JAFFE:  So I don't know if we need to        18:30
 9     debate this.  If there's any specific point that you  18:30
10     view he wasn't prepared on the topics he was actually 18:30
11     designated for, let's discuss it.                    18:30
12          And if there's some amount of time that you      18:30
13     want to have beyond the seven hours today, so we can  18:30
14     avoid disputes, let's discuss it.                    18:30
15          MR. KIM:  Yeah.  Well, let's discuss it off      18:30
16     the record, because I don't want to waste my precious 18:30
17     time remaining hashing that out.                     18:30
18          MR. JAFFE:  That's fine.                         18:31
19          MR. KIM:  Okay.                                  18:31
20      Q   So Mr. Droz, before we go on, are you            18:31
21     available tomorrow for a continued deposition?        18:31
22          MR. JAFFE:  So I'm going to object.  That is     18:31
23     outside the scope.                                   18:31
24          You know, I'd like the opportunity to confer     18:31
25     with my client if you're asking for his deposition    18:31
```

Page 318

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  Okay.  I think I'm out of time.  As | 19:16 |
| 2 | mentioned, we're holding open this deposition and -- | 19:16 |
| 3 | MR. JAFFE:  How much more time do you want? | 19:17 |
| 4 | MR. KIM:  -- and reserve our right to | 19:17 |
| 5 | continue. | 19:17 |
| 6 | MR. JAFFE:  How much more time do you want? | 19:17 |
| 7 | MR. KIM:  I can't -- I can't say it right | 19:17 |
| 8 | now. | 19:17 |
| 9 | MR. JAFFE:  Won't even -- you won't even tell | 19:17 |
| 10 | me how much time you want? | 19:17 |
| 11 | We're ready.  We're sitting right now. | 19:17 |
| 12 | MR. KIM:  I think I would need at least -- | 19:17 |
| 13 | MR. JAFFE:  What do you want him to talk | 19:17 |
| 14 | about?  He's ready. | 19:17 |
| 15 | MR. KIM:  I think we could go another seven | 19:17 |
| 16 | hours. | 19:17 |
| 17 | MR. JAFFE:  You want to take another seven | 19:17 |
| 18 | hours now? | 19:17 |
| 19 | MR. KIM:  We -- you're asking me for an | 19:17 |
| 20 | outside limit.  I -- I don't want to constrain myself. | 19:17 |
| 21 | MR. JAFFE:  I'm trying to make this | 19:17 |
| 22 | productive, and you guys are plainly just angling to | 19:17 |
| 23 | gain this. | 19:17 |
| 24 | So, how much more time do you want?  Can we | 19:17 |
| 25 | solve this problem right now? | 19:17 |

Page 358

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  I -- I don't think so, unless we're | 19:17 |
| 2 | prepared to go another seven hours. | 19:17 |
| 3 | MR. JAFFE:  Seven hours?  That's your only | 19:17 |
| 4 | offer? | 19:17 |
| 5 | MR. KIM:  I -- look -- | 19:17 |
| 6 | MR. JAFFE:  What do you want him prepared | 19:17 |
| 7 | about? | 19:17 |
| 8 | MR. KIM:  -- I'm not going to be -- | 19:17 |
| 9 | MR. JAFFE:  What do you contend he's not | 19:17 |
| 10 | prepared about? | 19:17 |
| 11 | MR. KIM:  Among other things, he was not | 19:17 |
| 12 | prepared to talk about the cost of the -- | 19:17 |
| 13 | MR. JAFFE:  He wasn't designated on that.  I | 19:17 |
| 14 | said that 5,000 times. | 19:17 |
| 15 | MR. KIM:  He was up until the -- the start of | 19:18 |
| 16 | this deposition. | 19:18 |
| 17 | MR. JAFFE:  No. | 19:18 |
| 18 | MR. KIM:  There was no objection in your | 19:18 |
| 19 | communication to us. | 19:18 |
| 20 | MR. JAFFE:  I disagree. | 19:18 |
| 21 | MR. KIM:  We marked the e-mail as an exhibit | 19:18 |
| 22 | to this deposition.  So we have a disagreement on | 19:18 |
| 23 | that.  But if anything, you withdrew him at the last | 19:18 |
| 24 | minute -- | 19:18 |
| 25 | MR. JAFFE:  No. | 19:18 |

Page 359

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  -- after the deposition started. | 19:18 |
| 2 | MR. JAFFE:  I -- I disagree. | 19:18 |
| 3 | MR. KIM:  Can you -- | 19:18 |
| 4 | MR. JAFFE:  What I'm trying to do is ask you | 19:18 |
| 5 | what you want him to talk about.  Someone else is | 19:18 |
| 6 | going to be designated on cost. | 19:18 |
| 7 | MR. KIM:  He was also not prepared to talk | 19:18 |
| 8 | about the deposition for which he did not contribute | 19:18 |
| 9 | to the development and did not even bother to talk | 19:18 |
| 10 | to -- | 19:18 |
| 11 | MR. JAFFE:  The deposition he didn't | 19:18 |
| 12 | contribute to?  That doesn't make sense. | 19:18 |
| 13 | MR. KIM:  The trade secret that he was not | 19:18 |
| 14 | part of developing. | 19:18 |
| 15 | MR. JAFFE:  You didn't even put the document | 19:18 |
| 16 | in front of him. | 19:18 |
| 17 | MR. KIM:  Yeah, well, like I said, I -- | 19:18 |
| 18 | MR. JAFFE:  He has factual knowledge. | 19:18 |
| 19 | MR. KIM:  I have more time -- | 19:18 |
| 20 | MR. JAFFE:  Go forth. | 19:18 |
| 21 | You don't have anymore time. | 19:18 |
| 22 | MR. KIM:  Well -- | 19:19 |
| 23 | MR. JAFFE:  What do you want -- | 19:19 |
| 24 | MR. KIM:  Okay. | 19:19 |
| 25 | MR. JAFFE:  -- what do you want to do? | 19:19 |

Page 360

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            MR. KIM:  Okay.                           19:19

 2            MR. JAFFE:  Put the document in front of him.  19:19

 3    Ask him --                                        19:19

 4            MR. KIM:  We're going to have to -- we're  19:19

 5    going to have to continue the deposition anyway.  19:19

 6            MR. JAFFE:  He's -- not necessarily.  He's  19:19

 7    prepared to talk about Trade Secret 90.  Put the  19:19

 8    document in front of you.  Ask him questions.  I'm  19:19

 9    inviting you to do that right now.                19:19

10            MR. KIM:  Okay.  Let's -- if you want to   19:19

11    continue, we can continue.                        19:19

12            MR. JAFFE:  Well, I want to come to an     19:19

13    agreement.                                        19:19

14            MR. KIM:  Okay.  I'm not going to constrain  19:19

15    myself ahead of time to a outside limit.  Look, I'm  19:19

16    offering to continue the deposition for another day.  19:19

17    I'm happy to keep going.                          19:19

18            MR. JAFFE:  Here's what we're not going to  19:19

19    do.  We're not going to have a situation where you say  19:19

20    he wasn't prepared to talk about Trade Secret 90, when  19:19

21    you literally haven't put the document in front of  19:19

22    him.                                              19:19

23            MR. KIM:  I'm happy to question him about --  19:19

24            MR. JAFFE:  You're out of time.           19:19

25            MR. KIM:  -- Trade Secret 90 now.         19:19
```

Page 361

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. JAFFE:  I'm trying to come to an | 19:19 |
| 2 | agreement. | 19:19 |
| 3 | MR. KIM:  So you just said I'm out of time. | 19:19 |
| 4 | MR. JAFFE:  Well, do you want to put the | 19:19 |
| 5 | document and ask him if he's prepared to talk about | 19:19 |
| 6 | it? | 19:19 |
| 7 | MR. KIM:  I will ask him about document -- | 19:19 |
| 8 | Trade Secret 90, yes. | 19:19 |
| 9 | MR. JAFFE:  Okay.  How much time would you | 19:19 |
| 10 | like to do that? | 19:19 |
| 11 | MR. KIM:  Well, I'm not going to say I -- | 19:19 |
| 12 | MR. JAFFE:  This isn't going to be | 19:19 |
| 13 | open-ended.  How much time would you like? | 19:19 |
| 14 | MR. KIM:  Look, I'm prepared to continue | 19:19 |
| 15 | asking questions and happy to do so, but I'm not going | 19:19 |
| 16 | to commit to an outside limit of time. | 19:20 |
| 17 | MR. JAFFE:  How much time would you like to | 19:20 |
| 18 | ask him -- | 19:20 |
| 19 | MR. KIM:  I told you -- | 19:20 |
| 20 | MR. JAFFE:  -- about Trade Secret 90? | 19:20 |
| 21 | MR. KIM:  -- at this point -- | 19:20 |
| 22 | MR. JAFFE:  The only number you've given me | 19:20 |
| 23 | is seven hours.  That's not reasonable.  Everyone | 19:20 |
| 24 | knows that's not reasonable, sitting at this table. | 19:20 |
| 25 | MR. KIM:  Look, I'll also need time to go | 19:20 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | over the documents that were produced late during this | 19:20 |
| 2 | deposition.  Otto Trucking -- | 19:20 |
| 3 | MR. JAFFE:  He's produced documents.  That's | 19:20 |
| 4 | a complete mischaracterization. | 19:20 |
| 5 | MR. KIM:  Yeah.  Well, at a minimum, we're | 19:20 |
| 6 | going to have to continue his deposition also in his | 19:20 |
| 7 | personal capacity. | 19:20 |
| 8 | MR. JAFFE:  You chose to not use that time. | 19:20 |
| 9 | That was up to you. | 19:20 |
| 10 | MR. KIM:  Disagree. | 19:20 |
| 11 | MR. JAFFE:  You already took him once in his | 19:20 |
| 12 | personal capacity.  This was your election of the | 19:20 |
| 13 | time. | 19:20 |
| 14 | I'm asking you right now:  Other than seven | 19:20 |
| 15 | more hours, do you have anything to say? | 19:20 |
| 16 | MR. KIM:  No.  I think I've made my position | 19:20 |
| 17 | clear. | 19:20 |
| 18 | MR. JAFFE:  Okay.  Well, we're here, and | 19:20 |
| 19 | you're choosing to go off the record. | 19:20 |
| 20 | MR. KIM:  No, I'm not choosing to go off the | 19:20 |
| 21 | record.  Like I said, I'm -- I'm willing to continue | 19:20 |
| 22 | asking questions. | 19:20 |
| 23 | MR. JAFFE:  This isn't a good faith | 19:20 |
| 24 | negotiation.  You said seven hours or nothing.  I'm | 19:20 |
| 25 | trying to -- to resolve this.  You want to game it. | 19:20 |

Page 363

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | That's up to you.  That's your -- your thing.  We | 19:21 |
| 2 | can -- I -- I invite you to do this.  I invite you to | 19:21 |
| 3 | ask about Trade Secret 90. | 19:21 |
| 4 | MR. KIM:  I will. | 19:21 |
| 5 | MR. JAFFE:  So how much time would you like | 19:21 |
| 6 | to ask about Trade Secret 90? | 19:21 |
| 7 | MR. KIM:  We'll see.  It depends on his | 19:21 |
| 8 | answers. | 19:21 |
| 9 | MR. JAFFE:  You can't tell me right now? | 19:21 |
| 10 | He's ready to talk about it right now. | 19:21 |
| 11 | MR. KIM:  I can't -- I can't tell you right | 19:21 |
| 12 | now. | 19:21 |
| 13 | MR. JAFFE:  I'm inviting you to do it.  Would | 19:21 |
| 14 | you like a half hour to talk about Trade Secret 90? | 19:21 |
| 15 | MR. KIM:  I'd like to ask him questions about | 19:21 |
| 16 | Trade Secret 90, and happy to do so. | 19:21 |
| 17 | MR. JAFFE:  You're refusing to do that? | 19:21 |
| 18 | MR. KIM:  Yeah, I'm refusing to give you a | 19:21 |
| 19 | specific amount of time.  It depends on what he knows. | 19:21 |
| 20 | And at this point, I have no idea what he knows about | 19:21 |
| 21 | Trade Secret 90. | 19:21 |
| 22 | MR. JAFFE:  Because you chose not to ask him | 19:21 |
| 23 | about it.  Whose fault is that?  Come on. | 19:21 |
| 24 | So just so the record is clear, you used your | 19:21 |
| 25 | seven hours.  I'm trying to engage.  How much more | 19:21 |

Page 364

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | time would you like?  Your only offer is seven hours. | 19:21 |
| 2 | And you're saying he's unprepared to talk about a | 19:21 |
| 3 | trade secret that -- you literally didn't put the | 19:21 |
| 4 | document in front of him.  I mean, we can be done if | 19:21 |
| 5 | that's what you choose.  I'm trying to engage in good | 19:21 |
| 6 | faith and negotiate to get this behind us, but you | 19:21 |
| 7 | don't want to do that. | 19:21 |
| 8 | MR. KIM:  Like I said, I'm willing to go | 19:22 |
| 9 | forward with questioning him on Trade Secret 90. | 19:22 |
| 10 | MR. JAFFE:  How much time would you like | 19:22 |
| 11 | to -- I mean, we can go around and around.  How much | 19:22 |
| 12 | time would you like on Trade Secret 90? | 19:22 |
| 13 | MR. KIM:  So I think I've got some additional | 19:22 |
| 14 | questions on the '936 patent as well. | 19:22 |
| 15 | MR. JAFFE:  What is he not prepared for?  You | 19:22 |
| 16 | told me he's not prepared on the -- on Trade | 19:22 |
| 17 | Secret 90. | 19:22 |
| 18 | MR. KIM:  Oh, okay.  Look, we're either going | 19:22 |
| 19 | to continue this deposition or we're not.  I'm happy | 19:22 |
| 20 | to continue. | 19:22 |
| 21 | MR. JAFFE:  I'm happy to continue if you can | 19:22 |
| 22 | give me some outer bound. | 19:22 |
| 23 | MR. KIM:  I'm not going to give you an outer | 19:22 |
| 24 | bound. | 19:22 |
| 25 | MR. JAFFE:  Okay.  Then we're done.  That's | 19:22 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | fine.  If -- if you're -- | 19:22 |
| 2 | MR. KIM:  Well, we're hoping -- | 19:22 |
| 3 | MR. JAFFE:  -- refusing to negotiate -- | 19:22 |
| 4 | MR. KIM:  -- to hold this deposition open. | 19:22 |
| 5 | THE REPORTER:  One at a time, please. | 19:22 |
| 6 | MR. JAFFE:  I mean, I -- I don't know how to | 19:22 |
| 7 | make this clear.  I'm trying to negotiate to -- to | 19:22 |
| 8 | avoid compromise. | 19:23 |
| 9 | You're saying seven hours.  You're arguing | 19:23 |
| 10 | that he's not prepared for a document you didn't put | 19:23 |
| 11 | in front of him and even ask him about his knowledge | 19:23 |
| 12 | for. | 19:23 |
| 13 | So I -- I don't know where that leaves us, | 19:23 |
| 14 | other than you made your choices, and that's up to | 19:23 |
| 15 | you.  We don't need to keep debating this.  So if | 19:23 |
| 16 | you're not going to agree to some limit, we can be | 19:23 |
| 17 | done. | 19:23 |
| 18 | MR. KIM:  Yeah.  So I'm just going to | 19:23 |
| 19 | reiterate for the record that we have not started | 19:23 |
| 20 | Mr. Droz's personal capacity deposition.  Otto | 19:23 |
| 21 | Trucking also has not yet had a chance to answer | 19:23 |
| 22 | questions. | 19:23 |
| 23 | MR. JAFFE:  Are you -- do you represent Otto | 19:23 |
| 24 | Trucking? | 19:23 |
| 25 | MR. KIM:  We haven't completed questioning on | 19:23 |

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the '936 patent.  We're on the multitude of other | 19:23 |
| 2 | deposition topics that he was designated for.  Given | 19:23 |
| 3 | the breadth of the deposition topics that Mr. Droz was | 19:23 |
| 4 | designated, that in and of itself justifies a longer | 19:24 |
| 5 | deposition. | 19:24 |
| 6 | And the -- as I mentioned, we're happy to | 19:24 |
| 7 | continue the deposition on another day or go forward. | 19:24 |
| 8 | MR. JAFFE:  How much more time? | 19:24 |
| 9 | MR. KIM:  I'm not going to give you -- I'm | 19:24 |
| 10 | not going to give you an outer bound at this point. | 19:24 |
| 11 | We can just keep going until I get to ask my | 19:24 |
| 12 | questions, or we can reschedule this for another day. | 19:24 |
| 13 | MR. JAFFE:  I -- I'm -- I'm trying to | 19:24 |
| 14 | negotiate.  I understand you're not going to give a | 19:24 |
| 15 | time, so it doesn't sound productive.  I disagree. | 19:24 |
| 16 | You chose to spend your time how you chose to spend | 19:24 |
| 17 | it.  So we -- we clearly disagree.  We don't need to | 19:24 |
| 18 | debate about that anymore. | 19:24 |
| 19 | Mr. Chatterjee had to go.  That's not my | 19:24 |
| 20 | fault.  That's not Mr. Droz's fault.  He's not here. | 19:24 |
| 21 | MR. KIM:  Understood. | 19:24 |
| 22 | MR. JAFFE:  All right. | 19:24 |
| 23 | MR. KIM:  We're holding this deposition open. | 19:24 |
| 24 | It's not closed. | 19:24 |
| 25 | MR. JAFFE:  I -- I'm -- we can agree to | 19:24 |

Page 367

| | | |
|---|---|---|
| 1 | disagree.  I -- I don't think that's -- I think that's | 19:24 |
| 2 | fine.  We can -- we don't need to resolve that right | 19:24 |
| 3 | now. | 19:24 |
| 4 | MR. KIM:  And I just want to make very clear, | 19:24 |
| 5 | I'm prepared to continue this deposition now. | 19:24 |
| 6 | MR. JAFFE:  So -- so were we.  And if you can | 19:24 |
| 7 | give me something other than seven more hours, we can | 19:25 |
| 8 | do it. | 19:25 |
| 9 | MR. KIM:  That's the amount of time I need. | 19:25 |
| 10 | I -- | 19:25 |
| 11 | MR. JAFFE:  That's not a reasonable ask.  You | 19:25 |
| 12 | know it's not a reasonable ask.  I know it's not a | 19:25 |
| 13 | reasonable ask. | 19:25 |
| 14 | MR. KIM:  I think -- I think it is. | 19:25 |
| 15 | MR. JAFFE:  Okay.  Well then, you know, if | 19:25 |
| 16 | the only ask that's on the table is -- is seven more | 19:25 |
| 17 | hours -- | 19:25 |
| 18 | MR. KIM:  Yes. | 19:25 |
| 19 | MR. JAFFE:  -- we're not doing that right | 19:25 |
| 20 | now. | 19:25 |
| 21 | MS. BARTOW:  I think our hardest working | 19:25 |
| 22 | person in the room -- | 19:25 |
| 23 | THE REPORTER:  I can't hear you. | 19:25 |
| 24 | MS. ATTORNEY:  I think our hardest working | 19:25 |
| 25 | person in the room is close to expiring as well. | 19:25 |

Page 368

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1           MR. JAFFE:  I -- I don't think -- I agree.  I      19:25

2    don't think we're being productive with this at all.      19:25

3           So I've made clear our position repeatedly.        19:25

4    You've made clear your position repeatedly.               19:25

5           I think we can go off the record, because I        19:25

6    don't -- it doesn't seem like this is going anywhere.     19:25

7           MR. KIM:  Okay.  Let's go off the record.          19:25

8    And as I stated --                                        19:25

9           THE VIDEOGRAPHER:  Do you want to deal with         19:25

10   this, the first one, 1271?  We never did anything         19:25

11   about it.                                                 19:25

12          MR. KIM:  Oh, 1271?  No, because this was his      19:25

13   notice for his personal capacity deposition, which        19:26

14   hasn't started.                                           19:26

15          THE VIDEOGRAPHER:  So this conclude -- this         19:26

16   concludes today's videotaped deposition of Waymo LLC      19:26

17   pursuant to Rule 30(b)(6).                                19:26

18          We're off the record at 7:25 p.m.                  19:26

19          Thank you.                                         19:26

20          (WHEREUPON, the deposition ended

21           at 7:25 p.m.)

22

23

24

25
```

Page 369