MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF EDWARD TAKASHIMA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S LETTER BRIEF RE: BONDERMAN AND HUFFINGTON DEPOSITIONS**<br><br>Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Edward Takashima, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Letter Brief Re: Bonderman and Huffington Depositions.

2. Attached as Exhibit1 is a true and correct copy of a document bearing the bates number UBER00101482, which was designated as "Highly-Confidential-Attorneys' Eyes Only" under the Protective Order.

3. Attached as Exhibit 2 is a true and correct copy of the website with the following address: https://newsroom.uber.com/ariannahuffington/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2017 at Oakland, California.

Dated: August 10, 2017                    BOIES SCHILLER FLEXNER LLP

                                          By:  */s/ Edward Takashima*
                                               Edward Takashima

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Edward Takashima has concurred in this filing.

Dated: August 10, 2017

                                          */s/ Karen L Dunn*
                                          Karen L. Dunn