1 | MICHAEL A. JACOBS (CA SBN 111664)
  | MJacobs@mofo.com
2 | ARTURO J. GONZÁLEZ (CA SBN 121490)
  | AGonzalez@mofo.com
3 | ERIC A. TATE (CA SBN 178719)
  | ETate@mofo.com
4 | MORRISON & FOERSTER LLP
  | 425 Market Street
5 | San Francisco, California  94105-2482
  | Telephone:   415.268.7000
6 | Facsimile:    415.268.7522

7 | KAREN L. DUNN (Admitted *Pro Hac Vice*)
  | kdunn@bsfllp.com
8 | HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
  | hhume@bsfllp.com
9 | BOIES SCHILLER FLEXNER LLP
  | 1401 New York Avenue, N.W.
10 | Washington, D.C.  20005
   | Telephone:   202.237.2727
11 | Facsimile:    202.237.6131

12 | Attorneys for Defendants
   | UBER TECHNOLOGIES, INC.
13 | and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 10, 2017, I served **UNREDACTED** versions of the following documents:

1. . DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO MOTION TO COMPEL DEPOSITIONS

2. EXHIBIT 1 to the DECLARATION OF EDWARD TAKASHIMA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO MOTION TO COMPEL DEPOSITIONS

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br><br>Special Master | JCooper@fbm.com |

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 10th day of August, 2017, at Oakland, California.

By: <u>*/s/ Jenel Day*</u>
Jenel Day

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: <u>*/s/ Karen L. Dunn*</u>
Karen L. Dunn