1

2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
4  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
5  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California  94105-2482
   Telephone:     415.268.7000
8  Facsimile:     415.268.7522

9  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
10 HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
11 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
12 Washington, D.C.  20005
   Telephone:     202.237.2727
13 Facsimile:     202.237.6131

14 *Counsel for Defendants*
   UBER TECHNOLOGIES, INC.
15 and OTTOMOTTO LLC

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF EDWARD TAKASHIMA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO LETTER BRIEF RE: BONDERMANAND HUFFINGTON DEPOSITIONS**<br><br>Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

19

20

21

22

23

24

25

26

27

28

1    I, Edward Takashima, declare as follows:

2        1.        I am a partner at the law firm of Boies Schiller Flexner LLP representing

3    Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter.  I

4    am a member in good standing of the Bar of the State of California.  I make this declaration based

5    upon matters within my own personal knowledge and if called as a witness, I could and would

6    competently testify to the matters set forth herein.  I make this declaration in support of Uber's

7    Administrative Motion to File Under Seal Exhibits to Uber's Letter Brief Re: Bonderman and

8    Huffington Depositions.

9        2.        I have reviewed the following exhibits and only the portions identified below merit

10   sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|----------|--------------------------------|-------------------|
| Exhibit 1 | Entire Document | Uber |
| Letter Brief | Redactions | Uber |

3.        The entirety of Exhibit 1 contains highly confidential information regarding

business terms, including information about the structure of a business agreement.  Uber's request

contains highly confidential information about the deliberations of Uber's Board of Directors.

4.        This highly confidential information is not publicly known, and its confidentiality

is strictly maintained.

5.        If this information were to be released to the public, Defendants' competitors and

counterparties would have insight into how Defendants structure their business agreements,

including what potential terms have been offered, which would allow them to tailor their own

business negotiations strategy, such that Uber's competitive standing could be harmed.  Similarly,

Uber's competitive standing would be harmed if its competitors had insight into the meetings of

Uber's Board.

6.        The redacted portions of the letter brief contain confidential information

discussing Exhibit 1 and their sealing is justified for the same reasons.

1

I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2

10th day of August, 2017 at Oakland, California.

3

4

Dated:  August 10, 2017                               BOIES SCHILLER FLEXNER LLP

5

                                                               By:    */s/ Edward Takashima*
                                                                          Edward Takashima

6

7

8

9

**ATTESTATION OF E-FILED SIGNATURE**

10

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this

11

document.  In compliance with General Order 45, X.B., I hereby attest that Edward Takashima

12

has concurred in this filing.

13

Dated: August 10, 2017

14

                                                               */s/ Karen L Dunn*
                                                                    Karen L. Dunn

15

16

17

18

19

20

21

22

23

24

25

26

27

28