| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO DIVISION |

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Case 3:17-cv-00939-WHA   Document 1150-2   Filed 08/10/17   Page 2 of 2

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's and Ottomotto's Administrative Motion to File Documents Under Seal, and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Redactions | Uber |
| Exhibit 1 | Entire Document | Uber |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge

1

[PROPOSED] ORDER GRANTING UBER'S AND OTTOMOTTO'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA