WALTER F. BROWN (STATE BAR NO. 130248)
MELINDA L. HAAG (STATE BAR NO. 132612)
ROBERT L. URIARTE (STATE BAR NO. 258274)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759
wbrown@orrick.com
mhaag@orrick.com
ruriarte@orrick.com

Attorneys for Non-Party
TRAVIS KALANICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.: 17-cv-00939-WHA<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MR. KALANICK'S OPPOSITION TO WAYMO'S MOTION TO COMPEL MR. KALANICK'S CELL PHONE/CELL PHONE IMAGE AND SUPPORTING MATERIALS** |

Non-Party Travis Kalanick hereby moves to file portions of his Opposition to Waymo's Motion to Compel Text Messages (Dkt. 1118) and supporting materials under seal pursuant to Civil Local Rules 7-11 and 79-5.

The Protective Order in this case states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5. Mr. Kalanick's counsel and Waymo's counsel agreed that the contents of an August 4, 2017 discussion between their respective forensics experts would be treated as confidential, and this confidentiality agreement was a condition precedent to the discussion. Accordingly, Mr. Kalanick respectfully requests permission to file the following portions of his Opposition and supporting documents under seal:

| Document | Text to be Sealed |
|---|---|
| Opposition Letter Brief | Page 2, first paragraph: text from after the word "produce" to the word "that" in the first complete sentence |
|  | Page 2, second paragraph: text from after the word "production" to the word "that" in the third sentence. |
| Declaration of Allan T. Vogel | Page 4, the entirety of Paragraph 13 |

Dated: August 10, 2017

WALTER F. BROWN
MELINDA L. HAAG
ROBERT L. URIARTE
Orrick, Herrington & Sutcliffe LLP


By: */s/ Melinda L. Haag*

Attorneys for Plaintiff
TRAVIS KALANICK