WALTER F. BROWN (STATE BAR NO. 130248)
MELINDA L. HAAG (STATE BAR NO. 132612)
ROBERT L. URIARTE (STATE BAR NO. 258274)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759
wbrown@orrick.com
mhaag@orrick.com
ruriarte@orrick.com

Attorneys for Non-Party
TRAVIS KALANICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.: 17-cv-00939-WHA<br><br>**DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF MR. KALANICK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Robert L. Uriarte, hereby declare:

1. I am a member of the bar of the California State Bar, admitted to practice before this Court, and am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Travis Kalanick. I have personal knowledge of the facts stated in this declaration, except as to those facts stated on information and belief, which I believe to be true. I could and would testify competently to the matters stated herein.

2. Mr. Kalanick's counsel and Waymo's counsel agreed that the contents of an August 4, 2017 discussion between their respective forensics experts would be treated as confidential, and this confidentiality agreement was a condition precedent to the discussion.

3. The following portions of Mr. Kalanick's Opposition and supporting materials recount the content of the August 4, 2017 discussion that Waymo and Mr. Kalanick's counsel agreed to treat as confidential:

| Document | Text to be Sealed |
|---|---|
| Opposition Letter Brief | Page 2, first paragraph: text from after the word "produce" to the word "that" in the first complete sentence |
| | Page 2, second paragraph: text from after the word "production" to the word "that" in the third sentence. |
| Declaration of Allan T. Vogel | Page 4, the entirety of Paragraph 13 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 10th day of August, 2017 at Menlo Park, California.

Robert L. Uriarte