WALTER F. BROWN (STATE BAR NO. 130248)
MELINDA L. HAAG (STATE BAR NO. 132612)
ROBERT L. URIARTE (STATE BAR NO. 258274)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759
wbrown@orrick.com
mhaag@orrick.com
ruriarte@orrick.com

Attorneys for Non-Party
TRAVIS KALANICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No.: 17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MR. KALANICK'S OPPOSITION TO WAYMO'S MOTION TO COMPEL** |

Before the Court is Non-Party Travis Kalanick's Administrative Motion to File Under Seal. Having considered the Administrative Motion to File Under Seal, the declaration in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials may be filed under seal:

| **Document** | **Text to be Sealed** |
| --- | --- |
| Opposition Letter Brief | Page 2, first paragraph: text from after the word "produce" to the word "that" in the first complete sentence |
| | Page 2, second paragraph: text from after the word "production" to the word "that" in the third sentence. |
| Declaration of Allan T. Vogel | Page 4, the entirety of Paragraph 13 |

**IT IS SO ORDERED.**

Dated: _____