1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
    RKim@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:     415.268.7000
7   Facsimile:      415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:     202.237.2727
12  Facsimile:      202.237.6131

13  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
14  and OTTOMOTTO LLC

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18  | WAYMO LLC, | Case No.       3:17-cv-00939-WHA |
    | --- | --- |

19  | Plaintiff, | **DEFENDANTS UBER** |

20  | v. | **TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO** |

21  | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | **FILE UNDER SEAL PORTIONS OF THEIR LETTER BRIEF IN OPPOSITION TO WAYMO'S** |

22

23  | Defendants. | **MOTION TO COMPEL UBER TO PRODUCE 1) TRAVIS KALANICK'S** |

24  | | **TEXT MESSAGES AND PHONE AND 2) DOCUMENTS RESPONSIVE TO** |

25  | | **WAYMO'S REQUEST FOR PRODUCTION NO. 256** |

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their Letter Brief in Opposition to Waymo's Motion to Compel Uber to Produce 1) Travis Kalanick's Text Messages and Phone and 2) Documents Responsive To Waymo's Request for Production No. 256.  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief in Opposition to Waymo's Motion to Compel ("Letter Brief") | Highlighted Portions | Plaintiff (green) |

The green-highlighted portions of the Letter Brief contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on August 10, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

1   Dated: August 10, 2017          MORRISON & FOERSTER LLP

2

3                                    By:  /s/Arturo J. González
                                         ARTURO J. GONZÁLEZ

4                                        Attorneys for Defendants
5                                        UBER TECHNOLOGIES, INC.,
                                         OTTOMOTTO LLC, and OTTO
6                                        TRUCKING LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28