MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF WENDY J. RAY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL UBER TO PRODUCE 1) TRAVIS KALANICK'S TEXT MESSAGES AND PHONE AND 2) DOCUMENTS RESPONSIVE TO WAYMO'S REQUEST FOR PRODUCTION NO. 256**<br><br>Trial Date: October 10, 2017 |

I, Wendy J. Ray, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's Opposition to Waymo's Motion to Compel Uber to Produce 1) Travis Kalanick's Text Messages and Phone and 2) Documents Responsive To Waymo's Request for Production No. 256. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. On May 19, 2017, Mr. Kalanick provided his phone to Stroz Friedberg, which performed a standard extraction of text messages.

3. Uber searched the results for all texts with Anthony Levandowski and provided the results to Waymo for inspection on June 6, 2017.

4. When reviewing the text messages, Uber noticed that there were no sent messages.

5. On June 5, 2017, Uber's counsel, Esther Chang, alerted Waymo's counsel to the absence of sent messages and stated that Uber would follow up.

6. During a meet and confer call regarding the text messages shortly after the inspection, I noted that Mr. Kalanick was on leave due to his mother's recent death and his father's hospitalization and that Uber would not be able to obtain access to Mr. Kalanick's personal phone until his return.

7. Shortly after Mr. Kalanick resigned, I requested of Mr. Kalanick's personal counsel at Orrick, Melinda Haag, that Uber be able to further investigate the phone. Because the phone is Mr. Kalanick's personal device with private information, Orrick handled the forensic investigation.

1   I declare under the penalty of perjury that the foregoing is true and correct.  Executed this
2   10th day of August, 2017 at Los Angeles, California.

                                                    _____*/s/  Wendy J. Ray*_____
                                                            WENDY J. RAY

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Wendy J. Ray has concurred in this filing.

Dated: August 10, 2017

*/s/ Arturo J. González*
Arturo J. González