1  WALTER F. BROWN (STATE BAR NO. 130248)
   MELINDA L. HAAG (STATE BAR NO. 132612)
2  ROBERT L. URIARTE (STATE BAR NO. 258274)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  405 Howard Street
   San Francisco, California 94105
4  Telephone:   415-773-5700
   Facsimile:   415-773-5759
5  wbrown@orrick.com
   mhaag@orrick.com
6  ruriarte@orrick.com

7  Attorneys for Non-Party
   TRAVIS KALANICK
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | WAYMO LLC,                          | Case No.: 17-cv-00939-WHA
14 |         Plaintiffs,                  | **PROOF OF SERVICE RE MR. KALANICK'S OPPOSITION TO WAYMO'S MOTION TO COMPEL MR. KALANICK'S CELL PHONE/CELL PHONE IMAGE**
15 |   v.                                 |
16 | UBER TECHNOLOGIES, INC.;             |
   | OTTOMOTTO, LLC; OTTO TRUCKING        |
17 | LLC,                                 |
18 |         Defendants.                  |

PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On August 10, 2017, I served via electronic mail the following documents on the service email distribution lists for the parties to this action:

- The sealed version of Mr. Kalanick's Opposition to Waymo's Motion to Compel Text Messages
- The sealed version of the Declaration of Allan Vogel

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Robert L. Uriarte