UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO STRIKE TRADE SECRET CLAIMS** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its August 11, 2017 Opposition to Defendants' Motion to Strike Trade Secret Claims (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Opposition | Portions highlighted in blue | Defendants |
| | Portions highlighted in green | Waymo |
| Exhibit 1 to Roberts Declaration | Portions highlighted | Waymo |

| | in green | |
|---|---|---|
| Exhibit 2 to Roberts Declaration | Entire Document | Waymo and Defendants |
| Exhibit 3 to Roberts Declaration | Entire Document | Waymo and Defendants |
| Exhibit 4 to Roberts Declaration | Portions highlighted in green | Waymo |
| | Entire Document | Defendants |
| Exhibit 5 to Roberts Declaration | Portions highlighted in green | Waymo |
| | Entire Document | Defendants |
| Exhibit 6 to Roberts Declaration | Portions highlighted in green | Waymo |
| | Entire Document | Defendants |
| Exhibit 7 to Roberts Declaration | Entire Document | Defendants |
| Exhibit 9 to Roberts Declaration | Portions highlighted in green | Waymo |
| | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated:  _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge