# EXHIBIT 1
# REDACTED VERSION OF
# DOCUMENT FILED
# UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                       ---oOo---

 5   WAYMO LLC,

 6          Plaintiff,

 7   vs.                        No. 3:17-cv-00939-WHA

 8   UBER TECHNOLOGIES, INC.;

 9   OTTOMOTTO LLC; OTTO TRUCKING,

     INC.,

10          Defendants.

11   _____/

12

13

14      HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

15

16      VIDEOTAPED DEPOSITION OF DMITRI DOLGOV

17              PALO ALTO, CALIFORNIA

18            TUESDAY, AUGUST 8, 2017

19

20

21

22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 2664656

25   Pages 1 - 156
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3         SAN FRANCISCO DIVISION

4              ---oOo---

5  WAYMO LLC,

6         Plaintiff,

7  vs.                         No. 3:17-cv-00939-WHA

8  UBER TECHNOLOGIES, INC.;

   OTTOMOTTO LLC; OTTO TRUCKING,

9  INC.,

10         Defendants.

   _____/

11

12

13      Videotaped Deposition of Dmitri Dolgov,

14   taken on behalf of the Defendants, on August 8,

15   2017, at Morrison & Foerster LLP, 950 Page Mill

16   Road, Palo Alto, California, beginning 2:11 p.m.,

17   and commencing at 6:00 p.m., Pursuant to Notice,

18   and before me, ANDREA M. IGNACIO, CSR, RPR, CRR,

19   CLR ~ License No. 9830.

20

21

22

23

24

25

                                              Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    I'm not aware of that. | 17:49 |
| 2 |      MR. LIN:  Okay.  That's all I have. | 17:49 |
| 3 |      MR. JAFFE:  So I -- I have some brief | 17:49 |
| 4 | questions.  I can do it from this seat, or we can -- | 17:49 |
| 5 | we can trade spots.  Up to you guys.  I don't care. | 17:49 |
| 6 |      MR. LLEWELLYN:  I'm fine with you doing it | 17:49 |
| 7 | from there. | 17:49 |
| 8 |      MR. JAFFE:  Okay. | 17:49 |
| 9 | | 17:49 |
| 10 |                  EXAMINATION | 17:49 |
| 11 | BY MR. JAFFE: | 17:49 |
| 12 |    Q    Dr. Dolgov, I'm -- I'm going to make this go | 17:49 |
| 13 | as quickly as humanly possible. | 17:49 |
| 14 |         Can you please grab 1360 from your stack. | 17:49 |
| 15 |    A    (Witness complies.) | 17:49 |
| 16 |    Q    It's the e-mail thread with the subject line: | 17:49 |
| 17 |         "Laser/camera thoughts." | 17:50 |
| 18 |    A    Yeah. | 17:50 |
| 19 |    Q    So I want to take you to the e-mail at the -- | 17:50 |
| 20 | at the bottom of the page, dated June 19, 2015. | 17:50 |
| 21 |         Do you see that? | 17:50 |
| 22 |    A    I do. | 17:50 |
| 23 |    Q    Okay.  What was your position on the | 17:50 |
| 24 | self-driving project as of June 15, 2015? | 17:50 |
| 25 |    A    I led the software team. | 17:50 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        Q    Okay.  So in your e-mail, it says:                    17:50

2             "Bryan, we just had ████████████████        ████

▮             ████████."                                           17:50

4             Do you see that?                                     17:50

5        A    I do.                                                17:50

6        Q    As the head of the software team, why were          17:50

7   you doing ████████████████?                                   17:50

8        ▮    ████████████████████████████        ████

▮   ██████████████████████████████████        ████

▮   ████████████████████████████        ████

▮        ████████████████████████████        ████

▮   ██████████████████████████        ████

▮   ████████████████████████        ████

▮   ██████████████████████████████        ████

▮   ████████████████████████████████        ████

▮   ████████████████████████████        ████

▮   ██████████████        ████

▮        ████████████████████████        ████

▮   ██████████████████████████████████        ████

▮   ████████████████████████████████        ████

▮   ██████████████████████████████        ████

22       Q    Do you remember an MBr LiDAR device?                 17:51

23       A    I do.                                                17:51

24       Q    Okay.  Do you know what -- what it stands            17:51

25  for?                                                           17:51

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          A    I think Mama Bear.                           17:51

2          Q    Did Waymo, or Project Chauffeur before that, 17:51

3    ███████████████████████████████████████████  ██████

     █  ███████████████████████████████████████  ██████

     █        █    ██                              ██████

     █        █    ███████████                     ██████

     █        █    █████████████████████████████   ██████

     █  ████████████████████████████████           ██████

     █  ████████████████████████████████████████   ██████

     ██  █████████████████████████                 ██████

     ██      ████████████████████████████████      ██████

     ██  ██████████████████████████████████        ██████

     ██  ██████████████████████████████████████    ██████

     ██  ██████████████████████████████████████    ██████

     ██  ████████████████                          ██████

     ██      ████████████████████████████████      ██████

     ██  ██████████████████████████████████████    ██████

     ██  ████████████████████████████████████████  ██████

     ██  ██████████                                17:52

20         Q    And what was your role personally in that -- 17:52

21   in those discussions?                          17:52

22         A    I'm not sure I can recall those directly.  I 17:53

23   think those were in pretty early days of the team.  I  17:53

24   think, at that time, I worked or maybe led the effort   17:53

25   that was focused on planning at -- maybe at that point  17:53

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | I led the on-board software team. | 17:53 |
| 2 | But regardless of that role, I think I was | 17:53 |
| 3 | one of the experienced -- more experienced software | 17:53 |
| 4 | engineers on the team. | 17:53 |
| 5 | So, I was involved in kind of the discussions | 17:53 |
| 6 | ███████████████████████████ | ██ |
| ▮ | ███████████████████████ | ██ |
| ▮ | ████████████████████████████ | ██ |
| ▮ | ████████████████████████████ | ██ |
| ▮ | ▮   ███████████████████████ | ██ |
| ▮ | ██████████████████ | ██ |
| ▮ | ▮   ██████████████████████ | ██ |
| ▮ | ███████████████████████████ | ██ |
| ▮ | ██████████████████████████████ | ██ |
| ▮ | █████████████████████████ | ██ |
| ▮ | ▮   ██████████████████████████ | ██ |
| ▮ | ███████████████████████████ | ██ |
| ▮ | █████████ | ██ |
| ▮ | ▮   ██████████████ | ██ |
| 20 | Q   Okay.  So going back to 1360. | 17:54 |
| 21 | Actually, before we get there, if you can | 17:54 |
| 22 | look at 1361. | 17:54 |
| 23 | A   (Witness complies.) | 17:54 |
| 24 | Got it. | 17:55 |
| 25 | Q   So in the -- in the middle e-mail here, there | 17:55 |

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    is a -- there is a list of items the follow-on actions   17:55

 2    are.                                                      17:55

 3            Do you see that?                                  17:55

 4       A    I do.                                             17:55

 5       Q    And No. 2 says:                                   17:55

 6            ██████████████████████████████████          ████

      █       ██████████████████████████████████          ████

 8            Do you see that?                                  17:55

 9       A    I do.                                             17:55

10       Q    What does ███████████████████   refer to here?   17:55

11       A    I -- my understanding is that this is a          17:55

12            ██████████████████████████████████          ████

      █       ██████████████████████████████████          ████

      █       ██████████████████████████████████          ████

      █       ████████████████████████████                ████

      █       ████████████████████████                    ████

      █       ████████████████████     █████████████      ████

      █       ██████████████████████████████████          ████

      █       ███████████████████████████████             ████

      █       █████████████████                           ████

21            MR. JAFFE:  All right.                            17:56

22            Let's mark this next document as 602.  And       17:56

23    it's a big piece of paper, so hat's off to the -- the    17:56

24    file room for printing this off.                         17:56

25            MR. LLEWELLYN:  Counsel, I just want to          17:56
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | clarify.  Do you think this redirect is responsive to | 17:56 |
| 2 | something that was raised in the course of his | 17:56 |
| 3 | deposition? | 17:56 |
| 4 | MR. JAFFE:  Yep. | 17:56 |
| 5 | (Document marked Exhibit 602 | 17:56 |
| 6 | for identification.) | 17:56 |
| 7 | MR. JAFFE:  Dr. Dolgov, I've marked as | 17:56 |
| 8 | Exhibit 602. | 17:56 |
| 9 | Q    Are these ███████████████ that were | 17:56 |
| 10 | referred -- that you just referred to? | 17:56 |
| 11 | A    I can't be exactly confident, but that | 17:57 |
| 12 | mention in the e-mail looks like it has a link.  I | 17:57 |
| 13 | can't be, you know, confident.  I can't know for sure | 17:57 |
| 14 | if it links to that document, that spreadsheet.  But | 17:57 |
| 15 | the spirit of it, as I described it, is -- is -- is | 17:57 |
| 16 | accurate, yeah. | 17:57 |
| 17 | Q    Okay.  So, in just looking at the information | 17:57 |
| 18 | on the left-hand side, in the left-hand-most column, | 17:57 |
| 19 | ███████████████████████ where did these | 17:57 |
| 20 | entries in the leftmost column come from? | 17:57 |
| 21 | MR. LLEWELLYN:  So Counsel, I'm going to | 17:57 |
| 22 | object to all of this as beyond the scope of proper | 17:57 |
| 23 | redirect. | 17:57 |
| 24 | MR. JAFFE:  Q.  Go ahead. | 17:57 |
| 25 | █ ████████████████████ | 17:57 |

Page 151

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

1 ████████████████████████████████   ████

   ██████████████████████████████████████   ████

   ████████████████████████████████████████   ████

   ██████████████████████████████████████   17:58

5     Q    Is the information in this document, such as   17:58

6  in the left-hand corner, is -- is this kept -- kept   17:58

7  confidential within Waymo?   17:58

8     A    I would expect so.  I mean, by default,   17:58

9  everything that we have to do, especially things that   17:58

10  are essence as the -- ████████████████████   ████

   ███████████████   are kept confidential.   17:58

12     Q    And why are the -- ████████████████████   ████

   ██████████████████ -- why is that in particular   17:58

14  sensitive?   17:58

15     A    Oh, this is, in a way, a product of the   17:58

16  experience that the team has accumulated over the   17:58

17  years of working on this technology, understanding,   17:58

18  you know, ██████████████████████████   ████

   ████████████████████████████████████   ████

   ██████████████████████████████████   ████

   █████████████████████████████████████████   ████

   ██████████████████████████   17:59

23     Q    Would Waymo share the information in   17:59

24  Exhibit 602 with a competitor?   17:59

25     A    Not unless there were really good reasons to   17:59

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    do so.                                                17:59

2         Q    And do you have any personal knowledge      17:59

3    regarding the value of -- of this information to Waymo  17:59

4    in the self-driving car project?                      17:59

5         A    I can't -- I'm not sure if I can quantify the  17:59

6    value.  But it -- as I just mentioned, it's -- in my  17:59

7    mind, the value is tremendous because it captures the  17:59

8    experience accumulated over the course of developing  17:59

9    the system and trying different ideas and             18:00

10   understanding, you know,  ███████████████   ███        

     ██  ████████████████████████████████████   ██

     ██  ████████████████████████████████               18:00

13        Q    And, to your knowledge, is the information   18:00

14   contained in this document, Exhibit 602 -- does it    18:00

15   reflect -- is it in the public domain?                18:00

16        A    Not that I'm aware of.                       18:00

17        Q    Okay.                                        18:00

18             MR. JAFFE:  All right.  No further questions.  18:00

19             MR. LLEWELLYN:  I have a further question.   18:00

20                                                          18:00

21                 FURTHER EXAMINATION                      18:00

22   BY MR. LLEWELLYN:                                      18:00

23        Q    You testified that you couldn't be sure     18:00

24   whether this newly marked exhibit was, in fact, the   18:00

25   ████████████████████  that were specifically called out in  18:00
```

Page 153