QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>       Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>       Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE TRADE SECRET CLAIMS** |

I, Andrea Pallios Roberts, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. On August 7, 2017, I attended a meet and confer conference call with counsel for Defendants and Special Master John Cooper. During the meet and confer, the parties discussed Mr. Kim's email correspondence from Friday evening, August 4, 2017, in which Uber asserted for the first time that certain trade secrets identified by Waymo were either vague or overbroad. I asked whether there was anything that Waymo could do to address Uber's concerns with the challenged trade secrets. Uber's counsel refused to engage and would not identify anything that Waymo could do to try to cure the purported deficiencies in its disclosure. Similarly, I asked if Uber would consider allowing Waymo to swap in other trade secrets to the nine it will take to trial since Uber had laid in wait and did not identify any deficiencies in Waymo's identified trade secrets until after Waymo narrowed its list—despite having had Waymo's list for 5 months. Uber refused that proposal as well.

3. Attached as Exhibit 1 is a true and correct copy of an excerpt from the August 8, 2017 deposition transcript of Dmitri Dolgov.

4. Attached as Exhibit 2 is a true and correct copy of an excerpt from Defendant Uber Technologies, Inc. and Ottomotto LLC's July 31, 2017 Responses to Waymo's Second Set of Common Interrogatories (Nos. 4-7).

5. Attached as Exhibit 3 is a true and correct copy of an excerpt from Defendant Uber Technologies, Inc. and Ottomotto LLC's July 28, 2017 Responses to Waymo's First Set of Common Interrogatories (Nos. 1-3).

6. Attached as Exhibit 4 is a true and correct copy of an excerpt from the August 4, 2017 deposition transcript of Daniel Gruver.

7. Attached as Exhibit 5 is a true and correct copy of a March 19, 2016 email exchange bearing the bates label UBER00018068-70.

8. Attached as Exhibit 6 is a true and correct copy of notes kept by Mr. John Bares bearing bates label UBER00060321-47 and marked as Deposition Exhibit 170.

9. Attached as Exhibit 7 is a true and correct copy of a January 20, 2016 email exchange bearing bates label UBER00060147-56 and marked as Deposition Exhibit 397.

10. Attached as Exhibit 8 is a true and correct copy of an excerpt from the July 28, 2017 deposition transcript of Emil Michael.

11. Attached as Exhibit 9 is a true and correct copy of an excerpt from the August 9, 2017 deposition transcript of James Haslim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 11, 2017                    */s Andrea Pallios Roberts*
                                          Andrea Pallios Roberts

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan R. Jaffe.

                                          */s/ Charles K. Verhoeven*
                                          Charles K. Verhoeven