# EXHIBIT 1
# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                         ---oOo---
 5   WAYMO LLC,
 6         Plaintiff,
 7   vs.                            No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
 9   OTTOMOTTO LLC; OTTO TRUCKING,
     INC.,
10         Defendants.
11   _____/
12
13
14      HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
15
16      VIDEOTAPED DEPOSITION OF DMITRI DOLGOV
17              PALO ALTO, CALIFORNIA
18              TUESDAY, AUGUST 8, 2017
19
20
21
22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23   CSR LICENSE NO. 9830
24   JOB NO. 2664656
25   Pages 1 - 156
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4                       ---oOo---
5    WAYMO LLC,
6         Plaintiff,
7    vs.                         No. 3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
9    INC.,
10        Defendants.
     _____/
11
12
13         Videotaped Deposition of Dmitri Dolgov,
14    taken on behalf of the Defendants, on August 8,
15    2017, at Morrison & Foerster LLP, 950 Page Mill
16    Road, Palo Alto, California, beginning 2:11 p.m.,
17    and commencing at 6:00 p.m., Pursuant to Notice,
18    and before me, ANDREA M. IGNACIO, CSR, RPR, CRR,
19    CLR ~ License No. 9830.
20
21
22
23
24
25
```

Page 2

```
 1      A    I'm not aware of that.                           17:49
 2           MR. LIN:  Okay.  That's all I have.              17:49
 3           MR. JAFFE:  So I -- I have some brief            17:49
 4  questions.  I can do it from this seat, or we can --     17:49
 5  we can trade spots.  Up to you guys.  I don't care.       17:49
 6           MR. LLEWELLYN:  I'm fine with you doing it       17:49
 7  from there.                                               17:49
 8           MR. JAFFE:  Okay.                                17:49
 9                                                            17:49
10                      EXAMINATION                           17:49
11  BY MR. JAFFE:                                             17:49
12      Q    Dr. Dolgov, I'm -- I'm going to make this go    17:49
13  as quickly as humanly possible.                           17:49
14           Can you please grab 1360 from your stack.        17:49
15      A    (Witness complies.)                              17:49
16      Q    It's the e-mail thread with the subject line:   17:49
17           "Laser/camera thoughts."                         17:50
18      A    Yeah.                                            17:50
19      Q    So I want to take you to the e-mail at the --   17:50
20  at the bottom of the page, dated June 19, 2015.           17:50
21           Do you see that?                                 17:50
22      A    I do.                                            17:50
23      Q    Okay.  What was your position on the             17:50
24  self-driving project as of June 15, 2015?                 17:50
25      A    I led the software team.                         17:50
```

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    Q    Okay.  So in your e-mail, it says:             17:50
 2         "Bryan, we just had ███████████████            ██
 3    ██████."                                            17:50
 4         Do you see that?                               17:50
 5    A    I do.                                          17:50
 6    Q    As the head of the software team, why were     17:50
 7    you doing ████████████?                             17:50
 8    ██  ████████████████████████████████████            ██
 9  ████████████████████████████████████████████          ██
10  ██████████████████████████                            ██
11       ████████████████████████████████                 ██
12  ████████████████████████████████                      ██
13  ██████████████████████████████████                    ██
14  ██████████████████████████████████████████            ██
15  ████████████████████████████████████████████          ██
16  ██████████████████████████████████████                ██
17  ██████████████                                        ██
18       ██████████████████████████████████               ██
19  ████████████████████████████████████████████          ██
20  ██████████████████████████████████████                ██
21  ████████████████████████████████████████████          ██
22    Q    Do you remember an MBr LiDAR device?           17:51
23    A    I do.                                          17:51
24    Q    Okay.  Do you know what -- what it stands      17:51
25    for?                                                17:51
```



Page 147

```
 1      A    I think Mama Bear.                              17:51

 2      Q    Did Waymo, or Project Chauffeur before that,    17:51

 3   ███████████████████████████████████████████            ██

 █   ████████████████████████████                           ██

 █         █    ██                                          ██

 █         █    ██████                                      ██

 █         █    █████████████████████                       ██

 █   ████████████████████████████                           ██

 █   ███████████████████████████████████                    ██

 █   █████████████████                                      ██

 █         █████████████████████████                        ██

 █   ████████████████████████████                           ██

 █   ███████████████████████████████████                    ██

 █   ███████████████████████████████████                    ██

 █   █████████                                              ██

 █         █████████████████████████                        ██

 █   ███████████████████████████████████                    ██

 █   ███████████████████████████████████                    ██

 █   ████                                                17:52

20      Q    And what was your role personally in that --   17:52

21   in those discussions?                                  17:52

22      A    I'm not sure I can recall those directly.  I   17:53

23   think those were in pretty early days of the team.  I  17:53

24   think, at that time, I worked or maybe led the effort  17:53

25   that was focused on planning at -- maybe at that point 17:53
```

| | | |
|---|---|---|
| 1 | I led the on-board software team. | 17:53 |
| 2 | But regardless of that role, I think I was | 17:53 |
| 3 | one of the experienced -- more experienced software | 17:53 |
| 4 | engineers on the team. | 17:53 |
| 5 | So, I was involved in kind of the discussions | 17:53 |
| 6 | ████████████████████████████████ | ██ |
| 7 | ██ ████████████████████████ | ██ |
| 8 | ██ ████████████████████████████ | ██ |
| 9 | ██ ████████████████████████████ | ██ |
| 10 | ██ █ ████████████████████████ | ██ |
| 11 | ██ ████████████████████ | ██ |
| 12 | ██ █ ██████████████████████ | ██ |
| 13 | ██ ██████████████████████████ | ██ |
| 14 | ██ ████████████████████████████████ | ██ |
| 15 | ██ ██████████████████████████ | ██ |
| 16 | ██ █ ██████████████████████████ | ██ |
| 17 | ██ ██████████████████████████ | ██ |
| 18 | ██ ████████ | ██ |
| 19 | ██ █ ████████████████ | ██ |
| 20 | Q   Okay.  So going back to 1360. | 17:54 |
| 21 | Actually, before we get there, if you can | 17:54 |
| 22 | look at 1361. | 17:54 |
| 23 | A   (Witness complies.) | 17:54 |
| 24 | Got it. | 17:55 |
| 25 | Q   So in the -- in the middle e-mail here, there | 17:55 |

Veritext Legal Solutions
866 299-5127

```
1    is a -- there is a list of items the follow-on actions    17:55
2    are.                                                      17:55
3              Do you see that?                                17:55
4       A   I do.                                              17:55
5       Q   And No. 2 says:                                    17:55
6           ████████████████████████████████████               ███
7    ██████████████████████████████████████                    ███
8              Do you see that?                                17:55
9       A   I do.                                              17:55
10      Q   What does ████████████████ refer to here?          17:55
11      A   I -- my understanding is that this is a            17:55
12   ████████████████████████████████████████████              ███
     ████████████████████████████████████████████              ███
     ████████████████████████████████████████████              ███
     ████████████████████████████████████                      ███
           █████████████████████████████████                   ███
     ████████████████████████████  ██████████████              ███
     ████████████████████████████████████████████              ███
     ██████████████████████████████████                        ███
     ████████████████████                                      ███
21             MR. JAFFE:  All right.                          17:56
22             Let's mark this next document as 602.  And      17:56
23   it's a big piece of paper, so hat's off to the -- the     17:56
24   file room for printing this off.                          17:56
25             MR. LLEWELLYN:  Counsel, I just want to         17:56
```

```
 1   clarify.  Do you think this redirect is responsive to    17:56
 2   something that was raised in the course of his           17:56
 3   deposition?                                              17:56
 4           MR. JAFFE:  Yep.                                 17:56
 5           (Document marked Exhibit 602                     17:56
 6            for identification.)                            17:56
 7           MR. JAFFE:  Dr. Dolgov, I've marked as           17:56
 8   Exhibit 602.                                             17:56
 9      Q    Are these ████████████████ that were             17:56
10   referred -- that you just referred to?                   17:56
11      A    I can't be exactly confident, but that           17:57
12   mention in the e-mail looks like it has a link.  I       17:57
13   can't be, you know, confident.  I can't know for sure    17:57
14   if it links to that document, that spreadsheet.  But     17:57
15   the spirit of it, as I described it, is -- is -- is      17:57
16   accurate, yeah.                                          17:57
17      Q    Okay.  So, in just looking at the information    17:57
18   on the left-hand side, in the left-hand-most column,     17:57
19   ████████████████████████████████ where did these         17:57
20   entries in the leftmost column come from?                17:57
21           MR. LLEWELLYN:  So Counsel, I'm going to         17:57
22   object to all of this as beyond the scope of proper      17:57
23   redirect.                                                17:57
24           MR. JAFFE:  Q.  Go ahead.                        17:57
25   █ █████████████████████████████████████████████          17:57
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ██████████████████████████████████ | ██ |
| | ██████████████████████████████████████ | ██ |
| | ██████████████████████████████████████ | ██ |
| | ████████████████████████████ | 17:58 |
| 5 | Q   Is the information in this document, such as | 17:58 |
| 6 | in the left-hand corner, is -- is this kept -- kept | 17:58 |
| 7 | confidential within Waymo? | 17:58 |
| 8 | A   I would expect so.  I mean, by default, | 17:58 |
| 9 | everything that we have to do, especially things that | 17:58 |
| 10 | are essence as the -- ████████████████████ | ██ |
| | ████████████████ are kept confidential. | 17:58 |
| 12 | Q   And why are the -- ████████████████████ | ██ |
| | ████████████████ -- why is that in particular | 17:58 |
| 14 | sensitive? | 17:58 |
| 15 | A   Oh, this is, in a way, a product of the | 17:58 |
| 16 | experience that the team has accumulated over the | 17:58 |
| 17 | years of working on this technology, understanding, | 17:58 |
| 18 | you know, ████████████████████████ | ██ |
| | ████████████████████████████████████ | ██ |
| | ████████████████████ | ██ |
| | ████████████████████████████████████ | ██ |
| | ██████████████████████ | 17:59 |
| 23 | Q   Would Waymo share the information in | 17:59 |
| 24 | Exhibit 602 with a competitor? | 17:59 |
| 25 | A   Not unless there were really good reasons to | 17:59 |

Page 152

| | | |
|---|---|---|
| 1 | do so. | 17:59 |
| 2 | Q   And do you have any personal knowledge | 17:59 |
| 3 | regarding the value of -- of this information to Waymo | 17:59 |
| 4 | in the self-driving car project? | 17:59 |
| 5 | A   I can't -- I'm not sure if I can quantify the | 17:59 |
| 6 | value. But it -- as I just mentioned, it's -- in my | 17:59 |
| 7 | mind, the value is tremendous because it captures the | 17:59 |
| 8 | experience accumulated over the course of developing | 17:59 |
| 9 | the system and trying different ideas and | 18:00 |
| 10 | understanding, you know, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 18:00 |
| 13 | Q   And, to your knowledge, is the information | 18:00 |
| 14 | contained in this document, Exhibit 602 -- does it | 18:00 |
| 15 | reflect -- is it in the public domain? | 18:00 |
| 16 | A   Not that I'm aware of. | 18:00 |
| 17 | Q   Okay. | 18:00 |
| 18 | MR. JAFFE:  All right.  No further questions. | 18:00 |
| 19 | MR. LLEWELLYN:  I have a further question. | 18:00 |
| 20 | | 18:00 |
| 21 | FURTHER EXAMINATION | 18:00 |
| 22 | BY MR. LLEWELLYN: | 18:00 |
| 23 | Q   You testified that you couldn't be sure | 18:00 |
| 24 | whether this newly marked exhibit was, in fact, the | 18:00 |
| 25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were specifically called out in | 18:00 |

Page 153