# EXHIBIT 8

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5  WAYMO LLC
 6      Plaintiff,
 7          vs.              Case No. 17-cv-00939-WHA
 8  UBER TECHNOLOGIES,INC.;
    OTTOMOTTO, LLC; OTTO
 9  TRUCKING LLC,
10      Defendants.
    _____
11
12
13
14
15
16         VIDEO DEPOSITION OF EMIL MICHAEL
17             San Francisco, California
18              Friday, July 28, 2017
19                    Volume I
20
21
22  REPORTED BY:
23  REBECCA L. ROMANO, RPR, CSR No. 12546
24  JOB NO. 2666869
25  PAGES 1 - 160
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC
 6        Plaintiffs,
 7             vs.              Case No. 17-cv-00939-WHA
 8   UBER TECHNOLOGIES,INC.;
     OTTOMOTTO, LLC; OTTO
 9   TRUCKING LLC,
10        Defendants.
     _____
11
12
13
14
15
16
17           VIDEO DEPOSITION OF EMIL MICHAEL, taken
18   on behalf of the Plaintiffs, at Quinn Emanuel
19   Urquhart & Sullivan, LLP, 50 California Street,
20   22nd Floor, San Francisco, California, commencing
21   at 9:20 Friday, July 28, 2017 before
22   Rebecca L. Romano, Certified Shorthand
23   Reporter No. 12546
24
25
```

Page 2

```
 1    be the case?                                              11:46:56
 2        A.   It's a small industry, and experts that
 3    you get can help you accelerate your timeframes.
 4    It's very common in tech.
 5        Q.   If you look at the last sentence, it             11:47:21
 6    says, "This is a team that knows each other, knows
 7    the tech, knows the potholes and can jam at an
 8    incredible rate.  We hope to help solve some of our
 9    most pressing challenges."
10             Do you see that?                                 11:47:46
11        A.   I do.
12        Q.   The -- when it says "knows the tech," at
13    least to the extent that -- that there were people
14    coming from Waymo, they knew Waymo's tech, right?
15             MS. RAY:  Objection.  Form.                      11:48:14
16             MR. LIN:  Objection.
17             THE DEPONENT:  The way I read that is,
18    they know the tech of autonomous vehicles and
19    what's happening in the world, and -- and the
20    robotics.                                                 11:48:24
21        Q.   (By Mr. Perlson)  And at least some of
22    the tech that they would know necessarily would be
23    tech learned at -- working on this at Waymo.
24             I mean, doesn't that make common sense?
25             MS. RAY:  Objection to form.                     11:48:40
```

Page 86

```
 1            MR. LIN:  Objection.                         11:48:41
 2            THE DEPONENT:  I think that's -- you
 3   know, we all take with us what we learn at the
 4   companies we work at, so...
 5       Q.   (By Mr. Perlson)  And it says "Knows --      11:48:51
 6   knows the potholes."
 7            What does that refer to?
 8            MS. RAY:  Objection.  Form.
 9            THE DEPONENT:  That means knows the
10   dead ends, the technical -- the things that are      11:49:04
11   technically possible.
12       Q.   (By Mr. Perlson)  And that was a value to
13   Uber, as well?
14       A.   Yeah, knowing not -- where to not spend
15   resources is valuable to any tech company.           11:49:26
16       Q.   You need to take a break?
17       A.   I don't need to unless -- you were taking
18   your mic off, so I assume you were asking for a
19   break.
20            (Exhibit 398 was marked for                  11:50:33
21   identification by the court reporter and is
22   attached hereto.)
23       Q.   (By Mr. Perlson)  You have been handed
24   what's been marked as Exhibit 398, Uber 60664.  And
25   it's an email from Mr. Poetzscher to yourself and    11:52:04
```

Page 87