Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN RELATION TO MOTION TO COMPEL DISCOVERY FROM WAYMO REGARDING ITS FORENSIC INVESTIGATION**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Hong-An Vu, declare as follows:

1. I am an associate at the law firm of Goodwin Procter LLP representing Defendant Otto Trucking LLC in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Otto Trucking's Administrative Motion to File Under Seal Exhibits to Its Motion to Compel Discovery from Waymo in Relation to its Forensic Investigation of Messrs. Levandowski, Raduta, and Kshirsagar.

2. I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted portions | Plaintiff |
| Exhibit 1 to the Vu Declaration | Highlighted portions | Plaintiff |
| Exhibit 2 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 3 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 4 to the Vu Declaration | Highlighted portions | Plaintiff |
| Exhibit 5 to the Vu Declaration | Highlighted portions | Plaintiff |
| Exhibit 6 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 8 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 9 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 10 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 11 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 12 to the Vu Declaration | Entire Document | Plaintiff |

3. The highlighted portions of Exhibits 1, 2, 4 and 5 and the entirety of Exhibits 2, 3, and 6 through 12 to the Declaration of Hong-An Vu in Support of Defendant Otto Trucking's Motion to Compel Discovery From Waymo Regarding Its Forensic Investigation ("Vu Decl.") contain information that Waymo has designated "Confidential" or "Highly Confidential –

Attorneys' Eyes Only" pursuant to the Protective Order in this case. (*See* Vu Decl., ¶ 3.) Otto Trucking states no position about whether the confidentiality designations are appropriate. Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to L.R 79-5.

    4.    Otto Trucking's request to seal is narrowly tailored to the information Waymo asked to be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2017 in Los Angeles, California.

        */s/ Hong-An Vu*
        HONG-AN VU

**ATTORNEY ATTESTATION**
Pursuant to Civil Local Rule 5-1(i)(3), I, Neel Chatterjee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatures (/s/) within this document.

Dated: August 11, 2017              /s/ *Neel Chatterjee*
                                              Neel Chatterjee