Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>   Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Having considered Defendant Otto Trucking LLC's Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Otto Trucking's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted portions | Plaintiff |
| Exhibit 1 to the Vu Declaration | Highlighted portions | Plaintiff |
| Exhibit 2 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 3 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 4 to the Vu Declaration | Highlighted portions | Plaintiff |
| Exhibit 5 to the Vu Declaration | Highlighted portions | Plaintiff |
| Exhibit 6 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 8 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 9 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 10 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 11 to the Vu Declaration | Entire Document | Plaintiff |
| Exhibit 12 to the Vu Declaration | Entire Document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge

1
[PROPOSED] ORDER RE MTN TO FILE EXHIBITS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA