1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
  50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10                         UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                  **PROOF OF SERVICE**

14        vs.

15  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    I, John W. McCauley, declare as follows:

2           1.      I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose

3    address is 50 California Street, 22nd Floor, San Francisco, CA 94111.  I am over the age of eighteen

4    and not a party to this action.

5           2.      On August 11, 2017, I caused the following documents to be served on all counsel of

6    record via electronic mail:  Unredacted Version of Waymo's Opposition to Defendants' Motion to

7    Strike Trade Secrets and Exhibits 2-7, and 9 thereto.

8           3.      The documents were transmitted via electronic mail to the addresses below, pursuant to

9    the agreement between the parties, and the electronic mail transmission was reported as complete and

10   without error.

| Recipient | Email Address: |
|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | |
|---|---|
| LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | |
| I. Neel Chatterjee (SBN 173985)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>Brett M. Schuman (SBN 189247)<br>Shane Brun (SBN 179079)<br>Rachel M. Walsh (SBN 250568)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104<br>415.954.4410<br>415.954.4480 | jcooper@fbm.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 11, 2017.

By /s/ *John W. McCauley*

John W. McCauley

CASE NO. 3:17-cv-00939-WHA

PROOF OF SERVICE

1

2 **<u>SIGNATURE ATTESTATION</u>**

3        Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

4 filing of this document has been obtained from John W. McCauley.

5

6                                    */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28