WALTER F. BROWN (STATE BAR NO. 130248)
MELINDA L. HAAG (STATE BAR NO. 132612)
ROBERT L. URIARTE (STATE BAR NO. 258274)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759
wbrown@orrick.com
mhaag@orrick.com
ruriarte@orrick.com

Attorneys for Non-Party
TRAVIS KALANICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.: 17-cv-00939-WHA<br><br>**EXHIBIT A TO THE DECLARATION OF ALLAN T. VOGEL IN SUPPORT OF MR. KALANICK'S OPPOSITION TO WAYMO'S MOTION TO COMPEL MR. KALANICK'S CELL PHONE/CELL PHONE IMAGE** |

# EXHIBIT A



# Allan T. Vogel

- Sr. Cybersecurity Analyst
- Security Consulting Services
- 9055 Guilford Road, Suite D
- Columbia, MD 21046
- Phone:  435.879.1508
- Allan.vogel@fidelissecurity.com

## Profile

Allan is a Sr. Cybersecurity Analyst with Fidelis.  He has more than a 8 years of experience in Corporate Financial/Process Audting, Advanced Computer, Mobile, and Network Forensics.  His extensive background and expertise includes employing and training forensics techniques to expose the truth and mitigate risk for commercial and governmnt sectors. Prior to joining Fidelis Cybersecurity Solutions, he was responsible for reducing losses for Andrus Transportation and implementing forensics solution. His other professional highlights include; assisting the training of chip-off and advanced mobile forensics to foreign governemental agencies.  He has earned several industry certifications in Digital Forensics, Network Security, Incident Response, Cyber Ethics, Law and White Collar Crime.  He is in the process of obtiaing his Master's degree in Cybersecurity/Digital Forensics and has received his Bachelor's degree in Criminal Justice/Digital Forensics from Dixie State University.

## Experience

Sr. Cybersecurity Analyst Fidelis Cybersecurity, 2016-Present

- Discover, identify, mitigate and report intentional or unintentional unauthorized use of customer information and/or information systems.
- Conduct collection, processing and reporting of evidence with forensics standards.

Sr. Anaylst, Andrus Transportation Services, 2009-2016

Sr. Business Development Consutant, Business Success Network, 2007- 2009

Sr. Business Development Manager, Guild, 2006-2007

Vice President of Operations, Red Cliffs, a subsidiary of National City Bank, 2005 -2006

## Technical Proficiencies

- Computer Forensics
- Mobile Forensics, including Chip-Off Forensics
- Incident Response
- Memory Analysis
- Malware Analysis
- Network Monitoring


- Network Penetration Testing
- Security Engineering

## Professional Affiliations

- ISC$^2$

## Professional Certifications

- AccessData Certified Examiner (ACE)
- AccessData Certified Mobile Examiner (MPE+)
- Network Security Pro (Testout Corporation)
- CISSP
- Texas A&M Engineering Extenstion Service/Department of Homeland Security Certificates
    - Cyber Incident Analysis and Response
    - Cyber Ethics
    - Cyber Law and White Collar Crime
    - Digital Forensics

## Education

- Master of Science, Utica College, Expected Graduation 05/2019
- Bachelor's, Criminal Justice/Digital Forensics, Dixie State University, 2015
- Certificate, Digital Forensics, Dixie State University, 2014
- Certificate, Network Security, Edmound Community College, 2016