WALTER F. BROWN (STATE BAR NO. 130248)
MELINDA L. HAAG (STATE BAR NO. 132612)
ROBERT L. URIARTE (STATE BAR NO. 258274)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759
wbrown@orrick.com
mhaag@orrick.com
ruriarte@orrick.com

Attorneys for Non-Party
TRAVIS KALANICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.: 17-cv-00939-WHA |
| Plaintiffs, | **NOTICE OF ERRATA** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Document Dkt. No. 1153-6 and 1154-2 were filed without attaching Exhibit A to the Declaration of Allan T. Vogel in Support of the Kalanick Opposition to Waymo's Motion to Compel Kalanick's Cell Phone/Cell Phone image. A true and correct copy of Exhibit A is filed concurrently herewith and is linked to Dkt Nos. 1153 and 1154.

Dated: August 11, 2017                By:   */s/ Robert L. Uriarte*
                                            ROBERT L. Uriarte (SBN 258274)