1

2
QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com

3
   David A. Perlson (Bar No. 209502)
   davidperlson@quinnemanuel.com

4
   Melissa Baily (Bar No. 237649)
   melissabaily@quinnemanuel.com

5
   John Neukom (Bar No. 275887)
   johnneukom@quinnemanuel.com

6
   Jordan Jaffe (Bar No. 254886)
   jordanjaffe@quinnemanuel.com

7
50 California Street, 22nd Floor
San Francisco, California 94111-4788

8
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

9

Attorneys for WAYMO LLC

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EMERGENCY MOTION FOR EXPEDITED BRIEFING AND HEARING AND EXHIBITS THERETO** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Felipe Corredor, declare as follows:

2         1.      I am an attorney licensed to practice in the State of California and am admitted to

3    practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan,

4    LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set

5    forth in this Declaration, and if called as a witness I would testify competently to those matters.

6         2.      I make this declaration in support of Defendants Uber Technologies, Inc. and

7    Ottomotto, LLC's Administrative Motion to File Under Seal Portions of Their Motion to Strike Vague

8    and Overbroad Trade Secrets and Emergency Motion for Expedited Briefing and Hearing and Exhibits

9    Thereto (the "Administrative Motion").  The Administrative Motion seeks an order sealing

10   highlighted portions of Uber's Motion to Strike Vague and Overbroad Trade Secret Claims and

11   Emergency Motion for Expedited Briefing and Hearing  ("Uber's Motion"), of the Declaration of

12   Esther Chang, and of Exhibits 12-13 to the Declaration of Esther Chang ("Exhibits 12-13"), as well as

13   the entirety of Exhibits 2-7 and 14-16 to the Declaration of Esther Chang ("Exhibits 2-7 and 14-16")

14   and Exhibit 1 to the Declaration of Rudy Kim ("Kim Exhibit 1").

15        3.      The portions of Uber's Motion marked in red boxes, the green highlighted portions of

16   the Declaration of Esther Chang, of Exhibits 3, 12-13, and 15-16 thereto and of Kim Exhibit 1, and the

17   entirety of Exhibits 2, 4-7, and 14 contain or refer to trade secret information, which Waymo seeks to

18   seal.

19        4.      Uber's Motion (portions marked in red boxes in version filed herewith), the

20   Declaration of Esther Chang (green highlighted portions), Exhibit 2 (entire document), Exhibit 3

21   (green highlighted portions in version filed herewith), Exhibits 4-7 (entire documents), Exhibits 12-13

22   (green highlighted portions), Exhibit 14 (entire document), Exhibits 15-16 (green highlighted portions

23   in version filed herewith), and Kim Exhibit 1 (green highlighted portions in version filed herewith)

24   contain, reference, and/or describe Waymo's asserted trade secrets.  The information Waymo seeks to

25   seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle

26   system, including its LiDAR designs, which Waymo maintains as secret.  I understand that these trade

27   secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to

28   Waymo's business (Dkt. 25-31).  The public disclosure of this information would give Waymo's

1  competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle

2  system.  If such information were made public, I understand that Waymo's competitive standing

3  would be significantly harmed.

4       5.    Waymo's request to seal is narrowly tailored to those portions of Uber's Motion, the

5  Declaration of Esther Chang, Exhibits 2-7 and 12-16 thereto, and Kim Exhibit 1 that merit sealing.

6

7      I declare under penalty of perjury under the laws of the State of California and the United

8  States of America that the foregoing is true and correct, and that this declaration was executed in San

9  Francisco, California, on August 11, 2017.

10                                                                        By */s/ Felipe Corredor*

11                                                                     Felipe Corredor
      Attorneys for WAYMO LLC

12

13

14 **ATTESTATION**

15     In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

16 document has been obtained from Felipe Corredor.

17

18        By: */s/ Charles K. Verhoeven*
    Charles K. Verhoeven

19
20
21
22
23
24
25
26
27
28

-3-    CASE NO. 3:17-cv-00939-WHA
CORREDOR DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL