# EXHIBIT 3

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
3  davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
4  melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
5  johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
7  San Francisco, California  94111-4788
(415) 875-6600
8  (415) 875-6700 facsimile

9  Attorneys for Plaintiff WAYMO LLC

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

| | |
|---|---|
| WAYMO LLC | Case No. 17-cv-00939-JCS |
| Plaintiffs, | **PLAINTIFF'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 illustrative example, Waymo's efforts to discover relevant evidence were thwarted by evasive

2 testimony from Defendants' employees Gaetan Pennecot (Pennecot Dep. 62:3-13, 69:14-15) and

3 Daniel Gruver (Gruver Dep. 45:13-46:19) suggesting that █████████████████████████████

4 ████████████████████, which was later contradicted by testimony provided by James Haslim in

5 his court-ordered deposition (Haslim May 4 Dep. 50:14-51:9), as well as by misleading testimony

6 from Gruver (Gruver Dep. 51:4-15) suggesting that Velodyne's LiDARs █████████████████,

7 which was later contradicted in Haslim's court-ordered deposition (Haslim May 4 Dep. 165:1-11).

8

9 <u>**SPECIFIC OBJECTIONS AND RESPONSES**</u>

10 Waymo expressly incorporates the above objections as though set forth fully in response to

11 each of the following individual interrogatories, and, to the extent that they are not raised in the

12 particular response, Waymo does not waive those objections.

13

14 <u>**INTERROGATORY NO. 1:**</u>

15 Identify each alleged Waymo trade secret from "Plaintiff's List of Asserted Trade Secrets

16 Pursuant to Cal. Code Civ. Proc. Section 2019.210," served on March 10, 2017, that You contend

17 is used by Uber, and identify all facts and Documents (by Bates number) that you believe support

18 Your contention.

19

20 <u>**RESPONSE TO INTERROGATORY NO. 1:**</u>

21 Waymo incorporates by reference its General Objections. Waymo further objects to this

22 interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

23 the extent that it asks Waymo to respond separately for each alleged Waymo trade secret. Waymo

24 further objects to this request to the extent it is compound, complex, and contains multiple

25 subparts. Waymo further objects to this interrogatory as premature to the extent it calls for

26 information that is subject to expert testimony. Waymo will provide expert testimony in

27 accordance with the Court's procedural schedule.

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Subject to and without waiving the foregoing General and Specific Objections, Waymo

2    responds as follows:

3    The head of Defendants' self-driving car program, Anthony Levandowski took from

4    Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

5    proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

6    Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

7    at 20:9-24, 100:9-101:15, 115:3-16.  The stolen files describe and contain certain of Waymo's

8    asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

9    63, and 75-109 from Waymo's List of Asserted Trade Secrets.  *See* Dkt. No. 25-7.   Mr.

10   Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

11   Waymo employees, used these files to design and build LIDAR designs and systems that include

12   information contained in and derived from Waymo's trade secrets.  *See* Levandowski Dep. at

13   20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

14   Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

15   to determine risks and benefits associated with various LiDAR designs and systems, including

16   Trade Secret Nos. 110-121.  *See id*.  Further evidence of Uber's use of Waymo's asserted trade

17   secrets is provided below:

18   **Trade Secret Nos. 1 and 4**

19   Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

20   at least because ████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████████

22   ████████████████████████████████████████████   Uber uses

23   Trade Secret No. 4 at least because the Fuji device includes ███████████████████

24   ████████████████████████████████████████████████████████

25   ████████████████   Example documents describing Uber's use of Trade Secret Nos. 1 and 4

26   include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

27   Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-

28   126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,

2  including UBER00011690-708, Document Production of Gorilla Circuits, including GOR

3  000001-174.

4  **Trade Secret Nos. 2, 3, and 6**

5  Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a

6  ████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████

8  ████████████, or a derivative thereof.  Uber uses Trade Secret No. 3 at least because the Fuji

9  device includes or is derived from ████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████ or a derivative thereof.  Uber uses Trade Secret No. 6 at

12 least because the Fuji device includes or is derived from ████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ████████████████████████████████, or a derivative thereof:

16 ████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████
23 ████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████

25 Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the

26 following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

27 inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  CAD drawings of the Fuji device, including UBER00011690-708, Document Production of

2  Gorilla Circuits, including GOR 000001-174.

3      **Trade Secret No. 5**

4      Uber uses Trade Secret No. 5 at least because the Fuji device includes ███████

5  ████████████████████████████████████████████████ Example documents

6  describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

7  for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

8  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

9  UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

10      **Trade Secret No. 7**

11      Uber does not deny that it uses Trade Secret No. 7.  Uber uses Trade Secret No. 7 at least

12  because the Fuji device includes █████████████████████████████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████ Example documents describing Uber's

16  use of Trade Secret No. 7 include the following:  Deposition Transcript of Michael Lebby ("Lebby

17  Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 64:49;

18  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

19  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708.

21      **Trade Secret No. 8**

22      Uber does not dispute that it uses Trade Secret No. 8.  Uber uses Trade Secret No. 8 at

23  least because the Fuji device includes ███████████████████████████████████

24  ████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████

26  Example documents describing Uber's use of Trade Secret No. 8 include the following:

27  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2   UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3   **Trade Secret Nos. 9 and 10**

4   Uber uses Trade Secret No. 9 at least because the Fuji device includes █████████

5   ████████████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████

9   ███████████████   Uber uses Trade Secret No. 10 at least because the Fuji device █████

10  ████████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████   Example

13  documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

14  Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

15  Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

16  Zemax simulation; UBER00006248; UBER00006251; UBER00011317; UBER00011473

17  UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

18  194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

19  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

21  10 and 11.

22  **Trade Secret No. 13**

23  Uber does not dispute that it uses Trade Secret No. 13.  Uber uses Trade Secret No. 13 at

24  least because the Fuji device ████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████

26  ██████   Example documents describing Uber's use of Trade Secret No. 13 include the following:

27  UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

28  the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

2  000001-174.

3     **Trade Secret No. 14**

4        Uber uses Trade Secret No. 14 at least because the Fuji device ██████████████

5  ████████████████████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████████████████████████

8  ██    Example documents describing Uber's use of Trade Secret No. 13 include the following:

9  Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

10  produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

11  289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

12  of Gorilla Circuits, including GOR 000001-174.

13     **Trade Secret No. 19**

14        Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

15  least because the Fuji device includes ███████████████████████████████████████████

16  ████████████████████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████████████████

18  ███████████████████████████████████████████    Example documents describing

19  Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

20  for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

21  CAD drawings of the Fuji device produced for inspection.

22     **Trade Secret Nos. 48 and 90**

23        Uber uses Trade Secret No. 48 at least because the Spider device includes ███████████

24  ████████████████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████████████████

26  ███████████████████████████    Uber uses Trade Secret No. 90 at least because the Spider

27  device uses information contained in or derived from the document titled, ████████████████

28  ████████████████████████████████████████████████████████████████    Example

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

2  UBER00005076; UBER00005076; UBER00005077; UBER00011676; UBER00011678;

3  UBER00017389; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim Tr. at 17:24-24:24;

4  Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of the Spider device,

5  including UBER00006265-71.

6  **Trade Secret Nos. 94-99**

7  Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes printed circuit

8  boards that incorporate design information contained in or derived from files downloaded by

9  Anthony Levandowski on  December 11, 2015 from Waymo's SVN schematic repository folder

10  ████████████████  and subfolders.   Example documents describing Uber's use of Trade

11  Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

12  device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

13  272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

14  Production of Gorilla Circuits, including GOR 000001-174.

15  Discovery is ongoing and Waymo reserves the right to supplement this response after

16  further discovery and investigation into Uber's use of Waymo's trade secrets.

17

18  **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

19  Waymo incorporates by reference its General Objections.  Waymo further objects to this

20  interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

21  the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

22  further objects to this request to the extent it is compound, complex, and contains multiple

23  subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

24  information that is subject to expert testimony.   Waymo will provide expert testimony in

25  accordance with the Court's procedural schedule.

26  Subject to and without waiving the foregoing General and Specific Objections, Waymo

27  responds as follows:

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    The head of Defendants' self-driving car program, Anthony Levandowski took from

2    Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

3    proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

4    Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

5    at 20:9-24, 100:9-101:15, 115:3-16.   The stolen files describe and contain certain of Waymo's

6    asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

7    63, and 75-109 from Waymo's List of Asserted Trade Secrets.  *See* Dkt. No. 25-7.  Mr.

8    Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

9    Waymo employees, used these files to design and build LIDAR designs and systems that include

10   information contained in and derived from Waymo's trade secrets.  *See* Levandowski Dep. at

11   20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

12   Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

13   to determine risks and benefits associated with various LiDAR designs and systems, including

14   Trade Secret Nos. 110-121.  *See id*.  Further evidence of Uber's use of Waymo's asserted trade

15   secrets is provided below:

16       **Trade Secret Nos. 1 and 4**

17       Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

18   at least because ███████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████ Uber uses

21   Trade Secret No. 4 at least because the Fuji device includes ███████████████████

22   ████████████████████████████████████████████████████████████████

23   ██████████████████ Example documents describing Uber's use of Trade Secret Nos. 1 and 4

24   include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

25   Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-

26   126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

27   device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  including UBER00011690-708, Document Production of Gorilla Circuits, including GOR

2  000001-174.

3  **Trade Secret Nos. 2, 3, and 6**

4  Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a

5  ████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████

7  ████████████ or a derivative thereof.  Uber uses Trade Secret No. 3 at least because the Fuji

8  device includes or is derived from ████████████████████████████████████████

9  ████████████████████████████████████████████████████████████

10  ████████████████████████ or a derivative thereof.  Uber uses Trade Secret No. 6 at

11  least because the Fuji device includes or is derived from ████████████████████████

12  ████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████

14  ████████████████████████████████████████ or a derivative thereof:

15  ████████████████████████████████████████████████████████████

16-23 ████████████████████████████████████████████████████████████

24  Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the

25  following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

26  inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

27  CAD drawings of the Fuji device, including UBER00011690-708, Document Production of

28  Gorilla Circuits, including GOR 000001-174; Apr. 13, 2017 Linaval Tr. at 60:1-9; Apr. 17, 2017

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Boehmke Tr. at 65:14-66:25; Apr. 18, 2017 Haslim Tr. at 60:18-62:6, 76:9-12; Apr. 20, 2017

2   Gruver Tr. at 52:14-54:5; May 4, 2017 Haslim Tr. at 70:16-71:9, 89:5-17, 174:4-10.

3        **Trade Secret No. 5**

4        Uber uses Trade Secret No. 5 at least because the Fuji device includes ███████

5   ██████████████████████████████████████████████ Example documents

6   describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

7   for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

8   UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

9   UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

10       **Trade Secret No. 7**

11       Uber does not deny that it uses Trade Secret No. 7.  Uber uses Trade Secret No. 7 at least

12  because the Fuji device includes ██████████████████████████████

13  ███████████████████████████████████████████████████████

14  ███████████████████████████████████████████████████████

15  ████████████████████████████ Example documents describing Uber's

16  use of Trade Secret No. 7 include the following:  Deposition Transcript of Michael Lebby ("Lebby

17  Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 62:8-20, 64:49;

18  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

19  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708.

21       **Trade Secret No. 8**

22       Uber does not dispute that it uses Trade Secret No. 8.  Uber uses Trade Secret No. 8 at

23  least because the Fuji device includes ██████████████████████████

24  ███████████████████████████████████████████████████████

25  ███████████████████████████████████████████████████████

26  Example documents describing Uber's use of Trade Secret No. 8 include the following:

27  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2    UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3         **Trade Secret Nos. 9 and 10**

4         Uber uses Trade Secret No. 9 at least because the Fuji device includes ████████

5    ███████████████████████████████████████████████████████████████████

6    ███████████████████████████████████████████████████████████████████

7    ███████████████████████████████████████████████████████████████████

8    ███████████████████████████████████████████████████████████████████

9    █████████████████████ Uber uses Trade Secret No. 10 at least because the Fuji device ███

10   ███████████████████████████████████████████████████████████████████

11   ███████████████████████████████████████████████████████████████████

12   █████████████████████████████████████████████████████████ Example

13   documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

14   Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

15   Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

16   Zemax simulation; UBER00006248; UBER00006251; UBER00011317; UBER00011473

17   UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

18   194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

19   UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20   UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

21   10 and 11; May 4, 2017 Haslim Tr. at 49:16-51:20; June 14, 2017 Pennecot Tr. at 246:19-247:14.

22        **Trade Secret No. 13**

23        Uber does not dispute that it uses Trade Secret No. 13.  Uber uses Trade Secret No. 13 at

24   least because the Fuji device ███████████████████████████████████████████████

25   ███████████████████████████████████████████████████████████████████

26   ██████ Example documents describing Uber's use of Trade Secret No. 13 include the following:

27   UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

28   the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

2   000001-174; Pennecot Tr. (Vol. 2) at 261:19-265:11; Depo. Exhibit 106 (UBER0059852);

3   Pennecot Tr. (Vol. 3) at 423:11-424:17; UBER00072127.

4       **Trade Secret No. 14**

5       Uber uses Trade Secret No. 14 at least because the Fuji device ████████████████

6   ████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████

9   ████ Example documents describing Uber's use of Trade Secret No. 13 include the following:

10  Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

11  produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

12  289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

13  of Gorilla Circuits, including GOR 000001-174; UBER00017468; Pennecot Tr. (Vol. 3) at

14  352:20-355:24; Linaval Tr. at 59:4-23.

15      **Trade Secret No. 19**

16      Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

17  least because the Fuji device includes ████████████████████████████████

18  ████████████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████████

20  ████████████████████████████████ Example documents describing

21  Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

22  for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

23  CAD drawings of the Fuji device produced for inspection.

24      **Trade Secret No. 25**

25      Uber uses Trade Secret No. 25 at least because the acquisition of Otto was driven by

26  Anthony Levandowski's knowledge of Waymo's ████████████████████████

27  ████████████████████████████████████████ Example documents

28  describing Uber's use of Trade Secret No. 25 include the following:  UBER00018068.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Discovery is ongoing and Waymo reserves the right to supplement this response after

2   further discovery and investigation into Uber's use of Waymo's trade secrets.

3    **Trade Secret Nos. 48 and 90**

4    Uber uses Trade Secret No. 48 at least because the Spider device includes ██████

5   ████████████████████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████████████████████

7   ███████████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider

8   device uses information contained in or derived from the document titled, ██████████████

9   ████████████████████████████████████████████████████████████████████ Example

10  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

11  UBER00005076;   UBER00005076;   UBER00005077;   UBER00011676;   UBER00011678;

12  UBER00017389;   UBER00016399;   UBER00017831-38;   UBER00017839-51;   UBER00017854-

13  55;   UBER00017856-57;   UBER00017858-76;   UBER00017877-89;   UBER00017890;

14  UBER00017891; UBER00017892; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim

15  Tr. at 17:24-24:24; Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of

16  the Spider device, including UBER00006265-71.

17    **Trade Secret No. 72**

18    Uber uses Trade Secret No. 72 at least because the Fuji device ██████████████

19  ████████████████████████████████████████████████████████████████████████

20  ██████████ ████████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████████████████

22  Example documents describing Uber's use of Trade Secret No. 72 include the following:  Haslim

23  Decl.; UBER00072238; Fuji device produced for inspection; photographs of the Fuji device,

24  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

25  UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

26    **Trade Secret Nos. 94-99**

27    Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes printed circuit

28  boards that incorporate design information contained in or derived from files downloaded by

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Anthony Levandowski on   December 11, 2015 from Waymo's SVN schematic repository folder

2   ███████████████ and subfolders.   Example documents describing Uber's use of Trade

3   Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

4   device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

5   272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

6   Production of Gorilla Circuits, including GOR 000001-174.

7        **Trade Secret No. 111**

8        Uber uses Trade Secret No. 111 at least because it considered but rejected ████████

9   ██████████████████████████████████████████████████████████

10  ████████████ based on Anthony Levandowski and other engineers' knowledge of Waymo's

11  trade secrets.   Example documents describing Uber's use of Trade Secret No. 111 include the

12  following:  UBER00072238.

13       **Trade Secret No. 118**

14       Uber uses Trade Secret No. 118 at least because it considered but rejected ████████

15  ██████████████████████████████████████████████████████████

16  ████████████ based on Anthony Levandowski and other engineers' knowledge of Waymo's

17  trade secrets.   Example documents describing Uber's use of Trade Secret No. 118 include the

18  following:  UBER00072238.

19       Discovery is ongoing and Waymo reserves the right to supplement this response after

20  further discovery and investigation into Uber's use of Waymo's trade secrets.

21

22  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

23       Waymo incorporates by reference its General Objections.  Waymo further objects to this

24  interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

25  the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

26  further objects to this request to the extent it is compound, complex, and contains multiple

27  subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  information that is subject to expert testimony.   Waymo will provide expert testimony in

2  accordance with the Court's procedural schedule.

3     Subject to and without waiving the foregoing General and Specific Objections, Waymo

4  responds as follows:

5     The head of Defendants' self-driving car program, Anthony Levandowski took from

6  Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

7  proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

8  Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

9  at 20:9-24, 100:9-101:15, 115:3-16.   The stolen files describe and contain certain of Waymo's

10  asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

11  63, and 75-109 from Waymo's List of Asserted Trade Secrets.   *See* Dkt. No. 25-7.   Mr.

12  Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

13  Waymo employees, used these files to design and build LIDAR designs and systems that include

14  information contained in and derived from Waymo's trade secrets.   *See* Levandowski Dep. at

15  20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

16  Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

17  to determine risks and benefits associated with various LiDAR designs and systems, including

18  Trade Secret Nos. 110-121.  *See id.*  Further evidence of Uber's use of Waymo's asserted trade

19  secrets is provided below:

20     **Trade Secret Nos. 1 and 4**

21     Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

22  at least because ████████████████████████████████████████████

23  ████████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████   Uber uses

25  Trade Secret No. 4 at least because the Fuji device includes ███████████████

26  ████████████████████████████████████████████████████████████

27  ████████████████   Example documents describing Uber's use of Trade Secret Nos. 1 and 4

28  include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

**Trade Secret Nos. 2, 3, and 6**

Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████ or a derivative thereof.  Uber uses Trade Secret No. 3 at least because the Fuji device includes or is derived from ████████████████████████████ ███████████████████████████████████████████████████████████████ █████████████████████████ or a derivative thereof.  Uber uses Trade Secret No. 6 at least because the Fuji device includes or is derived from ██████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████ or a derivative thereof:

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

2  CAD drawings of the Fuji device, including UBER00011690-708, Document Production of

3  Gorilla Circuits, including GOR 000001-174; Apr. 13, 2017 Linaval Tr. at 60:1-9; Apr. 17, 2017

4  Boehmke Tr. at 65:14-66:25; Apr. 18, 2017 Haslim Tr. at 60:18-62:6, 76:9-12; Apr. 20, 2017

5  Gruver Tr. at 52:14-54:5; May 4, 2017 Haslim Tr. at 70:16-71:9, 89:5-17, 174:4-10.

6      **Trade Secret No. 5**

7      Uber uses Trade Secret No. 5 at least because the Fuji device includes ████████

8  ███████████████████████████████████████████ Example documents

9  describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

10  for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

11  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

12  UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

13      **Trade Secret No. 7**

14      Uber does not deny that it uses Trade Secret No. 7.  Uber uses Trade Secret No. 7 at least

15  because the Fuji device includes ████████████████████████████████████████

16  ████████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████

18  ██████████████████████████████ Example documents describing Uber's

19  use of Trade Secret No. 7 include the following:  Deposition Transcript of Michael Lebby ("Lebby

20  Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 62:8-20, 64:49;

21  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

22  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

23  UBER00011690-708.

24      **Trade Secret No. 8**

25      Uber does not dispute that it uses Trade Secret No. 8.  Uber uses Trade Secret No. 8 at

26  least because the Fuji device includes ████████████████████████████████████

27  ████████████████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████████████████

WAYMO'S FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Example documents describing Uber's use of Trade Secret No. 8 include the following:

2   WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

3   including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

4   UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

5        **Trade Secret Nos. 9 and 10**

6        Uber uses Trade Secret No. 9 at least because the Fuji device includes ███████

7   ████████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████████████████

11  █████████████████   Uber uses Trade Secret No. 10 at least because the Fuji device ████

12  ████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████

14  ██████████████████████████████████████████████████████   Example

15  documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

16  Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

17  Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

18  Zemax simulation; UBER00006248; UBER00006251; UBER00011317; UBER00011473

19  UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

20  194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

21  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

22  UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

23  10 and 11; May 4, 2017 Haslim Tr. at 49:16-51:20; June 14, 2017 Pennecot Tr. at 246:19-247:14;

24  UBER00011609, UBER00075094, UBER00075131, UBER00074334.

25       **Trade Secret No. 13**

26       Uber does not dispute that it uses Trade Secret No. 13.  Uber uses Trade Secret No. 13 at

27  least because the Fuji device ████████████████████████████████████████

28  ████████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    ███   Example documents describing Uber's use of Trade Secret No. 13 include the following:

2    UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

3    the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

4    device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

5    000001-174; Pennecot Tr. (Vol. 2) at 261:19-265:11; Depo. Exhibit 106 (UBER0059852);

6    Pennecot Tr. (Vol. 3) at 423:11-424:17; UBER00072127.

7    **Trade Secret No. 14**

8    Uber uses Trade Secret No. 14 at least because the Fuji device ███████████████

9    ██████████████████████████████████████████████████████

10   ██████████████████████████████████████████████████████

11   ██████████████████████████████████████████████████████

12   ███   Example documents describing Uber's use of Trade Secret No. 13 include the following:

13   Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

14   produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

15   289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

16   of Gorilla Circuits, including GOR 000001-174; UBER00017468; Pennecot Tr. (Vol. 3) at

17   352:20-355:24; Linaval Tr. at 59:4-23.

18   **Trade Secret No. 19**

19   Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

20   least because the Fuji device includes ██████████████████████████

21   ██████████████████████████████████████████████████████

22   ██████████████████████████████████████████████████████

23   ██████████████████████████████████████  Example documents describing

24   Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

25   for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

26   CAD drawings of the Fuji device produced for inspection.

27   **Trade Secret No. 25**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1       Uber uses Trade Secret No. 25 at least because the acquisition of Otto was driven by

2   Anthony Levandowski's knowledge of Waymo's ████████████████████████████

3   ████████████████████████████████████████ Example documents

4   describing Uber's use of Trade Secret No. 25 include the following:   UBER00018068;

5   UBER00060321.

6       Discovery is ongoing and Waymo reserves the right to supplement this response after

7   further discovery and investigation into Uber's use of Waymo's trade secrets.

8   **Trade Secret Nos. 48 and 90**

9       Uber uses Trade Secret No. 48 at least because the Spider device includes ████████

10  ████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████

12  ████████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider

13  device uses information contained in or derived from the document titled, ████████████████

14  ████████ ████████████████████████████████ Example

15  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

16  UBER00005076;   UBER00005076;   UBER00005077;   UBER00011676;   UBER00011678;

17  UBER00017389;  UBER00016399;  UBER00017831-38;  UBER00017839-51;  UBER00017854-

18  55;   UBER00017856-57;   UBER00017858-76;   UBER00017877-89;   UBER00017890;

19  UBER00017891; UBER00017892; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim

20  Tr. at 17:24-24:24; Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of

21  the Spider device, including UBER00006265-71.

22      **Trade Secret No. 72**

23      Uber uses Trade Secret No. 72 at least because the Fuji device ████████████████

24  ████████████████████████████████████████████████████████

25  ████████████ ██████████████████████████████████████████████

26  ████████████████████████████████████████████████████████

27  Example documents describing Uber's use of Trade Secret No. 72 include the following:   Haslim

28  Decl.; UBER00072238; Fuji device produced for inspection; photographs of the Fuji device,

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2 UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3     **Trade Secret Nos. 94-99**

4     Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes printed circuit

5 boards that incorporate design information contained in or derived from files downloaded by

6 Anthony Levandowski on  December 11, 2015 from Waymo's SVN schematic repository folder

7 ███████████████ and subfolders.   Example documents describing Uber's use of Trade

8 Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

9 device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

10 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

11 Production of Gorilla Circuits, including GOR 000001-174.

12     **Trade Secret No. 111**

13     Uber uses Trade Secret No. 111 at least because it considered but rejected ████████

14 ████████████████████████████████████████████████████████████████

15 ███████████  based on Anthony Levandowski and other engineers' knowledge of Waymo's

16 trade secrets.   Indeed, while leading Uber's self-driving car efforts, Anthony Levandowski stated

17 that:  "We understand what not to do and where not to waste time, because we have experience

18 from having tried it before and it didn't work . . . .  And we have experience trying things that do

19 work, so we're just doing the things that do work, and focus on that."  *See, e.g.*, Jaffe Ex. 53, Dkt.

20 27-33  (https://www.forbes.com/sites/briansolomon/2017/02/23/meet-the-former-google-engineer-

21 who-allegedly-stole-secrets-for-uber-anthony-levandowski/print/).         Example        documents

22 describing Uber's use of Trade Secret No. 111 include the following:  UBER00072238.

23     **Trade Secret No. 118**

24     Uber uses Trade Secret No. 118 at least because it considered but rejected ████████

25 ████████████████████████████████████████████████████████████████

26 ███████████████ based on Anthony Levandowski and other engineers' knowledge of Waymo's

27 trade secrets.   Indeed, while leading Uber's self-driving car efforts, Anthony Levandowski stated

28 that:  "We understand what not to do and where not to waste time, because we have experience

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   from having tried it before and it didn't work . . . .   And we have experience trying things that do

2   work, so we're just doing the things that do work, and focus on that."  *See, e.g.*, Jaffe Ex. 53, Dkt.

3   27-33  (https://www.forbes.com/sites/briansolomon/2017/02/23/meet-the-former-google-engineer-

4   who-allegedly-stole-secrets-for-uber-anthony-levandowski/print/).         Example       documents

5   describing Uber's use of Trade Secret No. 118 include the following:  UBER00072238.

6          Discovery is ongoing and Waymo reserves the right to supplement this response after

7   further discovery and investigation into Uber's use of Waymo's trade secrets.

8

9   <u>**INTERROGATORY NO. 2:**</u>

10         Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

11   1, identify each Person who you claim has knowledge that Uber has used that trade secret, and

12   your basis for asserting that that person has knowledge of use of that specific trade secret.

13

14   <u>**RESPONSE TO INTERROGATORY NO. 2:**</u>

15         Waymo incorporates by reference its General Objections.  Waymo further objects to this

16   interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

17   the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

18   further objects to this request to the extent it is compound, complex, and contains multiple

19   subparts.

20         Subject to and without waiving the foregoing General and Specific Objections, Waymo

21   responds as follows:  Waymo identifies the individuals in the documents and deposition testimony

22   cited in Waymo's response to Interrogatory No. 1.  Waymo further identifies all individuals

23   identified by Defendants in response to Court Ordered Interrogatory No. 2.  Waymo prospectively

24   identifies those individuals to be identified by Uber in its required accounting pursuant to the

25   Court's preliminary injunction order.  Waymo identifies these individuals based on their

26   conversations with Mr. Levandowski who has possessed and/or still does possess Waymo's

27   confidential documents as described in Waymo's response to Interrogatory No. 1, Waymo's Trade

28   Secret List, and the Court's preliminary injunction order.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1     **Trade Secret Nos. 48 and 90**

2         Trade Secret Nos. 48 and 90 are not generally known in light of the public disclosures

3     referenced in the Declarations of Paul McManamon and Michael Lebby for at least the following

4     reasons:

5         Trade Secret No. 48 recites, ███████████████████████████████████

6     ████████████████████████████████████████████████████████████████

7     ██████████████████████████████████████████████████████ Trade Secret

8     No. 90 recites, "the technical information contained in the ████████████████

9     presentation."

10        Dr. Lebby relied on four references to allege this trade secret was generally known: doped

11    fibers sold by iXblue and Newport, a paper titled, "*Controlling the 1 μm spontaneous emission in*

12    *Er/Yb co-doped fiber amplifiers,*" and U.S. Patent No. 8,934,509 (the "'509 Patent").  Each of

13    these references fails to disclose ████████████████████████████████████

14    █████████████████████████████████████████████████████████████ ███

15    ███████████ Additionally, the references fail to disclose ████████████████

16    ████████████████████████ █████████████████████████████████████

17    ██████████████████████████ █████████████████████████████████

18    Dr. Lebby does not dispute this.

19        **Trade Secret No. 62**

20        Trade Secret No. 62 is not generally known in light of the public disclosures referenced in

21    the Declarations of Paul McManamon and Michael Lebby for at least the following reasons:

22        Dr. McManamon did not cite any public disclosures to allege that Trade Secret No. 62 was

23    generally known.

24

25    **INTERROGATORY NO. 10:**

26        Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

27    1, identify any and all Allegedly Misappropriated Files that You contend disclose that trade secret

28    and describe how those files disclose the trade secret.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   **RESPONSE TO INTERROGATORY NO. 10:**

2       Waymo incorporates by reference its General Objections.  Waymo further objects to this

3   interrogatory on the grounds that (i) it is vague and ambiguous, including with respect to the

4   phrase "describe how those files disclose the trade secret"; and (ii) it is overbroad, unduly

5   burdensome, and oppressive, including to the extent that it asks Waymo to respond "[s]eparately

6   for each alleged Waymo trade secret" and to identify "any and all . . . Files."  Waymo further

7   objects to this request to the extent it is compound, complex and contains multiple subparts.

8       Subject to and without waiving the foregoing General and Specific Objections, Waymo

9   responds as follows:

10      The trade secrets identified below are disclosed at least in part by, among others, the

11  misappropriated materials listed below.



12  • Trade Secret Nos. 1-8 & 14-15:

18  • Trade Secret Nos. 16-17 & 43:

21  • Trade Secret Nos. 19-20:

23  • Trade Secret Nos. 38-39, 42, & 91:

25  • Trade Secret No. 46:

27  • Trade Secret No. 48:

28  • Trade Secret Nos. 49 & 85:

WAYMO'S FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- Trade Secret No. 62: ███████████████████
- Trade Secret Nos. 63 & 89: ██████████████████████
- Trade Secret Nos. 75-80: ███████████████████████
- Trade Secret Nos. 81-84: ████████████████████
- Trade Secret No. 86: █████████████████████
- Trade Secret No. 87: █████████████████████
- Trade Secret No. 88: ████████████████████
- Trade Secret No. 90: ████████████████████
- Trade Secret Nos. 92-93: ██████████████████████
  ████████████████████████████
  ███████████████
- Trade Secret No. 94: ██████████████████████
  ████████████
- Trade Secret No. 95: ██████████████████████
  ████████████
- Trade Secret No. 96: ██████████████████████
  ████████████
- Trade Secret No. 97: ██████████████████████
  ████████████
- Trade Secret No. 98: ██████████████████████
  ████████████
- Trade Secret No. 99: ██████████████████████
  ████████████
- Trade Secret No. 100: ████████████████████
  ███████
- Trade Secret No. 101: ██████████████████████
- Trade Secret No. 102: ███████████████████████
- Trade Secret No. 103: ████████████████████

WAYMO'S FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- Trade Secret No. 104: ████████████████████████████
  ████████████

- Trade Secret No. 105: ████████████████████████████

- Trade Secret No. 106: ████████████████████████████
  ████████████████████████

- Trade Secret No. 107: ████████████████████████████

- Trade Secret No. 108: ████████████████████████

- Trade Secret No. 109: ████████████████

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is vague and ambiguous, including with respect to the phrase "describe how those files disclose the trade secret,"  Waymo further objects to this request to the extent it is compound, complex and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

The trade secrets identified below are disclosed at least in part by, among others, the misappropriated materials listed below.

| Trade Secret No. | Misappropriated Files |
| --- | --- |
| 1 | ████████████████████████████████████████ |
| 2 | *See supra*, Trade Secret No. 1. |
| 3 | *See supra*, Trade Secret No. 1. |
| 4 | *See supra*, Trade Secret No. 1. |
| 5 | *See supra*, Trade Secret No. 1. |
| 6 | *See supra*, Trade Secret No. 1. |
| 7 | *See supra*, Trade Secret No. 1. |
| 8 | *See supra*, Trade Secret No. 1. |
| 9 | N/A |
| 10 | N/A |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 13 | N/A |
| 14 | *See supra*, Trade Secret No. 1. |
| 15 | *See supra*, Trade Secret No. 1. |
| 16 | ███████████████████████████████ |
| 17 | *See supra*, Trade Secret No. 16. |
| 19 | ███████████████████████████ |
| 20 | *See supra*, Trade Secret No. 20. |
| 38 | █████████████████████████████████ |
| 39 | *See supra*, Trade Secret No. 38. |
| 42 | *See supra*, Trade Secret No. 38. |
| 43 | *See supra*, Trade Secret No. 16. |
| 46 | ███████████████████████████████ |
| 48 | ███████████████████ |
| 49 | █████████████████████████ |
| 62 | █████████████████████████ |
| 63 | ████████████████████████ |
| 75 | ████████████████████████ |
| 76 | *See supra*, Trade Secret No. 75. |
| 77 | *See supra*, Trade Secret No. 75. |
| 78 | *See supra*, Trade Secret No. 75. |
| 79 | *See supra*, Trade Secret No. 75. |
| 80 | *See supra*, Trade Secret No. 75. |
| 81 | ████████████████ |
| 82 | *See supra*, Trade Secret No. 81. |
| 83 | *See supra*, Trade Secret No. 81. |
| 84 | *See supra*, Trade Secret No. 81. |
| 85 | *See supra*, Trade Secret No. 49. |
| 86 | ███████████████████████ |
| 87 | ███████████████████████ |
| 88 | ███████████████████████ |
| 89 | *See supra*, Trade Secret No. 63. |
| 90 | ███████████████████████ |
| 91 | *See supra*, Trade Secret No. 38. |
| 92 | ██████████████████████████████ |
| 93 | *See supra*, Trade Secret No. 92. |
| 94 | ████████████████████████████ |
| 95 | ████████████████████████████ |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



| | |
|---|---|
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | N/A |
| 111 | N/A |
| 112 | N/A |
| 113 | N/A |
| 114 | N/A |
| 115 | N/A |
| 116 | N/A |
| 117 | N/A |
| 118 | N/A |
| 119 | N/A |
| 120 | N/A |
| 121 | N/A |

**INTERROGATORY NO. 11:**

For the past five years, identify every Waymo executive (with a title of Senior Vice President or Executive Vice President or above) who has had a separate Side Business during any part of the time that he or she has worked at Waymo.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  00026526,        WAYMO-UBER-00026529,        WAYMO-UBER-00026530,        WAYMO-UBER-

2  00026531,        WAYMO-UBER-00026532,        WAYMO-UBER-00026533,        WAYMO-UBER-

3  00026534,        WAYMO-UBER-00026535,        WAYMO-UBER-00026536,        WAYMO-UBER-

4  00026539,        WAYMO-UBER-00026540,        WAYMO-UBER-00026543,        WAYMO-UBER-

5  00026544,        WAYMO-UBER-00026603,        WAYMO-UBER-00026604,        WAYMO-UBER-

6  00026725,        WAYMO-UBER-00026727,        WAYMO-UBER-00026888,        WAYMO-UBER-

7  00027015,        WAYMO-UBER-00027016,        WAYMO-UBER-00027017,        WAYMO-UBER-

8  00027018,        WAYMO-UBER-00027019,        WAYMO-UBER-00027020,        WAYMO-UBER-

9  00027034,        WAYMO-UBER-00027035,        WAYMO-UBER-00027037,        WAYMO-UBER-

10  00027038,        WAYMO-UBER-00027039,        WAYMO-UBER-00027040,        WAYMO-UBER-

11  00027041.

Waymo will further investigate this interrogatory and will supplement its response if necessary.

DATED:  August 1, 2017                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC

WAYMO'S FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)