# EXHIBIT 15

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4                     ---oOo---
 5
 6   WAYMO LLC,
 7        Plaintiff,
 8   vs.                          No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11        Defendants.
     _____/
12
13      HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15           WAYMO LLC RULE 30(b)(6)
16    VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17              PALO ALTO, CALIFORNIA
18             THURSDAY, AUGUST 3, 2017
19
20
21   REPORTED BY:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23   CSR LICENSE NO. 9830
24   JOB NO. 2663199
25   PAGES 1 - 371
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        MR. KIM:  So let's -- let's move on.              17:13
 2        MR. JAFFE:  Will you represent you didn't         17:13
 3   speak with Mr. Pennecot about his time at Google?      17:13
 4        MR. KIM:  Well --                                 17:13
 5        MR. CHATTERJEE:  We're taking a deposition        17:13
 6   right now.  You guys can meet and confer about this    17:13
 7   stuff later.                                           17:13
 8        MR. JAFFE:  Sounds like a refusal to do that,     17:13
 9   so that's noted.  We can move on.                      17:13
10        MR. CHATTERJEE:  Let's focus on the               17:13
11   deposition.  You guys have plenty of time for meeting  17:13
12   and conferring.                                        17:13
13        MR. JAFFE:  Sound --                              17:13
14        MR. CHATTERJEE:  You're wasting time.             17:13
15        MR. JAFFE:  Your refusal is noted.                17:13
16        MR. KIM:  So move to strike.                      17:13
17        Q    Deposition -- Trade Secret No. 96, let's move  17:13
18   to that.                                               17:13
19        A    (Witness complies.)                          17:13
20        Okay.  96.                                        17:14
21        Q    So can you explain what, in particular, about  17:14
22   the schematics and layouts contained in the folder    17:14
23   ███████████████████████  Waymo considers to be its    17:14
24   trade secret?                                          17:14
25        A    So, I mean, I can't -- you know, I'm not a   17:14
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | legal expert here, so I'm not going to know exactly | 17:14 |
| 2 | what is not a trade secret. But I know what we want | 17:14 |
| 3 | to keep secret -- | 17:14 |
| 4 |     Q   Okay.  And what -- | 17:14 |
| 5 |     A   -- and what we protects.  And so the -- | 17:14 |
| 6 |     MR. JAFFE:  You're ahead of me.  But let me | 17:14 |
| 7 | just caution you -- | 17:14 |
| 8 |     THE WITNESS:  Okay. | 17:14 |
| 9 |     MR. JAFFE:  -- not to reveal any | 17:14 |
| 10 | attorney-client information. | 17:15 |
| 11 |     THE WITNESS:  Okay.  And so, as a general -- | 17:15 |
| 12 | you know, like, a -- you know, as a general thing, | 17:15 |
| 13 | like, all our PCBs and implementations of PCBs and | 17:15 |
| 14 | circuits are kept secret.  You know, we -- we -- we as | 17:15 |
| 15 | a general policy, like, keep all the -- the -- all | 17:15 |
| 16 | the -- the design implementations -- okay, sorry -- | 17:15 |
| 17 | secret.  And that -- you know, this board would be | 17:15 |
| 18 | part of that. | 17:15 |
| 19 |     I'm sorry.  Excuse me. | 17:15 |
| 20 |     THE VIDEOGRAPHER:  1286. | 17:15 |
| 21 |     (Document marked Exhibit 1286 | 17:15 |
| 22 |      for identification.) | 17:15 |
| 23 |     MR. KIM:  So I've marked as Exhibit 1296 -- | 17:15 |
| 24 |     THE VIDEOGRAPHER:  '86.  1286. | 17:15 |
| 25 |     MR. KIM:  -- oh, 1286, WAYMOUBER00021945 to | 17:15 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1  ████████████████████████████████████████████████
 2  ████████████████████████████████████████████████
 3  ████████████████████████████████████████████████
 4  ████████████████████████████████████████████████
 5  ████████████████████████████████████████████████
 6  ████████████████████████████████████████████████
 7  ████████████████████████████████████████████████
 8  ████████████████████████████████████████████████
```

 9        Q    So --                                          17:17
10        A    And -- go ahead.                               17:17
11        Q    -- are there portions of this design that      17:17
12   Waymo would not want to try to keep secret?              17:17
13             MR. JAFFE:  Object to form.                    17:17
14             THE WITNESS:  You said would not want to keep  17:17
15   secret?                                                  17:17
16             MR. KIM:  Uh-huh.                              17:17
17             THE WITNESS:  I mean, overall, I mean, as I    17:17
18   said earlier, like, if we don't have, you know, reason   17:18
19   to -- to -- to keep our -- you know, to not keep our     17:18
20   ideas secrets -- we do keep it secret.  So overall,      17:18
21   general policy would be to keep it -- all that secret.   17:18
22             And then for specific, you know, like,         17:18
23   business needs or needs, we close -- disclose specific   17:18
24   aspect of it.  But otherwise, we will keep it secret.    17:18
25             MR. KIM:  Q.  So it's your position that       17:18

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | everything disclosed on this schematic is designed to | 17:18 |
| 2 | be kept secret? | 17:18 |
| 3 |     MR. JAFFE:  Object to form. | 17:18 |
| 4 |     THE WITNESS:  That's not exactly what I said. | 17:18 |
| 5 |     As -- as a general policy, we keep it secret. | 17:18 |
| 6 | The -- if there are specific -- specific instances | 17:18 |
| 7 | where, you know, we would need to disclose something, | 17:18 |
| 8 | or it makes sense to disclose something, then some -- | 17:18 |
| 9 | some may have been disclosed, but I do not know. | 17:18 |
| 10 |     MR. KIM:  Okay. | 17:18 |
| 11 |   Q  But how would you know what portions are okay | 17:18 |
| 12 | to disclose outside of Waymo, and what portions are -- | 17:18 |
| 13 | are not okay to disclose? | 17:18 |
| 14 |     MR. JAFFE:  Object to form. | 17:18 |
| 15 |     THE WITNESS:  Okay.  That would be on a, you | 17:18 |
| 16 | know, case-by-case basis.  You know, like, if we -- if | 17:18 |
| 17 | we -- I don't know.  It would be, like, for a | 17:19 |
| 18 | specific, you know, like, task or for a specific -- | 17:19 |
| 19 | like, we would look at, like, what do we need to | 17:19 |
| 20 | disclose?  I don't know. | 17:19 |
| 21 |     For example, for -- I actually don't know | 17:19 |
| 22 | what we would need to disclose here, but the -- yeah. | 17:19 |
| 23 | I think -- I mean, the -- I -- I don't -- I don't know | 17:19 |
| 24 | what we would need to disclose here.  It -- it would | 17:19 |
| 25 | depend on what -- you know, what the need to disclose | 17:19 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | would be.  Like, why -- why would we disclose? | 17:19 |
| 2 |     MR. KIM:  Q.  And who would make that | 17:19 |
| 3 | decision? | 17:19 |
| 4 |   A   I think that would be a condition of, you | 17:19 |
| 5 | know, the design engineer and the manager of the laser | 17:19 |
| 6 | group. | 17:19 |
| 7 |   Q   And -- | 17:19 |
| 8 |   A   And probably, like, the -- you know, the -- I | 17:19 |
| 9 | mean, you know, it's -- as I said, it all depends on | 17:19 |
| 10 | why we would be disclosing this thing.  What would be | 17:19 |
| 11 | the need? | 17:19 |
| 12 |   Q   Okay.  But the manager of the laser group and | 17:19 |
| 13 | the design engineer would exercise their discretion in | 17:20 |
| 14 | deciding whether or not to -- it's okay to disclose | 17:20 |
| 15 | something for a particular purpose? | 17:20 |
| 16 |     MR. JAFFE:  Object to form. | 17:20 |
| 17 |     THE WITNESS:  So depending on the -- the -- | 17:20 |
| 18 | the reason, you know, why -- you know, what -- what | 17:20 |
| 19 | would be the business need, basically?  It would be | 17:20 |
| 20 | all different people. | 17:20 |
| 21 |     MR. KIM:  Okay. | 17:20 |
| 22 |   Q   I'm just trying to understand what aspects or | 17:20 |
| 23 | what portion of this schematic reflects Waymo trade | 17:20 |
| 24 | secret information? | 17:20 |
| 25 |   A   So again, like, trade -- you know, trade | 17:20 |

Page 277

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | secrets as a whole, I don't know. I don't want to say | 17:20 |
| 2 | what is and what is not a trade secret. | 17:20 |
| 3 | But, you know, we keep a lot of -- you know, | 17:20 |
| 4 | there's a lot of design for this thing. We spend a | 17:20 |
| 5 | lot of time working on this. And, you know, we -- | 17:20 |
| 6 | everything we can, we keep secret about this because, | 17:20 |
| 7 | you know, we -- we just don't want to enable other | 17:20 |
| 8 | people to use what we developed. | 17:20 |
| 9 | Q  So sitting here today, you can't tell me what | 17:20 |
| 10 | portions of what's reflected in Exhibit 1286 are | 17:20 |
| 11 | Waymo's trade secret and what's not? | 17:21 |
| 12 | MR. JAFFE:  Object to form; mischaracterizes | 17:21 |
| 13 | testimony. | 17:21 |
| 14 | THE WITNESS:  Okay.  So using trade secrets | 17:21 |
| 15 | in general -- in general and, you know, the -- the -- | 17:21 |
| 16 | as I say, like, we -- you know, we have a lot of -- I | 17:21 |
| 17 | mean, again, I'm not a legal -- I'm not making a legal | 17:21 |
| 18 | statement here.  But we have a lot of trade secrets | 17:21 |
| 19 | beyond, like, the -- the -- what's listed here in the | 17:21 |
| 20 | overall, like -- and so the -- the -- there's a lot of | 17:21 |
| 21 | things that we want to keep secret in this thing and | 17:21 |
| 22 | not disclose. | 17:21 |
| 23 | The -- if you can make your question more | 17:21 |
| 24 | specific. | 17:21 |
| 25 | MR. KIM:  Well, maybe we can approach it a | 17:21 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2
3

| | | |
|---|---|---|
| 4 | Is that one of the trade secrets that's | 17:28 |
| 5 | embodied in this? | 17:28 |
| 6 | A    I mean -- | 17:28 |
| 7 | MR. JAFFE:  Wait one second. | 17:28 |
| 8 | THE WITNESS:  Go ahead.  Sorry. | 17:28 |
| 9 | MR. JAFFE:  So that was a huge speech.  I'm | 17:28 |
| 10 | going to object to form. | 17:28 |
| 11 | And I'm also going to object and ask you not | 17:28 |
| 12 | to reveal any attorney-client communications. | 17:28 |
| 13 | Go ahead. | 17:28 |
| 14 | THE WITNESS:  So my understanding is that 96, | 17:28 |
| 15 | the trade secret, is the -- the design of the board | 17:28 |
| 16 | itself.  It's not the -- the -- you know, the -- | 17:29 |
| 17 | the -- this design, this board itself, has a lot of | 17:29 |
| 18 | things that are important for us.  It's not -- I don't | 17:29 |
| 19 | think -- I mean, I'm trying to understand, like, why | 17:29 |
| 20 | you're trying to relate it to other trade secrets. | 17:29 |
| 21 | Sorry. | 17:29 |
| 22 | MR. KIM:  Q.  I -- I want to know:  What | 17:29 |
| 23 | about the board is considered to be a -- a trade | 17:29 |
| 24 | secret at Waymo? | 17:29 |
| 25 | A    So -- | 17:29 |

Page 285

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    What aspects? | 17:29 |
| 2 | MR. JAFFE:  Again, I'm going to object to | 17:29 |
| 3 | form. | 17:29 |
| 4 | I'm going to caution you not to reveal any | 17:29 |
| 5 | attorney-client communications. | 17:29 |
| 6 | THE WITNESS:  So answering your question -- | 17:29 |
| 7 | your question about what we consider to be -- I mean, | 17:29 |
| 8 | I remove the word "trade" here. | 17:29 |
| 9 | MR. KIM:  Okay. | 17:29 |
| 10 | THE WITNESS:  I want to -- like, a secret. | 17:29 |
| 11 | MR. KIM:  Sure. | 17:29 |
| 12 | THE WITNESS:  It's kind of everything.  We | 17:29 |
| 13 | want to keep this thing secret.  It has a lot of our | 17:29 |
| 14 | work in it.  It's a lot of, you know, like, the -- | 17:29 |
| 15 | the -- a lot of the things we -- you know, trial and | 17:29 |
| 16 | errors and -- and things we had to design to get this | 17:30 |
| 17 | to work, are explained in those files.  And so | 17:30 |
| 18 | that's -- that's something we want to be known inside | 17:30 |
| 19 | of Waymo. | 17:30 |
| 20 | MR. KIM:  Q.  Is the -- does this disclose | 17:30 |
| 21 | ███████████████████████████████████████ | 17:30 |
| 22 | A    So this actually -- and "this," you're | 17:30 |
| 23 | talking about the printouts? | 17:30 |
| 24 | Q    Yes, Exhibit 1286. | 17:30 |
| 25 | A    So the printout -- you could actually ███ | 17:30 |

Page 286

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
18        MR. JAFFE:  Object to form, and outside the      17:30
19   scope.                                                17:31
20        THE WITNESS:  So, you know,                      17:31
```

Page 287

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████████████████   
 2   ████████████████████████████████████████████████
 3   ████████████████████████████████████████████████
 4           MR. KIM:  Okay.                            17:31
 5       Q   And so that's one secret that's disclosed by  17:31
 6   the files of which Exhibit 1286 is a printout;    17:31
 7   correct?                                          17:31
 8           MR. JAFFE:  Object to form.               17:31
 9           THE WITNESS:  The -- I mean, that's one thing  17:31
10   you want to keep secret.  So, like, the -- that's --  17:31
11   yeah.  Go ahead.                                  17:31
12           MR. KIM:  Okay.                           17:31
13       Q   And what's something else that's disclosed in  17:31
14   the files that you would want to keep secret?    17:31
15           MR. JAFFE:  Object to form.               17:31
16           THE WITNESS:  Okay.  So I can -- another  17:31
17   example of something I want to keep secret, the -- you  17:31
18   know, the specific -- like, for example, I think one  17:32
19   example, ██████████████████████████████           17:32
20   ██████████████████████████████████                17:32
21           MR. KIM:  Q.  Where is that?              17:32
22       A   That would be, like, the -- you know, those  17:32
23   ████████████████████████████████████████████████
24   ████████████████████████████████████████████████
25   ██████████████████████████████ is one example    17:32
```

Page 288

```
 1    of something we want to keep secret.                  17:32
 2        Q    Okay.                                        17:32
 3        A    It took us a while to figure out which one is 17:32
 4    the right one, and so --                              17:32
 5        Q    What else?                                   17:32
 6        A    So another example, you know, there is -- you 17:32
 7    know, ███████████████████████████████████████████
 8    ███████████████████████████████████████████████████
 9    ███████████████████████████████████████████████████
10    ███████████████████████████████████████████████████
11    ███████████████████████████████████████████████████
12    ███████████████████████████████████████████████████
13    ███████████████████████████████████████████████████
14    ███████████████████████████████████████████████████
15    ███████████████████████████████████████████████████
16    ███████████████████████████████████████████████████
17    ███████████████████████████████████████████████████
18    ████████████████████████████████                      17:33
19             And so that -- that's something to keep      17:33
20    secret.  Those are examples.  There are others.       17:33
21             MR. KIM:  Q.  What else?                     17:33
22        A    The -- I think, you know, another example is 17:33
23    ███████████████████████████████████████████████████
24    ███████████████████████████████████████████████████
25    ███████████████████████████████████████████████████
```

Page 289



17:34

Page 290

```
1      Q    What else?                                    17:34
2      A    I'm sorry.                                    17:34
3           Another example would be ███████████          ██
```

```
                                              ; right?   17:36
24          MR. JAFFE:  Object to form.                   17:36
25          THE WITNESS:  So same thing.  I don't want    17:36
```

Page 291

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Secret No. 1 is a trade secret -- alleged trade secret | 18:42 |
| 2 | that may be disclosed in the documents that are | 18:42 |
| 3 | identified in Trade Secret 96? | 18:42 |
| 4 |     MR. JAFFE: Is this a question for me? | 18:42 |
| 5 |     MR. KIM: Yes. | 18:43 |
| 6 |     MR. JAFFE: He's designated to testify about | 18:43 |
| 7 | Trade Secret 96. | 18:43 |
| 8 |     MR. KIM: And, to the extent that Trade | 18:43 |
| 9 | Secret 96 refers to a bunch of files that arguably | 18:43 |
| 10 | disclose some things that Waymo considers to be trade | 18:43 |
| 11 | secret, and to the extent it discloses the concept of | 18:43 |
| 12 | Trade Secret 1, is he designated to be your corporate | 18:43 |
| 13 | witness on that topic? | 18:43 |
| 14 |     MR. JAFFE: I don't understand that question. | 18:43 |
| 15 | I encourage you not to waste your time deposing me, | 18:43 |
| 16 | and instead depose the witness on what he's here to | 18:43 |
| 17 | testify about. | 18:43 |
| 18 |     MR. KIM: I'm just trying to make this more | 18:43 |
| 19 | efficient. He's -- do you understand my question, | 18:43 |
| 20 | Jordan? | 18:43 |
| 21 |     MR. JAFFE: I -- I don't, to be honest. | 18:43 |
| 22 |     MR. KIM: Trade Secret 96 says it's | 18:43 |
| 23 | claimed -- | 18:43 |
| 24 | [redacted] | 18:43 |
| 25 | [redacted] | 18:43 |

Page 329

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 18:43 |
| 2 | We don't know what trade secrets are | 18:44 |
| 3 | encompassed in the design schematics found in that | 18:44 |
| 4 | folder. | 18:44 |
| 5 | And, to the extent that Trade Secret 1, which | 18:44 |
| 6 | is a trade secret that Waymo has alleged from the | 18:44 |
| 7 | beginning of this case is a trade secret concept | 18:44 |
| 8 | that's disclosed in that schematic, I just want to | 18:44 |
| 9 | know if he's prepared to testify about Trade Secret 1 | 18:44 |
| 10 | as a corporate witness. | 18:44 |
| 11 | MR. JAFFE: The reason I'm having trouble | 18:44 |
| 12 | understanding what you're asking is, he provided | 18:44 |
| 13 | testimony on these exact questions. He described the | 18:44 |
| 14 | ███████████████████████████████████████ | 18:44 |
| 15 | ███████████████████████████████████████ | 18:44 |
| 16 | ██████████ | 18:44 |
| 17 | I mean, so what -- what you're trying to do | 18:44 |
| 18 | is kind of a legal construct. And that's why I -- I | 18:44 |
| 19 | don't know. It sounds like you're trying to trick me | 18:44 |
| 20 | into something. | 18:44 |
| 21 | MR. KIM: No. | 18:44 |
| 22 | MR. JAFFE: Which I -- I -- that's why I'm | 18:44 |
| 23 | confused. So I -- he's here to talk about what's in | 18:44 |
| 24 | Trade Secret 96, and ask him whatever you want about | 18:44 |
| 25 | it. | 18:44 |

Page 330

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM: And I'm trying not to -- I'm not | 18:44 |
| 2 | trying to trick you, Jordan. We're not trying to | 18:44 |
| 3 | trick Mr. Droz. | 18:45 |
| 4 | He just said he's not prepared to talk about | 18:45 |
| 5 | Trade Secret 1 as a corporate witness just now. | 18:45 |
| 6 | And you've been objecting to scope all | 18:45 |
| 7 | throughout his deposition, to the extent that I've | 18:45 |
| 8 | been trying to figure out what other trade secrets are | 18:45 |
| 9 | embodied in what's designated as Trade Secret 96. | 18:45 |
| 10 | MR. JAFFE: So I -- I'm still having trouble | 18:45 |
| 11 | tracking. | 18:45 |
| 12 | What I can tell you is, he's here for Trade | 18:45 |
| 13 | Secret 96. It includes ███████████████████████ | |
| 14 | ████████████████ You can ask him about that | 18:45 |
| 15 | information. | 18:45 |
| 16 | If you're asking me, an attorney, to testify | 18:45 |
| 17 | and compare that to 1 -- | 18:45 |
| 18 | MR. KIM: I'm not asking you to testify. | 18:45 |
| 19 | I'm just asking -- asking you: Is he | 18:45 |
| 20 | designated on Trade Secret No. 1 as a corporate | 18:45 |
| 21 | witness? | 18:45 |
| 22 | MR. JAFFE: I -- I mean, is he designated on | 18:45 |
| 23 | Trade Secret No. 1? He's not. He's designated on | 18:45 |
| 24 | Trade Secret 96. | 18:45 |
| 25 | MR. KIM: Okay. | 18:45 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. JAFFE:  He's not designated on Trade | 18:45 |
| 2 | Secret 1 because it's not in our election; right? | 18:46 |
| 3 | MR. KIM:  Okay. | 18:46 |
| 4 | MR. JAFFE:  So -- | 18:46 |
| 5 | MR. KIM:  Fair enough. | 18:46 |
| 6 | MR. JAFFE:  But what I sense you're trying to | 18:46 |
| 7 | do, and where I sense this is going, is some sort of | 18:46 |
| 8 | argument that we can't talk about ▮▮▮▮▮▮▮▮▮▮ ▮▮ | 18:46 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ because we're not talking | 18:46 |
| 10 | about Trade Secret 1. | 18:46 |
| 11 | And I'm -- that's -- and so everyone is | 18:46 |
| 12 | clear, that's exactly not what I'm saying. | 18:46 |
| 13 | MR. KIM:  Q.  Mr. Droz, are -- is it your | 18:46 |
| 14 | understanding that you're here today to testify about | 18:46 |
| 15 | what's described in Trade Secret 1 of the 1274 | 18:46 |
| 16 | document as a corporate witness? | 18:46 |
| 17 | A    It's -- | 18:46 |
| 18 | MR. JAFFE:  Object to the form. | 18:46 |
| 19 | THE WITNESS:  -- it is my understanding that, | 18:46 |
| 20 | you know, the -- the -- I am not designated to talk | 18:46 |
| 21 | about Trade Secret No. 1.  That's been dropped. | 18:46 |
| 22 | MR. KIM:  Okay. | 18:46 |
| 23 | THE WITNESS:  It's been dropped, elected. | 18:46 |
| 24 | MR. KIM:  Q.  So earlier we were talking | 18:47 |
| 25 | about -- well, let's -- let's switch topics. | 18:47 |

Page 332

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: August 4, 2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Page 371