| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
|   | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
|    | 1401 New York Avenue, N.W. |
| 11 | Washington DC 20005 |
|    | Telephone: 202.237.2727 |
| 12 | Facsimile: 202.237.6131 |
| 13 | Attorneys for Defendants |
|    | UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO OTTO TRUCKING'S MOTION TO COMPEL A SECOND DEPOSITION OF LARRY PAGE (DKT. 1098)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Opposition to Otto Trucking's Motion to Compel a Second Deposition of Larry Page (Dkt. 1098).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 8 | Blue-Highlighted Portions |
| Exhibit 11 | Blue-Highlighted Portions |

3. The blue-highlighted portions of Exhibit 8 contain highly confidential information regarding Uber's LiDAR strategy, priorities, and internal commercialization timelines for various products. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that if this information were to be released to the public, it would disclose Uber's LiDAR development details, timelines, and priorities. Disclosure of this information would allow Defendants' competitors and counterparties to tailor their own technical and strategic decisions, such that Uber's competitive standing could be harmed.

4. The blue-highlighted portions of Exhibit 11 contain highly confidential information regarding Uber's internal commercialization estimates and self-driving strategy goals, as well as highly confidential information regarding the specific financial terms of a business agreement. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that if this information were to be released to the public, Defendants' competitors and counterparties would have insight into the self-driving and market strategy information of Defendants, which would allow them to tailor their own market strategy, such that Uber's competitive standing could be harmed. In addition, disclosure of financial terms to business agreements would give competitors insight into how Defendants

structure their business relationships, which would allow competitors to tailor their own business negotiation strategy in this highly competitive and fast-moving market.

5. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Motion and supporting exhibits that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of August, 2017, at San Francisco, CA.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 11, 2017              */s/ Arturo J. González*
Arturo J. González