# EXHIBIT 11
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC
 6       Plaintiff,
 7          vs.              Case No. 17-cv-00939-WHA
 8   UBER TECHNOLOGIES,INC.;
     OTTOMOTTO, LLC; OTTO
 9   TRUCKING LLC,
10       Defendants.
     _____
11
12     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
13
14         VIDEO DEPOSITION OF BRIAN McCLENDON
15                 Palo Alto, California
16               Tuesday, August 1, 2017
17                      Volume I
18
19
20
21   REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR No. 12546
23   JOB NO. 2668964
24
25   PAGES 1 - 217
```

Page 1

| | | |
|---|---|---|
| 1 | make things move faster. | 10:46:53 |
| 2 | Q. Is he -- did he indicate that he was not | |
| 3 | satisfied with the speed upon which things were | |
| 4 | moving while it was under your leadership? | |
| 5 | A. Yes. | 10:47:10 |
| 6 | Q. Did he -- did Mr. Kalanick indicate to | |
| 7 | you anything in particular that he thought should | |
| 8 | have been done faster? | |
| 9 | A. I don't remember. | |
| 10 | Q. Did he communicate with -- was it | 10:47:32 |
| 11 | Mr. Kalanick had communicated to you that he was | |
| 12 | going to take over? | |
| 13 | A. Yes. | |
| 14 | Q. Was that in a call or in an email, | |
| 15 | meeting? | 10:47:42 |
| 16 | A. Initially, it was in a meeting. | |
| 17 | The official -- the -- the official one where it | |
| 18 | happened was in an email. | |
| 19 | Q. Okay. What -- what do you recall him | |
| 20 | saying in that -- in the -- the meeting? | 10:47:56 |
| 21 | A. I don't recall. | |
| 22 | Q. Okay. And do you recall what -- this was | |
| 23 | just an email from him to you or... | |
| 24 | A. No, there was an email to the relevant | |
| 25 | parties, John Bares, Jeff Holden, myself, at least, | 10:48:10 |

Page 22

```
 1              THE DEPONENT:  I -- I believe so.              11:02:57
 2       Q.   (By Mr. Perlson)  Did you express any
 3  concerns within Uber regarding what Mr. Levandowski
 4  was doing in terms of recruiting people?
 5              MS. RAY:  Objection.  Form.                    11:03:07
 6              THE DEPONENT:  I don't remember.
 7       Q.   (By Mr. Perlson)  Do you recall being
 8  concerned, yourself, as to what Mr. Levandowski was
 9  doing in terms of recruiting people at Google?
10              MS. RAY:  Objection.  Form.                    11:03:22
11              THE DEPONENT:  I recall having some
12  concerns.
13       Q.   (By Mr. Perlson)  Okay.  And what was
14  your concern?
15       A.   How was he going to build a company and         11:03:33
16  get these people to go.  And so he, I assume, had a
17  method for doing that, that he was comfortable
18  with.
19       Q.   Okay.  And why wouldn't it be that he was
20  going to be -- why wouldn't he be able to build a         11:03:49
21  company and get these people to come?  Why were you
22  concerned that that was an issue?
23       A.   I don't know what his nonsolicitation
24  agreement looked like, so I don't know.
25       Q.   Did you have any concerns about his             11:04:05
```

| | | |
|---|---|---|
| 1 | Q. (By Mr. Perlson) Have -- other than | 11:22:29 |
| 2 | counsel, have you spoken with anyone at Uber | |
| 3 | regarding any of the allegations in this case? | |
| 4 | A. I would have to say the answer is | |
| 5 | probably, yes, but I don't remember any specifics. | 11:22:54 |
| 6 | Q. Do you have any idea who you would have | |
| 7 | spoken to? | |
| 8 | A. No. | |
| 9 | Q. The complaint wasn't that long ago. Is | |
| 10 | there any particular reason why you're having a | 11:23:07 |
| 11 | hard time answering that question? | |
| 12 | A. You know, when -- when the complaint came | |
| 13 | out, it was a topic of discussion. I'm -- I | |
| 14 | suspect I talked about it to somebody besides | |
| 15 | counsel, but I truly don't remember who. | 11:23:25 |
| 16 | Q. Were people in -- on your team concerned | |
| 17 | about the complaint after it was filed? | |
| 18 | A. Yes. | |
| 19 | Q. What -- what do you remember them saying, | |
| 20 | in particular, about their concerns? | 11:23:43 |
| 21 | A. It feels like it's going to be a huge | |
| 22 | distraction. | |
| 23 | Q. Any other concerns? | |
| 24 | A. AT -- ATG, you know, philosophy is | |
| 25 | important, and it's going to distract and slow down | 11:24:09 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to the Otto acquisition were realistic? | 11:29:40 |
| 2 |     A.   I don't believe so. | |
| 3 |     Q.   Did you provide any feedback in relation | |
| 4 | to any of the financial terms of the Otto | |
| 5 | acquisition? | 11:29:52 |
| 6 |     A.   I may have expressed an opinion to a | |
| 7 | person, but not in any -- not where I was being | |
| 8 | consulted and -- and giving feedback. | |
| 9 |     Q.   Do you -- do you recall providing an | |
| 10 | opinion in that regard? | 11:30:09 |
| 11 |     A.   I do.  I do. | |
| 12 |     Q.   And tell me what you recall. | |
| 13 |     A.   I believe what I heard was that it was | |
| 14 | [REDACTED] | |
| 15 | and that seemed like an awful lot. | 11:30:25 |
| 16 |     Q.   Okay.  And for -- that seemed like an | |
| 17 | awful lot for what? | |
| 18 |     A.   For any -- any acquisition. | |
| 19 |     Q.   And did you -- when you heard that, who | |
| 20 | did you express that opinion to? | 11:30:45 |
| 21 |     A.   I don't remember who I said it to. | |
| 22 |     Q.   But you think you expressed it to | |
| 23 | somebody; you just don't remember who it was? | |
| 24 |     A.   Yes. | |
| 25 |     Q.   But at that time the decision-making was | 11:31:00 |

```
 1    to the Otto acquisition were realistic?              11:29:40
 2        A.   I don't believe so.
 3        Q.   Did you provide any feedback in relation
 4    to any of the financial terms of the Otto
 5    acquisition?                                         11:29:52
 6        A.   I may have expressed an opinion to a
 7    person, but not in any -- not where I was being
 8    consulted and -- and giving feedback.
 9        Q.   Do you -- do you recall providing an
10    opinion in that regard?                              11:30:09
11        A.   I do.  I do.
12        Q.   And tell me what you recall.
13        A.   I believe what I heard was that it was
14    ████████████████████████████████████████████████
15    and that seemed like an awful lot.                   11:30:25
16        Q.   Okay.  And for -- that seemed like an
17    awful lot for what?
18        A.   For any -- any acquisition.
19        Q.   And did you -- when you heard that, who
20    did you express that opinion to?                     11:30:45
21        A.   I don't remember who I said it to.
22        Q.   But you think you expressed it to
23    somebody; you just don't remember who it was?
24        A.   Yes.
25        Q.   But at that time the decision-making was    11:31:00
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A. Yes. | 11:36:00 |
| 2 | Q. The -- so why was it that you wanted | |
| 3 | to -- to speak with Mr. Levandowski in | |
| 4 | June of 2015? | |
| 5 | A. I don't remember exactly why I said that, | 11:36:18 |
| 6 | but just catch up with him before I go.  Because I | |
| 7 | was, you know, leaving -- leaving Google. | |
| 8 | Q. I see. | |
| 9 | So this was shortly before you left? | |
| 10 | A. Yeah. | 11:36:32 |
| 11 | Q. Got it. | |
| 12 | So what -- do you know what | |
| 13 | Mr. Levandowski was referring to by "Lots of fun | |
| 14 | things going on"? | |
| 15 | A. I don't remember. | 11:36:45 |
| 16 | Q. Okay. So did -- when -- when you -- when | |
| 17 | you spoke in -- in June of 2015, to | |
| 18 | Mr. Levandowski, did you discuss about the two of | |
| 19 | you potentially working together again? | |
| 20 | A. I don't recall. | 11:37:13 |
| 21 | Q. Did he indicate an interest, at that | |
| 22 | time, in going to Uber? | |
| 23 | A. I don't recall. | |
| 24 | Q. Do you recall anything about that | |
| 25 | conversation other than Mr. Levandowski expressing | 11:37:22 |

```
 1    the list of things yet to do was a custom laser.            12:14:44

 2    And so this was just a potential person who could

 3    work on that.

 4         Q.   If you look further down there's -- it

 5    says "Unfortunately another rumor is that he headed         12:15:10

 6    exactly this (custom laser) for Google and did so

 7    poorly that Salesky tried to fire him."

 8              Do you see that?

 9         A.   Yes.

10         Q.   Had you heard anything about that                 12:15:24

11    separate from this email?

12         A.   No.  I do remember this email and I kind

13    of remember being surprised at both of -- I didn't

14    know either of those facts.

15         Q.   Okay.  And it says in the last sentence,          12:15:37

16    "I have not written him off, however-just lots of

17    warning signs."

18              Do you see that?

19         A.   Yes.

20         Q.   And did you agree that these were -- that         12:15:53

21    those were warning signs?

22         A.   Yes.

23         Q.   Did you do anything in -- in

24    August of 2015 in relation to those warning signs

25    in terms of investigating as to Mr. Levandowski?            12:16:04
```

Veritext Legal Solutions
866 299-5127

```
 1        A.   I don't remember.                               12:16:06
 2        Q.   The -- the -- if you look -- then there's
 3   an email from yourself to Mr. Holden in
 4   October of 2015, forwarding him the same email,
 5   from August of 2015.                                      12:16:32
 6             Do you recall why you were re-forwarding
 7   that email at that time?
 8        A.   I don't recall.
 9             (Exhibit 422 was marked for
10   identification by the court reporter and is               12:17:49
11   attached hereto.)
12             THE DEPONENT:  Okay.
13        Q.   (By Mr. Perlson)  So this is an email
14   from yourself to Mr. Holden and Mr. Kalanick in --
15   August 17th, 2015, and the message is more -- "some       12:19:21
16   more gossip."
17             Do you recall why it is that you were
18   emailing them about this?
19        A.   I mean, I'm deriving from the mentions
20   that this is probably when Alphabet was announced,        12:19:39
21   and I probably had a conversation with somebody at
22   Google about what that meant.
23        Q.   If you look further down ▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                           12:19:57
```

Page 63

| | | |
|---|---|---|
| 1 | A.   Yes. | 12:51:44 |
| 2 | Q.   So -- and is the -- do you know what -- | |
| 3 | what the purpose of that meeting was? | |
| 4 | A.   I -- as stated, for them to get to know | |
| 5 | each other. | 12:51:57 |
| 6 | Q.   Okay.  Fair enough. | |
| 7 | The -- so do you know what -- what, if | |
| 8 | anything, Mr. Kalanick knew about the discussions | |
| 9 | with Mr. Levandowski at the time? | |
| 10 | A.   I don't remember specifics, but if you | 12:52:17 |
| 11 | look at the first line of the last email, which is | |
| 12 | the top, apparently I had talked to him a few | |
| 13 | times, including once where we went over deal | |
| 14 | terms.  So I think we had talked -- I had relayed | |
| 15 | to him the supplier deal term discussions that we | 12:52:32 |
| 16 | were currently having. | |
| 17 | Q.   And there's an email from you saying "At | |
| 18 | the moment just Travis and Anthony.  As far as I | |
| 19 | know, Lior won't be there.  I can go if needed." | |
| 20 | Do you know if -- if you went? | 12:52:55 |
| 21 | A.   I don't remember.  I might have. | |
| 22 | Q.   Do you recall getting a report of -- of | |
| 23 | what happened at the meeting? | |
| 24 | A.   I don't recall. | |
| 25 | Q.   I guess I should say, do you recall what | 12:53:21 |

Page 80

1  happened at the meeting, if you went?                      12:53:24

2       A.   Apparently, not.

3       Q.   Do you recall what Mr. Kalanick's

4  impression of Mr. Levandowski was when he -- when

5  he originally met him?                                      12:53:46

6       A.   I -- I remember a description after the

7  fact that the first meeting, this -- if it's

8  this -- if this is truly the first meeting, that

9  that first meeting did not go particularly great.

10           And then it took a second meeting for             12:54:01

11  them to finally communicate well.  But I don't

12  remember the details of what was said or why.  So

13  I -- I must not have been at the meetings because I

14  was hearing about it thirdhand.

15      Q.   And as of this time in -- in                      12:54:17

16  December 20th, 2015, do you think that it's correct

17  to say that most of the discussion was focused on a

18  potential supplier arrangement?

19      A.   Yes.

20      Q.   And then after Mr. Kalanick got involved,         12:54:44

21  it then shifted towards an acquisition; is that

22  fair?

23      A.   Broadly, yes.

24      Q.   What did you do to prepare for your

25  deposition today?                                          12:55:12

```
 1   remember this was the meeting that John somehow --        01:42:20
 2   John Bares was somehow able to attend the meeting.
 3           So, yes, it did occur.
 4       Q.  Why was he somehow -- what do you mean
 5   somehow?                                                   01:42:30
 6       A.  Because he was actually planning to fly
 7   out, and -- and the original schedule -- the
 8   original plan for the meeting, he wouldn't have
 9   been able to attend.  But he did attend, as far as
10   I remember.                                                01:42:40
11       Q.  Okay.  Tell me what you remember about
12   what was discussed at that meeting.
13       A.  I don't remember any details.
14       Q.  You just remember it occurred --
15       A.  Yes.                                               01:42:47
16       Q.  -- and remembering because he had some
17   scheduling issues?
18       A.  Yes.
19       Q.  So do you recall what Mr. Kalanick
20   thought that the strategy should be at -- at that          01:43:01
21   point in time?
22       A.  Not specifically, no.
23       Q.  What about generally?
24       A.  I think, generally, sometime during this
25   period, Travis eventually got on board with the            01:43:16
```

Page 85

| | | |
|---|---|---|
| 1 | Q. If you look on the -- first of all, do | 04:53:49 |
| 2 | you have any knowledge of any of the sort of | |
| 3 | specific technical details that are provided in | |
| 4 | here regarding the lasers project? | |
| 5 | A. No. I mean, I can read it and try to | 04:54:10 |
| 6 | figure out what it means. But I -- I didn't -- you | |
| 7 | know, I don't remember any of these details. | |
| 8 | And so I am not sure what you are asking. | |
| 9 | Q. Well, I guess -- I mean, there -- there's | |
| 10 | a fair amount of technical details about what was | 04:54:31 |
| 11 | going on at Otto, and -- but you -- did you roll up | |
| 12 | your sleeves to look at that stuff? | |
| 13 | A. I am not as smart as Scott and John. You | |
| 14 | know, their analysis was good enough. | |
| 15 | Q. Okay. If you look at -- there's an email | 04:54:47 |
| 16 | to you from Mr. Bares, I guess, on May 9th at | |
| 17 | 5:44 p.m. And it says, "Brian, so we are in a bit | |
| 18 | of a touchy situation here." | |
| 19 | And he's saying, "As you know, ▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇ ▇▇▇ | |
| | ▇ ▇▇▇▇▇▇ | |
| 23 | As of this time in May -- May 9th, 2016, | |
| 24 | what -- was this before or after Mr. Kalanick took | |
| 25 | you off the -- the autonomous vehicle work? | 04:55:34 |

Page 162



```
 1  [REDACTED]
 2  [REDACTED]
 3  [REDACTED]
 4  [REDACTED]
 5  [REDACTED]
 6  [REDACTED]
 7  [REDACTED]
 8  [REDACTED]
 9  [REDACTED]
10  [REDACTED]                                      06:09:57
11      Q.   Had Uber started to try to build a custom
12  LiDAR as of December of 2015?
13           MS. RAY:  Objection.  Form.
14           THE DEPONENT:  I can't remember exactly
15  when Scott's team started to experiment with custom   06:10:11
16  LiDAR.
17      Q.   (By Mr. Perlson)  Do you know how much
18  Uber had invested in LiDAR development as of
19  December 2015?
20      A.   I don't remember.                           06:10:25
21      Q.   Do you know how many people, if any, Uber
22  had working on LiDAR development as of
23  December 2015?
24      A.   Less than five.
25      Q.   Do you know how much Uber was spending on   06:10:36
```

Page 206