MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL DEPOSITIONS OF DAVID BONDERMAN AND ARIANNA HUFFINGTON (DKT. 1096)**<br><br>Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Motion to Compel Depositions of David Bonderman and Arianna Huffington (Dkt. 1096), with Exhibit 1 amended at Dkt. 1101.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Motion to Compel Depositions of David Bonderman and Arianna Huffington (Dkt. 1096) ("Motion") | Marked Portions (in red boxes) |
| Exhibit 1 | Entire Document |
| Exhibits 3 and 5 | Marked portions (in red boxes) |
| Exhibit 7 | Entire Document |
| Exhibit 8 | Marked Portions (in red boxes) |

3. The marked portions (in red boxes) on the top part of page 2 of the Motion reference highly confidential Ottomotto LiDAR projects that were in existence at the time of the acquisition. Disclosure of this information could allow competitors to gain insight into Defendants' technical development and design priorities. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information, such that Uber's competitors could obtain insight to Uber's technical development and tailor their own development strategy, could harm Uber's competitive standing.

4. The entirety of Exhibit 1 is a presentation to the Board of Directors regarding the Otto acquisition. It contains highly confidential information regarding detailed financial and commercial terms of an ongoing business agreement, including competitively sensitive details

about Uber's future market strategy, employment goals, stock option grants, licensing terms, monetary payments, potential valuation numbers, prioritization of strategic business goals, and internal estimates of various commercialization timelines.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that if this information were to be released to the public, Defendants' competitors and counterparties would have insight into business, financial, technical, and market strategy information of Defendants, which would allow them to tailor their own market strategy, negotiation strategy, and business negotiations, such that Uber's competitive standing could be seriously harmed.

5. The marked portions (in red boxes) on Exhibits 3 and 5 are minutes from Board of Directors meetings containing highly confidential business information regarding internal corporate governance and the company's strategic priorities.  These marked portions also contain information relating to the Board's structure, organization, and methodologies for conducting Board responsibilities.  Uber is a private company, and its Board of Directors keeps its internal discussions highly confidential.  I understand that if these parts of the minutes from confidential Board meetings were disclosed, Uber's competitive standing could significantly be harmed.

6. The entirety of Exhibit 7 is a highly confidential letter from the Board of Directors to Travis Kalanick, and the marked portions (in red boxes) on the bottom of page 2 of the Motion cite to this same letter.  This document contains highly confidential information discussing business strategy, internal corporate governance, employment information that implicate privacy concerns, strategic visions for the company's future, and figures relating to valuation and equity.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that if this information were to be released to the public, Uber's competitive standing and certain persons' privacy interests could significantly be harmed.

7. The marked portions (in red boxes) on Exhibit 8 contain the email addresses and phone numbers of high-ranking current and former company executives, whose email accounts and numbers may still become compromised if disclosed to the public.  Defendants seek to seal this information in order to protect the privacy of these current and former executives, as prominent individuals at the company are currently the subject of extensive media coverage.

Disclosure of this information for such high-ranking executives could expose them to harm or harassment.

8. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Motion that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of August, 2017, at San Francisco, CA.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 11, 2017                    */s/ Arturo J. González*
Arturo J. González