# EXHIBIT 3

# FILED UNDER SEAL

MINUTES OF MEETING
BOARD OF DIRECTORS
UBER TECHNOLOGIES, INC.

May 22, 2017

The Board of Directors (the "**Board**") of Uber Technologies, Inc., a Delaware corporation (the "**Company**"), held a meeting on May 22, 2017 at 10:10 a.m. at the Company's headquarters at 1455 Market Street, 4th Floor, in San Francisco, California, pursuant to notice duly given in accordance with the Bylaws of the Company.

Present at the meeting were David Bonderman (by telephone), Garrett Camp (by telephone), Ryan Graves, the Company's Senior Vice President Operations, Bill Gurley (by telephone), Arianna Huffington (by telephone), Yasir Al Rumayyan (by telephone) and Travis Kalanick, the Company's Chief Executive Officer, constituting all of the voting directors and a quorum for the conduct of business. David Plouffe was absent from the meeting. Also present were Gautam Gupta, the Company's Acting Chief Financial Officer, Salle Yoo, the Company's Chief Legal Officer, General Counsel and Secretary, and Susan Muck of Fenwick & West LLP, outside legal counsel to the Company. All participants could hear and be heard by one another. Mr. Kalanick chaired the meeting, and called the meeting to order. Ms. Muck acted as secretary of the meeting and kept the minutes.

[Redacted]

2. **Update on Driver Terms of Service and Additional NYC Driver Payments**



3. **Adjournment**

The meeting was adjourned at approximately 11:30 a.m.

 

Susan S. Muck
Secretary of the Meeting

28910/00600/FW/9605743.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                UBER00101501



28910/00600/FW/9605743.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UBER00101502



28910/00600/FW/9605743.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UBER00101503



28910/00600/FW/9605743.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    UBER00101504