# EXHIBIT 5

# FILED UNDER SEAL

**MINUTES OF MEETING
BOARD OF DIRECTORS
UBER TECHNOLOGIES, INC.**

**June 22, 2017**

The Board of Directors (the "***Board***") of Uber Technologies, Inc., a Delaware corporation (the "***Company***"), held a special meeting on June 22, 2017 at 10:00 a.m. at the offices of the Company, at 1455 Market Street, San Francisco, California, pursuant to notice duly given in accordance with the Bylaws of the Company.

Present at the meeting were Board members Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington (by video conference), David Plouffe (by telephone), Travis Kalanick (by phone), Yasir Al Rumayyan (by video conference) and David Trujillo, constituting eight of the nine directors and a quorum for the conduct of business. Wan Ling Martello received notice of the meeting but was not able to attend.

Also present at the meeting were Salle Yoo, the Company's Chief Legal Officer, General Counsel and Secretary, and Gordon Davidson and Susan Muck of Fenwick & West LLP, outside legal counsel to the Company. In addition, Prabir Adarkar, Head of Strategic Finance; Jordan Burke, Head of Market and Consumer Research; Jill Hazelbaker, Vice President, Communications and Public Policy; Liane Hornsey, Senior Vice President and Chief Human Resources Officer; and Robert Wu, Senior Counsel, Corporate, of the Company attended portions of the meeting.

All participants in the meeting could hear and be heard by one another. Mr. Kalanick chaired the meeting, and Mr. Davidson acted as secretary of the meeting and kept the minutes.

Mr. Kalanick called the meeting to order and reviewed the agenda for the meeting.

1. **Update on Executive Searches**

**Redacted**

28910/00004/FW/9644763.3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UBER00101507

**Redacted**

**2.** **Business Update**

**Redacted**

- 2 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  UBER00101508

3. <u>**Public Relations Strategy**</u>

**Redacted**

4. <u>**Discussion of Employee Letter**</u>

**Redacted**

5. <u>**Employee Liquidity Program**</u>

**Redacted**

6. <u>**Indemnification of Directors, Officers and Employees**</u>

**PRIVILEGED**

- 3 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY UBER00101509

> **PRIVILEGED**

After discussion, upon motion duly made and seconded, the Board adopted the following resolutions:

> **Redacted**

7. **Appointments to Committees**

> **Redacted**

- 4 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY					UBER00101510



8. **Adjournment**

The meeting was adjourned at approximately 1:30 p.m.

                                                    Gordon K. Davidson
                                                    Secretary of the Meeting

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     UBER00101511