# EXHIBIT 8

# FILED UNDER SEAL

Message

**From:** Emil Michael
**Sent:** 4/11/2016 8:04:33 AM
**To:** Travisk Kalanick
**Subject:** Fwd: Newco Board pack
**Attachments:** Zing Board Slides_04.08.16.pptx; ATT01600.htm

Sincerely,

Emil

-------------

Emil Michael
SVP of Business
Uber Technologies

--

Nina Qi
Corporate Development

CONFIDENTIAL - ATTORNEYS' EYES ONLY

UBER00100362