# EXHIBIT 5
# FILED UNDER SEAL

# James Judah

| | |
|---|---|
| **From:** | Popken, Betsy (Colleen) <bpopken@orrick.com> |
| **Sent:** | Friday, August 04, 2017 3:00 PM |
| **To:** | James Judah |
| **Cc:** | Karen Dunn; Martha Goodman; Ray, Wendy J.; Rivera, Sylvia; Brown, Walter F.; Haag, Melinda; Linsenmayer, Robin A.; Poer, Jennifer Nejad; Uriarte, Robert L. |
| **Subject:** | Waymo v. Uber - text message production |
| **Attachments:** | TK-AL Texts for Production - 8.4.17.pdf |

Hi James,

Per your request, attached is an advance courtesy copy of a spreadsheet reflecting text messages recovered from Travis Kalanick's phone.  The password for the file is ▆▆▆▆▆▆▆▆▆▆

This spreadsheet identifies all text messages located between Mr. Kalanick and Anthony Levandowski (or in some instances, group chats in which the two are participants) after an extensive search and eyes-on-review of data from a backup of Mr. Kalanick's mobile phone.

Please note that there are time and date stamps from 2005, 2006, 2011, and 2014 that are obviously incorrect.  However, we have included the time and date stamps here as they exist on the phone.

The texts themselves will be forthcoming.

All the best,
Betsy

**Colleen (Betsy) Popken**
Managing Associate

Orrick
San Francisco  Ⓥ
T +1-415-773-5774
bpopken@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

| Date | Time | Party | | Description | Attachment #1 | Attachment #2 |
|---|---|---|---|---|---|---|
| 4/9/2005 | 4/9/2005 05:54(UTC-7) | From: + | Anthony Levandowski | | | |
| 10/20/2005 | 10/20/2005 10:14(UTC-7) | From: + | Anthony Levandowski | | | |
| 8/3/2006 | 8/3/2006 14:51(UTC-7) | From: + | Anthony Levandowski | Can I call you in 15-20min? | | |
| 11/28/2011 | 11/28/2011 06:25(UTC-8) | From: + | Anthony Levandowski | Dbw is capped at 55, will open it up to 70 | | |
| 11/28/2011 | 11/28/2011 23:46(UTC-8) | From: + | Anthony Levandowski | The eagle has landed... We're about to boost Dev speed a ton | | |
| 1/12/2014 | 1/12/2014 06:17(UTC-8) | From: + | Anthony Levandowski | Sorry I just cola sped last night. I'm getting the kids to school then free. | | |
| 3/1/2016 | 3/1/2016 08:23(UTC-8) | | | | | |
| 4/5/2016 | 4/5/2016 18:54(UTC-7) | From: + | Travis Kalanick | Yep.. Ping me | | |
| 4/6/2016 | 4/6/2016 00:07(UTC-7) | From: + | Travis Kalanick | But I am super down to make sure this quick lightweight and straight forward for you guys | | |
| 4/8/2016 | 4/8/2016 01:19(UTC-7) | From: + | Travis Kalanick | Where you teach me in depth about an autonomy topic | | |
| 4/15/2016 | 4/15/2016 02:45(UTC-7) | From: + | Anthony Levandowski | Was on flight to Pittsburgh, just landed. Will let you know how the sync goes | | |
| 4/15/2016 | 4/15/2016 19 04(UTC-7) | From: + | Travis Kalanick | Will be in la... But ping me | | |
| 4/15/2016 | 4/15/2016 23:42(UTC-7) | From: + | Travis Kalanick | Ping me when you land | | |
| 4/16/2016 | 4/16/2016 19:48(UTC-7) | From: + | Travis Kalanick | We've got to talk about what is the fastest ideal path from here | | |
| 4/16/2016 | 4/16/2016 21 53(UTC-7) | From: + | Travis Kalanick | Check in and push past what we're okay with | | |
| 4/17/2016 | 4/17/2016 17:45(UTC-7) | From: + | Travis Kalanick | You could get there at 7, have a private room there.. Ask for 'tyler' | | |
| 4/18/2016 | 4/18/2016 20 56(UTC-7) | From: + | Anthony Levandowski | No, had my cam chat on the way into SF. And we actually finished before I got there | | |
| 4/21/2016 | 4/21/2016 09 58(UTC-7) | From: + | Travis Kalanick | What you got? | | |
| 4/22/2016 | 4/22/2016 13:18(UTC-7) | From: + | Travis Kalanick | How did they find out? | | |
| 4/22/2016 | 4/22/2016 21 06(UTC-7) | From: + | Travis Kalanick | Aight | | |
| 4/22/2016 | 4/22/2016 21:42(UTC-7) | From: + | Travis Kalanick | Sorry missed this | | |
| 4/22/2016 | 4/22/2016 21:42(UTC-7) | From: + | Travis Kalanick | Coming coming coming | | |
| 4/23/2016 | 4/23/2016 21 30(UTC-7) | From: + | Travis Kalanick | I'll definitely be leaving sometime during the day tomorrow | | |
| 4/24/2016 | 4/24/2016 17 00(UTC-7) | From: + | Travis Kalanick | You're on same flight as Holden FYI | | |
| 4/24/2016 | 4/24/2016 17 03(UTC-7) | From: + | Travis Kalanick | Also, I think it's better if you get a few hours before getting into the office... Better jams possible late at night so better to optimize for that | | |
| 4/24/2016 | 4/24/2016 17 06(UTC-7) | From: + | Travis Kalanick | Ping him and upgrade | | |
| 4/24/2016 | 4/24/2016 17 50(UTC-7) | From: + | Travis Kalanick | Cool cool | | |
| 4/27/2016 | 4/27/2016 09 31(UTC-7) | From: + | Travis Kalanick | On way back to la guardia | | |
| 4/27/2016 | 4/27/2016 09 36(UTC-7) | From: + | Travis Kalanick | Cool | | |
| 5/1/2016 | 5/1/2016 16:46(UTC-7) | From: + | Travis Kalanick | Okay, will ping you when I get off this plane | | |
| 5/6/2016 | 5/6/2016 13:44(UTC-7) | From: + | Travis Kalanick | Did you get a chance to see video of my talk at atc? | | |

| Date | Timestamp | Direction | Sender | Message |
|---|---|---|---|---|
| 5/8/2016 | 5/8/2016 18:08(UTC-7) | From: + | Travis Kalanick | What's your schedule look like? |
| 5/8/2016 | 5/8/2016 22:54(UTC-7) | From: + | Travis Kalanick | ETA? |
| 5/9/2016 | 5/9/2016 00:38(UTC-7) | From: + | Travis Kalanick | Having Jeff stay here tomorrow |
| 5/9/2016 | 5/9/2016 00:38(UTC-7) | From: + | Travis Kalanick | Will spend time with him and see if he's in a helpful place |
| 5/11/2016 | 5/11/2016 13 39(UTC-7) | From: + | Travis Kalanick | Also, I can likely find strong leads on ops inside of uber |
| 5/11/2016 | 5/11/2016 13 55(UTC-7) | From: + | Travis Kalanick | [redacted] |
| 5/11/2016 | 5/11/2016 13 56(UTC-7) | From: + | Travis Kalanick | FYI, bout to meet Tim Cook |
| 5/16/2016 | 5/16/2016 14:10(UTC-7) | From: + | Travis Kalanick | Better than nothing... You get a picture of jk with your truck? |
| 5/18/2016 | 5/18/2016 19 04(UTC-7) | From: + | Travis Kalanick | Got it.. Sorry have to go, but could also chat immediately when you land |
| 5/20/2016 | 5/20/2016 12 37(UTC-7) | From: + | Travis Kalanick | FYI, jk agreed to meet |
| 5/20/2016 | 5/20/2016 12:46(UTC-7) | From: + | Travis Kalanick | Super Quick response |
| 5/20/2016 | 5/20/2016 12:46(UTC-7) | From: + | Travis Kalanick | Which is saying something |
| 5/27/2016 | 5/27/2016 09 57(UTC-7) | From: + | Anthony Levandowski | He was pissed and the direction changes |
| 5/27/2016 | 5/27/2016 10 20(UTC-7) | From: + | Travis Kalanick | You joining discussion on oem's at 3pm? |
| 5/27/2016 | 5/27/2016 10 21(UTC-7) | From: + | Travis Kalanick | Sweet |
| 5/31/2016 | 5/31/2016 23 00(UTC-7) | From: + | Travis Kalanick | Chat tomorrow homey.. Just finishing up a meeting |
| 6/1/2016 | 6/1/2016 21:42(UTC-7) | From: + | Travis Kalanick | Cool |
| 6/9/2016 | 6/9/2016 09:12(UTC-7) | From: + | Anthony Levandowski | Thank you! It's more of a primer... |
| 6/13/2016 | 6/13/2016 16 37(UTC-7) | From: + | Travis Kalanick | Just got word from Drummond that g-co is out |
| 6/15/2016 | 6/15/2016 09 33(UTC-7) | From: + | Travis Kalanick | [redacted] |
| 6/16/2016 | 6/16/2016 17:18(UTC-7) | From: + | Anthony Levandowski | Sweet, message me when you're free |
| 6/22/2016 | 6/22/2016 09 52(UTC-7) | From: + | Travis Kalanick | On it |
| 6/29/2016 | 6/29/2016 16:17(UTC-7) | From: + | Travis Kalanick | Boom! |
| 7/2/2016 | 7/2/2016 11:07(UTC-7) | From: + | Travis Kalanick | Yes |
| 7/22/2016 | 7/22/2016 20:11(UTC-7) | From: + | Travis Kalanick | See ya in a bit |
| 7/23/2016 | 7/23/2016 10 31(UTC-7) | From: + | Travis Kalanick | You hungry?.. Can get some uber eats steak and eggs.. |
| 7/23/2016 | 7/23/2016 10 39(UTC-7) | From: + | Anthony Levandowski | Yes! Can we do 11:30 |
| 7/23/2016 | 7/23/2016 10 39(UTC-7) | From: + | Travis Kalanick | Yup |
| 7/23/2016 | 7/23/2016 18 08(UTC-7) | From: + | Travis Kalanick | Got it.. On my way |
| 7/25/2016 | 7/25/2016 11 31(UTC-7) | From: + | Travis Kalanick | Yo... Make sure you're on time, also if you can get here early would be good |
| 7/25/2016 | 7/25/2016 17 57(UTC-7) | From: + | Travis Kalanick | Once we do team profiles.. The tech mojo will be obvious AND Jill will work him on background to make sure our main points get through |
| 7/25/2016 | 7/25/2016 17 58(UTC-7) | From: + | Travis Kalanick | Follow it up with legit press tour choreography and storytelling and we'll nail it |

| Date | Timestamp | Direction | | Sender | Message |
|---|---|---|---|---|---|
| 8/5/2016 | 8/5/2016 17:40(UTC-7) | From: | | Travis Kalanick | I'm +10 from pst |
| 8/5/2016 | 8/5/2016 17:47(UTC-7) | From: | | Travis Kalanick | Cool |
| 8/6/2016 | 8/6/2016 18:02(UTC-7) | From: | | Travis Kalanick | Add anything you feel is missing |
| 8/7/2016 | 8/7/2016 07:43(UTC-7) | From: | | Travis Kalanick | Nsd can be second... No need to pack that into next mon/tunes |
| 8/11/2016 | 8/11/2016 01 23(UTC-7) | From: | | Travis Kalanick | You awake? |
| 8/11/2016 | 8/11/2016 11 06(UTC-7) | From: | | Travis Kalanick | Quick call? |
| 8/11/2016 | 8/11/2016 14 34(UTC-7) | From: | | Travis Kalanick | I'll pass back to you once I get her on track |
| 8/11/2016 | 8/11/2016 16 02(UTC-7) | From: | | Travis Kalanick | All good.. Handled and we're all aligned now |
| 8/12/2016 | 8/12/2016 10 01(UTC-7) | From: | | Travis Kalanick | Three principles: |
| 8/12/2016 | 8/12/2016 10 02(UTC-7) | From: | | Travis Kalanick | 1) don't tell anyone about the deal before it happens, ESPECIALLY someone you're about to fire<br><br>2) firing fast is a cultural imperative you don't want to break except in the most extreme situations<br><br>3) get creative |
| 8/12/2016 | 8/12/2016 10 08(UTC-7) | From: | | Travis Kalanick | Stay out of the vortex you created with ▓▓▓▓ .. Push a call to the end of the day your time |
| 8/12/2016 | 8/12/2016 10 09(UTC-7) | From: | | Travis Kalanick | You and I will get on the phone and finalize thoughts and then loop them in |
| 8/16/2016 | 8/16/2016 07 30(UTC-7) | From: | | Travis Kalanick | We'll camp out in Boston |
| 8/18/2016 | 8/18/2016 13:41(UTC-7) | From: | | Travis Kalanick | How much time?... |
| 8/18/2016 | 8/18/2016 16:11(UTC-7) | From: | | Travis Kalanick | Got to do the work to make sure your team is solid |
| 8/18/2016 | 8/18/2016 18 32(UTC-7) | From: | | Travis Kalanick | I can hold the fort |
| 8/19/2016 | 8/19/2016 18:48(UTC-7) | From: | | Travis Kalanick | Is it Claire that's spinning? |
| 8/23/2016 | 8/23/2016 22:12(UTC-7) | From: | | Travis Kalanick | Legit |
| 8/27/2016 | 8/27/2016 07:47(UTC-7) | From: | | Travis Kalanick | Sorry missed this... Can do today over phone |
| 8/31/2016 | 8/31/2016 22 39(UTC-7) | From: | | Travis Kalanick | Boom! |
| 9/6/2016 | 9/6/2016 11:45(UTC-7) | From: | | Travis Kalanick | Could jam more on org stuff |
| 9/6/2016 | 9/6/2016 11:52(UTC-7) | From: | | Travis Kalanick | About to go on stage for a thing.. Let's connect tonight |
| 9/6/2016 | 9/6/2016 22:34(UTC-7) | From: | | Travis Kalanick | Standby |
| 9/8/2016 | 9/8/2016 22:37(UTC-7) | From: | | Travis Kalanick | What's the latest? |
| 9/9/2016 | 9/9/2016 23:05(UTC-7) | From: | | Travis Kalanick | Probably shouldn't use mccann's personal email |
| 9/11/2016 | 9/11/2016 15 36(UTC-7) | From: | | Travis Kalanick | Need you to be more critical of crappy Comms stuff.. |
| 9/14/2016 | 9/14/2016 08 25(UTC-7) | From: | | Travis Kalanick | Boom |
| 9/20/2016 | 9/20/2016 11 04(UTC-7) | From: | | Travis Kalanick | Never seen a temp that high |
| 9/20/2016 | 9/20/2016 23 31(UTC-7) | From: | | Travis Kalanick | You up? |

| Date | Timestamp | Direction | | Sender | Message | | |
|---|---|---|---|---|---|---|---|
| 9/21/2016 | 9/21/2016 12:11(UTC-7) | From | ▓ | Travis Kalanick | You back in the saddle? | | |
| 9/21/2016 | 9/21/2016 12:11(UTC-7) | From | ▓ | Travis Kalanick | You doing okay? | | |
| 9/27/2016 | 9/27/2016 12 26(UTC-7) | From | ▓ | Travis Kalanick | You at Otto?.. In the neighborhood and would be fun to buzz the tower | | |
| 9/27/2016 | 9/27/2016 13 00(UTC-7) | From | ▓ | Travis Kalanick | Got it.. Said hi to lior | | |
| 9/28/2016 | 9/28/2016 19 00(UTC-7) | From | ▓ | Travis Kalanick | Let's do tomorrow night and go big.. Might be able to start a bit earlier | | |
| 10/7/2016 | 10/7/2016 00 06(UTC-7) | From | ▓ | Travis Kalanick | I'll be in guerneville | | |
| 10/7/2016 | 10/7/2016 16:41(UTC-7) | From | ▓ | com travis kalanick | Down to hang this eve and mastermind some shit | | |
| 10/7/2016 | 10/7/2016 16:44(UTC-7) | From | ▓ | com travis kalanick | At the office | | |
| 10/9/2016 | 10/9/2016 12 32(UTC-7) | From | ▓ | com travis kalanick | Can you be at the office at 3pm? | | |
| 10/9/2016 | 10/9/2016 12 32(UTC-7) | From | ▓ | com travis kalanick | This would be with Amit | | |
| 10/9/2016 | 10/9/2016 12 34(UTC-7) | From | ▓ | com travis kalanick | Sounds good... thanks | | |
| 10/9/2016 | 10/9/2016 12:47(UTC-7) | From | ▓ | com travis kalanick | We're doing 5pm | | |
| 10/9/2016 | 10/9/2016 16 33(UTC-7) | From | ▓ | com travis kalanick | Got it | | |
| 10/18/2016 | 10/18/2016 18:55(UTC-7) | From | ▓ | com travis kalanick | Cool got it | | |
| 10/18/2016 | 10/18/2016 21:43(UTC-7) | From | ▓ | com travis kalanick | 20b?!?? | | |
| 10/20/2016 | 10/20/2016 08:14(UTC-7) | From | ▓ | com travis kalanick | Agreed | | |
| 10/20/2016 | 10/20/2016 14:29(UTC-7) | From | ▓ | com travis kalanick | Got to get software runnin | | |
| 10/20/2016 | 10/20/2016 14:34(UTC-7) | From | ▓ | com travis kalanick | What do you think chances are he has level 5 in 20% of a given city? | | |
| 10/21/2016 | 10/21/2016 23:14(UTC-7) | From | ▓ | com travis kalanick | Literally in reverse | | |
| 10/21/2016 | 10/21/2016 23:15(UTC-7) | From | ▓ | com travis kalanick | Nsd in reverse | | |
| 10/26/2016 | 10/26/2016 11:32(UTC-7) | From | ▓ | Travis Kalanick | https://www technologyreview com/s/602712/the-creator-of-googles-self-driving-car-now-competes-with-it/?utm_campaign=socialflow&utm_source=twitter&utm_medium=post | | |
| 10/27/2016 | 10/27/2016 05:23(UTC-7) | From | ▓ | Travis Kalanick | Agreed | | |
| 10/27/2016 | 10/27/2016 12:27(UTC-7) | From | ▓ | Austin Geidt | Someone knows someone who works at a Phoenix local news station and Google apparently wants a local news spot next week — something around autonomous | | |
| 10/27/2016 | 10/27/2016 12:27(UTC-7) | From | ▓ | Austin Geidt | That's all I know but just FYI | | |
| 10/27/2016 | 10/27/2016 12:27(UTC-7) | From | ▓ | Travis Kalanick | When next week? Can we get more info? | | |
| 10/27/2016 | 10/27/2016 12:39(UTC-7) | From | ▓ | Austin Geidt | Alright trying to get more and date but they seem to be confident it's around a "service" with autonomous, not just showcasing cars. Will keep digging. | | |
| 10/27/2016 | 10/27/2016 12:57(UTC-7) | From | ▓ | Austin Geidt | The station is hearing google out today on what they're pitching but the person now said doesn't think it's next week thank god but coming up. After they meet will try and get more on timing which is everything, but sounds like the next week isn't right so we might have some time. Will keep you posted | | |
| 10/27/2016 | 10/27/2016 13:00(UTC-7) | From | ▓ | Austin Geidt | ▓ | | |

| Date | Timestamp | Direction | | Sender | Message |
|---|---|---|---|---|---|
| 10/27/2016 | 10/27/2016 14:17(UTC-7) | From | | Austin Geidt | Alright folks we're in a better spot. They're announcing 39k foot hub in suburban Phoenix and eventually launching AVs in the burbs for testing (in Chandler). They were looking to air a segment tonight but then bailed. |
| 11/2/2016 | 11/2/2016 15 24(UTC-7) | From | | Travis Kalanick | https://ride.uber.com/en_US/ |
| 11/6/2016 | 11/6/2016 11:16(UTC-8) | From | | Travis Kalanick | What's your story today? |
| 11/6/2016 | 11/6/2016 11:18(UTC-8) | From | | Travis Kalanick | Does any of it require you meeting with other people physically |
| 11/6/2016 | 11/6/2016 11:18(UTC-8) | From | | Travis Kalanick | Got it.. |
| 11/6/2016 | 11/6/2016 20:43(UTC-8) | From | | Travis Kalanick | Okay, he scheduled a random meeting with no context and it wasn't clear who wAs invited … I had the whole request cancelled and asked him to recreate meeting with context and attendees listed |
| 11/18/2016 | 11/18/2016 20:17(UTC-8) | | | | Amit, meet Anthony... Anthony, meet Amit |
| 11/18/2016 | 11/18/2016 20:18(UTC-8) | From | | Anthony Levandowski | Hi Amit! Great to meet you. Happy to chat anytime. Cheers |
| 12/4/2016 | 12/4/2016 22 32(UTC-8) | From | | Travis Kalanick | You around? |
| 12/4/2016 | 12/4/2016 22 34(UTC-8) | From | | Travis Kalanick | If you want to chat.. ping me |
| 12/4/2016 | 12/4/2016 23 24(UTC-8) | From | | Travis Kalanick | Marketplace is a more strategic thing |
| 12/5/2016 | 12/5/2016 19 28(UTC-8) | From | | Travis Kalanick | Ganesh, I need you to chaperone Jia through some intros to atg groups... Anthony, Jia is a great entrpreneurial engineering manager... can you two connect and come up with a plan for intro'ing Jia to a few groups in atc? |
| 12/5/2016 | 12/5/2016 19 38(UTC-8) | From | | Travis Kalanick | Jia is a guy.. |
| 12/5/2016 | 12/5/2016 19 38(UTC-8) | From | | Travis Kalanick | All good |
| 12/5/2016 | 12/5/2016 19 39(UTC-8) | From | | Travis Kalanick | Ganesh, get familiar with what he's good at and not good at |
| 12/5/2016 | 12/5/2016 19 39(UTC-8) | From | | Travis Kalanick | And you two discuss where good fits might be |
| 12/5/2016 | 12/5/2016 19 39(UTC-8) | From | | Travis Kalanick | He's a frontline manager, came from google |
| 12/5/2016 | 12/5/2016 19:40(UTC-8) | From | | Travis Kalanick | Ganesh, include thuan in discussion |
| 12/5/2016 | 12/5/2016 19:40(UTC-8) | From | | Ganesh | Sounds good. I will chat with Anthony and find a fit in the ATG world. |
| 12/5/2016 | 12/5/2016 19:40(UTC-8) | From | | Ganesh | I will include Thuan as well. |
| 12/5/2016 | 12/5/2016 19:40(UTC-8) | From | | Travis Kalanick | Got to move fast because he is considering going back to china right now |
| 12/5/2016 | 12/5/2016 19:42(UTC-8) | From | | Ganesh | I will be chatting with Jia tonight or tomorrow and will make sure that he knows that there is a role for him in ATG. |
| 12/5/2016 | 12/5/2016 19:44(UTC-8) | From | | Travis Kalanick | I spent time over the weekend with him.. told him I would get process going |
| 12/5/2016 | 12/5/2016 19:47(UTC-8) | From | | Ganesh | Got it. |
| 12/7/2016 | 12/7/2016 09:42(UTC-8) | From | | Mayrose | Jill/Shari dropped by and suggested we get the Today show to PIT for the taping, instead of having you two fly back to SF. Let me know as soon as you can. |
| 12/7/2016 | 12/7/2016 09:45(UTC-8) | From | | Mayrose | ok thanks AL |
| 12/7/2016 | 12/7/2016 09:49(UTC-8) | From | | Mayrose | important - let's keep the taping in SF on Thursday. Same schedule. |
| 12/7/2016 | 12/7/2016 09 56(UTC-8) | From | | Mayrose | We can get two separate video crews to do a taping for Anthony in SF and taping in PIT for Travis.. both on Thursday. |
| 12/7/2016 | 12/7/2016 10 53(UTC-8) | From | | Mayrose | TBD. waiting to sync on schedules. Now Comms is saying they want you two on Thursday in SF since the car will be here. |

| | | | | | |
|---|---|---|---|---|---|
| 12/7/2016 | 12/7/2016 12 03(UTC-8) | From: | ███ | Mayrose | This time it's a firm confirm and I was told you should wait for the call - it will happen this time. |
| 12/8/2016 | 12/8/2016 09 04(UTC-8) | From: | ███ | Travis Kalanick | Oh got it |
| 12/16/2016 | 12/16/2016 17:41(UTC-8) | From: | ███ | Travis Kalanick | Hey David, let's chat |
| 12/16/2016 | 12/16/2016 17:45(UTC-8) | From: | ███ | David Estrada | Hey Travis. Can I call you in 15 mins? |
| 12/16/2016 | 12/16/2016 17:46(UTC-8) | From: | ███ | Travis Kalanick | Gonna have to be more like 45 |
| 12/16/2016 | 12/16/2016 17:47(UTC-8) | From: | ███ | Travis Kalanick | Please give me a call |
| 12/16/2016 | 12/16/2016 17:49(UTC-8) | From: | ███ | David Estrada | Ok if you ping me when you're ready I'll get free |
| 12/19/2016 | 12/19/2016 13:14(UTC-8) | From: | ███ | Travis Kalanick | You around right now? |
| 12/19/2016 | 12/19/2016 13:14(UTC-8) | From: | ███ | Travis Kalanick | Could do a quick call now? |