# EXHIBIT 6
# FILED UNDER SEAL

| From | Body | Status | Timestamp: Date |
|---|---|---|---|
| [redacted] Travis Kalanick | Good hangin | Sent | 2/13/2016 |
| [redacted] Anthony Levandowski | Was awesome. Lots more to come. We ended up wrapping up our truck testing at 2:30! | Read | 2/13/2016 |
| [redacted] Anthony Levandowski | We had a close call but no contact with anyone or anything. | Read | 2/13/2016 |
| [redacted] Anthony Levandowski | [redacted] | Read | 2/23/2016 |
| [redacted] Travis Kalanick | Traveling this weekend... Looking at Monday eve jam ... You good with that? | Sent | 2/25/2016 |
| [redacted] Anthony Levandowski | Sounds great. See you then | Read | 2/25/2016 |
| [redacted] Anthony Levandowski | [redacted] | Read | 3/1/2016 |
| [redacted] Travis Kalanick | Word is Your tax guys have a slow roll as well | Sent | 3/9/2016 |
| [redacted] Anthony Levandowski | Sweet, chasing down the tax thing on my end too. Thank you! | Read | 3/9/2016 |
| [redacted] Anthony Levandowski | I think I solved the tax discussion, happy to run details by you. Call anytime | Read | 3/9/2016 |
| [redacted] Anthony Levandowski | Sup? | Read | 3/16/2016 |
| [redacted] Travis Kalanick | Good jamming last night | Sent | 3/17/2016 |
| [redacted] Travis Kalanick | Interesting, will be good to see how that model fits after we open kimono on fri | Sent | 3/17/2016 |
| [redacted] Anthony Levandowski | For sure | Read | 3/17/2016 |
| [redacted] Anthony Levandowski | Awesome, let's make sure we get the good dudes, happy to give you feedback on names if you want | Read | 3/17/2016 |
| [redacted] Anthony Levandowski | [redacted] | Read | 3/17/2016 |

| | | | |
|---|---|---|---|
| Travis Kalanick | How's convo going? | Sent | 3/18/2016 |
| Anthony Levandowski | [redacted] | Read | 3/18/2016 |
| Anthony Levandowski | This is going to be amazing, just need to prod him to enter the real world and test on real problems | Read | 3/18/2016 |
| Travis Kalanick | On plane, spotty Internet | Sent | 3/18/2016 |
| Anthony Levandowski | No problem, I'll resend later if you want | Read | 3/18/2016 |
| Travis Kalanick | Agreed.. | Sent | 3/18/2016 |
| Anthony Levandowski | Internet, electricity, self driving cars and key things will always find a way | Read | 3/19/2016 |
| Anthony Levandowski | Here's the speech you need to give ;-) http://youtu.be/VVxYOQS6ggk | Read | 3/19/2016 |
| Travis Kalanick | http://arstechnica.com/gadgets/2016/03/dominos-pizza-delivery-robot/ | Sent | 3/19/2016 |
| Travis Kalanick | FYI, uber eats business is taking off | Sent | 3/19/2016 |
| Travis Kalanick | All access to source and data... Different missions that contribute to whole | Sent | 3/19/2016 |
| Travis Kalanick | The way you keep China in check is showing up when they ask every once in awhile | Sent | 3/19/2016 |
| Anthony Levandowski | Red cars, is epic... Like actually helping your political cred. Just don't have the tank avatar in the square or on the anniversary CN | Read | 3/19/2016 |
| Anthony Levandowski | Website preview http://ot.to password: [redacted] | Read | 3/20/2016 |
| Anthony Levandowski | I think we're good, I am squeezing our attorneys like toothpaste too. Thanks for pushing it really is helping. | Read | 3/21/2016 |
| Anthony Levandowski | Really happy we're doing the light approach. Can't wait to sync with Jeff/bam/John so we have a way they feel it's complementary | Read | 3/26/2016 |
| Anthony Levandowski | call anytime | Read | 3/26/2016 |
| Anthony Levandowski | Phone was totally broken | Read | 3/26/2016 |
| Anthony Levandowski | Almost like India | Read | 3/26/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | [redacted] ... Welcome back, nothing urgent, call anytime | Read | 3/28/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 3/29/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 3/29/2016 |
| [redacted] | Anthony Levandowski | Yeah, I'll ask if I can bring our new board member... Would be epic | Read | 3/29/2016 |
| [redacted] | Anthony Levandowski | I am at the secret side door, no rush | Read | 3/29/2016 |
| [redacted] | Anthony Levandowski | Good chat, I sent a pic of the white board to Jeff so he's in the loop. | Read | 3/29/2016 |
| [redacted] | Anthony Levandowski | No problem, just confirmed that they had access to Dropbox and that they got a dump of the files and they linked their computer etc. Not sure what's the issue, but I'll solve it. Thanks for the ping, I'll get them what they want | Read | 4/1/2016 |
| [redacted] | Anthony Levandowski | Which would suck, I Humke e can get them from ATC | Read | 4/3/2016 |
| [redacted] | Anthony Levandowski | Ok will do | Read | 4/5/2016 |
| [redacted] | Anthony Levandowski | Basically I'd like the freedom to move as needed on the acquisition (and take advice/guidance) but if I can close them within the range we agreed you guys are happy. | Read | 4/6/2016 |
| [redacted] | Anthony Levandowski | Agreed | Read | 4/6/2016 |
| [redacted] | Anthony Levandowski | Thanks for understanding on the freedom to operate sounds like the language we should get back will work. [redacted] | Read | 4/6/2016 |
| [redacted] | Anthony Levandowski | I am walking around the block in case you walk out and don't see me there. | Read | 4/7/2016 |

| | | | |
|---|---|---|---|
| Anthony Levandowski | That what I thought. | Read | 4/7/2016 |
| Anthony Levandowski | Yes, we should of done it. We did a bit on lasers before but need to go deep on all the topics. | Read | 4/8/2016 |
| Anthony Levandowski | Ok | Read | 4/15/2016 |
| Anthony Levandowski | Just landed | Read | 4/16/2016 |
| Anthony Levandowski | Sums it up perfectly | Read | 4/16/2016 |
| Anthony Levandowski | Ok, no rush. Call anytime 24/7 | Read | 4/16/2016 |
| Anthony Levandowski | I get it. We need to focus on facts and winning plan, then have a check in on a) is it still the right plan and b) how are we tracking w.r.t. The plan often | Read | 4/16/2016 |
| Anthony Levandowski | Exactly my thoughts | Read | 4/16/2016 |
| Anthony Levandowski | The journalists don't know shit, you need to operate on reality not their perception, I know you know this but don't let the bs cloud your judgment | Read | 4/16/2016 |
| Anthony Levandowski | Has to have | Read | 4/16/2016 |
| Anthony Levandowski | Ok perfect I'll do that | Read | 4/17/2016 |
| Anthony Levandowski | We're in the back corner, the private room is closed | Read | 4/17/2016 |
| Anthony Levandowski | We're all set | Read | 4/17/2016 |
| Anthony Levandowski | Good chat this evening, team is pumped. Here's the doc, let me know if you want me to tone it down. | Read | 4/18/2016 |
| Anthony Levandowski | Sunlight is the best disinfectant | Read | 4/18/2016 |
| Anthony Levandowski | http://gizmodo.com/beverly-hills-has-decided-to-build-an-on-demand-autonom-1771543564 | Read | 4/18/2016 |
| Anthony Levandowski | Come back when you're free, lots to discuss. No rush | Read | 4/20/2016 |
| Anthony Levandowski | Call me when ready | Read | 4/20/2016 |

| | | | |
|---|---|---|---|
| Anthony Levandowski | | Read | 4/21/2016 |
| Anthony Levandowski | No news from bares.. I'll keep trying. Maybe he's not back yet | Read | 4/21/2016 |
| Anthony Levandowski | I booked flight to Pittsburgh: Sunday red eye to Thursday return | Read | 4/21/2016 |
| Anthony Levandowski | Bares chat scheduled for 5pm tomorrow... | Read | 4/21/2016 |
| Anthony Levandowski | Trying to dig in, likely city of Palo alto. | Read | 4/22/2016 |
| Anthony Levandowski | Just wrapped with the DMV, it was the city of Palo Alto freaking out about AV trucks testing and were asked to investigate. The guys were happy with our answers and were in the clear. | Read | 4/22/2016 |
| Anthony Levandowski | On our way | Read | 4/22/2016 |
| Anthony Levandowski | No problem | Read | 4/22/2016 |
| Anthony Levandowski | Thank you for riding the Otto express... Had interesting chat with Bares this afternoon, We can chat whenever you want, no rush | Read | 4/23/2016 |
| Anthony Levandowski | Any update on whether we're Sunday red eye or later in the week flight? | Read | 4/23/2016 |
| Anthony Levandowski | Ok, upgrade full but will ping him shortly | Read | 4/24/2016 |
| Anthony Levandowski | Good, Eric is part of the revolution! | Read | 4/24/2016 |
| Anthony Levandowski | Awesome | Read | 4/24/2016 |
| Anthony Levandowski | https://www.tensorflow.org/versions/r0.8/tutorials/mnist/beginners/index.html has a good description | Read | 4/25/2016 |
| Anthony Levandowski | K see you there shortly | Read | 4/26/2016 |
| Anthony Levandowski | Free ride? | Read | 4/26/2016 |
| Anthony Levandowski | Yo | Read | 4/27/2016 |

| | | | |
|---|---|---|---|
| Anthony Levandowski | Good, I am wrapping up with my peeps and about to jam with lasers | Read | 4/27/2016 |
| Anthony Levandowski | - want to see driver training process and<br>- I have a couple sample routes they can use with no busway | Read | 4/27/2016 |
| Anthony Levandowski | Ok | Read | 4/27/2016 |
| Anthony Levandowski | Interesting... He has finally awoken | Read | 4/30/2016 |
| Anthony Levandowski | Yes | Read | 5/1/2016 |
| Anthony Levandowski | Ok | Read | 5/1/2016 |
| Anthony Levandowski | Always | Read | 5/2/2016 |
| Anthony Levandowski | Yes that too | Read | 5/3/2016 |
| Anthony Levandowski | A couple things to run by you on Game Day options... And then this: http://www.wsj.com/articles/gm-lyft-to-test-self-driving-electric-taxis-1462460094 | Read | 5/5/2016 |
| Anthony Levandowski | Just landed | Read | 5/5/2016 |
| Anthony Levandowski | Driving to SF to meet with Scott ATC laser guy and guide the team | Read | 5/5/2016 |
| Anthony Levandowski | Collapse | Read | 5/6/2016 |
| Anthony Levandowski | https://youtu.be/bPXVGQnJm0w | Read | 5/6/2016 |
| Anthony Levandowski | Yes! Love it. If the driver and codriver were to switch and go faster then you switch... Great analogy and definitely not what bares was doing. | Read | 5/6/2016 |
| Anthony Levandowski | Can't talk now. Meet up later? | Read | 5/8/2016 |
| Anthony Levandowski | Should be free after 8/8:30 ish | Read | 5/8/2016 |
| Anthony Levandowski | I am at the side door is what I meant, happy to hang as long as you need | Read | 5/8/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Ok sounds great | Read | 5/9/2016 |
| Anthony Levandowski | Yes | Read | 5/9/2016 |
| Anthony Levandowski | [redacted] | Read | 5/10/2016 |
| Anthony Levandowski | Gems from today... | Read | 5/10/2016 |
| Anthony Levandowski | [redacted] | Read | 5/10/2016 |
| Anthony Levandowski | Good chat with Jeff but he's coming with more than just labeling help... | Read | 5/10/2016 |
| Anthony Levandowski | Yes that would be super important | Read | 5/11/2016 |
| Anthony Levandowski | [redacted] | Read | 5/11/2016 |
| Anthony Levandowski | Enjoy chatting with Tim | Read | 5/11/2016 |
| Anthony Levandowski | He says hi back btw | Read | 5/11/2016 |
| Anthony Levandowski | I think we're good. But giving him a call won't hurt. Do it | Read | 5/14/2016 |
| Anthony Levandowski | [redacted] | Read | 5/16/2016 |
| Anthony Levandowski | Sneak peak... | Read | 5/16/2016 |
| Anthony Levandowski | I75anoym | Read | 5/16/2016 |
| Anthony Levandowski | Pretty weak quote if you ask me... | Read | 5/16/2016 |
| Anthony Levandowski | Thanks! | Read | 5/16/2016 |
| Anthony Levandowski | You should join us for the ride... | Read | 5/16/2016 |
| Anthony Levandowski | Agreed | Read | 5/16/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Ok | Read | 5/17/2016 |
| Anthony Levandowski | Call me when you can | Read | 5/17/2016 |
| Anthony Levandowski | It's good | Read | 5/18/2016 |
| Anthony Levandowski | I'm done with ATC meetings | Read | 5/18/2016 |
| Anthony Levandowski | Sherif is planning a big team... | Read | 5/18/2016 |
| Anthony Levandowski | This scares the shit out of me: http://www.cnet.com/roadshow/news/android-auto-waze/ | Read | 5/18/2016 |
| Anthony Levandowski | It's all good... | Read | 5/18/2016 |
| Anthony Levandowski | Go work it. I'll you when I land tomorrow | Read | 5/18/2016 |
| Anthony Levandowski | Back in SF... | Read | 5/19/2016 |
| Anthony Levandowski | [redacted] | Read | 5/20/2016 |
| Anthony Levandowski | JK loves to socialize too, just FYI | Read | 5/20/2016 |
| Anthony Levandowski | Sorry just missed your calls | Read | 5/21/2016 |
| Anthony Levandowski | [redacted] | Read | 5/23/2016 |
| Anthony Levandowski | [redacted] | Read | 5/23/2016 |
| Anthony Levandowski | Baller | Read | 5/24/2016 |
| Anthony Levandowski | Congrats! | Read | 5/24/2016 |
| Anthony Levandowski | https://youtu.be/sXls4cdEv7c | Read | 5/24/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | [redacted] | Read | 5/24/2016 |
| [redacted] | Anthony Levandowski | Ok, get sleep on the plane! | Read | 5/24/2016 |
| [redacted] | Anthony Levandowski | Ok | Read | 5/25/2016 |
| [redacted] | Anthony Levandowski | Ask him about waze and self driving cars | Read | 5/25/2016 |
| [redacted] | Anthony Levandowski | You should get a demo too | Read | 5/25/2016 |
| [redacted] | Anthony Levandowski | Thanks | Read | 5/26/2016 |
| [redacted] | Anthony Levandowski | Yes | Read | 5/27/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 5/27/2016 |
| [redacted] | Anthony Levandowski | Can do phone now, or in person when we get back from testing in 30-45min | Read | 5/27/2016 |
| [redacted] | Anthony Levandowski | More like 10min | Read | 5/27/2016 |
| [redacted] | Anthony Levandowski | Likely is but let's see what he says | Read | 5/28/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 5/28/2016 |
| [redacted] | Anthony Levandowski | K, need to get sleep, got a triage meeting in 6hrs I need to be fresh for. Let's chat later | Read | 5/31/2016 |
| [redacted] | Anthony Levandowski | Can I call you later? | Read | 6/1/2016 |
| [redacted] | Anthony Levandowski | Need 10more min | Read | 6/1/2016 |
| [redacted] | Anthony Levandowski | That too | Read | 6/1/2016 |
| [redacted] | Anthony Levandowski | Meant before | Read | 6/4/2016 |
| [redacted] | Anthony Levandowski | Ok cool | Read | 6/5/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | Here's the Mobileye rebuttal to dnn https://youtu.be/GCMXXXmxG-I | Read | 6/5/2016 |
| [redacted] | Anthony Levandowski | I'll be up. There are too many Carthages to burn down | Read | 6/5/2016 |
| [redacted] | Anthony Levandowski | https://bgr.com/2016/06/06/tesla-model-x-parking-crash/ | Read | 6/6/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 6/8/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 6/9/2016 |
| [redacted] | Anthony Levandowski | Wow, at least now we know it's a zero sum game | Read | 6/13/2016 |
| [redacted] | Anthony Levandowski | Flight got cancelled due to weather 😜 Let's meet up tomorrow and go over ATC plan. I'll go out next week. Will do VC this week. | Read | 6/13/2016 |
| [redacted] | Anthony Levandowski | Agreed | Read | 6/15/2016 |
| [redacted] | Anthony Levandowski | Almost have the outline of the ATC win doc | Read | 6/16/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 6/17/2016 |
| [redacted] | Anthony Levandowski | He not her | Read | 6/17/2016 |
| [redacted] | Anthony Levandowski | Can I have a chat with Austin from ops? Want to get going on getting her up to speed | Read | 6/20/2016 |
| [redacted] | Anthony Levandowski | Connection got cancelled wasn't about to let the future slip another day. | Read | 6/21/2016 |
| [redacted] | Anthony Levandowski | Thanks, I know | Read | 6/22/2016 |
| [redacted] | Anthony Levandowski | Red lines / comments | Read | 6/24/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 6/29/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 6/29/2016 |
| [redacted] | Anthony Levandowski | Sup? Sorry I missed your call. | Read | 7/1/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | Ping me when you're back... Hope flight was good | Read | 7/1/2016 |
| | Anthony Levandowski | I got to do a couple things, can we chat after 1:30/2pm | Read | 7/2/2016 |
| | Anthony Levandowski | No | Read | 7/3/2016 |
| | Anthony Levandowski | Yup | Read | 7/3/2016 |
| | Anthony Levandowski | http://www.bloomberg.com/news/articles/2016-06-29/how-amazon-triggered-a-robot-arms-race<br>Read this instead of us weekly... ;-) | Read | 7/3/2016 |
| | Anthony Levandowski | [redacted] | Read | 7/10/2016 |
| | Anthony Levandowski | Ready whenever | Read | 7/10/2016 |
| | Anthony Levandowski | I'll join! Thanks. I am not fully up to speed | Read | 7/11/2016 |
| | | | | |
| | Anthony Levandowski | Unintentional, lane change | Read | 7/11/2016 |
| | Anthony Levandowski | [redacted] | Read | 7/12/2016 |
| | Anthony Levandowski | How did it go with JK? | Read | 7/14/2016 |
| | Anthony Levandowski | From Ramsey? Weird. Seems fast/fishy | Read | 7/15/2016 |
| | Anthony Levandowski | Just got this! Lol | Read | 7/21/2016 |
| | Anthony Levandowski | Chat now? | Read | 7/22/2016 |
| | Anthony Levandowski | [redacted] | Read | 7/22/2016 |
| | Anthony Levandowski | Pushing on some other reporters | Read | 7/22/2016 |
| | Anthony Levandowski | Oh snap... Got wrapped up with Eng testing. Coming now, my bad | Read | 7/22/2016 |
| | Anthony Levandowski | http://www.autonews.com/article/20160721/OEM05/160729955/musks-new-tesla-master-plan-comes-with-big-price-tag?X-IgnoreUserAgent=1&X-IgnoreUserAgent=1 | Read | 7/23/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Boston | Read | 7/23/2016 |
| Anthony Levandowski | I should be 12min early | Read | 7/25/2016 |
| Anthony Levandowski | 👍 □ | Read | 7/25/2016 |
| Anthony Levandowski | Was thinking same thing | Read | 7/25/2016 |
| 4:43094 | We need to show synergy between Otto and ATC, the why is missing | Read | 7/25/2016 |
| Anthony Levandowski | We should of addressed that | Read | 7/25/2016 |
| Anthony Levandowski | Also how do we plan to roll out tech? | Read | 7/25/2016 |
| Anthony Levandowski | Yes, good news is he's getting a story of a lifetime, hope he doesn't play it as a google vs uber | Read | 7/25/2016 |
| Anthony Levandowski | Ok perfect<br>We should also have a undertone of scorched earth for new entrants so the recruiting is easier | Read | 7/25/2016 |
| Anthony Levandowski | I.e. If you're interested in this epic tech development you should join our side vs waste your time building something from scratch | Read | 7/25/2016 |
| Anthony Levandowski | [redacted] | Read | 7/26/2016 |
| Anthony Levandowski | [redacted] | Read | 7/27/2016 |
| Anthony Levandowski | No time set yet but talking to Jill shortly and will set date for next week | Read | 7/27/2016 |
| Anthony Levandowski | Woot | Read | 7/31/2016 |
| Anthony Levandowski | This looks like our recruiter reaching out to folks on Curtis' team. | Read | 8/2/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Apparently it was unknown to our guy he was meeting Curtis | Read | 8/2/2016 |
| Anthony Levandowski | Pst | Read | 8/5/2016 |
| Anthony Levandowski | Sorry missed this | Read | 8/6/2016 |
| Anthony Levandowski | [redacted] | Read | 8/6/2016 |
| Anthony Levandowski | Sent, I was a sleep | Read | 8/11/2016 |
| Anthony Levandowski | [redacted] | Read | 8/11/2016 |
| Anthony Levandowski | 😎 | Read | 8/11/2016 |
| Anthony Levandowski | He's a funny one, for sure | Read | 8/11/2016 |
| Anthony Levandowski | Couple top paragraphs still need lots of tweaks. [redacted] | Read | 8/11/2016 |
| Anthony Levandowski | Ok, I'll be silent | Read | 8/11/2016 |
| Anthony Levandowski | Thanks | Read | 8/11/2016 |
| Anthony Levandowski | I'll handle from here, thank you | Read | 8/12/2016 |
| Anthony Levandowski | Ok I'll stay away from the PR crew. Sgtm on other. | Read | 8/12/2016 |
| Anthony Levandowski | Super pumped here too. This is going to be epic and I'm ready to forge a victory with ATC and Otto | Read | 8/14/2016 |
| Anthony Levandowski | Ok see you there | Read | 8/16/2016 |
| Anthony Levandowski | Ok see you in 5min | Read | 8/16/2016 |

| | | | | |
|---|---|---|---|---|
| | Anthony Levandowski | http://www.autonews.com/article/20160816/OEM06/160819889/ford-to-double-silicon-valley-staff-makes-investment-in-lidar?X-IgnoreUserAgent=1 | Read | 8/16/2016 |
| | Anthony Levandowski | Read to go for a walk | Read | 8/16/2016 |
| | Anthony Levandowski | Grabbing a bite will be back at 9 | Read | 8/16/2016 |
| | Anthony Levandowski | 8:30 eta | Read | 8/17/2016 |
| | Anthony Levandowski | I'm stuck in a traffic jam but happy to talk on phone ... | Read | 8/17/2016 |
| | Anthony Levandowski | Yes, that's true | Read | 8/17/2016 |
| | Anthony Levandowski | 6:30 at 737 Harrison | Read | 8/17/2016 |
| | Anthony Levandowski | So you're prepared | Read | 8/17/2016 |
| | Anthony Levandowski | I'm outside, see you in a bit | Read | 8/17/2016 |
| | Anthony Levandowski | I'm 3min away, meet you in Boston? | Read | 8/18/2016 |
| | Anthony Levandowski | 1.5hrs | Read | 8/18/2016 |
| | Anthony Levandowski | Yes still chatting. Might make sense to stay. I'll make the call where we are at around 9pm | Read | 8/18/2016 |
| | Anthony Levandowski | ☺ perfect | Read | 8/18/2016 |
| | Anthony Levandowski | We're at 8, could do 10-12 total over weekend. | Read | 8/18/2016 |
| | Anthony Levandowski | Yes we're going over that. She brought up these issues and was ok. She sent me a congrats before we did the preso, knowing we were doing the deal. There's something else I am missing, trying to figure it out. | Read | 8/19/2016 |
| | Anthony Levandowski | Ok, she and I talking later and I will let you know if we need an intervention this weekend.<br><br>We have answered all questions and walked them through everything. If they don't sign and are pumped then I don't want them on our mission and will let them go. | Read | 8/19/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Boom, she came around... | Read | 8/19/2016 |
| Anthony Levandowski | I'm about to grab food with some friends be back in a couple hours | Read | 8/20/2016 |
| Anthony Levandowski | I'm heading back to Oakland just FYI | Read | 8/20/2016 |
| Anthony Levandowski | Yeah for sure | Read | 8/22/2016 |
| Anthony Levandowski | [redacted] | Read | 8/23/2016 |
| Anthony Levandowski | Tons more to do! But super pumped to get this show on the road | Read | 8/23/2016 |
| Anthony Levandowski | https://techcrunch.com/2016/08/24/mit-spinout-nutonomy-just-beat-uber-to-launch-the-worlds-first-self-driving-taxi/ □ | Read | 8/25/2016 |
| Anthony Levandowski | Do your thing, no problem | Read | 8/25/2016 |
| Anthony Levandowski | You free tonight to go over org proposal? | Read | 8/26/2016 |
| Anthony Levandowski | No worries, I have the kids today... Does Sunday work? | Read | 8/27/2016 |
| Anthony Levandowski | Perfect let's do that | Read | 8/27/2016 |
| Anthony Levandowski | Yo | Read | 8/28/2016 |
| Anthony Levandowski | Want to chat tonight or tomorrow am? | Read | 8/28/2016 |
| Anthony Levandowski | [redacted] | Read | 8/28/2016 |
| Anthony Levandowski | I already messaged her | Read | 8/30/2016 |
| Anthony Levandowski | [redacted] | Read | 8/31/2016 |
| Anthony Levandowski | Ldp for sure | Read | 9/1/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | Ok night night | Read | 9/1/2016 |
| [redacted] | Anthony Levandowski | Did you get a chance to call brian Torcellini? Also you might enjoy this exchange... https://techcrunch.com/2016/09/01/a-totally-real-conversation-between-elon-musk-and-mark-zuckerberg-about-a-rocket/ ;-) | Read | 9/1/2016 |
| [redacted] | Anthony Levandowski | Those 5 are excellent and at burning man | Read | 9/2/2016 |
| [redacted] | Anthony Levandowski | I got more too | Read | 9/2/2016 |
| [redacted] | Anthony Levandowski | I'm heading home, I'll be up for a couple hours if you have questions or need more hot leads.<br><br>https://youtu.be/Q4PE2hSqVnk | Read | 9/2/2016 |
| [redacted] | Anthony Levandowski | I'm meeting with Nevada DMV will be back later | Read | 9/6/2016 |
| [redacted] | Anthony Levandowski | Going to crush it | Read | 9/6/2016 |
| [redacted] | Anthony Levandowski | Yo. What's your pm looking like? | Read | 9/6/2016 |
| [redacted] | Anthony Levandowski | 👍□ | Read | 9/6/2016 |
| [redacted] | Anthony Levandowski | No worries we're jamming | Read | 9/6/2016 |
| [redacted] | Anthony Levandowski | Time to start knocking heads down | Read | 9/7/2016 |
| [redacted] | Anthony Levandowski | Going over plan with paloalto peeps to accelerate | Read | 9/8/2016 |
| [redacted] | Anthony Levandowski | We're throwing darts right now and we need to have a focused effort | Read | 9/8/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 9/8/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 9/8/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 9/8/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 9/8/2016 |

| | | | |
|---|---|---|---|
| Anthony Levandowski | Ok my bad, let me check | Read | 9/9/2016 |
| Anthony Levandowski | Sweet, too bad she's not going to come □ | Read | 9/10/2016 |
| Anthony Levandowski | https://itunes.apple.com/us/podcast/freakonomics-radio/id354668519?mt=2&i=375062859 | Read | 9/10/2016 |
| Anthony Levandowski | We'll see, I'll call/message you after | Read | 9/10/2016 |
| Anthony Levandowski | http://mobile.nytimes.com/2016/09/11/technology/no-driver-bring-it-on-how-pittsburgh-became-ubers-testing-ground.html | Read | 9/10/2016 |
| Anthony Levandowski | | Read | 9/10/2016 |
| Anthony Levandowski | Yes let's do video | Read | 9/11/2016 |
| Anthony Levandowski | □ | Read | 9/11/2016 |
| Anthony Levandowski | It's always better to divide and conquer | Read | 9/11/2016 |
| Anthony Levandowski | Yes, of course | Read | 9/11/2016 |
| Anthony Levandowski | Yes | Read | 9/11/2016 |
| Anthony Levandowski | Thanks! We're doing this shit today | Read | 9/12/2016 |
| Anthony Levandowski | Let's Push an hour | Read | 9/12/2016 |
| Anthony Levandowski | http://finance.yahoo.com/news/larry-page-reason-still-don-142925047.html | Read | 9/12/2016 |
| Anthony Levandowski | Yo | Read | 9/12/2016 |

| | | | |
|---|---|---|---|
| Anthony Levandowski | http://www.businessinsider.com/george-hotz-techcrunch-disrupt-trashes-tesla-google-mobileye-zoox-2016-9<br><br>;-) | Read | 9/14/2016 |
| Anthony Levandowski | Yeah awesome | Read | 9/14/2016 |
| Anthony Levandowski | http://tech.sina.com.cn/it/2016-09-14/doc-ifxvukhv8402791.shtml<br><br>Watch first 45seconds...<br><br>Tesla crash in January which implies Elon is lying about millions of miles without incident. We should have LDP on tesla just to catch all the crashes that are going on. Got this from ford who's debating call him out on his shit. | Read | 9/14/2016 |
| Anthony Levandowski | Best quote so far: http://www.chicagotribune.com/bluesky/technology/ct-pittsburgh-driverless-cars-20160914-story.html "In some ways, Uber's self-driving car works better than Google's. Having now tested out both, I can say firsthand that Uber's car is better at accelerating and braking like a real human being." | Read | 9/14/2016 |
| Anthony Levandowski | http://www.recode.net/2016/9/15/12921542/google-self-driving-startup-nuro | Read | 9/15/2016 |
| Anthony Levandowski | We're going to take over the world | Read | 9/19/2016 |
| Anthony Levandowski | One robot at a time | Read | 9/19/2016 |
| Anthony Levandowski | Chance of me dying are 0% | Read | 9/19/2016 |
| Anthony Levandowski | Fo show, if I get under 101 for a couple hours, I'm bouncing out. Hospitals freak me out, all the crazy beeps and shit. | Read | 9/19/2016 |
| Anthony Levandowski | Fever is gone, arguing with doc then heading home | Read | 9/19/2016 |
| Anthony Levandowski | My bad | Read | 9/20/2016 |

| | | | |
|---|---|---|---|
| Anthony Levandowski | That's the highest they saw in a while at the hospital too | Read | 9/20/2016 |
| Anthony Levandowski | Was resting... | Read | 9/21/2016 |
| Anthony Levandowski | Yo! I'm back at 80%, super pumped... we've got to start calling Elon on his shit. I'm not on social media but let's start "faketesla" and start give physics lessons about stupid shit Elon says like this:<br><br>"we do not anticipate using lidar. Just to make it clear, lidar essentially is active photon generator in the visible spectrum – radar is active photon generation in essentially the radio spectrum. But lidar doesn't penetrate intrusions so it does not penetrate rain, fog, dust and snow, whereas a radar does. Radar also bounces and lidar doesn't bounce very well.<br><br>You can't do the "look in front of the car in front of you" thing. So I think the obvious thing is to use radar and not use lidar."<br><br>The photons stop acting like photons at 77Ghz we at least need the geeks on our side and start calling the BS out. Any objections? | Read | 9/22/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | [redacted] | Read | 9/24/2016 |
| Anthony Levandowski | Let's sync up tomorrow pm... [redacted] I'll ping Mayrose to get on your calendar | Read | 9/27/2016 |
| Anthony Levandowski | Yo just landed, want to jam later tonight? | Read | 9/28/2016 |
| Anthony Levandowski | But can do both... | Read | 9/28/2016 |
| Anthony Levandowski | Ok perfect. I'll plan on 8pm start and late finish | Read | 9/28/2016 |
| Anthony Levandowski | 8:10 eta to 1455 market | Read | 9/29/2016 |
| Anthony Levandowski | [redacted] | Read | 9/30/2016 |
| Anthony Levandowski | Yes working on it! We should know soon | Read | 9/30/2016 |
| Anthony Levandowski | Someone brought this up to me after I asked what's the deal with Amit? What is he doing theses days | Read | 10/3/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Yo, I'm going to finish the birdhouse slides for tomorrow then go to bed. Are you free / interested in jamming tomorrow evening? | Read | 10/6/2016 |
| Anthony Levandowski | Let's do it | Read | 10/7/2016 |
| Anthony Levandowski | Ok coming | Read | 10/7/2016 |
| Anthony Levandowski | In boston conf | Read | 10/7/2016 |
| Anthony Levandowski | Ok let me see if I can get there early | Read | 10/9/2016 |
| Anthony Levandowski | Ok | Read | 10/9/2016 |
| Anthony Levandowski | 👍□ | Read | 10/9/2016 |
| Anthony Levandowski | On my way but will be 15min late | Read | 10/9/2016 |
| Anthony Levandowski | Ok be these shortly | Read | 10/9/2016 |
| Anthony Levandowski | https://electrek.co/2016/10/09/google-self-driving-chrysler-pacifica-minivans-first-prototypes-spotted/ | Read | 10/9/2016 |
| Anthony Levandowski | Done | Read | 10/11/2016 |
| Anthony Levandowski | Will do, thank you | Read | 10/12/2016 |
| Anthony Levandowski | Ok, we might be out of cell coverage testing... | Read | 10/18/2016 |
| Anthony Levandowski | I'll call when we're back | Read | 10/18/2016 |
| Anthony Levandowski | It's 10x better than anything else, lots to learn from here. They've been building this in stealth for last 5 years | Read | 10/18/2016 |
| Anthony Levandowski | [redacted] | Read | 10/18/2016 |
| Anthony Levandowski | Unprompted | Read | 10/18/2016 |
| Anthony Levandowski | Just FYI | Read | 10/19/2016 |
| Anthony Levandowski | I'm still with the tesla guys and will try to get more info | Read | 10/19/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | [redacted] | Read | 10/19/2016 |
| [redacted] | Anthony Levandowski | Team is SUPERPUMPED | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | Last thought, Elon is going to make going to NSD not as big of a scary thing for the public... which should be good | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | Tough crowd... | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | I'm shocked his stock is down | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | Well that was fast | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | I don't think so, but he can try. [redacted] | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | Amen | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | For easy city | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | [redacted] | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | Elon does have shit | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | He's trippin' but might/will blame regulatory as to why it's not available | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | 2x human safety | Read | 10/20/2016 |
| [redacted] | Anthony Levandowski | Looks like we'll know what it's like soon | Read | 10/20/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Interesting | Read | 10/21/2016 |
| Anthony Levandowski | We want as many allies as we can... only down side is couching it as a futuristic demo vs this is just the future happening today. | Read | 10/21/2016 |
| Anthony Levandowski | [redacted] | Read | 10/21/2016 |
| Anthony Levandowski | Highway in reverse is hard | Read | 10/21/2016 |
| Anthony Levandowski | [redacted] | Read | 10/21/2016 |
| Anthony Levandowski | Ok cool | Read | 10/23/2016 |
| Anthony Levandowski | [redacted] | Read | 10/25/2016 |
| Anthony Levandowski | [redacted] | Read | 10/25/2016 |
| Anthony Levandowski | Yes agreed | Read | 10/25/2016 |
| Anthony Levandowski | Lol, perception vs reality... | Read | 10/26/2016 |
| Anthony Levandowski | We need to bash in this fuckface's head in | Read | 10/26/2016 |
| Anthony Levandowski | [redacted] | Read | 10/27/2016 |
| Anthony Levandowski | Oh snap! | Read | 10/27/2016 |
| Anthony Levandowski | [redacted] | Read | 10/27/2016 |
| Anthony Levandowski | Makes more sense | Read | 10/27/2016 |

[redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | [redacted] | Read | 10/27/2016 |
| | Anthony Levandowski | Just gave a demo to [redacted] and he left with a shit eating grin... ;-) | Read | 10/28/2016 |
| | Anthony Levandowski | [redacted] | Read | 11/1/2016 |
| | Anthony Levandowski | Gangster | Read | 11/2/2016 |
| | Anthony Levandowski | I'm taking my last red eye tonight | Read | 11/6/2016 |
| | Anthony Levandowski | Free this afternoon | Read | 11/6/2016 |
| | Anthony Levandowski | It was already booked and there's a ton to get done... | Read | 11/6/2016 |
| | Anthony Levandowski | Yes | Read | 11/6/2016 |
| | Anthony Levandowski | Need to sort out Claire | Read | 11/6/2016 |
| | Anthony Levandowski | We're talking now and trying to get her to start on GS | Read | 11/6/2016 |
| | Anthony Levandowski | Can I call you in 30-40min | Read | 11/6/2016 |
| | Anthony Levandowski | Talking to drew will need to call you later | Read | 11/6/2016 |
| | Anthony Levandowski | Ok cool | Read | 11/6/2016 |
| | Anthony Levandowski | [redacted] | Read | 11/6/2016 |
| | Anthony Levandowski | He's a bit of a randomized guy. Very professorial, and he's on my "I'm not sure what you're building" list. | Read | 11/6/2016 |

| | | | | |
|---|---|---|---|---|
| [redacted] | Anthony Levandowski | He's a very well respected robotics professor | Read | 11/6/2016 |
| | Anthony Levandowski | I'm speechless 😶 | Read | 11/16/2016 |
| | Anthony Levandowski | This guy is so random. I'm glad we're charging from the start in SF | Read | 11/18/2016 |
| | Anthony Levandowski | Yup | Read | 12/4/2016 |
| | Anthony Levandowski | 2min | Read | 12/4/2016 |
| | Anthony Levandowski | I can chat, just give me a min | Read | 12/4/2016 |
| | Anthony Levandowski | Sorry | Read | 12/4/2016 |
| | Anthony Levandowski | [redacted] | Read | 12/4/2016 |
| | Anthony Levandowski | I know, I'll keep looking<br>I also seem to remember he might not of been a 4-4 either | Read | 12/4/2016 |
| | Anthony Levandowski | [redacted] | Read | 12/5/2016 |
| | Anthony Levandowski | 😉👍□ | Read | 12/5/2016 |
| | Anthony Levandowski | My bad | Read | 12/5/2016 |
| | Anthony Levandowski | Awesome | Read | 12/5/2016 |
| | Anthony Levandowski | Happy to talk anytime and will be back in SF Thursday | Read | 12/5/2016 |
| | Anthony Levandowski | I have to be back in SF tomorrow | Read | 12/7/2016 |
| | Anthony Levandowski | Is Travis staying through Thursday? | Read | 12/7/2016 |
| | Anthony Levandowski | Telegram not working on plane btw | Read | 12/8/2016 |

[redacted]

| | | | |
|---|---|---|---|
| Anthony Levandowski | Yup | Read | 12/8/2016 |
| Anthony Levandowski | You should have the latest plan to plan doc and my here's what where fixing + what's good and what needs work email. | Read | 12/8/2016 |
| Anthony Levandowski | [redacted] | Read | 12/8/2016 |
| Anthony Levandowski | David meet Travis, you two should chat. | Read | 12/16/2016 |
| Anthony Levandowski | Quick update on that special intersection in SF, we taped 6 red car violations within 2 hours | Read | 12/19/2016 |