# EXHIBIT 8
# FILED UNDER SEAL

From: ███████ Anthony Levandowski
Participants: ███████ ; Anthony Levandowski
███████ Travis Kalanick

Source: iMessage: ███████
Start Time: 2/13/2016 8:39:09 PM(UTC+0)
Last Activity: 3/21/2016 11:00:56 PM(UTC+0)

Time Stamp: 3/21/2016 10:37:09 PM(UTC+0)

Yes we were slow on two items. They were the diligence questionnaires (dumb questions like how many email accounts I have), and product design questionnaires for IP check.

