# EXHIBIT 9
# FILED UNDER SEAL

From: ▮▮▮▮▮ Anthony Levandowski
Participants: ▮▮▮▮▮ Anthony Levandowski
▮▮▮▮▮ Travis Kalanick

Source: iMessage: ▮▮▮▮▮
Start Time: 2/13/2016 8:39:09 PM(UTC+0)
Last Activity: 3/21/2016 11:00:56 PM(UTC+0)

Time Stamp: 3/21/2016 11:00:56 PM(UTC+0)

I think we're good, I am squeezing our attorneys like toothpaste too. Thanks for pushing it really is helping.

CONFIDENTIAL                                                      LEV_002242