# EXHIBIT 10
# FILED UNDER SEAL

```
From:           ▮▮▮▮▮▮ Anthony
Participants:   ▮▮▮▮▮▮ Stephanie (raya2) (owner)
                ▮▮▮▮▮▮ Anthony

Source: iMessage: ▮▮▮▮▮▮
Start Time: 5/5/2016 09:39(UTC-7)
Last Activity: 5/5/2016 09:39(UTC-7)

Time Stamp: 5/5/2016 09:39(UTC-7)

Driving to SF to meet with Scott ATC laser guy and guide the team
```

