# EXHIBIT 11
# FILED UNDER SEAL

From: ███████ Anthony
Participants: ███████ Stephanie (raya2) (owner)
███████ Anthony

Source: iMessage: ███████
Start Time: 5/10/2016 13:49(UTC-7)
Last Activity: 5/10/2016 13:49(UTC-7)

Time Stamp: 5/10/2016 13:49(UTC-7)

██████████████████████████████████████████████
██████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY