1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
| --- | --- |
| Reply In Support of Motion to Strike Vague and Overbroad Trade Secret Claims | Highlighted Portions (green) |
| Exhibit A to the Reply Declaration of Esther Chang | Entire Document |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Judge