1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California 90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

17 *Attorneys for Defendant:*
   *Otto Trucking LLC*
18

19                     **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22  Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| 23           Plaintiff, | **OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S REPLY TO MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS** |
| 24      v. | |
| 25  Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| 26          Defendants. | Date:       August 16, 2017 |
| 27 | Time:       8:00 a.m. |
| 28 | Courtroom:  8 |
|    | Judge:      Hon. William Alsup |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Reply to the Motion to Strike Vague and Overbroad Trade Secret Claims (Dkt. No. 1175). In support, Otto Trucking states as follows:

1. On June 7, 2017, the Court issued a Case Management Scheduling Order requiring Plaintiff Waymo, LLC ("Waymo") to reduce its list of 121 purported trade secrets to a final "lineup of trade secrets to be tried" that was "less than ten" by August 1, 2017 (Dkt. No. 563).

2. On August 1, 2017, Waymo served its Notice Regarding Trade Secret Narrowing.

3. On August 7, 2017, Co-Defendants Uber and Ottomotto submitted its Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing and Hearing (the "Motion"). (Dkt. No. 1108).

4. The same day, the Court issued an Order Shortening Time to Hear Motion to Strike Certain Trade Secret Claims (the "Order"). (Dkt. No. 1113). The Order set hearing on the Motion for August 16, 2017 at 8:00 a.m., set Waymo's Opposition for August 11, 2017 at 12:00 noon, and set Co-Defendants Uber's and Ottomotto's Reply for August 14, 2017 at 12:00 noon.

5. On August 11, 2017, Waymo submitted its Opposition to Defendants' Motion to Strike Trade Secret Claims. (Dkt. No. 1160).

6. On August 14, 2017, Co-Defendants Uber and Ottomotto submitted its Reply to the Motion. (Dkt No. 1175).

7. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Docket No. 1175 for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

8. Otto Trucking joins and adopts Co-Defendants' Reply to the Motion to Strike to best serve justice and avoid unnecessary or duplicative, effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking, LLC hereby joins and adopts Co-Defendants' Reply to the Motion to Strike Vague and Overbroad Trade Secret Claims and Emergency Motion for Expedited Briefing and Hearing (Dkt. No. 1175).

Dated:  August 14, 2017                    Respectfully submitted,

By:  /s/   Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:
Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 14, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August 2017.

>           /s/ *Neel Chatterjee*
>             Neel Chatterjee