1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9   Attorneys for WAYMO LLC

10                      UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12   WAYMO LLC,                          | CASE NO. 3:17-cv-00939
                    Plaintiff,
13           vs.
     UBER TECHNOLOGIES, INC.;
14   OTTOMOTTO LLC; OTTO TRUCKING         | **NOTICE OF APPEARANCE OF**
     LLC,                                 | **AMY H. CANDIDO**
15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

01980-00104/9488411.1

                                         CASE NO. 3:17-cv-00939
                                         NOTICE OF APPEARANCE

1   TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Amy H. Candido, an attorney with the firm of Quinn Emanuel

3   Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of

4   record for Waymo LLC in the above-captioned matter.

5          Amy H. Candido (Cal. Bar No. 237829)
           amycandido@quinnemanuel.com
6          50 California Street, Floor 22
           San Francisco, CA 94111
7          Tel:  (415) 875-6600
           Fax:  (415) 875-6700
8

9

10

11  DATED:  August 14, 2017                    QUINN EMANUEL URQUHART & SULLIVAN,
                                                LLP
12
                                            By:  */s/ Amy H. Candido*
13                                               _____
                                                 Charles K. Verhoeven (Bar No. 170151)
14                                               charlesverhoeven@quinnemanuel.com
                                                 David A. Perlson (Bar No. 209502)
15                                               davidperlson@quinnemanuel.com
                                                 Melissa Baily (Bar No. 237649)
16                                               melissabaily@quinnemanuel.com
                                                 John Neukom (Bar No. 275887)
17                                               johnneukom@quinnemanuel.com
                                                 Jordan Jaffe (Bar No. 254886)
18                                               jordanjaffe@quinnemanuel.com
                                                 50 California Street, 22nd Floor
19                                               San Francisco, California 94111-4788
                                                 Telephone:    (415) 875-6600
20                                               Facsimile:    (415) 875-6700

21                                               Attorneys for WAYMO LLC

22

23

24

25

26

27

28

01980-00104/9488411.1