QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>                    Plaintiff,<br>          vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br>                    Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF**<br><br>**Yury Kapgan** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that Yury Kapgan, an attorney with the firm of Quinn Emanuel

3  Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of

4  record for Waymo LLC in the above-captioned matter.

5       Yury Kapgan (Cal. Bar No. 218366)
       yurykapgan@quinnemanuel.com
6       865 South Figueroa Street, Floor 10
       Los Angeles, California 90017
7       Tel:  (213) 443-3000
       Fax:  (213) 443-3100
8

9

10

11  DATED:  August 14, 2017              QUINN EMANUEL URQUHART & SULLIVAN,
                                      LLP
12
                                 By:  /s/ Yury Kapgan
13                                    _____
                                      Charles K. Verhoeven (Bar No. 170151)
14                                    charlesverhoeven@quinnemanuel.com
                                      David A. Perlson (Bar No. 209502)
15                                    davidperlson@quinnemanuel.com
                                      Melissa Baily (Bar No. 237649)
16                                    melissabaily@quinnemanuel.com
                                      John Neukom (Bar No. 275887)
17                                    johnneukom@quinnemanuel.com
                                      Jordan Jaffe (Bar No. 254886)
18                                    jordanjaffe@quinnemanuel.com
                                      50 California Street, 22nd Floor
19                                    San Francisco, California 94111-4788
                                      Telephone:     (415) 875-6600
20                                    Facsimile:     (415) 875-6700

21                                    Attorneys for WAYMO LLC

22

23

24

25

26

27

28