# EXHIBIT 1

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---


WAYMO LLC,

      Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

      Defendants.
_____/


HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY


WAYMO LLC RULE 30(b)(6)

VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

PALO ALTO, CALIFORNIA

THURSDAY, AUGUST 3, 2017



REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2663199

PAGES 1 - 371

Page 25

1        Do you see those names?                        09:46

2    A   I see those names.                             09:46

3    Q   Aside from those names, was there anybody      09:46

4  else directly involved in the development of Trade   09:46

5  Secret No. 25?                                       09:46

6        MR. JAFFE:  Objection; outside the scope.      09:46

7  Mr. Droz is not designated with regard to Trade Secret 09:46

8  No. 25.                                              09:46

9        THE WITNESS:  I don't -- yeah, I don't think   09:46

10  I can answer that question as a -- you know, as the -- 09:46

11  I haven't been prepared to answer that question, so -- 09:46

12        MR. KIM:  I'm sorry.                           09:46

13        THE WITNESS:  I have not been prepared to      09:46

14  answer that question.                                09:46

15        MR. KIM:  Q.  So you can't answer that         09:46

16  question?                                            09:46

17        MR. JAFFE:  So just to be clear, if you have   09:46

18  personal knowledge, you can still answer.            09:46

19        THE WITNESS:  Okay.  So I can -- I can answer  09:46

20  that question as, you know --                        09:46

21        MR. KIM:  Sure.                                09:46

22        THE WITNESS:  -- based on my personal          09:46

23  knowledge --                                         09:46

24        MR. KIM:  Okay.                                09:46

25        THE WITNESS:  -- not based on Waymo's.         09:46

1        MR. KIM:   Q.  Is there anybody else, other        09:47

2    than the individuals listed on Exhibit 1274 --        09:47

3     A   So.        09:47

4     Q   -- that were directly involved in the        09:47

5    development of Trade Secret No. 25?        09:47

6        MR. JAFFE:  Objection; outside the scope.        09:47

7        THE WITNESS:  So based on my personal        09:47

8    knowledge --        09:47

9        MR. KIM:  Yes.        09:47

10        THE WITNESS:  -- this one, you know, involved        09:47

11    a lot of people.  You know, putting a line on what is        09:47

12    direct involvement versus, you know, like, a side        09:47

13    involvement or -- because it required a lot of        09:47

14    testing, a lot of engineering test cases, and a lot        09:47

15    of --        09:47

16        So -- so I think, you know, the -- the list        09:47

17    here involves the people that I think were at least        09:47

18    sort of -- at least some of the people that were        09:47

19    involved in it.  I -- I would not be sure that, you        09:47

20    know, there are not other people involved in it.        09:47

21        But that's -- that's from my personal --        09:47

22    like, I was also not -- you know, I was also not        09:47

23    directly involved with this -- sorry.  I was directly        09:47

24    involved with it, but I was not one of the -- the,        09:47

25    like, program manager or -- for this specific        09:47

Page 27

```
 1   development.                                              09:48

 2        And so it is hard to -- I couldn't list all         09:48

 3   the people, their involvement.                           09:48

 4        MR. KIM:  Q.  So if I understand your               09:48

 5   testimony correctly, you were directly involved --       09:48

 6        A   Yes.                                             09:48

 7        Q   -- in the development of Trade Secret 25;       09:48

 8   correct?                                                  09:48

 9        A   I was.                                           09:48

10        Q   Who do you consider to be the person most      09:48

11   knowledgeable about deposition -- about trade            09:48

12   secret -- the development of Trade Secret No. 25?        09:48

13        MR. JAFFE:  Objection; beyond the scope.           09:48

14        THE WITNESS:  So as personal -- like,              09:48

15   personal opinion, I think Ben Ingram is very             09:48

16   knowledgeable in this trade secret.  That's --          09:48

17        MR. KIM:  Q.  That's who you would consider        09:48

18   to be most knowledgeable about trade -- development of   09:48

19   Trade Secret No. 25?                                     09:48

20        MR. JAFFE:  Objection; beyond the scope.           09:48

21        THE WITNESS:  He would not be the only             09:48

22   person.  Actually, you know, some other people may be   09:48

23   quite knowledgeable about it.  But Ben is very           09:48

24   knowledgeable about it.                                  09:48

25        MR. KIM:  Okay.                                     09:48
```

Page 28

1    Q    Who else would be as knowledgeable as Ben      09:48
2    Ingram?                                              09:48
3         MR. JAFFE:  Objection; beyond the scope.        09:48
4         THE WITNESS:  Same thing.  That would be as     09:48
5    a -- as a personal -- like, Chris was knowledgeable  09:49
6    about it.  Chris Ledger.  I'm sorry.                 09:49
7         MR. KIM:  Okay.                                 09:49
8    Q    And both Ben Ingram and Chris Ledger would be   09:49
9    more knowledgeable about the development of Trade    09:49
10   Secret 25 than you would?                            09:49
11        MR. JAFFE:  Objection; beyond the scope.        09:49
12        THE WITNESS:  So, based on my personal          09:49
13   knowledge, the -- so they would be more knowledgeable 09:49
14   than me, yes.                                        09:49
15        And again, you know, the -- the -- you know,    09:49
16   my involvement in these trade secrets was mostly as an 09:49
17   engineer and as a contributor to it, not as a program 09:49
18   manager or any --                                    09:49
19        So I think, you know, we're starting both --    09:49
20   you know, outside the scope of what I, like, you know, 09:49
21   as a personal --                                     09:49
22        MR. KIM:  Okay.                                 09:49
23   Q    If you'd turn to page 60.                       09:49
24   A    (Witness complies.)                             09:49
25   Q    Do you see Trade Secret No. 90?                 09:49

Page 29

1    A    I do.                                              09:49

2    Q    Next to Trade Secret No. 90 is Bernard            09:49

3  Fidric.                                                  09:49

4         Do you see that name?                             09:49

5    A    Uh-huh.                                           09:49

6    Q    Aside from Mr. Fidric, was there anyone else      09:49

7  directly involved in the development of Trade Secret     09:50

8  No. 90?                                                  09:50

9    A    So directly involved?                             09:50

10   Q    Yes.                                              09:50

11   A    Yeah, I think Bernard was the only person.        09:50

12   Q    The only person?                                  09:50

13   A    Yes.                                              09:50

14   Q    Are you knowledgeable about the development       09:50

15  of Trade Secret 90?                                     09:50

16   A    I am knowledgeable.                               09:50

17   Q    You are knowledgeable?                            09:50

18   A    Yes.                                              09:50

19   Q    And how are you knowledgeable?                    09:50

20   A    By kind of being a side observer of the           09:50

21  development process.                                    09:50

22   Q    Did you have conversations with Mr. Fidric        09:50

23  before your deposition today?                           09:50

24        MR. JAFFE:  So, I just want to caution you, I     09:50

25  think he's -- he's asking in preparation for your       09:50

Page 30

1    deposition, if you had.                              09:50

2            THE WITNESS:  Okay.                           09:50

3            MR. JAFFE:  So you can answer that yes or no.  09:50

4            THE WITNESS:  No, not in preparation of       09:50

5    the --                                                09:50

6            MR. KIM:  Q.  You did not speak with him in   09:50

7    preparation for this deposition?                      09:50

8            MR. JAFFE:  Same caution.  You can answer yes 09:50

9    or no.                                                09:50

10           THE WITNESS:  No.                             09:50

11           MR. KIM:  Q.  Have you talked to Mr. Fidric   09:50

12   about this case at all?                               09:50

13           MR. JAFFE:  So I want to caution you not to   09:50

14   reveal any attorney-client privileges.  So to the    09:50

15   extent that you've had conversations with Mr. Fidric 09:51

16   in the context of working with your attorneys, such as 09:51

17   me --                                                 09:51

18           THE WITNESS:  Yeah.                           09:51

19           MR. JAFFE:  -- or anyone else in the legal    09:51

20   department, I instruct you not to answer.             09:51

21           But if you had conversations with him outside 09:51

22   of that context, you can answer.                      09:51

23           MR. KIM:  Q.  And right now, I'm just asking  09:51

24   you if you've had conversations with him --           09:51

25       A   So --                                         09:51

Page 154

```
 1  ████████████████████████████████████████    ███
    █  ████████████████                          ███
    █     █   █████████████████████████          ███
    █  ██████████████████████████████████████    ███
    █        ████████████   █████████████████     ███
    █  ██████                                      ███
    █        ████████████   █████████████████     ███
    █  █████████████████████████████████████████  ███
    █  ████████████████████████████  ██████████   ███
    █  ███████████████████████████████████████    ███
    █  ████████████████   ██████████████████████  ███
    █  ██████                                     13:33
```

13          MR. KIM:  All right.                    13:33

14     Q    So I -- I don't understand why you're saying   13:33

15   from your personal knowledge.  You know, we -- we   13:33

16   looked earlier at your deposition topics.       13:33

17     A    Yep.  Okay.                             13:33

18     Q    And Exhibit 1273 specifically asks for the   13:33

19   time cost and specific people involved in developing   13:33

20   each of the alleged trade secrets.             13:33

21          MR. JAFFE:  Which topic are you reading from?   13:33

22          MR. KIM:  Deposition Topic No. 9.       13:33

23     Q    And so I'm asking you about the -- the cost   13:33

24   to implement ███████████████████████ --       13:33

25     A    So, are you asking what --             13:34

Page 155

1          THE WITNESS:  Sorry.  Go ahead.                    13:34

2          MR. JAFFE:  One -- one second here.                13:34

3          THE WITNESS:  Yes.                                 13:34

4          MR. JAFFE:  So, Mr. Droz is here subject to        13:34

5    our objections.  As I stated at the outset of this       13:34

6    deposition, he's designated on the development of the    13:34

7    asserted trade secrets other than 25.  So I just want    13:34

8    to make that clear for the record.                       13:34

9          Go ahead.                                          13:34

10         THE WITNESS:  ███████████████████████   ████

   ████   █████████████   ████████████████████████   ████

   ████   ██████████████████████████████████   ████

   ████        █████████████████████████████████████   ████

   ████   ████████████████████████████████████████████████   ████

   ████   ██████████████████████████████████████████   ████

   ████   ██████████████████████████████████████████   ████

   ████        █████████████████████████████████████████████████   ████

   ████   ██████████████████████████████████   ████

   ████   ███████████████████████████████████████████████   ████

   ████   ████████████   ████

   ████        ████████████   ███████████████████████████████   ████

   ████   █████████████████████████   ████

   ████     █   █████████████████████████████████████████   ████

   ████   █████████████████████████████████████                  13:35

25         MR. JAFFE:  Objection; form; outside the           13:35

Page 156

1    scope.                                                        13:35

2         THE WITNESS:  ████████████████████            ██████

████████████████████████████████████████            ██████

████████████████████████████████████████████         ██████

██████████████████████████████████                   ██████

        ████████████████████████████████             ██████

████████████████████████████████████████████████    ██████

████████████████████████████████████████████         ██████

████████████████████████                             13:35

10        MR. KIM:  Q.  So, you're not prepared to talk   13:35

11   about the cost of development of Trade Secret No. 2 as   13:35

12   Waymo's corporate designated witness; is that correct?   13:35

13    A   I'm not.                                           13:35

14        (Document marked Exhibit 1278                       13:36

15         for identification.)                               13:36

16        THE VIDEOGRAPHER:  1278.                            13:36

17        THE WITNESS:  Thank you.                            13:36

18        MR. KIM:  So I've marked for identification,        13:36

19   as Exhibit No. 1278, an e-mail from John McCauley at     13:36

20   Quinn Emanuel, dated Wednesday, August 2nd, 2017, at     13:36

21   7:56 p.m.                                                13:36

22    Q   And, if you look at the second paragraph, it       13:36

23   says:                                                    13:36

24        "Waymo designates Mr. Droz to testify with         13:36

25   regard to Topics 9 and 10 of Uber's second 30(b)(6)     13:37

Page 157

1    notice to Waymo for the currently asserted trade        13:37
2    secrets, except for Trade Secret 25.  For Trade        13:37
3    Secret 25, Waymo will designate a different witness.   13:37
4    Waymo objects to Topic 9 on the ground that the        13:37
5    request for testimony as to 'any documents that        13:37
6    reflect such development' is overbroad and vague and   13:37
7    does not comply with Judge Alsup's standing order as   13:37
8    it relates to 30(b)(6) topics.  Accordingly, for      13:37
9    Topic 9, Mr. Droz will be designated on the           13:37
10   development of the asserted trade secrets other than  13:37
11   Trade Secret 25, but not on 'any documents' that      13:37
12   reflect the development."                             13:37
13           Do you see that?                              13:37
14       A   I do.                                         13:37
15       Q   Do you see any objection to testifying about 13:37
16   the -- the time or cost of development of the Waymo   13:37
17   trade secrets?                                        13:37
18           MR. JAFFE:  Hold on.                          13:37
19           THE WITNESS:  Okay.                           13:37
20           MR. JAFFE:  Are you asking him to interpret   13:37
21   our own letter?                                       13:38
22           MR. KIM:  Q.  I'm asking you if you see --    13:38
23           MR. JAFFE:  These are improper questions.     13:38
24           MR. KIM:  This is improper -- are you even    13:38
25   stating an objection?                                 13:38

Page 158

1          MR. JAFFE:  I'm objecting to the question as          13:38

2     improper.                                                  13:38

3          MR. KIM:  Well, that's an improper objection,          13:38

4     according to your own interpretation of Judge Alsup's      13:38

5     rule.                                                      13:38

6     Q    You can answer the question.                          13:38

7     A    I mean, I'm -- I'm not a le- -- I'm not a             13:38

8     legal person.                                              13:38

9          MR. JAFFE:  Hold on.  Hold on.  Hold on.              13:38

10         I'm going to caution the witness not to              13:38

11    reveal any attorney-client communications.                 13:38

12         This is also outside the scope.                       13:38

13         Go ahead.                                             13:38

14         THE WITNESS:  I mean, I don't have legal             13:38

15    training; right?  That's --                                13:38

16         MR. KIM:  Q.  I'm asking you --                       13:38

17    A    To me, it's a very -- like, it seems like a          13:38

18    complex legal subject.  But the -- the exact scope        13:38

19    of -- and so I -- yeah, I can't make a legal -- I         13:38

20    can't give you a legal opinion.                            13:38

21    Q    And I'm not asking for a legal opinion.               13:38

22    A    Okay.                                                 13:38

23    Q    I'm saying:  Do you see anywhere in your             13:38

24    counsel's e-mail where they object to you testifying      13:38

25    about the time and cost of the development of the         13:38

Page 159

```
 1   alleged Waymo trade secrets?                           13:38
 2        MR. JAFFE:  So hold on.  Hold on.                  13:39
 3        I'm going to object to the extent that this        13:39
 4   calls for attorney-client information.  It's also      13:39
 5   outside the scope.                                      13:39
 6        Go ahead.                                          13:39
 7        THE WITNESS:  I mean, you asked me to -- to        13:39
 8   see if I see something in there that -- you know, I     13:39
 9   would need to interpret exactly what -- what is the     13:39
10   meaning of that -- you know, the paragraph that -- I    13:39
11   mean, it seems -- I don't even know what -- what was,   13:39
12   you know, Judge Alsup's outstanding order as referred   13:39
13   here.                                                   13:39
14        And so I -- I just can't answer the question.      13:39
15        MR. KIM:  Q.  You can't answer the question?       13:39
16        Can you answer this question:  Are you             13:39
17   prepared to testify about the time and cost of          13:39
18   development of the alleged Waymo trade secrets?         13:39
19    A   I prefer to answer the -- the -- the -- you        13:39
20   know, the development, like, time, yes.                 13:39
21    Q   What about the cost of development?                13:39
22    A   No, I was not prepared for the cost of             13:40
23   development.                                            13:40
24    Q   So, if you'd turn back to Exhibit 1275.            13:40
25    A   Actually -- okay.  Sorry.                          13:40
```

Page 160

```
 1              THE VIDEOGRAPHER:  There.                    13:40
 2              THE WITNESS:  Sorry.  Can you go back?  I    13:40
 3    just want to see again No. 9.                          13:40
 4              Yeah, so, you know, I think -- yeah.  Okay.  13:41
 5              MR. KIM:  Q.  Did you want to change your    13:41
 6    testimony?                                             13:41
 7         A    The -- I don't -- I have too many -- you     13:41
 8    know, like, I think that the -- the -- you know,       13:41
 9    for -- like, here, I think that the other questions    13:41
10    that you asked earlier, like, are getting to, like,    13:41
11    legal -- like, technical legal territories that, you   13:41
12    know, I don't have, like, a very, like, deep           13:41
13    understanding of.                                      13:41
14              So I just want to state that -- that         13:41
15    basically, I'm not, like, a -- the -- you know, I'm -- 13:41
16    my expertise is more in engineering and the -- the --  13:42
17    my experience of the development of lasers.            13:42
18              Making a judgment call on exactly, like,     13:42
19    what -- you know, interpreting some of those documents 13:42
20    here is beyond the scope of what I can provide.        13:42
21         Q    Okay.                                        13:42
22         A    I just want to make --                       13:42
23         Q    Well, I -- I think my most recent question   13:42
24    didn't require a legal conclusion.                     13:42
25              I just wanted to ask you:  Are you prepared  13:42
```

Page 161

```
 1   to testify today about the cost of development of the      13:42
 2   alleged Waymo trade secrets?                               13:42
 3           MR. JAFFE:  Objection; form.                       13:42
 4           So, I want to caution the witness not to           13:42
 5   reveal any attorney-client communications.                 13:42
 6           THE WITNESS:  Yeah, so I'm -- I'm not going         13:42
 7   to change the answer, but --                               13:42
 8           MR. KIM:  Q.  Your previous answer stands?         13:42
 9   A    So --                                                 13:42
10           MR. JAFFE:  I mean, if you have a question          13:42
11   about some privileged communication, we can talk about     13:43
12   that.                                                      13:43
13           THE WITNESS:  Yeah.                                13:43
14           MR. JAFFE:  But --                                 13:43
15           THE WITNESS:  I mean, actually, maybe I think       13:43
16   the -- the -- right now, that would be -- I --             13:43
17   actually, I think I do have a question about               13:43
18   privilege; okay?                                           13:43
19           But -- because you're asking me about the --       13:43
20   yeah, I think -- I think that your question is             13:43
21   privileged.                                                13:43
22           MR. KIM:  Q.  Well, let me try to rephrase my      13:43
23   question --                                                13:43
24   A    Yes.                                                  13:43
25   Q    -- and hopefully avoid some privilege issue.          13:43
```

Page 162

```
1          Are you knowledgeable about the cost of        13:43
2   development of Trade Secret No. 2?                     13:43
3       A   I am not knowledgeable of the details of the  13:43
4   cost -- the development cost of -- of Trade Secret     13:43
5   No. 2.                                                 13:43
6       Q   But you have some knowledge?                   13:43
7       A   I have some knowledge.                         13:43
8       Q   Who has the most knowledge, in your opinion,  13:43
9   about the development costs for Trade Secret No. 2?    13:43
10      A   I'm not sure.  But I think the -- the -- you  13:44
11  know, more, like, our, like, financial people in the   13:44
12  company would have more.                               13:44
13      Q   Someone in particular?                         13:44
14      A   I'm trying to think.  Not -- not that I would 13:44
15  know.  Like, I mean, obviously, I -- I don't remember  13:44
16  exactly, like, who -- I mean, someone in -- more in    13:44
17  the financial planning for -- for -- for -- for Waymo. 13:44
18  But I don't remember the name of the person who is in  13:44
19  the financial planning, so --                          13:44
20      Q   Who would you ask?                             13:44
21      A   I would -- I would -- I will try to -- to see 13:45
22  who is -- yeah, I would -- I would try to get the --   13:45
23  the -- who is doing the -- the financial planning for  13:45
24  the -- the development cost.                           13:45
25      Q   I'm just asking --                             13:45
```

Page 163

1    A    Yeah.  Sorry.  Go ahead.                        13:45

2    Q    -- who would you ask to find out who the       13:45

3  right person would be to -- to find out the cost of   13:45

4  development for the alleged trade secrets, including  13:45

5  Trade Secret No. 2?                                    13:45

6    A    So, I don't remember his name, but there is    13:45

7  the -- the -- we do, you know, the -- the -- I'm       13:45

8  trying to remember the -- I mean, I'm trying to       13:45

9  remember the name of the -- the person who is doing   13:46

10  the -- the -- the -- you know, the budget for each of 13:46

11  the teams of the -- and I just can't remember his    13:46

12  name.                                                 13:46

13       I would actually go and, like, the -- you       13:46

14  know, basically, on the directory inside Waymo and    13:46

15  find his name, but...                                 13:46

16    Q    Okay.  So I understand you have some           13:46

17  knowledge, though; correct?                           13:46

18    A    I do have some knowledge.                      13:46

19    Q    Okay.  So if you'll look at Exhibit 1275,      13:46

20  page No. 103.                                         13:46

21    A    I'm sorry.  Can you give me the page number    13:46

22  again?                                                13:46

23    Q    Yes.  103.                                     13:46

24    A    (Witness complies.)                            13:46

25       Yes.                                             13:46

Page 164

```
 1      Q    Okay.  Do you see at line 12, under the        13:46
 2   heading "Trade Secret 2," it says:                     13:46
 3           "Information potentially relevant to           13:46
 4   determining such cost estimates includes information   13:46
 5   that has been produced at WAYMO-UBER-00027045."        13:47
 6           And then there's a series of Bates numbers     13:47
 7   after that.                                             13:47
 8      A    Uh-huh.                                         13:47
 9      Q    WAYMO-UBER-00014506, WAYMO-UBER-00012830,      13:47
10   WAYMO-UBER-00014078, and --                            13:47
11      A    Yes.                                            13:47
12      Q    -- WAYMO-UBER-00014489.                        13:47
13      A    Uh-huh.                                         13:47
14      Q    Okay.  So I'm going to mark those as           13:47
15   exhibits.                                               13:47
16           (Document marked Exhibit 1279                  13:47
17            for identification.)                          13:47
18           THE VIDEOGRAPHER:  1279.                       13:47
19           THE WITNESS:  Okay.  Thank you.                13:47
20           (Document marked Exhibit 1280                  13:48
21            for identification.)                          13:48
22           THE VIDEOGRAPHER:  1280.                       13:48
23           THE WITNESS:  Thank you.                       13:48
24           (Document marked Exhibit 1281                  13:48
25            for identification.)                          13:48
```

Page 165

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  1281. | 13:48 |
| 2 | THE WITNESS:  Thank you. | 13:48 |
| 3 | (Document marked Exhibit 1282 | 13:48 |
| 4 | for identification.) | 13:48 |
| 5 | THE VIDEOGRAPHER:  1283. | 13:48 |
| 6 | (Document marked Exhibit 1283 | 13:49 |
| 7 | for identification.) | 13:49 |
| 8 | MR. KIM:  Okay. | 13:49 |

9    Q   So, why don't we work backwards and take a    13:49
10   look at Exhibit 1283.                                13:49

11   A   (Witness complies.)                             13:49

12   Q   What is 1283?                                   13:49

13       For the record, it's Bates                      13:49
14   No. WAYMO-UBER-00027045, and it's a printout of what 13:49
15   looks like a -- maybe some sort of spreadsheet.      13:49

16       MR. JAFFE:  Objection; beyond the scope.        13:49

17       THE WITNESS:  So it seems to be, as you say,    13:49
18   a spreadsheet with -- you know, I see a year.  I      13:50
19   see -- actually, a date, like a month.  And then     13:50
20   the -- there are amounts corresponding to, I think,  13:50
21   some kind of, I guess, expense that's -- that's      13:50
22   describing column 3.                                 13:50

23       MR. KIM:  Q.  Have you seen this document        13:50
24   before?                                              13:50

25   A   No.                                              13:50

Page 166

1      Q    Okay.  Can you tell me where in this document    13:50

2    the costs for developing Trade Secret No. 2 are    13:50

3    reflected?    13:50

4          MR. JAFFE:  Objection; beyond the scope.    13:50

5          THE WITNESS:  I mean, this is a huge    13:50

6    document, a lot of line items.  I don't think, like --    13:50

7    plus, by the way, I'm going to point out that most    13:50

8    items are secret but it's almost impossible to read    13:50

9    what they are.  They look all similar, so I can't.  I    13:50

10   don't know if someone could.    13:50

11         MR. KIM:  Q.  But, sitting here today, you're    13:50

12   not prepared to tell me what portion of this document    13:51

13   reflects the costs of developing Trade Secret No. 2;    13:51

14   correct?    13:51

15         MR. JAFFE:  Objection; beyond the scope;    13:51

16   form.    13:51

17         THE WITNESS:  Yeah, I mean, the -- I mean,    13:51

18   you know, just going back to the -- the -- to the --    13:51

19   the -- you know, this document, the -- the rog    13:51

20   responses, the -- you know, I read here that, you    13:51

21   know, the -- the -- and basically that -- and there    13:51

22   are, I saw in this, what would be the -- or actually,    13:51

23   like -- because, you know, like, I think, you know, a    13:51

24   lot of -- of costs, you know, that was spent    13:51

25   developing this -- this trade secret.  You know, it's    13:52

Page 167

1    the trade secret itself.  And not only just the -- the      13:52

2    cost of the few engineers that were -- or the few --        13:52

3    or the engineers that -- that directly worked on it.        13:52

4         The -- and so that I think it would be -- I            13:52

5    would need to isolate in this list both, like, what is      13:52

6    directly used for this, but also, like, all the costs       13:52

7    that was, you know, used coming up to all the ideas         13:52

8    and coming up to all the development.  And that may be      13:52

9    all of it, for what I know.  So it may be just one --       13:52

10   one line, or it may be the whole thing.                     13:52

11        MR. JAFFE:  Mr. Kim, I mean, maybe it would            13:52

12   save us some time.  I mean, I -- I can just repeat          13:52

13   what I said.  He's not designated on the costs.            13:52

14        MR. KIM:  Q.  So let me ask you the same               13:52

15   question for -- with respect to Trade Secret No. 7.         13:52

16   Can you tell me what in this document reflects the          13:52

17   development costs for Trade Secret No. 7?                    13:52

18        MR. JAFFE:  You're -- you're wasting your              13:53

19   time.  If you're going to ask for more time, we are         13:53

20   going to show this as an example of you not using your      13:53

21   time properly.  I told you he's not designated on it.       13:53

22        I'm going to object as beyond the scope.               13:53

23        THE WITNESS:  So I just -- before I answer             13:53

24   anything, I just want to know -- remember what 7 is.        13:53

25        MR. KIM:  Okay.                                        13:53

Page 168

```
 1          THE WITNESS:  Okay.  I remember what 7 is,    13:53
 2   and same thing.  I can't --                          13:53
 3          MR. KIM:  Okay.  And I'm going to try to save  13:53
 4   some time here.                                       13:53
 5     Q   So, is it fair to say, for any of the trade     13:53
 6   secrets that you're prepared to talk about the        13:53
 7   development of, you can't tell me what portion of     13:53
 8   Exhibit 1283 reflects the development costs for those 13:53
 9   trade secrets?                                        13:53
10     A   So I was not prepared for that.                 13:53
11          And I just want to point out to you, by the    13:53
12   way, it would seem very difficult to me, just as an   13:53
13   impression, like, that maybe you could just take this 13:53
14   list -- this massive list of a lot of expenses, and on 13:53
15   the spot pick out, like, you know, this one, that one,13:54
16   and then submit it up and figure out a number.        13:54
17     Q   It would be very difficult to tell from this    13:54
18   document?                                             13:54
19     A   That's not what I said.  It would be very       13:54
20   difficult to tell, you know, from, like, you know,    13:54
21   during the deposition, like, you know, the document   13:54
22   figuring out the --                                   13:54
23     Q   Okay.  Is that fair to say?                     13:54
24          So again, I'm trying to save some time here.   13:54
25     A   Okay.                                           13:54
```

Page 169

1      Q   So, you know, the other documents that are        13:54
2   reflected in that interrogatory response that I've        13:54
3   marked as Exhibits 1279, 1280, 1281, 1282, is it fair     13:54
4   to say that you couldn't tell me what portions of         13:54
5   those documents reflect the costs for the various         13:54
6   trade secrets that you're designated to testify as to     13:54
7   the development of?                                        13:54
8          MR. JAFFE:  Objection; form.                       13:54
9          THE WITNESS:  So -- so I'm not prepared as --      13:54
10  not as far as the -- the -- as Waymo, you know, like,     13:54
11  you know, for the company, what part of this cost is.     13:54
12         The -- as a personal, like, opinion, I think       13:55
13  that the -- the -- I mean, a -- a lot of this relate      13:55
14  to -- to -- same thing.  I couldn't isolate specific      13:55
15  numbers specifically.                                      13:55
16         But, I mean, a lot -- a lot of this cost was       13:55
17  spent designing technology that ended up into these       13:55
18  trade secrets.  There was a lot of things that went       13:55
19  into this.  And so that there's probably, like, a lot     13:55
20  of items in the listing that contributes to that, but     13:55
21  I cannot sort them, like, specifically.                   13:55
22         MR. KIM:  Okay.                                     13:55
23     Q   So I understand that -- well, let me just ask      13:55
24  you.  On deposition Topic No. 9, I understand your --     13:55
25  your counsel has objected to that topic.                  13:56

Page 170

1        If you want to see Exhibit No. 1273.              13:56

2     A   Okay.  I also just pointing out that, you        13:56

3   know, you've shown me a lot of documents here that     13:56

4   I'm --                                                 13:56

5     Q   Yes.                                             13:56

6     A   -- it's -- it's clear, you know, like the --     13:56

7   the -- the -- one, I was not preparing about all       13:56

8   documents related to -- to the development.  This is   13:56

9   not a --                                               13:56

10    Q   Well --                                          13:56

11    A   I don't think you can expect me to be            13:56

12   prepared on every single document you can show me     13:56

13   that --                                               13:56

14        MR. JAFFE:  Mr. Kim, do you want to meet and     13:56

15   confer regarding our objections?  I think trying to do 13:56

16   this through the witness is not productive.            13:56

17        MR. KIM:  Q.  So, Mr. Droz, let me just ask      13:56

18   you:  Have you seen any of these documents prior to   13:56

19   your deposition?                                      13:56

20        MR. JAFFE:  I'm going to object to form.         13:56

21        MR. KIM:  Q.  I'm specifically referring to      13:56

22   Exhibits 1279 through 1282, and 12 -- we already      13:57

23   talked about 1283.                                    13:57

24        So, just looking at 1279, have -- have you       13:57

25   previously seen Document 1279?                        13:57

1       A    I need to find 1279.  1278 -- oh, 1279.          13:57

2            So let me -- I mean, I think from -- you         13:57

3    know, if this document is what I think it is, you        13:57

4    know, the -- the -- it seems to be the -- the            13:57

5    agreement for the -- the merger of 510 and -- and        13:57

6    Google of the -- the acquisition of 510 by Google.       13:57

7            And I have seen the documents a long time        13:57

8    ago.  And this is a very dense document.  I mean, I      13:57

9    couldn't, like, say that I just, like, have all the      13:57

10   information memorized or understood.                     13:57

11      Q    Okay.  But if I understand your testimony        13:57

12   correctly, you've got personal knowledge as to what is   13:58

13   reflected in here, but you're not --                     13:58

14      A    I have -- I have personal knowledge which        13:58

15   relates to how, like, reading -- me reading this         13:58

16   document about five, six years ago.  And it's a very     13:58

17   technical and complex document.  So it's -- it's -- I    13:58

18   don't think you can expect me to have perfect            13:58

19   knowledge of it.                                         13:58

20      Q    Okay.  Fair enough.                              13:58

21            And what about Exhibit 1280?  Have you seen     13:58

22   that before?                                             13:58

23      A    I think very -- you know, same thing as with     13:58

24   this document.  I've seen this document a long time      13:58

25   ago; actually, almost six years ago -- more than         13:58

Page 172

1    six years ago and -- yeah, same thing.  I would not          13:58

2    have -- the knowledge I have from it is from memory          13:58

3    from, like, six years ago.                                   13:58

4        Q    How about Exhibit 1281?                             13:58

5        A    1281.  So that document is -- from my               13:59

6    understanding of what this document is is that the           13:59

7    actual description and -- and -- of the program.  So,        13:59

8    I mean, I read this document probably the first time         13:59

9    for, like -- for -- like, fully read, four years ago,        13:59

10   maybe, something like that.  It's actually more than         13:59

11   that.                                                        13:59

12          And I have referred to the document, like, a          13:59

13   few times during the last, like, six years to find          13:59

14   specific points in it.  But I don't -- same thing.  I        13:59

15   don't have, like, an extensive knowledge of it.             13:59

16       Q    Okay.  And what about Document 1282?               13:59

17       A    1282.  So I'm actually not sure that I've          13:59

18   seen in the past the term sheet for Anthony's Robots.        13:59

19   I could be wrong, though.  But I -- you know, as a           14:00

20   matter of fact, I'm not sure if I've seen that              14:00

21   document before.                                             14:00

22       Q    Okay.  You know, earlier I asked you, What          14:00

23   did you do to prepare for your deposition today?            14:00

24       A    Yes.                                                14:00

25       Q    And specifically in preparation for your           14:00

Page 173

1   deposition testimony today as a 30(b)(6) witness, were   14:00

2   you shown any documents that refreshed your   14:00

3   recollection?   14:00

4       MR. JAFFE:  I'm just going to caution the   14:00

5   witness not to reveal any attorney-client   14:00

6   communications.   14:00

7       But you can answer that.   14:00

8       THE WITNESS:  So I was -- I -- I -- so   14:00

9   documents and -- you know, for example, one example is   14:00

10  the -- the '936 patent.  You know, that is -- that's   14:00

11  something we looked at -- I looked at.   14:00

12      MR. KIM:  Q.  And that refreshed your   14:00

13  recollection as to something that you had forgotten?   14:00

14      MR. JAFFE:  Well, I'm just going to object to   14:00

15  form.   14:00

16      And caution the witness not to reveal any   14:00

17  attorney-client communications.   14:01

18      THE WITNESS:  And so -- so I also know there   14:01

19  that "refreshed my recollection" is a -- has a legal   14:01

20  term here -- has a legal meaning here.   14:01

21      So just the -- you know, the way -- the way,   14:01

22  like, '936 is, I'm not a -- it's not something that I   14:01

23  memorized, like -- so -- so we, you know, looked   14:01

24  at '936 yesterday to -- to -- you know, basically,   14:01

25  that -- that -- to -- to -- to make sure -- you know,   14:01

```
                                                    Page 174
```

1    to actually make sure that the -- that I want to make    14:01

2    sure it had, you know, the -- the basic information in    14:01

3    it, right, and not just from memory.                      14:01

4         MR. KIM:   Q.   So was there something in there      14:01

5    that you had forgotten and remembered after looking at    14:01

6    it?                                                        14:02

7         A    There's -- I mean, there's all -- you know, I   14:02

8    mean, the -- when we last time had, you know, looked      14:02

9    at document was quite a while back.  And so the --        14:02

10   the -- I don't remember when, but -- and so that there    14:02

11   are things in it that I didn't remember and that, by      14:02

12   looking at it, I, after that, remembered.                 14:02

13        Q    Okay.  And, aside from the '922 pat- --         14:02

14   '936 patent, was there any other document that            14:02

15   contained information that you had forgotten until you    14:02

16   reviewed it yesterday?                                    14:02

17        A    Yeah, so another document, for example, was     14:02

18   the -- the, you know, schem- -- the -- the simulations    14:02

19   and schematics for simulation that I had done in --       14:02

20   like, before -- you know, before coming up with the --    14:02

21   the concept of '936.  And so we looked at this.           14:02

22        Q    What else?                                      14:03

23        A    The -- we looked at the -- an article from      14:03

24   the -- the Washington Post.                               14:03

25             And there were a lot of documents.  I'm         14:03

```
 1   trying to remember all documents we looked at.        14:03

 2          We looked at the -- I'm trying to remember.     14:03

 3   I mean, the -- the trade secret list was one of them.  14:03

 4   The interrogatory response was another.                14:03

 5          I mean, I have a hard time making an            14:03

 6   exhaustive list because there was, like, a lot of      14:03

 7   things.                                                14:03

 8          But the -- we looked at also, like, files      14:03

 9   that were part of the -- the download.  So there was   14:04

10   one page of a schematic that came from, like, a GBr    14:04

11   schematic that came from SVN.                          14:04

12          There were also documents about, you know,     14:04

13   this -- this presentation that we talked about         14:04

14   earlier, like, ███████████████████████████       ████  14:04
     ██  ████████████████████████.                          14:04

16          And the -- we also looked at, I think, the     14:04

17   ERS, like, the GBr Tx ERS.                             14:04

18          And there was also a presentation, like, a     14:04

19   ████████████████████████████████████████████     ████  14:04
     ██  ███████████████████████████.                       14:05

21          That's what I remember.  I mean, there may be  14:05

22   more, but I think that's what I remember now.          14:05

23     Q   So, what about that one-page schematic file     14:05

24   from the SVN?                                          14:05

25     A   Yes.                                             14:05
```

Page 360

```
 1           MR. KIM:  -- after the deposition started.      19:18

 2           MR. JAFFE:  I -- I disagree.                    19:18

 3           MR. KIM:  Can you --                            19:18

 4           MR. JAFFE:  What I'm trying to do is ask you    19:18

 5   what you want him to talk about.  Someone else is       19:18

 6   going to be designated on cost.                         19:18

 7           MR. KIM:  He was also not prepared to talk      19:18

 8   about the deposition for which he did not contribute    19:18

 9   to the development and did not even bother to talk       19:18

10   to --                                                   19:18

11           MR. JAFFE:  The deposition he didn't            19:18

12   contribute to?  That doesn't make sense.                19:18

13           MR. KIM:  The trade secret that he was not      19:18

14   part of developing.                                     19:18

15           MR. JAFFE:  You didn't even put the document    19:18

16   in front of him.                                        19:18

17           MR. KIM:  Yeah, well, like I said, I --         19:18

18           MR. JAFFE:  He has factual knowledge.           19:18

19           MR. KIM:  I have more time --                   19:18

20           MR. JAFFE:  Go forth.                           19:18

21           You don't have anymore time.                    19:18

22           MR. KIM:  Well --                               19:19

23           MR. JAFFE:  What do you want --                 19:19

24           MR. KIM:  Okay.                                 19:19

25           MR. JAFFE:  -- what do you want to do?          19:19
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              CERTIFICATE OF REPORTER

 2

 3         I, ANDREA M. IGNACIO, hereby certify that the

 4    witness in the foregoing deposition was by me duly

      sworn to tell the truth, the whole truth, and nothing

 5    but the truth in the within-entitled cause;

 6         That said deposition was taken in shorthand

 7    by me, a disinterested person, at the time and place

 8    therein stated, and that the testimony of the said

      witness was thereafter reduced to typewriting, by

 9    computer, under my direction and supervision;

10         That before completion of the deposition,

11    review of the transcript [x] was [ ] was not

12    requested.  If requested, any changes made by the

13    deponent (and provided to the reporter) during the

      period allowed are appended hereto.

14         I further certify that I am not of counsel or

15    attorney for either or any of the parties to the said

16    deposition, nor in any way interested in the event of

      this cause, and that I am not related to any of the

17    parties thereto.

18    Dated: August 4, 2017

19

20

21

22

23    _____

24         ANDREA M. IGNACIO,

25      RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 371