# EXHIBIT 6

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)** |

| | |
|---|---|
| 94 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 95 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 96 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 97 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 98 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 99 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 100 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 101 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 102 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 103 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 104 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 105 | Pierre-Yves Droz, Rahim Pardhan, Sean Noyce |
| 106 | Pierre-Yves Droz |
| 107 | Pierre-Yves Droz |
| 108 | Dan McCloskey, Sasha Zbrozek |
| 109 | Pierre-Yves Droz, Sam Lenius, Sean Noyce, Dan McCloskey, Sasha Zbrozek, and individuals identified in SVN server's revision history |
| 110 | Pierre-Yves Droz, Gaetan Pennecot, Anthony Levandowski, Dmitri Dolgov, Bryan Salesky |
| 111 | Pierre-Yves Droz, Daniel Gruver, Luke Wachter, Drew Ulrich, Gaetan Pennecot, Dorel Ionut Iordache, Anthony Levandowski, Will McCann |
| 112 | Pierre-Yves Droz |
| 113 | Pierre-Yves Droz, Sam Lenius |
| 114 | Pierre-Yves Droz, Blaise Gassend |
| 115 | Pierre-Yves Droz, Daniel Gruver |
| 116 | Pierre-Yves Droz, Mark Shand, Sam Lenius, Sean Noyce |
| 117 | Pierre-Yves Droz, Gaetan Pennecot |
| 118 | Pierre-Yves Droz, Blaise Gassend |
| 119 | Pierre-Yves Droz, Gaetan Pennecot |
| 120 | Pierre-Yves Droz, Gaetan Pennecot, Drew Ulrich, Dorel Ionut Iordache |
| 121 | Pierre-Yves Droz, Jonathan Dowdall, Christian Lauterbach |

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Waymo incorporates by reference its General Objections. Waymo further objects to this interrogatory on the grounds that it is vague and ambiguous, including with respect to the term "development." Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Waymo identifies each individual named or otherwise identified on the documents (*e.g.*, via custodial information) identified in response to Uber's Interrogatory No. 4, on a trade secret by trade secret basis, as well as contributors to the misappropriated SVN files identified in response to Uber's Interrogatory No. 10, as reflected by the names of commits maintained in the SVN server's revision history.

Waymo further identifies the following individuals involved in the development of the trade secrets identified in response to Interrogatory No. 1:

| Trade Secret No. | Individuals Involved in Development |
|---|---|
| 1 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach |
| 2 | Pierre-Yves Droz, Gaetan Pennecot |
| 3 | Pierre-Yves Droz, Gaetan Pennecot |
| 4 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach, Sean Noyce |
| 5 | Pierre-Yves Droz, Gaetan Pennecot |
| 6 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach |
| 7 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 8 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver, Sean Noyce |
| 9 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 10 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver, Sam Lenius, Radu Raduta, Dorel Ionut Iordache |
| 13 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 14 | Pierre-Yves Droz, Gaetan Pennecot, Daniel Gruver |
| 15 | Pierre-Yves Droz, Gaetan Pennecot, Sean Noyce |
| 16 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 17 | Gaetan Pennecot, Sean Noyce |
| 19 | Pierre-Yves Droz, Sam Lenius, Will McCann, Bernard Fidric |
| 20 | Sam Lenius, Paul Karplus |
| 25 | Ben Ingram, Chris Leger, Scott McCloskey, Chris Ludwick, Michael Epstein, Dmitri Dolgov, Christian Lauterbach, Jonathan Dowdall, Dave Silver, Jiujun Zhu, Dave Fergeson, Brandon Luders, Pierre-Yves Droz, Luke Wachter, Blaise Gassend |
| 38 | Pierre-Yves Droz, Ben Ingram |
| 39 | Pierre-Yves Droz, Ben Ingram, Luke Wachter, Scott McCloskey, Anthony Levandowski, Gaetan Pennecot, Christian Lauterbach |
| 42 | Pierre-Yves Droz, Gaetan Pennecot |
| 43 | Pierre-Yves Droz, Gaetan Pennecot |
| 46 | Pierre-Yves Droz, Blaise Gassend |
| 48 | Pierre-Yves Droz, Bernard Fidric, Zachary Morriss, Rahim Pardhan |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| 49 | Pierre-Yves Droz, Will McCann, Drew Ulrich, Arda Akman |
| 62 | Pierre-Yves Droz, Daniel Rosenband, Vadim Gutnik, Andy Abo |
| 63 | Pierre-Yves Droz, Will McCann, Rahim Pardhan, Soheil Farshchian |
| 72 | Pierre-Yves Droz, Bernard Fidric, Anthony Levandowski, Daniel Rosenband, Gaetan Pennecot |
| 75 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 76 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 77 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 78 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 79 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 80 | Sameer Kshirsagar, Jon Switkes, Madeline Lie |
| 81 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 82 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 83 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 84 | Pierre-Yves Droz, Blaise Gassend, Luke Wachter, Sam Lenius |
| 85 | Individuals identified in the document cited in this Trade Secret |
| 86 | Pierre-Yves Droz, Bernard Fidric |
| 87 | Pierre-Yves Droz, Dorel Ionut Iordache |
| 88 | Pierre-Yves Droz, Dorel Ionut Iordache |
| 89 | Pierre-Yves Droz, Will McCann, Rahim Pardhan, Soheil Farshchian |
| 90 | Bernard Fidric |
| 91 | Pierre-Yves Droz, Anthony Levandowski |
| 92 | Tim Willis |
| 93 | Tim Willis |
| 94 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 95 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 96 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 97 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 98 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 99 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 100 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 101 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 102 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 103 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 104 | Pierre-Yves Droz, Sam Lenius, Sean Noyce |
| 105 | Pierre-Yves Droz, Rahim Pardhan, Sean Noyce |
| 106 | Pierre-Yves Droz |
| 107 | Pierre-Yves Droz |
| 108 | Dan McCloskey, Sasha Zbrozek |
| 109 | Pierre-Yves Droz, Sam Lenius, Sean Noyce, Dan McCloskey, Sasha Zbrozek, and individuals identified in SVN server's revision history |
| 110 | Pierre-Yves Droz, Gaetan Pennecot, Anthony Levandowski, Dmitri Dolgov, Bryan Salesky |

| 111 | Pierre-Yves Droz, Daniel Gruver, Luke Wachter, Drew Ulrich, Gaetan Pennecot, Dorel Ionut Iordache, Anthony Levandowski, Will McCann |
| --- | --- |
| 112 | Pierre-Yves Droz |
| 113 | Pierre-Yves Droz, Sam Lenius |
| 114 | Pierre-Yves Droz, Blaise Gassend |
| 115 | Pierre-Yves Droz, Daniel Gruver |
| 116 | Pierre-Yves Droz, Mark Shand, Sam Lenius, Sean Noyce |
| 117 | Pierre-Yves Droz, Gaetan Pennecot |
| 118 | Pierre-Yves Droz, Blaise Gassend |
| 119 | Pierre-Yves Droz, Gaetan Pennecot |
| 120 | Pierre-Yves Droz, Gaetan Pennecot, Drew Ulrich, Dorel Ionut Iordache |
| 121 | Pierre-Yves Droz, Jonathan Dowdall, Christian Lauterbach |

**INTERROGATORY NO. 6:**

Separately for each alleged Waymo trade secret identified in response to Interrogatory No. 1, describe how long it took and how much it cost to develop.

**RESPONSE TO INTERROGATORY NO. 6:**

Waymo incorporates by reference its General Objections. Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond "[s]eparately for each alleged Waymo trade secret." Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

Waymo began developing its in-house LiDAR systems in 2011. Waymo's development of its in-house LiDAR systems drew from development efforts of 510 Systems, led by engineer Pierre-Yves Droz. 510 Systems began developing a mapping LiDAR in 2009; by December 2010, these efforts had led to a prototype code-named "Little Bear" ("LBr"). In early summer 2011, 510 Systems began developing LiDAR systems for self-driving applications, building on the success of LBr. However, because of ███████████ that 510 Systems learned from its experience with LBr, 510 Systems proceeded with development

00026526, WAYMO-UBER-00026529, WAYMO-UBER-00026530, WAYMO-UBER-00026531, WAYMO-UBER-00026532, WAYMO-UBER-00026533, WAYMO-UBER-00026534, WAYMO-UBER-00026535, WAYMO-UBER-00026536, WAYMO-UBER-00026539, WAYMO-UBER-00026540, WAYMO-UBER-00026543, WAYMO-UBER-00026544, WAYMO-UBER-00026603, WAYMO-UBER-00026604, WAYMO-UBER-00026725, WAYMO-UBER-00026727, WAYMO-UBER-00026888, WAYMO-UBER-00027015, WAYMO-UBER-00027016, WAYMO-UBER-00027017, WAYMO-UBER-00027018, WAYMO-UBER-00027019, WAYMO-UBER-00027020, WAYMO-UBER-00027034, WAYMO-UBER-00027035, WAYMO-UBER-00027037, WAYMO-UBER-00027038, WAYMO-UBER-00027039, WAYMO-UBER-00027040, WAYMO-UBER-00027041.

Waymo will further investigate this interrogatory and will supplement its response if necessary.

DATED: August 1, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC