**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

WAYMO LLC,

         Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

         Defendants.

                                  /

No. C 17-00939 WHA

**ORDER DENYING PRO
HAC VICE APPLICATION**

16

17

18

19

20

21

22

23

       The *pro hac vice* application of Attorney Joseph Grinstein (Dkt. No. 1184) is **DENIED**
for failing to comply with Local Rule 11-3.  That rule requires an applicant to certify that "he or
she is an active member in good standing of the bar of a United States *Court* or of the highest
*court* of another State or the District of Columbia, *specifying such bar*" (emphasis added).
Filling out the *pro hac vice* form from the district court website such that it identifies only the
state of bar membership — *e.g.*, "the bar of Texas" — is inadequate under the rule because it
fails to identify a specific court.  While the application fee does not need to be paid again, the
application cannot be processed until a corrected form is submitted.

24

25

26

27

28

       **IT IS SO ORDERED.**

Dated:  August 14, 2017.

                                 _____
                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE