QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Waymo LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**NOTICE OF WITHDRAWAL OF GRANT MARGESON AS COUNSEL FOR PLAINTIFF WAYMO LLC AND [PROPOSED] ORDER** |

## NOTICE OF WITHDRAWAL OF COUNSEL

By this notice, Plaintiff Waymo LLC ("Plaintiff") notify the Court that Grant Margeson is no longer counsel for Plaintiff in this action. Mr. Margeson was previously admitted to represent Plaintiff as an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Plaintiff. Mr. Margeson has departed from Quinn Emanuel Urquhart & Sullivan, LLP and is no longer associated with the firm. Charles K. Verhoeven, David A. Perlson, Melissa Baily, John Neukom and Jordan R. Jaffe of Quinn Emanuel Urquhart & Sullivan, LLP continue to act as counsel of record for Plaintiff.

Accordingly, it is hereby requested that the Court remove Mr. Margeson's name and e-mail address from the service list that is on file with the Court in this action and that serve Charles K. Verhoeven as the primary service person for electronic filings made with the Court.

DATED: August 7, 2017

                                            QUINN EMANUEL URQUHART
                                            & SULLIVAN, LLP


                                            By:  /s/  *Charles K. Verhoeven*
                                                Charles K. Verhoeven
                                                Attorneys for Defendant Google Inc.

IT IS SO ORDERED

Dated:   August 14   , 2017

                                              HON. WILLIAM ALSUP
                                              United States District Court Judge