MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO UBER'S MOTION TO COMPEL INTERROGATORIES (DKT. 1143)**<br><br>Trial Date: October 10, 2017 |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Opposition to Uber's Motion to Compel Interrogatories (Dkt. 1143).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 3 | Marked portions (in red boxes) |

3. The marked portions (in red boxes) of Exhibit 3 contain highly confidential information regarding the details of acquisition and employment agreements for companies and individuals with which Defendants have ongoing relationships, including the specific financial terms of these agreements. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information would allow competitors to gain insight into how Uber negotiates and structures its business agreements, which would allow competitors to tailor their own business strategy. Uber's competitive standing could be harmed.

4. The marked portions (in red boxes) of Exhibit 3 also contain highly confidential information regarding Defendants' employment strategy, including in relation to people currently employed by Uber. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information would allow competitors to gain insight into how Uber approaches its employment negotiations and employment philosophy, which would allow competitors to tailor their own employment strategy. Uber's competitive standing could be harmed.

5. Defendants' request to seal is narrowly tailored to those portions of Plaintiff's Opposition and its supporting exhibits that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of August, 2017, at Los Angeles, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 14, 2017          */s/ Arturo J. González*
Arturo J. González