# Exhibit 3
# Filed Under Seal

**REDACTED VERSION**

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4  ---oOo---
5
6  WAYMO LLC,
7      Plaintiff,
8  vs.                                         No. 3:17-cv-00939-WHA
9  UBER TECHNOLOGIES, INC.;
   OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11      Defendants.
   _____/
12
13  WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15  VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16  SAN FRANCISCO, CALIFORNIA
17  MONDAY, JUNE 19, 2017
18
19
20  BY:  ANDREA M. IGNACIO,
21  CSR, RPR, CRR, CCRR, CLR
22  CSR LICENSE NO. 9830
23  JOB NO. 2642012
24
25  Pages 1 - 374

Page 1

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    important to have that control right away?              11:34
2         A    I mean, it's the same reason ▓▓▓▓▓▓▓▓▓▓      ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓             ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                                 11:34
5              In fact, in relation to what I told you about 11:34
6    the deal originally, in late 2015 it was a              11:34
7    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                             ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                               ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      ▓▓
     ▓▓▓▓▓▓▓▓.                                              11:34
12        Q    Why not just hire them as employees of Uber? 11:34
13        A    That's essentially what we did; right.       11:34
14   Ultimately, we hired them. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                         ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                             ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                                   ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                                   ▓▓
     ▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                       ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓                      ▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.                                11:35
22        Q    But what was -- was there a value add to    11:35
23   acquiring NewCo, and with it, the engineers, as       11:35
24   opposed to just hiring those engineers --             11:35
25             MR. JACOBS:  Objection --                   11:35
```

Page 135

```
1      Q    Who is Colin Seeberg?                              16:32
2      A    I don't know.                                      16:32
3      Q    Who is Don Burnette?                               16:32
4      A    I know he's an employee of Otto.  I recognize      16:32
5  the name.                                                   16:32
6      Q    And do you -- other than knowing he is an --       16:32
7  an employee of Otto, do you know anything else about        16:32
8  him?                                                        16:32
9      A    No.                                                16:32
10          And when I say "employee of Otto," he's now        16:32
11 an employee of Uber, of course, but he was an employee      16:32
12 of Otto.                                                    16:32
13     Q    Right.                                             16:32
14          Was he formerly employed at Waymo?                 16:32
15     A    I don't know.                                      16:32
16     Q    But for Soren and Colin, you don't know --         16:32
17 you don't recognize those names as Otto employees?          16:32
18     A    No.                                                16:32
19     Q    And you don't recognize those names as             16:32
20 members of the team that Anthony Levandowski brought        16:32
21 to Otto?                                                    16:32
22     A    No.                                                16:32
23     Q    And is it correct that, under the terms of         16:32
24 the indemnification agreement, Uber agreed to               16:32
25 indemnify the signatories in the event of certain           16:32
```

Page 336