UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Waymo, LLC,

    Plaintiff(s),

v.

Uber Technologies, Inc., et al.,

    Defendant(s).

Case No: 17-cv-00939-WH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Shawn J. Rabin, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Uber Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Arturo J. Gonzalez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1301 Avenue of the Americas, 32nd Fl.<br>New York, NY  10019 | 425 Market Street<br>San Francisco, CA  94105-2482 |
| My telephone # of record:<br>(212) 336-8330 | Local co-counsel's telephone # of record:<br>(415) 268-7020 |
| My email address of record:<br>srabin@susmangodfrey.com | Local co-counsel's email address of record:<br>agonzalez@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4814224.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/14/17

                                    Shawn J. Rabin
                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Shawn J. Rabin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 15, 2017.

                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE