AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern     **District of**     California

| | |
|---|---|
| Waymo LLC <br> Plaintiff (s), <br> V. <br> Uber Technologies, Inc., et al. <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 3:17-cv-00939-WHA |

Notice is hereby given that, subject to approval by the court, __Stroz Friedberg, LLC__ substitutes
(Party (s) Name)

__Melanie M. Blunschi__, State Bar No. __234264__ as counsel of record in
(Name of New Attorney)

place of __Robert B. Ellis and Kevin K. Chang, Kirkland & Ellis LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:     Latham & Watkins LLP
     Address:     505 Montgomery Street, Suite 2000
     Telephone:     (415) 391-0600     Facsimile     (415) 395-8095
     E-Mail (Optional):

I consent to the above substitution.      */s/ Scott Brown*
Date:     8/15/2017
                                                                   (Signature of Party (s))

I consent to being substituted.      */s/ Robert B. Ellis*
Date:     8/15/2017      */s/ Kevin K. Chang*
                                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     8/15/2017      */s/ Melanie M. Blunschi*
                                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    
                                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**