UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | Case No. 17-cv-00939-WHA  (JSC) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART DEFENDANTS' MOTION FOR A FURTHER DEPOSITION OF PIERRE DROZ** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | Re: Dkt. No. 1121 |

Pierre Droz was and is Waymo's technical lead for Waymo's LIDAR team.  After Uber noticed his deposition in his individual capacity, Waymo designated him as its 30(b)(6) witness on many of the technical issues in this trade secret and patent case.  Uber took his deposition for seven hours and seeks an additional seven hours.  Otto Trucking seeks an additional seven hours, for a total of 14 additional hours. The Court finds that Defendants have shown good cause for an additional seven hours of deposition testimony as Mr. Droz is one of Waymo's most important witnesses in this case.  Further, Waymo does not dispute that they designated Mr. Droz as their 30(b)(6) corporate witness the night before his deposition.  This was not enough notice to allow Defendants to coordinate how they would use their deposition time. The Court declines, however, to order Mr. Droz to sit for an additional two days of deposition.  Uber and Otto Trucking's interests are aligned and they have not shown why an additional seven hours is insufficient to complete the needed deposition testimony.  Defendants shall divide the seven hours between themselves at their discretion. Waymo shall make Mr. Droz available for deposition on or before the close of fact discovery.  Further, if Defendants intend to question Mr. Droz as to 30(b)(6) topics on which Waymo has designated him, they shall advise Waymo of those topics at the time Mr. Droz's deposition is scheduled.

1    Any objections to this Order must be filed with the district court on or before the close of

2  business on August 16, 2017.  In the meantime the parties shall schedule Mr. Droz's continued

3  deposition.

4    This Order disposes of Docket No. 1121.

5    **IT IS SO ORDERED.**

6  Dated: August 15, 2017

7

8    *Jacqueline Scott Corley*

9    JACQUELINE SCOTT CORLEY
     United States Magistrate Judge