IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER CLARIFYING JUDGE CORLEY'S AUTHORITY TO SET DEPOSITIONS** |

In response to counsel's failure to agree upon dates for all remaining depositions needed in this case, a prior order dated June 23 set a schedule for twenty depositions requested by both sides to be completed by August 10 (Dkt. No. 725). To be clear, while the parties may not schedule depositions after the discovery cut-off, the June 23 order in no way restricts either Magistrate Judge Jacqueline Corley or the district court's ability to make discovery rulings in this case, including to order additional depositions after the discovery cut-off.

**IT IS SO ORDERED.**

Dated: August 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE