UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER DENYING WAYMO'S MOTION TO COMPEL ADDITIONAL UBER BOARD MEMBER DEPOSITIONS**<br><br>Re: Dkt. No. 1097 |

Waymo seeks to depose Uber Board members Arianna Huffington and David Bonderman. It is currently scheduled to take the deposition of Board member Bill Gurley on August 24, 2017, the only date offered by Uber and the last day of fact discovery. Waymo's motion is DENIED. First, the Court has the authority to order depositions after the discovery cut-off if appropriate. (Dkt. No. 1208.) Second, Waymo's assertion that these witnesses have "important damages and liability related discovery" that Waymo needs for its opening expert reports is unsupported by anything the Court has read. Third, neither of these witnesses attended the April 11, 2016 Board meeting that Waymo highlights.

This Order disposes of Docket No. 1097. Any objections to this Order must be filed with the district court on or before the close of business on August 16, 2017.

**IT IS SO ORDERED.**

Dated: August 15, 2017

　　　　　　　　　　　　　　　　　　　　　_Jacqueline Scott Corley_
　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge