1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER** LLP
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
6  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
7  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
8  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
9  **GOODWIN PROCTER** LLP
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax.: +1 415 677 9041

12 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
13 **GOODWIN PROCTER** LLP
   601 S Figueroa Street, 41st Floor
14 Los Angeles, California  90017
   Tel.: +1 213 426 2500
15 Fax.: +1 213 623 1673

16 Attorneys for Defendant
   Otto Trucking LLC

17

18               **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
19                  **SAN FRANCISCO DIVISION**

20 Waymo LLC,                          | Case No. 3:17-cv-00939-WHA

21          Plaintiff,                 | **DECLARATION OF HAYES P. HYDE IN**
                                       | **SUPPORT OF PLAINTIFF'S**
22          v.                         | **ADMINISTRATIVE MOTION TO FILE**
                                       | **UNDER SEAL ITS OPPOSITION TO**
                                       | **DEFENDANTS' MOTION TO STRIKE**
23 Uber Technologies, Inc.; Ottomotto LLC; Otto | **TRADE SECRET CLAIMS AND EXHBITS**
   Trucking LLC,                       | **ATTACHED THERETO [DKT. NO. 1159]**
24
            Defendants.
25                                     | Courtroom:     8
                                       | Judge:      Hon. William Alsup
26                                     | Trial:       October 10, 2017

27                                     | Filed/Lodged Concurrently with:
                                       | 1.  Under Seal Exhibit
28                                     | 2.  Proof of Service

I, Hayes P. Hyde, declare as follows:

1.     I am an attorney at the law firm of Goodwin Procter, LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Opposition to Defendants' Motion to Strike Trade Secret Claims ("Motion") and Exhibit 7 attached thereto [Dkt. No. 1159].

2.     I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 7 to the Declaration of John W. McCauley | Portions Highlighted in blue: Otto Trucking |

3.     The highlighted portions of Exhibit 7 include highly confidential, sensitive business information relating to negotiations of the terms of Otto Trucking's agreements and corporate structure. This information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Otto Trucking's detriment, including in the context of negotiating business deals. If such information were made public, I understand Otto Trucking's competitive standing could be significantly harmed.

4.     I believe that at least portions of Exhibit 7 also contain references to highly confidential sensitive financial and business information of co-defendants Uber and Ottomotto. I understand this information is not publicly known, and its confidentiality is strictly maintained.  I further understand that co-defendants Uber and Ottomotto have filed or will file a supporting declaration regarding the sealing of portions of Exhibit 7.

///

///

///

1       5.      Defendant's request to seal is narrowly tailored to those portions of Exhibit 7 to the

2  Declaration of John W. McCauley that merit sealing.

3       I declare under penalty of perjury under the laws of the United States that  the foregoing is

4  true and correct. Executed this 15th day of August, 2017 in San Francisco, California.

/s/ Hayes P. Hyde
Hayes P. Hyde

2

HYDE DECLARATION ISO WAYMO'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL                CASE NO. 3:17-CV-00939-WHA

1

## CERTIFICATE OF SERVICE

2
3
4
5

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 15, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

6
7

I certify under penalty of perjury that the foregoing is true and correct. Executed this 15th day of August 2017.

8

/s/ Hayes P. Hyde
Hayes P. Hyde

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28