1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax.: +1 415 677 9041

12 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
13 **GOODWIN PROCTER LLP**
   601 S Figueroa Street, 41st Floor
14 Los Angeles, California 90017
   Tel.: +1 213 426 2500
15 Fax.: +1 213 623 1673

16 Attorneys for Defendant
   Otto Trucking LLC
17

18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| 21       Plaintiff, | **PROOF OF SERVICE** |
| 22       v. | Courtroom: 8<br>Judge: Hon. William Alsup |
| 23  Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Trial: October 10, 2017 |
| 24       Defendants. | Filed/Lodged Concurrently with:<br>1. Declaration of Hayes P. Hyde in Support of Plaintiff's Administrative Motion to File Under Seal<br>2. Under Seal Exhibit |

27
28

**PROOF OF SERVICE**.

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa St., 41st Floor, Los Angeles, California 90017.

On **August 15, 2017**, I served the following document on the persons below as follows:

*Unredacted Version of* **EXHIBIT 7 TO THE DECLARATION OF JOHN W. MCCAULEY** (*with Otto Trucking's Confidential Designations*)

| Recipient | Email Address |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | QEWaymo@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304 | UberWaymomofoattorneys@mofo.com |

| | |
|---|---|
| Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E. Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>Tel.: 415.954.4400<br>Fax: 415.954.4480 | jcooper@fbm.com |

X  (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 15, 2017**, at Los Angeles, California.

_____        _____
Jennifer Vosler                                    (Signature)
(Type or print name)

2

PROOF OF SERVICE                                    CASE NO. 3:17-CV-00939-WHA