MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES, ENFORCE THE COURT ORDER'S ON SEACH TERMS, AND COMPEL 30(b)(6) TESTIMONY**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal exhibits to Uber's Motion to Compel Responses to Document Requests and Interrogatories, Enforce Court Order, and Compel Production of 30(b)(6) Witness on Uber Topic 7. Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Letter Brief to Compel Responses to Document Requests and Interrogatories, Enforce Court Order on Search Terms, and Compel Production of 30(b)(6) Witness | Highlighted Portions | Plaintiff |
| Exhibit 1 to the Pritt Declaration ISO Letter Brief to Compel Production of Documents ("Pritt Declaration") | Entire Document | Plaintiff |
| Exhibit 2 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 3 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 4 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 5 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 6 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 7 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 8 to the Pritt Declaration | Highlighted Portions | Plaintiff |
| Exhibit 9 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 10 to the Pritt Declaration | Entire Document | Plaintiff |

The highlighted portions of the Letter Brief and Exhibit 8; and the entirety of Exhibits 1, 2, 3, 4, 5, 6, 7, 9 and 10, contain information that Waymo designated or considers "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that

1

UBER'S ADMIN. MTN TO FILE UNDER SEAL EXHIBITS TO MTN TO COMPEL RESPS. TO DOC. REQUESTS AND INTERROGATORIES, ENFORCE COURT ORDER, AND COMPEL 30(B)(6) TESTIMONY
CASE NO. 3:17-CV-00939-WHA

Waymo asked Uber to file under seal.  (*See* Pritt Decl. ISO Uber's Administrative Motion to File Documents Under Seal, ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies.  Uber served Waymo with this motion on August 3, 2017.

Dated: August 15, 2017

BOIES SCHILLER FLEXNER LLP

By: */s/ Karen L. Dunn*
    Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC