# EXHIBIT 2

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL