# EXHIBIT 7

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL