# EXHIBIT 9

# ENTIRE EXHIBIT

# SUBMITTED UNDER SEAL