# EXHIBIT 10

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL