MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.        3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES, ENFORCE THE COURT ORDER'S ON SEACH TERMS, AND COMPEL 30(B)(6) TESTIMONY**<br><br>Judge:       Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Maxwell Pritt, declare as follows:

1.      I am counsel at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter.  I am a member in good standing of the Bar of the State of California.  I make this declaration in support of Uber's motion to compel Waymo to answer or supplement its responses to Uber's Interrogatory Nos. 18-20 and 24-25, to produce documents sought by Uber's Request for Production of Documents Nos. 166 and 170-175, to designate a 30(b)(6) witness to testify on Uber's Topic 7 regarding Waymo's use of indemnification provisions, and to enforce the Court's August 7 order that Waymo run  bonus search terms on the 11 custodians identified by Uber and its 30(b)(6) witnesses on Uber's 30(b)(6) bonus topic.   I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2.      Attached as **Exhibit 1** is a true and correct copy of Plaintiff Waymo LLC's ("Waymo's") Objections and Responses to Uber's Fifth Set of Interrogatories (Nos. 18-24).

3.      Attached as **Exhibit 2** is a true and correct copy of Waymo's Objections and Responses to Uber's Sixth Set of Interrogatories (Nos. 25-27).

4.      Attached as **Exhibit 3** is a true and correct copy of Waymo's Responses and Objections to Uber's Fourth Set of Requests for Productions (No 164-166).

5.      Attached as **Exhibit 4** is a true and correct copy of Waymo's Responses and Objections to Uber's Fifth Set of Requests for Productions (No 167-175).

6.      Attached as **Exhibit 5** is true and correct copy of excerpts of the certified deposition transcript of Jai Krishan, dated August 9, 2017.

7.      Attached as **Exhibit 6** is a true and correct copy of emails between me, Special Master John Cooper, Waymo counsel Andrea Roberts, and others dated between July 8 and July 30, 2017.

8.      Attached as **Exhibit 7** is a true and correct copy of emails between me, Special Master Cooper, Waymo counsel Jeff Nardinelli, and others dated between August 6 and August 8, 2017.

9.       Attached as **Exhibit 8** is true and correct copy of emails between me and Andrea Roberts Pritt dated between August 7 and August 9, 2017.

10.      Attached as **Exhibit 9** is a true and correct copy of an email Waymo counsel Andrea Roberts to Special Master Cooper and counsel for Defendants, and others, dated August 11, 2017.

11.      Attached as **Exhibit 10** is a true and correct copy of emails between me, Waymo counsel Andrea Roberts, Special Master Cooper, and others dated between August 10 and August 12, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 15th day of August, 2017, in Oakland, California.


*/s/ Maxwell V. Pritt*
Maxwell V. Pritt

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has concurred in this filing.


*/s/ Karen L. Dunn*
Karen L. Dunn