MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (Admitted *Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial Date: October 10, 2017 |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 15, 2017, I served **UNREDACTED** versions of the following documents:

1. . UBER'S AND OTTOMOTTO'S MOT. TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES, ENFORCE COURT ORDER, AND COMPEL 30(B)(6) TESTIMONY;
2. EXHIBIT 1 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES;
3. EXHIBIT 2 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES;
4. EXHIBIT 3 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES;
5. EXHIBIT 4 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES;
6. EXHIBIT 5 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES.
7. EXHIBIT 6 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES.

1         8.  EXHIBIT 7 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES.

       9.  EXHIBIT 8 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES.

       10. EXHIBIT 9 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES.

       11. EXHIBIT 10 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES INC.'S AND OTTOMOTTO LLC'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES.

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 15th day
2  of August, 2017, at Oakland, California.

                                           By: */s/ Jenel Day*
                                                      Jenel Day

## **ATTESTATION**

    In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

                                           By: */s/ Karen L. Dunn*
                                                Karen L. Dunn