QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN RELATION TO MOTION TO COMPEL DISCOVERY FROM WAYMO REGARDING ITS FORENSIC INVESTIGATION** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendant Otto Trucking, LLC's Administrative Motion to File Under Seal Exhibits in Relation to Motion to Compel Discovery from Waymo Regarding Its Forensic Investigation (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Otto Trucking's Letter Brief in Support of Its Motion to Compel Discovery from Waymo Regarding Its Forensic Investigation ("Otto Trucking's Motion") and of Exhibits 1 and 4-5 to the Declaration of Hong-An Vu, as well as the entirety of Exhibits 2-3, 6, and 8-12 thereto.

3. The yellow highlighted portions of Exhibit 2, the red highlighted portions of Exhibits 4-5 and 10, the green highlighted portions of Exhibits 6 and 8-9, and the entirety of Exhibits 11-12 contain or refer to confidential business information or non-public email addresses, which Waymo seeks to seal.

4. Exhibit 2 (yellow highlighted portions in version filed herewith), Exhibits 4-5 (red highlighted portions), Exhibit 10 (red highlighted portions in version filed herewith), and the entirety of Exhibits 11-12 contain, reference, and/or describe Waymo's highly confidential and sensitive business information. Such information includes details regarding Waymo's security measures and protocols and detailed computer forensics regarding access to Waymo's trade secrets. I understand that Waymo maintains that this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its security measures and computer forensics methods would become known to competitors who could use such information to Waymo's disadvantage. Exhibit 2 (yellow highlighted portions in version filed herewith) further describes the identity of numerous individuals involved in the investigation and describes that involvement. Due to the high public profile of this litigation, public disclosure of this information would cause harm to Waymo and those employees.

5.      Exhibits 6 and 8-9 (green highlighted portions in versions filed herewith) contain email addresses for Google and Waymo employees involved in this litigation.  Due to the high public profile of this litigation, public disclosure of this information would cause harm to Waymo and those employees by making their email addresses public.

6.      Waymo's request to seal is narrowly tailored to those portions of Exhibits 2, 4-6, and 8-12 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 15, 2017.

By  */s/ Felipe Corredor*
    Felipe Corredor
    Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By:  */s/ Charles K. Verhoeven*
     Charles K. Verhoeven