# EXHIBIT 6

*UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

Waymo LLC v. Uber Technologies, Inc.<br>
Case No. 3:17-cv-00939 WHA<br>
20170323 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2/24/2017 | Kristinn Gudjonsson | ▇@google.com | ▇@google.com | Document prepared at the direction and reflecting legal advice of counsel in anticipation of litigation | Attorney Client Communication, Attorney Work Product | | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 2 | | 10/6/2016 | Gary Brown | Thomas E. Gorman* (tgorman@kvn.com) | Tom Lue* ▇@google.com); kristinn gudjonsson ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 3 | | 10/6/2016 | Gary Brown | Thomas E. Gorman* (tgorman@kvn.com) | Tom Lue* ▇@google.com); kristinn gudjonsson ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Document collected at the direction and reflecting legal advice of counsel re intellectual property issues in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 4 | | 10/6/2016 | Gary Brown | gary brown ▇@google.com) | Tom Lue* ▇@google.com); kristinn gudjonsson ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); Thomas E. Gorman* (tgorman@kvn.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 5 | | 10/6/2016 | Gary Brown | Thomas E. Gorman* (tgorman@kvn.com) | Tom Lue* ▇@google.com); kristinn gudjonsson ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 6 | | 10/6/2016 | Gary Brown | Thomas E. Gorman* (tgorman@kvn.com) | Tom Lue* ▇@google.com); kristinn gudjonsson ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 7 | | 10/6/2016 | Gary Brown | kristinn gudjonsson ▇@google.com) | Tom Lue* ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Thomas E. Gorman* (tgorman@kvn.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 8 | | 10/6/2016 | Gary Brown | kristinn gudjonsson ▇@google.com) | Tom Lue* ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Thomas E. Gorman* (tgorman@kvn.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 9 | | 10/7/2016 | Gary Brown | Thomas E. Gorman* (tgorman@kvn.com) | Tom Lue* ▇@google.com); kristinn gudjonsson ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 10 | | 10/7/2016 | Gary Brown | kristinn gudjonsson ▇@google.com) | Tom Lue* ▇@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▇@google.com); aaron peterson ▇@google.com); Thomas E. Gorman* (tgorman@kvn.com); Tammy Jih Murray* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170323 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 10/7/2016 | Gary Brown | aaron peterson ▓@google.com) | Tom Lue* ▓@google.com); kristinn gudjonsson ▓@google.com); Jennifer A. Huber* (jhuber@kvn.com); gary brown ▓@google.com); Thomas E. Gorman* (tgorman@kvn.com); Tammy Jih Murray* ▓@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re legal dispute prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 12 | | 2/21/2017 | Gary Brown, Pierre-yves Droz | gary brown ▓@google.com) | pierre-yves droz ▓@google.com); Raquel Small-Weikert* ▓@google.com); Thomas E. Gorman* (tgorman@kvn.com); sasha zbrozek ▓@google.com); Shana Stanton* ▓@google.com) | Email seeking and containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 13 | | 2/21/2017 | Gary Brown, Pierre-yves Droz | Raquel Small-Weikert* ▓@google.com) | pierre-yves droz ▓@google.com); kristinn gudjonsson ▓@google.com); gary brown ▓@google.com); Thomas E. Gorman* (tgorman@kvn.com); sasha zbrozek ▓@google.com); Shana Stanton* ▓@google.com) | Email seeking and containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 14 | | 2/21/2017 | Gary Brown, Pierre-yves Droz | Thomas E. Gorman* (tgorman@kvn.com) | pierre-yves droz ▓@google.com); Raquel Small-Weikert* (raquelsmall@google.com); gary brown ▓@google.com); ▓@waymo.com ▓@waymo.com); sasha zbrozek ▓@google.com); Shana Stanton* ▓@google.com) | Email seeking and containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 15 | | 2/21/2017 | Gary Brown, Pierre-yves Droz | Thomas E. Gorman* (tgorman@kvn.com) | pierre-yves droz (▓@google.com); kristinn gudjonsson ▓@google.com); Raquel Small-Weikert* ll@google.com); gary brown ▓@google.com); sasha zbrozek ▓@google.com); Shana Stanton* ▓@google.com) | Email seeking and containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 16 | | 2/21/2017 | Gary Brown, Pierre-yves Droz | sasha zbrozek ▓@google.com) | pierre-yves droz ▓@google.com); kristinn gudjonsson ▓@google.com); Raquel Small-Weikert* ▓@google.com); gary brown ▓@google.com); Thomas E. Gorman* (tgorman@kvn.com); Shana Stanton* ▓@google.com) | Email seeking and containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 17 | | 2/22/2017 | Gary Brown, Pierre-yves Droz | Shana Stanton* ▓@google.com) | pierre-yves droz ▓@google.com); kristinn gudjonsson ▓@google.com); Tom Lue* ▓@waymo.com); Raquel Small-Weikert* ▓@google.com); gary brown ▓@google.com); Thomas E. Gorman* (tgorman@kvn.com); sasha zbrozek ▓@google.com) | Email seeking and containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge, this email has not been received by unauthorized persons |
| 18 | | 2/22/2017 | Gary Brown | Thomas E. Gorman* (tgorman@kvn.com) | gary brown ▓@google.com) | Email containing legal advice of counsel re intellectual propery issues prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | | Email maintained in Waymo's internal, confidential custodial email repositories | To the best of Waymo's knowledge; this email has not been received by unauthorized persons |