# EXHIBIT 8

*UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# Vu, Hong-An

| | |
|---|---|
| **From:** | Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> |
| **Sent:** | Friday, July 21, 2017 5:29 PM |
| **To:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; DG-GPOttoTruckingWaymo@goodwinlaw.com; John Cooper; Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber - Waymo PROD024 |
| **Attachments:** | -Waymo- 20170721 PROD024 Privilege Log.pdf |

Counsel,

Please find Waymo productions PROD024 and PROD024A at the link below.  Attached also is the privilege log corresponding to PROD024.

https://sendfile.quinnemanuel.com/pkg?token=1d617cb8-dacc-45f1-9b93-12f1c36f874e

I'll send the password separately.

Thanks,


**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9/20/2016 | Kristinn Gudjonsson | Gary Brown ▇@google.com) | Thomas Gorman* (tgorman@kvn.com); Kristinn Gudjonsson ▇@google.com); Jennifer Huber* (jhuber@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 2 | | 8/25/2016 | Kevin Vosen*, Kristinn Gudjonsson | Johan Berggren ▇@google.com | Kevin Vosen* ▇@google.com); Kristinn Gudjonsson ▇@google.com | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 3 | | 2/22/2017 | Gary Brown, Kristinn Gudjonsson | Sasha Zbrozek ▇@google.com) | Thomas Gorman* (tgorman@kvn.com); Gary Brown ▇@google.com); Kristinn Gudjonsson ▇@google.com); Pierre-yves Droz ▇@google.com); Raquel Small* (▇@google.com); Shana Stanton* ▇@google.com); ▇(tlue@waymo.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 4 | | 1/28/2017 | Kristinn Gudjonsson | Gary Brown ▇@google.com) | Kristinn Gudjonsson ▇@google.com); Moe Mizukami* ▇@google.com); Raquel Small* ▇@google.com); Ryan Blackhart* ▇@google.com); Shana Stanton* ▇@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 5 | WAYMO-UBER-00029379 | 10/18/2016 | Joanne Chin, Kevin Vosen* | Joanne Chin ▇@google.com) | John Krafcik ▇@google.com); Kevin Vosen* ▇@google.com) | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 6 | WAYMO-UBER-00029380 | 10/18/2016 | John Krafcik | Joanne Chin ▇@google.com) | John Krafcik ▇@google.com); Kevin Vosen* ▇@google.com) | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 7 | WAYMO-UBER-00029389 | 10/19/2016 | Joanne Chin, Kevin Vosen* | John Krafcik ▇@google.com) | Joanne Chin ▇@google.com); Kevin Vosen* ▇@google.com) | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 8 | WAYMO-UBER-00029387 | 10/19/2016 | John Krafcik | John Krafcik ▇@google.com) | Joanne Chin ▇@google.com); Kevin Vosen* ▇@google.com) | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 9 | WAYMO-UBER-00029391 | 10/19/2016 | John Krafcik | Kevin Vosen* ▇@google.com) | Joanne Chin ▇@google.com); John Krafcik ▇@google.com) | Email seeking and reflecting legal advice of counsel re regulatory issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 10 | WAYMO-UBER-00029393 | 10/19/2016 | Joanne Chin | Kevin Vosen* ▇@google.com) | Joanne Chin ▇@google.com); John Krafcik ▇@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 11 | WAYMO-UBER-00029395 | 10/19/2016 | John Krafcik | John Krafcik ▇@google.com) | Joanne Chin ▇@google.com); Kevin Vosen* ▇@google.com) | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 12 | | 9/19/2016 | Tammy Jih Murray*, Tom Lue* | Sasha Zbrozek ▇@google.com) | Thomas Gorman* (tgorman@kvn.com); Nick Vines* ▇@google.com); Tammy Jih Murray* ▇@google.com); Tom Lue* ▇@google.com); otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | WAYMO-UBER-00029381 | 10/18/2016 | Kevin Vosen* | Anand Rao* ▓@x.team) | Kevin Vosen* ▓@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 14 | WAYMO-UBER-00029383 | 10/19/2016 | Joanne Chin | Kevin Vosen* ▓@google.com) | Anand Rao* ▓@x.team); Joanne Chin ▓@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 15 | WAYMO-UBER-00029385 | 10/19/2016 | Joanne Chin, Kevin Vosen* | Anand Rao* ▓@x.team) | Joanne Chin ▓@google.com); Kevin Vosen* ▓@google.com) | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 16 | WAYMO-UBER-00029397 | 10/23/2016 | Joanne Chin | Anand Rao* ▓@x.team) | Joanne Chin ▓@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 17 | WAYMO-UBER-00029399 | 10/24/2016 | Joanne Chin | Joanne Chin ▓@google.com) | Anand Rao* ▓@x.team) | Email seeking and containing legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 18 | WAYMO-UBER-00029401 | 10/24/2016 | Joanne Chin | Anand Rao* ▓@x.team) | Joanne Chin ▓@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 19 | | 8/24/2016 | Joanne Chin, Michael Pfyl*, Kristinn Gudjonsson | Kevin Vosen* ▓@google.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Joanne Chin ▓@google.com); Kristinn Gudjonsson ▓@google.com); Leah Bijnens ▓@google.com); Michael Pfyl* ▓@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 20 | | 8/11/2015 | Stacy Savides Sullivan, Chelsea Bailey | Chelsea Bailey ▓@google.com) | Jenn Blackstone* ▓@google.com); Jolie Sorge ▓@google.com); Stacy Savides Sullivan ▓@google.com); Timothy Reusing* ▓@google.com) | Email seeking legal advice of counsel re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 21 | | 6/20/2016 | Joanne Chin, Chelsea Bailey | chelsea bailey ▓@x.team) | Joanne Chin ▓@google.com) | Email seeking and reflecting legal advice of Jade Wagner* re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 22 | | 8/1/2016 | Michael Pfyl*, Amy Lambert*, Kristinn Gudjonsson | Michael Pfyl* ▓@google.com) | Amy Lambert* ▓@google.com); Heather Adkins ▓@google.com); Kristinn Gudjonsson ▓@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 23 | | 8/30/2016 | Gary Brown | Leah Bijnens ▓@google.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Abraham Lu ▓@google.com); April Beaupain ▓@google.com); Gary Brown ▓@google.com); Kevin Vosen* ▓@google.com); Kristinn Gudjonsson ▓@google.com); Michael Pfyl* ▓@google.com); Robin Stearns ▓@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 8/30/2016 | Gary Brown, Michael Pfyl*, Kevin Vosen*, Kristinn Gudjonsson | Leah Bijnens ▮@google.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Abraham Lu ▮@google.com); April Beaupain ▮@google.com); Gary Brown ▮@google.com); Johan Berggren ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Michael Pfyl* ▮@google.com); Robin Stearns ▮@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 25 | | 8/29/2016 | Gary Brown, Kevin Vosen* | Kristinn Gudjonsson ▮@google.com) | Gary Brown ▮@google.com); Kevin Vosen* ▮@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 26 | | 9/15/2016 | Gary Brown, Kristinn Gudjonsson | Tom Lue* ▮@google.com) | Gary Brown ▮@google.com); Johan Berggren ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Tammy Jih Murray* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 27 | | 8/4/2016 | Michael Pfyl*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu ▮@google.com); Kristinn Gudjonsson ▮@google.com) | Email containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 28 | | 8/4/2016 | Michael Pfyl*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu ▮@google.com); Kristinn Gudjonsson ▮@google.com) | Memorandum containing and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 29 | | 8/18/2016 | Joanne Chin, Kevin Vosen*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu ▮@google.com); Joanne Chin ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Ryan Blackhart* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 30 | | 8/23/2016 | Joanne Chin, Kevin Vosen*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu ▮@google.com); Joanne Chin ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Leah Bijnens ▮@google.com); Moe Mizukami* ▮@google.com); Ryan Blackhart* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 31 | | 8/23/2016 | Michael Pfyl*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Kristinn Gudjonsson ▮google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | | 8/31/2016 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | Thomas Gorman* (tgorman@kvn.com); April Beaupain ▮@google.com); Kevin ▮@google.com); Kristinn Gudjonsson ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 33 | | 8/29/2016 | Kristinn Gudjonsson | Thomas Gorman* (tgorman@kvn.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Michael Pfyl* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 34 | | 1/26/2017 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | David Rizk* (drizk@kvn.com); Thomas Gorman* (tgorman@kvn.com); Rachel Meny* (rmeny@kvn.com); Kristinn Gudjonsson ▮@google.com); brian ferrall (bferrall@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 35 | | 9/14/2016 | Gary Brown, Kristinn Gudjonsson | Thomas Gorman* (tgorman@kvn.com) | Gary Brown ▮@google.com); Kristinn Gudjonsson ▮@google.com); Jennifer Huber* (jhuber@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 36 | | 9/14/2016 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | Aaron Peterson ▮@google.com); Johan Berggren ▮@google.com); Kristinn Gudjonsson ▮@google.com); Matt Linton ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 37 | | 2/2/2017 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | David Rizk* (drizk@kvn.com); Thomas Gorman* (tgorman@kvn.com); Rachel Meny* (rmeny@kvn.com); Kristinn Gudjonsson ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 38 | | 8/24/2016 | Gary Brown, Google | Kristinn Gudjonsson ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 39 | | 8/24/2016 | Gary Brown, Google | Kristinn Gudjonsson ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 40 | | 8/26/2016 | Gary Brown | Johan Berggren ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 41 | | 9/7/2016 | Gary Brown | Johan Berggren ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 42 | | 9/8/2016 | Gary Brown | Abraham Lu ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 43 | | 9/19/2016 | Gary Brown | Abraham Lu ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 44 | | 9/19/2016 | Gary Brown | Johan Berggren ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | 9/19/2016 | Gary Brown | Gary Brown ▉@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 46 | | 9/26/2016 | Gary Brown | Johan Berggren ▉@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 47 | | 9/27/2016 | Gary Brown | Johan Berggren ▉@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 48 | | 10/13/2016 | Gary Brown | Kristinn Gudjonsson ▉@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 49 | | 1/18/2017 | Gary Brown, Google | Kristinn Gudjonsson ▉@google.com) | | Memorandum reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 50 | | 11/8/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 51 | | 8/29/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 52 | | 8/31/2016 | Google | | | Spreadsheet reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 53 | | 8/23/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 54 | | 8/25/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 55 | | 8/23/2016 | Google | | | Draft notes reflecting legal advice of Kevin Vosen* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 56 | WAYMO-UBER-00029412 | 9/30/2016 | Google | | | Memorandum reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 57 | | 8/25/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 58 | | 8/23/2016 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 59 | | 7/19/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 60 | | 6/20/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 61 | | 8/25/2016 | Google | | | Memorandum reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | 7/20/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 63 | | 7/20/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |