# EXHIBIT 9

*UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9/20/2016 | Kristinn Gudjonsson | Gary Brown <br>@google.com | Thomas Gorman* (tgorman@kvn.com); Kristinn Gudjonsson @google.com; Jennifer Huber* (jhuber@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 2 | | 8/25/2016 | Kevin Vosen*, Kristinn Gudjonsson | Johan Berggren @google.com | Kevin Vosen* @google.com; Kristinn Gudjonsson @google.com | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 3 | | 2/22/2017 | Gary Brown, Kristinn Gudjonsson | Sasha Zbrozek @google.com | Thomas Gorman* (tgorman@kvn.com); Gary Brown @google.com; Pierre-yves Droz @google.com; Raquel Small* @google.com; Shana Stanton* @google.com; Tom Lue* @waymo.com | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 4 | | 1/28/2017 | Kristinn Gudjonsson | Gary Brown @google.com | Kristinn Gudjonsson @google.com; Moe Mizukami* @google.com; Raquel Small* @google.com; Ryan Blackhart* @google.com; Shana Stanton* @google.com | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 5 | WAYMO-UBER-00029379 | 10/18/2016 | Joanne Chin, Kevin Vosen* | Joanne Chin @google.com | John Krafcik @google.com; Kevin Vosen* @google.com | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 6 | WAYMO-UBER-00029380 | 10/18/2016 | John Krafcik | Joanne Chin @google.com | John Krafcik @google.com; Kevin Vosen* @google.com | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 7 | WAYMO-UBER-00029389 | 10/19/2016 | Joanne Chin, Kevin Vosen* | John Krafcik @google.com | Joanne Chin @google.com; Kevin Vosen* @google.com | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 8 | WAYMO-UBER-00029387 | 10/19/2016 | John Krafcik | John Krafcik @google.com | Joanne Chin @google.com; Kevin Vosen* @google.com | Email seeking legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 9 | WAYMO-UBER-00029391 | 10/19/2016 | John Krafcik | Kevin Vosen* @google.com | Joanne Chin @google.com; John Krafcik @google.com | Email seeking and reflecting legal advice of counsel re regulatory issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 10 | WAYMO-UBER-00029393 | 10/19/2016 | Joanne Chin | Kevin Vosen* @google.com | Joanne Chin @google.com; John Krafcik @google.com | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 11 | WAYMO-UBER-00029395 | 10/19/2016 | John Krafcik | John Krafcik @google.com | Joanne Chin @google.com; Kevin Vosen* @google.com | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 12 | | 9/19/2016 | Tammy Jih Murray*, Tom Lue* | Sasha Zbrozek @google.com | Thomas Gorman* (tgorman@kvn.com); Nick Vines @google.com; Tammy Jih Murray* @google.com; Tom Lue* @google.com; otto-kvn (otto-kvn@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | WAYMO-UBER-00029381 | 10/18/2016 | Kevin Vosen* | Anand Rao* (@x.team) | Kevin Vosen* (@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 14 | WAYMO-UBER-00029383 | 10/19/2016 | Joanne Chin | Kevin Vosen* (@google.com) | Anand Rao* (@x.team); Joanne Chin (@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 15 | WAYMO-UBER-00029385 | 10/19/2016 | Joanne Chin, Kevin Vosen* | Anand Rao* (@x.team) | Joanne Chin (@google.com); Kevin Vosen* (@google.com) | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 16 | WAYMO-UBER-00029397 | 10/23/2016 | Joanne Chin | Anand Rao* (@x.team) | Joanne Chin (@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 17 | WAYMO-UBER-00029399 | 10/24/2016 | Joanne Chin | Joanne Chin (@google.com) | Anand Rao* (@x.team) | Email seeking and containing legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 18 | WAYMO-UBER-00029401 | 10/24/2016 | Joanne Chin | Anand Rao* (@x.team) | Joanne Chin (@google.com) | Email seeking and reflecting legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 19 | | 8/24/2016 | Joanne Chin, Michael Pfyl*, Kristinn Gudjonsson | Kevin Vosen* (@google.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Joanne Chin (@google.com); Kristinn Gudjonsson (@google.com); Leah Bijnens (@google.com); Michael Pfyl* (@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 20 | | 8/11/2015 | Stacy Savides Sullivan, Chelsea Bailey | Chelsea Bailey (@google.com) | Jenn Blackstone* (@google.com); Jolie Sorge (@google.com); Stacy Savides Sullivan (@google.com); Timothy Reusing* (@google.com) | Email seeking legal advice of counsel re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 21 | | 6/20/2016 | Joanne Chin, Chelsea Bailey | chelsea bailey (@x.team) | Joanne Chin (@google.com) | Email seeking and reflecting legal advice of Jade Wagner* re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 22 | | 8/1/2016 | Michael Pfyl*, Amy Lambert*, Kristinn Gudjonsson | Michael Pfyl* (@google.com) | Amy Lambert* (@google.com); Heather Adkins (@google.com); Kristinn Gudjonsson (@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 23 | | 8/30/2016 | Gary Brown | Leah Bijnens (@google.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Abraham Lu (@google.com); April Beaupain (@google.com); Gary Brown (@google.com); Kevin Vosen* (@google.com); Kristinn Gudjonsson (@google.com); Michael Pfyl* (@google.com); Robin Stearns (@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 8/30/2016 | Gary Brown, Michael Pfyl*, Kevin Vosen*, Kristinn Gudjonsson | Leah Bijnens ▮@google.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Abraham Lu▮ ▮@google.com); April Beaupain ▮@google.com); Gary Brown ▮@google.com); Johan Berggren ▮@google.com); Kevin Vosen* (▮ @google.com); Kristinn Gudjonsson ▮@google.com); Michael Pfyl* ▮@google.com); Robin Stearns ▮@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 25 | | 8/29/2016 | Gary Brown, Kevin Vosen* | Kristinn Gudjonsson ▮@google.com) | Gary Brown ▮@google.com); Kevin Vosen* ▮@google.com) | Email seeking and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 26 | | 9/15/2016 | Gary Brown, Kristinn Gudjonsson | Tom Lue* ▮@google.com) | Gary Brown ▮@google.com); Johan Berggren ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Tammy Jih Murray* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 27 | | 8/4/2016 | Michael Pfyl*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu▮ ▮@google.com); Kristinn Gudjonsson ▮@google.com) | Email containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 28 | | 8/4/2016 | Michael Pfyl*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu▮ ▮@google.com); Kristinn Gudjonsson ▮@google.com) | Memorandum containing and reflecting legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 29 | | 8/18/2016 | Joanne Chin, Kevin Vosen*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu▮ ▮@google.com); Joanne Chin ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Ryan Blackhart* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 30 | | 8/23/2016 | Joanne Chin, Kevin Vosen*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Abraham Lu▮ ▮@google.com); Joanne Chin ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Leah Bijnens ▮@google.com); Moe Mizukami* ▮@google.com); Ryan Blackhart* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 31 | | 8/23/2016 | Michael Pfyl*, Kristinn Gudjonsson | Michael Pfyl* ▮@google.com) | Kristinn Gudjonsson ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | | 8/31/2016 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | Thomas Gorman* (tgorman@kvn.com); April Beaupain ▮@google.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 33 | | 8/29/2016 | Kristinn Gudjonsson | Thomas Gorman* (tgorman@kvn.com) | Michelle Ybarra* (mybarra@kvn.com); Rachel Meny* (rmeny@kvn.com); Kevin Vosen* ▮@google.com); Kristinn Gudjonsson ▮@google.com); Michael Pfyl* ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 34 | | 1/26/2017 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | David Rizk* (drizk@kvn.com); Thomas Gorman* (tgorman@kvn.com); Rachel Meny* (rmeny@kvn.com); Kristinn Gudjonsson ▮@google.com); brian ferrall (bferrall@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 35 | | 9/14/2016 | Gary Brown, Kristinn Gudjonsson | Thomas Gorman* (tgorman@kvn.com) | Gary Brown ▮@google.com); Kristinn Gudjonsson ▮@google.com); Jennifer Huber* (jhuber@kvn.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 36 | | 9/14/2016 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | Aaron Peterson ▮@google.com); Johan Berggren ▮@google.com); Kristinn Gudjonsson ▮@google.com); Matt Linton ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 37 | | 2/2/2017 | Kristinn Gudjonsson | Gary Brown ▮@google.com) | David Rizk* (drizk@kvn.com); Thomas Gorman* (tgorman@kvn.com); Rachel Meny* (rmeny@kvn.com); Kristinn Gudjonsson ▮@google.com) | Email seeking and containing legal advice of counsel re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 38 | | 8/24/2016 | Gary Brown, Google | Kristinn Gudjonsson ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 39 | | 8/24/2016 | Gary Brown, Google | Kristinn Gudjonsson ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 40 | | 8/26/2016 | Gary Brown | Johan Berggren ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 41 | | 9/7/2016 | Gary Brown | Johan Berggren ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 42 | | 9/8/2016 | Gary Brown | Abraham Lu ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 43 | | 9/19/2016 | Gary Brown | Abraham Lu ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 44 | | 9/19/2016 | Gary Brown | Johan Berggren ▮@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | 9/19/2016 | Gary Brown | Gary Brown ▅▅▅▅@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 46 | | 9/26/2016 | Gary Brown | Johan Berggren ▅▅▅@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 47 | | 9/27/2016 | Gary Brown | Johan Berggren ▅▅▅@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 48 | | 10/13/2016 | Gary Brown | Kristinn Gudjonsson ▅▅▅@google.com) | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 49 | | 1/18/2017 | Gary Brown, Google | Kristinn Gudjonsson ▅▅▅@google.com) | | Memorandum reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 50 | | 11/8/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 51 | | 8/29/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 52 | | 8/31/2016 | Google | | | Spreadsheet reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 53 | | 8/23/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 54 | | 8/25/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 55 | | 8/23/2016 | Google | | | Draft notes reflecting legal advice of Kevin Vosen* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 56 | WAYMO-UBER-00029412 | 9/30/2016 | Google | | | Memorandum reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 57 | | 8/25/2016 | Google | | | Memorandum reflecting legal advice of Michael Pfyl* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 58 | | 8/23/2016 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 59 | | 7/19/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 60 | | 6/20/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 61 | | 8/25/2016 | Google | | | Memorandum reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170721 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | 7/20/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 63 | | 7/20/2017 | Google | | | Spreadsheet reflecting legal advice of Jade Wagner* re internal investigation prepared in anticipation of litigation. | Attorney Client Communication, Attorney Work Product | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |