# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Waymo LLC

    Plaintiff (s),

V.

Uber Technologies, Inc., et al.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:17-cv-00939-WHA

Notice is hereby given that, subject to approval by the court, __Stroz Friedberg, LLC__ substitutes
(Party (s) Name)

__Melanie M. Blunschi__, State Bar No. __234264__ as counsel of record in
(Name of New Attorney)

place of __Robert B. Ellis and Kevin K. Chang, Kirkland & Ellis LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:  Latham & Watkins LLP
  Address:  505 Montgomery Street, Suite 2000
  Telephone:  (415) 391-0600  Facsimile (415) 395-8095
  E-Mail (Optional):

I consent to the above substitution.  */s/ Scott Brown*

Date:  8/15/2017

    (Signature of Party (s))

I consent to being substituted.  */s/ Robert B. Ellis*

Date:  8/15/2017  */s/ Kevin K. Chang*

    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  8/15/2017  */s/ Melanie M. Blunschi*

    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  August 15, 2017.  _____
    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**