MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR PRECIS LETTER REQUESTING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their Precis Letter Requesting Permission to File Motion for Summary Judgment. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Precis Letter Requesting Permission to File Motion for Summary Judgment ("Precis") | Highlighted Portions | Defendants (blue) Plaintiff (green) |
| Exhibit 2 | Highlighted Portions | Defendants (blue) Plaintiff (green) |
| Exhibit 3 | Entirety | Defendants |
| Exhibits 4-7 | Entirety | Plaintiff |

The blue-highlighted portions of the Precis, the blue-highlighted portions of Exhibit 2, and the entirety of Exhibit 3 contain highly confidential information regarding the technical details of Uber's LiDAR systems, including a detailed schematic showing how one element of the system functions. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical components of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The green-highlighted portions of the Precis, the green-highlighted portions of Exhibit 2, and the entireties of Exhibits 4-7 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this

1  case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in
2  accordance with Paragraph 14.4 of the Protective Order. (Yang Decl. ¶ 4.)
3      Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
4  documents at issue, with accompanying chamber copies.
5      Defendants served Waymo with this Administrative Motion to File Documents Under
6  Seal on August 15, 2017.
7      For the foregoing reasons, Defendants request that the Court enter the accompanying
8  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
9  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
10 ATTORNEYS' EYES ONLY."

Dated: August 15, 2017                MORRISON & FOERSTER LLP

                                      By:  */s/Arturo J. González*
                                           ARTURO J. GONZÁLEZ

                                      Attorneys for Defendants
                                      UBER TECHNOLOGIES, INC.,
                                      OTTOMOTTO LLC, and OTTO
                                      TRUCKING LLC