UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
| --- | --- |
| Precis Letter Requesting Permission to File Motion for Summary Judgment | Highlighted Portions (blue) Highlighted Portions (green) |
| Exhibit 2 | Highlighted Portions (blue) Highlighted Portions (green) |
| Exhibit 3 | Entirety |
| Exhibits 4-7 | Entirety |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge