# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                         )
                                   )
           Plaintiff,              )
                                   ) Case No.
       vs.                         ) 3:17-cv-000939-WHA
                                   )
UBER TECHNOLOGIES, INC.;           )
OTTOMOTTO LLC; OTTO TRUCKING,      )
INC.,                              )
                                   )
           Defendants.             )
_____)
```

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

VIDEOTAPED DEPOSITION OF JAMES HASLIM

San Francisco, California

Wednesday, August 9, 2017

Volume III

Reported by:

CARLA SOARES
CSR No. 5908
Job No. 2675900

Pages 404 - 724

|  |  |  |
|---|---|---|
| 1 | (Exhibit 585 was marked for identification | 17:15:50 |
| 2 | and is attached hereto.) | |
| 3 | BY MR. SCHMIDT: | |
| 4 | Q   Sir, I've placed before you the next | |
| 5 | exhibit in order, Exhibit 585. | 17:16:06 |
| 6 | Do you recognize this document? | |
| 7 | A   Yes. | |
| 8 | Q   What is this document? | |
| 9 | A   This is an e-mail I sent to Will Treichler | |
| 10 | and his manager, Thomas Smith, indicating that we | 17:16:14 |
| 11 | will go ahead and change the laser PCBs, and | |
| 12 | describes the changes that I'm requesting. | |
| 13 | Q   Okay.  So the first sentence of this | |
| 14 | message, you are requesting that Will go ahead and | |
| 15 | revise the laser PCBs as we discussed in regards to | 17:16:38 |
| 16 | the ███████████ correct? | |
| 17 | A   Yes. | |
| 18 | Q   But in the second sentence, you also state | |
| 19 | that ███████████████████████████████████ | |
| 20 | ████████ | 17:16:57 |
| 21 | Do you see that? | |
| 22 | A   Yes.  In the third sentence, I see that. | |
| 23 | Q   Did you make the decision to ██████ | |
| 24 | ████████████████████ | |
| 25 | A   If we need to label who made the decision, | 17:17:11 |

Page 691

| | | |
|---|---|---|
| 1 | I think I would characterize myself as -- if we need | 17:17:12 |
| 2 | to narrow it down to one person. | |
| 3 | But I also want to mention that I didn't | |
| 4 | make the decision in a vacuum but consulted with | |
| 5 | Florin. | 17:17:22 |
| 6 | Q   Is the plan at Uber to still go forward | |
| 7 | with the ███████████████████████████████ | |
| 8 | ██ ███ | |
| 9 | A   Yes. | |
| 10 | Q   When will that design change be complete? | 17:17:32 |
| 11 | A   I expect that design change to be | |
| 12 | complete -- let me correct my statement as I'm | |
| 13 | starting it. | |
| 14 | ███████████████████████████ | |
| 15 | ████████████████████████████████████ ████ | |
| 16 | █ ██████████████████████████████████████ ██ | |
| 17 | █ ███████████████████████ | |
| 18 | Q   And will that change have to be propagated | |
| 19 | throughout existing Fuji devices? | |
| 20 | A   That is my intent. | 17:18:13 |
| 21 | Q   How long do you think that process will | |
| 22 | take? | |
| 23 | A   I don't know. | |
| 24 | Q   Is there any -- strike that. | |
| 25 | Is it possible that Uber may leave | 17:18:36 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1     I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4     That the foregoing proceedings were taken
   before me at the time and place herein set forth;
5  that any witnesses in the foregoing proceedings,
6  prior to testifying, were administered an oath; that
7  a record of the proceedings was made by me using
8  machine shorthand which was thereafter transcribed
   under my direction; that the foregoing transcript is
9  a true record of the testimony given.
10    Further, that if the foregoing pertains to
11 the original transcript of a deposition in a Federal
12 Case, before completion of the proceedings, review
   of the transcript [X] was [ ] was not requested.
13    I further certify I am neither financially
14 interested in the action nor a relative or employee
15 of any attorney or any party to this action.
      IN WITNESS WHEREOF, I have this date
16 subscribed my name.
17
18 Dated: August 10, 2017
19
20
21
22
23       *Carla Soares*
24       CARLA SOARES
25       CSR No. 5908