# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                        )
                                  )
          Plaintiff,              )
                                  ) Case No.
          vs.                     ) 3:17-cv-000939-WHA
                                  )
UBER TECHNOLOGIES, INC.;          )
OTTOMOTTO LLC; OTTO TRUCKING,     )
INC.,                             )
                                  )
          Defendants.             )
_____ )
```

\*\*\* HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY \*\*\*

VIDEOTAPED DEPOSITION OF JAMES HASLIM

San Francisco, California

Wednesday, August 9, 2017

Volume III

Reported by:

CARLA SOARES
CSR No. 5908
Job No. 2675900

Pages 404 - 724

| | | |
|---|---|---|
| 1 | (Exhibit 585 was marked for identification | 17:15:50 |
| 2 | and is attached hereto.) | |
| 3 | BY MR. SCHMIDT: | |
| 4 | Q Sir, I've placed before you the next | |
| 5 | exhibit in order, Exhibit 585. | 17:16:06 |
| 6 | Do you recognize this document? | |
| 7 | A Yes. | |
| 8 | Q What is this document? | |
| 9 | A This is an e-mail I sent to Will Treichler | |
| 10 | and his manager, Thomas Smith, indicating that we | 17:16:14 |
| 11 | will go ahead and change the laser PCBs, and | |
| 12 | describes the changes that I'm requesting. | |
| 13 | Q Okay. So the first sentence of this | |
| 14 | message, you are requesting that Will go ahead and | |
| 15 | revise the laser PCBs as we discussed in regards to | 17:16:38 |
| 16 | the ███████████ correct? | |
| 17 | A Yes. | |
| 18 | Q But in the second sentence, you also state | |
| 19 | that ████████████████████████████████ | |
| | ████████ | 17:16:57 |
| 21 | Do you see that? | |
| 22 | A Yes. In the third sentence, I see that. | |
| 23 | Q Did you make the decision to ██████ | |
| | ████████████████████ | |
| 25 | A If we need to label who made the decision, | 17:17:11 |

Page 691

| | | |
|---|---|---|
| 1 | I think I would characterize myself as -- if we need | 17:17:12 |
| 2 | to narrow it down to one person. | |
| 3 | But I also want to mention that I didn't | |
| 4 | make the decision in a vacuum but consulted with | |
| 5 | Florin. | 17:17:22 |
| 6 | Q   Is the plan at Uber to still go forward | |
| 7 | with the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 8 | ▓▓▓ | |
| 9 | A   Yes. | |
| 10 | Q   When will that design change be complete? | 17:17:32 |
| 11 | A   I expect that design change to be | |
| 12 | complete -- let me correct my statement as I'm | |
| 13 | starting it. | |
| 14 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 15 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 17 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 18 | Q   And will that change have to be propagated | |
| 19 | throughout existing Fuji devices? | |
| 20 | A   That is my intent. | 17:18:13 |
| 21 | Q   How long do you think that process will | |
| 22 | take? | |
| 23 | A   I don't know. | |
| 24 | Q   Is there any -- strike that. | |
| 25 | Is it possible that Uber may leave | 17:18:36 |

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
     before me at the time and place herein set forth;
 5   that any witnesses in the foregoing proceedings,
 6   prior to testifying, were administered an oath; that
 7   a record of the proceedings was made by me using
 8   machine shorthand which was thereafter transcribed
     under my direction; that the foregoing transcript is
 9   a true record of the testimony given.
10            Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
     of the transcript [X] was [ ] was not requested.
13            I further certify I am neither financially
14   interested in the action nor a relative or employee
15   of any attorney or any party to this action.
              IN WITNESS WHEREOF, I have this date
16   subscribed my name.
17
18   Dated: August 10, 2017
19
20
21
22
23            [signature: Carla Soares]
24            CARLA SOARES
25            CSR No. 5908
```