IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE HEARING TODAY**

Defense counsel shall bring to the hearing today defendants' entire privilege log, or as much of it as is necessary for the Court to understand how "Uber logged documents discussing the five discs and their destruction" (Dkt. No. 806 at 3).

**IT IS SO ORDERED.**

Dated: August 16, 2017.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE