| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
|   | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 7 | Facsimile:    415.268.7522 |

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY RACHEL S. DOLPHIN** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that attorney Rachel S. Dolphin of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 305477) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned case.

Rachel S. Dolphin
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Phone:  (415) 268-7263
Fax:  (415) 268-7522
Email:  RDolphin@mofo.com

Dated:  August 16, 2017                           MORRISON & FOERSTER LLP

                                                  By:   /s/ Rachel S. Dolphin
                                                        RACHEL S. DOLPHIN

                                                  Attorneys for Defendants
                                                  UBER TECHNOLOGIES, INC.
                                                  and OTTOMOTTO LLC