UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO OTTO TRUCKING'S MOTION TO COMPEL** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its July 28, 2017 Opposition to Otto Trucking's Motion to Compel (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Opposition Letter Brief | Highlighted Portion | Waymo |
| Exhibit 4 to the Declaration of Jeff Nardinelli | Entire Document | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

　　　　　　　　　　　　　　　　　　　　HON. Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge