1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone:   415.268.7000
7  Facsimile:   415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington, D.C. 20005
   Telephone:   202.237.2727
12 Facsimile:   202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| 19          Plaintiff, | **DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1172).** |
| 20     v. | |
| 21  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 22          Defendants. | |
| 23 | |
| 24 | Judge: Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

DECLARATION OF MARTHA L. GOODMAN ISO UBER'S MOT. FOR RELIEF FROM NONDISPOSITIVE
PRETRIAL ORDER (DKT. 1172).
CASE NO. 3:17-CV-00939-WHA

I, Martha L. Goodman, declare as follows:

1. I am an attorney at law at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I make this declaration in support of Uber's Motion for Relief from Magistrate Judge Corley's August 14, 2017 Order re: Uber's Waiver of Privileged Communications (Dkt. 1172). I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of a document produced by Uber in this action bearing Bates number UBER00069659.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of August, 2017 at San Francisco, California.

By: */s/ Martha L. Goodman*
    Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn