UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., AND OTTOMOTTO LLC'S, MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER (DKT. 1172)**<br><br>Trial Date: October 2, 2017 |

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  (collectively, "Uber") Motion for Relief from Nondispositive Pretrial Order (Dkt. 1172) pursuant
3  to Local Rule 72-2, and having given Plaintiff Waymo LLC ("Waymo") an opportunity to
4  respond, the Court hereby GRANTS Uber's Motion.
5  IT IS HEREBY ORDERED that Magistrate Judge Corley's August 14, 2017 Order re:
6  Uber's Waiver of Privileged Communications (Dkt. 1172) is VACATED, and Plaintiff Waymo's
7  Motion to Compel documents and communications related to Mr. Levandowski's reasons for
8  invoking the Fifth Amendment and downloading files (Dkt. 1060) is DENIED.

**SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM H. ALSUP
United States District Court Judge