# EXHIBIT 1

Message

| From: | Anthony Levandowski [robot@uber.com] |
|---|---|
| Sent: | 3/28/2017 5:29:35 AM |
| To: | Anthony Levandowski [a@ot.to]; Austin Geidt [austin@uber.com]; Suzy Sammons [suzys@uber.com]; Travis Kalanick [travis@uber.com] |
| CC: | Angela Padilla [angela.padilla@uber.com]; Chelsea Kohler [chelseamk@uber.com]; Rachel Keitzer [rkeitzer@uber.com] |
| Subject: | Re: ATG/Tempe all-hands questions |

Thanks Suzy,
I am prepared to answer the Tempe collision question, and will let Angela answer any waymo question that might pop up.

-A

On Mon, Mar 27, 2017 at 10:21 PM Suzy Sammons <suzys@uber.com> wrote:
  Hi Anthony, Austin, Travis

  There are a handful of questions on ATG/Tempe for tomorrow's all hands. The question below is the one we'll have on a slide for you to answer, also in this doc. We might get live questions too.

  Suggest we restate the facts Austin laid out in her email today. **Anthony:** you should plan to answer as Austin may not be at the all hands. Let me know if you have thoughts/edits on this approach.

  For any Waymo question, Angela will answer. We clarified last week that we can't provide any more detail on the lawsuit.

  Thanks,
  Suzy

  **Question:** *After the crash in Arizona, the local news repeatedly referred to our cars as "driverless Ubers", which is a misrepresentation. Readers naturally assumed Uber was at fault and were unaware of the role of the safety driver.*

  *Have we considered changing the messaging around our cars, much like what Tesla did with the "Autopilot" branding, to be closer to the truth about the cars' capabilities and downplay their self-driving qualities?*

  **Answer:**

  - Austin answered part of this question with her email yesterday.
  - On Friday, one of our self-driving vehicles was involved in an incident in Tempe
  - We paused our development operations and passenger pilots in Tempe, SF and Pittsburgh this weekend while we worked to understand what had happened
  - We were able to quickly confirm that our vehicle was in self-driving mode, with no backseat passengers, and that no one reported serious injuries.
  - Police in Tempe confirmed the self-driving SUV was obeying the law and the driver in the other car who didn't yield at an intersection was cited for a moving violation after the Friday night crash
  - We were able to get self-driving Ubers back on the road in Tempe, San Francisco and Pittsburgh yesterday
  - Super proud of the team: who worked so hard to review the situation, quickly and objectively, to get the cars back on the road -- it was excellent example of cross team collaboration.
  - On the messaging, our car was in self-driving mode, and we believe that's still an accurate description of the capabilities we are testing

CONFIDENTIAL
UBER00065659

--

Suzy Sammons



suzys@uber.com

CONFIDENTIAL