1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC 20005
   Telephone: 202.237.2727
12 Facsimile: 202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF SARAH N. DAVIS** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

NOTICE OF APPEARANCE OF SARAH N. DAVIS
CASE NO. 3:17-cv-00939-WHA
sf-3815255

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Sarah N. Davis of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 275145) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned case.

> Sarah N. Davis
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94105
> Phone: (415) 268-7000
> Fax:  (415) 268-7522
> Email:  SarahDavis@mofo.com

Dated:  August 16, 2017                    MORRISON & FOERSTER LLP

                                           By:   */s/ Sarah N. Davis*
                                                 SARAH N. DAVIS

                                           Attorneys for Defendants
                                           UBER TECHNOLOGIES, INC.
                                           and OTTOMOTTO LLC