| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
|   | RudyKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
|    | 1401 New York Avenue, N.W. |
| 11 | Washington DC 20005 |
|    | Telephone: 202.237.2727 |
| 12 | Facsimile: 202.237.6131 |
| 13 | Attorneys for Defendants |
|    | UBER TECHNOLOGIES, INC. |
| 14 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | Case No. | 3:17-cv-00939-WHA |
| Plaintiff, | | |
| v. | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S REBUTTAL CLAIM CONSTRUCTION BRIEF** | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
| Defendant. | Trial Date: October 10, 2017 | |

I, Michelle Yang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the District of Columbia. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Rebuttal Claim Construction Brief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpted pages of the deposition transcript of Andrew Wolfe, Ph.D., taken on August 11, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 4,648,093 (Sasnett et al.), filed on September 6, 1984 and issued on March 3, 1987.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 2017, at Los Angeles, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 16, 2017          */s/ Michael A. Jacobs*
MICHAEL A. JACOBS

YANG DECLARATION ISO DEFENDANTS UBER AND OTTOMOTTO'S REBUTTAL CLAIM CONSTRUCTION BRIEF
Case No. 3:17-cv-00939-WHA
pa-1798787

1