1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL ITS OPPOSITION TO<br>UBER'S MOTION TO COMPEL RFP &<br>ROG RESPONSES, ENFORCE ORDER,<br>AND COMPEL 30(B)(6) TESTIMONY** |

11

12

13

14

15

16

17

18

        Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

19

Portions of its August 17, 2017 Opposition to Uber's Motion to Compel RFP & ROG Reponses,

20

Enforce Order, and Compel 30(b)(6) Testimony (the "Administrative Motion").

21

22

23

24

25

26

27

28

1   Having considered the Administrative Motion, and good cause to seal having been shown, the

2   Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

3   below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's August 17, 2017 Opposition to Uber's Motion to Compel RFP & ROG Reponses, Enforce Order, and Compel 30(b)(6) Testimony | Portions highlighted in green | Waymo |

10       **IT IS SO ORDERED.**

12   Dated:  _____, 2017

                                                    _____
13                                                  HON. WILLIAM ALSUP
                                                    United States District Court Judge
14