1  SINGER / BEA LLP
    Benjamin L. Singer (Bar. No. 264295)
2    bsinger@singerbea.com
    Walter C. Pfeffer (Bar No. 289421)
3    wpfeffer@singerbea.com
   601 Montgomery Street, Suite 1950
4  San Francisco, CA 94111
   Telephone:  (415) 500-6080
5  Facsimile:    (415) 500-6080

6  Attorneys for Non-Parties Aurora Innovation, Inc.,
   Christopher Urmson, Nuro, Inc., and David Ferguson
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | WAYMO, LLC, | CASE NO. 3:17-CV-00939 |
|---|---|---|
| 13 | Plaintiff, | **NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DISCOVERY LETTER BRIEF AND ACCOMPANYING DECLARATIONS** |
| 14 | v. | |
| 15 | UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | Date: TBD<br>Time: TBD |
| 19 | | Courtroom: F (15th Floor)<br>Judge: Hon. Jacqueline Scott Corley |
| 20 | | Trial Date: October 2, 2017 |

1   Pursuant to Local Rules 7-11 and 79-5, nonparties Aurora Innovation, Inc., Christopher
2   Urmson, Nuro, Inc., and David Ferguson (the "Nonparties") submit this administrative motion for an
3   order to file under seal the highlighted Discovery Letter Brief and the accompanying Declaration of
4   Christopher Urmson and Declaration of David Ferguson.  The highlighted portions of these
5   documents contain information that should be designated "Highly Confidential — Attorneys' Eyes
6   Only" under the Protective Order in this case.  *See* Declaration of Walter C. Pfeffer in Support of
7   Nonparties' Administrative Motion to Seal Portions of Discovery Letter Brief and Accompanying
8   Declarations at ¶¶ 1–3.

9   Pursuant to Civil Local Rule 79-5(d)(2), the Nonparties will lodge with the Clerk the
10  documents at issue, with accompanying chamber copies.  The Nonparties have served all parties
11  with this motion on August 17, 2017.

Date:  August 17, 2017                        Respectfully submitted,

                                              SINGER / BEA LLP

                                              By: /s/ Walter C. Pfeffer
                                                  Walter C. Pfeffer
                                                  *Attorneys for Non-Parties Aurora Innovation, Inc.,*
                                                  *Christopher Urmson, Nuro, Inc., and David Ferguson*

- 1 -
NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL PORTIONS OF DISCOVERY LETTER BRIEF AND ACCOMPANYING DECLARATIONS
CASE NO. 3:17-CV-00939