1  SINGER / BEA LLP
   Benjamin L. Singer (Bar. No. 264295)
2   bsinger@singerbea.com
   Walter C. Pfeffer (Bar No. 289421)
3   wpfeffer@singerbea.com
   601 Montgomery Street, Suite 1950
4  San Francisco, CA  94111
   Telephone:   (415) 500-6080
5  Facsimile:      (415) 500-6080

6  Attorneys for Non-Parties Aurora Innovation, Inc.,
   Christopher Urmson, Nuro, Inc., and David Ferguson
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | WAYMO, LLC, | CASE NO. 3:17-CV-00939
13 | Plaintiff, | **WALTER C. PFEFFER'S DECLARATION IN SUPPORT OF NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DISCOVERY LETTER BRIEF AND ACCOMPANYING DECLARATIONS**
14 | v. |
15 | UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC |
16 | |
17 | |
18 | Defendants. |
19 |  | Date: TBD
20 |  | Time: TBD
   |  | Courtroom: F (15th Floor)
21 |  | Judge: Hon. Jacqueline Scott Corley
   |  | Trial Date: October 2, 2017

---

WALTER C. PFEFFER'S DECLARATION IN SUPPORT OF NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON,
NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DISCOVERY LETTER
BRIEF AND ACCOMPANYING DECLARATIONS
CASE NO. 3:17-CV-00939

I, Walter C. Pfeffer, declare as follows:

1. I am an associate at the law firm of Singer Bea LLP representing nonparties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and David Ferguson (together, the "Nonparties"). I am a member in good standing of the Bar of the state of California. I make this declaration based upon matters within my personal knowledge and, if called as a witness, could and would testify competently to the matters set forth herein. I make this declaration in support of the Nonparties Motion to File Under Seal Portions of Discovery Letter Brief ("Motion") and Accompanying Declarations.

2. I have reviewed the redactions made the Nonparties' Motion, the Declaration of Christopher Urmson in Support of the Motion, and the Declaration of David Ferguson in Support of the Motion and determined that the selected portions merit the designation of "Highly Confidential — Attorneys' Eyes Only pursuant to the Protective Order in this case, and should be sealed accordingly.

3. The Nonparties' request to seal is narrowly tailored in accordance with the Local Rules of the Northern District of California and the Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2017 in San Francisco, California.

_____
Walter C. Pfeffer