```
1  SINGER / BEA LLP
      Benjamin L. Singer (Bar. No. 264295)
2     bsinger@singerbea.com
      Walter C. Pfeffer (Bar No. 289421)
3     wpfeffer@singerbea.com
   601 Montgomery Street, Suite 1950
4  San Francisco, CA  94111
   Telephone:  (415) 500-6080
5  Facsimile:     (415) 500-6080

6  Attorneys for Non-Parties Aurora Innovation, Inc.,
   Christopher Urmson, Nuro, Inc., and David Ferguson
7
```

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO TRUCKING LLC<br><br>          Defendants. | CASE NO. 3:17-CV-00939<br><br>**[PROPOSED] ORDER GRANTING NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Courtroom: F (15th Floor)<br>Judge: Hon. Jacqueline Scott Corley<br>Trial Date: October 2, 2017 |

---

[PROPOSED] ORDER GRANTING NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939

1  Having considered nonparties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and
2  David Ferguson's Motion to File Under Seal Portions of Discovery Letter Brief ("Motion") and all
3  evidence and papers submitted therewith, and finding that good cause exist, the Court hereby
4  GRANTS that Motion and ORDERS that the highlighted portions of the Nonparties' Discovery
5  Letter Brief, the Declaration of Christopher Urmson in Support of the Discovery Letter Brief, and
6  the Declaration of David Ferguson in Support of the Discovery Letter Brief shall be sealed.

**IT IS SO ORDERED.**

Dated: _____    _____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge