1  SINGER / BEA LLP
     Benjamin L. Singer (Bar. No. 264295)
2    bsinger@singerbea.com
     Walter C. Pfeffer (Bar No. 289421)
3    wpfeffer@singerbea.com
   601 Montgomery Street, Suite 1950
4  San Francisco, CA 94111
   Telephone:  (415) 500-6080
5  Facsimile:     (415) 500-6080

6  Attorneys for Non-Parties Aurora Innovation, Inc.,
   Christopher Urmson, Nuro, Inc., and David Ferguson
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | WAYMO, LLC,                          | CASE NO. 3:17-CV-00939
13 |                                      |
   |        Plaintiff,                    | **DECLARATION OF CHRISTOPHER URMSON IN SUPPORT OF NON-PARTIES CHRISTOPHER URMSON AND AURORA INNOVATION, INC'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER**
14 | v.                                   |
15 |                                      |
   | UBER TECHNOLOGIES, INC.;             |
16 | OTTOMOTTO LLC; and OTTO TRUCKING     |
   | LLC                                  |
17 |                                      |
18 |        Defendants.                   | Date: TBD
   |                                      | Time: TBD
19 |                                      | Courtroom: F (15th Floor)
   |                                      | Judge: Hon. Jacqueline Scott Corley
20 |                                      | Trial Date: October 2, 2017

21

22

23

24

25              **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

26

27

28

---
DECLARATION OF CHRISTOPHER URMSON IN SUPPORT OF NON-PARTIES CHRISTOPHER URMSON AND AURORA INNOVATION,
INC'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER
CASE NO. 3:17-CV-00939

# DECLARATION OF CHRISTOPHER URMSON

I, Christopher Urmson, declare and state as follows:

1. I am the CEO and founder of Aurora Innovation, Inc. ("Aurora"), which I understand has been subpoenaed by Uber Technologies, Inc. and Ottomotto LLC (together, "Defendants") in the above-captioned litigation. The matters set forth herein are based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. As a technology company in Silicon Valley, maintaining the confidentiality of trade secret and other sensitive commercial information is critical to Aurora's success.

4. Aurora has enacted a number of mechanisms in order to maintain the secrecy of its Confidential Information. Among others, Aurora limits the number of people with access to sensitive information, maintains strict internal policies regarding confidentiality, has avoided releasing any information regarding its developments and products, and utilizes nondisclosure and similar agreements whenever confidential information must be discussed outside of the company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Christopher Urmson

---

- 1 -
DECLARATION OF CHRISTOPHER URMSON IN SUPPORT OF NON-PARTIES CHRISTOPHER URMSON AND AURORA INNOVATION, INC'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER
CASE NO. 3:17-CV-00939