SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Walter C. Pfeffer (Bar No. 289421)
  wpfeffer@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:   (415) 500-6080
Facsimile:      (415) 500-6080

Attorneys for Non-Parties Aurora Innovation, LLC,
Christopher Urmson, Nuro, Inc., and David Ferguson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC <br><br> Defendants. | CASE NO. 3:17-CV-00939 <br><br> **DECLARATION OF DAVID FERGUSON IN SUPPORT OF NON-PARTIES DAVID FERGUSON AND NURO, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: F (15th Floor) <br> Judge: Hon. Jacqueline Scott Corley <br> Trial Date: October 2, 2017 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# DECLARATION OF DAVID FERGUSON

I, David Ferguson, declare and state as follows:

1. I am the President and co-founder of Nuro, Inc. ("Nuro"), which I understand has been subpoenaed by Uber Technologies, Inc. and Ottomotto LLC (together, "Defendants") in the above-captioned litigation. The matters set forth herein are based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. As a technology company in Silicon Valley, maintaining the confidentiality of our trade secret and other sensitive commercial information is critical to Nuro's success.

3. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. Nuro has enacted a number of mechanisms in order to maintain the secrecy of its Confidential Information. Among others, Nuro limits the number of people with access to sensitive information, maintains strict internal policies regarding confidentiality, has avoided releasing any information regarding its developments and products, and utilizes nondisclosure and similar agreements whenever confidential information must be discussed outside of the company.

5. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. ███████████████████████████████████████████████████████████████████

- 1 -
DECLARATION OF DAVID FERGUSON IN SUPPORT OF NON-PARTIES DAVID FERGUSON AND NURO, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER
CASE NO. 3:17-CV-00939

1  ███████████████████████████████████████████████████████████
2  ███████████████████████████████████████████
3  7.  ███████████████████████████████████████████████
4  ███████████████████████████████████████████████████
5  ███████████████████████████████████████████████████
6  ███████████████████████████████████████████████████
7  ███████████████████████████████████████████████████████
8  ████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



David Ferguson