SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Walter C. Pfeffer (Bar No. 289421)
  wpfeffer@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:   (415) 500-6080
Facsimile:     (415) 500-6080

Attorneys for Non-Parties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and David Ferguson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, | CASE NO. 3:17-CV-00939 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC | |
| Defendants. | |

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Singer / Bea LLP, 601 Montgomery Street, Suite 1950, San Francisco, CA 94111.

On **August 17, 2017**, I caused to be served true copies of:

- NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DISCOVERY LETTER BRIEF AND ACCOMPANYING DECLARATIONS

- WALTER C. PFEFFER'S DECLARATION IN SUPPORT OF NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DISCOVERY LETTER BRIEF AND ACCOMPANYING DECLARATIONS

- [PROPOSED] ORDER GRANTING NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

- DECLARATION OF CHRISTOPHER URMSON IN SUPPORT OF NON-PARTIES CHRISTOPHER URMSON AND AURORA INNOVATION, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER [REDACTED]

- DECLARATION OF CHRISTOPHER URMSON IN SUPPORT OF NON-PARTIES CHRISTOPHER URMSON AND AURORA INNOVATION, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER [UNREDACTED]

- DECLARATION OF DAVID FERGUSON IN SUPPORT OF NON-PARTIES DAVID FERGUSON AND NURO, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER [REDACTED]

- DECLARATION OF DAVID FERGUSON IN SUPPORT OF NON-PARTIES DAVID FERGUSON AND NURO, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER [UNREDACTED]

- NON-PARTIES DAVID FERGUSON AND NURO, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER [REDACTED]

- NON-PARTIES DAVID FERGUSON AND NURO, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER [UNREDACTED]

On the parties in this action as follows:

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com<br><br><br><br><br><br><br><br><br><br><br><br>lcunningham@wsgr.com |
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP 135 Commonwealth Drive Menlo Park, CA94025<br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | nchatterjee@goodwinlaw.com<br>bschuman@goodwinlaw.com<br>rwalsh@goodwinlaw.com<br>DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP Russ Building<br>235 Montgomery Street, 17th Floor<br><br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |
| Hamish Hume<br>Joshua Stein<br>David Zifkin<br>Boies Schiller Flexner LLP<br>1401 New York Avenue, NW<br>Washington DC 20005<br>*Attorneys for Defendant Uber Technologies, Inc.* | hhume@BSFLLP.com<br><br>jstein@BSFLLP.com<br>dzifkin@BSFLLP.com |

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true
2  and correct.  Executed on August 17, 2017, at San Francisco, California.
3
4  Dated: August 17, 2017            /s/ Walter Pfeffer
5                                    Walter Pfeffer