1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC 20005
   Telephone: 202.237.2727
12 Facsimile: 202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE BY LING CHOI JACKIE CHENG** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that attorney Ling Choi Jackie Cheng of Morrison & Foerster

3  LLP, a member of the State Bar of California (CA SBN 307372) and admitted to practice before

4  this Court, and whose contact information appears below, hereby enters an appearance as an

5  attorney of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-

6  captioned case.

> Ling Choi Jackie Cheng
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, California 94304
> Phone:  (650) 813-5600
> Fax:  (650) 494-0792
> Email:  JCheng@mofo.com

Dated:  August 17, 2017        MORRISON & FOERSTER LLP

By:  */s/ Ling Choi Jackie Cheng*
     LING CHOI JACKIE CHENG

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

---

NOTICE OF APPEARANCE BY LING CHOI JACKIE CHENG
CASE NO. 3:17-cv-00939-WHA
pa-1798974