```
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (Pro Hac Vice)
kdunn@bsfllp.com
HAMISH P.M. HUME (Pro Hac Vice)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE BY THOMAS J. PARDINI** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Thomas J. Pardini of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 313401) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned case.

> Thomas J. Pardini
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Phone:  (415) 268-7263
> Fax:  (415) 268-7522
> Email:  TPardini@mofo.com

Dated: August 17, 2017                    MORRISON & FOERSTER LLP

By:  */s/ Thomas J. Pardini*
     THOMAS J. PARDINI

Attorney for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC