IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>   Defendants. | No. C 17-00939 WHA<br><br>**ORDER AFTER HEARING** |

As stated on the record during the hearing yesterday, plaintiff Waymo LLC's motions for order to show cause (Dkt. Nos. 677, 847) are **HELD IN ABEYANCE**, except that defendant Otto Trucking LLC shall fully comply with the expedited discovery and provisional relief orders (Dkt. Nos. 61, 433) by **TOMORROW AT NOON**. Additionally, Waymo may propose jury instructions according to the guidelines discussed at the hearing. Defendants' motions to strike damages (Dkt. Nos. 797, 942) are also **HELD IN ABEYANCE**. Their motion to strike trade secret claims (Dkt. No. 1108) is **DENIED IN PART** and otherwise **HELD IN ABEYANCE**. Any party that wishes to move for summary judgment must request permission to do so by filing a précis pursuant to Paragraph 9 of the case management order (Dkt. No. 563) by **AUGUST 22 AT NOON**.

   **IT IS SO ORDERED.**

Dated: August 17, 2017.

                                                                        _____
                                                                        WILLIAM ALSUP
                                                                        UNITED STATES DISTRICT JUDGE