Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Waymo, LLC,                                   )
                                              )   Case No: 17-cv-00939-WH
                        Plaintiff(s),         )
                                              )   **APPLICATION FOR**
        v.                                    )   **ADMISSION OF ATTORNEY**
                                              )   **PRO HAC VICE**
Uber Technologies, Inc., et al.,              )   (CIVIL LOCAL RULE 11-3)
                                              )
                        Defendant(s).         )
                                              )

I, Halley W. Josephs_____, an active member in good standing of the bar of
New York Supreme Court___, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Uber Technologies, Inc._____ in the
above-entitled action. My local co-counsel in this case is Arturo J. Gonzalez_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1301 Avenue of the Americas, 32nd Fl. New York, NY  10019 | 425 Market Street San Francisco, CA  94105-2482 |
| MY TELEPHONE # OF RECORD: (212) 336-8330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 268-7020 |
| MY EMAIL ADDRESS OF RECORD: hjosephs@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: agonzalez@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5348214_____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  8/18/17

                                              Halley W. Josephs
                                              _____
                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Halley W. Josephs_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:

                                              _____
                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

*Halley Wilder Josephs*

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 15th day of May, 2015, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 30th day of September, 2016.*

*Robert D Mayberger*

*Clerk*