# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Waymo, LLC,                                )
                                           )   Case No: 17-cv-00939-WH
                        Plaintiff(s),      )
                                           )   **APPLICATION FOR**
            v.                             )   **ADMISSION OF ATTORNEY**
                                           )   **PRO HAC VICE**
Uber Technologies, Inc., et al.,           )   (CIVIL LOCAL RULE 11-3)
                                           )
                        Defendant(s).      )
                                           )

I, John P. Lahad, an active member in good standing of the bar of Texas Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Uber Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Arturo J. Gonzalez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1000 Louisiana Street, Suite 5100 Houston, TX  77002 | 425 Market Street San Francisco, CA  94105-2482 |
| MY TELEPHONE # OF RECORD: (713) 653-7859 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 268-7020 |
| MY EMAIL ADDRESS OF RECORD: jlahad@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: agonzalez@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24068095.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  8/18/17

John P. Lahad
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John P. Lahad is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  August 18, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                 *October 2012*