# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Waymo LLC

    Plaintiff(s),

v.

Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC

    Defendant(s).

Case No: 3:17-cv-00939-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, **Todd Marabella**, an active member in good standing of the bar of **Massachusetts Supreme Judicial Court**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Defendant: Otto Trucking LLC** in the above-entitled action. My local co-counsel in this case is **Hong-An Vu**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| GOODWIN PROCTER, LLP<br>100 North Avenue,<br>Boston, MA 02210 | GOODWIN PROCTER, LLP<br>601 S. Figueroa Street, 41ST Floor<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD:<br>Tel. 617.570.1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>Tel. 213.426.2500 |
| MY EMAIL ADDRESS OF RECORD:<br>TMarabella@goodwinlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>HVu@goodwinlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 682525.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 18, 2017                  /s/ Todd Marabella

                                                       APPLICANT
                                                       TODD MARABELLA

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of **Todd Marabella** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                                     HON. WILLIAM ALSUP

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **November** A.D. **2011**, said Court being the highest Court of Record in said Commonwealth:

## Todd Joseph Marabella

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **August** in the year of our Lord **two thousand and seventeen.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 18, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **August 18, 2017**.

/s/   Todd Marabella
TODD MARABELLA