**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Waymo LLC

Plaintiff(s),

v.

Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC

Defendant(s).

Case No: 3:17-cv-00939-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Todd Marabella, an active member in good standing of the bar of Massachusetts Supreme Judicial Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant: Otto Trucking LLC in the above-entitled action. My local co-counsel in this case is Hong-An Vu, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| GOODWIN PROCTER, LLP<br>100 North Avenue,<br>Boston, MA  02210 | GOODWIN PROCTER, LLP<br>601 S. Figueroa Street, 41ST Floor<br>Los Angeles, CA  90017 |
| My telephone # of record:<br>Tel. 617.570.1000 | Local co-counsel's telephone # of record:<br>Tel. 213.426.2500 |
| My email address of record:<br>TMarabella@goodwinlaw.com | Local co-counsel's email address of record:<br>HVu@goodwinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 682525.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 18, 2017                              /s/ Todd Marabella

APPLICANT
TODD MARABELLA

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Todd Marabella is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  August 18, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE
HON. WILLIAM ALSUP

*PRO HAC VICE* APPLICATION & ORDER                                                                          *October 2012*