IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER RE INTERNET AND SOCIAL MEDIA SEARCHES OF JURORS** |

Both sides shall please carefully review the undersigned judge's prior "Order re Internet and Social Media Searches of Jurors" filed in another high-profile case at *Oracle Am., Inc. v. Google Inc.*, 172 F. Supp. 3d 1100 (2016). The concerns and reasoning articulated in that order apply to this case as well. By **AUGUST 25 AT NOON**, both sides shall **SHOW CAUSE**, if any, why the procedure set forth in the *Oracle* order should not be used herein. *See id.* at 1103–04.

**IT IS SO ORDERED.**

Dated: August 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE