1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:     415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington, D.C.  20005
   Telephone:    202.237.2727
12 Facsimile:     202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF DAVID ZIFKIN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S OPPOSITION TO THE URMSON PARTIES' MOTION TO QUASH AND MODIFY SUBPOENAS.** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge: Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

DECLARATION OF DAVID ZIFKIN ISO UBER'S OPP. TO URMSON PARTIES' MOTION TO QUASH AND MODIFY SUBPOENAS
CASE NO. 3:17-CV-00939-WHA

I, David Zifkin, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I make this declaration in support of Uber's Opposition to the Urmson Parties' Motion to Quash and Modify Subpoenas (Dkt. 1240-8). I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of an article by Danielle Muoio titled "The former head of Google's self-driving car project has secretly been working on his own startup," published in BUSINESS INSIDER on January 26, 2017.

3. Attached as **Exhibit 2** is a true and correct copy of an article by Mark Bergen and Johana Bhuiyan titled "Google's self-driving car unit is losing three key execs," published in RECODE on August 5, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2017 at Santa Monica, California.

Dated: August 18, 2017

By:  */s/ David Zifkin*
         David Zifkin

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that David Zifkin has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn