SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Walter C. Pfeffer (Bar No. 289421)
  wpfeffer@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:   (415) 500-6080
Facsimile:      (415) 500-6080

Attorneys for Non-Parties Aurora Innovation, Inc.,
Christopher Urmson, Nuro, Inc., and David Ferguson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC<br><br>          Defendants. | CASE NO. 3:17-CV-00939<br><br>**NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO SEAL DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO DISCOVERY LETTER BRIEF**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: F (15th Floor)<br>Judge: Hon. Jacqueline Scott Corley<br>Trial Date: October 2, 2017 |

1  Pursuant to Local Rules 7-11 and 79-5, nonparties Aurora Innovation, Inc., Christopher
2  Urmson, Nuro, Inc., and David Ferguson (the "Nonparties") submit this administrative motion for an
3  order to seal Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Opposition
4  to the Nonparties' Discovery Letter Brief (Dkt. 1264) ("Opposition").  The Opposition contains
5  unsupported assumptions regarding what technologies and applications the Nonparties are and are
6  not working on, could cause significant damage to these startup companies if they remain public.
7  *See* Declaration of Christopher Urmson in Support of Nonparties' Discovery Letter Brief (Dkts.
8  1240-3, 1240-4) at ¶¶ 2–5; Declaration of David Ferguson in Support of Nonparties' Discovery
9  Letter Brief (Dkts. 1240-5, 1240-6) at ¶¶ 2–7.  The Nonparties have made clear that any discussion
10 of their sensitive trade secret and confidential commercial information should be designated "Highly
11 Confidential — Attorneys' Eyes Only" under the Protective Order in this case.  *See* Nonparties'
12 Administrative Motion to Seal Portions of Discovery Letter Brief and Accompanying Declarations
13 (Dkt. 1240); *see also* Declaration of Walter C. Pfeffer in Support of Motion to Seal Defendants'
14 Opposition at ¶¶ 2–3.

15 Defendants' brazen public statements regarding information that they do not know and that
16 has already been identified as extremely sensitive makes clear why the protective order provides the
17 Nonparties with no comfort whatsoever that their trade secret and confidential information will
18 remain secret.  Defendants were well aware of the sensitive nature of any discussions regarding that
19 information—they were certainly aware that the Nonparties had gone to the trouble and expense of
20 moving to seal their Motion—and nonetheless publicly broadcast wildly unsupported assumptions
21 regarding the Nonparties' businesses with wanton disregard for the effect those statements could
22 have.  The Nonparties therefore respectfully request that Defendants' Opposition be sealed
23 immediately.
24 //
25 //
26 //
27 //
28

Pursuant to Civil Local Rule 79-5(d)(2), the Nonparties will lodge with the Clerk the documents at issue, with accompanying chamber copies. The Nonparties have served all parties with this motion on August 18, 2017.

Date: August 18, 2017

Respectfully submitted,

SINGER / BEA LLP

By: *Walter C. Pfeffer* (signature)
Walter C. Pfeffer
*Attorneys for Non-Parties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and David Ferguson*

- 2 -

NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO SEAL DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO DISCOVERY LETTER BRIEF
CASE NO. 3:17-CV-00939