SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Walter C. Pfeffer (Bar No. 289421)
  wpfeffer@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

Attorneys for Non-Parties Aurora Innovation, Inc.,
Christopher Urmson, Nuro, Inc., and David Ferguson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO TRUCKING LLC<br><br>    Defendants. | CASE NO. 3:17-CV-00939<br><br>**[PROPOSED] ORDER GRANTING NONPARTIES AURORA INNOVATION, INC., CHRISTOPHER URMSON, NURO, INC., AND DAVID FERGUSON'S ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION UNDER SEAL**<br><br>Courtroom: F (15th Floor)<br>Judge: Hon. Jacqueline Scott Corley<br>Trial Date: October 2, 2017 |

| | |
|---|---|
| 1 | Having considered nonparties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and |
| 2 | David Ferguson's Motion to File Under Seal Defendants Uber Technologies, Inc. and Ottomotto |
| 3 | LLC's Opposition to Discovery Letter Brief ("Motion") and all evidence and papers submitted |
| 4 | therewith, and finding that good cause exist, the Court hereby GRANTS that Motion and ORDERS |
| 5 | that the Opposition to Discovery Letter Brief shall be sealed. |

**IT IS SO ORDERED.**

Dated: _____   _____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge