MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO THE URMSON PARTIES' MOTION TO QUASH AND MODIFY SUBPOENAS**<br><br>Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal exhibits to Uber's Motion to Compel the Production of Documents. Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition Letter Brief | Highlighted Portions | Nonparties Aurora Innovations, Inc. ("Aurora") and Nuro, Inc. ("Nuro"). |

The highlighted portions of the Opposition Letter Brief contain information that Aurora and Nuro have designated "Highly Confidential – Attorneys' Eyes Only" and they have asked Uber to file under seal. (*See* David Zifkin Decl. ISO Uber's Administrative Motion to File Documents Under Seal, ¶ 3.) Uber does not believe any of this information warrants sealing.

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies. Uber served Aurora and Nuro with this motion on August 18, 2017.

Dated: August 18, 2017                     BOIES SCHILLER FLEXNER LLP

                                            By:  */s/ Karen L. Dunn*
                                                 Karen L. Dunn

                                            *Counsel for Defendants*
                                            UBER TECHNOLOGIES, INC. AND
                                            OTTOMOTTO LLC