MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF DAVID ZIFKIN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO THE URMSON PARTIES' MOTION TO QUASH AND MODIFY SUBPOENAS**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, David Zifkin, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Administrative Motion to File Under Seal Their Opposition to the Urmson Parties' Motion to Quash and Modify Subpoenas.

2. I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition Letter Brief | Highlighted Portions | Nonparties Aurora Innovations, Inc. ("Aurora") and Nuro, Inc. ("Nuro"). |

3. The highlighted portions of the Opposition Letter Brief contain information that I understand Aurora and Nuro consider to be "Highly Confidential – Attorneys' Eyes Only." Aurora and Nuro's counsel asked me to file those portions of the Opposition Letter Brief under seal.

4. Uber's request to seal is narrowly tailored to the information Waymo asked to be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2017 at Santa Monica, California.

Dated: August 18, 2017                BOIES SCHILLER FLEXNER LLP

                                      By:  */s/ David Zifkin*
                                           David Zifkin

1

DECLARATION OF DAVID ZIFKIN ISO UBER'S ADMIN. MTN TO FILE UNDER SEAL EXHIBITS THEIR OPPOSITION TO THE URMSON PARTIES' MOTION TO QUASH AND MODIFY SUBPOENAS
CASE NO. 3:17-CV-00939-WHA

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that ATTY has concurred in this filing.

Dated: August 18, 2017

                                                             */s/   Karen L. Dunn*
                                                                  Karen L. Dunn