1    MICHAEL A. JACOBS (CA SBN 111664)
     MJacobs@mofo.com
2    ARTURO J. GONZÁLEZ (CA SBN 121490)
     AGonzalez@mofo.com
3    ERIC A. TATE (CA SBN 178719)
     ETate@mofo.com
4    RUDY Y. KIM (CA SBN 199426)
     RKim@mofo.com
5    MORRISON & FOERSTER LLP
     425 Market Street
6    San Francisco, California  94105-2482
     Telephone:     415.268.7000
7    Facsimile:     415.268.7522

8    KAREN L. DUNN (*Pro Hac Vice*)
     kdunn@bsfllp.com
9    HAMISH P.M. HUME (*Pro Hac Vice*)
     hhume@bsfllp.com
10   BOIES SCHILLER FLEXNER LLP
     1401 New York Avenue, N.W.
11   Washington, D.C.  20005
     Telephone:     202.237.2727
12   Facsimile:     202.237.6131

13   *Counsel for Defendants*
     UBER TECHNOLOGIES, INC.
14   and OTTOMOTTO LLC

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18   WAYMO LLC,                           Case No. 3:17-cv-00939-WHA

19              Plaintiff,                **DEFENDANTS UBER
                                          TECHNOLOGIES, INC.'S AND
20        v.                              OTTOMOTTO LLC'S
                                          ADMINISTRATIVE MOTION TO
21   UBER TECHNOLOGIES, INC.,             REMOVE DOCUMENT WITH
     OTTOMOTTO LLC; OTTO TRUCKING LLC,    NONPARTY CONFIDENTIAL
22                                        INFORMATION: DKT. 1264**
              Defendants.
23
                                          Judge:     Hon. William H. Alsup
24                                        Trial Date: October 10, 2017

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") file this Administrative Motion to Remove the following document from ECF, submitted electronically on August 18, 2017, by Defendants:

   1.  Docket Number 1264: Defendants Uber Technologies Inc. and Ottomotto LLC's Opposition to Motion for Protective Order

   This document contains nonparty information that was inadvertently not redacted.  Uber wishes to redact this information in accordance with the requests of Nonparties Aurora Innovations, Inc. and Nuro, Inc..  Defendants have contacted the ECF Help Desk regarding this issue.  In connection with this Motion, Uber has also filed a corrected version of this document with the confidential information at issue redacted. (*See* Dkt. 1270)

   For the foregoing reasons, Uber respectfully request that the Court grants Uber's Motion to Remove.

Dated: August 18, 2017        BOIES SCHILLER FLEXNER LLP

               By: */s/ Karen L. Dunn*
                    Karen L. Dunn

               *Counsel for Defendants*
               UBER TECHNOLOGIES, INC. AND
               OTTOMOTTO LLC

1