UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:    Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to Remove Document with Nonparty Confidential Information, Docket 1264, which Uber filed on August 18, 2017, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion shall be granted.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

1

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT WITH
NONPARTY CONFIDENTIAL INFORMATION
CASE NO. 3:17-CV-00939-WHA