IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE DEMONSTRATION OF TRADE SECRET FOLDER**

During the sealed portion of the hearing on August 16, both sides debated the disclosure of plaintiff Waymo LLC's asserted trade secret number 96, and specifically the contents of a particular folder (*see* Dkt. No. 1260 at 111:14–122:17). The undersigned judge is interested in personally viewing the folder in question. On **AUGUST 23 AT 9:00 A.M.**, Waymo shall bring said folder to the courtroom on whatever device is necessary to demonstrate exactly how asserted trade secret number 96 appeared to defendants. Each side shall be represented by at least one attorney at this demonstration.

**IT IS SO ORDERED.**

Dated: August 18, 2017.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE