1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9                            SAN FRANCISCO DIVISION
10

11 | WAYMO LLC,                              | CASE NO. 3:17-cv-00939-WHA
12 |              Plaintiff,                  | **STIPULATION TO TAKE CERTAIN DEPOSITIONS AFTER AUGUST 24, 2017 AND [PROPOSED] ORDER**
13 |       v.                                 |
14 | UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, |
15 |                                          |
16 |              Defendants.                 |

1   WHEREAS, the Federal Circuit has not yet ruled on the pending appeal regarding the
2 Stroz due diligence report and the subpoena to Stroz Friedberg;
3   WHEREAS, the scope of certain depositions are significantly impacted by the outcome of
4 that ruling and documents that may be produced as a result; it may take up to four days for
5 Defendants to complete production of all such documents, and it will take a minimum of one week
6 for Stroz Friedberg to complete production of all such documents;
7   WHEREAS, the impacted depositions, and the Federal Circuit's ruling and documents that
8 may be produced as a result may also impact certain expert reports;
9   WHEREAS, the current fact discovery cut-off date and date for opening expert reports is
10 August 24;
11   WHEREAS, on August 15, 2017, Judge Alsup entered an Order Clarifying Judge Corley's
12 Authority to Set Depositions (the 'Order") (Dkt. 1208), stating that Judge Corley has the authority
13 to order additional depositions after the discovery cut-off date, August 24 (Dkt. 1208);
14   WHEREAS, the parties agree that the interests of judicial economy and justice are best
15 served by rescheduling the depositions of Eric Tate, Rudy Kim, Eric Friedberg, Travis Kalanick,
16 Angela Padilla, John Gardner, Lior Ron, Colin Sebern, and Anthony Levandowski until after the
17 discovery cut-off date, at mutually agreed-upon dates to be determined after the Federal Circuit's
18 ruling in the pending appeal;
19   WHEREAS, the parties agree that the depositions of Michael Janosko, Eyal Cohen, and
20 Ryan Espinosa, may be taken after the discovery cut-off date, at mutually agreed-upon dates, due
21 to the fact that these witnesses were not available for deposition in the period between when their
22 depositions were agreed to and the fact discovery cut-off.
23   THEREFORE, the parties stipulate as follows: the depositions of Eric Tate, Rudy Kim,
24 Eric Friedberg, Travis Kalanick, Angela Padilla, John Gardner, Lior Ron, Colin Sebern, Anthony
25 Levandowski, Michael Janosko, Eyal Cohen, and Ryan Espinosa, are ordered to occur at mutually
26 agreed-upon dates after August 24, 2017.  The parties further agree that these depositions that
27
28

occur after August 24 and the documents that may be produced as a result of the Federal Circuit's ruling may impact expert reports.

This stipulation is without prejudice to either party seeking leave to take additional depositions, including of witnesses who are deposed before the close of fact discovery, after the close of fact discovery based on, among other things, the outcome of the Federal Circuit appeal.

IT IS STIPULATED.

DATED:  August 20, 2017        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/Charles K. Verhoeven*
Charles K. Verhoeven
*Attorneys for WAYMO LLC*

DATED:  August 20, 2017        BOIES SCHILLER FLEXNER LLP

By  */s/ Edward H. Takashima*
Edward H. Takashima
*Attorneys for Defendants Uber Technologies, Inc. and Ottomotto LLC*

DATED:  August 20, 2017        GOODWIN PROCTER LLP

By  */s/ Indra Neel Chatterjee*
Indra Neel Chatterjee
*Attorneys for Defendant Otto Trucking, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  _____, 2017
Magistrate Judge Jacqueline Scott Corely

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Edward H. Takashima and Indra Neel Chatterjee.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven