1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| 12              Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER** |
| 13         v. | **TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S** |
| 14  UBER TECHNOLOGIES, INC., | **ADMINISTRATIVE MOTION TO** |
| 15  OTTOMOTTO LLC; OTTO TRUCKING LLC, | **FILE DOCUMENTS UNDER SEAL** |
| 16              Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3816351

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good
3  cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents
4  Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Motion to Compel 30(b)(6) Topics | Highlighted Portions (green) |
| Declaration of Esther Chang | Highlighted Portions (green) |
| Exhibits 1, 6, 7 & 8 | Highlighted Portions (green) |
| Exhibits 2-5, 9-12 | Entireties |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Judge