# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---


WAYMO LLC,

      Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

      Defendants.
_____/



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF LARRY PAGE

PALO ALTO, CALIFORNIA

MONDAY, JULY 17, 2017



BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2658732


Pages 1 - 219

Page 26

1    from time to time, usually with other people, I think.    12:23

2        Q    There were times when he visited your home;    12:23

3    is that right?    12:23

4        A    I don't recall that, but I'm -- it's    12:23

5    possible.    12:23

6        Q    Do you also have a ranch property?    12:23

7        A    Yes.    12:23

8        Q    What is it called?    12:23

9        A    I'm not sure which one you mean or -- or --    12:24

10    so maybe you can give me more context.    12:24

11       Q    Is there one called ███████?    12:24

12       A    No.    12:24

13       Q    What are your ranches called?    12:24

14       A    ███████ is a project that I believe Anthony    12:24

15    was working on.  I don't think that's the name of a    12:24

16    ranch.    12:24

17       Q    What are your ranches called?    12:24

18       A    I mean, there's one maybe they're referring    12:24

19    to where some testing has happened.    12:24

20            Is that what you're talking about?    12:24

21       Q    Yes.    12:24

22       A    What is the context here?    12:24

23       Q    I just want to know what it's called, so we    12:24

24    at least are communicating about the same location.    12:24

25       A    Well, maybe you can tell me which location    12:24

Page 28

1   that you'd come up with, including ████████?        12:25

2        A   I mean, I don't recall that, but I know he   12:25

3   was involved in that later.                           12:25

4        Q   When you say "he was involved in that later," 12:25

5   what do you mean by "later"?                          12:25

6        A   Well, I mean, after the initial              12:25

7   brainstorming.                                        12:25

Page 30

1 ███████

██ ██ █████████████████

██ ██ ████████████████████████

██ █████████████████████████

██ ████████████████████████████

██ ███████████

██ ██ ███████████████████████

██ ███████████████

██ ██ █████████████

██ ██ ███████████████████

██ █████████████ █████████████████

12      Q      And I appreciate that, and it can be                    12:28

13   designated attorneys' eyes only.                                     12:28

14           I'm just trying to make the point that you're          12:28

15   working on ████████████████████████

██ ██ ██████████████████████████

██ ███████████████████████████████

██ ██████████████████

██ ██ ███████████████

██ ██ ████████████████████████ █

██ █████████████████████████

██ ██ ██████████████████████████

██ ████████████████████████

██ █████████

██ ██ ███████████████████████ █                           12:28

Page 31

1 ██████████████████████████████████     ███████

██ ████████████                           ███████

██      █ ████████████████████████████    ███████

██ ██████████████████████████             ███████

██      █ ███ █████████████████████████    ███████

██ ██████████████████████████████████     ███████

██ ██████                                  12:29

8      Q   I -- I appreciate that.  And again, this can    12:29

9  be designated attorneys' eyes only.  It's not going to    12:29

10 be released publicly, but -- and -- and I actually    12:29

11 think some of it may already be public.    12:29

12          ████████████████████████████    ███████

██ ██████████████████████████████████     ███████

██ ██████████████████████████████████     ███████

██ ████████████████████ ██████████████    ███████

██      █ ███████████████████████████████    ███████

██ █████████████████████████████████████    ███████

██ ██████████████████                      ███████

██      █ █████████████████████████████    ███████

██ ██████████████                          ███████

██      █ ████████████████                 ███████

██      █ ██████████████████████████████    ███████

██ ████████████████████████████████████    ███████

██ ████████████████████████████           ███████

██      █ ████████████████████████████      12:29

Page 33



And you asked another question as well.    12:32

Page 34

1

12:33

Page 35

1

15   Q    And what was he doing before?          12:33

16   A    He was CEO of Udacity.                  12:33

17

25        MR. GONZALEZ:   Q.   Did somebody approve of   12:34

Page 36

1    it?                                                      12:34

2         A    I'm not sure of the legal process that we      12:34

3    went through there.                                      12:34

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            CERTIFICATE OF REPORTER

2

3        I, ANDREA M. IGNACIO, hereby certify that the

4    witness in the foregoing deposition was by me duly

5    sworn to tell the truth, the whole truth, and nothing

6    but the truth in the within-entitled cause;

         That said deposition was taken in shorthand

7    by me, a disinterested person, at the time and place

8    therein stated, and that the testimony of the said

9    witness was thereafter reduced to typewriting, by

     computer, under my direction and supervision;

10       That before completion of the deposition,

11   review of the transcript [x] was [ ] was not

12   requested.  If requested, any changes made by the

13   deponent (and provided to the reporter) during the

14   period allowed are appended hereto.

15       I further certify that I am not of counsel or

     attorney for either or any of the parties to the said

16   deposition, nor in any way interested in the event of

17   this cause, and that I am not related to any of the

18   parties thereto.

19   Dated: 7/18/2017

20

21

22

23   _____

24       ANDREA M. IGNACIO,

25     RPR, CRR, CCRR, CLR, CSR No. 9830

                                      Page 219