# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                                      )

          Plaintiff,                        )

  vs.                                           ) Case No.

UBER TECHNOLOGIES, INC.;                        ) 17-cv-00939-WHA

OTTOMOTTO, LLC; OTTO TRUCKING LLC,              )

          Defendants.                       )
_____)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

VIDEOTAPED DEPOSITION OF JENNIFER HAROON

San Francisco, California

Wednesday, July 26, 2017

Volume I

Reported by:

MARY J. GOFF

CSR No. 13427

Job No. 2664313

PAGES 1-222

| | | | |
|---|---|---|---|
| 1 | Q | And do you recall ████████████████ | |
| | ████████████████████████████████ | | |
| | ████ | | 05:17:56 |
| 4 | A | I don't.  I mean -- yeah. | 05:17:59 |
| 5 | Q | Is it fair to say it would have been | 05:18:06 |
| 6 | whatever ██████████████████████ | | 05:18:07 |
| 7 | A | That's -- | 05:18:10 |
| 8 | | MS. BAILY:  Object to form. | 05:18:10 |
| 9 | A | -- fair to say.  Sorry.  That's likely. | 05:18:11 |
| 10 | Q | Okay.  Is there a possibility that there | 05:18:14 |
| 11 | would have been ████████████████████ | | |
| | ████████████████ | | 05:18:22 |
| 13 | | MS. BAILY:  Object to form. | 05:18:26 |
| 14 | A | ████████████████████████ | |
| | ████████████████████████████████ | | |
| | ████████████████████████████ | | |
| | ████████████████████████████ | | |
| | ████████████████████ ███ | | |
| | ████████████████████ | | |
| | ████████████████ | | 05:18:53 |
| 21 | Q | Do you recall ████████████████ | |
| | ████████████████ | | 05:18:59 |
| 23 | | MS. BAILY:  Object to form. | 05:19:00 |
| 24 | A | I don't -- I mean, what would you | 05:19:04 |
| 25 | describe -- what would you call significant? | | 05:19:13 |

Page 209

| | | | |
|---|---|---|---|
| 1 | A | No. | 05:20:35 |
| 2 | Q | Okay. ███████████████████ | ███ |
| 3 | | ███████████  ███████████████ | 05:20:43 |
| 4 | A | That's correct. | 05:20:48 |
| 5 | Q | Who in the self-driving team was the -- | 05:20:48 |
| 6 | | within the self-driving team, was there a principal | 05:20:50 |
| 7 | | point of contact with ███████████? | 05:20:53 |
| 8 | A | I would say Chris. | 05:21:01 |
| 9 | Q | Anybody else? | 05:21:04 |
| 10 | A | Myself. | 05:21:05 |
| 11 | Q | And then who were your contacts -- | 05:21:11 |
| 12 | | contacts at ███████████? | 05:21:13 |
| 13 | A | So the primary -- the lead was a gentleman | 05:21:21 |
| 14 | | named ███. And I can't remember his last name. And | 05:21:23 |
| 15 | | I don't remember the name of his team members. | 05:21:28 |
| 16 | Q | Do you remember anybody else from ██████ | ███ |
| 17 | | █████? | 05:21:31 |
| 18 | A | No. There were at least two other people. | 05:21:32 |
| 19 | Q | Okay. And can you describe what -- what | 05:21:37 |
| 20 | | ███████████ did as part of this process? | 05:21:47 |
| 21 | A | So you know, ███████████████████ | ███ |
| | | ████████████████████████████████ | ███ |
| | | ███████████████████████ ████ | ███ |
| | | ██████████████████████████ | ███ |
| | | ███████████████████████ | 05:22:12 |

```
 1    █████████████████████████████           ██

       ██████████████████████████████████       ██

       ████████████████████████████             ██

       ██████████████████████                   ██

       ██████████████████████████               ██

       ██████████████████████████████           ██

       ████████████████████████████             ██

       █████  ████████████████████████     05:22:54

 9    Q    Okay.  Do you recall ████████████    ██
       ███████████████                     05:23:07
11    A    I don't recall ████████████████     ██
       ████████  █████████████████████         ██
       ██████████████   ███████████             ██
       ████   ██████████████████           05:23:28
15    Q    Do you recall any others?      05:23:39
16    A    Not off the top of my head.    05:23:43
17    Q    How was ████████████            05:23:44
18         MS. BAILY:  Object to form.    05:23:45
19    A    ████████████████████████████    ██
       ██████████████████████████              ██
       ████████████████████████████████        ██
       ██████████████████████████████          ██
       ████████████████████████                ██
24    Q    And by ████████████████████████     ██
       ████████████████████████; is that correct?   05:24:15
```

Page 212

```
 1    ███████████████████████████████ █  ████
      ████████████████████████████████  ████
      ████████████████████████          ████
              ████████████████████████  ████
      ████████████████████████████████  ████
      ██████████████████████████████    ████
      ██████████████████████████████    ████
      ██████████████████████████              05:26:14
 9    Q    And so as a result of all this work, ██ ████
      ██████████████████████████████    ████
      ██████████████████████████████    ████
      █████████                               05:26:31
13         MS. BAILY:  Object to form.        05:26:33
14    A    I don't -- ████████████████  ████
      ██████████████████████████████    ████
      ██████████████████████████████    ████
      ███████████████                         05:26:56
18    Q    Do you recall ██████████████  ████
      █████████████████                       05:27:00
20         MS. BAILY:  Object to form.        05:27:02
21    A    I don't remember ███████████  ████
      ██████████████████████████████    ████
      ██████████████████████████████    ████
24         THE COURT REPORTER:  Did you say "████ ████
      ████████B?                              05:27:25
```

```
                                                              Page 213
 1      A    ████████████████                                 05:27:27
 2      Q    (BY MR. TAKASHIMA) What methodology did          05:27:29
 3  the Google side use to ████████████████████               05:27:31
 4           MS. BAILY:  Object to form.                      05:27:37
 5      A    In the meetings that I had with them, ██
    ████████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████████████████████
         ████████████████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████████████
         ████████████████████████████████████████████
    ████████████████████████████████████████████████
    ██████████████     ██████████████████████████████
    ████████████████████████████████████████
    ██████████████                                            05:28:47
19      Q    Do you recall ████████████████████
    ████████████████████████████████                          05:28:49
21      A    I don't remember ████████    ██████████
    ████████████████████████████████████████████████
    ██████████.                                               05:29:01
24      Q    Do you recall any others?                        05:29:02
25      A    Unfortunately not.                               05:29:04
```

| | | |
|---|---|---|
| 1 | A    On the Waymo side, John Krafcik and our | 05:31:38 |
| 2 | CFO, Ger, once he had joined. And Kevin Vosen, our | 05:31:46 |
| 3 | GC, once he had joined. And in the beginning, | 05:31:57 |
| 4 | myself and Anne Widera on my team. | 05:32:00 |
| 5 | Q    Anybody else? | 05:32:09 |
| 6 | A    Not that I can think of. | 05:32:14 |
| 7 | Q    Okay. And then on the -- the Google or | 05:32:17 |
| 8 | Alphabet side? | 05:32:18 |
| 9 | A    ████████████████████ And there | 05:32:20 |
| 10 | were other members of the Corp dev team, but I don't | 05:32:27 |
| 11 | remember their names. | 05:32:31 |
| 12 | Q    Again, was ███ running day-to-day on the | 05:32:33 |
| 13 | Google side? | 05:32:36 |
| 14 | MS. BAILY: Object to form. | 05:32:37 |
| 15 | A    Yes. | 05:32:39 |
| 16 | Q    Okay. And who was handling the day-to-day | 05:32:39 |
| 17 | on the Waymo side? | 05:32:41 |
| 18 | A    I would say that would be our CFO. | 05:32:50 |
| 19 | Q    Okay. ████████████████████████ | ███ |
| | ████████████ | ███ |
| | █ ████████████████████, no. | 05:33:01 |
| 22 | Q    Okay. Do you know ████████████ | ███ |
| | ████████████ | 05:33:12 |
| 24 | MS. BAILY: Object to form. | 05:33:13 |
| 25 | A    I do not. | 05:33:15 |

```
1      Q    Do you know what ████████████████████    ████
                                                       05:33:18
██ ████████████████
3           MS. BAILY:  Object to form.                05:33:20
4      A    I do not.                                  05:33:21
5      Q    Okay.  Do you know what ████████    ████   
                                                       05:33:23
██ ████████████
7      A    I do not.                                  05:33:24
8      Q    Okay.  And you said that -- I believe      05:33:25
9      ██████████████████████████████████████████ ████
██ ████████    is that correct?                        05:33:31
11     A    No.  That was it --                        05:33:33
12     Q    Okay.                                      05:33:34
13     A    --████████                                 05:33:34
14     Q    ████████████████████████                   05:33:35
15     A    That's right.                              05:33:41
16     Q    Okay.                                      05:33:41
17          MR. TAKASHIMA:  Okay.  That concludes my   05:34:07
18   questioning, and I will pass it to counsel for Otto  05:34:08
19   trucking.                                         05:34:14
20       EXAMINATION BY COUNSEL FOR THE DEFENDANT      05:34:15
21   BY MR. JENNINGS:                                  05:34:33
22     Q    I just have a few questions.  I'll keep    05:34:44
23   this pretty short.  Going back to our conversation 05:34:46
24   about the Chauffeur Award -- I think it was in    05:34:48
25   Exhibit 1137 -- I don't know if you'll need to refer 05:34:51
```

1    I, MARY J. GOFF, CSR No. 13427, Certified
2    Shorthand Reporter of the State of California,
3    certify;
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth, at
6    which time the witness declared under penalty of
7    perjury; that the testimony of the witness and all
8    objections made at the time of the examination were
9    recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
     the foregoing is a full, true, and correct
11   transcript of my shorthand notes so taken and of the
12   testimony so given;
13   That before completion of the deposition,
14   review of the transcript () was (XX) was not
15   requested:    (  ) that the witness has failed or
     refused to approve the transcript.
16   I further certify that I am not financially
17   interested in the action, and I am not a relative or
18   employee of any attorney of the parties, nor of any
19   of the parties.
20   I declare under penalty of perjury under the
21   laws of California that the foregoing is true and
22   correct, dated this 27th day of July, 2017.
23
24   _____
25        MARY J. GOFF, CSR No. 13427

Page 222