# EXHIBIT 8

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC

    Plaintiff,

        vs.             Case No. 17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO, LLC; OTTO
TRUCKING LLC,

    Defendants.

_____

\*\*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY\*\*

VIDEO DEPOSITION OF GERARD DWYER

Palo Alto, California

Wednesday, August 9, 2017

Volume I

REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2671230

PAGES 1 - 253

```
1    a minimum is once per year.                                10:19:33
2         Q.    You stated that the ████████████████
      ████████████████████████████████████████████
      ████████████████████
5         A.    At least once per year.                         10:20:02
6         Q.    Is that valuation done internally or is
7    it outsourced to a third party?
8               MR. EISEMAN:  Objection as to form.
9               THE DEPONENT:  The operating agreement
10   allows for ████████████████████████████████ ████████
     ████████████████████████████████████
     ████████████████████████████ ██████████
     ████████████████████████████████
     ████████████████████████
15        Q.    (By Ms. Chang)  Since you have been Waymo       10:20:37
16   CFO, how many ████████████████████████████████
17        A.    One.
18        Q.    When was that ████████████████
19        A.    In Q4 2016.
20        Q.    Are you -- do you know who conducted ████ ████████
     ████████████?
22        A.    ████████████ was overseen by
23   Jeff Kouchakji, who is the director in M&A finance.
24        Q.    How do you spell Mr. Kouchakji's name?
25        A.    I get this wrong, but it's                      10:21:19
```

The shaded rectangles in the original represent redactions.

```
 1    K-O-U-C-H-A-K-J-I, something close to that.                10:21:21
 2         Q.    You stated that Mr. Kouchakji oversaw the
 3    ██████████████.
 4               Do you know if he conducted ████
       ████████████████████████████████████████████    ████
       ████████
 7         A.    My understanding is he conducted a -- an
 8    internal review, but also engaged the services of
 9    PricewaterhouseCoopers.
10         Q.    Were there documents that were generated       10:22:06
11    as a result of ████████████████████████
12               MR. EISEMAN:    Objection as to form.
13               THE DEPONENT:    Yes.  There was a document
14    produced at the end of that process.
15         Q.    (By Ms. Chang)   You stated that there was     10:22:29
16    both an internal review as well as a review by
17    PricewaterhouseCoopers.
18         A.    Uh-huh.
19         Q.    Do you know if there were two separate
20    documents that were generated or if it was one            10:22:41
21    single document?
22         A.    I don't know.
23         Q.    Do you know what ████████████████████
       ████████████████████████████████████████████
25         A.    I do.                                          10:22:56
```

| | | | |
|---|---|---|---|
| 1 | Q. | What was that valuation? | 10:22:56 |
| 2 | A. | ███████████ | |
| 3 | Q. | What was your role in ███████ | |
| 4 | | ███████ | |
| 5 | A. | My role was to provide the ██ ██████ | |
| 6 | | ████████████████████████████ | |
| 7 | | ████████████████████████████ | |
| 8 | | ██████ | |
| 9 | Q. | Is the ████████████████████ | |
| 10 | | ██████████ | 10:23:42 |
| 11 | A. | No. | |
| 12 | Q. | When is the next scheduled valuation? | |
| 13 | A. | ██████████ | |
| 14 | Q. | ████████████████████████ | |
| 15 | | ██████████ ████ | |
| 16 | | ██ ████████████████████ | |
| 17 | | ██████████████████████ | |
| 18 | | ██████████████████████ | |
| 19 | | ██ ████. | |
| 20 | Q. | Will Mr. Kouchakji be in charge of the | 10:24:27 |
| 21 | | ██████████? | |
| 22 | A. | I don't know for sure, but I expect so. | |
| 23 | Q. | Do you know if PricewaterhouseCoopers | |
| 24 | | will be retained ██████████████████? | |
| 25 | A. | I don't know. | 10:24:45 |

1   I, Rebecca L. Romano, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath;
7   that a record of the proceedings was made by me
8   using machine shorthand which was thereafter
9   transcribed under my direction; that the foregoing
10  transcript is true record of the testimony given.
    Further, that if the foregoing pertains to the
11  original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [ ] was [X] was not requested.
14  I further certify I am neither financially interested in the action nor a relative or employee
15  of any attorney or any party to this action.
16  IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18
19  Dated:   August 10, 2017
20
21
22
23
24  _____
    Rebecca L. Romano, RPR,
25       CSR. No 12546