# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

WAYMO LLC,

    Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

    Defendants.
_____/

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF LARRY PAGE

PALO ALTO, CALIFORNIA

MONDAY, JULY 17, 2017

BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2658732

Pages 1 - 219

```
                                                              Page 26
 1   from time to time, usually with other people, I think.    12:23
 2        Q    There were times when he visited your home;     12:23
 3   is that right?                                            12:23
 4        A    I don't recall that, but I'm -- it's            12:23
 5   possible.                                                 12:23
 6        Q    Do you also have a ranch property?              12:23
 7        A    Yes.                                            12:23
 8        Q    What is it called?                              12:23
 9        A    I'm not sure which one you mean or -- or --     12:24
10   so maybe you can give me more context.                    12:24
11        Q    Is there one called █████?                      12:24
12        A    No.                                             12:24
13        Q    What are your ranches called?                   12:24
14        A    █████ is a project that I believe Anthony       12:24
15   was working on.  I don't think that's the name of a       12:24
16   ranch.                                                    12:24
17        Q    What are your ranches called?                   12:24
18        A    I mean, there's one maybe they're referring     12:24
19   to where some testing has happened.                       12:24
20             Is that what you're talking about?              12:24
21        Q    Yes.                                            12:24
22        A    What is the context here?                       12:24
23        Q    I just want to know what it's called, so we     12:24
24   at least are communicating about the same location.       12:24
25        A    Well, maybe you can tell me which location      12:24
```

| | | |
|---|---|---|
| 1 | that you'd come up with, including ███████? | 12:25 |
| 2 |    A   I mean, I don't recall that, but I know he | 12:25 |
| 3 | was involved in that later. | 12:25 |
| 4 |    Q   When you say "he was involved in that later," | 12:25 |
| 5 | what do you mean by "later"? | 12:25 |
| 6 |    A   Well, I mean, after the initial | 12:25 |
| 7 | brainstorming. | 12:25 |

[Lines 8–25: redacted]

[Page contents redacted]

Page 30

1    ███

█    █    ████████████████
█    █    ██████████████████████
█    ██████████████████████
█    ███████████████████████
█    ██████
█    █    █████████████████
█    ████████
█    █    ████████
█    █    ████████████████████    12:28
█    █████    ██████████████████    12:28
12    Q   And I appreciate that, and it can be    12:28
13   designated attorneys' eyes only.    12:28
14       I'm just trying to make the point that you're    12:28
15   working on ████████████████████    █
█    █    ██████████████████████    █
█    ████████████████████████    █
█    █████████████████    █
█    █    ████████████████    █
█    █    █████████████████ █    █
█    ██████████████████████    █
█    █    ████████████████████    █
█    ████████████████████    █
█    ██████    █
█    █    █████████████████ █    12:28

<mark>Page 31</mark>

```
 1  ████████████████████████████████████ █
    ██████████                           █
    █    ████████████████████████████    █
    ████████████████████████             █
    █    ██   █████████████████████      █
    █    ████████████████████████████    █
    █    ██                         12:29
 8       Q   I -- I appreciate that.  And again, this can    12:29
 9  be designated attorneys' eyes only.  It's not going to   12:29
10  be released publicly, but -- and -- and I actually       12:29
11  think some of it may already be public.                  12:29
12           ████████████████████████████
```

(remaining lines redacted) 12:29



```
 1   █ ███████████████████████████████ █
 █   █████████████████████████████████ █
 █   ███████████████████████████████████ █
 █   ██████████████████ █
 █   █ ███████████████████████ █
 █   █ ████████████  ██████████ █
 █   ██████ █
 █   █ ████████████████████ █
 █   █ ██████ █
 █   █████████████████████████████████ █
 █   █ ███████████████████████ █
 █   █ ███████████████████████ █
 █   █ ████████████████████████ █
 █   █ ██████████████████████████ █
 █   ██████ █
 █   █ ███████████████████████████ █
 █   ████████ █
 █   █ ████████████████████ █
 █   ██████████████████████ █
 █   █ ████████████████████████ █
 █   ████████████████████████████ █
 █   ██████████ █
 █   █ ████████████████████████████ █
 █   ██████████████████████████████████.                    12:32
25       And you asked another question as well.              12:32
```

1   ▮   ▮                                                                    ▮
    ▮           ██████████████████████████                                   ▮
    ▮   ▮       ████████████████████████████████████                         ▮
    ▮   ██████████    ██████████████████████████████████                     ▮
    ▮   ██████                                                               ▮
    ▮           ████████████████████████████████████                         ▮
    ▮   ████████████████████████████████████████████████                     ▮
    ▮   ████████████████████████████████████████████████                     ▮
    ▮   ██████████                                                           ▮
    ▮   ▮       ████████████████████████████████                             ▮
    ▮   ██████████████████████████████                                       ▮
    ▮   ▮       ██████████                                                   ▮
    ▮   ▮       ████████████████████████                                     ▮
    ▮   ▮       ██████████████████████████████████                           ▮
    ▮   ████    ██████████████████████████    ██████████████████████████     ▮
    ▮   ████████████████████████████████████████████████                     ▮
    ▮   ██████████████                                                       ▮
    ▮   ▮       ████████████████                                             ▮
    ▮           ████████████████████████████████                             ▮
    ▮   ██████████                                                           ▮
    ▮   ▮   ████    ████████████████████████                                 ▮
    ▮   ████████████████████████████                                         ▮
    ▮   ▮   ██████████████████████████████████                               ▮
    ▮   ▮   ██████    ████████████████████████                               ▮
    ▮       ██████████████████████████████████                               12:33

```
 1    █    ████████████████████████████████    ███
 █    █    █████████████████████████████████   ███
 █    ███████                                  ███
 █    █    █████████████████████████████████   ███
 █    █████                                    ███
 █    █    ██████████████████████████████      ███
 █    █████████████████████                    ███
 █    █    ████████████████████████            ███
 █    █    ███████   ██████████████████████    ███
 █    ██████  ██████████████████████████       ███
 █    █    █████████████████████████           ███
 █    █    ████████████████████████            ███
 █    █    ██████████████████████              ███
 █    █    ████████████████████████           12:33
15    Q    And what was he doing before?      12:33
16    A    He was CEO of Udacity.             12:33
17    █    ██████████████████████████████████  ███
 █    █████████████████████████████████████    ███
 █    ████████████████████████████████         ███
 █    ██████████   ██████████   ████           ███
 █    ████████                                 ███
 █    ████████████   ██████████████████        ███
 █    ██████████████████   ████████████        ███
 █    ██████████████████████████████          12:34
25         MR. GONZALEZ:   Q.   Did somebody approve of   12:34
```

```
                                                           Page 36
 1    it?                                                    12:34
 2         A    I'm not sure of the legal process that we    12:34
 3    went through there.                                    12:34
 4         █    ████████████████████████████████████    █
      █    █████████████████████████████████████         █
      █    ████████████████████████                      █
      █         █    █████████████████████████████       █
      █    ██████████████████████████████████████        █
      █    ██████                                        █
      █         █    ████████████████████████████        █
      █    ███████████████████████████████████████████   █
      █    █████                                         █
      █         █    ████████████████                    █
      █         █    ███████                             █
      █         █    █████████████████████████           █
      █    ███████████████████████████████████████       █
      █         █    ██████████████████████████          █
      █    █████████████████                             █
      █         █    ██████                              █
      █         █    █████████████                       █
      █         █    █████████████████████               █
      █    ██████████████████████                        █
      █         █    █████████████████████               █
      █    ████████████████████    ██████████████        █
      █    ██████████████████████████████                █
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 7/18/2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Page 219