# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                              )
          Plaintiff,                   )
  vs.                                   ) Case No.
UBER TECHNOLOGIES, INC.;                 ) 17-cv-00939-WHA
OTTOMOTTO, LLC; OTTO TRUCKING LLC,       )
         Defendants.                  )
_____)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

VIDEOTAPED DEPOSITION OF JENNIFER HAROON

San Francisco, California

Wednesday, July 26, 2017

Volume I

Reported by:

MARY J. GOFF

CSR No. 13427

Job No. 2664313

PAGES 1-222

Page 207

| | | | |
|---|---|---|---|
| 1 | Q | And do you recall ███████████████ ███████ | |
| | | ███████████████████████████████████ | |
| | | ███ | 05:17:56 |
| 4 | A | I don't.  I mean -- yeah. | 05:17:59 |
| 5 | Q | Is it fair to say it would have been | 05:18:06 |
| 6 | | whatever ███████████████████████ | 05:18:07 |
| 7 | A | That's -- | 05:18:10 |
| 8 | | MS. BAILY:  Object to form. | 05:18:10 |
| 9 | A | -- fair to say.  Sorry.  That's likely. | 05:18:11 |
| 10 | Q | Okay.  Is there a possibility that there | 05:18:14 |
| 11 | | would have been ███████████████████████ | |
| | | ███████████████████████ | 05:18:22 |
| 13 | | MS. BAILY:  Object to form. | 05:18:26 |
| 14 | A | ███████████████████████████████ | |
| | | ███████████████████████████████████ | |
| | | ███████████████████████████████ | |
| | | ███████████████████████████████ | |
| | | ███████████████████████████ | |
| | | ███████████████████████████████ | |
| | | ███████████████████████ | 05:18:53 |
| 21 | Q | Do you recall ███████████████████ | |
| | | ███████████████████████████ | 05:18:59 |
| 23 | | MS. BAILY:  Object to form. | 05:19:00 |
| 24 | A | I don't -- I mean, what would you | 05:19:04 |
| 25 | | describe -- what would you call significant? | 05:19:13 |

| | | | |
|---|---|---|---|
| 1 | A | No. | 05:20:35 |
| 2 | Q | Okay. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | 05:20:43 |
| 4 | A | That's correct. | 05:20:48 |
| 5 | Q | Who in the self-driving team was the -- | 05:20:48 |
| 6 | within the self-driving team, was there a principal | | 05:20:50 |
| 7 | point of contact with ▮▮▮▮▮▮▮▮▮▮▮▮ | | 05:20:53 |
| 8 | A | I would say Chris. | 05:21:01 |
| 9 | Q | Anybody else? | 05:21:04 |
| 10 | A | Myself. | 05:21:05 |
| 11 | Q | And then who were your contacts -- | 05:21:11 |
| 12 | contacts at ▮▮▮▮▮▮▮▮▮▮▮▮ | | 05:21:13 |
| 13 | A | So the primary -- the lead was a gentleman | 05:21:21 |
| 14 | named ▮▮. And I can't remember his last name. And | | 05:21:23 |
| 15 | I don't remember the name of his team members. | | 05:21:28 |
| 16 | Q | Do you remember anybody else from ▮▮▮▮▮ | ▮▮▮▮ |
| 17 | ▮▮▮▮▮ | | 05:21:31 |
| 18 | A | No. There were at least two other people. | 05:21:32 |
| 19 | Q | Okay. And can you describe what -- what | 05:21:37 |
| 20 | ▮▮▮▮▮▮▮▮▮▮ did as part of this process? | | 05:21:47 |
| 21 | A | So you know, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | 05:22:12 |

```
                                                              Page 210
 1    ████████████████████████████████████                      ██████
      ████████████████████████████████████████████████          ██████
      ████████████████████████████████████████████              ██████
      ██████████████████████████████████                        ██████
      ██████████████████████████████████████                    ██████
      ████████████████████████████████████████████████          ██████
      ████████████████████████████████████████                  ██████
      ████████   ████████████████████████████████████         05:22:54
 9       Q     Okay.  Do you recall ████████████████            ██████
      ███████████████████                                     05:23:07
11       A     I don't recall ██████████████████████            ██████
      ██████████   ████████████████████████                     ██████
      ██████████████████████   ████████████████                 ██████
      █████████   ████████████████████████                    05:23:28
15       Q     Do you recall any others?                      05:23:39
16       A     Not off the top of my head.                    05:23:43
17       Q     How was █████████████                          05:23:44
18             MS. BAILY:  Object to form.                    05:23:45
19       A     ██████████████████████████████████              ██████
      █████████████████████████████████████████                 ██████
      ████████████████████████████████████████████              ██████
      ██████████████████████████████████████                    ██████
      █████████████████████████████████                         ██████
24       Q     And by ██████████████████████████                ██████
      ██████████████████████████████; is that correct?        05:24:15
```

```
 1   ███████████████████████████ █  ████
     ███████████████████████████     ████
     ███████████████████          ████
          ███████████████████████  ████
     ██████████████████████████████  ████
     █████████████████████████    ████
     ██████████████████████████   ████
     █████████████████████              05:26:14
 9   Q    And so as a result of all this work, ██  ████
     ██████████████████████████████        ████
     ██████████████████████████████        ████
     ████████                              05:26:31
13        MS. BAILY:  Object to form.      05:26:33
14   A    I don't -- █████████████████████ ████
     ██████████████████████████████        ████
     ██████████████████████████████        ████
     █████████████                         05:26:56
18   Q    Do you recall ███████████████████ ████
     ██████████████████                    05:27:00
20        MS. BAILY:  Object to form.      05:27:02
21   A    I don't remember █████████████   ████
     ██████████████████████████████        ████
     ██████████████████████████████████    ████
24        THE COURT REPORTER:  Did you say "██████  ████
     ████████ B?                           05:27:25
```

```
                                                              Page 213
 1      A      █████████████                                 05:27:27
 2      Q      (BY MR. TAKASHIMA) What methodology did       05:27:29
 3   the Google side use to ████████████████                 05:27:31
 4             MS. BAILY:  Object to form.                   05:27:37
 5      A      In the meetings that I had with them, ███     █████
      ██████████████████████████████████████████             █████
      █████████████████████████████████████                  █████
      ██████████████████████████████████████████             █████
      ██████████████████████████████                         █████
      ████          ██████████████████████████████           █████
      ██████████████████████████████████████████             █████
      ██████████████████████████████████████████             █████
      ██████████████████████                                 █████
      ████          ██████████████████████████████           █████
      ██████████████████████████████████████████             █████
      ██████████████      ████████████████████████           █████
      ██████████████████████████████████████                 █████
      ████████████                                           05:28:47
19      Q      Do you recall █████████████████               █████
      █████████████████████████████████                      05:28:49
21      A      I don't remember ████████  ████████           █████
      ██████████████████████████████████████████             █████
      ██████████.                                            05:29:01
24      Q      Do you recall any others?                     05:29:02
25      A      Unfortunately not.                            05:29:04
```

| | | |
|---|---|---|
| 1 | A    On the Waymo side, John Krafcik and our | 05:31:38 |
| 2 | CFO, Ger, once he had joined.  And Kevin Vosen, our | 05:31:46 |
| 3 | GC, once he had joined.  And in the beginning, | 05:31:57 |
| 4 | myself and Anne Widera on my team. | 05:32:00 |
| 5 | Q    Anybody else? | 05:32:09 |
| 6 | A    Not that I can think of. | 05:32:14 |
| 7 | Q    Okay.  And then on the -- the Google or | 05:32:17 |
| 8 | Alphabet side? | 05:32:18 |
| 9 | A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  And there | 05:32:20 |
| 10 | were other members of the Corp dev team, but I don't | 05:32:27 |
| 11 | remember their names. | 05:32:31 |
| 12 | Q    Again, was ▮▮ running day-to-day on the | 05:32:33 |
| 13 | Google side? | 05:32:36 |
| 14 | MS. BAILY:  Object to form. | 05:32:37 |
| 15 | A    Yes. | 05:32:39 |
| 16 | Q    Okay.  And who was handling the day-to-day | 05:32:39 |
| 17 | on the Waymo side? | 05:32:41 |
| 18 | A    I would say that would be our CFO. | 05:32:50 |
| 19 | Q    Okay.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮, no. | 05:33:01 |
| 22 | Q    Okay.  Do you know ▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮ | 05:33:12 |
| 24 | MS. BAILY:  Object to form. | 05:33:13 |
| 25 | A    I do not. | 05:33:15 |

Page 217

```
 1      Q     Do you know what ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         05:33:18
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3            MS. BAILY:   Object to form.                  05:33:20
 4      A     I do not.                                     05:33:21
 5      Q     Okay.  Do you know what ▮▮▮▮▮▮▮ ▮▮▮▮▮▮         05:33:23
    ▮▮▮▮▮▮▮▮▮▮▮
 7      A     I do not.                                     05:33:24
 8      Q     Okay.  And you said that -- I believe         05:33:25
 9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮ ▮▮▮▮▮▮▮▮▮ is that correct?                           05:33:31
11      A     No.  That was it --                           05:33:33
12      Q     Okay.                                         05:33:34
13      A     --▮▮▮▮▮▮▮▮                                    05:33:34
14      Q     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    05:33:35
15      A     That's right.                                 05:33:41
16      Q     Okay.                                         05:33:41
17            MR. TAKASHIMA:  Okay.  That concludes my      05:34:07
18   questioning, and I will pass it to counsel for Otto   05:34:08
19   trucking.                                              05:34:14
20         EXAMINATION BY COUNSEL FOR THE DEFENDANT         05:34:15
21   BY MR. JENNINGS:                                       05:34:33
22      Q     I just have a few questions.  I'll keep      05:34:44
23   this pretty short.  Going back to our conversation    05:34:46
24   about the Chauffeur Award -- I think it was in         05:34:48
25   Exhibit 1137 -- I don't know if you'll need to refer  05:34:51
```

1    I, MARY J. GOFF, CSR No. 13427, Certified
2    Shorthand Reporter of the State of California,
3    certify;
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth, at
6    which time the witness declared under penalty of
7    perjury; that the testimony of the witness and all
8    objections made at the time of the examination were
9    recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
     the foregoing is a full, true, and correct
11   transcript of my shorthand notes so taken and of the
12   testimony so given;
13   That before completion of the deposition,
14   review of the transcript () was (XX) was not
15   requested:   (  ) that the witness has failed or
     refused to approve the transcript.
16   I further certify that I am not financially
17   interested in the action, and I am not a relative or
18   employee of any attorney of the parties, nor of any
19   of the parties.
20   I declare under penalty of perjury under the
21   laws of California that the foregoing is true and
22   correct, dated this 27th day of July, 2017.
23
24   _____
25   MARY J. GOFF, CSR No. 13427

Page 222