# EXHIBIT 8

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC

    Plaintiff,

        vs.                Case No. 17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO, LLC; OTTO
TRUCKING LLC,

    Defendants.

_____

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

VIDEO DEPOSITION OF GERARD DWYER

Palo Alto, California

Wednesday, August 9, 2017

Volume I

REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2671230

PAGES 1 - 253

```
 1   a minimum is once per year.                               10:19:33
 2        Q.   You stated that the ███████████████
      ████████████████████████████████████████████
      █████████████████████████
 5        A.   At least once per year.                         10:20:02
 6        Q.   Is that valuation done internally or is
 7   it outsourced to a third party?
 8             MR. EISEMAN:  Objection as to form.
 9             THE DEPONENT:  The operating agreement
10   allows for ██████████████████████████████████  ██████
      ██████████████████████████████████
      ████████████████████████████  █████████
      ██████████████████████████████████
      █████████████████████████████
15        Q.   (By Ms. Chang)  Since you have been Waymo       10:20:37
16   CFO, how many █████████████████████████████
17        A.   One.
18        Q.   When was that ████████████████
19        A.   In Q4 2016.
20        Q.   Are you -- do you know who conducted ████  ██████
      ██████████?
22        A.   ████████████  was overseen by
23   Jeff Kouchakji, who is the director in M&A finance.
24        Q.   How do you spell Mr. Kouchakji's name?
25        A.   I get this wrong, but it's                     10:21:19
```


```
                                                                10:21:21
 1    K-O-U-C-H-A-K-J-I, something close to that.
 2         Q.    You stated that Mr. Kouchakji oversaw the
 3    ████████████████.
 4                Do you know if he conducted ████
 5    ██████████████████████████████████████████   ████
 6    ████████
 7         A.    My understanding is he conducted a -- an
 8    internal review, but also engaged the services of
 9    PricewaterhouseCoopers.
10         Q.    Were there documents that were generated    10:22:06
11    as a result of ██████████████████████
12                MR. EISEMAN:  Objection as to form.
13                THE DEPONENT:  Yes.  There was a document
14    produced at the end of that process.
15         Q.    (By Ms. Chang)  You stated that there was    10:22:29
16    both an internal review as well as a review by
17    PricewaterhouseCoopers.
18         A.    Uh-huh.
19         Q.    Do you know if there were two separate
20    documents that were generated or if it was one          10:22:41
21    single document?
22         A.    I don't know.
23         Q.    Do you know what ████████████████████████
24    ██████████████████████████████████████
25         A.    I do.                                        10:22:56
```

Page 41

```
 1       Q.   What was that valuation?                        10:22:56
 2       A.   ███████████████
 3       Q.   What was your role in ████████████
 4   ████████████
 5       A.   My role was to provide the ██            ██████████
 6   ████████████████████████████████████████
 7   ████████████████████████████████████████
 8   ████████████
 9       Q.   Is the ████████████████████████████████
10   ████████████████████                                      10:23:42
11       A.   No.
12       Q.   When is the next scheduled valuation?
13       A.   ████████████████
14       Q.   ████████████████████████████████        ██████
15   ████████████████
16       ██   ████████████████████████████████████████
17   ████████████████████████████████████
18   ████████████████████████████████████████
19   ██████.
20       Q.   Will Mr. Kouchakji be in charge of the          10:24:27
21   ████████████████████?
22       A.   I don't know for sure, but I expect so.
23       Q.   Do you know if PricewaterhouseCoopers
24   will be retained ████████████████████████?
25       A.   I don't know.                                    10:24:45
```

1    I, Rebecca L. Romano, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
     prior to testifying, were administered an oath;
7    that a record of the proceedings was made by me
8    using machine shorthand which was thereafter
9    transcribed under my direction; that the foregoing
10   transcript is true record of the testimony given.
     Further, that if the foregoing pertains to the
11   original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [ ] was [X] was not requested.
14   I further certify I am neither financially
     interested in the action nor a relative or employee
15   of any attorney or any party to this action.
16   IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18
19   Dated:  August 10, 2017
20
21
22
23
24   _____
           Rebecca L. Romano, RPR,
25            CSR. No 12546

Page 253