# EXHIBIT 13

Page 1

```
          UNITED STATES DISTRICT COURT

        NORTHERN DISTRICT OF CALIFORNIA

            SAN FRANCISCO DIVISION

          Case No. 17-cv-00939-WHA
```

------------------------------------x

WAYMO LLC,

        Plaintiff,

  - against -

UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;

OTTO TRUCKING LLC,

        Defendants.

------------------------------------x

  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

        Videotaped 30(b)(6) Deposition

of GARY BROWN, taken by Defendants, held

at the offices of Morrison & Foerster LLP,
250 West 55th Street, at 9:59 a.m. on August
8, 2017, New York, New York, before Jineen
Pavesi, a Registered Professional Reporter,
Registered Merit Reporter, Certified Realtime
Reporter and Notary Public of the State of New York.

Job No. 2671217A

Pages 1 - 305

```
 1   documents, correct?                              10:05:16AM
 2        A.       Yes.                               10:05:21AM
 3        Q.       And you have personal knowledge    10:05:21AM
 4   of that investigation, correct?                  10:05:22AM
 5        A.       Yes.                               10:05:25AM
 6        Q.       Is there any aspect of what you    10:05:27AM
 7   know personally that Waymo --  that is not       10:05:29AM
 8   knowledge of Waymo's?                            10:05:40AM
 9                 MR. BAKER:  Objection to form.     10:05:45AM
10                 MS. GOODMAN:  You have made        10:05:49AM
11   your record; the witness is allowed to           10:05:49AM
12   answer the question.                             10:05:51AM
13                 MR. BAKER:  I am allowed to ask    10:05:52AM
14   questions, this doesn't have anything to         10:05:53AM
15   do with an objection, all right, I               10:05:54AM
16   understand what the rules are on the             10:05:56AM
17   objections.                                      10:05:58AM
18                 My understanding is that Judge     10:05:58AM
19   Alsup wants a separate transcript for the        10:06:04AM
20   30(b)(6) portion and for the portion in          10:06:05AM
21   his personal capacity; my understanding is       10:06:09AM
22   that right now this is the 30(b)(6), is          10:06:11AM
23   that correct?                                    10:06:13AM
24                 MS. GOODMAN:  That is correct,     10:06:14AM
25   I'm trying to establish whether the              10:06:15AM
```

```
 1            C E R T I F I C A T I O N
 2
 3      I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11      I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
15
16
17
18
19
20
21
22            [signature: Jineen Pavesi, RPR, RMR]
23        JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Page 305