MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendant. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF<br>ESTHER KIM CHANG IN SUPPORT<br>OF DEFENDANTS UBER<br>TECHNOLOGIES, INC. AND<br>OTTOMOTTO LLC'S<br>MOTION TO COMPEL<br>RULE 30(B)(6) TOPICS**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Compel Rule 30(b)(6) Topics.

2. On a meet and confer call on August 17, 2017, Special Master John Cooper expressed his opinion that Waymo should produce a witness on Topic 5 because information on side businesses was relevant and Uber was entitled to discovery on this issue. Mr. Cooper also indicated his position that Waymo should produce Jennifer Haroon for another day of deposition, because Waymo had designated her as its Rule 30(b)(6) witness on Topic 8 after she had been deposed in her personal capacity. Counsel for Waymo stated that it would take into consideration Mr. Cooper's views. On the August 19, 2017 meet and confer teleconference, however, Waymo stated its position that it would neither produce a witness for Topic 5 nor produce Ms. Haroon (or any other witness) for Topic 8. With respect to Topic 8, Waymo stated that it would designate, as Rule 30(b)(6) testimony on Topic 8, portions of the transcript from Ms. Haroon's deposition in her individual capacity.

3. Attached as **Exhibit 1** are true and correct excerpts of the July 17, 2017 deposition of Larry Page.

4. Attached as **Exhibit 2** is a true and correct copy of a November 12, 2014 email from Sebastian Thrun, with Bates number WAYMO-UBER-00029346-347, which was marked as Deposition Exhibit 1099 at the deposition of Larry Page.

5. Attached as **Exhibit 3** is a true and correct copy of a March 29, 2015 email from Sebastian Thrun, with Bates number WAYMO-UBER-00029349, which was marked as Deposition Exhibit 1100 at the deposition of Larry Page.

6. Attached as **Exhibit 4** is a true and correct copy of an April 1, 2015 email from Larry Page, with Bates number WAYMO-UBER-00029352, which was marked as Deposition Exhibit 1101 at the deposition of Larry Page.

CHANG DECLARATION ISO DEFENDANTS UBER AND OTTOMOTTO'S MOTION TO COMPEL RULE 30(B)(6) TOPICS
Case No. 3:17-cv-00939-WHA
pa-1799149

1

7. Attached as **Exhibit 5** is a true and correct copy of an April 11, 2015 email from Sebastian Thrun, with Bates number WAYMO-UBER-00026174, which was marked as Deposition Exhibit 1104 at the deposition of Larry Page.

8. Attached as **Exhibit 6** are true and correct excerpts of the July 26, 2017 deposition of Jennifer Haroon.

9. Attached as **Exhibit 7** is a true and correct copy of an August 17, 2017 email from Jeff Nardinelli with subject line: "Waymo: 30(b)(6) Responses."

10. Attached as **Exhibit 8** is a true and correct excerpt of the August 9, 2017 deposition of Gerard Dwyer.

11. Attached as **Exhibit 9** is a true and correct copy of a June 17, 2015 letter to Anthony Levandowski with Bates number WAYMO-UBER-00014504-505, which was marked as Deposition Exhibit 1085 at the deposition of Larry Page.

12. Attached as **Exhibit 10** is a true and correct copy of a document titled ████ ████████████████████████████████████████████████████████ ██████████████ which appears to have been prepared by ██████████████. This document was produced by Waymo on August 10, 2017, with Bates numbers WAYMO-UBER-00039951-40027.

13. Attached as **Exhibit 11** is a true and correct copy of a document titled ████ ██████████████████████████ dated September 25, 2015. This document was produced by Waymo on August 15, 2017, with Bates numbers WAYMO-UBER-00043124-148.

14. Attached as **Exhibit 12** is a true and correct copy of a document entitled ████ ██████ which appears to have been prepared by ██████. This document was produced by Waymo on July 31, 2017, with bates numbers WAYMO-UBER-00033192-204.

15. Attached as **Exhibit 13** is a true and correct excerpt of the August 8, 2017 deposition of Gary Brown in his capacity as a Rule 30(b)(6) witness for Waymo.

CHANG DECLARATION ISO DEFENDANTS UBER AND OTTOMOTTO'S MOTION TO COMPEL RULE 30(B)(6) TOPICS
Case No. 3:17-cv-00939-WHA
pa-1799149

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of August, 2017, in San Francisco, California.

                                        */s/ Esther Kim Chang*
                                        ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated:  August 20, 2017                          */s/ Arturo J. González*
                                                      ARTURO J. GONZÁLEZ

CHANG DECLARATION ISO DEFENDANTS UBER AND OTTOMOTTO'S MOTION TO COMPEL RULE 30(B)(6) TOPICS
Case No. 3:17-cv-00939-WHA
pa-1799149

3