MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NO. 1278-3, 1279-0, AND 1279-1**<br><br>Trial Date: October 10, 2017 |

DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 3:17-cv-00939-WHA
sf-3816365

1   Defendants Uber Technologies, Inc. and Ottomotto LLC file this Administrative Motion
to Remove the following documents from ECF, submitted electronically on August 20, 2017, by
Defendants:

1. Docket Number 1278-3: Redacted Version of Defendants' Discovery Letter Brief re Motion to Compel 30(b)(6) Topics;
2. Docket Number 1279-0: Discovery Letter Brief re Defendants' Motion to Compel Rule 30(b)(6) Topics;
3. Docket Number 1279-1: Declaration of Esther Kim Chang.

These documents contain information designated by Waymo as highly confidential that was inadvertently not redacted.  Defendants have contacted the ECF Help Desk regarding this issue.  Defendants have also filed corrected versions of these documents with the confidential information at issue redacted at Docket Numbers 1280 and 1281.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: August 20, 2017            MORRISON & FOERSTER LLP

                                  By: */s/ Arturo J. González*
                                       ARTURO J. GONZÁLEZ

                                  Attorneys for Defendants
                                  UBER TECHNOLOGIES, INC.,
                                  OTTOMOTTO LLC, and OTTO TRUCKING LLC