# EXHIBIT 6

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                          )
                                    )
          Plaintiff,                )
                                    ) Case No.
          vs.                       ) 3:17-cv-000939-WHA
                                    )
UBER TECHNOLOGIES, INC.;            )
OTTOMOTTO LLC; OTTO TRUCKING,       )
INC.,                               )
                                    )
          Defendants.               )
_____)
```

VIDEOTAPED DEPOSITION OF DREW ULRICH

San Francisco, California

Thursday, July 20, 2017

Volume I

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

Reported by:
CARLA SOARES
CSR No. 5908

Job No. 2662822

Pages 1 - 314

Page 255

| | | |
|---|---|---|
| 1 | exactly, and what went from GBr initial development | 17:37:16 |
| 2 | into GBr2.  I'm not sure where that line exists. | |
| 3 | Q   Right.  So you're thinking now that maybe | |
| 4 | the work on the GBr2 started in fall 2012, and then | |
| 5 | you reached the conclusion of going with (████████) (████████) | |
| 6 | (█) (████████████████) by at least August 2013, if | |
| 7 | not before that? | |
| 8 | A   Correct.  August 20th, 2013, we had -- we | |
| 9 | intended a (████████████████). | |
| 10 | Q   Yeah. | 17:37:47 |
| 11 | A   As you can see in Figure 3B, the (██████) | |
| 12 | there provide space for four boards. | |
| 13 | Q   Okay.  And what are you referring to as | |
| 14 | the (██████)? | |
| 15 | A   There's not a label directly on this part. | 17:38:03 |
| 16 | Q   Okay. | |
| 17 | A   This block here is to represent the | |
| 18 | transmit block. | |
| 19 | Q   Okay. | |
| 20 | A   And these individual pieces -- | 17:38:13 |
| 21 | Q   Yeah. | |
| 22 | A   --(████████) between (████████) | |
| 23 | (█) (████████) | |
| 24 | Q   Okay.  Do you want to go ahead and mark | |
| 25 | and label what you're referring to as the transmit | 17:38:24 |

Page 256

```
 1   block and the (▇▇▇)                                          17:38:27
 2        A    Let's see if it's called that anywhere
 3   else.
 4        Q    Okay.
 5             MR. SCHMIDT:  I'm going to object to form          17:38:55
 6   with the witness marking the document.
 7   BY MR. KIM:
 8        Q    Okay.  What you've just marked -- you can
 9   keep that for now.
10             What you've just marked as a (▇▇▇), is that        17:39:18
11   also referred to as a (▇▇) within Uber -- within
12   Waymo?  Sorry.
13             MR. SCHMIDT:  Objection to form.
14             THE WITNESS:  I believe (▇▇▇▇▇▇▇▇▇▇▇▇)
(▇)  (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇)    (▇▇▇▇)
(▇)  (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇)
17   BY MR. KIM:
18        Q    I see.
19        A    -- in this configuration.
20        Q    Okay.  And why are (▇▇▇▇▇▇▇▇▇▇▇▇▇▇)    (▇▇▇▇)
(▇)  (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇)  Did they have a
22   different function from the (▇▇▇)?
23        A    (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇)
(▇)  (▇▇▇▇▇).  This is, again, a nickname assigned by an
25   engineer.                                                   17:40:16
```

| | | |
|---|---|---|
| 1 | But go ahead. | 17:49:30 |
| 2 | BY MR. KIM: | |
| 3 | Q   Okay.  Then the three (▉▉▉▉▉▉▉▉), is | |
| 4 | there a name that you would use to refer to those? | |
| 5 | A   We could call them (▉▉▉▉▉▉▉▉). | 17:50:00 |
| 6 | Q   Okay.  Can you go ahead and label those? | |
| 7 | Okay.  And then the -- I think you called | |
| 8 | them (▉▉▉▉▉▉▉▉).  Those are the (▉▉▉) with the | |
| 9 | little black in them? | |
| 10 | A   Correct.  (▉▉▉▉▉▉▉) or (▉▉▉▉▉) ▉▉▉▉ | |
| 11 | (▉▉▉▉) | |
| 12 | Q   Okay.  Can you go ahead and label those? | |
| 13 | Now, which of those (▉▉▉▉▉▉▉▉) | |
| 14 | (▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉)? | |
| 15 | A   The (▉▉▉▉▉▉▉▉▉▉▉▉▉▉). | 17:51:16 |
| 16 | Q   Okay.  And do one of those (▉▉▉▉▉▉▉▉ | |
| 17 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉) | |
| 18 | (▉▉▉▉▉▉▉▉▉▉▉▉▉)? | |
| 19 | A   The (▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉) | |
| 20 | (▉) (▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉) (▉▉▉▉▉▉) | |
| 21 | (▉) (▉▉▉▉▉▉▉▉▉▉▉▉) yes. | |
| 22 | Q   Which (▉▉▉) are you referring to?  The | |
| 23 | (▉▉▉▉▉). | |
| 24 | A   The (▉▉▉▉▉▉▉▉▉). | |
| 25 | Q   Okay.  And the (▉▉▉▉▉▉▉▉▉) or the | 17:51:51 |

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

1   I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12  Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 7/21/2017
23
24  *Carla Soares* (signature)
25  CARLA SOARES
    CSR No. 5908

Page 314