UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYMO LLC, | Case No. 17-cv-00939-WHA (JSC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART STIPULATION TO CONTINUE DEPOSITIONS** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | Re: Dkt. No. 1277 |

Now pending before the Court is a stipulation from the parties to allow certain depositions after the August 24, 2017 fact discovery cut-off date. The stipulation is granted as to the lawyer witnesses whose testimony is directly affected by the Federal Circuit's ruling on the discoverability of the Stroz Report, but only upon the parties and witnesses advanced agreement that the depositions will all occur within one week of the Federal Circuit's ruling. It is also granted for Mr. Kalanick who has already been deposed once. The stipulation is denied as to Mr. Lior, Mr. Sebern and Mr. Levandowski as much of their depositions can be completed without the Stroz Report and they are important witnesses. If the Stroz Report is ultimately produced they will have to sit for their depositions again. The stipulation to continue the depositions of Michael Janosko, Eyal Cohen, and Ryan Espinosa is denied for lack of good cause for not meeting the district court's deadline.

**IT IS SO ORDERED.**

Dated: August 21, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge