1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1276)** |

1  Plaintiff Waymo LLC ("Waymo") has filed a Motion for Relief from Non-Dispositive Pretrial
2  Order of Magistrate Judge (Dkt. 1276) (the "Motion").
3  Having considered the Motion, as well as any response thereto, the Court hereby **SUSTAINS**
4  Waymo's objection and **GRANTS** the Motion.  **IT IS HEREBY ORDERED** that Magistrate Judge
5  Corley's July 12, 2017 Order Granting in part Uber's Motion to Compel Interrogatory and Document
6  Responses is VACATED as it pertains to Waymo's Responses to Interrogatory Nos. 18, 19, and 25,
7  and Request for Production Nos. 166, 170, 172, and 173.
8  **IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge