1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO UBER'S MOTION TO COMPEL 30(B)(6) TOPICS** |

      Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its August 21, 2017 Opposition to Uber's Motion to Compel 30(b)(6) Topics (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's August 21, 2017 Opposition to Uber's Motion to Compel 30(b)(6) Topics (Waymo's Motion") | Highlighted in green | Waymo |
| Exhibit 3 to Waymo's Motion | Highlighted in red | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE SCOTT CORLEY
United States District Court Judge