# EXHIBIT 3
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5   _____
6   WAYMO LLC,                          )
7              Plaintiff,               )
8      vs.                              )  Case No.
9   UBER TECHNOLOGIES, INC.;            )  17-cv-00939-WHA
10  OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
11             Defendants.              )
    _____ )
12
13   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF JENNIFER HAROON
16              San Francisco, California
17              Wednesday, July 26, 2017
18                      Volume I
19
20  Reported by:
21  MARY J. GOFF
22  CSR No. 13427
23  Job No. 2664313
24
25  PAGES 1-222
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1      Q    Okay.  ████████████████████        ████
 2     █    █    ███████████                   05:10:53
 3     Q    Okay.  ████████████████            ████
 4     █    █    █████████████████████████     ████
       █████████████████████████████████       ████
       █████████████████████████████████       ████
       ████    ███████████████████████         ████
       █████████████████████████████████       ████
       ██████████████████████████████████      ████
       ████████████████████████████████        ████
       ████████████████████████████████        ████
       ████████████████                        05:11:35
13     Q    Do you know ███████████████        ████
       ████████████████?                        05:11:38
15          MS. BAILY:  Object to form.         05:11:41
16     A    ██████████████████████████████      ████
       ████████████████████                    ████
       █████████████████████████               05:11:50
19     Q    Okay.  Who else was involved in that   05:11:56
20   evaluation effort?                         05:11:58
21     A    That one, again, I was not there from the  05:12:01
22   start.  Chris Urmson; Ming Su, as our financial   05:12:04
23   analyst; Dmitri Dolgov; Dave Ferguson; Anne Widera.  05:12:18
24   Those are the people I remember.           05:12:36
25     Q    Okay.  Do you recall anybody from Google X   05:12:42
```

| | | |
|---|---|---|
| 1 | involved in that process? | 05:12:45 |
| 2 | A    I do not, no. | 05:12:49 |
| 3 | Q    And you said that ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; is that correct? | 05:12:54 |
| 5 | A    That's correct. | 05:12:58 |
| 6 | Q    Okay.  Do you remember ▮▮▮▮▮▮ | ▮▮▮▮ |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 8 | ▮ ▮▮▮▮▮▮ | 05:13:06 |
| 9 | Q    Okay.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 11 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 13 | ▮ ▮▮▮▮▮▮▮▮▮▮ | 05:13:28 |
| 14 | Q    Okay.  And when did that process start? | 05:13:30 |
| 15 | A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, but I don't | 05:13:38 |
| 16 | remember the exact date. | 05:13:41 |
| 17 | Q    And who else was involved? | 05:13:45 |
| 18 | A    Chris Urmson, Dmitri Dolgov, Dave | 05:13:51 |
| 19 | Ferguson, Anne Widera, Cynthia Kwon from my team for | 05:13:55 |
| 20 | a specific -- for a short time.  John Krafcik, once | 05:14:02 |
| 21 | he had joined from the -- so that's from the | 05:14:07 |
| 22 | self-driving car side. | 05:14:11 |
| 23 | Q    And then from the Google side? | 05:14:13 |
| 24 | A    ▮▮▮▮▮▮▮▮▮▮  I believe his last | 05:14:17 |
| 25 | name is ▮▮, but I'm not 100 percent sure.  There | 05:14:28 |

Page 204

```
 1   were some analysts from the Corp. dev team.  I can't          05:14:32
 2   remember their names right now.  One other                    05:14:37
 3   principal, but I can't remember his name either.              05:14:45
 4       Q    Do you remember the role?                            05:14:48
 5       A    I believe he was at the principal level.             05:14:50
 6       Q    What was ████████ role in that                       05:14:56
 7   evaluation process?                                           05:15:00
 8       A    I would say he led the day-to-day.                   05:15:05
 9       Q    He led the day-to-day on the Google X                05:15:11
10   side -- or on the Google side --                              05:15:13
11       A    Yes --                                               05:15:14
12       Q    -- or overall?                                       05:15:14
13       A    For the Google side, yes.                            05:15:16
14       Q    Okay.  And do you know what ████████                 05:15:19
15   job title is.                                                 05:15:20
16       A    I believe it's director, but I'm not                 05:15:22
17   100 percent sure.                                             05:15:24
18       Q    And who led the day-to-day on the                    05:15:29
19   self-driving side?                                            05:15:32
20       A    I would say Chris.                                   05:15:37
21       Q    Anybody else?                                        05:15:43
22       A    As the leader?                                       05:15:45
23       Q    Um-hum.                                              05:15:48
24       A    No.  I -- I would say Chris --                       05:15:48
25       Q    Okay.                                                05:15:51
```

Page 205

| | | |
|---|---|---|
| 1 | A     -- was the lead. | 05:15:51 |
| 2 | Q     Who was -- who was sort of in the overall | 05:15:57 |
| 3 | lead on the -- well, let me rephrase that. | 05:15:59 |
| 4 | On the self-driving side, was there | 05:16:10 |
| 5 | somebody above Chris who was not involved in the | 05:16:13 |
| 6 | day-to-day necessarily but has some of the final | 05:16:19 |
| 7 | authority? | 05:16:25 |
| 8 | MS. BAILY:  Object to form. | 05:16:25 |
| 9 | A     Not until John Krafcik joined the team. | 05:16:27 |
| 10 | Q     Okay.  And then at that point it was | 05:16:31 |
| 11 | Mr. Krafcik? | 05:16:34 |
| 12 | A     I honestly don't know between them. | 05:16:36 |
| 13 | Q     Okay.  ████████████████████████ | ███ |
| | ████████████████████████████████████ | ███ |
| | ███████? | 05:16:56 |
| 16 | MS. BAILY:  Object to form. | 05:16:57 |
| 17 | A     ████████████████████████ | ███ |
| | ████████████████████ | ███ |
| | ████████████████████████ | ███ |
| | ██████████████████████████████ █ | ███ |
| | ██████████████████████████████ | ███ |
| | ████████ ████████████████████ | ███ |
| | ████████████████████████ | ███ |
| | ████████████████████████ | ███ |
| | ████████ | 05:17:49 |

Page 206

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And do you recall █████████████████ | █████ |
| 2 | ████████████████████████████████ | █████ |
| 3 | █████? | 05:17:56 |
| 4 | A    I don't.  I mean -- yeah. | 05:17:59 |
| 5 | Q    Is it fair to say it would have been | 05:18:06 |
| 6 | whatever ████████████████████████? | 05:18:07 |
| 7 | A    That's -- | 05:18:10 |
| 8 | MS. BAILY:  Object to form. | 05:18:10 |
| 9 | A    -- fair to say.  Sorry.  That's likely. | 05:18:11 |
| 10 | Q    Okay.  Is there a possibility that there | 05:18:14 |
| 11 | would have been ████████████████████████ █████ | |
| 12 | ████████████████████? | 05:18:22 |
| 13 | MS. BAILY:  Object to form. | 05:18:26 |
| 14 | A    ████████████████████████ █████ | |
| 15 | ████ ████████████████████████ █████ | |
| 16 | ████████████████████████████ █████ | |
| 17 | ████████████████████████████ █████ | |
| 18 | ████████████████████ ████ █████ | |
| 19 | ████████████████████████████ █████ | |
| 20 | ████████████████ | 05:18:53 |
| 21 | Q    Do you recall ████████████████ █████ | |
| 22 | ████████████████████? | 05:18:59 |
| 23 | MS. BAILY:  Object to form. | 05:19:00 |
| 24 | A    I don't -- I mean, what would you | 05:19:04 |
| 25 | describe -- what would you call significant? | 05:19:13 |

Page 207

| | | |
|---|---|---|
| 1 | Q    Anything that you would consider | 05:19:16 |
| 2 | significant for purposes of this question. | 05:19:18 |
| 3 | MS. BAILY:  Object to form. | 05:19:22 |
| 4 | A    ███████████████████████████ | ███ |
| 5 | ███████████████████████████ | ███ |
| 6 | ███████████████████████ | ███ |
| 7 | ██████████ ████████████ | ███ |
| 8 | ██████████████████ | 05:19:57 |
| 9 | Q    Okay. ████████████████ | ███ |
| 10 | ████████████████? | 05:20:01 |
| 11 | A    Yes. | 05:20:04 |
| 12 | Q    Okay.  And do you recall ████████ | ███ |
| 13 | ██████████████████? | 05:20:08 |
| 14 | A    I do recall that we found a mistake -- a | 05:20:13 |
| 15 | small mistake, so we fixed that.  But it -- | 05:20:16 |
| 16 | Q    Okay. | 05:20:18 |
| 17 | A    -- was -- it was -- didn't have a big | 05:20:18 |
| 18 | impact. | 05:20:21 |
| 19 | Q    Anything else? | 05:20:21 |
| 20 | A    Like I said, we -- there were other -- | 05:20:26 |
| 21 | there were other changes during that time that I do | 05:20:27 |
| 22 | believe we made, but I don't remember the substance | 05:20:30 |
| 23 | of all of them. | 05:20:32 |
| 24 | Q    Okay.  Do you remember the substance of | 05:20:33 |
| 25 | any of them? | 05:20:35 |

Page 208

| | | | |
|---|---|---|---|
| 1 | A | No. | 05:20:35 |
| 2 | Q | Okay. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| 3 | | ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮? | 05:20:43 |
| 4 | A | That's correct. | 05:20:48 |
| 5 | Q | Who in the self-driving team was the -- | 05:20:48 |
| 6 | | within the self-driving team, was there a principal | 05:20:50 |
| 7 | | point of contact with ▮▮▮▮▮▮▮▮? | 05:20:53 |
| 8 | A | I would say Chris. | 05:21:01 |
| 9 | Q | Anybody else? | 05:21:04 |
| 10 | A | Myself. | 05:21:05 |
| 11 | Q | And then who were your contacts -- | 05:21:11 |
| 12 | | contacts at ▮▮▮▮▮▮▮▮? | 05:21:13 |
| 13 | A | So the primary -- the lead was a gentleman | 05:21:21 |
| 14 | | named ▮▮▮  And I can't remember his last name.  And | 05:21:23 |
| 15 | | I don't remember the name of his team members. | 05:21:28 |
| 16 | Q | Do you remember anybody else from ▮▮▮ ▮▮▮ | |
| 17 | | ▮▮▮? | 05:21:31 |
| 18 | A | No.  There were at least two other people. | 05:21:32 |
| 19 | Q | Okay.  And can you describe what -- what | 05:21:37 |
| 20 | | ▮▮▮▮▮▮ did as part of this process? | 05:21:47 |
| 21 | A | So you know, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ |  |
|  |  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
|  |  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | ▮▮▮ |
|  |  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
|  |  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:22:12 |

Page 209

```
 1    ███████████████████████████████              ████

      ██████████████████████████████████████████   ████

      ██████████████████████████████████████       ████

      █████████████████████████████████            ████

      ██████████████████████████████               ████

      ████████████████████████████████████         ████

      █████████████████████████████████            ████

      ████  ██████████████████████████████         05:22:54

 9    Q    Okay.  Do you recall ████████████       ████

      ████████████ ?                               05:23:07

11    A    I don't recall ███████████████████      ████

      ███████████  ████████████████████            ████

      ██████████████████  ███████████              ████

      ████  ████████████████████████               05:23:28

15    Q    Do you recall any others?               05:23:39

16    A    Not off the top of my head.             05:23:43

17    Q    How was ████████████ ?                  05:23:44

18         MS. BAILY:  Object to form.             05:23:45

19    A    ██████████████████████████████████      ████

      █████████████████████████████████            ████

      ██████████████████████████████████           ████

      ████████████████████████████████             ████

      ██████████████████████████████               05:24:04

24    Q    And by ██████████████████████████       ████

      ████████████████████████ is that correct?    05:24:15
```

Page 210

Veritext Legal Solutions
866 299-5127

```
1      A     That's correct.                              05:24:18
2      Q     Okay. █████████████████
              ██████████████ --                           05:24:21
4            MS. BAILY:  Object to form.                  05:24:23
5      Q     -- ████████████████████?                     05:24:24
6      A     ████████████████████
              ████████████████████
              ████████████████████
              ████████████████████
              █████                                       05:24:48
11     Q     You also ██████████████
              ████, correct?                              05:24:55
13     A     That's correct.                              05:24:56
14     Q     Okay. ████████████████
              ████████████████████
              ███████████████████?                        05:25:08
17     A     So as I mentioned previously, ██████
              ████████████████████
              ███████  █████████
              ████████████████████
              ██████████████████
              █████████████  ████
              █████████
              ████████████████
              ██████████  ███████                         05:25:39
```

Page 211

```
 1    █████████████████████████████ █         ███

      █████████████████████████████████        ███

      █████████████████████████                ███

             ██████████████████████            ███

      █████████████████████████████████        ███

      ██████████████████████████████           ███

      █████████████████████████████            ███

      ████████████████████████                 05:26:14

 9        Q   And so as a result of all this work, █ ███

      █████████████████████████████████        ███

      █████████████████████████████████        ███

      █████████?                                05:26:31

13            MS. BAILY:  Object to form.       05:26:33

14        A   I don't █████████████████████████ ███

      █████████████████████████████████        ███

      █████████████████████████████████        ███

      ███████████████████                       05:26:56

18        Q   Do you recall ████████████████    ███

      ███████████████████                       05:27:00

20            MS. BAILY:  Object to form.       05:27:02

21        A   I don't remember ██████████████   ███

      █████████████████████████████████        ███

      █████████████████████████████████.        05:27:12

24            THE COURT REPORTER:  Did you say ██████ ███

      █████████?                                05:27:25
```

Page 212

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1      A      █████████████              05:27:27

2      Q      (BY MR. TAKASHIMA) What methodology did    05:27:29

3   the Google side use to █████████████?               05:27:31

4             MS. BAILY:  Object to form.               05:27:37

5      A      In the meetings that I had with them, ███ ████
       ████████████████████████████████████████████ ████
       ██████████████████████████████████████ ████
       ████████████████████████████████████ ████
       ██████████████████████████ ████
             █████████████████████████████████ ████
       ██████████████████████████████████████ ████
       ██████████████████████████████████████ ████
       ████████████████████ ████
             █████████████████████████████████ ████
       ██████████████████████████████████████ ████
       ███████████  █████████████████████████ ████
       ██████████████████████████████████ ████
       █████████                                        05:28:47

19     Q      Do you recall ████████████████ ████
       █████████████████████████?                       05:28:49

21     A      I don't remember ████████ ██████ ████
       ████████████████████████████████████████ ████
       █████████                                        05:29:01

24     Q      Do you recall any others?                 05:29:02

25     A      Unfortunately not.                        05:29:04
```

Page 213

1       I, MARY J. GOFF, CSR No. 13427, Certified
2   Shorthand Reporter of the State of California,
3   certify;
4       That the foregoing proceedings were taken
5   before me at the time and place herein set forth, at
6   which time the witness declared under penalty of
7   perjury; that the testimony of the witness and all
8   objections made at the time of the examination were
9   recorded stenographically by me and were thereafter
10  transcribed under my direction and supervision; that
    the foregoing is a full, true, and correct
11  transcript of my shorthand notes so taken and of the
12  testimony so given;
13      That before completion of the deposition,
14  review of the transcript () was (XX) was not
15  requested:   (   ) that the witness has failed or
    refused to approve the transcript.
16      I further certify that I am not financially
17  interested in the action, and I am not a relative or
18  employee of any attorney of the parties, nor of any
19  of the parties.
20      I declare under penalty of perjury under the
21  laws of California that the foregoing is true and
22  correct, dated this 27th day of July, 2017.
23
24          _____
25          MARY J. GOFF, CSR No. 13427