**From:** Andrea P Roberts
**Sent:** Thursday, July 20, 2017 12:29 PM
**To:** Chang, Esther Kim <echang@mofo.com>; Edward Takashima <etakashima@BSFLLP.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'DG-GP Otto Trucking Waymo' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; 'John Cooper (JCooper@fbm.com)' <JCooper@fbm.com>; 'Matthew Cate (MCate@fbm.com)' <MCate@fbm.com>
**Subject:** RE: Waymo: Deposition Scheduling

Esther,

It was our impression that Defendants were already ready to serve their 30(b)(6) notice on Waymo when they proposed a mutual exchange the day after making the proposal. In any event, we don't think that the parties need to serve 30(b)(6) notices on the same date. Accordingly, attached are Waymo's 30(b)(6) notices to Uber and to Otto Trucking. When we met and conferred last week, we discussed having Waymo identify which of the topics in the Uber notice we thought might require separate testimony from Uber and Ottomotto. Those are: 3, 4, 5, 6, and 7. As noted in my email earlier today, we expect that Pierre will be a 30(b)(6) designee and so strongly encourage Defendants to serve their 30(b)(6) notice sufficiently in advance of his deposition.

Additionally, thanks for sharing the chart in your email below. It is very helpful. I added a column to the right with a notation regarding the location. There are a few for which I need to get back to you.

| Witness | Deposition Date | Deposition Time | Deposition Location | Waymo Response Re Location |
|---|---|---|---|---|
| Drew Ulrich | Thursday, July 20, 2017 | 10:30 AM | MoFo SF | Confirmed |
| Bryan Salesky | Monday, July 24, 2017 and Tuesday, July 25, 2017 | 12:00 PM | Reed Smith Pittsburgh | Confirmed |
| Jennifer Haroon | Wednesday, July 26, 2017 | 9:00 AM | MoFo Palo Alto | San Francisco |
| Zachary Morris | Wednesday, July 26, 2017 | 9:00 AM | MoFo SF | Confirmed |
| Sam Lenius | Friday, July 28, 2017 | 9:00 AM | MoFo Palo Alto | Confirmed |
| John Krafcik | Wednesday, August 02, 2017 | 9:00 AM | MoFo Palo Alto | Confirmed |
| Pierre-Yves Droz | Thursday, August 03, 2017 | 9:00 AM | MoFo Palo Alto | Confirmed |
| Sebastian Thrun | Monday, August 07, 2017 | | MoFo SF | Confirmed |

1

| | | | | |
|---|---|---|---|---|
| Dmitri Dolgov | Tuesday, August 08, 2017 | 9:00 AM | MoFo Palo Alto | Redwood Shores or Palo Alto |
| Chris Urmson | Wednesday, August 09, 2017 | | MoFo SF | Confirmed |
| Gerard Dwyer | Wednesday, August 09, 2017 | 9:00 AM | MoFo SF | Will get back to you |
| Bernard Fidric | Thursday, August 10, 2017 | 9:00 AM | MoFo SF | Will get back to you |
| Ben Ingram | Wednesday, August 16, 2017 | 9:00 AM | MoFo SF | Will get back to you |
| Luke Wachter | Friday, August 18, 2017 | 9:00 AM | MoFo SF | Confirmed |
| David Drummond | Monday, August 21, 2017 | 1:00 PM | Quinn Redwood Shores or WSGR Palo Alto | Confirmed |
| Dan McCloskey | Wednesday, August 23, 2017 | 9:00 AM | MoFo SF | Will get back to you |
| Dan Chu | Thursday, August 24, 2017 | 9:00 AM | MoFo SF | Will get back to you |

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Chang, Esther Kim [mailto:echang@mofo.com]
**Sent:** Wednesday, July 19, 2017 10:12 PM
**To:** Andrea P Roberts <andreaproberts@quinnemanuel.com>; Edward Takashima <etakashima@BSFLLP.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>;

BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'DG-GP Otto Trucking Waymo' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; 'John Cooper (JCooper@fbm.com)' <JCooper@fbm.com>; 'Matthew Cate (MCate@fbm.com)' <MCate@fbm.com>
**Subject:** RE: Waymo: Deposition Scheduling

Andrea,

One correction to the table below.  Per your request, the deposition of Sam Lenius will take place at Morrison & Foerster's Palo Alto office.

Esther
Tel: (415) 268-7562

**From:** Chang, Esther Kim
**Sent:** Wednesday, July 19, 2017 6:04 PM
**To:** 'Andrea P Roberts'; Edward Takashima; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo: Deposition Scheduling

Andrea,

We are not prepared to exchange 30(b)(6) notices today, as Waymo did not respond to our request until today.

Below is our understanding of the locations for the confirmed depositions of Waymo witnesses.  Please let us know if anything needs to change.

| Witness | Deposition Date | Deposition Time | Deposition Location |
|---|---|---|---|
| Drew Ulrich | Thursday, July 20, 2017 | 10:30 AM | MoFo SF |
| Bryan Salesky | Monday, July 24, 2017 and Tuesday, July 25, 2017 | 12:00 PM | Reed Smith Pittsburgh |
| Jennifer Haroon | Wednesday, July 26, 2017 | 9:00 AM | MoFo Palo Alto |
| Zachary Morris | Wednesday, July 26, 2017 | 9:00 AM | MoFo SF |
| Sam Lenius | Friday, July 28, 2017 | 9:00 AM | MoFo SF |
| John Krafcik | Wednesday, August 02, 2017 | 9:00 AM | MoFo Palo Alto |
| Pierre-Yves Droz | Thursday, August 03, 2017 | 9:00 AM | MoFo Palo Alto |
| Sebastian Thrun | Monday, August 07, 2017 | | MoFo SF |
| Dmitri Dolgov | Tuesday, August 08, 2017 | 9:00 AM | MoFo Palo Alto |

3

| | | | | |
|---|---|---|---|---|
| Chris Urmson | Wednesday, August 09, 2017 | | | MoFo SF |
| Gerard Dwyer | Wednesday, August 09, 2017 | | 9:00 AM | MoFo SF |
| Bernard Fidric | Thursday, August 10, 2017 | | 9:00 AM | MoFo SF |
| Ben Ingram | Wednesday, August 16, 2017 | | 9:00 AM | MoFo SF |
| Luke Wachter | Friday, August 18, 2017 | | 9:00 AM | MoFo SF |
| David Drummond | Monday, August 21, 2017 | | 1:00 PM | Quinn Redwood Shores or WSGR Palo Alto |
| Dan McCloskey | Wednesday, August 23, 2017 | | 9:00 AM | MoFo SF |
| Dan Chu | Thursday, August 24, 2017 | | 9:00 AM | MoFo SF |

Esther
Tel: (415) 268-7562

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Wednesday, July 19, 2017 5:39 PM
**To:** Edward Takashima; Chang, Esther Kim; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo: Deposition Scheduling

- External Email -

Ed and Esther,

Initially, during a meet and confer last week, Uber suggested that the parties agree on a date to serve 30(b)(6) notices and then meet and confer regarding any objections two days later. We are amenable to that and are prepared to serve our notices today and meet and confer about any objections on Friday. Please note that we expect that Pierre-Yves Droz will be our 30(b)(6) designee on technical topics and we only intend to make him available once. So, Defendants should serve their 30(b)(6) notice sufficiently in advance of his deposition so that we can resolve any disputes beforehand.

Additionally, below are updates on deposition scheduling issues:

- We would like to postpone Adam Bentley's deposition, currently scheduled for 7/25 because we don't anticipate getting the Stroz report and withheld documents sufficiently in advance of his deposition. Please provide alternative dates.
- Sam Lenius' deposition is scheduled for July 28. He'd prefer that his deposition be in Redwood Shores or Palo Alto.
- Jai Krishnan is available in August 9 in San Francisco
- We will accept:
    - Daniel Gruver on August 4
    - John Bares on August 11

4

> We are continuing to work to confirm the other dates Uber has offered and will get back to you as quickly as possible.

- Additionally, the following witnesses who we previously offered dates for and are confirmed prefer a Redwood Shores/Mountain View/Palo Alto deposition location: John Krafcik, Pierre-Yves Droz, Dmitri Dolgov

Thanks,
Andrea


**From:** Edward Takashima [mailto:etakashima@BSFLLP.com]
**Sent:** Wednesday, July 19, 2017 3:56 PM
**To:** Chang, Esther Kim <echang@mofo.com>; Andrea P Roberts <andreaproberts@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'DG-GP Otto Trucking Waymo' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; 'John Cooper (JCooper@fbm.com)' <JCooper@fbm.com>; 'Matthew Cate (MCate@fbm.com)' <MCate@fbm.com>
**Subject:** RE: Waymo: Deposition Scheduling

Andrea,

- Soren Juelsgaard is available on August 9 in San Francisco.

Thanks,

Ed

**Edward H. Takashima**
Partner

**BOIES SCHILLER FLEXNER LLP**
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(t) +1 310 752 2408
(m) +1 213 399 4154
etakashima@bsfllp.com
www.bsfllp.com

**From:** Chang, Esther Kim [mailto:echang@mofo.com]
**Sent:** Wednesday, July 19, 2017 12:54 PM
**To:** Andrea P Roberts; Edward Takashima; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo: Deposition Scheduling

Andrea,

I write to offer additional dates for Uber witnesses.  In addition, I include the locations of previously offered Uber witnesses.  Please confirm these dates as soon as possible.
- Scott Boehmke (July 28, Pittsburgh)
- Daniel Gruver (August 4, SF)
- James Haslim (August 9, SF)
- Gaetan Pennecot (August 9, SF)
- Rudy Kim (August 24, SF)

In addition, please confirm whether Waymo will move forward with Mr. Burnette's deposition on August 18.

Esther
Tel: (415) 268-7562

**From:** Chang, Esther Kim
**Sent:** Wednesday, July 19, 2017 11:15 AM
**To:** Andrea P Roberts; 'Edward Takashima'; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo: Deposition Scheduling

As requested on the meet and confer, please also provide dates for the following Waymo witnesses:
- Jolie Sorge
- David Lawee

Esther
Tel: (415) 268-7562

**From:** Chang, Esther Kim
**Sent:** Wednesday, July 19, 2017 11:05 AM
**To:** Andrea P Roberts; 'Edward Takashima'; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo: Deposition Scheduling

Andrea,

As promised by Ed in his email yesterday, I write to offer additional dates for Uber's witnesses and confirm offered dates for Waymo's witnesses.

**Waymo's Witnesses**
With respect to Waymo's witnesses, we confirm the following dates:
- Dmitri Dolgov (August 8)
- Gerard Dwyer (August 9)
- Bernard Fidric (August 10)
- Ben Ingram (August 16)
- Luke Wachter (August 18)
- Dan McCloskey (August 23)

Please provide another date for Blaise Gassend after August 2.  In addition, we request the deposition of Michael Epstein—please let us know if he is available for deposition on July 28 or July 31.

**Uber's Witnesses**
With respect to Uber's witnesses, we can offer the following dates:
- Scott Boehmke (July 28)
- Rudy Kim (August 24)

We expect to provide additional dates later today.

Esther
Tel: (415) 268-7562

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 7:20 PM
**To:** 'Edward Takashima'; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo: Deposition Scheduling

- External Email -

John and Ed,

I write regarding outstanding deposition scheduling issues. We would like to meet and confer tomorrow about these issues.

First, we are still waiting on dates for 7 of the witnesses that we identified on June 28: Daniel Gruver, James Haslim, Soren Juelsgaard, Scott Boehmke, Rudy Kim, Bill Gurley, and Gaetan Pennecot.  Please promptly provide them.

Second, Adam Bentley's deposition is currently scheduled for July 25.  If the Federal Circuit does not issue a ruling such that we would receive the Stroz report by this Friday, July 21, then we will request a later date for that deposition.  For now, we can keep it scheduled for July 25, but we wanted to give you a heads up on our thoughts.

Third, we can provide the following dates in response to your requests:

- Kristinn Gunjonsson: 7/28 in Redwood Shores/Palo Alto
- Gary Brown: 8/8 in New York City
- We are still confirming an alternative date for Mr. Krishnan.

We additionally can offer:

- Chelsea Bailey: 8/1 (location TBD)
- Meiling Tan: 8/4 (location TBD)

- Don Harrison: 8/17 (location TBD).  He is not available on the date previously requested by Uber

Third, with respect to the dates Uber offered, we can accept:

- Eric Tate: rescheduling for 8/2
- Don Burnette: 8/18
- Cameron Poetzcher: 8/11
- Nina Qi: 8/10
- Jeff Holden: 8/15
- Colin Sebern: 8/15

We will get back to you regarding Don Burnette.  Additionally, is John Bares available on 8/10, instead of 8/11?

Fourth, we've previously offered dates for Blaise Gassend (7/28), Dmitri Dolgov (8/8), Josh Fried (8/10), Bernard Fidric (8/10), Ben Ingram (8/16), Stacey Sullivan (8/17), Luke Wachter (8/18), and Dan McCloskey (8/23).  Please let us know if you will proceed on those dates.  With the exception of an alternative date for Jai Krishnan, we have provided dates for all of the witnesses Uber requested.  If we've missed someone, please let us know.

Thanks,
Andrea


**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Edward Takashima [mailto:etakashima@BSFLLP.com]
**Sent:** Tuesday, July 18, 2017 12:16 PM
**To:** Andrea P Roberts <andreaproberts@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'DG-GP Otto Trucking

Waymo' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; 'John Cooper (JCooper@fbm.com)'
<JCooper@fbm.com>; 'Matthew Cate (MCate@fbm.com)' <MCate@fbm.com>
**Subject:** RE: Waymo: Deposition Scheduling

Andrea,

Can you let us know today if we can confirm the dates below, and whether Waymo can provide dates as requested for Mr. Gudjonsson and Mr. Krishnan? We plan to have further dates for you later today or tomorrow morning.

Thanks,

Ed

**Edward H. Takashima**
Partner

BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(t) +1 310 752 2408
(m) +1 213 399 4154
etakashima@bsfllp.com
www.bsfllp.com

**From:** Edward Takashima
**Sent:** Friday, July 14, 2017 9:05 PM
**To:** 'Andrea P Roberts'; 'QE-Waymo'
**Cc:** 'UberWaymoMoFoAttorneys'; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** Waymo: Deposition Scheduling

Andrea,

I write with more progress on deposition scheduling.

We understand from his counsel that Eric Friedberg is available for deposition on August 24. The location is TBD but will likely be New York or Chicago.

Uber witnesses are available as follows:

- John Bares:  August 11 in Pittsburgh (as requested)

- Don Burnette:  August 18 (as requested)

- Cameron Poetzscher:  August 11 (as requested)

- Nina Qi:  August 10 (as requested)

9

In addition to the above, please let us know if we can confirm the following per our prior emails:

- Jeff Holden:  August 15

- Eric Tate:  August 2

- Colin Sebern:  August 15

For Waymo's witnesses, we are of course willing to work with Waymo on scheduling around witnesses' conflicts, but there has to be some balancing between the witnesses' schedules and the needs of the case.  As a result, for some depositions we are requesting alternate dates.

- Jai Krishnan (Waymo proposed July 20):  We believe this date is too early because Mr. Krishnan's deposition will be significantly affected if Judge Corley grants Uber's MTC with respect to RFP 119.  We request a later date for Mr. Krishan, preferably on the week of July 24.

- Gerard Dwyer (Waymo proposed August 9):  We confirm August 9.

- Scott Brown (Waymo proposed July 25):  We ask to depose Mr. Brown after Mr. Gudjonsson.  We can address this date after we have a date for Mr. Gudjonsson.

- Dan Chu (Waymo proposed August 24):  We confirm August 24.

**Edward H. Takashima**
Partner

BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(t) +1 310 752 2408
(m) +1 213 399 4154
etakashima@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

================================================================
=======

This message may be confidential and privileged. Use or disclosure by anyone other than an

intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.