# EXHIBIT 3
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   _____
 6   WAYMO LLC,                         )
 7              Plaintiff,              )
 8       vs.                            )  Case No.
 9   UBER TECHNOLOGIES, INC.;           )  17-cv-00939-WHA
10   OTTOMOTTO, LLC; OTTO TRUCKING LLC, )
11              Defendants.             )
     _____)
12
13      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
14
15          VIDEOTAPED DEPOSITION OF JENNIFER HAROON
16                  San Francisco, California
17                  Wednesday, July 26, 2017
18                          Volume I
19
20   Reported by:
21   MARY J. GOFF
22   CSR No. 13427
23   Job No. 2664313
24
25   PAGES 1-222
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1    Q    Okay.  █████████████████████              █████
 2         █   █████████                              05:10:53
 3    Q    Okay.  ████████████████████               █████
 4         █   ████████████████████████████████      █████
      ████████████████████████████████████           █████
      ████████████████████████████████████           █████
      ██████  ████████████████████████████           █████
      ████████████████████████████████████           █████
      █████████████████████████████████████████      █████
      ████████████████████████████████████           █████
      █████████████████████████████████████          █████
      ██████████████████                              05:11:35
13    Q    Do you know ████████████████████          █████
      █████████████████ ?                             05:11:38
15         MS. BAILY:  Object to form.                05:11:41
16    A    ██████████████████████████████████████    █████
      ████████████████████████████████                █████
      ████████████████████████████████████             05:11:50
19    Q    Okay.  Who else was involved in that      05:11:56
20   evaluation effort?                              05:11:58
21    A    That one, again, I was not there from the 05:12:01
22   start.  Chris Urmson; Ming Su, as our financial 05:12:04
23   analyst; Dmitri Dolgov; Dave Ferguson; Anne Widera. 05:12:18
24   Those are the people I remember.                05:12:36
25    Q    Okay.  Do you recall anybody from Google X 05:12:42
```

Page 203

| | | |
|---|---|---|
| 1 | involved in that process? | 05:12:45 |
| 2 | A    I do not, no. | 05:12:49 |
| 3 | Q    And you said that ▮▮▮▮▮ | ▮▮▮ |
| 4 | ▮▮▮▮▮; is that correct? | 05:12:54 |
| 5 | A    That's correct. | 05:12:58 |
| 6 | Q    Okay.  Do you remember ▮▮▮ | ▮▮▮ |
| 7 | ▮▮▮▮▮ | ▮▮▮ |
| 8 | ▮   ▮▮▮ | 05:13:06 |
| 9 | Q    Okay.  ▮▮▮▮▮ | ▮▮▮ |
| 10 | ▮▮▮▮▮ | ▮▮▮ |
| 11 | ▮   ▮▮▮▮▮ | ▮▮▮ |
| 12 | ▮▮▮▮▮ | ▮▮▮ |
| 13 | ▮   ▮▮▮▮ | 05:13:28 |
| 14 | Q    Okay.  And when did that process start? | 05:13:30 |
| 15 | A    ▮▮▮▮, but I don't | 05:13:38 |
| 16 | remember the exact date. | 05:13:41 |
| 17 | Q    And who else was involved? | 05:13:45 |
| 18 | A    Chris Urmson, Dmitri Dolgov, Dave | 05:13:51 |
| 19 | Ferguson, Anne Widera, Cynthia Kwon from my team for | 05:13:55 |
| 20 | a specific -- for a short time.  John Krafcik, once | 05:14:02 |
| 21 | he had joined from the -- so that's from the | 05:14:07 |
| 22 | self-driving car side. | 05:14:11 |
| 23 | Q    And then from the Google side? | 05:14:13 |
| 24 | A    ▮▮▮▮ I believe his last | 05:14:17 |
| 25 | name is ▮▮, but I'm not 100 percent sure.  There | 05:14:28 |

Page 204

```
 1   were some analysts from the Corp. dev team.  I can't      05:14:32
 2   remember their names right now.  One other                05:14:37
 3   principal, but I can't remember his name either.          05:14:45
 4        Q    Do you remember the role?                       05:14:48
 5        A    I believe he was at the principal level.        05:14:50
 6        Q    What was ▮▮▮▮▮▮▮▮ role in that                  05:14:56
 7   evaluation process?                                       05:15:00
 8        A    I would say he led the day-to-day.              05:15:05
 9        Q    He led the day-to-day on the Google X           05:15:11
10   side -- or on the Google side --                          05:15:13
11        A    Yes --                                          05:15:14
12        Q    -- or overall?                                  05:15:14
13        A    For the Google side, yes.                       05:15:16
14        Q    Okay.  And do you know what ▮▮▮▮▮▮▮▮            05:15:19
15   job title is.                                             05:15:20
16        A    I believe it's director, but I'm not            05:15:22
17   100 percent sure.                                         05:15:24
18        Q    And who led the day-to-day on the               05:15:29
19   self-driving side?                                        05:15:32
20        A    I would say Chris.                              05:15:37
21        Q    Anybody else?                                   05:15:43
22        A    As the leader?                                  05:15:45
23        Q    Um-hum.                                         05:15:48
24        A    No.  I -- I would say Chris --                  05:15:48
25        Q    Okay.                                           05:15:51
```

Page 205

| | | |
|---|---|---|
| 1 | A    -- was the lead. | 05:15:51 |
| 2 | Q    Who was -- who was sort of in the overall | 05:15:57 |
| 3 | lead on the -- well, let me rephrase that. | 05:15:59 |
| 4 | On the self-driving side, was there | 05:16:10 |
| 5 | somebody above Chris who was not involved in the | 05:16:13 |
| 6 | day-to-day necessarily but has some of the final | 05:16:19 |
| 7 | authority? | 05:16:25 |
| 8 | MS. BAILY:  Object to form. | 05:16:25 |
| 9 | A    Not until John Krafcik joined the team. | 05:16:27 |
| 10 | Q    Okay.  And then at that point it was | 05:16:31 |
| 11 | Mr. Krafcik? | 05:16:34 |
| 12 | A    I honestly don't know between them. | 05:16:36 |
| 13 | Q    Okay.  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇? | 05:16:56 |
| 16 | MS. BAILY:  Object to form. | 05:16:57 |
| 17 | A    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇ | 05:17:49 |

Page 206

| | | |
|---|---|---|
| 1 | Q   And do you recall ███████████████ | |
| 2 | ███████████████████████████████ | |
| 3 | ███? | 05:17:56 |
| 4 | A   I don't.  I mean -- yeah. | 05:17:59 |
| 5 | Q   Is it fair to say it would have been | 05:18:06 |
| 6 | whatever ████████████████████? | 05:18:07 |
| 7 | A   That's -- | 05:18:10 |
| 8 | MS. BAILY:  Object to form. | 05:18:10 |
| 9 | A   -- fair to say.  Sorry.  That's likely. | 05:18:11 |
| 10 | Q   Okay.  Is there a possibility that there | 05:18:14 |
| 11 | would have been ██████████████████████ | |
| 12 | ████████████████? | 05:18:22 |
| 13 | MS. BAILY:  Object to form. | 05:18:26 |
| 14 | A   ████████████████████████ | |
| 15 | ████ ████████████████████ | |
| 16 | ██████████████████████ | |
| 17 | ██████████████████████ | |
| 18 | ████████████████ ███ ████ | |
| 19 | ██████████████████████ | |
| 20 | ██████████████ | 05:18:53 |
| 21 | Q   Do you recall ████████████████ | |
| 22 | ████████████████? | 05:18:59 |
| 23 | MS. BAILY:  Object to form. | 05:19:00 |
| 24 | A   I don't -- I mean, what would you | 05:19:04 |
| 25 | describe -- what would you call significant? | 05:19:13 |

Page 207

| | | |
|---|---|---|
| 1 | Q    Anything that you would consider | 05:19:16 |
| 2 | significant for purposes of this question. | 05:19:18 |
| 3 | MS. BAILY:  Object to form. | 05:19:22 |
| 4 | A    ███████████████████████ | ███ |
| 5 | ███████████████████████ | ███ |
| 6 | ███████████████████ | ███ |
| 7 | ████████  ████████ | ███ |
| 8 | ████████████ | 05:19:57 |
| 9 | Q    Okay.  ████████████ | ███ |
| 10 | ██████████? | 05:20:01 |
| 11 | A    Yes. | 05:20:04 |
| 12 | Q    Okay.  And do you recall ██████ | ███ |
| 13 | ████████████? | 05:20:08 |
| 14 | A    I do recall that we found a mistake -- a | 05:20:13 |
| 15 | small mistake, so we fixed that.  But it -- | 05:20:16 |
| 16 | Q    Okay. | 05:20:18 |
| 17 | A    -- was -- it was -- didn't have a big | 05:20:18 |
| 18 | impact. | 05:20:21 |
| 19 | Q    Anything else? | 05:20:21 |
| 20 | A    Like I said, we -- there were other -- | 05:20:26 |
| 21 | there were other changes during that time that I do | 05:20:27 |
| 22 | believe we made, but I don't remember the substance | 05:20:30 |
| 23 | of all of them. | 05:20:32 |
| 24 | Q    Okay.  Do you remember the substance of | 05:20:33 |
| 25 | any of them? | 05:20:35 |

Page 208

```
1     A    No.                                                    05:20:35
2     Q    Okay.  ███████████████████████████████         ███████
      ███████████████ ████████████████████████████?              05:20:43
4     A    That's correct.                                        05:20:48
5     Q    Who in the self-driving team was the --               05:20:48
6   within the self-driving team, was there a principal          05:20:50
7   point of contact with ████████████████?                       05:20:53
8     A    I would say Chris.                                     05:21:01
9     Q    Anybody else?                                          05:21:04
10    A    Myself.                                                05:21:05
11    Q    And then who were your contacts --                    05:21:11
12  contacts at ████████████████?                                 05:21:13
13    A    So the primary -- the lead was a gentleman            05:21:21
14  named ████  And I can't remember his last name.  And          05:21:23
15  I don't remember the name of his team members.               05:21:28
16    Q    Do you remember anybody else from ██████     ███████
    ██████?                                                      05:21:31
18    A    No.  There were at least two other people.            05:21:32
19    Q    Okay.  And can you describe what -- what              05:21:37
20  ████████████ did as part of this process?                     05:21:47
21    A    So you know, ████████████████████████████████   ███████
    ████████████████████████████████████████████████            ███████
    ████████████████████████████████████ ████████               ███████
    ██████████████████████████████████████                      ███████
    ██████████████████████████████████████████████               05:22:12
```

Page 209

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1    ████████████████████████████                        ████
     ████████████████████████████████████████            ████
     ████████████████████████████████████████            ████
     ████████████████████████████████                    ████
     ██████████████████████                              ████
     ████████████████████████████████████                ████
     ██████████████████████████                          ████
     ██████    ████████████████████████████              05:22:54
9       Q    Okay.  Do you recall ████████████████       ████
        ██████████████ ?                                 05:23:07
11      A    I don't recall ████████████████████         ████
        ██████████    ████████████████████               ████
        ████████████████    ████████████                 ████
        ██████    ████████████████████                   05:23:28
15      Q    Do you recall any others?                   05:23:39
16      A    Not off the top of my head.                 05:23:43
17      Q    How was ████████████ ?                      05:23:44
18           MS. BAILY:  Object to form.                 05:23:45
19      A    ████████████████████████████████            ████
        ████████████████████████████                     ████
        ██████████████████████████████████               ████
        ████████████████████████████████                 ████
        ████████████████████████████                     05:24:04
24      Q    And by ████████████████████████             ████
        ██████████████████████ is that correct?          05:24:15
```

Page 210

```
 1      A    That's correct.                           05:24:18
 2      Q    Okay. ███████████████████████             ███████
 3      ████████████████ --                            05:24:21
 4           MS. BAILY:  Object to form.               05:24:23
 5      Q    -- ████████████████████████?              05:24:24
 6      A    ███████████████████████████               ███████
 7      ████████████████████████████████               ███████
 8      ████████████████████████████████████           ███████
 9      ████████████████████████████████               ███████
10      ███████████                                    05:24:48
11      Q    You also ████████████████████             ███████
12      ██████, correct?                               05:24:55
13      A    That's correct.                           05:24:56
14      Q    Okay. █████████████████████████           ███████
15      █████████████████████████████████████          ███████
16      ████████████████████████████████?              05:25:08
17      A    So as I mentioned previously, ████████    ███████
18      █████████████████████████████████████          ███████
19      ██████  █████████████████████████              ███████
20      █████████████████████████████████████          ███████
21      ████████████████████████████████               ███████
22      ██████████████████████  █████████              ███████
23      ███████████████████                            ███████
24              █████████████████████████              ███████
25              ██████████████  █████████              05:25:39
```

Page 211

```
 1    ████████████████████████████ █      ███
      ████████████████████████████████    ███
      █████████████████████              ███
           ██████████████████████         ███
      ████████████████████████████████    ███
      █████████████████████████████       ███
      █████████████████████████           ███
      █████████████████████                    05:26:14
 9    Q    And so as a result of all this work, ██   ███
      ████████████████████████████████    ███
      ████████████████████████████████    ███
      ████████████?                            05:26:31
13         MS. BAILY:  Object to form.         05:26:33
14    A    I don't ████████████████████   ███
      ████████████████████████████████    ███
      ████████████████████████████████    ███
      ██████████████████                       05:26:56
18    Q    Do you recall ████████████████  ███
      ██████████████████████                   05:27:00
20         MS. BAILY:  Object to form.         05:27:02
21    A    I don't remember ██████████████ ███
      ████████████████████████████████    ███
      ███████████████████████████████████.     05:27:12
24         THE COURT REPORTER:  Did you say ████  ███
      ████████████?                            05:27:25
```

| | | | |
|---|---|---|---|
| 1 | A | ███████████ | 05:27:27 |
| 2 | Q | (BY MR. TAKASHIMA) What methodology did | 05:27:29 |
| 3 | | the Google side use to ████████████████? | 05:27:31 |
| 4 | | MS. BAILY:  Object to form. | 05:27:37 |
| 5 | A | In the meetings that I had with them, ███ | |
| | | ████████████████████████████████████████ | |
| | | ██████████████████████████████████ | |
| | | ████████████████████████████████ | |
| | | ███████████████████████████ | |
| | | ██████████████████████████████ | |
| | | ██████████████████████████████████ | |
| | | ██████████████████████████████████ | |
| | | ████████████████ | |
| | | ██████████████████████████████████ | |
| | | ████████████████████████████████ | |
| | | ████████  ████████████████████████ | |
| | | ██████████████████████████████ | |
| | | ███████ | 05:28:47 |
| 19 | Q | Do you recall ████████████████ | |
| | | ████████████████████████████? | 05:28:49 |
| 21 | A | I don't remember ████████  ██████ | |
| | | ██████████████████████████████████ | |
| | | ████████ | 05:29:01 |
| 24 | Q | Do you recall any others? | 05:29:02 |
| 25 | A | Unfortunately not. | 05:29:04 |

Page 213

1      I, MARY J. GOFF, CSR No. 13427, Certified
2  Shorthand Reporter of the State of California,
3  certify;
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth, at
6  which time the witness declared under penalty of
7  perjury; that the testimony of the witness and all
8  objections made at the time of the examination were
9  recorded stenographically by me and were thereafter
10 transcribed under my direction and supervision; that
   the foregoing is a full, true, and correct
11 transcript of my shorthand notes so taken and of the
12 testimony so given;
13     That before completion of the deposition,
14 review of the transcript () was (XX) was not
15 requested:   (   ) that the witness has failed or
   refused to approve the transcript.
16     I further certify that I am not financially
17 interested in the action, and I am not a relative or
18 employee of any attorney of the parties, nor of any
19 of the parties.
20     I declare under penalty of perjury under the
21 laws of California that the foregoing is true and
22 correct, dated this 27th day of July, 2017.
23
24     _____
25     MARY J. GOFF, CSR No. 13427

Page 222