JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, | Case No.: 3:17-CV-00939 (WHA) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY LIOR RON'S MOTION FOR RECONSIDERATION** |
| vs. | |
| UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | Honorable Jacqueline Scott Corley |
| Defendants. | |

Non-Party Lior Ron requested relief regarding the Court's August 21, 2017 Order [Dkt. 1287; 1288].  The Court granted that request on August 22, 2017.  [Dkt. 1295] Mr. Ron sought clarification of the Court's August 22 Order, and having considered the request, and good cause appearing therefor,

///
///
///
///
///
///
///
///

1.

1  IT IS HEREBY ORDERED that Non-Party Lior Ron's Requests for Reconsideration and
2  Clarification are GRANTED.  The stipulation at Dkt. 1277 is granted as to Mr. Ron, and his
3  deposition may take place after August 24, 2017, so long as it occurs within one week following
4  the Federal Circuit's ruling.  *Cf.* Dkt. 1287.

6  **IT IS SO ORDERED.**
7  DATED: _____      _____
                                    HONORABLE JACQUELINE SCOTT CORLEY
8                                       UNITED STATES MAGISTRATE JUDGE