UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: LIOR RON'S REQUEST FOR CLARIFICATION OF DOCKET NO. 1295**<br><br>Re: Dkt. No. 1297 |

      The Court is in receipt of Lior Ron's Request for Clarification of the Court's Order granting his motion for reconsideration.  (Dkt. Nos. 1295, 1297.)   Mr. Ron does not have to sit for a second day of deposition until after the Court of Appeals for the Federal Circuit rules.

      **IT IS SO ORDERED.**

Dated: August 22, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge