UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good
3  cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents
4  Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Precis Letter Requesting Permission to File Motion for Summary Judgment | Highlighted Portions (blue) <br> Highlighted Portions (green) |
| Exhibit 2 | Entirety |
| Exhibit 3 | Highlighted Portions (green) |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Judge