# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                      No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/

WAYMO HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF WILLIAM MCCANN

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, JULY 12, 2017

BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2653398

PAGES 1 - 295

| | | | |
|---|---|---|---|
| 1 | | ███████████████? | 13:58 |
| 2 | A | By using the -- ████████████████████ | 13:58 |
| | ██ ███████████████████████████. | | 13:58 |
| 4 | Q | Is the lens ████████████████████ | 13:58 |
| | ██ █████████████████? | | 13:58 |
| 6 | | MR. JAFFE: Objection; form. | 13:59 |
| 7 | | THE WITNESS: ████████████████ | 13:59 |
| 8 | | MR. MUINO: Q. Well, let me first get -- | 13:59 |
| 9 | A | ████████████ It's a lens, yes. | 13:59 |
| 10 | Q | -- let me first get your understanding. You | 13:59 |
| 11 | said ████████████████ | | 13:59 |
| 12 | | ████████████████████████████ | 13:59 |
| | ██ ████ | | 13:59 |
| 14 | A | So, ███████████████████████ | 13:59 |
| | ██ ████████████████████████████████ | | |
| | ██ ███████████████████████████████ | | |
| | ██ ████████ | | 13:59 |
| 18 | Q | So by -- by -- by ██████████████ | 13:59 |
| | ██ █████████████████████ | | |
| | ██ ██████? | | 13:59 |
| 21 | A | Yes. | 13:59 |
| 22 | Q | And, is the purpose of that ████████ | 13:59 |
| | ██ █████████████████████████ | | 13:59 |
| 24 | A | Yes. Yes, it is. Well, yeah. That's not | 13:59 |
| 25 | the only purpose of it, but... | | 14:00 |

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 14:02 |
| 2 | Q | -- is that correct? | 14:02 |
| 3 | A | Correct. | 14:02 |
| 4 | Q | As compared to the one we saw on the previous | 14:02 |
| 5 | page where it was -- ███████████ ███████████ | | |
| 6 | ███ ██████? | | 14:02 |
| 7 | A | Yes. | 14:02 |
| 8 | Q | Okay. Explain to me how ████████████ ███ | |
| 9 | ████████████████████████████████████████████████ ███ | | |
| 10 | ███ ████████████ | | 14:02 |
| 11 | | MR. JAFFE: Objection; form. | 14:02 |
| 12 | | THE WITNESS: Repeat the question, please. | 14:02 |
| 13 | | MR. MUINO: Yes. | 14:02 |
| 14 | Q | Can you explain to me how ████████████████ ███ | |
| 15 | ███ ████████████████████████████████████████████████ ███ | | |
| 16 | ███ ████? | | 14:02 |
| 17 | | MR. JAFFE: Objection; form. Excuse me. | 14:02 |
| 18 | | THE WITNESS: ████████████████████████ ███ | |
| 19 | ███ ████████████████████████ | | 14:03 |
| 20 | | MR. MUINO: Q. And, ████████████████████ ███ | |
| 21 | ███ ████████? | | 14:03 |
| 22 | A | I -- well, the -- ████████████████████████████ ███ | |
| 23 | ███ ████████████████████████████████████████████████ ███ | | |
| 24 | ███ ████████████████████ Is that what you're asking? | | 14:03 |
| 25 | Q | Yes, essentially. | 14:03 |

|     |     |     | Page 173 |
| --- | --- | --- | --- |
| 1 | A | I mean, you'd have to do some simulation | 14:04 |
| 2 | | tools to know exactly, like, how they correspond. | 14:04 |
| 3 | | But, you know, ███████████████████████ | |
| | | ████████████████████████████ ████ ████ | |
| | | ████████████████████████████ | 14:04 |
| 6 | Q | Okay.  If you'll look at the next page, | 14:04 |
| 7 | | '3236. | 14:04 |
| 8 | A | (Witness complies.) | 14:04 |
| 9 | Q | Do you see the table at the top that says: | 14:04 |
| 10 | | ████████████████████████████ | 14:04 |
| 11 | A | Yes. | 14:05 |
| 12 | Q | And this table has ████████████; | 14:04 |
| 13 | | correct? | 14:04 |
| 14 | A | Uh-huh, yes. | 14:04 |
| 15 | Q | Do you see that? | 14:04 |
| 16 | A | Yes. | 14:04 |
| 17 | Q | Okay.  And then there is ████████████ | |
| | | ████████████████████████████████████████ | |
| | | ████████████████████████ | 14:04 |
| 20 | | Do you see that? | 14:04 |
| 21 | A | Yes. | 14:04 |
| 22 | Q | Okay.  Are those the -- is that an indication | 14:05 |
| 23 | | of ████████████████████████████ | |
| | | ████████████? | 14:05 |
| 25 | | MR. JAFFE:  Objection; form. | 14:05 |

|    |    |                                                              |       |
|----|----|--------------------------------------------------------------|-------|
| 1  |    | is diode lasers used in a laser system?                      | 14:56 |
| 2  | A  | Is that true?                                                | 14:56 |
| 3  | Q  | I'm asking you: Are you aware?                               | 14:56 |
| 4  | A  | Oh, I am not aware, no.                                      | 14:56 |
| 5  | Q  | Are you aware that there are vendors that                    | 14:56 |
| 6  |    | sell FAC lenses?                                             | 14:56 |
| 7  | A  | No, I'm not -- I'm not aware of any, yeah.                   | 14:56 |
| 8  |    | MR. MUINO: I'm going to mark, as                             | 14:56 |
| 9  |    | Exhibit 1078, a product spec sheet from a company            | 14:56 |
| 10 |    | called Hamamatsu entitled:                                   | 14:57 |
| 11 |    | "FAC Lens Fast Axis Collimating Lens J10919                  | 14:57 |
| 12 |    | Series."                                                     | 14:57 |
| 13 |    | This was previously an exhibit that was                      | 14:57 |
| 14 |    | submitted to the Court, Document 182-9.                      | 14:57 |
| 15 |    | (Document marked Exhibit 1078                                | 14:57 |
| 16 |    |  for identification.)                                        | 14:57 |
| 17 |    | MR. MUINO: Q. Have you heard of the vendor                   | 14:57 |
| 18 |    | Hamamatsu?                                                   | 14:57 |
| 19 | A  | Yes.                                                         | 14:57 |
| 20 | Q  | And, what do you know about Hamamatsu?                       | 14:57 |
| 21 | A  | I know they're another, you know, like,                      | 14:57 |
| 22 |    | trickle and optical packaging company, much like             | 14:57 |
| 23 |    | ▇▇▇▇. I'd put them in that realm.                            | 14:57 |
| 24 | Q  | You weren't aware that Hamamatsu sells FAC                   | 14:58 |
| 25 |    | lenses?                                                      | 14:58 |

```
                                                              Page 207
 1      A    No.                                                 14:58
 2      Q    So, the first paragraph of this spec sheet          14:58
 3  under "Overview" says:                                       14:58
 4           "The J10919 series FAC lens is an optical           14:58
 5  lens that collimates light spreading from a                  14:58
 6  semiconductor laser in the fast axis direction."             14:58
 7           Do you see that?                                    14:58
 8      A    Yes.                                                14:58
 9      Q    Below there is a diagram under the title:           14:58
10           "Collimating Light."                                14:58
11           And it shows a laser diode bar and a fast           14:58
12  axis, and to the right it shows collimation of light.        14:58
13           Do you see all of that?                             14:58
14      A    Yes, I see that.                                    14:59
15      Q    Does it surprise you to see this in a public        14:59
16  product spec?                                                14:59
17      A    Insofar that it is a FAC lens, it's doing           14:59
18  what a FAC lens does.  I guess not.                          14:59
19      Q    Okay.  So, it doesn't surprise you that FAC         14:59
20  lenses are publicly known --                                 14:59
21      A    No.                                                 14:59
22      Q    -- correct?                                         14:59
23      A    It does not surprise me.                            14:59
24      Q    Okay.  You personally weren't aware of that,        14:59
25  that FAC lenses were publicly known?                         14:59
```

| | | |
|---|---|---|
| 1 | A   Can you be, like -- I weren't -- I was not | 14:59 |
| 2 | aware of that?  Sorry.  Are you referring to something | 14:59 |
| 3 | I said earlier? | 14:59 |
| 4 | Q   Yeah. | 14:59 |
| 5 | A   What are you getting at? | 14:59 |
| 6 | Q   I was asking you before whether you were | 14:59 |
| 7 | familiar with FAC lenses outside of Google and Waymo, | 14:59 |
| 8 | and you said you weren't? | 14:59 |
| 9 | A   Yes.  You were referring to my previous | 14:59 |
| 10 | education and knowledge.  I was not aware of them. | 14:59 |
| 11 | Q   Okay.  But, seeing this document in front of | 14:59 |
| 12 | you, it doesn't surprise you that FAC lenses are | 15:00 |
| 13 | available for sale through -- through at least this | 15:00 |
| 14 | vendor, Hamamatsu? | 15:00 |
| 15 | A   Well, no.  It's right in front of me. | 15:00 |
| 16 | Q   Okay.  If you look under "Features" on this | 15:00 |
| 17 | page, do you see the first bullet says: | 15:00 |
| 18 | "Aspheric micro cylindrical lens." | 15:00 |
| 19 | A   Yep. | 15:00 |
| 20 | Q   And so the lens -- FAC lens that's described | 15:00 |
| 21 | here is being described as cylindrical or micro | 15:00 |
| 22 | cylindrical; correct? | 15:00 |
| 23 | A   Yes, aspheric micro cylindrical, yes. | 15:00 |
| 24 | Q   Okay.  Does that surprise you that there is a | 15:00 |
| 25 | public description of a cylindrical FAC lens in this | 15:00 |

Page 209

| | | |
|---|---|---|
| 1 | document? | 15:00 |
| 2 | MR. JAFFE: Objection; form. | 15:00 |
| 3 | THE WITNESS: Surprise me if there -- that | 15:00 |
| 4 | there is a description of a micro cylindrical lens in | 15:01 |
| 5 | this document? | 15:01 |
| 6 | MR. MUINO: Yes. | 15:01 |
| 7 | THE WITNESS: No. | 15:01 |
| 8 | MR. MUINO: Q. Did you think that | 15:01 |
| 9 | cylindrical FAC lenses were unique to Google? | 15:01 |
| 10 | MR. JAFFE: Unique to Uber? | 15:01 |
| 11 | MR. MUINO: To Google. | 15:01 |
| 12 | MR. JAFFE: Oh, sorry. | 15:01 |
| 13 | THE WITNESS: Can you restate the question, | 15:01 |
| 14 | please? | 15:01 |
| 15 | MR. MUINO: Yeah. | 15:01 |
| 16 | Q Was it your belief, before seeing this | 15:01 |
| 17 | document, that cylindrical FAC lenses were unique to | 15:01 |
| 18 | Google? | 15:01 |
| 19 | A I wouldn't -- depends what you mean by -- | 15:01 |
| 20 | like, literally before seeing this document, if I | 15:01 |
| 21 | thought that cylindrical -- micro cylindrical lenses | 15:01 |
| 22 | were unique? | 15:01 |
| 23 | Q Yes. | 15:01 |
| 24 | A I mean, I -- sorry. That's a -- seems like a | 15:01 |
| 25 | deep question. Belief is, like, how deeply held that | 15:02 |

| | | |
|---|---|---|
| 1 | ▆▆▆▆ in the Velodyne system; correct? | 15:08 |
| 2 | A   Yeah, that's correct. | 15:08 |
| 3 | Q   Okay.  You are aware, from the Hamamatsu spec | 15:09 |
| 4 | document that we just looked at, that ▆▆▆▆ | |
| | ▆▆▆▆ | |
| | ▆▆▆▆ ; correct? | 15:09 |
| 7 | MR. JAFFE:  Objection; form. | 15:09 |
| 8 | THE WITNESS:  Who -- I mean, who is the | 15:09 |
| 9 | public; right?  Just, like -- like, someone on the | 15:09 |
| 10 | street?  I asked them who had -- like, what a micro | 15:09 |
| 11 | had -- or a ▆▆▆▆ is, would they know?  Or | 15:09 |
| 12 | what do you mean? | 15:09 |
| 13 | MR. MUINO:  Q.  Anyone with a computer who | 15:09 |
| 14 | can search and find the Hamamatsu product spec online. | 15:09 |
| 15 | A   If they were to search ▆▆▆▆ | 15:09 |
| 16 | Hamamatsu, yes, that would be available to them. | 15:09 |
| 17 | Q   The next phrase says: | 15:09 |
| 18 | ▆▆▆▆ | |
| | ▆▆▆▆ | |
| | ▆▆▆▆ | 15:09 |
| 21 | Do you see that? | 15:09 |
| 22 | A   Yes. | 15:09 |
| 23 | Q   And so, what we just saw on that Hamamatsu | 15:09 |
| 24 | product spec showed ▆▆▆▆ | |
| | ▆▆▆▆ | 15:10 |

```
                                                           Page 216
1    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; correct?                         15:10
2           MR. JAFFE:  Objection; form.                    15:10
3           THE WITNESS:  Can you restate the question,     15:10
4    please?                                                15:10
5           MR. MUINO:  Yep.                                15:10
6       Q   What we just saw in the Hamamatsu product       15:10
7    spec, for the FAC lens, was a ▮▮▮▮▮▮▮▮▮▮ being         15:10
8    configured to pre-collimate the beam ▮▮▮▮▮    ▮▮▮▮
9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?                               15:10
10          MR. JAFFE:  Objection; form.                    15:10
11          THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      ▮▮▮▮
12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.                              15:10
13          MR. MUINO:  Q.  You see a laser diode; right?   15:10
14      A   I do.                                           15:10
15      Q   Okay.  And you see that the beam is             15:10
16   pre-collimated in the direction -- well, parallel to   15:10
17   the -- to the laser diode; is that correct?            15:10
18      A   Yeah, I do.                                     15:10
19      Q   Okay.  And then finally, the last phrase of     15:11
20   this says:                                             15:11
21          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      ▮▮▮▮
22   ▮▮▮▮▮▮▮▮▮▮▮▮.                                          15:11
23          Do you see that?                                15:11
24      A   I do see this, yes.                             15:11
25      Q   Okay.  And, you said in the GBr3 and GBr2,      15:11
```

Page 217

```
 1   the way that █████████████████████████████  ████
     ████████████████████████████████████████████ ████
     ██████████████                               15:11
 4       A   Yes, in a particular way, yes.      15:11
 5       Q   Okay.  The idea of ███████████████  ████
     ██████████████████████████ is that something that  15:11
 7   you were aware of before you did it at Waymo?     15:11
 8           MR. JAFFE:  Objection; form.        15:11
 9           THE WITNESS:  Knowledge of specifically using  15:12
10   ████████████████████████████████████████████ ████
     ████████████                                 15:12
12           MR. MUINO:  Sure.                   15:12
13           THE WITNESS:  I was not aware of ███████  15:12
14   before Waymo or Google.                     15:12
15           MR. MUINO:  Okay.                   15:12
16       Q   Were you aware of ██████████████████  ████
     ██████████████████████████ a beam of light?  15:12
18       A   Yes.                                15:12
19       Q   In what context were you aware of that?   15:12
20       A   Well, I mean, I'm not an optical engineer,  15:12
21   but, you know, when you move optical lens elements,  15:12
22   it -- it moves light around.  So yes, you can.   15:12
23       Q   Would you say that's a pretty fundamental  15:12
24   known concept?                              15:12
25       A   That moving an optical element around moves  15:12
```

Page 218

| | | |
|---|---|---|
| 1 | light?  Yes.  That's the fundamentals of optics. | 15:12 |
| 2 | Q   Okay. | 15:12 |
| 3 | A   However, at -- you know, this is a very | 15:12 |
| 4 | specific -- like, it's not really the same thing here; | 15:12 |
| 5 | okay? | 15:13 |
| 6 | Q   But, moving a -- repositioning a lens in | 15:13 |
| 7 | order to steer a beam of light is a pretty fundamental | 15:13 |
| 8 | concept in optics; correct? | 15:13 |
| 9 | MR. JAFFE:  Objection; form. | 15:13 |
| 10 | A   Fundamental to who? | 15:13 |
| 11 | MR. MUINO:  Q.  In optics -- in the field of | 15:13 |
| 12 | optics? | 15:13 |
| 13 | A   I'm not an optical engineer.  I can't speak | 15:13 |
| 14 | to that. | 15:13 |
| 15 | Q   To your knowledge? | 15:13 |
| 16 | A   To my knowledge of optics, it is -- you're | 15:13 |
| 17 | saying -- asking me if it's common -- it's common to | 15:13 |
| 18 | move a lens to move light? | 15:13 |
| 19 | Q   Yes. | 15:13 |
| 20 | A   I think it depends on the application of it. | 15:13 |
| 21 | I'm not -- if you can be more specific about that, or | 15:13 |
| 22 | maybe restate it, rephrase it. | 15:14 |
| 23 | Q   Yeah, well, just following up on what -- | 15:14 |
| 24 | A   Sure. | 15:14 |
| 25 | Q   -- what we've already discussed, the idea of | 15:14 |

WAYMO HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 7/13/2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830