1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:     415.268.7000
   Facsimile:     415.268.7522
5
6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Telephone:     202.237.2727
   Facsimile:     202.237.6131
10
   WILLIAM CARMODY (*Pro Hac Vice*)
11 bcarmody@susmangodfrey.com
   SHAWN RABIN (*Pro Hac Vice*)
12 srabin@SusmanGodfrey.com
   SUSMAN GODFREY LLP
13 1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019-6023
14
   Attorneys for Defendants
15 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20 WAYMO LLC,                           | Case No.      3:17-cv-00939-WHA

21            Plaintiff,                 | **DECLARATION OF
                                         | JOHN LAHAD IN SUPPORT OF
22      v.                               | DEFENDANTS UBER
                                         | TECHNOLOGIES, INC. AND
23 UBER TECHNOLOGIES, INC.,              | OTTOMOTTO LLC'S
   OTTOMOTTO LLC; OTTO TRUCKING LLC,     | PRECIS LETTER REQUESTING
24                                       | PERMISSION TO FILE MOTION
            Defendant.                   | FOR SUMMARY JUDGMENT**
25
26                                       | Judge:  The Honorable William Alsup
                                         | Trial Date: October 10, 2017
27

28

LAHAD DECLARATION ISO DEFENDANTS UBER AND OTTOMOTTO'S LETTER REQUEST FOR FILING MSJ
Case 3:17-cv-00939-WHA
pa-1799305

1    I, John Lahad, declare as follows:

2    1.    I am an attorney with the law firm of Susman Godfrey LLP.  I am a member in

3    good standing of the Bar of the State of Texas.  I make this declaration based on personal

4    knowledge and, if called as a witness, I could and would testify competently to the matters set

5    forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and

6    Ottomotto LLC's Precis Letter Requesting Permission to File a Motion for Summary Judgment.

7    2.    Attached as **Exhibit 1** are true and correct excerpts of the August 11, 2017

8    deposition of Andrew Wolfe.

9    3.    Attached as **Exhibit 2** are true and correct excerpts of the August 3, 2017

10   deposition of Pierre-Yves Droz in his capacity as a 30(b)(6) witness for Waymo.

11   4.    Attached as **Exhibit 3** are true and correct excerpts of the July 12, 2017 deposition

12   of William McCann.

13   5.    Attached as **Exhibit 4** is a true and correct copy of a document marked as Exhibit

14   1078 at the deposition of William McCann.

15   6.    Attached as **Exhibit 5** is a true and correct copy of U.S. Patent No. 8,559,107 to

16   Chann et al.

17

18   I declare under penalty of perjury under the laws of the United States that the foregoing is

19   true and correct.  Executed this 22nd day of August, 2017, in Houston, Texas.

20

21         */s/ John Lahad*
           JOHN LAHAD

22

23

24

25

26

27

28

LAHAD DECLARATION ISO DEFENDANTS UBER AND OTTOMOTTO'S LETTER REQUEST FOR FILING MSJ
Case No. 3:17-cv-00939-WHA
pa-1799305

1

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Arturo J. González, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with General Order 45, X.B., I hereby attest that John Lahad has

4   concurred in this filing.

5   Dated:  August 22, 2017                            _/s/ Arturo J. González_

6                                                         ARTURO J. GONZÁLEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lahad Declaration ISO Defendants Uber and Ottomotto's Letter Request for Filing MSJ
Case No. 3:17-cv-00939-WHA
pa-1799305

2