# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                                              Case No.

UBER TECHNOLOGIES, INC.;                         3:17-cv-00939-WHA

OTTOMOTTO LLC; OTTO TRUCKING LLC,

    Defendants.

_____/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ANDREW WOLFE, Ph.D.

FRIDAY, AUGUST 11, 2017

Reported by:

Anrae Wimberley

CSR No. 7778

Job No. 2678828

PAGES 1-112

| | | |
|---|---|---|
| 1 | very, very little difference between them. | 10:41:12 |
| 2 | So when it tells us that it's reverse | 10:41:15 |
| 3 | biased -- if, for example, we were to look at the | 10:41:22 |
| 4 | figure that I have on page 18, it's telling us here | 10:41:28 |
| 5 | that it's just a tiny bit to the left of the axis line | 10:41:34 |
| 6 | into the blue region. | 10:41:38 |
| 7 | So if we were to be hypertechnical about it, | 10:41:40 |
| 8 | there would be a very, very small reverse current, but | 10:41:51 |
| 9 | it's right up against the point where it would be | 10:41:54 |
| 10 | zero.  So -- | 10:41:57 |
| 11 | BY MS. YANG: | |
| 12 | Q.   Well -- | 10:41:58 |
| 13 | A.   The words "reverse biased" tell us that it | 10:42:01 |
| 14 | exists, but we're right up against the null point in | 10:42:06 |
| 15 | that particular situation that's being described | 10:42:09 |
| 16 | there.  So the current is about close to zero as | 10:42:12 |
| 17 | anybody would care about. | 10:42:14 |
| 18 | Q.   And earlier today, an hour ago, we talked | 10:42:18 |
| 19 | about the curve IInd in Figure 5B.  And at least as | 10:42:22 |
| 20 | illustrated in Figure 5B, the curve at T2 goes to zero | 10:42:28 |
| 21 | and stays at zero until at least about the point TRx | 10:42:33 |
| 22 | in this figure; is that correct? | 10:42:36 |
| 23 | MR. NEWTON:  Objection; form. | 10:42:50 |
| 24 | THE WITNESS:  Yeah, at least close enough to zero | 10:42:52 |
| 25 | that nobody would care about it.  It would not stay at | 10:42:55 |

Page 95

| | | |
|---|---|---|
| 1 | patent, that's true. | 11:57:17 |
| 2 | Q.   That blocks current flow. | 11:57:20 |
| 3 | And then returning to paragraph 52 of your | 11:57:23 |
| 4 | report, you state, "When a negative voltage is applied | 11:57:36 |
| 5 | across the terminals, the diode becomes 'reverse | 11:57:39 |
| 6 | biased' and restricts current flow in the opposite | 11:57:42 |
| 7 | direction." | 11:57:43 |
| 8 | And that's your statement there; is that | 11:57:45 |
| 9 | correct? | 11:57:46 |
| 10 | A.   Yes. | 11:57:46 |
| 11 | Q.   So what is the difference between blocking | 11:57:49 |
| 12 | the current flow, as stated in paragraph 44, and | 11:57:52 |
| 13 | restricting the current flow, as stated in paragraph | 11:57:55 |
| 14 | 52? | 11:57:56 |
| 15 | A.   We went through this all before.  My answers | 11:58:00 |
| 16 | are the same. | 11:58:01 |
| 17 | Blocking is a shorthand.  We're talking about | 11:58:05 |
| 18 | a point in the curve that you can see in paragraph 53 | 11:58:08 |
| 19 | that is right up against the zero current axis.  So | 11:58:17 |
| 20 | while describing the diode as reverse biased means | 11:58:27 |
| 21 | that there could be some current flow in the negative | 11:58:33 |
| 22 | direction, at the point that's being discussed in that | 11:58:38 |
| 23 | previous comment, it is very, very close to zero. | 11:58:42 |
| 24 | Q.   How long is the diode -- how long is the | 11:58:52 |
| 25 | current flow blocked while diode 514 is reverse | 11:58:55 |

| | | |
|---|---|---|
| 1 | here. | 12:24:30 |
| 2 | When you describe in your declaration, | 12:24:36 |
| 3 | paragraph 44, that "the diode 414 becomes reverse | 12:24:39 |
| 4 | biased to block the current flow," you mean that in | 12:24:42 |
| 5 | sort of the ideal physics -- law of physics | 12:24:45 |
| 6 | theoretical sense, correct, that the flow is blocked, | 12:24:49 |
| 7 | obviously there's some small -- orders of magnitude | 12:24:53 |
| 8 | smaller reverse current, but the flow overall is | 12:24:58 |
| 9 | blocked at -- when the diode is reverse biased; is | 12:25:01 |
| 10 | that correct? | 12:25:03 |
| 11 | A.  No.  I mean what I explained before.  Because | 12:25:03 |
| 12 | the voltage is very low that, for a practical sense, | 12:25:08 |
| 13 | it's blocked.  That's the patentee's language, not | 12:25:11 |
| 14 | mine.  I'm just repeating it.  But that's what | 12:25:15 |
| 15 | "blocked" means in that sense, is that it's reverse | 12:25:17 |
| 16 | biased because we're near the zero point and there's | 12:25:22 |
| 17 | little or no current that's flowing. | 12:25:25 |
| 18 | Q.  Finally, returning to paragraph 52 of | 12:25:41 |
| 19 | your -- turning to paragraph 52 of your declaration, | 12:25:46 |
| 20 | just to be clear, you use the words "the diode becomes | 12:25:50 |
| 21 | 'reversed biased' and restricts the current flow in | 12:25:53 |
| 22 | the opposite direction." | 12:25:54 |
| 23 | You don't use the word "resists" the current | 12:25:58 |
| 24 | flow; is that correct? | 12:25:58 |
| 25 | A.  It's true that I didn't use that word, but as | 12:26:01 |

FEDERAL CERTIFICATE OF DEPOSITION OFFICER

I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby declare:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure and the deposition is a true record of the testimony given by the witness;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to text under my direction;

-----   That the witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure;

-----   No changes have been provided by the witness during the period allowed;

-----   The changes made by the witness are appended to the transcript;

-----   No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 14th day of August, 2017.

*[signature: Anrae Wimberley]*

_____

ANRAE WIMBERLEY, CSR NO. 7778

Page 112