UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No. 17-cv-00939-WHA (JSC)<br><br>**ORDER GRANTING MOTION TO COMPEL**<br><br>Re: Dkt. No. 1279 |

Defendants move to compel Waymo to produce a Rule 30(b)(6) witness on Topic 5 relating to certain side businesses Waymo allowed key employees to engage in. Defendants' motion to compel is GRANTED. The information Defendants seek is relevant to their defense of Waymo's claims and is proportional to the needs of the case.

Defendants also move to compel Waymo to produce a Rule 30(b)(6) witness for Topic 8, valuations of Project Chauffeur or Waymo, including how LiDAR contributes to that valuation. Waymo did not object to Topic 8, which is unsurprising given that it seeks relevant information. Instead, on August 17, 2017, Waymo retroactively designated portions of Jennifer Haroon's July 26, 2017 personal deposition as responsive to Topic 8. Defendants' motion is GRANTED. Waymo has not established that Ms. Haroon already testified to everything that could be asked and answered at a 30(b)(6) deposition. And its complaint that Defendants should have waited to take Mr. Haroon's deposition until Waymo designated a 30(b)(6) witness on Topic 8 is not well-taken given the short time frame for discovery. Waymo must produce Ms. Haroon as a 30(b)(6) witness for no more than four hours.

**The Court reminds the parties of their obligation to provide the Court with a binder of copies of all papers in connection with a motion as soon as the final brief is filed. Although**

**Waymo filed its opposition yesterday Defendants have still not provided the Court with the required binder.**

This Order disposes of Docket No. 1279.

**IT IS SO ORDERED.**

Dated: August 22, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge