1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:   (415) 875-6600
8  Facsimile:   (415) 875-6700

9  Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br>            Plaintiff,<br>      vs.<br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF BRIAN E. MACK** |
|---|---|

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brian E. Mack, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Waymo LLC in the above-captioned matter.

> Brian E. Mack (Cal. Bar No. 275086)
> brianmack@quinnemanuel.com
> 50 California Street, Floor 22
> San Francisco, CA 94111
> Tel:  (415) 875-6600
> Fax:  (415) 875-6700

DATED:  August 22, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Brian E. Mack

> Charles K. Verhoeven (Bar No. 170151)
> charlesverhoeven@quinnemanuel.com
> David A. Perlson (Bar No. 209502)
> davidperlson@quinnemanuel.com
> Melissa Baily (Bar No. 237649)
> melissabaily@quinnemanuel.com
> John Neukom (Bar No. 275887)
> johnneukom@quinnemanuel.com
> Jordan Jaffe (Bar No. 254886)
> jordanjaffe@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:   (415) 875-6600
> Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC