IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>       Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE RESPONSES<br>TO LETTERS** |

The Court is in receipt of the parties' précis letters requesting permission to file motions for summary judgment (Dkt. Nos. 1296, 1300–01). The parties may respond to each others' letters by **AUGUST 24 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 22, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE