IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER SHORTENING TIME TO BRIEF MOTION FOR RELIEF**

On August 19, Magistrate Judge Jacqueline Corley issued an order granting in part defendants' motion to compel production of certain documents and answers to interrogatories from plaintiff Waymo LLC (Dkt. No. 1276). Waymo has filed a motion for relief from that order pursuant to Civil Local Rule 72 (Dkt. No. 1289). The deadline for defendants to respond is advanced from September 5 to **AUGUST 24 AT NOON**. The deadline for any reply is advanced from September 12 to **AUGUST 25 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE