Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant
Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL**<br><br>Courtroom:  F, 15th Floor<br>Judge:  Honorable Jacqueline S. Corley<br>Trial Date:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1      I, Hong-An Vu, declare as follows:

2      1.      I am counsel at the law firm of Goodwin Procter LLP, counsel of record for
3  Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters
4  within my own personal knowledge and if called as a witness, I could and would competently
5  testify to the matters set forth herein.  I make this declaration in support of Defendant Otto
6  Trucking's Administrative Motion to File Under Seal Portions of its Motion to Compel (the
7  "Motion").

8      2.      I have reviewed the following documents and confirmed that only the portions
9  identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Letter Brief re Motion to Compel | Highlighted portions |
| Vu Declaration | Highlighted portions |
| Exhibit 3 to Vu Declaration | Entire document |
| Exhibit 4 to Vu Declaration | Entire document |
| Exhibit 5 to Vu Declaration | Entire document |
| Exhibit 6 to Vu Declaration | Entire document |
| Exhibit 7 to Vu Declaration | Entire document |
| Exhibit 8 to Vu Declaration | Highlighted portions |
| Exhibit 9 to Vu Declaration | Highlighted portions |
| Exhibit 11 to Vu Declaration | Entire document |
| Exhibit 12 to Vu Declaration | Entire document |
| Exhibit 13 to Vu Declaration | Entire document |
| Exhibit 14 to Vu Declaration | Entire document |
| Exhibit15 to Vu Declaration | Entire document |
| Exhibit 16 to Vu Declaration | Highlighted portions |
| Exhibit 17 to Vu Declaration | Highlighted portions |

3. The above referenced documents and portions of documents contain information designated by Plaintiff Waymo LLC as either Highly Confidential—Attorneys' Eyes Only" or "Confidential" under the terms of the parties' protective order.  Otto Trucking takes no position as to the merits of the confidentiality designations in these documents.

4. Otto Trucking anticipates that Waymo will file a declaration in accordance with Local Rule 79-5.

5. Otto Trucking's request to seal is narrowly tailored to those portions of the motion's supporting documents that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23rd day of August, 2017 in Los Angeles, California.

>  /s/   Hong-An Vu
>  Hong-An Vu