Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant
Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL**<br><br>Courtroom:  F, 15th Floor<br>Judge:  Honorable Jacqueline S. Corley<br>Trial Date:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of Hong-An Vu<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1  Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of Its Motion to Compel (the "Motion").  Having considered the
3  Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto
4  Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of
5  documents listed below that are adequately supported by declarations provided by Plaintiff
6  Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or "Confidential"
7  information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Letter Brief re Motion to Compel | Highlighted portions |
| Vu Declaration | Highlighted portions |
| Exhibit 3 to Vu Declaration | Entire document |
| Exhibit 4 to Vu Declaration | Entire document |
| Exhibit 5 to Vu Declaration | Entire document |
| Exhibit 6 to Vu Declaration | Entire document |
| Exhibit 7 to Vu Declaration | Entire document |
| Exhibit 8 to Vu Declaration | Highlighted portions |
| Exhibit 9 to Vu Declaration | Highlighted portions |
| Exhibit 11 to Vu Declaration | Entire document |
| Exhibit 12 to Vu Declaration | Entire document |
| Exhibit 13 to Vu Declaration | Entire document |
| Exhibit 14 to Vu Declaration | Entire document |
| Exhibit15 to Vu Declaration | Entire document |
| Exhibit 16 to Vu Declaration | Highlighted portions |
| Exhibit 17 to Vu Declaration | Highlighted portions |

**IT IS SO ORDERED.**

Dated: _____, 2017   _____
                                        HON. JACQUELINE S. CORLEY
                                        UNITED STATES MAGISTRATE JUDGE