# *E*XHIBIT *9*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *E*XHIBIT *9*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1         UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION
4          Case No. 17-cv-00939-WHA
5   ------------------------------------x
6   WAYMO LLC,
7              Plaintiff,
8      - against -
9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10  OTTO TRUCKING LLC,
11             Defendants.
12  ------------------------------------x
13
14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16           Videotaped 30(b)(6) Deposition
17  of GARY BROWN, taken by Defendants, held
18  at the offices of Morrison & Foerster LLP,
    250 West 55th Street, at 9:59 a.m. on August
19  8, 2017, New York, New York, before Jineen
    Pavesi, a Registered Professional Reporter,
20  Registered Merit Reporter, Certified Realtime
    Reporter and Notary Public of the State of New York.
21
22
23
24  Job No. 2671217A
25  Pages 1 - 305
```

Page 1

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | SVN log in the ordinary course of | 10:51:23AM |
| 2 | business, is that correct? | 10:51:25AM |
| 3 | MR. BAKER:  Objection to form. | 10:51:29AM |
| 4 | A.       That is correct. | 10:51:31AM |
| 5 | Q.       So as part of Waymo's | 10:51:34AM |
| 6 | investigation, someone gave you a copy of | 10:51:35AM |
| 7 | the SVN log, is that correct? | 10:51:37AM |
| 8 | A.       That is correct. | 10:51:41AM |
| 9 | Q.       And that person, the person who | 10:51:44AM |
| 10 | gave you a copy of the SVN log was | 10:51:46AM |
| 11 | Mr. ▆▆▆▆, correct? | 10:51:49AM |
| 12 | A.       No. | 10:51:53AM |
| 13 | Q.       Who gave you a copy of the SVN | 10:51:54AM |
| 14 | log? | 10:51:56AM |
| 15 | MR. BAKER:  I am going to | 10:52:00AM |
| 16 | caution the witness not to reveal the | 10:52:00AM |
| 17 | substance of any attorney-client | 10:52:03AM |
| 18 | communication, but you can give a name. | 10:52:04AM |
| 19 | A.       ▆▆▆▆. | 10:52:07AM |
| 20 | Q.       When did Mr. ▆▆▆▆ give you | 10:52:08AM |
| 21 | the SVN log? | 10:52:10AM |
| 22 | MR. BAKER:  You can give a | 10:52:11AM |
| 23 | date. | 10:52:12AM |
| 24 | A.       February 21st, 20th or 21st, | 10:52:13AM |
| 25 | 2017. | 10:52:25AM |

Page 49

| | | |
|---|---|---|
| 1 | A.     No. | 12:16:53PM |
| 2 | Q.     And nobody asked you to | 12:16:54PM |
| 3 | inquire, to conduct a forensic review of | 12:16:58PM |
| 4 | that device to determine if he did | 12:17:00PM |
| 5 | anything improper with it, correct? | 12:17:07PM |
| 6 | A.     That is correct, but with the | 12:17:13PM |
| 7 | caveat that the lack of analysis of | 12:17:17PM |
| 8 | another machine does not wash away the | 12:17:22PM |
| 9 | wrongdoings on another machine, that's no | 12:17:25PM |
| 10 | indication of not doing something. | 12:17:28PM |
| 11 | Q.     In order to determine the full | 12:17:35PM |
| 12 | scope of potential wrongdoing, in your | 12:17:39PM |
| 13 | opinion should Waymo have conducted a | 12:17:43PM |
| 14 | forensic investigation of the | 12:17:46PM |
| 15 | Hewlett-Packard workstation? | 12:17:47PM |
| 16 | MR. BAKER:  Objection to form. | 12:17:49PM |
| 17 | A.     All feasible rocks should be | 12:17:57PM |
| 18 | turned over, but there have been multiple | 12:18:02PM |
| 19 | occurrences where inventory management | 12:18:07PM |
| 20 | personnel reimaged devices before forensic | 12:18:12PM |
| 21 | analysis could take place. | 12:18:18PM |
| 22 | Q.     And in your opinion, one | 12:18:22PM |
| 23 | feasible rock that should have been turned | 12:18:29PM |
| 24 | over was a review of the Hewlett-Packard | 12:18:30PM |
| 25 | workstation assigned to Mr. Levandowski, | 12:18:34PM |

Page 99

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | is that correct? | 12:18:37PM |
| 2 | MR. BAKER:  Objection to form. | 12:18:37PM |
| 3 | A. As a forensic analyst, the more | 12:18:42PM |
| 4 | information, the better. | 12:18:44PM |
| 5 | But as I said before, it | 12:18:47PM |
| 6 | doesn't undo other indicators that were | 12:18:50PM |
| 7 | positively found. | 12:18:55PM |
| 8 | Q. As a forensic analyst, wouldn't | 12:19:02PM |
| 9 | you want to know if the card reader was | 12:19:07PM |
| 10 | attached to the workstation? | 12:19:09PM |
| 11 | MR. BAKER:  Objection to form. | 12:19:11PM |
| 12 | A. Yes. | 12:19:18PM |
| 13 | Q. But you don't know the answer | 12:19:19PM |
| 14 | to that question, right? | 12:19:21PM |
| 15 | A. Not currently. | 12:19:24PM |
| 16 | Q. Waymo would never know the | 12:19:26PM |
| 17 | answer to that question, correct? | 12:19:29PM |
| 18 | MR. BAKER:  Objection to form. | 12:19:31PM |
| 19 | A. That's uncertain. | 12:19:43PM |
| 20 | Q. Why is that uncertain? | 12:19:45PM |
| 21 | A. Depending on retention and host | 12:19:50PM |
| 22 | monitoring agents, it could potentially be | 12:20:00PM |
| 23 | determined whether some classes of USB | 12:20:08PM |
| 24 | devices were connected to these machines, | 12:20:12PM |
| 25 | but I also would not feel comfortable | 12:20:16PM |

| | | |
|---|---|---|
| 1 | true? | 04:06:20PM |
| 2 | A. It is what I was told. | 04:06:23PM |
| 3 | Q. If you can go back to your | 04:06:26PM |
| 4 | 30(b)(6) notice, topic 8, do you see in | 04:06:27PM |
| 5 | there there is a reference to SVN logs as | 04:06:35PM |
| 6 | described by Mr. ■■■■■ in his July | 04:06:40PM |
| 7 | 18, 2017, e-mail? | 04:06:44PM |
| 8 | A. I see that. | 04:06:50PM |
| 9 | Q. Did you look at that e-mail in | 04:06:50PM |
| 10 | preparing for your deposition today? | 04:06:52PM |
| 11 | A. Do I have access to it? | 04:06:55PM |
| 12 | MR. BAKER: You can answer that | 04:07:06PM |
| 13 | yes or no. | 04:07:07PM |
| 14 | A. No. | 04:07:07PM |
| 15 | MR. CHATTERJEE: Why don't we | 04:07:09PM |
| 16 | mark that as 1317. | 04:07:12PM |
| 17 | ( Exhibit 1317, e-mail from | 04:07:12PM |
| 18 | ■■■■■■■, was marked for | 04:07:12PM |
| 19 | identification, as of this date.) | 04:07:30PM |
| 20 | Q. What I've handed you as Exhibit | 04:07:30PM |
| 21 | 1317 is an e-mail from ■■■■■■■, | 04:07:33PM |
| 22 | Quinn Emanuel, counsel for Waymo, to a | 04:07:36PM |
| 23 | whole ton of people, some on the other | 04:07:38PM |
| 24 | side of the case, some on the same side of | 04:07:41PM |
| 25 | their case, and if you look at the fourth | 04:07:43PM |

Page 224

| | | |
|---|---|---|
| 1 | paragraph in Mr. ▮▮▮▮▮ e-mail, he | 04:07:47PM |
| 2 | says that "On September 19, 2016, Waymo | 04:07:53PM |
| 3 | pulled SVN log data, which dated back to | 04:07:57PM |
| 4 | September 19, 2015, due to the 52-week | 04:08:00PM |
| 5 | retention in place." | 04:08:04PM |
| 6 | Do you see that? | 04:08:06PM |
| 7 | A. I do see that. | 04:08:10PM |
| 8 | Q. Are you aware of any 52-week | 04:08:11PM |
| 9 | retention for the SVN log data? | 04:08:13PM |
| 10 | A. I believe I said retention was | 04:08:22PM |
| 11 | set to a year and then that was suspended | 04:08:23PM |
| 12 | as of fall 2016, to my knowledge; I | 04:08:27PM |
| 13 | believe I said that earlier in this | 04:08:29PM |
| 14 | deposition, way earlier. | 04:08:35PM |
| 15 | Q. So I asked you all of the log | 04:08:37PM |
| 16 | data is available today and you said to my | 04:08:39PM |
| 17 | knowledge, yes; was that a correct or | 04:08:41PM |
| 18 | incorrect statement? | 04:08:42PM |
| 19 | A. I thought it was correct. | 04:08:48PM |
| 20 | Q. So do you believe it to be | 04:08:49PM |
| 21 | correct or do you believe Mr. ▮▮▮▮▮ | 04:08:50PM |
| 22 | comment to be correct? | 04:08:52PM |
| 23 | MR. BAKER: Objection to form. | 04:08:53PM |
| 24 | A. Perhaps -- | 04:09:01PM |
| 25 | THE WITNESS: I have a privilege | 04:09:08PM |

Page 225

| | | |
|---|---|---|
| 1 | question on this thing. | 04:09:09PM |
| 2 | MR. BAKER:  Sure. | 04:09:10PM |
| 3 | THE VIDEO TECHNICIAN: Time is | 04:09:12PM |
| 4 | 4:09 p.m. | 04:09:13PM |
| 5 | We're off the record. | 04:09:13PM |
| 6 | (Witness and counsel left the | 04:09:15PM |
| 7 | hearing room to confer.) | 04:09:16PM |
| 8 | (Pause.) | 04:09:16PM |
| 9 | (Witness and counsel returned | 04:09:16PM |
| 10 | to the hearing room.) | 04:23:09PM |
| 11 | THE VIDEO TECHNICIAN: Time is | 04:23:09PM |
| 12 | 4:23 p.m. | 04:23:27PM |
| 13 | We are on the record. | 04:23:28PM |
| 14 | BY MR. CHATTERJEE: | 04:23:29PM |
| 15 | Q.    I think the question pending | 04:23:33PM |
| 16 | was do you believe your prior testimony to | 04:23:34PM |
| 17 | be correct or do you believe | 04:23:38PM |
| 18 | Mr. [REDACTED] comment to be correct | 04:23:39PM |
| 19 | with respect to that first sentence of the | 04:23:40PM |
| 20 | third paragraph? | 04:23:44PM |
| 21 | A.    I think I'm definitely | 04:23:45PM |
| 22 | deferring to what Mr. [REDACTED] said; | 04:23:49PM |
| 23 | from my discussions with the Subversion | 04:23:51PM |
| 24 | server administrators, I was under the | 04:23:59PM |
| 25 | impression that -- when I gave that kind | 04:24:01PM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | of long sled of summer 2016, the logs were | 04:24:05PM |
| 2 | pulled and coupled with the one-year | 04:24:13PM |
| 3 | retention and my knowledge that the | 04:24:14PM |
| 4 | Subversion server had been launched, to my | 04:24:17PM |
| 5 | knowledge, I think in May or June or | 04:24:19PM |
| 6 | summer of 2015, in my mind it was like, | 04:24:22PM |
| 7 | oh, it goes back a year obviously to the | 04:24:25PM |
| 8 | start. | 04:24:28PM |
| 9 | But I definitely defer to Jeff | 04:24:32PM |
| 10 | and I have never seen this document, but | 04:24:34PM |
| 11 | seeing that, if he says that indefinite | 04:24:37PM |
| 12 | retention was started in the early spring | 04:24:43PM |
| 13 | of 2017 and not the fall of 2016, I have | 04:24:47PM |
| 14 | to go with that as well, because these are | 04:24:50PM |
| 15 | hard dates. | 04:24:53PM |
| 16 | I was providing like three, | 04:24:54PM |
| 17 | four month sleds. | 04:24:56PM |
| 18 | Q.    Have you done any investigation | 04:24:58PM |
| 19 | into the accuracy of Mr. ▅▅▅▅▅▅ | 04:25:00PM |
| 20 | comments in this letter? | 04:25:02PM |
| 21 | A.    I have never seen this letter | 04:25:08PM |
| 22 | until you put it in front of me. | 04:25:09PM |
| 23 | Q.    Who would know whether the | 04:25:10PM |
| 24 | statements in Mr. ▅▅▅▅▅▅ letter are | 04:25:13PM |
| 25 | accurate or not, other than | 04:25:15PM |

Page 227

```
 1   Mr. ███████████                                04:25:20PM
 2              MR. BAKER:  Objection to form.      04:25:21PM
 3       A.     ███████████.                        04:25:23PM
 4       Q.     What about anyone at Google or      04:25:24PM
 5   Waymo?                                         04:25:27PM
 6       A.     ███████████                         04:25:29PM
 7       Q.     What about Mr. ████████ would       04:25:31PM
 8   he know?                                       04:25:35PM
 9       A.     Possibly.                           04:25:35PM
10       Q.     Do you have any reason to           04:25:37PM
11   dispute that Waymo did not preserve any        04:25:40PM
12   SVN log data other than this downloading       04:25:47PM
13   behavior of December 11, 2015, for the         04:25:51PM
14   time period referenced in that fourth          04:25:54PM
15   paragraph?                                     04:25:57PM
16              MR. BAKER:  Objection to form.      04:25:57PM
17       A.     That was a very long question.      04:25:58PM
18              Can you break it down for me a      04:26:00PM
19   little bit.                                    04:26:04PM
20       Q.     Okay.                               04:26:04PM
21              That last sentence says, "No        04:26:07PM
22   other download behavior was relevant to        04:26:09PM
23   any anticipated litigation and Waymo did       04:26:11PM
24   not preserve other SVN log data at that        04:26:14PM
25   time."                                         04:26:18PM
```

Page 228

```
 1              Do you see that?                    04:26:18PM
 2       A.     I do.                               04:26:19PM
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17              MR. BAKER:  Objection to form.      04:27:05PM
18       A.     Also, as a professional log         04:27:09PM
19   diver, I'll call myself, when we're doing      04:27:13PM
20   investigations, we don't keep things that     04:27:17PM
21   are not deemed explicitly relevant for         04:27:24PM
22   what we are trying to prove.                   04:27:26PM
23              It is bad data stewardship, it      04:27:31PM
24   takes up space, and it makes noise.            04:27:34PM
25       Q.     What were you asked to prove        04:27:36PM
```

Page 229

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1  here?                                            04:27:38PM
 2          MR. BAKER:  Objection, I am              04:27:39PM
 3  going to caution you not to reveal the           04:27:43PM
 4  substance of any attorney-client                 04:27:44PM
 5  communications.                                  04:27:46PM
 6          If you can answer that question          04:27:46PM
 7  without doing that, please do.                   04:27:48PM
 8     A.   I did not pull the SVN log               04:27:52PM
 9  data, I'm just speaking to the frame of          04:27:55PM
10  mind of why the entirety of all users'           04:27:56PM
11  logs may not be present.                         04:28:04PM
12          For example, in what I've                04:28:05PM
13  produced to support my declaration, I'm          04:28:07PM
14  not pulling and presenting the ▮▮▮▮ logs         04:28:10PM
15  of any of a hundred thousand other Google        04:28:13PM
16  employees because it is simply not               04:28:16PM
17  relevant to the investigation at hand.           04:28:18PM
18     Q.   That wasn't my question.                 04:28:20PM
19          What were you being asked to             04:28:25PM
20  prove as part of your forensic                   04:28:26PM
21  investigation?                                   04:28:27PM
22          MR. BAKER:  Same instruction             04:28:27PM
23  and also objection to the form.                  04:28:28PM
24     A.   These logs showed that 14,000            04:28:33PM
25  files and change were downloaded on              04:28:36PM
```

Page 230

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           C E R T I F I C A T I O N
 2
 3      I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11      I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
15
16
17
18
19
20
21
22        [signature: Jineen Pavesi, RPR, RMR]
23        JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Page 305