# *EXHIBIT 16*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 16*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                        )
 6              Plaintiff,             )
 7         vs.                         ) Case No.
 8   UBER TECHNOLOGIES, INC.;          ) 3:17-cv-000939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,     )
10   INC.,                             )
11              Defendants.            )
12   _____ )
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15     VIDEOTAPED DEPOSITION OF KRISTINN GUDJONSSON
16                 Palo Alto, California
17                 Friday, July 28, 2017
18                      Volume I
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   JOB No. 2665814
24
25   PAGES 1 - 242
```

Page 1

| | | |
|---|---|---|
| 1 | A    Oh, when I would get back to them? | 11:27:59 |
| 2 | Q    Yes. | |
| 3 | A    No, that would be just as soon as | |
| 4 | possible. | |
| 5 | Q    Okay.  So what does the three months refer | 11:28:04 |
| 6 | to? | |
| 7 | A    I'm sorry.  I thought you were talking | |
| 8 | about how far back I should be looking at his | |
| 9 | activity on the machine. | |
| 10 | Q    Okay.  So let me go back then. | 11:28:12 |
| 11 | So to the best of your recollection, what | |
| 12 | you had agreed on is that you would look at the | |
| 13 | machine and go back about three months? | |
| 14 | A    Two, three months, probably.  Yeah. | |
| 15 | Q    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   ▇▇▇▇▇ | |
| | ▇▇▇▇▇ | |
| | ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| ▇ | ▇▇▇▇ | |
| 19 | Q    And then did you discuss how soon you | |
| 20 | would revert to Ms. Bailey with more information? | 11:28:36 |
| 21 | A    As quickly as possible. | |
| 22 | Q    When did the meeting take place? | |
| 23 | A    I'm sorry.  Did you say "when" or "where"? | |
| 24 | Q    When. | |
| 25 | A    I'm not completely sure.  A guess would be | 11:28:52 |

Page 57

```
 1    end of January, beginning of February.  Not sure.        11:28:59

 2         Q    Was that meeting in person?

 3         A    Me and Gary were in person, and then they

 4    were over VC, over videoconference.

 5         Q    Where is Ms. Bailey located?                   11:29:18

 6         A    I think she is in the Google X building.

 7         Q    I'm sorry.  You said that some lawyer was

 8    involved.  Do you recall which lawyer?

 9         A    No, I don't.  Sorry.  I'm terrible with

10    names.                                                   11:29:36

11         Q    But is it fair to say it was an in-house

12    Google lawyer?

13         A    Yes.

14         Q    Okay.  And I believe you said earlier that

15    they had provided some clarification.  Is that           11:30:06

16    Ms. Bailey or the attorney or both?

17         A    Probably both, but I don't recall.

18         Q    What did you do after the meeting in terms

19    of the investigation?

20         A    I started a tracking doc.                      11:30:34

21         Q    Did you say "a tracking doc"?

22         A    I create a -- what we call ███████████
23    ████████████████████████████████████████████
24    and a subsequent tracking doc.

25         Q    Okay.  And what information did you put in     11:30:53
```

Page 58

```
 1              I, the undersigned, a Certified Shorthand
 2     Reporter of the State of California, do hereby
 3     certify:
 4              That the foregoing proceedings were taken
 5     before me at the time and place herein set forth;
 6     that any witnesses in the foregoing proceedings,
 7     prior to testifying, were administered an oath; that
 8     a record of the proceedings was made by me using
 9     machine shorthand which was thereafter transcribed
10     under my direction; that the foregoing transcript is
11     a true record of the testimony given.
12              Further, that if the foregoing pertains to
13     the original transcript of a deposition in a Federal
14     Case, before completion of the proceedings, review
15     of the transcript [ ] was [X] was not requested.
16              I further certify I am neither financially
17     interested in the action nor a relative or employee
18     of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20     subscribed my name.
21              Dated: 7/29/2017
22
23
                _____
24              CARLA SOARES
25              CSR No. 5908
```

Page 242