# *EXHIBIT 3*

***PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY***

*EXHIBIT 3*