# *E*XHIBIT *4*

## *PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# *E*XHIBIT *4*