# *E*XHIBIT 6

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# *E*XHIBIT 6