# *EXHIBIT 9*

# *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 9*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
4             Case No. 17-cv-00939-WHA
5    ------------------------------------x
6    WAYMO LLC,
7              Plaintiff,
8        - against -
9    UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11             Defendants.
12   ------------------------------------x
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16            Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

| | | |
|---|---|---|
| 1 | SVN log in the ordinary course of | 10:51:23AM |
| 2 | business, is that correct? | 10:51:25AM |
| 3 |       MR. BAKER:  Objection to form. | 10:51:29AM |
| 4 |   A.    That is correct. | 10:51:31AM |
| 5 |   Q.    So as part of Waymo's | 10:51:34AM |
| 6 | investigation, someone gave you a copy of | 10:51:35AM |
| 7 | the SVN log, is that correct? | 10:51:37AM |
| 8 |   A.    That is correct. | 10:51:41AM |
| 9 |   Q.    And that person, the person who | 10:51:44AM |
| 10 | gave you a copy of the SVN log was | 10:51:46AM |
| 11 | Mr. ▮▮▮▮▮▮, correct? | 10:51:49AM |
| 12 |   A.    No. | 10:51:53AM |
| 13 |   Q.    Who gave you a copy of the SVN | 10:51:54AM |
| 14 | log? | 10:51:56AM |
| 15 |       MR. BAKER:  I am going to | 10:52:00AM |
| 16 | caution the witness not to reveal the | 10:52:00AM |
| 17 | substance of any attorney-client | 10:52:03AM |
| 18 | communication, but you can give a name. | 10:52:04AM |
| 19 |   A.    ▮▮▮▮▮▮. | 10:52:07AM |
| 20 |   Q.    When did Mr. ▮▮▮▮ give you | 10:52:08AM |
| 21 | the SVN log? | 10:52:10AM |
| 22 |       MR. BAKER:  You can give a | 10:52:11AM |
| 23 | date. | 10:52:12AM |
| 24 |   A.    February 21st, 20th or 21st, | 10:52:13AM |
| 25 | 2017. | 10:52:25AM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A. No. | 12:16:53PM |
| 2 | Q. And nobody asked you to | 12:16:54PM |
| 3 | inquire, to conduct a forensic review of | 12:16:58PM |
| 4 | that device to determine if he did | 12:17:00PM |
| 5 | anything improper with it, correct? | 12:17:07PM |
| 6 | A. That is correct, but with the | 12:17:13PM |
| 7 | caveat that the lack of analysis of | 12:17:17PM |
| 8 | another machine does not wash away the | 12:17:22PM |
| 9 | wrongdoings on another machine, that's no | 12:17:25PM |
| 10 | indication of not doing something. | 12:17:28PM |
| 11 | Q. In order to determine the full | 12:17:35PM |
| 12 | scope of potential wrongdoing, in your | 12:17:39PM |
| 13 | opinion should Waymo have conducted a | 12:17:43PM |
| 14 | forensic investigation of the | 12:17:46PM |
| 15 | Hewlett-Packard workstation? | 12:17:47PM |
| 16 | MR. BAKER: Objection to form. | 12:17:49PM |
| 17 | A. All feasible rocks should be | 12:17:57PM |
| 18 | turned over, but there have been multiple | 12:18:02PM |
| 19 | occurrences where inventory management | 12:18:07PM |
| 20 | personnel reimaged devices before forensic | 12:18:12PM |
| 21 | analysis could take place. | 12:18:18PM |
| 22 | Q. And in your opinion, one | 12:18:22PM |
| 23 | feasible rock that should have been turned | 12:18:29PM |
| 24 | over was a review of the Hewlett-Packard | 12:18:30PM |
| 25 | workstation assigned to Mr. Levandowski, | 12:18:34PM |

Page 99

```
 1   is that correct?                              12:18:37PM
 2           MR. BAKER:  Objection to form.        12:18:37PM
 3      A.   As a forensic analyst, the more       12:18:42PM
 4   information, the better.                      12:18:44PM
 5           But as I said before, it              12:18:47PM
 6   doesn't undo other indicators that were       12:18:50PM
 7   positively found.                             12:18:55PM
 8      Q.   As a forensic analyst, wouldn't       12:19:02PM
 9   you want to know if the card reader was       12:19:07PM
10   attached to the workstation?                  12:19:09PM
11           MR. BAKER:  Objection to form.        12:19:11PM
12      A.   Yes.                                  12:19:18PM
13      Q.   But you don't know the answer         12:19:19PM
14   to that question, right?                      12:19:21PM
15      A.   Not currently.                        12:19:24PM
16      Q.   Waymo would never know the            12:19:26PM
17   answer to that question, correct?             12:19:29PM
18           MR. BAKER:  Objection to form.        12:19:31PM
19      A.   That's uncertain.                     12:19:43PM
20      Q.   Why is that uncertain?                12:19:45PM
21      A.   Depending on retention and host       12:19:50PM
22   monitoring agents, it could potentially be    12:20:00PM
23   determined whether some classes of USB        12:20:08PM
24   devices were connected to these machines,     12:20:12PM
25   but I also would not feel comfortable         12:20:16PM
```

Page 100

```
 1  true?                                              04:06:20PM
 2     A.      It is what I was told.                  04:06:23PM
 3     Q.      If you can go back to your              04:06:26PM
 4  30(b)(6) notice, topic 8, do you see in            04:06:27PM
 5  there there is a reference to SVN logs as          04:06:35PM
 6  described by Mr. ███████ in his July               04:06:40PM
 7  18, 2017, e-mail?                                  04:06:44PM
 8     A.      I see that.                             04:06:50PM
 9     Q.      Did you look at that e-mail in          04:06:50PM
10  preparing for your deposition today?               04:06:52PM
11     A.      Do I have access to it?                 04:06:55PM
12          MR. BAKER:  You can answer that            04:07:06PM
13  yes or no.                                         04:07:07PM
14     A.      No.                                     04:07:07PM
15          MR. CHATTERJEE:  Why don't we              04:07:09PM
16  mark that as 1317.                                 04:07:12PM
17          ( Exhibit 1317, e-mail from                04:07:12PM
18  ███████, was marked for                            04:07:12PM
19  identification, as of this date.)                  04:07:30PM
20     Q.      What I've handed you as Exhibit         04:07:30PM
21  1317 is an e-mail from ███████,                    04:07:33PM
22  Quinn Emanuel, counsel for Waymo, to a             04:07:36PM
23  whole ton of people, some on the other             04:07:38PM
24  side of the case, some on the same side of         04:07:41PM
25  their case, and if you look at the fourth          04:07:43PM
```

Page 224

| | | |
|---|---|---|
| 1 | paragraph in Mr. ████████ e-mail, he | 04:07:47PM |
| 2 | says that "On September 19, 2016, Waymo | 04:07:53PM |
| 3 | pulled SVN log data, which dated back to | 04:07:57PM |
| 4 | September 19, 2015, due to the 52-week | 04:08:00PM |
| 5 | retention in place." | 04:08:04PM |
| 6 |       Do you see that? | 04:08:06PM |
| 7 |   A.    I do see that. | 04:08:10PM |
| 8 |   Q.    Are you aware of any 52-week | 04:08:11PM |
| 9 | retention for the SVN log data? | 04:08:13PM |
| 10 |   A.    I believe I said retention was | 04:08:22PM |
| 11 | set to a year and then that was suspended | 04:08:23PM |
| 12 | as of fall 2016, to my knowledge; I | 04:08:27PM |
| 13 | believe I said that earlier in this | 04:08:29PM |
| 14 | deposition, way earlier. | 04:08:35PM |
| 15 |   Q.    So I asked you all of the log | 04:08:37PM |
| 16 | data is available today and you said to my | 04:08:39PM |
| 17 | knowledge, yes; was that a correct or | 04:08:41PM |
| 18 | incorrect statement? | 04:08:42PM |
| 19 |   A.    I thought it was correct. | 04:08:48PM |
| 20 |   Q.    So do you believe it to be | 04:08:49PM |
| 21 | correct or do you believe Mr. ████████ | 04:08:50PM |
| 22 | comment to be correct? | 04:08:52PM |
| 23 |       MR. BAKER:  Objection to form. | 04:08:53PM |
| 24 |   A.    Perhaps -- | 04:09:01PM |
| 25 |       THE WITNESS: I have a privilege | 04:09:08PM |

Page 225

```
 1  question on this thing.                              04:09:09PM
 2              MR. BAKER:  Sure.                        04:09:10PM
 3              THE VIDEO TECHNICIAN: Time is            04:09:12PM
 4  4:09 p.m.                                            04:09:13PM
 5              We're off the record.                    04:09:13PM
 6              (Witness and counsel left the            04:09:15PM
 7  hearing room to confer.)                             04:09:16PM
 8              (Pause.)                                 04:09:16PM
 9              (Witness and counsel returned            04:09:16PM
10  to the hearing room.)                                04:23:09PM
11              THE VIDEO TECHNICIAN: Time is            04:23:09PM
12  4:23 p.m.                                            04:23:27PM
13              We are on the record.                    04:23:28PM
14   BY MR. CHATTERJEE:                                  04:23:29PM
15     Q.     I think the question pending              04:23:33PM
16  was do you believe your prior testimony to           04:23:34PM
17  be correct or do you believe                         04:23:38PM
18  Mr. ███████      comment to be correct              04:23:39PM
19  with respect to that first sentence of the           04:23:40PM
20  third paragraph?                                     04:23:44PM
21     A.     I think I'm definitely                    04:23:45PM
22  deferring to what Mr. ███████     said;             04:23:49PM
23  from my discussions with the Subversion              04:23:51PM
24  server administrators, I was under the               04:23:59PM
25  impression that --  when I gave that kind            04:24:01PM
```

Page 226

| | | |
|---|---|---|
| 1 | of long sled of summer 2016, the logs were | 04:24:05PM |
| 2 | pulled and coupled with the one-year | 04:24:13PM |
| 3 | retention and my knowledge that the | 04:24:14PM |
| 4 | Subversion server had been launched, to my | 04:24:17PM |
| 5 | knowledge, I think in May or June or | 04:24:19PM |
| 6 | summer of 2015, in my mind it was like, | 04:24:22PM |
| 7 | oh, it goes back a year obviously to the | 04:24:25PM |
| 8 | start. | 04:24:28PM |
| 9 | But I definitely defer to Jeff | 04:24:32PM |
| 10 | and I have never seen this document, but | 04:24:34PM |
| 11 | seeing that, if he says that indefinite | 04:24:37PM |
| 12 | retention was started in the early spring | 04:24:43PM |
| 13 | of 2017 and not the fall of 2016, I have | 04:24:47PM |
| 14 | to go with that as well, because these are | 04:24:50PM |
| 15 | hard dates. | 04:24:53PM |
| 16 | I was providing like three, | 04:24:54PM |
| 17 | four month sleds. | 04:24:56PM |
| 18 | Q.    Have you done any investigation | 04:24:58PM |
| 19 | into the accuracy of Mr. ▉▉▉▉▉▉▉ | 04:25:00PM |
| 20 | comments in this letter? | 04:25:02PM |
| 21 | A.    I have never seen this letter | 04:25:08PM |
| 22 | until you put it in front of me. | 04:25:09PM |
| 23 | Q.    Who would know whether the | 04:25:10PM |
| 24 | statements in Mr. ▉▉▉▉▉▉▉ letter are | 04:25:13PM |
| 25 | accurate or not, other than | 04:25:15PM |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Mr. ███████. | 04:25:20PM |
| 2 | MR. BAKER: Objection to form. | 04:25:21PM |
| 3 | A. ███████. | 04:25:23PM |
| 4 | Q. What about anyone at Google or | 04:25:24PM |
| 5 | Waymo? | 04:25:27PM |
| 6 | A. ███████ | 04:25:29PM |
| 7 | Q. What about Mr. ██████ would | 04:25:31PM |
| 8 | he know? | 04:25:35PM |
| 9 | A. Possibly. | 04:25:35PM |
| 10 | Q. Do you have any reason to | 04:25:37PM |
| 11 | dispute that Waymo did not preserve any | 04:25:40PM |
| 12 | SVN log data other than this downloading | 04:25:47PM |
| 13 | behavior of December 11, 2015, for the | 04:25:51PM |
| 14 | time period referenced in that fourth | 04:25:54PM |
| 15 | paragraph? | 04:25:57PM |
| 16 | MR. BAKER: Objection to form. | 04:25:57PM |
| 17 | A. That was a very long question. | 04:25:58PM |
| 18 | Can you break it down for me a | 04:26:00PM |
| 19 | little bit. | 04:26:04PM |
| 20 | Q. Okay. | 04:26:04PM |
| 21 | That last sentence says, "No | 04:26:07PM |
| 22 | other download behavior was relevant to | 04:26:09PM |
| 23 | any anticipated litigation and Waymo did | 04:26:11PM |
| 24 | not preserve other SVN log data at that | 04:26:14PM |
| 25 | time." | 04:26:18PM |

Veritext Legal Solutions
866 299-5127

```
 1              Do you see that?                    04:26:18PM
 2       A.     I do.                               04:26:19PM
 3       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 5  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 6  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 7           ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 8       Q.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 9             ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13       Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16       ▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17             MR. BAKER:  Objection to form.       04:27:05PM
18       A.    Also, as a professional log          04:27:09PM
19  diver, I'll call myself, when we're doing       04:27:13PM
20  investigations, we don't keep things that       04:27:17PM
21  are not deemed explicitly relevant for          04:27:24PM
22  what we are trying to prove.                    04:27:26PM
23             It is bad data stewardship, it       04:27:31PM
24  takes up space, and it makes noise.             04:27:34PM
25       Q.    What were you asked to prove         04:27:36PM
```

Page 229

```
 1  here?                                            04:27:38PM
 2            MR. BAKER:  Objection, I am            04:27:39PM
 3  going to caution you not to reveal the           04:27:43PM
 4  substance of any attorney-client                 04:27:44PM
 5  communications.                                  04:27:46PM
 6            If you can answer that question        04:27:46PM
 7  without doing that, please do.                   04:27:48PM
 8       A.   I did not pull the SVN log             04:27:52PM
 9  data, I'm just speaking to the frame of          04:27:55PM
10  mind of why the entirety of all users'           04:27:56PM
11  logs may not be present.                         04:28:04PM
12            For example, in what I've              04:28:05PM
13  produced to support my declaration, I'm          04:28:07PM
14  not pulling and presenting the ████ logs         04:28:10PM
15  of any of a hundred thousand other Google        04:28:13PM
16  employees because it is simply not               04:28:16PM
17  relevant to the investigation at hand.           04:28:18PM
18       Q.   That wasn't my question.               04:28:20PM
19            What were you being asked to           04:28:25PM
20  prove as part of your forensic                   04:28:26PM
21  investigation?                                   04:28:27PM
22            MR. BAKER:  Same instruction           04:28:27PM
23  and also objection to the form.                  04:28:28PM
24       A.   These logs showed that 14,000          04:28:33PM
25  files and change were downloaded on              04:28:36PM
```

Page 230

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              C E R T I F I C A T I O N
 2
 3      I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11      I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
15
16
17
18
19
20
21
22        [signature: Jineen Pavesi, RPR, RMR]
23        JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Page 305