# *EXHIBIT 12*

## *PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

*EXHIBIT 12*