# *EXHIBIT 13*

## *PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# *EXHIBIT 13*