# *EXHIBIT 17*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 17*

1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California  90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

17 *Attorneys for Defendant: Otto Trucking LLC*

18                          **UNITED STATES DISTRICT COURT**

19                          **NORTHERN DISTRICT OF CALIFORNIA**

20                               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 21  Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| 22           Plaintiff, | **NOTICE OF INSPECTION** |
| 23       v. | |
| 24  Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| 25 | |
| 26           Defendants. | |

27

28

ACTIVE/92024275.1
NOTICE OF INSPECTION                                         CASE NO. 3:17-CV-00939-WHA

1    PLEASE TAKE NOTICE THAT, pursuant to Rule 34 of the Federal Rules of Civil
2  Procedure and the expedited rules and proceedings in this case, counsel for defendant Otto
3  Trucking LLC and one or more of Otto Trucking's experts (and Special Master John Cooper if he
4  so wishes) will inspect Waymo's network, including how laptops interact with Waymo's network,
5  including the ▮▮▮▮▮▮▮, and the metadata generated from those interactions.  As part of the
6  inspection, Otto Trucking will need access to the following:

7     1.   A Google-issued laptop ▮▮▮▮▮▮▮▮▮▮ that
8        a.   Has a standard Google Windows image, the same as what would have been
9             used in that organization on December 11, 2015;
10       b.   Runs versions of their endpoint software including ▮▮▮▮▮▮▮▮ and
11            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in use during the time period in question;
12       c.   Contains a user profile to be configured as Local Administrator on that laptop;
13       d.   Has a group or user policy that matches that of Anthony Levandowski just prior
14            to his departure. (That means access to all the same resources that Levandowski
15            had);
16    2.   Administrative access on the ▮▮▮ client that allows user to customize rules;
17    3.   Access to ▮▮▮▮▮▮▮ software on removeable media such that Otto Trucking's
18         can install ▮▮▮▮▮▮▮ while connected to the Waymo network;
19    4.   Access to the entire ▮▮▮ network to the same extent that was Anthony
20         Levandowski was provided on December 11, 2015;
21    5.   Provide the same version of ▮▮▮▮▮▮▮▮ software on a USB removable media
22         device in order to allow imaging of the laptop in the same manner as was done by
23         the Google Security team;
24    6.   Access to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ log
25         files associated to that laptop computer and created during the time period this
26         work is being performed;
27    7.   Access to any software and laptop OS versions to replicate the above operations as
28         of December 22, 2015, or documentation that contains information about any

1  modifications to the versions, settings or systems between the time of the original
2  capture and our test so that we can account for variances; and
3  8.  Waymo's logging software or systems capable of monitoring downloading activity
4  by Google or Waymo employees not discussed in Mr. Brown's declaration be
5  disclosed and made available for testing.

Local copies of any files to which Waymo provides access as part of this inspection will be deleted at the end of the inspection.  However, Otto Trucking would maintain a copy of any logs and metadata created as part of this inspection.

The inspection shall take place on August 17, 2017 beginning at 9 a.m.

Dated:   August 7, 2017                       Respectfully submitted,

By:  /s/*Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:*
*Otto Trucking LLC*

**PROOF OF SERVICE**.

I am an attorney at the law firm of Goodwin Procter, LLP, whose address is 601 South Figueroa Street, 41st Floor, Los Angeles, CA 90017. I am over the age of 18 and not a party to the within action.

On **August 7, 2017**, I caused the following documents to be served on all counsel of record via electronic mail, pursuant to the agreement between the parties:

**OTTO TRUCKING LLC'S NOTICE OF INSPECTION**

| | |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>QE-Waymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100<br>QE-Waymo@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811<br>lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>UberWaymo@mofo.com |
| Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br>UberWaymo@mofo.com |

| | | |
|---|---|---|
| 1 | Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br>UberWaymo@mofo.com |
| 2 | Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br>UberWaymo@mofo.com |
| 3 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 310.752.2400<br>Facsimile: 310.752.2490<br>BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 4 | Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street, Suite 205<br>Palo Alto, CA 94301 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 650.445.6400<br>Facsimile: 650.329.8507<br>BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 5 | Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 202.237.2727<br>Facsimile: 202.237.6131<br>BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 6 | John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 | Appointed by Court as: *Special Master*<br>Telephone: 415.954.4410<br>Facsimile: 415.954.4480<br>jcooper@fbm.com<br>MCate@fbm.com |

☑ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 7, 2017**, at Los Angeles, California.

| | |
|---|---|
| Hong-An Vu | /s/*Hong-An Vu* |
| (Type or print name) | (Signature) |

- 4 -