UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: STIPULATION RE: DOCKET NO. 1272**<br><br>Re: Dkt. No. 1314 |

The Court is in receipt of the parties' Joint Stipulation re: Depositions re: Waymo's Investigation After the Discovery Cut-off. (Dkt. No. 1314.) The Court declines to sign the stipulation and instead rules as follows. Waymo shall produce documents responsive to the Court's Order at Docket No. 1272 by August 24, 2017. Any motion to quash regarding the subpoenas already served on Keker Van Nest & Peters LLP with a return date of August 24, 2017 shall be fully briefed by midnight August 27, 2017. The parties shall confer with the Special Master to set a briefing schedule to meet this deadline. The Court will hear oral argument regarding any such motion at 1:30 p.m. on August 28 in Courtroom F, 450 Golden Gate Ave., San Francisco, California. It is too late for Otto Trucking to issue any subpoenas with a response date after August 24. The Court shall discuss scheduling of any previously-noticed depositions at the hearing on August 28.

This Order disposes of Docket No. 1314.

**IT IS SO ORDERED.**

Dated: August 23, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge