QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:      (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF DEFENDANT UBER AND OTTOMOTTO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR REPLY IN SUPPORT OF MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS (DKT. 1174)** |

I, Lindsay Cooper, declare as follows:

1.    I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.    I make this declaration in support of Defendants Uber and Ottomotto's Administrative Motion to File Under Seal Portions of Their Reply in Support of Motion to Strike Vague and Overbroad Trade Secret Claims (the "Administrative Motion").  The Administrative Motion seeks an order sealing highlighted portions of Uber and Ottomotto's Reply in Support of Motion to Strike Vague and Overbroad Trade Secret Claims ("Reply") and Exhibit A in support of the same.

3.    The Reply (portions highlighted in green) and Exhibit A (portions highlighted in green filed concurrently herewith) contain or refer to trade secret and confidential business information, which Waymo seeks to seal. The portions of the Reply and Exhibit A that are highlighted in green contain, reference, and/or describe Waymo's asserted trade secrets. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential information.

4.    Waymo's request to seal is narrowly tailored to those portions of the Reply and Exhibit A that merit sealing.

1     I declare under penalty of perjury under the laws of the State of California and the United

2  States of America that the foregoing is true and correct, and that this declaration was executed in San

3  Francisco, California, on August 18, 2017.

4                                      By /s/ Lindsay Cooper

5                                         Lindsay Cooper
                                          Attorneys for WAYMO LLC
6

7

8                              **ATTESTATION**

9     In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

10  document has been obtained from Lindsay Cooper.

11

12                              By: /s/ Charles K. Verhoeven
                                     Charles K. Verhoeven
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28