# EXHIBIT A

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>              Plaintiffs,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO, LLC; OTTO TRUCKING<br>LLC,<br><br>              Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S AMENDED FOURTH<br>SUPPLEMENTAL OBJECTIONS AND<br>RESPONSES TO UBER'S FIRST SET OF<br>INTERROGATORIES (NOS. 1-11)** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  illustrative example, Waymo's efforts to discover relevant evidence were thwarted by evasive

2  testimony from Defendants' employees Gaetan Pennecot (Pennecot Dep. 62:3-13, 69:14-15) and

3  Daniel Gruver (Gruver Dep. 45:13-46:19) suggesting that ███████████ used in Fuji did not alter

4  ███████████████████ which was later contradicted by testimony provided by James Haslim in

5  his court-ordered deposition (Haslim May 4 Dep. 50:14-51:9), as well as by misleading testimony

6  from Gruver (Gruver Dep. 51:4-15) suggesting that Velodyne's LiDARs used ████████████████,

7  which was later contradicted in Haslim's court-ordered deposition (Haslim May 4 Dep. 165:1-11).

8

9  <u>**SPECIFIC OBJECTIONS AND RESPONSES**</u>

10  Waymo expressly incorporates the above objections as though set forth fully in response to

11  each of the following individual interrogatories, and, to the extent that they are not raised in the

12  particular response, Waymo does not waive those objections.

13

14  <u>**INTERROGATORY NO. 1:**</u>

15  Identify each alleged Waymo trade secret from "Plaintiff's List of Asserted Trade Secrets

16  Pursuant to Cal. Code Civ. Proc. Section 2019.210," served on March 10, 2017, that You contend

17  is used by Uber, and identify all facts and Documents (by Bates number) that you believe support

18  Your contention.

19

20  <u>**RESPONSE TO INTERROGATORY NO. 1:**</u>

21  Waymo incorporates by reference its General Objections.  Waymo further objects to this

22  interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

23  the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

24  further objects to this request to the extent it is compound, complex, and contains multiple

25  subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

26  information that is subject to expert testimony.   Waymo will provide expert testimony in

27  accordance with the Court's procedural schedule.

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Subject to and without waiving the foregoing General and Specific Objections, Waymo

2  responds as follows:

3    The head of Defendants' self-driving car program, Anthony Levandowski took from

4  Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

5  proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

6  Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

7  at 20:9-24, 100:9-101:15, 115:3-16.   The stolen files describe and contain certain of Waymo's

8  asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

9  63, and 75-109 from Waymo's List of Asserted Trade Secrets.  *See* Dkt. No. 25-7.   Mr.

10  Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

11  Waymo employees, used these files to design and build LIDAR designs and systems that include

12  information contained in and derived from Waymo's trade secrets.  *See* Levandowski Dep. at

13  20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

14  Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

15  to determine risks and benefits associated with various LiDAR designs and systems, including

16  Trade Secret Nos. 110-121.  *See id.*  Further evidence of Uber's use of Waymo's asserted trade

17  secrets is provided below:

18    **Trade Secret Nos. 1 and 4**

19    Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

20  at least because ███████████████████████████████████████████

21  ████████████████████████████████████████████████████

22  ████████████████████████████████████.  Uber uses

23  Trade Secret No. 4 at least because the Fuji device includes a ████████████████

24  ████████  ████  ████  ██████  ████  ██  ████  ██  ████  ████  ████

25  ██████████.  Example documents describing Uber's use of Trade Secret Nos. 1 and 4

26  include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

27  Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-

28  126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,

2    including UBER00011690-708, Document Production of Gorilla Circuits, including GOR

3    000001-174.

4         **Trade Secret Nos. 2, 3, and 6**

5         Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a

6    ███████████████████████████████████████████████████████████████████████

7    ███████████████████████████████████████████████████████████████████████

8    ███████████████████████████████   Uber uses Trade Secret No. 3 at least because the Fuji

9    device includes or is derived from ███████████████████████████████████████

10   ███████████████████████████████████████████████████████████████████████

11   ████████████████████████████████████   Uber uses Trade Secret No. 6 at

12   least because the Fuji device ███████████████████████████████████████████

13   ███████████████████████████████████████████████████████████████████████

14   ██████████████████████████████████ ██████████████████████████████████

15   ██████████████████████████████████

16   ███████████████████████████████████████████████████████████████████████

17   ███████████████████████████████████████████████████████████████████████

18   ███████████████████████████████████████████████████████████████████████

19   ███████████████████████████████████████████████████████████████████████

20   ███████████████████████████████████████████████████████████████████████

21   ███████████████████████████████████████████████████████████████████████

22   ███████████████████████████████████████████████████████████████████████

23   ███████████████████████████████████████████████████████████████████████

24   ███████████████████████████████████████████████████████████████████████

25        Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the

26   following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

27   inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  CAD drawings of the Fuji device, including UBER00011690-708, Document Production of

2  Gorilla Circuits, including GOR 000001-174.

3       **Trade Secret No. 5**

4       Uber uses Trade Secret No. 5 at least because the Fuji device includes ███████

5  ████████████████████████████████████████████████ Example documents

6  describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

7  for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

8  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

9  UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

10       **Trade Secret No. 7**

11       Uber does not deny that it uses Trade Secret No. 7.  Uber uses Trade Secret No. 7 at least

12  because the Fuji device includes ████████████████████████████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████ Specifically, the Fuji device

15  ████████████████████████████████████ Example documents describing Uber's

16  use of Trade Secret No. 7 include the following:  Deposition Transcript of Michael Lebby ("Lebby

17  Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 64:49;

18  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

19  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708.

21       **Trade Secret No. 8**

22       Uber does not dispute that it uses Trade Secret No. 8.  Uber uses Trade Secret No. 8 at

23  least because the Fuji device includes ████████████████████████████████

24  ████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████

26  Example documents describing Uber's use of Trade Secret No. 8 include the following:

27  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2  UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3      **Trade Secret Nos. 9 and 10**

4      Uber uses Trade Secret No. 9 at least because the Fuji device includes ███████

5  ████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ██████████████. Uber uses Trade Secret No. 10 at least because the Fuji device uses a

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████. Example

13 documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

14 Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

15 Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

16 Zemax simulation; UBER00006248; UBER00006251; UBER00011317; UBER00011473

17 UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

18 194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

19 UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20 UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

21 10 and 11.

22      **Trade Secret No. 13**

23      Uber does not dispute that it uses Trade Secret No. 13. Uber uses Trade Secret No. 13 at

24 least because the Fuji device implements a ████████████████████████████

25 ████████████████████████████████████████████████████

26 ██████ Example documents describing Uber's use of Trade Secret No. 13 include the following:

27 UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

28 the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

2   000001-174.

3   **Trade Secret No. 14**

4   Uber uses Trade Secret No. 14 at least because the Fuji device implements a technique for

5   ████████████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████████

8   ████ Example documents describing Uber's use of Trade Secret No. 13 include the following:

9   Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

10  produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

11  289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

12  of Gorilla Circuits, including GOR 000001-174.

13  **Trade Secret No. 19**

14  Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

15  least because the Fuji device includes a ████████████████████████████████

16  ████████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████

18  ████████████████████████████████████ Example documents describing

19  Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

20  for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

21  CAD drawings of the Fuji device produced for inspection.

22  **Trade Secret Nos. 48 and 90**

23  Uber uses Trade Secret No. 48 at least because the Spider device includes a ████████

24  ████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████

26  ███████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider

27  device uses information contained in or derived from the document titled, ████████████

28  ████████████████████████████████████████████████ Example

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

2  UBER00005076;    UBER00005076;    UBER00005077;    UBER00011676;    UBER00011678;

3  UBER00017389; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim Tr. at 17:24-24:24;

4  Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of the Spider device,

5  including UBER00006265-71.

6      **Trade Secret Nos. 94-99**

7      Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes ████████

8  ████  that incorporate design information contained in or derived from files downloaded by

9  Anthony Levandowski on  December 11, 2015 from Waymo's SVN schematic repository folder

10 ███████████████████████   Example documents describing Uber's use of Trade

11 Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

12 device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

13 272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

14 Production of Gorilla Circuits, including GOR 000001-174.

15     Discovery is ongoing and Waymo reserves the right to supplement this response after

16 further discovery and investigation into Uber's use of Waymo's trade secrets.

17

18 <u>**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**</u>

19     Waymo incorporates by reference its General Objections.  Waymo further objects to this

20 interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

21 the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

22 further objects to this request to the extent it is compound, complex, and contains multiple

23 subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

24 information that is subject to expert testimony.   Waymo will provide expert testimony in

25 accordance with the Court's procedural schedule.

26     Subject to and without waiving the foregoing General and Specific Objections, Waymo

27 responds as follows:

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    The head of Defendants' self-driving car program, Anthony Levandowski took from

2   Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

3   proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

4   Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

5   at 20:9-24, 100:9-101:15, 115:3-16.   The stolen files describe and contain certain of Waymo's

6   asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

7   63, and 75-109 from Waymo's List of Asserted Trade Secrets.   *See* Dkt. No. 25-7.   Mr.

8   Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

9   Waymo employees, used these files to design and build LIDAR designs and systems that include

10  information contained in and derived from Waymo's trade secrets.   *See* Levandowski Dep. at

11  20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

12  Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

13  to determine risks and benefits associated with various LiDAR designs and systems, including

14  Trade Secret Nos. 110-121.   *See id*.   Further evidence of Uber's use of Waymo's asserted trade

15  secrets is provided below:

16       **Trade Secret Nos. 1 and 4**

17       Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

18  at least because ███████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████ Uber uses

21  Trade  Secret  No. 4  at  least  because ███████████████████

22  ████ ████ ███ ████ ████ ████ ██ ███ ██ ██ ██ ████

23  ██████████████ Example documents describing Uber's use of Trade Secret Nos. 1 and 4

24  include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

25  Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-

26  126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

27  device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  including  UBER00011690-708,  Document  Production  of  Gorilla  Circuits,  including  GOR

2  000001-174.

3       **Trade Secret Nos. 2, 3, and 6**

4       Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a

5  ████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████

7  ████████████████████████████████. Uber uses Trade Secret No. 3 at least because ████

8  ████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████

10  ████████████████████████████████ Uber uses Trade Secret No. 6 at

11  least because the Fuji device includes or is derived from ██████████████████████

12  ████████████████████████████████████████████████████████

13  ████████████████████████████ ████████████████████████████

14  ████████████████████████████████

15  ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████

24       Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the

25  following:  Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

26  inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

27  CAD  drawings  of  the  Fuji  device,  including  UBER00011690-708,  Document  Production  of

28  Gorilla Circuits, including GOR 000001-174; Apr. 13, 2017 Linaval Tr. at 60:1-9; Apr. 17, 2017

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  Boehmke Tr. at 65:14-66:25; Apr. 18, 2017 Haslim Tr. at 60:18-62:6, 76:9-12; Apr. 20, 2017

2  Gruver Tr. at 52:14-54:5; May 4, 2017 Haslim Tr. at 70:16-71:9, 89:5-17, 174:4-10.

3       **Trade Secret No. 5**

4       Uber uses Trade Secret No. 5 at least because the Fuji device includes ████████

5  ████████████████████████████████████████████████████ Example documents

6  describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

7  for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

8  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

9  UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

10       **Trade Secret No. 7**

11       Uber does not deny that it uses Trade Secret No. 7.  Uber uses Trade Secret No. 7 at least

12  because the Fuji device includes ████████████████████████████

13  ████████████████████████████████████████████████████

14  ████████████████████████████. Specifically, the Fuji device

15  ████████████████████████████ Example documents describing Uber's

16  use of Trade Secret No. 7 include the following:  Deposition Transcript of Michael Lebby ("Lebby

17  Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 62:8-20, 64:49;

18  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

19  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708.

21       **Trade Secret No. 8**

22       Uber does not dispute that it uses Trade Secret No. 8.  Uber uses Trade Secret No. 8 at

23  least because ████████████████████████████████████

24  ████████████████████████████████████████████████████

25  ████████████████████████████████████████████.

26  Example documents describing Uber's use of Trade Secret No. 8 include the following:

27  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2  UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3  **Trade Secret Nos. 9 and 10**

4  Uber uses Trade Secret No. 9 at least because the Fuji device includes ██████████

5  ███████████████████████████████████████████████████████

6  ███████████████████████████████████████████████████████

7  ███████████████████████████████████████████████████████

8  ███████████████████████████████████████████████████████

9  █████████████████ Uber uses Trade Secret No. 10 at least because the Fuji device uses a

10  ███████████████████████████████████████████████████████

11  ███████████████████████████████████████████████████████

12  ██████████████████████████████████████████████ Example

13  documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

14  Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

15  Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

16  Zemax simulation; UBER00006248; UBER00006251; UBER00011317; UBER00011473

17  UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

18  194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

19  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

20  UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

21  10 and 11; May 4, 2017 Haslim Tr. at 49:16-51:20; June 14, 2017 Pennecot Tr. at 246:19-247:14.

22  **Trade Secret No. 13**

23  Uber does not dispute that it uses Trade Secret No. 13.  Uber uses Trade Secret No. 13 at

24  least because the Fuji device implements a technique for ████████████████████

25  ███████████████████████████████████████████████████████

26  ██████ Example documents describing Uber's use of Trade Secret No. 13 include the following:

27  UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

28  the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

2  000001-174; Pennecot Tr. (Vol. 2) at 261:19-265:11; Depo. Exhibit 106 (UBER0059852);

3  Pennecot Tr. (Vol. 3) at 423:11-424:17; UBER00072127.

4      **Trade Secret No. 14**

5      Uber uses Trade Secret No. 14 at least because the Fuji device implements a technique for

6  ████████████████████████████████████████████████

7  ████████████████████████████████████████████████

8  ████████████████████████████████████████████████

9  ████  Example documents describing Uber's use of Trade Secret No. 13 include the following:

10  Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

11  produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

12  289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

13  of Gorilla Circuits, including GOR 000001-174; UBER00017468; Pennecot Tr. (Vol. 3) at

14  352:20-355:24; Linaval Tr. at 59:4-23.

15      **Trade Secret No. 19**

16      Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

17  least because ████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ██████████████████████████████  Example documents describing

21  Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

22  for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

23  CAD drawings of the Fuji device produced for inspection.

24      **Trade Secret No. 25**

25      Uber uses Trade Secret No. 25 at least because the acquisition of Otto was driven by

26  Anthony Levandowski's knowledge of Waymo's ████████████████  including the

27  ██████████████████████████████  Example documents

28  describing Uber's use of Trade Secret No. 25 include the following:  UBER00018068.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Discovery is ongoing and Waymo reserves the right to supplement this response after

2  further discovery and investigation into Uber's use of Waymo's trade secrets.

3    **Trade Secret Nos. 48 and 90**

4    Uber uses Trade Secret No. 48 at least because the Spider device includes ████████

5  ████████████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████████████

7  ████████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider

8  device uses information contained in or derived from the document titled, ████████████

9  ████████████████████████████████ from page 7 of the document.  Example

10  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

11  UBER00005076;   UBER00005076;   UBER00005077;   UBER00011676;   UBER00011678;

12  UBER00017389;  UBER00016399;  UBER00017831-38;  UBER00017839-51;  UBER00017854-

13  55;   UBER00017856-57;   UBER00017858-76;   UBER00017877-89;   UBER00017890;

14  UBER00017891; UBER00017892; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim

15  Tr. at 17:24-24:24; Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of

16  the Spider device, including UBER00006265-71.

17    **Trade Secret No. 72**

18    Uber uses Trade Secret No. 72 at least because the Fuji device is a LiDAR sensor capable

19  of  fulfilling ████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████████████

22  Example documents describing Uber's use of Trade Secret No. 72 include the following:  Haslim

23  Decl.; UBER00072238; Fuji device produced for inspection; photographs of the Fuji device,

24  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

25  UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

26    **Trade Secret Nos. 94-99**

27    Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes ████████

28  ████████ that incorporate design information contained in or derived from files downloaded by

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Anthony Levandowski on   December 11, 2015 from Waymo's SVN schematic repository folder

2    ████████████████████████████   Example documents describing Uber's use of Trade

3    Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

4    device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

5    272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

6    Production of Gorilla Circuits, including GOR 000001-174.

7         **Trade Secret No. 111**

8         Uber uses Trade Secret No. 111 at least because it considered but rejected ████████

9    ████████████████████████ opting for a different design that would actually work for

10   self-driving cars based on Anthony Levandowski and other engineers' knowledge of Waymo's

11   trade secrets.   Example documents describing Uber's use of Trade Secret No. 111 include the

12   following:  UBER00072238.

13        **Trade Secret No. 118**

14        Uber uses Trade Secret No. 118 at least because it considered but rejected ████████

15   ████████████████████████ opting for a different design that would actually work

16   for self-driving cars based on Anthony Levandowski and other engineers' knowledge of Waymo's

17   trade secrets.   Example documents describing Uber's use of Trade Secret No. 118 include the

18   following:  UBER00072238.

19        Discovery is ongoing and Waymo reserves the right to supplement this response after

20   further discovery and investigation into Uber's use of Waymo's trade secrets.

21

22   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

23        Waymo incorporates by reference its General Objections.  Waymo further objects to this

24   interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

25   the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

26   further objects to this request to the extent it is compound, complex, and contains multiple

27   subparts.  Waymo further objects to this interrogatory as premature to the extent it calls for

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  information that is subject to expert testimony.   Waymo will provide expert testimony in

2  accordance with the Court's procedural schedule.

3      Subject to and without waiving the foregoing General and Specific Objections, Waymo

4  responds as follows:

5      The head of Defendants' self-driving car program, Anthony Levandowski took from

6  Waymo over 14,000 design files containing Waymo's proprietary information, as well as other

7  proprietary documents describing Waymo's confidential trade secrets.  *See* Declaration of Gary

8  Brown ("Brown Decl."); Deposition Transcript of Anthony Levandowski ("Levandowski Dep.")

9  at 20:9-24, 100:9-101:15, 115:3-16.   The stolen files describe and contain certain of Waymo's

10 asserted trade secrets including Trade Secret Nos. 1-8, 14-17, 19, 20, 38, 39, 42, 43, 46, 48, 49, 62,

11 63, and 75-109 from Waymo's List of Asserted Trade Secrets.  *See* Dkt. No. 25-7.   Mr.

12 Levandowski, on behalf of Uber and in coordination with other Uber employees, including former

13 Waymo employees, used these files to design and build LIDAR designs and systems that include

14 information contained in and derived from Waymo's trade secrets.  *See* Levandowski Dep. at

15 20:9-24, 100:9-101:15, 115:3-16; *see also* Uber's Response to Court Ordered Interrogatory No. 1,

16 Dkt. No. 265-1.  They also used know-how contained in and derived from Waymo's trade secrets

17 to determine risks and benefits associated with various LiDAR designs and systems, including

18 Trade Secret Nos. 110-121.  *See id.*  Further evidence of Uber's use of Waymo's asserted trade

19 secrets is provided below:

20     **Trade Secret Nos. 1 and 4**

21     Uber does not dispute that it uses Trade Secret Nos. 1 and 4.  Uber uses Trade Secret No. 1

22 at least because ██████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 ██████████████████████████████████████████.  Uber uses

25 Trade Secret No. 4 at least because ████████████████████████████████

26 ██████  ████  ██████  ████████  ██  ████  ████  ████  ████████

27 ████████████████  Example documents describing Uber's use of Trade Secret Nos. 1 and 4

28 include the following:  Declaration of Scott Boehmke ("Boehmke Decl."); Declaration of James

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  Haslim ("Haslim Decl."), Ex. B; Deposition Transcript of James Haslim ("Haslim Tr.") at 125:19-

2  126:1; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji

3  device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device,

4  including UBER00011690-708, Document Production of Gorilla Circuits, including GOR

5  000001-174.

6  **Trade Secret Nos. 2, 3, and 6**

7      Uber uses Trade Secret No. 2 at least because the Fuji device includes or is derived from a

8  ███████████████████████████████████████████████████████████

9  ███████████████████████████████████████████████████████████

10 ████████████████████████████  Uber uses Trade Secret No. 3 at least because the Fuji

11 device includes or is derived from ████████████████████████████████████

12 ███████████████████████████████████████████████████████████

13 ████████████████████████████████  Uber uses Trade Secret No. 6 at

14 least because ███████████████████████████████████████████████

15 ███████████████████████████████████████████████████████████

16 ████████████████████████████████  ███████████████████████████

17 ███████████████████████████████████████████████████████

18 ███████████████████████████████████████████████████████████

19 ███████████████████████████████████████████████████████████

20 ███████████████████████████████████████████████████████████

21 ███████████████████████████████████████████████████████████

22 ███████████████████████████████████████████████████████████

23 ███████████████████████████████████████████████████████████

24 ███████████████████████████████████████████████████████████

25 ███████████████████████████████████████████████████████████

26 ███████████████████████████████████████████████████████████

27      Example documents describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the

28  following: Haslim Decl., ¶ 15, Ex. B; WAYMO-UBER00000635; Fuji device produced for

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  inspection; photographs of the Fuji device, including UBER00006244-254, 272-274, 289-296;

2  CAD drawings of the Fuji device, including UBER00011690-708, Document Production of

3  Gorilla Circuits, including GOR 000001-174; Apr. 13, 2017 Linaval Tr. at 60:1-9; Apr. 17, 2017

4  Boehmke Tr. at 65:14-66:25; Apr. 18, 2017 Haslim Tr. at 60:18-62:6, 76:9-12; Apr. 20, 2017

5  Gruver Tr. at 52:14-54:5; May 4, 2017 Haslim Tr. at 70:16-71:9, 89:5-17, 174:4-10.

6  **Trade Secret No. 5**

7  Uber uses Trade Secret No. 5 at least because the Fuji device includes ███████

8  █████████████████████████████████████████████ Example documents

9  describing Uber's use of Trade Secret Nos. 2, 3, and 6 include the following: Fuji device produced

10  for inspection; photographs of the Fuji device, including WAYMO-UBER00000635;

11  UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

12  UBER00011690-708, Document Production of Gorilla Circuits, including GOR 000001-174.

13  **Trade Secret No. 7**

14  Uber does not deny that it uses Trade Secret No. 7. Uber uses Trade Secret No. 7 at least

15  because the █████████████████████████████████████

16  █████████████████████████████████████████████████

17  ████████████████████████████████. Specifically, the Fuji device

18  ████████████████████████████. Example documents describing Uber's

19  use of Trade Secret No. 7 include the following: Deposition Transcript of Michael Lebby ("Lebby

20  Tr.") at 58:16-23; Deposition of Gaetan Pennecot ("Pennecot Tr."); Haslim Tr. at 62:8-20, 64:49;

21  WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

22  including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

23  UBER00011690-708.

24  **Trade Secret No. 8**

25  Uber does not dispute that it uses Trade Secret No. 8. Uber uses Trade Secret No. 8 at

26  least because ███████████████████████████████████

27  █████████████████████████████████████████████████

28  █████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Example documents describing Uber's use of Trade Secret No. 8 include the following:

2    WAYMO-UBER00000635; Fuji device produced for inspection; photographs of the Fuji device,

3    including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

4    UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

5         **Trade Secret Nos. 9 and 10**

6         Uber uses Trade Secret No. 9 at least because the Fuji device includes ██████████

7    ████████████████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████████████████████

11   ███████████████████ Uber uses Trade Secret No. 10 at least because the Fuji device uses a

12   ████████████████████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████████████████████

14   ███████████████████████████████████████████████████████████████. Example

15   documents describing Uber's use of Trade Secret Nos. 9 and 10 include the following:

16   Supplemental Declaration of James Haslim ("Haslim Supp. Decl.") ¶ 15; Supplemental

17   Declaration of Michael Lebby ("Lebby Supp. Decl.") ¶ 25, including cited CAD drawing and

18   Zemax simulation; UBER00006248; UBER00006251; UBER00011317; UBER00011473

19   UBER00011612; UBER00011613; UBER00011263; Pennecot Tr.; Haslim Tr. at 161:8-165:14,

20   194:6-17; Fuji device produced for inspection; photographs of the Fuji device, including

21   UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

22   UBER00011690-708; Uber's Responses to Waymo's Second Set of Expedited Interrogatory Nos.

23   10 and 11; May 4, 2017 Haslim Tr. at 49:16-51:20; June 14, 2017 Pennecot Tr. at 246:19-247:14;

24   UBER00011609, UBER00075094, UBER00075131, UBER00074334.

25        **Trade Secret No. 13**

26        Uber does not dispute that it uses Trade Secret No. 13. Uber uses Trade Secret No. 13 at

27   least because the Fuji device ███████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1　　███ Example documents describing Uber's use of Trade Secret No. 13 include the following:

2　UBER00006246; WAYMO-UBER00000635; Fuji device produced for inspection; photographs of

3　the Fuji device, including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji

4　device, including UBER00011690-708; Document Production of Gorilla Circuits, including GOR

5　000001-174; Pennecot Tr. (Vol. 2) at 261:19-265:11; Depo. Exhibit 106 (UBER0059852);

6　Pennecot Tr. (Vol. 3) at 423:11-424:17; UBER00072127.

7　　　　**Trade Secret No. 14**

8　　　　Uber uses Trade Secret No. 14 at least because the Fuji device implements a technique for

9　████████████████████████████████████████████

10　████████████████████████████████████████████

11　████████████████████████████████████████████

12　　███ Example documents describing Uber's use of Trade Secret No. 13 include the following:

13　Haslim Decl., Ex. B; Haslim Supp. Tr. at 114:4-115:23; WAYMO-UBER00000635; Fuji device

14　produced for inspection; photographs of the Fuji device, including UBER00006244-254, 272-274,

15　289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document Production

16　of Gorilla Circuits, including GOR 000001-174; UBER00017468; Pennecot Tr. (Vol. 3) at

17　352:20-355:24; Linaval Tr. at 59:4-23.

18　　　　**Trade Secret No. 19**

19　　　　Uber does not dispute that it uses Trade Secret No. 19.  Uber uses Trade Secret No. 19 at

20　least because the Fuji device includes ████████████████████████████

21　████████████████████████████████████████████

22　████████████████████████████████████████████

23　████████████████████████████████████ Example documents describing

24　Uber's use of Trade Secret No. 13 include the following: UBER00011242; Fuji device produced

25　for inspection; photographs of the Fuji device, including UBER00006261-264, 275, 277, 279-258;

26　CAD drawings of the Fuji device produced for inspection.

27　　　　**Trade Secret No. 25**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    Uber uses Trade Secret No. 25 at least because the acquisition of Otto was driven by

2  Anthony Levandowski's knowledge of Waymo's ███████████████████, including the

3  ████████████████████████████████████.    Example documents

4  describing Uber's use of Trade Secret No. 25 include the following:   UBER00018068;

5  UBER00060321.

6    Discovery is ongoing and Waymo reserves the right to supplement this response after

7  further discovery and investigation into Uber's use of Waymo's trade secrets.

8    **Trade Secret Nos. 48 and 90**

9    Uber uses Trade Secret No. 48 at least because the Spider device includes ████████

10  ██████████████████████████████████████████████████████

11  ██████████████████████████████████████████████████████

12  ████████████████████████ Uber uses Trade Secret No. 90 at least because the Spider

13  device uses information contained in or derived from the document titled, ████████████

14  ██████████████████████████████ from page 7 of the document.  Example

15  documents describing Uber's use of Trade Secret Nos. 48 and 90 include the following:

16  UBER00005076;    UBER00005076;    UBER00005077;   UBER00011676;   UBER00011678;

17  UBER00017389; UBER00016399; UBER00017831-38; UBER00017839-51; UBER00017854-

18  55;    UBER00017856-57;    UBER00017858-76;    UBER00017877-89;   UBER00017890;

19  UBER00017891; UBER00017892; Khirshagar Tr. at 34:6-37:4; Haslim Supp. Decl. ¶ 7; Haslim

20  Tr. at 17:24-24:24; Haslim Dep. Ex. 150; Spider device produced for inspection; photographs of

21  the Spider device, including UBER00006265-71.

22    **Trade Secret No. 72**

23    Uber uses Trade Secret No. 72 at least because the Fuji device is ████████████

24  ██████████████████████████████████████████████████████

25  ██████████████████████████████████████████████████████

26  ██████████████████████████████████████████████████████

27  Example documents describing Uber's use of Trade Secret No. 72 include the following:  Haslim

28  Decl.; UBER00072238; Fuji device produced for inspection; photographs of the Fuji device,

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   including UBER00006244-254, 272-274, 289-296; CAD drawings of the Fuji device, including

2   UBER00011690-708; Document Production of Gorilla Circuits, including GOR 000001-174.

3         **Trade Secret Nos. 94-99**

4         Uber uses Trade Secret Nos. 94-99 at least because the Fuji device includes ████████

5   ████ that incorporate design information contained in or derived from files downloaded by

6   Anthony Levandowski on  December 11, 2015 from Waymo's SVN schematic repository folder

7   ████████████████  and subfolders.   Example documents describing Uber's use of Trade

8   Secret Nos. 94-99 include the following:  Haslim Decl., Ex. B; WAYMO-UBER00000635; Fuji

9   device produced for inspection; photographs of the Fuji device, including UBER00006244-254,

10  272-274, 289-296; CAD drawings of the Fuji device, including UBER00011690-708; Document

11  Production of Gorilla Circuits, including GOR 000001-174.

12        **Trade Secret No. 111**

13        Uber uses Trade Secret No. 111 at least because it considered but rejected ████████

14  ████████████████████████ opting for a different design that would actually work for

15  self-driving cars based on Anthony Levandowski and other engineers' knowledge of Waymo's

16  trade secrets.   Indeed, while leading Uber's self-driving car efforts, Anthony Levandowski stated

17  that:  "We understand what not to do and where not to waste time, because we have experience

18  from having tried it before and it didn't work . . . .  And we have experience trying things that do

19  work, so we're just doing the things that do work, and focus on that."  *See, e.g.*, Jaffe Ex. 53, Dkt.

20  27-33  (https://www.forbes.com/sites/briansolomon/2017/02/23/meet-the-former-google-engineer-

21  who-allegedly-stole-secrets-for-uber-anthony-levandowski/print/).   Example documents

22  describing Uber's use of Trade Secret No. 111 include the following:  UBER00072238.

23        **Trade Secret No. 118**

24        Uber uses Trade Secret No. 118 at least because it considered but rejected using ████

25  ████████████████████████ opting for a different design that would actually work

26  for self-driving cars based on Anthony Levandowski and other engineers' knowledge of Waymo's

27  trade secrets.   Indeed, while leading Uber's self-driving car efforts, Anthony Levandowski stated

28  that:  "We understand what not to do and where not to waste time, because we have experience

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  from having tried it before and it didn't work . . . .  And we have experience trying things that do

2  work, so we're just doing the things that do work, and focus on that."  *See, e.g.*, Jaffe Ex. 53, Dkt.

3  27-33  (https://www.forbes.com/sites/briansolomon/2017/02/23/meet-the-former-google-engineer-

4  who-allegedly-stole-secrets-for-uber-anthony-levandowski/print/).         Example          documents

5  describing Uber's use of Trade Secret No. 118 include the following:  UBER00072238.

6         Discovery is ongoing and Waymo reserves the right to supplement this response after

7  further discovery and investigation into Uber's use of Waymo's trade secrets.

8

9  **INTERROGATORY NO. 2:**

10        Separately for each alleged Waymo trade secret identified in response to Interrogatory No.

11  1, identify each Person who you claim has knowledge that Uber has used that trade secret, and

12  your basis for asserting that that person has knowledge of use of that specific trade secret.

13

14  **RESPONSE TO INTERROGATORY NO. 2:**

15        Waymo incorporates by reference its General Objections.  Waymo further objects to this

16  interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to

17  the extent that it asks Waymo to respond separately for each alleged Waymo trade secret.  Waymo

18  further objects to this request to the extent it is compound, complex, and contains multiple

19  subparts.

20        Subject to and without waiving the foregoing General and Specific Objections, Waymo

21  responds as follows:  Waymo identifies the individuals in the documents and deposition testimony

22  cited in Waymo's response to Interrogatory No. 1.  Waymo further identifies all individuals

23  identified by Defendants in response to Court Ordered Interrogatory No. 2.  Waymo prospectively

24  identifies those individuals to be identified by Uber in its required accounting pursuant to the

25  Court's preliminary injunction order.  Waymo identifies these individuals based on their

26  conversations with Mr. Levandowski who has possessed and/or still does possess Waymo's

27  confidential documents as described in Waymo's response to Interrogatory No. 1, Waymo's Trade

28  Secret List, and the Court's preliminary injunction order.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   00026483,     WAYMO-UBER-00026485,     WAYMO-UBER-00026486,     WAYMO-UBER-

2   00026487,     WAYMO-UBER-00026488,     WAYMO-UBER-00026489,     WAYMO-UBER-

3   00026490,     WAYMO-UBER-00026491,     WAYMO-UBER-00026492,     WAYMO-UBER-

4   00026493,     WAYMO-UBER-00026495,     WAYMO-UBER-00026496,     WAYMO-UBER-

5   00026497,     WAYMO-UBER-00026498,     WAYMO-UBER-00026500,     WAYMO-UBER-

6   00026501,     WAYMO-UBER-00026502,     WAYMO-UBER-00026503,     WAYMO-UBER-

7   00026504,     WAYMO-UBER-00026505,     WAYMO-UBER-00026506,     WAYMO-UBER-

8   00026507,     WAYMO-UBER-00026508,     WAYMO-UBER-00026514,     WAYMO-UBER-

9   00026516,     WAYMO-UBER-00026517,     WAYMO-UBER-00026519,     WAYMO-UBER-

10   00026521,     WAYMO-UBER-00026522,     WAYMO-UBER-00026525,     WAYMO-UBER-

11   00026526,     WAYMO-UBER-00026529,     WAYMO-UBER-00026530,     WAYMO-UBER-

12   00026531,     WAYMO-UBER-00026532,     WAYMO-UBER-00026533,     WAYMO-UBER-

13   00026534,     WAYMO-UBER-00026535,     WAYMO-UBER-00026536,     WAYMO-UBER-

14   00026539,     WAYMO-UBER-00026540,     WAYMO-UBER-00026543,     WAYMO-UBER-

15   00026544,     WAYMO-UBER-00026603,     WAYMO-UBER-00026604,     WAYMO-UBER-

16   00026725,     WAYMO-UBER-00026727,     WAYMO-UBER-00026888,     WAYMO-UBER-

17   00027015,     WAYMO-UBER-00027016,     WAYMO-UBER-00027017,     WAYMO-UBER-

18   00027018,     WAYMO-UBER-00027019,     WAYMO-UBER-00027020,     WAYMO-UBER-

19   00027034,     WAYMO-UBER-00027035,     WAYMO-UBER-00027037,     WAYMO-UBER-

20   00027038,     WAYMO-UBER-00027039,     WAYMO-UBER-00027040,     WAYMO-UBER-

21   00027041.

22       Waymo will further investigate this interrogatory and will supplement its response if

23 necessary.

24 DATED:  August 10, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

25

26                  By   */s/ Charles K. Verhoeven*

27                      Charles K. Verhoeven
                     Attorneys for WAYMO LLC

28