QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 1266-2** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2  Document from ECF, submitted electronically on August 18, 2017, by Waymo. Specifically,
3  Docket No. 1266-2 contains information that is governed by Docket No. 60, and that was
4  inadvertently filed publicly. As explained in Dkt. 1266, this filing contains and reflects Waymo's
5  trade secret information, which if revealed publicly would harm Waymo. Waymo has already
6  contacted the ECF Help Desk regarding this issue, and the ECF Help Desk has temporarily
7  blocked public access to this filing. Waymo has also filed a corrected version of this document.
8  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
9  Administrative Motion to Remove Dkt. No. 1266-2.

DATED: August 23, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC