Pages 1 - 42 and 85 - 89
(Pages 43 - 84 Filed Under Seal by Order of
 the Court, and Bound Separately.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

WAYMO LLC,                        )
                                  )
          Plaintiff,              )
                                  )
  VS.                             )     NO. C 17-00939 WHA
                                  )
UBER TECHNOLOGIES, INC.; OTTO     )
TRUCKING LLC; and OTTOMOTTO       )
LLC,                              )
                                  )
          Defendants.             )
_____    )

                         San Francisco, California
                         Wednesday, August 23, 2017

          **PUBLIC EXCERPT OF TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff Waymo LLC:
                    Quinn, Emanuel, Urquhart & Sullivan LLP
                    50 California Street, 22nd Floor
                    San Francisco, CA  94111
                    (415) 875-6600
               BY:  **FELIPE CORREDOR**
                    **JORDAN ROSS JAFFE**

For Defendant Uber Technologies, Inc.:
                    Morrison & Foerster LLP
                    425 Market Street
                    San Francisco, CA 94105-2482
                    (415) 268-7000
                    (415) 268-7522 (fax)
               BY:  **ESTHER KIM CHANG**
                    **MICHAEL A. JACOBS**

Reported By: Lydia Zinn, CSR No. 9223, FCRR, Official Reporter

1  **APPEARANCES**:

2  For Defendant Uber Technologies, Inc.:
3                       Uber Technologies, Inc.
                        1455 Market Street, 4th Floor
                        San Francisco, CA  94103
4                       (415) 533-7652
                   BY:  **AARON JAMES BERGSTROM**
5
   For Defendants Otto Trucking LLC; Ottomotto LLC:
6                       Goodwin Procter LLP
                        Three Embarcadero Center
7                       San Francisco, CA  94111
                        (415) 733-6000
8                       (415) 677-9041 (fax)
                   BY:  **BRETT MICHAEL SCHUMAN**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  **Wednesday - August 23, 2017**                          **8:58 a.m.**

2                          **P R O C E E D I N G S**

3                              **---oOo---**

4       **THE CLERK:**  Civil 17-939.  It's Waymo, LLC, versus

5  Uber Technologies.  It's on for a tutorial.  Counsel, can you

6  please state your appearances?

7       **MR. JAFFE:**  Jordan Jaffe of Quinn Emanuel, on behalf

8  of the plaintiff, Waymo.

9       **MR. CORREDOR:**  And Felipe Corredor, also of

10  Quinn Emanuel.

11       **MR. JACOBS:**  Good morning, Your Honor.

12  Michael Jacobs, from Morrison & Foerster, for Uber and

13  Ottomotto.  With me is Esther Kim Chang; and Aaron Bergstrom,

14  from Uber's legal department.

15          **THE COURT:**  Great.

16       **MR. SCHUMAN:**  Your Honor, Brett Schuman, from

17  Goodwin Procter, on behalf of Otto Trucking.

18          **THE COURT:**  Thank you for all coming today.

19       This is only about one thing.  I'm trying to understand

20  Trade Secret Number 96.  And at the last hearing Mr. González

21  said that the file was enormous, and hadn't even been produced

22  to the other side -- hadn't even been produced to his side.  So

23  I got to thinking about this problem.  And I would like to

24  understand the character of that file, and the way in which it

25  has been disclosed as a, quote, "trade secret," close quote.

1    So I'm open to ideas, but my tentative thought is to

2  either come down there, and just sit there, and let you leaf

3  through it, computer page by computer page, so that I can get

4  an idea of what we're talking about.  So how's that sound?

5       **MR. JAFFE:**  On behalf of Waymo, that's fine.  We have

6  a computer here with the files.  We actually have the entire

7  repository of the 14,000 files loaded up on this computer.  And

8  one file path corresponds to Trade Secret 96 that's specified.

9       **THE COURT:**  Yeah.  I don't want to see anything but

10  96, because I don't want to cross-pollinate my mind with

11  something else.  I just want to focus, laserlike, on Number 96.

12       **MR. JAFFE:**  Understood.  We just loaded up the

13  computer with the files exactly as we made them available for

14  inspection and discovery at the beginning of the case.  So that

15  was the reason that they're all on there, but you can -- the

16  one folder that's there for Trade Secret 96 is up for your --

17       **THE COURT:**  All right.  Now, here's the other

18  question I've got.  Let me just get a general overview.  If we

19  were to leaf through each page in Number 96, how many pages on

20  the computer screen would there be?

21       **MR. JAFFE:**  So it might be easier to show you than to

22  explain that, but so what the folder is, is one schematic.

23    So there's a number of files that relate to the one

24  schematic that provide information; but under the program

25  that's installed for this software -- it's called "Altium" --

1  this is a representation of one printed circuit board.  And

2  there's a -- I'm looking at it right now.  There are -- there

3  are ten files in this specific folder, but they all open to

4  this one schematic that you review with Altium.

5          **THE COURT:**  And what does the circuit, in general

6  terms --

7     It looks like we've got at least one reporter, or two

8  reporters here.  Are you two out there members of the public,

9  or are you with these parties?

10         **UNIDENTIFIED SPEAKER:**  Your Honor, a member of the

11  public.

12         **THE COURT:**  You're what?

13         **UNIDENTIFIED SPEAKER:**  A member of public.

14         **THE COURT:**  Member of public.

15     And what are you, back there?

16         **UNIDENTIFIED SPEAKER:**  I'm a reporter.

17         **THE COURT:**  All right.

18         **UNIDENTIFIED SPEAKER:**  Is this closed?  I'm sorry.  I

19  didn't hear.

20         **THE COURT:**  No, it's not closed yet.  I've got to

21  decide how to handle that; but no, you're most welcome for the

22  moment.  Thank you.  Have a seat.

23     Hm.  Without disclosing any trade secret, what does this

24  board do for a living?

25         **MR. JAFFE:**  This is one of the schematics related to

PROCEEDINGS

1  a part of the -- one of Waymo's LiDAR devices for transmitting

2  light.

3          THE COURT:  Okay.  So to go back to my question, if

4  we were to go through the entire file that's designated as

5  Number 96, how many times do we have to click the "Enter"

6  button to get through all of the pages?

7          MR. JAFFE:  So I think there's some information

8  included in the schematic, but it would be one schematic that

9  you would open up.  There are different layers in the schematic

10 in terms of the different types of components that are on the

11 printed circuit board, but there's just one schematic.

12     So if Your Honor is asking, *How many schematics would you*

13 *have to page through?*, I think the answer is, *There's just one*,

14 although, you know --

15         THE COURT:  Now, tomorrow when your offer of proof is

16 due, are you going to be contending and give proof that

17 Number 96 has, in fact, been used by Uber?

18         MR. JAFFE:  Yes, Your Honor.

19         THE COURT:  You are.  Okay.

20     Exactly?  Exactly as the circuit board, or some alleged

21 equivalent of it, or some portion of it?

22         MR. JAFFE:  So on this part I would be a little

23 reticent to talk about the overlap of the details in the public

24 session.

25         THE COURT:  Well, are you going to explain it

PROCEEDINGS

1  tomorrow, though, in your filing?

2          **MR. JAFFE:**  Yes, we can.  I mean, one of the things

3  I --

4          **THE COURT:**  You should.  I mean, this is -- it's

5  important for me to understand what it is that Uber --

6      For example, if this has got 152 parts, and you're

7  contending that Uber stole all 152 parts, and it looks exactly

8  the same, okay, that's pretty good for you if that's true.

9      On the other hand, if it's -- they only took 29 parts, and

10  they're not really the same values, and they're arranged

11  slightly differently in some analogs, and some --

12      I don't know, that may not be -- that may be in the public

13  domain.  I don't know what that --

14      But how are they supposed to -- what I'm trying to do is

15  get a feeling for how hard it would be for Uber to go and show

16  that Number 96 is in the public domain.

17          **MR. JAFFE:**  Right.  Understood.  And I would actually

18  like to explain that, although I don't want to disclose

19  anything in terms of possible trade secrets.  So I'm happy to

20  explain that for you.

21          **THE COURT:**  Here's what we're going to do first.

22  We're going to first let me see it.  So I am going to get off

23  the bench, and I'm going to come down there, and I'm going to

24  sit there.  And I want you to crank that thing (indicating) up.

25  And each side can show me what they want to show me about

PROCEEDINGS

1  Number 96.

2      And if you want me to exclude people from the courtroom,

3  okay, I will; but I hate to do that, unless it's really going

4  to reveal something.  So let's wait until the moment comes when

5  you feel like you've got to reveal a trade secret before we

6  exclude anybody.

7          **MR. JAFFE:**  Understood, Your Honor.  The only thing I

8  wanted to explain is in terms of what about this file we are

9  contending is a trade secret, and -- which we've explained on

10  our trade-secret list, and how we're going to explain that

11  they've used it.  That delves into some confidential

12  information.  And so I would like the opportunity to explain

13  that to Your Honor, but it does get into confidential

14  information.

15          **THE COURT:**  Well, can we do that after I look at it?

16          **MR. JAFFE:**  Yes.

17          **THE COURT:**  All right.  I'm going to come down.

18      Now, you members of the public are not going to be able to

19  see what I'm seeing.  And so -- but you're welcome to stay for

20  the time being.  Right?

21      I'm going to come off the bench now.

22      My court reporter -- will you be able to hear well enough

23  to transcribe what goes on here?

24          **REPORTER:**  I hope to.  Yes, sir.

25          **THE COURT:**  Okay.  Good.

1          **REPORTER:**  Would you like me to move?

2          **THE COURT:**  It's up to you.

3      (Discussion off the record.)

4          **THE COURT:**  So is the court reporter ready?

5      All right.  I'm sitting at counsel table, looking at a

6   laptop with -- looks like a diagram of photograph of a printed

7   circuit board.  Okay.  All right.  So is this Number 96?

8          **MR. JAFFE:**  It is.

9          **THE COURT:**  Is that the first page of it?

10         **MR. JAFFE:**  That's the whole -- I mean, you can zoom

11  in.  It's a model, and there are layers, but this is -- this is

12  the whole thing.

13         **MR. JACOBS:**  Well --

14         **MS. CHANG:**  Your Honor, if Waymo's counsel is done, I

15  would also like to navigate and show you some --

16         **THE COURT:**  I'd like for you to navigate.  I'd like

17  you to navigate through all of the complexities, so that I can

18  understand what the problem is with respect to the Uber side

19  trying to show that this is in the prior art, or some part of

20  it's in the prior art.  Okay.  All right.

21         **MR. JAFFE:**  So --

22         **THE COURT:**  Okay.  So show me --

23         **MS. CHANG:**  May I go?

24         **MR. JAFFE:**  Yeah.  Go ahead.

25         **THE COURT:**  You're the one with an axe to grind.

1          MS. CHANG:  Exactly.  So I'm just going to --

2          MR. JACOBS:  Why don't you sit here?

3          THE COURT:  Why don't you have that seat?

4      What's your name, again?

5          MS. CHANG:  Esther Chang.

6      So this is the folder that counts Trade Secret 96,

7   alleging --

8          MR. JAFFE:  And then I don't know if Your Honor

9   has --

10         THE COURT:  Well, wait, wait, wait.

11         MR. JAFFE:  This is the trade-secret list with

12  Trade Secret 96.

13         THE COURT:  Okay.  Can I keep this?  Probably not.

14  Okay.

15         MR. JAFFE:  You can.  I don't think it has my writing

16  on it.

17         THE COURT:  Ms. Chang, what are you trying to do?

18         MS. CHANG:  I'm trying to show the file extensions.

19  I'll just -- I think this is a confirmation for me right here.

20  Okay.  So I'm just going to open --

21         THE COURT:  What does that say right there?  What

22  does that number signify?

23         MS. CHANG:  The size of the file:  4.9 megs.

24         THE COURT:  4.9 megs.  Okay.

25         MS. CHANG:  It's a bit -- Mr. Jaffe is correct that

1  this is the main file, but there are also -- there's also

2  information in the other files which I will show you.  Okay.

3  So if you look at this schematic --

4          MR. JAFFE:  And there's -- I'd just remind everyone

5  there's a reporter here.

6          MS. CHANG:  Okay.

7          THE COURT:  She hasn't said anything yet.

8          MR. JAFFE:  I know.  I know.

9          THE COURT:  She hasn't revealed any trade secrets.

10         MR. JAFFE:  I know.  And I just want to be, in an

11 abundance of caution --

12         THE COURT:  Throw yourself in the front of the

13 oncoming train when that occurs, but it hasn't occurred yet.

14         MS. CHANG:  Okay.  So first of all, you can see that

15 there are different layers that you can look at it.  It's hard

16 to tell what's being --

17         THE COURT:  The layers are down here?

18         MS. CHANG:  Yeah.  These are different tasks.  When

19 we look at a different view -- you'll be more clear when you

20 get to see what the different layers are; but right now we're

21 in the 3-D view.  And you can see there are various components

22 on here, and you can zoom in to various areas.

23     So it's unclear to us what exactly about the schematic is

24 the trade secret.  Is it, for example, that we have to have

25 each of these components?  Is it that?

PROCEEDINGS

 1              THE COURT:  Well, zoom in on one of them.  Take D1D.

 2              MS. CHANG:  Okay.  And when you click on this, you

 3   get information about that component.  So you can see the I.D.

 4              THE COURT:  The what?

 5              MS. CHANG:  The I.D. for that part, as well as --

 6              THE COURT:  Wait, wait.  Don't go any further.

 7              MS. CHANG:  Okay.

 8              THE COURT:  Let me see what that brings up.

 9              MS. CHANG:  So it shows you what that is here.

10   There's the name.

11              THE COURT:  Of the component?

12              MS. CHANG:  Yep.  You will also see later there's

13   another file that contains development materials.  And it shows

14   you the exact part number, and the vendor that that part is

15   coming from.

16              THE COURT:  Okay.

17              MS. CHANG:  It's differently -- just like we go with

18   that component.  You can click on all of these components to

19   get the name, or the part number; various things, like the

20   position.  You have -- there's an X-Y location.  The placement.

21   You can scroll down here.

22              THE COURT:  Ah, I know what it says.  One microfarad.

23              MS. CHANG:  Yep.

24              THE COURT:  What is the 04?

25              MS. CHANG:  I'm not sure.  It's a parameter of that

1  component.  I don't know if Waymo's counsel --

2          THE COURT:  What does Waymo's counsel think that --

3          MR. CORREDOR:  That might be a part number.

4          THE COURT:  No, it's not a part number.  X7R.  What

5  does that mean?

6          MR. CORREDOR:  That might be that means volts.  It's

7  probably a variance tolerance.  I'm not sure.

8          MS. CHANG:  Yep.

9          THE COURT:  Okay.  Show me some more.

10         MS. CHANG:  One thing that you'll -- I don't know

11  if -- so it's also unclear to us whether they're still watching

12  the spacings between these components; but to the extent they

13  are, these are equal.  These five are equal.

14         THE COURT:  Does it say that?

15         MS. CHANG:  No, but you can measure it.  We figured

16  it out.

17         THE COURT:  All right.  So --

18         MS. CHANG:  But it's unclear to us whether they're

19  also including that aspect of this four.

20         MR. JAFFE:  I don't think that's correct, although --

21         MS. CHANG:  Our expert measured it, and that's what

22  he said; but I can go back and check that.

23         THE COURT:  Well, you know X.  A squared plus B

24  squared equals C squared.  We can do the math ourselves, and

25  figure out --

1          **MS. CHANG:**  Yeah.

2          **THE COURT:**  -- whether those are equal or not.

3          **MS. CHANG:**  Our expert told us that these five were,

4  but I can double check.

5          **THE COURT:**  All right.  So me let me just put some

6  things at random.

7          **MR. CORREDOR:**  I think there's some confusion on the

8  spacing.  So there can be, like, the absolute distance versus

9  the vertical spacing, which may be more important.

10          **MS. CHANG:**  So your expert said that the hypotenuse

11  was the operative -- operative parameter.

12          **MR. JAFFE:**  (Shakes head from side to side.)

13          **MS. CHANG:**  The A squared plus B squared equals C

14  squared.

15          **THE COURT:**  All right.  So just click on that white

16  thing there, and see what that is.

17          **MS. CHANG:**  This is, I believe, the connector.  And

18  if you --

19          **THE COURT:**  What do you mean:  Connector?

20          **MS. CHANG:**  So this is where all of the --

21          **THE COURT:**  -- the inputs go and the outputs?  Inputs

22  and outputs are --

23          **MS. CHANG:**  It's connected to the electrical circuit

24  of the board; to the electrical circuit board.  Afterward, when

25  you hover over various components, it just gives you

1    information about that implement.  And then this is the part --

2            THE COURT:  The whole X is a --

3            MS. CHANG:  -- very door.  Yeah.

4            THE COURT:  Correct, or Bolex.

5            MS. CHANG:  That said part number, I'm pretty sure.

6            THE COURT:  Bottom to top.

7            MS. CHANG:  Bottom to top.

8            THE COURT:  I said bottom to top.  Okay.  Let's take

9    one, either random -- what is that guy right there?

10           MS. CHANG:  It's an inductor.

11           THE COURT:  Let's look at it.

12           MS. CHANG:  So this area relates to their '936

13   Patent.  And you double click on it.  It gives you information.

14           THE COURT:  SND.  I know what everything else is, but

15   what does "SND" mean (indicating)?

16           MR. JAFFE:  Maybe juncture.  I'm not sure.

17           MS. CHANG:  If you scroll up, there's additional

18   information regarding the X-Y location, and the placement of

19   the component, as well as the parameters of the component.  You

20   see the component properties here (Indicating).  Location

21   information.

22           THE COURT:  Mm-hm.  So if I wanted to figure out

23   what -- go back to the main diagram.  If I wanted to know what

24   the inductor is electrically connected to, how do I figure that

25   out?

PROCEEDINGS

1      **MS. CHANG:**  One reason -- that's strange.  Okay.  So

2  in our version, the board planning mode is activated.  And that

3  shows you how -- it shades a region that shows you how each

4  part is connected electrically; but for some reason, it's not

5  activated in your version.

6          **MR. JAFFE:**  This may be -- is this the trial version?

7          **MR. CORREDOR:**  Yeah, this is the one we tried.

8          **MS. CHANG:**  Okay.  So we have a trial version, as

9  well.  And our board planning mode is activated.  And that's

10  how we were able to see what the electrical connections are.

11  It will shape -- for example, it will shade these drivers to

12  the one that it connects to.

13          **MR. JACOBS:**  Esther, isn't there also a schematic?

14          **MS. CHANG:**  There is a schematic, but it doesn't show

15  the connections; but I can go to it -- the schematic.  It's

16  in --

17          **THE COURT:**  What good does it do you, unless you know

18  how it's connected?

19          **MR. JACOBS:**  I think that's what the schematic should

20  show.

21          **MS. CHANG:**  These are the schematics, but I don't

22  think these show you the --

23          **THE COURT:**  Looks upside down, oddly enough.

24          **MS. CHANG:**  Yeah.

25          **MR. CORREDOR:**  Your Honor, I've been informed that

PROCEEDINGS

1  that's a software bug.  It's a different version.

2         THE COURT:  This is going to be no good.  You're

3  going to show this to the jury upside down?  That's not good.

4         MS. CHANG:  I think they have different versions,

5  Your Honor, than the upside-down schematic.  So I'm not sure

6  why their version that they have is not showing data --

7         THE COURT:  All right.  So --

8         MS. CHANG:  -- but it's supposed to be --

9         THE COURT:  You have the same thing.  See,

10 Mr. González said that you didn't have the same thing; that you

11 had to go to his office to look at it.

12        MS. CHANG:  So after the hearing, they delivered it

13 to us after.

14        THE COURT:  So you cranked it through your own

15 software that shows the connectors?

16        MS. CHANG:  It's actually the same software.  And

17 we're both using the trial version, but for some reason, their

18 trial version doesn't have the board planning mode enabled.

19        THE COURT:  Okay.

20        MS. CHANG:  I'm not sure why that is.  The board

21 planning mode allows you to see the shaded regions, where --

22        THE COURT:  All right.  Now, you -- okay.  So I see

23 how the component thing works.

24        Now, you said there were different layers.  Show me what

25 you mean by "layers."

1              MS. CHANG:  Mm-hm.  So right now, selected are

2  layers.  Clicking through, L1 through L4 are the different --

3              THE COURT:  Stick with that blue thing here.

4              MS. CHANG:  Okay.

5              THE COURT:  Tell me what I'm looking at.

6              MS. CHANG:  So the PCB on this board has this number

7  of layers, which I believe is pretty standard.

8              THE COURT:  What word?

9              MS. CHANG:  Well, my understanding is that the --

10 these first ones up until here are the various layers of the

11 board.  And then these other tabs show various features of the

12 board.

13             THE COURT:  I see four layers.  Is that right?

14             MS. CHANG:  Yes.  That's my understanding.  Waymo's

15 counsel can correct me if I'm wrong.

16             MR. CORREDOR:  I think that sounds right.  Features

17 on the letters --

18             THE COURT:  That, to me, doesn't --

19     Show me how an engineer would use this blue screen here.

20 This -- I don't get it.  What am I -- what good does this

21 screen do for an engineer?

22             MS. CHANG:  I'm not sure what it tells an engineer.

23 I think it shows them the layout and the electrical connections

24 that need to be on the board, and where various components need

25 to be placed.

1          **MR. JACOBS:**  So my understanding, Your Honor, is that

2   there are actually different electrical layers stacked on the

3   board.  The ones that I was familiar with as a youth had one

4   layer on top of the plastic, but now they build these printed

5   circuit boards with multiple electrical layers.  And this is

6   showing the result of applying the photoresist, and the copper

7   disappearing, and leaving an electrical layer at various

8   levels.

9          **THE COURT:**  So this is before any components are

10   attached?  This is ready to receive the components attached?

11          **MR. JAFFE:**  So I think this one is the bottom of the

12   RT.

13          **THE COURT:**  Yeah.

14          **MR. JAFFE:**  And then there's the top, which is right

15   there.  And then there's also this one.  So it's -- GND shows

16   the location of the grounding.  And this one -- SIG -- shows

17   the signaling.

18          **THE COURT:**  All right.  The signaling.

19       Does this show the electrical --

20       In other words, take these.  This one right here

21   (indicating).  Are all of those little tiny circles

22   interconnected electrically?  Can you tell if they're

23   interconnected?  I guess not.

24          **MS. CHANG:**  It's hard to tell, I think, from this

25   diagram, although if you go back to the 3-D view, there are

PROCEEDINGS

```
 1  little labels next to the drivers that show which drivers

 2  relate to which diode.

 3          THE COURT:  So there are four layers to the PCB board

 4  that are somehow laminated together.  Is that correct?

 5          MS. CHANG:  That's my understanding.  We'd be pleased

 6  to pipe in, if I'm saying --

 7          MR. CORREDOR:  All correct, Your Honor.

 8          THE COURT:  So just when you show your proof that

 9  there's been a copying of this, will the accused board have

10  four layers to it?

11          MR. JAFFE:  It will, but I can tell you what we're

12  going to be talking about --

13          THE COURT:  Yeah.  What's that?

14          MR. JAFFE:  -- is the position of those components

15  right there (indicating), and the number.

16          THE COURT:  Didn't I already rule that out?

17          MS. CHANG:  Yes, Your Honor.

18          THE COURT:  I think I ruled that out.  I think that

19  goes back to Galileo, and Matthew Brady.

20          MR. JAFFE:  This is what I was going to explain

21  earlier, and I'm happy to address, which is what Your Honor

22  said is -- I think what you -- your implementation -- that's

23  possibly a trade secret.  That's what Your Honor said when we

24  were talking about this.

25          THE COURT:  All right.
```

1      **MR. JAFFE:**  So we heeded Your Honor's advice, and we

2  aren't talking about our implementation here.

3      **THE COURT:**  All right.  So this exact configuration,

4  spacing, and everything of the -- you're saying has been

5  duplicated?

6      **MR. JAFFE:**  "Exact" is -- there's going to be --

7  there's going to be size differences.  And there are going to

8  be things.  I'm not going to say "exact," but we think there's

9  evidence of use, which is what we're looking for here in a

10  trade-secret case.

11      **MS. CHANG:**  So, Your Honor, just so that we're clear,

12  this is an ongoing dispute:  Whether they're claiming the

13  general positioning, or whether they're saying that the exact

14  X-Y coordinates and data of each diode, or if it's something in

15  between.  It's hard for us to determine what they're saying

16  that we are doing.

17      **THE COURT:**  Does the designation here --

18      **MS. CHANG:**  We can show you what it says.

19      **MR. JAFFE:**  It's right here.

20  (Whereupon a document was tendered to the Court.)

21      **MR. JAFFE:**  It's the same thing.

22      **THE COURT:**  Are you looking at the same thing here?

23      **MS. CHANG:**  Yeah.  This is -- this is the entirety of

24  their trade secret --

25      **THE COURT:**  Right here?

1     **MS. CHANG:**  Yeah.  Well, this is background

2  information.  And this is what they're claiming.

3     **THE COURT:**  Well, can I read that out loud?  That has

4  nothing secret there; is it?

5     **MR. JAFFE:**  Ah, I think this file path may be

6  something that they keep confidential.  Oh.

7     **THE COURT:**  I'll rule that out.

8     **MR. JAFFE:**  Oh, and also the designation may -- of

9  which letter may give off some numbers.

10     **THE COURT:**  All right.  I'm going to read.  I'll omit

11  that, too.

12     *Trade secret claim is the GBR3 PCB transmit board* --

13  redact -- *designs, schematics, and layouts contained in*

14  *folder* -- redact.

15     But I mean:  That's very broad.

16     And now you're saying it's coming down to the positioning

17  of the diode?

18     **MR. JAFFE:**  And -- and --

19     **THE COURT:**  I mean, that's ignoring 99.9 percent of

20  what you designated.

21     **MS. CHANG:**  Exactly.  Your Honor, if you'll recall,

22  there were other trade secrets that captured those allegations;

23  namely, Trade Secret 1 and 4.  Sorry.  Actually, 1 and -- I

24  think I based a gander -- it was -- I thought it was 4, but --

25  oh, actually it was 1 and 4.

1    So if you'll remember, there were other trade secrets in

2 this case that went to that aspect of their board.

3         THE COURT:  Yeah.  I remember.

4         MS. CHANG:  And now they're trying to sweep in those

5 trade secrets into 96, because you have already ruled on Trade

6 Secret 1 and 4.

7         MR. JAFFE:  So I disagree with that.  And I'm -- I'd

8 like the opportunity to address it, but I am --

9         THE COURT:  All right.  I'm not going to make any

10 ruling right now.

11         MS. CHANG:  There are additional items in these files

12 that I would like to point out to you.

13         THE COURT:  But here's the thing that I want -- I

14 really am worried about this, and the fairness of it of If the

15 Uber side gets this designation, how were they supposed to know

16 from your designation what to go out and find prior art on, to

17 show that it's in the public domain?

18         MR. JAFFE:  So --

19         THE COURT:  I mean, they could be wasting hundreds of

20 hours of time on this inductor, or the diode, or four layers

21 versus three layers.  How are they supposed to know how to

22 spend their resources on this?

23         MR. JAFFE:  So there's two points, Your Honor.

24         THE COURT:  Mm-hm.

25         MR. JAFFE:  Number one is this is our -- this is the

1    list that we've provided them.

2             **THE COURT:**  This is the original in March?

3             **MR. JAFFE:**  March 10th.

4             **THE COURT:**  Mm-hm.

5             **MR. JAFFE:**  And what we explained is that the details

6    that we're talking about, which is the -- this material right

7    here -- and that I'm not going to read into the record, but we

8    explained to them at the beginning what we're talking about

9    that we're claiming here that is a trade secret.

10       So what we disclosed is two things.

11       We disclosed a specific schematic.  This one PCB.  Okay?

12   Out of 14,000 files, we narrowed it to this one schematic.

13       And beyond doing that, we provided them on notice of what

14   is a trade secret about the schematic.  And, from a 2019

15   perspective looking at how the law requires us to identify

16   these, we have identified what the trade secret is with

17   reasonable particularity.

18            **MS. CHANG:**  Your Honor, a few points.  First of all,

19   you'll note that in the exact same sentence that Mr. Jaffe

20   pointed out --

21            **THE COURT:**  Wait a minute.  Are we looking at this?

22            **MS. CHANG:**  Yes, we are.  Sorry, Your Honor.

23            **THE COURT:**  Doesn't quite look right.  Yeah, I guess

24   it is.  What is it that you wanted me to say?

25            **MS. CHANG:**  He pointed out with reasonable

1  particularity the items on the board, but you'll see that this

2  sentence starts with "For example."  So that's a nonlimiting

3  term.  These are just exemplary items from the schematics that

4  are claimed within this trade secret.

5      As you'll recall, there are other components on this board

6  that are captured by other trade secrets.  For example, this

7  (indicating).  I don't want to reveal any trade secrets.  So

8  this --

9          MR. JAFFE:  Right.  I appreciate that.  Please don't.

10         MS. CHANG:  -- circular item there is another one of

11  their trade secrets which they claim, which is one of their

12  narrowed trade secretes.  It's unclear to us whether sweeping

13  in Trade Secret 96, that also sweeps in Trade Secret 14, which

14  is one of their narrowed trade secrets.

15         THE COURT:  How many -- all right.  Keep going

16  through, and show me more of this.

17         MS. CHANG:  As I said before, we could go through and

18  click on all of the components on this schematic.  And these --

19  as I stated before, these in particular are the subject of the

20  '936 patent.  So this is the inductor that's at issue.

21         THE COURT:  Is that the one you wanted to bring the

22  summary-judgment motion on?

23         MS. CHANG:  Yes, Your Honor.

24      Here are the capacitors.  There are three of them.

25         THE COURT:  All right.  How can something that's in

1   the -- in the patent, itself, be claims and trade secret?

2          MR. JAFFE:  We are not claiming what's in the patent.

3          THE COURT:  But you did you claimed this whole file.

4   And there it is.

5          MR. JAFFE:  So I want to be very particular here.  We

6   claimed what this schematic shows for a particular use on a

7   particular board.

8      We are not claiming that what is disclosed in the patent

9   as a trade secret.  We're just -- and --

10         THE COURT:  Did you except that out someplace?  Did

11  you say, *except as shown in patents*, or something?

12         MR. JAFFE:  So what we did is we identified the

13  schematic.  And we are aware that we, Waymo, have patents.

14  This wasn't -- we've been asserting them in this case.  This is

15  not a surprise to anybody.  And so what we did in our

16  trade-secret list is identified the things that are unique and

17  entitled to trade-secret protection in this schematic, as

18  opposed to things that are claimed in our patent.

19         THE COURT:  Well, but this doesn't carve out the

20  patents here.  It says, *The trade secret claimed is*, and

21  then -- I read it earlier.

22      Schematics and layouts contained in --

23         MR. JAFFE:  That's right.  And so we're claiming

24  what's there.  And we've explained what about this is a trade

25  secret, in two bullets above, in the same --

1        THE COURT:  Let me read that.

2        MR. JAFFE:  What is unique.

3  (Pause in proceedings.)

4        THE COURT:  So is it this?  Is the "For example"

5  sentence -- that narrowed it?  Is that your view?

6        MR. JAFFE:  It is, Your Honor, but I would also

7  say --

8        THE COURT:  It goes to the point that the "For

9  example" is not limiting.

10        MR. JAFFE:  If Your Honor is -- we would be happy to

11  take out the "For example," if that is an issue, at all.  So --

12        THE COURT:  But I mean you -- it's not a negotiation.

13  I mean, I've got to rule on it the way you've laid it out here.

14        MR. JAFFE:  Well, so I'd like to address that, which

15  is -- so we served this in March.  We did not hear anything

16  from the other side about this list or Trade Secret 96 for

17  months and months and months.

18     Two.  Like, in August, after we served our list, on Friday

19  night they sent US an e-mail saying, *We're moving to strike*.

20     We responded to them Sunday evening, and we said, *We're*

21  *willing to meet and confer*.

22     We got them on the phone with them in a meet-and-confer on

23  Monday, and said, *What do you want us to do?  This is the first*

24  *time we've heard of this.  We're weeks away from fact*

25  *discovery*.

1    They said, You can't do anything, because it's too late.

2  And moving to strike this is pure gamesmanship.  In almost

3  every one of these 2019 statements, "I don't know."

4         **THE COURT:**  I don't know if it's -- even your "For

5  example" says, *Such as the layout arrangement and number of*

6  *layer diodes, the selection and layout of individual electrical*

7  *components*.

8    Let's just stop there.  That's -- every single box,

9  circle, and line on that thing is the layout -- selection and

10  layout, and the required manufacturer.  There's not a thing

11  there that's not covered by your "For example."  I don't see

12  how that limits anything.

13         **MS. CHANG:**  Your Honor, and to respond to Mr. Jaffe's

14  statement just now, as you recall that you brought 121 trade

15  secrets at the beginning.  And you, yourself, said that some of

16  them were -- seemed like they could be trade secrets, and

17  others were questionable.  And you directed Waymo to narrow

18  that list, but that in the meantime, we were going to proceed

19  on all 121.  We were frankly very surprised that they chose 96

20  as one of their 9 from the 121-B, because in our view 96 is a

21  catchall trade secret.  They had the opportunity to narrow nine

22  that were particularized and met the requirements of

23  identifying the trade secret with reasonable particularity.

24  They're the ones that chose to choose that as a catchall trade

25  secret.

1        That puts us in the untenable position of trying to figure

2   out what about this trade secret that's not covered in other

3   trade secrets they're trying to allege.

4            **THE COURT:**  Well, all right.

5            **MS. CHANG:**  May I show you additional information --

6            **THE COURT:**  Go ahead.  Show me additional

7   information.

8            **MS. CHANG:**  -- in the folder?

9            **THE COURT:**  Let me ask my law clerk a question.  Do

10  we have this thing; the designation of all of these trade

11  secrets?

12           **MS. CHANG:**  I can also leave you while you're --

13           **LAW CLERK:**  We definitely have it.

14           **MS. CHANG:**  I just want to show you that in addition

15  to that schematic within this folder, there are additional

16  fields which are part of their trade secret, including this

17  Pick and Place file.

18           **THE COURT:**  The what?  Pick and Place?

19           **MS. CHANG:**  Okay.  For some reason, their trial

20  version doesn't allow you to open this file; but when you open

21  this file, it gives you a listing of all of the components;

22  their X/Y positions; the data, where applicable.  I'm not sure

23  why your license would not allow me to do this (indicating),

24  but it's not just the schematic that's claimed by this trade

25  secret.  There's a host of other information relating to the

1  components on the board and the way they're positioned and

2  placed.  That's part of this trade secret.

3      For example, their trade secret includes the positioning

4  information for all of the components.  It's unclear to us.

5      There's also a bill of materials.  I'm not sure why.

6          **MR. JAFFE:**  We're talking about one printed circuit

7  board in one file out of 14,000 files.  I mean, we have

8  narrowed incredibly, of the -- of -- and this is one that he

9  downloaded.

10         **THE COURT:**  Yeah, but -- I know, but not everything

11 on every circuit board is going to be a trade secret, though.

12 It will --

13         **MR. JAFFE:**  And if they can show that it's not a

14 trade secret, that -- that is up to them.  And it's an issue of

15 fact that we are happy to address at trial; but from a 2019

16 perspective, we have identified one printed circuit board.  One

17 printed circuit board.

18         **THE COURT:**  Yes.  That's one printed circuit board,

19 with thousands of pages of material here.  And for them to go

20 and show that it's in the public domain would be a very huge

21 task, because they don't know which part of it that you're --

22     Like the manufacturing tolerances.  Show me where the

23 manufacturing tolerances are shown on this file.

24         **MS. CHANG:**  Your Honor, so I think that might be in

25 the Pick and Place file that -- this is not pulling up, for

1   whatever reason.  We were able to pull it up.

2        THE COURT:  I had asked you to bring it to me in the

3   very form that it was produced to you, to your side, so that I

4   could see what the problem was.

5        MS. CHANG:  We could have brought our computer, but

6   it was our understanding that Waymo was supposed to bring the

7   computer.

8        THE COURT:  That was the way I had ordered it.

9        Is this the way that you produced it to the other side, so

10  there's a bogus file, and they can't even access the data

11  that's on there?

12       MR. JAFFE:  We did not produce any bogus files.

13       THE COURT:  Then why can't you --

14       You get here, and show me what she's complaining about.

15       MR. JAFFE:  I'm not sure what she's complaining

16  about.

17       THE COURT:  She'd like to show the Pick and Place

18  files.  It says that your license doesn't support it.

19       MR. CORREDOR:  We had provided the same version in

20  the review computer.

21       MR. JAFFE:  So my understanding is this version is

22  the same version that we provided for them to review.

23       MR. JACOBS:  Yeah.  I think the confusion here is --

24  they gave us files.  The files depend on an application to

25  review.  Their version of the application does not allow

```
 1   viewing all of the files.  Apparently, our version of the
 2   application allows us to view files that they are not allowing.
 3   This version does not allow --
 4            MR. JAFFE:  This is an incredibly -- it's an
 5   expensive piece of software to download, and so we have the
 6   trial license that we've provided both on the review computer
 7   and for Your Honor.
 8            THE COURT:  I don't know what a trial license is.
 9   What -- you mean like jury trial?  Are you talking about
10   experiment --
11            MS. CHANG:  No.  It means --
12      Because a lot of software companies -- a lot of people
13   don't want to buy the software until you can test it.  So they
14   give people -- allow people to test the software for a couple
15   weeks.
16            THE COURT:  It's like a free look?
17            MS. CHANG:  Yes.  Exactly.
18            THE COURT:  All right.  So this is cheap, free look?
19            MS. CHANG:  Version.
20            THE COURT:  But not the --
21            MS. CHANG:  I can represent to you that if you double
22   click on the Pick and Place file, it shows you all of the
23   information that the machine would need to place the components
24   on the board.  It also includes information about the
25   positioning; the angle.
```

1      **THE COURT:**  All right.  Could you tell me how many

2  independent, stand-alone, separate pages are required to view

3  every item of information in the file?

4      **MS. CHANG:**  So I want to say it's at least -- I want

5  to say at least 182 on the low end, but that's underestimating,

6  because if you look at that one main schematic that we looked

7  at, that has 177 components; but I don't know if that includes

8  each of the -- like, if you sometimes click on one component,

9  it has multiple layers within that component, just like the

10  connector had the top and the bottom.  So it's hard for me to

11  tell you how many pages it would be; but as you can see here,

12  you have multiple items within various files.  And I haven't

13  even shown you all of the files yet.  I'm showing you the

14  things that I think are the most important.

15      There are also electronic schematics in this folder that

16  showed the electrical circuits for this board.

17      **THE COURT:**  That's what I wanted to see earlier, and

18  you said they weren't here.

19      **MS. CHANG:**  Oh, excuse me.  So that's the view that

20  shows you how they're connected.

21      I was talking about just the circuit diagram.

22      **MR. CORREDOR:**  We looked at one of them earlier.

23      **THE COURT:**  Show me that one.

24      **MS. CHANG:**  We did look at one of them.  There are

25  either three of them.  This is the first one (indicating).  And

**PROCEEDINGS**

1  you can zoom in.

2         THE COURT:  Why is it upside down?

3         MS. CHANG:  I'm not sure.

4         THE COURT:  I think it was upside down.  Now it's

5  correct.

6         MS. CHANG:  It's -- I think it's just the border.

7         MR. CORREDOR:  The header.

8         MS. CHANG:  The headers are upside down.  That's one

9  schematic.

10     There's another schematic.  And I believe you can double

11 click on each of these components on the schematics,

12 themselves, to get additional information.  So you can see what

13 that is here.

14     Here's the part number, the manufacturer, various

15 parameters of that component.

16        THE COURT:  Well, when the disclose --

17     Don't.  Leave that page up there.

18     Let me ask Waymo.  When the disclosure refers here to

19 "required manufacturing tolerances," show me -- show me an

20 example of a required manufacturing tolerance.

21        MR. CORREDOR:  I think that's in the Pick and Place

22 information that we can't access on this version of the

23 software; but it would be, like -- because every component has

24 an associated X and Y; an angular position.  It would be like a

25 plus or minus to that.  Like, there's a certain number.

1    **MS. CHANG:**  Your Honor, actually, I think we may be

2  able to view that if we go to --

3    **MR. CORREDOR:**  Because it's understood that the

4  machine would be replacing -- the components would not be

5  placing them at the exact X and Y position that's in the

6  schematic, because there's some manufacturing tolerance.  And

7  so it's just -- it shows you, you know, what Waymo is using as

8  a manufacturing tolerance.

9    **MS. CHANG:**  I just realized there may be a way to

10  look at manufacturing tolerances on the main board.  I'll pull

11  that up --

12    **THE COURT:**  Yeah.  Go ahead.

13    **MS. CHANG:**  -- and have them show you.

14    Your Honor may remember that one of the trade secrets is

15  how to position the components on the board vis-à-vis a certain

16  circular component.

17    **THE COURT:**  Talking about these components

18  (indicating).

19    **MS. CHANG:**  Right.  And you measure it.  It's -- the

20  X-Y location is determined based on this component right here

21  (indicating).

22    **THE COURT:**  Yeah.

23    **MS. CHANG:**  So if you put the cursor and toggle over

24  the component --

25    **THE COURT:**  It would be both of these.  Right?

1          **MS. CHANG:**  Yes.

2          **THE COURT:**  That's what that green arrow in the

3  red --

4          **MR. CORREDOR:**  It's actually --

5          **MS. CHANG:**  Yes.  If you toggle over various

6  components, you'll see an XY and a DXEY.  I believe those would

7  be the tolerances.  Is that right?

8          **THE COURT:**  Delta X and Delta Y would be the

9  tolerances.

10          **MR. CORREDOR:**  No, I don't think that's right.

11          **MS. CHANG:**  Aren't the tolerances --

12     I think these units are smaller, though.

13          **MR. CORREDOR:**  No.  It's smaller.

14          **MS. CHANG:**  Okay.

15          **MR. CORREDOR:**  I don't know what DX and DY are, but

16  I'm pretty sure they're not the tolerances.

17          **THE COURT:**  Why don't you look at X?  It said a

18  certain number, and then DX.  Core.  That's a very large

19  number.  Mils are, I think --

20          **MR. CORREDOR:**  -- a thousandth of an inch.

21          **THE COURT:**  How are they supposed do that homework,

22  if you guys don't even know what they are?

23          **MS. CHANG:**  Could your --

24          **MR. CORREDOR:**  I think it's about --

25          **THE COURT:**  I believe that that is possibly a

1 || tolerance, but you should -- I'm not sure, you know, what the

2 || m-i-l really stands for in there.

3 ||          MR. CORREDOR:  Yes.  It's a mil.  It's a thousandth

4 || of an inch.

5 ||          MS. CHANG:  You know, Your Honor, we would request

6 || that Waymo identify where we can find the manufacturing

7 || tolerances.

8 ||          THE COURT:  All right.  Why don't you show me?

9 ||          MR. CORREDOR:  It's in the Pick and Place file, which

10 || we cannot access here.

11 ||          MS. CHANG:  That was just a guess that I made.  I

12 || actually haven't seen the manufacturing tolerances.  Are you

13 || sure the manufacturing tolerances are in the Pick and Place

14 || file?

15 ||          MR. CORREDOR:  I'm pretty sure.  I can't access them

16 || on this version.  I'll see if there something elsewhere.  We

17 || can view them sometimes --

18 ||          THE COURT:  What do you see?  What are you looking

19 || for?

20 ||          MR. CORREDOR:  I'm trying to see if I can find it.

21 || And it's loading.  It's working.

22 ||          MS. CHANG:  Your Honor, as you can see, there are

23 || multiple windows that can be pulled up for the schematic.  If

24 || we wanted to print out each window that's captured by the

25 || schematic, it would be quite a bit of material.

 1              THE COURT:  What is "quite a bit"?  I don't know.  Is

 2   that 187?  187,000?  What number are you --

 3              MS. CHANG:  It's hard for me to tell, because we

 4   haven't gone through all of the windows; but I know that it

 5   would be at least 183, at minimum.

 6              THE COURT:  You said there were 177 components?

 7              MS. CHANG:  And then there's the bill-of-materials

 8   file.

 9              THE COURT:  But each component's going to have

10   several pages?

11              MS. CHANG:  That's right.

12              THE COURT:  Is this -- is this -- okay.  What are we

13   looking at there?

14              MR. CORREDOR:  This is one of the outputs.  So

15   basically one of the outputs of this file will have the

16   manufacturing tolerances, but I think it's the Pick and Place

17   information.  This is just an output, and -- that you can use

18   an engineering drawing.  And it's different layers, so it

19   shows -- you know, so that you can export it into a .pdf or

20   something like that --

21              MS. CHANG:  How did you get to that?

22              MR. CORREDOR:  -- file.  Sorry.

23              MS. CHANG:  In order to manufacture these boards,

24   there are various outputs that you can make.  So if you also

25   count those files as being captured by this trade secret, then

PROCEEDINGS

1  that also increases the number of files.

2          THE COURT:  Is these data angles?  Is that what you

3  call them?

4          MS. CHANG:  Yes, Your Honor.

5          THE COURT:  Are those in this file somewhere?

6          MS. CHANG:  Yes, they are.

7          THE COURT:  All right.  Do you know, do you have to

8  drive them, or are they expressly there?

9          MS. CHANG:  They're expressly there.

10         MR. CORREDOR:  And I don't think this version is

11  letting us see.  Some of the outputs are blocked in this

12  software version, so I'm not sure I can pull out the

13  manufacturing tolerances.

14         MS. CHANG:  Your Honor, I can represent to you right

15  now that our diodes don't have the X-Y coordinates and data

16  angles that Waymo's board does.  So if that's they're trade

17  secret --

18         MR. JAFFE:  We're going to put together -- they're

19  going to -- we've been litigating this since the beginning of

20  this case, and we contend otherwise.  And we are going to

21  provide -- we've provided evidence in our interrogatory

22  responses.  We've found evidence in discovery, and we are

23  serving our expert report.  And tomorrow, that's going to

24  explain why what she said is incorrect.

25         THE COURT:  Now, it's important for me to see it

1   tomorrow.  I want to see the -- I've been waiting for this

2   offer of proof.  I don't want to have to ask for it.  I'd like

3   for it to land on my desk tomorrow.

4           **MR. JAFFE:**  Okay.  I actually -- if we're going to

5   change topics, I actually would seek some guidance from

6   Your Honor on what the form and kind of level of detail that

7   you're looking for is, because we're also serving our expert

8   reports tomorrow, as well.

9           **THE COURT:**  Well, I asked for -- your expert report

10  is one thing.  I don't want you just saying, *Go look at the*

11  *expert report*.

12      I would like for there to be a detailed offer of proof, so

13  that I can --

14      This is not the only reason, but part of what I'm trying

15  to do is figure out -- let's just take this.  What is it that

16  is the -- are you contending that Uber, itself, actually uses

17  it in their design?  And if so, what is the part that is being

18  used?

19          **MR. JAFFE:**  Okay.

20          **THE COURT:**  I don't want to say much more than that.

21      I --

22          **MR. JAFFE:**  So --

23          **THE COURT:**  Please don't do this to me.  Please don't

24  negotiate with me, and come back and say, *Oh, Your Honor, one*

25  *more of that*.

PROCEEDINGS

1      It may be that I just say, *Look.  Enough is enough.*

2  *That's not good enough.  End of story.  That one is out.*

3      And don't come back and say, *Oh, if we'd only known that*

4  *you wanted more, we would have given you more.*

5      You put in your best case.  B-e-s-t case.  That's what I

6  want to see.

7          MR. JAFFE:  Well, so --

8          THE COURT:  We can't just let this go on as a

9  continuing negotiation over what you get to put on at trial.

10 The time has come to show me what your case is going to be, so

11 that I can -- we've got a massive trial.  It's got to get

12 whittled back to something that's triable.

13     And if it turns out that this resembles what you showed me

14 at the outset, which Galileo came up with, then forget it.

15 It's not going to go to the jury.

16     I have a suspicion that what you want to do is put this

17 (indicating) up there, because it looks like vaguely that thing

18 that they got from the vendor.  And then that's going to be --

19 it's going to be smoke and mirrors, instead of exact, exact

20 duplication.

21     Every optician can tell you that it's -- they're going to

22 have to be some arrangement that's going to look similar to

23 this.  Everybody.  I can even tell you that, because you have

24 to have a strategy for where your beams are going to fall.

25         MR. JAFFE:  Your Honor, I want to respond to this --

1          **THE COURT:**  Yes.

2          **MR. JAFFE:**  -- but I do not want to go into the

3   confidential information.

4          **THE COURT:**  All right.  We're -- I've seen enough.

5   I'm going to go back on the bench.  I'm going to give you a

6   chance to do it right now, because I'm going to clear the

7   courtroom, so you have a chance to do that.

8       All right.  Everybody in the courtroom is going to have to

9   leave, because we're going to get into some confidential

10  business information.  So I'm sorry to do that to you.  Thank

11  you.

12  (The following pages 43 through 84 were placed under seal by

13  Order of the Court, and bound separately:)

14  /////                                         /////

15  /////                                         /////

16  /////                                         /////

17  /////                                         /////

18  /////                                         /////

19  /////                                         /////

20  /////                                         /////

21  /////                                         /////

22  /////                                         /////

23  /////                                         /////

24  /////                                         /////

25  /////                                         /////

1          (Whereupon the following was heard in open court.)

2          **THE CLERK:**  I'm sorry, Your Honor.  Is this part

3   under seal?

4          **THE COURT:**  No, because this is the Judge talking,

5   and the Judge knows what's in the public domain.

6          **THE CLERK:**  Okay.

7          **THE COURT:**  All right.  So all of these points come

8   to the lens.  That's the whole point of -- the lens is curved,

9   so it can do this.

10         All of that -- the light gets collected by the lens from

11  Point C.  And it will come to rest right there (indicating).

12         Same thing with B.  I'm not going to draw these in.  There

13  are an infinite number of points on the surface of that lens

14  that's curved that will redirect it to Point C.  So C will

15  appear on the film or at this point behind the lens upside

16  down, inverse, left to right.  C is going to appear right

17  there.

18         But it's because each one of these lines -- it's --

19  they're slightly off parallel, because they're -- you can see.

20  You're dealing with the width of the lens.  They get focused.

21  That's why a lens collects light to begin with.  So when you

22  have, like, a 200-inch mirror or a 200-inch lens, it's a huge

23  thing that collects all that have light from a distant star.

24         **MR. CORREDOR:**  But *What's this lens' focal length?* is

25  the question.

 1          THE COURT:  Typically it would be 8 inches,

 2   12 inches, something like that.

 3          MR. CORREDOR:  But it's this the focal length?

 4          THE COURT:  Okay.  It would be, like, 8 inches there.

 5   And then but here, it -- you measure the focal length by the --

 6   at infinity.  So it's going to be more like this is the 8

 7   inches.  And this would be more like 12.  It's further away.

 8          The things that are closer in, you focus further away than

 9   things that are at infinity.  So if it's an 8-inch focal

10   length, then the one that's farthest out is going to be pretty

11   close to 8 inches.  And these distances would be about

12   8 inches.

13          For the ones that are close in, it would be slightly more.

14   Slightly more.

15          So these are not parallel.  They're close to parallel, but

16   these lines in here -- there are an infinite number of them,

17   because they're all emanating from Point C.

18          Spreading out, the lens collects it, and focuses back

19   together.  And that image shows up right there.  It's C.  And

20   you can see it on the ground, glass upside down, left to right.

21   I do it all of the time with my camera.  I've done this for 30

22   years, 40 years.  Same thing with B.  And that's why the

23   image -- that's why the image can be seen, is because it

24   collects that light straight across the lens.

25          So it's the same thing in reverse, if you're trying to

1   project.  You're trying to project a light beam from point --

2   you've got a laser diode right here.  And it's a bright tip of

3   light.  Then that light is going to be spread across the back

4   of the lens like that.  And then it's all going to get focused

5   down towards C.

6        So now you all think about that.  And if I'm wrong, I'll

7   be happy to learn it.

8             MR. JACOBS:  Your Honor, may we use our cameras in

9   the courtroom to take pictures of these?

10            THE COURT:  Take a picture of this ridiculous diagram

11  that I drew.  And so -- but see, I'm meaning to show upside

12  down.  And then, of course, they have to be left to right, too.

13       Stand where I was, so you get a better benefit.

14            MS. CHANG:  You don't want to stand next to the

15  picture?

16            THE COURT:  I don't want to.  You all have -- I have

17  to bring this to a close, because I've got another hearing.

18  I've got another hearing.  Okay.  I really do.  I've got

19  another hearing.  That's why this person came in.

20       Do you all mind if I bring it to a close now?

21            MR. JACOBS:  Thank you, Your Honor.

22            THE COURT:  And I want to stress if I'm wrong on the

23  optics, I'll be the first to admit it.  This is the way I

24  understand it.  So now you can see what you're up against.

25  Maybe you can convince me that I'm wrong.  Yes.

1        **THE CLERK:**  Portion of the transcript that's under

2   seal -- are the attorneys able to have it, so the court

3   reporter can --

4        **THE COURT:**  Yes, the court reporter.

5      The part of this where I did the little diagram up

6   there -- everybody agrees that's not under seal.  Correct?

7        **MR. JACOBS:**  Correct.

8        **MR. JAFFE:**  Yes.

9        **THE COURT:**  So that, Lydia, you can make that part of

10  the public thing.

11     And you can make my diagram -- that can also be made

12  public.

13     Okay.  I need to run.

14        **MR. JAFFE:**  Your Honor, can I just ask one scheduling

15  matter?

16        **THE COURT:**  Yeah.  Sure.

17        **MR. JAFFE:**  We talked about the order of proof that

18  we'll submit tomorrow.  And then I think you mentioned that

19  they would get a response.  We would ask to be able to respond

20  to whatever they say in a --

21        **THE COURT:**  You've got do it pronto, because I'm not

22  going to wait.  I am -- see, I'm not even going to guess.

23  (Discussion off the record.)

24        **THE COURT:**  All right.  My law clerk says --

25  (Discussion off the record.)

1          **THE COURT:**  So Uber gets one week to respond to what?

2          **THE CLERK:**  To the offer of proof.

3          **THE COURT:**  All right.  To the offer of proof.

4      And then they get a week to respond back.  I'm going to

5   give you each days -- four days, and four days; not a week.

6          **MR. JACOBS:**  And just further clarification, because

7   different words were used.  This is about the Trade Secret 96

8   adequacy question?  We're not responding --

9          **THE COURT:**  That is why I'm worried about that.  I

10  still have not ruled on the adequacy of that disclosure.

11         **MR. JAFFE:**  No.  It -- just about that one piece.

12         **THE COURT:**  That is the whole purpose of this

13  hearing, because I feel like it was a grossly overbroad

14  designation.  And I'm trying to figure out what's the right

15  thing to do here.

16         **MS. CHANG:**  Your Honor, I'm sorry.  I think we're

17  talking about two different things.  There's a motion.  Okay.

18         **MR. JACOBS:**  No.  We're good.  We're talking about

19  responding on 96.

20         **THE COURT:**  On 96.  But how 96 ties what the

21  offer-of-proof theory is was going to help me see how fair or

22  unfair that disclosure was.  All right?

23         **MS. CHANG:**  Okay.  Thanks.

24         **THE COURT:**  All right.  Thank you.

25      (At 10:59 a.m. the proceedings were adjourned.)

1    I certify that the foregoing is a correct excerpt of the

2    transcript from the record of proceedings in the above-entitled

3    matter.

4

5

6    _____   August 23, 2017

     Signature of Court Reporter/Transcriber   Date

7    Lydia Zinn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25