# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5    - - - - - - - - - - - - -x

6    WAYMO, LLC,                    :

7         Plaintiff,               :

8      v.                          : Case No.

9    UBER TECHNOLOGIES,             : 3:17-cv-00939-WHA

10   INC., OTTOMOTTO, LLC,          :

11   and OTTO TRUCKING,             :

12   INC.,                          :

13        Defendants.              :
     - - - - - - - - - - - - -x

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16      Videotaped Deposition of PHILIP HOBBS,

17      taken at 777 Sixth Street, Northwest,

18      11th Floor, Washington, D.C. 20001-3706,

19      commencing at 9:42 a.m., Friday, August 18,

20      2017, before Christina S. Hotsko, RPR,

21      a Notary Public in and for the District of

22      Columbia.

23

24   JOB No. 2680864

25   PAGES 1 - 175

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A P P E A R A N C E S

 2

 3    On behalf of Plaintiff:

 4       BY: JARED W. NEWTON, ESQUIRE

 5       Quinn Emanuel Urquhart & Sullivan, LLP

 6       777 Sixth Street, Northwest, 11th Floor

 7       Washington, D.C. 20001-3706

 8       (202) 538-8000

 9

10    On behalf of Uber and Ottomotto Defendants:

11       BY: DANIEL P. MUINO, ESQUIRE

12       Morrison & Foerster, LLP

13       2000 Pennsylvania Avenue, NW, Suite 6000

14       Washington, D.C. 20006-1888

15       (202) 887-1501

16

17    On behalf of Otto Trucking Defendants:

18       BY: TODD MARABELLA, ESQUIRE

19       Goodwin, LLP

20       100 Northern Avenue

21       Boston, Massachusetts 02210

22       (617) 570-1174

23

24    Also Present:

25       Solomon Francis, Video Technician
```

                                                        Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          So tell me when you're at paragraph 55 of

2    your report.

3          A.  Got it.

4          Q.  So here we see the parties' construction

5    for diode, right?                                    11:35:50

6          A.  Yes.

7          Q.  In Uber's construction, diode is a

8    two-terminal electronic device that allows the

9    flow of current in one direction only.

10          That's not an accurate definition of          11:35:58

11    diode, correct?

12          A.  It's accurate at the level in which the

13    diode is being understood and discussed in the

14    '936 patent.

15          Q.  So the diode in the '936 patent, is it    11:36:07

16    your testimony that a person of skill in the art

17    would look at that and say there's no leakage

18    current in this diode?

19          A.  I would say that leakage current is not

20    discussed.                                           11:36:18

21          Q.  But it's there?

22          A.  It's not in the specification.  So what

23    that means is that the level -- the level of

24    abstraction at which the circuit is being

25    discussed excludes second-order effects like that.  11:36:30

Page 73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1       Q.  That wasn't quite my question.  My

 2  question is, in the diode described in the

 3  '936 patent, there is leakage current, correct?

 4       A.  Not as described, no.

 5       Q.  I understand the words "leakage current"    11:36:44

 6  aren't used.  But if a person of skill in the art

 7  picked up the '936 patent and they looked at the

 8  diode, they would understand that an operation of

 9  that diode has leakage current, correct?

10       A.  A particular diode, when you get to the     11:36:56

11  level of actual circuit design and choosing

12  components, which is not in view in the

13  '936 patent, then yes, you would -- every diode

14  that you could buy would have some leakage current

15  under different situations.                          11:37:12

16       Q.  Okay.  So you've never seen a diode that

17  doesn't have leakage current?

18       A.  Semiconductor diodes will exhibit --

19  under certain circumstances will exhibit leakage

20  current.                                             11:37:29

21       Q.  All semiconductor diodes?

22       A.  Yes.

23       Q.  In the '936 patent, it doesn't say -- it

24  doesn't have a statement to the effect of we're

25  using diodes without leakage current?                11:37:40

                                               Page 74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   Leakage current doesn't come into it at

2    all.

3    Q.   Okay.  So there's no statement one way or

4    the other about whether they are concerned with

5    leakage current in the '936 patent.                    11:37:53

6    A.   There are all sorts of second-order

7    effects that are left out of the '936 patent.

8    Perhaps the most salient is the interwinding

9    capacitance of the inductor.  And none of those --

10   and that, for instance, has a bigger effect on the   11:38:07

11   circuit than the leakage current.  So they're

12   not -- the fact that they leave the leakage

13   current out is consistent with their ignoring

14   second-order effect, because they're not germane

15   to the description.                                    11:38:19

16   Q.   Okay.  But a person of ordinary skill in

17   the art would read the patent, in your opinion,

18   and understand that there is interwinding

19   capacitance associated with the conductor?

20   A.   Well, they would understand that from       11:38:31

21   their background knowledge.  They wouldn't find it

22   in the patent.

23   Q.   Right.  Right.  And the person of

24   ordinary skill in the art, they read a patent with

25   their background knowledge, right?  They bring       11:38:40

Page 75

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    description.

2        Q.  But again, you agree that all physical

3    diodes in the real world will exhibit leakage

4    current?

5        A.  Under certain operating conditions.          11:44:55

6        Q.  Okay.  So there are no physical diodes in

7    the real world that will allow current flow in one

8    direction only, period?

9        A.  Well, you have to discuss it in the

10   context of the circuit.  Because, for instance, if   11:45:12

11   you -- if the diode is never reverse-biased --

12       Q.  Then leakage current doesn't come into

13   play.

14       A.  Then you won't have any leakage current.

15       Q.  So a diode doesn't always have to be --

16   its reverse-bias property doesn't always have to

17   be used?

18           COURT REPORTER:  Sorry.  Could you just

19   slow down?

20           MR. NEWTON:  Sorry.

21   BY MR. NEWTON:

22       Q.  I think what you just said or what you

23   just suggested is that the reverse-bias property

24   of the diode does not always have to be used.

25       A.  That's right.                                11:45:39

                                                Page 82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   There's applications where a diode might

2    just be used to send current one direction --

3    A.   Yes.

4    Q.   -- and the reverse-bias feature doesn't

5    come into play?                                    11:45:48

6    A.   That's correct.

7    Q.   Okay.  So then let me try to phrase it in

8    terms of what the diode is capable of doing.  Any

9    real-world physical diode will be capable of

10   allowing leakage current in its reverse-bias       11:45:58

11   state, correct?

12   A.   Yes.  That's right.

13   Q.   Okay.  So there's no real-world diodes

14   that will allow the flow of current in one

15   direction only; they're all going to allow it in   11:46:12

16   both directions.

17   A.   Well, I mean, it depends what you mean by

18   allow.  The --

19   Q.   I'm just using Uber's definition.

20   A.   Well, I understand that.  But it -- the       11:46:21

21   thing is that when you say allow," -- and the

22   reason why I don't like Dr. Wolfe's

23   construction is that he says much more easily.

24   And the -- just a moment.  And the -- whereas I

25   think that that is -- I think that is far more     11:46:38

Page 83

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   misleading and less -- less likely to produce an

2   accurate impression in the mind of somebody

3   reading it or hearing it than Uber's construction,

4   because it's not -- because "much more easily"

5   might be -- in ordinary language might be a factor          11:46:57

6   of 10, like the difference between picking up a

7   cat or a child.

8         But the kind of differences we're talking

9   about in the actual situation, for example, in the

10  diode in the exhibit to my report, my declaration,          11:47:15

11  the -- it's more like a factor of 10 to the 7.

12  And that's the difference between picking up a

13  child and picking up a skyscraper.

14        So it's not a -- you know, it's not --

15  it's really -- the level of abstraction as to how          11:47:31

16  important this is, it's much more misleading to

17  think of it in terms of just "generally much" as

18  opposed to, you know, "gigantically more."

19        So in terms of an ordinary person's

20  understanding, and certainly in light of the               11:47:49

21  specification in the claim language, I think that

22  Uber's construction is more accurate.

23     Q.  But it doesn't accurately describe a

24  real-world diode because a real-world diode will

25  have leakage current.                                      11:48:04

                                                   Page 84

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   A real-world diode will have leakage

2   current, but at the level of abstraction of the

3   discussion in the '936, that's not in view.

4      Q.   Were any of the legal standards that

5   counsel informed you of focused on looking at          11:48:15

6   different levels of abstraction?

7      A.   The part that I read in -- what was

8   it? -- paragraph 20, I understand the construction

9   that stays true to the claim language and most

10  naturally aligns with the patent's description of      11:48:35

11  the invention is the correct construction.

12     Q.   And the patent just uses the term

13  "diode," right?

14     A.   Yeah.   They say diode.

15     Q.   And it doesn't have any specialized          11:48:46

16  meaning of diode; is that right?

17     A.   I'm not aware of the patent making --

18  providing a definition of diode, no.

19     Q.   Going back to paragraph 55, you

20  referenced what you said was Dr. Wolfe's               11:49:05

21  construction.   Now, you understand Dr. Wolfe

22  didn't offer a construction, correct?

23     A.   Well, he was asked about the different

24  dictionary definitions and the one that he

25  preferred.   And he said he didn't like the one        11:49:17

                                                Page 85

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that had anode and cathode in it because they

2    were -- it was unnecessary and confusing to

3    introduce those terms, and so he preferred this

4    one.

5        Q.  Right.  But his position -- you read his        11:49:29

6    declaration, right?

7        A.  Yes.  But he was -- he was agreeing with

8    Waymo's definition.

9        Q.  Well, Waymo didn't -- you read Waymo's --

10       A.  Oh, sorry.  Never mind.  Yeah, that was        11:49:39

11   his preferred definition.  Waymo's is plain

12   meaning.  I see.

13       Q.  Right.  And Dr. Wolfe, in his

14   declaration, he said that he thinks the term

15   "diode" should get its plain meaning as well,        11:49:52

16   right?  He didn't offer a separate construction.

17       A.  Well, he did say -- he did say that if a

18   construction is made, this is what it should be.

19       Q.  Right.  But his primary position was that

20   you don't need to construe the term "diode" --        11:50:06

21       A.  Yes, that's --

22       Q.  -- because that's a well-understood

23   meaning.

24       A.  That's right.

25       Q.  And you disagree with that?        11:50:08

                                                        Page 86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    scenario where you're actually building the

2    circuit.

3         A.   Okay.

4         Q.   So my question was, you wouldn't be able

5    to find a diode that you could use to build the          11:54:57

6    '936 patent circuit that allows the flow of

7    current in one direction only, correct?

8         A.   It will exhibit leakage current.

9         Q.   So the answer to my question is yes?  I

10   could ask it again if it got confusing.                  11:55:11

11        A.   Yeah.  There are no diodes which would

12   not, if you measured carefully, show leakage

13   current if there were reverse-biased

14   significantly.

15        Q.   So there are no real-world diodes that         11:55:23

16   would meet Uber's definition when used in a real

17   circuit?

18        A.   Again, we're not talking in this -- in

19   this claim construction, we're not talking about

20   features of diodes.  We're construing claim terms.       11:55:40

21   I mean, I'm not a lawyer, but I know the

22   difference between those things.

23        Q.   Right.  And I'm just -- I'm asking about

24   a real-world circuit.  Right?  So do you have that

25   in mind?                                                 11:55:52

Page 90

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    PMEG10010ELR, that's in Exhibit 209?

2        A.  Yes.  It's a typical -- it's a typical

3    diode which would be -- which would be suitable.

4    I mean, in picking this one, I'm actually being a

5    little bit generous because the -- it's a larger          12:10:29

6    device that would have more leakage than one if it

7    was more tightly specified.

8        Q.  If you were to build an embodiment of the

9    '936 patent circuit, there's a variety of

10   different types of diodes you could use.                  12:10:57

11       A.  Yes.

12       Q.  And that would be normal for a person of

13   skill in the art to look at different types of

14   diodes, consider different types of diodes?

15       A.  Yes.                                              12:11:09

16       Q.  And they'll have different operating

17   values; is that right?

18       A.  Operating values?  I don't know what you

19   mean.

20       Q.  Different forward voltage and reverse            12:11:18

21   voltage?

22       A.  Well, they'd have different

23   specifications, sure.

24       Q.  Different prices?

25       A.  Yes.                                              12:11:26

                                                    Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  And they would have different amounts of

2  leakage current?

3      A.  That's right.

4      Q.  And what -- so now just talking about a

5  diode generally, what dictates the amount of          12:11:41

6  leakage current that it's going to exhibit?

7      A.  Generally speaking, it's the size of the

8  diode.  You can look at a large diode as being a

9  whole bunch of small diodes in parallel so that

10  the leakage currents would add.  The temperature,     12:11:55

11  the -- and the technology.

12          So for instance, other things being

13  equal, a diode rated for higher reverse voltage

14  will have less leakage at a given -- at a fixed

15  reverse voltage.                                      12:12:18

16      Q.  Is there typically an association between

17  cost and the amount of leakage current?

18      A.  Only incidentally.  Leakage current is

19  nearly always negligible, so most of the time you

20  don't care very much.                                 12:12:44

21          The -- this diode costs about a dime in

22  quantity.  So if you're building a circuit, you

23  know, if you can get a better diode for the same

24  price, you might as well use the good one.

25      Q.  Diodes also have a property called           12:12:59

                                                   Page 103

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    breakdown; is that right?

2         A.  That's right.

3         Q.  And I don't think you discussed it in

4    your report, but tell me if I missed it.

5         A.  I don't recall discussing breakdown, no.     12:13:13

6         Q.  Okay.

7              MR. NEWTON:  Could we go off the record a

8    minute?

9              MR. MUINO:  Sure.

10             VIDEO TECHNICIAN:  The time is 12:11 p.m.     12:13:24

11   We're going off the record.

12             (A recess was taken.)

13             VIDEO TECHNICIAN:  The time is 1:08 p.m.

14   This begins media unit number 3.  We're now on the

15   record.                                                13:10:01

16             Please proceed, Counsel.

17   BY MR. NEWTON:

18        Q.  Dr. Hobbs, will you go to paragraph 63 of

19   your report?

20        A.  Okay.                                         13:10:12

21        Q.  And here you have a figure that was

22   included in Dr. Wolfe's report?

23        A.  That's right.

24        Q.  So -- and this is a graph showing the

25   current as a function of voltage for a diode; is       13:10:37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q.   So here in paragraph 22 you offer an

2    opinion that the '936 patent discloses a step-up

3    circuit.  Do you see that?

4        A.   I do.

5        Q.   Do you agree that the term "step-up          13:15:10

6    circuit" is not used in the '936 patent?

7        A.   I don't recall it being used there.

8        Q.   Do you recall seeing the words "step-up

9    circuit" in the claims of the '936 patent?

10       A.   No.                                           13:15:29

11       Q.   Is it your opinion that this concept of a

12   step-up circuit is the only invention claimed in

13   the '936 patent?

14       A.   It's what's in the -- it's what's claimed

15   in the claims that have been asserted.                 13:15:53

16       Q.   Is that the only invention in the

17   asserted claims?

18       A.   I think so.

19       Q.   So you don't think there's any other

20   invented aspects of the '936 patent besides the        13:16:07

21   concept of the step-up circuit?

22       A.   Well, I mean, this -- there are --

23   there's the whole charging and discharging

24   arrangement.

25       Q.   You agree with me generally that a patent     13:16:26

                                                 Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the phase of the -- at pi phase for the sine wave.

2    So it starts out at minus 1 times the supply

3    voltage.  And then it increases as -- and as it's

4    going through the -- as it goes through the supply

5    voltage, it begins to curve the opposite              13:23:30

6    direction.  So you wind up with, in the ideal

7    case, exactly half a sine wave.

8         Q.  Okay.

9         A.  Half a cycle of the sine wave.

10        Q.  So the shape of the graph for the            13:23:42

11   capacitor charging would be half a sine wave?

12        A.  Well, half a cycle of a sine wave.

13        Q.  Half a cycle of the sine wave.

14        A.  Uh-huh.  Starting from the negative peak

15   and winding up at the positive peak.                  13:23:58

16        Q.  So the voltage doesn't just jump from

17   zero to its maximum --

18        A.  No, that's right.

19        Q.  -- instantaneously, correct?  Okay.

20             During that charge cycle, you could open   13:24:09

21   the switch at any given time, right?

22        A.  Yes, you can, at some danger of

23   destroying the switch.

24        Q.  Okay.  And at any given time that you

25   open the switch during the charge cycle, whatever     13:24:25

                                                           Page 114

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    charge is on the -- or -- I'm sorry.  Let me

2    strike that.

3         During the charge cycle, the switch is

4    open; is that right?

5         A.  Yes.                                    13:24:37

6         Q.  Okay.  And during this time while the

7    switch is open, the voltage on the capacitor is

8    increasing in this sinusoidal fashion that we

9    discussed?

10        A.  Yes.  Until the diode catches it.  Then  13:24:49

11   it stops.

12        Q.  Right.  Right.

13        So between the point where it starts

14   charging and it stops charging, at any given time

15   in that interval you could close the switch,        13:25:02

16   correct?

17        A.  Yes.

18        Q.  And if you close the switch, whatever

19   voltage is on the capacitor at that point will

20   discharge through the load?                         13:25:11

21        A.  That's right.

22        Q.  Okay.

23        A.  If it's -- again, in the ideal case.

24   Diode lasers need a certain amount of voltage on

25   them for that to work.  But in the -- with an       13:25:19

                                            Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    ideal linear load, yes, that's true.

2        Q.  So if you wanted to design the circuit in

3    paragraph 35, you could do it such that you

4    discharge the capacitor through the load at the

5    point at which the voltage on the capacitor is        13:25:38

6    equal to the maximum voltage of the voltage

7    source?

8        A.  Yes.  Or you could just leave the switch

9    on all the time.

10       Q.  You mean closed?                                 13:25:52

11       A.  Yes.

12       Q.  Not that I was correcting you, just

13   clarifying.

14       A.  That's fine.  Clarity is a good thing.

15       Q.  And we talked about the inductor and the        13:26:04

16   diode, correct?

17       A.  Yes.

18       Q.  In your opinion, would there be any

19   change in the operation of the circuit if those

20   two elements were switched so that the diode was       13:26:26

21   between the voltage source and the inductor?

22       A.  Well, at this level of abstraction, no,

23   because they weren't in series and we're not

24   taking account of any of the other places the

25   current could go -- into straight capacitance, for     13:26:42

                                                      Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    instance.  But for all intents and purposes, in

2    the circuit under discussion, it would make no

3    difference.

4         Q.  When would it make a difference?

5         A.  Well, it would -- it might make a          13:26:50

6    difference if the inductor were -- if the

7    capacitances were very low and the inductor were

8    physically large.

9         Q.  Why is that?

10        A.  Well, because the -- an object has a        13:27:04

11   capacitance of its own which is approximately

12   equal to, if you take its diameter in centimeters,

13   that's how many picofarads you get for its

14   self-capacitance.  And so you could -- whereas you

15   could get diodes which have very, very, very low    13:27:21

16   capacitance.  So it might make a small difference

17   in a very high-impedance circuit where you care

18   very much about a picofarad or two, but not in a

19   high-power circuit such as we're discussing.

20        Q.  So if I take this circuit in paragraph 35   13:27:41

21   and I have the diode and the inductor flipped, and

22   let's say I charged the capacitor all the way up

23   to its maximum value --

24        A.  Uh-huh.

25        Q.  -- will any of that current that's -- and   13:27:54

                                                    Page 117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.  Yes.

2    Q.  And this is one of the terms that Uber

3  has offered a construction for; is that correct?

4    A.  Yes, it is.

5    Q.  And it's your opinion that the          13:51:36

6  term "charging path" -- a person of skill in the

7  art would conclude that the recited "charging

8  step" is a step-up circuit; is that correct?

9    A.  Yes, because it doesn't have a plain and

10  ordinary meaning, and the -- and so he would      13:52:06

11  naturally look to the spec, and that's what he'd

12  find there.

13    Q.  So outside of the '936 patent, if someone

14  came up to you in your work and said -- and used

15  the term "charging path" with respect to a        13:52:19

16  circuit, you wouldn't know what that meant?

17    A.  Well, I mean, something was being

18  charged, but I wouldn't know if it was a capacitor

19  or a battery or a credit card.

20    Q.  But you would understand that something    13:52:30

21  is being charged along a path?

22    A.  Well, that's not a definition, though.

23  That's just reordering the words.

24    Q.  Right, but you just said you would

25  understand something was being charged, right?    13:52:41

Page 134

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   But "charged" has many senses, and it's

2   not -- so I wouldn't say that that would convey

3   anything.   I would say -- if somebody said, my

4   circuit has a charging path, I'd say, that's nice.

5   You know, I gather that's probably for the                13:52:52

6   battery, at which point he'd have to correct me

7   and say, no, it's for a capacitor.   Oh, okay.

8   What's it do?

9      Q.   Well, what if somebody said, I have a

10  battery and a capacitor and a charging path         13:53:04

11  between them?   Would you still not know what that

12  meant?

13     A.   Well, I would -- I would guess that he

14  would be using the battery to charge the capacitor

15  somehow.   But it would convey nothing as to how         13:53:15

16  that was being done.

17     Q.   What would it convey?

18     A.   Well, just that -- if he said that

19  there's a battery and a capacitor and a charging

20  path, then I would guess that the path was              13:53:31

21  whatever means he was using to charge the

22  capacitor.   But, you know, I could think of

23  several of those right off the bat.

24     Q.   Does path have an ordinary meaning?

25     A.   It has at least one ordinary meaning.         13:53:46

Page 135

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Yeah.

2        Q.  Does it have an ordinary meaning in

3    circuit design?

4        A.  Well, I was talking about circuit design.

5        Q.  So what would you, if you were just          13:54:03

6    asked -- outside the context of this case and the

7    patent, if you were asked in general within

8    circuit design what does path mean, what would

9    your answer be?

10       A.  I mean, it would include a way for          13:54:19

11   current to pass through some collection of

12   components.  But it could also -- but it could

13   also mean, in the operation of a circuit, the way

14   the circuit passes through a sequence of states.

15       Q.  What about the term "charging"?  Does       13:54:49

16   that have an ordinary meaning in circuit design?

17       A.  Well, it has several.

18       Q.  Same -- I'm sorry.  Go ahead.

19       A.  No, go ahead.

20       Q.  Same questions I asked with respect to       13:55:01

21   path.  If somebody just came up to you and asked

22   you, what's the ordinary meaning of charging in

23   the context of circuit design, what would you say?

24       A.  Well, I would say putting charge on

25   something.  But the -- but there are lots of        13:55:16

Page 136

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    others.

 2         Q.  Okay.  So Uber's construction of charging

 3    path is a path allowing current to flow from the

 4    inductor to the capacitor; the path configured to

 5    charge the capacitor to a voltage higher than the      13:55:33

 6    supply voltage.  Is that right?

 7         A.  Yes.

 8         Q.  And why don't we look at this with

 9    respect to claim 1 of the '936 patent.  I believe

10    you have it as Exhibit 204, if I'm not mistaken.       13:55:53

11         A.  Okay.  Here we go.  Claim 1?

12         Q.  Yeah.

13         A.  Okay.

14         Q.  So claim 1 recites charging path in the

15    clause that starts with, "a capacitor coupled to a     13:56:32

16    charging path and a discharge path."

17         A.  Yes.

18         Q.  And the claim says that the charging path

19    includes the inductor and the diode; is that

20    correct?                                               13:56:46

21         A.  Yes.

22         Q.  And then the "wherein" clause, the first

23    one says, "responsive to the transistor being

24    turned off, the capacitor is configured to charge

25    via the charging path such that a voltage across      13:56:57
```

Page 137

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the capacitor increases from a lower voltage level

2    to a higher voltage level."

3         Do you see that?

4         A.  Yes, I do.

5         Q.  Okay.  So do you agree with me that            13:57:06

6    claim 1, at least the plain language, does not say

7    anything about the charging path being configured

8    to charge the capacitor to a voltage higher than

9    the supply voltage?

10        A.  Well, it includes a limitation of a           13:57:21

11   diode, which you wouldn't need if you weren't

12   doing that.  So that's the -- it doesn't say it

13   explicitly, but there would be no point in having

14   the diode there if you didn't.

15        Q.  Okay.  My question was, does it say it         13:57:33

16   explicitly?  I think your answer was no.

17        A.  No, but one can infer that from the

18   presence of the diode.

19        Q.  Does the presence of a diode

20   automatically cause the circuit to increase to a     13:57:48

21   voltage -- let me strike that.

22        Does the presence of the diode cause the

23   charge on the capacitor to automatically increase

24   to a voltage higher than the supply voltage --

25        A.  No.                                            13:58:03

                                                    Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          Q.  -- during the charge cycle?

2          A.  No.

3          Q.  And if you go down to claim 4 -- do you

4     see that?

5          A.  Yes.                                    13:58:26

6          Q.  And I don't think you addressed claim 4

7     in your declaration, right?

8          A.  I don't believe so, no.

9          Q.  Okay.  You agree with me that where a

10    dependent claim adds a particular limitation, you    13:58:44

11    can presume that the independent claim does not

12    include that limitation?

13         A.  I would need to ask counsel to clarify

14    that for me.

15         Q.  I think that's in -- why don't you go to    13:58:53

16    paragraph 15 of your report.  The last sentence,

17    can you read that one?

18         A.  Oh, yes.  Thank you.

19         Q.  Could you read it into the record?

20         A.  "For example, when a dependent claim adds    13:59:24

21    a particular limitation, one can presume that the

22    independent claim does not include that

23    limitation."

24         Q.  Okay.  And that's your understanding?

25         A.  Well, that -- that's what I'm given to    13:59:32

                                              Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    V1.  I think it says that down at about line 65 of

2    column 18.

3         Q.  Let's look at line 58.  It says, "The

4    capacitor 516 charges until the voltage on the

5    capacitor 516 is approximately equal to the          14:16:29

6    voltage at node A."

7         A.  Yes.

8         Q.  Okay.  So at that point in time, will the

9    capacitor be fully charged?

10        A.  They appear to be talking about the          14:16:39

11   forward voltage drop of the -- of the diode going

12   to zero so that there's -- so that the voltage on

13   the capacitor is at node A.  And that's where --

14   that's where the diode enters reverse bias.  So

15   that would be fully charged.  Yes.                   14:17:09

16        Q.  Okay.  So when the capacitor is fully

17   charged, at least initially, it will have the same

18   voltage as the voltage at node A?

19        A.  That's right.

20        Q.  And you said already the voltage at node    14:17:28

21   A may be above the voltage of the voltage source,

22   but it doesn't have to be?

23        A.  Well, it has to be a little above because

24   of the diode drop.  But if you -- but if you --

25   again, if you make the circuit sufficiently badly   14:17:46

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    so that the -- so that the diode doesn't do

2    anything, then you could certainly put -- choose

3    components where that wouldn't be the case.

4        Q.  Then at line 62 it says, "Upon the diode

5    being reverse biased, the current through the          14:18:16

6    diode [sic] 510 goes to zero, the voltage across

7    the inductor 510 settles at zero, which sets node

8    A to the voltage of the voltage source 502 (e.g.

9    the voltage V1), but the capacitor may hold a

10   higher voltage (e.g. about 2 V1)."                     14:18:37

11       A.  Yes.

12       Q.  And again, that's using permissive

13   language; it says it may hold a higher voltage

14   than the voltage source.

15       A.  Yes, it does.                                   14:18:49

16       Q.  And if you go to column 19, line 26

17   through 27.

18       A.  Okay.

19       Q.  Again, it says, "The charge on the

20   capacitor 516 may exceed the voltage V1 of the         14:19:09

21   voltage source 502."

22           Do you see that?

23       A.  I do.

24       Q.  So again, it's saying that the charge on

25   the capacitor may exceed the maximum voltage of        14:19:21

                                                    Page 153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the voltage source, but it doesn't have to?

2         A.  Yes.  I imagine they mean the voltage on

3    the capacitor.

4         Q.  Instead of the charge on the capacitor?

5         A.  Yes.                                    14:19:32

6         Q.  Then line 31 of column 19 says, "For

7    example, the capacitor 516 may be initially

8    charged to a voltage level of about 2 V1."

9              So again, there, it's using permissive

10   language to say that it may be charged above the   14:19:59

11   voltage of the voltage source.

12        A.  That's right.  I mean, permissive

13   language is another one of those lawyerisms that I

14   wouldn't want to set my name to the full legal

15   dictionary definition.  But from a technical guy's  14:20:16

16   point of view, that's true.

17        Q.  Jumping to column 21 --

18        A.  Yep.

19        Q.  It says, "In some examples, the

20   voltage" -- I'm sorry, column 21, line 3.  It       14:20:35

21   says, "In some examples, the voltage at which the

22   two voltages are approximately equal so as to

23   terminate the charging cycle occurs for a voltage

24   of about 2 V1."

25        A.  Yes.                                     14:20:50

                                              Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  So there it's saying in examples of the

2   invention, the voltage on the capacitor can be

3   2 V1?

4      A.  Yes.  We've discussed cases where it

5   could be more or less, depending on what you do        14:21:00

6   with the switch.

7      Q.  So you agree those are just examples;

8   it's not a requirement to charge it up to 2 V1?

9      A.  Not the exact value, no.

10      Q.  I had a question I wanted to go back to       14:21:12

11   about something we were discussing earlier in the

12   context of your LiDAR project.  And I think there

13   was a distinction you were making between pulsed

14   operation and continuous operation.

15      A.  Yes.                                            14:22:21

16      Q.  Is -- was that in the context of the

17   coherent LiDAR that you were looking at?

18      A.  That's right.  You can do coherent pulsed

19   LiDAR, but CW is more common.

20      Q.  Okay.  CW is continuous --                      14:22:37

21      A.  Continuous wave, yeah.

22      Q.  -- wave?

23      A.  In other words, you leave the laser

24   turned on all the time.

25      Q.  Okay.  What is the laser in that example?       14:22:40

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.  Well, I was looking at using a

 2   1.54-micron diode laser.  But I was -- but since

 3   there's a variety of ways of doing that, I was

 4   concentrating on the general physical requirements

 5   on the detection side.                          14:22:59

 6             Not being a laser designer, I don't --

 7   lasers are something that I buy.

 8             MR. NEWTON:  Why don't we take a break.

 9             VIDEO TECHNICIAN:  The time is 2:21 p.m.

10   This completes media unit number 3.  We're now off  14:23:37

11   the record.

12             (A recess was taken.)

13             VIDEO TECHNICIAN:  The time is 2:42 p.m.

14   This begins media unit number 4.  We're now on the

15   record.                                         14:44:25

16             Please proceed, Counsel.

17   BY MR. NEWTON:

18        Q.  Dr. Hobbs, could you go to paragraph 66

19   of your report?

20        A.  Okay.                                  14:44:33

21        Q.  This is charging path limitation, right?

22        A.  Yes.

23        Q.  And then -- actually, I want to jump to

24   76.  This is still in the charging path section.

25        A.  Okay.                                  14:45:02
```

Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  If the time it takes you to finish

2  charging the capacitor exceeds the time when you

3  need it to fire the laser diode, it's not going to

4  meet the immediate requirement.

5      A.  Well, sure.  It's not going to meet the          15:02:39

6  operational requirement either.

7      Q.  Okay.

8      A.  One can -- you know, one can put bounds

9  on what the required repetition rate is, at least

10  approximately.                                            15:02:55

11     Q.  What do you mean by repetition rate?

12     A.  Well, the rate -- the rate at which each

13  individual laser fires.

14     Q.  Do you mean pulses per time?

15     A.  Yes.                                               15:03:17

16     Q.  And every circuit -- every laser diode

17  firing circuit is going to have a specified or a

18  preferred repetition rate; is that fair?

19     A.  Well, it will have a maximum repetition

20  rate because, otherwise, there won't be time to          15:03:37

21  charge the capacitor.  Or there could be other

22  reasons, for example, that the maximum power

23  dissipation in the active devices is exceeded.

24  Diode lasers don't work well when they get

25  overheated, for instance.                                15:03:51

                                                    Page 170

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.  So what impacts the charge time?

2    A.  Well, mostly the -- it's mostly the

3  inductance and the capacitance.  It's essentially

4  independent of the supply voltage above some level

5  where the diode drops become important.              15:04:18

6    Q.  When you say capacitance, do you mean

7  capacitance on the capacitor that's actually being

8  charged?

9    A.  Yes, that's right.  It's the circuit

10 constants of the resonant circuit.  Because we --    15:04:38

11 we know that in the circuit of figure 5A it takes

12 half a cycle of whatever the free resonance of the

13 LC circuit is, and that's -- and that frequency is

14 1 over 2 pi times the square root of LC.  So you

15 can work it out easily what the...                   15:04:56

16    Q.  What was the equation?

17    A.  It's the -- the resonant frequency in

18 hertz is 1 over 2 pi times the square root of LC.

19 All that's on the denominator.

20    Q.  And what is that going to tell you?         15:05:11

21    A.  That if you -- that if that is -- in the

22 circuit under discussion, that will come out to be

23 right around 1 megahertz.  And so you know that it

24 takes half a cycle, which is -- one cycle is

25 1 microsecond, and so half a cycle is 500           15:05:33

Page 171

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    nanoseconds.

2        Q.  So is that where you think they got the

3    500 --

4        A.  Yes, it is.

5        Q.  -- nanoseconds for the circuit?                15:05:42

6        A.  It's clearly described as being half a

7    cycle of the free resonance.

8        Q.  Could you do that calculation for any

9    given circuit?

10       A.  Yes.  At -- again, at a particular level     15:05:57

11   of abstraction, because you've got to worry

12   about -- the diode has some non-linear

13   capacitance, which doesn't matter here, but might

14   in some other cases.  So does the switch.

15   Probably the diode laser does, too.                   15:06:10

16       Q.  And you agree that in the circuit of the

17   '936 patent, in the, say, figure 5 --

18       A.  Uh-huh.

19       Q.  -- any charge time less than or equal to

20   500 nanoseconds, you agree that will meet the        15:07:03

21   immediate requirement?

22       A.  Well, in the -- given that the pulse

23   repetition rate of this -- the LiDAR that it's

24   intended to operate in is on the order of 16

25   kilohertz, that's -- 500 nanoseconds would be        15:07:21

                                           Page 172

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    fine.

2        Q.  And for a given LiDAR, you would know the

3    pulse repetition rate?

4        A.  Yes.  That would be one of the very

5    important design constraints at the highest level.     15:07:36

6        Q.  Okay.

7        A.  Because it's basically the product of the

8    number of points in each point cloud and the

9    number of point clouds you need per second in

10   order to get good control of the vehicle.              15:07:55

11       Q.  Talking again about the '936 patent,

12   though, you don't need to know that pulse

13   repetition rate to understand that 500 nanoseconds

14   or less meets the immediate requirement, right?

15       A.  Well, it might not.                             15:08:12

16       Q.  Doesn't the patent tell you it does?

17       A.  Well, it does for that -- for that -- for

18   this embodiment.  I thought you meant in general

19   for any charging circuit.

20       Q.  No.  I'm just saying -- I'm just asking         15:08:21

21   you whether you agree that the patent says, in our

22   circuit of figure 5, 500 nanoseconds is an example

23   of immediately.

24       A.  Yes.  I think that -- it's certainly --

25   it's ready much sooner than it needs to be, so you     15:08:36

                                              Page 173

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    don't have to care how long it takes.  That's --

2    that would make it immediate in my lexicon.

3              MR. NEWTON:  No further questions.

4              MR. MUINO:  All right.  I'd like to

5    designate the transcript highly confidential,          15:08:55

6    attorneys' eyes only, under the protective order.

7              I have no questions for the witness.

8              MR. MARABELLA:  I have no questions for

9    the witness, either.

10             VIDEO TECHNICIAN:  The time is 3:07 p.m.     15:09:06

11   This concludes today's testimony given by

12   Dr. Philip Hobbs.  The total number of media units

13   used was four and will be retained by Veritext

14   Legal Solutions.

15             We are now off the record.                   15:09:24

16             (Whereupon, at 3:07 p.m., the highly

17             confidential attorneys' eyes only

18             Videotaped deposition of PHILIP HOBBS was

19             concluded.)

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           CERTIFICATE OF NOTARY PUBLIC

2

3           I, CHRISTINA S. HOTSKO, the officer before

4    whom the foregoing deposition was taken, do hereby

5    certify that the witness whose testimony appears in

6    the foregoing deposition was duly sworn by me; that

7    the testimony of said witness was taken by me in

8    stenotypy and thereafter reduced to typewriting under

9    my direction; that said statement is a true record of

10   the proceedings; that I am neither counsel for,

11   related to, nor employed by any of the parties to the

12   action in which this statement was taken; and,

13   further, that I am not a relative or employee of any

14   counsel or attorney employed by the parties hereto,

15   nor financially or otherwise interested in the

16   outcome of this action.

17

18

19

20           CHRISTINA S. HOTSKO

21           Notary Public in and for the

22           District of Columbia

23

24   My commission expires:

25   November 14, 2021

                                        Page 175