```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
 2    charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
 3    davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
 4    melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
 5    johnneukom@quinnemanuel.com
      Lindsay Cooper (Bar No. 254886)
 6    jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
 7  San Francisco, California 94111-4788
    Telephone:    (415) 875-6600
 8  Facsimile:    (415) 875-6700

 9  Attorneys for WAYMO LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR RELIEF RE STROZ SUBPOENA PROTOCOL AND LEVANDOWKSI CLAWBACK** |
|---|---|

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal confidential information in its Motion for Relief re: Stroz Subpoena Protocol and Levandowski Clawback ("Waymo's Administrative Motion"). Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 2 to Waymo's Motion for Relief | Entire Document | Defendants |

3. Waymo's Motion and exhibits contain information that non-party Mr. Levandowski has designated as confidential and/or highly confidential.

4. Waymo takes no position on the merits of sealing the designated material, and expects Mr. Levandowksi to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 24, 2017.

By */s/ Lindsay Cooper*
   Lindsay Cooper
   Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven