UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR RELIEF RE STROZ SUBPOENA PROTOCOL AND LEVANDOWKSI CLAWBACK** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 certain information in its Motion for Relief re: Stroz Subpoena Protocol and Levandowski
3 Clawback ("Waymo's Administrative Motion").

4    Having considered Waymo's Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 2 to Waymo's Motion for Relief | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge