QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE** |
|---|---|

I, James Judah, declare as follows:

1.  I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111.  I am over the age of eighteen and not a party to this action.

2.  On August 24, 2017, I caused the following documents to be served on the counsel listed below via electronic mail:

   a.  Unredacted version of Exhibit 2 to Waymo's Motion for Relief re Stroz Subpoena Protocol and Levandowski Clawback.

3.  Due to the privilege issues implicated in the sealed document, the document was transmitted via electronic mail only to the addresses below.  The electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Amy Craig (SBN 269339)<br>Miles Ehrlich (SBN 237954)<br>Ismail Ramsey (SBN 189820)<br>Ramsey & Ehrlich LLP<br>803 Hearst Ave<br>Berkeley, CA 94710<br>Tel.: +1 510 548 3600<br>Fax.: +1 510 291 3060 | amy@ramsey-ehrlich.com<br><br>miles@ramsey-ehrlich.com<br><br>izzy@ramsey-ehrlich.com |
| Melanie Blunschi (SBN 234264)<br>Whitney Weber (SBN 281160)<br>Latham & Watkins LLP<br>505 Montgomery St Ste 2000<br>San Francisco, CA 94111<br>Tel.: +1 415 395 5942 | Melanie.Blunschi@lw.com<br><br>whitney.weber@lw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 24, 2017.

By  */s/ James Judah*
    James Judah

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven