Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO PRECIS**<br><br>Courtroom:  8<br>Judge:  Hon. William Alsup<br>Trial Date:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Hong-An Vu<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto Trucking") submits this motion for an order to file under seal its Response to Waymo's Precis (the "Response").  Specifically, Otto Trucking requests an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Response | Highlighted portions |
| Exhibit 2 to Vu Declaration | Highlighted portions |
| Exhibit 3 to Vu Declaration | Entire document |
| Exhibit 4 to Vu Declaration | Entire document |
| Exhibit 5 to Vu Declaration | Highlighted portions |
| Exhibit 6 to Vu Declaration | Entire document |
| Exhibit 8 to Vu Declaration | Highlighted portions |

The above referenced documents and portions of documents contain information designated by Plaintiff Waymo LLC as either Highly Confidential—Attorneys' Eyes Only" or "Confidential" under the terms of the parties' protective order.  Otto Trucking takes no position as to the merits of the confidentiality designations in these documents.

Otto Trucking anticipates that Waymo will file a declaration in accordance with Local Rule 79-5.

Otto Trucking's request to seal is narrowly tailored to those portions of the Response and its supporting documents that merit provisional sealing.

Dated:  August 24, 2017                    Respectfully submitted,

                                           By:    */s/   Hong-An Vu*
                                                 Neel Chatterjee
                                                 *nchatterjee@goodwinlaw.com*
                                                 Brett Schuman
                                                 *bschuman@goodwinlaw.com*
                                                 Shane Brun
                                                 *sbrun@goodwinlaw.com*
                                                 Rachel M. Walsh
                                                 *rwalsh@goodwinlaw.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:* Otto Trucking LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 24, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 24, 2017**.

/s/   Hong-An Vu
HONG-AN VU