1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
   **GOODWIN PROCTER LLP**
14 601 S. Figueroa Street, 41st Floor
   Los Angeles, California  90017
15 Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673

16

17 *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE TO PRECIS** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Courtroom: 8<br>Judge: Hon. William Alsup<br>Trial Date: October 10, 2017 |
| Defendants. | Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    I, Hong-An Vu, declare as follows:

2    1.    I am counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of its Response to Waymo's Precis (the "Response").

3    2.    I have reviewed the following documents and confirmed that only the portions identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Response | Highlighted portions |
| Exhibit 2 to Vu Declaration | Highlighted portions |
| Exhibit 3 to Vu Declaration | Entire document |
| Exhibit 4 to Vu Declaration | Entire document |
| Exhibit 5 to Vu Declaration | Highlighted portions |
| Exhibit 6 to Vu Declaration | Entire document |
| Exhibit 8 to Vu Declaration | Highlighted portions |

3.    The above referenced documents and portions of documents contain information designated by Plaintiff Waymo LLC as either Highly Confidential—Attorneys' Eyes Only" or "Confidential" under the terms of the parties' protective order.  Otto Trucking takes no position as to the merits of the confidentiality designations in these documents.

4.    Otto Trucking anticipates that Waymo will file a declaration in accordance with Local Rule 79-5.

5.    Otto Trucking's request to seal is narrowly tailored to those portions of the Response and its supporting documents that merit sealing.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed this 24th day of August, 2017 in Los Angeles, California.

   */s/   Hong-An Vu*
   Hong-An Vu