# *EXHIBIT 2*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

*EXHIBIT 2*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    WAYMO LLC,
 6          Plaintiff,
 7    vs.                              Case No.
 8    UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9    OTTOMOTTO LLC; OTTO TRUCKING,
10    INC.,
11          Defendants.
12    _____/
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16        VIDEOTAPED DEPOSITION OF CHELSEA BAILEY
17                 PALO ALTO, CALIFORNIA
18                TUESDAY, AUGUST 1, 2017
19
20
21    BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22    CSR LICENSE NO. 9830
23    JOB NO. 2668970
24
25    PAGES 1 - 323
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6          Plaintiff,
 7   vs.                                Case No.
 8   UBER TECHNOLOGIES, INC.;           3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
12   _____/
13
14
15         Videotaped Deposition of Chelsea Bailey,
16     taken on behalf of the Defendants, on August 1,
17     2017, at  Morrison & Foerster, 950 Page Mill Road,
18     Palo Alto, California, beginning 9:01 a.m., and
19     commencing at 6:52 p.m., Pursuant to Notice, and
20     before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~
21     License No. 9830.
22
23
24
25
                                                    Page 2
```

Veritext Legal Solutions
866 299-5127

```
 1    including ████████████████████████████████     ████
 2    ███████████████████████████████████; correct?   15:09
 3       A    That's what he shared, yes.             15:09
 4       Q    Did Mr. Levandowski say anything else about  15:09
 5    ██████████████████████████████████████████     ████
 6    ██████████                                      15:09
 7       A    No.                                     15:09
 8       Q    Did you ask him?                        15:09
 9       A    No.                                     15:09
10       Q    Did you understand it to be ██████████?  15:09
11       A    I didn't.  I didn't even consider it.  I  15:09
12    think my main takeaways was that he -- he wasn't  15:09
13    decided, and he was just sort of thinking out loud  15:09
14    about the potential things he might do.        15:09
15       Q    And the next bullet down is:            15:10
16            "Possibly starting his own thing,       15:10
17    self-driving semi trucks."                     15:10
18       A    That's what he shared, yeah.            15:10
19       Q    Did he say anything else on that point?  15:10
20       A    No.                                     15:10
21       Q    Did you ask him?                        15:10
22       A    No.                                     15:10
23       Q    The next header down is labeled:        15:10
24            "Who He's Taking."                      15:10
25            And the first bullet there is:          15:10
```

Page 210