# *E*XHIBIT 5

*REDACTED VERSION
OF DOCUMENT SOUGHT
TO BE SEALED*

*E*XHIBIT 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4             Case No. 17-cv-00939-WHA
 5    ---------------------------------------x
 6   WAYMO LLC,
 7                 Plaintiff,
 8        - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11                 Defendants.
12   ---------------------------------------x
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16             Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

```
 1  position and we will just leave it at            01:57:40PM
 2  that.                                            01:57:41PM
 3          MR. BAKER:  Okay, we obviously           01:57:41PM
 4  disagree and we have determined during the       01:57:43PM
 5  break that there is information on those         01:57:50PM
 6  pages that is privileged and work product        01:57:52PM
 7  and so we'll be clawing those back.              01:57:55PM
 8          MS. GOODMAN:  Okay; you have             01:58:02PM
 9  waived privilege, that's our position, and       01:58:03PM
10  I will leave it at that.                         01:58:05PM
11          You stated your position twice,          01:58:06PM
12  I stated my position twice and we're done.       01:58:08PM
13          MR. BAKER:  I will just say I            01:58:10PM
14  disagree.                                        01:58:11PM
15  EXAMINATION (Continued)                          01:58:11PM
16  BY MS. GOODMAN:                                  01:58:16PM
17     Q.    Mr. Brown, when did Mr. ▇              01:58:16PM
18  tell you that Anthony Levandowski                01:58:18PM
19  downloaded 14,000 files?                         01:58:20PM
20     A.    I think sometime between August        01:58:28PM
21  and October 2016.                                01:58:32PM
22     Q.    That's your best recollection          01:58:36PM
23  sitting here today of when you learned          01:58:37PM
24  Anthony Levandowski downloaded 14,000           01:58:42PM
25  files?                                          01:58:44PM
```