# *EXHIBIT 8*

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

*EXHIBIT 8*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN FRANCISCO DIVISION
 3
 4     _____
                                     )
 5     WAYMO LLC,                    )
                                     )
 6                    Plaintiff,     )
                                     )
 7            vs.                    )   Case No.
                                     )   3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,      )
       OTTOMOTTO LLC; OTTO           )
 9     TRUCKING LLC,                 )
                                     )
10                    Defendants.    )
       _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                 San Francisco, California
18                 Friday, April 31, 2017
19                        Volume I
20
21
22
       Reported by: SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2581643
25     PAGES 1 - 187
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
2                      SAN FRANCISCO DIVISION
3
4      _____
                                       )
5      WAYMO LLC,                      )
                                       )
6                      Plaintiff,      )
                                       )
7            vs.                       )  Case No.
                                       )  3:17-cv-00939-WHA
8      UBER TECHNOLOGIES, INC.,        )
       OTTOMOTTO LLC; OTTO             )
9      TRUCKING LLC,                   )
                                       )
10                     Defendants.     )
       _____)
11
12
13
14
15
16          Videotaped deposition of PIERRE-YVES DROZ,
17     Volume I, taken on behalf of Defendants Uber
18     Technologies, Inc., Ottomotto LLC; Otto
19     Trucking LLC at the Law Offices of Morrison &
20     Foerster LLP, 425 Market Street, 33rd Floor,
21     San Francisco, California, beginning at 9:39
22     a.m. and ending at 2:52 p.m., on Friday,
23     March 31, 2017, before SUZANNE F. GUDELJ,
24     Certified Shorthand Reporter No. 5111.
25
```

Page 2

```
 1    is -- it's only a single channel to the court
 2    reporter.  There's no multiplexing.
 3            Mr. Droz, you've been at Waymo or Google
 4    since 2011?
 5        A   That is correct.                          09:42:07
 6        Q   And before that you were at 510 Systems?
 7        A   Yes.
 8        Q   I want to ask you about a text message
 9    string.  This is Exhibit 1017.
10            (Defendant Exhibit 1017 marked by the court
11            reporter.)
12    BY MR. JACOBS:
13        Q   Are you one of the correspondents on this
14    text message string?
15        A   Yes, I think the -- I think the -- the dark  09:42:39
16    ones.
17        Q   The dark entries are your entries?
18        A   Yes.
19        Q   The first one is French -- in French?
20        A   That's correct.                          09:42:55
21        Q   If you turn to -- so down in the lower
22    right-hand corner, there's a stamp that we call the
23    Bates stamp.  4001 is the one I'm looking at.
24        A   Okay.  Don't have this exhibit.
25    ██ ████████████████████████████████████ ████
                                              ████
```

```
 1   ███████████████████████████████  ██████
 2   ██████
 3   ██ ██████
 4      Q    And then at the top it's --
 5      A    400 -- I'm sorry.  Which --                    09:43:21
 6      Q    4001 on the lower right-hand corner.
 7      A    4 double 0 -- 4004.  Oh, I see.  4001.
 8   Okay.  I'm --
 9        ██ ████████████████████████████████
10   █████████████████████████████████████████████████ █████
11   ██ █████████████████████████████
12      ██ █████████████████
13       ██ █████████████
14      Q    What's the puck?
15      A    So I believe the puck here is the Velodyne    09:43:46
16   puck.
17           (Reporter clarification.)
18           The Velodyne puck.  It's a -- it's a LiDAR
19   from Velodyne.
20      Q    A LiDAR from Velodyne.                         09:43:57
21           MR. JAFFE:  Maybe you want to spell that
22   for the court reporter.
23           THE WITNESS:  Okay.  So Velodyne is
24   V-e-l-o-d-y-n-e.
25   BY MR. JACOBS:                                         09:44:07
```

Page 11

1   Q   Why did you call it the puck?
2   A   That's what Velodyne refers to the --
3   that's how they call their device.

09:44:38

11  Q   So took nothing new in it compared to what?
12  A   To what we knew of -- of the -- the way
13  LiDARs are designed in general.
14  Q   The way they're designed --
15  A   The way LiDARs are designed in general.   09:44:51
16  Q   In general?
17  A   Mm-hmm.
18  Q   And what do you mean "the way LiDARs are
19  designed in general" in the context of this email or
20  this text message string?   09:45:00
21  A   From our knowledge of both our LiDARs or
22  other LiDARs in the market.

09:45:19

Page 12