1   Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
2   James Lin (SBN 310440)
*jlin@goodwinlaw.com*
3   **GOODWIN PROCTER LLP**
135 Commonwealth Drive
4   Menlo Park, California 94025
Tel.: +1 650 752 3100
5   Fax.: +1 650 853 1038

6   Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
7   Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
8   Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
9   Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
10  **GOODWIN PROCTER LLP**
Three Embarcadero Center
11  San Francisco, California 94111
Tel.: +1 415 733 6000
12  Fax.: +1 415 677 9041

13  Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
14  601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
15  Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

16
*Attorneys for Defendant: Otto Trucking LLC*
17
**UNITED STATES DISTRICT COURT**
18
**NORTHERN DISTRICT OF CALIFORNIA**
19
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| 21                  Plaintiff, | **DECLARATION OF HONG-AN VU IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S RESPONSE TO PRECIS** |
| 22          v. | |
| 23  Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Courtroom:    8 |
| 24 | Judge:          Hon. William Alsup |
|                 Defendants. | Trial Date:    October 10, 2017 |
| 25 | |
| 26 | Filed/Lodged Concurrently with: 1.  Response to Precis |

27

28

ACTIVE/92282650.1

1    I, Hong-An Vu, declare as follows:

2    1.    I am an associate at the law firm of Goodwin Procter, LLP, representing defendant

3    Otto Trucking LLC ("OT") in this matter.  I am a member in good standing of the State Bar of

4    California.  I make this declaration in support of Otto Trucking LLC's Response to Precis (the

5    "Response").  I make this declaration based upon matters within my own personal knowledge and

6    if called as a witness, I could and would competently testify to the matters set forth herein.

7    2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the

8    deposition of Zachary Morriss dated July 26, 2017.

9    3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the

10   deposition of Chelsea Bailey dated August 1, 2017.

11   4.    Attached hereto as **Exhibit 3** is a true and correct copy of WAYMO-UBER-

12   00033601.

13   5.    Attached hereto as **Exhibit 4** is a true and correct copy of WAYMO-UBER-

14   00022238.

15   6.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the

16   30(b)(6) deposition of Gary Brown dated August 8, 2017.

17   7.    Attached hereto as **Exhibit 6** is a true and correct copy of WAYMO-UBER-

18   00014469.

19   8.    Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the

20   deposition of Brent Schwarz dated August 15, 2017.

21   9.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the

22   deposition of Pierre-Yves Droz Vol. 1 dated April 31, 2017.

23   I declare under penalty of perjury under the laws of the United States that  the foregoing is

24   true and correct. Executed this 24th day of August, 2017 in Los Angeles, California.

25

26                                    */s/ Hong-An Vu*
                                         Hong-An Vu

27

28

VU DECLARATION ISO OTTO TRUCKING'S RESPONSE TO PRECIS     Case No. 3:17-CV-00939-WHA

1      **ATTORNEY ATTESTATION**

2           I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the

3      filing of this document from the signatory indicated by the conformed (/s/) of Hong-An Vu.

4

5                                              /s/   Neel Chatterjee
                                                        NEEL CHATTERJEE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing  document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 24, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **August 24, 2017**.

/s/   Neel Chatterjee
NEEL CHATTERJEE