# *EXHIBIT 1*

# *EXHIBIT 1*

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5     WAYMO LLC,                          )
                                           )
 6               Plaintiff,                )
                                           ) Case No.
 7               vs.                       ) 3:17-cv-000939-WHA
                                           )
 8     UBER TECHNOLOGIES, INC.;            )
       OTTOMOTTO LLC; OTTO TRUCKING,       )
 9     INC.,                               )
                                           )
10                Defendants.              )
       _____)
11
12      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
13
14
15         VIDEOTAPED DEPOSITION OF ZACHARY MORRISS
16               San Francisco, California
17               Wednesday, July 26, 2017
18                      Volume I
19
20
21     Reported by:
22     CARLA SOARES
       CSR No. 5908
23     Job No. 2661294
24
25     Pages 1 - 295
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                          )
                                         )
 6             Plaintiff,                )
                                         ) Case No.
 7             vs.                       ) 3:17-cv-000939-WHA
                                         )
 8   UBER TECHNOLOGIES, INC.;            )
     OTTOMOTTO LLC; OTTO TRUCKING,       )
 9   INC.,                               )
                                         )
10             Defendants.               )
     _____)
11
12
13            VIDEOTAPED DEPOSITION OF ZACHARY MORRISS,
14   Volume I, taken on behalf of Defendants, at 425
15   Market Street, San Francisco, California, beginning
16   at 9:07 a.m., and ending at 4:52 p.m., on Wednesday,
17   July 26, 2017, before CARLA SOARES, Certified
18   Shorthand Reporter No. 5908.
19
20
21
22
23
24
25
                                                      Page 2
```

```
1    Trucking is?                                                  16:24:46

2         A    I'm not sure what the distinction is

3    between Otto Trucking and Ottomotto LLC and Otto and

4    all the other Ottobot-esque terms that are being

5    thrown around.                                                16:25:00

6         Q    But you just have -- you don't really have

7    any knowledge of what Otto Trucking really is, just

8    to confirm?

9         A    I don't know distinctly what it is from

10   those other entities.                                         16:25:09

11        Q    During -- when Anthony Levandowski was

12   still at Google/Waymo, did you ever hear him talk

13   about trucking?

14        A    Trucking in general?

15        Q    In general.                                         16:25:22

16        A    Yes.

17        Q    What did he say?

18        A    There was -- I'm not going to be able to

19   quote him verbatim, certainly, but there was one

20   laser stand-up that he -- the group meeting with the         16:25:32

21   whole laser team is what I meant by "stand-up" --

22   where he discussed with -- in front of his boss some

23   of the performance issues that he was having and

24   some of the frustrations with the company, and

25   then -- and the plan to solve that performance               16:25:51
```

Page 267

```
 1   issue.                                                    16:25:54
 2         And he mentioned that if he couldn't get
 3   to a solution, that he would go off and do something
 4   else, possibly in a noncompete realm, like trucking.
 5      Q   Okay.  And do you recall when this                 16:26:07
 6   conversation occurred, or this stand-up, I think you
 7   called it?
 8      A   I think it was shortly before his
 9   departure, on the order of magnitude of weeks, not
10   months.                                                   16:26:18
11      Q   Okay.  And who was his boss at that time?
12      A   Brian Salesky.
13      Q   Brian Salesky.  And do you know if -- do
14   you recall if Brian Salesky had a reaction to this
15   discussion?                                               16:26:28
16      A   I wasn't particularly watching Brian
17   Salesky's face at this moment.  Sorry.
18      Q   Do you know whether there were any
19   discussions within Chauffeur about whether they
20   should pursue this trucking idea that Anthony             16:26:37
21   Levandowski presented?
22         MR. SCHMIDT:  Objection to form.
23         THE WITNESS:  I'm not sure that I'm privy
24   to any conversations that did or did not happen
25   around this at the higher levels.                         16:26:54
```

Page 268