# *E*XHIBIT *2*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *E*XHIBIT *2*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3               SAN FRANCISCO DIVISION
4
5   WAYMO LLC,
6        Plaintiff,
7   vs.                          Case No.
8   UBER TECHNOLOGIES, INC.;     3:17-cv-00939-WHA
9   OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11       Defendants.
12  _____/
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16       VIDEOTAPED DEPOSITION OF CHELSEA BAILEY
17               PALO ALTO, CALIFORNIA
18              TUESDAY, AUGUST 1, 2017
19
20
21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22  CSR LICENSE NO. 9830
23  JOB NO. 2668970
24
25  PAGES 1 - 323
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6         Plaintiff,
 7   vs.                              Case No.
 8   UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
12   _____/
13
14
15         Videotaped Deposition of Chelsea Bailey,
16      taken on behalf of the Defendants, on August 1,
17      2017, at  Morrison & Foerster, 950 Page Mill Road,
18      Palo Alto, California, beginning 9:01 a.m., and
19      commencing at 6:52 p.m., Pursuant to Notice, and
20      before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~
21      License No. 9830.
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1     including ████████████████████████████████  ████
 2     ██████████████████████████████████; correct?    15:09
 3       A    That's what he shared, yes.              15:09
 4       Q    Did Mr. Levandowski say anything else about  15:09
 5     ████████████████████████████████████████████  ████
 6     ████████████                                    15:09
 7       A    No.                                      15:09
 8       Q    Did you ask him?                         15:09
 9       A    No.                                      15:09
10       Q    Did you understand it to be ████████████? 15:09
11       A    I didn't.  I didn't even consider it.  I 15:09
12     think my main takeaways was that he -- he wasn't 15:09
13     decided, and he was just sort of thinking out loud 15:09
14     about the potential things he might do.         15:09
15       Q    And the next bullet down is:             15:10
16            "Possibly starting his own thing,        15:10
17     self-driving semi trucks."                      15:10
18       A    That's what he shared, yeah.             15:10
19       Q    Did he say anything else on that point?  15:10
20       A    No.                                      15:10
21       Q    Did you ask him?                         15:10
22       A    No.                                      15:10
23       Q    The next header down is labeled:         15:10
24            "Who He's Taking."                       15:10
25            And the first bullet there is:           15:10
```

Veritext Legal Solutions
866 299-5127