# *E*XHIBIT *2*

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

*E*XHIBIT *2*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3               SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6         Plaintiff,
7    vs.                              Case No.
8    UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
9    OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11        Defendants.
12   _____/
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16       VIDEOTAPED DEPOSITION OF CHELSEA BAILEY
17                PALO ALTO, CALIFORNIA
18               TUESDAY, AUGUST 1, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2668970
24
25   PAGES 1 - 323
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    WAYMO LLC,
 6          Plaintiff,
 7    vs.                              Case No.
 8    UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9    OTTOMOTTO LLC; OTTO TRUCKING,
10    INC.,
11          Defendants.
12    _____/
13
14
15         Videotaped Deposition of Chelsea Bailey,
16      taken on behalf of the Defendants, on August 1,
17      2017, at  Morrison & Foerster, 950 Page Mill Road,
18      Palo Alto, California, beginning 9:01 a.m., and
19      commencing at 6:52 p.m., Pursuant to Notice, and
20      before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~
21      License No. 9830.
22
23
24
25
                                                    Page 2
```

```
 1    including ████████████████████████████████████  ████
 2    ████████████████████████████████████████; correct?    15:09
 3       A   That's what he shared, yes.                    15:09
 4       Q   Did Mr. Levandowski say anything else about    15:09
 5    ██████████████████████████████████████████████  ████
 6    ████████████                                           15:09
 7       A   No.                                             15:09
 8       Q   Did you ask him?                                15:09
 9       A   No.                                             15:09
10       Q   Did you understand it to be ████████████████?  15:09
11       A   I didn't.  I didn't even consider it.  I       15:09
12    think my main takeaways was that he -- he wasn't      15:09
13    decided, and he was just sort of thinking out loud    15:09
14    about the potential things he might do.               15:09
15       Q   And the next bullet down is:                   15:10
16           "Possibly starting his own thing,              15:10
17    self-driving semi trucks."                            15:10
18       A   That's what he shared, yeah.                   15:10
19       Q   Did he say anything else on that point?        15:10
20       A   No.                                            15:10
21       Q   Did you ask him?                               15:10
22       A   No.                                            15:10
23       Q   The next header down is labeled:               15:10
24           "Who He's Taking."                             15:10
25           And the first bullet there is:                 15:10
```