# EXHIBIT 4

## PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY

# EXHIBIT 4