# *EXHIBIT 5*

# *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 5*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3           SAN FRANCISCO DIVISION
 4          Case No. 17-cv-00939-WHA
 5   ---------------------------------------x
 6   WAYMO LLC,
 7              Plaintiff,
 8       - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11              Defendants.
12   ---------------------------------------x
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16              Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

```
1   position and we will just leave it at          01:57:40PM
2   that.                                          01:57:41PM
3           MR. BAKER:  Okay, we obviously         01:57:41PM
4   disagree and we have determined during the     01:57:43PM
5   break that there is information on those       01:57:50PM
6   pages that is privileged and work product      01:57:52PM
7   and so we'll be clawing those back.            01:57:55PM
8           MS. GOODMAN:  Okay; you have           01:58:02PM
9   waived privilege, that's our position, and     01:58:03PM
10  I will leave it at that.                       01:58:05PM
11          You stated your position twice,        01:58:06PM
12  I stated my position twice and we're done.     01:58:08PM
13          MR. BAKER:  I will just say I          01:58:10PM
14  disagree.                                      01:58:11PM
15  EXAMINATION (Continued)                        01:58:11PM
16  BY MS. GOODMAN:                                01:58:16PM
17      Q.    Mr. Brown, when did Mr. [redacted]   01:58:16PM
18  tell you that Anthony Levandowski              01:58:18PM
19  downloaded 14,000 files?                       01:58:20PM
20      A.    I think sometime between August     01:58:28PM
21  and October 2016.                              01:58:32PM
22      Q.    That's your best recollection        01:58:36PM
23  sitting here today of when you learned         01:58:37PM
24  Anthony Levandowski downloaded 14,000          01:58:42PM
25  files?                                         01:58:44PM
```

Page 137