# EXHIBIT 7

EXHIBIT 7

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6                 Plaintiff,
7    vs.                              Case No.
8    UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
9    OTTOMOTTO LLC; OTTO TRUCKING LLC,
10                Defendants.
11   _____/
12
13
14
15        VIDEOTAPED DEPOSITION OF BRENT SCHWARZ
16               TUESDAY, AUGUST 15, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2680988
24
25   PAGES 1 - 296
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6             Plaintiff,
 7   vs.                              Case No.
 8   UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING LLC,
10             Defendants.
11   _____/
12
13
14
15      Videotaped Deposition of BRENT SCHWARZ,
16   taken at Quinn Emanuel, 50 CaliforniaStreet,
17   22nd Floor, San Francisco, California 94111,
18   beginning at 9:12 a.m. and ending at 7:02 p.m. on
19   Tuesday, August 15, 2017, before Anrae Wimberley,
20   Certified Shorthand Reporter No. 7778.
21
22
23
24
25
                                             Page 2
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.   I believe he gave -- I had arranged to sell a | 09:57:55 |
| 2 | bunch of sensors to Chris Urmson and Bryan Salesky, | 09:57:59 |
| 3 | and they didn't need the crates, and so he wanted to | 09:58:04 |
| 4 | return the crates. | 09:58:04 |
| 5 | And so I met him on the back dock at Velodyne | 09:58:08 |
| 6 | to receive the wood crates. | 09:58:10 |
| 7 | Q.   What year was that? | 09:58:13 |
| 8 | A.   It was probably 2011. | 09:58:16 |
| 9 | Q.   Were these Velodyne 64s? | 09:58:19 |
| 10 | A.   Yes. | 09:58:19 |
| 11 | Q.   And how many were there, do you remember? | 09:58:23 |
| 12 | A.   I don't recall.  It was more than three, | 09:58:27 |
| 13 | because they're kind of big.  They wouldn't fit into a | 09:58:29 |
| 14 | -- you couldn't get too many of them into a car. | 09:58:33 |
| 15 | Q.   So -- so Mr. Urmson and Mr. Salesky had | 09:58:38 |
| 16 | purchased some Velodyne 64 sensors from Velodyne, but | 09:58:42 |
| 17 | they didn't want the crates that they came in? | 09:58:47 |
| 18 | A.   I didn't talk to them about that.  I worked | 09:58:50 |
| 19 | it with them exclusively to get the 10 sensors that | 09:58:53 |
| 20 | they wanted acquired. | 09:58:54 |
| 21 | So I worked very closely with them -- | 09:58:57 |
| 22 | prepping them for their meeting with Dave Hall, and I | 09:59:00 |
| 23 | anticipated that would be a very prickly conversation. | 09:59:04 |
| 24 | And so I actually had two phone calls with | 09:59:06 |
| 25 | them to say, "Look.  This is how he's going to try to | 09:59:09 |

Page 45