# EXHIBIT 7

EXHIBIT 7

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6                Plaintiff,
 7   vs.                                  Case No.
 8   UBER TECHNOLOGIES, INC.;          3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING LLC,
10                Defendants.
11   _____/
12
13
14
15       VIDEOTAPED DEPOSITION OF BRENT SCHWARZ
16              TUESDAY, AUGUST 15, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2680988
24
25   PAGES 1 - 296
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6              Plaintiff,
 7   vs.                              Case No.
 8   UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING LLC,
10              Defendants.
11   _____/
12
13
14
15       Videotaped Deposition of BRENT SCHWARZ,
16   taken at Quinn Emanuel, 50 CaliforniaStreet,
17   22nd Floor, San Francisco, California 94111,
18   beginning at 9:12 a.m. and ending at 7:02 p.m. on
19   Tuesday, August 15, 2017, before Anrae Wimberley,
20   Certified Shorthand Reporter No. 7778.
21
22
23
24
25
```

Page 2

```
 1      A.    I believe he gave -- I had arranged to sell a    09:57:55
 2   bunch of sensors to Chris Urmson and Bryan Salesky,       09:57:59
 3   and they didn't need the crates, and so he wanted to      09:58:04
 4   return the crates.                                        09:58:04
 5           And so I met him on the back dock at Velodyne     09:58:08
 6   to receive the wood crates.                               09:58:10
 7      Q.    What year was that?                              09:58:13
 8      A.    It was probably 2011.                            09:58:16
 9      Q.    Were these Velodyne 64s?                         09:58:19
10      A.    Yes.                                             09:58:19
11      Q.    And how many were there, do you remember?        09:58:23
12      A.    I don't recall.  It was more than three,         09:58:27
13   because they're kind of big.  They wouldn't fit into a    09:58:29
14   -- you couldn't get too many of them into a car.          09:58:33
15      Q.    So -- so Mr. Urmson and Mr. Salesky had          09:58:38
16   purchased some Velodyne 64 sensors from Velodyne, but     09:58:42
17   they didn't want the crates that they came in?            09:58:47
18      A.    I didn't talk to them about that.  I worked      09:58:50
19   it with them exclusively to get the 10 sensors that       09:58:53
20   they wanted acquired.                                     09:58:54
21           So I worked very closely with them --             09:58:57
22   prepping them for their meeting with Dave Hall, and I     09:59:00
23   anticipated that would be a very prickly conversation.    09:59:04
24           And so I actually had two phone calls with        09:59:06
25   them to say, "Look.  This is how he's going to try to     09:59:09
```

Page 45