# EXHIBIT 8

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

2                  SAN FRANCISCO DIVISION

3

4      _____
                                      )
5    WAYMO LLC,                       )
                                      )
6              Plaintiff,             )
                                      )
7          vs.                        )  Case No.
                                      )  3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.,         )
     OTTOMOTTO LLC; OTTO              )
9    TRUCKING LLC,                    )
                                      )
10             Defendants.            )
     _____)

11

12

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16      VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

17             San Francisco, California

18             Friday, April 31, 2017

19                    Volume I

20

21

22

     Reported by: SUZANNE F. GUDELJ

23   CSR No. 5111

24   Job No. 2581643

25   PAGES 1 - 187

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2               SAN FRANCISCO DIVISION

 3

 4    _____
                                    )
 5    WAYMO LLC,                     )
                                     )
 6               Plaintiff,          )
                                     )
 7          vs.                      )  Case No.
                                     )  3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,       )
      OTTOMOTTO LLC; OTTO            )
 9    TRUCKING LLC,                  )
                                     )
10               Defendants.         )
      _____)

11

12

13

14

15

16         Videotaped deposition of PIERRE-YVES DROZ,

17      Volume I, taken on behalf of Defendants Uber

18      Technologies, Inc., Ottomotto LLC; Otto

19      Trucking LLC at the Law Offices of Morrison &

20      Foerster LLP, 425 Market Street, 33rd Floor,

21      San Francisco, California, beginning at 9:39

22      a.m. and ending at 2:52 p.m., on Friday,

23      March 31, 2017, before SUZANNE F. GUDELJ,

24      Certified Shorthand Reporter No. 5111.

25
                                          Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    is -- it's only a single channel to the court

 2    reporter.  There's no multiplexing.

 3             Mr. Droz, you've been at Waymo or Google

 4    since 2011?

 5       A    That is correct.                         09:42:07

 6       Q    And before that you were at 510 Systems?

 7       A    Yes.

 8       Q    I want to ask you about a text message

 9    string.  This is Exhibit 1017.

10             (Defendant Exhibit 1017 marked by the court

11             reporter.)

12    BY MR. JACOBS:

13       Q    Are you one of the correspondents on this

14    text message string?

15       A    Yes, I think the -- I think the -- the dark  09:42:39

16    ones.

17       Q    The dark entries are your entries?

18       A    Yes.

19       Q    The first one is French -- in French?

20       A    That's correct.                          09:42:55

21       Q    If you turn to -- so down in the lower

22    right-hand corner, there's a stamp that we call the

23    Bates stamp.  4001 is the one I'm looking at.

24       A    Okay.  Don't have this exhibit.

25    █     ███████████████████████████████        ██████

                                                 ██████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    ████████████████████████████    ██████████

 █    ██████

 █         █    ██████

 4         Q     And then at the top it's --

 5         A     400 -- I'm sorry.  Which --              09:43:21

 6         Q     4001 on the lower right-hand corner.

 7         A     4 double 0 -- 4004.  Oh, I see.  4001.

 8    Okay.  I'm --

 9         █    ████████████████████

 █    ████████████████████████████████████████    ██████████

 █    ████████████████████████████

 █              ████████████

 █         █    ████████

14         Q     What's the puck?

15         A     So I believe the puck here is the Velodyne   09:43:46

16    puck.

17              (Reporter clarification.)

18              The Velodyne puck.  It's a -- it's a LiDAR

19    from Velodyne.

20         Q     A LiDAR from Velodyne.                  09:43:57

21              MR. JAFFE:  Maybe you want to spell that

22    for the court reporter.

23              THE WITNESS:  Okay.  So Velodyne is

24    V-e-l-o-d-y-n-e.

25    BY MR. JACOBS:                                     09:44:07
```

Page 11



1      Q      Why did you call it the puck?

2      A      That's what Velodyne refers to the --

3   that's how they call their device.

10                                                         09:44:38

11     Q      So took nothing new in it compared to what?

12     A      To what we knew of -- of the -- the way

13   LiDARs are designed in general.

14     Q      The way they're designed --

15     A      The way LiDARs are designed in general.    09:44:51

16     Q      In general?

17     A      Mm-hmm.

18     Q      And what do you mean "the way LiDARs are

19   designed in general" in the context of this email or

20   this text message string?                            09:45:00

21     A      From our knowledge of both our LiDARs or

22   other LiDARs in the market.

                                                          09:45:19

                                                  Page 12