MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO'S PRECIS LETTER REQUESTING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their Response to Waymo's Precis Letter Requesting Permission to File Motion for Summary Judgment and Exhibits Thereto. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Response to Waymo's Precis Letter Requesting Permission to File Motion for Summary Judgment ("Response") | Highlighted Portions | Green (Plaintiff) |
| Exhibits 1 - 9 | Entirety | Plaintiff |
| Exhibit 10 | Entirety | Defendants |

The entirety of Exhibit 10 contains highly confidential concerning Uber's costs and investments, including potential costs. This information has been maintained as confidential by Uber. Disclosure of this information would allow competitors of Uber to understand Uber's expenditures and potential expenditures, such that competitors could tailor their costs and investment strategy and Uber's competitive standing would be harmed. (Yang Decl. ¶ 3.)

The green-highlighted portions of the Response and the entirety of Exhibits 1 to 9 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order. (Yang Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on August 24, 2017.

1  For the foregoing reasons, Defendants request that the Court enter the accompanying
2  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
3  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
4  ATTORNEYS' EYES ONLY."

6  Dated: August 24, 2017        MORRISON & FOERSTER LLP

                                 By:  */s/ Arturo J. González*
                                      ARTURO J. GONZÁLEZ

                                      Attorneys for Defendants
                                      UBER TECHNOLOGIES, INC. and
                                      OTTOMOTTO LLC