1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:    202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20 WAYMO LLC,                                  | Case No.    3:17-cv-00939-WHA

21          Plaintiff,                         | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO'S PRECIS LETTER REQUESTING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO**

22     v.

23 UBER TECHNOLOGIES, INC.,
   OTTOMOTTO LLC; OTTO TRUCKING LLC,
24
            Defendants.
25

26

27

28

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Response to Waymo's Precis Letter Requesting Permission to File Motion for Summary Judgment and Exhibits Thereto.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Waymo's Precis Letter Requesting Permission to File Motion for Summary Judgment ("Response") | Highlighted Portions | Green (Plaintiff) |
| Exhibits 1-9 | Entirety | Plaintiff |
| Exhibit 10 | Entirety | Defendants |

3. The entirety of Exhibit 10 contains highly confidential concerning Uber's costs and investments, including potential costs. This information has been maintained as confidential by Uber. Disclosure of this information would allow competitors of Uber to understand Uber's expenditures and potential expenditures, such that competitors could tailor their costs and investment strategy and Uber's competitive standing would be harmed.

4. The green-highlighted portions of the Response and the entirety of Exhibits 1 to 9 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

5. Defendants' request to seal is narrowly tailored to the portions of the Response and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of August, 2017 in Pittsburgh, Pennsylvania.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 24, 2017

*/s/ Arturo J. González*
ARTURO J. GONZÁLEZ