1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington, D.C. 20005
   Telephone: 202.237.2727
12 Facsimile: 202.237.6131

13 *Counsel for Defendants*
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1276)**<br><br>Judge:　　Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal exhibits to Uber's Opposition to Plaintiff Waymo LLC's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 1276) ("Opposition Brief"). Specifically, Uber requests an order granting leave to file under seal the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Opposition Brief | Highlighted Portions | Plaintiff |
| Exhibit 1 to the Liu Declaration | Entire Document | Plaintiff |

The highlighted portions of the Opposition Brief and entirety of Exhibit 1 contain information that Waymo designated or considers "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal. (*See* Liu Decl. ISO Uber's Administrative Motion to File Documents Under Seal, ¶ 3.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Dated: August 24, 2017                           BOIES SCHILLER FLEXNER LLP

By:  */s/ Karen L. Dunn*
     Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC

1

UBER'S ADMIN. MTN TO FILE UNDER SEAL EXHIBITS TO OPPOSITION TO WAYMO'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1276)
CASE NO. 3:17-CV-00939-WHA