|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:   Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition Brief | Highlighted Portions | Plaintiff |
| Exhibit 1 to the Liu Declaration | Entire Document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge