| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|   | ETate@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 6 | Facsimile:    415.268.7522 |
| 7 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 8 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 9 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 10 | Washington, D.C.  20005 |
|   | Telephone:    202.237.2727 |
| 11 | Facsimile:    202.237.6131 |

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF SHIRA LIU IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1276)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Judge:    Hon. Jacqueline Scott Corley |
| | Trial Date: October 10, 2017 |

I, Shira Liu, declare as follows:

1. I am an attorney at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Defendant Uber Technologies and Ottomotto LLC's Opposition to Plaintiff Waymo LLC's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 1276). I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the certified 30(b)(6) deposition transcript of Don Harrison, dated August 17, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of August, 2017, in Santa Monica, California.

*/s/ Shira Liu*
Shira Liu

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Shira Liu has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn