1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:     415.268.7000
   Facsimile:     415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Telephone:     202.237.2727
   Facsimile:     202.237.6131
10
   WILLIAM CARMODY (*Pro Hac Vice*)
11 bcarmody@susmangodfrey.com
   SHAWN RABIN (*Pro Hac Vice*)
12 srabin@SusmanGodfrey.com
   SUSMAN GODFREY LLP
13 1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019-6023
14
   Attorneys for Defendants
15 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF HALLEY JOSEPHS IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S REPONSE LETTER TO PLAINTIFF WAYMO LLC'S PRECIS LETTER REQUESTING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendant. | |
| | Judge:   The Honorable William Alsup |
| | Trial Date: October 10, 2017 |

I, Halley Josephs, declare as follows:

1. I am an attorney with the law firm of Susman Godfrey LLP. I am a member in good standing of the Bar of the State of New York. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Reponse Letter To Plaintiff Waymo LLC's Precis Letter Requesting Permission To File Motion For Summary Judgment.

2. Attached as **Exhibit 1** is a true and correct copy of a document marked as Exhibit 1239 at the deposition of Chelsea Bailey, taken on August 1, 2017.

3. Attached as **Exhibit 2** is a true and correct copy of a document marked as Exhibit 1263 at the deposition of John Krafcik, taken on August 2, 2017.

4. Attached as **Exhibit 3** are true and correct excerpts of the March 24, 2017 deposition of Gary T. Brown.

5. Attached as **Exhibit 4** are true and correct excerpts of the August 8, 2017 deposition of Gary Brown in his capacity as a 30(b)(6) witness for Waymo.

6. Attached as **Exhibit 5** is a true and correct copy of a document marked as Exhibit 1111 at the deposition of Larry Page, taken on July 17, 2017.

7. Attached as **Exhibit 6** is a true and correct copy of a document marked as Exhibit 1031 at the deposition of Daniel Chu, taken on April 3, 2017.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced by Waymo marked as WAYMO-UBER_00035450-WAYMO-UBER-00035451.

9. Attached as **Exhibit 8** is a true and correct copy of a document marked as Exhibit 1148 at the deposition of Jennifer Haroon, taken on July 26, 2017.

10. Attached as **Exhibit 9** is a true and correct copy of a document marked as Exhibit 1144 at the deposition of Jennifer Haroon, taken on July 26, 2017.

11. Attached as **Exhibit 10** is a true and correct excerpts from Defendants Uber Technologies, Inc. and Ottomotto LLC's First Supplemental Responses to Waymo's First Set of Common Interrogatories (Nos. 1-3).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of August, 2017, in San Francisco, California.

*/s/ Halley Josephs*
Halley Josephs

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Halley Josephs has concurred in this filing.

Dated: August 24, 2017

*/s/ Arturo J. González*
ARTURO J. GONZÁLEZ