UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO UBER'S SUMMARY JUDGMENT PRÉCIS** |

      Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its Opposition to Uber's Motion for Summary Judgment Précis (the "Administrative Motion").

      Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Opposition | Portions highlighted in blue | Defendants |
| | Portions highlighted in green | Waymo |
| Exhibit 1 to Waymo's Opposition | Portions highlighted in green | Waymo |
| Exhibit 2 to Waymo's Opposition | Portions highlighted in green | Waymo |
| Exhibit 3 to Waymo's Opposition | Portions outlined in blue | Defendants |
| | Portions highlighted in green | Waymo |
| Exhibit 4 to Waymo's Opposition | Entire Document | Defendants |
| | Entire Document | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge