# EXHIBIT 1
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
---oOo---

WAYMO LLC,
Plaintiff,
vs. No. 3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,
Defendants.
____________________________/

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

WAYMO LLC RULE 30(b)(6)
VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
PALO ALTO, CALIFORNIA
THURSDAY, AUGUST 3, 2017

REPORTED BY:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
CSR LICENSE NO. 9830
JOB NO. 2663199
PAGES 1 - 371

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

16:03

" 16:03

Do you see that? 16:03

A I do see that. 16:03

Q Okay.

16:04

Page 228

Veritext Legal Solutions
866 299-5127

16:05

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

