# EXHIBIT 3
# FILED UNDER SEAL

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC
 6       Plaintiff,
 7           vs.              Case No. 17-cv-00939-WHA
 8   UBER TECHNOLOGIES,INC.;
     OTTOMOTTO, LLC; OTTO
 9   TRUCKING LLC,
10       Defendants.
     _____
11
12
13
14
15     *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
16          VIDEO DEPOSITION OF DANIEL GRUVER
17             San Francisco, California
18              Friday, August 4, 2017
19                   Volume II
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2671821
25   PAGES 74 - 415
```

Page 74

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
1    materials.  It is well made for ███████████.        02:59
2         Q.    I see.
3               How many other different materials did
4    you consider?
5         A.    Well -- hm.  Like did I -- probably --   03:00
6         Q.    I'm talking about actively considering.
7         A.    Yeah, yeah.  Probably three or four.
8    ███ ████████████████████████████████████████
███ ███ ██████████
███ ███ █████████████████████████████████ ███
███ ████████████████████████████████
███ ████
███ ███ ████████████████████████████████
███ █████████████████████████████████████
███ █████████████████████████████████ ███
███ ███ ██████████████████████████████
███ ██████████████████████████████
███ ████████████████████████████
███ █████████████████████████████████
███ █████████ ███
███ ███ ██████
███ ███ █████████████████████████████
███ ████████████████████████████████
███ ██████████████████████████
███ ███ ████                                            03:01
```

Page 274

```
 1        Q.   Okay.  And you used that knowledge to              03:01
 2   help design the (      ) that we were talking about
 3   here in March of 2016, didn't you?
 4        A.   Sorry.  Repeat that?
 5   ▮   (▮                                              )    ▮
     ▮   (▮                                         )
     ▮   (▮                                    )
     ▮        ▮     ▮
 9        Q.   Okay.  When -- (▮                         )
10   (▮        ) that we are talking about --                      03:02
11        A.   Yes.
12        Q.   -- did you -- did you create that from
13   scratch or did you get it from another source?
14        A.   Sorry.  In which part?
15        Q.   So I am referring to your initial (▮ )            03:02
16   lens design.
17        A.   Uh-huh.
18        Q.   The (▮              ) you are not a
19   specialized optical engineer, right?
20        A.   No.                                                 03:03
21        Q.   Where did you get the (▮              )
22   from?
23        A.   So using an optimization function in
24   Zemax, it was based on sort of, I guess,
25   optimizing -- either minimizing or maximizing             03:03
```