# EXHIBIT 1
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4                    ---oOo---
 5
 6   WAYMO LLC,
 7         Plaintiff,
 8   vs.                          No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
     _____/
12
13       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15             WAYMO LLC RULE 30(b)(6)
16       VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                PALO ALTO, CALIFORNIA
18               THURSDAY, AUGUST 3, 2017
19
20
21   REPORTED BY:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23   CSR LICENSE NO. 9830
24   JOB NO. 2663199
25   PAGES 1 - 371
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████         16:03
 2   █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████"                           16:03
11       Do you see that?                         16:03
12   A   I do see that.                           16:03
13   Q   Okay.  ████████████████████████████
         █  ██████████
         █  ████████████████
         █  ██████████████
         █  ██████████████████████████
         ██████████████████████████████████
         █  ███████████████████████████████████████
         ███████████████████████████████████████
         █████████████████████████████████
         █  █████████████████████████████████
         █████████████████████
         █  ███████████████████████████████
         ███████████████████████████████████       16:04
```


Page 228

[redacted] 16:05

[redacted]



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY







