# EXHIBIT 2
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 479

1                   UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                    SAN FRANCISCO DIVISION

4    _____

5    WAYMO LLC,                             )

                                            )

6                    Plaintiff,             )

        vs.                                 )   Case No.

7                                           )   17-cv-00939-WHA

     UBER TECHNOLOGIES, INC.;               )

8    OTTOMOTTO, LLC; OTTO TRUCKING LLC,     )

                                            )

9                    Defendants.            )

                                            )

10                                          )

     _____)

11

12        HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

13

14                 UNDER THE PROTECTIVE ORDER

15                  VIDEOTAPED DEPOSITION OF

16                      GAETAN PENNECOT

17                 San Francisco, California

18                 Thursday, August 9, 2017

19                        Volume IV

20

21

22   Reported by:

     MARY J. GOFF

23   CSR No. 13427

24   Job No. 2675906

25   PAGES 479 - 763

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | was derived, in part, from the work that you did | 02:38:29 |
| 2 | previously on FAC lenses for the GBR3, such as shown | 02:38:33 |
| 3 | in Exhibit 533? | 02:38:37 |
| 4 | MR. MUINO:  Objection, form. | 02:38:39 |
| 5 | A     Would you agree? | 02:38:45 |
| 6 | Q    (BY MR. JAFFE) Would you agree that your | 02:38:46 |
| 7 | work on creating the FAC lens for Fuji here in | 02:38:47 |
| 8 | Exhibit 105 was derived, in part, from the work you | 02:38:51 |
| 9 | did previously on FAC lenses for GBR3, such as those | 02:38:56 |
| 10 | shown in Exhibit 533? | 02:39:01 |
| 11 | MR. MUINO:  Same objection. | 02:39:04 |
| 12 | A     So I mean, I gained a lot of experience | 02:39:05 |
| 13 | with ZEONEX while at Google, so the optimization -- | 02:39:08 |
| 14 | yeah, like, it helped me, like, probably in the | 02:39:19 |
| 15 | optimization.  Like, overall with ZEONEX I have been | 02:39:23 |
| 16 | getting much better. | 02:39:27 |
| 17 | Q    (BY MR. JAFFE) I mean, you're not sitting | 02:39:28 |
| 18 | here telling me that ██████████████ | ██████ |
| | ███████████████████ | ██████ |
| | ████████████████████ | ██████ |
| | ███████ | 02:39:40 |
| 22 | MR. MUINO:  Objection, form. | 02:39:41 |
| 23 | A     So I mean -- ██████████████ | ██████ |
| | ████████████████ | ██████ |
| | █████████████████ | 02:40:01 |

Page 641

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████      02:40:05

 2   ████████████████████████████████████  ████████

 █   ████████  ████████████████████        02:40:16

 4            ████████████████████████████  ████████

 █   ██████████████████████████████████████  ████████

 █   ██████                                   02:40:26

 7       Q    (BY MR. JAFFE) All right.  You're not    02:40:28

 8   answering my questions.  My -- my question is:     02:40:29

 9   ████████████████████████████████████, is not      02:40:33

10   a coincidence, is it?                              02:40:36

11            MR. MUINO:  Objection, form.              02:40:38

12       A    I mean, in some ways, yeah, it's -- it's  02:40:40

13   in my head.  I have, like, some experience from    02:40:46

14   before, and I -- and you know -- like, you're always 02:40:49

15   impacted by your previous experience.              02:40:52

16       Q    (BY MR. JAFFE) Right.  So the design here 02:40:56

17   in Exhibit 105 is based, in part, on your work on  02:40:57

18   creating the G -- GBR FAC lens shown here in       02:41:02

19   Exhibit 533, right?                                02:41:06

20       A    So I --                                   02:41:07

21            MR. MUINO:  Objection, form.              02:41:07

22       A    -- I used my experience.  You know, like, 02:41:07

23   my previous experience is always here in my head, so 02:41:10

24   I don't know in which sense I used it or not.  I -- 02:41:16

25            I don't -- was I thinking -- I don't know. 02:41:22
```

Page 642

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | ██████████████████████████████ | 02:41:29 |
| 2 | ██████████████████████████████ | 02:41:33 |
| 3 | ████████████████████████ | ████████ |
| █ | ██    ██████████████████████████ | ████████ |
| █ | ██  ███████████████████  So some of it maybe, | 02:41:45 |
| 6 | like -- you know, my work at Google may have | 02:41:48 |
| 7 | impacted a little bit of my work on the FAC lens. | 02:41:58 |
| 8 | MR. MUINO:  Jordan, I think it's been more | 02:42:32 |
| 9 | than an hour since our last break.  Is this a good | 02:42:33 |
| 10 | time for a break? | 02:42:37 |
| 11 | MR. JAFFE:  Sure. | 02:42:39 |
| 12 | THE VIDEOGRAPHER:  Off the record at | 02:42:41 |
| 13 | 2:42 p.m. | 02:42:43 |
| 14 | (A break was taken from 2:42 p.m. to | 02:42:44 |
| 15 | 2:55 p.m.) | 02:42:46 |
| 16 | THE VIDEOGRAPHER:  Back on the record at | 02:55:12 |
| 17 | 2:55 p.m. | 02:55:15 |
| 18 | Q    (BY MR. JAFFE) I'm going to mark as | 02:55:18 |
| 19 | Exhibit 539, a document labeled UBER 86702. | 02:55:18 |
| 20 | (Exhibit 539 was marked for identification | 02:55:26 |
| 21 | and is attached to the transcript.) | 02:55:26 |
| 22 | Q    (BY MR. JAFFE) Mr. Pennecot, do you see I | 02:55:38 |
| 23 | have marked -- marked as -- Exhibit 539? | 02:55:39 |
| 24 | A    I see. | 02:55:48 |
| 25 | Q    This is a transmit board for the Fuji, | 02:55:50 |

Page 643