# EXHIBIT 3
# FILED UNDER SEAL

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5     WAYMO LLC
6          Plaintiff,
7              vs.            Case No. 17-cv-00939-WHA
8     UBER TECHNOLOGIES,INC.;
      OTTOMOTTO, LLC; OTTO
9     TRUCKING LLC,
10         Defendants.
      _____
11
12
13
14
15     *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
16            VIDEO DEPOSITION OF DANIEL GRUVER
17                San Francisco, California
18                 Friday, August 4, 2017
19                       Volume II
20
21
22    REPORTED BY:
23    REBECCA L. ROMANO, RPR, CSR No. 12546
24    JOB NO. 2671821
25    PAGES 74 - 415
```

Page 74

```
1    materials.  It is well made for ████████████.         02:59
2         Q.    I see.
3               How many other different materials did
4    you consider?
5         A.    Well -- hm.  Like did I -- probably --     03:00
6         Q.    I'm talking about actively considering.
7         A.    Yeah, yeah.  Probably three or four.
```



```
                                                          03:01
```

Page 274

```
1       Q.   Okay.  And you used that knowledge to            03:01
2   help design the (▮▮▮▮▮) that we were talking about
3   here in March of 2016, didn't you?
4       A.   Sorry.  Repeat that?
5   ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮
    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮ ▮▮ ▮▮
9       Q.   Okay.  When -- (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)
10  (▮▮▮▮▮) that we are talking about --               03:02
11      A.   Yes.
12      Q.   -- did you -- did you create that from
13  scratch or did you get it from another source?
14      A.   Sorry.  In which part?
15      Q.   So I am referring to your initial (▮▮)   03:02
16  lens design.
17      A.   Uh-huh.
18      Q.   The (▮▮▮▮▮▮▮▮▮▮▮) you are not a
19  specialized optical engineer, right?
20      A.   No.                                       03:03
21      Q.   Where did you get the (▮▮▮▮▮▮▮▮▮▮)
22  from?
23      A.   So using an optimization function in
24  Zemax, it was based on sort of, I guess,
25  optimizing -- either minimizing or maximizing      03:03
```