UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br>   v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**STIPULATION TO TAKE CERTAIN DEPOSITIONS ORDERED ON AUGUST 22, 2017 [DKT 1303] ON AUGUST 25, 2017 AND [PROPOSED] ORDER** |

1   WHEREAS, Defendants Uber and Ottomotto ("Defendants") moved to compel Plaintiff Waymo LLC ("Waymo") produce a witness or witnesses on Topics 5 and 8 of Defendants' Rule 30(b)(6) Notice, and Waymo opposed that motion;

WHEREAS, on August 22, 2017, the Court granted Defendants' motion (Dkt. 1303);

WHEREAS, the current fact discovery cut-off date and date for opening expert reports is August 24;

WHEREAS, upon receipt of the Court's order, Waymo promptly provided available dates for the witnesses designated to testify on Topics 5 and 8, and provided those dates to Defendants on August 22;

WHEREAS, the earliest date the witnesses are available after the Court's August 22 Order is August 25, and Waymo offered to make each one available on that date;

WHEREAS, Defendants agreed to depose Waymo's witnesses on Topics 5 and 8 on August 25.

THEREFORE, the parties stipulate as follows: Defendants will depose Waymo's 30(b)(6) designees on Topics 5 and 8 on August 25, 2017.

IT IS STIPULATED.

DATED:  August 24, 2017            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/Charles K. Verhoeven*
Charles K. Verhoeven
*Attorneys for WAYMO LLC*

DATED:  August 24, 2017            MORRISON & FOERSTER

By */s/ Arturo Gonzalez*
Arturo Gonzalez
*Attorneys for Uber Technologies, Inc.; Ottomotto, LLC*

-2-

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: _____, 2017

_____
Magistrate Judge Jacqueline Scott Corely

01980-00104/9509575.1

-2-   No. 3:17-cv-00939-WHA
STIPULATION TO TAKE CERTAIN DEPOSITIONS ORDERED ON AUGUST 22, 2017 [DKT 1303] ON AUGUST 25, 2017

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Arturo Gonzalez.

/s/ *Charles K. Verhoeven*
Charles K. Verhoeven