1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   RACHAEL E. MENY - # 178514
3  rmeny@keker.com
   JENNIFER A. HUBER - # 250143
4  jhuber@keker.com
   JO W. GOLUB - # 246224
5  jgolub@keker.com
   THOMAS E. GORMAN - # 279409
6  tgorman@keker.com
   W. HAMILTON JORDAN - # 295004
7  wjordan@keker.com
   633 Battery Street
8  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
9  Facsimile:     415 397 7188

10 Attorneys for Non-Party Keker, Van Nest &
   Peters LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>                Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                Defendants. | Case No. 17-cv-00939-WHA (JSC)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY KEKER, VAN NEST & PETERS LLP'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**<br><br>Dept.:   F—15th Floor<br>Judge:   Hon. Jacqueline Scott Corley<br><br>Date Filed: February 23, 2017<br><br>Trial Date: October 2, 2017 |
|---|---|

After considering Keker, Van Nest & Peters LLP's Motion for Protective Order and to Quash Subpoena, the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, the Court ORDERS as follows:

Keker, Van Nest & Peters LLP's Motion to Quash Otto Trucking's subpoena of Keker, Van Nest & Peters LLP is **GRANTED**.  Otto Trucking is not entitled to the requested documents or deposition testimony from Keker, Van Nest & Peters LLP.

**IT IS SO ORDERED**.

Dated: _____

JUDGE JACQUELINE SCOTT CORLEY