UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY FROM UBER** |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2   certain information in its Motion to Compel Further 30(b)(6) Testimony from Uber ("Waymo's
3   Administrative Motion").
4   Having considered Waymo's Administrative Motion, and good cause to seal having been
5   shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6   documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion to Compel Further 30(b)(6) Testimony from Uber ('Waymo's Motion") | Highlighted in Blue | Defendants |
| Exhibit B to Waymo's Motion | Entire Document | Defendants |
| Exhibit C to Waymo's Motion | Highlighted in Blue | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge