# EXHIBIT C
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6          Plaintiff,
 7   vs.                                     Case No.
 8   UBER TECHNOLOGIES, INC.;          3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
12   _____/
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF JEFF HOLDEN
17                 SAN FRANCISCO, CALIFORNIA
18                 TUESDAY, AUGUST 15, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2660984
24
25   PAGES 1 - 341
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    No.                                                    11:07
 2      Q    And by December of 2015, ▓▓▓▓▓▓▓▓▓▓▓▓▓                 11:08
 3   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              11:08
 4   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              11:08
 5   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?                                        11:08
 6      A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                     11:08
 7   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:08
 8      Q    Okay.                                                  11:08
 9      A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   11:08
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                     11:08
11      Q    So, your recollection is that, in this                 11:08
12   entire -- in the entire time frame we've been                  11:08
13   discussing so far, which is 2015, ▓▓▓▓▓▓▓▓▓▓                   11:08
14   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?                                11:08
15      A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                     11:08
16      Q    Okay.                                                  11:08
17      A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    11:08
18   ▓▓▓▓▓▓                                                         11:08
19      Q    Okay.  And, do you recall ▓▓▓▓▓▓▓▓▓▓                   11:08
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    11:08
21      A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    11:08
22      Q    Are there documents that reflect ▓▓▓▓?                 11:08
23      A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                           11:08
24   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                     11:09
25      Q    Are there -- is there -- if I wanted to try            11:09
```

Page 107

```
 1   to go find █████████████████████████████████    11:09
 2   ██████████████████████████████████████████      11:09
 3   ████████████?                                   11:09
 4        A    I mentioned ██████████ That was ██    11:09
 5   ██████████████████████████████████████████      11:09
 6   ████████                                        11:09
 7             You'll later find a reference to █    11:09
 8   ██████████████████████████████████████████      11:09
 9   ██████████████████████████████████              11:09
10   ██████████████████████████████████              11:09
11        Q    ██████████████████████               11:09
12        A    ████                                  11:09
13        Q    And so, when you say they later ██   11:09
14   ██████████████████████████████████████████      11:09
15   ████████████████████████████████████████?       11:09
16        A    They -- we were -- we were looking in 11:09
17   ██████████████████████████████████              11:09
18   ████████████████████████                        11:09
19        Q    Okay.                                 11:09
20        A    ██████████████████████████████████    11:09
21        Q    And, as of December of 2015, Uber was █ 11:09
22   ████████████████?                               11:10
23        A    ████                                  11:10
24             MS. ROBERTS:  All right.  Let's take our 11:10
25   break.                                          11:10
```

```
 1   vehicle technology sort of when you first had your        16:38
 2   first contact with Mr. Levandowski, and then before       16:38
 3   you started more active negotiations.                     16:38
 4           Focusing on the time when you stepped away        16:38
 5   from the program, can you describe for me the state of   16:38
 6   Uber's autonomous vehicle technology?                     16:38
 7       A   In what terms?                                    16:38
 8           MR. BRILLE:  Object to form.                      16:38
 9           MS. ROBERTS:  Q.  At that time, how far away      16:38
10   was Uber from its planned launch?                         16:38
11       A   ███████████████████████████████████████████       16:38
12   ████████████████████████████████████████████████████      16:38
13   ██████████████████████                                    16:38
14       Q   And so, was that the date you previously          16:38
15   testified to, ██████████████████  I think?                16:38
16       A   That's what I remember.  But I -- I saw           16:38
17   something in the documentation that talked about it       16:39
18   being ██████████████████████████████████████████████      16:39
19   ████████████████████████████████████████████████████      16:39
20   ██████████                                                16:39
21       Q   It certainly didn't -- ████████████████████       16:39
22   ████████████████  right?                                  16:39
23       A   ██████████████████████████████████████████        16:39
24   ██████████████████████████████  We have -- as             16:39
25   you -- as you know, there are -- from the media,          16:39
```

```
 1    there -- there are vehicles on the road, you know,           16:39
 2    currently in multiple cities, but ████████████████            16:39
 3    ████████████████████                                          16:39
 4         Q   And ████████████████████████████████ that            16:39
 5    ████████████████████████████████████ correct?                 16:39
 6         A   I mean, it would initially be a safety               16:39
 7    driver, but then it would transition to no safety             16:39
 8    driver for those specific routes I talked about.              16:39
 9         Q   And, as of when you shifted away from being          16:39
10    involved in the autonomous vehicle program, were              16:39
11    you --████████████████████████████████████████████            16:39
12    ████████████████████████████                                  16:39
13         A   Yes.                                                 16:39
14             MR. BRILLE:  Object to form.                         16:39
15             THE WITNESS:  Oh, yes, yes.                          16:39
16             MS. ROBERTS:  Q.  As of when you shifted away        16:39
17    from the autonomous vehicle program, ████████████████         16:39
18    ████████████?                                                 16:40
19         A   ████                                                 16:40
20         Q   As of the time that ████████████████████             16:40
21    ████████████████████████████████████████████                  16:40
22    ████████████████████████████████████                          16:40
23         A   Not that I'm aware of.  But I think the              16:40
24    answer is definitely no, because I would know.                16:40
25             I mean, there's -- the reason that's the             16:40
```

Veritext Legal Solutions
866 299-5127