# EXHIBIT C
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6           Plaintiff,
 7   vs.                                  Case No.
 8   UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11           Defendants.
12   _____/
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16           VIDEOTAPED DEPOSITION OF JEFF HOLDEN
17                  SAN FRANCISCO, CALIFORNIA
18                  TUESDAY, AUGUST 15, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2660984
24
25   PAGES 1 - 341
```

Page 1

```
 1      A    No.                                                    11:07
 2      Q    And by December of 2015, ▮▮▮▮▮▮▮▮▮▮▮                   11:08
 3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  11:08
 4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  11:08
 5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?                                           11:08
 6      A    ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      11:08
 7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                           11:08
 8      Q    Okay.                                                  11:08
 9      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      11:08
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                             11:08
11      Q    So, your recollection is that, in this                 11:08
12   entire -- in the entire time frame we've been                  11:08
13   discussing so far, which is 2015, ▮▮▮▮▮▮▮▮▮▮                   11:08
14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?                              11:08
15      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                      11:08
16      Q    Okay.                                                  11:08
17      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      11:08
18   ▮▮▮▮                                                           11:08
19      Q    Okay.  And, do you recall ▮▮▮▮▮▮▮▮▮                    11:08
20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                       11:08
21      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          11:08
22      Q    Are there documents that reflect ▮▮▮▮?                 11:08
23      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            11:08
24   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          11:09
25      Q    Are there -- is there -- if I wanted to try            11:09
```

Page 107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    to go find ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:09
 2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:09
 3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?                                      11:09
 4         A    I mentioned ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  That was ▮▮    11:09
 5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:09
 6    ▮▮▮▮▮▮▮.                                              11:09
 7              You'll later find a reference to ▮▮▮▮▮▮    11:09
 8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:09
 9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮             11:09
10    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮             11:09
11         Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               11:09
12         A    ▮▮▮▮▮                                      11:09
13         Q    And so, when you say they later ▮▮▮▮▮▮▮    11:09
14    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:09
15    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?           11:09
16         A    They -- we were -- we were looking in      11:09
17    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮             11:09
18    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            11:09
19         Q    Okay.                                      11:09
20         A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      11:09
21         Q    And, as of December of 2015, Uber was ▮    11:09
22    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?                                     11:10
23         A    ▮▮▮▮▮                                      11:10
24              MS. ROBERTS:  All right.  Let's take our   11:10
25    break.                                                11:10
```

Veritext Legal Solutions
866 299-5127

```
 1   vehicle technology sort of when you first had your         16:38
 2   first contact with Mr. Levandowski, and then before        16:38
 3   you started more active negotiations.                      16:38
 4          Focusing on the time when you stepped away          16:38
 5   from the program, can you describe for me the state of    16:38
 6   Uber's autonomous vehicle technology?                      16:38
 7      A    In what terms?                                     16:38
 8          MR. BRILLE:  Object to form.                        16:38
 9          MS. ROBERTS:  Q.  At that time, how far away        16:38
10   was Uber from its planned launch?                          16:38
11      A    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆         16:38
12   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆            16:38
13   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                       16:38
14      Q    And so, was that the date you previously          16:38
15   testified to, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆  I think?                   16:38
16      A    That's what I remember.  But I -- I saw           16:38
17   something in the documentation that talked about it        16:39
18   being ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆          16:39
19   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆            16:39
20   ▆▆▆▆▆▆                                                    16:39
21      Q    It certainly didn't -- ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆            16:39
22   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆  right?                                    16:39
23      A    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆               16:39
24   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆  We have -- as             16:39
25   you -- as you know, there are -- from the media,          16:39
```

```
 1    there -- there are vehicles on the road, you know,         16:39
 2    currently in multiple cities, but ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           16:39
 3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                        16:39
 4         Q   And ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that               16:39
 5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ correct?                     16:39
 6         A   I mean, it would initially be a safety             16:39
 7    driver, but then it would transition to no safety          16:39
 8    driver for those specific routes I talked about.           16:39
 9         Q   And, as of when you shifted away from being       16:39
10    involved in the autonomous vehicle program, were           16:39
11    you --▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     16:39
12    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                        16:39
13         A   Yes.                                              16:39
14             MR. BRILLE:  Object to form.                      16:39
15             THE WITNESS:  Oh, yes, yes.                       16:39
16             MS. ROBERTS:  Q.  As of when you shifted away     16:39
17    from the autonomous vehicle program, ▮▮▮▮▮▮▮▮▮▮▮            16:39
18    ▮▮▮▮▮▮▮▮▮?                                                  16:40
19         A   ▮▮▮▮                                               16:40
20         Q   As of the time that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                16:40
21    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                              16:40
22    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                       16:40
23         A   Not that I'm aware of.  But I think the           16:40
24    answer is definitely no, because I would know.             16:40
25             I mean, there's -- the reason that's the          16:40
```

Page 305