UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF ON ANTHONY LEVANDOWSKI'S ASSERTION OF INDIVIDUAL ATTORNEY-CLIENT PRIVILEGE AND THE SCOPE OF UBER'S WAIVER** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal certain information in its Supplemental Brief on Anthony Levandowski's Assertion of an Individual Attorney-Client Privilege and the Scope of Uber's Waiver ("Waymo's Administrative Motion").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Supplemental Brief on Anthony Levandowski's Assertion of an Individual Attorney-Client Privilege and the Scope of Uber's Waiver ("Waymo's Brief") | Highlighted in Blue |
| Exhibit 1 to Waymo's Brief | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge