UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

vs.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

CASE NO. 3:17-cv-00939-WHA

**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OFFER OF PROOF REGARDING DEFENDANTS' TRADE SECRET MISAPPROPRIATION**

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Its Offer of Proof Regarding Defendants' Trade Secret Misappropriation ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Offer of Proof | Highlighted portions | Waymo, Defendants, and third party Velodyne |

**IT IS SO ORDERED.**

Dated: ______________, 2017

______________________________
HON. WILLIAM ALSUP
United States Magistrate Judge