IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER GRANTING PERMISSION TO FILE MOTIONS FOR SUMMARY JUDGMENT** |

Having considered the parties' précis letters and the responses thereto (Dkt. Nos. 1296, 1300–01, 1333, 1335, 1340, 1342), the Court **GRANTS** permission to file all proposed motions for summary judgment. As a reminder, all defendants must make their summary judgment arguments in a single motion, subject to normal page limitations. The motions shall be filed by **AUGUST 31 AT NOON**, with responses due by **SEPTEMBER 12 AT NOON** and replies due by **SEPTEMBER 18 AT NOON**. A hearing on the motions is set for **SEPTEMBER 20 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE