QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939<br><br>**WAYMO'S RESPONSE TO ORDER RE INTERNET AND SOCIAL MEDIA SEARCHES OF JURORS**<br><br>Judge: The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

Pursuant to the Court's August 18, 2017 Order Re Internet and Social Medial Searches of Jurors (Dkt. 1262), Waymo hereby submits the following response:

Waymo consents in this case to a ban against Internet research on the venire or the empaneled jury until the trial is over, and also respectfully requests one hour for it to conduct *voir dire* of the prospective jurors.

DATED: August 25, 2017                     QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                           By */s/ Charles K. Verhoeven*
                                               Charles K. Verhoeven
                                               Attorneys for WAYMO LLC