UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: ANTHONY LEVANDOWSKI IN CAMERA SUBMISSION IN RESPONSE TO WAYMO'S FURTHER DOCUMENT REQUESTS**<br><br>Re: Dkt. No. 1213 |

The Court previously ordered non-party Anthnony Levandowski to make a further submission in support of his refusal to produce documents or even a privilege log in response to certain Waymo supplemental document requests. (Dkt. No. 1208.) The Court has now reviewed Mr. Levandowski's public and *in camera* submissions in response to the Court's order and is satisfied that Mr. Levandowski's withholding of documents, if any, is an appropriate exercise of his Fifth Amendment privilege against self incrimination. No further disclosure is required.

Any objections to this Order must be filed with the district court on or before August 28, 2017.

**IT IS SO ORDERED.**

Dated: August 25, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge