MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEEFNDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO THE COURT'S ORDER REGARDING INTERNET AND SOCIAL MEDIA SEARCHES OF JURORS**<br><br>Judge: The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

1  In response to the Court's August 18, 2017 Order (Dkt. 1262), Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") consent to a ban of social media searches of the venire or the empaneled jury until trial is over.

Defendants also respectfully request that they be permitted one hour for their voir dire of potential jurors.

Dated: August 25, 2017                MORRISON & FOERSTER LLP

By:   */s/ Arturo J. González*
      ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UBER AND OTTOMOTTO'S RESPONSE TO COURT'S ORDER RE INTERNET AND SOCIAL MEDIA SEARCHES
Case No. 3:17-cv-00939-WHA
sf-3818209

1