Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
James Lin (SBN 310440)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO RESPONSE TO PLAINTIFF'S LIST OF ALLEGED DISCOVERY MISCONDUCT**<br><br>Courtroom:    8<br>Judge:           Hon. William Alsup<br>Trial Date:    October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Hong-An Vu<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this motion for an order to file under seal its Response to Plaintiffs' List of
3  Alleged Discovery Misconduct (the "Response").  Specifically, Otto Trucking requests an order
4  granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 2 | Entire Document |

The above referenced document was produced by Otto Trucking as non-confidential, but in an abundance of caution, Otto Trucking is submitting this exhibit underseal because the transcript during which Exhibit 2 was produced is still provisionally marked as Highly-Confidential – Attorneys' Eyes Only.

Otto Trucking maintains that Exhibit 2 does not need to be filed under seal. However, Otto Trucking anticipates that Waymo will file a declaration in accordance with Local Rule 79-5 if it has a basis to seal Exhibit 2 despite its public disclosure of the contents of Exhibit 2.

Otto Trucking's request to seal is narrowly tailored to those portions of the Response and its supporting documents that merit provisional sealing.

Dated:  August 24, 2017                              Respectfully submitted,

                                                     By:    */s/   Hong-An Vu*
                                                            Neel Chatterjee
                                                            *nchatterjee@goodwinlaw.com*
                                                            Brett Schuman
                                                            *bschuman@goodwinlaw.com*
                                                            Shane Brun
                                                            *sbrun@goodwinlaw.com*
                                                            Rachel M. Walsh
                                                            *rwalsh@goodwinlaw.com*
                                                            Hong-An Vu
                                                            *hvu@goodwinlaw.com*
                                                            Hayes P. Hyde
                                                            *hhyde@goodwinlaw.com*
                                                            James Lin
                                                            *jlin@goodwinlaw.com*
                                                            **GOODWIN PROCTER LLP**

                                                     *Attorneys for Defendant:* Otto Trucking LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 25, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 25, 2017**.

/s/   Hong-An Vu
HONG-AN VU