1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
   **GOODWIN PROCTER LLP**
14 601 S. Figueroa Street, 41st Floor
   Los Angeles, California  90017
15 Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673
16
   *Attorneys for Defendant: Otto Trucking LLC*

17                **UNITED STATES DISTRICT COURT**
18                **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
19

| | |
|---|---|
| 20  Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| 21         Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO RESPONSE TO PLAINTIFF'S LIST OF ALLEGED DISCOVERY MISCONDUCT** |
| 22         v. | |
| 23  Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| 24         Defendants. | Courtroom:    8<br>Judge:         Hon. William Alsup<br>Trial Date:    October 10, 2017 |
| 25 | |
| 26 | Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal |
| 27 | 2. Declaration of Hong-An Vu<br>3. Redacted/Unredacted Versions |
| 28 | 4. Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2 File Under Seal Portions of Its Response to Precis (the "Response").  Having considered the
3 Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto
4 Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of
5 documents listed below that are adequately supported by declarations provided by Plaintiff
6 Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or "Confidential"
7 information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 2 | Entire Document |

**IT IS SO ORDERED.**


Dated: _____, 2017    _____
                                            HON. WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE