# EXHIBIT 3

EXHIBIT 3

**Seval**

Sun, Jul 30, 2:41 PM

> I'm at Apple until 3:00pm then free if u are around.

>> I'm close but not sure I can make it today. What about tomorrow

> Tomorrow no good for me. It's ok.

>> Can we do evening? I'd at least like to get the ear rings

> Heading to Fremont to buy a car and have dinner with friends up there. Tuesday then?

Sun, Jul 30, 4:44 PM

>> Tuesday is great. Thanks

> I have earrings So no issues

LEV_005019



