QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal information in its August 25, 2017 Opposition to Otto Trucking's Motion to Compel a Sworn Statement (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 5 to Waymo's Opposition | Portions highlighted in green | Waymo |
| Exhibit 8 to Waymo's Opposition | Entire document | Waymo |
| Exhibit 9 to Waymo's Opposition | Portions highlighted in green | Waymo |
| Exhibit 10 to Waymo's Opposition | Entire document | Waymo |

3. Portions of Exhibit 5 contain, discuss, or refer to Waymo's confidential business information, including descriptions of internal Google security tools used to detect and investigate potential malfeasance. Exhibit 8 is a document containing comprehensive investigative steps taken by Google's security engineers. Information about Google's security tools and investigative steps would give malicious actors information on how to thwart or evade Google security.

4. In Exhibit 9, certain names not relevant to the disposition of Waymo's Opposition are sealed to protect privacy interests.

5. Exhibit 10 is a collection of documents that Waymo has produced in this litigation, designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the protective order. These documents include documents from Google's internal, Google-only intranet server, and from Google's internal, Waymo-only website, which includes Waymo's highly confidential business strategy and planning. Public disclosure of this information to Waymo's competitors would harm

1 Waymo by giving its competitors access to Waymo's highly confidential internal business thinking.
2 Waymo's request to seal is narrowly tailored to only the confidential information.
3    I declare under penalty of perjury under the laws of the State of California that the foregoing is
4 true and correct, and that this declaration was executed in San Francisco, California, on August 25,
5 2017.

By */s/ Lindsay Cooper*
Lindsay Cooper
Attorneys for WAYMO LLC

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven