UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO OTTO TRUCKING'S MOTION TO COMPEL A SWORN STATEMENT** |

　　Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its August 25, 2017 Opposition to Otto Trucking's Motion to Compel a Sworn Statement (the "Administrative Motion").

　　Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 5 to Waymo's Opposition | Portions highlighted in green | Waymo |
| Exhibit 8 to Waymo's Opposition | Entire document | Waymo |
| Exhibit 9 to Waymo's Opposition | Portions highlighted in green | Waymo |

| Exhibit 10 to Waymo's Opposition | Entire document | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge