1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI** |
|---|---|

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. On Thursday, July 27, on a meet-and-confer call with counsel for Otto Trucking as well as Special Master John Cooper, I expressed surprise that Otto Trucking had sent an email re-opening issues that I had thought resolved as of June 27. I explained that the issues raised by Otto Trucking's July 27 email were covered in previous emails dated June 21 and June 27.

3. Although I do not recall the date, I specifically remember discussing on a conference call with Special Master Cooper and opposing counsel the issue of whether to serve a special pleading detailing Waymo's written explanation concerning its retention of SVN log data. I specifically recall taking the call from my sister's house in Los Altos Hills. I recall Special Master Cooper stating that Waymo's written representation via email stood as its word and obviated the need for a special pleading.

4. On August 25, 2017, I asked Gary Brown how long it would take him to pull full CAMP/Armada records for 34 people. He estimated one week. Mr. Brown had previously explained to me the steps necessary to pull historical web traffic data for an individual user, and I consulted my notes from that conversation in drafting Waymo's Opposition.

5. Attached as Exhibit 1 is a true and correct copy of an email sent by Jeff Nardinelli on June 8, 2017.

6. Attached as Exhibit 2 is a true and correct copy of an email sent by Jeff Nardinelli on June 15, 2017.

7. Attached as Exhibit 3 is a true and correct copy of an email sent by Jeff Nardinelli on June 27, 2017.

8. Attached as Exhibit 4 is a true and correct copy of an email sent by Jeff Nardinelli on July 13, 2017.

9. Attached as Exhibit 5 is a true and correct copy of an email and attachment received from Hong-An Vu on August 1, 2017.

10. Attached as Exhibit 6 is a true and correct copy of an executed version of a forensic examination protocol concerning two hard drives previously used by Anthony Levandowski.

11. Attached as Exhibit 7 is a true and correct copy of Waymo's Responses and Objections to Otto Trucking's First Set of Requests for Admission, served August 24, 2017.

12. Attached as Exhibit 8 is a true and correct copy of a document produced by Waymo in this action bearing Bates number WAYMO-UBER-00029412, which details the forensic investigation into Mr. Levandowski.

13. Attached as Exhibit 9 is a true and correct copy of excerpts of the depositions of Gary Brown and Kristinn Gudjonsson in this action, taken August 8 and July 28, 2017.

14. Attached as Exhibit 10 is a true and correct copy of several documents produced by Waymo in this litigation response to Otto Trucking's requests for documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 25, 2017        */s Jeff Nardinelli*
                              Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                              */s/ Charles K. Verhoeven*
                              Charles K. Verhoeven