# EXHIBIT 2

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **Sent:** | Thursday, June 15, 2017 6:27 PM |
| **To:** | Brun, Shane; Kaitlyn Murphy |
| **Subject:** | RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs |

I spoke with the client today about images of Levandowski's machines.  They do not agree to make any images available for inspection, at least without an articulation of what you'd be looking for.

Thanks,
Jeff

**From:** Brun, Shane [mailto:SBrun@goodwinlaw.com]
**Sent:** Wednesday, June 14, 2017 4:27 PM
**To:** Kaitlyn Murphy <kmurphy@BSFLLP.com>; Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Cc:** Brun, Shane <SBrun@goodwinlaw.com>
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Good.  Here's the call-in info:

Dial-in: (877)659-4128

Access code: 7730962

Thanks,
Shane

**From:** Kaitlyn Murphy [mailto:kmurphy@BSFLLP.com]
**Sent:** Wednesday, June 14, 2017 4:21 PM
**To:** Brun, Shane; Jeff Nardinelli
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

I'm available at 9AM tomorrow.

Thanks,
Kaitlyn Murphy

**From:** Brun, Shane [mailto:SBrun@goodwinlaw.com]
**Sent:** Wednesday, June 14, 2017 4:17 PM
**To:** Jeff Nardinelli
**Cc:** Kaitlyn Murphy; Brun, Shane
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Ok, thanks.  Kaitlyn will join the call as well.  Kaitlyn, does 9 am tomorrow morning work for you.  I'll send around a call-in number beforehand.

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Wednesday, June 14, 2017 4:14 PM
**To:** Brun, Shane
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

1

No problem, I'm free then.

---

**From:** Brun, Shane [mailto:SBrun@goodwinlaw.com]
**Sent:** Wednesday, June 14, 2017 4:13 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Hey Jeff, I'm running late today. Can we do this at 9 am tomorrow?

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Wednesday, June 14, 2017 2:13 PM
**To:** Brun, Shane; Walsh, Rachel M.; QE-Waymo
**Cc:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); UberWaymoMoFoAttorneys; Chatterjee, Neel; Schuman, Brett
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Sounds good. I will call you then at 415 733 6074.

---

**From:** Brun, Shane [mailto:SBrun@goodwinlaw.com]
**Sent:** Wednesday, June 14, 2017 2:10 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Chatterjee, Neel <NChatterjee@goodwinlaw.com>; Schuman, Brett <BSchuman@goodwinlaw.com>
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

How about at 5? You can call my office. Thanks

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Wednesday, June 14, 2017 11:01 AM
**To:** Brun, Shane; Walsh, Rachel M.; QE-Waymo
**Cc:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); UberWaymoMoFoAttorneys; Chatterjee, Neel; Schuman, Brett
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Shane,

No problem. I'm free today for a follow-up call where we can go over the highlighted RFPs specifically.

Thanks,
Jeff

---

**From:** Brun, Shane [mailto:SBrun@goodwinlaw.com]
**Sent:** Tuesday, June 13, 2017 3:53 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Chatterjee, Neel

<NChatterjee@goodwinlaw.com>; Schuman, Brett <BSchuman@goodwinlaw.com>
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Jeff,

Following our discussion of these RFPs, we were expecting more information than this.  For the highlighted requests below, please tell us by the end of the day tomorrow what Waymo agrees to produce and further what documents Waymo is withholding, if any, based on its objection that the requests go beyond Waymo's allegations in the litigation.  Our subsequent discussion with Special Master Cooper will be much more efficient with this information.

Thanks,
Shane


**Shane Brun**



Goodwin Procter LLP
3 Embarcadero Center
San Francisco, CA 94111
o  +1 415 733 6074
f   +1 415 390 7965
SBrun@goodwinlaw.com | goodwinlaw.com

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Monday, June 12, 2017 1:02 PM
**To:** Walsh, Rachel M.; QE-Waymo
**Cc:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); UberWaymoMoFoAttorneys; Chatterjee, Neel; Schuman, Brett; Brun, Shane
**Subject:** RE: Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs

Rachel,

Waymo initially objects to certain of Otto Trucking's first set of RFPs (nos. 1-51) as follows.  We are happy to discuss further with Special Master Cooper.

**RFP Nos. 37-39, 42, 43:**  These requests concern the content of the SVN server, which Anthony Levandowski downloaded in its entirety in December 2015.  These files have been and remain available for inspection under the source code provisions of the protective order.

**RFP Nos. 40, 41:**  Waymo objects to these requests concerning Waymo's data management systems to the extent they relate to systems not at issue in this litigation.

**RFP Nos. 5, 8, 25, 29, 46:**  Waymo has already produced documents supporting and explaining Waymo's forensic investigation into Mr. Levandowski's computers.  *See* WAYMO-UBER-00000648-943.

**RFP No. 45:**  Waymo objects to this request, which seeks a copy of any image or backup files of Mr. Levandowski's Waymo-issued electronic devices.

**RFP Nos. 6, 15, 16, 19, 20, 21, 26, 30, 31, 33, 34, 44:**  Waymo objects to these requests to the extent they go beyond Waymo's allegations in this litigation.

**RFP Nos. 2-4, 7, 9-14, 17, 18, 22-24, 35, 36:**  Waymo objects to these requests to the extent they go beyond Waymo's allegations in the litigation.

3

**From:** Walsh, Rachel M. [mailto:RWalsh@goodwinlaw.com]
**Sent:** Wednesday, May 17, 2017 7:39 PM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Chatterjee, Neel <NChatterjee@goodwinlaw.com>; Schuman, Brett <BSchuman@goodwinlaw.com>; Brun, Shane <SBrun@goodwinlaw.com>
**Subject:** Waymo v. Uber - Defendant Otto Trucking's First Set of RFPs


Counsel,

Attached for service is Defendant Otto Trucking's First Set of Requests for Production.  These Requests do not contain Otto Trucking's confidential or AEO information, and defendant does not believe that they contain confidential or AEO information of plaintiff.

Regards,

Rachel

**Rachel M. Walsh**



Goodwin Procter LLP
3 Embarcadero Center
San Francisco, CA 94111
o  +1 415 733 6128
f   +1 415 384 6021
RWalsh@goodwinlaw.com | goodwinlaw.com



*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]