# EXHIBIT 4

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **Sent:** | Thursday, July 13, 2017 10:53 PM |
| **To:** | 'UberWaymoMoFoAttorneys'; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; 'DG-GPOttoTruckingWaymo@goodwinlaw.com'; 'John Cooper'; 'Matthew Cate' |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber - Waymo PROD019 and PROD020 |

Counsel,

Please find Waymo productions PROD019 and PROD020 at the link below:

https://sendfile.quinnemanuel.com/pkg?token=1f0b5331-e482-4cf4-8d77-a649d1a9c4fd

I'll send the passwords separately.

Notice to Otto Trucking: PROD019 contains a single file, WAYMO-UBER-00026477, of bit9 log data for Anthony Levandowski going back to March 2014. This is in response to the following request from OT: "(2) as described in the Gary Brown declaration, even though Mr. Levandowski's laptop was allegedly reformatted, Mr. Brown was able to determine after the alleged reformatting that Mr. Levandowski had previously downloaded TortoiseSVN and used it to access the SVN Server on or about December 11, 2015. Brown Decl., para. 16. We request an explanation from Waymo why it could not use the same process Mr. Brown used to identify the December 11, 2015 download of TortoiseSVN to identify prior downloads and use of TortoiseSVN by Mr. Levandowski."

Thanks,
Jeff

**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.