# EXHIBIT 6

**Duff & Phelps**

Confidential


Protocol - Forensic Examination of Hard Drives

Mandate

August 10 2017

Re: Waymo LLC v. Uber Technologies, LLC, et al., (Case No. 3:17-cv-00939-WHA)

Duff & Phelps' mandate is to:

Forensically image and examine two hard drives contained within two laptop computers relevant to this matter, one of which has reportedly been reformatted to install a Linux operating system, and one of which is reportedly encrypted.

**Forensic Examination Protocol**

1. Duff & Phelps will attend the office of Quinn Emanuel at 50 California St, 22nd Floor, San Francisco, California on August 14, 2017 at 10 a.m.
2. Duff & Phelps will temporarily take custody of the two hard drives from Quinn Emanuel while onsite and under the supervision of Quinn Emanuel
3. While on site at Quinn Emanuel, the hard drives will be connected to hardware write-blocking devices, and forensically imaged.
4. Upon successful verification of the forensic images, the original hard drives will be returned to the physical control and custody of Quinn Emanuel.
5. Duff & Phelps will take possession of the verified forensic images of the hard drives and will place them under chain of custody where they will be personally transported back to  back to Duff & Phelps to perform required forensic analysis which will include:
    a. Determining if the encrypted hard drive can be decrypted or unlocked using computer forensic hardware or software tools
    b. Determining if any files or artifacts are recoverable from the reformatted hard drive
    c. Documenting the processes which are undertaken
    d. Ensuring all work is completed without altering or affecting the original evidence, or breaching chain of custody

Once the above steps have been completed, Duff & Phelps will disclose all user generated files to Quinn Emanuel for privilege review. Due to the time constraints at hand, Quinn Emanuel will take all reasonable steps to expedite the privilege review phase.

After the privilege review, Duff & Phelps will continue their analysis of the files and artifacts extracted from the forensic images.

Duff & Phelps, LLC
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067

T +1 310 245 2902
F

erik.laykin@duffandphelps.com
www.duffandphelps.com

Duff & Phelps

August 13, 2017
Page 2 of 2

Should the privilege review require an excess of 24 hours due to large data volumes, Quinn Emanuel and Goodwin will meet and confer to develop a secondary protocol which will seek to allow for a joint or separate forensic analysis to continue with the Duff & Phelps and Discovia so as to meet the discovery deadlines. The final output of that analysis will be subject to a privilege review by Quinn Emanuel.

Upon completion of the matter, the forensic images will be returned to Quinn Emanuel, or destroyed and certified destroyed by Duff & Phelps at the discretion of Quinn Emanuel.

Executed the 13th of August, 2017.


_/s/Jeff Nardinelli_                                    _/s/ Hong-An Vu_

Jeff Nardinelli                                         Hong-An Vu
QUINN EMANUEL URQUHART &                                GOODWIN PROCTER LLP
SULLIVAN LLP                                            Attorney for Defendant
Attorneys for Plaintiff                                 Otto Trucking LLC
Waymo LLC


_/s/ Paul French_                                       _/s/ Erik Laykin_

Paul French                                             Erik Laykin
DISCOVIA                                                DUFF & PHELPS