# *EXHIBIT 2*

# *PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# *EXHIBIT 2*