# EXHIBIT 3

# EXHIBIT 3

**Seval**

Sun, Jul 30, 2:41 PM

I'm at Apple until 3:00pm then free if u are around.

> I'm close but not sure I can make it today. What about tomorrow

Tomorrow no good for me. It's ok.

> Can we do evening? I'd at least like to get the ear rings

Heading to Fremont to buy a car and have dinner with friends up there. Tuesday then?

Sun, Jul 30, 4:44 PM

> Tuesday is great. Thanks

I have earrings So no issues

LEV_005019

**Seval**

Mon, Jul 31, 4:51 PM

> What time do you want to meet up tomorrow?

I will be in Fremont area until 7:00 pm tomorrow. Dinner?

> I could meet you in Fremont or do dinner your call. Just want to make sure I don't forget to grab the ear rings

They are in my purse already from wknd. Meet me in Fremont is fine.

> Ok cool, let me know where you are, I'll be driving through there twice tomorrow.
>
> Excited to hear how your new start up is doing!

Excellent!

LEV_005018

