MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel. 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel. 202.237.2727 / Fax: 202.237.6131

WILLIAM C. CARMODY (Pro Hac Vice)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (Pro Hac Vice)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel. (212) 336-8330 / Fax: (212) 336-8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO MOTION TO COMPEL FURTHER 30(b)(6) TESTIMONY**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Martha L. Goodman, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Administrative Motion To File Under Seal Their Opposition To Waymo's Motion To Compel Further 30(B)(6) Testimony ("Opposition Letter Brief").

2. I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition Letter Brief | Highlighted Portions | Defendants |
| Exhibit 2 | Highlighted Portions | Defendants |
| Exhibit 3 | Highlighted Portions | Defendants |

3. The blue-highlighted portions the Opposition Brief, and the red, blue, and yellow-highlighted portions of Exhibits 2 and 3 contain confidential and highly confidential information regarding Uber's LiDAR development and autonomous vehicle business strategy and plans. This information is not publicly known and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and autonomous vehicles, which would allow competitors to understand Uber's LiDAR development and autonomous vehicles business strategy, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed.

4. The highlighted portions of Exhibits 2 and 3 also contain Uber employee names, the disclosure of which would threaten the privacy of individuals at a company that is currently the subject of extensive media coverage.

3. Uber's request to seal is narrowly tailored to the portions of the Opposition Letter Brief and its supporting papers merit sealing.

1

DECLARATION OF MARTHA GOODMAN ISO UBER'S ADMIN. MTN TO FILE UNDER SEAL EXHIBITS THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY
CASE NO. 3:17-CV-00939-WHA

1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of August, 2017 at Washington, D.C.

Dated: August 26, 2017              BOIES SCHILLER FLEXNER LLP

                                    By:  */s/ Martha L. Goodman*
                                         Martha L. Goodman

### ATTESTATION OF E-FILED SIGNATURE

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

Dated: August 26, 2017

                                    */s/     Karen L. Dunn*
                                         Karen L. Dunn

2

DECLARATION OF MARTHA GOODMANN ISO UBER'S ADMIN. MTN TO FILE UNDER SEAL EXHIBITS THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY
CASE NO. 3:17-CV-00939-WHA