MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel.: 415.268.7000/Fax: 415.268.7522

KAREN L. DUNN (Admitted *Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel.: 202.237.2727/Fax: 202.237.6131

WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (Admitted *Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY**<br><br><br>Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Martha L. Goodman, declare as follows:

1. I am an attorney at the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Defendant Uber Technologies and Ottomotto LLC's Opposition to Plaintiff Waymo LLC's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 1276). I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of Defendants Uber Technologies and Ottomotto LLC's Objections and Responses to Waymo's 30(b)(6) Notice, served on August 8, 2017.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the certified 30(b)(6) deposition transcript of Eric Meyhofer, dated August 18, 2017.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the certified deposition transcripts of:

- **John Bares**, Pages 37:1- 37:14, 38:1- 38:3, 38:18- 39:2, 40:6- 40:22, 99:13- 99:18, 212:4- 212:15, 293:6- 293:20 (June 16, 2017 and August 11, 2017);
- **Scott Boehmke**, Pages 12:1- 12:4, 14:16- 14:22, 15:6- 15:12, 34:14- 35:3, 36:4- 36:21, 40:16- 40:25, 42:21- 43:12, 55:17- 56:2, 293:7- 293:18, 294:2- 294:8, 296:10- 296:15 (April 17, 2017 and July 28, 2017);
- **Donald Burnette**, Pages 144:3- 144:15, 149:17- 151:25 (August 18, 2017);
- **Daniel Gruver**, Pages 224:15- 224:21, 250:23- 251:10, 290:23- 292:16, 351:22- 352:11, 356:15- 357:5, 359:4- 359:15, 362:1- 362:15, 371:12- 371:21, 374:10- 374:16, 409:19- 410:5 (August 4, 2017);
- **James Haslim**, Pages 139:23- 140:4, 141:19- 142:3, 143:21- 144:2, 145:12- 146:6, 146:15- 146:22, 150:1- 150:19, 266:8- 266:16, 279:20- 280:5, 512:19- 512:25, 513:1- 513:4, 513:16- 513:20 (May 4, 2017 and August 9, 2017);
- **Jeff Holden**, Pages 55:5- 55:13, 66:23- 68:8, 68:15- 69:8, 267:1- 268:18, 271:7-

271:21 (August 15, 2017);

- **Travis Kalanick**, Pages 177:25- 179:4, 195:1- 195:15, 278:9- 278:22, 287:10- 287:25 (July 27, 2017);

- **Adam Kenvarg**, Pages 83:14- 84:2, 84:25- 85:16, 93:3- 93:14, 124:9- 124:16 (August 15, 2017);

- **Sameer Kshirsagar**, Pages 33:11- 36:8 (April 14, 2017);

- **Maxime Levandowski**, Pages 63:23- 64:9, 87:14- 87:25, 111:23- 112:3, 112:11- 112:15, 246:3- 246:11, 246:25- 247:4, 247:11- 247:25, 249:1- 249:12, 265:22- 267:8 (July 18, 2017);

- **Asheem Linaval**, Pages 219:7- 220:10, 222:1- 222:5, 224:11- 224:19 (August 15, 2017);

- **Brian McClendon**, Pages 170:17- 171:11 (August 1, 2017);

- **Emil Michael**, Pages 59:10- 60:12 (July 28, 2017);

- **Matthew Palomar**, Pages 151:11- 152:9, 154:23- 155:14 (August 18, 2017);

- **Gaetan Pennecot**, Pages 42:12- 42:18, 43:1- 43:3, 45:6- 45:10, 72:18- 72:20, 76:20- 76:25, 77:1- 77:5, 197:11- 197:16, 198:3- 198:6, 198:21- 198:24, 202:7- 202:12, 203:20- 204:1, 294:24- 295:9, 298:2- 298:17, 716:17- 717:2, 723:10- 723:16 (April 20, 2017, June 14, 2017, June 16, 2017, and August 9, 2017);

- **Cameron Poetzscher**, Pages 106:3- 106:15 (June 19, 2017);

- **Brent Schwarz**, Pages 174:5- 174:20, 175:22- 176:23, 178:10- 178:19, 179:4- 179:9, 181:1- 181:3, 182:6- 183:3 (August 15, 2017);

- **Colin Sebern**, Pages 31:24- 34:4 (August 22, 2017)

- **Ognen Stokanovski**, Pages 290:5- 290:25 (July 20, 2017);

- **William Treichler**, Pages 264:3- 265:14  (August 14, 2017); and

- **Jur Van Den Berg**, Pages 175:17- 176:7,  289:1- 289:9, 296:6- 296:19, 372:23- 373:5 (August 2, 2017).

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 26th day of August, 2017, in Washington, D.C.

*/s/ Martha L. Goodman*
Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn