| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Tel.: 415.268.7000/Fax: 415.268.7522 |
| 5 | |
|   | KAREN L. DUNN (Admitted *Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|   | HAMISH P.M. HUME (Admitted *Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|   | Washington, D.C. 20005 |
| 9 | Tel.: 202.237.2727/Fax: 202.237.6131 |
| 10 | WILLIAM C. CARMODY (Admitted *Pro Hac Vice*) |
|   | bcarmody@SusmanGodfrey.com |
| 11 | SHAWN J. RABIN (Admitted *Pro Hac Vice*) |
|   | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, New York 10019 |
|   | Tel: 212.336.8330/Fax: 212.336.8340 |
| 14 | |
|   | *Counsel for Defendants* |
| 15 | UBER TECHNOLOGIES, INC. |
|   | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.   3:17-cv-00939-WHA |
| | Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | | |
| UBER TECHNOLOGIES, INC., | | Trial Date: October 10, 2017 |
| OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
| | Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 26, 2017, I served **UNREDACTED** versions of the following documents:

1. DEFENDANT UBER TECHNOLoGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY

2. EXHIBIT 2 to the DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANT UBER TECHNOLoGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY

3. EXHIBIT 3 to the DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANT UBER TECHNOLoGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER 30(B)(6) TESTIMONY

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
| --- | --- |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104 | JCooper@fbm.com |

| Recipient | Email Addresses |
|---|---|
| Special Master | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 26th day of August, 2017, at Oakland, California.

By: */s/ Jenel Day*
Jenel Day

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: */s/ Karen L. Dunn*
Karen L. Dunn