Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF IT OPPOSITION TO MOTIONS TO QUASH**<br><br>Courtroom:　　F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:　　　　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of James Lin<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2 File Under Seal Portions of Its Response to Plaintiff Waymo LLC's Motion to Quash and Non-
3 Party Keker Van Nest & Peters LLP's Motion to Quash (the "Response").  Having considered the
4 Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto
5 Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of
6 documents listed below that are adequately supported by declarations provided by Plaintiff
7 Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or "Confidential"
8 information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief re Opposition to Motion to Quash | Highlighted Portions | Plaintiff |
| Exhibit 3 to Declaration of Hayes Hyde – Excerpts from the transcript of the 30(b)(6) Deposition of Gary Brown, dated August 8, 2017. | Highlighted Portions | Plaintiff |
| Exhibit 4 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00012097. | Entire Document | Plaintiff |
| Exhibit 5 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00084602 – 00084608. | Entire Document | Plaintiff |
| Exhibit 6 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER- 00083677 – 00083683. | Entire Document | Plaintiff |
| Exhibit 7 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER- 00084565 – 00084570. | Entire Document | Plaintiff |
| Exhibit 8 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00084551 – 00084555. | Entire Document | Plaintiff |
| Exhibit 9 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00084492 – 00084505. | Entire Document | Plaintiff |
| Exhibit 10 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00084484 – 00084491. | Entire Document | Plaintiff |

| | | |
|---|---|---|
| Exhibit 11 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00084520 – 00084521. | Entire Document | Plaintiff |
| Exhibit 12 to Declaration of Hayes Hyde – Excerpts from the transcript of the Deposition of Kristinn Gudjonsson, dated July 28, 2017. | Highlighted Portions | Plaintiff |
| Exhibit 13 to Declaration of Hayes Hyde – Excerpts from the transcript of the Deposition of Sasha Zbrozek, dated August 18, 2017. | Entire Document | Plaintiff |
| Exhibit 14 to Declaration of Hayes Hyde – Bates-stamped WAYMO-UBER-00083653-00083655. | Entire Document | Plaintiff |

**IT IS SO ORDERED.**


Dated: _____, 2017

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE