# *EXHIBIT 3*

# *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 3*

```
 1         UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3           SAN FRANCISCO DIVISION
 4          Case No. 17-cv-00939-WHA
 5   ---------------------------------x
 6   WAYMO LLC,
 7              Plaintiff,
 8       - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11              Defendants.
12   ---------------------------------x
13
14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16           Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A. | Can you repeat the question. | 10:48:25AM |
| 2 | Q. | Was Waymo's investigation into | 10:48:29AM |
| 3 | Mr. Levandowski part of any broader | | 10:48:30AM |
| 4 | investigation of other Chauffeur employees | | 10:48:33AM |
| 5 | that included Mr. Radu Raduta and | | 10:48:35AM |
| 6 | Mr. Sameer Kshirsagar? | | 10:48:40AM |
| 7 | | MR. BAKER:  Same instruction. | 10:48:43AM |
| 8 | | You can answer that yes or no. | 10:48:44AM |
| 9 | A. | Yes. | 10:48:45AM |
| 10 | Q. | You cannot testify today as to | 10:48:47AM |
| 11 | any other Waymo employees being part of | | 10:48:51AM |
| 12 | the investigation, correct? | | 10:48:55AM |
| 13 | | MR. BAKER:  I am going to | 10:48:58AM |
| 14 | instruct the witness not to answer on | | 10:48:58AM |
| 15 | grounds of attorney-client privilege and | | 10:49:00AM |
| 16 | work product. | | 10:49:01AM |
| 17 | Q. | Are you following your | 10:49:04AM |
| 18 | counsel's instruction? | | 10:49:05AM |
| 19 | A. | I am. | 10:49:06AM |
| 20 | Q. | Who at Waymo has access to the | 10:49:29AM |
| 21 | SVN log in the ordinary course of | | 10:49:31AM |
| 22 | business? | | 10:49:33AM |
| 23 | A. | The administrator. | 10:49:39AM |
| 24 | Q. | And that administrator is | 10:49:41AM |
| 25 | Mr. ▮▮▮▮▮▮? | | 10:49:43AM |

| | | | |
|---|---|---|---|
| 1 | A. | That is correct. | 10:49:45AM |
| 2 | Q. | Are there any other | 10:49:45AM |
| 3 | administrators? | | 10:49:46AM |
| 4 | A. | Not that I know of. | 10:49:51AM |
| 5 | Q. | Has Mr. ▇ been the | 10:49:54AM |
| 6 | administrator of the SVN log since January | | 10:49:56AM |
| 7 | of 2015? | | 10:50:02AM |
| 8 | A. | I don't believe so. | 10:50:05AM |
| 9 | Q. | Who has been the administrator | 10:50:09AM |
| 10 | of the SVN log from January 2015 forward, | | 10:50:10AM |
| 11 | if not Mr. ▇ | | 10:50:14AM |
| 12 | A. | ▇ was the previous | 10:50:20AM |
| 13 | administrator. | | 10:50:22AM |
| 14 | Q. | And when was ▇ the | 10:50:26AM |
| 15 | administrator for the SVN log? | | 10:50:30AM |
| 16 | A. | I believe from the inception of | 10:50:38AM |
| 17 | the server in early 2015 through the | | 10:50:39AM |
| 18 | summer, June or July, 2015 -- sorry, no, | | 10:50:46AM |
| 19 | June, July 2016. | | 10:50:55AM |
| 20 | Q. | And after June or July of 2016, | 10:51:00AM |
| 21 | ▇ took on responsibilities | | 10:51:03AM |
| 22 | for administering the SVN log, is that | | 10:51:06AM |
| 23 | correct? | | 10:51:10AM |
| 24 | A. | That is correct. | 10:51:10AM |
| 25 | Q. | You do not have access to the | 10:51:22AM |

Page 48

| | | |
|---|---|---|
| 1 | SVN log in the ordinary course of | 10:51:23AM |
| 2 | business, is that correct? | 10:51:25AM |
| 3 | MR. BAKER:  Objection to form. | 10:51:29AM |
| 4 | A. That is correct. | 10:51:31AM |
| 5 | Q. So as part of Waymo's | 10:51:34AM |
| 6 | investigation, someone gave you a copy of | 10:51:35AM |
| 7 | the SVN log, is that correct? | 10:51:37AM |
| 8 | A. That is correct. | 10:51:41AM |
| 9 | Q. And that person, the person who | 10:51:44AM |
| 10 | gave you a copy of the SVN log was | 10:51:46AM |
| 11 | Mr. ▇▇▇ correct? | 10:51:49AM |
| 12 | A. No. | 10:51:53AM |
| 13 | Q. Who gave you a copy of the SVN | 10:51:54AM |
| 14 | log? | 10:51:56AM |
| 15 | MR. BAKER:  I am going to | 10:52:00AM |
| 16 | caution the witness not to reveal the | 10:52:00AM |
| 17 | substance of any attorney-client | 10:52:03AM |
| 18 | communication, but you can give a name. | 10:52:04AM |
| 19 | A. ▇▇▇. | 10:52:07AM |
| 20 | Q. When did Mr. ▇▇▇ give you | 10:52:08AM |
| 21 | the SVN log? | 10:52:10AM |
| 22 | MR. BAKER:  You can give a | 10:52:11AM |
| 23 | date. | 10:52:12AM |
| 24 | A. February 21st, 20th or 21st, | 10:52:13AM |
| 25 | 2017. | 10:52:25AM |

```
 1   February 23rd, 2017.                              10:54:02AM
 2       Q.     So your analysis of other log          10:54:11AM
 3   sources that corroborated the download            10:54:13AM
 4   activity took place in 2016, correct?             10:54:16AM
 5       A.     And 2017.                              10:54:20AM
 6       Q.     The analysis you did with              10:54:23AM
 7   respect to corroborating the download             10:54:25AM
 8   activity in 2016 was performed without a          10:54:28AM
 9   copy of the SVN log, is that correct?             10:54:34AM
10       A.     That is correct.                       10:54:37AM
11       Q.     Did somebody tell you that             10:54:40AM
12   Mr. Levandowski had downloaded files from         10:54:43AM
13   the SVN server in 2016?                           10:54:46AM
14              MR. BAKER:  You can answer that        10:54:50AM
15   yes or no.                                        10:54:51AM
16       A.     Yes.                                   10:54:52AM
17       Q.     Who told you that?                     10:54:53AM
18              MR. BAKER:  You can give a             10:55:00AM
19   name.                                            10:55:00AM
20       A.     ████████.                              10:55:01AM
21       Q.     Do you know how Mr. ████ knew          10:55:03AM
22   that Anthony Levandowski had downloaded          10:55:08AM
23   files?                                            10:55:10AM
24              MR. BAKER:  You can answer that        10:55:14AM
25   yes or no.                                        10:55:14AM
```

Page 51

```
 1      Q.     You also mentioned lock-down;        03:25:35PM
 2   what is that?                                  03:25:37PM
 3      A.     Lock-down will prevent any           03:25:37PM
 4   unknown or any unapproved binaries from        03:25:44PM
 5   running on a system that is running in         03:25:49PM
 6   lock-down mode.                                03:25:52PM
 7      Q.     So if I have an executable that      03:25:54PM
 8   ▇ doesn't recognize, it says it can't          03:25:58PM
 9   use it?                                        03:26:00PM
10      A.     Yes.                                 03:26:00PM
11      Q.     How do you get to be able to         03:26:01PM
12   use it?                                        03:26:04PM
13      A.     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                  ▇▇▇
14   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                         ▇▇▇
15   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                       ▇▇▇
16   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                      ▇▇▇
17   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                         ▇▇▇
19   ▇▇▇▇                                           ▇▇▇
20           ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                     ▇▇▇
21   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22   ▇▇▇▇▇▇▇▇▇▇                                     ▇▇▇
23      ▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                         ▇▇▇
24   ▇▇▇                                            ▇▇▇
25      ▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                    03:26:38PM
```

Page 194

```
 1   paragraph in Mr. ████████ e-mail, he            04:07:47PM
 2   says that "On September 19, 2016, Waymo          04:07:53PM
 3   pulled SVN log data, which dated back to         04:07:57PM
 4   September 19, 2015, due to the 52-week           04:08:00PM
 5   retention in place."                             04:08:04PM
 6            Do you see that?                        04:08:06PM
 7       A.   I do see that.                          04:08:10PM
 8       Q.   Are you aware of any 52-week            04:08:11PM
 9   retention for the SVN log data?                  04:08:13PM
10       A.   I believe I said retention was         04:08:22PM
11   set to a year and then that was suspended       04:08:23PM
12   as of fall 2016, to my knowledge; I             04:08:27PM
13   believe I said that earlier in this             04:08:29PM
14   deposition, way earlier.                        04:08:35PM
15       Q.   So I asked you all of the log         04:08:37PM
16   data is available today and you said to my     04:08:39PM
17   knowledge, yes; was that a correct or          04:08:41PM
18   incorrect statement?                           04:08:42PM
19       A.   I thought it was correct.             04:08:48PM
20       Q.   So do you believe it to be            04:08:49PM
21   correct or do you believe Mr. ████████         04:08:50PM
22   comment to be correct?                         04:08:52PM
23            MR. BAKER:  Objection to form.        04:08:53PM
24       A.   Perhaps --                            04:09:01PM
25            THE WITNESS: I have a privilege       04:09:08PM
```

Page 225

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | question on this thing. | 04:09:09PM |
| 2 |       MR. BAKER:  Sure. | 04:09:10PM |
| 3 |       THE VIDEO TECHNICIAN: Time is | 04:09:12PM |
| 4 | 4:09 p.m. | 04:09:13PM |
| 5 |       We're off the record. | 04:09:13PM |
| 6 |       (Witness and counsel left the | 04:09:15PM |
| 7 | hearing room to confer.) | 04:09:16PM |
| 8 |       (Pause.) | 04:09:16PM |
| 9 |       (Witness and counsel returned | 04:09:16PM |
| 10 | to the hearing room.) | 04:23:09PM |
| 11 |       THE VIDEO TECHNICIAN: Time is | 04:23:09PM |
| 12 | 4:23 p.m. | 04:23:27PM |
| 13 |       We are on the record. | 04:23:28PM |
| 14 | BY MR. CHATTERJEE: | 04:23:29PM |
| 15 |   Q.    I think the question pending | 04:23:33PM |
| 16 | was do you believe your prior testimony to | 04:23:34PM |
| 17 | be correct or do you believe | 04:23:38PM |
| 18 | Mr. ▓▓▓▓▓▓▓ comment to be correct | 04:23:39PM |
| 19 | with respect to that first sentence of the | 04:23:40PM |
| 20 | third paragraph? | 04:23:44PM |
| 21 |   A.    I think I'm definitely | 04:23:45PM |
| 22 | deferring to what Mr. ▓▓▓▓▓▓▓ said; | 04:23:49PM |
| 23 | from my discussions with the Subversion | 04:23:51PM |
| 24 | server administrators, I was under the | 04:23:59PM |
| 25 | impression that -- when I gave that kind | 04:24:01PM |

Page 226

| | | |
|---|---|---|
| 1 | of long sled of summer 2016, the logs were | 04:24:05PM |
| 2 | pulled and coupled with the one-year | 04:24:13PM |
| 3 | retention and my knowledge that the | 04:24:14PM |
| 4 | Subversion server had been launched, to my | 04:24:17PM |
| 5 | knowledge, I think in May or June or | 04:24:19PM |
| 6 | summer of 2015, in my mind it was like, | 04:24:22PM |
| 7 | oh, it goes back a year obviously to the | 04:24:25PM |
| 8 | start. | 04:24:28PM |
| 9 | But I definitely defer to Jeff | 04:24:32PM |
| 10 | and I have never seen this document, but | 04:24:34PM |
| 11 | seeing that, if he says that indefinite | 04:24:37PM |
| 12 | retention was started in the early spring | 04:24:43PM |
| 13 | of 2017 and not the fall of 2016, I have | 04:24:47PM |
| 14 | to go with that as well, because these are | 04:24:50PM |
| 15 | hard dates. | 04:24:53PM |
| 16 | I was providing like three, | 04:24:54PM |
| 17 | four month sleds. | 04:24:56PM |
| 18 | Q.    Have you done any investigation | 04:24:58PM |
| 19 | into the accuracy of Mr. ▮▮▮▮▮▮▮ | 04:25:00PM |
| 20 | comments in this letter? | 04:25:02PM |
| 21 | A.    I have never seen this letter | 04:25:08PM |
| 22 | until you put it in front of me. | 04:25:09PM |
| 23 | Q.    Who would know whether the | 04:25:10PM |
| 24 | statements in Mr. ▮▮▮▮▮▮▮ letter are | 04:25:13PM |
| 25 | accurate or not, other than | 04:25:15PM |

```
 1           Do you see that?                      04:26:18PM
 2    A.     I do.                                 04:26:19PM
 3    ■  ████████████████████████████████████████  
 4    ████████████████████████████  ██████████████
 5    ████████████████████████████████████████████
 6    ██████████████████           ███████████████
 7       ██████████████████████████████████████████
 8    ■  ██████████████████████████████████████████
 9       ██████████████████████████████████████████
10    ████████████████████████████████   ██████████
11    ████████████████████████████████   ██████████
12    ■                                  ██████████
13    ■  ██████████████████████          ██████████
14    ████████████████████████████       ██████████
15    ██████████████████████████████     ██████████
16    ■  ██████████████                  ██████████
17           MR. BAKER:  Objection to form.        04:27:05PM
18    A.     Also, as a professional log           04:27:09PM
19 diver, I'll call myself, when we're doing       04:27:13PM
20 investigations, we don't keep things that       04:27:17PM
21 are not deemed explicitly relevant for          04:27:24PM
22 what we are trying to prove.                    04:27:26PM
23           It is bad data stewardship, it        04:27:31PM
24 takes up space, and it makes noise.             04:27:34PM
25    Q.     What were you asked to prove          04:27:36PM
```

| | | |
|---|---|---|
| 1 | here? | 04:27:38PM |
| 2 | MR. BAKER: Objection, I am | 04:27:39PM |
| 3 | going to caution you not to reveal the | 04:27:43PM |
| 4 | substance of any attorney-client | 04:27:44PM |
| 5 | communications. | 04:27:46PM |
| 6 | If you can answer that question | 04:27:46PM |
| 7 | without doing that, please do. | 04:27:48PM |
| 8 | A. I did not pull the SVN log | 04:27:52PM |
| 9 | data, I'm just speaking to the frame of | 04:27:55PM |
| 10 | mind of why the entirety of all users' | 04:27:56PM |
| 11 | logs may not be present. | 04:28:04PM |
| 12 | For example, in what I've | 04:28:05PM |
| 13 | produced to support my declaration, I'm | 04:28:07PM |
| 14 | not pulling and presenting the ▮▮▮ logs | 04:28:10PM |
| 15 | of any of a hundred thousand other Google | 04:28:13PM |
| 16 | employees because it is simply not | 04:28:16PM |
| 17 | relevant to the investigation at hand. | 04:28:18PM |
| 18 | Q. That wasn't my question. | 04:28:20PM |
| 19 | What were you being asked to | 04:28:25PM |
| 20 | prove as part of your forensic | 04:28:26PM |
| 21 | investigation? | 04:28:27PM |
| 22 | MR. BAKER: Same instruction | 04:28:27PM |
| 23 | and also objection to the form. | 04:28:28PM |
| 24 | A. These logs showed that 14,000 | 04:28:33PM |
| 25 | files and change were downloaded on | 04:28:36PM |

Page 230

```
 1            MR. BAKER:  Objection to form,    05:14:49PM
 2   counsel.                                   05:14:51PM
 3       A.   Do you have anything that says    05:14:54PM
 4   that this didn't happen; the device was    05:14:55PM
 5   attached, it was attached for a period of  05:14:58PM
 6   eight hours.                               05:15:00PM
 7            I did search for this device      05:15:01PM
 8   earlier in the logs and in my grep-ing I   05:15:02PM
 9   couldn't find any indication of having     05:15:07PM
10   done so prior, that's anomalous.           05:15:09PM
11       Q.   You want to make sure you knew    05:15:13PM
12   everything you possibly could about card   05:15:15PM
13   readers in Chauffeur before this kind of   05:15:17PM
14   an accusation was made, right?             05:15:19PM
15            MR. BAKER:  Objection to form.    05:15:22PM
16       A.   Nothing in my declaration is      05:15:23PM
17   not factual.                               05:15:25PM
18       Q.   Did you do any investigation as   05:15:27PM
19   to whether card readers were used by       05:15:29PM
20   Project Chauffeur?                         05:15:31PM
21            MR. BAKER:  Objection to form.    05:15:33PM
22       A.   No.                               05:15:34PM
23       Q.   Did you ever check to see if      05:15:35PM
24   people in Chauffeur used digital cameras   05:15:39PM
25   or video cameras or Go Pros as part of     05:15:42PM
```

Page 262

```
 1   their ordinary business?                          05:15:45PM
 2            MR. BAKER:  Same objection.              05:15:48PM
 3       A.   What I did check was to see if           05:15:54PM
 4   this was anomalous for this user and it           05:15:56PM
 5   was anomalous for this user.                      05:15:58PM
 6            What another engineer somewhere          05:15:59PM
 7   else in Chauffeur does, if they have a Go         05:16:00PM
 8   Pro that they want to bring to work,              05:16:02PM
 9   that's their business.                            05:16:04PM
10            But the subject of my                    05:16:04PM
11   investigation was Anthony Levandowski, I          05:16:06PM
12   wanted to check if this was anomalous for         05:16:12PM
13   Mr. Levandowski and it turns out it was.          05:16:14PM
14       Q.   Did you look for any ▮▮▮ log             05:16:18PM
15   data about card readers being attached to         05:16:20PM
16   the desktop?                                      05:16:22PM
17       A.   The desktop was not the subject          05:16:27PM
18   of our investigation at that point.               05:16:29PM
19       Q.   Wouldn't it be relevant to know          05:16:30PM
20   if his behavior was anomalous to know if          05:16:32PM
21   he ever connected a card reader to the            05:16:35PM
22   desktop?                                          05:16:37PM
23            MR. BAKER:  Objection to form.           05:16:39PM
24       A.   Not necessarily.                         05:16:46PM
25       Q.   Wouldn't his behavior on all of          05:16:46PM
```

Page 263

```
 1  his laptops be relevant when you're trying      05:16:49PM
 2  to make an assessment whether his behavior      05:16:52PM
 3  was usual or unusual?                           05:16:54PM
 4            MR. BAKER:  Objection to form.        05:16:56PM
 5       A.   We had assessed behavior and we       05:16:58PM
 6  had a series of events in the month of          05:16:59PM
 7  December that were very much anomalous and      05:17:01PM
 8  this was just the cherry on top of more         05:17:03PM
 9  anomalous activity that seemed to suggest       05:17:07PM
10  that ex-filtration was occurring.               05:17:12PM
11       Q.   But you don't know that because       05:17:15PM
12  you didn't look at the desktop, did you?        05:17:16PM
13            MR. BAKER:  Objection to form.        05:17:17PM
14       A.   The desktop isn't where all the       05:17:18PM
15  activity was happening.                         05:17:20PM
16            All this unusual activity was         05:17:21PM
17  happening on the Windows machine and I do       05:17:23PM
18  wish that we had been able to retain the        05:17:25PM
19  Windows laptop for a top-to-bottom              05:17:28PM
20  analysis, but unfortunately someone             05:17:30PM
21  reimaged it before they left.                   05:17:34PM
22       Q.   So you have the ████ log data         05:17:35PM
23  for that desktop, right?                        05:17:38PM
24       A.   Which desktop are we speaking         05:17:42PM
25  of?                                             05:17:43PM
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            C E R T I F I C A T I O N
 2
 3      I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11      I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
15
16
17
18
19
20
21
                    [signature: Jineen Pavesi, RPR, RMR]
22
23        JINEEN PAVESI, RPR, RMR, CRR
24
25
```