Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S OPPOSITION TO WAYMO LLC'S AND KEKER, VAN NEST & PETERS LLP'S MOTIONS TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**<br><br>Hearing: August 28, 2017 at 1:30 p.m.<br>Courtroom:      F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:             October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Opposition Letter Brief<br>2. Declaration of Hayes P. Hyde |

ACTIVE/92339588.3

CHATTERJEE DECLARATION ISO OTTO TRUCKING'S OPPOSITION
TO MOTIONS TO QUASH AND FOR PROTECTIVE ORDER            CASE NO. 3:17-CV-00939-WHA

I, I. Neel Chatterjee, declare as follows:

1. I am a Member of the law firm of Goodwin Procter, LLP, representing defendant Otto Trucking LLC ("OT") in this matter. I am a member in good standing of the State Bar of California. I make this declaration in support of Otto Trucking LLC's Opposition to Waymo LLC's and Keker, Van Nest & Peters LLP's Motion to Quash Subpoena and Motion for a Protective Order. I make this declaration based upon matters within my own personal knowledge or knowledge gained in the course of my job responsibilities. If called as a witness, I could and would competently testify to the matters set forth herein.

2. On August 20, 2017, I sent an e-mail to Robert Van Nest and Rachael Meny advising of the Court Order waiving privilege and asking if they would accept service of subpoenas addressed to Keker and Thomas Gorman. Attached hereto as **Exhibit 1** is a true and correct copy of my August 20, 2017 e-mail to Mr. Van Nest and Ms. Meny.

3. On August 21, 2017, Ms. Meny wrote back and agreed to accept service of the subpoena via e-mail, reserving its right to object. Attached hereto as **Exhibit 2** is a true and correct copy of Ms. Meny's August 21, 2017 e-mail to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of August, 2017 in Menlo Park, California.

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee

ACTIVE/92339588.3                                  1

CHATTERJEE DECLARATION ISO OTTO TRUCKING'S OPPOSITION
TO MOTIONS TO QUASH AND FOR PROTECTIVE ORDER          CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 27, 2017. I further certify that all participants in the case are registered CM/ECF users and that service of the Declaration, including all public and redacted exhibits attached hereto, will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 27th day of August 2017.

                                          */s/ I. Neel Chatterjee*
                                            I. Neel Chatterjee