# *EXHIBIT 1*

# *EXHIBIT 1*

| | |
|---|---|
| **From:** | Chatterjee, Neel |
| **Sent:** | Sunday, August 20, 2017 8:45 PM |
| **To:** | rvannest@keker.com; 'Rachael Meny' |
| **Cc:** | Schuman, Brett; Vu, Hong-An; Brun, Shane |
| **Subject:** | Subpoena in Waymo v. Uber, et. all |
| **Attachments:** | Keker Notice of Subpoena.pdf; Gorman Notice of Subpoena.pdf; 170818 Order re OT Motion to Compel.pdf |

Hi Bob and Rachael,

On Friday, Judge Corley ruled in the District Court Action that by waiving privilege as to work product and certain communications relating to its investigation of Anthony Levandowski and others, Waymo waived privilege as to this entire subject matter. A copy of the order is attached. Based on the testimony of Waymo witnesses, Keker (including Tom Gorman and Rachael) have knowledge and documents relevant to the investigation.

We contacted the special master in the case, and he suggested we secure Keker's agreement to accept service of subpoenaes related to the waived subject matter. Attached are subpoenas addressed to Keker and Tom Gorman relating to their involvement in the investigation into the activities of Anthony Levandowski and other former Waymo employees. We are still assessing whether we need to secure Rachael's testimony for the case.

Please let us know if you will accept service of these subpoenas via email or if you would like us to send a vendor to serve these subpoenas. Hong An Vu, cc'd on this email, is coordinating on these issues so please have whomever is handling this issue on your end work with her.

As discovery is set to close soon, time is of the essence. Please raise any issues you have with this subpoena promptly, as we will need to get the Special Master involved.

Thanks,
Neel


**Hong-An Vu**



Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
o  +1 213 426 2557
f  +1 213 289 7728
HVu@goodwinlaw.com | goodwinlaw.com