# *E*XHIBIT *2*

*E*XHIBIT *2*

**From:** "Chatterjee, Neel" <NChatterjee@goodwinlaw.com>
**Date:** August 21, 2017 at 11:01:35 AM PDT
**To:** Rachael Meny <RMeny@keker.com>, "Schuman, Brett" <BSchuman@goodwinlaw.com>
**Cc:** Robert Van Nest <RVanNest@keker.com>, "Jennifer A. Huber" <JHuber@keker.com>, Jo Golub <JGolub@keker.com>, "Vu, Hong-An" <HVu@goodwinlaw.com>, "Brun, Shane" <SBrun@goodwinlaw.com>, Patty Lemos <PLemos@keker.com>, "W. Hamilton Jordan" <WJordan@keker.com>
**Subject: RE: Subpoena in Waymo v. Uber, et. all**

Thanks.  Will do

**From:** Rachael Meny [mailto:RMeny@keker.com]
**Sent:** Monday, August 21, 2017 10:02 AM
**To:** Chatterjee, Neel; Schuman, Brett
**Cc:** Robert Van Nest; Jennifer A. Huber; Jo Golub; Vu, Hong-An; Brun, Shane; Patty Lemos; Rachael Meny; W. Hamilton Jordan
**Subject:** FW: Subpoena in Waymo v. Uber, et. all

Neel:

We can accept the subpoena to KVP via email, reserving all of our rights (including to object to the subpoena or the date).

I am checking on the subpoena to Tom Gorman and will respond on that shortly.

Please include all KVP lawyers cc'd on this email in any response.

Rachael

---

**Rachael Meny**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2245 direct | 415 391 5400 main

rmeny@keker.com | vcard | keker.com

---

**From:** Chatterjee, Neel [mailto:NChatterjee@goodwinlaw.com]
**Sent:** Sunday, August 20, 2017 8:45 PM
**To:** Robert Van Nest; Rachael Meny
**Cc:** Schuman, Brett; Vu, Hong-An; Brun, Shane
**Subject:** Subpoena in Waymo v. Uber, et. all

Hi Bob and Rachael,

On Friday, Judge Corley ruled in the District Court Action that by waiving privilege as to work product and certain communications relating to its investigation of Anthony Levandowski and others, Waymo waived privilege as to this entire subject matter.  A copy of the order is attached. Based on the testimony of Waymo witnesses, Keker (including Tom Gorman and Rachael) have knowledge and documents relevant to the investigation.

We contacted the special master in the case, and he suggested we secure Keker's agreement to accept service of subpoenaes related to the waived subject matter.  Attached are subpoenas addressed to Keker and Tom Gorman relating to their involvement in the investigation into the activities of Anthony Levandowski and other former Waymo employees. We are still assessing whether we need to secure Rachael's testimony for the case.

Please let us know if you will accept service of these subpoenas via email or if you would like us to send a vendor to serve these subpoenas.  Hong An Vu, cc'd on this email, is coordinating on these issues so please have whomever is handling this issue on your end work with her.

As discovery is set to close soon, time is of the essence.  Please raise any issues you have with this subpoena promptly, as we will need to get the Special Master involved.

Thanks,
Neel

**Hong-An Vu**



Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
o  +1 213 426 2557
f   +1 213 289 7728
HVu@goodwinlaw.com | goodwinlaw.com

*********************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************