# *EXHIBIT 3*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 3*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1         UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3            SAN FRANCISCO DIVISION
 4           Case No. 17-cv-00939-WHA
 5   ---------------------------------x
 6   WAYMO LLC,
 7              Plaintiff,
 8       - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11              Defendants.
12   ---------------------------------x
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16             Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.     Can you repeat the question. | 10:48:25AM |
| 2 | Q.     Was Waymo's investigation into | 10:48:29AM |
| 3 | Mr. Levandowski part of any broader | 10:48:30AM |
| 4 | investigation of other Chauffeur employees | 10:48:33AM |
| 5 | that included Mr. Radu Raduta and | 10:48:35AM |
| 6 | Mr. Sameer Kshirsagar? | 10:48:40AM |
| 7 | MR. BAKER:  Same instruction. | 10:48:43AM |
| 8 | You can answer that yes or no. | 10:48:44AM |
| 9 | A.     Yes. | 10:48:45AM |
| 10 | Q.     You cannot testify today as to | 10:48:47AM |
| 11 | any other Waymo employees being part of | 10:48:51AM |
| 12 | the investigation, correct? | 10:48:55AM |
| 13 | MR. BAKER:  I am going to | 10:48:58AM |
| 14 | instruct the witness not to answer on | 10:48:58AM |
| 15 | grounds of attorney-client privilege and | 10:49:00AM |
| 16 | work product. | 10:49:01AM |
| 17 | Q.     Are you following your | 10:49:04AM |
| 18 | counsel's instruction? | 10:49:05AM |
| 19 | A.     I am. | 10:49:06AM |
| 20 | Q.     Who at Waymo has access to the | 10:49:29AM |
| 21 | SVN log in the ordinary course of | 10:49:31AM |
| 22 | business? | 10:49:33AM |
| 23 | A.     The administrator. | 10:49:39AM |
| 24 | Q.     And that administrator is | 10:49:41AM |
| 25 | Mr. ▮▮▮▮▮▮▮? | 10:49:43AM |

Page 47

| | | | |
|---|---|---|---|
| 1 | A. | That is correct. | 10:49:45AM |
| 2 | Q. | Are there any other | 10:49:45AM |
| 3 | administrators? | | 10:49:46AM |
| 4 | A. | Not that I know of. | 10:49:51AM |
| 5 | Q. | Has Mr. ▓▓▓ been the | 10:49:54AM |
| 6 | administrator of the SVN log since January | | 10:49:56AM |
| 7 | of 2015? | | 10:50:02AM |
| 8 | A. | I don't believe so. | 10:50:05AM |
| 9 | Q. | Who has been the administrator | 10:50:09AM |
| 10 | of the SVN log from January 2015 forward, | | 10:50:10AM |
| 11 | if not Mr. ▓▓▓ | | 10:50:14AM |
| 12 | A. | ▓▓▓▓▓ was the previous | 10:50:20AM |
| 13 | administrator. | | 10:50:22AM |
| 14 | Q. | And when was ▓▓▓ the | 10:50:26AM |
| 15 | administrator for the SVN log? | | 10:50:30AM |
| 16 | A. | I believe from the inception of | 10:50:38AM |
| 17 | the server in early 2015 through the | | 10:50:39AM |
| 18 | summer, June or July, 2015 -- sorry, no, | | 10:50:46AM |
| 19 | June, July 2016. | | 10:50:55AM |
| 20 | Q. | And after June or July of 2016, | 10:51:00AM |
| 21 | ▓▓▓▓▓ took on responsibilities | | 10:51:03AM |
| 22 | for administering the SVN log, is that | | 10:51:06AM |
| 23 | correct? | | 10:51:10AM |
| 24 | A. | That is correct. | 10:51:10AM |
| 25 | Q. | You do not have access to the | 10:51:22AM |

Page 48

```
 1  SVN log in the ordinary course of              10:51:23AM
 2  business, is that correct?                     10:51:25AM
 3            MR. BAKER:  Objection to form.       10:51:29AM
 4      A.    That is correct.                     10:51:31AM
 5      Q.    So as part of Waymo's                10:51:34AM
 6  investigation, someone gave you a copy of      10:51:35AM
 7  the SVN log, is that correct?                  10:51:37AM
 8      A.    That is correct.                     10:51:41AM
 9      Q.    And that person, the person who      10:51:44AM
10  gave you a copy of the SVN log was             10:51:46AM
11  Mr. ████████ correct?                          10:51:49AM
12      A.    No.                                  10:51:53AM
13      Q.    Who gave you a copy of the SVN       10:51:54AM
14  log?                                           10:51:56AM
15            MR. BAKER:  I am going to            10:52:00AM
16  caution the witness not to reveal the          10:52:00AM
17  substance of any attorney-client               10:52:03AM
18  communication, but you can give a name.        10:52:04AM
19      A.    ████████.                            10:52:07AM
20      Q.    When did Mr. ████ give you           10:52:08AM
21  the SVN log?                                   10:52:10AM
22            MR. BAKER:  You can give a           10:52:11AM
23  date.                                          10:52:12AM
24      A.    February 21st, 20th or 21st,         10:52:13AM
25  2017.                                          10:52:25AM
```

| | | |
|---|---|---|
| 1 | February 23rd, 2017. | 10:54:02AM |
| 2 | Q.    So your analysis of other log | 10:54:11AM |
| 3 | sources that corroborated the download | 10:54:13AM |
| 4 | activity took place in 2016, correct? | 10:54:16AM |
| 5 | A.    And 2017. | 10:54:20AM |
| 6 | Q.    The analysis you did with | 10:54:23AM |
| 7 | respect to corroborating the download | 10:54:25AM |
| 8 | activity in 2016 was performed without a | 10:54:28AM |
| 9 | copy of the SVN log, is that correct? | 10:54:34AM |
| 10 | A.    That is correct. | 10:54:37AM |
| 11 | Q.    Did somebody tell you that | 10:54:40AM |
| 12 | Mr. Levandowski had downloaded files from | 10:54:43AM |
| 13 | the SVN server in 2016? | 10:54:46AM |
| 14 | MR. BAKER:  You can answer that | 10:54:50AM |
| 15 | yes or no. | 10:54:51AM |
| 16 | A.    Yes. | 10:54:52AM |
| 17 | Q.    Who told you that? | 10:54:53AM |
| 18 | MR. BAKER:  You can give a | 10:55:00AM |
| 19 | name. | 10:55:00AM |
| 20 | A.    ▮▮▮▮▮▮. | 10:55:01AM |
| 21 | Q.    Do you know how Mr. ▮▮▮ knew | 10:55:03AM |
| 22 | that Anthony Levandowski had downloaded | 10:55:08AM |
| 23 | files? | 10:55:10AM |
| 24 | MR. BAKER:  You can answer that | 10:55:14AM |
| 25 | yes or no. | 10:55:14AM |

Page 51

```
1      Q.     You also mentioned lock-down;        03:25:35PM
2  what is that?                                   03:25:37PM
3      A.     Lock-down will prevent any           03:25:37PM
4  unknown or any unapproved binaries from         03:25:44PM
5  running on a system that is running in          03:25:49PM
6  lock-down mode.                                 03:25:52PM
7      Q.     So if I have an executable that      03:25:54PM
8  ███  doesn't recognize, it says it can't        03:25:58PM
9  use it?                                         03:26:00PM
10     A.     Yes.                                 03:26:00PM
11     Q.     How do you get to be able to         03:26:01PM
12 use it?                                         03:26:04PM
13     A.     ████████████████████████  ████
14 ██████████████████████████████████    ████
15 ████████████████████████████████████  ████
16 █████████████████████████████████████ ████
17 █████████████████████████████████████████
18 █████████████████████████████████     ████
19 █████                                 ████
20         ██████████████████████████    ████
21 █████████████████████████████████████████
22 ██████████████                        ████
23    █   ███████████████████████        ████
24 █████                                 ████
25    █   ██████████████████████████     03:26:38PM
```

Page 194

| | | |
|---|---|---|
| 1 | paragraph in Mr. ▮▮▮▮▮▮▮ e-mail, he | 04:07:47PM |
| 2 | says that "On September 19, 2016, Waymo | 04:07:53PM |
| 3 | pulled SVN log data, which dated back to | 04:07:57PM |
| 4 | September 19, 2015, due to the 52-week | 04:08:00PM |
| 5 | retention in place." | 04:08:04PM |
| 6 |       Do you see that? | 04:08:06PM |
| 7 |   A.    I do see that. | 04:08:10PM |
| 8 |   Q.    Are you aware of any 52-week | 04:08:11PM |
| 9 | retention for the SVN log data? | 04:08:13PM |
| 10 |   A.    I believe I said retention was | 04:08:22PM |
| 11 | set to a year and then that was suspended | 04:08:23PM |
| 12 | as of fall 2016, to my knowledge; I | 04:08:27PM |
| 13 | believe I said that earlier in this | 04:08:29PM |
| 14 | deposition, way earlier. | 04:08:35PM |
| 15 |   Q.    So I asked you all of the log | 04:08:37PM |
| 16 | data is available today and you said to my | 04:08:39PM |
| 17 | knowledge, yes; was that a correct or | 04:08:41PM |
| 18 | incorrect statement? | 04:08:42PM |
| 19 |   A.    I thought it was correct. | 04:08:48PM |
| 20 |   Q.    So do you believe it to be | 04:08:49PM |
| 21 | correct or do you believe Mr. ▮▮▮▮▮▮▮ | 04:08:50PM |
| 22 | comment to be correct? | 04:08:52PM |
| 23 |       MR. BAKER:  Objection to form. | 04:08:53PM |
| 24 |   A.    Perhaps -- | 04:09:01PM |
| 25 |       THE WITNESS: I have a privilege | 04:09:08PM |

Page 225

| | | |
|---|---|---|
| 1 | question on this thing. | 04:09:09PM |
| 2 | MR. BAKER:  Sure. | 04:09:10PM |
| 3 | THE VIDEO TECHNICIAN: Time is | 04:09:12PM |
| 4 | 4:09 p.m. | 04:09:13PM |
| 5 | We're off the record. | 04:09:13PM |
| 6 | (Witness and counsel left the | 04:09:15PM |
| 7 | hearing room to confer.) | 04:09:16PM |
| 8 | (Pause.) | 04:09:16PM |
| 9 | (Witness and counsel returned | 04:09:16PM |
| 10 | to the hearing room.) | 04:23:09PM |
| 11 | THE VIDEO TECHNICIAN: Time is | 04:23:09PM |
| 12 | 4:23 p.m. | 04:23:27PM |
| 13 | We are on the record. | 04:23:28PM |
| 14 | BY MR. CHATTERJEE: | 04:23:29PM |
| 15 | Q.    I think the question pending | 04:23:33PM |
| 16 | was do you believe your prior testimony to | 04:23:34PM |
| 17 | be correct or do you believe | 04:23:38PM |
| 18 | Mr. ████████ comment to be correct | 04:23:39PM |
| 19 | with respect to that first sentence of the | 04:23:40PM |
| 20 | third paragraph? | 04:23:44PM |
| 21 | A.    I think I'm definitely | 04:23:45PM |
| 22 | deferring to what Mr. ████████ said; | 04:23:49PM |
| 23 | from my discussions with the Subversion | 04:23:51PM |
| 24 | server administrators, I was under the | 04:23:59PM |
| 25 | impression that -- when I gave that kind | 04:24:01PM |

Page 226

| | | |
|---|---|---|
| 1 | of long sled of summer 2016, the logs were | 04:24:05PM |
| 2 | pulled and coupled with the one-year | 04:24:13PM |
| 3 | retention and my knowledge that the | 04:24:14PM |
| 4 | Subversion server had been launched, to my | 04:24:17PM |
| 5 | knowledge, I think in May or June or | 04:24:19PM |
| 6 | summer of 2015, in my mind it was like, | 04:24:22PM |
| 7 | oh, it goes back a year obviously to the | 04:24:25PM |
| 8 | start. | 04:24:28PM |
| 9 | But I definitely defer to Jeff | 04:24:32PM |
| 10 | and I have never seen this document, but | 04:24:34PM |
| 11 | seeing that, if he says that indefinite | 04:24:37PM |
| 12 | retention was started in the early spring | 04:24:43PM |
| 13 | of 2017 and not the fall of 2016, I have | 04:24:47PM |
| 14 | to go with that as well, because these are | 04:24:50PM |
| 15 | hard dates. | 04:24:53PM |
| 16 | I was providing like three, | 04:24:54PM |
| 17 | four month sleds. | 04:24:56PM |
| 18 | Q.     Have you done any investigation | 04:24:58PM |
| 19 | into the accuracy of Mr. ▮▮▮▮▮▮▮ | 04:25:00PM |
| 20 | comments in this letter? | 04:25:02PM |
| 21 | A.     I have never seen this letter | 04:25:08PM |
| 22 | until you put it in front of me. | 04:25:09PM |
| 23 | Q.     Who would know whether the | 04:25:10PM |
| 24 | statements in Mr. ▮▮▮▮▮▮▮ letter are | 04:25:13PM |
| 25 | accurate or not, other than | 04:25:15PM |

Page 227

```
 1               Do you see that?                    04:26:18PM
 2       A.      I do.                               04:26:19PM
 3       ■      ███████████████████████████████
 4   ████████████████████████████████     ███████
 5   ███████████████████████████████████████████
 6   █████████████████              ████████████
 7          ███████████████████████████████████
 8       ■   ████████████████████████████████████
 9           ████████████████████████████████████
10   ████████████████████████████████     ███████
11   ████████████████████████████████     ███████
12   ■                                    ███████
13       ■   █████████████████████         ██████
14   ████████████████████████████          ██████
15   ████████████████████████████████      ██████
16       ■   ██████████████████            ██████
17               MR. BAKER:  Objection to form.     04:27:05PM
18       A.      Also, as a professional log        04:27:09PM
19   diver, I'll call myself, when we're doing      04:27:13PM
20   investigations, we don't keep things that      04:27:17PM
21   are not deemed explicitly relevant for         04:27:24PM
22   what we are trying to prove.                   04:27:26PM
23               It is bad data stewardship, it     04:27:31PM
24   takes up space, and it makes noise.            04:27:34PM
25       Q.      What were you asked to prove       04:27:36PM
```

Page 229

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1  here?                                           04:27:38PM
 2            MR. BAKER:  Objection, I am           04:27:39PM
 3  going to caution you not to reveal the          04:27:43PM
 4  substance of any attorney-client                04:27:44PM
 5  communications.                                 04:27:46PM
 6            If you can answer that question       04:27:46PM
 7  without doing that, please do.                  04:27:48PM
 8      A.    I did not pull the SVN log            04:27:52PM
 9  data, I'm just speaking to the frame of         04:27:55PM
10  mind of why the entirety of all users'          04:27:56PM
11  logs may not be present.                        04:28:04PM
12            For example, in what I've             04:28:05PM
13  produced to support my declaration, I'm         04:28:07PM
14  not pulling and presenting the ▮▮▮▮ logs        04:28:10PM
15  of any of a hundred thousand other Google       04:28:13PM
16  employees because it is simply not              04:28:16PM
17  relevant to the investigation at hand.          04:28:18PM
18      Q.    That wasn't my question.              04:28:20PM
19            What were you being asked to          04:28:25PM
20  prove as part of your forensic                  04:28:26PM
21  investigation?                                  04:28:27PM
22            MR. BAKER:  Same instruction          04:28:27PM
23  and also objection to the form.                 04:28:28PM
24      A.    These logs showed that 14,000         04:28:33PM
25  files and change were downloaded on             04:28:36PM
```

```
1            MR. BAKER:  Objection to form,      05:14:49PM
2   counsel.                                     05:14:51PM
3       A.   Do you have anything that says      05:14:54PM
4   that this didn't happen; the device was      05:14:55PM
5   attached, it was attached for a period of    05:14:58PM
6   eight hours.                                 05:15:00PM
7            I did search for this device        05:15:01PM
8   earlier in the logs and in my grep-ing I     05:15:02PM
9   couldn't find any indication of having       05:15:07PM
10  done so prior, that's anomalous.             05:15:09PM
11      Q.   You want to make sure you knew      05:15:13PM
12  everything you possibly could about card     05:15:15PM
13  readers in Chauffeur before this kind of     05:15:17PM
14  an accusation was made, right?               05:15:19PM
15           MR. BAKER:  Objection to form.      05:15:22PM
16      A.   Nothing in my declaration is        05:15:23PM
17  not factual.                                 05:15:25PM
18      Q.   Did you do any investigation as     05:15:27PM
19  to whether card readers were used by         05:15:29PM
20  Project Chauffeur?                           05:15:31PM
21           MR. BAKER:  Objection to form.      05:15:33PM
22      A.   No.                                 05:15:34PM
23      Q.   Did you ever check to see if        05:15:35PM
24  people in Chauffeur used digital cameras     05:15:39PM
25  or video cameras or Go Pros as part of       05:15:42PM
```

Page 262

1    their ordinary business?                         05:15:45PM
2              MR. BAKER:  Same objection.            05:15:48PM
3        A.    What I did check was to see if         05:15:54PM
4    this was anomalous for this user and it          05:15:56PM
5    was anomalous for this user.                     05:15:58PM
6              What another engineer somewhere        05:15:59PM
7    else in Chauffeur does, if they have a Go        05:16:00PM
8    Pro that they want to bring to work,             05:16:02PM
9    that's their business.                           05:16:04PM
10             But the subject of my                  05:16:04PM
11   investigation was Anthony Levandowski, I         05:16:06PM
12   wanted to check if this was anomalous for        05:16:12PM
13   Mr. Levandowski and it turns out it was.         05:16:14PM
14       Q.    Did you look for any ▮▮▮▮ log          05:16:18PM
15   data about card readers being attached to        05:16:20PM
16   the desktop?                                     05:16:22PM
17       A.    The desktop was not the subject        05:16:27PM
18   of our investigation at that point.              05:16:29PM
19       Q.    Wouldn't it be relevant to know        05:16:30PM
20   if his behavior was anomalous to know if         05:16:32PM
21   he ever connected a card reader to the           05:16:35PM
22   desktop?                                         05:16:37PM
23             MR. BAKER:  Objection to form.         05:16:39PM
24       A.    Not necessarily.                       05:16:46PM
25       Q.    Wouldn't his behavior on all of        05:16:46PM

Page 263

1  his laptops be relevant when you're trying      05:16:49PM

2  to make an assessment whether his behavior      05:16:52PM

3  was usual or unusual?                           05:16:54PM

4           MR. BAKER:  Objection to form.         05:16:56PM

5     A.    We had assessed behavior and we        05:16:58PM

6  had a series of events in the month of          05:16:59PM

7  December that were very much anomalous and      05:17:01PM

8  this was just the cherry on top of more         05:17:03PM

9  anomalous activity that seemed to suggest       05:17:07PM

10 that ex-filtration was occurring.               05:17:12PM

11    Q.    But you don't know that because        05:17:15PM

12 you didn't look at the desktop, did you?        05:17:16PM

13           MR. BAKER:  Objection to form.        05:17:17PM

14    A.    The desktop isn't where all the        05:17:18PM

15 activity was happening.                         05:17:20PM

16           All this unusual activity was         05:17:21PM

17 happening on the Windows machine and I do       05:17:23PM

18 wish that we had been able to retain the        05:17:25PM

19 Windows laptop for a top-to-bottom              05:17:28PM

20 analysis, but unfortunately someone             05:17:30PM

21 reimaged it before they left.                   05:17:34PM

22    Q.    So you have the ███ log data           05:17:35PM

23 for that desktop, right?                        05:17:38PM

24    A.    Which desktop are we speaking          05:17:42PM

25 of?                                             05:17:43PM

Page 264

```
 1              C E R T I F I C A T I O N
 2
 3       I, Jineen Pavesi, a Registered
 4    Professional Reporter, Registered Merit
 5    Reporter, Certified Realtime Reporter and
 6    a Notary Public, do hereby certify that
 7    the foregoing witness, GARY BROWN, was
 8    duly sworn on the date indicated, and that
 9    the foregoing is a true and accurate
10    transcription of my stenographic notes.
11       I further certify that I am not employed
12    by nor related to any party to this
13    action.
14
15
16
17
18
19
20
21
22              [Signature: Jineen Pavesi, RPR, RMR]
23        JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Page 305