# *EXHIBIT 8*

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

*EXHIBIT 8*