# *EXHIBIT 10*

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

*EXHIBIT 10*