# *E*XHIBIT 11*

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

*E*XHIBIT 11*