Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
James Lin (SBN 310440)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant*
*Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>         Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE**<br><br>Courtroom:   F, 15th Floor<br>Judge:       Honorable Jacqueline S. Corley<br>Trial Date:  October 10, 2017 |

1

**PROOF OF SERVICE**

2

    I am over the age of 18 and not a party to the within action.  My business address is:  601
South Figueroa Street, 41ST Floor, Los Angeles, California 90017.

3

4

    On **August 27, 2017**, I served the following documents on the persons below as follows:

5

*DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER
SEAL PORTIONS OF ITS OPPOSITION TO MOTIONS TO QUASH AND EXHIBITS;*

6

*DECLARATION OF JAMES LIN INSUPPORT OF OTTO TRUCKING'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS
OPPOSITION TO MOTIONS TO QUASH;*

7

8

*(PROPOSED) ORDER GRANTING DEFENDANT OTTO TRUCKING'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS
OPPOSITION TO MOTIONS TO QUASH;*

9

10

*Unredacted/Redacted Version of* OTTO TRUCKING'S OPPOSITION TO MOTIONS TO
QUASH (LETTER BRIEF);

11

*DECLARATION OF I. NEEL CHATTERJEEIN SUPPORT OF DEFENDANT OTTO
TRUCKING LLC'S OPPOSITION TO WAYMO LLC'S AND KEKER, VAN NEST &
PETERS LLP'S MOTIONS TO QUASH SUBPOENA AND MOTION FOR
PROTECTIVE ORDER;*

12

13

14

*DECLARATION OF HAYES P. HYDE IN SUPPORT OF OTTO TRUCKING'S
OPPOSITION TO MOTIONS TO QUASH; and*

15

*Unredacted Version of* EXHIBITS 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, AND 14 TO THE
DECLARATION OF HAYES P. HYDE IN SUPPORT OF OTTO TRUCKING'S
OPPOSITION TO MOTIONS TO QUASH.

16

17

| Recipient | Email Address |
|---|---|
| Non-Party, Keker, Van Nest & Peters LLP<br>ROBERT A. VAN NEST<br>RACHAEL E. MENY<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400 | rvannest@keker.com<br>rmeny@keker.com |

18

19

20

21

☑    (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement
of the parties to accept service by e-mail or electronic transmission, I caused the
documents to be sent to the persons at the e-mail addresses listed. I did not receive,
within a reasonable time after the transmission, any electronic message or other
indication that the transmission was unsuccessful.

22

23

24

    I declare under penalty of perjury that I am employed in the office of a member of the bar
of this Court at whose direction this service was made and that the foregoing is true and correct.

25

26

    Executed on **August 27, 2017**, at Los Angeles, California.

27

Jennifer Vosler
    (Type or print name)                                          (Signature)

28

1