UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants. | Case No. 17-cv-00939-WHA (JSC)<br><br>**ORDER RE: WAYMO'S MOTION TO COMPEL FURTHER RULE 30(B)(6) TESTIMONY**<br><br>**DKT. NO. 1353** |

Waymo seeks to compel further Rule 30(b)(6) testimony from Uber on Topics 1, 9 and 10. After reviewing the deposition transcript, Waymo's motion is DENIED with one exception. Its motion to compel further testimony on Topic 1 is denied as Waymo does not identify any question that went unanswered. It motion to compel further testimony on Topic 10 is denied as the deponent answered Waymo's questions. As for Topic 9, Uber shall make a 30(b)(6) witness available to testify as to Uber's spread sheets; Uber's offer to answer written questions is inadequate. This deposition shall occur on or before September 1, 2017. In all other respects Waymo's motion to compel further testimony on Topic 9 is denied.

This Order disposes of Docket No. 1253.

**IT IS SO ORDERED.**

Dated: August 28, 2017

                       JACQUELINE SCOTT CORLEY
                       United States Magistrate Judge