Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:*
*Otto Trucking LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Courtroom:  8 |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Judge:  Hon. William Alsup<br>Trial Date:  October 10, 2017 |
| Defendants. | |

## PROOF OF SERVICE

I am employed in the District of Columbia.  I am over the age of 18 and not a party to the within action.  My business address is:  901 New York Avenue NW, Washington, D.C. 20001

On **August 25, 2017**, I served the following documents on the persons below as follows:

**UNREDACTED VERSION OF EXHIBIT 2 TO DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE  MOTION TO FILE UNDER SEAL EXHIBITS TO RESPONSE TO PLAINTIFF'S LIST OF ALLEGED DISCOVERY MISCONDUCT ( DKT. 1369)**

| Recipient | Email Address |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | QEWaymo@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304 | UberWaymomofoattorneys@mofo.com |

| | |
|---|---|
| 1   Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>2   707 Wilshire Boulevard<br>Suite 6000<br>3   Los Angeles, CA 90017 | |
| 4   Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>5   401 Wilshire Avenue, Suite 850<br>Santa Monica, CA 90401<br>6<br>7   Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>8   435 Tasso Street<br>Suite 205<br>9   Palo Alto, CA 94301<br>10   Hamish Hume<br>Jessica E. Phillips<br>11   Karen Leah Dunn<br>Kyle N. Smith<br>12   Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>13   1401 New York Ave., NW<br>Washington, DC 20005 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 14<br>15   John L. Cooper<br>Farella Braun + Martel LLP<br>16   235 Montgomery Street<br>17th Floor<br>17   San Francisco, CA 94104<br>Tel.: 415.954.4400<br>18   Fax: 415.954.4480 | jcooper@fbm.com |

19
20   ☑   (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

22
23   I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

24   Executed on **August 25, 2017**, at San Francisco, California.

25
26
27   Rachel N. Dhanaraj        _(Signature)_
(Type or print name)

28

---