DAVID BROWNSTEIN (State Bar No. 141929)
WILLIAM S. FARMER (State Bar No. 46694)
**FARMER BROWNSTEIN JAEGER LLP**
235 Montgomery Street, Suite 835
San Francisco CA 94104
Telephone: (415) 962-2873
Email:   dbrownstein@fbj-law.com
         wfarmer@fbj-law.com

Attorneys for non-party Colin Sebern

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939 WHA<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David C. Brownstein of Farmer Brownstein Jaeger LLP, 235 Montgomery St., Suite 835, San Francisco, California, 94104, hereby enters an appearance in the above-captioned matter as counsel of record for non-party Colin Sebern. Mr. Brownstein is admitted to practice in the United States District Court for the Northern District of California and is in good standing as a member of the Bar of the State of California.

Please serve the undersigned with all pleadings and notices in this action.

Dated: August 28, 2017                                  **FARMER BROWNSTEIN JAEGER LLP**

                                                         By:  /s/ David C. Brownstein
                                                              David C. Brownstein
                                                              Attorneys for non-party Colin Sebern