1  WILLIAM S. FARMER (State Bar No. 46694)
   DAVID BROWNSTEIN (State Bar No. 141929)
2  **FARMER BROWNSTEIN JAEGER LLP**
   235 Montgomery Street, Suite 835
3  San Francisco CA 94104
   Telephone: (415) 962-2877
4  Email: dbrownstein@fbj-law.com
          wfarmer@fbj-law.com
5
   Attorneys for non-party Colin Sebern
6

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10  WAYMO LLC,

11                   Plaintiff,                    Case No. 3:17-cv-00939 WHA

12       v.                                        **NOTICE OF APPEARANCE**

13
   UBER TECHNOLOGIES, INC.;
14  OTTOMOTTO LLC; OTTO
   TRUCKING LLC,
15
                   Defendants.
16

17       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

18       PLEASE TAKE NOTICE that William S. Farmer of Farmer Brownstein Jaeger LLP, 235

19  Montgomery St., Suite 835, San Francisco, California, 94104, hereby enters an appearance in the

20  above-captioned matter as counsel of record for non-party Colin Sebern.  Mr. Farmer is admitted

21  to practice in the United States District Court for the Northern District of California and is in

22  good standing as a member of the Bar of the State of California.

23       Please serve the undersigned with all pleadings and notices in this action.

24  Dated: August 28, 2017                      **FARMER BROWNSTEIN JAEGER LLP**

25

26
                                          By: */s/ William S. Farmer*
27                                            William S. Farmer
                                              Attorneys for non-party Colin Sebern
28

---

NOTICE OF APPEARANCE

3:17-cv-00939 WHA