# *EXHIBIT 12*

## *UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 12*



**From:** Sasha Zbrozek
**To:**
**Sent:** Wed, 18 Mar 2015 16:22:33 -0700
**Subject:** Re: New SVN repository
**Cc:** Bryan Salesky                    , Jack Brown

Emails away to everyone! Some of the autogenerated passwords have questionable symbols that might cause parsing sadness in TortoiseSVN. If it doesn't work, please holler.
Commence the commit carousal!

On Wed, Mar 18, 2015 at 4:07 PM, Sasha Zbrozek                    wrote:

- Right click on your SVN folder (often c:\chauffeur-svn) and select TortoiseSVN --> Relocate
- Change the URL to
- Credentials
    ○
    ○

Let me know if there are any gremlins. I'll send another email when ownership of this system changes hands to its new administrators.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                         WAYMO-UBER-00047598