# *EXHIBIT 13*

***UNREDACTED VERSION
OF DOCUMENT SOUGHT
TO BE SEALED***

*EXHIBIT 13*

**From:** Sasha Zbrozek ▮▮▮▮▮▮▮▮▮
**To:** Anthony Levandowski ▮▮▮▮▮▮▮▮▮
**Sent:** Wed, 18 Mar 2015 16:16:14 -0700
**Subject:** ▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    WAYMO-UBER-00047597