# *EXHIBIT 14*

***UNREDACTED VERSION
OF DOCUMENT SOUGHT
TO BE SEALED***

# *EXHIBIT 14*

**From:** Sasha Zbrozek
**To:** Anthony Levandowski
**Sent:** Thu, 19 Mar 2015 18:03:52 -0700
**Subject:**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                      WAYMO-UBER-00047599