# EXHIBIT 1

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Chelsea Bailey |
| To: | Stacy Savides Sullivan |
| Sent: | Wed, 27 Jan 2016 20:03:24 -0800 |
| Subject: | Re: Anthony notes |
| Cc: | John Krafcik        Jolie Sorge |

+ Jolie as FYI

REDACTED - PRIVILEGE

Please let me know if you have any questions.
Thanks,

On Wed, Jan 27, 2016 at 7:03 PM, Stacy Savides Sullivan                    wrote:

REDACTED - PRIVILEGE

On Wed, Jan 27, 2016 at 6:38 PM, Chelsea Bailey                       wrote:

Hi Stacy, John, below are the notes from exit with Anthony today. Please let me know if you have any questions. According to Anthony...
<u>Why he's leaving</u>
- feels relationship with Chris is irreparable, they've long had differences of opinion and it's become clear to Anthony that it's not ever going to get better
    - mentioned Larry is on-board with strategy pivot ideas he recently shared but that Chris doesn't agree (Chris denies that Anthony surfaced to him and is concerned about how this 'misconception' may affect his relationship w L&S)
- feels he's been in a role which has been steadily decreasing in scope/ responsibility
- doesn't have enough scope/ influence to affect strategy
- wants to be 'in the drivers seat' (this phrase was apparently inspired by his conversation with Sebastian last night)

- respects Chris' technical ability but says Chris doesn't get the business aspects;
- wants to do something new

Where he's going

- Anthony said that he's not decided where he's going yet
  - possibly joining Kitty Hawk (Sebastian's company) to
  - 
  - possibly starting his own thing: self driving semi-trucks

Who he's 'taking'

- Anthony adamantly denies attempting to recruit anyone
- called me between the door and his car after his exit to say people are calling him and he doesn't want to be perceived as recruiting folks away
- last week Andrew Schultz surfaced that someone was recruiting 20-30 people from the project to join a start-up in SF however when specifically asked if Anthony approached him about other opportunities Andrew declined to respond.  Today said to John that Anthony did approach him about an external opportunity
- Rumored that he's targeting employees on the laser team who reported to him directly.

--
Chelsea Bailey


--
Chelsea Bailey

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WAYMO-UBER-00011809