# EXHIBIT 2

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Sergey Brin
**To:** John Krafcik
**Sent:** Wed, 27 Jan 2016 11:52:17 -0800
**Subject:** Re: Anthony
**Cc:** Larry Page

want to chat now? i'll head to the mk ...

On Wed, Jan 27, 2016 at 11:51 AM, John Krafcik wrote:

> We walked Anthony out earlier this morning. (Larry, Sergey: For all the things we might like about him, he has also been remarkably duplicitous...I'm not speaking about second-hand impressions, I'm talking about discussions that he and I had had in the last week.)
>
> Today, he's told people he wanted a Sebastian-like separation from Google...that that might provide higher satisfaction for him. (Chelsea Bailey will provide full exit info.)
>
> At the same, he's actively recruited many people from the team (dozens, we believe).
>
> We believe he has set up a new company already (perhaps two weeks ago) called 280 to put a package together to shop to Uber and others.
>
> Will fill you in on other details asap.
>
> On Wed, Jan 27, 2016 at 11:35 AM, Sergey Brin wrote:
>
>> the fun never ends in chauffeurland.
>> i think regardless of the details of this issue
>>
>> we should also connect today about what to do with the specifics of anthony.
>> you guys around in the next hour                     ?
>>
>> --sergey
>>
>> On Wed, Jan 27, 2016 at 9:17 AM, John Krafcik wrote:
>>
>>> Very duplicitous, and counter to his discussions with me just yesterday.
>>>
>>> We believe he may be taking a big portion of the team.
>>> I'll update you.
>>>
>>>
>>> On Wednesday, January 27, 2016, Larry Page wrote:
>>>
>>>> Sent me note he is leaving last night.

EXHIBIT NO. 1263
Andrea M. Ignacio
RPR,CRR,CCRR,CSR 9830

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    WAYMO-UBER-00011805