# EXHIBIT 5

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** John Krafcik
**To:** Chelsea Bailey
**Received:** Fri, 1 Apr 2016 14:58:14 -0700
**Subject:** Re: quick follow-up

sounds good, thanks Chelsea
looking forward to the forensic work around ot.to

On Fri, Apr 1, 2016 at 7:57 AM, Chelsea Bailey wrote:

> **REDACTED - PRIVILEGE**
>
> Attached is the additional departure email which was provided to Anthony -- it's a bit more terse than our general exit materials, which were also provided to him, including a copy of the CIAA (Confidentiality and Invention Assignment Agreement) he signed at the commencement of his employment.
>
> I'll follow up when I hear back from Leah and once we have a draft letter for your review.
>
> Thanks,
>
> 
>
> **Chelsea Bailey**
> HR Business Partner
> solveforx.com

--

- **John Krafcik**
- CEO, Self-Driving Cars

Google



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WAYMO-UBER-00012097