# EXHIBIT 7

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Bryan Salesky
**To:** Chris Urmson
**Sent:** Sat, 31 Jan 2015 11:17:56 -0500
**Subject:** Re: Playing to win in Self-Driving Cars
**Cc:** Dmitri Dolgov

Well thanks to iMessage I got all the confirmation I needed while on plane this morning :)

On Saturday, January 31, 2015, Bryan Salesky wrote:

> One more thing: i actually wanted to extend my stay another week in mtv but
>
> Bryan

On Saturday, January 31, 2015, Bryan Salesky wrote:

> Lay it down captain. Amen! I'm glad you lose sleep every now and again to write this gold. It's exactly what is at the heart of frustrating us. You may want to give some bullets on

I'm ready to go to war.

Bryan

On Saturday, January 31, 2015, Chris Urmson wrote:

> DRAFT- I'm thinking of sending to Sergey. Ignore late night stupidness (I'll edit) but send thoughts. I want to send to Sergey, and if I get no response send on to Larry.



I love this company.  I love the team that I've built over the last 6 years.  I do not want to see Google's investment wasted.  We've been doing the right thing - it's time to play to win, not just to avoid losing.

Chris

--
Chris Urmson | Self-Driving Cars |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 WAYMO-UBER-00035451