QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO PRECIS** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of Its Response to Precis (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Otto Trucking's Response to Waymo's Precis ("Otto Trucking's Response") and of Exhibits 2, 5, and 8 to the Vu Declaration, as well as the entirety of Exhibits 3-4 and 6 to the Vu Declaration.

3. The portions of Otto Trucking's Response marked in red boxes, the green highlighted portions of Exhibits 2 and 4, the entirety of Exhibit 6, and the yellow highlighted portions of Exhibit 8 contain or refer to confidential business information, which Waymo seeks to seal.

4. Otto Trucking's Response (portions marked in red boxes in version filed herewith), Exhibit 4 (portions highlighted in green in version filed herewith), Exhibit 6 (entire document), and Exhibit 8 (yellow highlighted portions) further contain, reference, and/or describe Waymo's highly confidential and sensitive business information. Such information includes details regarding Waymo's confidential strategy related to Anthony Levandowski's departure, executive compensation, and Waymo's approach to LiDAR design. I understand that Waymo maintains that this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its confidential business and technical strategy would become known to competitors who could use such information to Waymo's disadvantage. In addition, Exhibit 4 (portions highlighted in green in version filed herewith) contain email addresses and/or phone numbers of Waymo employees and former employees involved in this case, the disclosure of which would cause Waymo and those employees substantial harm due to the high public profile of this litigation. Exhibit 6 (entire document) additionally contains details regarding Anthony Levandowski's compensation and payroll, which Waymo maintains as confidential

5. Exhibit 2 (red highlighted portions) contains, discusses, or refers to confidential details regarding the corporate ownership, corporate leadership, business models, prototype development and testing, and employee recruitment efforts, which Waymo understands are highly confidential to Kitty Hawk, and disclosure of such information would inflict serious and irreparable damage to Kitty Hawk's business.  (*See* Dkt No. 1115 ¶ 3.)

6. Waymo's request to seal is narrowly tailored to those portions of Otto Trucking's Response and Exhibits 2, 4, 6, and 8 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 28, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

### ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven