# EXHIBIT 4

## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 4

**From:** Stacy Savides Sullivan
**To:** Prasad Setty                          Laszlo Bock
**Sent:** Thu, 28 Jan 2016 19:37:10 -0800
**Subject:** few things from Larry

Hi both,

Prasad, thanks for being on ping this afternoon. Glad I was in the RLS (where i'm suppose to be) as Larry wanted to talk live on a few things and he came to me conf room and found me, with fair warning from Esther.



On [REDACTED - PRIVACY]. I will let you know what happens.

[REDACTED] But we didn't get more specific.

Thanks,
stacy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WAYMO-UBER-00022238