1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    415.268.7000
7  Facsimile:    415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:    202.237.2727
12 Facsimile:    202.237.6131

13 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
14 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
15 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
16 New York, NY 10019-6023

17 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
18 and OTTOMOTTO LLC

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS** |

1    I, Michelle Yang, declare as follows:

2    1.    I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Supplemental Brief in Support of Motion to Strike Vague and Overbroad Trade Secret Claims.

2.    I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Supplemental Brief in Support of Motion to Strike Vague and Overbroad Trade Secret Claims ("Supplemental Brief") | Highlighted Portions | Plaintiff (Green) Defendants (Blue) |
| Exhibit 1 | Entirety | Plaintiff Defendants |
| Exhibit 2 | Highlighted Portions | Plaintiff (Green) |

3.    The blue-highlighted portions of the Supplemental Brief and entirety of Exhibit 1 contain highly confidential information regarding the technical details of Uber's LiDAR systems, including the specifications of LiDAR transmit boards. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical components of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.

4.    The green-highlighted portions of the Supplemental Brief, the entirety of Exhibit 1, and the green-highlighted portions of Exhibit 2 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties

have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

5. Defendants' request to seal is narrowly tailored to the portions of the Supplemental Brief and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of August, 2017 in Washington, D.C.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  August 28, 2017                             */s/ Arturo J. González*
ARTURO J. GONZÁLEZ