1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11   WAYMO LLC,                              Case No.      3:17-cv-00939-WHA

12                Plaintiff,                 **[PROPOSED] ORDER GRANTING**
                                             **DEFENDANTS UBER**
13          v.                               **TECHNOLOGIES, INC. AND**
                                             **OTTOMOTTO LLC'S**
14   UBER TECHNOLOGIES, INC.,                **ADMINISTRATIVE MOTION TO**
     OTTOMOTTO LLC; OTTO TRUCKING LLC,       **FILE DOCUMENTS UNDER SEAL**
15
16                Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Supplemental Brief in Support of Motion to Strike Vague and Overbroad Trade Secret Claims ("Supplemental Brief") | Highlighted Portions |
| Exhibit 1 | Entirety |
| Exhibit 2 | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Judge