1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:    415.268.7000
   Facsimile:    415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Telephone:    202.237.2727
   Facsimile:    202.237.6131
10
   WILLIAM CARMODY (*Pro Hac Vice*)
11 bcarmody@susmangodfrey.com
   SHAWN RABIN (*Pro Hac Vice*)
12 srabin@SusmanGodfrey.com
   SUSMAN GODFREY LLP
13 1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019-6023
14
   Attorneys for Defendants
15 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>  Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendant. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |
|---|---|

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Supplemental Brief in Support of Motion to Strike Vague and Overbroad Trade Secret Claims.

2. Attached as **Exhibit 1** are true and correct excerpts of the August 24, 2017 Opening Expert Report of Lambertus Hesselink, Ph.D.

3. Attached as **Exhibit 2** are true and correct excerpts of the April 26, 2017 deposition of Gregory Kintz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August, 2017, in San Francisco, California.

                                           */s/ Esther Kim Chang*
                                           ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: August 28, 2017                     */s/ Arturo J. González*
                                                             ARTURO J. GONZÁLEZ

CHANG DECL. ISO DEFS. SUPPL. BRIEF RE MOT. TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS
Case No. 3:17-cv-00939-WHA
pa-1800080

1