# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

      Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

      Defendants.

_____/


WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017


BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507


PAGES 1 - 234

Page 50

| | | |
|---|---|---|
| 1 | And in that Excel file, I computed ▉▉▉ | |
| 2 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, as | 12:08 |
| 3 | previously discussed. | 12:09 |
| 4 | Q   Okay.  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | |
| 5 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | |
| 6 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉? | 12:09 |
| 7 | A   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | |
| 8 | ▉▉▉▉▉▉▉▉   ▉▉▉▉▉▉▉▉▉ | |
| 9 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | |
| 10 | ▉▉▉▉▉▉▉ | 12:09 |
| 11 | Q   Okay.  And I -- I just want to clarify. | 12:09 |
| 12 | So, earlier we were looking at ▉▉▉▉ | |
| 13 | ▉▉▉▉▉▉▉ for the GBr3. | 12:09 |
| 14 | Do you recall that? | 12:09 |
| 15 | A   Yes. | 12:09 |
| 16 | Q   By ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | |
| 17 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | |
| 18 | ▉▉▉▉▉▉▉▉▉▉▉▉▉; is that correct? | 12:09 |
| 19 | A   No.  I was computing the -- ▉▉▉▉▉▉. | 12:09 |
| 20 | Q   Using ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉? | 12:09 |
| 21 | A   Yes. | 12:10 |
| 22 | Q   And then there is this number ▉▉▉▉ | |
| 23 | ▉▉▉▉▉▉▉▉▉▉. | 12:10 |
| 24 | Do you see that in paragraph 33? | 12:10 |
| 25 | A   Yes. | 12:10 |

Page 83

| | | | |
|---|---|---|---|
| 1 | A | That is correct. | 13:42 |
| 2 | Q | Okay. And in order to calculate ███████ ██ | |
| | | ████████████████████████████████ | |
| | | ██████████████████████? | 13:42 |
| 5 | A | █████████████████████████ | |
| | | ████████████████████████████████ | |
| | | ██████████████████████████ | |
| | | ████████████████████████████ | |
| | | ██████████████ | 13:42 |
| 10 | Q | Is that something you could do now ███████ | |
| | | ██████? | 13:42 |
| 12 | A | Yes. | 13:42 |
| 13 | Q | Okay. What -- what is ████████████ | |
| | | ███████████████████? | 13:42 |
| 15 | A | Do you have a calculator? | 13:42 |
| 16 | Q | We do. | 13:42 |
| 17 | A | Do you have a sheet of paper that I can write | 13:42 |
| 18 | | on? | 13:42 |
| 19 | Q | Yes. | 13:42 |
| 20 | A | Do you have a pen that I can write with? | 13:43 |
| 21 | Q | Sure. | 13:43 |
| 22 | A | (Witness complies.) | 13:43 |
| 23 | | I come up with ████████████████, with | 13:46 |
| 24 | | rounding to the third significant digit. | 13:46 |
| 25 | Q | And what does that number represent? | 13:46 |

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 4/27/2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830