1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
    RKim@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:  415.268.7000
7   Facsimile:  415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:  202.237.2727
12  Facsimile:  202.237.6131

13  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
14  and OTTOMOTTO LLC

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18  WAYMO LLC,                              | Case No.   3:17-cv-00939-WHA
19              Plaintiff,                  | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO UBER'S SUMMARY JUDGMENT PRECIS (DKT. 1341)**
20         v.
21  UBER TECHNOLOGIES, INC.,
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
22
              Defendants.
23                                          | Trial Date: October 10, 2017

24

25

26

27

28

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Opposition to Uber's Summary Judgment Precis (Dkt. 1341).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Opposition to Uber's Summary Judgment Precis ("Opposition") | Red-outlined Boxes |
| Exhibit 3 | Blue-outlined Boxes |
| Exhibit 4 | Entire Document |

3. The red-outlined boxes in Waymo's Opposition and the blue-outlined boxes in Exhibit 3 contain highly confidential technical specifications for various elements of Uber's LiDAR sensors. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information would allow Uber's competitors to gain detailed knowledge into the technical specifications of Uber's LiDAR sensors and use this knowledge to build or improve their own technology, such that Uber's competitive standing could be significantly harmed.

4. The entirety of Exhibit 4 is an email exchange between Uber and a confidential vendor regarding highly confidential technical specifications for a certain element of Uber's LiDAR sensors, including purchase and delivery terms. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information would allow Uber's competitors to obtain a competitive advantage by learning how Uber approaches certain technical elements of LiDAR sensors. Competitors could use this

1  information to design certain elements of their own LiDAR sensors, which would significantly
2  harm Uber's competitive standing.

3      5.    In addition, some parts of Exhibit 4 contain the email addresses and phone
4  numbers of Uber employees who have been tangentially involved in this litigation. Defendants
5  seek to seal this information in order to protect the privacy of these employees, as individuals
6  involved in this litigation are currently the subject of extensive media coverage. Disclosure of
7  this information for such employees could expose them to harm or harassment.

8      6.    Defendants' request to seal is narrowly tailored to those portions of Plaintiff's
9  Opposition and its supporting exhibits that merit sealing.

10  I declare under penalty of perjury under the laws of the United States that the foregoing is
11  true and correct. Executed this 28th day of August, 2017, in Washington, D.C.

                                                                */s/ Michelle Yang*
                                                                 Michelle Yang

## ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 28, 2017                            */s/ Arturo J. González*
                                                                 Arturo J. González