1 | MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
2 | ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
7 | HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
8 | BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
9 | Washington DC 20005
Telephone: 202.237.2727
10 | Facsimile: 202.237.6131

11 | WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
12 | SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
13 | SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
14 | New York, NY 10019-6023

15 | Attorneys for Defendants
UBER TECHNOLOGIES, INC.
16 | and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE RE DKT. 1399** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2000 Pennsylvania Avenue, NW Suite 6000, Washington, D.C. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on this date, I served true and correct copies of the following documents:

- **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS**

- **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE VAGUE AND OVERBROAD TRADE SECRET CLAIMS (*UNREDACTED VERSION*)**

- **EXHIBITS 1 AND 2 TO CHANG DECLARATION (*UNREDACTED VERSIONS*)**

[X] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788 | qewaymo@quinnemanuel.com |
| Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>*Attorneys for Plaintiff Waymo LLC* | lcunningham@wsgr.com |

| Recipient | Email Address: |
|---|---|
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C., this 28th day of August, 2017.

| Michelle Yang | */s/ Michelle Yang* |
|:---:|:---:|
| (typed) | (signature) |

### ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: August 28, 2017               */s/ Arturo J. González*
                                                          Arturo J. González

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782295