| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3819626

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Motion for Summary Judgment ("Motion") | Highlighted Portions | Plaintiff (Green) <br> Defendants (Blue) <br> Third-party Velodyne (Yellow) <br> Otto Trucking (Red) |
| Exhibits 2-4 to the Declaration of Michelle Yang | Entire Documents | Defendants |
| Exhibit 8 to the Declaration of Michelle Yang | Entire Document | Plaintiff |
| Exhibits 9-11, 15 to the Declaration of Michelle Yang | Highlighted Portions | Plaintiff (green) |
| Exhibits 17-18 to the Declaration of Michelle Yang | Entire Documents | Third-party Velodyne |
| Declaration of James Haslim | Highlighted Portions | Defendants (Blue) |
| Declaration of Brent Schwartz | Highlighted Portions | Otto Trucking (Red) |
| Exhibit 1 to the Declaration of Shane Brun | Highlighted Portions | Otto Trucking (Red) |
| Exhibit 2 to the Declaration of Shane Brun | Highlighted Portions | Otto Trucking (Red) <br> Plaintiff (green) |
| Exhibit 3 to the Declaration of Shane Brun | Entire Document | Otto Trucking <br> Defendants |
| Exhibits 4-5 to the | Highlighted Portions | Defendants (Blue) |

| Declaration of Shane Brun | | |
|---|---|---|
| Exhibit 6 to the Declaration of Shane Brun | Entire Document | Plaintiff |
| Exhibit 7 to the Declaration of Shane Brun | Entire Document | Plaintiff<br>Defendants |

**IT IS SO ORDERED**.

Dated: _____, 2017

                                      HONORABLE WILLIAM ALSUP
                                      United States District Judge