# EXHIBIT 9

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
                                    )
WAYMO LLC,                          )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )   Case No.
                                    )   3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,            )
OTTOMOTTO LLC; OTTO                 )
TRUCKING LLC,                       )
                                    )
            Defendants.             )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
San Francisco, California
Friday, March 31, 2017
Volume I


Reported by: SUZANNE F. GUDELJ
CSR No. 5111
Job No. 2581643
PAGES 1 - 187

Page 69

1   example, whether they have an obligation to maintain
2   your information confidentially?
3       A    I know our like GSM head, Tim Willis, would
4   have some knowledge of it.
5       Q    Do you have an understanding of Waymo's
6   practices in that regard?  To be specific, do you --
7   do you know or believe that at the time of this
8   conversation, there was in place an agreement with
9   ███████    pursuant to which ███████    agreed to
10  maintain information like this in confidence?
11          MR. JAFFE:  Objection.  Form.
12          THE WITNESS:  I believe that we had an
13  agreement with them, an NDA agreement.  The details
14  of it, like exactly how they -- they're not part of
15  my work, right?  Usually my work is do they have an
16  NDA.  Yes, no.  Can we work with them.
17  BY MR. JACOBS:
18      Q    Turning back to the GBr3 Transmit Board
19  Engineering Requirements, 1022, if you look at
20  page 3234, can you describe what -- what the -- what
21  components are illustrated on the drawing on the top
22  left?
23  ██ ████████████████████████
    ██ ████████
    ██ ██ ████████████████



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were duly sworn; that a record
8   of the proceedings was made by me using machine
9   shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12  Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16  I further, certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: 4/3/17
22
23  _____
    SUZANNE F. GUDELJ
24  CSR No. 5111
25