# EXHIBIT 10

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---


WAYMO LLC,

        Plaintiff,

vs.                                    No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

        Defendants.
_____/


HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY


WAYMO LLC RULE 30(b)(6)

VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

PALO ALTO, CALIFORNIA

THURSDAY, AUGUST 3, 2017



REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2663199

PAGES 1 - 371



16:07



Page 232





Page 236

███  █████████████  ████████████████████  ███

███  ███████████████████████████████████  ███

███  ████████  ██████████████████████████  ███

███  ████████████████████  ███

███  ██████████████████████████  ███

███  ███████████████████████████  ███

███  ████████████████████████████████  ███

███  █████  ███

███  ████████████  █  █████████████████  ███

███  █████████████████████████████████  ███

███  ████████████████████  ███

███  ██████████  ██████████  ███

███  ██████████  ████████████████  ████████  ███

███  ████████████████████                              16:13

| 15 | | | MR. KIM:  Q.  So if you look at Exhibit 1277, | 16:13 |

15           MR. KIM:  Q.  So if you look at Exhibit 1277,    16:13

16    which is the patent that we looked at previously, and    16:14

17    for which you're an inventor.                             16:14

18           Do you recall that?                                16:14

19     A    That's '922?                                         16:14

20     Q    Yes.                                                 16:14

21     A    78.  Okay.                                           16:14

22     Q    Direct your attention to column 15, line 32.        16:14

23     A    (Witness complies.)                                  16:14

24           Okay.                                               16:14

25     Q    Do you see where it says:                           16:14

1      "As shown in Figures 5B and 5C, cylindrical      16:14

2  lens 504 may be positioned in front of aperture 506     16:14

3  with its cylinder axis 514 generally parallel to slow    16:14

4  access 510 and perpendicular to fast access 508.  In     16:15

5  this arrangement, cylindrical lens 504 can              16:15

6  pre-collimate laser beam 512 along fast access 508,      16:15

7  resulting in partially collimated laser beams 516."      16:15

8      And then, if you look further down in that          16:15

9  same column, line 50, it says:                          16:15

10      "In one example, cylindrical lens 504 is a          16:15

11  micro rod lens with a diameter of about 600 microns     16:15

12  that is placed about 250 microns in front of aperture    16:15

13  506.  The material of the micro rod lens could be, for   16:15

14  example, fused silica or a borate silicate crown         16:15

15  glass, such as shot BK7.  Alternatively, the micro rod   16:15

16  lens could be a molded plastic cylinder or a             16:15

17  cylinder."                                              16:15

18      A    Yeah, so --                                    16:15

19   ██ ████████████████████████████████████    ████████

   █  ███████████████████████████████████████    ████████

   █  ████████████████████████    that's known in the public;   16:16

22  isn't it?                                               16:16

23      MR. JAFFE:  Object to form.                         16:16

24      THE WITNESS:  So that specific application of       16:16

25  this specific patents, which is public, seems to be      16:16

Page 238

1    describing an example, you know, that could use that,    16:16

2    yes.                                                      16:16

3            MR. KIM:   Q.   And you didn't invent the idea    16:16

4    of ███████████████████████                               ███

██      ████████████      ████████████                        ███

██      ████████████   ████████████████                       ███

██   █████████████████████████████████████                   ███

██   ████████████████████████████████████                    ███

██   ████████████████████████████████████████                ███

██   ███████████████████████████████████████                 ███

██          █████████████████████████████████                ███

██   ████████████████████████████████████                    ███

██   █████████████   ████████████████████████                ███

██   ██████████████████████████████████████████              ███

██   █████████████████████████████                           ███

██         █████████   █   ███████████████████                ███

██   ████████████████████                                     ███

██      █   ██████                                            ███

██      ████████████   ████████████████                       ███

██      ████████████   ████████████████████                   ███

██   ██████████████████████████████████                       ███

██   █████████████████████████████████████                    ███

██   ██████████████████████████   ████████████                ███

██   ██████████████████████████████████████████              16:17

25          MR. KIM:   Q.   Why didn't you claim it in this    16:17

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              CERTIFICATE OF REPORTER

 2

 3         I, ANDREA M. IGNACIO, hereby certify that the

 4    witness in the foregoing deposition was by me duly

      sworn to tell the truth, the whole truth, and nothing

 5    but the truth in the within-entitled cause;

 6         That said deposition was taken in shorthand

 7    by me, a disinterested person, at the time and place

 8    therein stated, and that the testimony of the said

      witness was thereafter reduced to typewriting, by

 9    computer, under my direction and supervision;

10         That before completion of the deposition,

11    review of the transcript [x] was [ ] was not

12    requested.  If requested, any changes made by the

13    deponent (and provided to the reporter) during the

      period allowed are appended hereto.

14         I further certify that I am not of counsel or

15    attorney for either or any of the parties to the said

16    deposition, nor in any way interested in the event of

      this cause, and that I am not related to any of the

17    parties thereto.

18    Dated: August 4, 2017

19

20

21

22

23

24         ANDREA M. IGNACIO,

25      RPR, CRR, CCRR, CLR, CSR No. 9830

                                        Page 371
```