# *EXHIBIT 5*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 5*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**OPENING EXPERT REPORT OF DR. ANDREW WOLFE, PH.D. CONCERNING DEFENDANTS' INFRINGEMENT AND WAYMO'S PRACTICE OF U.S. PATENT NO. 9,368,936** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Table of Contents**

I. INTRODUCTION ................................................................................................................ 1

II. BASIS OF OPINIONS ........................................................................................................ 1

    A. Qualifications and Experience ................................................................................ 1

    B. Materials Considered ............................................................................................... 4

III. LEGAL STANDARDS ....................................................................................................... 5

    A. Claim Construction ................................................................................................. 5

    B. Infringement ............................................................................................................ 6

IV. THE '936 PATENT ............................................................................................................. 7

    A. Background and Summary ...................................................................................... 7

    B. Specification ............................................................................................................ 8

    C. Prosecution History ............................................................................................... 15

    D. Asserted Claims .................................................................................................... 15

    E. Level of Ordinary Skill in the Art ......................................................................... 16

    F. Claim Construction ............................................................................................... 16

V. ███████████████████████████████████████████

   █ ███████████████████████████████████████

   █ ███████████████████████████████████████

        1. Claim 1 ....................................................................................................... 24

        2. Claim 3 ....................................................................................................... 56

        3. Claim 5 ....................................................................................................... 58

        4. Claim 6 ....................................................................................................... 58

        5. Claim 7 ....................................................................................................... 59

        6. Claim 9 ....................................................................................................... 59

        7. Claim 11 ..................................................................................................... 61

        8. Claim 14 ..................................................................................................... 61

        9. Claim 16 ..................................................................................................... 61

        10. Claim 17 ................................................................................................... 62

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

64.     The electrical pulses generated by the APDs on the Fuji receive PCBs are passed to control logic, where they are used to calculate the distance between the Fuji device and a detected object. *Id*.

**B.**     █████████████████████████████
████████████████████████████████████████

1.    **Claim 1**

   *(a)     An apparatus, comprising:*

66.     Fuji is an apparatus. Specifically, Fuji is a 64-channel LiDAR device designed to be mounted on a vehicle and rotate 360 degrees. UBER00017934; UBER00072215-16; Haslim Decl. ¶ 7. Fuji includes six transmit printed circuit boards, each of which includes ten or eleven laser diodes and firing circuits to discharge current through the laser diodes causing them to emit a pulse of light. WAYMO-UBER00000635; UBER00075463-74.

   *(b)     a voltage source;*

67.     Fuji includes a voltage source. Specifically, Fuji includes an approximately 50-V power supply. See e.g. Linoval Dep. 177:17-178:17, 180:22-25.[2] A representation of this supply is labeled V2 in the image below taken from Defendants' SPICE model of the Fuji firing circuit:

---

[2] UBER00017934 indicates that the primary system power supply is 24V. The Fuji schematics and Uber's SPICE models indicate that an approximately 50V power supply is available for the laser-firing circuits. While I note the discrepancy, it is not relevant to my opinions whether this 50V supply is derived from the 24V supply or separate, given that there is sufficient evidence that it exists.