UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: October 10, 2017 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-cv-00939-WHA
sf-3765100

1  Having considered all of the papers filed in connection with Defendants' Motion for
2  Summary Judgment, as well as the arguments presented by the parties at the hearing on this
3  motion, the Court finds that Uber does not infringe United States Patent No. 9,368,936 ("the '936
4  patent), Waymo's alleged Trade Secret No. 9 is not a trade secret, and Otto Trucking cannot
5  infringe the '936 patent and has not misappropriated any alleged Waymo trade secret
6  IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is
7  GRANTED.

10  **IT IS SO ORDERED**.

12  Dated: _____, 2017

13  HONORABLE WILLIAM ALSUP
    United States District Court Judge