1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
6  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
7  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Attorneys for Defendant
   Otto Trucking LLC

12

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16 Waymo LLC,                          | Case No. 3:17-cv-00939-WHA

17              Plaintiff,              | **DECLARATION OF BRENT SCHWARZ
                                        | IN SUPPORT OF DEFENDANTS'**
18        v.                           | **MOTION FOR SUMMARY JUDGMENT**

19 Uber Technologies, Inc.; Ottomotto LLC; Otto
   Trucking LLC,                       | Courtroom:    8
20                                      | Judge:        Hon. William Alsup
              Defendants.               | Trial:        October 10, 2017
21
                                        | Filed/Lodged Concurrently with:
22                                      | 1.  Defendants' Motion for Summary
                                        |     Judgment
23                                      | 2.  Proposed Judgment
                                        | 3.  Chang Declaration
24                                      | 4.  Brun Declaration
25

26

27       **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

28

I, BRENT SCHWARZ, declare:

1.      I am a Senior Manager of Business Operations at the Advanced Technologies Group at Uber Technologies ("Uber"), assigned to Otto Trucking.  I was Senior Business Operations Manager in charge of Self-Driving Trucks at Ottomotto LLC ("Ottomotto").   I am an equity holder in Otto Trucking LLC ("Otto Trucking") and coordinate operations between Uber and Otto Trucking (and its subsidiaries).  I have personal knowledge of the facts stated herein.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendant's Motion for Summary Judgment.



2.

Otto Trucking has a wholly owned subsidiary, Otto Transport LLC. (the "Otto Transport Trucks").

Each of the Leased and Otto Transport Trucks

5.

6.      No Leased or Otto Transport Truck has ever been equipped with the Spider or Fuji LiDAR system.

7.      Neither Otto Trucking nor Otto Transport has ever made, used, sold, offered for sale, or imported into the U.S. either the Spider or Fuji LiDAR system.

DECLARATION OF BRENT SCHWARZ IN SUPPORT OF   CASE NO. 3:17-CV-00939-WHA
DEFENDANTS' MSJ

I declare under penalty of perjury under the laws of the United States that  the foregoing is true and correct. Executed this 31st day of August, 2017 in San Francisco, California.

_/s/ Brent Schwarz_
BRENT SCHWARZ

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Brent Schwarz has concurred in this filing.

Dated:  August 31, 2017

_/s/ Michael A. Jacobs_
MICHAEL A. JACOBS