1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone:    415.268.7000
5   Facsimile:    415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC 20005
    Telephone:    202.237.2727
10  Facsimile:    202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY 10019-6023

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
18              SAN FRANCISCO DIVISION

19

20  WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

21              Plaintiff,              **DECLARATION OF MICHELLE YANG**
                                        **IN SUPPORT OF DEFENDANTS'**
22        v.                            **MOTION FOR SUMMARY JUDGMENT**

23  UBER TECHNOLOGIES, INC.,            Date:     September 20, 2017
    OTTOMOTTO LLC; OTTO TRUCKING LLC,   Time:     8:00 a.m.
24                                      Ctrm:     8, 19th Floor
                Defendant.             Judge:    The Honorable William Alsup
25                                      Trial Date: October 10, 2017

26

27

28

I, Michelle Yang, declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in good standing of the Bar of the District of Columbia.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendants' Motion for Summary Judgment.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 9,368,936.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the May 23, 2017 Exhibit C to Waymo's Infringement Contentions.

4.      Attached hereto as **Exhibit 3** are true and correct excerpts of the August 24, 2017 Expert Report of Dr. Andrew Wolfe, Ph.D.

5.      Attached hereto as **Exhibit 4** are true and correct excerpts of the August 24, 2017 Expert Report of Michael J. Wagner.

6.      Attached hereto as **Exhibit 5** are true and correct excerpts of the August 11, 2017 deposition of Andrew Wolfe, Ph.D.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the June 21, 2017 Plaintiff Waymo LLC's Supplemental Initial Disclosures.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a document marked as Exhibit 1277 at the deposition of Pierre-Yves Droz.

9.      Attached hereto as **Exhibit 8** are true and correct excerpts of the August 10, 2017 Plaintiff's Amended Fourth Supplemental Objections and Responses to Uber's First Set of Interrogatories (Nos. 1-11).

10.      Attached hereto as **Exhibit 9** is a true and correct excerpts of the March 31, 2017 deposition of Pierre-Yves Droz.

11.      Attached hereto as **Exhibit 10** are true and correct excerpts of the August 3, 2017 deposition of Pierre-Yves Droz.

12.      Attached hereto as **Exhibit 11** are true and correct excerpts of the July 12, 2017 deposition of William McCann.

1       13.      Attached hereto as **Exhibit 12** is a true and correct copy of copy of a document

2 marked as Exhibit 1078 at the deposition of William McCann.

3       14.      Attached hereto as **Exhibit 13** is a true and correct copy of a document produced

4 by Uber marked as UBER00238820-UBER00238822.

5       15.      Attached hereto as **Exhibit 14** is a true and correct copy of U.S. Patent 5,420,722.

6       16.      Attached hereto as **Exhibit 15** are true and correct excerpts of the August 16, 2017

7 deposition of Blaise Gassend.

8       17.      Attached hereto as **Exhibit 16** is a true and correct copy of U.S. Patent 8,559,107.

9       18.      Attached hereto as **Exhibit 17** are true and correct excerpts of the August 23, 2017

10 deposition of Stephen Nestinger, Ph.D.

11       19.      Attached hereto as **Exhibit 18** is a true and correct copy of a document marked as

12 Exhibit 1963 at the deposition of Stephen Nestinger.

13       20.      Attached hereto as **Exhibit 19** is a true and correct copy of Google search results

14 for "FAC lens."  The top search result is the link to the document that was marked as Exhibit

15 1078 at the deposition of William McCann, which is attached hereto as Exhibit 12.

16       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st

17 day of August, 2017, at Washington, D.C.

                            */s/ Michelle Yang*
                            Michelle Yang

1

## ATTESTATION OF E-FILED SIGNATURE

2    I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3    Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has

4    concurred in this filing.

5    Dated:  August 31, 2017                        _____

6                                                    /s/ Michael A. Jacobs
                                                       MICHAEL A. JACOBS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28