# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

       Plaintiff,

vs.                                  Case No.

UBER TECHNOLOGIES, INC.;              3:17-cv-00939-WHA

OTTOMOTTO LLC; OTTO TRUCKING LLC,

       Defendants.

_____/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ANDREW WOLFE, Ph.D.

FRIDAY, AUGUST 11, 2017

Reported by:

Anrae Wimberley

CSR No. 7778

Job No.  2678828

PAGES 1-112

|  |  | Page 59 |
|---|---|---|
| 1 | BY MS. YANG: | 10:38:51 |
| 2 | Q. The specification states, "Upon the diode 514 | 10:38:53 |
| 3 | being reverse biased, the current through the | 10:38:56 |
| 4 | inductor 510 goes to zero and the voltage across the | 10:39:01 |
| 5 | inductor 510 settles at zero, which sets node A to the | 10:39:07 |
| 6 | voltage of the voltage source 502 (e.g., the voltage | 10:39:11 |
| 7 | V1), but the capacitor may hold a higher voltage | 10:39:16 |
| 8 | (e.g., about 2 V1)." | 10:39:17 |
| 9 | So matching that up against the curves shown | 10:39:22 |
| 10 | in Figure 5B, when the diode is reversed by T2, the | 10:39:28 |
| 11 | current through inductor 510, which is shown by the | 10:39:32 |
| 12 | curve IInd, it goes to zero; is that correct? | 10:39:36 |
| 13 | A. For this particular embodiment in this | 10:39:38 |
| 14 | particular example, that's true. | 10:39:40 |
| 15 | Q. And so in the '936 patent, it's describing -- | 10:39:44 |
| 16 | the '936 patent is describing an idealized diode, is | 10:39:50 |
| 17 | that correct, where there's no reverse current | 10:39:54 |
| 18 | described in the Figure 5B or in the specification; is | 10:39:59 |
| 19 | that true? | 10:40:01 |
| 20 | MR. NEWTON: Objection; form. | 10:40:39 |
| 21 | THE WITNESS: It's not clear. I guess | 10:40:50 |
| 22 | theoretically it's idealized, but what it's really | 10:40:55 |
| 23 | showing here is that the voltage at node A and the | 10:40:58 |
| 24 | voltage at the other side of the diode at this | 10:41:02 |
| 25 | particular period of time are so close, that there's | 10:41:10 |

| | | |
|---|---|---|
| 1 | very, very little difference between them. | 10:41:12 |
| 2 | So when it tells us that it's reverse | 10:41:15 |
| 3 | biased -- if, for example, we were to look at the | 10:41:22 |
| 4 | figure that I have on page 18, it's telling us here | 10:41:28 |
| 5 | that it's just a tiny bit to the left of the axis line | 10:41:34 |
| 6 | into the blue region. | 10:41:38 |
| 7 | So if we were to be hypertechnical about it, | 10:41:40 |
| 8 | there would be a very, very small reverse current, but | 10:41:51 |
| 9 | it's right up against the point where it would be | 10:41:54 |
| 10 | zero.  So -- | 10:41:57 |
| 11 | BY MS. YANG: | |
| 12 | Q.  Well -- | 10:41:58 |
| 13 | A.  The words "reverse biased" tell us that it | 10:42:01 |
| 14 | exists, but we're right up against the null point in | 10:42:06 |
| 15 | that particular situation that's being described | 10:42:09 |
| 16 | there.  So the current is about close to zero as | 10:42:12 |
| 17 | anybody would care about. | 10:42:14 |
| 18 | Q.  And earlier today, an hour ago, we talked | 10:42:18 |
| 19 | about the curve IInd in Figure 5B.  And at least as | 10:42:22 |
| 20 | illustrated in Figure 5B, the curve at T2 goes to zero | 10:42:28 |
| 21 | and stays at zero until at least about the point TRx | 10:42:33 |
| 22 | in this figure; is that correct? | 10:42:36 |
| 23 | MR. NEWTON:  Objection; form. | 10:42:50 |
| 24 | THE WITNESS:  Yeah, at least close enough to zero | 10:42:52 |
| 25 | that nobody would care about it.  It would not stay at | 10:42:55 |

Page 61

1  zero.  There are other leakage currents in the                10:42:58
2  circuit.  There's leakage in the capacitor and other          10:43:01
3  kinds of things.  But it's -- for that short period of        10:43:02
4  time, it's close enough to zero that nobody really            10:43:05
5  cares to measure or model the difference.                     10:43:09
6  BY MS. YANG:
7      Q.  So there's no -- at least no one is                   10:43:13
8  illustrating any type of reverse current for the curve        10:43:16
9  IInd on Figure 5B; is that correct?                           10:43:21
10     A.  That's correct.  In this one particular               10:43:27
11  example, it would be small enough that, for that             10:43:30
12  particular period of time, which, again, is the time         10:43:32
13  it takes -- it's quite literally the speed of light.         10:43:36
14  Right.  It's the time it takes light to go out               10:43:40
15  somewhere and bounce back.  So we're talking about a         10:43:42
16  very short period of time.  It's not significant in          10:43:44
17  this particular example.                                     10:43:46
18     Q.  Let's just clear up the record.                       10:43:50
19         When you say "the time it takes for light to          10:43:53
20  go out and bounce back," you're referring to light           10:43:56
21  emitting from the diode, goes out into the                   10:43:58
22  environment, the LiDAR, bounces back off the                 10:44:01
23  environment and returns to the LiDAR; is that correct?       10:44:02
24     A.  Right.  That's what Delta T is.                       10:44:06
25     Q.  I just wanted to clear up the record.                 10:44:08

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | fire off a laser diode very quickly.                         | 11:01:02 |
| 2  | Q.   If in the circuit 5A there is not a diode               | 11:01:06 |
| 3  | present -- if we remove diode 514 from circuit 5A,           | 11:01:19 |
| 4  | would the capacitor 516 be able to hold and maintain a       | 11:01:26 |
| 5  | charge?                                                      | 11:01:27 |
| 6  | MR. NEWTON:  Object to this question as outside              | 11:01:29 |
| 7  | the scope.  I don't think this relates to the                | 11:01:32 |
| 8  | construction claim opinions that are in Dr. Wolfe's          | 11:01:35 |
| 9  | report.                                                      | 11:01:36 |
| 10 | THE WITNESS:  Yes.  That's a characteristic of a             | 11:01:39 |
| 11 | capacitor.  But in this particular case, you've broken       | 11:01:42 |
| 12 | the circuit by taking out a component.  And because of       | 11:01:46 |
| 13 | that, the charge that actually gets onto the capacitor       | 11:01:54 |
| 14 | would have to come from somewhere else before it could       | 11:01:58 |
| 15 | be held.                                                     | 11:01:59 |
| 16 | BY MS. YANG:                                                 | 11:01:59 |
| 17 | Q.   I mean, if there's just a wire between                  | 11:02:02 |
| 18 | inductor 510 through where there would have been a           | 11:02:08 |
| 19 | diode 514 leading into capacitor 516 and there's no          | 11:02:12 |
| 20 | diode there at all, nothing becomes reverse biased           | 11:02:14 |
| 21 | ever, is the capacitor able to be charged and hold a         | 11:02:21 |
| 22 | charge higher than the voltage source V1?                    | 11:02:26 |
| 23 | MR. NEWTON:  Same objection.  This is outside the            | 11:02:29 |
| 24 | scope of the claim construction opinions.                    | 11:02:31 |
| 25 | THE WITNESS:  Sure, it can.  Just would not hold             | 11:02:35 |

```
                                                            Page 99
1        A.   Um-hum.                                       12:03:29
2        Q.   -- in the context of, say, the circuit        12:03:34
3   described in Figure 5A, when the diode is forward       12:03:39
4   biased and capacitor 516 is being charged, is the       12:03:47
5   effective resistance on that diode very, very small,    12:03:51
6   approaching zero?                                       12:03:53
7        A.   Not necessarily.                              12:03:54
8        Q.   And why not?                                  12:03:57
9        A.   Just there's nothing in the patent that tells 12:04:00
10  us that it needs to be that way.                        12:04:03
11       Q.   Does the patent describe any resistance value 12:04:07
12  for the diode 514?                                      12:04:10
13       A.   No.  It describes its function, which is to   12:04:13
14  conduct electricity.  And it describes it as being an   12:04:17
15  ordinary diode.  Ordinary diode is not going to be a    12:04:20
16  perfect conductor, so there's going to be some          12:04:23
17  resistance.  But the specific value of the resistance   12:04:27
18  is not taught as something that's interesting to the    12:04:30
19  operation of this device.                               12:04:32
20            An engineer would just choose a diode that    12:04:35
21  met the ordinary -- ordinary design characteristics     12:04:39
22  that he needed based on the total amount of power,      12:04:42
23  total amount of heat.                                   12:04:45
24       Q.   I guess -- when you say, "a specific value of 12:04:52
25  the resistance is not taught as something that's        12:04:55
```

```
 1              FEDERAL CERTIFICATE OF DEPOSITION OFFICER
 2
          I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
 3   declare:
 4        That, prior to being examined, the witness named
     in the foregoing deposition was by me duly sworn
 5   pursuant to Section 30(f)(1) of the Federal Rules of
     Civil Procedure and the deposition is a true record of
 6   the testimony given by the witness;
 7        That said deposition was taken down by me in
     shorthand at the time and place therein named and
 8   thereafter reduced to text under my direction;
 9        -----     That the witness was requested to
     review the transcript and make any changes to the
10   transcript as a result of that review pursuant to
11   Section 30(e) of the Federal Rules of Civil Procedure;
          -----     No changes have been provided by the
12   witness during the period allowed;
13        -----     The changes made by the witness are
14   appended to the transcript;
          -----     No request was made that the transcript
15   be reviewed pursuant to Section 30(e) of the Federal
16   Rules of Civil Procedure.
          I further declare that I have no interest in the
17   event of the action.
18        I declare under penalty of perjury under the laws
     of the United States of America that the foregoing is
19   true and correct.
20        WITNESS my hand this 14th day of August, 2017.
21
22              [signature: Anrae Wimberley]
23
24        _____
25        ANRAE WIMBERLEY, CSR NO. 7778
```

Page 112