# EXHIBIT 9

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
                                    )
WAYMO LLC,                          )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )  Case No.
                                    )  3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,            )
OTTOMOTTO LLC; OTTO                 )
TRUCKING LLC,                       )
                                    )
            Defendants.             )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
San Francisco, California
Friday, March 31, 2017
Volume I


Reported by: SUZANNE F. GUDELJ
CSR No. 5111
Job No. 2581643
PAGES 1 - 187

1 example, whether they have an obligation to maintain
2 your information confidentially?
3     A    I know our like GSM head, Tim Willis, would
4 have some knowledge of it.
5     Q    Do you have an understanding of Waymo's
6 practices in that regard?  To be specific, do you --
7 do you know or believe that at the time of this
8 conversation, there was in place an agreement with
9 ███████ pursuant to which ███████ agreed to
10 maintain information like this in confidence?
11         MR. JAFFE:  Objection.  Form.
12         THE WITNESS:  I believe that we had an
13 agreement with them, an NDA agreement.  The details
14 of it, like exactly how they -- they're not part of
15 my work, right?  Usually my work is do they have an
16 NDA.  Yes, no.  Can we work with them.
17 BY MR. JACOBS:
18     Q    Turning back to the GBr3 Transmit Board
19 Engineering Requirements, 1022, if you look at
20 page 3234, can you describe what -- what the -- what
21 components are illustrated on the drawing on the top
22 left?
23 ███ ████████████████████████████
████ ███████████
███ ███ ████████████████

Page 72



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  　　　　I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4  　　　　That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the testimony given.
12 　　　　Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16 　　　　I further, certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or party to this action.
19 　　　　IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21 Dated: 4/3/17

　　　　　　　　*Suzanne F. Gudelj*

　　　　　　　　SUZANNE F. GUDELJ
　　　　　　　　CSR No. 5111

Page 187