# EXHIBIT 10

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

WAYMO LLC,

    Plaintiff,

vs.                    No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

    Defendants.
_____/

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

WAYMO LLC RULE 30(b)(6)

VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

PALO ALTO, CALIFORNIA

THURSDAY, AUGUST 3, 2017

REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2663199

PAGES 1 - 371





Case 3:17-cv-00939-WHA   Document 1426-10   Filed 08/31/17   Page 5 of 10



Page 232

Page 233



|  |  |  |
|---|---|---|
| 1 | ███████████ ████████████████ | ██ |
| 2 | ████████████████████████████ | ██ |
| 3 | ██████ █████████████████████ | ██ |
| 4 | ████████████████ | ██ |
| 5 | ███████████████████████ | ██ |
| 6 | ██████████████████████████ | ██ |
| 7 | ████████████████████████ | ██ |
| 8 | ████ | ██ |
| 9 | ██████ █ ██████████████████ | ██ |
| 10 | ████████████████████████████ | ██ |
| 11 | ███████████████ | ██ |
| 12 | ████████ ███████ | ██ |
| 13 | ████████ ██████████ ████ | ██ |
| 14 | ██████████████ | 16:13 |

15    MR. KIM:  Q.  So if you look at Exhibit 1277,            16:13
16  which is the patent that we looked at previously, and      16:14
17  for which you're an inventor.                              16:14
18        Do you recall that?                                  16:14
19     A   That's '922?                                        16:14
20     Q   Yes.                                                16:14
21     A   78.  Okay.                                          16:14
22     Q   Direct your attention to column 15, line 32.        16:14
23     A   (Witness complies.)                                 16:14
24        Okay.                                                16:14
25     Q   Do you see where it says:                           16:14

Page 237

| | | |
|---|---|---|
| 1 | "As shown in Figures 5B and 5C, cylindrical | 16:14 |
| 2 | lens 504 may be positioned in front of aperture 506 | 16:14 |
| 3 | with its cylinder axis 514 generally parallel to slow | 16:14 |
| 4 | access 510 and perpendicular to fast access 508.  In | 16:15 |
| 5 | this arrangement, cylindrical lens 504 can | 16:15 |
| 6 | pre-collimate laser beam 512 along fast access 508, | 16:15 |
| 7 | resulting in partially collimated laser beams 516." | 16:15 |
| 8 | And then, if you look further down in that | 16:15 |
| 9 | same column, line 50, it says: | 16:15 |
| 10 | "In one example, cylindrical lens 504 is a | 16:15 |
| 11 | micro rod lens with a diameter of about 600 microns | 16:15 |
| 12 | that is placed about 250 microns in front of aperture | 16:15 |
| 13 | 506.  The material of the micro rod lens could be, for | 16:15 |
| 14 | example, fused silica or a borate silicate crown | 16:15 |
| 15 | glass, such as shot BK7.  Alternatively, the micro rod | 16:15 |
| 16 | lens could be a molded plastic cylinder or a | 16:15 |
| 17 | cylinder." | 16:15 |
| 18 | A    Yeah, so -- | 16:15 |
| 19 | ▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that's known in the public; | 16:16 |
| 22 | isn't it? | 16:16 |
| 23 | MR. JAFFE:  Object to form. | 16:16 |
| 24 | THE WITNESS:  So that specific application of | 16:16 |
| 25 | this specific patents, which is public, seems to be | 16:16 |

Page 238

| | | |
|---|---|---|
| 1 | describing an example, you know, that could use that, | 16:16 |
| 2 | yes. | 16:16 |
| 3 |      MR. KIM:  Q.  And you didn't invent the idea | 16:16 |
| 4 | of ███████████████████████ | ██ |

[lines 5–24 redacted]

16:17

25      MR. KIM:  Q.  Why didn't you claim it in this    16:17

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: August 4, 2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Veritext Legal Solutions
866 299-5127