# EXHIBIT 13



HOME | PRODUCTS | BUSINESS | TECHNOLOGY | COMPANY | ENVIRONMENT

# High quality FAC lens

Home > High quality FAC lens

- HOME
- Products
  - Free-form surface lens fθ lens
  - Free-form mirror
  - Micro lens array
  - Ultraslim double-sided micro lens array
  - Random micro lens array
  - Diffractive-optical element
  - Antireflection structure
  - High Density Polyethylene optical element
  - Lens unit Module
  - Beam twister unit
  - Glass aspheric cylindrical lens
  - LED lighting lens
  - High accuracy glass optical part
  - Single mode LD light source (RGBeam)
  - High quality FAC lens
- Applications
- Element Technologies
  - Optical design
  - Ultraprecision machining
  - Ultraprecision molding
  - Evaporation coating
- Technology development on molding various lenses (R&D)
- Integrated production from designing a mold to molding

## High quality FAC lens

The use of Fast Axis Collimation lenses (FACs) for laser diodes has become state-of-the-art for a variety of industrial or biophotonic applications thanks to their outstanding performance and their compact design.
FISBA manufactures customized FAC lenses with the best coating performance and high surface quality. These features ensure the highest beam quality and efficiency.
Nalux provides sales support, quality assurance and customer support for FAC lenses made by FISBA, which is our alliance partner.



### Specifications

- Numerical aperture: < 0.8
- Focal length : EFL 0.1 – 2.0mm
- Materials : high-index glass with n > 1.8
- Antireflection coatings : 790-990nm as standards, customizable between 400 and 2200 nm
- Length : 1 – 20mm

### Applications

- Collimation of high-power laser diodes
- Beam shaping systems
- Micro illumination

### Industries

- Pumping of solid state and fiber lasers
- Direct diode laser for material processing
- Computer-to-plate printing (CTP)

UBER00238820

- Illumination
- Security, defence

## Abilities of FISBA

- Customized designs for a wide range of wavelengths and coatings
- Reproducible and scalable process from 100 - 100'000 pieces
- Special designs such as TIR-FAC or TopHat-FAC

### Technical specifications
### Fast Axis Collimation lenses (FAC)

| Parameter | Wavelength range | Numerical aperture | Focal length (EFL) | Working distance (BFL) | Residual divergence @ 95% power enclosure | Dimension (height × thickness) |
|---|---|---|---|---|---|---|
| | nm | — | µm | µm | mrad | mm |
| FAC 150 | 790–990 | 0.8 | 150 | 30 | ±4.25 | 0.23 × 0.2 |
| FAC 200 | 790–990 | 0.8 | 200 | 55 | ±3.25 | 0.33 × 0.27 |
| FAC 300 | 790–990 | 0.8 | 300 | 70 | ±2.50 | 0.5 × 0.43 |
| FAC 360 | 790–990 | 0.8 | 360 | 70 | ±2.00 | 0.6 × 0.53 |
| FAC 450 | 790–990 | 0.8 | 450 | 100 | ±1.6 | 0.75 × 0.64 |
| FAC 510 | 790–990 | 0.8 | 510 | 130 | ±1.75 | 0.91 × 0.7 |
| FAC 600 | 790–990 | 0.8 | 600 | 140 | ±1.50 | 1.0 × 0.8 |
| FAC 600 | 790–990 | 0.6 | 600 | 150 | ±1.50 | 0.8 × 0.82 |
| FAC 600 | 420–500 | 0.8 | 600 | 150 | ±1.50 | 1.0 × 0.83 |
| FAC 740 | 790–990 | 0.8 | 740 | 70 | ±1.25 | 1.2 × 1.2 |
| FAC 900 | 790–990 | 0.8 | 900 | 90 | ±1.00 | 1.6 × 1.5 |
| FAC 900-02 | 790–990 | 0.8 | 900 | 178 | ±1.00 | 1.6 × 1.34 |
| FAC 1100 | 790–990 | 0.7 | 1100 | 110 | ±0.80 | 1.5 × 1.8 |
| FAC 1100-02 | 790–990 | 0.45 | 1100 | 152 | ±0.95 | 1.1 × 1.7 |
| FAC 1300 | 790–990 | 0.7 | 1300 | 130 | ±0.60 | 1.9 × 2.1 |
| FAC 1500 | 790–990 | 0.5 | 1500 | 90 | ±0.50 | 1.65 × 2.57 |
| FAC 1500 | 790–990 | 0.7 | 1500 | 90 | ±0.50 | 2.0 × 2.57 |
| All FAC | Transmission (%): ≥ 98 | | | | Length (mm): customer specific | |

※FISBA RGBeam is a product of Fisba AG which is our alliance partner.

**NALUX** 光と極限の夢

Nalux CO., LTD.
Yamazaki 2-1-7, Shimamoto-cho, Mishima-gun, Osaka 618-0001 Japan

✉ Contact us

**Sidebar menu:**
- Developing our own automatic machine and measuring machine
- Company
  - About Nalux
  - History
  - Locations
- Career
  - Careers
  - Voices of Nalux
- Product management and Quality control
- Story of a lens
- Contact us
- Sitemap
- Privacy Policy

**Products**
- Free-form surface lens fθ lens
- Free-form mirror
- Micro lens array
- Ultraslim double-sided Micro lens array
- Random micro lens array
- Diffractive-optical element
- Single mode LD light source (RGBeam)
- High quality FAC lens

- Antireflection structure
- High Density Polyethylene optical element
- Lens unit Module
- Beam twister unit
- Glass aspheric cylindrical lens
- LED lighting lens
- High accuracy glass optical part

**HOME**
Applications
Element Technologies
  Optical design
  Ultraprecision machining
  Ultraprecision molding
  Evaporation coating

**About Nalux**
Carrers
Product management and Quality control
Contact us
Sitemap
Privacy Policy

Copyright© Nalux Co., Ltd. All rights reserved.

Powered by NCnetwork

UBER00238822