# EXHIBIT 15

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC,

        Plaintiff,

vs.                              Case No.

UBER TECHNOLOGIES, INC.;      3:17-cv-00939-WHA

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

        Defendants.

_____/


HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY


VIDEOTAPED DEPOSITION OF BLAISE GASSEND

PALO ALTO, CALIFORNIA

WEDNESDAY, AUGUST 16, 2017


BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2678959


PAGES 1 - 242

Page 173

1          ████████████████████████                    14:26

2          MS. CHENG:  Q.  ███████████████████     ████

█  █████████████████████████████████      ████

█  █████████████████████████████████      ████

█  ██████                                  14:26

6          MR. CURRAN:  Objection; form.            14:26

7          THE WITNESS:  ██████████████████     ████

█  ████████████████████████████████       ████

█  ███████████████████████████████        ████

█  █████████████████████████████████      ████

█  ████████████████████████████████       ████

█  ████████████████████████               ████

█  ████████ █ █████████████████           ████

█  ███████████████████████████████        ████

█  ████████                                14:27

16         MR. CURRAN:  Objection; form.            14:27

17         THE WITNESS:  I don't know for a fact.   14:27

18         MS. CHENG:  Q.  █████████████        ████

█  █████████████████████████████████       ████

█  █████████████████████████████           14:27

21         MR. CURRAN:  Objection; form.            14:27

22         THE WITNESS:  So the --  █████████████  ████

█  ███████████████████ ████████████████    ████

█  ████████████████████████ ████████       ████

█  ███████████████████████████             14:27

Page 174

```
 1  ████  ███████████████████████████████   ███      14:27
    █  ██████████                                      14:27
    ACT
 3       MS. CHENG:  ██  █████████████████   ████
    █  █████████████████████████████████████  ████
       F
    █  D██████████████████████████████████████  ████
       A
    █  C████████████████████████████████████  ████
       T
    █  ██████████████████████████                    14:28
 8     A    I don't think I thought about cylindrical  14:28
 9  lenses at all before I joined Waymo.               14:28
10     Q   ██████████████████████████████   ████
    █  ████████████████████████████████               14:28
12       MR. CURRAN:  Objection; form.               14:28
13       THE WITNESS:  Not in any kind of detail.    14:28
14       MS. CHENG:  Q.  What do you know about it?  14:28
15       MR. CURRAN:  Objection; form.               14:28
16       THE WITNESS:  Really, next to nothing.      14:28
17       MS. CHENG:  Q.  What do you recall?         14:28
18       MR. CURRAN:  Objection; form.               14:28
19       THE WITNESS:  ████████████████   ███
    █  ███████████████████████████████████████  ███
    █  █████████████████████████  ████████  ███
    █  █████████████████████████████████████  ███
    █  ██████████████████████████████   You know,   14:29
24  I've had to do that during testing on occasion.  14:29
25       But I've never, you know, put one of these  14:29
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 8/17/2017

ANDREA M. IGNACIO,

RPR, CRR, CCRR, CLR, CSR No. 9830

Page 242