# EXHIBIT 19

Google    FAC lens                                                                 Sign in

All   Images   News   Shopping   Maps   More                      Settings   Tools

About 532,000 results (0.82 seconds)

[PDF] **FAC LENS (Fast-Axis Collimating Lens) - Hamamatsu Photonics**
https://www.hamamatsu.com/resources/pdf/etd/J10919_TOTH1005E.pdf
The J10919 series **FAC lens** is an optical lens that collimates light spreading from a semiconductor laser in the fast-axis direction. Semiconductor lasers have a ...

**FAC lens - Doric Lenses**
doriclenses.com/optical-components/276-fac-lens
**FAC lens**. When full angle fast axis beam divergence of laser diode exceeds 60 ... collimating lens type is high refractive index acylindrical plano-convex lens.

**Fast Axis Collimator Lenses (FACs) | FISBA**
www.fisba.com/expertise/expertise-components/fast-axis-collimator-lenses-facs
... under one roof in Switzerland. The fastest way to get one of our high performance FACs is to pick one out of our standard product list using our **FAC** Selector.

Images for FAC lens



→ More images for FAC lens                                          Report images

**Fast-Axis Collimators - LIMO Lissotschenko Mikrooptik GmbH**
https://www.limo.de/en/products-and-solutions/mikrooptik/fast-axis-kollimator
Fast-Axis Collimators (**FAC**). The "Fast-Axis Collimator" **lens** is the first and most important optical component of high-power diode laser systems. The large ...

**Fast Axis Collimators | Edmund Optics**
https://www.edmundoptics.com/optics/optical-lenses/...lenses/fast-axis-collimators/
Fast Axis Collimators are compact, high performance aspheric cylindrical **lenses** designed for beam shaping or laser diode collimation applications.

**Fast-Axis Collimation - INGENERIC GmbH**
https://www.ingeneric.com/optical-components/fast-axis-collimation/
INGENERIC **FAC**. The most important optical component in the beam shaping systems in high-power diode lasers is the Fast-Axis Collimation optic. The **lenses** ...

[PDF] **fast-axis collimation optics fast-axis imaging optics - INGENERIC Gm...**
https://www.ingeneric.com/wp-content/uploads/2015/12/INGENERIC_FAC.pdf
**FAC** and FAI **Lenses**. PRODUCT SPECTRUM. In order to offer the best solution for your application INGENERIC provides a broad spectrum of Fast-Axis ...

**FAC Attach - ficontec**
www.ficontec.com/applications/fac-attach/
A **lens** is placed in front of the laser diode's facet to collimate the fast axis, hence its name Fast Axis Collimator (**FAC**). Another **lens** does the same thing for the ...

**1550 nm Pulsed Laser Diodes with integrated FAC Optics**
www.lasercomponents.com/.../1550-nm-pulsed-laser-diodes-with-integrated-fac-optic...
Jul 18, 2011 - In our 1550 nm PLDs the divergence of the fast axis was optimized by the additional assembly of a fast axis collimation (**FAC**) **lens** that is ...

Searches related to FAC lens

**slow axis collimator**
**fast axis collimation**
**limo optics**

**1** 2 3 4 5 6 7 8 9 10          Next

94111, San Francisco, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms