Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF SHANE BRUN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Courtroom: 8<br>Judge: Hon. William Alsup<br>Trial: October 10, 2017 |
| Defendants. | Filed/Lodged Concurrently with:<br>1. Defendants' Motion for Summary Judgment<br>2. Proposed Judgment<br>3. Chang Declaration<br>4. Schwarz Declaration |

ACTIVE/92373184.2

DECLARATION OF SHANE BRUN IN SUPPORT OF DEFENDANTS' MSJ      CASE NO. 3:17-CV-00939-WHA

I, SHANE BRUN, declare:

1. I am a partner with the law firm Goodwin Procter LLP. I am a member in good standing of the Bar of the State of California and the Bar of this Court. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of Otto Trucking's Objections and Supplemental Responses to Waymo's Third Set of Expedited Interrogatories Nos. 24-25, dated July 7, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of Otto Trucking's Objections and Responses to Waymo's Third Set of Expedited Interrogatories Nos. 21-28, dated June 20, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Expert Report of Michael J. Wagner.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Waymo's Disclosure of Asserted Claims and Infringement Contentions.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Andrew Wolfe.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Waymo's Supplemental Objections and Responses to Otto Trucking's Interrogatory Nos. 1-9, dated August 24, 2017.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Opening Expert Report of Lambertus Hesselink, Ph.D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2017 in San Francisco, California.

*/s/ Shane Brun*
SHANE BRUN

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Shane Brun has concurred in this filing.

Dated: August 31, 2017               */s/ Michael A. Jacobs*
                                                       MICHAEL A. JACOBS