# *EXHIBIT 3*

## ***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# *EXHIBIT 3*