# *EXHIBIT 6*

*REDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

*EXHIBIT 6*