# *E*XHIBIT *7*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *E*XHIBIT *7*