1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORDER SETTING FURTHER HEARING ON MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96 AND SUPPLEMENT THERETO (DKT. NOS. 1408 AND 1416)** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions of Order Setting Further Hearing on Motion to Strike Asserted Trade Secret Number 96
3 and Supplement Thereto (Dkt. Nos. 1408 and 1416) ("Administrative Motion").
4    Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Court's Order (Dkt. 1408) | Highlighted Portions | Waymo (green highlighting) |
| Court's Supplement (Dkt. 1416) | Highlighted Portions | Waymo (green highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States Magistrate Judge