1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 WAYMO LLC,                                          No. C 17-00939 WHA

10          Plaintiff,

11     v.

12 UBER TECHNOLOGIES, INC.;                           **ORDER SETTING FURTHER
   OTTOMOTTO LLC; and OTTO                            HEARING ON MOTION TO
13 TRUCKING LLC,                                      STRIKE ASSERTED TRADE
                                                      SECRET NUMBER 96**
14          Defendants.

15 _____/

16          A further sealed hearing on defendants' motion to strike plaintiff Waymo LLC's

17 asserted trade secret number 96 (Dkt. No. 1108) is set for **SEPTEMBER 6 AT 8:00 A.M.**  The

18 undersigned judge is primarily interested in the overlay graph presented in Waymo's offer of

19 proof as to asserted trade secret number 96 purportedly showing similar configuration of diodes

20 (*see* Dkt. No. 1371-4 at 23–24) and defendants' response thereto (*see* Dkt. No. 1400).  In

21 advance of the hearing, both sides shall file written statements addressing the following:

22          1.  With respect to the specific boards at issue, what focal
            length lens does each side use?  At what angles are the boards
23          tilted relative to the road?  How do each of these factors ███████
            ███?
24
            2.  Provide graphs that compare each side's ███████████
25          ████████████████████████████████████████████████████
26          ███████████████████████████████████████████████████ Be
            prepared to overlay the plots via computer animations (both with
27          and without "scaling") at the hearing.  With respect to any scaling
            in said animations, if the y axis is scaled up (or down) ██████████
28          must also be scaled up (or down) by that same proportion.

*United States District Court*
For the Northern District of California

Case 3:17-cv-00939-WHA Document 438-3 Filed 08/31/17 Page 2 of 2

<div style="writing-mode: vertical">

**United States District Court**
For the Northern District of California

</div>

3. Jointly provide an agreed-upon overlay graph that compares each side's ███████████ as described above and is scaled up (or down) such that ███████████

████████████████████████████████

4. Also jointly provide an agreed-upon overlay graph that compares each side's ███████████████████████████

██████████████████████████████████████ taking care to use the same scaling for both the *y* axis and the *x* axis.

5. Provide graphs for each side's LiDAR design that show the self-driving car and the roadway, and ████████████████████

6. Also compare and discuss any similarities or differences between other boards in each side's LiDAR design.

7. How should █████████████████████████████?

The undersigned judge will have additional questions as the hearing proceeds and counsel would be well-advised to have as many graphs as is reasonably practicable to anticipate his questions. Counsel will also be given a chance to make their own points at the hearing.

This order shall be filed temporarily under seal and unsealed in its entirety after 48 hours unless either side files an administrative motion to keep portions thereof under seal.

**IT IS SO ORDERED.**

Dated: August 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE