IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**SUPPLEMENT TO ORDER
SETTING FURTHER HEARING
ON MOTION TO STRIKE
ASSERTED TRADE SECRET
NUMBER 96**

In their written statements, both sides shall please also address the following:

    8. Provide an overlay graph that compares each side's ███████████████████████████████████████████████ Scale the $y$ and $x$ axes (for one board) by the same proportions as needed to achieve ███████████████

This order shall be filed temporarily under seal and unsealed in its entirety at the same time as docket number 1408 unless either side files an administrative motion to keep portions of this order under seal.

**IT IS SO ORDERED.**

Dated: August 30, 2017.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE