Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
Noah M. Jennings (SBN 307234)
njennings@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: OTTO TRUCKING LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF TODD A. BOOCK**<br><br>Courtroom:  8, 19th Floor<br>Judge:          Hon. William Alsup<br>Trial:            October 10, 2017 |

1. TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2. PLEASE TAKE NOTICE that attorney Todd A. Boock of the law firm Goodwin Procter LLP, a member of the State Bar of California and admitted to practice in this Court, and whose contact information appears below, hereby enters his appearance as an attorney of record for defendant Otto Trucking LLC in the above-titled case. Copies of all pleadings, correspondence, and electronic filing notices should be directed to Counsel as follows:

> Todd A. Boock
> *tboock@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> 601 S. Figueroa Street, 41st Floor
> Los Angeles, California  90017
> Tel.: +1 213 426 2500
> Fax.: +1 213 623 1673

Dated:  August 31, 2017                    Respectfully submitted,

By:   */s/   Todd A. Boock*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Todd A. Boock
*tboock@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
Noah M. Jennings
*njennings@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:* Otto Trucking LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 31, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 31, 2017**.

/s/   Todd A. Boock<br>
TODD A. BOOCK