# *EXHIBIT 3*

## *UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 3*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1         UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3            SAN FRANCISCO DIVISION
 4           Case No. 17-cv-00939-WHA
 5   --------------------------------------x
 6   WAYMO LLC,
 7             Plaintiff,
 8      - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11             Defendants.
12   --------------------------------------x
13
14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16            Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A. Can you repeat the question. | 10:48:25AM |
| 2 | Q. Was Waymo's investigation into | 10:48:29AM |
| 3 | Mr. Levandowski part of any broader | 10:48:30AM |
| 4 | investigation of other Chauffeur employees | 10:48:33AM |
| 5 | that included Mr. Radu Raduta and | 10:48:35AM |
| 6 | Mr. Sameer Kshirsagar? | 10:48:40AM |
| 7 | MR. BAKER: Same instruction. | 10:48:43AM |
| 8 | You can answer that yes or no. | 10:48:44AM |
| 9 | A. Yes. | 10:48:45AM |
| 10 | Q. You cannot testify today as to | 10:48:47AM |
| 11 | any other Waymo employees being part of | 10:48:51AM |
| 12 | the investigation, correct? | 10:48:55AM |
| 13 | MR. BAKER: I am going to | 10:48:58AM |
| 14 | instruct the witness not to answer on | 10:48:58AM |
| 15 | grounds of attorney-client privilege and | 10:49:00AM |
| 16 | work product. | 10:49:01AM |
| 17 | Q. Are you following your | 10:49:04AM |
| 18 | counsel's instruction? | 10:49:05AM |
| 19 | A. I am. | 10:49:06AM |
| 20 | Q. Who at Waymo has access to the | 10:49:29AM |
| 21 | SVN log in the ordinary course of | 10:49:31AM |
| 22 | business? | 10:49:33AM |
| 23 | A. The administrator. | 10:49:39AM |
| 24 | Q. And that administrator is | 10:49:41AM |
| 25 | Mr. ==Jack Brown==? | 10:49:43AM |

Page 47

```
 1      A.      That is correct.                      10:49:45AM
 2      Q.      Are there any other                   10:49:45AM
 3  administrators?                                   10:49:46AM
 4      A.      Not that I know of.                   10:49:51AM
 5      Q.      Has Mr. Brown been the                10:49:54AM
 6  administrator of the SVN log since January        10:49:56AM
 7  of 2015?                                          10:50:02AM
 8      A.      I don't believe so.                   10:50:05AM
 9      Q.      Who has been the administrator        10:50:09AM
10  of the SVN log from January 2015 forward,         10:50:10AM
11  if not Mr. Brown?                                 10:50:14AM
12      A.      Sasha Zbrozek was the previous        10:50:20AM
13  administrator.                                    10:50:22AM
14      Q.      And when was Sasha the                10:50:26AM
15  administrator for the SVN log?                    10:50:30AM
16      A.      I believe from the inception of       10:50:38AM
17  the server in early 2015 through the              10:50:39AM
18  summer, June or July, 2015 -- sorry, no,          10:50:46AM
19  June, July 2016.                                  10:50:55AM
20      Q.      And after June or July of 2016,       10:51:00AM
21  Mr. Jack Brown took on responsibilities           10:51:03AM
22  for administering the SVN log, is that            10:51:06AM
23  correct?                                          10:51:10AM
24      A.      That is correct.                      10:51:10AM
25      Q.      You do not have access to the         10:51:22AM
```

Veritext Legal Solutions
866 299-5127

```
1   SVN log in the ordinary course of             10:51:23AM
2   business, is that correct?                    10:51:25AM
3           MR. BAKER:  Objection to form.        10:51:29AM
4      A.      That is correct.                   10:51:31AM
5      Q.      So as part of Waymo's              10:51:34AM
6   investigation, someone gave you a copy of     10:51:35AM
7   the SVN log, is that correct?                 10:51:37AM
8      A.      That is correct.                   10:51:41AM
9      Q.      And that person, the person who    10:51:44AM
10  gave you a copy of the SVN log was            10:51:46AM
11  Mr. Jack Brown, correct?                      10:51:49AM
12     A.      No.                                10:51:53AM
13     Q.      Who gave you a copy of the SVN     10:51:54AM
14  log?                                          10:51:56AM
15          MR. BAKER:  I am going to             10:52:00AM
16  caution the witness not to reveal the         10:52:00AM
17  substance of any attorney-client              10:52:03AM
18  communication, but you can give a name.       10:52:04AM
19     A.      Tom Gorman.                        10:52:07AM
20     Q.      When did Mr. Gorman give you       10:52:08AM
21  the SVN log?                                  10:52:10AM
22          MR. BAKER:  You can give a            10:52:11AM
23  date.                                         10:52:12AM
24     A.      February 21st, 20th or 21st,       10:52:13AM
25  2017.                                         10:52:25AM
```

Page 49

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | February 23rd, 2017. | 10:54:02AM |
| 2 | Q.   So your analysis of other log | 10:54:11AM |
| 3 | sources that corroborated the download | 10:54:13AM |
| 4 | activity took place in 2016, correct? | 10:54:16AM |
| 5 | A.   And 2017. | 10:54:20AM |
| 6 | Q.   The analysis you did with | 10:54:23AM |
| 7 | respect to corroborating the download | 10:54:25AM |
| 8 | activity in 2016 was performed without a | 10:54:28AM |
| 9 | copy of the SVN log, is that correct? | 10:54:34AM |
| 10 | A.   That is correct. | 10:54:37AM |
| 11 | Q.   Did somebody tell you that | 10:54:40AM |
| 12 | Mr. Levandowski had downloaded files from | 10:54:43AM |
| 13 | the SVN server in 2016? | 10:54:46AM |
| 14 | MR. BAKER:  You can answer that | 10:54:50AM |
| 15 | yes or no. | 10:54:51AM |
| 16 | A.   Yes. | 10:54:52AM |
| 17 | Q.   Who told you that? | 10:54:53AM |
| 18 | MR. BAKER:  You can give a | 10:55:00AM |
| 19 | name. | 10:55:00AM |
| 20 | A.   ==Tom Gorman==. | 10:55:01AM |
| 21 | Q.   Do you know how Mr. ==Gorman== knew | 10:55:03AM |
| 22 | that Anthony Levandowski had downloaded | 10:55:08AM |
| 23 | files? | 10:55:10AM |
| 24 | MR. BAKER:  You can answer that | 10:55:14AM |
| 25 | yes or no. | 10:55:14AM |

Page 51

| | | |
|---|---|---|
| 1 | Q. You also mentioned lock-down; | 03:25:35PM |
| 2 | what is that? | 03:25:37PM |
| 3 | A. Lock-down will prevent any | 03:25:37PM |
| 4 | unknown or any unapproved binaries from | 03:25:44PM |
| 5 | running on a system that is running in | 03:25:49PM |
| 6 | lock-down mode. | 03:25:52PM |
| 7 | Q. So if I have an executable that | 03:25:54PM |
| 8 | (█) doesn't recognize, it says it can't | 03:25:58PM |
| 9 | use it? | 03:26:00PM |
| 10 | A. Yes. | 03:26:00PM |
| 11 | Q. How do you get to be able to | 03:26:01PM |
| 12 | use it? | 03:26:04PM |
| 13 | A. I believe we have a social | 03:26:06PM |
| 14 | voting platform where, if multiple | 03:26:08PM |
| 15 | googlers can corroborate that this is a | 03:26:11PM |
| 16 | good binary, they will upvote it and then | 03:26:15PM |
| 17 | after a period of time it takes to sync to | 03:26:18PM |
| 18 | the back end, that binary will become | 03:26:21PM |
| 19 | approved. | 03:26:23PM |
| 20 | If an approved installer has | 03:26:25PM |
| 21 | dropped the binary, I believe it will also | 03:26:28PM |
| 22 | be allowed to execute. | 03:26:31PM |
| 23 | Q. What does that mean, drop the | 03:26:36PM |
| 24 | binary? | 03:26:37PM |
| 25 | A. Sometimes executables introduce | 03:26:38PM |

Page 194

| | | |
|---|---|---|
| 1 | paragraph in Mr. Nardinelli's e-mail, he | 04:07:47PM |
| 2 | says that "On September 19, 2016, Waymo | 04:07:53PM |
| 3 | pulled SVN log data, which dated back to | 04:07:57PM |
| 4 | September 19, 2015, due to the 52-week | 04:08:00PM |
| 5 | retention in place." | 04:08:04PM |
| 6 |     Do you see that? | 04:08:06PM |
| 7 |   A.    I do see that. | 04:08:10PM |
| 8 |   Q.    Are you aware of any 52-week | 04:08:11PM |
| 9 | retention for the SVN log data? | 04:08:13PM |
| 10 |   A.    I believe I said retention was | 04:08:22PM |
| 11 | set to a year and then that was suspended | 04:08:23PM |
| 12 | as of fall 2016, to my knowledge; I | 04:08:27PM |
| 13 | believe I said that earlier in this | 04:08:29PM |
| 14 | deposition, way earlier. | 04:08:35PM |
| 15 |   Q.    So I asked you all of the log | 04:08:37PM |
| 16 | data is available today and you said to my | 04:08:39PM |
| 17 | knowledge, yes; was that a correct or | 04:08:41PM |
| 18 | incorrect statement? | 04:08:42PM |
| 19 |   A.    I thought it was correct. | 04:08:48PM |
| 20 |   Q.    So do you believe it to be | 04:08:49PM |
| 21 | correct or do you believe Mr. Nardinelli's | 04:08:50PM |
| 22 | comment to be correct? | 04:08:52PM |
| 23 |     MR. BAKER:  Objection to form. | 04:08:53PM |
| 24 |   A.    Perhaps -- | 04:09:01PM |
| 25 |     THE WITNESS: I have a privilege | 04:09:08PM |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1  question on this thing.                             04:09:09PM
 2              MR. BAKER:  Sure.                       04:09:10PM
 3              THE VIDEO TECHNICIAN: Time is           04:09:12PM
 4  4:09 p.m.                                           04:09:13PM
 5              We're off the record.                   04:09:13PM
 6              (Witness and counsel left the           04:09:15PM
 7  hearing room to confer.)                            04:09:16PM
 8              (Pause.)                                04:09:16PM
 9              (Witness and counsel returned           04:09:16PM
10  to the hearing room.)                               04:23:09PM
11              THE VIDEO TECHNICIAN: Time is           04:23:09PM
12  4:23 p.m.                                           04:23:27PM
13              We are on the record.                   04:23:28PM
14   BY MR. CHATTERJEE:                                 04:23:29PM
15     Q.     I think the question pending              04:23:33PM
16  was do you believe your prior testimony to          04:23:34PM
17  be correct or do you believe                        04:23:38PM
18  Mr. Nardinelli's comment to be correct              04:23:39PM
19  with respect to that first sentence of the          04:23:40PM
20  third paragraph?                                    04:23:44PM
21     A.     I think I'm definitely                    04:23:45PM
22  deferring to what Mr. Nardinelli said;              04:23:49PM
23  from my discussions with the Subversion             04:23:51PM
24  server administrators, I was under the              04:23:59PM
25  impression that --  when I gave that kind           04:24:01PM
```

Page 226

| | | |
|---|---|---|
| 1 | of long sled of summer 2016, the logs were | 04:24:05PM |
| 2 | pulled and coupled with the one-year | 04:24:13PM |
| 3 | retention and my knowledge that the | 04:24:14PM |
| 4 | Subversion server had been launched, to my | 04:24:17PM |
| 5 | knowledge, I think in May or June or | 04:24:19PM |
| 6 | summer of 2015, in my mind it was like, | 04:24:22PM |
| 7 | oh, it goes back a year obviously to the | 04:24:25PM |
| 8 | start. | 04:24:28PM |
| 9 | But I definitely defer to Jeff | 04:24:32PM |
| 10 | and I have never seen this document, but | 04:24:34PM |
| 11 | seeing that, if he says that indefinite | 04:24:37PM |
| 12 | retention was started in the early spring | 04:24:43PM |
| 13 | of 2017 and not the fall of 2016, I have | 04:24:47PM |
| 14 | to go with that as well, because these are | 04:24:50PM |
| 15 | hard dates. | 04:24:53PM |
| 16 | I was providing like three, | 04:24:54PM |
| 17 | four month sleds. | 04:24:56PM |
| 18 | Q.    Have you done any investigation | 04:24:58PM |
| 19 | into the accuracy of Mr. Nardinelli's | 04:25:00PM |
| 20 | comments in this letter? | 04:25:02PM |
| 21 | A.    I have never seen this letter | 04:25:08PM |
| 22 | until you put it in front of me. | 04:25:09PM |
| 23 | Q.    Who would know whether the | 04:25:10PM |
| 24 | statements in Mr. Nardinelli's letter are | 04:25:13PM |
| 25 | accurate or not, other than | 04:25:15PM |

Page 227

```
 1                Do you see that?                        04:26:18PM
 2      A.        I do.                                   04:26:19PM
 3      Q.        Do you understand that to mean          04:26:21PM
 4  that all the other SVN log data, except               04:26:24PM
 5  for Mr. Levandowski's download of December            04:26:30PM
 6  11, 2015, is gone?                                    04:26:34PM
 7                MR. BAKER:  Objection to form.          04:26:38PM
 8      A.        That's a distinct possibility.          04:26:42PM
 9                And if it is true, then I also          04:26:45PM
10  misspoke earlier when I said that the log             04:26:47PM
11  probably contained other people's things,             04:26:52PM
12  too.                                                  04:26:55PM
13      Q.        So if Mr. Nardinelli's                  04:26:57PM
14  statement is correct, your testimony on               04:26:59PM
15  behalf of Waymo was inaccurate, correct?              04:27:01PM
16      A.        It is possible.                         04:27:04PM
17                MR. BAKER:  Objection to form.          04:27:05PM
18      A.        Also, as a professional log             04:27:09PM
19  diver, I'll call myself, when we're doing             04:27:13PM
20  investigations, we don't keep things that             04:27:17PM
21  are not deemed explicitly relevant for                04:27:24PM
22  what we are trying to prove.                          04:27:26PM
23                It is bad data stewardship, it          04:27:31PM
24  takes up space, and it makes noise.                   04:27:34PM
25      Q.        What were you asked to prove            04:27:36PM
```

Veritext Legal Solutions
866 299-5127

```
1   here?                                          04:27:38PM
2              MR. BAKER:  Objection, I am         04:27:39PM
3   going to caution you not to reveal the         04:27:43PM
4   substance of any attorney-client               04:27:44PM
5   communications.                                04:27:46PM
6              If you can answer that question     04:27:46PM
7   without doing that, please do.                 04:27:48PM
8       A.     I did not pull the SVN log          04:27:52PM
9   data, I'm just speaking to the frame of        04:27:55PM
10  mind of why the entirety of all users'         04:27:56PM
11  logs may not be present.                       04:28:04PM
12             For example, in what I've           04:28:05PM
13  produced to support my declaration, I'm        04:28:07PM
14  not pulling and presenting the (████) logs     04:28:10PM
15  of any of a hundred thousand other Google      04:28:13PM
16  employees because it is simply not             04:28:16PM
17  relevant to the investigation at hand.         04:28:18PM
18      Q.     That wasn't my question.            04:28:20PM
19             What were you being asked to        04:28:25PM
20  prove as part of your forensic                 04:28:26PM
21  investigation?                                 04:28:27PM
22             MR. BAKER:  Same instruction        04:28:27PM
23  and also objection to the form.                04:28:28PM
24      A.     These logs showed that 14,000       04:28:33PM
25  files and change were downloaded on            04:28:36PM
```

Page 230

| | | |
|---|---|---|
| 1 | MR. BAKER: Objection to form, | 05:14:49PM |
| 2 | counsel. | 05:14:51PM |
| 3 | A.   Do you have anything that says | 05:14:54PM |
| 4 | that this didn't happen; the device was | 05:14:55PM |
| 5 | attached, it was attached for a period of | 05:14:58PM |
| 6 | eight hours. | 05:15:00PM |
| 7 | I did search for this device | 05:15:01PM |
| 8 | earlier in the logs and in my grep-ing I | 05:15:02PM |
| 9 | couldn't find any indication of having | 05:15:07PM |
| 10 | done so prior, that's anomalous. | 05:15:09PM |
| 11 | Q.   You want to make sure you knew | 05:15:13PM |
| 12 | everything you possibly could about card | 05:15:15PM |
| 13 | readers in Chauffeur before this kind of | 05:15:17PM |
| 14 | an accusation was made, right? | 05:15:19PM |
| 15 | MR. BAKER: Objection to form. | 05:15:22PM |
| 16 | A.   Nothing in my declaration is | 05:15:23PM |
| 17 | not factual. | 05:15:25PM |
| 18 | Q.   Did you do any investigation as | 05:15:27PM |
| 19 | to whether card readers were used by | 05:15:29PM |
| 20 | Project Chauffeur? | 05:15:31PM |
| 21 | MR. BAKER: Objection to form. | 05:15:33PM |
| 22 | A.   No. | 05:15:34PM |
| 23 | Q.   Did you ever check to see if | 05:15:35PM |
| 24 | people in Chauffeur used digital cameras | 05:15:39PM |
| 25 | or video cameras or Go Pros as part of | 05:15:42PM |

1  their ordinary business?                        05:15:45PM
2         MR. BAKER:  Same objection.              05:15:48PM
3    A.   What I did check was to see if           05:15:54PM
4  this was anomalous for this user and it         05:15:56PM
5  was anomalous for this user.                    05:15:58PM
6         What another engineer somewhere          05:15:59PM
7  else in Chauffeur does, if they have a Go       05:16:00PM
8  Pro that they want to bring to work,            05:16:02PM
9  that's their business.                          05:16:04PM
10        But the subject of my                    05:16:04PM
11 investigation was Anthony Levandowski, I        05:16:06PM
12 wanted to check if this was anomalous for       05:16:12PM
13 Mr. Levandowski and it turns out it was.        05:16:14PM
14   Q.   Did you look for any ▊ log              05:16:18PM
15 data about card readers being attached to       05:16:20PM
16 the desktop?                                    05:16:22PM
17   A.   The desktop was not the subject          05:16:27PM
18 of our investigation at that point.             05:16:29PM
19   Q.   Wouldn't it be relevant to know          05:16:30PM
20 if his behavior was anomalous to know if        05:16:32PM
21 he ever connected a card reader to the          05:16:35PM
22 desktop?                                        05:16:37PM
23        MR. BAKER:  Objection to form.           05:16:39PM
24   A.   Not necessarily.                         05:16:46PM
25   Q.   Wouldn't his behavior on all of          05:16:46PM

Page 263

```
 1   his laptops be relevant when you're trying        05:16:49PM
 2   to make an assessment whether his behavior        05:16:52PM
 3   was usual or unusual?                             05:16:54PM
 4            MR. BAKER:  Objection to form.           05:16:56PM
 5       A.   We had assessed behavior and we          05:16:58PM
 6   had a series of events in the month of            05:16:59PM
 7   December that were very much anomalous and        05:17:01PM
 8   this was just the cherry on top of more           05:17:03PM
 9   anomalous activity that seemed to suggest         05:17:07PM
10   that ex-filtration was occurring.                 05:17:12PM
11       Q.   But you don't know that because          05:17:15PM
12   you didn't look at the desktop, did you?          05:17:16PM
13            MR. BAKER:  Objection to form.           05:17:17PM
14       A.   The desktop isn't where all the          05:17:18PM
15   activity was happening.                           05:17:20PM
16            All this unusual activity was            05:17:21PM
17   happening on the Windows machine and I do         05:17:23PM
18   wish that we had been able to retain the          05:17:25PM
19   Windows laptop for a top-to-bottom                05:17:28PM
20   analysis, but unfortunately someone               05:17:30PM
21   reimaged it before they left.                     05:17:34PM
22       Q.   So you have the [REDACTED] log data      05:17:35PM
23   for that desktop, right?                          05:17:38PM
24       A.   Which desktop are we speaking            05:17:42PM
25   of?                                               05:17:43PM
```

Page 264

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            C E R T I F I C A T I O N
 2
 3      I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11      I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
15
16
17
18
19
20
21
22                  [signature] Jineen Pavesi, RPR, RMR
23         JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Page 305

Veritext Legal Solutions
866 299-5127