# *EXHIBIT 4*

## *UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 4*

**From:** John Krafcik
**To:** Chelsea Bailey
**Received:** Fri, 1 Apr 2016 14:58:14 -0700
**Subject:** Re: quick follow-up

sounds good, thanks Chelsea
looking forward to the forensic work around ot.to

On Fri, Apr 1, 2016 at 7:57 AM, Chelsea Bailey                          wrote:

*REDACTED - PRIVILEGE*

Attached is the additional departure email which was provided to Anthony -- it's a bit more terse than our general exit materials, which were also provided to him, including a copy of the CIAA (Confidentiality and Invention Assignment Agreement) he signed at the commencement of his employment.

Employment legal joined the exit interview, given our belief he may have been involved in soliciting employees, to emphasize his obligations and our non-solicit policy.  During this part of the discussion, Anthony was asked if we'd find any violations on his computer if we performed a forensics search to which he replied no.

I'll follow up when I hear back from Leah and once we have a draft letter for your review.

Thanks,

--

Chelsea Bailey
HR Business Partner
solveforx.com

--

- John Krafcik
- CEO, Self-Driving Cars

Google

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                   WAYMO-UBER-00012097