# *EXHIBIT 7*

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

*EXHIBIT 7*

**From:** "Thomas E. Gorman" <TGorman@kvn.com>
**To:** Kristinn Gudjonsson
**Cc:** Rachael Meny <Rmeny@kvn.com>, Brian Ferrall <BFerrall@KVN.com>, "David W. Rizk" <DRizk@kvn.com>
**Subject:** Re: anthonly - machine forensic record
**Sent:** Wed, 15 Feb 2017 00:34:11 +0000

Kristinn-- can you please invite me to that GVC?

--Tom

_____

From: Kristinn Gudjonsson
Sent: Tuesday, February 14, 2017 15:39
Subject: Re: anthonly - machine forensic record
To: Thomas E. Gorman <tgorman@kvn.com>
Cc: Rachael Meny <rmeny@kvn.com>, Brian Ferrall <bferrall@kvn.com>, David W. Rizk <drizk@kvn.com>

I got a meeting booked with her for tomorrow at 11:30

On Tue, Feb 14, 2017 at 3:36 PM Thomas E. Gorman <TGorman@kvn.com> wrote:

> If you don't hear back by COB, let us know and we'll ping her.
>
> **From:** Kristinn Gudjonsson [mailto:
> **Sent:** Tuesday, February 14, 2017 3:33 PM
> **To:** Thomas E. Gorman
> **Cc:** David W. Rizk; Brian Ferrall; Rachael Meny
> **Subject:** Re: anthonly - machine forensic record
>
> I've tried reaching out to her directly but so far not received any response. If she responds to you quicker, then that would be best. But this would probably need to be cleared up with her.
>
> There are unfortunately no video footage from this time period that we can make use of.
>
> On Tue, Feb 14, 2017 at 3:30 PM Thomas E. Gorman <TGorman@kvn.com> wrote:
>
>> What's the best way to address this? Should we set up a GVC with Chelsea? Or do you want to reach out to her directly?
>>
>> --Tom
>>
>> **From:** Kristinn Gudjonsson [mailto:
>> **Sent:** Tuesday, February 14, 2017 3:06 PM
>> **To:** Thomas E. Gorman
>> **Cc:** David W. Rizk; Brian Ferrall; Rachael Meny
>>
>> **Subject:** Re: anthonly - machine forensic record

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                              WAYMO-UBER-00084565

Hi

Yes, so that's what I'm looking at right now. Chelsea would be the person best suited to answer some of the questions that I've got. She did the exit interview with Anthony and reached out to me.

So far the timeline is:

2016-01-27: Anthony is exited

2016-02-03 13:29: Chelsea sends me an email indicating she has two laptops from Anthony that she wants to be inspected

2016-02-03 (last DHCP 16:24 and inventory system: 17: 41): anthonyl-glaptop is turned off or last seen online

around 2016-02-17: laptop arrives to me and work begins...

The hard drive that I received, which was in that machine has a different serial number than the one that is registered in our inventory systems. So my working theory is that someone turned off the laptop on the 3rd of February, swapped the hard drive out and handed it over to Google. So we need to get a better confirmation about where and what happened to that laptop from the time of Anthony's exit and until it got delivered to me.

On Tue, Feb 14, 2017 at 2:51 PM Thomas E. Gorman <TGorman@kvn.com> wrote:

> ATTORNEY WORK-PRODUCT PRIVILEGED & CONFIDENTIAL
>
> (+Brian, Rachael)
>
> Kristinn—
>
> This is distressing. It sounds like we're back to square one on anthonly-glaptop (actually, it seems like you're saying that we don't know where his drive went after he turned the laptop in, so maybe we haven't even gotten to square one, yet).
>
> Is it possible Anthony swapped the drives? If Google did it, is his drive floating around somewhere? I have a lot of questions, but I'm not sure I understand your system well enough to ask the right ones.
>
> The bottom line is that we **NEED** to know what Anthony did on that computer. We appreciate your detective work, but please let us know ASAP if there's anything we can do to get you more resources or get you some answers. FYI: we'll probably need to flag this soon for Google Legal and Waymo Legal, as this is a high-priority investigation for both teams, so please keep us advised.
>
> Thanks,
>
> --Tom
>
> **From:** Kristinn Gudjonsson [mailto:]
> **Sent:** Tuesday, February 14, 2017 2:29 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                     WAYMO-UBER-00084566

**To:** Thomas E. Gorman
**Cc:** David W. Rizk
**Subject:** Re: anthonly - machine forensic record

Hi

Thank you for the serial numbers and pictures of drives.

The reason why I was asking for this is that this is something I should have checked immediately once I saw the discrepancy in ████ etc, but I'm updating the tracking doc as we speak.

The discrepancy is simple...

a) ████████████████████████

b) ████████████████████████████████████

When looking at our network logs and other logs it does look like the system was in deed turned on from before Anthony left the company and until 2016-02-03, which matches the timestamps we see in our inventory system. That's why I asked about the hard drive serial number....

And that's where things are starting to get a bit "hairy"... they don't match... that is the serial number of the drive that I pulled out of the anthony's glaptop does not match the one that was assigned to that machine and the machine cert was issued to, etc.... so our inventory system has a different drive... which to me indicates that someone swapped the hard drives of Anthony's computer AFTER he left the company.... and I'm right now trying to track down where that machine was.

All I know is that I received the drive on or around 2016-02-17, and that I got a notification from HRBP that they had the drive on 2016-02-03... but I need to know a bit more about where they got their drive from, etc....

On Mon, Feb 13, 2017 at 3:38 PM Thomas E. Gorman <TGorman@kvn.com> wrote:

> I already asked about the S/N. They're going to try to get back to me tomorrow.
>
> **From:** Kristinn Gudjonsson [mailto:████████████]
> **Sent:** Monday, February 13, 2017 2:52 PM
>
> **To:** Thomas E. Gorman
> **Cc:** David W. Rizk
> **Subject:** Re: anthonly - machine forensic record

Well, let me clarify that in the resolution. But yes, that is basically the only timestamp we have from that device, and then we have some prior things.

Get back to Discovery/Discovia and ask them about the hard drive serial number, let's get that up and then I'll update the conclusion on the doc, since I was starting to think about one possible hypothesis that could explain this.

And the fact that these timestamps show up in ▇▇▇▇ would indicate that the system was a corp issued one, so let me check few things (but then I would expect ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇). I'm re-running some of the log gathering for the machine to corroborate some of these things. I'll get back to you once I know more, but please ask about the serial number.

On Mon, Feb 13, 2017 at 12:20 PM Thomas E. Gorman <TGorman@kvn.com> wrote:

> Yes, that's the timestamp that I'm referring to. But in the "conclusions" section <u>someone wrote</u>: "And **it looks like on 2016-01-26 his other laptop, anthonyl-glaptop got reformatted** with Goobuntu as it seems yet ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇" So I thought that the time stamp was related to the reformat. Maybe I misunderstood. [I couldn't copy-paste that quote because this file is locked down. Can you upgrade my permissions?]
>
> What's this time-stamp for ▇▇▇▇▇▇host/system_install_time ? ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, so I thought he switched from windows to Goobuntu on 2015-03-20. Did he do a different Goobuntu reformat in October 2015 (▇▇▇▇▇▇▇▇▇▇▇▇▇▇)? And then another Goobuntu reformat in January 2016?
>
> Anthony was walked out on 2016-01-27, so I assume the February activity is something that happened after he turned his laptop in.
>
> I'll ask Discovery about the S/N.
>
> --Tom
>
> **From:** Kristinn Gudjonsson [mailto:▇▇▇▇▇▇▇▇▇▇▇▇]
> **Sent:** Monday, February 13, 2017 11:57 AM
> **To:** Thomas E. Gorman
> **Cc:** David W. Rizk
> **Subject:** Re: anthonly - machine forensic record
>
> Well, technically that timestamp you are referring to is this one:
>
> ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇
>
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> --------------------------------------------
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> ▇▇▇▇▇▇▇▇▇▇
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> **Last Written at: 2016-01-26 17:54:56 (UTC)**
> **Last Checked at: 2016-01-26 17:54:54 (UTC)**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                             WAYMO-UBER-00084568

What this refers to is the last time the filesystem was written to... so this refers to the last time the filesystem got written to/modified.

HOWEVER if I look at data in ▮▮▮▮▮ our inventory system I see these dates:

▮▮▮▮last_active                              : 2016-02-03 17:41:51.024030+00:00 (1 year ago)

▮▮last_update                                : 2016-02-02 23:53:51.894054+00:00 (1 year ago)

▮▮▮▮host/report_date                         : 2016-02-03 00:00:00+00:00 (1 year ago)

▮▮▮▮host/report_time                         : 2016-02-03 17:41:51.024030+00:00 (1 year ago)

▮▮▮▮host/system_install_time                 : 2015-10-16 21:44:55.341103+00:00 (1 year, 3 months ago)

▮▮▮▮last_update                              : 2016-02-03 17:41:51.024030+00:00 (1 year ago)

▮▮▮▮lego/goobuntu_updater_lastrun_time       : 2016-02-03 17:41:20.796796+00:00 (1 year ago)

▮▮▮▮lego/goobuntu_updater_lastsuccess_time   : 2015-10-16 21:49:34.905963+00:00 (1 year, 3 months ago)


And these occur AFTER that January date.... so now I've got some questions for you....

a) when was the exact last date of anthony's employment?

b) can you get me the serial numbers of the hard drive we handed over to discovia? I'm specifically interested in the serial number of the drive we pulled out of the anthony-glaptop....


On Mon, Feb 13, 2017 at 10:15 AM Thomas E. Gorman <TGorman@kvn.com> wrote:

> Kristinn—
>
> If I understand this report correctly, Anthonly-glaptop was reformatted on 2016-01-26 at approximately 17:54 UTC (~10:00 PST).  [That's the reformat where ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                WAYMO-UBER-00084569

Can you please confirm that I've got that right? We just need to double-check the date and time of that reformat to assess how it lines up with other events in the chronology.

Thanks,

--Tom


--

with regards

Kristinn


--

with regards

Kristinn


--

with regards

Kristinn


--

with regards

Kristinn


--

with regards

Kristinn

--

with regards

Kristinn

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                         WAYMO-UBER-00084570