# *E*XHIBIT 11

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

# *E*XHIBIT 11

**From:** Kristinn Gudjonsson
**To:** Elizabeth Schweinsberg, Richard Salgado, ☐Nicole Jones
**Received:** Thu, 19 Jan 2017 22:38:03 +0000
**Subject:** Re: question re: Discovia review of Levandowski hard drives

ATTORNEY-CLIENT PRIVILEGE

Also the premise of us handing this over to a third party is to protect us from needing to potentially testify, and if they are explicitly asking for our forensic reports so that they don't need to duplicate work, doesn't that defeat the purpose of handing this work over to a third party?

On Thu, Jan 19, 2017 at 2:35 PM Elizabeth Schweinsberg wrote:

> ATTORNEY-CLIENT Privileged
>
> Hey Rick and Nicole -- I got this request from Rachael at KVN for a copy of the forensics report ▓▓ did on 2 of the computer investigated in the Chauffeur case. The 3rd party forensics firm Discovia wants to get a copy of what we did. What should we do? If we share the report, doesn't that bias what they find?
>
> Elizabeth
>
> ---------- Forwarded message ---------
> From: Rachael Meny <Rmeny@kvn.com>
> Date: Thu, Jan 19, 2017 at 1:21 PM
> Subject: question re: Discovia review of Levandowski hard drives
> To: Elizabeth Schweinsberg ▓▓▓, Shana Stanton ▓▓▓ Tom Lue ▓▓▓
>
>
> Elizabeth/Shana/Tom:
>
> Google's internal forensics team did a forensic report on the two Levandowski computers. Discovia thinks it would be useful to see that report, so they don't spend a lot of time doing something that Google already tried.
>
> Could I send the Google forensic report over to the two technicians at Discovia who will work on the Levandowski computers? They will not share it more broadly.
>
> If so, can I get a PDF or electronic copy of it? The report is locked on Drive so can't be copied, printed, etc.
>
> If not, maybe we could put Discovia in contact with the Google employee who did the report so they can ask questions about programs previously used, etc?
>
> Thanks
>
> Rachael

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 WAYMO-UBER-00084520

**Rachael Meny**
Attorney at Law

# KEKER & VAN NEST LLP

415-676-2245 (direct)  |  vCard  |  rmeny@kvn.com (email)
633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400 main  |  kvn.com

--

with regards

Kristinn

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    WAYMO-UBER-00084521