MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE UNREDACTED DOCUMENT**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

UBER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL
WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE UNREDACTED
DOCUMENT
CASE NO. 3:17-CV-00939-WHA

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this Administrative Motion to File under Seal Exhibits to Uber's Motion to Compel Waymo to Supplement RFA & Interrogatory Responses and to Produce Unredacted Document. Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Letter Brief to Compel RFA& Interrogatory Responses ("Letter Brief") | Highlighted Portions | Plaintiff |
| Exhibit 1 to the Pritt Declaration ISO Letter Brief to Compel RFA& Interrogatory Responses ("Pritt Declaration") | Entire Document | Plaintiff |
| Exhibit 2 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 3 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 5 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 6 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 7 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 8 to the Pritt Declaration | Entire Document | Plaintiff |

The highlighted portions of the Letter Brief and the entirety of Exhibits 1, 2, 3, 5, 6, 7, and 8, contain information that I understand Waymo designated or may consider to be "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case. (*See* Pritt Decl. ¶ 3.) Uber's request is narrowly tailored to information Waymo designated and considers "Highly Confidential—Attorneys' Eyes Only" under the Protective Order, or asked to be sealed. (Pritt Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies. Uber served Waymo with this motion on August 31, 2017.

1

UBER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE UNREDACTED DOCUMENT
CASE NO. 3:17-CV-00939-WHA

Dated: August 31, 2017

BOIES SCHILLER FLEXNER LLP

By: */s/ Karen L. Dunn*
        Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC