1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION

11

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:     Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1         Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's

2   (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that

3   good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents

4   Under Seal and ORDERS that the following document shall be sealed, as indicated below:

5

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Letter Brief to Compel RFA& Interrogatory Responses ("Letter Brief") | Highlighted Portions | Plaintiff |
| Exhibit 1 to the Pritt Declaration ISO Letter Brief to Compel RFA& Interrogatory Responses ("Pritt Declaration") | Entire Document | Plaintiff |
| Exhibit 2 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 3 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 5 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 6 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 7 to the Pritt Declaration | Entire Document | Plaintiff |
| Exhibit 8 to the Pritt Declaration | Entire Document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge

1