# EXHIBIT 8

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL