MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE AN UNREDACTED DOCUMENT**<br><br>Judge:　Hon. Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

I, Maxwell V. Pritt, declare as follows:

1. I am Counsel at the firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of the California. I make this declaration in support of Uber's Motion to Compel Waymo To Supplement RFA & Interrogatory Responses. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. On July 25, 2017, Waymo LLC served its Second Set of Common Requests for Admission to Defendants Uber, Ottomotto, LLC, and Otto Trucking LLC and Plaintiff's Fifth Set of Common Interrogatories to Defendants. On July 25, 2017, Uber served on its Fifth Set of Requests for Admission (Nos. 37-45) and Eighth Set of Interrogatories (Nos. 29-50). July 25, 2017, was the last date on which the parties could serve discovery requests in order to receive responses by the close of fact discovery.

3. Attached as **Exhibit 1** is a true and correct copy of Waymo's Responses and Objections to Ten Interrogatories Selected Pursuant to Order Granting In Part Motion to Compel Interrogatory Responses, Dkt. 1173 (Interrogatory Nos. 26, 28, 29-34, and 48-49), which Uber received on August 22, 2017.

4. Attached as **Exhibit 2** is a true and correct copy of Waymo's Fourth Supplemental Objections and Responses to Uber's Fifth Set of Interrogatories (Nos. 20, 24), which Uber received on August 30, 2017.

5. Attached as **Exhibit 3** is a true and correct copy of emails between me, counsel for Waymo Jeff Nardinelli, Special Master John Cooper, and others between August 27 and 28, 2017.

6. Attached as **Exhibit 4** is a true and correct copy of Waymo's Response and Objections to Defendant Uber Technologies, Inc and Ottomotto LLC's Fifth Set of Requests for Admission (Nos. 37-45).

7. Attached as **Exhibit 5** is a true and correct copy of Waymo's Objections and Responses to Uber's Fifth Set of Interrogatories (Nos. 18-24), which Uber received on August 2, 2017. Judge Alsup affirmed Judge Corley's order that Waymo supplement certain of these interrogatories on August 29,

1

2017. (Dkt. 1410). To date, Uber has not received a supplemental response to Interrogatory Nos. 18 or 19.

8. During a meet and confer call discussing RFA No. 40, counsel for Waymo Andrea Roberts argued that the information that was requested by RFA No. 40 is uniquely in Levandowski's possession.

9. Attached as **Exhibit 6** is a true and correct copy of emails between me and Waymo counsel Andrea Roberts (and the Special Master and others on some emails) dated between August 27 and 29, 2017.

10. Attached as **Exhibit 7** is a true and correct copy of a document bearing bates number WAYMO-UBER-00056880, which was produced by Waymo on August 23, 2017, the day before fact discovery closed.

11. Attached as **Exhibit 8** is a true and correct copy of emails between me and counsel for Waymo Jeff Nardinelli (and the Special Master and others on some emails) between August 29 and 31, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2017, in Oakland, California

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn