MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel.: 415.268.7000/Fax: 415.268.7522

KAREN L. DUNN (Admitted *Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel.: 202.237.2727/Fax: 202.237.6131

WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (Admitted *Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial Date: October 10, 2017 |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 31, 2017, I served **UNREDACTED** versions of the following documents:

1. DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE AN UNREDACTED DOCUMENT;

2. EXHIBIT 1 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE AN UNREDACTED DOCUMENT;

3. EXHIBIT 2 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE AN UNREDACTED DOCUMENT

4. EXHIBIT 3 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE AN UNREDACTED DOCUMENT;

5. EXHIBIT 5 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO PRODUCE AN UNREDACTED DOCUMENT;

6. EXHIBIT 6 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO

1  COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO

2  PRODUCE AN UNREDACTED DOCUMENT;

3      7.  EXHIBIT 7 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF

4  DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO

5  COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO

6  PRODUCE AN UNREDACTED DOCUMENT; and

7      8.  EXHIBIT 8 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF

8  DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S MOTION TO

9  COMPEL WAYMO TO SUPPLEMENT RFA & INTERROGATORY RESPONSES AND TO

10  PRODUCE AN UNREDACTED DOCUMENT.

    The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

1
2  I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 31st day
3  of August, 2017, at Oakland, California.
4                                                                    By: */s/ Jenel Day*
                                                                              Jenel Day
5                                                **ATTESTATION**
6     In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
7  document has been obtained from every other signatory to this document.
8
9                                                                    By: */s/ Karen L. Dunn*
                                                                              Karen L. Dunn
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA                                                                                      3