Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES LIN IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL**<br><br>Courtroom:　　F-15[th] Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:　　　　　October 10, 2017<br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    I, James Lin, declare as follows:

2    1.    I am an attorney at the law firm of Goodwin Procter LLP, counsel of record for
3    Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters
4    within my own personal knowledge and if called as a witness, I could and would competently
5    testify to the matters set forth herein.  I make this declaration in support of Defendant Otto
6    Trucking's Administrative Motion to File Under Seal Portions of its Motion to Compel (the
7    "Administrative Motion").

8    2.    I have reviewed the following documents and confirmed that only the portions
9    identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Otto Trucking's Letter Brief re Motion to Compel | Highlighted Portions |
| Exhibit 1 to Boock Declaration – Email from Todd Boock dated August 31, 2017, 10:40 A.M. | Highlighted Portions |
| Exhibit 2 to Boock Declaration – Email from Todd Boock dated August 31, 2017, 1:09 P.M. | Highlighted Portions |
| Exhibit 7 to Jennings Declaration – Document Bates-stamped WAYMO-UBER-00084602 – 00084608 | Entire Document |
| Exhibit 9 to Jennings Declaration – Document Bates-stamped WAYMO-UBER-00006391 – 00006392 | Entire Document |
| Exhibit 10 to Jennings Declaration – Excerpts of Deposition Transcript of Pierre-Yves Droz dated August 22, 2017 | Entire Document |

3.    The highlighted portions of the Letter Brief, the highlighted portions of Exhibits 1
and 2 to the Boock Declaration, and the entirety of Exhibits 7, 9, and 10 to the Jennings
Declaration contain information that Waymo has designated "Confidential" or "Highly

1  Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking
2  states no position about whether the confidentiality designations are appropriate.
3    4.  Otto Trucking anticipates that Waymo will file any necessary declarations to seal
4  the above information pursuant to Local Rule 79-5.
5    5.  Otto Trucking's request to seal is narrowly tailored to those portions of the Motion
6  to Compel and its supporting documents that merit sealing.
7   I declare under penalty of perjury under the laws of the United States that  the foregoing is
8  true and correct.  Executed this 31st day of August, 2017 in Menlo Park, California.

/s/   James Lin
JAMES LIN

2
DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA