Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL**<br><br>Courtroom:   F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:   October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of James Lin<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1   Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2   File Under Seal Portions of Its Motion to Compel (the "Administrative Motion").  Having
3   considered the Administrative Motion, and good cause to seal having been shown, the Court
4   **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and
5   portions of documents listed below that are adequately supported by declarations provided by
6   Plaintiff Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or
7   "Confidential" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Letter Brief re Motion to Compel | Highlighted Portions |
| Exhibit 1 to Boock Declaration – Email from Todd Boock dated August 31, 2017, 10:40 A.M. | Highlighted Portions |
| Exhibit 2 to Boock Declaration – Email from Todd Boock dated August 31, 2017, 1:09 P.M. | Highlighted Portions |
| Exhibit 7 to Jennings Declaration – Document Bates-stamped WAYMO-UBER-00084602 – 00084608 | Entire Document |
| Exhibit 9 to Jennings Declaration – Document Bates-stamped WAYMO-UBER-00006391 – 00006392 | Entire Document |
| Exhibit 10 to Jennings Declaration – Excerpts of Deposition Transcript of Pierre-Yves Droz dated August 22, 2017 | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017   _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

1