1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  James Lin (SBN 310440)
   *jlin@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
7  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
8  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
9  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California 90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

17 *Attorneys for Defendant: OTTO TRUCKING LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>  Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE**<br><br>Courtroom:  F-15th Floor<br>Magistrate:  Hon. Jacqueline Scott Corley<br>Trial:          October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Adm. Mtn to Seal<br>2. Declaration of James Lin<br>3. Unredacted/Redacted Versions<br>4. Proposed Order |

ACTIVE/92391264.1

PROOF OF SERVICE                                            CASE NO. 3:17-CV-00939-WHA

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. My business address is: 601 South Figueroa Street, 41ST Floor, Los Angeles, California 90017.

On August 31, 2017, I served the following documents on the persons below as follows:

1. *Unredacted Version of* Otto Trucking's Motion to Compel Depositions of Nathaniel Fairfield, Leah Bijnens, John Krafcik and Andrew Barton Sweeney

2. *Unredacted Version of Exhibits 1 and 2 to the* Declaration of Todd A. Boock in Support of Otto Trucking's Motion to Compel Depositions of Nathaniel Fairfield, Leah Bijnens, John Krafcik and Andrew Barton Sweeney

3. *Unredacted Versions of Exhibits 7, 9, and 10 to the* Declaration of Noah Jennings in Support of Otto Trucking's Motion to Compel Depositions of Nathaniel Fairfield, Leah Bijnens, John Krafcik and Andrew Barton Sweeney

| RECIPIENT | EMAIL ADDRESS |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | *QEWaymo@quinnemanuel.com* |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | *lcunningham@wsgr.com* |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | *UberWaymomofoattorneys@mofo.com* |

| | |
|---|---|
| 1  Rudolph Kim<br>   MORRISON & FOERSTER LLP<br>2  755 Page Mill Road<br>   Palo Alto, CA 94304<br>3  Wendy Joy Ray<br>   MORRISON & FOERSTER LLP<br>4  707 Wilshire Boulevard<br>   Suite 6000<br>5  Los Angeles, CA 90017 | |
| 6<br>   Michael Darron Jay<br>7  BOIES SCHILLER & FLEXNER LLP<br>   401 Wilshire Boulevard, Suite 850<br>8  Santa Monica, CA 90401<br>9  Meredith Richardson Dearborn<br>   BOIES SCHILLER FLEXNER LLP<br>10 435 Tasso Street<br>   Suite 205<br>11 Palo Alto, CA 94301<br>12 Hamish Hume<br>   Jessica E. Phillips<br>13 Karen Leah Dunn<br>   Kyle N. Smith<br>14 Martha Lea Goodman<br>   BOIES SCHILLER FLEXNER LLP<br>15 1401 New York Ave., NW<br>   Washington, DC 20005 | *BSF_EXTERNAL_UberWaymoLit@bsfllp.com* |
| 16<br>   John L. Cooper<br>17 Farella Braun + Martel LLP<br>   235 Montgomery Street<br>18 17th Floor<br>   San Francisco, CA 94104<br>19 Tel.: 415.954.4400<br>   Fax: 415.954.4480<br>20 | *jcooper@fbm.com* |

21
22 ☑   (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement
      of the parties to accept service by e-mail or electronic transmission, I caused the
23    documents to be sent to the persons at the e-mail addresses listed. I did not receive,
      within a reasonable time after the transmission, any electronic message or other
24    indication that the transmission was unsuccessful.

25    I declare under penalty of perjury that I am employed in the office of a member of the bar
      of this Court at whose direction this service was made and that the foregoing is true and correct.
26
      Executed on August 31, 2017, at Los Angeles, California.
27
      Jennifer Vosler                                  _____
28    (Type or print name)                             (Signature)

ACTIVE/92391264.1                        2
PROOF OF SERVICE                                      CASE NO. 3:17-CV-00939-WHA