Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF TODD A. BOOCK IN SUPPORT OF OTTO TRUCKING'S MOTION TO COMPEL DEPOSITIONS OF NATHANIEL FAIRFIELD, LEAH BIJNENS, JOHN KRAFCIK AND ANDREW BARTON SWEENEY** |
| v. | |
| Uber Technologies, Inc., et al., | |
| Defendants. | Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:            October 10, 2017 |
| | Filed/Lodged Concurrently with:<br>1. Discovery Letter Brief<br>2. Declaration of Noah Jennings |

1  I, Todd A. Boock, declare as follows:

2  1. I am Counsel at the law firm of Goodwin Procter LLP, counsel of record for
3  Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters
4  within my own personal knowledge and if called as a witness, I could and would competently
5  testify to the matters set forth herein. I make this declaration in support of Defendant Otto
6  Trucking LLC's ("OT") Motion to Compel Depositions of Nathaniel Fairfield, Leah Bijnens, John
7  Krafcik and Andrew Barton Sweeney (collectively, "the Witnesses").

8  2. On August 31, 2017, I sent an e-mail to counsel for plaintiff Waymo LLC
9  ("Waymo"), copying all other counsel representing parties in this matter and Special Master John
10  Cooper, asking that Waymo allow OT to conduct depositions of the Witnesses, due to Waymo's
11  late disclosure of documents produced after the Court's August 18, 2017 Order (Docket No.
12  1272), and particularly a document Bates-stamped WAYMO-UBER-000084802-08. I also
13  requested a meet and confer on the issues with Special Master Cooper. I received no response to
14  my e-mail. Attached hereto as **Exhibit 1** is a true and correct copy of my August 31st e-mail.

15  3. On August 31, 2017, I participated in two meet and confers to address issues raised
16  in my August 31st e-mail. I explained the basis of the request, that the newly-disclosed document
17  included new information pertaining to the Witnesses' involvement in investigating Anthony
18  Levandowski's relationship to other companies, such as Odin Wave and Tyto LiDar, to compete
19  with Waymo's self-driving automobile division. Waymo's counsel would not agree to OT's
20  request for depositions and said that they would get back to me. Due to the motion to compel
21  cutoff of August 31, 2017 at midnight, I asked Waymo's counsel to get back to me as soon as
22  possible.

23  4. During the second meet and confer, I sent an e-mail to counsel for Waymo, offering
24  to limit the depositions to 2.5 hours. I also offered to start with Fairfield and Bijnens to see if OT
25  needed the other witnesses, reserving our rights to depose Sweeney and Krafcik at a later time.
26  Attached as **Exhibit 2** is a true and correct copy of my August 31st e-mail.

27
28

1

BOOCK DECLARATION ISO OTTO TRUCKING'S MOTION
TO COMPEL DEPOSITIONS                                            CASE NO. 3:17-CV-00939

5. To date, I have not received a response from Waymo's counsel, which I have interpreted as a rejection of my request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 31st day of August, 2017 in Los Angeles, California.

/s/ Todd A. Boock
Todd A. Boock

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatory indicated by the conformed (/s/) of Todd A. Boock.

/s/ I. Neel Chatterjee
I. NEEL CHATTERJEE

1 **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 31, 2017. I further certify that all participants in the case are registered CM/ECF users and that service of the Declaration, including all public and redacted exhibits attached hereto, will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 31st day of August 2017.

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee