*E*XHIBIT *8*

*E*XHIBIT *8*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5   WAYMO LLC,
6         Plaintiff,
7   vs.                          Case No.
8   UBER TECHNOLOGIES, INC.;     3:17-cv-00939-WHA
9   OTTOMOTTO LLC; OTTO
10  TRUCKING, INC.,
11        Defendants.
12  _____/
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF JOHN KRAFCIK
17              REDWOOD SHORES, CALIFORNIA
18               WEDNESDAY AUGUST 2, 2017
19
20
21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22  CSR LICENSE NO. 9830
23  JOB NO. 2661281
24
25  PAGES 1 - 321
```

Page 1

| | | |
|---|---|---|
| 1 | too. | 11:48 |
| 2 | What is your understanding of what this is, | 11:48 |
| 3 | just generally? | 11:49 |
| 4 | A   It looks like a printed circuit board of some | 11:49 |
| 5 | sort. | 11:49 |
| 6 | Q   Would you agree that, if this information is | 11:49 |
| 7 | publicly displayed, it's not secret? | 11:49 |
| 8 | MR. VERHOEVEN:  Object to the form. | 11:49 |
| 9 | THE WITNESS:  No way to answer that. | 11:49 |
| 10 | MR. GONZALEZ:  Okay. | 11:49 |
| 11 | Q   Sitting here today, this is the first time | 11:49 |
| 12 | you've seen this? | 11:49 |
| 13 | A   Yes. | 11:49 |
| 14 | Q   Tyto LiDAR -- when is the first time you | 11:49 |
| 15 | heard of Tyto LiDAR? | 11:49 |
| 16 | A   I don't specifically recall. | 11:49 |
| 17 | Q   Do you recall the context? | 11:49 |
| 18 | A   I don't have specific details in my | 11:50 |
| 19 | recollection of when I first heard of it or what the | 11:50 |
| 20 | context was, no.  It's associated with Anthony in some | 11:50 |
| 21 | fashion. | 11:50 |
| 22 | Q   You're familiar with indemnity provisions? | 11:50 |
| 23 | A   Broadly speaking? | 11:50 |
| 24 | Q   Yes. | 11:50 |
| 25 | A   Yeah. | 11:50 |

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        CERTIFICATE OF REPORTER

2

3        I, ANDREA M. IGNACIO, hereby certify that the
4   witness in the foregoing deposition was by me duly
5   sworn to tell the truth, the whole truth, and nothing
6   but the truth in the within-entitled cause;
7        That said deposition was taken in shorthand
8   by me, a disinterested person, at the time and place
9   therein stated, and that the testimony of the said
10  witness was thereafter reduced to typewriting, by
11  computer, under my direction and supervision;
12       That before completion of the deposition,
13  review of the transcript [x] was [ ] was not
14  requested.  If requested, any changes made by the
15  deponent (and provided to the reporter) during the
16  period allowed are appended hereto.
17       I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  this cause, and that I am not related to any of the
21  parties thereto.
22       Dated: 8/3/2017
23       _____
24       ANDREA M. IGNACIO,
25       RPR, CRR, CCRR, CLR, CSR No. 9830

Page 321