UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.17-cv-00939-WHA (JSC)<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 1377 |

Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of Its Opposition to Motions to Quash and Exhibits is now ripe for review. (Dkt. Nos. 1377.) Plaintiff has a submitted a Declaration in support of sealing, narrowing the portions it requests to be sealed. (Dkt. No. 1433.) The Court has carefully considered the narrowed redactions and the motion is GRANTED in part and DENIED in part. The motion is DENIED as to the redactions in the letter brief itself (Dkt. No. 1433-2) and as to the redactions in Exhibit 10 (Dkt. No. 1433-16) except for the email addresses, the technical information on the first and sixth pages (*id.* at 2, 7), and the IP address on the third page (*id.* at 4). This information is not properly sealable as it contains neither trade secret information nor information otherwise subject to sealing. Plaintiff has, however, established good cause for the remainder of the proposed redactions and the administrative motion to seal is otherwise GRANTED.

This Order disposes of Docket No. 1377.

**IT IS SO ORDERED.**

Dated: September 1, 2017

*Jacqueline Scott Corley*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge