QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S RESPONSE TO UBER'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE TRADE VAGUE AND OVERBROAD TRADE SECRET CLAIMS AND EXHIBITS THERETO** |

I, Jordan Jaffe, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of Deposition Exhibit 887.

3. Attached as Exhibit 2 is a true and correct copy of a document produced in this action, bearing Bates number UBER00199243.

4. Attached as Exhibit 3 is a true and correct copy of a document produced in this action, bearing Bates number UBER00060113.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 1, 2017            */s Jordan Jaffe*
                                    Jordan Jaffe

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan Jaffe.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven