1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

01980-00104/9528114.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO NOTICE ATTACHING EXHIBITS FROM AUGUST 23, 2017 HEARING** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  Portions of Exhibit A to Notice Attaching Exhibits from August 23, 2017 Hearing
3  ("Administrative Motion").
4    Having considered the Administrative Motion, and good cause to seal having been shown,
5  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6  below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit A | Portions marked in red box | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States Magistrate Judge