# EXHIBIT A
# UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL

