# EXHIBIT A
# UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL


Long Range
Mid
Cameras
RADAR