# EXHIBIT B

Rays Not Parallel

B
A

C   B   A