QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DKT. NOS. 1341-3 AND 1342.** |

1   Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2 Document from ECF, submitted electronically on August 24, 2017, by Waymo. Specifically,
3 Dockets 1341-3 and 1342 contain information that is governed by Docket No. 60, and that were
4 inadvertently filed in improper form. Waymo has already contacted the ECF Help Desk regarding
5 this issue, and the ECF Help Desk has temporarily blocked public access to these filings. Uber
6 has already filed corrected versions of these documents at Dkt. 1403 and 1403-4.

7   For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
8 Administrative Motion to Remove Dkt. Nos. 1341-3 and 1342.

10 DATED: September 1, 2017              QUINN EMANUEL URQUHART & SULLIVAN,
11                                                      LLP

12                                                      By      */s/Charles K. Verhoeven*
13                                                          Charles K. Verhoeven
                                                            Attorneys for WAYMO LLC