John V. Picone III (State Bar No. 187226)
Jennifer S. Coleman (State Bar No. 213210)
Christopher A. Hohn (State Bar No. 271759)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Non-Party
VELODYNE LIDAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-CV-00939-WHA<br><br>**DECLARATION OF ALEX KORZH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO [DKT. NO. 1419]**<br><br>Date: September 20, 2017<br>Time: 8:00 a.m.<br>Dept: 8, 19th Floor<br>Judge: Hon. William Alsup<br><br>Trial Date: October 10, 2017 |

614\2769632.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK

DECL OF ALEX KORZH, IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO

I, Alex Korzh declare as follows:

1. I am an employee of Velodyne LiDAR, Inc., ("Velodyne"), a third party to the above captioned action. I am the General Counsel at Velodyne.

2. I have reviewed the Velodyne information that I understand that Defendants' have moved the Court to seal in their Defendants' Administrative Motion to File Under Seal Portions of Their Motion for Summary Judgement and Exhibits Thereto ("Defendants' Motion to Seal") [Docket No. 1419] from public inspection and/or access pursuant to the Court's rules for filing such information.

3. The Velodyne information subject to Defendants' Motion to Seal has significant economic value from not being generally known and has been subject to reasonable efforts to maintain its secrecy. The information has been designated Highly Confidential – Attorney's Eyes Only pursuant to the operable Protective Order. It is an important Velodyne trade secret. Specifically, the identity, characteristics, use, supplier and configuration of the referenced components gives Velodyne a competitive advantage in terms of the system's performance and other material characteristics over its competitors. Public disclosure would harm Velodyne's competitive position in the marketplace and would have adverse effects on the Company generally.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 5, 2017, at San Jose, California.

_____
Alex Korzh

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK

614\2769632.1

DECL OF ALEX KORZH, IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO