UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>         Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF LAMBERTUS HESSELINK IN SUPPORT OF WAYMO'S STATEMENT IN RESPONSE TO COURT'S QUESTIONS REGARDING TRADE SECRET NUMBER 96** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Declaration of Lambertus Hesselink in Support of Waymo's Statement in Response to Court's Questions Regarding Trade Secret Number 96 ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Hesselink Declaration | Entire document | Waymo and Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States Magistrate Judge