1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  | WAYMO LLC,                          | Case No.    3:17-cv-00939-WHA
12  |              Plaintiff,             | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
13  |     v.                              |
14  | UBER TECHNOLOGIES, INC.,            |
15  | OTTOMOTTO LLC; OTTO TRUCKING LLC,   |
16  |              Defendants.            |

17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Joint Responses to Court's Questions 3 and 4 for Further Hearing on Motion to Strike Asserted Trade Secret Number 96 | Highlighted Portions (green) |
| Exhibit A | Entirety |

**IT IS SO ORDERED**.

Dated: _____, 2017

　　　　　　　　　　　　　　　　　　　　　　
HONORABLE WILLIAM ALSUP
United States District Judge