UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**JOINT RESPONSES TO COURT'S QUESTIONS 3 AND 4 FOR FURTHER HEARING ON MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96**<br><br>Date:   September 6, 2017<br>Time:   8:00 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

**REDACTED VERSION OF DOCUMENT TO BE SEALED**

3. Jointly provide an agreed-upon overlay graph that compares each side's ▮▮▮ as described above and is scaled up (or down) such ▮▮▮

**Response to Question 3**:

See page 2 of attached Exhibit A.

The plots of the Fuji ▮▮▮ coordinates from UBER00151175, previously filed as Dkt. 174-3, using the coordinates ▮▮▮ coordinates from WAYMO-UBER-00003220 at 3235, previously filed as Dkt. 25-8.

The plot of ▮▮▮, maintaining the same aspect ratio, to ▮▮▮

4. Also jointly provide an agreed-upon overlay graph that compares each side's ▮▮▮ taking care to use the same scaling for both the y axis and the x axis.

**Response to Question 4**:

See page 4 of Exhibit A.

In addition to the methodology described in response to Question 3, the plot for ▮▮▮ was rotated ▮▮▮, to ▮▮▮. The same aspect ratio was maintained for the entire operation.

JOINT RESPONSES TO COURT'S QUESTIONS 3 AND 4 FOR HEARING ON MOTION TO STRIKE TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378

1

| | | |
|---|---|---|
| 1 | Dated: September 5, 2017 | MORRISON & FOERSTER LLP |

By:  */s/ Michael A. Jacobs*
      MICHAEL A. JACOBS

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (Pro Hac Vice)
kdunn@bsfllp.com
HAMISH P.M. HUME (Pro Hac Vice)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (Pro Hac Vice)
bcarmody@susmangodfrey.com
SHAWN RABIN (Pro Hac Vice)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

JOINT RESPONSES TO COURT'S QUESTIONS 3 AND 4 FOR HEARING ON MOTION TO STRIKE TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378

2

| | |
|---|---|
| Dated:  September 5, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/Jordan Jaffe* <br> JORDAN JAFFE |
| | Charles K. Verhoeven (Bar No. 170151) <br> charlesverhoeven@quinnemanuel.com <br> David A. Perlson (Bar No. 209502) <br> davidperlson@quinnemanuel.com <br> Melissa Baily (Bar No. 237649) <br> melissabaily@quinnemanuel.com <br> John Neukom (Bar No. 275887) <br> johnneukom@quinnemanuel.com <br> Jordan Jaffe (Bar No. 254886) <br> jordanjaffe@quinnemanuel.com |
| | 50 California Street, 22nd Floor <br> San Francisco, California 94111-4788 <br> Telephone:      (415) 875 6600 <br> Facsimile:       (415) 875 6700 |
| | Attorneys for WAYMO LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this joint submission. In compliance with General Order 45, X.B., I hereby attest that Jordan Jaffe has concurred in this filing.

| | |
|---|---|
| Dated:  September 5, 2017 | */s/ Michael A. Jacobs* <br> MICHAEL A. JACOBS |

JOINT RESPONSES TO COURT'S QUESTIONS 3 AND 4 FOR HEARING ON MOTION TO STRIKE TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378

3