1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| 13            Plaintiff, | **JOINT RESPONSES TO COURT'S** |
| | **QUESTIONS 3 AND 4 FOR FURTHER** |
| 14   v. | **HEARING ON MOTION TO STRIKE** |
| | **ASSERTED TRADE SECRET NUMBER 96** |
| 15   UBER TECHNOLOGIES, INC., | |
| OTTOMOTTO LLC; OTTO | Date:   September 6, 2017 |
| 16   TRUCKING LLC, | Time:   8:00 a.m. |
| | Ctrm:   8, 19th Floor |
| 17            Defendants. | Judge:  The Honorable William Alsup |
| 18 | Trial Date: October 10, 2017 |

19

20

21              **REDACTED VERSION OF DOCUMENT TO BE SEALED**

22

23

24

25

26

27

28



3. Jointly provide an agreed-upon overlay graph that compares each side's ███████ as described above and is scaled up (or down) such ███████████████████

**Response to Question 3**:

See page 2 of attached Exhibit A.

The plots of the Fuji ███████████ coordinates from UBER00151175, previously filed as Dkt. 174-3, using the coordinates ████████████████████ coordinates from WAYMO-UBER-00003220 at 3235, previously filed as Dkt. 25-8.

The plot of ██████████████████████████, maintaining the same aspect ratio, to ████████████████████████

4. Also jointly provide an agreed-upon overlay graph that compares each side's █████████████████████████ taking care to use the same scaling for both the y axis and the x axis.

**Response to Question 4**:

See page 4 of Exhibit A.

In addition to the methodology described in response to Question 3, the plot for ██████ was rotated ███████████, to ██████████████████████. The same aspect ratio was maintained for the entire operation.

Joint Responses to Court's Questions 3 and 4 for Hearing on Motion to Strike TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378

1

1   Dated:  September 5, 2017                    MORRISON & FOERSTER LLP

2

3                                        By:        /s/ Michael A. Jacobs
                                               MICHAEL A. JACOBS
4
                                               MICHAEL A. JACOBS (CA SBN 111664)
5                                              MJacobs@mofo.com
                                               ARTURO J. GONZÁLEZ (CA SBN 121490)
6                                              AGonzalez@mofo.com
                                               MORRISON & FOERSTER LLP
7                                              425 Market Street
                                               San Francisco, California  94105-2482
8                                              Telephone:       415.268.7000
                                               Facsimile:       415.268.7522
9
                                               KAREN L. DUNN (Pro Hac Vice)
10                                             kdunn@bsfllp.com
                                               HAMISH P.M. HUME (Pro Hac Vice)
11                                             hhume@bsfllp.com
                                               BOIES SCHILLER FLEXNER LLP
12                                             1401 New York Avenue, N.W.
                                               Washington DC  20005
13                                             Telephone:       202.237.2727
                                               Facsimile:       202.237.6131
14
                                               WILLIAM CARMODY (Pro Hac Vice)
15                                             bcarmody@susmangodfrey.com
                                               SHAWN RABIN (Pro Hac Vice)
16                                             srabin@SusmanGodfrey.com
                                               SUSMAN GODFREY LLP
17                                             1301 Avenue of the Americas, 32nd Floor
                                               New York, NY  10019-6023
18
                                               Attorneys for Defendants
19                                             UBER TECHNOLOGIES, INC. and
                                               OTTOMOTTO LLC
20

21

22

23

24

25

26

27

28

JOINT RESPONSES TO COURT'S QUESTIONS 3 AND 4 FOR HEARING ON MOTION TO STRIKE TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378

2

1    Dated:  September 5, 2017                   QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
2

3
                                         By:      /s/Jordan Jaffe
4                                                 JORDAN JAFFE

5                                        Charles K. Verhoeven (Bar No. 170151)
                                         charlesverhoeven@quinnemanuel.com
6                                        David A. Perlson (Bar No. 209502)
                                         davidperlson@quinnemanuel.com
7                                        Melissa Baily (Bar No. 237649)
                                         melissabaily@quinnemanuel.com
8                                        John Neukom (Bar No. 275887)
                                         johnneukom@quinnemanuel.com
9                                        Jordan Jaffe (Bar No. 254886)
                                         jordanjaffe@quinnemanuel.com
10
                                         50 California Street, 22nd Floor
11                                       San Francisco, California 94111-4788
                                         Telephone:      (415) 875 6600
12                                       Facsimile:      (415) 875 6700

13                                       Attorneys for WAYMO LLC

14

15

16                       **ATTESTATION OF E-FILED SIGNATURE**

17        I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

18   joint submission.  In compliance with General Order 45, X.B., I hereby attest that Jordan Jaffe has

19   concurred in this filing.

20   Dated:  September 5, 2017                    _/s/ Michael A. Jacobs_
                                                  MICHAEL A. JACOBS
21

22

23

24

25

26

27

28