MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>           Plaintiff, <br><br>     v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br>           Defendants. | Case No.     3:17-cv-00939-WHA <br><br> **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSES TO COURT'S QUESTIONS 1-2 AND 5-8 FOR FURTHER HEARING ON MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their Responses to Court's Questions 1-2 and 5-8 for Further Hearing on Motion to Strike Asserted Trade Secret Number 96.  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Responses to Court's Questions 1-2 and 5-8 for Further Hearing on Motion to Strike ("Responses") | Highlighted Portions | Plaintiff (green) <br> Defendants (blue) |
| Exhibit A | Entirety | Plaintiff <br> Defendants |
| Exhibit B | Entirety | Plaintiff <br> Defendants <br> Third-party Velodyne |

The blue-highlighted portions of the Responses and the entireties of Exhibits A and B contain highly confidential information regarding the technical details of Uber's LiDAR systems. This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical features of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.  (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The entirety of Exhibit B contains highly confidential technical information of third-party Velodyne.  Defendants request the Court keep this third-party's technical information sealed in order to protect its competitive standing.  (Yang Decl. ¶ 4.)

The green-highlighted portions of the Responses and the entireties of Exhibits A and B contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by

1  Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order
2  ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017
3  Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of
4  the Protective Order.  (Yang Decl. ¶ 5.)

5  Defendants file the Responses entirely under seal to provide Waymo the opportunity to
6  file revised green highlighting and redactions.

7  Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
8  documents at issue, with accompanying chamber copies.

9  Defendants served Waymo with this Administrative Motion to File Documents Under
10 Seal on September 5, 2017.

11 For the foregoing reasons, Defendants request that the Court enter the accompanying
12 Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
13 designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
14 ATTORNEYS' EYES ONLY."

16 Dated: September 5, 2017              MORRISON & FOERSTER LLP

                                        By:  /s/ Arturo J. González
                                             ARTURO J. GONZÁLEZ

                                             Attorneys for Defendants
                                             UBER TECHNOLOGIES, INC. and
                                             OTTOMOTTO LLC