MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSES TO COURT'S QUESTIONS 1-2 AND 5-8 FOR FURTHER HEARING ON MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96** |

I, Michelle Yang, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Responses to Court's Questions 1-2 and 5-8 for Further Hearing on Motion to Strike Asserted Trade Secret Number 96.

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Responses to Court's Questions 1-2 and 5-8 for Further Hearing on Motion to Strike ("Responses") | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit A | Entirety | Plaintiff Defendants |
| Exhibit B | Entirety | Plaintiff Defendants Third-party Velodyne |

3.      The blue-highlighted portions of the Responses and the entireties of Exhibits A and B contain highly confidential information regarding the technical details of Uber's LiDAR systems.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical features of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.

4.      The entirety of Exhibit B contains highly confidential technical information of third-party Velodyne.  Defendants request the Court keep this third-party's technical information sealed in order to protect its competitive standing.

1    5.    The green-highlighted portions of the Responses and the entireties of Exhibits A

2  and B contain information that has been designated "Highly Confidential – Attorneys' Eyes

3  Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order

4  ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017

5  Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of

6  the Protective Order.

7    6.    Defendants' request to seal is narrowly tailored to the portions of the Responses

8  and its supporting papers that merit sealing.

9    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th

10  day of September, 2017 in Washington, D.C.

11

12                                                          _____/s/ Michelle Yang_____
                                                                    Michelle Yang

13

14

15                      **ATTESTATION OF E-FILED SIGNATURE**

16    I, Arturo J. González, am the ECF User whose ID and password are being used to file this

17  Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has

18  concurred in this filing.

19  Dated:  September 5, 2017                    _____/s/ Arturo J. González_____
                                                                 ARTURO J. GONZÁLEZ
20

21

22

23

24

25

26

27

28