1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:     415.268.7000
5   Facsimile:     415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC  20005
    Telephone:     202.237.2727
10  Facsimile:     202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY  10019-6023

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20
    WAYMO LLC,                          Case No. 3:17-cv-00939-WHA
21
                      Plaintiff,        **DEFENDANTS UBER TECHNOLOGIES, INC.
22                                      AND OTTOMOTTO LLC'S RESPONSES TO
                                        COURT'S QUESTIONS 1-2 AND 5-8 FOR
23         v.                           FURTHER HEARING ON MOTION TO STRIKE
                                        ASSERTED TRADE SECRET NUMBER 96**
    UBER TECHNOLOGIES, INC.,
24  OTTOMOTTO LLC; OTTO                 Date:     September 6, 2017
    TRUCKING LLC,                       Time:     8:00 a.m.
25                                      Ctrm:     8, 19th Floor
                      Defendants.       Judge:    The Honorable William Alsup
26
27                                      Trial Date: October 10, 2017

28              **REDACTED VERSION OF DOCUMENT TO BE SEALED**