IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**NOTICE RE FURTHER HEARING ON MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96**

    At the hearing tomorrow, plaintiff Waymo LLC should be prepared to discuss (1) how it derived the comparison graphs shown in its offer of proof (Dkt. No. 1371-4 at 24), (2) whether the *x* and *y* axes of said graphs are "adjusted for scale" by the same proportion, and (3) whether Waymo maintains that said graphs present an accurate comparison in light of the parties' responses to the Court's questions in advance of the hearing (*see* Dkt. Nos. 1457, 1459, 1462).

Dated: September 5, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE