United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

     Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

     Defendants.

————————————————————————/

No. C 17-00939 WHA

**ORDER RE MEET AND
CONFER ON JUROR
QUESTIONNAIRE**

Counsel for both sides shall please **MEET AND CONFER** over the juror questionnaire used in *Oracle America, Inc. v. Google Inc.*, No. 3:10-cv-03561-WHA (Dkt. No. 1710-1), and agree on a proposed revision to Question 9 (all of the other questions shall remain the same).  Please file the agreed-upon proposed revision by **SEPTEMBER 8 AT NOON**.

**IT IS SO ORDERED.**

Dated:  September 5, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE