QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO COMPEL** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of Its Motion to Compel (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Otto Trucking's Letter Brief re Motion to Compel ("Otto Trucking's Motion") and of Exhibits 1-2 to the Boock Declaration ("Boock Exhibits"), as well as the entirety of 7 and 9-10 to the Jennings Declaration ("Jennings Exhibits").

3. The entirety of Jennings Exhibit 7 contains, references, and/or describes Waymo's highly confidential and sensitive business information. Such information includes details regarding Waymo's security measures and protocols, the scope of forensic investigations conducted, and detailed computer forensics regarding access to Waymo's trade secrets. I understand that Waymo maintains this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its security measures and computer forensics methods would become known to competitors who could use such information to Waymo's disadvantage. In addition, this document discloses the actual workings of Waymo's forensic investigation and was prepared solely by attorneys and investigators. This document lays out in detail the potential scope of the internal investigation into Levandowski and others. It details the highly confidential thinking of the attorneys and investigators charged with the investigation. Disclosure of this document will reveal these detailed thoughts and plans to the potential harassment of those involved. This sealing request is consistent with requests previously granted by the Court. (*See, e.g.*, Dkt. 1444.)

4. Jennings Exhibit 9 (portions highlighted in green in version filed herewith) contain email addresses and/or phone numbers of Waymo employees and former employees involved in this case, the disclosure of which would cause Waymo and those employees substantial harm due to the high public profile of this litigation.

1  5. Jennings Exhibit 10 (portions highlighted in green in version filed herewith) contains,
2  discusses, or refers to confidential details regarding prototype development and testing of Kitty Hawk
3  and/or related entities, which Waymo understands are highly confidential to Kitty Hawk, and
4  disclosure of such information would inflict serious and irreparable damage to Kitty Hawk's business.
5  (*See* Dkt. 1115 ¶ 3.)

6  6. Waymo's request to seal is narrowly tailored to those portions of Jennings Exhibits 7
7  and 9-10 that merit sealing.

9  I declare under penalty of perjury under the laws of the State of California and the United
10 States of America that the foregoing is true and correct, and that this declaration was executed in San
11 Francisco, California, on September 5, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

### **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven