# *E*XHIBIT 9

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

*E*XHIBIT 9

**Cathleen Crane**

| | |
|---|---|
| **From:** | Michelle Ybarra |
| **Sent:** | Friday, August 26, 2016 4:46 PM |
| **To:** | OTTO-KVN |
| **Subject:** | FW: Le nom de la companie et du gars |

REDACTED - PRIVILEGE

**From:** Leah Bijnens [REDACTED]
**Sent:** Friday, August 26, 2016 4:38 PM
**To:** Michelle Ybarra
**Subject:** Fwd: Le nom de la companie et du gars

REDACTED - PRIVILEGE

Leah Bijnens | Global Security Investigations | [REDACTED]

---------- Forwarded message ----------
From: **Pierre-Yves Droz** <REDACTED - PRIVACY>
Date: Fri, Aug 26, 2016 at 2:17 PM
Subject: Fwd: Le nom de la companie et du gars
To: bijnens@google.com

REDACTED - PRIVILEGE

---------- Forwarded message ----------
From: **Pierre-Yves Droz** <REDACTED - PRIVACY>
Date: 2013-07-18 18:39 GMT-07:00
Subject: Re: Le nom de la companie et du gars
To: Gaetan Pennecot <REDACTED - PRIVACY>

Plus de detail:
Il y avait une typo sur le site que je t'ai envoye, le vrai nom de la companie, C'est Odin Wave (avec un 'i')
http://www.odinwave.com/
Ils font clairement un Lidar. Et c'est John (l'ancient avocat de 510) qui les a incorpores... La date d'incorporation correspond a quelques mois apres le moment ou Anthony est passe en disgrace a Google.

| Entity Name: | ODIN WAVE, LLC |
|---|---|
| Entity Number: | 201222210221 |
| Date Filed: | 08/09/2012 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |

1

| | |
|---|---|
| **Entity Address:** | 2201 DWIGHT WAY |
| **Entity City, State, Zip:** | BERKELEY CA 94704 |
| **Agent for Service of Process:** | JOHN F GARDNER |
| **Agent Address:** | 1221 BROADWAY 21ST FL |
| **Agent City, State, Zip:** | OAKLAND CA 94612 |

On Thu, Jul 18, 2013 at 5:53 PM, Gaetan Pennecot <REDACTED - PRIVACY> wrote:
La companie mystere

On Thu, Jul 18, 2013 at 5:45 PM, Pierre-Yves Droz <REDACTED - PRIVACY> wrote:
http://www.corporationwiki.com/California/Oakland/oden-wave-llc/107942307.aspx

2

CONFIDENTIAL            WAYMO-UBER-00006392