# *EXHIBIT 10*

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

# *EXHIBIT 10*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                          )
                                         )
 6        Plaintiff,                     )
                                         )
 7   vs.                                 )   No. 3:17-cv-00939-WHA
                                         )
 8   UBER TECHNOLOGIES, INC.;            )
     OTTOMOTTO LLC; OTTO TRUCKING        )
 9   LLC,                                )
                                         )
10        Defendants.                    )
                                         )
11   _____)
12
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15       VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
16                  Palo Alto, California
17               Tuesday, August 22, 2017
18                       Volume II
19
20
21   Reported by:
     CATHERINE A. RYAN
22   CMR, CRR, CSR No. 8239
23   Job No. 2685937
24
25   PAGES 188 - 317
```

Page 188

```
 1        Q    Why not?                                         18:20:56

 2        A    I mean -- I mean, it's always been really

 3   hard for me to -- to -- you know, my relationship

 4   with Chris has never been very open because Chris

 5   always put me on the -- you know, Anthony's book       18:21:06

 6   heads -- Anthony's people book heads.  And so, you

 7   know, I was pretty happy working at Google, and I

 8   think the job was interesting.  I was like a -- and

 9   I didn't want to -- you know, the -- it felt I

10   would, like, jeopardize that by, like, exposing more   18:21:22

11   of Anthony's shenanigan.

12        Q    Why didn't you tell anyone else inside

13   Google like in HR or someplace like that?

14             MR. JAFFE:  Object to form.

15             THE WITNESS:  I realize now I should have,   18:21:39

16   but I think the same -- kind of same reason.  I

17   didn't know what the -- what the consequences would

18   be -- consequences would be like.  I was afraid that

19   Anthony's, like -- Anthony's misbehavior and

20   Anthony's, like, problems would, like, end up at the  18:21:59

21   end, like, impacting my -- impacting my life and my

22   work.

23   BY MR. CHATTERJEE:

24        Q    After Mr. Levandowski left, did you ever

25   talk about his relationship with Odin Wave with       18:22:10
```

Page 285

```
 1   people at Google?                                    18:22:14
 2          MR. JAFFE:  So I just want to object to
 3   form.
 4          I also want to caution you not to reveal
 5   any attorney-client communications.                  18:22:21
 6          THE WITNESS:  So in a nonprivileged
 7   context, I don't think so, but I'm not sure.  I
 8   don't think so, though.
 9   BY MR. CHATTERJEE:
10       Q   Did you participate in a --                  18:22:29
11       A   Sorry.  You said after he left?
12       Q   After he left.
13       A   Okay.  Sorry.  Yeah, I don't think -- no,
14   outside of a privileged context, I don't think so.
15       Q   Did you participate in any investigations    18:22:48
16   of Anthony Levandowski after he left?
17          MR. JAFFE:  I'm going to object to form.
18          And I'm just going to caution you not to
19   reveal any attorney-client communications.  You can
20   answer "yes" or "no."                                18:23:00
21          THE WITNESS:  Yes.
22   BY MR. CHATTERJEE:
23       Q   When?
24          MR. JAFFE:  So, again, just -- you can
25   reveal a date.                                       18:23:08
```

Page 286

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        THE WITNESS:  I don't remember the              18:23:16
2   exact -- summer 2016, something like this would be,
3   yeah.
4   BY MR. CHATTERJEE:
5      Q   Were you involved in any investigation of     18:23:23
6   Anthony Levandowski in the February through March
7   time period of 2016?
8           MR. JAFFE:  So I'm going to object to
9   form.
10          And I'm going to caution you not to reveal   18:23:34
11  any attorney-client privileged information.  You can
12  say "yes" or "no."
13          THE WITNESS:  I don't remember in that
14  time frame.  I'm not sure.
15  BY MR. CHATTERJEE:                                   18:23:53
16     Q   Did you ever tell Google about what you
17  had learned about Mr. Levandowski's relationship
18  with Odin Wave and Tyto LiDAR as you understood it?
19          MR. JAFFE:  I'm going to object to form.
20          And I'm going to caution you not to reveal   18:24:10
21  any attorney-client privileged communications, but
22  you can answer outside of that context.
23          THE WITNESS:  Yeah.  I don't think outside
24  of a privileged context.
25  //
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    BY MR. CHATTERJEE:                                    18:24:28

2         Q    Okay.  So you can't answer the question

3    because of privilege?

4              MR. JAFFE:  Same caution, and -- same

5    caution.  Same objections.                            18:24:37

6              THE WITNESS:  The --

7              MR. JAFFE:  So you can answer that "yes"

8    or "no," to be clear.

9              THE WITNESS:  Yes, I think it --

10   BY MR. CHATTERJEE:                                    18:24:51

11        Q    In the summer of 2016 -- I'm not going to

12   ask you about what the communications were -- who

13   were the lawyers you were interacting with related

14   to the investigation of Anthony Levandowski?

15             MR. JAFFE:  So, again, I just want to       18:25:04

16   caution you not to reveal any attorney-client

17   communications.  You can answer as to the identity

18   of the lawyers and nothing else.

19             THE WITNESS:  I actually don't remember

20   the name of the person.                               18:25:16

21   BY MR. CHATTERJEE:

22        Q    Was it an inside lawyer at Google or an

23   outside?  Do you know?

24             MR. JAFFE:  Again, same caution, but just

25   answer only the question asked.                       18:25:24
```

```
 1              THE WITNESS:  I just don't remember if       18:25:26
 2   that person was outside or inside.
 3   BY MR. CHATTERJEE:
 4       Q   Okay.  Were there other people involved,
 5   too, or just one person?                                18:25:31
 6              MR. JAFFE:  Again, I want to caution you
 7   not to reveal any attorney-client communications.
 8   You can answer that question "yes" or "no."
 9              THE WITNESS:  There was one other person.
10              MR. JAFFE:  Just let me finish.  Sorry.      18:25:43
11              THE WITNESS:  Okay.  I'm sorry.
12   BY MR. CHATTERJEE:
13       Q   Okay.  Do you know who the other person
14   was?
15              MR. JAFFE:  Again, I'm going to caution     18:25:48
16   you not to reveal any attorney-client
17   communications.  You can answer "yes" or "no."
18              THE WITNESS:  No, I don't remember the
19   name.
20   BY MR. CHATTERJEE:                                     18:25:55
21       Q   How many meetings did you have with
22   lawyers associated with an investigation of Anthony
23   Levandowski?
24              MR. JAFFE:  I'm going to object to form
25   and, again, caution you not to reveal any              18:26:08
```

Page 289

```
 1    attorney-client communications, the content of them.        18:26:12

 2    You can answer as to a number.

 3              THE WITNESS:  Maybe two or three.  Two.

 4    You know, around two or three.

 5    BY MR. CHATTERJEE:                                           18:26:23

 6         Q    And do you know approximately when that

 7    was?  Early in the summer?  Late in the summer?

 8              MR. JAFFE:  Again, same -- I'm going to

 9    object to form, but same caution.  But you can

10    answer to a date.                                            18:26:31

11              THE WITNESS:  Summer was an approximation.

12    I don't remember the date of this.

13    BY MR. CHATTERJEE:

14         Q    So you don't know when in the year it was?

15         A    The -- sorry.                                      18:26:42

16              MR. JAFFE:  I'm going to object to form

17    and give you the same caution, but you can answer

18    "yes" or "no" to that question.

19              THE WITNESS:  I don't -- the -- I don't

20    remember.  It's pretty wide time frame.  I don't             18:26:51

21    remember when.

22    BY MR. CHATTERJEE:

23         Q    Other than the flying cars and ▆▆▆▆▆▆▆

      ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and the Odin Wave activities,

25    were you aware of any other moonlighting by Anthony          18:27:07
```

Page 290

| | | |
|---|---|---|
| 1 | should we do it, should we not do it. | 18:41:37 |
| 2 | BY MR. CHATTERJEE: | |
| 3 | Q    Who was in that meeting? | |
| 4 | A    So I remember Luke Wachter.  I think Drew | |
| 5 | was there.  I think Gaetan was there.  I think that | 18:41:46 |
| 6 | -- I think maybe Radu was there, but I'm not sure. | |
| 7 | I know at some point Don Burnett was not in there | |
| 8 | for the whole meeting, but he was there for some | |
| 9 | point.  I know that Claire -- I don't remember her | |
| 10 | last name -- was there for some time, and then -- | 18:42:09 |
| 11 | I'm sorry.  Who else was there?  There -- there were | |
| 12 | probably more people, but I don't remember. | |
| 13 | Q    Did you -- did you say to anybody that you | |
| 14 | were concerned that Anthony might have taken | |
| 15 | information from Google? | 18:42:35 |
| 16 | A    I -- no, I think I mostly said I was | |
| 17 | afraid that his plan was to -- to sell the team to | |
| 18 | another company. | |
| 19 | Q    Did you ever mention to Mr. -- is it | |
| 20 | Raduta? | 18:42:56 |
| 21 | A    Yeah. | |
| 22 | Q    Did you ever mention to Mr. Raduta that | |
| 23 | you were concerned Anthony might have taken | |
| 24 | information from Google? | |
| 25 | A    I think I -- I don't remember if we talked | 18:43:06 |

Page 304

| | | |
|---|---|---|
| 1 | about the Odin Wave, you know, during that | 18:43:10 |
| 2 | meeting -- if we talked about the Odin Wave.  The -- | |
| 3 | I don't remember if I told him -- I don't remember. | |
| 4 |     Q    Do you remember when Mr. Levandowski left | |
| 5 | Google -- at any point prior to the summer of 2016 | 18:43:28 |
| 6 | were you concerned that Mr. Levandowski might have | |
| 7 | left with confidential information of Google and was | |
| 8 | using it at Otto? | |
| 9 |         MR. JAFFE:  Object to form. | |
| 10 |         THE WITNESS:  Yes, I think I was. | 18:43:43 |
| 11 | BY MR. CHATTERJEE: | |
| 12 |     Q    Did you talk about that with anybody at | |
| 13 | Google?  Let me restate. | |
| 14 |         Did you express that concern to anybody at | |
| 15 | Google? | 18:43:53 |
| 16 |         MR. JAFFE:  I'm going to object to form, | |
| 17 | and I'm going to also caution you not to reveal any | |
| 18 | communications with lawyers or legal folks. | |
| 19 |         THE WITNESS:  So outside of a privileged | |
| 20 | context? | 18:44:11 |
| 21 | BY MR. CHATTERJEE: | |
| 22 |     Q    Yes. | |
| 23 |     A    I'm thinking in -- in discussions with | |
| 24 | other employee I may have expressed my concerns that | |
| 25 | that would be what Anthony would do, but I don't | 18:44:22 |

Page 305

```
 1   have specific, like, instances.                        18:44:28

 2       Q   When would you have expressed those

 3   concerns?

 4       A   Across the months there, like, in

 5   discussions with -- with people on the team.           18:44:37

 6       Q   Were you aware of any efforts by Google to

 7   assess the circumstances of Mr. Levandowski's

 8   departure from Google in February and March of 2016?

 9           MR. JAFFE:  So I'm going to object to

10   form.                                                  18:44:58

11           And I want to caution you not to reveal

12   any attorney-client communications.  So if you're --

13   just to be perfectly clear, if you were aware

14   because a lawyer told you that, I'm instructing you

15   not to answer as to that, but if you can answer        18:45:10

16   outside of a privileged context, go ahead.

17           THE WITNESS:  So outside of a privileged

18   context, no.

19   BY MR. CHATTERJEE:

20       Q   And in February and March of 2016 did you      18:45:18

21   speak with any lawyers about Mr. Levandowski's

22   departure from Google?

23           MR. JAFFE:  I'm going to caution you not

24   to reveal attorney-client communications.  You can

25   answer "yes" or "no."                                  18:45:33
```

1         I, the undersigned, a Certified Shorthand Reporter
2    of the State of California, do hereby certify:
3         That the foregoing proceedings were taken before
4    me at the time and place herein set forth; that any
5    witnesses in the foregoing proceedings, prior to
6    testifying, were administered an oath; that a record of
7    the proceedings was made by me using machine shorthand
8    which was thereafter transcribed under my direction;
9    that the foregoing is a true record of the testimony
10   given.
11        Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [  ] was [  ] was not requested.
15         I further certify that I am neither
16   financially interested in the action nor a relative or
17   employee of any attorney or any party to this action.
18        IN WITNESS WHEREOF, I have this date subscribed my
19   name.
20   Dated:    8/24/17

23                          *Catherine A. Ryan* (signature)
24                          Catherine A. Ryan, RMR, CRR
25                          CSR No. 8239

Page 317