IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**SECOND NOTICE RE FURTHER HEARING ON MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96** |

At the hearing today, counsel for both sides should be prepared to compare the details of the specific transmit lenses used by each side, including but not limited to the manufacturers, apertures, focal lengths, and differences in Petzval surfaces. If possible, please bring examples of the lenses to court.

Dated: September 6, 2017.

　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE