1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  James Lin (SBN 310440)
   *jlin@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
7  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
8  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
9  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
10 Noah M. Jennings (SBN 307234)
   *njennings@goodwinlaw.com*
11 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
12 San Francisco, California 94111
   Tel.: +1 415 733 6000
13 Fax.: +1 415 677 9041

14 Todd A. Boock (SBN 181933)
   *tboock@goodwinlaw.com*
15 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
16 **GOODWIN PROCTER LLP**
   601 S Figueroa Street, 41st Floor
17 Los Angeles, California 90017
   Tel.: +1 213 426 2500
18 Fax.: +1 213 623 1673

19 *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**PUBLIC RE-FILING IN RESPONSE TO COURT ORDER DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 1444)**<br><br>Re:  Dkt. No. 1377<br><br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Courtroom:        F - 15th Floor |

On September 1, 2017, the Court ordered (Dkt. No. 1444) Defendant Otto Trucking, LLC ("Otto Trucking") to file public versions of the following documents:

- Otto Trucking's Letter Brief in Opposition to Motion to Quash Subpoenas (Dkt. No. 1377-3);
- Revised redacted submission of Exhibit 10 to Declaration of Hayes P. Hyde.

The Court so ordered on the basis that the previously redacted submissions of these documents contained neither trade secret information nor information otherwise subject to sealing. (Dkt. No. 1444 at 1). Otto Trucking hereby files public versions of the documents in issue.

Dated:   September 6, 2017                    Respectfully submitted,

By:   /s/   *Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Todd A. Boock
*tboock@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
Noah M. Jennings
*njennings@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant: Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 6, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 6, 2017**.

/s/   *Neel Chatterjee*
NEEL CHATTERJEE