IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER DENYING PRO<br>HAC VICE APPLICATION** |

The *pro hac vice* application of Attorney Michelle Fox (Dkt. No. 1482) is **DENIED** because it identifies the applicant as "an active member in good standing of the bar of District of Massachusetts" but the appended certificate of good standing is from the Supreme Judicial Court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: September 6, 2017.

                                               WILLIAM ALSUP<br>
                                               UNITED STATES DISTRICT JUDGE