UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO OTTO TRUCKING'S MOTION TO COMPEL** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its September 7, 2017 Opposition to Otto Trucking's Motion to Compel (the "Administrative Motion").

1    Having considered the Administrative Motion, and good cause to seal having been shown,

2 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

3 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to Waymo's September 7, 2017 Opposition to Otto Trucking's Motion to Compel | Portions highlighted in red | Waymo |

8    **IT IS SO ORDERED.**

10 Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge