1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

2

3

4

5

6

7

8

9

Attorneys for WAYMO LLC

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JEFF NARDINELLI** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Jeffrey W. Nardinelli, hereby declare as follows.

1.      I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of Pierre Droz, taken August 22, 2017.

3.      Attached as Exhibit 2 is a true and correct copy of an email sent by Lindsay Cooper on June 12, 2017.  This email was the production email for the production set including WAYMO-UBER-00006391.

4.      On September 6, 2017, I opened the transcript of Pierre Droz's August 3 deposition using Adobe Acrobat.  I verified that the transcript was text-searchable.  I then searched the 442-page transcript for the following terms:  *tyto*; *odin*; *oden*.  Each search returned zero hits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 7, 2017                    */s Jeff Nardinelli*
_____
                                             Jeff Nardinelli


**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.


                                             */s/ Charles K. Verhoeven*
_____
                                             Charles K. Verhoeven