# EXHIBIT 1
# REDACTED VERSION OF DOCUMENT
# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    _____
 5    WAYMO LLC,                      )
                                      )
 6          Plaintiff,                )
                                      )
 7    vs.                             )  No. 3:17-cv-00939-WHA
                                      )
 8    UBER TECHNOLOGIES, INC.;        )
      OTTOMOTTO LLC; OTTO TRUCKING    )
 9    LLC,                            )
                                      )
10          Defendants.               )
                                      )
11    _____)
12
13
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
16                  Palo Alto, California
17                Tuesday, August 22, 2017
18                      Volume II
19
20
21    Reported by:
      CATHERINE A. RYAN
22    CMR, CRR, CSR No. 8239
23    Job No. 2685937
24
25    PAGES 188 - 317
```

Page 188

| | | |
|---|---|---|
| 1 | Q   Do you recall talking about that? | 18:15:44 |
| 2 | A   Yes, I do. | |
| 3 | Q   What did you mean by that? | |
| 4 | A   So for -- for a long time, like, Anthony's | |
| 5 | responsibilities were to manage the laser team, but | 18:15:53 |
| 6 | he was rarely at work, and he -- and, you know, he | |
| 7 | left a lot of the -- you know, some responsibility | |
| 8 | of even like, you know, evaluating some people on | |
| 9 | the team and some of the responsibility were | |
| 10 | directly -- I mean, like, directly his | 18:16:14 |
| 11 | responsibility as people manager on to me or other | |
| 12 | people on the team.  He was so -- I know he was so | |
| 13 | -- he also had other businesses, you know, other, | |
| 14 | like, ventures and opportunity with Sebastian Thrun. | |
| 15 | Q   What were those other ventures? | 18:16:33 |
| 16 | A   So I know they were playing with flying | |
| 17 | cars and flying things.  Like, at some point he was | |
| 18 | doing, like, ████████████████████████ | |
| 19 | ████████████████████████████████ | |
| 20 | ████.  He also, like -- other than that, there was | 18:16:57 |
| 21 | that -- that instance where I learned about, you | |
| 22 | know, like, the -- how is it called?  Odin Wave, and | |
| 23 | Anthony's involvement in that was pretty clear, I | |
| 24 | think. | |
| 25 | Q   What do you mean by that? | 18:17:14 |

```
 1      A    The company was operating from his              18:17:16
 2   building.  The company was founded by -- not
 3   founded, registered by his attorney.  I mean, it's
 4   not direct evidence, but I don't know what you mean.
 5      Q    Do you know anything else about Odin Wave?      18:17:34
 6      A    His friend -- his friend was -- Ognen, his
 7   friend, was leading the company.
 8      Q    Do you know anything else about the
 9   company?
10      A    I know that they -- they tried to               18:17:47
11   manufacture parts that 510 had manufactured
12   before -- had designed.
13      Q    Like what?
14      A    It was [REDACTED] for our first
15   styler.                                                 18:17:59
16      Q    I'm sorry.  I didn't understand that.
17      A    Sorry.  It was [REDACTED].
18           MR. JAFFE:  [REDACTED]
19   BY MR. CHATTERJEE:
20      Q    [REDACTED]                                      18:18:05
21      A    Yes.
22      Q    Got it.  And how did you come to learn of
23   that?
24      A    One of our supplier called Gaetan saying
25   that he -- another company, Odin Wave, had asked        18:18:21
```

```
 1    them to manufacture that parts, and the part was        18:18:24

 2    extremely similar to the part we had designed, and

 3    this is a very specific part.  The shape was very

 4    specific, and so --

 5        Q    And so when you learned of that, what did       18:18:35

 6    you do?

 7        A    I confronted Anthony.  He told me things

 8    in line of -- "I was not involved.  I'm not directly

 9    financially involved with this."  I don't remember

10    exactly what he said.  "I don't have any financial      18:18:52

11    relationship in that company."

12             So the, I mean, first thing I did was

13    searching on the web to find who had registered the

14    company, who was the CEO, and things like that,

15    their address, and all of these things, and then I     18:19:03

16    confronted Anthony, and Anthony, like, gave me

17    Ognen's phone number, and I called Ognen -- Gaetan.

18    I called Ognen.

19        Q    And what happened in that conversation

20    with Ognen?                                            18:19:18

21        A    The -- I don't remember the -- I remember

22    we discussed, like, why -- I think I asked him why

23    they were making these parts.  It didn't seem right.

24    I think he offered me to go visit their company.  I

25    said I was not interested.  At the end, you know,     18:19:41
```

Veritext Legal Solutions
866 299-5127

```
 1    the -- the -- I think the tone of the discussion was      18:19:48

 2    I didn't want -- I said I didn't want any more

 3    trouble from this, and so that was kind of the end

 4    of the discussion.

 5         Q    Did you -- did you ask Ognen if -- what          18:20:02

 6    Anthony's relationship to the company was?

 7         A    I don't remember if I asked that.  If I

 8    asked that then, I probably didn't get an answer

 9    because I didn't remember.

10         Q    So you don't remember asking or getting an       18:20:16

11    answer?

12         A    No, I don't.

13         Q    When was this?

14         A    I think it was in 2012, 2013 time frame.

15    I don't remember the -- I don't remember the exact,        18:20:32

16    like -- the exact time of that.

17         Q    How much time did you spend kind of

18    looking up all this stuff on the web?

19         A    It was probably a few hours.

20         Q    Did you tell anyone inside of Google about       18:20:45

21    this?

22         A    Gaetan, yeah, and I didn't tell anybody

23    else.

24         Q    But you didn't tell Mr. Urmson?

25         A    I didn't tell Mr. Urmson.                        18:20:54
```

Veritext Legal Solutions
866 299-5127