# EXHIBIT 2

| | |
|---|---|
| **From:** | Lindsay Cooper |
| **Sent:** | Monday, June 12, 2017 9:30 PM |
| **To:** | Yang, Michelle C.Y.; QE-Waymo |
| **Cc:** | 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; UberWaymoMoFoAttorneys; 'NChatterjee@goodwinlaw.com'; 'BSchuman@goodwinlaw.com'; 'SBrun@goodwinlaw.com'; 'RWalsh@goodwinlaw.com' |
| **Subject:** | RE: Waymo v. Uber - Defendants Uber and Ottomotto's First Set of RFPs |
| **Attachments:** | 2017.06.12 Waymo Objs Resps Uber First Set of RFPs (Nos. 1-146).pdf |

Counsel,

Please find attached Waymo's objections and responses to Defendant Uber and Ottomotto's First Set of RFPs. You can download PROD011, Waymo's production in response to Uber and Ottomotto's First Set of RFPs, from the link below:

   https://sendfile.quinnemanuel.com/pkg?token=bf8cd5f5-d854-44e1-80e1-af88af7cffa6

I will send the password separately.

Thank you,
Lindsay

---

**From:** Yang, Michelle C.Y. [mailto:MYang@mofo.com]
**Sent:** Friday, May 12, 2017 11:17 PM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'NChatterjee@goodwinlaw.com' <NChatterjee@goodwinlaw.com>; 'BSchuman@goodwinlaw.com' <BSchuman@goodwinlaw.com>; 'SBrun@goodwinlaw.com' <SBrun@goodwinlaw.com>; 'RWalsh@goodwinlaw.com' <RWalsh@goodwinlaw.com>
**Subject:** Waymo v. Uber - Defendants Uber and Ottomotto's First Set of RFPs

Counsel,

Attached please find Defendants Uber Technologies, Inc. and Ottomotto LLC's First Set of Requests for Production of Documents. The Requests contain Waymo AEO, which has been highlighted in green. The Requests do not contain Defendants' AEO.

Best regards,
Michelle

**Michelle Yang**
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW | Washington, DC 20006-1888
P: +1 (202) 887.1537 | F: +1 (202) 785.7580 | C: +1 (415) 866.7219
MYang@mofo.com | www.mofo.com

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.