QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Lindsay Cooper (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426) AND EXPEDITED DISCOVERY ORDER (Dkt. 61)** |

1  I, Lindsay Cooper, declare as follows:

2  1. I am an attorney licensed to practice in the State of California and am admitted to
3  practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan,
4  LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set
5  forth in this Declaration, and if called as a witness I would testify competently to those matters.

6  2. I make this declaration in support of Waymo's Administrative Motion to File Under
7  Seal ("Waymo's Administrative Motion") confidential information in its Supplemental Brief in
8  Support of its Motion for Order to Show Cause. Waymo's Administrative Motion seeks an order
9  sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief in Support of its Motion for Order to Show Cause ("Waymo's Brief") | Highlighted in blue | Defendants |
| | Highlighted in yellow | Anthony Levandowski |
| Exhibit 1 to Waymo's Brief | Entire document | Anthony Levandowski |
| Exhibit 2 to Waymo's Brief | Entire document | Defendants |
| Exhibit 3 to Waymo's Brief | Entire document | Defendants |
| Exhibit 4 to Waymo's Brief | Highlighted in orange | Anthony Levandowski; other third-parties |
| | Highlighted in red | Waymo |
| Exhibit 5 to Waymo's Brief | Entire document | Defendants |
| Exhibit 6 to Waymo's Brief | Entire document | Defendants; other third-parties |
| Exhibit 7 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 8 to Waymo's Brief | Entire document | Anthony Levandowski; other third-parties |
| Exhibit 9 to Waymo's Brief | Highlighted in yellow | Defendants |
| Exhibit 10 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 11 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 12 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 13 to Waymo's Brief | Entire document | Defendants |
| Exhibit 14 to Waymo's Brief | Entire document | Defendants |
| Exhibit 15 to Waymo's Brief | Entire document | Defendants |
| Exhibit 16 to Waymo's Brief | Entire document | Defendants |
| Exhibit 17 to Waymo's Brief | Entire document | Defendants |
| Exhibit 18 to Waymo's Brief | Entire document | Defendants |
| Exhibit 19 to Waymo's Brief | Highlighted in red | Waymo |
| Exhibit 24 to Waymo's Brief | Entire document | Defendants |
| Waymo's Proposed Jury Instruction | Highlighted in yellow | Anthony Levandowski |

3. Waymo's Motion and exhibits contain information that Defendants and/or non-party Mr. Levandowski and/or other third-parties have designated as confidential and/or highly confidential.

4. Portions of Waymo's exhibits also contain or refer to Waymo's trade secrets. These portions (highlighted in red), which Waymo seeks to seal, contain, reference, and/or describe Waymo's asserted trade secrets. Specifically, both Exhibit No. 4 and Exhibit No. 19 describe technical design specifications of Waymo's trade secrets  I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system.  If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.  Waymo's request to seal is narrowly tailored to only the confidential information.

5. Waymo takes no position on the merits of sealing the designated material, and expects Defendants and/or Mr. Levandowksi and/or other third-parties to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 7, 2017.

By <u>*/s/ Lindsay Cooper*</u>
Lindsay Cooper
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

<u>*/s/ Charles K. Verhoeven*</u>
Charles K. Verhoeven