# EXHIBIT 4
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5   WAYMO LLC,

6          Plaintiff,

7   vs.                          Case No.

8   UBER TECHNOLOGIES, INC.;      3:17-cv-00939-WHA

9   OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11         Defendants.

12  _____/

13

14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16   VIDEOTAPED DEPOSITION OF ANTHONY LEVANDOWSKI

17           SAN FRANCISCO, CALIFORNIA

18           TUESDAY, AUGUST 22, 2017

19

20

21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22  CSR LICENSE NO. 9830

23  JOB NO. 2684906

24

25  PAGES 1 - 302

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 2 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 3 | Amendment to the Constitution of the United States. | 14:17 |
| 4 | MR. PERLSON: Q. And is it correct that, | 14:17 |
| 5 | while you were at Google, you -- let me start over | 14:17 |
| 6 | again. | 14:17 |
| 7 | And is it correct that, while you were at | 14:17 |
| 8 | Uber, you used information obtained from Google | 14:17 |
| 9 | regarding its testing scenarios for midrange and | 14:17 |
| 10 | long-range LiDAR? | 14:17 |
| 11 | MS. DUNN: Form. | 14:17 |
| 12 | MR. RADKE: Join. | 14:17 |
| 13 | THE WITNESS: On the advice and direction of | 14:17 |
| 14 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 15 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 16 | Amendment to the Constitution of the United States. | 14:17 |
| 17 | MR. PERLSON: Q. Do you know what Odin Wave | 14:17 |
| 18 | is? | 14:21 |
| 19 | A On the advice and direction of my counsel, I | 14:21 |
| 20 | respectfully decline to answer, and I assert the | 14:21 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 22 | the Constitution of the United States. | 14:21 |
| 23 | Q While you were employed by Waymo, you owned | 14:21 |
| 24 | and operated a LiDAR development company called | 14:21 |
| 25 | Odin Wave; isn't that right? | 14:21 |

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    On the advice and direction of my counsel, I | 14:21 |
| 2 | respectfully decline to answer, and I assert the | 14:21 |
| 3 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 4 | the Constitution of the United States. | 14:21 |
| 5 | Q    The LiDAR systems at Odin Wave, they | 14:21 |
| 6 | incorporated fiber laser technology; didn't they? | 14:21 |
| 7 | MS. DUNN:  Form. | 14:21 |
| 8 | MR. RADKE:  Join. | 14:21 |
| 9 | THE WITNESS:  On the advice and direction of | 14:21 |
| 10 | my counsel, I respectfully decline to answer, and I | 14:21 |
| 11 | assert the rights guaranteed to me under the Fifth | 14:21 |
| 12 | Amendment to the Constitution of the United States. | 14:21 |
| 13 | MR. PERLSON:  Q.  At some point, Odin -- the | 14:21 |
| 14 | name of Odin Wave changed to Tyto Lidar. | 14:21 |
| 15 | Do you recall that? | 14:22 |
| 16 | A    On the advice and direction of my counsel, I | 14:22 |
| 17 | respectfully decline to answer, and I assert the | 14:22 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:22 |
| 19 | the Constitution of the United States. | 14:22 |
| 20 | Q    Why did the name change from Odin Wave to | 14:22 |
| 21 | Tyto Lidar? | 14:22 |
| 22 | A    On the advice and direction of my counsel, I | 14:22 |
| 23 | respectfully decline to answer, and I assert the | 14:22 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:22 |
| 25 | the Constitution of the United States. | 14:22 |

Page 139

| | | |
|---|---|---|
| 1 | Q   Was it to obscure the existence of that | 14:22 |
| 2 | business to Google? | 14:22 |
| 3 | MS. DUNN:  Form. | 14:22 |
| 4 | MR. RADKE:   Join. | 14:22 |
| 5 | THE WITNESS:  On the advice and direction of | 14:22 |
| 6 | my counsel, I respectfully decline to answer, and I | 14:22 |
| 7 | assert the rights guaranteed to me under the Fifth | 14:22 |
| 8 | Amendment to the Constitution of the United States. | 14:22 |
| 9 | MR. PERLSON:  Q.  Did you provide technical | 14:22 |
| 10 | guidance to engineers at Tyto Lidar? | 14:23 |
| 11 | A   On the advice and direction of my counsel, I | 11:43 |
| 12 | respectfully decline to answer, and I assert the | 11:43 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 11:43 |
| 14 | the Constitution of the United States. | 11:43 |
| 15 | Q   Did you provide technical guidance to | 14:23 |
| 16 | engineers at Tyto Lidar regarding ████████ | 14:23 |
| 17 | technology? | 14:23 |
| 18 | A   On the advice and direction of my counsel, I | 14:23 |
| 19 | respectfully decline to answer, and I assert the | 14:23 |
| 20 | rights guaranteed to me under the Fifth Amendment to | 14:23 |
| 21 | the Constitution of the United States. | 14:23 |
| 22 | Q   Do you recall personally instructing James | 14:23 |
| 23 | Haslim how to construct a ████████ based on the | 14:24 |
| 24 | research and development being -- that was carried out | 14:24 |
| 25 | while you were at Google? | 14:24 |

Page 140

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:24 |
| 2 | MR. RADKE:  Join. | 14:24 |
| 3 | THE WITNESS:  On the advice and direction of | 14:24 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:24 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:24 |
| 6 | Amendment to the Constitution of the United States. | 14:24 |
| 7 | MR. PERLSON:  Q.  Well, didn't you personally | 14:24 |
| 8 | instruct James Haslim how to build ███████ | 14:24 |
| 9 | ████████████████████, based on the | 14:24 |
| 10 | research and development being carried out at Google, | 14:24 |
| 11 | while you were there? | 14:24 |
| 12 | MS. DUNN:  Form. | 14:24 |
| 13 | MR. RADKE:  Join. | 14:24 |
| 14 | THE WITNESS:  On the advice and direction of | 14:24 |
| 15 | my counsel, I respectfully decline to answer, and I | 14:24 |
| 16 | assert the rights guaranteed to me under the Fifth | 14:24 |
| 17 | Amendment to the Constitution of the United States. | 14:24 |
| 18 | MR. PERLSON:  Q.  Do you recall personally | 14:24 |
| 19 | instructing James Haslim to █████████████ | 14:25 |
| 20 | ████████████████████████ | 14:25 |
| 21 | ████████████? | 14:25 |
| 22 | MS. DUNN:  Form. | 14:25 |
| 23 | MR. RADKE:  Join. | 14:25 |
| 24 | THE WITNESS:  On the advice and direction of | 14:25 |
| 25 | my counsel, I respectfully decline to answer, and I | 14:25 |

Page 141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    assert the rights guaranteed to me under the Fifth      14:25

 2    Amendment to the Constitution of the United States.     14:25

 3          MR. PERLSON:  Q.  Did you know or understand       14:25

 4    at the time, that the information that you were         14:25

 5    providing to Mr. Haslim regarding this ██████          14:25

 6    technology, was confidential to Google while you were   14:25

 7    at Google?                                              14:25

 8          MS. DUNN:  Form.                                   14:25

 9          MR. RADKE:  Join.                                  14:25

10          THE WITNESS:  On the advice and direction of      14:25

11    my counsel, I respectfully decline to answer, and I    14:25

12    assert the rights guaranteed to me under the Fifth     14:25

13    Amendment to the Constitution of the United States.    14:26

14          MR. PERLSON:  Q.  Was the information you         14:26

15    conveyed to Mr. Haslim regarding ██████                14:26

16    technology generally known?                            14:26

17          MS. DUNN:  Form.                                   14:26

18          MR. RADKE:  Join.                                  14:26

19          THE WITNESS:  On the advice and direction of      14:26

20    my counsel, I respectfully decline to answer, and I    14:26

21    assert the rights guaranteed to me under the Fifth     14:26

22    Amendment to the Constitution of the United States.    14:26

23          MR. PERLSON:  Q.  Did the information you         14:26

24    provided to Mr. Haslim, regarding the ██████           14:26

25    technology, have independent economic value because it 14:26
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | was kept secret? | 14:26 |
| 2 | MS. DUNN:  Form. | 14:26 |
| 3 | MR. RADKE:  Join. | 14:26 |
| 4 | THE WITNESS:  On the advice and direction of | 14:26 |
| 5 | my counsel, I respectfully decline to answer, and I | 14:26 |
| 6 | assert the rights guaranteed to me under the Fifth | 14:26 |
| 7 | Amendment to the Constitution of the United States. | 14:26 |
| 8 | MR. PERLSON:  Q.  Did the ▮▮▮▮▮▮ | 14:26 |
| 9 | technology that you conveyed to Mr. Haslim allow Tyto | 14:27 |
| 10 | Lidar to construct a more cost effect -- | 14:27 |
| 11 | cost-efficient ▮▮▮▮▮▮ design for its Owl LiDAR | 14:27 |
| 12 | system? | 14:27 |
| 13 | MS. DUNN:  Form. | 14:27 |
| 14 | MR. RADKE:  Join. | 14:27 |
| 15 | THE WITNESS:  On the advice and direction of | 14:27 |
| 16 | my counsel, I respectfully decline to answer, and I | 14:27 |
| 17 | assert the rights guaranteed to me under the Fifth | 14:27 |
| 18 | Amendment to the Constitution of the United States. | 14:27 |
| 19 | MR. PERLSON:  Q.  Was the information you | 14:27 |
| 20 | passed along to Mr. Haslim, regarding the ▮▮▮▮▮▮ | 14:27 |
| 21 | technology, in actuality something you had learned | 14:28 |
| 22 | from Google during your work there on its self-driving | 14:28 |
| 23 | technology project? | 14:28 |
| 24 | MS. DUNN:  Form. | 14:28 |
| 25 | MR. RADKE:  Join. | 14:28 |

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  On the advice and direction of | 14:28 |
| 2 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 3 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 4 | Amendment to the Constitution of the United States. | 14:28 |
| 5 | MR. PERLSON:  Q.  When Uber acquired Otto, | 14:28 |
| 6 | part of the deal was for Otto to acquire Tyto Lidar; | 14:28 |
| 7 | right? | 14:28 |
| 8 | MS. DUNN:  Form. | 14:28 |
| 9 | MR. RADKE:  Join. | 14:28 |
| 10 | THE WITNESS:  On the advice and direction of | 14:28 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 13 | Amendment to the Constitution of the United States. | 14:28 |
| 14 | MR. PERLSON:  Q.  Well, the informa- -- | 14:28 |
| 15 | so let me start over. | 14:28 |
| 16 | Otto bought Tyto Lidar; is that right? | 14:28 |
| 17 | A   On the advice and direction of my counsel, I | 14:28 |
| 18 | respectfully decline to answer, and I assert the | 14:28 |
| 19 | rights guaranteed to me under the Fifth Amendment to | 14:28 |
| 20 | the Constitution of the United States. | 14:29 |
| 21 | Q   So, if you provided confidential information | 14:29 |
| 22 | you learned while you were at Google to Tyto, and then | 14:29 |
| 23 | Tyto was bought by Otto, and then Otto was eventually | 14:29 |
| 24 | bought by Uber, that allowed the information you | 14:29 |
| 25 | learned at Google to make its way to Uber? | 14:29 |

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:29 |
| 2 | MR. RADKE:  Join. | 14:29 |
| 3 | THE WITNESS:  On the advice and direction of | 14:29 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:29 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:29 |
| 6 | Amendment to the Constitution of the United States. | 14:29 |
| 7 | MR. PERLSON:  Q.  Isn't it true that one of | 14:29 |
| 8 | the files that you improperly retained from your work | 14:29 |
| 9 | at Google included a Google fiber laser for car LiDAR | 14:29 |
| 10 | presentation, describing ███████████████ | 14:29 |
| 11 | ██████████████████████ | 14:30 |
| 12 | MS. DUNN:  Form. | 14:30 |
| 13 | MR. RADKE:  Join. | 14:30 |
| 14 | THE WITNESS:  On the advice and direction of | 14:30 |
| 15 | my counsel, I respectfully decline to answer, and I | 14:30 |
| 16 | assert the rights guaranteed to me under the Fifth | 14:30 |
| 17 | Amendment to the Constitution of the United States. | 14:30 |
| 18 | MR. PERLSON:  Q.  Isn't it also true that the | 14:30 |
| 19 | ████████  technology that you instructed Mr. Haslim | 14:30 |
| 20 | to develop at Tyto Lidar became incorporated into the | 14:30 |
| 21 | Spider device at Uber? | 14:30 |
| 22 | MS. DUNN:  Form. | 14:30 |
| 23 | MR. RADKE:  Join. | 14:30 |
| 24 | THE WITNESS:  On the advice and direction of | 14:30 |
| 25 | my counsel, I respectfully decline to answer, and I | 14:30 |

Page 145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | assert the rights guaranteed to me under the Fifth | 14:30 |
| 2 | Amendment to the Constitution of the United States. | 14:30 |
| 3 | MR. PERLSON:  Q.  And that ████████ | 14:30 |
| 4 | technology allowed Otto to more quickly develop ████ | 14:30 |
| 5 | ████  for the Spider device; right? | 14:30 |
| 6 | MS. DUNN:  Form. | 14:30 |
| 7 | MR. RADKE:  Join. | 14:30 |
| 8 | THE WITNESS:  On the advice and direction of | 14:30 |
| 9 | my counsel, I respectfully decline to answer, and I | 14:30 |
| 10 | assert the rights guaranteed to me under the Fifth | 14:30 |
| 11 | Amendment to the Constitution of the United States. | 14:30 |
| 12 | MR. PERLSON:  Q.  And that saved Uber and | 14:30 |
| 13 | Otto money and time by not having developed its own | 14:31 |
| 14 | ████████  technology for the Spider device? | 14:31 |
| 15 | MS. DUNN:  Form. | 14:31 |
| 16 | MR. RADKE:  Join. | 14:31 |
| 17 | THE WITNESS:  On the advice and direction of | 14:31 |
| 18 | my counsel, I respectfully decline to answer, and I | 14:31 |
| 19 | assert the rights guaranteed to me under the Fifth | 14:31 |
| 20 | Amendment to the Constitution of the United States. | 14:31 |
| 21 | MR. PERLSON:  Q.  Did you use the information | 14:31 |
| 22 | from the Google ████████████ document | 14:31 |
| 23 | that you had taken from Google to further enhance the | 14:31 |
| 24 | ████████  design for the Spider device at Uber? | 14:31 |
| 25 | MS. DUNN:  Form. | 14:31 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Join. | 14:31 |
| 2 | THE WITNESS:  On the advice and direction of | 14:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 14:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 14:31 |
| 5 | Amendment to the Constitution of the United States. | 14:32 |
| 6 | MR. PERLSON:  Q.  So, getting back to Tyto | 14:32 |
| 7 | again, Ottomotto acquired most of Tyto LiDAR's assets | 14:32 |
| 8 | in May of 2016; is that right? | 14:32 |
| 9 | A   On the advice -- | 14:32 |
| 10 | MS. DUNN:  Form. | 14:32 |
| 11 | THE WITNESS:  -- and direction -- on the | 14:32 |
| 12 | advice and direction of my counsel, I respectfully | 14:32 |
| 13 | decline to answer, and I assert the rights guaranteed | 14:32 |
| 14 | to me under the Fifth Amendment to the Constitution of | 14:32 |
| 15 | the United States. | 14:32 |
| 16 | MR. PERLSON:  Mark that. | 14:32 |
| 17 | THE REPORTER:  633. | 14:33 |
| 18 | (Document marked Exhibit 633 | 14:33 |
| 19 | for identification.) | 14:33 |
| 20 | MR. PERLSON:  You've been marked -- you've | 14:33 |
| 21 | been handed what's been marked as 633 -- | 14:33 |
| 22 | MS. DUNN:  Excuse me.  Sorry. | 14:33 |
| 23 | MR. PERLSON:  -- '47823 to '29. | 14:33 |
| 24 | Q   Do you recognize this as the agreement to -- | 14:33 |
| 25 | between Otto and Tyto to -- and Tyto to sell assets of | 14:33 |

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Tyto to Otto?                                       14:33

2        A    The title of the document says:          14:33

3             "Bill of Sale and Assignment and Assumption  14:33

4    Agreements."                                        14:33

5        Q    Do you recognize this document?           14:33

6        A    On the advice and direction of my counsel, I  14:33

7    respectfully decline to answer, and I assert the   14:33

8    rights guaranteed to me under the Fifth Amendment to  14:33

9    the Constitution of the United States.              14:33

10       Q    Do you know what the terms of the sale were  14:33

11   of assets from Tyto to Otto?                        14:33

12       A    On the advice and direction of my counsel, I  14:33

13   respectfully decline to answer, and I assert the   14:33

14   rights guaranteed to me under the Fifth Amendment to  14:33

15   the Constitution of the United States.              14:34

16       Q    Did you own Tyto Lidar through a number of  14:34

17   shell companies?                                    14:34

18            MS. DUNN:  Form.                           14:34

19            MR. RADKE:  Join.                          14:34

20            THE WITNESS:  On the advice and direction of  14:34

21   my counsel, I respectfully decline to answer, and I  14:34

22   assert the rights guaranteed to me under the Fifth  14:34

23   Amendment to the Constitution of the United States.  14:34

24            MR. PERLSON:  Q.  Did you control Tyto Lidar  14:34

25   through shell companies?                            14:34

Page 148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:34 |
| 2 | MR. RADKE:  Join. | 14:34 |
| 3 | THE WITNESS:  On the advice and direction of | 14:34 |
| 4 | my counsel, I respectfully decline to answer and I | 14:34 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:34 |
| 6 | Amendment to the Constitution of the United States. | 14:34 |
| 7 | THE REPORTER:  634. | 14:35 |
| 8 | (Document marked Exhibit 634 | 14:35 |
| 9 | for identification.) | 14:35 |
| 10 | MR. PERLSON:  Handing you what's been marked | 14:35 |
| 11 | as Exhibit 634, UBER-47857 through '61. | 14:35 |
| 12 | Q   Do you recognize Exhibit 634? | 14:35 |
| 13 | A   It's titled -- it's -- on the advice of my -- | 14:35 |
| 14 | and direction of my counsel, I respectfully decline to | 14:35 |
| 15 | answer, and I assert the rights guaranteed to me under | 14:35 |
| 16 | the Fifth Amendment to the Constitution of the United | 14:35 |
| 17 | States. | 14:35 |
| 18 | Q   Well, you see that the title of the document | 14:35 |
| 19 | is: | 14:35 |
| 20 | "Operating Agreement of Tyto Lidar, LLC." | 14:35 |
| 21 | A   I do see that, yes. | 14:35 |
| 22 | Q   And it says that this operating agreement -- | 14:35 |
| 23 | this agreement, dated as of February 15, 2014, is | 14:35 |
| 24 | declared to be the operating agreement of Tyto Lidar, | 14:35 |
| 25 | LLC, the company, by Sandstone Group, a limited -- | 14:36 |

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | LLC, a limited liability company, its sole member -- | 14:36 |
| 2 | the sole member. | 14:36 |
| 3 | Do you see that? | 14:36 |
| 4 | A    Yes. | 14:36 |
| 5 | Q    ████████  ████████████████████████████ | 14:36 |
| 6 | A    On the advice and direction of my counsel, I | 14:36 |
| 7 | respectfully decline to answer, and I assert the | 14:36 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 9 | the Constitution of the United States. | 14:36 |
| 10 | Q    And was this Tyto Lidar, LLC -- sorry. | 14:36 |
| 11 | ████████████████████████████████████ | 14:36 |
| 12 | ████████████████ | 14:36 |
| 13 | A    On the advice and direction of my counsel, I | 14:36 |
| 14 | respectfully decline to answer, and I assert the | 14:36 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 16 | the Constitution of the United States. | 14:36 |
| 17 | Q    ██████████████████████████████ | 14:37 |
| 18 | ████████████ | 14:37 |
| 19 | A    On the advice and direction of my counsel, I | 14:37 |
| 20 | respectfully decline to answer, and I assert the | 14:37 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 22 | the Constitution of the United States. | 14:37 |
| 23 | Q    ████████████████████████████████ | 14:37 |
| 24 | ████████████████████████████████████████ | 14:37 |
| 25 | A    On the advice and direction of my counsel, I | 14:37 |

Page 150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | respectfully decline to answer, and I assert the | 14:37 |
| 2 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 3 | the Constitution of the United States. | 14:38 |
| 4 | Q   Have you heard of -- ever heard of the | 14:38 |
| 5 | ████████████ | 14:38 |
| 6 | A   On the advice and direction of my counsel, I | 14:38 |
| 7 | respectfully decline to answer, and I assert the | 14:38 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:38 |
| 9 | the Constitution of the United States. | 14:38 |
| 10 | THE REPORTER:  635. | 14:38 |
| 11 | MR. PERLSON:  Sorry. | 14:38 |
| 12 | MR. EHRLICH:  It's okay. | 14:38 |
| 13 | (Document marked Exhibit 635 | 14:38 |
| 14 | for identification.) | 14:39 |
| 15 | MR. PERLSON:  Sorry.  What is this?  635? | 14:39 |
| 16 | THE REPORTER:  Yes. | 14:39 |
| 17 | MR. PERLSON:  Q.  Do you recognize -- so | 14:39 |
| 18 | Exhibit 635 is -- it's labeled ████████████ | 14:39 |
| 19 | ████████████████ | 14:39 |
| 20 | Do you see that the title of it says: | 14:39 |
| 21 | ████████████████ | 14:39 |
| 22 | ████ | 14:39 |
| 23 | A   Yes. | 14:39 |
| 24 | Q   Okay.  And it's -- you see it says: | 14:39 |
| 25 | ████████████ | 14:39 |

Page 151

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ██████████████████████████████████████    14:39

 2    ████████████                              14:39

 3         Do you see that?                     14:40

 4    A    I see it.                            14:40

 5    Q    Okay.  And, if you'll look on -- I guess it's  14:40

 6    ████████████████████████████             14:40

 7    A    (Witness complies.)                  14:40

 8    Q    That's your signature?               14:40

 9    A    Yes.                                 14:40

10    Q    What -- ██████████████████████       14:40

11    ████████████████                          14:40

12    A    On the advice and direction of my counsel, I  14:40

13    respectfully decline to answer, and I assert the  14:40

14    rights guaranteed to me under the Fifth Amendment to  14:40

15    the Constitution of the United States.    14:40

16    Q    Do you see that, on the -- the last couple of  14:40

17    pages, ████████████████████████████       14:41

18    ████████████                              14:41

19    A    Yep.                                 14:41

20    Q    So, was this ███████████████████████  14:41

21    A    On the advice and direction of my counsel, I  14:41

22    respectfully decline to answer, and I assert the  14:41

23    rights guaranteed to me under the Fifth Amendment to  14:41

24    the Constitution of the United States.    14:41

25    Q    Was this ████████████████████████    14:41
```

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ███████████████ | 14:41 |
| 2 | MS. DUNN:  Form. | 14:41 |
| 3 | THE WITNESS:  On the advice and direction of | 14:41 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 6 | Amendment to the Constitution of the United States. | 14:41 |
| 7 | MR. PERLSON:  Q.  Are you aware of any other | 14:41 |
| 8 | reason to ███████████████ | 14:41 |
| 9 | MS. DUNN:  Form. | 14:41 |
| 10 | THE WITNESS:  On the advice and direction of | 14:41 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 13 | Amendment to the Constitution of the United States. | 14:41 |
| 14 | MR. PERLSON:  Q.  ███████████████ | 14:41 |
| 15 | ███████████████████████ | 14:42 |
| 16 | A   On the advice and direction of my counsel, I | 14:42 |
| 17 | respectfully decline to answer, and I assert the | 14:42 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 19 | the Constitution of the United States. | 14:42 |
| 20 | Q   ████████████████████████████ | 14:42 |
| 21 | ██████████ | 14:42 |
| 22 | A   On the advice and direction of my counsel, I | 14:42 |
| 23 | respectfully decline to answer, and I assert the | 14:42 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 25 | the Constitution of the United States. | 14:42 |

Page 153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Now, you ███████████████████████ | 14:42 |
| 2 | ████████████████████████████████████ | 14:42 |
| 3 | ███████████████████████████████████ | 14:42 |
| 4 | ███████████████████████████████████ | 14:42 |
| 5 | ████████████████████ | 14:43 |
| 6 |         Is that your understanding? | 14:43 |
| 7 |     A   On the advice and direction of my counsel, I | 14:43 |
| 8 | respectfully decline to answer, and I assert the | 14:43 |
| 9 | rights guaranteed to me under the Fifth Amendment to | 14:43 |
| 10 | the Constitution of the United States. | 14:43 |
| 11 |     Q   Well, by doing that, you could reclaim full | 14:43 |
| 12 | ownership of Tyto at any time; right? | 14:43 |
| 13 |     A   On the advice and direction of my counsel, I | 14:43 |
| 14 | respectfully decline to answer, and I assert the | 14:43 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:43 |
| 16 | the Constitution of the United States. | 14:43 |
| 17 |     Q   And then, if you look -- and ███████████ | 14:43 |
| 18 | ████████, if it's useful. | 14:43 |
| 19 |     A   (Witness complies.) | 14:43 |
| 20 |     Q   ██████████████████████████ | 14:43 |
| 21 | ████████████████████████████████████ | 14:43 |
| 22 |     A   Do you want me to read the section? | 14:44 |
| 23 |     Q   Well, I'm just asking you a question. | 14:44 |
| 24 |     A   On the advice and direction of my counsel, I | 14:44 |
| 25 | respectfully decline to answer, and I assert the | 14:44 |

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    rights guaranteed to me under the Fifth Amendment to      14:44

 2    the Constitution of the United States.                     14:44

 3         Q    ████████████████████████████████              14:44

 4    ████████████████████                                      14:44

 5         A    On the advice and direction of my counsel, I    14:44

 6    respectfully decline to answer, and I assert the          14:44

 7    rights guaranteed to me under the Fifth Amendment to      14:44

 8    the Constitution of the United States.                     14:44

 9         Q    ██████████████████                              14:44

10         A    On the advice and direction of my counsel, I    14:44

11    respectfully decline to answer, and I assert the          14:44

12    rights guaranteed to me under the Fifth Amendment to      14:44

13    the Constitution of the United States.                     14:44

14         Q    ████████████████████████████████████         14:44

15    ████████████████████████████████████████             14:44

16    ████████████████████████████████                      14:44

17    ████████████                                            14:44

18         A    On the advice and direction of my counsel, I    14:44

19    respectfully decline to answer, and I assert the          14:44

20    rights guaranteed to me under the Fifth Amendment to      14:44

21    the Constitution of the United States.                     14:45

22         Q    If you'll look on ████████.                   14:45

23         A    (Witness complies.)                             14:45

24         Q    ████████████████████████████████            14:45

25         Do you see that?                                     14:45
```

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A   I see the --                          14:45

 2      Q   ██████████████████████████          14:45

 3   pers- -- I'm sorry.                          14:45

 4          She's a paralegal for your personal attorney,   14:45

 5   John Gardner; is that right?                 14:45

 6      A   On the advice and direction of my counsel, I   14:45

 7   respectfully decline to answer, and I assert the   14:45

 8   rights guaranteed to me under the Fifth Amendment to   14:45

 9   the Constitution of the United States.        14:45

10      Q   If you'll look on ████████.           14:45

11      A   (Witness complies.)                   14:45

12      Q   There is an ████████.                 14:45

13          Do you see that?                      14:45

14      A   I see it.                             14:45

15      Q   ██████████████████████████████      14:45

16          Do you see that?                      14:46

17      A   I see the page, yep.                  14:46

18      Q   ████████████████████████            14:46

19   ████████████████████████████████           14:46

20   ████████████████████████████████           14:46

21   ██████████                                  14:46

22          Do you see that?                      14:46

23      A   I see that.                           14:46

24      Q   ████████████████████████████        14:46

25   ██████                                      14:46
```

                                        Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    On the advice and direction of my counsel, I     14:46
 2   respectfully decline to answer, and I assert the         14:46
 3   rights guaranteed to me under the Fifth Amendment to     14:46
 4   the Constitution of the United States.                   14:46
 5        ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                         14:46
 6   ▇▇▇▇▇▇                                                   14:46
 7      A    On the advice and direction of my counsel, I     14:46
 8   respectfully decline to answer, and I assert the         14:46
 9   rights guaranteed to me under the Fifth Amendment to     14:46
10   the Constitution of the United States.                   14:47
11        ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                         14:47
12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                14:47
13   ▇▇▇▇▇▇                                                   14:47
14      A    On the advice and direction of my counsel, I     14:47
15   respectfully decline to answer, and I assert the         14:47
16   rights guaranteed to me under the Fifth Amendment to     14:47
17   the Constitution of the United States.                   14:47
18        ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                             14:47
19   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                              14:47
20   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                              14:47
21   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                         14:47
22      A    On the advice and direction of my counsel, I     14:47
23   respectfully decline to answer, and I assert the         14:47
24   rights guaranteed to me under the Fifth Amendment to     14:47
25   the Constitution of the United States.                   14:47
```

Page 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Did you tell Lior Ron that you had | 14:47 |
| 2 | involvement with Tyto Lidar? | 14:48 |
| 3 | A   On the advice and direction of my counsel, I | 14:48 |
| 4 | respectfully decline to answer, and I assert the | 14:48 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 14:48 |
| 6 | the Constitution of the United States. | 14:48 |
| 7 | Q   Did you tell anybody who was involved in the | 14:48 |
| 8 | acquisition of Tyto Lidar by Otto that you, in fact, | 14:48 |
| 9 | had an ownership and controlling interest of Tyto | 14:48 |
| 10 | Lidar? | 14:48 |
| 11 | A   On the advice and direction of my counsel, I | 14:48 |
| 12 | respectfully decline to answer, and I assert the | 14:48 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 14:48 |
| 14 | the Constitution of the United States. | 14:48 |
| 15 | Q   And isn't it true that you actually | 14:48 |
| 16 | repeatedly denied having involve- -- involvement in | 14:48 |
| 17 | Tyto Lidar? | 14:48 |
| 18 | A   On the advice and direction of my counsel, I | 14:48 |
| 19 | respectfully decline to answer, and I assert the | 14:48 |
| 20 | rights guaranteed to me under the Fifth Amendment to | 14:48 |
| 21 | the Constitution of the United States. | 14:49 |
| 22 | Q   Now, in -- when -- during the negotiations | 14:49 |
| 23 | with -- in the Asset Purchase Agreement with Tyto | 14:49 |
| 24 | Lidar, you were, in fact, negotiating that agreement | 14:49 |
| 25 | on behalf of Ottomotto; isn't that right? | 14:49 |

Page 158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A    On the advice and direction of my counsel, I      14:49

2    respectfully decline to answer, and I assert the       14:49

3    rights guaranteed to me under the Fifth Amendment to    14:49

4    the Constitution of the United States.                  14:49

5      Q    And don't you think you should have told         14:49

6    somebody at Otto or Uber that you had involvement or    14:49

7    ownership or controlling interest in Tyto when that     14:49

8    acquisition was being negotiated?                       14:49

9      A    On the advice and direction of my counsel, I     14:49

10   respectfully decline to answer, and I assert the       14:49

11   rights guaranteed to me under the Fifth Amendment to    14:49

12   the Constitution of the United States.                  14:49

13     Q    Don't you think that -- that your negotiating    14:49

14   on behalf of Ottomotto, while you had an ownership and  14:50

15   controlling interest in Tyto, smacks of self-dealing?   14:50

16     A    On the advice and direction of my counsel, I     14:50

17   respectfully decline to answer, and I assert the       14:50

18   rights guaranteed to me under the Fifth Amendment to    14:50

19   the Constitution of the United States.                  14:50

20     Q    Do you think that's unethical?                   14:50

21     A    On the advice and direction of my counsel, I     14:50

22   respectfully decline to answer, and I assert the       14:50

23   rights guaranteed to me under the Fifth Amendment to    14:50

24   the Constitution of the United States.                  14:50

25     Q    Now, are you aware that the Asset Purchase       14:50

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Agreement between Tyto Lidar and Ottomotto excluded | 14:50 |
| 2 | certain assets from the purchase? | 14:50 |
| 3 | A   On the advice and direction of my counsel, I | 14:50 |
| 4 | respectfully decline to answer, and I assert the | 14:50 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 14:50 |
| 6 | the Constitution of the United States. | 14:52 |
| 7 | Q   Do you understand that the -- hold on a | 14:52 |
| 8 | second. | 14:52 |
| 9 | Do you understand that, among the assets | 14:52 |
| 10 | excluded from the sale of Tyto Lidar to Ottomotto, was | 14:52 |
| 11 | all e-mail accounts and e-mail archives owned by Tyto | 14:52 |
| 12 | Lidar? | 14:52 |
| 13 | A   On the advice and direction of my counsel, I | 14:52 |
| 14 | respectfully decline to answer, and I assert the | 14:52 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:52 |
| 16 | the Constitution of the United States. | 14:52 |
| 17 | Q   Why would -- why would e-mail accounts and | 14:52 |
| 18 | e-mail archives owned by Tyto Lidar, LLC, be excluded | 14:53 |
| 19 | from this -- the sale? | 14:53 |
| 20 | MR. RADKE:  Objection to form. | 14:53 |
| 21 | THE WITNESS:  On the advice and direction of | 14:53 |
| 22 | my counsel, I respectfully decline to answer, and I | 14:53 |
| 23 | assert the rights guaranteed to me under the Fifth | 14:53 |
| 24 | Amendment to the Constitution of the United States. | 14:53 |
| 25 | MR. PERLSON:  Q.  Was that something that you | 14:53 |

Page 160

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | requested? | 14:53 |
| 2 | MR. RADKE:  Objection to form. | 14:53 |
| 3 | THE WITNESS:  On the advice and direction of | 14:53 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:53 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:53 |
| 6 | Amendment to the Constitution of the United States. | 14:53 |
| 7 | MR. PERLSON:  Q.  Do you know where that -- | 14:53 |
| 8 | where that e-mail is today? | 14:53 |
| 9 | MR. RADKE:  Objection to the form. | 14:53 |
| 10 | THE WITNESS:  On the advice and direction of | 14:54 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:54 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:54 |
| 13 | Amendment to the Constitution of the United States. | 14:54 |
| 14 | MR. PERLSON:  Q.  Did you want the | 14:54 |
| 15 | acquisition to exclude e-mail accounts and e-mail | 14:54 |
| 16 | archives in order to conceal your involvement with | 14:54 |
| 17 | Tyto Lidar, LLC? | 14:54 |
| 18 | MS. DUNN:  Form. | 14:54 |
| 19 | MR. RADKE:  Objection to form. | 14:54 |
| 20 | THE WITNESS:  On the advice and direction of | 14:54 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:54 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:54 |
| 23 | Amendment to the Constitution of the United States. | 14:54 |
| 24 | MR. PERLSON:  Q.  Have the -- have the Tyto | 14:54 |
| 25 | Lidar e-mail accounts and e-mail archives been | 14:54 |

Page 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    destroyed?                                          14:54

 2        A    On the advice and direction of my counsel, I   14:54

 3    respectfully decline to answer, and I assert the    14:54

 4    rights guaranteed to me under the Fifth Amendment to  14:54

 5    the Constitution of the United States.              14:54

 6        Q    Do you know what I'm referring to when I    14:54

 7    refer to the Chauffeur Bonus Plan?                  14:55

 8        A    On the advice and direction of my counsel, I   14:55

 9    respectfully decline to answer, and I assert the    14:55

10    rights guaranteed to me under the Fifth Amendment to  14:55

11    the Constitution of the United States.              14:55

12        Q    Was it your understanding that under the    14:55

13    Chauffeur Business [sic] Plan, there was to be a first  14:55

14    amount determined by calculating the product of the  14:55

15    participant's first bonus allocation percentage as of  14:55

16    the first exchange date, and the applicable pro- --  14:55

17    project valuation?                                  14:55

18           MR. RADKE:  Objection to form.              14:56

19           MS. DUNN:  Form.                            14:56

20           THE WITNESS:  On the advice and direction of  14:56

21    my counsel, I respectfully decline to answer, and I  14:56

22    assert the rights guaranteed to me under the Fifth  14:56

23    Amendment to the Constitution of the United States.  14:56

24           MR. PERLSON:  Sorry.  Why don't we take a    14:56

25    break.  I'm having trouble finding something.       14:57
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the Constitution of the United States. | 17:29 |
| 2 |    Q   Okay.  And they started something called | 17:29 |
| 3 | Nuro, which is also a self-driving company; isn't that | 17:29 |
| 4 | right? | 17:29 |
| 5 |    A   On the advice and direction of my counsel, I | 17:29 |
| 6 | respectfully decline to answer, and I assert the | 17:29 |
| 7 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 8 | the Constitution of the United States. | 17:29 |
| 9 |    Q   Okay.  So, in fact, nearly all of the leaders | 17:29 |
| 10 | of Chauffeur got out by 2016? | 17:29 |
| 11 |    A   On the advice and direction of my counsel, I | 17:29 |
| 12 | respectfully decline to answer, and I assert the | 17:29 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 14 | the Constitution of the United States. | 17:29 |
| 15 |    Q   Okay.  And nearly all these folks went to go | 17:29 |
| 16 | work for competitors to Waymo, working in the | 17:29 |
| 17 | self-driving space; isn't that right? | 17:29 |
| 18 |       MR. PERLSON:  Objection; form. | 17:29 |
| 19 |       THE WITNESS:  On the advice and direction of | 17:29 |
| 20 | my counsel, I respectfully decline to answer, and I | 17:29 |
| 21 | assert the rights guaranteed to me under the Fifth | 17:29 |
| 22 | Amendment to the Constitution of the United States. | 17:29 |
| 23 |       MS. DUNN:  All right. | 17:29 |
| 24 |    Q   Waymo's counsel asked you a number of | 17:30 |
| 25 | questions about Odin Wave and Tyto Lidar. | 17:30 |

Page 251

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          Do you remember that?                    17:30

 2     A   I remember the --                         17:30

 3     Q   Do you remember --                        17:30

 4     A   -- events earlier today, yes.             17:30

 5     Q   Mr. Levandowski, you never told anyone at 17:30

 6  Uber, including Travis Kalanick, of any financial 17:30

 7  interests you had in Odin Wave; isn't that true?  17:30

 8          MR. RADKE:  Object to form.              17:30

 9          THE WITNESS:  On the advice and direction of 17:30

10  my counsel, I respectfully decline to answer, and I 17:30

11  assert the rights guaranteed to me under the Fifth 17:30

12  Amendment to the Constitution of the United States. 17:30

13          MS. DUNN:  Q.  And you never told anyone at 17:30

14  Uber, including Travis Kalanick, of any financial 17:30

15  interests that your immediate family members had in 17:30

16  Odin Wave; isn't that true?                     17:30

17          MR. RADKE:  Object to form.              17:30

18          THE WITNESS:  On the advice and direction of 17:30

19  my counsel, I respectfully decline to answer, and I 17:30

20  assert the rights guaranteed to me under the Fifth 17:30

21  Amendment to the Constitution of the United States. 17:30

22          MS. DUNN:  Q.  You never told anyone at Uber, 17:30

23  including Mr. Kalanick, of any financial interests you 17:30

24  or your immediate family members had in Tyto Lidar; 17:31

25  isn't that right?                               17:31
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Object to form. | 17:31 |
| 2 | THE WITNESS:  On the advice and direction of | 17:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 5 | Amendment to the Constitution of the United States. | 17:31 |
| 6 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:31 |
| 7 | including Mr. Kalanick, of any financial interests you | 17:31 |
| 8 | or your immediate family members had in the Sandstone | 17:31 |
| 9 | Group; did you? | 17:31 |
| 10 | MR. RADKE:  Object to form. | 17:31 |
| 11 | THE WITNESS:  On the advice and direction of | 17:31 |
| 12 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 13 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 14 | Amendment to the Constitution of the United States. | 17:31 |
| 15 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:31 |
| 16 | including Mr. Kalanick, of any financial interests you | 17:31 |
| 17 | had in something called the ███████; isn't that | 17:31 |
| 18 | true? | 17:31 |
| 19 | MR. RADKE:  Object to the form. | 17:31 |
| 20 | THE WITNESS:  On the advice and direction of | 17:31 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 22 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 23 | Amendment to the Constitution of the United States. | 17:31 |
| 24 | MS. DUNN:  Q.  And you never told anyone at | 17:31 |
| 25 | Uber of any financial interests that any of your | 17:31 |

Page 253

| | | |
|---|---|---|
| 1 | immediate family members had in what's called the | 17:31 |
| 2 | ███████████ ; isn't that right? | 17:32 |
| 3 | MR. RADKE:  Object to form. | 17:32 |
| 4 | THE WITNESS:  On the advice and direction of | 17:32 |
| 5 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 6 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 7 | Amendment to the Constitution of the United States. | 17:32 |
| 8 | MS. DUNN:  Q.  You concealed from Uber that | 17:32 |
| 9 | ███████████ would benefit from Otto's purchase of | 17:32 |
| 10 | Tyto's assets which Uber had funded; isn't that true? | 17:32 |
| 11 | MR. RADKE:  Object to the form. | 17:32 |
| 12 | THE WITNESS:  On the advice and direction of | 17:32 |
| 13 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 14 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 15 | Amendment to the Constitution of the United States. | 17:32 |
| 16 | MS. DUNN:  Okay. | 17:32 |
| 17 | Q   And your financial interests should have been | 17:32 |
| 18 | disclosed to Uber; shouldn't they have? | 17:32 |
| 19 | MR. RADKE:  Object to form. | 17:32 |
| 20 | THE WITNESS:  On the advice and direction of | 17:32 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 22 | assert the risks -- I assert the rights guaranteed to | 17:32 |
| 23 | me under the Fifth Amendment to the Constitution of | 17:32 |
| 24 | the United States. | 17:32 |
| 25 | MS. DUNN:  Q.  Mr. Levandowski, you're aware | 17:32 |

Page 254

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Q.  Mr. Levandowski, Waymo's | 17:33 |
| 2 | counsel asked you about disclosures that you were to | 17:34 |
| 3 | make about bad acts, in order to secure an indemnity | 17:34 |
| 4 | from Uber. | 17:34 |
| 5 | Do you remember being asked those question? | 17:34 |
| 6 | A   I do remember the questions. | 17:34 |
| 7 | Q   You did -- you did not tell Uber complete and | 17:34 |
| 8 | truthful information about several bad acts that you | 17:34 |
| 9 | had done; isn't that right? | 17:34 |
| 10 | A   On the advice -- | 17:34 |
| 11 | MR. EHRLICH:  I'm going to -- first of all, | 17:34 |
| 12 | I'm going to object, based on common interest | 17:34 |
| 13 | privilege, and instruct the witness not to answer -- | 17:34 |
| 14 | not to answer. | 17:34 |
| 15 | THE WITNESS:  I'm going to listen to my | 17:34 |
| 16 | counsel. | 17:34 |
| 17 | MR. PERLSON:  I'm going to point out another | 17:35 |
| 18 | sword and shield issue here.  I don't -- I don't know | 17:35 |
| 19 | exactly what it is that you're referring to.  But from | 17:35 |
| 20 | the beginning of this case, Uber shielded us from | 17:35 |
| 21 | getting information about these very bad acts, and now | 17:35 |
| 22 | you're asking him questions about that.  It's another | 17:35 |
| 23 | instance of sword and shield.  We'll raise this with | 17:35 |
| 24 | the judge. | 17:35 |
| 25 | MS. DUNN:  David, this is just an exact | 17:35 |

Page 256

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Q.  You did not download these | 17:40 |
| 2 | files to bring them to Otto or to bring them to Uber; | 17:40 |
| 3 | isn't that right? | 17:40 |
| 4 | A    On the advice -- | 17:40 |
| 5 | MR. PERLSON:  Objection to form. | 17:40 |
| 6 | THE WITNESS:  On the advice and direction of | 17:40 |
| 7 | my counsel, I respectfully decline to answer, and I | 17:40 |
| 8 | assert the rights guaranteed to me under the Fifth | 17:40 |
| 9 | Amendment to the Constitution of the United States. | 17:40 |
| 10 | MS. DUNN:  Q.  And you did not download these | 17:40 |
| 11 | files to use at Otto or Uber; isn't that right? | 17:40 |
| 12 | MR. PERLSON:  Objection; form. | 17:40 |
| 13 | THE WITNESS:  On the advice and direction of | 17:40 |
| 14 | my counsel, I respectfully decline to answer, and I | 17:40 |
| 15 | assert the rights guaranteed to me under the Fifth | 17:40 |
| 16 | Amendment to the Constitution of the United States. | 17:41 |
| 17 | MS. DUNN:  Q.  You did not download these | 17:41 |
| 18 | files to share information in them with anyone at Otto | 17:41 |
| 19 | or Uber; isn't that right? | 17:41 |
| 20 | A    On the advice and direction of my counsel, I | 17:40 |
| 21 | respectfully decline to answer -- excuse me -- and I | 17:40 |
| 22 | assert the rights guaranteed to me under the Fifth | 17:40 |
| 23 | Amendment to the Constitution of the United States. | 17:40 |
| 24 | Q    You did not download these files at Uber's | 17:41 |
| 25 | request; isn't that right? | 17:41 |

Page 262

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | rights guaranteed to me under the Fifth Amendment to | 17:42 |
| 2 | the Constitution of the United States. | 17:42 |
| 3 | Q   In fact, prior to filing -- prior to Waymo's | 17:42 |
| 4 | filing the complaint in this case, you didn't tell | 17:42 |
| 5 | anyone at Uber that you intentionally downloaded and | 17:42 |
| 6 | retained Google files in December of 2015 and | 17:42 |
| 7 | December -- and January of 2016? | 17:42 |
| 8 | A   On the advice and direction of my counsel, I | 17:42 |
| 9 | respectfully decline to answer, and I assert the | 17:42 |
| 10 | rights guaranteed to me under the Fifth Amendment to | 17:42 |
| 11 | the Constitution of the United States. | 17:43 |
| 12 | Q   And, prior to the filing of the complaint in | 17:43 |
| 13 | this case, you did not tell anyone at Uber that you | 17:43 |
| 14 | transferred intentionally downloaded files to a | 17:43 |
| 15 | personal computer; isn't that right? | 17:43 |
| 16 | A   On the advice and direction of my counsel, I | 17:43 |
| 17 | respectfully decline to answer, and I assert the | 17:43 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 17:43 |
| 19 | the Constitution of the United States. | 17:43 |
| 20 | Q   Okay.  And, prior to the filing of the | 17:43 |
| 21 | complaint by Waymo in this case, you didn't tell | 17:43 |
| 22 | anyone at Uber that you intentionally downloaded and | 17:43 |
| 23 | retained files for any period of time? | 17:43 |
| 24 | MR. PERLSON:  Objection; form. | 17:43 |
| 25 | THE WITNESS:  On the advice and direction of | 17:43 |

Page 264

1    my counsel, I respectfully decline to answer, and I          17:43

2    assert the rights guaranteed to me under the Fifth           17:43

3    Amendment to the Constitution of the United States.          17:43

4         MS. DUNN:  Q.  And you also didn't tell                 17:43

5    anyone at Otto about any intentionally downloaded            17:43

6    Google files before the complaint was filed by Waymo         17:43

7    in this case; isn't that right?                              17:43

8         A    On the advice and direction of my counsel, I       17:43

9    respectfully decline to answer, and I assert the             17:43

10   rights guaranteed to me under the Fifth Amendment to         17:43

11   the Constitution of the United States.                       17:44

12        Q    In fact, before Waymo filed its complaint in       17:44

13   this case, you didn't tell anyone at all that you had        17:44

14   intentionally downloaded Google files in December of         17:44

15   2015 and January of 2016; isn't that right?                  17:44

16        A    On the --                                          17:44

17        MR. PERLSON:  Objection; form.                          17:44

18        THE WITNESS:  On the advice and direction of            17:44

19   my counsel, I respectfully decline to answer, and I          17:44

20   assert the rights guaranteed to me under the Fifth           17:44

21   Amendment to the Constitution of the United States.          17:44

22        MS. DUNN:  Q.  Instead, you told some                   17:44

23   Google -- some Uber employees on March 11th of 2016          17:44

24   that you had inadvertently retained some Google              17:44

25   materials on five discs; isn't that right?                   17:44

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    On the advice and direction of my counsel, I | 17:44 |
| 2 | respectfully decline to answer, and I assert the | 17:44 |
| 3 | rights guaranteed to me under the Fifth Amendment to | 17:44 |
| 4 | the Constitution of the United States. | 17:44 |
| 5 | Q    And you recall that the CEO of Uber at the | 17:44 |
| 6 | time, Mr. Kalanick, made quite clear to you, that you | 17:44 |
| 7 | were not to bring those materials to Uber? | 17:44 |
| 8 | A    On the -- | 17:45 |
| 9 | MR. PERLSON:  Objection; form. | 17:45 |
| 10 | THE WITNESS:  On the advice and direction of | 17:45 |
| 11 | my counsel, I respectfully decline to answer, and I | 17:45 |
| 12 | assert the rights guaranteed to me under the Fifth | 17:45 |
| 13 | Amendment to the Constitution of the United States. | 17:45 |
| 14 | Can we take a break?  Are you okay with that? | 17:45 |
| 15 | MS. DUNN:  You should -- I'm almost done. | 17:45 |
| 16 | Actually, let's take a break. | 17:45 |
| 17 | THE VIDEOGRAPHER:  Off the record at | 17:45 |
| 18 | 5:45 p.m. | 17:45 |
| 19 | (Recess taken.) | 17:45 |
| 20 | THE VIDEOGRAPHER:  Back on the record at | 17:59 |
| 21 | 5:59 p.m. | 17:59 |
| 22 | MS. DUNN:  Q.  Mr. Levandowski, after you | 17:59 |
| 23 | told Uber employees on March 11, 2016, that you had | 17:59 |
| 24 | inadvertently retained some Google materials on | 17:59 |
| 25 | five discs, the CEO of Uber made very clear to you | 17:59 |

Page 266

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | that you were not to bring those materials to Uber; | 18:00 |
| 2 | isn't that right? | 18:00 |
| 3 | A   On the advice and direction of my counsel, I | 18:00 |
| 4 | respectfully decline to answer, and I assert the | 18:00 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 18:00 |
| 6 | the Constitution of the United States. | 18:00 |
| 7 | Q   And after that, you told Uber that you had | 18:00 |
| 8 | destroyed those materials; isn't that true? | 18:00 |
| 9 | A   On the advice and direction of my counsel, I | 18:00 |
| 10 | respectfully decline to answer, and I assert the | 18:00 |
| 11 | rights guaranteed to me under the Fifth Amendment to | 18:00 |
| 12 | the Constitution of the United States. | 17:44 |
| 13 | Q   And isn't it the case that Uber told you very | 17:44 |
| 14 | clearly not to bring any proprietary or confidential | 18:00 |
| 15 | information with you to Uber from a former employer? | 18:00 |
| 16 | A   On the advice and direction of my counsel, I | 18:00 |
| 17 | respectfully decline to answer, and I assert the | 18:00 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 18:00 |
| 19 | the Constitution of the United States. | 18:00 |
| 20 | Q   And you told Uber you would not bring any | 18:00 |
| 21 | proprietary or confidential information with you to | 18:00 |
| 22 | Uber from a former employer; isn't that right? | 18:01 |
| 23 | A   On the advice and direction of my counsel, I | 18:01 |
| 24 | respectfully decline to answer, and I assert the | 18:01 |
| 25 | rights guaranteed to me under the Fifth Amendment to | 18:01 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the Constitution of the United States. | 17:44 |
| 2 |    Q   And you signed agreements expressly saying | 17:44 |
| 3 | that you would not bring any proprietary or | 18:01 |
| 4 | confidential information with you from a former | 18:01 |
| 5 | employer; isn't that right? | 18:01 |
| 6 |    A   On the advice and direction of my counsel, I | 18:01 |
| 7 | respectfully decline to answer, and I assert the | 18:01 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 18:01 |
| 9 | the Constitution of the United States. | 18:01 |
| 10 |    Q   Mr. Levandowski, Uber did independently | 18:01 |
| 11 | design the Fuji system that has ███████████; | 18:01 |
| 12 | isn't that correct? | 18:01 |
| 13 |    A   On the advice and direction of my counsel, I | 18:01 |
| 14 | respectfully decline to answer, and I assert the | 18:01 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 18:01 |
| 16 | the Constitution of the United States. | 18:01 |
| 17 |    Q   And Uber did independently develop its own | 18:01 |
| 18 | ███████ for the Fuji device; didn't it? | 18:01 |
| 19 |    A   On the advice and direction of my counsel, I | 18:01 |
| 20 | respectfully decline to answer, and I assert the | 18:01 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 18:01 |
| 22 | the Constitution of the United States. | 18:01 |
| 23 |    Q   And Uber did independently develop the design | 18:02 |
| 24 | in the Fuji device that had ██████████ | 18:02 |
| 25 | ████████████████████; isn't that | 18:02 |

Page 268

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 18:04 |
| 2 | assert the rights guaranteed to me under the Fifth | 18:04 |
| 3 | Amendment to the Constitution of the United States. | 18:04 |
| 4 | MS. DUNN:  Q.  Mr. Levandowski, if you told | 18:04 |
| 5 | the truth about what you did, that would make clear | 18:04 |
| 6 | that your downloading while at Google had nothing to | 18:04 |
| 7 | do with Uber; correct? | 18:04 |
| 8 | MR. PERLSON:  Objection; form. | 18:04 |
| 9 | THE WITNESS:  On the advice and direction of | 18:04 |
| 10 | my counsel, I respectfully decline to answer, and I | 18:04 |
| 11 | assert the rights guaranteed to me under the Fifth | 18:04 |
| 12 | Amendment to the Constitution of the United States. | 18:04 |
| 13 | MS. DUNN:  Q.  But you would not cooperate | 18:04 |
| 14 | with Uber's investigation in this case; right? | 18:04 |
| 15 | MR. EHRLICH:  Object to form. | 18:04 |
| 16 | MR. PERLSON:  Objection.  I think I asked | 18:04 |
| 17 | that question and got an instruction from earlier, but | 18:04 |
| 18 | maybe I'm misremembering.  Go ahead and ask that | 18:04 |
| 19 | question. | 18:04 |
| 20 | But you ask him that -- if you ask him that | 18:04 |
| 21 | question, everything involved in terms of your -- of | 18:05 |
| 22 | his involvement in the investigation you've waived, | 18:05 |
| 23 | because you're -- you are now -- by asking that | 18:05 |
| 24 | question, you are now eliciting the same information | 18:05 |
| 25 | that you've been not allowing us to go into for weeks | 18:05 |

Page 271

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | and weeks.  But go ahead. | 18:05 |
| 2 | MS. DUNN:  David -- | 18:05 |
| 3 | MR. RADKE:  I'll go ahead and instruct not to | 18:05 |
| 4 | answer to the extent that this would involve | 18:05 |
| 5 | communication protected by the common interest | 18:05 |
| 6 | privilege. | 18:05 |
| 7 | MS. DUNN:  That's fine. | 18:05 |
| 8 | MR. EHRLICH:  And I would join into that | 18:05 |
| 9 | instruction. | 18:05 |
| 10 | But, to the extent you can answer the | 18:05 |
| 11 | question without reference to communications with any | 18:05 |
| 12 | counsel, or common interest protected discussions, you | 18:05 |
| 13 | can give your answer. | 18:05 |
| 14 | THE WITNESS:  On the advice and direction of | 18:05 |
| 15 | my counsel, I respectfully decline to answer, and I | 18:05 |
| 16 | assert the rights guaranteed to me under the | 18:05 |
| 17 | Fifth Amendment to the Constitution of the United | 18:05 |
| 18 | States. | 18:05 |
| 19 | MS. DUNN:  I want to put one thing on the | 18:06 |
| 20 | record, which is, David, I don't -- I don't think I | 18:06 |
| 21 | instructed on this question, first of all. | 18:06 |
| 22 | And second of all, in the letter terminating | 18:06 |
| 23 | Mr. Levandowski, it explains that he did not cooperate | 18:06 |
| 24 | with Uber's investigation in this case. | 18:06 |
| 25 | And I think that that is just one | 18:06 |

Page 272

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the... | 18:37 |
| 2 | I'm going to instruct the witness not to | 18:37 |
| 3 | answer to the extent to which the -- it would call for | 18:37 |
| 4 | privileged communications. | 18:37 |
| 5 | To the extent it doesn't, of course, as | 18:37 |
| 6 | always, he's free to answer. | 18:37 |
| 7 | THE WITNESS:  On the advice and direction of | 18:37 |
| 8 | my counsel, I respectfully decline to answer, and I | 18:37 |
| 9 | assert the rights guaranteed to me under the Fifth | 18:37 |
| 10 | Amendment to the Constitution of the United States. | 18:38 |
| 11 | MR. PERLSON:  Q.  Tell me everything that | 18:38 |
| 12 | you've done to cooperate with Uber's investigation in | 18:38 |
| 13 | relation to this litigation. | 18:38 |
| 14 | A   On the advice and direction of my counsel, I | 18:38 |
| 15 | respectfully decline to answer, and I assert the | 18:38 |
| 16 | rights guaranteed to me under the Fifth Amendment to | 18:38 |
| 17 | the Constitution of the United States. | 18:38 |
| 18 | Q   Was there anything that Uber's lawyers asked | 18:38 |
| 19 | you to do in relation to Uber's investigation, in | 18:38 |
| 20 | relation to this litigation, that you actually did? | 18:38 |
| 21 | A   On the advice and direction of my counsel, I | 18:38 |
| 22 | respectfully decline to answer, and I assert the | 18:38 |
| 23 | rights guaranteed to me under the Fifth Amendment to | 18:38 |
| 24 | the Constitution of the United States. | 18:38 |
| 25 | Q   Was -- what specifically did you tell Uber | 18:38 |

Page 296

| | | |
|---|---|---|
| 1 | you would not do in relation to Uber's investigation | 18:38 |
| 2 | in relation to this litigation? | 18:39 |
| 3 |    A   On -- | 18:39 |
| 4 |      MR. EHRLICH:  I'm going to object here, | 18:39 |
| 5 | again, based on the common interest privilege. | 18:39 |
| 6 |      So, I'm going to instruct you not to give an | 18:39 |
| 7 | answer relating to any communications to Uber counsel | 18:39 |
| 8 | in connection with the litigation. | 18:39 |
| 9 |      MR. RADKE:  Otto Trucking joins the | 18:39 |
| 10 | instruction. | 18:39 |
| 11 |      MR. EHRLICH:  But outside of that, to the | 18:39 |
| 12 | extent they're not privileged communications, you can | 18:39 |
| 13 | answer. | 18:39 |
| 14 |      MS. DUNN:  Yeah, and I also will instruct to | 18:39 |
| 15 | the extent that they're privileged communications, to | 18:39 |
| 16 | not reveal the content. | 18:39 |
| 17 |      But, to the extent that there are | 18:39 |
| 18 | non-privileged communications, the witness is free to | 18:39 |
| 19 | answer. | 18:39 |
| 20 |      MR. PERLSON:  Well, what's the line there? | 18:39 |
| 21 |      MS. DUNN:  It's not what this -- I mean, I -- | 18:39 |
| 22 | my instruction is proper. | 18:39 |
| 23 |      MR. PERLSON:  Are there -- well, let me ask | 18:39 |
| 24 | you this:  Are there any conversations that occurred | 18:39 |
| 25 | with lawyers that wouldn't be privileged that he could | 18:39 |

Page 297

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | answer the question about that wouldn't be subject to | 18:39 |
| 2 | that instruction? | 18:39 |
| 3 | MS. DUNN:  I -- David, your questions should | 18:39 |
| 4 | be to the witness. | 18:39 |
| 5 | MR. PERLSON:  Well, I don't think it's | 18:39 |
| 6 | possible for him to comply with the -- the scope of it | 18:40 |
| 7 | the way that you've framed it. | 18:40 |
| 8 | MS. DUNN:  I think that's -- | 18:40 |
| 9 | MR. PERLSON:  Perhaps you should talk with | 18:40 |
| 10 | him about it. | 18:40 |
| 11 | MS. DUNN:  I think I've -- I have made my | 18:40 |
| 12 | instruction.  His -- | 18:40 |
| 13 | MR. PERLSON:  Are there -- | 18:40 |
| 14 | MS. DUNN:  He doesn't look as confused as you | 18:40 |
| 15 | look. | 18:40 |
| 16 | MR. PERLSON:  Did you have any -- well, I | 18:40 |
| 17 | think his job is a little easier here today than -- | 18:40 |
| 18 | than mine. | 18:40 |
| 19 | Q   But the -- the -- the -- did you have any | 18:40 |
| 20 | communications -- okay. | 18:40 |
| 21 | Well, let me -- let me ask you this:  Are | 18:40 |
| 22 | there any conversations -- well, that's -- that's what | 18:40 |
| 23 | I asked you, that you objected to. | 18:40 |
| 24 | What specifically did Uber's lawyers tell you | 18:40 |
| 25 | to do in relation to Uber's investigation, in relation | 18:40 |

Page 298

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | to this litigation, that you refused to do? | 18:40 |
| 2 | MS. DUNN:  Same instruction. | 18:40 |
| 3 | MR. EHRLICH:  I think that that squarely | 18:40 |
| 4 | implicates privilege.  So I'm going to instruct the | 18:41 |
| 5 | client not to answer. | 18:41 |
| 6 | MR. RADKE:  Otto Trucking joins. | 18:41 |
| 7 | MR. PERLSON:  Okay.  I'm done for today, | 18:41 |
| 8 | subject to the various privilege issues and all the | 18:41 |
| 9 | other discovery issues out there that have yet to be | 18:41 |
| 10 | resolved. | 18:41 |
| 11 | MS. DUNN:  I have only one additional | 18:41 |
| 12 | question. | 18:41 |
| 13 | MR. PERLSON:  Okay.  Do you want to just ask | 18:41 |
| 14 | it there, or do you want to switch? | 18:41 |
| 15 | MS. DUNN:  I can ask it from here. | 18:41 |
| 16 | But you should look at the camera -- | 18:41 |
| 17 | THE WITNESS:  Okay.  I'll look at the camera. | 18:41 |
| 18 | MS. DUNN:  -- so that we don't mess you up. | 18:41 |
| 19 | THE WITNESS:  I'll pretend that you're asking | 18:41 |
| 20 | the question. | 18:41 |
| 21 | | 18:41 |
| 22 | FURTHER EXAMINATION | 18:41 |
| 23 | BY MS. DUNN: | 18:41 |
| 24 | Q  Mr. Levandowski, do you recall that | 18:41 |
| 25 | Mr. Perlson asked you about the relevance of the | 18:41 |

Page 299