# EXHIBIT 19
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    _____
 5    WAYMO LLC,                      )
 6           Plaintiff,               )
 7    vs.                             ) Case No.
 8    UBER TECHNOLOGIES, INC.;        ) 3:17-CV-00939-WHA
 9    OTTOMOTTO LLC; OTTO TRUCKING    )
10    LLC,                            )
11           Defendants.              )
      _____)
12         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14    OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                    PIERRE-YVES DROZ
16                  Palo Alto, California
17               Tuesday, August 22, 2017
18                       Volume I
19
20    Reported by:
21    CATHERINE A. RYAN
22    CMR, CRR, CSR No. 8239
23    Job No. 2685937
24
25    PAGES 1 - 92
```

Page 1

```
 1   desk, but --                                              14:47:39
 2       Q    And what -- what device was on her desk?
 3       A    A PBR5.
 4       Q    Is PBR5 in use today?
 5       A    No.                                              14:47:50
 6       Q    Why not?
 7       A    It was --
 8            MR. JAFFE:  Object to form --
 9            THE WITNESS:  Sorry.
10            MR. JAFFE:  -- and outside the scope.            14:47:53
11            THE WITNESS:  PBR5 is the much earlier
12   version to the PBR we use today.  It's a very
13   different -- very different capabilities, very
14   different technology, and I think we -- we stopped
15   using it probably, like, three years ago-ish.             14:48:08
16   Something like that.
17            MR. CHATTERJEE:  I'm going to mark this as
18   1826.
19            (Exhibit 1826 was marked for
20            identification by the court reporter.)           14:48:32
21   BY MR. CHATTERJEE:
22       Q    I've marked the document as 1826.  I'm
23   going to give you the physical specimens in a
24   minute.  I just want to have a record of what it is
25   I'm giving you.  These are pictures of each side of       14:48:44
```

Page 33

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the device that I'm giving you. | 14:48:46 |
| 2 |     A    Okay. | |
| 3 |     Q    I'm going to hand you the device here, and | |
| 4 | you can open the bag and take it out. | |
| 5 |     A    Yeah. | 14:48:54 |
| 6 |     Q    Do you recognize these devices, Mr. Droz? | |
| 7 |     A    Let me look at the identification number | |
| 8 | on it. | |
| 9 |     Q    I can give you a magnifying glass if it | |
| 10 | would be helpful. | 14:49:12 |
| 11 |     MR. JAFFE:  Has this been made available | |
| 12 | in discovery? | |
| 13 |     MR. CHATTERJEE:  It is now. | |
| 14 |     MR. JAFFE:  You're just making available | |
| 15 | that you had devices in discovery? | 14:49:17 |
| 16 |     MR. CHATTERJEE:  I just got them. | |
| 17 |     MR. JAFFE:  From where? | |
| 18 |     MR. CHATTERJEE:  Yesterday.  You'll find | |
| 19 | out soon enough. | |
| 20 |     Q    Go ahead, Mr. Droz. | 14:49:23 |
| 21 |     A    Okay.  So -- sorry.  What is your | |
| 22 | question? | |
| 23 |     Q    Do you recognize these documents? | |
| 24 |     A    I mean, documents, no, but the boards, | |
| 25 | yes. | 14:49:38 |

Page 34

```
 1       Q    Okay.  What are those boards?                   14:49:38

 2       A    Those boards are early version of the GBr2

 3  transmit boards.

 4       Q    Okay.  If you would look -- you can use

 5  the magnifying glass if it would be helpful.  It's        14:49:47

 6  ███████████████████████████

 7            Do you see that?

 8       A    Yes, that would be two versions of it.

 9       Q    Now, there's something attached to the

10  side of those.  Do you see those?  Do you know what       14:50:04

11  those are?

12       A    They look like ear- -- like -- I don't

13  know.  I think they look like ear- -- how do you

14  call it?  Like, earring rings.

15       Q    Are you familiar with anyone giving             14:50:16

16  earrings -- giving the printed circuit boards as

17  earrings to someone as a gift?

18       A    No, I'm not.

19       Q    Okay.  And so you're not familiar with

20  Seval Oz?                                                 14:50:26

21       A    I'm sorry.  I'm familiar with her, but her

22  having that, I'm totally not familiar with it.

23       Q    So you were not at a -- at a party where

24  they gave these to her as a gift when she left the

25  company?                                                  14:50:37
```

Page 35

```
 1    A    No, I was not at her goodbye party.           14:50:38
 2    Q    Are you aware of anyone giving her these
 3  as a gift at a going away party?
 4    A    I was totally unaware of that, no.
 5    Q    Okay.  And -- and you were never present      14:50:51
 6  in any of those meetings?
 7    A    The party I was not, no.
 8    Q    You're familiar she left the company?
 9    A    Yeah.
10    Q    Up until today were you aware that Ms. Oz    14:50:58
11  actually had earrings that were the two printed
12  circuit boards of the GBr ▮▮▮▮▮▮▮▮
13    A    No, I just discovered it today.  You just
14  told me, basically.
15    Q    And ▮▮▮▮▮▮▮                                   14:51:12
16         Do you know what the difference is between
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18    A    The exact differences, no.  I mean, it's
19  like, a small improvement, better version, hence the
20  different in the output.                             14:51:31
21    Q    But these ones would have ▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮, right?
23    A    It actually doesn't because it doesn't
24  have diodes on it.  This is just bare PCB.
25    Q    It would just have the PCB?                   14:51:39
```

Page 36

| | | |
|---|---|---|
| 1 | A    Yeah, this is just bare PCB. | 14:51:40 |
| 2 | Q    Now, when I look at those, can I tell that | |
| 3 | there are ▇▇▇▇▇▇▇▇▇▇▇▇ on it? | |
| 4 | A    Actually, let me rephrase what I just | |
| 5 | said.  This one doesn't have diodes.  The left one | 14:51:49 |
| 6 | does have diodes. | |
| 7 | Q    But you can actually see them on there, | |
| 8 | right? | |
| 9 | A    Yeah.  Can I see? | |
| 10 | Q    This is the ▇▇▇ version, correct? | 14:51:56 |
| 11 | A    Corrected.  Yes.  It does have lasers. | |
| 12 | Q    And it also has ▇▇▇▇▇▇▇▇▇▇▇▇, | |
| 13 | right? | |
| 14 | A    Yes, I couldn't tell you if they're -- | |
| 15 | what size they are, what -- | 14:52:18 |
| 16 | Q    Do you know if the size for ▇▇▇▇▇▇ | |
| 17 | ▇▇▇▇▇▇ changed from GBr2 to GBr3? | |
| 18 | A    I am not sure.  I don't know.  That I | |
| 19 | don't know.  I know that ▇▇▇▇▇▇▇▇▇▇▇▇ | |
| 20 | changed a little bit.  So it's possible that they | 14:52:30 |
| 21 | changed the -- | |
| 22 | Q    Would you be concerned at all that someone | |
| 23 | gave these to Ms. Oz as a gift when she was leaving | |
| 24 | her employment -- | |
| 25 | A    Yeah. | 14:52:42 |

Page 37

| | | |
|---|---|---|
| 1 | Q    -- with Google? | 14:52:42 |
| 2 | A    Yes. | |
| 3 | Q    Why? | |
| 4 | A    Because this is -- this is confidential | |
| 5 | information.  This is our designs.  That's not | 14:52:47 |
| 6 | something we should give to someone, especially if | |
| 7 | someone is leaving the company. | |
| 8 | Q    Would it surprise you that these earrings | |
| 9 | were given to her on the Google facilities as a gift | |
| 10 | before she left? | 14:53:00 |
| 11 | MR. JAFFE:  Object to form. | |
| 12 | THE WITNESS:  So let me put it this way: | |
| 13 | It would surprise me.  If Anthony had done this, it | |
| 14 | would surprise me less, but that's more just from my | |
| 15 | knowledge of what -- | 14:53:16 |
| 16 | BY MR. CHATTERJEE: | |
| 17 | Q    If he hadn't given it to her but someone | |
| 18 | else had, would that surprise you? | |
| 19 | A    It would, yes, probably. | |
| 20 | Q    Where does Ms. Oz work now? | 14:53:27 |
| 21 | A    I'm not sure.  I know she was even like -- | |
| 22 | when she left Google, she was getting pretty -- an | |
| 23 | executive role, maybe CEO of some -- I don't know | |
| 24 | exactly -- I didn't know Seval that well. | |
| 25 | Q    Do you know if she's working on | 14:53:45 |

Page 38

```
1    self-driving car technologies?                              14:53:47

2         A    I don't -- I don't know if she is.

3         Q    Okay.  I can take the earrings back.

4         A    Sure.

5              MR. CHATTERJEE:  We'll make them available        14:53:55

6    for inspection whenever you want, Jordan.  We'll

7    keep the pictures of the record just so it's clear

8    what it was.

9              THE WITNESS:  Sorry.

10             MR. JAFFE:  Thank you.                            14:54:05

11   BY MR. CHATTERJEE:

12        Q    Are you aware --

13        A    I'm sorry.

14        Q    No.  You can hold on to that.

15             Are you aware of any vendors publishing           14:54:12

16   pictures of printed circuit boards made --

17        A    I mean of our circuit boards?

18        Q    Let me ask it more precisely.  That's a

19   fair point.

20             Are you aware of any vendors publishing           14:54:27

21   pictures of the printed circuit boards or designs of

22   Google?

23             MR. JAFFE:  Object to form.

24   BY MR. CHATTERJEE:

25        Q    For LiDAR devices?                                14:54:36
```

Page 39

| | | |
|---|---|---|
| 1 | MR. JAFFE: Same objection. | 14:54:36 |
| 2 | THE WITNESS: I'm not aware of that. | |
| 3 | BY MR. CHATTERJEE: | |
| 4 | Q   You're not aware of any instance where a | |
| 5 | picture of a Google printed circuit board for LiDAR | 14:54:41 |
| 6 | was published in a catalog? | |
| 7 | A   A picture of -- no. | |
| 8 | Q   Do you know why Anthony Levandowski was | |
| 9 | not sued for trade secret misappropriation? | |
| 10 | MR. JAFFE: Object to form.  And | 14:55:12 |
| 11 | objection.  Beyond the scope. | |
| 12 | What topic are we on here? | |
| 13 | MR. CHATTERJEE: "All measures taken by | |
| 14 | Google and/or Waymo to protect trade secrets Waymo | |
| 15 | claims was misappropriated by Otto Trucking." | 14:55:21 |
| 16 | Whether you sued him or not and why falls within | |
| 17 | that. | |
| 18 | MR. JAFFE: That is not a question for a | |
| 19 | fact witness.  Is -- that is not within the scope -- | |
| 20 | MR. CHATTERJEE: He's a 30(b)(6) witness. | 14:55:30 |
| 21 | He can answer it.  If he doesn't know, he can say he | |
| 22 | doesn't know. | |
| 23 | MR. JAFFE: Objection.  Beyond the scope. | |
| 24 | And I'm going to object to form. | |
| 25 | THE WITNESS: I don't know why. | 14:55:38 |

Page 40

| | | |
|---|---|---|
| 1 | MR. JAFFE:  Oh, and -- I don't think it's | 14:55:40 |
| 2 | problematic given your answer, but I also just want | |
| 3 | to caution you not to reveal any attorney-client | |
| 4 | communications. | |
| 5 | BY MR. CHATTERJEE: | 14:55:48 |
| 6 | Q   Do you know if Google does anything to | |
| 7 | ensure compliance by vendors with respect to | |
| 8 | Google's confidential information associated with | |
| 9 | its printed circuit boards? | |
| 10 | MR. JAFFE:  Objection.  Beyond the scope. | 14:56:01 |
| 11 | THE WITNESS:  So I know that we -- you | |
| 12 | know, from a -- from talking with Tim Willis and | |
| 13 | seeing how the DSM team works, I know they do | |
| 14 | inspect the counter facilities.  I think one of the | |
| 15 | thing they check is how the information there is | 14:56:17 |
| 16 | segmented into -- between different projects.  I | |
| 17 | know we have NDAs put in place with vendors and, you | |
| 18 | know, subcontractors as well. | |
| 19 | BY MR. CHATTERJEE: | |
| 20 | Q   Do you know if they do any proactive | 14:56:33 |
| 21 | monitoring to make sure that vendors aren't using | |
| 22 | the information incorrectly? | |
| 23 | MR. JAFFE:  Objection.  Beyond the scope. | |
| 24 | Form. | |
| 25 | THE WITNESS:  I know we do site visits. | 14:56:42 |

Page 41