# EXHIBIT 23

| | |
|---|---|
| **From:** | Vu, Hong-An <HVu@goodwinlaw.com> |
| **Sent:** | Tuesday, September 05, 2017 10:41 PM |
| **To:** | Jeff Nardinelli |
| **Cc:** | James Baker |
| **Subject:** | RE: Forensic Update |

Jeff,

I was out of the office and catching up on emails.  Our experts are still running tools to see if they can decrypt the image.  When that process is complete, we will let you know and can return the images at that time.  Thus far, they have not been able to decrypt the image.

Regarding your second question, we are not going to share our privileged communications or work product with you.

Thanks,
Hong-An

**Hong-An Vu**



Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
o  +1 213 426 2557
f  +1 213 289 7728
HVu@goodwinlaw.com | goodwinlaw.com

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Wednesday, August 30, 2017 9:08 AM
**To:** Vu, Hong-An
**Cc:** James Baker
**Subject:** RE: Forensic Update

Thanks Hong-An.

To be clear, you stated that your forensic team couldn't obtain any additional information.  Was anyone else able to?  Specifically, please confirm you did not consult with Mr. Levandowski in any way relating to this exercise, and that no one, including but not limited to your forensic team, was able to obtain any additional information or decrypt the G-laptop.

Once you've confirmed that, you have Quinn Emanuel's permission to have Duff & Phelps destroy the images, and certify to their destruction, in accordance with the protocol.

Thanks,
Jeff

**From:** Vu, Hong-An [mailto:HVu@goodwinlaw.com]
**Sent:** Tuesday, August 29, 2017 8:39 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Cc:** James Baker <jamesbaker@quinnemanuel.com>
**Subject:** Re: Forensic Update


Hi Jeff,
Sorry, I've been out of the office the last few days. Our forensic team was not able to obtain any additional information from the images or decrypt the G-laptop.

Thanks,
Hong-An

Sent from my iPhone

On Aug 29, 2017, at 7:51 PM, Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> wrote:

> Hi Hong-An,
>
> Just bumping this up in your inbox.
>
> Thanks,
> Jeff
>
> ---
>
> **From:** Jeff Nardinelli
> **Sent:** Thursday, August 24, 2017 11:21 PM
> **To:** 'Vu, Hong-An' <HVu@goodwinlaw.com>
> **Cc:** James Baker <JamesBaker@QuinnEmanuel.com>
> **Subject:** Forensic Update
>
> Hong-An,
>
> It's been ten days since you imaged Anthony Levandowski's hard drives.  Can you give a progress update?
>
> Thanks,
> Jeff
>
>
> **Jeff Nardinelli**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> 415-875-6325 Direct
> 415.875.6600 Main Office Number
> 415.875.6700 FAX
> jeffnardinelli@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you

have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*