UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **JOINT SUBMISSION OF PROPOSED REVISION TO JUROR QUESTIONNAIRE QUESTION 9** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Pursuant to the Court's September 5, 2017 Order Re Meet and Confer on Juror Questionnaire (Dkt. 1468), the parties hereby jointly submit a proposed revised version of Question 9 in the juror questionnaire used in *Oracle America, Inc. v. Google Inc.*, No. 3:10-cv-03561-WHA (Dkt. No. 1710-1).  The parties' proposed revised version is attached as Exhibit 1.

DATED:  September 8, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/Charles K. Verhoeven*
  Charles K. Verhoeven
  *Attorneys for WAYMO LLC*

DATED:  September 8, 2017          BOIES SCHILLER FLEXNER LLP

By */s/ Edward H. Takashima*
  Edward H. Takashima
  *Attorneys for Defendants Uber Technologies, Inc. and Ottomotto LLC*

DATED:  September 8, 2017          GOODWIN PROCTER LLP

By */s/ Indra Neel Chatterjee*
  Indra Neel Chatterjee
  *Attorneys for Defendant Otto Trucking, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Edward H. Takashima and Indra Neel Chatterjee.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

# Exhibit 1

9.  In this lawsuit, Waymo LLC is accusing Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC of misappropriating certain of its trade secrets and of infringing one of its patents in connection with LiDAR sensors for self-driving cars.  Waymo LLC is part of Google's parent company called Alphabet.  Waymo is seeking a large damage award.  Uber, Ottomotto, and Otto Trucking deny these claims.

Please answer these questions:

>   a. What, if anything, have you already heard or read about this case? (You must NOT look up anything about the dispute.)
>   _____
>   _____
>   _____
>
>   b. Do you have strong opinions, favorable or unfavorable, about Google, Uber, Waymo, Ottomotto, or Otto Trucking? • Yes • No
>   If yes, please explain:
>   _____
>   _____
>
>   c. In the past 10 years, have you had any problems with a Google product (such as gmail) or an Uber service? • Yes • No
>   If yes, please explain: _____
>   _____
>   _____
>
>   d.  Have you or anyone close to you, within the last ten years, been employed by, owned stock in, or had any business relationship with Waymo, Google, Alphabet, Uber, Ottomotto, or Otto Trucking? • Yes • No
>   If yes, please explain: _____
>   _____
>   _____
>
>   e.  Do you know any employees of Google, Uber, Waymo, Ottomotto, or Otto Trucking? • Yes • No
>
>   f. Have you or anyone close to you, within the last ten years, been employed by, owned stock in, or had any business relationship with any company, college or university, or other organization involved in the field of autonomous and/or self-driving vehicles?  • Yes • No
>   If yes, please explain: _____
>   _____
>   _____

g. Do you have a strong opinion, favorable or unfavorable, about any of the following potential witnesses? Sergey Brin, Travis Kalanick, Anthony Levandowski  or Larry Page  • Yes, I have a strong opinion. • No, I have no strong opinion.

h. Do you have a strong opinion or impression, favorable or unfavorable, about this lawsuit? • Yes, I have a strong opinion or impression. • No, I have no strong opinion or impression.

i. On the back of this page is a list of all potential witnesses. Please circle each that you personally are acquainted with.