QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426) AND EXPEDITED DISCOVERY ORDER (Dkt. 61)** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Supplemental Brief in Support of its Motion for Order to Show Cause, filed concurrently herewith. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief in Support of its Motion for Order to Show Cause ("Waymo's Brief") | Highlighted in blue | Defendants |
| | Highlighted in yellow | Anthony Levandowski |
| Exhibit 1 to Waymo's Brief | Entire document | Anthony Levandowski |
| Exhibit 2 to Waymo's Brief | Entire document | Defendants |
| Exhibit 3 to Waymo's Brief | Entire document | Defendants |
| Exhibit 4 to Waymo's Brief | Highlighted in orange | Anthony Levandowski; other third-parties |
| | Highlighted in red | Waymo |
| Exhibit 5 to Waymo's Brief | Entire document | Defendants |
| Exhibit 6 to Waymo's Brief | Entire document | Defendants; other third-parties |
| Exhibit 7 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 8 to Waymo's Brief | Entire document | Anthony Levandowski; other third-parties |
| Exhibit 9 to Waymo's Brief | Highlighted in yellow | Defendants |
| Exhibit 10 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 11 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 12 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 13 to Waymo's Brief | Entire document | Defendants |
| Exhibit 14 to Waymo's Brief | Entire document | Defendants |
| Exhibit 15 to Waymo's Brief | Entire document | Defendants |
| Exhibit 16 to Waymo's Brief | Entire document | Defendants |
| Exhibit 17 to Waymo's Brief | Entire document | Defendants |
| Exhibit 18 to Waymo's Brief | Entire document | Defendants |
| Exhibit 19 to Waymo's Brief | Highlighted in red | Waymo |
| Exhibit 24 to Waymo's Brief | Entire document | Defendants |
| Exhibit 25 to Waymo's Brief | Entire document | Defendants |
| Proposed Jury Instruction | Highlighted in yellow | Anthony Levandowski |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. DEFENDANTS AND/OR ANTHONY LEVANDOWSKI'S AND/OR OTHER THIRD-PARTIES CONFIDENTIAL INFORMATION

Waymo seeks to seal these documents only because Defendants and/or non-party Anthony Levandowski and or other third-parties have designated the information confidential and/or highly confidential.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position on the merits of sealing the designated material, and expects Defendants and/or Mr. Levandowksi and/or other third-parties to file one or more declarations in accordance with the Local Rules.

## III. THE COURT SHOULD SEAL WAYMO'S CONFIDENTIAL INFORMATION

The Court should seal the portions of Exhibits 4 and 19 (highlighted in red) identified by Waymo in the table above.  Waymo seeks to file this information under seal because it discloses technical information regarding Waymo's trade secrets.  *See* Cooper Dec., ¶ 4.  Courts have determined that trade secret information merits sealing.  *Music Grp. Macao Commercial Offshore Ltd. v. Foote*, No. 14–cv–03078–JSC, 2015 WL 3993147, at *1 (N.D. Cal. June 30, 2015) (quoting *Kamakana*, 447 F.3d at 1179); *see also Brocade Commc'ns Sys., Inc. v. A10 Networks, Inc.*, No. C 10-3428 PSG, 2013 WL 211115, at *1, *3 (N.D. Cal. Jan. 17, 2013) (granting request to seal document that "consists entirely of descriptions of Brocade's trade secrets.").  Waymo seeks to seal trade secret information that fit squarely within these categories.  Cooper Dec. ¶ 4.  Waymo maintains this information as a trade secret (*see* Dkt. 25-31) and ensures the information remains secret with strict secrecy and security protocols (*see* Dkt. 25-47; Dkt. 25-49.).  *Id.*  Waymo has narrowly tailored its requests to only information meriting sealing.  *Id.*  In fact, both *Music Grp.* and *Brocade* found the confidential information at issue in those cases met the heightened "compelling reasons" standard for sealing.  *Music Grp.*, 2015 WL 3993147, at *1; *Brocade*, 2013 WL 211115, at *1, *3.  The information that Waymo seeks to seal, therefore, also meets this heightened standard.  The disclosure of Waymo's trade secrets would harm Waymo.  Cooper Dec. ¶ 4.  Moreover, the scope of information that Waymo is seeking to seal is consistent with other administrative motions to seal that have already been granted by the Court in this case.  (*See* Dkt. 681.)  Thus, the Court should grant Waymo's administrative motion to seal.

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED: September 10, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Charles K. Verhoeven
   Charles K. Verhoeven
   Attorneys for WAYMO LLC