1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (Dkt. 426) AND EXPEDITED DISCOVERY ORDER (Dkt. 61)** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Supplemental Brief in Support of its Motion for Order to Show Cause.

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Supplemental Brief in Support of its Motion for Order to Show Cause ("Waymo's Brief") | Highlighted in blue |
| | Highlighted in yellow |
| Exhibit 1 to Waymo's Brief | Entire document |
| Exhibit 2 to Waymo's Brief | Entire document |
| Exhibit 3 to Waymo's Brief | Entire document |
| Exhibit 4 to Waymo's Brief | Highlighted in orange |
| | Highlighted in red |
| Exhibit 5 to Waymo's Brief | Entire document |
| Exhibit 6 to Waymo's Brief | Entire document |
| Exhibit 7 to Waymo's Brief | Entire document |
| Exhibit 8 to Waymo's Brief | Entire document |
| Exhibit 9 to Waymo's Brief | Highlighted in yellow |
| Exhibit 10 to Waymo's Brief | Entire document |
| Exhibit 11 to Waymo's Brief | Entire document |
| Exhibit 12 to Waymo's Brief | Entire document |
| Exhibit 13 to Waymo's Brief | Entire document |
| Exhibit 14 to Waymo's Brief | Entire document |
| Exhibit 15 to Waymo's Brief | Entire document |
| Exhibit 16 to Waymo's Brief | Entire document |
| Exhibit 17 to Waymo's Brief | Entire document |
| Exhibit 18 to Waymo's Brief | Entire document |
| Exhibit 19 to Waymo's Brief | Highlighted in red |
| Exhibit 24 to Waymo's Brief | Entire document |
| Exhibit 25 to Waymo's Brief | Entire document |
| Proposed Jury Instruction | Highlighted in yellow |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge