# EXHIBIT 19
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                        )
 6         Plaintiff,                  )
 7   vs.                               ) Case No.
 8   UBER TECHNOLOGIES, INC.;          ) 3:17-CV-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING      )
10   LLC,                              )
11         Defendants.                 )
     _____)
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                    PIERRE-YVES DROZ
16                  Palo Alto, California
17               Tuesday, August 22, 2017
18                       Volume I
19
20   Reported by:
21   CATHERINE A. RYAN
22   CMR, CRR, CSR No. 8239
23   Job No. 2685937
24
25   PAGES 1 - 92
```

Page 1

Veritext Legal Solutions
866 299-5127

1  desk, but --                                              14:47:39
2       Q    And what -- what device was on her desk?
3       A    A PBR5.
4       Q    Is PBR5 in use today?
5       A    No.                                             14:47:50
6       Q    Why not?
7       A    It was --
8            MR. JAFFE:  Object to form --
9            THE WITNESS:  Sorry.
10           MR. JAFFE:  -- and outside the scope.           14:47:53
11           THE WITNESS:  PBR5 is the much earlier
12  version to the PBR we use today.  It's a very
13  different -- very different capabilities, very
14  different technology, and I think we -- we stopped
15  using it probably, like, three years ago-ish.            14:48:08
16  Something like that.
17           MR. CHATTERJEE:  I'm going to mark this as
18  1826.
19           (Exhibit 1826 was marked for
20           identification by the court reporter.)          14:48:32
21  BY MR. CHATTERJEE:
22       Q    I've marked the document as 1826.  I'm
23  going to give you the physical specimens in a
24  minute.  I just want to have a record of what it is
25  I'm giving you.  These are pictures of each side of      14:48:44

```
```

```
 1    the device that I'm giving you.                              14:48:46
 2         A    Okay.
 3         Q    I'm going to hand you the device here, and
 4    you can open the bag and take it out.
 5         A    Yeah.                                              14:48:54
 6         Q    Do you recognize these devices, Mr. Droz?
 7         A    Let me look at the identification number
 8    on it.
 9         Q    I can give you a magnifying glass if it
10    would be helpful.                                            14:49:12
11              MR. JAFFE:  Has this been made available
12    in discovery?
13              MR. CHATTERJEE:  It is now.
14              MR. JAFFE:  You're just making available
15    that you had devices in discovery?                           14:49:17
16              MR. CHATTERJEE:  I just got them.
17              MR. JAFFE:  From where?
18              MR. CHATTERJEE:  Yesterday.  You'll find
19    out soon enough.
20         Q    Go ahead, Mr. Droz.                                14:49:23
21         A    Okay.  So -- sorry.  What is your
22    question?
23         Q    Do you recognize these documents?
24         A    I mean, documents, no, but the boards,
25    yes.                                                         14:49:38
```

Page 34

```
 1        Q    Okay.  What are those boards?                14:49:38
 2        A    Those boards are early version of the GBr2
 3   transmit boards.
 4        Q    Okay.  If you would look -- you can use
 5   the magnifying glass if it would be helpful.  It's     14:49:47
 6   ████████████████████████████████
 7        Do you see that?
 8        A    Yes, that would be two versions of it.
 9        Q    Now, there's something attached to the
10   side of those.  Do you see those?  Do you know what    14:50:04
11   those are?
12        A    They look like ear- -- like -- I don't
13   know.  I think they look like ear- -- how do you
14   call it?  Like, earring rings.
15        Q    Are you familiar with anyone giving          14:50:16
16   earrings -- giving the printed circuit boards as
17   earrings to someone as a gift?
18        A    No, I'm not.
19        Q    Okay.  And so you're not familiar with
20   Seval Oz?                                              14:50:26
21        A    I'm sorry.  I'm familiar with her, but her
22   having that, I'm totally not familiar with it.
23        Q    So you were not at a -- at a party where
24   they gave these to her as a gift when she left the
25   company?                                               14:50:37
```

```
 1      A    No, I was not at her goodbye party.           14:50:38
 2      Q    Are you aware of anyone giving her these
 3   as a gift at a going away party?
 4      A    I was totally unaware of that, no.
 5      Q    Okay.  And -- and you were never present     14:50:51
 6   in any of those meetings?
 7      A    The party I was not, no.
 8      Q    You're familiar she left the company?
 9      A    Yeah.
10      Q    Up until today were you aware that Ms. Oz    14:50:58
11   actually had earrings that were the two printed
12   circuit boards of the GBr ████████
13      A    No, I just discovered it today.  You just
14   told me, basically.
15      Q    And ████████                                  14:51:12
16           Do you know what the difference is between
17   ████████████████
18      A    The exact differences, no.  I mean, it's
19   like, a small improvement, better version, hence the
20   different in the output.                              14:51:31
21      Q    But these ones would have ████████████
22   ████, right?
23      A    It actually doesn't because it doesn't
24   have diodes on it.  This is just bare PCB.
25      Q    It would just have the PCB?                   14:51:39
```

```
 1      A    Yeah, this is just bare PCB.                   14:51:40

 2      Q    Now, when I look at those, can I tell that

 3   there are ████████████████ on it?

 4      A    Actually, let me rephrase what I just

 5   said.  This one doesn't have diodes.  The left one     14:51:49

 6   does have diodes.

 7      Q    But you can actually see them on there,

 8   right?

 9      A    Yeah.  Can I see?

10      Q    This is the █████ version, correct?            14:51:56

11      A    Corrected.  Yes.  It does have lasers.

12      Q    And it also has ████████████████████,

13   right?

14      A    Yes, I couldn't tell you if they're --

15   what size they are, what --                            14:52:18

16      Q    Do you know if the size for ██████████

17   ██████████ changed from GBr2 to GBr3?

18      A    I am not sure.  I don't know.  That I

19   don't know.  I know that ████████████████████

20   changed a little bit.  So it's possible that they      14:52:30

21   changed the --

22      Q    Would you be concerned at all that someone

23   gave these to Ms. Oz as a gift when she was leaving

24   her employment --

25      A    Yeah.                                          14:52:42
```

Page 37

1   Q   -- with Google?                                    14:52:42

2   A   Yes.

3   Q   Why?

4   A   Because this is -- this is confidential

5   information.  This is our designs.  That's not         14:52:47

6   something we should give to someone, especially if

7   someone is leaving the company.

8   Q   Would it surprise you that these earrings

9   were given to her on the Google facilities as a gift

10  before she left?                                       14:53:00

11      MR. JAFFE:  Object to form.

12      THE WITNESS:  So let me put it this way:

13  It would surprise me.  If Anthony had done this, it

14  would surprise me less, but that's more just from my

15  knowledge of what --                                   14:53:16

16  BY MR. CHATTERJEE:

17  Q   If he hadn't given it to her but someone

18  else had, would that surprise you?

19  A   It would, yes, probably.

20  Q   Where does Ms. Oz work now?                        14:53:27

21  A   I'm not sure.  I know she was even like --

22  when she left Google, she was getting pretty -- an

23  executive role, maybe CEO of some -- I don't know

24  exactly -- I didn't know Seval that well.

25  Q   Do you know if she's working on                    14:53:45

```
 1   self-driving car technologies?                              14:53:47

 2        A    I don't -- I don't know if she is.

 3        Q    Okay.  I can take the earrings back.

 4        A    Sure.

 5             MR. CHATTERJEE:  We'll make them available        14:53:55

 6   for inspection whenever you want, Jordan.  We'll

 7   keep the pictures of the record just so it's clear

 8   what it was.

 9             THE WITNESS:  Sorry.

10             MR. JAFFE:  Thank you.                            14:54:05

11   BY MR. CHATTERJEE:

12        Q    Are you aware --

13        A    I'm sorry.

14        Q    No.  You can hold on to that.

15             Are you aware of any vendors publishing           14:54:12

16   pictures of printed circuit boards made --

17        A    I mean of our circuit boards?

18        Q    Let me ask it more precisely.  That's a

19   fair point.

20             Are you aware of any vendors publishing           14:54:27

21   pictures of the printed circuit boards or designs of

22   Google?

23             MR. JAFFE:  Object to form.

24   BY MR. CHATTERJEE:

25        Q    For LiDAR devices?                                14:54:36
```

Page 39

```
 1              MR. JAFFE:  Same objection.                  14:54:36

 2              THE WITNESS:  I'm not aware of that.

 3     BY MR. CHATTERJEE:

 4         Q    You're not aware of any instance where a

 5     picture of a Google printed circuit board for LiDAR    14:54:41

 6     was published in a catalog?

 7         A    A picture of -- no.

 8         Q    Do you know why Anthony Levandowski was

 9     not sued for trade secret misappropriation?

10              MR. JAFFE:  Object to form.  And              14:55:12

11     objection.  Beyond the scope.

12              What topic are we on here?

13              MR. CHATTERJEE:  "All measures taken by

14     Google and/or Waymo to protect trade secrets Waymo

15     claims was misappropriated by Otto Trucking."          14:55:21

16     Whether you sued him or not and why falls within

17     that.

18              MR. JAFFE:  That is not a question for a

19     fact witness.  Is -- that is not within the scope --

20              MR. CHATTERJEE:  He's a 30(b)(6) witness.     14:55:30

21     He can answer it.  If he doesn't know, he can say he

22     doesn't know.

23              MR. JAFFE:  Objection.  Beyond the scope.

24     And I'm going to object to form.

25              THE WITNESS:  I don't know why.               14:55:38
```

Page 40

```
 1          MR. JAFFE:  Oh, and -- I don't think it's        14:55:40
 2   problematic given your answer, but I also just want
 3   to caution you not to reveal any attorney-client
 4   communications.
 5   BY MR. CHATTERJEE:                                      14:55:48
 6      Q   Do you know if Google does anything to
 7   ensure compliance by vendors with respect to
 8   Google's confidential information associated with
 9   its printed circuit boards?
10          MR. JAFFE:  Objection.  Beyond the scope.        14:56:01
11          THE WITNESS:  So I know that we -- you
12   know, from a -- from talking with Tim Willis and
13   seeing how the DSM team works, I know they do
14   inspect the counter facilities.  I think one of the
15   thing they check is how the information there is       14:56:17
16   segmented into -- between different projects.  I
17   know we have NDAs put in place with vendors and, you
18   know, subcontractors as well.
19   BY MR. CHATTERJEE:
20      Q   Do you know if they do any proactive            14:56:33
21   monitoring to make sure that vendors aren't using
22   the information incorrectly?
23          MR. JAFFE:  Objection.  Beyond the scope.
24   Form.
25          THE WITNESS:  I know we do site visits.         14:56:42
```

Page 41