# EXHIBIT 21

**Seval**

Sun, Jul 30, 2:41 PM

I'm at Apple until 3:00pm then free if u are around.

I'm close but not sure I can make it today. What about tomorrow

Tomorrow no good for me. It's ok.

Can we do evening? I'd at least like to get the ear rings

Heading to Fremont to buy a car and have dinner with friends up there. Tuesday then?

Sun, Jul 30, 4:44 PM

Tuesday is great. Thanks

I have earrings So no issues

LEV_005019

**Seval**

Mon, Jul 31, 4:51 PM

> What time do you want to meet up tomorrow?

I will be in Fremont area until 7:00 pm tomorrow. Dinner?

> I could meet you in Fremont or do dinner your call. Just want to make sure I don't forget to grab the ear rings

They are in my purse already from wknd. Meet me in Fremont is fine.

> Ok cool, let me know where you are, I'll be driving through there twice tomorrow.
>
> Excited to hear how your new start up is doing!

Excellent!


LEV_005018

