# EXHIBIT 4
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   WAYMO LLC,

6          Plaintiff,

7   vs.                          Case No.

8   UBER TECHNOLOGIES, INC.;      3:17-cv-00939-WHA

9   OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11         Defendants.

12  _____/

13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16    VIDEOTAPED DEPOSITION OF ANTHONY LEVANDOWSKI

17           SAN FRANCISCO, CALIFORNIA

18            TUESDAY, AUGUST 22, 2017

19

20

21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22  CSR LICENSE NO. 9830

23  JOB NO. 2684906

24

25  PAGES 1 - 302

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 2 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 3 | Amendment to the Constitution of the United States. | 14:17 |
| 4 | MR. PERLSON:  Q.  And is it correct that, | 14:17 |
| 5 | while you were at Google, you -- let me start over | 14:17 |
| 6 | again. | 14:17 |
| 7 | And is it correct that, while you were at | 14:17 |
| 8 | Uber, you used information obtained from Google | 14:17 |
| 9 | regarding its testing scenarios for midrange and | 14:17 |
| 10 | long-range LiDAR? | 14:17 |
| 11 | MS. DUNN:  Form. | 14:17 |
| 12 | MR. RADKE:  Join. | 14:17 |
| 13 | THE WITNESS:  On the advice and direction of | 14:17 |
| 14 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 15 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 16 | Amendment to the Constitution of the United States. | 14:17 |
| 17 | MR. PERLSON:  Q.  Do you know what Odin Wave | 14:17 |
| 18 | is? | 14:21 |
| 19 | A   On the advice and direction of my counsel, I | 14:21 |
| 20 | respectfully decline to answer, and I assert the | 14:21 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 22 | the Constitution of the United States. | 14:21 |
| 23 | Q   While you were employed by Waymo, you owned | 14:21 |
| 24 | and operated a LiDAR development company called | 14:21 |
| 25 | Odin Wave; isn't that right? | 14:21 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    On the advice and direction of my counsel, I    14:21
 2   respectfully decline to answer, and I assert the         14:21
 3   rights guaranteed to me under the Fifth Amendment to     14:21
 4   the Constitution of the United States.                   14:21
 5        Q    The LiDAR systems at Odin Wave, they           14:21
 6   incorporated fiber laser technology; didn't they?        14:21
 7             MS. DUNN:  Form.                                14:21
 8             MR. RADKE:  Join.                               14:21
 9             THE WITNESS:  On the advice and direction of    14:21
10   my counsel, I respectfully decline to answer, and I      14:21
11   assert the rights guaranteed to me under the Fifth       14:21
12   Amendment to the Constitution of the United States.      14:21
13             MR. PERLSON:  Q.  At some point, Odin -- the    14:21
14   name of Odin Wave changed to Tyto Lidar.                 14:21
15             Do you recall that?                            14:22
16        A    On the advice and direction of my counsel, I    14:22
17   respectfully decline to answer, and I assert the         14:22
18   rights guaranteed to me under the Fifth Amendment to     14:22
19   the Constitution of the United States.                   14:22
20        Q    Why did the name change from Odin Wave to      14:22
21   Tyto Lidar?                                              14:22
22        A    On the advice and direction of my counsel, I    14:22
23   respectfully decline to answer, and I assert the         14:22
24   rights guaranteed to me under the Fifth Amendment to     14:22
25   the Constitution of the United States.                   14:22
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Was it to obscure the existence of that | 14:22 |
| 2 | business to Google? | 14:22 |
| 3 | MS. DUNN:  Form. | 14:22 |
| 4 | MR. RADKE:  Join. | 14:22 |
| 5 | THE WITNESS:  On the advice and direction of | 14:22 |
| 6 | my counsel, I respectfully decline to answer, and I | 14:22 |
| 7 | assert the rights guaranteed to me under the Fifth | 14:22 |
| 8 | Amendment to the Constitution of the United States. | 14:22 |
| 9 | MR. PERLSON:  Q.  Did you provide technical | 14:22 |
| 10 | guidance to engineers at Tyto Lidar? | 14:23 |
| 11 | A   On the advice and direction of my counsel, I | 11:43 |
| 12 | respectfully decline to answer, and I assert the | 11:43 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 11:43 |
| 14 | the Constitution of the United States. | 11:43 |
| 15 | Q   Did you provide technical guidance to | 14:23 |
| 16 | engineers at Tyto Lidar regarding ███████ | 14:23 |
| 17 | technology? | 14:23 |
| 18 | A   On the advice and direction of my counsel, I | 14:23 |
| 19 | respectfully decline to answer, and I assert the | 14:23 |
| 20 | rights guaranteed to me under the Fifth Amendment to | 14:23 |
| 21 | the Constitution of the United States. | 14:23 |
| 22 | Q   Do you recall personally instructing James | 14:23 |
| 23 | Haslim how to construct a ███████ based on the | 14:24 |
| 24 | research and development being -- that was carried out | 14:24 |
| 25 | while you were at Google? | 14:24 |

Page 140

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:24 |
| 2 | MR. RADKE:  Join. | 14:24 |
| 3 | THE WITNESS:  On the advice and direction of | 14:24 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:24 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:24 |
| 6 | Amendment to the Constitution of the United States. | 14:24 |
| 7 | MR. PERLSON:  Q.  Well, didn't you personally | 14:24 |
| 8 | instruct James Haslim how to build ███████████ | 14:24 |
| 9 | ████████████████████████████, based on the | 14:24 |
| 10 | research and development being carried out at Google, | 14:24 |
| 11 | while you were there? | 14:24 |
| 12 | MS. DUNN:  Form. | 14:24 |
| 13 | MR. RADKE:  Join. | 14:24 |
| 14 | THE WITNESS:  On the advice and direction of | 14:24 |
| 15 | my counsel, I respectfully decline to answer, and I | 14:24 |
| 16 | assert the rights guaranteed to me under the Fifth | 14:24 |
| 17 | Amendment to the Constitution of the United States. | 14:24 |
| 18 | MR. PERLSON:  Q.  Do you recall personally | 14:24 |
| 19 | instructing James Haslim to ████████████████████ | 14:25 |
| 20 | ███████████████████████████████████████████ | 14:25 |
| 21 | ███████████████████? | 14:25 |
| 22 | MS. DUNN:  Form. | 14:25 |
| 23 | MR. RADKE:  Join. | 14:25 |
| 24 | THE WITNESS:  On the advice and direction of | 14:25 |
| 25 | my counsel, I respectfully decline to answer, and I | 14:25 |

Page 141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | assert the rights guaranteed to me under the Fifth | 14:25 |
| 2 | Amendment to the Constitution of the United States. | 14:25 |
| 3 | MR. PERLSON:  Q.  Did you know or understand | 14:25 |
| 4 | at the time, that the information that you were | 14:25 |
| 5 | providing to Mr. Haslim regarding this ████████ | 14:25 |
| 6 | technology, was confidential to Google while you were | 14:25 |
| 7 | at Google? | 14:25 |
| 8 | MS. DUNN:  Form. | 14:25 |
| 9 | MR. RADKE:  Join. | 14:25 |
| 10 | THE WITNESS:  On the advice and direction of | 14:25 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:25 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:25 |
| 13 | Amendment to the Constitution of the United States. | 14:26 |
| 14 | MR. PERLSON:  Q.  Was the information you | 14:26 |
| 15 | conveyed to Mr. Haslim regarding ████████ | 14:26 |
| 16 | technology generally known? | 14:26 |
| 17 | MS. DUNN:  Form. | 14:26 |
| 18 | MR. RADKE:  Join. | 14:26 |
| 19 | THE WITNESS:  On the advice and direction of | 14:26 |
| 20 | my counsel, I respectfully decline to answer, and I | 14:26 |
| 21 | assert the rights guaranteed to me under the Fifth | 14:26 |
| 22 | Amendment to the Constitution of the United States. | 14:26 |
| 23 | MR. PERLSON:  Q.  Did the information you | 14:26 |
| 24 | provided to Mr. Haslim, regarding the ████████ | 14:26 |
| 25 | technology, have independent economic value because it | 14:26 |

Page 142

| | | |
|---|---|---|
| 1 | was kept secret? | 14:26 |
| 2 | MS. DUNN:  Form. | 14:26 |
| 3 | MR. RADKE:  Join. | 14:26 |
| 4 | THE WITNESS:  On the advice and direction of | 14:26 |
| 5 | my counsel, I respectfully decline to answer, and I | 14:26 |
| 6 | assert the rights guaranteed to me under the Fifth | 14:26 |
| 7 | Amendment to the Constitution of the United States. | 14:26 |
| 8 | MR. PERLSON:  Q.  Did the ▮▮▮▮▮▮▮ | 14:26 |
| 9 | technology that you conveyed to Mr. Haslim allow Tyto | 14:27 |
| 10 | Lidar to construct a more cost effect -- | 14:27 |
| 11 | cost-efficient ▮▮▮▮▮▮ design for its Owl LiDAR | 14:27 |
| 12 | system? | 14:27 |
| 13 | MS. DUNN:  Form. | 14:27 |
| 14 | MR. RADKE:  Join. | 14:27 |
| 15 | THE WITNESS:  On the advice and direction of | 14:27 |
| 16 | my counsel, I respectfully decline to answer, and I | 14:27 |
| 17 | assert the rights guaranteed to me under the Fifth | 14:27 |
| 18 | Amendment to the Constitution of the United States. | 14:27 |
| 19 | MR. PERLSON:  Q.  Was the information you | 14:27 |
| 20 | passed along to Mr. Haslim, regarding the ▮▮▮▮▮▮ | 14:27 |
| 21 | technology, in actuality something you had learned | 14:28 |
| 22 | from Google during your work there on its self-driving | 14:28 |
| 23 | technology project? | 14:28 |
| 24 | MS. DUNN:  Form. | 14:28 |
| 25 | MR. RADKE:  Join. | 14:28 |

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  On the advice and direction of | 14:28 |
| 2 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 3 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 4 | Amendment to the Constitution of the United States. | 14:28 |
| 5 | MR. PERLSON:  Q.  When Uber acquired Otto, | 14:28 |
| 6 | part of the deal was for Otto to acquire Tyto Lidar; | 14:28 |
| 7 | right? | 14:28 |
| 8 | MS. DUNN:  Form. | 14:28 |
| 9 | MR. RADKE:  Join. | 14:28 |
| 10 | THE WITNESS:  On the advice and direction of | 14:28 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 13 | Amendment to the Constitution of the United States. | 14:28 |
| 14 | MR. PERLSON:  Q.  Well, the informa- -- | 14:28 |
| 15 | so let me start over. | 14:28 |
| 16 | Otto bought Tyto Lidar; is that right? | 14:28 |
| 17 | A    On the advice and direction of my counsel, I | 14:28 |
| 18 | respectfully decline to answer, and I assert the | 14:28 |
| 19 | rights guaranteed to me under the Fifth Amendment to | 14:28 |
| 20 | the Constitution of the United States. | 14:29 |
| 21 | Q    So, if you provided confidential information | 14:29 |
| 22 | you learned while you were at Google to Tyto, and then | 14:29 |
| 23 | Tyto was bought by Otto, and then Otto was eventually | 14:29 |
| 24 | bought by Uber, that allowed the information you | 14:29 |
| 25 | learned at Google to make its way to Uber? | 14:29 |

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:29 |
| 2 | MR. RADKE:  Join. | 14:29 |
| 3 | THE WITNESS:  On the advice and direction of | 14:29 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:29 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:29 |
| 6 | Amendment to the Constitution of the United States. | 14:29 |
| 7 | MR. PERLSON:  Q.  Isn't it true that one of | 14:29 |
| 8 | the files that you improperly retained from your work | 14:29 |
| 9 | at Google included a Google fiber laser for car LiDAR | 14:29 |
| 10 | presentation, describing ███████████████████ | 14:29 |
| 11 | ████████████████████ | 14:30 |
| 12 | MS. DUNN:  Form. | 14:30 |
| 13 | MR. RADKE:  Join. | 14:30 |
| 14 | THE WITNESS:  On the advice and direction of | 14:30 |
| 15 | my counsel, I respectfully decline to answer, and I | 14:30 |
| 16 | assert the rights guaranteed to me under the Fifth | 14:30 |
| 17 | Amendment to the Constitution of the United States. | 14:30 |
| 18 | MR. PERLSON:  Q.  Isn't it also true that the | 14:30 |
| 19 | ████████████ technology that you instructed Mr. Haslim | 14:30 |
| 20 | to develop at Tyto Lidar became incorporated into the | 14:30 |
| 21 | Spider device at Uber? | 14:30 |
| 22 | MS. DUNN:  Form. | 14:30 |
| 23 | MR. RADKE:  Join. | 14:30 |
| 24 | THE WITNESS:  On the advice and direction of | 14:30 |
| 25 | my counsel, I respectfully decline to answer, and I | 14:30 |

Page 145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | assert the rights guaranteed to me under the Fifth | 14:30 |
| 2 | Amendment to the Constitution of the United States. | 14:30 |
| 3 | MR. PERLSON:  Q.  And that ███████ | 14:30 |
| 4 | technology allowed Otto to more quickly develop ████ | 14:30 |
| 5 | ██████  for the Spider device; right? | 14:30 |
| 6 | MS. DUNN:  Form. | 14:30 |
| 7 | MR. RADKE:  Join. | 14:30 |
| 8 | THE WITNESS:  On the advice and direction of | 14:30 |
| 9 | my counsel, I respectfully decline to answer, and I | 14:30 |
| 10 | assert the rights guaranteed to me under the Fifth | 14:30 |
| 11 | Amendment to the Constitution of the United States. | 14:30 |
| 12 | MR. PERLSON:  Q.  And that saved Uber and | 14:30 |
| 13 | Otto money and time by not having developed its own | 14:31 |
| 14 | ██████████  technology for the Spider device? | 14:31 |
| 15 | MS. DUNN:  Form. | 14:31 |
| 16 | MR. RADKE:  Join. | 14:31 |
| 17 | THE WITNESS:  On the advice and direction of | 14:31 |
| 18 | my counsel, I respectfully decline to answer, and I | 14:31 |
| 19 | assert the rights guaranteed to me under the Fifth | 14:31 |
| 20 | Amendment to the Constitution of the United States. | 14:31 |
| 21 | MR. PERLSON:  Q.  Did you use the information | 14:31 |
| 22 | from the Google ███████████████ document | 14:31 |
| 23 | that you had taken from Google to further enhance the | 14:31 |
| 24 | ██████████  design for the Spider device at Uber? | 14:31 |
| 25 | MS. DUNN:  Form. | 14:31 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Join. | 14:31 |
| 2 | THE WITNESS:  On the advice and direction of | 14:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 14:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 14:31 |
| 5 | Amendment to the Constitution of the United States. | 14:32 |
| 6 | MR. PERLSON:  Q.  So, getting back to Tyto | 14:32 |
| 7 | again, Ottomotto acquired most of Tyto LiDAR's assets | 14:32 |
| 8 | in May of 2016; is that right? | 14:32 |
| 9 | A   On the advice -- | 14:32 |
| 10 | MS. DUNN:  Form. | 14:32 |
| 11 | THE WITNESS:  -- and direction -- on the | 14:32 |
| 12 | advice and direction of my counsel, I respectfully | 14:32 |
| 13 | decline to answer, and I assert the rights guaranteed | 14:32 |
| 14 | to me under the Fifth Amendment to the Constitution of | 14:32 |
| 15 | the United States. | 14:32 |
| 16 | MR. PERLSON:  Mark that. | 14:32 |
| 17 | THE REPORTER:  633. | 14:33 |
| 18 | (Document marked Exhibit 633 | 14:33 |
| 19 | for identification.) | 14:33 |
| 20 | MR. PERLSON:  You've been marked -- you've | 14:33 |
| 21 | been handed what's been marked as 633 -- | 14:33 |
| 22 | MS. DUNN:  Excuse me.  Sorry. | 14:33 |
| 23 | MR. PERLSON:  -- '47823 to '29. | 14:33 |
| 24 | Q   Do you recognize this as the agreement to -- | 14:33 |
| 25 | between Otto and Tyto to -- and Tyto to sell assets of | 14:33 |

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Tyto to Otto? | 14:33 |
| 2 | A    The title of the document says: | 14:33 |
| 3 | "Bill of Sale and Assignment and Assumption | 14:33 |
| 4 | Agreements." | 14:33 |
| 5 | Q    Do you recognize this document? | 14:33 |
| 6 | A    On the advice and direction of my counsel, I | 14:33 |
| 7 | respectfully decline to answer, and I assert the | 14:33 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:33 |
| 9 | the Constitution of the United States. | 14:33 |
| 10 | Q    Do you know what the terms of the sale were | 14:33 |
| 11 | of assets from Tyto to Otto? | 14:33 |
| 12 | A    On the advice and direction of my counsel, I | 14:33 |
| 13 | respectfully decline to answer, and I assert the | 14:33 |
| 14 | rights guaranteed to me under the Fifth Amendment to | 14:33 |
| 15 | the Constitution of the United States. | 14:34 |
| 16 | Q    Did you own Tyto Lidar through a number of | 14:34 |
| 17 | shell companies? | 14:34 |
| 18 | MS. DUNN:  Form. | 14:34 |
| 19 | MR. RADKE:  Join. | 14:34 |
| 20 | THE WITNESS:  On the advice and direction of | 14:34 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:34 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:34 |
| 23 | Amendment to the Constitution of the United States. | 14:34 |
| 24 | MR. PERLSON:  Q.  Did you control Tyto Lidar | 14:34 |
| 25 | through shell companies? | 14:34 |

Page 148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:34 |
| 2 | MR. RADKE:  Join. | 14:34 |
| 3 | THE WITNESS:  On the advice and direction of | 14:34 |
| 4 | my counsel, I respectfully decline to answer and I | 14:34 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:34 |
| 6 | Amendment to the Constitution of the United States. | 14:34 |
| 7 | THE REPORTER:  634. | 14:35 |
| 8 | (Document marked Exhibit 634 | 14:35 |
| 9 | for identification.) | 14:35 |
| 10 | MR. PERLSON:  Handing you what's been marked | 14:35 |
| 11 | as Exhibit 634, UBER-47857 through '61. | 14:35 |
| 12 | Q   Do you recognize Exhibit 634? | 14:35 |
| 13 | A   It's titled -- it's -- on the advice of my -- | 14:35 |
| 14 | and direction of my counsel, I respectfully decline to | 14:35 |
| 15 | answer, and I assert the rights guaranteed to me under | 14:35 |
| 16 | the Fifth Amendment to the Constitution of the United | 14:35 |
| 17 | States. | 14:35 |
| 18 | Q   Well, you see that the title of the document | 14:35 |
| 19 | is: | 14:35 |
| 20 | "Operating Agreement of Tyto Lidar, LLC." | 14:35 |
| 21 | A   I do see that, yes. | 14:35 |
| 22 | Q   And it says that this operating agreement -- | 14:35 |
| 23 | this agreement, dated as of February 15, 2014, is | 14:35 |
| 24 | declared to be the operating agreement of Tyto Lidar, | 14:35 |
| 25 | LLC, the company, by Sandstone Group, a limited -- | 14:36 |

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | LLC, a limited liability company, its sole member -- | 14:36 |
| 2 | the sole member. | 14:36 |
| 3 | Do you see that? | 14:36 |
| 4 | A    Yes. | 14:36 |
| 5 | Q    ████    ██████████████████████████ | 14:36 |
| 6 | A    On the advice and direction of my counsel, I | 14:36 |
| 7 | respectfully decline to answer, and I assert the | 14:36 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 9 | the Constitution of the United States. | 14:36 |
| 10 | Q    And was this Tyto Lidar, LLC -- sorry. | 14:36 |
| 11 | ████████████████████████████ | 14:36 |
| 12 | ██████████ | 14:36 |
| 13 | A    On the advice and direction of my counsel, I | 14:36 |
| 14 | respectfully decline to answer, and I assert the | 14:36 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 16 | the Constitution of the United States. | 14:36 |
| 17 | Q    ███████████████████ | 14:37 |
| 18 | ████████ | 14:37 |
| 19 | A    On the advice and direction of my counsel, I | 14:37 |
| 20 | respectfully decline to answer, and I assert the | 14:37 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 22 | the Constitution of the United States. | 14:37 |
| 23 | Q    ████████████████████████ | 14:37 |
| 24 | ████████████████████████████ | 14:37 |
| 25 | A    On the advice and direction of my counsel, I | 14:37 |

Page 150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | respectfully decline to answer, and I assert the | 14:37 |
| 2 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 3 | the Constitution of the United States. | 14:38 |
| 4 |     Q   Have you heard of -- ever heard of the | 14:38 |
| 5 | ███████████████ | 14:38 |
| 6 |     A   On the advice and direction of my counsel, I | 14:38 |
| 7 | respectfully decline to answer, and I assert the | 14:38 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:38 |
| 9 | the Constitution of the United States. | 14:38 |
| 10 |     THE REPORTER:  635. | 14:38 |
| 11 |     MR. PERLSON:  Sorry. | 14:38 |
| 12 |     MR. EHRLICH:  It's okay. | 14:38 |
| 13 |     (Document marked Exhibit 635 | 14:38 |
| 14 |      for identification.) | 14:39 |
| 15 |     MR. PERLSON:  Sorry.  What is this?  635? | 14:39 |
| 16 |     THE REPORTER:  Yes. | 14:39 |
| 17 |     MR. PERLSON:  Q.  Do you recognize -- so | 14:39 |
| 18 | Exhibit 635 is -- it's labeled ███████████ | 14:39 |
| 19 | ███████████████████████ | 14:39 |
| 20 |     Do you see that the title of it says: | 14:39 |
| 21 | ████████████████████████ | 14:39 |
| 22 | ████ | 14:39 |
| 23 |     A   Yes. | 14:39 |
| 24 |     Q   Okay.  And it's -- you see it says: | 14:39 |
| 25 | ████████████████████ | 14:39 |

Page 151

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ████████████████████████████████ | 14:39 |
| 2 | ████████ | 14:39 |
| 3 | Do you see that? | 14:40 |
| 4 | A   I see it. | 14:40 |
| 5 | Q   Okay.  And, if you'll look on -- I guess it's | 14:40 |
| 6 | ████████████████████ | 14:40 |
| 7 | A   (Witness complies.) | 14:40 |
| 8 | Q   That's your signature? | 14:40 |
| 9 | A   Yes. | 14:40 |
| 10 | Q   What -- ████████████████████████ | 14:40 |
| 11 | ██████████ | 14:40 |
| 12 | A   On the advice and direction of my counsel, I | 14:40 |
| 13 | respectfully decline to answer, and I assert the | 14:40 |
| 14 | rights guaranteed to me under the Fifth Amendment to | 14:40 |
| 15 | the Constitution of the United States. | 14:40 |
| 16 | Q   Do you see that, on the -- the last couple of | 14:40 |
| 17 | pages, ████████████████████████ | 14:41 |
| 18 | ████████ | 14:41 |
| 19 | A   Yep. | 14:41 |
| 20 | Q   So, was this ████████████████████ | 14:41 |
| 21 | A   On the advice and direction of my counsel, I | 14:41 |
| 22 | respectfully decline to answer, and I assert the | 14:41 |
| 23 | rights guaranteed to me under the Fifth Amendment to | 14:41 |
| 24 | the Constitution of the United States. | 14:41 |
| 25 | Q   Was this ████████████████████ | 14:41 |

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ████████████████ | 14:41 |
| 2 | MS. DUNN:  Form. | 14:41 |
| 3 | THE WITNESS:  On the advice and direction of | 14:41 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 6 | Amendment to the Constitution of the United States. | 14:41 |
| 7 | MR. PERLSON:  Q.  Are you aware of any other | 14:41 |
| 8 | reason to ██████████████ | 14:41 |
| 9 | MS. DUNN:  Form. | 14:41 |
| 10 | THE WITNESS:  On the advice and direction of | 14:41 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 13 | Amendment to the Constitution of the United States. | 14:41 |
| 14 | MR. PERLSON:  Q.  ████████████████ | 14:41 |
| 15 | ████████████████████ | 14:42 |
| 16 | A   On the advice and direction of my counsel, I | 14:42 |
| 17 | respectfully decline to answer, and I assert the | 14:42 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 19 | the Constitution of the United States. | 14:42 |
| 20 | Q   ██████████████████████████ | 14:42 |
| 21 | ██████████ | 14:42 |
| 22 | A   On the advice and direction of my counsel, I | 14:42 |
| 23 | respectfully decline to answer, and I assert the | 14:42 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 25 | the Constitution of the United States. | 14:42 |

Page 153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Now, you ███████████████████████ | 14:42 |
| 2 | ████████████████████████████████████████ | 14:42 |
| 3 | ███████████████████████████████████████ | 14:42 |
| 4 | ███████████████████████████████████████ | 14:42 |
| 5 | ██████████████████████ | 14:43 |
| 6 | Is that your understanding? | 14:43 |
| 7 | A    On the advice and direction of my counsel, I | 14:43 |
| 8 | respectfully decline to answer, and I assert the | 14:43 |
| 9 | rights guaranteed to me under the Fifth Amendment to | 14:43 |
| 10 | the Constitution of the United States. | 14:43 |
| 11 | Q    Well, by doing that, you could reclaim full | 14:43 |
| 12 | ownership of Tyto at any time; right? | 14:43 |
| 13 | A    On the advice and direction of my counsel, I | 14:43 |
| 14 | respectfully decline to answer, and I assert the | 14:43 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:43 |
| 16 | the Constitution of the United States. | 14:43 |
| 17 | Q    And then, if you look -- and ██████████ | 14:43 |
| 18 | ██████, if it's useful. | 14:43 |
| 19 | A    (Witness complies.) | 14:43 |
| 20 | Q    █████████████████████████████████ | 14:43 |
| 21 | ████████████████████████████████████████ | 14:43 |
| 22 | A    Do you want me to read the section? | 14:44 |
| 23 | Q    Well, I'm just asking you a question. | 14:44 |
| 24 | A    On the advice and direction of my counsel, I | 14:44 |
| 25 | respectfully decline to answer, and I assert the | 14:44 |

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    rights guaranteed to me under the Fifth Amendment to     14:44

 2    the Constitution of the United States.                   14:44

 3        Q    ███████████████████████████████                 14:44

 4    ████████████████████                                     14:44

 5        A    On the advice and direction of my counsel, I    14:44

 6    respectfully decline to answer, and I assert the         14:44

 7    rights guaranteed to me under the Fifth Amendment to     14:44

 8    the Constitution of the United States.                   14:44

 9        Q    ████████████████                                14:44

10        A    On the advice and direction of my counsel, I    14:44

11    respectfully decline to answer, and I assert the         14:44

12    rights guaranteed to me under the Fifth Amendment to     14:44

13    the Constitution of the United States.                   14:44

14        Q    ████████████████████████████████████           14:44

15    ███████████████████████████████████████████             14:44

16    ███████████████████████████████                         14:44

17    ██████████                                               14:44

18        A    On the advice and direction of my counsel, I    14:44

19    respectfully decline to answer, and I assert the         14:44

20    rights guaranteed to me under the Fifth Amendment to     14:44

21    the Constitution of the United States.                   14:45

22        Q    If you'll look on ██████.                       14:45

23        A    (Witness complies.)                             14:45

24        Q    ████████████████████████████████               14:45

25             Do you see that?                                14:45
```

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A   I see the --                              14:45

 2      Q   ███████████████████████████              14:45

 3   pers- -- I'm sorry.                              14:45

 4        She's a paralegal for your personal attorney,   14:45

 5   John Gardner; is that right?                     14:45

 6      A   On the advice and direction of my counsel, I   14:45

 7   respectfully decline to answer, and I assert the   14:45

 8   rights guaranteed to me under the Fifth Amendment to   14:45

 9   the Constitution of the United States.           14:45

10      Q   If you'll look on ████████.               14:45

11      A   (Witness complies.)                       14:45

12      Q   There is an ████████.                     14:45

13        Do you see that?                            14:45

14      A   I see it.                                 14:45

15      Q   ████████████████████████████████         14:45

16        Do you see that?                            14:46

17      A   I see the page, yep.                      14:46

18      Q   ████████████████████████                 14:46

19   ███████████████████████████████████████         14:46

20   ███████████████████████████████████             14:46

21   ████████████                                     14:46

22        Do you see that?                            14:46

23      A   I see that.                               14:46

24      Q   ██████████████████████████████████       14:46

25   █████████                                        14:46
```

                                          Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        A    On the advice and direction of my counsel, I      14:46

2    respectfully decline to answer, and I assert the           14:46

3    rights guaranteed to me under the Fifth Amendment to       14:46

4    the Constitution of the United States.                     14:46

5         ██ ██████████████████████████████████                 14:46

6    ███████                                                    14:46

7        A    On the advice and direction of my counsel, I      14:46

8    respectfully decline to answer, and I assert the           14:46

9    rights guaranteed to me under the Fifth Amendment to       14:46

10   the Constitution of the United States.                     14:47

11        ██ ██████████████████████████████████                 14:47

12   █████████████████████████████████████                      14:47

13   ████████                                                   14:47

14       A    On the advice and direction of my counsel, I      14:47

15   respectfully decline to answer, and I assert the           14:47

16   rights guaranteed to me under the Fifth Amendment to       14:47

17   the Constitution of the United States.                     14:47

18        ██ ████████████████████████████                       14:47

19   ████████████████████████████████████████                   14:47

20   ████████████████████████████████████████████              14:47

21   ████████████████████████████████                           14:47

22       A    On the advice and direction of my counsel, I      14:47

23   respectfully decline to answer, and I assert the           14:47

24   rights guaranteed to me under the Fifth Amendment to       14:47

25   the Constitution of the United States.                     14:47
```

Page 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1      Q   Did you tell Lior Ron that you had           14:47
2    involvement with Tyto Lidar?                       14:48
3      A   On the advice and direction of my counsel, I 14:48
4    respectfully decline to answer, and I assert the   14:48
5    rights guaranteed to me under the Fifth Amendment to 14:48
6    the Constitution of the United States.             14:48
7      Q   Did you tell anybody who was involved in the 14:48
8    acquisition of Tyto Lidar by Otto that you, in fact, 14:48
9    had an ownership and controlling interest of Tyto   14:48
10   Lidar?                                             14:48
11     A   On the advice and direction of my counsel, I 14:48
12   respectfully decline to answer, and I assert the   14:48
13   rights guaranteed to me under the Fifth Amendment to 14:48
14   the Constitution of the United States.             14:48
15     Q   And isn't it true that you actually           14:48
16   repeatedly denied having involve- -- involvement in 14:48
17   Tyto Lidar?                                        14:48
18     A   On the advice and direction of my counsel, I 14:48
19   respectfully decline to answer, and I assert the   14:48
20   rights guaranteed to me under the Fifth Amendment to 14:48
21   the Constitution of the United States.             14:49
22     Q   Now, in -- when -- during the negotiations   14:49
23   with -- in the Asset Purchase Agreement with Tyto   14:49
24   Lidar, you were, in fact, negotiating that agreement 14:49
25   on behalf of Ottomotto; isn't that right?          14:49
```

Veritext Legal Solutions
866 299-5127

```
 1        A   On the advice and direction of my counsel, I    14:49

 2   respectfully decline to answer, and I assert the        14:49

 3   rights guaranteed to me under the Fifth Amendment to    14:49

 4   the Constitution of the United States.                  14:49

 5        Q   And don't you think you should have told       14:49

 6   somebody at Otto or Uber that you had involvement or    14:49

 7   ownership or controlling interest in Tyto when that     14:49

 8   acquisition was being negotiated?                       14:49

 9        A   On the advice and direction of my counsel, I   14:49

10   respectfully decline to answer, and I assert the        14:49

11   rights guaranteed to me under the Fifth Amendment to    14:49

12   the Constitution of the United States.                  14:49

13        Q   Don't you think that -- that your negotiating  14:49

14   on behalf of Ottomotto, while you had an ownership and  14:50

15   controlling interest in Tyto, smacks of self-dealing?   14:50

16        A   On the advice and direction of my counsel, I   14:50

17   respectfully decline to answer, and I assert the        14:50

18   rights guaranteed to me under the Fifth Amendment to    14:50

19   the Constitution of the United States.                  14:50

20        Q   Do you think that's unethical?                 14:50

21        A   On the advice and direction of my counsel, I   14:50

22   respectfully decline to answer, and I assert the        14:50

23   rights guaranteed to me under the Fifth Amendment to    14:50

24   the Constitution of the United States.                  14:50

25        Q   Now, are you aware that the Asset Purchase     14:50
```

Page 159

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Agreement between Tyto Lidar and Ottomotto excluded    14:50

2   certain assets from the purchase?    14:50

3       A    On the advice and direction of my counsel, I    14:50

4   respectfully decline to answer, and I assert the    14:50

5   rights guaranteed to me under the Fifth Amendment to    14:50

6   the Constitution of the United States.    14:52

7       Q    Do you understand that the -- hold on a    14:52

8   second.    14:52

9           Do you understand that, among the assets    14:52

10  excluded from the sale of Tyto Lidar to Ottomotto, was    14:52

11  all e-mail accounts and e-mail archives owned by Tyto    14:52

12  Lidar?    14:52

13      A    On the advice and direction of my counsel, I    14:52

14  respectfully decline to answer, and I assert the    14:52

15  rights guaranteed to me under the Fifth Amendment to    14:52

16  the Constitution of the United States.    14:52

17      Q    Why would -- why would e-mail accounts and    14:52

18  e-mail archives owned by Tyto Lidar, LLC, be excluded    14:53

19  from this -- the sale?    14:53

20          MR. RADKE:  Objection to form.    14:53

21          THE WITNESS:  On the advice and direction of    14:53

22  my counsel, I respectfully decline to answer, and I    14:53

23  assert the rights guaranteed to me under the Fifth    14:53

24  Amendment to the Constitution of the United States.    14:53

25          MR. PERLSON:  Q.  Was that something that you    14:53

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    requested?                                          14:53

 2            MR. RADKE:  Objection to form.               14:53

 3            THE WITNESS:  On the advice and direction of  14:53

 4    my counsel, I respectfully decline to answer, and I  14:53

 5    assert the rights guaranteed to me under the Fifth   14:53

 6    Amendment to the Constitution of the United States.  14:53

 7            MR. PERLSON:  Q.  Do you know where that --   14:53

 8    where that e-mail is today?                          14:53

 9            MR. RADKE:  Objection to the form.            14:53

10            THE WITNESS:  On the advice and direction of  14:54

11    my counsel, I respectfully decline to answer, and I  14:54

12    assert the rights guaranteed to me under the Fifth   14:54

13    Amendment to the Constitution of the United States.  14:54

14            MR. PERLSON:  Q.  Did you want the            14:54

15    acquisition to exclude e-mail accounts and e-mail    14:54

16    archives in order to conceal your involvement with   14:54

17    Tyto Lidar, LLC?                                     14:54

18            MS. DUNN:  Form.                              14:54

19            MR. RADKE:  Objection to form.                14:54

20            THE WITNESS:  On the advice and direction of  14:54

21    my counsel, I respectfully decline to answer, and I  14:54

22    assert the rights guaranteed to me under the Fifth   14:54

23    Amendment to the Constitution of the United States.  14:54

24            MR. PERLSON:  Q.  Have the -- have the Tyto   14:54

25    Lidar e-mail accounts and e-mail archives been       14:54
```

Page 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | destroyed? | 14:54 |
| 2 | A   On the advice and direction of my counsel, I | 14:54 |
| 3 | respectfully decline to answer, and I assert the | 14:54 |
| 4 | rights guaranteed to me under the Fifth Amendment to | 14:54 |
| 5 | the Constitution of the United States. | 14:54 |
| 6 | Q   Do you know what I'm referring to when I | 14:54 |
| 7 | refer to the Chauffeur Bonus Plan? | 14:55 |
| 8 | A    On the advice and direction of my counsel, I | 14:55 |
| 9 | respectfully decline to answer, and I assert the | 14:55 |
| 10 | rights guaranteed to me under the Fifth Amendment to | 14:55 |
| 11 | the Constitution of the United States. | 14:55 |
| 12 | Q   Was it your understanding that under the | 14:55 |
| 13 | Chauffeur Business [sic] Plan, there was to be a first | 14:55 |
| 14 | amount determined by calculating the product of the | 14:55 |
| 15 | participant's first bonus allocation percentage as of | 14:55 |
| 16 | the first exchange date, and the applicable pro- -- | 14:55 |
| 17 | project valuation? | 14:55 |
| 18 | MR. RADKE:  Objection to form. | 14:56 |
| 19 | MS. DUNN:  Form. | 14:56 |
| 20 | THE WITNESS:  On the advice and direction of | 14:56 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:56 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:56 |
| 23 | Amendment to the Constitution of the United States. | 14:56 |
| 24 | MR. PERLSON:  Sorry.  Why don't we take a | 14:56 |
| 25 | break.  I'm having trouble finding something. | 14:57 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the Constitution of the United States. | 17:29 |
| 2 |    Q   Okay.  And they started something called | 17:29 |
| 3 | Nuro, which is also a self-driving company; isn't that | 17:29 |
| 4 | right? | 17:29 |
| 5 |    A   On the advice and direction of my counsel, I | 17:29 |
| 6 | respectfully decline to answer, and I assert the | 17:29 |
| 7 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 8 | the Constitution of the United States. | 17:29 |
| 9 |    Q   Okay.  So, in fact, nearly all of the leaders | 17:29 |
| 10 | of Chauffeur got out by 2016? | 17:29 |
| 11 |    A   On the advice and direction of my counsel, I | 17:29 |
| 12 | respectfully decline to answer, and I assert the | 17:29 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 14 | the Constitution of the United States. | 17:29 |
| 15 |    Q   Okay.  And nearly all these folks went to go | 17:29 |
| 16 | work for competitors to Waymo, working in the | 17:29 |
| 17 | self-driving space; isn't that right? | 17:29 |
| 18 |       MR. PERLSON:  Objection; form. | 17:29 |
| 19 |       THE WITNESS:  On the advice and direction of | 17:29 |
| 20 | my counsel, I respectfully decline to answer, and I | 17:29 |
| 21 | assert the rights guaranteed to me under the Fifth | 17:29 |
| 22 | Amendment to the Constitution of the United States. | 17:29 |
| 23 |       MS. DUNN:  All right. | 17:29 |
| 24 |    Q   Waymo's counsel asked you a number of | 17:30 |
| 25 | questions about Odin Wave and Tyto Lidar. | 17:30 |

Page 251

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Do you remember that? | 17:30 |
| 2 | A   I remember the -- | 17:30 |
| 3 | Q   Do you remember -- | 17:30 |
| 4 | A   -- events earlier today, yes. | 17:30 |
| 5 | Q   Mr. Levandowski, you never told anyone at | 17:30 |
| 6 | Uber, including Travis Kalanick, of any financial | 17:30 |
| 7 | interests you had in Odin Wave; isn't that true? | 17:30 |
| 8 | MR. RADKE:  Object to form. | 17:30 |
| 9 | THE WITNESS:  On the advice and direction of | 17:30 |
| 10 | my counsel, I respectfully decline to answer, and I | 17:30 |
| 11 | assert the rights guaranteed to me under the Fifth | 17:30 |
| 12 | Amendment to the Constitution of the United States. | 17:30 |
| 13 | MS. DUNN:  Q.  And you never told anyone at | 17:30 |
| 14 | Uber, including Travis Kalanick, of any financial | 17:30 |
| 15 | interests that your immediate family members had in | 17:30 |
| 16 | Odin Wave; isn't that true? | 17:30 |
| 17 | MR. RADKE:  Object to form. | 17:30 |
| 18 | THE WITNESS:  On the advice and direction of | 17:30 |
| 19 | my counsel, I respectfully decline to answer, and I | 17:30 |
| 20 | assert the rights guaranteed to me under the Fifth | 17:30 |
| 21 | Amendment to the Constitution of the United States. | 17:30 |
| 22 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:30 |
| 23 | including Mr. Kalanick, of any financial interests you | 17:30 |
| 24 | or your immediate family members had in Tyto Lidar; | 17:31 |
| 25 | isn't that right? | 17:31 |

Page 252

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Object to form. | 17:31 |
| 2 | THE WITNESS:  On the advice and direction of | 17:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 5 | Amendment to the Constitution of the United States. | 17:31 |
| 6 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:31 |
| 7 | including Mr. Kalanick, of any financial interests you | 17:31 |
| 8 | or your immediate family members had in the Sandstone | 17:31 |
| 9 | Group; did you? | 17:31 |
| 10 | MR. RADKE:  Object to form. | 17:31 |
| 11 | THE WITNESS:  On the advice and direction of | 17:31 |
| 12 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 13 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 14 | Amendment to the Constitution of the United States. | 17:31 |
| 15 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:31 |
| 16 | including Mr. Kalanick, of any financial interests you | 17:31 |
| 17 | had in something called the ████████; isn't that | 17:31 |
| 18 | true? | 17:31 |
| 19 | MR. RADKE:  Object to the form. | 17:31 |
| 20 | THE WITNESS:  On the advice and direction of | 17:31 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 22 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 23 | Amendment to the Constitution of the United States. | 17:31 |
| 24 | MS. DUNN:  Q.  And you never told anyone at | 17:31 |
| 25 | Uber of any financial interests that any of your | 17:31 |

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | immediate family members had in what's called the | 17:31 |
| 2 | ████████████; isn't that right? | 17:32 |
| 3 | MR. RADKE:  Object to form. | 17:32 |
| 4 | THE WITNESS:  On the advice and direction of | 17:32 |
| 5 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 6 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 7 | Amendment to the Constitution of the United States. | 17:32 |
| 8 | MS. DUNN:  Q.  You concealed from Uber that | 17:32 |
| 9 | ████████ would benefit from Otto's purchase of | 17:32 |
| 10 | Tyto's assets which Uber had funded; isn't that true? | 17:32 |
| 11 | MR. RADKE:  Object to the form. | 17:32 |
| 12 | THE WITNESS:  On the advice and direction of | 17:32 |
| 13 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 14 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 15 | Amendment to the Constitution of the United States. | 17:32 |
| 16 | MS. DUNN:  Okay. | 17:32 |
| 17 | Q   And your financial interests should have been | 17:32 |
| 18 | disclosed to Uber; shouldn't they have? | 17:32 |
| 19 | MR. RADKE:  Object to form. | 17:32 |
| 20 | THE WITNESS:  On the advice and direction of | 17:32 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 22 | assert the risks -- I assert the rights guaranteed to | 17:32 |
| 23 | me under the Fifth Amendment to the Constitution of | 17:32 |
| 24 | the United States. | 17:32 |
| 25 | MS. DUNN:  Q.  Mr. Levandowski, you're aware | 17:32 |

Page 254

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Q.  Mr. Levandowski, Waymo's | 17:33 |
| 2 | counsel asked you about disclosures that you were to | 17:34 |
| 3 | make about bad acts, in order to secure an indemnity | 17:34 |
| 4 | from Uber. | 17:34 |
| 5 | Do you remember being asked those question? | 17:34 |
| 6 | A   I do remember the questions. | 17:34 |
| 7 | Q   You did -- you did not tell Uber complete and | 17:34 |
| 8 | truthful information about several bad acts that you | 17:34 |
| 9 | had done; isn't that right? | 17:34 |
| 10 | A   On the advice -- | 17:34 |
| 11 | MR. EHRLICH:  I'm going to -- first of all, | 17:34 |
| 12 | I'm going to object, based on common interest | 17:34 |
| 13 | privilege, and instruct the witness not to answer -- | 17:34 |
| 14 | not to answer. | 17:34 |
| 15 | THE WITNESS:  I'm going to listen to my | 17:34 |
| 16 | counsel. | 17:34 |
| 17 | MR. PERLSON:  I'm going to point out another | 17:35 |
| 18 | sword and shield issue here.  I don't -- I don't know | 17:35 |
| 19 | exactly what it is that you're referring to.  But from | 17:35 |
| 20 | the beginning of this case, Uber shielded us from | 17:35 |
| 21 | getting information about these very bad acts, and now | 17:35 |
| 22 | you're asking him questions about that.  It's another | 17:35 |
| 23 | instance of sword and shield.  We'll raise this with | 17:35 |
| 24 | the judge. | 17:35 |
| 25 | MS. DUNN:  David, this is just an exact | 17:35 |

Page 256

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Q.  You did not download these | 17:40 |
| 2 | files to bring them to Otto or to bring them to Uber; | 17:40 |
| 3 | isn't that right? | 17:40 |
| 4 | A   On the advice -- | 17:40 |
| 5 | MR. PERLSON:  Objection to form. | 17:40 |
| 6 | THE WITNESS:  On the advice and direction of | 17:40 |
| 7 | my counsel, I respectfully decline to answer, and I | 17:40 |
| 8 | assert the rights guaranteed to me under the Fifth | 17:40 |
| 9 | Amendment to the Constitution of the United States. | 17:40 |
| 10 | MS. DUNN:  Q.  And you did not download these | 17:40 |
| 11 | files to use at Otto or Uber; isn't that right? | 17:40 |
| 12 | MR. PERLSON:  Objection; form. | 17:40 |
| 13 | THE WITNESS:  On the advice and direction of | 17:40 |
| 14 | my counsel, I respectfully decline to answer, and I | 17:40 |
| 15 | assert the rights guaranteed to me under the Fifth | 17:40 |
| 16 | Amendment to the Constitution of the United States. | 17:41 |
| 17 | MS. DUNN:  Q.  You did not download these | 17:41 |
| 18 | files to share information in them with anyone at Otto | 17:41 |
| 19 | or Uber; isn't that right? | 17:41 |
| 20 | A   On the advice and direction of my counsel, I | 17:40 |
| 21 | respectfully decline to answer -- excuse me -- and I | 17:40 |
| 22 | assert the rights guaranteed to me under the Fifth | 17:40 |
| 23 | Amendment to the Constitution of the United States. | 17:40 |
| 24 | Q   You did not download these files at Uber's | 17:41 |
| 25 | request; isn't that right? | 17:41 |

Page 262

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | rights guaranteed to me under the Fifth Amendment to | 17:42 |
| 2 | the Constitution of the United States. | 17:42 |
| 3 | Q   In fact, prior to filing -- prior to Waymo's | 17:42 |
| 4 | filing the complaint in this case, you didn't tell | 17:42 |
| 5 | anyone at Uber that you intentionally downloaded and | 17:42 |
| 6 | retained Google files in December of 2015 and | 17:42 |
| 7 | December -- and January of 2016? | 17:42 |
| 8 | A   On the advice and direction of my counsel, I | 17:42 |
| 9 | respectfully decline to answer, and I assert the | 17:42 |
| 10 | rights guaranteed to me under the Fifth Amendment to | 17:42 |
| 11 | the Constitution of the United States. | 17:43 |
| 12 | Q   And, prior to the filing of the complaint in | 17:43 |
| 13 | this case, you did not tell anyone at Uber that you | 17:43 |
| 14 | transferred intentionally downloaded files to a | 17:43 |
| 15 | personal computer; isn't that right? | 17:43 |
| 16 | A   On the advice and direction of my counsel, I | 17:43 |
| 17 | respectfully decline to answer, and I assert the | 17:43 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 17:43 |
| 19 | the Constitution of the United States. | 17:43 |
| 20 | Q   Okay.  And, prior to the filing of the | 17:43 |
| 21 | complaint by Waymo in this case, you didn't tell | 17:43 |
| 22 | anyone at Uber that you intentionally downloaded and | 17:43 |
| 23 | retained files for any period of time? | 17:43 |
| 24 | MR. PERLSON:  Objection; form. | 17:43 |
| 25 | THE WITNESS:  On the advice and direction of | 17:43 |

Page 264

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 17:43 |
| 2 | assert the rights guaranteed to me under the Fifth | 17:43 |
| 3 | Amendment to the Constitution of the United States. | 17:43 |
| 4 | MS. DUNN:  Q.  And you also didn't tell | 17:43 |
| 5 | anyone at Otto about any intentionally downloaded | 17:43 |
| 6 | Google files before the complaint was filed by Waymo | 17:43 |
| 7 | in this case; isn't that right? | 17:43 |
| 8 | A   On the advice and direction of my counsel, I | 17:43 |
| 9 | respectfully decline to answer, and I assert the | 17:43 |
| 10 | rights guaranteed to me under the Fifth Amendment to | 17:43 |
| 11 | the Constitution of the United States. | 17:44 |
| 12 | Q   In fact, before Waymo filed its complaint in | 17:44 |
| 13 | this case, you didn't tell anyone at all that you had | 17:44 |
| 14 | intentionally downloaded Google files in December of | 17:44 |
| 15 | 2015 and January of 2016; isn't that right? | 17:44 |
| 16 | A   On the -- | 17:44 |
| 17 | MR. PERLSON:  Objection; form. | 17:44 |
| 18 | THE WITNESS:  On the advice and direction of | 17:44 |
| 19 | my counsel, I respectfully decline to answer, and I | 17:44 |
| 20 | assert the rights guaranteed to me under the Fifth | 17:44 |
| 21 | Amendment to the Constitution of the United States. | 17:44 |
| 22 | MS. DUNN:  Q.  Instead, you told some | 17:44 |
| 23 | Google -- some Uber employees on March 11th of 2016 | 17:44 |
| 24 | that you had inadvertently retained some Google | 17:44 |
| 25 | materials on five discs; isn't that right? | 17:44 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    On the advice and direction of my counsel, I | 17:44 |
| 2 | respectfully decline to answer, and I assert the | 17:44 |
| 3 | rights guaranteed to me under the Fifth Amendment to | 17:44 |
| 4 | the Constitution of the United States. | 17:44 |
| 5 | Q    And you recall that the CEO of Uber at the | 17:44 |
| 6 | time, Mr. Kalanick, made quite clear to you, that you | 17:44 |
| 7 | were not to bring those materials to Uber? | 17:44 |
| 8 | A    On the -- | 17:45 |
| 9 | MR. PERLSON:  Objection; form. | 17:45 |
| 10 | THE WITNESS:  On the advice and direction of | 17:45 |
| 11 | my counsel, I respectfully decline to answer, and I | 17:45 |
| 12 | assert the rights guaranteed to me under the Fifth | 17:45 |
| 13 | Amendment to the Constitution of the United States. | 17:45 |
| 14 | Can we take a break?  Are you okay with that? | 17:45 |
| 15 | MS. DUNN:  You should -- I'm almost done. | 17:45 |
| 16 | Actually, let's take a break. | 17:45 |
| 17 | THE VIDEOGRAPHER:  Off the record at | 17:45 |
| 18 | 5:45 p.m. | 17:45 |
| 19 | (Recess taken.) | 17:45 |
| 20 | THE VIDEOGRAPHER:  Back on the record at | 17:59 |
| 21 | 5:59 p.m. | 17:59 |
| 22 | MS. DUNN:  Q.  Mr. Levandowski, after you | 17:59 |
| 23 | told Uber employees on March 11, 2016, that you had | 17:59 |
| 24 | inadvertently retained some Google materials on | 17:59 |
| 25 | five discs, the CEO of Uber made very clear to you | 17:59 |

Page 266

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | that you were not to bring those materials to Uber; | 18:00 |
| 2 | isn't that right? | 18:00 |
| 3 | A   On the advice and direction of my counsel, I | 18:00 |
| 4 | respectfully decline to answer, and I assert the | 18:00 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 18:00 |
| 6 | the Constitution of the United States. | 18:00 |
| 7 | Q   And after that, you told Uber that you had | 18:00 |
| 8 | destroyed those materials; isn't that true? | 18:00 |
| 9 | A   On the advice and direction of my counsel, I | 18:00 |
| 10 | respectfully decline to answer, and I assert the | 18:00 |
| 11 | rights guaranteed to me under the Fifth Amendment to | 18:00 |
| 12 | the Constitution of the United States. | 17:44 |
| 13 | Q   And isn't it the case that Uber told you very | 17:44 |
| 14 | clearly not to bring any proprietary or confidential | 18:00 |
| 15 | information with you to Uber from a former employer? | 18:00 |
| 16 | A   On the advice and direction of my counsel, I | 18:00 |
| 17 | respectfully decline to answer, and I assert the | 18:00 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 18:00 |
| 19 | the Constitution of the United States. | 18:00 |
| 20 | Q   And you told Uber you would not bring any | 18:00 |
| 21 | proprietary or confidential information with you to | 18:00 |
| 22 | Uber from a former employer; isn't that right? | 18:01 |
| 23 | A   On the advice and direction of my counsel, I | 18:01 |
| 24 | respectfully decline to answer, and I assert the | 18:01 |
| 25 | rights guaranteed to me under the Fifth Amendment to | 18:01 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    the Constitution of the United States.              17:44

 2        Q    And you signed agreements expressly saying  17:44

 3    that you would not bring any proprietary or         18:01

 4    confidential information with you from a former     18:01

 5    employer; isn't that right?                         18:01

 6        A    On the advice and direction of my counsel, I  18:01

 7    respectfully decline to answer, and I assert the   18:01

 8    rights guaranteed to me under the Fifth Amendment to  18:01

 9    the Constitution of the United States.              18:01

10        Q    Mr. Levandowski, Uber did independently     18:01

11    design the Fuji system that has ███████████;        18:01

12    isn't that correct?                                 18:01

13        A    On the advice and direction of my counsel, I  18:01

14    respectfully decline to answer, and I assert the   18:01

15    rights guaranteed to me under the Fifth Amendment to  18:01

16    the Constitution of the United States.              18:01

17        Q    And Uber did independently develop its own  18:01

18    ████████  for the Fuji device; didn't it?           18:01

19        A    On the advice and direction of my counsel, I  18:01

20    respectfully decline to answer, and I assert the   18:01

21    rights guaranteed to me under the Fifth Amendment to  18:01

22    the Constitution of the United States.              18:01

23        Q    And Uber did independently develop the design  18:02

24    in the Fuji device that had ████████████            18:02

25    ███████████████████████████████; isn't that         18:02
```

Page 268

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 18:04 |
| 2 | assert the rights guaranteed to me under the Fifth | 18:04 |
| 3 | Amendment to the Constitution of the United States. | 18:04 |
| 4 | MS. DUNN:  Q.  Mr. Levandowski, if you told | 18:04 |
| 5 | the truth about what you did, that would make clear | 18:04 |
| 6 | that your downloading while at Google had nothing to | 18:04 |
| 7 | do with Uber; correct? | 18:04 |
| 8 | MR. PERLSON:  Objection; form. | 18:04 |
| 9 | THE WITNESS:  On the advice and direction of | 18:04 |
| 10 | my counsel, I respectfully decline to answer, and I | 18:04 |
| 11 | assert the rights guaranteed to me under the Fifth | 18:04 |
| 12 | Amendment to the Constitution of the United States. | 18:04 |
| 13 | MS. DUNN:  Q.  But you would not cooperate | 18:04 |
| 14 | with Uber's investigation in this case; right? | 18:04 |
| 15 | MR. EHRLICH:  Object to form. | 18:04 |
| 16 | MR. PERLSON:  Objection.  I think I asked | 18:04 |
| 17 | that question and got an instruction from earlier, but | 18:04 |
| 18 | maybe I'm misremembering.  Go ahead and ask that | 18:04 |
| 19 | question. | 18:04 |
| 20 | But you ask him that -- if you ask him that | 18:04 |
| 21 | question, everything involved in terms of your -- of | 18:05 |
| 22 | his involvement in the investigation you've waived, | 18:05 |
| 23 | because you're -- you are now -- by asking that | 18:05 |
| 24 | question, you are now eliciting the same information | 18:05 |
| 25 | that you've been not allowing us to go into for weeks | 18:05 |

Page 271

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | and weeks.  But go ahead. | 18:05 |
| 2 | MS. DUNN:  David -- | 18:05 |
| 3 | MR. RADKE:  I'll go ahead and instruct not to | 18:05 |
| 4 | answer to the extent that this would involve | 18:05 |
| 5 | communication protected by the common interest | 18:05 |
| 6 | privilege. | 18:05 |
| 7 | MS. DUNN:  That's fine. | 18:05 |
| 8 | MR. EHRLICH:  And I would join into that | 18:05 |
| 9 | instruction. | 18:05 |
| 10 | But, to the extent you can answer the | 18:05 |
| 11 | question without reference to communications with any | 18:05 |
| 12 | counsel, or common interest protected discussions, you | 18:05 |
| 13 | can give your answer. | 18:05 |
| 14 | THE WITNESS:  On the advice and direction of | 18:05 |
| 15 | my counsel, I respectfully decline to answer, and I | 18:05 |
| 16 | assert the rights guaranteed to me under the | 18:05 |
| 17 | Fifth Amendment to the Constitution of the United | 18:05 |
| 18 | States. | 18:05 |
| 19 | MS. DUNN:  I want to put one thing on the | 18:06 |
| 20 | record, which is, David, I don't -- I don't think I | 18:06 |
| 21 | instructed on this question, first of all. | 18:06 |
| 22 | And second of all, in the letter terminating | 18:06 |
| 23 | Mr. Levandowski, it explains that he did not cooperate | 18:06 |
| 24 | with Uber's investigation in this case. | 18:06 |
| 25 | And I think that that is just one | 18:06 |

Page 272

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the... | 18:37 |
| 2 | I'm going to instruct the witness not to | 18:37 |
| 3 | answer to the extent to which the -- it would call for | 18:37 |
| 4 | privileged communications. | 18:37 |
| 5 | To the extent it doesn't, of course, as | 18:37 |
| 6 | always, he's free to answer. | 18:37 |
| 7 | THE WITNESS:  On the advice and direction of | 18:37 |
| 8 | my counsel, I respectfully decline to answer, and I | 18:37 |
| 9 | assert the rights guaranteed to me under the Fifth | 18:37 |
| 10 | Amendment to the Constitution of the United States. | 18:38 |
| 11 | MR. PERLSON:  Q.  Tell me everything that | 18:38 |
| 12 | you've done to cooperate with Uber's investigation in | 18:38 |
| 13 | relation to this litigation. | 18:38 |
| 14 | A   On the advice and direction of my counsel, I | 18:38 |
| 15 | respectfully decline to answer, and I assert the | 18:38 |
| 16 | rights guaranteed to me under the Fifth Amendment to | 18:38 |
| 17 | the Constitution of the United States. | 18:38 |
| 18 | Q   Was there anything that Uber's lawyers asked | 18:38 |
| 19 | you to do in relation to Uber's investigation, in | 18:38 |
| 20 | relation to this litigation, that you actually did? | 18:38 |
| 21 | A   On the advice and direction of my counsel, I | 18:38 |
| 22 | respectfully decline to answer, and I assert the | 18:38 |
| 23 | rights guaranteed to me under the Fifth Amendment to | 18:38 |
| 24 | the Constitution of the United States. | 18:38 |
| 25 | Q   Was -- what specifically did you tell Uber | 18:38 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | you would not do in relation to Uber's investigation | 18:38 |
| 2 | in relation to this litigation? | 18:39 |
| 3 | A   On -- | 18:39 |
| 4 | MR. EHRLICH:  I'm going to object here, | 18:39 |
| 5 | again, based on the common interest privilege. | 18:39 |
| 6 | So, I'm going to instruct you not to give an | 18:39 |
| 7 | answer relating to any communications to Uber counsel | 18:39 |
| 8 | in connection with the litigation. | 18:39 |
| 9 | MR. RADKE:  Otto Trucking joins the | 18:39 |
| 10 | instruction. | 18:39 |
| 11 | MR. EHRLICH:  But outside of that, to the | 18:39 |
| 12 | extent they're not privileged communications, you can | 18:39 |
| 13 | answer. | 18:39 |
| 14 | MS. DUNN:  Yeah, and I also will instruct to | 18:39 |
| 15 | the extent that they're privileged communications, to | 18:39 |
| 16 | not reveal the content. | 18:39 |
| 17 | But, to the extent that there are | 18:39 |
| 18 | non-privileged communications, the witness is free to | 18:39 |
| 19 | answer. | 18:39 |
| 20 | MR. PERLSON:  Well, what's the line there? | 18:39 |
| 21 | MS. DUNN:  It's not what this -- I mean, I -- | 18:39 |
| 22 | my instruction is proper. | 18:39 |
| 23 | MR. PERLSON:  Are there -- well, let me ask | 18:39 |
| 24 | you this:  Are there any conversations that occurred | 18:39 |
| 25 | with lawyers that wouldn't be privileged that he could | 18:39 |

Page 297

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | answer the question about that wouldn't be subject to | 18:39 |
| 2 | that instruction? | 18:39 |
| 3 | MS. DUNN:  I -- David, your questions should | 18:39 |
| 4 | be to the witness. | 18:39 |
| 5 | MR. PERLSON:  Well, I don't think it's | 18:39 |
| 6 | possible for him to comply with the -- the scope of it | 18:40 |
| 7 | the way that you've framed it. | 18:40 |
| 8 | MS. DUNN:  I think that's -- | 18:40 |
| 9 | MR. PERLSON:  Perhaps you should talk with | 18:40 |
| 10 | him about it. | 18:40 |
| 11 | MS. DUNN:  I think I've -- I have made my | 18:40 |
| 12 | instruction.  His -- | 18:40 |
| 13 | MR. PERLSON:  Are there -- | 18:40 |
| 14 | MS. DUNN:  He doesn't look as confused as you | 18:40 |
| 15 | look. | 18:40 |
| 16 | MR. PERLSON:  Did you have any -- well, I | 18:40 |
| 17 | think his job is a little easier here today than -- | 18:40 |
| 18 | than mine. | 18:40 |
| 19 | Q   But the -- the -- the -- did you have any | 18:40 |
| 20 | communications -- okay. | 18:40 |
| 21 | Well, let me -- let me ask you this:  Are | 18:40 |
| 22 | there any conversations -- well, that's -- that's what | 18:40 |
| 23 | I asked you, that you objected to. | 18:40 |
| 24 | What specifically did Uber's lawyers tell you | 18:40 |
| 25 | to do in relation to Uber's investigation, in relation | 18:40 |

Page 298

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | to this litigation, that you refused to do? | 18:40 |
| 2 | MS. DUNN:  Same instruction. | 18:40 |
| 3 | MR. EHRLICH:  I think that that squarely | 18:40 |
| 4 | implicates privilege.  So I'm going to instruct the | 18:41 |
| 5 | client not to answer. | 18:41 |
| 6 | MR. RADKE:  Otto Trucking joins. | 18:41 |
| 7 | MR. PERLSON:  Okay.  I'm done for today, | 18:41 |
| 8 | subject to the various privilege issues and all the | 18:41 |
| 9 | other discovery issues out there that have yet to be | 18:41 |
| 10 | resolved. | 18:41 |
| 11 | MS. DUNN:  I have only one additional | 18:41 |
| 12 | question. | 18:41 |
| 13 | MR. PERLSON:  Okay.  Do you want to just ask | 18:41 |
| 14 | it there, or do you want to switch? | 18:41 |
| 15 | MS. DUNN:  I can ask it from here. | 18:41 |
| 16 | But you should look at the camera -- | 18:41 |
| 17 | THE WITNESS:  Okay.  I'll look at the camera. | 18:41 |
| 18 | MS. DUNN:  -- so that we don't mess you up. | 18:41 |
| 19 | THE WITNESS:  I'll pretend that you're asking | 18:41 |
| 20 | the question. | 18:41 |
| 21 | | 18:41 |
| 22 | FURTHER EXAMINATION | 18:41 |
| 23 | BY MS. DUNN: | 18:41 |
| 24 | Q  Mr. Levandowski, do you recall that | 18:41 |
| 25 | Mr. Perlson asked you about the relevance of the | 18:41 |

Page 299