# EXHIBIT 19
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                          )
 6         Plaintiff,                    )
 7   vs.                                 ) Case No.
 8   UBER TECHNOLOGIES, INC.;            ) 3:17-CV-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING        )
10   LLC,                                )
11         Defendants.                   )
     _____)
12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                    PIERRE-YVES DROZ
16                  Palo Alto, California
17                Tuesday, August 22, 2017
18                       Volume I
19
20   Reported by:
21   CATHERINE A. RYAN
22   CMR, CRR, CSR No. 8239
23   Job No. 2685937
24
25   PAGES 1 - 92
```

Page 1

```
 1   desk, but --                                              14:47:39
 2       Q    And what -- what device was on her desk?
 3       A    A PBR5.
 4       Q    Is PBR5 in use today?
 5       A    No.                                              14:47:50
 6       Q    Why not?
 7       A    It was --
 8            MR. JAFFE:  Object to form --
 9            THE WITNESS:  Sorry.
10            MR. JAFFE:  -- and outside the scope.            14:47:53
11            THE WITNESS:  PBR5 is the much earlier
12   version to the PBR we use today.  It's a very
13   different -- very different capabilities, very
14   different technology, and I think we -- we stopped
15   using it probably, like, three years ago-ish.             14:48:08
16   Something like that.
17            MR. CHATTERJEE:  I'm going to mark this as
18   1826.
19            (Exhibit 1826 was marked for
20            identification by the court reporter.)           14:48:32
21   BY MR. CHATTERJEE:
22       Q    I've marked the document as 1826.  I'm
23   going to give you the physical specimens in a
24   minute.  I just want to have a record of what it is
25   I'm giving you.  These are pictures of each side of       14:48:44
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    the device that I'm giving you.                    14:48:46
 2         A    Okay.
 3         Q    I'm going to hand you the device here, and
 4    you can open the bag and take it out.
 5         A    Yeah.                                     14:48:54
 6         Q    Do you recognize these devices, Mr. Droz?
 7         A    Let me look at the identification number
 8    on it.
 9         Q    I can give you a magnifying glass if it
10    would be helpful.                                   14:49:12
11              MR. JAFFE:  Has this been made available
12    in discovery?
13              MR. CHATTERJEE:  It is now.
14              MR. JAFFE:  You're just making available
15    that you had devices in discovery?                  14:49:17
16              MR. CHATTERJEE:  I just got them.
17              MR. JAFFE:  From where?
18              MR. CHATTERJEE:  Yesterday.  You'll find
19    out soon enough.
20         Q    Go ahead, Mr. Droz.                       14:49:23
21         A    Okay.  So -- sorry.  What is your
22    question?
23         Q    Do you recognize these documents?
24         A    I mean, documents, no, but the boards,
25    yes.                                                14:49:38
```

Page 34

```
 1      Q   Okay.  What are those boards?                    14:49:38
 2      A   Those boards are early version of the GBr2
 3  transmit boards.
 4      Q   Okay.  If you would look -- you can use
 5  the magnifying glass if it would be helpful.  It's       14:49:47
 6  ███████████████████████████████
 7      Do you see that?
 8      A   Yes, that would be two versions of it.
 9      Q   Now, there's something attached to the
10  side of those.  Do you see those?  Do you know what       14:50:04
11  those are?
12      A   They look like ear- -- like -- I don't
13  know.  I think they look like ear- -- how do you
14  call it?  Like, earring rings.
15      Q   Are you familiar with anyone giving               14:50:16
16  earrings -- giving the printed circuit boards as
17  earrings to someone as a gift?
18      A   No, I'm not.
19      Q   Okay.  And so you're not familiar with
20  Seval Oz?                                                 14:50:26
21      A   I'm sorry.  I'm familiar with her, but her
22  having that, I'm totally not familiar with it.
23      Q   So you were not at a -- at a party where
24  they gave these to her as a gift when she left the
25  company?                                                  14:50:37
```

Page 35

| | | | |
|---|---|---|---|
| 1 | A | No, I was not at her goodbye party. | 14:50:38 |
| 2 | Q | Are you aware of anyone giving her these | |
| 3 | | as a gift at a going away party? | |
| 4 | A | I was totally unaware of that, no. | |
| 5 | Q | Okay.  And -- and you were never present | 14:50:51 |
| 6 | | in any of those meetings? | |
| 7 | A | The party I was not, no. | |
| 8 | Q | You're familiar she left the company? | |
| 9 | A | Yeah. | |
| 10 | Q | Up until today were you aware that Ms. Oz | 14:50:58 |
| 11 | | actually had earrings that were the two printed | |
| 12 | | circuit boards of the GBr ▆▆▆▆ | |
| 13 | A | No, I just discovered it today.  You just | |
| 14 | | told me, basically. | |
| 15 | Q | And ▆▆▆▆ | 14:51:12 |
| 16 | | Do you know what the difference is between | |
| 17 | | ▆▆▆▆▆▆▆▆ | |
| 18 | A | The exact differences, no.  I mean, it's | |
| 19 | | like, a small improvement, better version, hence the | |
| 20 | | different in the output. | 14:51:31 |
| 21 | Q | But these ones would have ▆▆▆▆▆▆ | |
| 22 | | ▆▆▆, right? | |
| 23 | A | It actually doesn't because it doesn't | |
| 24 | | have diodes on it.  This is just bare PCB. | |
| 25 | Q | It would just have the PCB? | 14:51:39 |

Page 36

| | | |
|---|---|---|
| 1 | A    Yeah, this is just bare PCB. | 14:51:40 |
| 2 | Q    Now, when I look at those, can I tell that | |
| 3 | there are ██████████████ on it? | |
| 4 | A    Actually, let me rephrase what I just | |
| 5 | said.  This one doesn't have diodes.  The left one | 14:51:49 |
| 6 | does have diodes. | |
| 7 | Q    But you can actually see them on there, | |
| 8 | right? | |
| 9 | A    Yeah.  Can I see? | |
| 10 | Q    This is the ████ version, correct? | 14:51:56 |
| 11 | A    Corrected.  Yes.  It does have lasers. | |
| 12 | Q    And it also has ████████████████, | |
| 13 | right? | |
| 14 | A    Yes, I couldn't tell you if they're -- | |
| 15 | what size they are, what -- | 14:52:18 |
| 16 | Q    Do you know if the size for ████████ | |
| 17 | ████████ changed from GBr2 to GBr3? | |
| 18 | A    I am not sure.  I don't know.  That I | |
| 19 | don't know.  I know that ████████████████ | |
| 20 | changed a little bit.  So it's possible that they | 14:52:30 |
| 21 | changed the -- | |
| 22 | Q    Would you be concerned at all that someone | |
| 23 | gave these to Ms. Oz as a gift when she was leaving | |
| 24 | her employment -- | |
| 25 | A    Yeah. | 14:52:42 |

1     Q    -- with Google?                                      14:52:42

2     A    Yes.

3     Q    Why?

4     A    Because this is -- this is confidential

5  information.  This is our designs.  That's not               14:52:47

6  something we should give to someone, especially if

7  someone is leaving the company.

8     Q    Would it surprise you that these earrings

9  were given to her on the Google facilities as a gift

10 before she left?                                             14:53:00

11           MR. JAFFE:  Object to form.

12           THE WITNESS:  So let me put it this way:

13 It would surprise me.  If Anthony had done this, it

14 would surprise me less, but that's more just from my

15 knowledge of what --                                         14:53:16

16 BY MR. CHATTERJEE:

17    Q    If he hadn't given it to her but someone

18 else had, would that surprise you?

19    A    It would, yes, probably.

20    Q    Where does Ms. Oz work now?                          14:53:27

21    A    I'm not sure.  I know she was even like --

22 when she left Google, she was getting pretty -- an

23 executive role, maybe CEO of some -- I don't know

24 exactly -- I didn't know Seval that well.

25    Q    Do you know if she's working on                      14:53:45

Page 38

```
 1    self-driving car technologies?                          14:53:47

 2        A    I don't -- I don't know if she is.

 3        Q    Okay.  I can take the earrings back.

 4        A    Sure.

 5             MR. CHATTERJEE:  We'll make them available     14:53:55

 6    for inspection whenever you want, Jordan.  We'll

 7    keep the pictures of the record just so it's clear

 8    what it was.

 9             THE WITNESS:  Sorry.

10             MR. JAFFE:  Thank you.                         14:54:05

11    BY MR. CHATTERJEE:

12        Q    Are you aware --

13        A    I'm sorry.

14        Q    No.  You can hold on to that.

15             Are you aware of any vendors publishing        14:54:12

16    pictures of printed circuit boards made --

17        A    I mean of our circuit boards?

18        Q    Let me ask it more precisely.  That's a

19    fair point.

20             Are you aware of any vendors publishing        14:54:27

21    pictures of the printed circuit boards or designs of

22    Google?

23             MR. JAFFE:  Object to form.

24    BY MR. CHATTERJEE:

25        Q    For LiDAR devices?                             14:54:36
```

Page 39

| | | |
|---|---|---|
| 1 | MR. JAFFE:  Same objection. | 14:54:36 |
| 2 | THE WITNESS:  I'm not aware of that. | |
| 3 | BY MR. CHATTERJEE: | |
| 4 | Q  You're not aware of any instance where a | |
| 5 | picture of a Google printed circuit board for LiDAR | 14:54:41 |
| 6 | was published in a catalog? | |
| 7 | A  A picture of -- no. | |
| 8 | Q  Do you know why Anthony Levandowski was | |
| 9 | not sued for trade secret misappropriation? | |
| 10 | MR. JAFFE:  Object to form.  And | 14:55:12 |
| 11 | objection.  Beyond the scope. | |
| 12 | What topic are we on here? | |
| 13 | MR. CHATTERJEE:  "All measures taken by | |
| 14 | Google and/or Waymo to protect trade secrets Waymo | |
| 15 | claims was misappropriated by Otto Trucking." | 14:55:21 |
| 16 | Whether you sued him or not and why falls within | |
| 17 | that. | |
| 18 | MR. JAFFE:  That is not a question for a | |
| 19 | fact witness.  Is -- that is not within the scope -- | |
| 20 | MR. CHATTERJEE:  He's a 30(b)(6) witness. | 14:55:30 |
| 21 | He can answer it.  If he doesn't know, he can say he | |
| 22 | doesn't know. | |
| 23 | MR. JAFFE:  Objection.  Beyond the scope. | |
| 24 | And I'm going to object to form. | |
| 25 | THE WITNESS:  I don't know why. | 14:55:38 |

Page 40

```
 1            MR. JAFFE:  Oh, and -- I don't think it's        14:55:40
 2   problematic given your answer, but I also just want
 3   to caution you not to reveal any attorney-client
 4   communications.
 5   BY MR. CHATTERJEE:                                        14:55:48
 6       Q   Do you know if Google does anything to
 7   ensure compliance by vendors with respect to
 8   Google's confidential information associated with
 9   its printed circuit boards?
10            MR. JAFFE:  Objection.  Beyond the scope.        14:56:01
11            THE WITNESS:  So I know that we -- you
12   know, from a -- from talking with Tim Willis and
13   seeing how the DSM team works, I know they do
14   inspect the counter facilities.  I think one of the
15   thing they check is how the information there is         14:56:17
16   segmented into -- between different projects.  I
17   know we have NDAs put in place with vendors and, you
18   know, subcontractors as well.
19   BY MR. CHATTERJEE:
20       Q   Do you know if they do any proactive              14:56:33
21   monitoring to make sure that vendors aren't using
22   the information incorrectly?
23            MR. JAFFE:  Objection.  Beyond the scope.
24   Form.
25            THE WITNESS:  I know we do site visits.          14:56:42
```