UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Waymo LLC, | ) |
| | ) Case No: 3:17-cv-00939 |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| UBER TECHNOLOGIES, INC., et al. | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, Michelle W. Fox , an active member in good standing of the bar of
Supreme Judicial Court of the Commonwealth of Massachusetts hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Waymo LLC in the
above-entitled action. My local co-counsel in this case is Jordan Jaffe , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: Quinn Emanuel Urquhart & Sullivan 111 Elizabeth Street Level 15 Sydney NSW 2000, Australia | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: Quinn Emanuel Urquhart & Sullivan 50 California St, 22nd Floor San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD: (011) +61 2 9146 3500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 875-6600 |
| MY EMAIL ADDRESS OF RECORD: michellefox@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jordanjaffe@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 633063 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/8/2017

Michelle W. Fox
_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michelle W. Fox is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: September 11, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE