UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: IN CAMERA REVIEW OF WAYMO'S ASSERTION OF PRIVILEGE OVER DOCUMENT**<br><br>Re: Dkt. Nos. 1435 & 1507 |

The Court previously granted in part and denied in part Uber's motion to compel further responses to requests for admission, interrogatories, and production of an unredacted document. (Dkt. No. 1507.)  Waymo was ordered to provide an unredacted version of the document over which it asserted attorney-client privilege to the Court for *in camera* review.  Waymo has since done so.  Having reviewed the document, the Court concludes that the redacted material is not privileged as it does not constitute legal advice.  Waymo shall produce an unredacted version of the document bates-stamped Waymo-Uber 00056880 by 5:00 p.m. September 11, 2017.

**IT IS SO ORDERED.**

Dated: September 11, 2017

                       _____
                       JACQUELINE SCOTT CORLEY
                       United States Magistrate Judge