| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|  | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|  | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
|  | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
|  | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|  | Telephone:    415.268.7000 |
| 7 | Facsimile:     415.268.7522 |

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:    202.237.2727
12  Facsimile:     202.237.6131

13  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
14  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
15  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
16  New York, NY 10019-6023

17  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
18  and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE TS 96, AND DAUBERT MOTION** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their
3  Motion for Summary Judgment, Motion to Strike TS 96, and Daubert Motion.  Specifically,
4  Defendants request an order granting leave to file under seal the confidential portions of the
5  following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion for Summary Judgment, Motion to Strike TS 96, and Daubert Motion ("Motion") | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |
| Exhibit 1 to the Declaration of Esther Chang | Entirety | Defendants Plaintiff |
| Exhibit 2 to the Declaration of Esther Chang | Highlighted Portions | Plaintiff (Green) |

14  The blue-highlighted portions of the Motion and the entirety of Exhibit 1 to the Chang
15  Declaration contain highly confidential information regarding the technical details of Uber's
16  LiDAR systems, including specifications, diagrams, and schematics of LiDAR transmit boards.
17  This highly confidential information is not publicly known, and its confidentiality is strictly
18  maintained.  Disclosure of this information could allow competitors to obtain a competitive
19  advantage over Uber by giving them details into the technical components of Uber's LiDAR
20  sensors, such that Uber's competitive standing could be significantly harmed.  (Declaration of
21  Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal
22  ("Yang Decl.") ¶ 3.)
23  The green-highlighted portions of the Motion and Exhibit 2 to the Chang Declaration, as
24  well as the entirety of Exhibit 1 to the Chang Declaration, contain information that has been
25  designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the
26  Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties

1   have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this

2   material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Yang Decl. ¶ 4.)

3         Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

4   documents at issue, with accompanying chamber copies.

5         Defendants served Waymo with this Administrative Motion to File Documents Under

6   Seal on September 11, 2017.

7         For the foregoing reasons, Defendants request that the Court enter the accompanying

8   Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

9   designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

10  ATTORNEYS' EYES ONLY."

12  Dated:  September 11, 2017        MORRISON & FOERSTER LLP

14                                By:  */s/ Michael A. Jacobs*
                                   MICHAEL A. JACOBS

                              Attorneys for Defendants
                              UBER TECHNOLOGIES, INC. and
                              OTTOMOTTO LLC