1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

1  Having considered all of the papers filed in connection with Defendants' Motion for
2  Summary Judgment, Motion to Strike TS 96, and Daubert Motion, as well as the arguments
3  presented by the parties at the hearing on this motion, the Court finds that Uber did not
4  misappropriate TS 96, TS 96 is stricken for failure to identify the trade secret with sufficient
5  particularity, and Waymo expert Dr. Hesselink's opinion on TS 96 should be excluded.
6  IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is
7  GRANTED.

10  **IT IS SO ORDERED**.

12  Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge