MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br> v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendant. | Case No.  3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE TS 96, AND DAUBERT MOTION**<br><br>Date: September 20, 2017<br>Time: 8:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: The Honorable William Alsup<br>Trial Date: October 10, 2017 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion for Summary Judgment, Motion to Strike TS 96, and Daubert Motion.

2. Attached as **Exhibit 1** are true and correct excerpts of the August 24, 2017 Opening Expert Report of Lambertus Hesselink, Ph.D.

3. Attached as **Exhibit 2** are true and correct excerpts of the August 3, 2017 deposition of Pierre-yves Droz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of September, 2017, in San Francisco, California.

/s/   Esther Kim Chang
ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: September 11, 2017

/s/ Michael A. Jacobs
MICHAEL A. JACOBS

CHANG DECL. ISO DEFS. MOTION FOR SUMM. J., MOTION TO STRIKE TS 96, AND DAUBERT MOTION
Case No. 3:17-cv-00939-WHA
sf-3822030

2