IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE RESPONSE TO SUPPLEMENTAL BRIEF AND PROPOSED JURY INSTRUCTION** |

　　　　Defendants may respond to plaintiff Waymo LLC's supplemental brief and proposed jury instruction (Dkt. No. 1502) by **SEPTEMBER 15 AT NOON**.

　　　　**IT IS SO ORDERED.**

Dated: September 11, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE