1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11

12   WAYMO LLC,                          | Case No. 3:17-cv-00939-WHA

13                    Plaintiff,         | **JOINT RESPONSES TO COURT'S**
                                         | **QUESTIONS 3 AND 4 FOR FURTHER**
14          v.                           | **HEARING ON MOTION TO STRIKE**
                                         | **ASSERTED TRADE SECRET NUMBER 96**
15   UBER TECHNOLOGIES, INC.,
     OTTOMOTTO LLC; OTTO                 | Date:    September 6, 2017
16   TRUCKING LLC,                       | Time:    8:00 a.m.
                                         | Ctrm:    8, 19th Floor
17                    Defendants.        | Judge:   The Honorable William Alsup

18                                       | Trial Date: October 10, 2017

19

20

21        **UNREDACTED VERSION OF DOCUMENT TO BE SEALED**

22

23

24

25

26

27

28

3. Jointly provide an agreed-upon overlay graph that compares each side's ██████ as described above and is scaled up (or down) such that the ████████ for each side fall on the same positions on the y axis, and the x axis is scaled up (or down) by that same proportion. Where do the █████ fall in such a comparison?

**Response to Question 3**:

See page 2 of attached Exhibit A.

The plots of the Fuji █████ were created by using the x, y coordinates from UBER00151175, previously filed as Dkt. 174-3, using the coordinates ████████. The plots of the GBr3 █████ were created by using the x, y coordinates from WAYMO-UBER-00003220 at 3235, previously filed as Dkt. 25-8.

The plot of GBr3 ████████████, maintaining the same aspect ratio, to align the ████████, such that the █████████ have the same y-axis coordinates.

4. Also jointly provide an agreed-upon overlay graph that compares each side's ██████ as described above and is scaled up (or down) and tilted as necessary to exactly align the ████. Plot the █████ accordingly, taking care to use the same scaling for both the y axis and the x axis.

**Response to Question 4**:

See page 4 of Exhibit A.

In addition to the methodology described in response to Question 3, the plot for GBr3 █████ was rotated ████████, to align the ██████████, such that the ████████ have the same x-axis coordinates.  The same aspect ratio was maintained for the entire operation.

JOINT RESPONSES TO COURT'S QUESTIONS 3 AND 4 FOR HEARING ON MOTION TO STRIKE TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378

1

1   Dated:  September 5, 2017            MORRISON & FOERSTER LLP

2

3                              By: _____*/s/ Michael A. Jacobs*_____

4                                      MICHAEL A. JACOBS

5                                      MICHAEL A. JACOBS (CA SBN 111664)
                                     MJacobs@mofo.com

6                                      ARTURO J. GONZÁLEZ (CA SBN 121490)
                                     AGonzalez@mofo.com

7                                      MORRISON & FOERSTER LLP
                                     425 Market Street

8                                      San Francisco, California  94105-2482
                                     Telephone:      415.268.7000

9                                      Facsimile:      415.268.7522

10                                    KAREN L. DUNN (Pro Hac Vice)
                                   kdunn@bsfllp.com

11                                    HAMISH P.M. HUME (Pro Hac Vice)
                                   hhume@bsfllp.com

12                                    BOIES SCHILLER FLEXNER LLP
                                   1401 New York Avenue, N.W.

13                                    Washington DC  20005
                                   Telephone:    202.237.2727

14                                    Facsimile:    202.237.6131

15                                    WILLIAM CARMODY (Pro Hac Vice)
                                   bcarmody@susmangodfrey.com

16                                    SHAWN RABIN (Pro Hac Vice)
                                   srabin@SusmanGodfrey.com

17                                    SUSMAN GODFREY LLP
                                   1301 Avenue of the Americas, 32nd Floor

18                                    New York, NY  10019-6023

19                                    Attorneys for Defendants
                                   UBER TECHNOLOGIES, INC. and

20                                    OTTOMOTTO LLC

21

22

23

24

25

26

27

28

Joint Responses to Court's Questions 3 and 4 for Hearing on Motion to Strike TS 96
Case No. 3:17-cv-00939-WHA
sf-3820378                                                       2

1    Dated:  September 5, 2017                    QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP
2

3
                                            By:  _____/s/Jordan Jaffe_____
4                                                     JORDAN JAFFE

5                                                Charles K. Verhoeven (Bar No. 170151)
                                                 charlesverhoeven@quinnemanuel.com
6                                                David A. Perlson (Bar No. 209502)
                                                 davidperlson@quinnemanuel.com
7                                                Melissa Baily (Bar No. 237649)
                                                 melissabaily@quinnemanuel.com
8                                                John Neukom (Bar No. 275887)
                                                 johnneukom@quinnemanuel.com
9                                                Jordan Jaffe (Bar No. 254886)
                                                 jordanjaffe@quinnemanuel.com
10
                                                 50 California Street, 22nd Floor
11                                               San Francisco, California 94111-4788
                                                 Telephone:      (415) 875 6600
12                                               Facsimile:      (415) 875 6700

13                                               Attorneys for WAYMO LLC

14

15

16                        **ATTESTATION OF E-FILED SIGNATURE**

17           I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

18   joint submission.  In compliance with General Order 45, X.B., I hereby attest that Jordan Jaffe has

19   concurred in this filing.

20   Dated:  September 5, 2017            _____/s/ Michael A. Jacobs_____
                                                     MICHAEL A. JACOBS
21

22

23

24

25

26

27

28