Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 189247)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING LLC'S NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TEHCNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE TS 96, AND DAUBERT MOTION**<br><br>Hearing Date: September 20, 2017<br>Hearing Time: 8:00 a.m.<br>Judge:         Hon. William H. Alsup<br>Courtroom:  8, 19th Floor<br>Trial Date:    October 10, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Motion for Summary Judgment, Motion to Strike TS 96, and Daubert Motion (Dkt. 1514). In support, Otto Trucking states as follows:

1. On June 7, 2017, the Court issued a Case Management Scheduling Order requiring Waymo to reduce its list of 121 purported trade secrets to a final "lineup of trade secrets to be tried" that was "less than ten" by August 1, 2017 [Dkt. 563].

2. On August 1, 2017, Waymo served its Notice Regarding Trade Secret Narrowing.

3. On August 7, 2017, Co-Defendants Uber and Ottomotto submitted its Motion to Strike Vague and Overbroad Trade Secret Claims [Dkt. 1108].

4. On August 23, 2017, the Court held a hearing regarding Waymo's TS No. 96.

5. On August 24, 2017, Plaintiff Waymo served its expert report of Lambertus Hesselink.

6. On September 6, 2017, the Court held a second hearing regarding Waymo's TS No. 96.

7. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Docket No. 1514 for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

8. Otto Trucking incorporates by reference as equally applicable here Otto Trucking's arguments made in its own Motion for Summary Judgment on August 31, 2017 [Dkt. 1423].

9. Otto Trucking joins and adopts Co-Defendants' Motion to Strike to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Motion for Summary Judgment, Motion to Strike TS 96, and Daubert Motion (Dkt. 1514).

Dated: September 11, 2017                         Respectfully submitted,

2

OTTO TRUCKING'S NOTICE TO JOIN UBER AND OTTOMOTTO'S
MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE, AND DAUBERT MOTION
CASE NO. 3:17-CV-00939-WHA

By: /s/ Neel Chatterjee
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 189247)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041


Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant*
*Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 11, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September 2017.

/s/ Neel Chatterjee
Neel Chatterjee

4
OTTO TRUCKING'S NOTICE TO JOIN UBER AND OTTOMOTTO'S
MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE, AND DAUBERT MOTION
CASE NO. 3:17-CV-00939-WHA