1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
12 Todd A. Boock (SBN 181933)
   tboock@goodwinlaw.com
13 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
14 Los Angeles, California 90017
   Tel.: +1 213 426 2500
15 Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No. 3:17-cv-00939-WHA<br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS**<br><br>Courtroom:  8-19th Floor<br>Judge:  Hon. William H. Alsup<br>Trial:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of James Lin<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Its Motion for Relief from Non-Dispositive Pretrial Orders (the "Administrative Motion"). Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or "Confidential" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Letter Brief re Motion for Relief from Non-Dispositive Pretrial Orders | Highlighted Portions |
| Exhibit 3 to Boock Declaration – Document Bates-stamped WAYMO-UBER-00086885 | Entire Document |
| Exhibit 4 to Boock Declaration – Document Bates-stamped WAYMO-UBER-00084492 | Entire Document |
| Exhibit 5 to Boock Declaration – Document Bates-stamped WAYMO-UBER-00086932 | Entire Document |
| Exhibit 6 to Boock Declaration – Document Bates-stamped WAYMO-UBER-00086812 | Entire Document |
| Exhibit 10 to Boock Declaration – Document Bates-stamped WAYMO-UBER-00086809 | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE