Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>   Defendants. | Case No.:  3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE**<br><br>Courtroom:  8, 19th Floor<br>Judge:  Hon. William A. Alsup |

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is: 100 Northern Avenue, Boston, Massachusetts 02210. My email address is storibio@goodwinlaw.com.

On **September 12, 2017**, I served the following documents on the person(s) below as follows:

1. **UNREDACTED OTTO TRUCKING LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS RE: MOTIONS TO QUASH AND FOR PROTECTIVE ORDER; AND SCOPE OF PRIVILEGE WAIVER (DKT NO. 1391)**

2. **UNREDACTED EXHIBIT 3 TO TODD A. BOOCK DECLARATION**

3. **UNREDACTED EXHIBIT 4 TO TODD A. BOOCK DECLARATION**

4. **UNREDACTED EXHIBIT 5 TO TODD A. BOOCK DECLARATION**

5. **UNREDACTED EXHIBIT 6 TO TODD A. BOOCK DECLARATION**

6. **UNREDACTED EXHIBIT 10 TO TODD A. BOOCK DECLARATION**

| Recipient | Email Address: |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Charles K. Verhoeven (Bar No. 170151)<br>David A. Perlson (Bar No. 209502)<br>Melissa Baily (Bar No. 237649)<br>John Neukom (Bar No. 275887)<br>Jordan Jaffe (Bar No. 254886)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | QEWaymo@quinnemanuel.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>**MORRISON FOERSTER LLP**<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | UberWaymomofoattorneys@mofo.com |

| | |
|---|---|
| Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Wendy Joy Ray<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | |
| Michael Darron Jay<br>**BOIES SCHILLER & FLEXNER LLP**<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>**BOIES SCHILLER FLEXNER LLP**<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave., NW<br>Washington, DC 20005 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| John L. Cooper<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104<br>415.954.4410<br>415.954.4480 | jcooper@fbm.com |
| William Christopher Carmody<br>Shawn J. Rabin<br>Cory Buland<br>Halley W. Josephs<br>Ian M. Gore<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019 | Uber-sg@lists.susmangodfrey.com |

| | |
|---|---|
| 1<br>2<br>3 | ☑   (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service on **September 12, 2017**. My electronic service address is storibio@goodwinlaw.com. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above. |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on September 12, 2017, at Boston, Massachusetts

<u>Stephanie M. Toribio</u>        <u>(Signature)</u>
(Type or print name)