Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>Uber Technologies, Inc., et al.,<br><br>      Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF TODD A. BOOCK IN SUPPORT OF OTTO TRUCKING'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS (DOCKET NO. 1391)**<br><br>Judge:      Hon. William H. Alsup<br>Trial:         October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Motion<br>2. [Proposed] Order |

I, Todd A. Boock, declare as follows:

1. I am Counsel at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("OT"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking LLC's Motion for Relief from Non-Dispositive Pretrial Orders.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the Transcript of Proceedings, dated August 28, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant portions of the Transcript of Proceedings, dated August 16, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Waymo in this litigation, Bates-stamped WAYMO-UBER-00086885 to -00086892.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Waymo in this litigation, Bates-stamped WAYMO-UBER-00084492 to -00084505.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Waymo in this litigation, Bates-stamped WAYMO-UBER-00086932 to -00086939.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Waymo in this litigation, Bates-stamped WAYMO-UBER-00086812 to -00086814.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a subpoena issued by Waymo to Eric Tate, an attorney employed by Uber and Ottomotto's counsel, Morrison & Foerster LLP.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a subpoena issued by Waymo to Adam Bentley, an attorney formerly employed by O'Melveny & Myers LLP.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a subpoena issued by Waymo to John Gardner, an attorney employed by Donahue Fitzgerald LLP.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Waymo in this litigation, Bates-stamped WAYMO-UBER-00086809 to -00086811.

12. Since Judge Corley issued her August 18, 2017 Order compelling production and

1  waiving privilege as to the forensic investigation, OT has been required to seek court relief on four
2  separate occasions, including August 28 (Dkt. No. 1391), August 30 (Dkt. No. 1412), August 31
3  (Dkt. No. 1429) and September 6, 2017 (Dkt. No. 1479).  Each time OT has sought court
4  assistance in directing Waymo to comply with the Court's August 18 Order, Waymo has been
5  required to produce additional document or allow additional witness testimony.

7      I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.  Executed this 11th day of September, 2017 in Los Angeles, California.

        /s/ *Todd A. Boock*
          Todd A. Boock

2

BOOCK DECLARATION ISO OTTO TRUCKING'S MOTION
FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS        CASE NO. 3:17-CV-00939

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatory indicated by the conformed (/s/) of Todd A. Boock.

/s/ *I. Neel Chatterjee*
I.NEEL CHATTERJEE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 11, 2017. I further certify that all participants in the case are registered CM/ECF users and that service of the Declaration, including all public and redacted exhibits attached hereto, will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September 2017.

/s/ I. Neel Chatterjee
I. Neel Chatterjee