# REDACTED VERSION OF EXHIBIT 3 SOUGHT TO BE FILED UNDER SEAL