# REDACTED VERSION OF EXHIBIT 4 SOUGHT TO BE FILED UNDER SEAL