# REDACTED VERSION OF EXHIBIT 5 SOUGHT TO BE FILED UNDER SEAL