# REDACTED VERSION OF EXHIBIT 6 SOUGHT TO BE FILED UNDER SEAL