# EXHIBIT 7

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David Perlson (Cal. Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Cal. Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Cal. Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Cal. Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>            Plaintiffs,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO, LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | Case No. 17-cv-00939-WHA<br><br>**AMENDED NOTICE OF DEPOSITION<br>OF ERIC TATE**<br><br>HONORABLE WILLIAM H. ALSUP |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Waymo, LLC ("Waymo"), by and through their attorneys, will take the deposition upon oral examination of Eric Tate.  The deposition will commence at 9:30am, August 18, 2017, at the offices of Quinn Emanuel Urquhart & Sullivan, 50 California Street, 22nd Floor, San Francisco, California 94111.  The deposition will be taken by a notary public or other authorized officer and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

DATED:  August 16, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

**PROOF OF SERVICE**

I, Felipe Corredor, am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 50 California Street, 22nd Floor, San Francisco, California 94111-4788.

On August 16, 2017, I served true copies of the following document(s) described as "Notice of Deposition of Eric Tate" on the interested parties in this action as follows:

| Recipient | | Email Address: |
|---|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON &<br>FOERSTER LLP<br>425 Market Street<br>San Francisco, CA<br>94105<br><br>Michelle Ching<br>Youn Yang<br>MORRISON<br>FOERSTER LLP<br>2000 Pennsylvania<br>Avenue, NW<br>Washington, DC<br>20006<br><br>Rudolph Kim<br>MORRISON &<br>FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON &<br>FOERSTER LLP<br>707 Wilshire<br>Boulevard<br>Suite 6000<br>Los Angeles, CA<br>90017 | | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER<br>& FLEXNER LLP<br>401 Wilshire<br>Boulevard, Suite 850<br>Santa Monica, CA | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | | |
|---|---|---|
| 90401<br><br>Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | | |
| I. Neel Chatterjee (SBN 173985)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>Brett M. Schuman (SBN 189247)<br>Shane Brun (SBN 179079)<br>Rachel M. Walsh (SBN 250568)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 | | DG-GPOttoTruckingWaymo@goodwinlaw.com |

1

2

3   **BY ELECTRONIC MAIL TRANSMISSION:** by electronic mail transmission from

4   felipecorredor@quinnemanuel.com on August 16, 2017, by transmitting a PDF format copy of

5   such document(s) to each such person at the e mail address listed above.  The document(s)

6   was/were transmitted by electronic transmission and such transmission was reported as complete

7   and without error.

    Executed on August 16, 2017, at San Francisco, California.

8

9                                        */s/ Felipe Corredor*
                                         Felipe Corredor
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28