# REDACTED VERSION OF EXHIBIT 10 SOUGHT TO BE FILED UNDER SEAL