# EXHIBIT 14
# SEALED

From: ▮▮▮▮▮ Anthony Levandowski
Participants: ▮▮▮▮▮▮▮▮▮▮ Daniel Gruver (owner)
▮▮▮▮▮ Anthony Levandowski
▮▮▮▮▮ Daniel Gruver

Source: iMessage: ▮▮▮▮▮▮▮▮▮▮
Start Time: 7/7/2016 16:02(UTC-7)
Last Activity: 6/13/2017 17:24(UTC-7)

Time Stamp: 7/28/2016 09:45(UTC-7)

Yup, I want to dive deeper on laser today..

CONFIDENTIAL
UBER00177240

From: ▇▇▇▇▇▇ Anthony Levandowski
Participants: ▇▇▇▇▇▇▇▇▇▇ Daniel Gruver (owner)
▇▇▇▇▇▇ Anthony Levandowski
▇▇▇▇▇▇ Daniel Gruver

Source: iMessage: ▇▇▇▇▇▇▇▇▇▇
Start Time: 7/7/2016 16:02(UTC-7)
Last Activity: 6/13/2017 17:24(UTC-7)

Time Stamp: 9/15/2016 09:33(UTC-7)

I assume we're not going to the laser dudes in ▇▇▇▇▇▇

CONFIDENTIAL   UBER00177259