# EXHIBIT 15
# SEALED

```
From:            ████████      Anthony Levandowski
Participants:    ████████████  Scott Boehmke (owner)
                 ████████      Anthony Levandowski
                 ████████      Scott Boehmke

Source: iMessage: ████████████
Start Time: 4/26/2016 12:51:14 PM(UTC-4)
Last Activity: 2/9/2017 3:54:02 PM(UTC-5)


Time Stamp: 4/26/2016 12:54:25 PM(UTC-4)

Laser Anthony... I am at ATC in room 6
```

CONFIDENTIAL                                                                            UBER00115396

```
From:            ████████     Anthony Levandowski
Participants:    ████████████ Scott Boehmke (owner)
                 ████████     Anthony Levandowski
                 ████████     Scott Boehmke

Source: iMessage: ████████████
Start Time: 4/26/2016 12:51:14 PM(UTC-4)
Last Activity: 2/9/2017 3:54:02 PM(UTC-5)


Time Stamp: 4/28/2016 8:55:38 AM(UTC-4)
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        UBER00115397

```
From:          ▓▓▓▓▓▓▓▓▓▓  Anthony Levandowski
Participants:  ▓▓▓▓▓▓▓▓▓▓▓▓▓  Scott Boehmke (owner)
               ▓▓▓▓▓▓▓▓▓    Anthony Levandowski
               ▓▓▓▓▓▓▓▓▓    Scott Boehmke

Source: iMessage: ▓▓▓▓▓▓▓▓▓▓▓▓
Start Time: 4/26/2016 12:51:14 PM(UTC-4)
Last Activity: 2/9/2017 3:54:02 PM(UTC-5)

Time Stamp: 4/28/2016 8:49:16 AM(UTC-4)

Thanks for the chat yesterday, was super helpful. Let me know if the design you have in
mind has problems we didn't think of last night...

Looking forward to having you out in California next week
```

```
From:           ███████████  Anthony Levandowski
Participants:   ███████████  Scott Boehmke (owner)
                ███████████  Anthony Levandowski
                ███████████  Scott Boehmke

Source: iMessage: ███████████
Start Time: 4/26/2016 12:51:14 PM(UTC-4)
Last Activity: 2/9/2017 3:54:02 PM(UTC-5)


Time Stamp: 5/2/2016 4:18:13 PM(UTC-4)

737 Harrison in SF, there are folks in Oakland at Webster street, likely moving
Thursday we just moved in to the SF place today so it will be rough!

Really excited to have you come out! ███████████████████████████████████████████
███████████████████████████
```

CONFIDENTIAL                                                                            UBER00115433