# EXHIBIT 16
# SEALED

```
From:                    Anthony Levandowski
Participants:                        Eric Meyhofer (owner)
                 Anthony Levandowski
                 Eric Meyhofer

Source: iMessage:
Start Time: 4/25/2016 7:50:34 PM(UTC-4)
Last Activity: 6/28/2017 8:00:35 PM(UTC-4)

Time Stamp: 11/16/2016 9:37:45 PM(UTC-5)
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          UBER00236495