# EXHIBIT 24

Appointment

| | |
|---|---|
| **From**: | travis[redacted] |
| **To**: | travis[redacted]; abergstrom@uber.com; agonzalez@mofo.com; nbartow@uber.com; kdunn@bsfllp.com; [redacted]; salle@uber.com; angela.padilla@uber.com; Travis Kalanick [redacted] |
| **BCC**: | SFO | 1455 Market - 04th Boston (10) (R) [redacted] |
| **Subject**: | ZOOM: Waymo |
| **Location**: | SFO | 1455 Market - 04th Boston (10) (R), https://uber.zoom.us/j/[redacted] |
| **Start**: | 5/3/2017 1:00:00 AM |
| **End**: | 5/3/2017 2:00:00 AM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |

```
Judge Alsup's order, 10 questions.
--
https://uber.zoom.us/j/[redacted]

Or iPhone one-tap (US Toll):   [redacted]

Or Telephone:
```



```
    Meeting ID: [redacted]
    International numbers available:
https://uber.zoom.us/zoomconference?m=vjcznVHf2TorOvS0eNvfCtdmcizHsRV8

Or an H.323/SIP room system:
```



```
    Meeting ID: [redacted]

    SIP: [redacted]
```

Appointment

| | |
|---|---|
| **From**: | Travis Kalanick |
| **To**: | agonzalez@mofo.com; angela.padilla@uber.com; kdunn@bsfllp.com; nbartow@uber.com; salle@uber.com; ; abergstrom@uber.com; Travis Kalanick |
| **BCC**: | SFO \| 1455 Market - 04th Boston (10) (R) |
| **Subject**: | ZOOM: Waymo |
| **Location**: | SFO \| 1455 Market - 04th Boston (10) (R), https://uber.zoom.us/j/ |
| **Start**: | 5/3/2017 12:30:00 AM |
| **End**: | 5/3/2017 1:30:00 AM |
| **Show Time As**: | Tentative |
| **Recurrence**: | (none) |

```
Judge Alsup's order, 10 questions.
--
https://uber.zoom.us/j/

Or iPhone one-tap (US Toll):

Or Telephone:
    Dial:
```



```
    Meeting ID:
    International numbers available:
https://uber.zoom.us/zoomconference?m=vjcznVHf2TorOvS0eNvfCtdmcizHsRV8

Or
```



```
    Meeting ID:
    SIP:


View your event at
https://www.google.com/calendar/event?action=VIEW&eid=NGxsa3RsZzk3bHVhczZyYzZla3FyZwhtcTggcm9ib3RAdWJlci5
jb20&tok=MTUjdHJhdmlzQHViZXIuY29tMDFjZTVlODUzNzc3YmMxZTEyMDZjY2U0OTdhMDFmN2FlN2Y4MmMyNg&ctz=America/New_Y
ork&hl=en.
```

CONFIDENTIAL                                                                                                                                                                                UBER00065527