Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO WAYMO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom:       F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:              October 10, 2017<br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    I, Neel Chatterjee, declare as follows:

2    1.    I am an attorney at the law firm of Goodwin Procter LLP, counsel of record for

3    Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters

4    within my own personal knowledge and if called as a witness, I could and would competently

5    testify to the matters set forth herein.  I make this declaration in support of Defendant Otto

6    Trucking's Administrative Motion to File Under Seal Portions of its Opposition to Waymo's

7    Motion for Partial Summary Judgment (the "Administrative Motion").

8    2.    I have reviewed the following documents and confirmed that only the portions

9    identified below merit provisional sealing:

10

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Opposition to Waymo's Motion for Partial Summary Judgment | Highlighted Portions |
| Exhibit 2 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086885 – 00086892 | Highlighted Portions |
| Exhibit 3 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086893 – 00086906 | Entire Document |
| Exhibit 4 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086932 – 00086939 | Entire Document |
| Exhibit 8 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00011805 | Entire Document |
| Exhibit 9 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086809 – 00086811 | Entire Document |
| Exhibit 10 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086907 – 00086917 | Entire Document |
| Exhibit 11 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086800 – 00086808 | Entire Document |

1

| | |
|---|---|
| Exhibit 12 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086812 – 00086814 | Entire Document |
| Exhibit 13 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084600 – 00084601 | Entire Document |
| Exhibit 14 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00083662 – 00083663 | Entire Document |
| Exhibit 15 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00035458 – 00035459 | Entire Document |
| Exhibit 16 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086817 – 00086819 | Entire Document |
| Exhibit 17 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084551 – 00084555 | Entire Document |
| Exhibit 18 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084575 – 00084581 | Entire Document |
| Exhibit 19 to Vu Declaration – Declaration of Michael Janosko dated March 9, 2017 | Entire Document |
| Exhibit 22 to Vu Declaration – Excerpts of Deposition Transcript of Kristinn Gudjonsson dated July 28, 2017 | Highlighted Portions |
| Exhibit 23 to Vu Declaration – Excerpts of Deposition Transcript of Kristinn Gudjonsson dated September 8, 2017 | Entire Document |
| Exhibit 25 to Vu Declaration – Excerpts of Deposition Transcript of Alexander (Sasha) Zbrozek dated September 6, 2017 | Entire Document |
| Exhibit 28 to Vu Declaration – Excerpts of Expert Report of Erik Laykin dated September 7, 2017 | Entire Document |

| Exhibit 29 to Vu Declaration – Document Bates-stamped UBER00077201 – 00077202 | Entire Document |
| --- | --- |

3.     The highlighted portions of Otto Trucking's Opposition to Waymo's Motion for Partial Summary Judgment, the highlighted portions of Exhibits 2 and 22 to the Vu Declaration, and the entirety of Exhibits 2, 3, 4, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 25, and 28 to the Vu Declaration contain information that Waymo has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking states no position about whether the confidentiality designations are appropriate.

4.     Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

5.     Exhibit 29 is a true and correct copy of an email and its attachment.  The entirety of Exhibit 29 contains information that Uber Technologies, Inc. ("Uber") has designated "Confidential" pursuant to the Protective Order in this case.

6.     Uber will file a declaration to seal Exhibit 29 pursuant to Local Rule 79-5.

7.     Otto Trucking's request to seal is narrowly tailored to those portions of the Opposition to Waymo's Motion for Partial Summary Judgment and its supporting documents that merit sealing.

I declare under penalty of perjury under the laws of the United States that  the foregoing is true and correct.  Executed this 12th day of September, 2017 in Menlo Park, California.

*/s/   Neel Chatterjee*
NEEL CHATTERJEE

DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

**<u>PROOF OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing  document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 12, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **September 12, 2017**.

/s/          *Neel Chatterjee*
NEEL CHATTERJEE