# *EXHIBIT 1*

*EXHIBIT 1*

```
                                          Pages 1 - 143

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

           BEFORE THE HONORABLE WILLIAM H. ALSUP, JUDGE

WAYMO, LLC,                    )
                               )
          Plaintiff,           )
                               )
   VS.                         )  No. C 17-00939 WHA
                               )
UBER TECHNOLOGIES, INC.,       )
et al.,                        )
                               )
          Defendants.          )
                               )  San Francisco, California
                                  Wednesday, August 16, 2017

      FULL TRANSCRIPT OF PROCEEDINGS, INCLUDING SEALED PORTION

APPEARANCES:

For Plaintiff:
                        QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                        50 California Street
                        22nd Floor
                        San Francisco, California  94111
                  BY:   CHARLES K. VERHOEVEN, ESQ.
                        JORDAN R. JAFFE, ESQ.
                        MELISSA J. BAILY, ESQ.
                        JAMES D. JUDAH, ESQ.


For Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto
Trucking LLC:
                        MORRISON & FOERSTER, LLP
                        425 Market Street
                        San Francisco, California  94105
                  BY:   ARTURO J. GONZÁLEZ, ESQ.
                        ESTHER KIM CHANG, ESQ.


Reported By:   BELLE BALL, CSR 8785, CRR, RDR
               Official Reporter, U.S. District Court

 (Appearances continued, next page)
```

1   **THE COURT:**  Of use?  So, are you going to be able to show
2   that there was some point in time where that exact set of LiDAR
3   signals was used to sort of jump-start their program?  Even if
4   they're not using it now, they used it at one point in their
5   development?
6   **MS. BAILY:**  Well, I would say, Your Honor, having that
7   information that resulted from seven years of iterations and
8   driving miles, it's in some ways the crown jewels of the kind of
9   technology that we are talking about.
10   So I would say that having access to that and having -- and
11   evidence of use with respect to that, that's a big damages
12   number.
13   **THE COURT:**  All right.  So, but I -- maybe we'll hear more
14   about this, in this closed session.  But I think I know the
15   trade secret you are talking about.
16   And are you going to be able to show that that document is
17   in the files of Uber?  I don't think so.
18   **MS. BAILY:**  We have evidence of the use of the information.
19   **THE COURT:**  I'm going to just leave it there.
20   Do you know which one she's talking about?
21   **MS. DUNN:**  I do know.  I --
22   **THE COURT:**  Well, all right.  Well, that one, if it was in
23   fact used and consulted, that would be some valuable
24   information.  I think that's correct.  I don't know what the
25   dollar amounts would come to.