*EXHIBIT 20*

*EXHIBIT 20*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3               SAN FRANCISCO DIVISION
4
5   WAYMO LLC,
6          Plaintiff,
7   vs.                                  Case No.
8   UBER TECHNOLOGIES, INC.;     3:17-cv-00939-WHA
9   OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11         Defendants.
12  _____/
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16       VIDEOTAPED DEPOSITION OF CHELSEA BAILEY
17                PALO ALTO, CALIFORNIA
18              TUESDAY, AUGUST 1, 2017
19
20
21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22  CSR LICENSE NO. 9830
23  JOB NO. 2668970
24
25  PAGES 1 - 323
```

Page 1

...

```
 1    including the self-flying helicopter project that          15:09
 2    Larry asked that he and Sebastian work on; correct?        15:09
 3         A    That's what he shared, yes.                      15:09
 4         Q    Did Mr. Levandowski say anything else about      15:09
 5    this project that Mr. Page had asked him and Mr. Thrun     15:09
 6    to work on?                                                15:09
 7         A    No.                                              15:09
 8         Q    Did you ask him?                                 15:09
 9         A    No.                                              15:09
10         Q    Did you understand it to be a Google project?    15:09
11         A    I didn't.  I didn't even consider it.  I         15:09
12    think my main takeaways was that he -- he wasn't           15:09
13    decided, and he was just sort of thinking out loud         15:09
14    about the potential things he might do.                    15:09
15         Q    And the next bullet down is:                     15:10
16              "Possibly starting his own thing,                15:10
17    self-driving semi trucks."                                 15:10
18         A    That's what he shared, yeah.                     15:10
19         Q    Did he say anything else on that point?          15:10
20         A    No.                                              15:10
21         Q    Did you ask him?                                 15:10
22         A    No.                                              15:10
23         Q    The next header down is labeled:                 15:10
24              "Who He's Taking."                               15:10
25              And the first bullet there is:                   15:10
```