*EXHIBIT 26*

*EXHIBIT 26*

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN FRANCISCO DIVISION
 3
 4      _____
                                       )
 5      WAYMO LLC,                     )
                                       )
 6                      Plaintiff,     )
                                       )
 7             vs.                     )  Case No.
                                       )  3:17-cv-00939-WHA
 8      UBER TECHNOLOGIES, INC.,       )
        OTTOMOTTO LLC; OTTO            )
 9      TRUCKING LLC,                  )
                                       )
10                      Defendants.    )
        _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16           VIDEOTAPED DEPOSITION OF GARY T. BROWN
17                 San Francisco, California
18                 Friday, March 24, 2017
19                         Volume I
20
21
22
        Reported by:  SUZANNE F. GUDELJ
23      CSR No. 5111
24      Job No. 2577644
25      PAGES 1 - 65

                                                    Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    that?
2         A    Yes.
3         Q    How did that first come to your attention?
4              MR. HOLMES:  And I want to caution you not
5    to disclose any attorney-client communications.          12:16:41
6              THE WITNESS:  A log file was provided to
7    me.
8    BY MR. GONZALEZ:
9         Q    By whom?
10             MR. HOLMES:  Same caution.                     12:16:58
11             THE WITNESS:  A former administrator of the
12   SVN server had pulled the log, provided it to a
13   lawyer.  The lawyer provided it to me.
14   BY MR. GONZALEZ:
15        Q    All right.  And when did you get this log?     12:17:11
16        A    Sometime in February 2017.
17        Q    Do you remember any more specifically what
18   the date was when you, yourself, saw the alleged
19   downloading of 14,000 files?
20        A    That varies.                                   12:17:41
21        Q    When's the first time that you saw some of
22   the downloading that ended up being 14,000 files?
23        A    I saw the network traffic in October of
24   2016.
25        Q    What is network traffic?                       12:17:59
```

Page 31

1            MR. HOLMES:  -- the question he has.
2            MR. GONZALEZ:  Let's go off the record.
3            VIDEO OPERATOR:  We are off the record at
4    12:24 p.m.
5            (Recess.)                                     12:27:59
6            VIDEO OPERATOR:  We are back on the record
7    at 12:27 p.m.
8    BY MR. GONZALEZ:
9        Q   Who told you that Mr. Levandowski had
10   access to the server and downloaded 14,000 files?     12:28:07
11       A   A lawyer.
12       Q   Which lawyer?
13       A   Tom Gorman.
14       Q   And did you then seek to confirm that by
15   your analysis?                                        12:28:22
16       A   Yes.
17       Q   And did you confirm that in October of
18   2016?
19       A   I corroborated the download with network
20   traffic.                                              12:28:43
21       Q   So you looked at the network traffic to
22   corroborate that 14,000 files were downloaded onto
23   what device?
24       A   Anthony Levandowski's work laptop.
25       Q   The work laptop that was issued to him by     12:29:00

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16            I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:3/27/17
22
23                         _____
                                SUZANNE F. GUDELJ
24                              CSR No. 5111
25
```

Page 65