# *EXHIBIT 1*

# *EXHIBIT 1*

Pages 1 - 143

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP, JUDGE

WAYMO, LLC,                        )
                                   )
          Plaintiff,               )
                                   )
  VS.                              )    No. C 17-00939 WHA
                                   )
UBER TECHNOLOGIES, INC.,           )
et al.,                            )
                                   )
          Defendants.              )
_____)       San Francisco, California
                                        Wednesday, August 16, 2017

FULL TRANSCRIPT OF PROCEEDINGS, INCLUDING SEALED PORTION

APPEARANCES:

For Plaintiff:
                    QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                    50 California Street
                    22nd Floor
                    San Francisco, California  94111
              BY:   CHARLES K. VERHOEVEN, ESQ.
                    JORDAN R. JAFFE, ESQ.
                    MELISSA J. BAILY, ESQ.
                    JAMES D. JUDAH, ESQ.


For Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto
Trucking LLC:
                    MORRISON & FOERSTER, LLP
                    425 Market Street
                    San Francisco, California  94105
              BY:   ARTURO J. GONZÁLEZ, ESQ.
                    ESTHER KIM CHANG, ESQ.


Reported By:  BELLE BALL, CSR 8785, CRR, RDR
              Official Reporter, U.S. District Court

(Appearances continued, next page)

PROCEEDINGS

1      **THE COURT:**  Of use?  So, are you going to be able to show

2    that there was some point in time where that exact set of LiDAR

3    signals was used to sort of jump-start their program?  Even if

4    they're not using it now, they used it at one point in their

5    development?

6      **MS. BAILY:**  Well, I would say, Your Honor, having that

7    information that resulted from seven years of iterations and

8    driving miles, it's in some ways the crown jewels of the kind of

9    technology that we are talking about.

10     So I would say that having access to that and having -- and

11   evidence of use with respect to that, that's a big damages

12   number.

13     **THE COURT:**  All right.  So, but I -- maybe we'll hear more

14   about this, in this closed session.  But I think I know the

15   trade secret you are talking about.

16     And are you going to be able to show that that document is

17   in the files of Uber?  I don't think so.

18     **MS. BAILY:**  We have evidence of the use of the information.

19     **THE COURT:**  I'm going to just leave it there.

20     Do you know which one she's talking about?

21     **MS. DUNN:**  I do know.  I --

22     **THE COURT:**  Well, all right.  Well, that one, if it was in

23   fact used and consulted, that would be some valuable

24   information.  I think that's correct.  I don't know what the

25   dollar amounts would come to.