# EXHIBIT 17

## PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY