# *EXHIBIT 21*

*EXHIBIT 21*

# Exhibit 14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5   WAYMO LLC,

 6          Plaintiff,

 7

         vs.                      No. 3:17-CV-00939-WHA

 8

 9   UBER TECHNOLOGIES, INC.;

10   OTTOMOTTO LLC; OTTO TRUCKING,

11   INC.,

12          Defendants.

13    _____

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16      VIDEO-RECORDED DEPOSITION OF CHRIS URMSON

17               Palo Alto, California

18                 August 24, 2017

19

20   Reported by:

21   KENNETH T. BRILL

22   CSR NO. 12797

23   Job No. 2678939-A

24

25   PAGES 1 - 278

                                              Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | was an invest -- they showed me a collection of | 12:14:05 |
| 2 | documents that he had -- | 12:14:08 |
| 3 | MR. NEUKOM:  Let me -- I just want to make | 12:14:10 |
| 4 | sure, if there were any attorneys involved -- | 12:14:11 |
| 5 | THE WITNESS:  Yeah. | 12:14:14 |
| 6 | MR. NEUKOM:  -- in what you're testifying | 12:14:14 |
| 7 | about, then that would be privileged -- | 12:14:16 |
| 8 | THE WITNESS:  Understood. | 12:14:18 |
| 9 | MR. NEUKOM:  -- and I would instruct you | 12:14:18 |
| 10 | not to answer. | 12:14:19 |
| 11 | THE WITNESS:  Understood. | 12:14:20 |
| 12 | That he showed -- they -- she showed me a | 12:14:21 |
| 13 | number of files that he had accessed that were in | 12:14:23 |
| 14 | the, you know, the Google documents set of -- or | 12:14:25 |
| 15 | collection.  None of them seemed out of the | 12:14:29 |
| 16 | ordinary. | 12:14:35 |
| 17 | BY MR. HUME: | 12:14:36 |
| 18 | Q.  Who was it that showed you those? | 12:14:37 |
| 19 | A.  I think it -- I don't know for sure.  It | 12:14:40 |
| 20 | would have either been Chelsea Bailey or Joanne | 12:14:43 |
| 21 | Chin. | 12:14:47 |
| 22 | Q.  And I should have asked, who were the | 12:14:48 |
| 23 | people in HR whom you asked to conduct this | 12:14:50 |
| 24 | investigation? | 12:14:53 |
| 25 | A.  I don't remember. | 12:14:53 |

Page 182

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2      I, _____, declare under

3  penalty of perjury under the laws of the State of

4  California that the foregoing is true and correct.

5  Executed on _____, 2017, at

6  _____, _____.

7

8

9

10       _____

11       SIGNATURE OF THE WITNESS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 277