*EXHIBIT 21*

*EXHIBIT 21*

# Exhibit 14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6            Plaintiff,
 7
         vs.                      No. 3:17-CV-00939-WHA
 8
 9   UBER TECHNOLOGIES, INC.;
10   OTTOMOTTO LLC; OTTO TRUCKING,
11   INC.,
12            Defendants.
13   _____
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16      VIDEO-RECORDED DEPOSITION OF CHRIS URMSON
17                 Palo Alto, California
18                   August 24, 2017
19
20   Reported by:
21   KENNETH T. BRILL
22   CSR NO. 12797
23   Job No. 2678939-A
24
25   PAGES 1 - 278
```

Page 1

| | | |
|---|---|---|
| 1 | was an invest -- they showed me a collection of | 12:14:05 |
| 2 | documents that he had -- | 12:14:08 |
| 3 | MR. NEUKOM: Let me -- I just want to make | 12:14:10 |
| 4 | sure, if there were any attorneys involved -- | 12:14:11 |
| 5 | THE WITNESS: Yeah. | 12:14:14 |
| 6 | MR. NEUKOM: -- in what you're testifying | 12:14:14 |
| 7 | about, then that would be privileged -- | 12:14:16 |
| 8 | THE WITNESS: Understood. | 12:14:18 |
| 9 | MR. NEUKOM: -- and I would instruct you | 12:14:18 |
| 10 | not to answer. | 12:14:19 |
| 11 | THE WITNESS: Understood. | 12:14:20 |
| 12 | That he showed -- they -- she showed me a | 12:14:21 |
| 13 | number of files that he had accessed that were in | 12:14:23 |
| 14 | the, you know, the Google documents set of -- or | 12:14:25 |
| 15 | collection. None of them seemed out of the | 12:14:29 |
| 16 | ordinary. | 12:14:35 |
| 17 | BY MR. HUME: | 12:14:36 |
| 18 | Q. Who was it that showed you those? | 12:14:37 |
| 19 | A. I think it -- I don't know for sure. It | 12:14:40 |
| 20 | would have either been Chelsea Bailey or Joanne | 12:14:43 |
| 21 | Chin. | 12:14:47 |
| 22 | Q. And I should have asked, who were the | 12:14:48 |
| 23 | people in HR whom you asked to conduct this | 12:14:50 |
| 24 | investigation? | 12:14:53 |
| 25 | A. I don't remember. | 12:14:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1
 2       I, _____, declare under
 3  penalty of perjury under the laws of the State of
 4  California that the foregoing is true and correct.
 5  Executed on _____, 2017, at
 6  _____, _____.
 7
 8
 9
10           _____
11              SIGNATURE OF THE WITNESS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 277