# REDACTED VERSION OF EXHIBIT 22 SOUGHT TO BE FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                        )
 6              Plaintiff,             )
 7         vs.                         ) Case No.
 8   UBER TECHNOLOGIES, INC.;          ) 3:17-cv-000939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,     )
10   INC.,                             )
11              Defendants.            )
12   _____)
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      VIDEOTAPED DEPOSITION OF KRISTINN GUDJONSSON
16                   Palo Alto, California
17                  Friday, July 28, 2017
18                        Volume I
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   JOB No. 2665814
24
25   PAGES 1 - 242
```

Page 1

```
 1   BY MR. TAKASHIMA:                                       11:13:08
 2       Q   Do you understand that what used to be
 3   Project Chauffeur has become Waymo?
 4       A   Yes.
 5       Q   If I use the term "Waymo," will you             11:13:13
 6   understand that to include Project Chauffeur before?
 7       A   Yes.
 8           MR. BAKER:  Let me just clarify, also,
 9   Counsel, for the record, that my previous objections
10   were attorney-client privilege and work product.        11:13:22
11           MR. TAKASHIMA:  Thank you.
12       Q   Was the investigation of Anthony
13   Levandowski ████████████████████████████
14   ████████████████████████████████████████?
15           MR. BAKER:  You can answer that yes or no.      11:13:52
16           THE WITNESS:  Yes.
17   BY MR. TAKASHIMA:
18       Q   Are you aware of any investigations of
19   ████████████████████████████████████████████
20   ████████████████?                                       11:14:08
21           MR. BAKER:  You can answer that yes or no.
22           THE WITNESS:  No.
23   BY MR. TAKASHIMA:
24       Q   What was your first involvement in the
25   investigation of Anthony Levandowski?                   11:14:22
```

Page 48

```
 1    ▓▓▓▓▓▓▓▓                                          14:54:57
 2         Do you see that?
 3    A    Yes.
 4    Q    What does that mean?
 5    A    It means that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           14:54:59
 6    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓
 7    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 9    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                     14:55:17
11    ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13    Q    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                           14:55:33
16    ▓▓▓▓▓▓▓▓▓▓
17    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓
18    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                           14:55:48
21    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23    ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25    ▓▓▓▓                                             14:56:09
```

```
 1        ▌ ████████████████████████                    14:56:10
 2   ████████████████████████████ █████████████
 3   ███████████████████████████████
 4   ████████████████████████████████
 5   ████                                                14:56:25
 6        ▌ ██████████████████████████
 7   ██
 8        ▌ ███████████████████
 9        ▌ ██████████████
10        ▌ ███████████████████████                      14:56:43
11   █████████████████ ██████████
12   ███████████████████████████████
13   ███████████████████████████████
14   ███████████████████████████████
15   ████████████████████████████████                    14:57:02
16   ██████████████
17        ▌ ██████████████████████████
18   ████████████████████████████████
19   ████
20        ▌ ████████████████████████████                 14:57:20
21   ██████████████████████████
22   ██████████████████████████
23        Q    And is that typically examined during
24   forensic investigations?
25        A    Yes.                                      14:57:33
```

Page 173

```
 1        Q    Why?                                               14:57:33
 2        ▌ ████████████████████████████████
 3   ████████████████████████████████████████
 4   ██████████████████
 5        ████████████████████████████████████████               14:57:44
 6   ████████████████████████████████████████
 7   ██████████████████████████████████
 8        ▌ ████████████████████████████████████
 9   ████
10        ▌ ██████                                                14:57:59
11        ▌ ██████████████████
12        ▌ ████████████████████████████████
13   ██████
14        ▌ ██████████████
15        ▌ ██████                                                14:58:08
16        ▌ ████████████████████████
17   ████████████████████████
18        ▌ ████████████
19        Q    Very logical.
20             Moving down to paragraph 10, there's a             14:58:25
21   reference to ███ .
22        A    Yes.
23        Q    What is ███ ?
24        ▌ ████████████████████████████
25   ████ ████████████████████████████████████                    14:58:33
```

Page 174

```
 1                                                          14:58:43
 2
 3
 4        Q   So Mr. Brown's declaration says that
 5                                                          14:59:08
 6
 7            Is that the -- can you explain what that
 8   means?
 9
10                                                          14:59:24
11
12
13
14
15                                                          14:59:38
16
17
18
19
20                                                          14:59:54
21
22
23
24
25                                                          15:00:06
```







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   today, you are not aware of any evidence that              15:29:57
 2   Mr. Levandowski copied files off the computer before
 3   it was reimaged?
 4          MR. BAKER:  Objection to form.
 5          THE WITNESS:  I can only tell you what's            15:30:06
 6   in the declaration here, what we see here.
 7   BY MR. TAKASHIMA:
 8      Q   To your knowledge, has there been any
 9   investigation of Mr. Levandowski's e-mail account at
10   Google?                                                    15:30:53
11      A   I'm not sure.
12      Q   To your knowledge, has anybody connected
13   with an investigation reviewed the contents of
14   Mr. Levandowski's e-mail account at Google?
15      A   I'm not sure.                                       15:31:05
16      Q   Who would know?
17      A   Lawyers.
18      Q   Would anybody else in digital forensics
19   know?
20      A   Potentially, but probably not.  It                  15:31:22
21   probably would have been me if that check was made.
22      Q   Have you conducted -- been involved in any
23   review of Mr. Levandowski's workstation from Google?
24      A   The workstation, no.
25      Q   Has anybody else from digital forensics             15:31:42
```

Page 198

```
 1   conducted that investigation?                           15:31:44

 2        A    No.

 3        Q    Has anybody looked at Mr. Levandowski's

 4   workstation?

 5        A    Not to my knowledge.                          15:31:49

 6        Q    Has the workstation been preserved?

 7        A    Not to my knowledge.

 8        Q    Okay.  Has it been deleted?

 9        A    I'm not sure.  I would have to go check.

10        Q    Did you ever discuss with anybody             15:32:07

11   investigating Mr. Levandowski's workstation?

12             MR. BAKER:  Again, I just want to caution

13   the witness not to disclose any communications that

14   he's had with attorneys.

15             If you have a question, we can go outside.    15:32:22

16             MR. TAKASHIMA:  Do you want to take a

17   break?

18             THE WITNESS:  Yes.  Let's do that.

19             THE VIDEO OPERATOR:  We are now going off

20   the record, and the time is 3:32.                       15:32:31

21             (Recess, 3:32 p.m. - 3:39 p.m.)

22             THE VIDEO OPERATOR:  We're now going back

23   on the record, and the time is 3:39.

24   BY MR. TAKASHIMA:

25        Q    Did you ever discuss with anybody whether     15:39:05
```

Page 199

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16            I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21            Dated: 7/29/2017
22
23            _____
24            CARLA SOARES
25            CSR No. 5908
```

Page 242