*EXHIBIT 26*

*EXHIBIT 26*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4     _____
                                       )
 5     WAYMO LLC,                      )
                                       )
 6                  Plaintiff,         )
                                       )
 7            vs.                      )   Case No.
                                       )   3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,        )
       OTTOMOTTO LLC; OTTO             )
 9     TRUCKING LLC,                   )
                                       )
10                  Defendants.        )
       _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16         VIDEOTAPED DEPOSITION OF GARY T. BROWN
17               San Francisco, California
18              Friday, March 24, 2017
19                      Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2577644
25     PAGES 1 - 65
```

Page 1

```
 1   that?
 2        A    Yes.
 3        Q    How did that first come to your attention?
 4             MR. HOLMES:  And I want to caution you not
 5   to disclose any attorney-client communications.        12:16:41
 6             THE WITNESS:  A log file was provided to
 7   me.
 8   BY MR. GONZALEZ:
 9        Q    By whom?
10             MR. HOLMES:  Same caution.                   12:16:58
11             THE WITNESS:  A former administrator of the
12   SVN server had pulled the log, provided it to a
13   lawyer.  The lawyer provided it to me.
14   BY MR. GONZALEZ:
15        Q    All right.  And when did you get this log?   12:17:11
16        A    Sometime in February 2017.
17        Q    Do you remember any more specifically what
18   the date was when you, yourself, saw the alleged
19   downloading of 14,000 files?
20        A    That varies.                                 12:17:41
21        Q    When's the first time that you saw some of
22   the downloading that ended up being 14,000 files?
23        A    I saw the network traffic in October of
24   2016.
25        Q    What is network traffic?                     12:17:59
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            MR. HOLMES:  -- the question he has.
 2            MR. GONZALEZ:  Let's go off the record.
 3            VIDEO OPERATOR:  We are off the record at
 4    12:24 p.m.
 5            (Recess.)                                    12:27:59
 6            VIDEO OPERATOR:  We are back on the record
 7    at 12:27 p.m.
 8    BY MR. GONZALEZ:
 9       Q    Who told you that Mr. Levandowski had
10    access to the server and downloaded 14,000 files?    12:28:07
11       A    A lawyer.
12       Q    Which lawyer?
13       A    Tom Gorman.
14       Q    And did you then seek to confirm that by
15    your analysis?                                       12:28:22
16       A    Yes.
17       Q    And did you confirm that in October of
18    2016?
19       A    I corroborated the download with network
20    traffic.                                             12:28:43
21       Q    So you looked at the network traffic to
22    corroborate that 14,000 files were downloaded onto
23    what device?
24       A    Anthony Levandowski's work laptop.
25       Q    The work laptop that was issued to him by   12:29:00
```

Page 36

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were duly sworn; that a record
8   of the proceedings was made by me using machine
9   shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [X] was not requested.
16       I further, certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: 3/27/17

                    _____
                    SUZANNE F. GUDELJ
24                  CSR No. 5111

Page 65