QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 1423)** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Its Opposition to Defendants' Motion for Summary Judgment ("Waymo's Opposition") and exhibits thereto, filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Opposition | Highlighted portions | Waymo (green highlighting), Defendants (blue highlighting), third party Velodyne (yellow highlighting) |
| Exhibit 1 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 3 to Jaffe Declaration | Entire document | Defendants; Waymo (green highlighting) |
| Exhibits 4-6 to Jaffe Declaration | Entire documents | Third party Velodyne |
| Exhibit 7 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting) |
| Exhibit 8 to Jaffe Declaration | Entire document | Waymo |
| Exhibit 9 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 10 to Jaffe Declaration | Entire document | Waymo |
| Exhibit 11 to Jaffe Declaration | Entire document | Waymo |
| Exhibit 12 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 13 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibits 14-16 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting) |
| Exhibit 18 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 21 to Jaffe | Highlighted portions | Waymo (green |

| Declaration | | highlighting) |
|---|---|---|
| Exhibits 22-23 to Jaffe Declaration | Entire documents | Third party Velodyne |
| Exhibit 24 to Jaffe Declaration | Entire document | Third party Velodyne |
| Exhibit 25 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Exhibit 26 to Jaffe Declaration | Entire document | Third party Lior Ron; Defendants (red highlighting) |
| Exhibit 27 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibits 28-30 to Jaffe Declaration | Highlighted portions | Defendants (red and blue highlighting) |
| Exhibit 31 to Jaffe Declaration | Entire document | Defendants |

3. Specifically, the green highlighted portions of Waymo's Opposition and Exhibits 3, 7, 21, and 25 to the Jaffe Declaration, as well as the entirety of Exhibits 1, 8-11, 13, 18, and 27 to the Jaffe Declaration, contain or refer to trade secret information, which Waymo seeks to seal.

4. The green highlighted portions of Waymo's Opposition, Exhibits 3, 7, 21, and 25 to the Jaffe Declaration, as well as the entirety of Exhibits 1, 8-13, 18, and 27 to the Jaffe Declaration, contain, reference, describe, and/or have a tendency to disclose Waymo's trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, including its LiDAR designs, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's request to seal is narrowly tailored to those portions of Waymo's Opposition and Exhibits 1, 3, 7-13, 18, 21, 25, and 27 that merit sealing.

6.     Waymo seeks to seal the portions of Waymo's Opposition and Exhibits 3-6, 22-26, and 28-31 identified in the table above because Waymo believes such information is considered confidential or non-public by Defendants or by third parties Velodyne or Lior Ron.  To the extent Velodyne does not support sealing its confidential information, Waymo may support sealing portions thereof having a tendency to disclose Waymo's trade secrets.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 12, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Felipe Corredor.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven