1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 1423)** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Its Response to Defendants' Motion for Summary Judgment and exhibits thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Opposition | Highlighted portions | Waymo (green highlighting), Defendants (blue highlighting), third party Velodyne (yellow highlighting) |
| Exhibit 1 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 3 to Jaffe Declaration | Entire document | Defendants; Waymo (green highlighting) |
| Exhibits 4-6 to Jaffe Declaration | Entire documents | Third party Velodyne |
| Exhibit 7 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting) |
| Exhibit 8 to Jaffe Declaration | Entire document | Waymo |
| Exhibit 9 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 10 to Jaffe Declaration | Entire document | Waymo |
| Exhibit 11 to Jaffe Declaration | Entire document | Waymo |
| Exhibit 12 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 13 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibits 14-16 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting) |
| Exhibit 18 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibit 21 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting) |
| Exhibits 22-23 to Jaffe Declaration | Entire documents | Third party Velodyne |
| Exhibit 24 to Jaffe Declaration | Entire document | Third party Velodyne |

| Exhibit 25 to Jaffe Declaration | Highlighted portions | Waymo (green highlighting); Defendants (blue highlighting) |
|---|---|---|
| Exhibit 26 to Jaffe Declaration | Entire document | Third party Lior Ron; Defendants (red highlighting) |
| Exhibit 27 to Jaffe Declaration | Entire document | Waymo and Defendants |
| Exhibits 28-30 to Jaffe Declaration | Highlighted portions | Defendants (red and blue highlighting) |
| Exhibit 31 to Jaffe Declaration | Entire document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States Magistrate Judge