# EXHIBIT 14
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                      SAN FRANCISCO DIVISION
4    _____
5    WAYMO LLC,                               )
                                              )
6                    Plaintiff,               )
        vs.                                   ) Case No.
7                                             ) 17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;                 )
8    OTTOMOTTO, LLC; OTTO TRUCKING LLC,       )
                                              )
9                    Defendants.              )
                                              )
10                                            )
     _____)
11
12         HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
13
14              UNDER THE PROTECTIVE ORDER
15              VIDEOTAPED DEPOSITION OF
16                   GAETAN PENNECOT
17              San Francisco, California
18              Thursday, August 9, 2017
19                     Volume IV
20
21
22   Reported by:
     MARY J. GOFF
23   CSR No. 13427
24   Job No. 2675906
25   PAGES 479 - 763
```

Page 479

```
 1    ███████████████████████████████████████████  ██████
 2         ███████████████████████████             01:20:53
 3         Q    Which numbers on here do you agree are      01:20:56
 4    confidential and proprietary?                         01:20:58
 5              MR. MUINO:  Objection, form.                01:21:01
 6         A    I don't know.                               01:21:02
 7         Q    (BY MR. JAFFE) Okay.  So you -- you're --   01:21:03
 8    sitting here today, you don't know if any of these    01:21:04
 9    numbers are confidential and proprietary to Google?   01:21:07
10              MR. MUINO:  Objection, form.                01:21:12
11         A    Yeah, like, it -- it was never discussed    01:21:14
12    or anything.  Never, like -- I don't know.            01:21:16
13         Q    (BY MR. JAFFE) But you agree that the       01:21:22
14    schematic, as a whole, is confidential, right?        01:21:23
15         A    The document is confidential, yes.          01:21:26
16         Q    Okay. All right. Well, let's just talk      01:21:28
17    about some of these.  The -- the ████████████         ██████
18    ████████████████  do you see that?                    01:21:43
19         A    Yes, I see that.                            01:21:47
20         Q    Is -- this █████████████████████████████    ██████
      ██████████████████                                    ██████
      █ █████████████████████████████████████████           ██████
      █████████████████████████████████                     ██████
      █ ████████████████████████████████████████████████    ██████
      █ ██████████████████████████████                      01:22:03
```

Page 590

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        Q    Um-hum.                                      01:22:07
2        A    So there's a confusion for ▌▌▌▌▌▌▌     ▌▌▌▌▌
```



```
                                                           01:23:17
```

Page 591