# EXHIBIT 15
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
    _____
5   WAYMO LLC,                    )
6            Plaintiff,           )
7            vs.                  ) Case No.
8   UBER TECHNOLOGIES, INC.,      ) 3:17-cv-00939-WHA
9   OTTOMOTTO LLC; OTTO           )
10  TRUCKING LLC,                 )
11           Defendants.          )
                                  )
    _____)
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15  CONTINUED VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
16              San Francisco, California
17              Wednesday, June 14, 2017
18                     Volume II
19
20
21  Reported by:
22  SUZANNE F. GUDELJ, CSR No. 5111
23  Job No. 2638084
24
25  PAGES 96 - 274
```

Page 96

```
 1      Q    So I'm confused, then, about your last
 2   answer where you referred to it as ███████.
 3      A    So there's confusion about these terms.
 4   Like it's not very clear like, so that's why like --
 5   that's why I prefer to talk in true mathematical      03:47:30
 6   terms when it comes to ████████████████████
     ████████████████████████████████████
     ████████████.
 9      Q    You've referred to as the ███ -- you've
10   referred to the ███████ in Fuji as ████████         03:47:45
11   before, right?
12      A    It's possible.
13      Q    Yes or no?
14      A    Yes, yes.
15      Q    Okay.  Including right here in              03:47:54
16   Exhibit 105 --
17      A    Mm-hmm.
18      Q    -- right?  So if someone described the Fuji
19   ████████ as ████████████ you wouldn't really argue
20   with that, would you?                                03:48:06
21      A    I would not argue, but if it comes to
22   comparing surfaces, I would argue that you want to
23   look at the mathematical equation.
24      Q    Understood.  Okay.  So referring to the
25   ██████████████ did you come up with that             03:48:21
```

Page 252