# EXHIBIT 16
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6              Plaintiff,
                                         Case
7    vs.                          No. 3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
9
               Defendants.
10   _____/
11
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14        VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15            VOLUME III (PAGES 275 to 478)
16                FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No.  2641228
```

Page 275

```
 1      A.   This is correct.                                17:17:11
 2      Q.   And you're planning on being available for      17:17:13
 3   that testimony?                                         17:17:14
 4      A.   Yes.                                            17:17:14
 5      Q.   You mentioned some ██████████ in the Velodyne   17:17:26
 6   HDL-64.                                                 17:17:27
 7           Do you remember that?                           17:17:29
 8      A.   Yes, this is correct.                           17:17:30
 9      Q.   What's the difference between the ██████████    17:17:32
10   in the Velodyne HDL-64 and the ██████████ that are in   17:17:36
11   GBR and Fuji?                                           17:17:38
12      A.   I believe ████████ in the HDL-64 is a ████e    17:17:47
13   ██████████████.                                         17:17:49
14      Q.   As opposed to GBR and Fuji, which have a        17:17:52
15   ████████████████████████; right?                        17:17:58
16      A.   This is correct.                                17:17:59
17      Q.   Are you aware of any other LiDARs, other than   17:18:00
18   Fuji and GBR, that have ████████████████████ that you   17:18:06
19   worked on?                                              17:18:07
20      A.   No.                                             17:18:12
21      Q.   Okay.  Counsel for Uber asked you if you were   17:18:19
22   aware of anyone having files from -- possessing files   17:18:26
23   from Google that worked at Uber; right?                 17:18:29
24      A.   Yes.                                            17:18:29
25      Q.   You weren't including Anthony Levandowski in    17:18:32
```