# EXHIBIT 21
# REDACTED

WAYMO HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO DIVISION
4
5   WAYMO LLC,
6         Plaintiff,
7   vs.                            No. 3:17-cv-00939-WHA
8   UBER TECHNOLOGIE■, INC.;
9   OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11        Defendants.
12  _____/
13
14    WAYMO HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16       VIDEOTAPED DEPOSITION OF WILLIAM MCCANN
17              SAN FRANCISCO, CALIFORNIA
18               WEDNESDAY, JULY 12, 2017
19
20
21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22  CSR LICENSE NO. 9830
23  JOB NO. 2653398
24
25  PAGES 1 - 295
```

Page 1

WAYMO HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the way that ███████████████████████████████████ | ███ |
| 2 | ███████████████████████████████████ | ███ |
| 3 | ███████████ | 15:11 |
| 4 |     A   Yes, in a particular way, yes. | 15:11 |
| 5 |     Q   Okay.  The idea of ████████████████ | ███ |
| 6 | ██████████████████████████  is that something that | 15:11 |
| 7 | you were aware of before you did it at Waymo? | 15:11 |
| 8 |         MR. JAFFE:  Objection; form. | 15:11 |
| 9 |         THE WITNESS:  Knowledge of specifically using | 15:12 |
| 10 | ███████████████████████████████████ | ███ |
| 11 | ███████████ | 15:12 |
| 12 |         MR. MUINO:  Sure. | 15:12 |
| 13 |         THE WITNESS:  I was not aware of ████████ | 15:12 |
| 14 | before Waymo or Google. | 15:12 |
| 15 |         MR. MUINO:  Okay. | 15:12 |
| 16 |     Q   Were you aware of ███████████████████ | ███ |
| 17 | ██████████████████████  a beam of light? | 15:12 |
| 18 |     A   Yes. | 15:12 |
| 19 |     Q   In what context were you aware of that? | 15:12 |
| 20 |     A   Well, I mean, I'm not an optical engineer, | 15:12 |
| 21 | but, you know, when you move optical lens elements, | 15:12 |
| 22 | it -- it moves light around.  So yes, you can. | 15:12 |
| 23 |     Q   Would you say that's a pretty fundamental | 15:12 |
| 24 | known concept? | 15:12 |
| 25 |     A   That moving an optical element around moves | 15:12 |

Page 217

```
 1   light?  Yes.  That's the fundamentals of optics.        15:12
 2        Q   Okay.                                          15:12
 3        A   However, at -- you know, this is a very        15:12
 4   specific -- like, it's not really the same thing here;  15:12
 5   okay?                                                   15:13
 6        Q   But, moving a -- repositioning a lens in       15:13
 7   order to steer a beam of light is a pretty fundamental  15:13
 8   concept in optics; correct?                             15:13
 9            MR. JAFFE:  Objection; form.                   15:13
10        A   Fundamental to who?                            15:13
11            MR. MUINO:  Q.  In optics -- in the field of   15:13
12   optics?                                                 15:13
13        A   I'm not an optical engineer.  I can't speak    15:13
14   to that.                                                15:13
15        Q   To your knowledge?                             15:13
16        A   To my knowledge of optics, it is -- you're     15:13
17   saying -- asking me if it's common -- it's common to    15:13
18   move a lens to move light?                              15:13
19        Q   Yes.                                           15:13
20        A   I think it depends on the application of it.   15:13
21   I'm not -- if you can be more specific about that, or   15:13
22   maybe restate it, rephrase it.                          15:14
23        Q   Yeah, well, just following up on what --       15:14
24        A   Sure.                                          15:14
25        Q   -- what we've already discussed, the idea of   15:14
```

Veritext Legal Solutions
866 299-5127