# EXHIBIT 25
# REDACTED

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   _____
                                   )
 5   WAYMO LLC,                    )
                                   )
 6           Plaintiff,            )
                                   )
 7           vs.                   ) Case No.:
                                   ) 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC; OTTO TRUCKING  )
 9   LLC,                          )
                                   )
10           Defendants.           )
     _____)
11
12
13                    ATTORNEYS' EYES ONLY
14            VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                  San Francisco, California
16                  Tuesday, April 18, 2017
17                         Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2597892
25   PAGES 1 - 112
```

Page 1

```
 1     Q    How did you come to learn of the ▇▇▇ design?      09:42:41
 2     A    We set out and discussed what the LiDAR would be  09:42:44
 3   that we should design, and, at that point, through       09:42:52
 4   discussions, I must have learned that they were working  09:42:56
 5   on this component, ▇▇▇▇▇▇▇▇                              09:42:57
 6     Q    And had you seen the use of ▇▇▇▇▇▇ a              09:43:03
 7   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ before joining Otto?                 09:43:06
 8     A    Yes.                                              09:43:11
 9     Q    When?                                             09:43:12
10     A    The first comes to mind is my work at Velodyne.   09:43:12
11   They used ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ as well.                             09:43:20
13     Q    And when you say a form of ▇▇▇▇▇▇▇▇▇▇             09:43:22
14   ▇▇▇ --                                                   09:43:26
15     A    Yup.                                              09:43:26
16     Q    -- you are talking about a different ▇▇▇▇▇        09:43:27
17   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ right?                                   09:43:28
18     A    It was different from the one that was being      09:43:30
19   developed at Otto.  It was one of a couple approaches    09:43:33
20   that I've seen, you know, in -- in public or publicly    09:43:36
21   disclosed Internet sources.                              09:43:41
22     Q    So the ▇▇▇▇ design --                             09:43:42
23     A    Mm-hmm.                                           09:43:42
24     Q    -- what -- what kind of a -- just generally, what 09:43:46
25   kind of a LiDAR design was it?                           09:43:48
```

Page 30