# EXHIBIT 28
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    WAYMO LLC,                        )
                                       )
6              Plaintiff,              )
                                       ) Case No.
7          vs.                         ) 3:17-cv-000939-WHA
                                       )
8    UBER TECHNOLOGIES, INC.;          )
     OTTOMOTTO LLC; OTTO TRUCKING,     )
9    INC.,                             )
                                       )
10             Defendants.             )
     _____  )

11

12

13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

14

15       VIDEOTAPED DEPOSITION OF JAMES HASLIM

16            San Francisco, California

17           Wednesday, August 9, 2017

18                 Volume III

19

20

21   Reported by:

22   CARLA SOARES

     CSR No. 5908

23   Job No. 2675900

24

25   Pages 404 - 724

                                        Page 404

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4

5      WAYMO LLC,                           )
                                            )
6                   Plaintiff,              )
                                            ) Case No.
7                       vs.                 ) 3:17-cv-000939-WHA
                                            )
8      UBER TECHNOLOGIES, INC.;             )
       OTTOMOTTO LLC; OTTO TRUCKING,        )
9      INC.,                                )
                                            )
10                  Defendants.             )
       _____     )

11

12

13            VIDEOTAPED DEPOSITION OF JAMES HASLIM,

14     Volume III, taken on behalf of Defendants, at 50

15     California Street, San Francisco, California,

16     beginning at 9:36 a.m., and ending at 6:09 p.m., on

17     Wednesday, August 9, 2017, before CARLA SOARES,

18     Certified Shorthand Reporter No. 5908.

19

20

21

22

23

24

25

                                                    Page 405

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    I think I would characterize myself as -- if we need     17:17:12

 2    to narrow it down to one person.

 3              But I also want to mention that I didn't

 4    make the decision in a vacuum but consulted with

 5    Florin.                                                   17:17:22

 6         Q    Is the plan at Uber to still go forward

 7    with the removal of these (███████████████████)

      (████)

 9         A    Yes.

10         Q    When will that design change be complete?      17:17:32

11         A    I expect that design change to be

12    complete -- let me correct my statement as I'm

13    starting it.

14              The design change I believe is already

15    done for one of our optical cavities and is being        17:17:47

16    fabricated and should be available later this month

17    for testing and verification.

18         Q    And will that change have to be propagated

19    throughout existing Fuji devices?

20         A    That is my intent.                             17:18:13

21         Q    How long do you think that process will

22    take?

23         A    I don't know.

24         Q    Is there any -- strike that.

25              Is it possible that Uber may leave             17:18:36
```

Page 691