```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6               Plaintiff,
 7   vs.                                Case No.
 8   UBER TECHNOLOGIES, INC.;           3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING LLC,
10               Defendants.
11   _____/
12
13
14
15         VIDEOTAPED DEPOSITION OF BRENT SCHWARZ
16               TUESDAY, AUGUST 15, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2680988
24
25   PAGES 1 - 296
```

Page 1

1  Q.  What is his title?                                        13:45:39
2  A.  I think he's a senior engineering director.               13:45:42
3  Q.  Do you have any direct reports right now?                 13:45:45
4  A.  I have two full-time employees.  Actually, I              13:45:49
5  think it's going to be four in a couple days.                 13:45:52
6      And then I have four or five contractors.                 13:45:59
7  Q.  Who did you report to when you first became               13:46:03
8  an Uber employee?                                             13:46:05
9  A.  Lior Ron.                                                 13:46:06
10 Q.  And did you have any direct reports at that               13:46:08
11 time?                                                         13:46:09
12 A.  No.                                                       13:46:09
13 Q.  So now focusing on the second of the three                13:46:14
14 areas you identified, a difference between your job           13:46:17
15 now versus your job when you were at Ottomotto.               13:46:20
16     So that would be Otto Trucking; correct?                  13:46:37
17 A.  Otto Trucking was the second entity I                     13:46:40
18 mentioned, yes.                                               13:46:41
19 Q.  Yes.  So can you elaborate on your -- on your             13:46:43
20 work for Otto Trucking?                                       13:46:47
21 A.  My role is to make sure that every resource               13:46:52
22 that Otto Trucking consumes it pays for.                      13:46:58
23 Q.  And how does Otto Trucking pay for resources              13:47:03
24 it consumes?                                                  13:47:05
25 A.  I -- Uber, UTI, will send me an invoice and I             13:47:10

```
1    pay it.                                          13:47:12
2         Q.   You pay it from --                     13:47:17
3         A.   A separate bank account.               13:47:18
4         Q.   That Otto Trucking has access to?      13:47:23
5         A.   Yes.                                   13:47:23
```



Page 118

```
 1   ███████████████                                    ████
     █                                                     
     █    ██████████████████████████████████            ████
     █                                                     
     █   ████████████████████████████████████████       ████
     █                                                     
     █     ██████████████████████████████                ████
     █                                                     
     █        ████████████████████████████████████████  ████
     █                                                     
     █   ████████████████████████████████████           ████
     █                                                     
     █   █████████████████████████████                  ████
     █                                                     
     █     █  ███████████████████████████████           ████
     █                                                     
     █        █  █████████████████████████████          ████
     █                                                     
    ██        █  ███████████████████████████            ████
    ██   ██████████████████████████████████████████     ████
    ██   ████████████████████████                              13:48:57
 13      A.    There's a --
 14      MS. VU:   Objection form.                              13:49:02
 15      MS. DEARBORN:   Join.                                  13:49:03
 16   ████████████████████████████████████████████      ████
     ██  ██████████████████████████████████████████     ████
     ██  █████████████████████████████████████████████  ████
     ██  █████████████████████████████                       13:49:31
 20      MS. DEARBORN:   Do you need to take a break to       13:49:33
 21   clarify a privilege issue?                              13:49:34
 22      THE WITNESS:   I think so.                            13:49:36
 23      MS. DEARBORN:   Do you mind?                          13:49:37
 24      MR. JUDAH:   (Shakes head negatively.)                13:49:41
 25      THE VIDEOGRAPHER:   The time is 1:49 p.m.             13:49:46
```

Page 119

| | | |
|---|---|---|
| 1 | We're off the record. | 13:49:48 |
| 2 | (Recess taken.) | 13:58:52 |
| 3 | THE VIDEOGRAPHER: The time is 1:59 p.m. | 13:59:09 |
| 4 | We're back on the record. | 13:59:11 |
| 5 | BY MR. JUDAH: | 13:59:11 |
| 6 | Q.   So I had a question pending before the break. | 13:59:14 |
| 7 | And did you have a chance to get | 13:59:17 |
| 8 | clarification so you can answer it? | 13:59:20 |
| 9 | A.   Yes. | 13:59:20 |
| 10 | Q.   All right.  So what's the answer? | 13:59:21 |
| 11 | ████ ████████████████████████████████ ████ | |
| | ████████████████████████████████████ ████ | |
| | ████████████████████████████████████████ ████ | |
| | ██████████████████████████████████ ████ | |
| | ██████████ ████ | |
| | ████████████████████████████████ ████ | |
| | ████████████████████████ ████ | |
| | ██████████████████████████████ ████ | |
| | ██████████████████████████████████ ████ | |
| | ██████ | 13:59:45 |
| 21 | Q.   Who do you work with from Uber Finance and | 13:59:49 |
| 22 | Treasury? | 13:59:51 |
| 23 | A.   On treasury, it's ██████████. | 13:59:53 |
| 24 | On finance, it's series of people: ████ ████ | |
| | ████████████████████████████ | 14:00:08 |

| | | |
|---|---|---|
| 1 | They're the primary contacts. | 14:00:10 |
| 2 | Q.  You referred earlier to a run rate and a burn | 14:00:16 |
| 3 | rate. | 14:00:16 |
| 4 | Do you remember that? | 14:00:18 |
| 5 | A.  I said those two things, yes. | 14:00:20 |
| 6 | Q.  Yes.  What do those refer to? | 14:00:21 |
| 7 | A.  How much the business is spending.  So | 14:00:24 |
| 8 | Trucking doesn't have any revenue, per se.  So I have | 14:00:28 |
| 9 | to monitor employees, trucks, stuff like that. | 14:00:34 |
| 10 | Q.  Is that the run rate or the burn rate? | 14:00:39 |
| 11 | A.  I use those interchangeably. | 14:00:41 |
| 12 | Q.  What is Otto Trucking's burn rate? | 14:00:48 |
| 13 | A.  I don't know off the top of my head.  If I | 14:00:54 |
| 14 | were to hazard a guess, I would say it's about | 14:00:56 |
| 15 | ▮▮▮▮▮ over the last year. | 14:01:00 |
| 16 | Q.  And that's approximately how long you've been | 14:01:04 |
| 17 | in this role and have been monitoring the burn rate | 14:01:09 |
| 18 | for Otto Trucking; is that right? | 14:01:11 |
| 19 | A.  Yeah. | 14:01:11 |
| 20 | Q.  What has Otto Trucking been spending this | 14:01:15 |
| 21 | money on? | 14:01:16 |
| 22 | A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:01:34 |

Page 121

```
1    ████████████████████████████████████  ████
     ████████████████████████████          ████
     █   ████████████████████████████████  ████
     █                                         14:01:53
5    A.   Can you be a little bit more precise on that?   14:01:58
6         MS. VU:  Objection, form.               14:02:01
7    BY MR. JUDAH:                                14:02:01
8    Q.   So you testified that ██████████  ████
     ████████████████                             14:02:04
10        Do you remember that?                   14:02:05
11   A.   Yes.                                    14:02:05
12        █  ████████████████████████████████████████
     ████████████████████████          ████
     ██████████████          ████
     █████████████          ████
     ████████████████████████          ████
     ████████████████████████████████  ████
     ████████          ████
     ████████████████████████          ████
     ████████████████████████████████          ████
     ████                                         14:02:36
22   BY MR. JUDAH:                                14:02:36
23   Q.   So Otto Trucking has a monthly P&L?     14:02:39
24   A.   Yes.                                    14:02:39
25   Q.   Who prepares that?                      14:02:41
```

Page 122

| | | |
|---|---|---|
| 1 | A.    I do, with help from Kong Basile. | 14:02:47 |
| 2 | Q.    Who is Kong Basile? | 14:02:48 |
| 3 | A.    They're the accounting firm I mentioned | 14:02:50 |
| 4 | before. | 14:02:51 |
| 5 | ███████████████████████████████████ | ██ |
| | ███████████████████████████████████ | ██ |
| | ███████████████████████████████ | ██ |
| | ██  ████████████████████████████████ | ██ |
| | ██████ | 14:03:07 |
| 10 | A.    It varies, depending on where they are in the | 14:03:10 |
| 11 | project. ████████████████████ | ██ |
| | ██  ██████████████████████████████ | ██ |
| | ██ ██████████████████████████ | ██ |
| | ██ ███████ | 14:03:20 |
| 15 | But it fluctuates month to month. | 14:03:24 |
| 16 | ██  █████████████████████████████████ | ██ |
| | ██ ███████████████████████████████ | ██ |
| | ██ ████████████ | 14:03:36 |
| 19 | MS. DEARBORN:  Object to the form. | 14:03:38 |
| 20 | MS. VU:  Join. | 14:03:43 |
| 21 | THE WITNESS:  I could name off a bunch of names. | 14:03:47 |
| 22 | I wouldn't be able to come up with a complete list. | 14:03:51 |
| 23 | Do you want me to just start naming names? | 14:03:54 |
| 24 | BY MR. JUDAH: | 14:03:54 |
| 25 | Q.    Yeah.  If you could just identify as many as | 14:03:57 |

Page 123

```
 1   you can that you're aware of ████████████████   ████
     ████████, let's say any time in the last --       14:04:03
 3      █ ████████████████████████████████████████    ████
     ████████████████████████████████████████████     ████
     ██████████████████████████████                   14:04:12
 6      Q.   Okay.
 7      A.   So I think that's an important distinction.  14:04:14
 8   I know it's accounting anal, but the money flow is   14:04:19
 9   important.                                            14:04:20
10      Q.   Understood.  To reask my question, to be more 14:04:23
11   precise.
12           ████████████████████████████████████████████ ████
     ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████   ████
     ██████████████████████████                          14:04:40
16      MS. DEARBORN:  Object to the form.                14:04:41
17      MS. VU:  Join.                                    14:04:42
18      THE WITNESS:  I think I'm going to reframe your   14:04:45
19   question.  ████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████   ████
     ████████████████████████████████████████████       ████
              ████████████████████████████████████      ████
              ████████████████████████████████████      ████
              ████████████████████████████████████      14:05:20
```



```
1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    ▓▓▓▓▓
2           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                   ▓▓▓▓▓
3           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                     ▓▓▓▓▓
4           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 ▓▓▓▓▓
5    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                     14:05:59
6             Yeah.  After that I would need a list to help    14:06:02
7    my memory.                                                14:06:03
8    BY MR. JUDAH:                                             14:06:03
9       ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             ▓▓▓▓▓
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                        ▓▓▓▓▓
11      ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                   ▓▓▓▓▓
12      ▓ ▓▓▓▓▓▓▓▓▓▓▓                                          ▓▓▓▓▓
13      ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                  ▓▓▓▓▓
14      ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                 ▓▓▓▓▓
15      ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                             ▓▓▓▓▓
16   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                     ▓▓▓▓▓
17   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   ▓▓▓▓▓
18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                             14:06:33
19      Q.   What do you know about the ▓▓▓▓▓▓▓▓               14:06:40
20      A.   That it was a ▓▓▓▓▓▓▓▓▓, and that's about         14:06:43
21   it.                                                       14:06:44
22      Q.   What is the Otto Trucking project?                14:06:48
23      MS. DEARBORN:  Object to the form.                     14:06:50
24      MS. VU:  Join.                                         14:06:50
25      THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 14:06:53
```

Page 125

```
1   ████████████████████████████████████████████████████   14:06:59
2   BY MR. JUDAH:                                          14:06:59
3       Q.   If you wanted to get a complete list of       14:07:07
4   employees that were -- let me ask that again.          14:07:12
5        ███████████████████████████████████████████
█   ███████████████████████████████████████████
█   ██████████████████████████████████████████████████
█   ██████████████████████████████████████████            14:07:24
9       MS. DEARBORN:   Object to the form.                14:07:25
10      MS. VU:   Join.                                    14:07:26
11      THE WITNESS:   Workday.                            14:07:28
12  BY MR. JUDAH:                                          14:07:28
13      Q.   I'm sorry?                                    14:07:29
14      A.   Workday.                                      14:07:29
15      Q.   What's that?                                  14:07:30
16      A.   It's an internal tool that employees use to   14:07:34
17  know what org chart and cost center they're associated 14:07:38
18  to.                                                    14:07:38
19      Q.   Is that something you would, like, log on to? 14:07:44
20      A.   Um-hum.                                       14:07:45
21      Q.   So if you went back to your office, logged on 14:07:48
22  to Workday, what exactly would you do next in order to 14:07:52
23  call up the information of ████████████████████████
█   ████████████████████████████████████████████████████
█   ██████████████████████████████████                    14:08:05
```

Page 126

```
 1        MS. VU:  Object to the form.                    14:08:06
 2        MS. DEARBORN:  Join.                             14:08:07
 3        THE WITNESS:  I would go to Workday, I would drill  14:08:12
 4   down into UATG, ███████████████████████    ██████     
                                                            14:08:20
 6        The names in there change.  I haven't looked    14:08:22
 7   at it recently.  My name could be in there.  I -- like  14:08:26
 8   I said, I haven't looked recently.                    14:08:28
 9   BY MR. JUDAH:                                         14:08:28
10        Q.  Who makes the decision as to who is assigned  14:08:31
11   to the Otto Trucking project?                         14:08:34
12        A.  I believe it was ████████████████████ ██████
     ██████                                                14:08:42
14        I'm supposed to work with him in the next        14:08:45
15   couple of weeks -- I have to get through this week -- 14:08:48
16   to revisit that and make sure that he's doing it      14:08:52
17   correctly.                                            14:08:53
18        ██ ████████████████████████████ ██████
     █████████████████████████████████████████████████
     ████████████████████████████                          14:09:08
21        MS. DEARBORN:  Object to the form.               14:09:09
22        MS. VU:  Object to the form.                     14:09:11
23        MS. DEARBORN:  Join.                             14:09:12
24        ████████████████████                             14:09:13
25   BY MR. JUDAH:                                         14:09:13
```

Page 127

```
1                                                          14:09:15
2          Sing up.
3
...
                                                           14:09:58
13     Q.   So you identified one of the cost centers      14:10:05
14  being the cost of the employees.                       14:10:09
15
                                                           14:10:19
17     MS. DEARBORN:  Object to the form.                  14:10:19
18     MS. VU:  Join.                                      14:10:20
19     THE WITNESS:                                        
                                                           14:10:25
21  BY MR. JUDAH:                                          14:10:25
22
                                                           14:10:44
```

Page 128

```
 1    ███████████████████████████████████                    ████
 2       █   █████████████████                               ████
 3       █   ████████████████████████                        ████
 4       █   █████████████████████████████████               ████
 5    ██████████████████████████████████                  14:11:01
 6       MS. DEARBORN:  Object to the form.               14:11:04
 7       MS. VU:  Join.                                   14:11:08
 8    ████████████████████████████████████                   ████
 9    ██████████████████████████████████████                 ████
10    ██████████████████████████████████████                 ████
11    ██████████████████████████████████                     ████
12    █████████████████                                   14:11:28
13          So I can't answer the question because I     14:11:30
14    haven't done the analysis.                         14:11:32
15    BY MR. JUDAH:                                      14:11:32
16       █   ████████████████████████████████               ████
17    ██████████████████████████████████████                 ████
18    ████████████████████████████████████████████           ████
19    ██████████████████████████████████████████████████████████
20    ████████████████                                        ████
21       █   █████████████████████████                       ████
22       █   ███████████████████████                         ████
23       █   ███████████████████████████████                 ████
24    ██████████████████████████████████████                 ████
25    ████████████████████████████████████████████        14:12:08
```

Page 129