# EXHIBIT 30
# REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

___________________________________

WAYMO LLC, )
)
Plaintiff, )
)
vs. ) Case No.
) 17-cv-00939-WHA
UBER TECHNOLOGIES, INC.; )
OTTOMOTTO, LLC; OTTO TRUCKING LLC, )
)
Defendants. )
___________________________________)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

VIDEOTAPED 30(b)(6) DEPOSITION of OTTO TRUCKING
by and through its Designated Representative
ADAM BENTLEY, ESQ.
San Francisco, California
Tuesday, August 22, 2017
Volume I

Reported by:
MARY J. GOFF
CSR No. 13427
Job No. 2684904B

PAGES 1 - 95

A Yes. 01:46:21

Q So then the next paragraph here says, There's an IP License Agreement between Otto Trucking and Ottomotto whereby (1), Otto Trucking assigns its IP to Ottomotto; and (2), Ottomotto licenses certain Ottomotto IP developed by Ottomotto prior to the acquisition of Ottomotto by Uber back to Otto Trucking. 01:46:21 01:46:24 01:46:26 01:46:30 01:46:36 01:46:40 01:46:43

Did I read that correctly? 01:46:44

A Yes. 01:46:46

Q And that's accurate information? 01:46:46

A Yes. 01:46:48

Q And the final paragraph here on the first page of these notes says, There is a Framework Agreement between Otto Trucking and Uber dated May 18, 2017. The Framework Agreement provides more detail regarding the day-to-day working relationship between Otto Trucking and Uber. 01:46:49 01:46:50 01:46:53 01:46:56 01:47:02 01:47:05

Did I read that correctly? 01:47:06

A Yes. 01:47:07

Q Is that accurate information? 01:47:08

A Yes. 01:47:10

Q So Otto Trucking was formed on February 1, 2016; is that correct? 01:47:12 01:47:23

A I -- 01:47:25

2016. 01:56:48

Q I understand. So we're still [redacted] [redacted] away from the opening of the call window? 01:56:53

A That's right. 01:56:59

Q So once that call window opens, Uber -- Uber has an exclusive option until -- to purchase Otto Trucking [redacted], right? 01:56:59 01:57:03 01:57:07

A Correct. 01:57:11

Q What was if Uber hasn't exercised that call option by the time that exclusive option period ends? 01:57:11 01:57:15 01:57:19

MR. SCHUMAN: Objection, beyond the scope. 01:57:20

A I would need to refresh myself with the -- by taking a look at the Otto Trucking Merger Agreement. But my recollection is that the Merger Agreement could be terminated. 01:57:23 01:57:25 01:57:29 01:57:31

[Page content fully redacted]

Page 24

[redacted] 01:59:48

Q (BY MR. JUDAH) So -- so now focusing on 01:59:52
the relationship between Ottomotto and Otto Trucking 01:59:53
after the signing of the -- of those transaction 02:00:00
documents in April. 02:00:04
So -- so starting, let's say, on April 12, 02:00:05
2016, what was the relationship between Otto 02:00:07
Trucking and Ottomotto? 02:00:10
A The relationship, I believe, was an IP 02:00:12
License Agreement whereby Ottomotto IP was licensed 02:00:19
to Otto Trucking, and Otto Trucking IP was assigned 02:00:24
back to Ottomotto. 02:00:27
Q Any other relationship you're aware of at 02:00:28
that time? 02:00:31
A As employees were coming on board at 02:00:39
Ottomotto, they would have all been receiving 02:00:40
parallel grants of equity in each of Ottomotto, LLC 02:00:44

Trucking transaction closes, is related to the successful commercialization of autonomous trucks. 03:37:17 03:37:21

Q (BY MR. JUDAH) So the shareholders of Otto Trucking certainly have an interest in the commercialization of autonomous trucks, don't they? 03:37:24 03:37:26 03:37:30

MR. SCHUMAN: Objection, beyond the scope; objection as to form. 03:37:33 03:37:33

A Assuming that transaction closes, the shareholders would have a right to share in the future profits of a trucking business, which would include potentially successful commercialization of autonomous trucks. 03:37:38 03:37:45 03:37:48 03:37:52 03:37:55

Q (BY MR. JUDAH) And what happens if the Uber acquisition doesn't close? 03:37:56 03:37:58

A If the Uber acquisition does not close, then that earnout would not be applicable. 03:38:01 03:38:03

Q Well, what happens the Otto Trucking at that point? 03:38:08 03:38:10

A There's various things that could happen. We would be speculating, but there are a number of different ways that that could progress. 03:38:11 03:38:13 03:38:17

Q What's one of the ways that it could progress? 03:38:21 03:38:23

A The entity could be wound down or the entity could seek to develop a business of any sort. 03:38:24 03:38:28

There's really infinite possibilities for what an independent entity could do if the Merger Agreement with Uber were to be terminated. 03:38:34 03:38:38 03:38:42

Q The -- the four Otto Transport trucks that are currently being leased to Uber, have any of them done fully autonomous testing? 03:38:49 03:38:53 03:38:59

MR. SCHUMAN: Objection as to form; beyond the scope of the 30(b)(6) Notice. 03:39:05 03:39:06

A Yeah, so I would note that those trucks are operated by Uber. I'm here as an Otto Trucking designee. You're asking me about Uber-related in -- information. 03:39:10 03:39:12 03:39:15 03:39:19

Q (BY MR. JUDAH) Well, Otto Transport owns those trucks, don't they? 03:39:20 03:39:22

A It does. But pursuant to the terms of the Lease Agreement, they're under the complete control of Uber. 03:39:23 03:39:26 03:39:29

Q So Otto Trucking doesn't have any knowledge about what's happening to those trucks with respect to autonomous vehicle testing? 03:39:30 03:39:33 03:39:36

MR. SCHUMAN: Objection as to form; beyond the scope of the 30(b)(6) Notice. 03:39:39 03:39:39

A Is your question: Are -- is there fully autonomous operation of trucks occurring right now? 03:39:42 03:39:45

Q (BY MR. JUDAH) That was -- my first 03:39:50