IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>　　Defendants.　　　　　　　／ | No. C 17-00939 WHA<br><br>**ORDER RE LIST OF ALL POTENTIAL TRIAL WITNESSES** |

　　　The parties shall please jointly submit a one-page list of all potential trial witnesses by **SEPTEMBER 22 AT NOON**.  This list will be included in the juror questionnaire at trial.

　　**IT IS SO ORDERED.**

Dated:  September 12, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　   　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE