# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   - - - - - - - - - - - - - -x
 6   WAYMO, LLC,                    :
 7        Plaintiff,                :
 8      v.                          : Case No.
 9   UBER TECHNOLOGIES,             : 3:17-cv-00939-WHA
10   INC., OTTOMOTTO, LLC,          :
11   and OTTO TRUCKING,             :
12   INC.,                          :
13        Defendants.               :
     - - - - - - - - - - - - - -x
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16        Videotaped Deposition of PHILIP HOBBS,
17        taken at 777 Sixth Street, Northwest,
18        11th Floor, Washington, D.C. 20001-3706,
19        commencing at 9:42 a.m., Friday, August 18,
20        2017, before Christina S. Hotsko, RPR,
21        a Notary Public in and for the District of
22        Columbia.
23
24   JOB No. 2680864
25   PAGES 1 - 175

                                              Page 1
```

1    description.

2        Q.  But again, you agree that all physical

3    diodes in the real world will exhibit leakage

4    current?

5        A.  Under certain operating conditions.                11:44:55

6        Q.  Okay.  So there are no physical diodes in

7    the real world that will allow current flow in one

8    direction only, period?

9        A.  Well, you have to discuss it in the

10   context of the circuit.  Because, for instance, if         11:45:12

11   you -- if the diode is never reverse-biased --

12       Q.  Then leakage current doesn't come into

13   play.

14       A.  Then you won't have any leakage current.

15       Q.  So a diode doesn't always have to be --

16   its reverse-bias property doesn't always have to

17   be used?

18           COURT REPORTER:  Sorry.  Could you just

19   slow down?

20           MR. NEWTON:  Sorry.

21   BY MR. NEWTON:

22       Q.  I think what you just said or what you

23   just suggested is that the reverse-bias property

24   of the diode does not always have to be used.

25       A.  That's right.                                      11:45:39

```
 1         Q.  There's applications where a diode might
 2   just be used to send current one direction --
 3         A.  Yes.
 4         Q.  -- and the reverse-bias feature doesn't
 5   come into play?                                        11:45:48
 6         A.  That's correct.
 7         Q.  Okay.  So then let me try to phrase it in
 8   terms of what the diode is capable of doing.  Any
 9   real-world physical diode will be capable of
10   allowing leakage current in its reverse-bias          11:45:58
11   state, correct?
12         A.  Yes.  That's right.
13         Q.  Okay.  So there's no real-world diodes
14   that will allow the flow of current in one
15   direction only; they're all going to allow it in     11:46:12
16   both directions.
17         A.  Well, I mean, it depends what you mean by
18   allow.  The --
19         Q.  I'm just using Uber's definition.
20         A.  Well, I understand that.  But it -- the   11:46:21
21   thing is that when you say allow," -- and the
22   reason why I don't like Dr. Wolfe's
23   construction is that he says much more easily.
24   And the -- just a moment.  And the -- whereas I
25   think that that is -- I think that is far more      11:46:38
```

Page 83

1   so that the -- so that the diode doesn't do

2   anything, then you could certainly put -- choose

3   components where that wouldn't be the case.

4       Q.   Then at line 62 it says, "Upon the diode

5   being reverse biased, the current through the            14:18:16

6   diode [sic] 510 goes to zero, the voltage across

7   the inductor 510 settles at zero, which sets node

8   A to the voltage of the voltage source 502 (e.g.

9   the voltage V1), but the capacitor may hold a

10  higher voltage (e.g. about 2 V1)."                       14:18:37

11      A.   Yes.

12      Q.   And again, that's using permissive

13  language; it says it may hold a higher voltage

14  than the voltage source.

15      A.   Yes, it does.                                14:18:49

16      Q.   And if you go to column 19, line 26

17  through 27.

18      A.   Okay.

19      Q.   Again, it says, "The charge on the

20  capacitor 516 may exceed the voltage V1 of the           14:19:09

21  voltage source 502."

22      Do you see that?

23      A.   I do.

24      Q.   So again, it's saying that the charge on

25  the capacitor may exceed the maximum voltage of          14:19:21

```
 1   the voltage source, but it doesn't have to?
 2        A.   Yes.  I imagine they mean the voltage on
 3   the capacitor.
 4        Q.   Instead of the charge on the capacitor?
 5        A.   Yes.                                          14:19:32
 6        Q.   Then line 31 of column 19 says, "For
 7   example, the capacitor 516 may be initially
 8   charged to a voltage level of about 2 V1."
 9             So again, there, it's using permissive
10   language to say that it may be charged above the    14:19:59
11   voltage of the voltage source.
12        A.   That's right.  I mean, permissive
13   language is another one of those lawyerisms that I
14   wouldn't want to set my name to the full legal
15   dictionary definition.  But from a technical guy's  14:20:16
16   point of view, that's true.
17        Q.   Jumping to column 21 --
18        A.   Yep.
19        Q.   It says, "In some examples, the
20   voltage" -- I'm sorry, column 21, line 3.  It       14:20:35
21   says, "In some examples, the voltage at which the
22   two voltages are approximately equal so as to
23   terminate the charging cycle occurs for a voltage
24   of about 2 V1."
25        A.   Yes.                                          14:20:50
```

Page 154

```
 1        Q.  So there it's saying in examples of the
 2   invention, the voltage on the capacitor can be
 3   2 V1?
 4        A.  Yes.  We've discussed cases where it
 5   could be more or less, depending on what you do          14:21:00
 6   with the switch.
 7        Q.  So you agree those are just examples;
 8   it's not a requirement to charge it up to 2 V1?
 9        A.  Not the exact value, no.
10        Q.  I had a question I wanted to go back to         14:21:12
11   about something we were discussing earlier in the
12   context of your LiDAR project.  And I think there
13   was a distinction you were making between pulsed
14   operation and continuous operation.
15        A.  Yes.                                            14:22:21
16        Q.  Is -- was that in the context of the
17   coherent LiDAR that you were looking at?
18        A.  That's right.  You can do coherent pulsed
19   LiDAR, but CW is more common.
20        Q.  Okay.  CW is continuous --                      14:22:37
21        A.  Continuous wave, yeah.
22        Q.  -- wave?
23        A.  In other words, you leave the laser
24   turned on all the time.
25        Q.  Okay.  What is the laser in that example?      14:22:40
```

Page 155