# EXHIBIT 14
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                              )
                                             )
 6                  Plaintiff,               )
        vs.                                  ) Case No.
 7                                           ) 17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;                )
 8   OTTOMOTTO, LLC; OTTO TRUCKING LLC,      )
                                             )
 9                  Defendants.              )
                                             )
10                                           )
     _____)
11
12          HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
13
14               UNDER THE PROTECTIVE ORDER
15               VIDEOTAPED DEPOSITION OF
16                    GAETAN PENNECOT
17               San Francisco, California
18               Thursday, August 9, 2017
19                      Volume IV
20
21
22   Reported by:
     MARY J. GOFF
23   CSR No. 13427
24   Job No. 2675906
25   PAGES 479 - 763
```

Page 479

```
 1   ████████████████████████████████████████████  ██████
 2     █ ███████████████████████████████            01:20:53
 3        Q    Which numbers on here do you agree are       01:20:56
 4   confidential and proprietary?                          01:20:58
 5             MR. MUINO:  Objection, form.                 01:21:01
 6        A    I don't know.                                01:21:02
 7        Q    (BY MR. JAFFE) Okay.  So you -- you're --    01:21:03
 8   sitting here today, you don't know if any of these     01:21:04
 9   numbers are confidential and proprietary to Google?    01:21:07
10             MR. MUINO:  Objection, form.                 01:21:12
11        A    Yeah, like, it -- it was never discussed     01:21:14
12   or anything.  Never, like -- I don't know.             01:21:16
13        Q    (BY MR. JAFFE) But you agree that the        01:21:22
14   schematic, as a whole, is confidential, right?         01:21:23
15        A    The document is confidential, yes.           01:21:26
16        Q    Okay.  All right.  Well, let's just talk     01:21:28
17   about some of these.  The -- the ████████    ██████
18             ███████████████ do you see that?             01:21:43
19        A    Yes, I see that.                             01:21:47
20        Q    Is -- this ██████████████████████████  ██████
     ████████████████
       █ ██████████████████████████████████████      ██████
     ████████████████████████████████████████        ██████
     ██████████████████████████████████████████████  ██████
     █ ████████████████████████████                  01:22:03
```

Page 590

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1      Q    Um-hum.                                          01:22:07
2      A    So there's a confusion for █████████  ████
█      █    ████████████████████████████████████   ████
█      █████████████                               ████
█      █    ████████████████████████████████████   ████
█      █████████████                               ████
█      █    █████████████████████████              ████
█      ██████████████████████████████              ████
█      █    ██████████                             ████
█      █    ██                                     ████
█      █    ████████                               ████
█      █    █████████████████                      ████
█      █    ████████                               ████
█      █    ██████████████████████████████████     ████
█      █████████████████████████                   ████
█      █    ██████████████████████████████████     ████
█      █████████████████████                       ████
█      █    ████████████████████████████████       ████
█      ██                                          ████
█      █    ██████████████████████████████████     ████
█      ███████████████████████████                 ████
█      █    █████████████████████████              ████
█      ██████████████████████████████              ████
█      █████████████████████████████               ████
█      █    ██████████████████████                 01:23:17
```

