# EXHIBIT 16
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6              Plaintiff,
                                        Case
 7   vs.                           No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                Defendants.
10   _____/
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14        VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15            VOLUME III (PAGES 275 to 478)
16               FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No.  2641228
```

Page 275

| | | |
|---|---|---|
| 1 | A.   This is correct. | 17:17:11 |
| 2 | Q.   And you're planning on being available for | 17:17:13 |
| 3 | that testimony? | 17:17:14 |
| 4 | A.   Yes. | 17:17:14 |
| 5 | Q.   You mentioned some ▮▮▮▮ in the Velodyne | 17:17:26 |
| 6 | HDL-64. | 17:17:27 |
| 7 |      Do you remember that? | 17:17:29 |
| 8 | A.   Yes, this is correct. | 17:17:30 |
| 9 | Q.   What's the difference between the ▮▮▮▮ | 17:17:32 |
| 10 | in the Velodyne HDL-64 and the ▮▮▮▮ that are in | 17:17:36 |
| 11 | GBR and Fuji? | 17:17:38 |
| 12 | A.   I believe ▮▮▮▮ in the HDL-64 is a ▮e | 17:17:47 |
| 13 | ▮▮▮▮▮▮. | 17:17:49 |
| 14 | Q.   As opposed to GBR and Fuji, which have a | 17:17:52 |
| 15 | ▮▮▮▮▮▮▮▮; right? | 17:17:58 |
| 16 | A.   This is correct. | 17:17:59 |
| 17 | Q.   Are you aware of any other LiDARs, other than | 17:18:00 |
| 18 | Fuji and GBR, that have ▮▮▮▮▮▮ that you | 17:18:06 |
| 19 | worked on? | 17:18:07 |
| 20 | A.   No. | 17:18:12 |
| 21 | Q.   Okay.  Counsel for Uber asked you if you were | 17:18:19 |
| 22 | aware of anyone having files from -- possessing files | 17:18:26 |
| 23 | from Google that worked at Uber; right? | 17:18:29 |
| 24 | A.   Yes. | 17:18:29 |
| 25 | Q.   You weren't including Anthony Levandowski in | 17:18:32 |

Page 471