# EXHIBIT 17

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC
 6        Plaintiff,
 7            vs.              Case No. 17-cv-00939-WHA
 8   UBER TECHNOLOGIES,INC.;
     OTTOMOTTO, LLC; OTTO
 9   TRUCKING LLC,
10        Defendants.
     _____
11
12
13
14
15      *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
16           VIDEO DEPOSITION OF DANIEL GRUVER
17               San Francisco, California
18                Friday, August 4, 2017
19                      Volume II
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2671821
25   PAGES 74 - 415
```

Page 74

1     A.   I would say in person, then text message,      04:51
2  then email.
3     Q.   He was not a -- Anthony is not a big
4  emailer; is that fair?
5     A.   That's fair.                                    04:51
6     Q.   He prefers to talk in person or via text
7  message?
8     A.   I would say that's true.
9          MR. JAFFE:  Okay.  All right.  Let's mark
10 as Exhibit 517 UBER00177325.                            04:51
11         (Exhibit 517 was marked for
12 identification by the court reporter and is
13 attached hereto.)
14    Q.   (By Mr. Jaffe)  Mr. Gruver, do you see
15 this text message from you to Mr. Levandowski?          04:52
16    A.   I do.
17    Q.   And this is time-stamped October 23rd,
18 2016?
19         Do you see that?
20    A.   Uh-huh.                                         04:52
21    Q.   And you're asking Mr. Levandowski if he
22 got a chance to talk to James.
23         What were you referring to?
24    A.   From the text, it appears that -- as
25 James was the head of the LiDAR program, probably       04:53

Page 347

| | | |
|---|---|---|
| 1 | talking to -- having James and Anthony talk about | 04:53 |
| 2 | working on a diode laser system versus another type | |
| 3 | of system. | |
| 4 |     Q.   But am I correct that you were saying a | |
| 5 | chance to talk to James and you were referring to | 04:53 |
| 6 | some prior conversation that you had with | |
| 7 | Mr. Levandowski? | |
| 8 |     A.   It may be referencing a conversation I | |
| 9 | had with James.  I am not sure. | |
| 10 |     Q.   Let me ask it this way:  Why did you -- | 04:53 |
| 11 | why you were asking if Anthony had a time (sic) to | |
| 12 | talk with James, as here in Exhibit 517? | |
| 13 |     A.   I believe it was in reference to a | |
| 14 | discussion James may have had with Eric and Scott | |
| 15 | and wondering if Anthony was aware of that | 04:54 |
| 16 | discussion. | |
| 17 |     Q.   And "Eric," who does that refer to in | |
| 18 | this text message in 517? | |
| 19 |     A.   Eric Meyhofer. | |
| 20 |     Q.   And what was his position at the time of | 04:54 |
| 21 | this text message -- | |
| 22 |     A.   I believe -- | |
| 23 |     Q.   -- October 23rd, 2016? | |
| 24 |     A.   I believe he was hardware lead. | |
| 25 |     Q.   Okay.  And Scott Boehmke, is that who the | 04:54 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | element to the message I'm talking about. | 05:11 |
| 2 | Q.   Okay. | |
| 3 | A.   But it appears from my follow-up that I | |
| 4 | sent him both. | |
| 5 | Q.   So you understood him to -- referring to | 05:12 |
| 6 | both the transmit board and the timing board. | |
| 7 | A.   Unclear of which one, so I -- it appears | |
| 8 | I sent him both. | |
| 9 | Q.   But he said, "Send me a picture," when | |
| 10 | you talked -- when you sent him a text about the | 05:12 |
| 11 | working transmit board and timing board for Fuji. | |
| 12 | A.   Right. | |
| 13 | Q.   And if we look at the one here in | |
| 14 | Exhibit 518, Bates-labeled 360, this is a Fuji | |
| 15 | transmit board, correct? | 05:12 |
| 16 | A.   Sorry.  Page 360? | |
| 17 | Q.   Yeah.  This one. | |
| 18 | A.   Yes. | |
| 19 | Q.   And is this transmit board that you sent | |
| 20 | Anthony Levandowski, is this consistent with the | 05:12 |
| 21 | transmit board that we looked at before, | |
| 22 | Exhibit 512? | |
| 23 | A.   They appear similar. | |
| 24 | Q.   This is the same design as described here | |
| 25 | in Exhibit 512, the one that you sent | 05:13 |

Page 353