# EXHIBIT 21
# REDACTED

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6          Plaintiff,
 7   vs.                            No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIE█, INC.;
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11          Defendants.
12   _____/
13
14     WAYMO HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16        VIDEOTAPED DEPOSITION OF WILLIAM MCCANN
17                 SAN FRANCISCO, CALIFORNIA
18                  WEDNESDAY, JULY 12, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2653398
24
25   PAGES 1 - 295
```

Page 1

```
1    the way that ████████████████████████████████      ████
 2   ████████████████████████████████████████████████    ████
 3   ████████████████                                   15:11
 4        A    Yes, in a particular way, yes.           15:11
 5        Q    Okay.  The idea of ████████████████████  ████
 6   ████████████████████████  is that something that   15:11
 7   you were aware of before you did it at Waymo?      15:11
 8             MR. JAFFE:  Objection; form.             15:11
 9             THE WITNESS:  Knowledge of specifically using  15:12
10   ████████████████████████████████████████████████    ████
11   ████████████████                                   15:12
12             MR. MUINO:  Sure.                        15:12
13             THE WITNESS:  I was not aware of ██████████  15:12
14   before Waymo or Google.                            15:12
15             MR. MUINO:  Okay.                        15:12
16        Q    Were you aware of ████████████████████████  ████
17   ████████████████████████  a beam of light?         15:12
18        A    Yes.                                     15:12
19        Q    In what context were you aware of that?  15:12
20        A    Well, I mean, I'm not an optical engineer,  15:12
21   but, you know, when you move optical lens elements,  15:12
22   it -- it moves light around.  So yes, you can.     15:12
23        Q    Would you say that's a pretty fundamental  15:12
24   known concept?                                     15:12
25        A    That moving an optical element around moves  15:12
```

Veritext Legal Solutions
866 299-5127

```
 1   light?  Yes.  That's the fundamentals of optics.         15:12
 2       Q   Okay.                                            15:12
 3       A   However, at -- you know, this is a very          15:12
 4   specific -- like, it's not really the same thing here;   15:12
 5   okay?                                                    15:13
 6       Q   But, moving a -- repositioning a lens in         15:13
 7   order to steer a beam of light is a pretty fundamental   15:13
 8   concept in optics; correct?                              15:13
 9           MR. JAFFE:  Objection; form.                     15:13
10       A   Fundamental to who?                              15:13
11           MR. MUINO:  Q.  In optics -- in the field of     15:13
12   optics?                                                  15:13
13       A   I'm not an optical engineer.  I can't speak      15:13
14   to that.                                                 15:13
15       Q   To your knowledge?                               15:13
16       A   To my knowledge of optics, it is -- you're       15:13
17   saying -- asking me if it's common -- it's common to     15:13
18   move a lens to move light?                               15:13
19       Q   Yes.                                             15:13
20       A   I think it depends on the application of it.     15:13
21   I'm not -- if you can be more specific about that, or    15:13
22   maybe restate it, rephrase it.                           15:14
23       Q   Yeah, well, just following up on what --         15:14
24       A   Sure.                                            15:14
25       Q   -- what we've already discussed, the idea of     15:14
```

Veritext Legal Solutions
866 299-5127