# EXHIBIT 25
# REDACTED

ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4     _____
                                    )
 5     WAYMO LLC,                   )
                                    )
 6              Plaintiff,          )
                                    )
 7              vs.                 )Case No.:
                                    )3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,     )
       OTTOMOTTO LLC; OTTO TRUCKING )
 9     LLC,                         )
                                    )
10              Defendants.         )
       _____)
11
12
13                     ATTORNEYS' EYES ONLY
14            VIDEOTAPED DEPOSITION OF JAMES HASLIM
15                  San Francisco, California
16                  Tuesday, April 18, 2017
17                          Volume 1
18
19
20
21
22
23     Reported by:
       RACHEL FERRIER, CSR No. 6948
24     Job No. 2597892
25     PAGES 1 - 112
```

Page 1

```
 1    Q   How did you come to learn of the ▮▮▮▮ design?     09:42:41
 2    A   We set out and discussed what the LiDAR would be  09:42:44
 3  that we should design, and, at that point, through     09:42:52
 4  discussions, I must have learned that they were working 09:42:56
 5  on this component, ▮▮▮▮▮▮▮▮▮▮▮▮▮                        09:42:57
 6    Q   And had you seen the use of ▮▮▮▮▮▮▮▮ a            09:43:03
 7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ before joining Otto?          09:43:06
 8    A   Yes.                                              09:43:11
 9    Q   When?                                             09:43:12
10    A   The first comes to mind is my work at Velodyne.   09:43:12
11  They used ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as well.                        09:43:20
13    Q   And when you say a form of ▮▮▮▮▮▮▮▮▮▮▮▮▮          09:43:22
14  ▮▮▮▮ --                                                 09:43:26
15    A   Yup.                                              09:43:26
16    Q   -- you are talking about a different ▮▮▮▮▮        09:43:27
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ right?                             09:43:28
18    A   It was different from the one that was being      09:43:30
19  developed at Otto.  It was one of a couple approaches   09:43:33
20  that I've seen, you know, in -- in public or publicly   09:43:36
21  disclosed Internet sources.                             09:43:41
22    Q   So the ▮▮▮▮▮▮ design --                           09:43:42
23    A   Mm-hmm.                                           09:43:42
24    Q   -- what -- what kind of a -- just generally, what 09:43:46
25  kind of a LiDAR design was it?                          09:43:48
```