# EXHIBIT 28
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5    WAYMO LLC,                        )
                                        )
 6              Plaintiff,              )
                                        ) Case No.
 7          vs.                         ) 3:17-cv-000939-WHA
                                        )
 8    UBER TECHNOLOGIES, INC.;          )
      OTTOMOTTO LLC; OTTO TRUCKING,     )
 9    INC.,                             )
                                        )
10              Defendants.             )
      _____    )
11
12
13      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15            VIDEOTAPED DEPOSITION OF JAMES HASLIM
16                   San Francisco, California
17                   Wednesday, August 9, 2017
18                          Volume III
19
20
21   Reported by:
22   CARLA SOARES
     CSR No. 5908
23   Job No. 2675900
24
25   Pages 404 - 724
```

Page 404

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                        )
                                       )
 6              Plaintiff,             )
                                       ) Case No.
 7         vs.                         ) 3:17-cv-000939-WHA
                                       )
 8   UBER TECHNOLOGIES, INC.;          )
     OTTOMOTTO LLC; OTTO TRUCKING,     )
 9   INC.,                             )
                                       )
10              Defendants.            )
     _____)
11
12
13         VIDEOTAPED DEPOSITION OF JAMES HASLIM,
14   Volume III, taken on behalf of Defendants, at 50
15   California Street, San Francisco, California,
16   beginning at 9:36 a.m., and ending at 6:09 p.m., on
17   Wednesday, August 9, 2017, before CARLA SOARES,
18   Certified Shorthand Reporter No. 5908.
19
20
21
22
23
24
25
```

Page 405

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   I think I would characterize myself as -- if we need        17:17:12
 2   to narrow it down to one person.
 3           But I also want to mention that I didn't
 4   make the decision in a vacuum but consulted with
 5   Florin.                                                     17:17:22
 6       Q   Is the plan at Uber to still go forward
 7   with the removal of these (REDACTED)
 8   (REDACTED)
 9       A   Yes.
10       Q   When will that design change be complete?           17:17:32
11       A   I expect that design change to be
12   complete -- let me correct my statement as I'm
13   starting it.
14           The design change I believe is already
15   done for one of our optical cavities and is being           17:17:47
16   fabricated and should be available later this month
17   for testing and verification.
18       Q   And will that change have to be propagated
19   throughout existing Fuji devices?
20       A   That is my intent.                                  17:18:13
21       Q   How long do you think that process will
22   take?
23       A   I don't know.
24       Q   Is there any -- strike that.
25           Is it possible that Uber may leave             17:18:36
```

Page 691