```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6             Plaintiff,
 7   vs.                                    Case No.
 8   UBER TECHNOLOGIES, INC.;               3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING LLC,
10             Defendants.
11   _____/
12
13
14
15        VIDEOTAPED DEPOSITION OF BRENT SCHWARZ
16              TUESDAY, AUGUST 15, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2680988
24
25   PAGES 1 - 296
```

Page 1

```
 1        Q.   What is his title?                              13:45:39
 2        A.   I think he's a senior engineering director.     13:45:42
 3        Q.   Do you have any direct reports right now?       13:45:45
 4        A.   I have two full-time employees.  Actually, I    13:45:49
 5   think it's going to be four in a couple days.             13:45:52
 6             And then I have four or five contractors.       13:45:59
 7        Q.   Who did you report to when you first became     13:46:03
 8   an Uber employee?                                         13:46:05
 9        A.   Lior Ron.                                       13:46:06
10        Q.   And did you have any direct reports at that     13:46:08
11   time?                                                     13:46:09
12        A.   No.                                             13:46:09
13        Q.   So now focusing on the second of the three      13:46:14
14   areas you identified, a difference between your job       13:46:17
15   now versus your job when you were at Ottomotto.           13:46:20
16             So that would be Otto Trucking; correct?        13:46:37
17        A.   Otto Trucking was the second entity I           13:46:40
18   mentioned, yes.                                           13:46:41
19        Q.   Yes.  So can you elaborate on your -- on your   13:46:43
20   work for Otto Trucking?                                   13:46:47
21        A.   My role is to make sure that every resource     13:46:52
22   that Otto Trucking consumes it pays for.                  13:46:58
23        Q.   And how does Otto Trucking pay for resources    13:47:03
24   it consumes?                                              13:47:05
25        A.   I -- Uber, UTI, will send me an invoice and I   13:47:10
```

Veritext Legal Solutions
866 299-5127

```
1    pay it.                                          13:47:12
2         Q.   You pay it from --                     13:47:17
3         A.   A separate bank account.               13:47:18
4         Q.   That Otto Trucking has access to?      13:47:23
5         A.   Yes.                                   13:47:23
```



Veritext Legal Solutions
866 299-5127

```
 1    █████████████                                      █████
 2          ████████████████████████████████             █████
 3      ████████████████████████████████████             █████
 4      ████████████████████████████                     █████
 5          ████████████████████████████████████████████ █████
 6      ████████████████████████████████████             █████
 7      ████████████████████████████████                 █████
 8        █  ██████████████████████████████              █████
 9        █  ████████████████████████████████████        █████
10     █  █  ██████████████████████████                          
11     █    ██████████████████████████████████████████    █████
12     █    ████████████████████████                            13:48:57
13        A.    There's a --
14        MS. VU:   Objection form.                             13:49:02
15        MS. DEARBORN:   Join.                                 13:49:03
16        ████████████████████████████████████         ████
17     █  ████████████████████████████████████████     ████
18     █  ████████████████████████████████████████████ ████
19     █  ██████████████████████████████                        13:49:31
20        MS. DEARBORN:   Do you need to take a break to        13:49:33
21     clarify a privilege issue?                               13:49:34
22        THE WITNESS:   I think so.                            13:49:36
23        MS. DEARBORN:   Do you mind?                          13:49:37
24        MR. JUDAH:   (Shakes head negatively.)                13:49:41
25        THE VIDEOGRAPHER:   The time is 1:49 p.m.             13:49:46
```

Page 119

| | | |
|---|---|---|
| 1 | We're off the record. | 13:49:48 |
| 2 | (Recess taken.) | 13:58:52 |
| 3 | THE VIDEOGRAPHER:  The time is 1:59 p.m. | 13:59:09 |
| 4 | We're back on the record. | 13:59:11 |
| 5 | BY MR. JUDAH: | 13:59:11 |
| 6 | Q.   So I had a question pending before the break. | 13:59:14 |
| 7 | And did you have a chance to get | 13:59:17 |
| 8 | clarification so you can answer it? | 13:59:20 |
| 9 | A.   Yes. | 13:59:20 |
| 10 | Q.   All right.  So what's the answer? | 13:59:21 |
| 11 | ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ | |
| | ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ | |
| | | 13:59:45 |
| 21 | Q.   Who do you work with from Uber Finance and | 13:59:49 |
| 22 | Treasury? | 13:59:51 |
| 23 | A.   On treasury, it's ▄▄▄▄▄▄▄▄. | 13:59:53 |
| 24 | On finance, it's series of people: ▄▄ ▄▄▄▄ | |
| | ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ | 14:00:08 |

Page 120

| | | |
|---|---|---|
| 1 | They're the primary contacts. | 14:00:10 |
| 2 | Q. You referred earlier to a run rate and a burn | 14:00:16 |
| 3 | rate. | 14:00:16 |
| 4 | Do you remember that? | 14:00:18 |
| 5 | A. I said those two things, yes. | 14:00:20 |
| 6 | Q. Yes. What do those refer to? | 14:00:21 |
| 7 | A. How much the business is spending. So | 14:00:24 |
| 8 | Trucking doesn't have any revenue, per se. So I have | 14:00:28 |
| 9 | to monitor employees, trucks, stuff like that. | 14:00:34 |
| 10 | Q. Is that the run rate or the burn rate? | 14:00:39 |
| 11 | A. I use those interchangeably. | 14:00:41 |
| 12 | Q. What is Otto Trucking's burn rate? | 14:00:48 |
| 13 | A. I don't know off the top of my head. If I | 14:00:54 |
| 14 | were to hazard a guess, I would say it's about | 14:00:56 |
| 15 | ▇▇▇▇▇▇ over the last year. | 14:01:00 |
| 16 | Q. And that's approximately how long you've been | 14:01:04 |
| 17 | in this role and have been monitoring the burn rate | 14:01:09 |
| 18 | for Otto Trucking; is that right? | 14:01:11 |
| 19 | A. Yeah. | 14:01:11 |
| 20 | Q. What has Otto Trucking been spending this | 14:01:15 |
| 21 | money on? | 14:01:16 |
| 22 | A. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 14:01:34 |

Veritext Legal Solutions
866 299-5127

```
 1    ███████████████████████████████████████  ████
      ███████████████████████████████          ████
      ███   ██████████████████████████████████ ████
      ██                                              14:01:53
 5         A.   Can you be a little bit more precise on that?  14:01:58
 6         MS. VU:   Objection, form.                14:02:01
 7    BY MR. JUDAH:                                  14:02:01
 8         Q.   So you testified that ██████████████ ████
      ██████████████████                             14:02:04
10              Do you remember that?                14:02:05
11         A.   Yes.                                 14:02:05
12         ██ ████████████████████████████████████████████
      █████████████████████████████████              ████
         █████████████████████                       ████
         ████████████████████                        ████
         ████████████████████████████████            ████
      ██████████████████████████████████████████████ ████
      ██████████████                                 ████
                ███████████████████████████████████  ████
      ██████████████████████████████████████████     ████
      ██████                                         14:02:36
22    BY MR. JUDAH:                                  14:02:36
23         Q.   So Otto Trucking has a monthly P&L?  14:02:39
24         A.   Yes.                                 14:02:39
25         Q.   Who prepares that?                   14:02:41
```

Page 122

| | | |
|---|---|---|
| 1 | A. I do, with help from Kong Basile. | 14:02:47 |
| 2 | Q. Who is Kong Basile? | 14:02:48 |
| 3 | A. They're the accounting firm I mentioned | 14:02:50 |
| 4 | before. | 14:02:51 |
| 5 | ██████████████████████████████████ | ███ |
| 6 | ██████████████████████████████████ | ███ |
| 7 | ██████████████████████████████████ | ███ |
| 8 | ██ ███████████████████████████████ | ███ |
| 9 | ██████ | 14:03:07 |
| 10 | A. It varies, depending on where they are in the | 14:03:10 |
| 11 | project. ██████████████████████ | ███ |
| 12 | ██████████████████████████████████ | ███ |
| 13 | ██████████████████████████████████ | ███ |
| 14 | ██████ | 14:03:20 |
| 15 | But it fluctuates month to month. | 14:03:24 |
| 16 | ██ ███████████████████████████████ | ███ |
| 17 | ██████████████████████████████████ | ███ |
| 18 | ███████████ | 14:03:36 |
| 19 | MS. DEARBORN: Object to the form. | 14:03:38 |
| 20 | MS. VU: Join. | 14:03:43 |
| 21 | THE WITNESS: I could name off a bunch of names. | 14:03:47 |
| 22 | I wouldn't be able to come up with a complete list. | 14:03:51 |
| 23 | Do you want me to just start naming names? | 14:03:54 |
| 24 | BY MR. JUDAH: | 14:03:54 |
| 25 | Q. Yeah. If you could just identify as many as | 14:03:57 |

Page 123

```
1    you can that you're aware of ███████████████  ████
2    ███████, let's say any time in the last --    14:04:03
3        █ ██████████████████████████████████      ████
█    ████████████████████████████████████████████  ████
█    █████████████████████████████████             14:04:12
6        Q.   Okay.
7        A.   So I think that's an important distinction.  14:04:14
8    I know it's accounting anal, but the money flow is   14:04:19
9    important.                                           14:04:20
10       Q.   Understood.  To reask my question, to be more  14:04:23
11   precise.
12              ████████████████████████████████    ████
█    ██████████████████████████████████████████████████
█    ████████████████████████████████████████████  ████
█    █████████████████████████████                  14:04:40
16       MS. DEARBORN:  Object to the form.         14:04:41
17       MS. VU:  Join.                             14:04:42
18       THE WITNESS:  I think I'm going to reframe your  14:04:45
19   question.  █████████████████████████████████████████
█    ████████████████████████████████████████████████
█    ████████████████████████████████████████████  ████
█    ████████████████████████████████████████████  ████
█                  ████████████████████████████    ████
█                  ████████████████████████████    ████
█                  ████████████████████████████    14:05:20
```

Page 124

```
 1   █████████████████                                    █████
 2        █████████████████                               █████
 3        █████████████████████████                       █████
 4        ██████████████████████████████                  █████
 5   █████████████████████                                14:05:59
 6        Yeah.  After that I would need a list to help   14:06:02
 7   my memory.                                           14:06:03
 8   BY MR. JUDAH:                                        14:06:03
 9        █ █████████████████████████████████████████     █████
10   ████████████████████                                 █████
11        █ ██████████████████                            █████
12        █ ██████████                                    █████
13        █ █████████████████████                         █████
14        █ ████████████████████████                      █████
15        █ █████████████████████████████████████         █████
16   █████████████████████████████████████████████        █████
17   █████████████████████████████████████████████████    █████
18   ███████████████████████████████████████              14:06:33
19        Q.   What do you know about the ████████        14:06:40
20        A.   That it was a ██████████, and that's about 14:06:43
21   it.                                                  14:06:44
22        Q.   What is the Otto Trucking project?         14:06:48
23        MS. DEARBORN:  Object to the form.              14:06:50
24        MS. VU:  Join.                                  14:06:50
25        THE WITNESS:  █████████████████████████         14:06:53
```

Page 125

| | | |
|---|---|---|
| 1 | ██████████████████████████████████████ | 14:06:59 |
| 2 | BY MR. JUDAH: | 14:06:59 |
| 3 | Q.   If you wanted to get a complete list of | 14:07:07 |
| 4 | employees that were -- let me ask that again. | 14:07:12 |
| 5 | ██████████████████████████████████ | |
| | ██████████████████████████████████ | |
| | ██████████████████████████████████████████ | |
| | ████████████████████████████ | 14:07:24 |
| 9 | MS. DEARBORN:  Object to the form. | 14:07:25 |
| 10 | MS. VU:  Join. | 14:07:26 |
| 11 | THE WITNESS:  Workday. | 14:07:28 |
| 12 | BY MR. JUDAH: | 14:07:28 |
| 13 | Q.   I'm sorry? | 14:07:29 |
| 14 | A.   Workday. | 14:07:29 |
| 15 | Q.   What's that? | 14:07:30 |
| 16 | A.   It's an internal tool that employees use to | 14:07:34 |
| 17 | know what org chart and cost center they're associated | 14:07:38 |
| 18 | to. | 14:07:38 |
| 19 | Q.   Is that something you would, like, log on to? | 14:07:44 |
| 20 | A.   Um-hum. | 14:07:45 |
| 21 | Q.   So if you went back to your office, logged on | 14:07:48 |
| 22 | to Workday, what exactly would you do next in order to | 14:07:52 |
| 23 | call up the information of ████████████████████ | |
| | ██████████████████████████████████████ | |
| | ██████████████████████████ | 14:08:05 |

Page 126

| | | |
|---|---|---|
| 1 | MS. VU:  Object to the form. | 14:08:06 |
| 2 | MS. DEARBORN:  Join. | 14:08:07 |
| 3 | THE WITNESS:  I would go to Workday, I would drill | 14:08:12 |
| 4 | down into UATG, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | |
| 5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:08:20 |
| 6 | The names in there change.  I haven't looked | 14:08:22 |
| 7 | at it recently.  My name could be in there.  I -- like | 14:08:26 |
| 8 | I said, I haven't looked recently. | 14:08:28 |
| 9 | BY MR. JUDAH: | 14:08:28 |
| 10 | Q.  Who makes the decision as to who is assigned | 14:08:31 |
| 11 | to the Otto Trucking project? | 14:08:34 |
| 12 | A.  I believe it was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | |
| 13 | ▮▮▮▮▮▮▮▮ | 14:08:42 |
| 14 | I'm supposed to work with him in the next | 14:08:45 |
| 15 | couple of weeks -- I have to get through this week -- | 14:08:48 |
| 16 | to revisit that and make sure that he's doing it | 14:08:52 |
| 17 | correctly. | 14:08:53 |
| 18 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 20 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:09:08 |
| 21 | MS. DEARBORN:  Object to the form. | 14:09:09 |
| 22 | MS. VU:  Object to the form. | 14:09:11 |
| 23 | MS. DEARBORN:  Join. | 14:09:12 |
| 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:09:13 |
| 25 | BY MR. JUDAH: | 14:09:13 |

Page 127

```
1                                                           14:09:15
2           Sing up.
3
...
                                                            14:09:58
13      Q.   So you identified one of the cost centers      14:10:05
14   being the cost of the employees.                       14:10:09
15
                                                            14:10:19
17      MS. DEARBORN:  Object to the form.                  14:10:19
18      MS. VU:  Join.                                      14:10:20
19      THE WITNESS:                                        
                                                            14:10:25
21   BY MR. JUDAH:                                          14:10:25
22
                                                            14:10:44
```

Page 128

```
1    █████████████████████████████                    ████
     █   █████████████████                            ████
     █   █████████████████████████                    ████
     █   ██████████████████████████████████           ████
     █   ██████████████████████████████                      14:11:01
6        MS. DEARBORN:  Object to the form.                  14:11:04
7        MS. VU:  Join.                                      14:11:08
8        ████████████████████████████████                ████
     █   ██████████████████████████████████              ████
     █   ██████████████████████████████████              ████
     █   ███████████████████████████████                 ████
     █   ███████████████                                      14:11:28
13           So I can't answer the question because I        14:11:30
14   haven't done the analysis.                              14:11:32
15   BY MR. JUDAH:                                           14:11:32
16   █   ███████████████████████████████████████        ████
     █   ███████████████████████████████████████        ████
     █   ███████████████████████████████████████████    ████
     █   ████████████████████████████████████████████████████
     █   █████████████████████                          ████
     █   █   ███████████████████████████████            ████
     █   █   ████████████████████████████               ████
     █   █   ██████████████████████████████████████     ████
     █   ████████████████████████████████████████       ████
     █   █████████████████████████████████████████████       14:12:08
```

Page 129