# EXHIBIT 30
# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4    _____

 5   WAYMO LLC,                        )
                                       )
 6               Plaintiff,            )
                                       )
 7      vs.                            )  Case No.
                                       )  17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;          )
     OTTOMOTTO, LLC; OTTO TRUCKING LLC, )
 9                                     )
10               Defendants.           )
11    _____)

12

13     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

14

15      VIDEOTAPED 30(b)(6) DEPOSITION of OTTO TRUCKING

16        by and through its Designated Representative

17                  ADAM BENTLEY, ESQ.

18               San Francisco, California

19               Tuesday, August 22, 2017

20                      Volume I

21

22   Reported by:
     MARY J. GOFF
23   CSR No. 13427
     Job No. 2684904B

24

25   PAGES 1 - 95

                                              Page 1
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | A    Yes. | 01:46:21 |
| 2 | Q    So then the next paragraph here says, | 01:46:21 |
| 3 | There's an IP License Agreement between Otto | 01:46:24 |
| 4 | Trucking and Ottomotto whereby (1), Otto Trucking | 01:46:26 |
| 5 | assigns its IP to Ottomotto; and (2), Ottomotto | 01:46:30 |
| 6 | licenses certain Ottomotto IP developed by Ottomotto | 01:46:36 |
| 7 | prior to the acquisition of Ottomotto by Uber back | 01:46:40 |
| 8 | to Otto Trucking. | 01:46:43 |
| 9 | Did I read that correctly? | 01:46:44 |
| 10 | A    Yes. | 01:46:46 |
| 11 | Q    And that's accurate information? | 01:46:46 |
| 12 | A    Yes. | 01:46:48 |
| 13 | Q    And the final paragraph here on the first | 01:46:49 |
| 14 | page of these notes says, There is a Framework | 01:46:50 |
| 15 | Agreement between Otto Trucking and Uber dated | 01:46:53 |
| 16 | May 18, 2017.  The Framework Agreement provides more | 01:46:56 |
| 17 | detail regarding the day-to-day working relationship | 01:47:02 |
| 18 | between Otto Trucking and Uber. | 01:47:05 |
| 19 | Did I read that correctly? | 01:47:06 |
| 20 | A    Yes. | 01:47:07 |
| 21 | Q    Is that accurate information? | 01:47:08 |
| 22 | A    Yes. | 01:47:10 |
| 23 | Q    So Otto Trucking was formed on February 1, | 01:47:12 |
| 24 | 2016; is that correct? | 01:47:23 |
| 25 | A    I -- | 01:47:25 |

Page 15

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

1    2016.                                                       01:56:48

2         Q    I understand.  So we're still ██████████         ████████

██    ██████ away from the opening of the call window?          01:56:53

4         A    That's right.                                    01:56:59

5         Q    So once that call window opens, Uber --          01:56:59

6    Uber has an exclusive option until -- to purchase          01:57:03

7    Otto Trucking ████████████████████, right?                 01:57:07

8         A    Correct.                                         01:57:11

9         Q    What was if Uber hasn't exercised that           01:57:11

10   call option by the time that exclusive option period       01:57:15

11   ends?                                                      01:57:19

12         MR. SCHUMAN:  Objection, beyond the scope.           01:57:20

13        A    I would need to refresh myself with the --       01:57:23

14   by taking a look at the Otto Trucking Merger               01:57:25

15   Agreement.  But my recollection is that the Merger         01:57:29

16   Agreement could be terminated.                             01:57:31

17   ██ ██████████████████████████████████           ████████

██   ██████████████████████████████████████████      ████████

██   ██████████████████████████████████████████      ████████

██   ██████████████████████████████████████████      ████████

██   ████████████████████                            ████████

██       ██████████████████████████████████████      ████████

██   ██ ████████████████████████████████████         ████████

██   ██████████████████████████████████████████      ████████

██   ████████████████████████████████████            ████████

                                                   Page 23

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY



Page 24

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

01:59:48

10      Q    (BY MR. JUDAH) So -- so now focusing on      01:59:52

11   the relationship between Ottomotto and Otto Trucking      01:59:53

12   after the signing of the -- of those transaction      02:00:00

13   documents in April.      02:00:04

14           So -- so starting, let's say, on April 12,      02:00:05

15   2016, what was the relationship between Otto      02:00:07

16   Trucking and Ottomotto?      02:00:10

17      A    The relationship, I believe, was an IP      02:00:12

18   License Agreement whereby Ottomotto IP was licensed      02:00:19

19   to Otto Trucking, and Otto Trucking IP was assigned      02:00:24

20   back to Ottomotto.      02:00:27

21      Q    Any other relationship you're aware of at      02:00:28

22   that time?      02:00:31

23      A    As employees were coming on board at      02:00:39

24   Ottomotto, they would have all been receiving      02:00:40

25   parallel grants of equity in each of Ottomotto, LLC      02:00:44

Page 25

| | | |
|---|---|---|
| 1 | Trucking transaction closes, is related to the | 03:37:17 |
| 2 | successful commercialization of autonomous trucks. | 03:37:21 |
| 3 | Q    (BY MR. JUDAH) So the shareholders of Otto | 03:37:24 |
| 4 | Trucking certainly have an interest in the | 03:37:26 |
| 5 | commercialization of autonomous trucks, don't they? | 03:37:30 |
| 6 | MR. SCHUMAN:  Objection, beyond the scope; | 03:37:33 |
| 7 | objection as to form. | 03:37:33 |
| 8 | A    Assuming that transaction closes, the | 03:37:38 |
| 9 | shareholders would have a right to share in the | 03:37:45 |
| 10 | future profits of a trucking business, which would | 03:37:48 |
| 11 | include potentially successful commercialization of | 03:37:52 |
| 12 | autonomous trucks. | 03:37:55 |
| 13 | Q    (BY MR. JUDAH) And what happens if the | 03:37:56 |
| 14 | Uber acquisition doesn't close? | 03:37:58 |
| 15 | A    If the Uber acquisition does not close, | 03:38:01 |
| 16 | then that earnout would not be applicable. | 03:38:03 |
| 17 | Q    Well, what happens the Otto Trucking at | 03:38:08 |
| 18 | that point? | 03:38:10 |
| 19 | A    There's various things that could happen. | 03:38:11 |
| 20 | We would be speculating, but there are a number of | 03:38:13 |
| 21 | different ways that that could progress. | 03:38:17 |
| 22 | Q    What's one of the ways that it could | 03:38:21 |
| 23 | progress? | 03:38:23 |
| 24 | A    The entity could be wound down or the | 03:38:24 |
| 25 | entity could seek to develop a business of any sort. | 03:38:28 |

Page 84

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | There's really infinite possibilities for what an | 03:38:34 |
| 2 | independent entity could do if the Merger Agreement | 03:38:38 |
| 3 | with Uber were to be terminated. | 03:38:42 |
| 4 |     Q    The -- the four Otto Transport trucks that | 03:38:49 |
| 5 | are currently being leased to Uber, have any of them | 03:38:53 |
| 6 | done fully autonomous testing? | 03:38:59 |
| 7 |     MR. SCHUMAN:  Objection as to form; beyond | 03:39:05 |
| 8 | the scope of the 30(b)(6) Notice. | 03:39:06 |
| 9 |     A    Yeah, so I would note that those trucks | 03:39:10 |
| 10 | are operated by Uber.  I'm here as an Otto Trucking | 03:39:12 |
| 11 | designee.  You're asking me about Uber-related in -- | 03:39:15 |
| 12 | information. | 03:39:19 |
| 13 |     Q    (BY MR. JUDAH) Well, Otto Transport owns | 03:39:20 |
| 14 | those trucks, don't they? | 03:39:22 |
| 15 |     A    It does.  But pursuant to the terms of the | 03:39:23 |
| 16 | Lease Agreement, they're under the complete control | 03:39:26 |
| 17 | of Uber. | 03:39:29 |
| 18 |     Q    So Otto Trucking doesn't have any | 03:39:30 |
| 19 | knowledge about what's happening to those trucks | 03:39:33 |
| 20 | with respect to autonomous vehicle testing? | 03:39:36 |
| 21 |     MR. SCHUMAN:  Objection as to form; beyond | 03:39:39 |
| 22 | the scope of the 30(b)(6) Notice. | 03:39:39 |
| 23 |     A    Is your question:  Are -- is there fully | 03:39:42 |
| 24 | autonomous operation of trucks occurring right now? | 03:39:45 |
| 25 |     Q    (BY MR. JUDAH) That was -- my first | 03:39:50 |

Veritext Legal Solutions
866 299-5127