IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **NOTICE RE PRE-SCREENING FOR JUROR AVAILABILITY** |
| Defendants. | |

The Court is pre-screening a venire for a trial starting October 10 and lasting up to four weeks (through the verdict), and will excuse prospective jurors for hardship (or not) according to conventional criteria. Appended hereto as <u>Exhibit A</u> is a true and correct copy of the notice sent to prospective jurors.

Dated: September 12, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE