# AVAILABILITY QUESTIONNAIRE for PROSPECTIVE JURORS

Your name has been drawn at random as a prospective juror for a trial in this court. The Presiding Judge in this matter requests that you provide information relating to your availability to serve as a juror for this trial. Please complete and sign the following questionnaire and return it to us in the enclosed return envelope **postmarked no later than September 25, 2017.**

The parties and the court estimate that it will take approximately four (4) weeks to present the evidence and to decide the case. The parties and the court believe the trial will be completed the week of October 30, 2017.

---

**THE COURT'S ANTICIPATED SCHEDULE IS AS FOLLOWS:**

**Jury Selection:** October 10, 2017

**Trial & Deliberations:** October 10, 2017 through November 3, 2017

**Trial Start/End times:** 7:45 a.m. to 1:00 p.m.
(Once deliberations start, we may stay until 4:00p.m.)

**Trial Days:** Monday, Tuesday, Wednesday, Thursday and Friday

---

**Are you available to serve as a juror in this case for the schedule described above?**

_____ **YES**, I am available if chosen as a juror in this case.

_____ **NO**, I am not available. [*If NO, you **MUST** complete the **reverse** of this form.*]


Print Your Name _____

Your Nine-digit Participant number _____

Day time telephone (important) _____

Employer _____

I hereby declare under penalty of perjury that the information provided on this form (and the reverse side, if applicable) is true and correct to the best of my knowledge, information and belief.

Date: _____   _____
                                                                                (Your Signature)

**The policy of this Court is to excuse prospective jurors only rarely. If your answer on the reverse is "No," you will be "on call" for ten (10) days starting October 10, 2017 and may be called to serve on a shorter trial. Using the following guidelines, please explain why you cannot serve as a juror in this case for the time period described.**

- If you have travel plans, you <u>must</u> provide a copy of your itinerary showing (1) the dates of travel, (2) whether you have already purchased tickets, and (3) if the tickets are refundable.

- If you claim financial hardship, you <u>must</u> set forth your employer's policy concerning paying you while on jury service. Include a copy, or verification, if possible. Please note that hardship to your employer is NOT a basis for answering "no." If you are self-employed, please explain why you cannot temporarily adjust your schedule.

- If you claim child care needs, please indicate the age(s) of your child(ren), the earliest/latest times you can drop off/pick up your child(ren) and why your spouse or co-parent cannot temporarily handle this duty in your place.

- If you are a student, you must include a copy of your daily class schedule.

- If you claim medical disability, you must state the specific nature of the disability and why you believe it prevents you from serving, and you must provide a doctor's certification. If you are employed, you must explain why you are able to work but unable to serve as a juror.

- If you claim prior jury service within the past year, you must provide a certificate of attendance showing your date(s) of attendance from the court in which you served. Note: A copy of a summons is <u>not</u> acceptable.

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Important Message: You will receive notification ONLY if the court grants your request to be excused. If you do not receive notification that you are excused, you must follow the instructions on the enclosed summons.** Information on how to check if you need to report to the courthouse is also available on the court's website, www.cand.uscourts.gov/jurors.