QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 1423)** |

I, Jordan Jaffe, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of the August 24, 2017 Opening Expert Report of Dr. Andrew Wolfe, Ph.D. Concerning Defendants' Infringement and Waymo's Practice of U.S. Patent No. 9,368,936.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the August 18, 2017 deposition transcript of Philip Hobbs.

4. Attached as Exhibit 3 is a true and correct copy of a document produced in this case bearing bates number UBER00177409.

5. Attached as Exhibit 4 is a true and correct copy of Deposition Exhibit 1973.

6. Attached as Exhibit 5 is a true and correct copy of Deposition Exhibit 1962.

7. Attached as Exhibit 6 is a true and correct copy of Deposition Exhibit 1972.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the August 3, 2017 Rule 30(b)(6) deposition transcript of Pierre-Yves Droz.

9. Attached as Exhibit 8 is a true and correct copy of Deposition Exhibit 1022.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the September 7, 2017 Responsive Expert Report of Dr. Michael Lebby.

11. Attached as Exhibit 10 is a true and correct copy of a document produced in this case bearing bates number WAYMO-UBER-00006314.

12. Attached as Exhibit 11 is a true and correct copy of a document produced in this case bearing bates number WAYMO-UBER-00032560.

13. Attached as Exhibit 12 is a true and correct copy of an excerpt from Defendants Uber Technologies, Inc. and Ottomotto, LLC's Responses to Waymo's Second Set of Expedited Interrogatories Pursuant to Paragraph Six of the May 11, 2017 Preliminary Injunction Order (Nos. 10-20).

14. Attached as Exhibit 13 is a true and correct copy of a document produced in this case bearing bates number UBER00011612.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the August 9, 2017 deposition transcript of Gaetan Pennecot.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the June 14, 2017 deposition transcript of Gaetan Pennecot.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the June 16, 2017 deposition transcript of Gaetan Pennecot.

18. Attached as Exhibit 17 is a true and correct copy of excerpts from the August 4, 2017 deposition transcript of Daniel Gruver.

19. Attached as Exhibit 18 is a true and correct copy of a document produced in this case bearing bates number UBER00011613.

20. Attached as Exhibit 19 is a true and correct copy of a document produced in this case bearing bates number UBER00008855.

21. Attached as Exhibit 20 is a true and correct copy of a document produced in this case bearing bates number UBER00115246.

22. Attached as Exhibit 21 is a true and correct copy of excerpts from the July 12, 2017 deposition transcript of William McCann.

23. Attached as Exhibit 22 is a true and correct copy of Deposition Exhibit 1975.

24. Attached as Exhibit 23 is a true and correct copy of Deposition Exhibit 1968.

25. Attached as Exhibit 24 is a true and correct copy of excerpts from the August 23, 2017 deposition transcript of Stephen Nestinger.

26. Attached as Exhibit 25 is a true and correct copy of excerpts from the April 18, 2017 deposition transcript of James Haslim.

27. Attached as Exhibit 26 is a true and correct copy of excerpts from the April 19, 2017 deposition transcript of Lior Ron.

28. Attached as Exhibit 27 is a true and correct copy of excerpts from the August 24, 2017 Opening Expert Report of Lambertus Hesselink, Ph.D.

29.     Attached as Exhibit 28 is a true and correct copy of excerpts from the August 9, 2017 deposition transcript of James Haslim.

30.     Attached as Exhibit 29 is a true and correct copy of excerpts from the August 15, 2017 deposition transcript of Brent Schwarz.

31.     Attached as Exhibit 30 is a true and correct copy of excerpts from the August 22, 2017 Otto Trucking 30(b)(6) deposition transcript of Adam Bentley.

32.     Attached as Exhibit 31 is a true and correct copy of a document produced in this case bearing bates number UBER00022978.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 12, 2017            */s Jordan Jaffe*
                                      Jordan Jaffe

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan Jaffe.

                                      */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven