IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER SHORTENING TIME TO BRIEF MOTION FOR RELIEF** |

On August 28, Magistrate Judge Jacqueline Corley ruled from the bench to quash a subpoena issued by defendant Otto Trucking LLC to non-party Keker, Van Nest & Peters LLP (*see* Dkt. No. 1414 at 16:7–9). Otto Trucking has filed a motion for relief from that order pursuant to Civil Local Rule 72 (Dkt. No. 1522). The deadline for responses is advanced from September 25 to **SEPTEMBER 14 AT NOON**. The deadline for any reply is advanced from October 2 to **SEPTEMBER 15 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE