IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER REQUIRING DECLARATIONS** |

By **SEPTEMBER 15 AT NOON**, counsel for plaintiff Waymo LLC shall file a declaration under oath responding to each and every accusation of discovery misconduct by Waymo set forth at pages 1:23 to 2:13 of defendants Uber Technologies, Inc., and Ottomotto LLC's (collectively, "Uber") response brief filed September 12 (Dkt. No. 1534). Respond fully to each and every allegation therein. Be complete and accurate. Counsel shall also state the extent, if any, to which it is true that Waymo "still has not produced a privilege log" (*id.* at 4).

Also by **SEPTEMBER 15 AT NOON**, counsel for Uber shall file a declaration under oath in support of the aforementioned accusations.

**IT IS SO ORDERED.**

Dated: September 13, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE