IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**ORDER SETTING<br>CONFERENCE RE RECENT<br>DEVELOPMENTS** |

A conference to discuss recent developments in this civil action is hereby set for **SEPTEMBER 18 AT 1:00 P.M.** For at least the time being, this conference will remain under seal. At least one attorney from each side should attend. The special master may also attend.

**IT IS SO ORDERED.**

Dated: September 13, 2017.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE