John V. Picone III (State Bar No. 187226)
Christopher A. Hohn (State Bar No. 271759)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Non-Party
VELODYNE LIDAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-CV-00939-WHA<br><br>**DECLARATION OF ALEKSANDR KORZH IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Dept: 8, 19th Floor<br>Judge: Hon. William Alsup<br><br>Trial Date: October 10, 2017 |

692\2782602.1

DECL. OF ALEKSANDR KORZH IN SUPPORT OF WAYMO'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MSJ       3:17-CV-00939-WHA

I, Aleksandr Korzh, declare as follows:

1. I am the General Counsel of Velodyne LiDAR, Inc., ("Velodyne"), a third party to the above-captioned matter. I make this declaration in accordance with Civil Local Rule 79-5(e) in support of Plaintiff Waymo LLC's ("Waymo") Administrative Motion to File Under Seal Portions of its Opposition to Defendants' Motion for Summary Judgment ("Motion to Seal").[1]

2. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. I have reviewed the Velodyne documents and information that Waymo has sought to file under seal through its Motion to Seal. These Velodyne materials reveal Velodyne's confidential information and trade secrets, including non-public details about Velodyne's products, technology, and manufacturing processes.

4. This information has substantial economic value to Velodyne and Velodyne considers it to be highly confidential and competitively sensitive. Velodyne takes significant precautions to ensure that this information is not publically disclosed.

5. Publically disclosing this information could harm Velodyne's competitive standing in the marketplace and could have adverse effects for the company generally. For instance, Velodyne's competitors could use this information to copy Velodyne's technology, thereby avoiding the full research and development costs necessary to develop their own technology.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 13, 2017, at San Jose, California.

_____
Aleksandr Korzh

---

[1] Dkt. 1526.

692\2782602.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK

DECL. OF ALEKSANDR KORZH IN SUPPORT OF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MSJ     3:17-CV-00939-WHA