1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California 90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

17 *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION IN LIMINE NO. 26**<br><br>Courtroom:       F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:                  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Neel Chatterjee<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this administrative motion for an order to file under seal portions of
3  Defendants' Motion in Limine No. 26 (the "Administrative Motion").  Specifically, Otto Trucking
4  requests an order granting leave to file under seal the confidential portions of the following
5  documents:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Defendants' Motion in Limine No. 26 | Highlighted Portions | Waymo LLC |
| Exhibit 1 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086885 – 00086892 | Highlighted Portions | Waymo LLC |
| Exhibit 2 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084492 – 00084505 | Entire Document | Waymo LLC |
| Exhibit 3 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084484 – 00084491 | Highlighted Portions | Waymo LLC |
| Exhibit 4 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086932 – 00086939 | Entire Document | Waymo LLC |
| Exhibit 5 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086907 – 00086917 | Entire Document | Waymo LLC |
| Exhibit 6 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086800 – 00086808 | Entire Document | Waymo LLC |
| Exhibit 7 to Vu Declaration – Excerpts of Deposition Transcript of Alexander (Sasha) Zbrozek dated September 6, 2017 | Entire Document | Waymo LLC |
| Exhibit 8 to Vu Declaration – Excerpts of Deposition Transcript of Gary Brown dated August 8, 2017 | Entire Document | Waymo LLC |

| Exhibit 9 to Vu Declaration – Excerpts of Deposition Transcript of Michael Murray Janosko dated August 25, 2017 | Entire Document | Waymo LLC |
|---|---|---|
| Exhibit 10 to Vu Declaration – Email from Jeff Nardinelli dated July 18, 2017, 9:40 P.M. | Entire Document | Waymo LLC |

The highlighted portions of Defendants' Motion in Limine No. 26, the highlighted portions of Exhibits 1 and 3 to the Vu Declaration, and the entirety of Exhibits 2, 3, 4, 5, 6, 7, 8, 9, and 10 to the Vu Declaration contain information that Plaintiff Waymo LLC ("Waymo") has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking states no position about whether the confidentiality designations are appropriate.  Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

Otto Trucking's request to seal is narrowly tailored to those portions of the Administrative Motion and its supporting documents that merit provisional sealing.

Dated:  September 13, 2017         Respectfully submitted,

                                   By:   */s/   Neel Chatterjee*
                                         Neel Chatterjee
                                         *nchatterjee@goodwinlaw.com*
                                         Brett Schuman
                                         *bschuman@goodwinlaw.com*
                                         Shane Brun
                                         *sbrun@goodwinlaw.com*
                                         Rachel M. Walsh
                                         *rwalsh@goodwinlaw.com*
                                         Hong-An Vu
                                         *hvu@goodwinlaw.com*
                                         Hayes P. Hyde
                                         *hhyde@goodwinlaw.com*
                                         James Lin
                                         *jlin@goodwinlaw.com*
                                         **GOODWIN PROCTER LLP**

                                   *Attorneys for Defendant:*  Otto Trucking LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 13, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 13, 2017**.

/s/    *Neel Chatterjee*
NEEL CHATTERJEE