1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  James Lin (SBN 310440)
   *jlin@goodwinlaw.com*
3  **GOODWIN PROCTER** LLP
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
7  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
8  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
9  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
10 **GOODWIN PROCTER** LLP
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
   **GOODWIN PROCTER** LLP
14 601 S. Figueroa Street, 41st Floor
   Los Angeles, California  90017
15 Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673

16

17 *Attorneys for Defendant: Otto Trucking LLC*

18 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**
19

20 WAYMO LLC,                                  Case No. 3:17-cv-00939-WHA

21             Plaintiff,                      **DECLARATION OF NEEL CHATTERJEE
                                               IN SUPPORT OF DEFENDANT OTTO
                                               TRUCKING'S ADMINISTRATIVE
22       v.                                    MOTION TO FILE UNDER SEAL
                                               PORTIONS OF PORTIONS OF
                                               DEFENDANTS' MOTION IN LIMINE
23 UBER TECHNOLOGIES, INC.;                    NO. 26**
   OTTOMOTTO LLC; OTTO TRUCKING
   LLC,
24                                             Courtroom:      F-15th Floor
             Defendants.                       Magistrate Judge: Hon. Jacqueline Scott Corley
25                                             Trial:          October 10, 2017
26                                             Filed/Lodged Concurrently with:
                                               1. Admin. Mtn. to File Documents Under Seal
27                                             2. [Proposed] Order
                                               3. Redacted/Unredacted Versions
28                                             4. Proof of Service

I, Neel Chatterjee, declare as follows:

1.      I am an attorney at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of Defendants' Motion in Limine No. 26 (the "Administrative Motion").

2.      I have reviewed the following documents and confirmed that only the portions identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Defendants' Motion in Limine No. 26 | Highlighted Portions | Waymo LLC |
| Exhibit 1 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086885 – 00086892 | Highlighted Portions | Waymo LLC |
| Exhibit 2 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084492 – 00084505 | Entire Document | Waymo LLC |
| Exhibit 3 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084484 – 00084491 | Highlighted Portions | Waymo LLC |
| Exhibit 4 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086932 – 00086939 | Entire Document | Waymo LLC |
| Exhibit 5 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086907 – 00086917 | Entire Document | Waymo LLC |
| Exhibit 6 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086800 – 00086808 | Entire Document | Waymo LLC |
| Exhibit 7 to Vu Declaration – Excerpts of Deposition Transcript of Alexander (Sasha) Zbrozek dated September 6, 2017 | Entire Document | Waymo LLC |

| Exhibit 8 to Vu Declaration – Excerpts of Deposition Transcript of Gary Brown dated August 8, 2017 | Entire Document | Waymo LLC |
|---|---|---|
| Exhibit 9 to Vu Declaration – Excerpts of Deposition Transcript of Michael Murray Janosko dated August 25, 2017 | Entire Document | Waymo LLC |
| Exhibit 10 to Vu Declaration – Email from Jeff Nardinelli dated July 18, 2017, 9:40 P.M. | Entire Document | Waymo LLC |

3.      The highlighted portions of Defendants' Motion in Limine No. 26, the highlighted portions of Exhibits 1 and 3 to the Vu Declaration, and the entirety of Exhibits 2, 3, 4, 5, 6, 7, 8, 9, and 10 to the Vu Declaration contain information that Plaintiff Waymo LLC ("Waymo") has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking states no position about whether the confidentiality designations are appropriate.

4.      Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

5.      Otto Trucking's request to seal is narrowly tailored to those portions of Defendants' Motion in Limine No. 26 and its supporting documents that merit sealing.

I declare under penalty of perjury under the laws of the United States that  the foregoing is true and correct.  Executed this 13th day of September, 2017 in Menlo Park, California.

/s/   Neel Chatterjee
NEEL CHATTERJEE

2

DECLARATION ISO OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

1

## **PROOF OF SERVICE**

2

      I hereby certify that I electronically filed the foregoing  document including all of its

3

attachments with the Clerk of the Court for the United States District Court for the Northern

4

District of California by using the CM/ECF system on **September 13, 2017**.  I further certify

5

that all participants in the case are registered CM/ECF users and that service of the publicly filed

6

documents will be accomplished by the CM/ECF system.

7

      I certify under penalty of perjury that the foregoing is true and correct.  Executed on

8

**September 13, 2017**.

9

                       /s/         *Neel Chatterjee*

10

                           NEEL CHATTERJEE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28