Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION IN LIMINE NO. 26**<br><br>Courtroom:　　　F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:　　　　　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of Neel Chatterjee<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Defendants' Motion in Limine No. 26 (the "Administrative Motion"). Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the parties' protective order:

| **Document** | **Portions to Be Filed Under Seal** | **Parties Claiming Confidentiality** |
| --- | --- | --- |
| Defendants' Motion in Limine No. 26 | Highlighted Portions | Waymo LLC |
| Exhibit 1 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086885 – 00086892 | Highlighted Portions | Waymo LLC |
| Exhibit 2 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084492 – 00084505 | Entire Document | Waymo LLC |
| Exhibit 3 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084484 – 00084491 | Highlighted Portions | Waymo LLC |
| Exhibit 4 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086932 – 00086939 | Entire Document | Waymo LLC |
| Exhibit 5 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086907 – 00086917 | Entire Document | Waymo LLC |
| Exhibit 6 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086800 – 00086808 | Entire Document | Waymo LLC |
| Exhibit 7 to Vu Declaration – Excerpts of Deposition Transcript of Alexander (Sasha) Zbrozek dated September 6, 2017 | Entire Document | Waymo LLC |
| Exhibit 8 to Vu Declaration – Excerpts of Deposition Transcript of Gary Brown dated August 8, 2017 | Entire Document | Waymo LLC |

| | | |
|---|---|---|
| Exhibit 9 to Vu Declaration – Excerpts of Deposition Transcript of Michael Murray Janosko dated August 25, 2017 | Entire Document | Waymo LLC |
| Exhibit 10 to Vu Declaration – Email from Jeff Nardinelli dated July 18, 2017, 9:40 P.M. | Entire Document | Waymo LLC |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 13, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September 2017.

/s/ Neel Chatterjee