Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HONG-AN VU IN SUPPORT OF MOTION IN LIMINE NO. 26 TO EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES**<br><br>Courtroom:　8 - 19th Floor<br>Judge:　Hon. William Alsup<br>Hearing Date:　September 20, 2017<br>Hearing Time:　8:00 a.m.<br>Trial:　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Motion in Limine to Exclude<br>2. Proposed Order |

ACTIVE/92488473.1

DECLARATION OF HONG-AN VU IN SUPPORT OF MOTION IN LIMINE NO. 26 TO
EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES　　　Case No. 3:17-cv-00939-WHA

1    **DECLARATION OF HONG-AN VU**

2    I, Hong-An Vu, declare as follows:

3    1.   I am an associate of the law firm of Goodwin Procter, LLP, representing defendant
4    Otto Trucking LLC ("OT") in this matter. I am a member in good standing of the State Bar of
5    California. I make this declaration in support of Otto Trucking LLC's Motion in Limine No. 26 to
6    Exclude Reference to Downloading of 14,000 Files. I make this declaration based upon matters
7    within my own personal knowledge and if called as a witness, I could and would competently
8    testify to the matters set forth herein.

9    2.   Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by
10   Waymo in this litigation, Bates-stamped WAYMO-UBER-00086885.

11   3.   Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by
12   Waymo in this litigation, Bates-stamped WAYMO-UBER-00086893.

13   4.   Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by
14   Waymo in this litigation, Bates-stamped WAYMO-UBER-00084484.

15   5.   Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by
16   Waymo in this litigation, Bates-stamped WAYMO-UBER-00086932.

17   6.   Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by
18   Waymo in this litigation, Bates-stamped WAYMO-UBER-00086907.

19   7.   Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by
20   Waymo in this litigation, Bates-stamped WAYMO-UBER-00086800.

21   8.   Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the
22   September 6, 2017 deposition of Alexander (Sasha) Zbrozek.

23   9.   Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the August 8,
24   2017 deposition of Gary Brown.

25   10.  Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the deposition
26   of Michael Janosko dated August 25, 2017 based on the local date and time in Sydney Australia,
27   August 24, 2017 based on Los Angeles local date and time.

28

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Jeff Nardinelli to me, among others, dated July 18, 2017.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Waymo's initial disclosures dated April 3, 2017.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Waymo's initial disclosures dated June 21, 2017.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Waymo's initial disclosures dated June 22, 2017.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the August 24, 2017 deposition of Chris Urmson.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of September, 2017 in Los Angeles, California.

*/s/ Hong-An Vu*
HONG-AN VU

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 S Figueroa Street, 41st Floor

On **September 7, 2017**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**DECLARATION OF HONG-AN VU IN SUPPORT OF MOTION IN LIMINE NO. 26 TO EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES**

| | |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>QE-Waymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100<br>QE-Waymo@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811<br>lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>UberWaymoMoFoAttorneys@mofo.com |
| Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br>UberWaymoMoFoAttorneys@mofo.com |

ACTIVE/92488473.1

3

DECLARATION OF HONG-AN VU IN SUPPORT OF MOTION IN LIMINE NO. 26 TO EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES        Case No. 3:17-cv-00939-WHA

| | | |
|---|---|---|
| 1 | Rudolph Kim<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | 755 Page Mill Road<br>Palo Alto, CA  94304 | Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 3 | | UberWaymoMoFoAttorneys@mofo.com |
| 4 | Wendy Joy Ray<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 5 | 707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017 | Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 6 | | UberWaymoMoFoAttorneys@mofo.com |
| 7 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 8 | 401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Telephone: 310.752.2400<br>Facsimile: 310.752.2490 |
| 9 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 10 | Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 11 | 435 Tasso Street, Suite 205<br>Palo Alto, CA 94301 | Telephone: 650.445.6400<br>Facsimile: 650.329.8507 |
| 12 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 13 | Hamish Hume<br>Jessica E Phillips | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 14 | Karen Leah Dunn<br>Kyle N. Smith | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 |
| 15 | Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 16 | 1401 New York Ave., NW<br>Washington, DC 20005 | |
| 17 | | |
| 18 | John L. Cooper<br>FARELLA BRAUN + MARTEL LLP | Appointed by Court as: *Special Master*<br>Telephone: 415.954.4410 |
| 19 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 | Facsimile: 415.954.4480<br>jcooper@fbm.com |

20

21  ☐   (MAIL).  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

22

23

24

25  ☐   (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

26

27

28

ACTIVE/92488473.1                                               4

DECLARATION OF HONG-AN VU IN SUPPORT OF MOTION IN LIMINE NO. 26 TO
EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES           Case No. 3:17-cv-00939-WHA

☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2017,** at Los Angeles, California.

|  Hong-An Vu  |  */s/Hong-An Vu*  |
| :---: | :---: |
| (Type or print name) | (Signature) |