Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>   Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 26 TO EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES**<br><br>Courtroom:   8 - 19th Floor<br>Judge:   Hon. William Alsup<br>Hearing Date:   September 20, 2017<br>Hearing Time:   8:00 a.m.<br>Trial:   October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Notice of Motion in Limine to Exclude<br>2. Declaration |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed a Motion in Limine No. 26 to
2  Exclude Reference to Download 14,000 Files (the "Motion # 26").
3    Having considered the Motion and supporting documents, as well as any response thereto,
4  the Court hereby GRANTS Motion #26.  Waymo is precluded from referencing or introducing
5  evidence of the downloading of 14,000 files by Mr. Levandowski.
6    **IT IS SO ORDERED.**

8  Dated:  _____, 2017   _____
9                                         HON. WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  601 S Figueroa Street, 41st Floor, Los Angeles, California 90017.

On **September 7, 2017**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 26 TO EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES**

| | |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>QE-Waymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100<br>QE-Waymo@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811<br>lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>UberWaymoMoFoAttorneys@mofo.com |
| Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br>UberWaymoMoFoAttorneys@mofo.com |

| | | |
|---|---|---|
| 1 | Rudolph Kim<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | 755 Page Mill Road<br>Palo Alto, CA  94304 | Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 3 | | UberWaymoMoFoAttorneys@mofo.com |
| 4 | Wendy Joy Ray<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 5 | 707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017 | Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 6 | | UberWaymoMoFoAttorneys@mofo.com |
| 7 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 8 | 401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Telephone: 310.752.2400<br>Facsimile: 310.752.2490 |
| 9 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 10 | Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 11 | 435 Tasso Street, Suite 205<br>Palo Alto, CA 94301 | Telephone: 650.445.6400<br>Facsimile: 650.329.8507 |
| 12 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 13 | Hamish Hume<br>Jessica E Phillips | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 14 | Karen Leah Dunn<br>Kyle N. Smith | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 |
| 15 | Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 16 | 1401 New York Ave., NW<br>Washington, DC 20005 | |
| 17 | | |
| 18 | John L. Cooper<br>FARELLA BRAUN + MARTEL LLP | Appointed by Court as: *Special Master*<br>Telephone: 415.954.4410 |
| 19 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 | Facsimile: 415.954.4480<br>jcooper@fbm.com |

20

21  ☐   (MAIL).  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

25  ☐   (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

28

ACTIVE/92489070.1                                          3

ORDER GRANTING MOTION IN LIMINE NO. 26 TO
EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES          Case No. 3:17-cv-00939-WHA

☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2017,** at Los Angeles, California.

| Hong-An Vu | */s/ Hong-An Vu* |
|---|---|
| (Type or print name) | (Signature) |

ACTIVE/92489070.1                                4

ORDER GRANTING MOTION IN LIMINE NO. 26 TO
EXCLUDE REFERENCE TO DOWNLOADING OF 14,000 FILES          Case No. 3:17-cv-00939-WHA