# Exhibit 14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4
5  WAYMO LLC,
6      Plaintiff,
7
       vs.                              No. 3:17-CV-00939-WHA
8
9  UBER TECHNOLOGIES, INC.;
10 OTTOMOTTO LLC; OTTO TRUCKING,
11 INC.,
12     Defendants.
13 _____
14
15    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16    VIDEO-RECORDED DEPOSITION OF CHRIS URMSON
17              Palo Alto, California
18                August 24, 2017
19
20 Reported by:
21 KENNETH T. BRILL
22 CSR NO. 12797
23 Job No. 2678939-A
24
25 PAGES 1 - 278

Page 1

Veritext Legal Solutions
866 299-5127

```
 1   was an invest -- they showed me a collection of            12:14:05

 2   documents that he had --                                   12:14:08

 3          MR. NEUKOM:  Let me -- I just want to make          12:14:10

 4   sure, if there were any attorneys involved --              12:14:11

 5          THE WITNESS:  Yeah.                                 12:14:14

 6          MR. NEUKOM:  -- in what you're testifying           12:14:14

 7   about, then that would be privileged --                    12:14:16

 8          THE WITNESS:  Understood.                           12:14:18

 9          MR. NEUKOM:  -- and I would instruct you            12:14:18

10   not to answer.                                             12:14:19

11          THE WITNESS:  Understood.                           12:14:20

12          That he showed -- they -- she showed me a           12:14:21

13   number of files that he had accessed that were in          12:14:23

14   the, you know, the Google documents set of -- or           12:14:25

15   collection.  None of them seemed out of the                12:14:29

16   ordinary.                                                  12:14:35

17   BY MR. HUME:                                               12:14:36

18      Q.  Who was it that showed you those?                   12:14:37

19      A.  I think it -- I don't know for sure.  It            12:14:40

20   would have either been Chelsea Bailey or Joanne            12:14:43

21   Chin.                                                      12:14:47

22      Q.  And I should have asked, who were the               12:14:48

23   people in HR whom you asked to conduct this                12:14:50

24   investigation?                                             12:14:53

25      A.  I don't remember.                                   12:14:53
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2      I, _____, declare under
3  penalty of perjury under the laws of the State of
4  California that the foregoing is true and correct.
5  Executed on _____, 2017, at
6  _____, _____.
7
8
9
10      _____
11         SIGNATURE OF THE WITNESS
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 277