QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI** |

1     I, Jeffrey W. Nardinelli, hereby declare as follows.

2     1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

3     2. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of Gary Brown, taken March 24, 2017.

4     3. Attached as Exhibit 2 is a true and correct copy of an email chain between Jeff Nardinelli and Arturo González beginning April 10, 2017.

5     4. Attached as Exhibit 3 is a true and correct copy of an email sent by Jeff Nardinelli on September 2, 2017.

6     5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Sasha Zbrozek, taken September 6, 2017.

7     6. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition of Michael Janosko, taken March 23, 2017.

8     7. Attached as Exhibit 6 is a true and correct copy of excerpts from Waymo's Responses and Objections to Otto Trucking's Fourth Set of Requests for Production, served August 24, 2017.

9     8. Attached as Exhibit 7 is a true and correct copy of an email sent by Jeff Nardinelli on June 27, 2017.

10    9. Below is a screenshot from Waymo's document-production platform. The screenshot shows that Waymo has produced 739 unique documents containing the term "Zbrozek" including 559 documents from Mr. Zbrozek's custodial file.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 13, 2017    /s Jeff Nardinelli
Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

　　　　　　　　　　　　　　　　　　　*/s/ Charles K. Verhoeven*
　　　　　　　　　　　　　　　　　　　　Charles K. Verhoeven