# EXHIBIT 2

# Jeff Nardinelli

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **Sent:** | Wednesday, April 12, 2017 7:37 AM |
| **To:** | Gonzalez, Arturo J.; UberWaymo |
| **Cc:** | QE-Waymo |
| **Subject:** | RE: Waymo v. Uber, No. 17-cv-00939, PROD008 |
| **Attachments:** | Waymo Privilege Log (Brown - Updated).pdf |

Arturo,

As stated, we redacted/withheld Mr. Brown's notes to the extent they reflect any investigation beyond the scope of his declaration. Please find attached an updated privilege log for Mr. Brown. The final two items relate to Mr. Brown's notes.

Thanks,
Jeff

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Tuesday, April 11, 2017 6:10 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; UberWaymo <UberWaymo@mofo.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v. Uber, No. 17-cv-00939, PROD008
**Importance:** High

Jeff,

What specific notes you have withheld? Please provide us with a log of those withheld notes. The second document (4332) is almost entirely redacted. Why is that?

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Monday, April 10, 2017 3:51 PM
**To:** UberWaymo
**Cc:** QE-Waymo
**Subject:** Waymo v. Uber, No. 17-cv-00939, PROD008

- External Email -

Arturo,

Per and consistent with our discussion this morning, I have attached notes from Mr. Brown as Uber has requested. The production of the notes concerns and is limited to the disclosures in his declaration regarding the investigations addressed therein. This production is without waiver of and without prejudice to any other

1

work product protection/privilege.  To the extent his notes reflect any other investigation beyond the scope of his declaration, that material has been redacted/withheld as work product.

Thanks,
Jeff


**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.