# EXHIBIT 3

# Jeff Nardinelli

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **Sent:** | Saturday, September 02, 2017 4:53 PM |
| **To:** | UberWaymoMoFoAttorneys; ''BSF_EXTERNAL_UberWaymoLit@bsfllp.com' (BSF_EXTERNAL_UberWaymoLit@bsfllp.com)'; DG-GPOttoTruckingWaymo@goodwinlaw.com; John Cooper (JCooper@fbm.com); Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber - Waymo PROD058 PROD059 |

Counsel,

Please find Waymo production PROD058 in response to the 8/31 hearings before Judge Corley, and PROD059 containing what we've come to affectionately call Esther's Five Natives, at the link below:

https://sendfile.quinnemanuel.com/pkg?token=a67ee62f-236a-460a-927e-2d1942c77b62

I'll send the passwords separately.

Thanks,
Jeff