# EXHIBIT 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                  Plaintiff,        )
                                      )
 7            vs.                     )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                  Defendants.       )
       _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF MICHAEL JANOSKO
17                San Francisco, California
18                Thursday, March 23, 2017
19                       Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2575504
25     PAGES 1 - 32
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      A    Personal --
 2      Q    -- enrollment or application platforms?
 3      A    In -- in minimal instances, we -- but we
 4   generally don't permit that.
 5      Q    So you mentioned that the server              03:21:31
 6   administration team is largely responsible for
 7   access to the Waymo SVN.
 8      A    Correct.
 9      Q    Who is in charge of that team?
10      A    So I think his name is Jack -- I -- I don't  03:21:43
11   remember his last name at the moment.
12      Q    Do you know the names of any other
13   employees that belong to that team?
14      A    Previously Sasha Zbrozec, Zbrozec,
15   Z-b-r-o-z-e-c, I think.  Colin Lumley who -- I don't  03:22:10
16   think he had direct administration responsibilities
17   of that server but has familiarity.
18      Q    How does a Waymo employee access the Waymo
19   SVN?
20      A    So they use a piece of software that is      03:22:33
21   configured to talk to subversion servers.  Tortoise
22   SVN is one instance of a client software that can --
23   that can connect to it.
24           There is a client configuration process
25   where you have to identify the subversion server      03:22:54
```

Page 12

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were duly sworn; that a record
 8    of the proceedings was made by me using machine
 9    shorthand which was thereafter transcribed under my
10    direction; that the foregoing transcript is a true
11    record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [X] was not requested.
16              I further, certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or party to this action.
19              IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21    Dated:3/24/17
22
23                           _____
                             SUZANNE F. GUDELJ
24                           CSR No. 5111
25
```

Page 32