# EXHIBIT 7

**Jeff Nardinelli**

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **Sent:** | Tuesday, June 27, 2017 10:59 PM |
| **To:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; John Cooper; Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber - Waymo PROD015 |

Counsel,

Please find Waymo production PROD015, containing SVN log data, at the link below:

https://sendfile.quinnemanuel.com/pkg?token=b285151b-c087-4217-8217-de2d27120d68

I'll send the password separately.

Thanks,
Jeff


**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.