# Exhibit 14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   WAYMO LLC,

6          Plaintiff,

7

        vs.                    No. 3:17-CV-00939-WHA

8

9   UBER TECHNOLOGIES, INC.;

10  OTTOMOTTO LLC; OTTO TRUCKING,

11  INC.,

12          Defendants.

13   _____

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16      VIDEO-RECORDED DEPOSITION OF CHRIS URMSON

17              Palo Alto, California

18               August 24, 2017

19

20  Reported by:

21  KENNETH T. BRILL

22  CSR NO. 12797

23  Job No. 2678939-A

24

25  PAGES 1 - 278

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | was an invest -- they showed me a collection of | 12:14:05 |
| 2 | documents that he had -- | 12:14:08 |
| 3 | MR. NEUKOM:  Let me -- I just want to make | 12:14:10 |
| 4 | sure, if there were any attorneys involved -- | 12:14:11 |
| 5 | THE WITNESS:  Yeah. | 12:14:14 |
| 6 | MR. NEUKOM:  -- in what you're testifying | 12:14:14 |
| 7 | about, then that would be privileged -- | 12:14:16 |
| 8 | THE WITNESS:  Understood. | 12:14:18 |
| 9 | MR. NEUKOM:  -- and I would instruct you | 12:14:18 |
| 10 | not to answer. | 12:14:19 |
| 11 | THE WITNESS:  Understood. | 12:14:20 |
| 12 | That he showed -- they -- she showed me a | 12:14:21 |
| 13 | number of files that he had accessed that were in | 12:14:23 |
| 14 | the, you know, the Google documents set of -- or | 12:14:25 |
| 15 | collection.  None of them seemed out of the | 12:14:29 |
| 16 | ordinary. | 12:14:35 |
| 17 | BY MR. HUME: | 12:14:36 |
| 18 | Q.  Who was it that showed you those? | 12:14:37 |
| 19 | A.  I think it -- I don't know for sure.  It | 12:14:40 |
| 20 | would have either been Chelsea Bailey or Joanne | 12:14:43 |
| 21 | Chin. | 12:14:47 |
| 22 | Q.  And I should have asked, who were the | 12:14:48 |
| 23 | people in HR whom you asked to conduct this | 12:14:50 |
| 24 | investigation? | 12:14:53 |
| 25 | A.  I don't remember. | 12:14:53 |

Page 182

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2      I, _____, declare under
3  penalty of perjury under the laws of the State of
4  California that the foregoing is true and correct.
5  Executed on _____, 2017, at
6  _____, _____.
7
8
9
10        _____
11            SIGNATURE OF THE WITNESS
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page  277