# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4    _____
                                     )
 5    WAYMO LLC,                     )
                                     )
 6                   Plaintiff,      )
                                     )
 7              vs.                  )  Case No.
                                     )  3:17-cv-00939-WHA
 8    UBER TECHNOLOGIES, INC.,       )
      OTTOMOTTO LLC; OTTO            )
 9    TRUCKING LLC,                  )
                                     )
10                   Defendants.     )
      _____)
11
12
13
14
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF MICHAEL JANOSKO
17              San Francisco, California
18              Thursday, March 23, 2017
19                     Volume I
20
21
22
      Reported by:  SUZANNE F. GUDELJ
23    CSR No. 5111
24    Job No. 2575504
25    PAGES 1 - 32
```

Page 1

1  A   Personal --
2  Q   -- enrollment or application platforms?
3  A   In -- in minimal instances, we -- but we
4  generally don't permit that.
5  Q   So you mentioned that the server                03:21:31
6  administration team is largely responsible for
7  access to the Waymo SVN.
8  A   Correct.
9  Q   Who is in charge of that team?
10 A   So I think his name is Jack -- I -- I don't     03:21:43
11 remember his last name at the moment.
12 Q   Do you know the names of any other
13 employees that belong to that team?
14 A   Previously Sasha Zbrozec, Zbrozec,
15 Z-b-r-o-z-e-c, I think.  Colin Lumley who -- I don't  03:22:10
16 think he had direct administration responsibilities
17 of that server but has familiarity.
18 Q   How does a Waymo employee access the Waymo
19 SVN?
20 A   So they use a piece of software that is        03:22:33
21 configured to talk to subversion servers.  Tortoise
22 SVN is one instance of a client software that can --
23 that can connect to it.
24     There is a client configuration process
25 where you have to identify the subversion server      03:22:54

Page 12

1          I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4          That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were duly sworn; that a record
8   of the proceedings was made by me using machine
9   shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12         Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [X] was not requested.
16         I further, certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19         IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated:3/24/17
22
23                              _____
                                SUZANNE F. GUDELJ
24                              CSR No. 5111
25