# EXHIBIT 6

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com<br>David Perlson (Cal. Bar No. 209502) |
| 3 | davidperlson@quinnemanuel.com<br>Melissa J. Baily (Cal. Bar No. 237649) |
| 4 | melissabaily@quinnemanuel.com<br>John Neukom (Cal. Bar No. 275887) |
| 5 | johnneukom@quinnemanuel.com<br>Jordan R. Jaffe (Cal. Bar No. 254886) |
| 6 | jordanjaffe@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 7 | San Francisco, California  94111-4788<br>(415) 875-6600 |
| 8 | (415) 875-6700 facsimile |
| 9 | Attorneys for Plaintiff WAYMO LLC |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | NORTHERN DISTRICT OF CALIFORNIA |
| 12 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 13 | WAYMO LLC | Case No. 17-cv-00939-JCS |
| 14 | Plaintiffs, | **PLAINTIFF'S RESPONSES AND OBJECTIONS TO OTTO TRUCKING'S FOURTH SET OF REQUESTS FOR PRODUCTIONS (NOS. 71-83)** |
| 15 | v. | |
| 16 | UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

Levandowski was part of any organization groups or security permission groups that shared access to certain accounts or repositories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

Waymo objects to this request as irrelevant, overbroad, and not proportional to the needs of the case.

Waymo has produced all relevant communications between Anthony Levandowski and network administrators as located through a reasonably diligent search, including communications through which Waymo issued passwords to Anthony Levandowski used to access the SVN server.

**REQUEST FOR PRODUCTION NO. 82:**

All Communications between Sasha Zbrozek and Anthony Levandowski.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

Waymo objects to this request as irrelevant, overbroad, and not proportional to the needs of the case.

Waymo has produced all communications between Sasha Zbrozek and Anthony Levandowski, including but not limited to communications concerning LiDAR or the SVN server, as located through a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 83:**

All policies or notices that specifically govern the use of the SVN server, including any policies or notices that set limits on use of the SVN server or downloads from the SVN server or define unauthorized use of the SVN server.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

Waymo has produced all policies that specifically govern the use of the SVN server.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

DATED: August 24, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Charles K. Verhoeven
Charles K. Verhoeven
Attorneys for WAYMO LLC