1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3   davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4   melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5   johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6   jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:      (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

13             Plaintiff,                   **PLAINTIFF WAYMO LLC'S**
                                            **ADMINISTRATIVE MOTION TO FILE**
14        vs.                               **UNDER SEAL ITS MOTION IN LIMINE**
                                            **NO. 15**
15  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17             Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Motion in Limine No. 15.  Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Motion in Limine No. 15 ("Waymo's Motion") | Portions highlighted in green | Waymo |
| Exhibit 2 to Waymo's Motion | Entire document | Waymo |
| Exhibit 37 to Uber's Opposition to Waymo's Motion in Limine 15 ("Uber's Opposition") | Entire document | Waymo |
| Exhibit 39 to Uber's Opposition | Entire document | Waymo |
| Exhibit 40 to Uber's Opposition | Entire document | Waymo |
| Exhibit 42 to Uber's Opposition | Entire document | Waymo |
| Exhibit 43 to Uber's Opposition | Entire document | Waymo |
| Exhibit 44 to Uber's Opposition | Entire document | Waymo |
| Exhibit 46 to Uber's Opposition | Entire document | Waymo |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.    THE COURT SHOULD SEAL WAYMO'S CONFIDENTIAL INFORMATION

The Court should seal the portions of Waymo's Motion (highlighted in green) and exhibits thereto, and the exhibits to Uber's Opposition asp identified in the table above.  Waymo seeks to file this information under seal because it discloses Waymo confidential business information.  *See* Cooper Dec., ¶ 3. Confidential business information that, if released, may "harm a litigant's competitive standing" also merits sealing.  *See Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 598-99 (1978).  Waymo also seeks to seal confidential details regarding the results of Waymo's efforts in searching for documents in this litigation, and details regarding Waymo's security measures and protocols and detailed computer forensics regarding access to Waymo's trade secrets. Cooper Dec. ¶ 3. Waymo has narrowly tailored its requests to only information meriting sealing.  *Id.*   The

1   disclosure of Waymo's confidential business information and security measures and related protocols

2   would harm Waymo.  Cooper Dec. ¶ 3. Waymo seeks to seal information that fits squarely within

3   these categories.  Moreover, the scope of information that Waymo is seeking to seal is consistent with

4   other administrative motions to seal that have already been granted by the Court in this case.  (*See*

5   Dkt. 681.)  Thus, the Court should grant Waymo's administrative motion to seal.

6   **III.    CONCLUSION**

7        In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the

8   above listed documents accompany this Administrative Motion.  For the foregoing reasons,

9   Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

10

11  DATED:  September 13, 2017          QUINN EMANUEL URQUHART & SULLIVAN,
                                        LLP
12

13                                  By  */s/ Charles Verhoeven*
                                        Charles Verhoeven
14                                      Attorneys for WAYMO LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28