UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 15** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its Motion in Limine No. 15 (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Motion in Limine No. 15 ("Waymo's Motion") | Portions highlighted in green | Waymo |
| Exhibit 2 to Waymo's Motion | Entire document | Waymo |
| Exhibit 37 to Uber's Opposition to Waymo's Motion in Limine 15 | Entire document | Waymo |

| | | |
|---|---|---|
| ("Uber's Opposition") | | |
| Exhibit 39 to Uber's Opposition | Entire document | Waymo |
| Exhibit 40 to Uber's Opposition | Entire document | Waymo |
| Exhibit 42 to Uber's Opposition | Entire document | Waymo |
| Exhibit 43 to Uber's Opposition | Entire document | Waymo |
| Exhibit 44 to Uber's Opposition | Entire document | Waymo |
| Exhibit 46 to Uber's Opposition | Entire document | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge