# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1       UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION
4

5   WAYMO LLC,                          )
6              Plaintiff,               )
7         vs.                           )   Case No.
8   UBER TECHNOLOGIES, INC.,            )   3:17-cv-00939-WHA
9   OTTOMOTTO LLC; OTTO                 )
10  TRUCKING LLC,                       )
11             Defendants.              )
                                        )

12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      VIDEOTAPED DEPOSITION OF DANIEL CHU
16           San Francisco, California
17            Monday, April 3, 2017
18                 Volume I
19
20
21  Reported by:
22  SUZANNE F. GUDELJ, CSR No. 5111
23  Job No. 2583707
24
25  PAGES 1 - 53

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN FRANCISCO DIVISION
4
5    _____
6    WAYMO LLC,                       )
7         Plaintiff,                  )
8         vs.                         )  Case No.
9    UBER TECHNOLOGIES, INC.,         )  3:17-cv-00939-WHA
10   OTTOMOTTO LLC; OTTO              )
11   TRUCKING LLC,                    )
12        Defendants.                 )
13   _____)
14
15
16        Videotaped deposition of DANIEL CHU,
17   Volume I, taken on behalf of Defendants Uber
18   Technologies, Inc., Ottomotto LLC and Otto
19   Trucking LLC, at the Law Offices of Morrison &
20   Foerster LLP, 425 Market Street, 33rd Floor,
21   San Francisco, California, beginning at 10:04
22   a.m. and ending at 11:07 a.m., on Monday, April
23   3, 2017, before SUZANNE F. GUDELJ, Certified
24   Shorthand Reporter No. 5111.
25

Page 11

1  greatest share of the ride-share market?
2      A    It -- it just shows Uber has the largest
3  share.
4      Q    And what share does it show that Uber has?
5      A    Once again, I don't remember the exact                10:09:36
6  numbers, but somewhere in the like 80 percent range.
7  Somewhere around there.
8      Q    Would you agree that if you could slow Uber
9  down through litigation, that would be of a
10 competitive benefit to Waymo?                                  10:09:53
11         MS. BAILY:  Object to form.
12         THE WITNESS:  It's -- well, are you talking
13 about litigation in general or like this -- this
14 litigation in specific?
15 BY MR. GONZALEZ:                                               10:10:08
16     Q    Litigation in general.
17     A    The reason I ask is I think it's not clear
18 to me kind of -- not every litigation is going to
19 impact their ride-sharing growth, I think.
20     Q    All right.  Fair enough.  Let's talk about            10:10:20
21 this litigation.
22     A    Yeah.
23     Q    Would you agree that this litigation, if
24 the judge were to issue an injunction of any kind
25 against Uber, that that would be competitively                 10:10:27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

1  beneficial to Waymo?
2         MS. BAILY:  Object to form.
3         THE WITNESS:  So I think it is beneficial
4  in the -- in the fact that our technology for Waymo
5  is critical to our entry into ride-sharing.  So --                10:10:40
6  so -- so that -- from that perspective, it is
7  important that we maintain that lead.
8  BY MR. GONZALEZ:
9      Q   Do you ever have communications with public
10 agencies about your vehicles?                                     10:10:51
11     A   Do --
12        MS. BAILY:  Object to form.
13        THE WITNESS:  Do I personally or --
14 BY MR. GONZALEZ:
15     Q   Yes, you.                                                 10:10:57
16     A   Most of my efforts are more internal
17 focused.
18     Q   Who at Waymo is the person who communicates
19 with public agencies to try to get approval for you
20 to be able to drive your autonomous vehicles there?               10:11:08
21     A   It's probably going to be more of our
22 public policy team and our partnership teams.
23     Q   And who are the people who are in charge of
24 those groups?
25     A   So -- I'm trying to think.  So Kevin Vosen,               10:11:20