# EXHIBIT 37

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL