# EXHIBIT 39

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL