# EXHIBIT 40

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL