# EXHIBIT 42

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL