# EXHIBIT 43

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL