# EXHIBIT 44

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL