# EXHIBIT 46

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL