QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE #13 AND DEFENDANTS' RESPONSE** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal exhibits in support of its Motion in Limine #13, as well as Defendants' Response and supporting materials (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Exhibit 2 | Entire document | Defendants |
| Defendants' Response to Waymo's MIL #13 | Portions highlighted in green with red boxes | Waymo |
| | Portions highlighted in blue | Defendants |
| Defendants Ex. 31-32, 41, 47, 53, 54 | Entire document | Waymo |
| Defendants Ex. 33, 45 | Entire document | Defendants |

3. Waymo has filed portions of Waymo's Ex. 2, Defendants' Response to Waymo's MIL #13 (portions highlighted in blue) and Defendants' Ex. 33 and 45 under seal because they contain information that Defendants have designated confidential. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

4. Defendants' Response to Waymo's MIL #13 (portions highlighted in green with red boxes) and Defendants' Exs. 31-32, 41, 47, 53, 54 contain or refers to confidential business information, which Waymo seeks to seal. Portions of Defendants' Response to Waymo's MIL #13 (portions highlighted in green with red boxes) and Defendants' Exs. 31-32, 41, 47, 53, 54 contain confidential business information belonging to Waymo, such as discussions regarding Waymo's internal valuations of its business, information regarding Waymo's future business plans and assessment of the competitive landscape, information regarding Waymo's investment in autonomous vehicle technology, and information regarding Waymo's own assessment of its technological lead in

-2-   CASE NO. 3:17-cv-00939-WHA
COOPER DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO SEAL

autonomous vehicle technology. The public disclosure of this information would give Waymo's competitors access to Waymo's own in-depth analysis of its business and position in the autonomous vehicle market, as well as Waymo's future plans for its autonomous vehicle technology. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential information.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 13, 2017.

By  */s/ Lindsay Cooper*  
Lindsay Cooper  
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

                        */s/ Charles K. Verhoeven*
                           Charles K. Verhoeven