1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE #13 AND DEFENDANTS' RESPONSE** |

1      Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its exhibits in support of its Motion in Limine #13, as well as Defendants' Response and supporting materials (the "Administrative Motion").

     Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Exhibit 2 | Entire document | Defendants |
| Defendants' Response to Waymo's MIL #13 | Portions highlighted in green with red boxes | Waymo |
| | Portions highlighted in blue | Defendants |
| Defendants Ex. 31-32, 41, 47, 53, 54 | Entire document | Waymo |
| Defendants Ex. 33, 45 | Entire document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge