MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel:    415.268.7000 / Fax:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:    202.237.2727 / Fax:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:   212.336.8330 / Fax.:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION *IN LIMINE* NO. 2 AND WAYMO'S BRIEF IN OPPOSITION THERETO**<br><br>Judge:    The Honorable William Alsup<br>Trial Date: October 10, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal certain exhibits to Defendants' Motions *in Limine* No. 2 and Waymo's Brief in Opposition to Defendants' Motion *in Limine* No. 2. Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 4 to the Declaration of Martha L. Goodman in Support of Defendants' Motions In Limine Nos. 2 and 22-25 ("Goodman Decl.") | Entire Document | Plaintiff |

The entirety of Exhibit 4 to the Goodman Decl. contains information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal. (*See* Goodman Decl. ¶ 3.)

Defendants served Waymo LLC with this Administrative Motion to File Documents Under Seal on September 13, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: September 13, 2017    BOIES SCHILLER FLEXNER LLP

By:  */s/ Karen L. Dunn*
   Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC