MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:    415.268.7000 / Fax:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:    202.237.2727 / Fax:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:    212.336.8330 / Fax.:    212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>               Plaintiff, <br><br>       v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br>               Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 2 AND WAYMO'S BRIEF IN OPPOSITION THERETO** <br><br> Judge:    The Honorable William Alsup <br> Trial Date: October 10, 2017 |

I, Martha L. Goodman, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' administrative motion for an order to file under seal certain exhibits to Defendants' Motions *in Limine* No. 2 and Waymo's Brief in Opposition to Defendants' Motion *in Limine* No. 2.

2. I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 4 to the Declaration of Martha L. Goodman in Support of Defendants' Motions In Limine Nos. 2 and 22-25 ("Goodman Decl.") | Entire Document | Plaintiff |

3. The entirety of Exhibits 4 to the Goodman Decl. contains information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal.

4. Uber's request to seal is narrowly tailored to the portions of Defendants' motions *in limine* and its supporting papers, as well as to the portions of Waymo's briefs in opposition to Defendants' motions in limine and Waymo's supporting papers, that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2017 at Washington, D.C.

Dated: September 13, 2017                              BOIES SCHILLER FLEXNER LLP

                                                       By:  */s/ Martha L. Goodman*
                                                              Martha L. Goodman

1

DECLARATION OF MARTHA L. GOODMAN ISO DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 2 AND WAYMO'S BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

Dated: September 13, 2017

*/s/ Karen L. Dunn*
Karen L. Dunn