1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel.: 415.268.7000/Fax: 415.268.7522
5
   KAREN L. DUNN (Admitted *Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C.  20005
9  Tel.: 202.237.2727/Fax: 202.237.6131

10 WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
   bcarmody@SusmanGodfrey.com
11 SHAWN J. RABIN (Admitted *Pro Hac Vice*)
   srabin@SusmanGodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, New York 10019
   Tel: 212.336.8330/Fax: 212.336.8340
14
   *Counsel for Defendants*
15 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 13, 2017, I served **UNREDACTED** versions of the following documents:

    1.  Exhibit 4 to the Declaration of Martha L. Goodman;

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 13th day of September, 2017, at Oakland, California.

                                                      By:  */s/ Jenel Day*
                                                            Jenel Day

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: */s/ Karen L. Dunn*
Karen L. Dunn