# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION


WAYMO LLC,

     Plaintiff,

         vs.                    Case No.
UBER TECHNOLOGIES, INC.;        17-cv-00939-WHA
OTTOMOTTO, LLC; OTTO
TRUCKING LLC,

     Defendants.
_____


   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


      VIDEOTAPED DEPOSITION OF DAVID DRUMMOND
               Palo Alto, California
              Monday, August 21, 2017
                     Volume I


REPORTED BY:
REBECCA L. ROMANO, RPR, CSR No. 12546
JOB NO. 2677782


PAGES 1 - 172
```

Page 1

```
 1      Q.   (By Mr. Gonzalez)  And that is something          01:06:55
 2   that you, as chief legal officer, would discuss
 3   with them to ensure that they know that they have a
 4   duty of loyalty?
 5      A.   It might not necessarily be me, no.               01:07:01
 6      Q.   Do you deputize somebody to do that?
 7      A.   We have lawyers who manage the board
 8   affairs and corporate lawyers.  So it could --
 9   could be one of them or -- it could be one of them.
10      Q.   But somebody from Google or Alphabet's            01:07:18
11   legal department would inform the board members
12   that they have a duty of loyalty to the company?
13      A.   Generally speaking, I think that's true.
14   I can't give you any examples or how that might
15   have happened with any -- any particular board           01:07:34
16   member.
17      Q.   You sat on Uber's board of directors for
18   approximately three years; is that right?
19      A.   I don't remember the exact dates, but
20   that sounds roughly correct.                              01:07:44
21      Q.   Do you remember that you began serving on
22   Uber's board in approximately August of 2013?
23      A.   Again, that sounds roughly correct.
24      Q.   How often would you attend board meetings
25   at Uber?                                                  01:07:57
```

```
 1        A.   Well, I attended the board meetings when      01:08:01
 2   they were called.
 3        Q.   Do you remember approximately how many
 4   you attended?
 5        A.   I don't recall exactly how many.              01:08:06
 6        Q.   Or how many board meetings there were per
 7   year while you served?
 8        A.   I don't recall specifically.  I believe
 9   they were quarterly or that -- that -- or
10   thereabouts, but I don't know.  I don't remember       01:08:18
11   the exact cadence of the board meetings.
12        Q.   And would you agree that while you served
13   on Uber's board of directors, you owed a duty of
14   loyalty to Uber?
15        A.   Yes, that's right.                           01:08:29
16        Q.   When did Google first begin discussions
17   about the possibility of entering the TaaS market?
18        A.   I don't know when Google began any
19   discussions.  And by that I -- I assume you mean
20   internal discussions about TaaS.  We had been          01:08:47
21   working on self-driving technology in cars for
22   quite a number of years.  And TaaS, as well as
23   other potential business models, were always, I
24   think, understood to be alternatives for that kind
25   of technology.                                         01:09:07
```

Page 14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   I understand that Waymo is conducting | 01:10:20 |
| 2 | tests in the Phoenix -- the Phoenix area, yes. | |
| 3 | Q.   And when you say -- | |
| 4 | (Brief interruption.) | |
| 5 | Q.   (By Mr. Gonzalez)  Sir, when you say that | 01:10:37 |
| 6 | Waymo's conducting tests, by "tests," do you mean | |
| 7 | that they are taking passengers for free from | |
| 8 | pickup point to dropoff point? | |
| 9 | A.   Yes, they are -- my understanding is that | |
| 10 | they are taking passengers from pickup to -- to | 01:10:52 |
| 11 | destinations. | |
| 12 | Q.   And -- and wouldn't you agree that that | |
| 13 | act of taking a passenger from pickup to | |
| 14 | destination is in direct competition with Uber in | |
| 15 | Phoenix? | 01:11:09 |
| 16 | A.   I -- I don't know if that's true. | |
| 17 | Q.   Why do you say that? | |
| 18 | A.   It -- it -- we're not charging for the | |
| 19 | service at the moment, so I'm not sure it's in | |
| 20 | direct competition, among other things. | 01:11:22 |
| 21 | Q.   Do you know how many rides, if you will, | |
| 22 | you're giving for free right now in Phoenix, like | |
| 23 | is there a certain amount per day or per week? | |
| 24 | A.   I don't know. | |
| 25 | Q.   Do you recall that the issue of Google | 01:11:38 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.    I remember him expressing concerns after | 01:15:53 |
| 2 | that. | |
| 3 | Q.    And what, generally, was your response? | |
| 4 | A.    Generally, my response was similar, that | |
| 5 | we were -- we hadn't launched anything.  We were | 01:16:01 |
| 6 | still deciding what we were going to do.  And in | |
| 7 | the event we did, any competition was a long ways | |
| 8 | off, and we had a good partnership, we should | |
| 9 | continue it. | |
| 10 | Q.    What was the good partnership that you | 01:16:17 |
| 11 | had at that time? | |
| 12 | A.    Well, we were investors in the company | |
| 13 | and -- through Google Ventures, I should say, which | |
| 14 | is a different entity than Google, although | |
| 15 | owned -- controlled by Google.  We had a | 01:16:30 |
| 16 | partnership around maps.  And those were the main | |
| 17 | partnerships, I believe. | |
| 18 | Q.    Let me show a document that we've marked | |
| 19 | as Exhibit 1770. | |
| 20 | (Exhibit 1770 was marked for | 01:16:47 |
| 21 | identification by the court reporter and is | |
| 22 | attached hereto.) | |
| 23 | Q.    (By Mr. Gonzalez)  Is this an email | |
| 24 | exchange between you and Mr. Kalanick in January | |
| 25 | of 2015? | 01:17:04 |

| | | |
|---|---|---|
| 1 | A.   That's what it appears to be. | 01:17:10 |
| 2 | Q.   You'll see that the email string starts | |
| 3 | at the bottom with Mr. Kalanick writing to you | |
| 4 | about the Detroit auto show.  And he says "Urmson | |
| 5 | is openly discussing rolling out an Autonomous | 01:17:21 |
| 6 | Vehicle ridesharing service.  I'm thinking it's | |
| 7 | time to have a chat with Larry directly." | |
| 8 | Do you see that? | |
| 9 | A.   Yes, I do. | |
| 10 | Q.   And then you respond on the 18th.  He | 01:17:36 |
| 11 | writes back to you.  And then you write to him on | |
| 12 | the 22nd, basically, saying -- agreeing with him | |
| 13 | that you need to have a talk; is that right? | |
| 14 | A.   Well, to the extent you're referring | |
| 15 | to -- yes, I think it's time for a chat, too. | 01:17:56 |
| 16 | That's what the email says. | |
| 17 | Q.   Let me show you 1771. | |
| 18 | (Exhibit 1771 was marked for | |
| 19 | identification by the court reporter and is | |
| 20 | attached hereto.) | 01:18:05 |
| 21 | Q.   (By Mr. Gonzalez)  For the record, 1771 | |
| 22 | is another email exchange between you and | |
| 23 | Mr. Kalanick; is that right? | |
| 24 | A.   Yes, that's what it appears to be. | |
| 25 | Q.   And Mr. Kalanick is forwarding to you, on | 01:18:29 |

Veritext Legal Solutions
866 299-5127

```
 1   March 7, 2015, an email that he received from          01:18:32
 2   someone saying "Heard from a reliable source that
 3   Google will be starting a self-driving service."
 4          Is that right?
 5      A.  That's what the email seems to say.             01:18:48
 6      Q.  And he is, once again, requesting a
 7   meeting with Larry to talk about this issue which
 8   is causing him additional concern.
 9          Would that be fair?
10      A.  That's what he seems to be asking about.        01:18:59
11      Q.  And then you write back and say "I
12   continue to believe that the value of a partnership
13   now far outweighs concerns about an uncertain
14   future."
15          Do you see that?                                01:19:12
16      A.  Yes, I do.
17      Q.  And you also said to him, "I will speak
18   to Larry again to reiterate the importance of a
19   meeting with you very soon."
20          So you had already spoken to Mr. Page           01:19:22
21   about the concerns that were being expressed by
22   Mr. Kalanick during this time period; is that
23   right?
24      A.  Well, I don't -- I don't recall when and
25   whether I spoke to Larry during this time period.     01:19:32
```

Page 23

| | | |
|---|---|---|
| 1 | I -- I will agree with you that the email says | 01:19:36 |
| 2 | that -- that I -- I -- I said that in the meeting. | |
| 3 | Q.  And so the email at least suggests that | |
| 4 | you had already had at least one conversation with | |
| 5 | Mr. Page about this. | 01:19:47 |
| 6 | Would that be fair? | |
| 7 | A.  Well, again, the email says that -- that | |
| 8 | I wrote to Travis saying that I'll speak to Larry | |
| 9 | again, yeah. | |
| 10 | Q.  Do you recall speaking to Mr. Page about | 01:19:58 |
| 11 | the concerns that were being expressed by | |
| 12 | Mr. Kalanick? | |
| 13 | A.  I don't -- I don't recall speaking to him | |
| 14 | in any particular time, certainly during this | |
| 15 | period.  But I recall having a -- a conversation | 01:20:08 |
| 16 | with him about it. | |
| 17 | Q.  And what was Mr. Page's message that he | |
| 18 | asked you to deliver back to Mr. Kalanick? | |
| 19 | A.  I can't recall that he gave me any | |
| 20 | message to deliver back. | 01:20:22 |
| 21 | Q.  What was his response to the concerns | |
| 22 | being expressed by Mr. Kalanick? | |
| 23 | A.  I think Larry's general response was that | |
| 24 | we were -- if there was going to be competition, it | |
| 25 | would be a long ways off and that we should | 01:20:39 |

Page 24

| | | |
|---|---|---|
| 1 | continue to work on our partnership. | 01:20:42 |
| 2 |     Q.   And what do you mean by "a long ways | |
| 3 | off"? | |
| 4 |     A.   Well, I think it was acknowledged at the | |
| 5 | time that self-driving cars weren't right around | 01:20:53 |
| 6 | the corner.  So that it was -- these were -- this | |
| 7 | is a technology that was still in development. | |
| 8 |     Q.   Do you recall having a lunch meeting with | |
| 9 | Mr. Page and Mr. Kalanick shortly after the date of | |
| 10 | this email to discuss the concerns being expressed? | 01:21:11 |
| 11 |     A.   I remember a meeting with Larry and | |
| 12 | Travis.  I don't recall when it took place. | |
| 13 |     Q.   (By Mr. Gonzalez)  Let me show you | |
| 14 | Exhibit 417. | |
| 15 | This is a meeting invite for a lunch on | 01:21:38 |
| 16 | March 10, 2015, three days after the email exchange | |
| 17 | I just showed you. | |
| 18 | Does that sound about right with respect | |
| 19 | to the date that you would have had this lunch that | |
| 20 | you're referring to? | 01:21:49 |
| 21 |     A.   I have no reason to -- to doubt it. | |
| 22 |     Q.   It references the location, | |
| 23 | 1900 Charleston Road, Mountain View. | |
| 24 | Is that your headquarters? | |
| 25 |     A.   That's on the Google campus, yes. | 01:22:00 |

Page 25

```
 1        Q.    And --                                        01:22:03
 2        A.    And that's where I recall the meeting
 3   take place.
 4        Q.    Right.
 5              Now -- now, I don't want to get lawyer        01:22:07
 6   technical, but you're saying meeting.  This is
 7   saying lunch.
 8              Doesn't really matter to me, but was it a
 9   lunch meeting or just a regular meeting?
10        A.    I don't remember if there was food            01:22:14
11   present.
12        Q.    All right.  And --
13        A.    At -- at Google -- at Google, there's
14   always food present.
15        Q.    Yeah.  Fair enough.                           01:22:18
16              So other than you and Mr. Page and
17   Mr. Kalanick, do you recall if anyone else
18   attended?
19              This indicates an Emil Michael was
20   invited.                                                 01:22:26
21        A.    I -- I recall Emil being there.  I'm
22   fairly certain he was there.
23        Q.    Other than the four of you, anybody else
24   attend?
25        A.    I don't recall anyone else attending, no.     01:22:34
```

| | | |
|---|---|---|
| 1 | Q.   What did you understand to be the point | 01:22:36 |
| 2 | or the purpose of that meeting? | |
| 3 | A.   I think Travis had some concerns about | |
| 4 | the possibility of our being involved in ride | |
| 5 | sharing through our self-driving project, and we | 01:22:54 |
| 6 | wanted to talk generally about the partnership. | |
| 7 | Q.   And what was Mr. Page's response to the | |
| 8 | concerns as expressed at that meeting? | |
| 9 | A.   Well, as I recall, he -- he acknowledged | |
| 10 | it.  But also he responded that -- you know, that | 01:23:07 |
| 11 | we had been working on self-driving cars for quite | |
| 12 | a long time.  And then, in fact, Uber had begun to | |
| 13 | very aggressively get into the self-driving car | |
| 14 | market technology to compete with -- with Google. | |
| 15 | And so he was a little bit surprised that there | 01:23:33 |
| 16 | would be this much concern being expressed. | |
| 17 | Q.   What did he say about whether or not | |
| 18 | Google was going to enter the TaaS market? | |
| 19 | A.   I don't -- I don't recall what he said | |
| 20 | specifically about that.  I think it -- I don't | 01:23:50 |
| 21 | recall specifically what he said. | |
| 22 | Q.   Do you recall generally? | |
| 23 | A.   Well, generally, I think his message was | |
| 24 | as -- as -- was that it was one of the | |
| 25 | possibilities that we were considering, in order to | 01:24:03 |

```
1   monetize, if you will, the self-driving car              01:24:13
2   opportunity.
3        Q.   So it's your recollection of that lunch
4   meeting that at that lunch meeting Mr. Page said to
5   Mr. Kalanick that Google was going to be entering        01:24:21
6   into the TaaS market?
7        A.   No, that's not what -- I don't recall
8   that.
9        Q.   Only that it was one of many
10  possibilities?                                           01:24:33
11       A.   Yes.
12       Q.   What was Mr. Kalanick's response to the
13  statement by Mr. Page that TaaS was one of the
14  possibilities that you were considering?
15       A.   Well, I -- I don't recall what his             01:24:48
16  response was.
17       Q.   Do you recall what Mr. Emil Michael's
18  response was?
19       A.   No, I don't remember what his response
20  was.                                                     01:24:56
21       Q.   What was the temperature of this meeting?
22  Was it mild?  Calm?  Or did voices get raised?
23       A.   I -- I recall it as being respectful and
24  cordial, but not open.  And, you know, with points
25  of view being expressed.                                 01:25:20
```

Page 28

```
 1   board?                                                01:36:58
 2       A.   Yes, it appears to be.
 3       Q.   So does this refresh your recollection
 4   that you resigned from the board in a letter dated
 5   August 22 that you emailed to Mr. Kalanick on         01:37:15
 6   August 23 of 2016?
 7       A.   No.  My -- my recollection is that I
 8   resigned from the board in August of 2016.
 9       Q.   All right.  Fair enough.
10            And why did you resign?                      01:37:30
11       A.   I resigned from the -- the board because
12   we -- we had, basically, a conflict -- a business
13   conflict because Uber was very aggressively -- had
14   very aggressively entered the self-driving
15   technology space.  We also, as I've said, were        01:37:51
16   contemplating ride sharing as part of our
17   self-driving efforts.  And so we -- that conflict
18   had caused Uber to decide to sort of recuse me from
19   the board meetings for some period before this
20   time.                                                 01:38:15
21            And then when they announced the
22   acquisition of Otto, it -- because Otto was a
23   company formed by a former Google employee,
24   Anthony Levandowski, who had left the company a few
25   months back and created this start-up, and he -- we   01:38:32
```

Page 38

| | | |
|---|---|---|
| 1 | had some concerns about Anthony's behavior as he | 01:38:38 |
| 2 | left and that -- at that point, we decided -- I | |
| 3 | decided that it made more sense for me not to be on | |
| 4 | the board of the company anymore. | |
| 5 | Q.   Wasn't Uber already in the | 01:38:51 |
| 6 | self-driving space at the time that Google made its | |
| 7 | investment? | |
| 8 | A.   No, it was not. | |
| 9 | Q.   When did Uber enter the | |
| 10 | self-driving space, as you recall it? | 01:39:01 |
| 11 | A.   I don't recall the exact date. | |
| 12 | Q.   Were you a member of the board? | |
| 13 | A.   I believe so. | |
| 14 | Q.   And how did you find out about Uber's | |
| 15 | entry into the self-driving space? | 01:39:11 |
| 16 | A.   I don't recall exactly how I found out | |
| 17 | the first time. | |
| 18 | Q.   What is it that is your first | |
| 19 | recollection of having learned that? | |
| 20 | A.   I -- I just don't remember how I learned | 01:39:24 |
| 21 | it.  It's possible Travis told me, but I don't -- I | |
| 22 | don't recall exactly. | |
| 23 | Q.   Did you express any concern to | |
| 24 | Mr. Kalanick, or anybody else at Uber, when you | |
| 25 | learned that Uber was entering the self-driving | 01:39:35 |

Veritext Legal Solutions
866 299-5127