MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:     415.268.7000 / Fax:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:     202.237.2727 / Fax:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:    212.336.8330 / Fax.:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.:    650.752.3100 / Fax.:   650.853.1038

Attorneys for Defendant OTTO TRUCKING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO WAYMO'S MOTIONS *IN LIMINE* NOS. 1, 13, 14, 15 AND 17**<br><br>Judge:  Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

I, Martha L. Goodman, declare as follows:

1. I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the District of Columbia. I make this declaration in support of Defendants' Briefs in Opposition to Waymo's Motions *in Limine* Nos. 1, 13, 14, 15 and 17. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 28** is a true and correct copy of an excerpt from a document produced by Uber in this action bearing the Bates numbers UBER000060504.

3. **Exhibits 29 and Exhibit 30** have been intentionally left blank.

4. Attached as **Exhibit 31** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00021132 through WAYMO-UBER-00021133.

5. Attached as **Exhibit 32** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00001496 through WAYMO-UBER-00001499.

6. Attached as **Exhibit 33** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00032547.

7. Attached as **Exhibit 34** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00033705.

8. Attached as **Exhibit 35** is a true and correct copy of a document produced by Uber in this action bearing the Bates numbers UBER00301331 through UBER00301339.

9. Attached as **Exhibit 36** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00047062 through WAYMO-UBER-00047063.

10. Attached as **Exhibit 37** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00022238.

11. Attached as **Exhibit 38** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00041064-WAYMO-UBER-00041065.

12. Attached as **Exhibit 39** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00086800-WAYMO-UBER-00086808.

13. Attached as **Exhibit 40** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00086815-WAYMO-UBER-00086816.

14. Attached as **Exhibit 41** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00083658-WAYMO-UBER-00083660.

15. Attached as **Exhibit 42** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00084600-WAYMO-UBER-00084601.

16. Attached as **Exhibit 43** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00086836.

17. Attached as **Exhibit 44** is a true and correct copy of excerpts of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00086885-WAYMO-UBER-00086892.

18. Attached as **Exhibit 45** is a true and correct copy of a document produced by Uber in this action bearing the Bates number UBER00077210.

19. Attached as **Exhibit 46** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00086932-WAYMO-UBER-00086939.

20. Attached as **Exhibit 47** is a true and correct copy of a document produced by Waymo in this action bearing the Bates numbers WAYMO-UBER-00004175-WAYMO-UBER-00004194.

21. Attached as **Exhibit 48** is a true and correct copy of excerpts of the deposition transcript of Gaetan Pennecot, dated April 20, 2017.

22. Attached as **Exhibit 49** is a true and correct copy of excerpts of the deposition transcript of Gaetan Pennecot, dated August 9, 2017

23. Attached as **Exhibit 50** is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's Reponses to Waymo's First Set of Common Interrogatories (Nos. 1-3), served July 28, 2017.

24. Attached as **Exhibit 51** is a true and correct copy of excerpts of the deposition transcript of Daniel Gruver, dated August 4, 2017.

25. Attached as **Exhibit 52** is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's Reponses to Waymo's First Supplemental Responses to Waymo's Second Set of

Common Interrogatories (Nos. 4-7), served August 8, 2017.

26. Attached as **Exhibit 53** is a true and correct copy of excerpts of the deposition transcript of David Drummond, dated August 21, 2017.

27. Attached as **Exhibit 54** is a true and correct copy of excerpts of the deposition transcript of Michael Epstein, dated August 22, 2017.

28. Attached as **Exhibit 55** is a true and correct copy of excerpts of the deposition transcript of Jolie Sorge, dated August 21, 2017.

29. Attached as **Exhibit 56** is a true and correct copy of excerpts of the deposition transcript of Anthony Levandowski, dated August 22, 2017.

30. Attached as **Exhibit 57** is a true and correct copy of excerpts of the deposition transcript of Chris Urmson, dated August 24, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of September, 2017, in Washington, DC.

        */s/ Martha Goodman*
        Martha L. Goodman