# EXHIBIT 31

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL