# EXHIBIT 32

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL