# EXHIBIT 33

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL