# EXHIBIT 41

# ENTIRE EXHIBIT
# SUBMITTED UNDER SEAL