# EXHIBIT 45

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL