# EXHIBIT 47

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL