1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel:    415.268.7000 / Fax:   415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    HAMISH P. M. HUME
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington, D.C.  20005
9   Tel:    202.237.2727 / Fax:   202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
12  New York, NY 10019-6023
    Tel.:   212.336.8330 / Fax.:  212.336.8340
13

14  Attorneys for Defendants
    UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

15

16                      UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
17                       SAN FRANCISCO DIVISION

18  WAYMO LLC,                          Case No. 3:17-cv-00939-WHA

19             Plaintiff,               **DEFENDANTS' ADMINISTRATIVE
                                        MOTION TO FILE UNDER SEAL
20       v.                             MOTION *IN LIMINE* NO. 22 AND
                                        WAYMO'S BRIEF IN OPPOSITION
21  UBER TECHNOLOGIES, INC.,            THERETO**
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
22             Defendants.              Judge:     The Honorable William Alsup
                                        Trial Date: October 10, 2017
23

24

25

26

27

28

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal portions of the briefing and certain exhibits to Defendants' Motions *in Limine* No. 22 Waymo's Brief in Opposition to Defendants' Motions *in Limine* No. 22.  Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 22 ("MIL 22") | Highlighted Portions | Defendants (blue) |
| Exhibit 6 | Entire Document | Third-Party Benchmark Capital Partners; Uber |
| Exhibit 13 | Highlighted Portions | Defendants (blue) |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendants' Motion In Limine No. 24 ("Waymo's Opposition to Defendants' MIL 22") | Highlighted Portions | Defendants (blue) |
| Exhibit 1 to the Declaration of Jeff Nardinelli  ("Nardinelli Decl.") | Highlighted Portions | Defendants (blue) |

**DEFENDANTS' MIL MATERIALS**

The highlighted portions of MIL 22 and of Exhibit 13, contain confidential or highly confidential information regarding Uber's LiDAR development and autonomous vehicle business strategy and information about Uber's internal deliberative processes regarding the same.  This information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and business plans for autonomous ridesharing, which would allow competitors to understand Uber's LiDAR development and autonomous vehicle business strategy, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed.  (*See* Goodman Decl. ISO Uber's Administrative Motion to File Documents Under Seal.  ("Goodman Decl.") ¶ 3.)  Additionally, the highlighted portions of Exhibits 6 and 13 contain Uber employee names and confidential information regarding Uber's former CEO, the disclosure of which would threaten the privacy of

DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 22 AND WAYMO'S BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA

1   individuals at a company that is currently the subject of extensive media coverage.  (*See* Goodman

2   Decl. ¶ 4.)

3   **WAYMO'S OPPOSITION MATERIALS**

4          The blue highlighted portions of Waymo's Opposition to Defendants' MIL 22 and

5   Exhibit  1 to the Nardinelli Declaration contain confidential or highly confidential information

6   regarding Uber's LiDAR development and autonomous vehicle business strategy and information

7   about Uber's internal deliberative processes regarding the same.  This information is not publicly

8   known, and its confidentiality is strictly maintained.  Disclosure of this information could allow

9   competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal

10  development of LiDAR and business plans for autonomous ridesharing, which would allow

11  competitors to understand Uber's LiDAR development and autonomous vehicle business strategy, and

12  allow them to tailor their own strategy. If such information were made public, Uber's competitive

13  standing could be significantly harmed.  Additionally, the highlighted portions of Exhibit 1 contains

14  Uber employee names and confidential information regarding Uber's former CEO, the disclosure of

15  which would threaten the privacy of individuals at a company that is currently the subject of extensive

16  media coverage.  (*See* Goodman Decl. ¶ 5.)

17         Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at

18  issue, with accompanying chamber copies.

19         Defendants served Waymo LLC with this Administrative Motion to File Documents

20  Under Seal on September 13, 2017.

21         For the foregoing reasons, Defendants request that the Court enter the accompanying

22  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

23  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

24  ATTORNEYS' EYES ONLY."

25

26

27

28

1    Dated: September 13, 2017                 BOIES SCHILLER FLEXNER LLP

2

3                                             By:  */s/ Karen L. Dunn*
                                                   Karen L. Dunn

4                                             *Counsel for Defendants*
                                              UBER TECHNOLOGIES, INC. AND
5                                             OTTOMOTTO LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 22 AND WAYMO'S
BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA