1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15
16
17

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:    The Honorable William Alsup<br>Trial Date: October 10, 2017 |

18
19
20
21
22
23
24
25
26
27
28

1  Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's
2  (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that
3  good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents
4  Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 22 ("MIL 22") | Highlighted Portions | Defendants (blue) |
| Exhibit 6 | Entire Document | Third-Party Benchmark Capital Partners; Defendants |
| Exhibit 13 | Highlighted Portions | Defendants (blue) |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendants' Motion In Limine No. 24 ("Waymo's Opposition to Defendants' MIL 22") | Highlighted Portions | Defendants (blue) |
| Exhibit 1 to the Declaration of Jeff Nardinelli ("Nardinelli Decl.") | Highlighted Portions | Defendants (blue) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge