| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|  | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|  | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|  | Tel.: 415.268.7000/Fax: 415.268.7522 |
| 5 | |
|  | KAREN L. DUNN (Admitted *Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|  | HAMISH P.M. HUME (Admitted *Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|  | Washington, D.C. 20005 |
| 9 | Tel.: 202.237.2727/Fax: 202.237.6131 |
| 10 | WILLIAM C. CARMODY (Admitted *Pro Hac Vice*) |
|  | bcarmody@SusmanGodfrey.com |
| 11 | SHAWN J. RABIN (Admitted *Pro Hac Vice*) |
|  | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
|  | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, New York 10019 |
|  | Tel: 212.336.8330/Fax: 212.336.8340 |
| 14 | |
|  | *Counsel for Defendants* |
| 15 | UBER TECHNOLOGIES, INC. |
|  | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., | Trial Date: October 10, 2017 |
| OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 13, 2017, I served **UNREDACTED** versions of the following documents:

1. Defendants' Motion *in Limine* No.22;

2. Exhibits 6 and 13 to the Declaration of Martha L. Goodman;

3. Plaintiff Waymo LLC's Opposition to Defendants' Motion in Limine 22;

4. Exhibit 1 to the Nardinelli Declaration.

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA

1

| | |
|---|---|
| 1 | |
| 2 | I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 13th day |
| 3 | of September, 2017, at Oakland, California. |
| 4 | By: */s/ Jenel Day* |
| 5 | Jenel Day |
| 6 | |
| 7 | **ATTESTATION** |
| 8 | In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this |
| 9 | document has been obtained from every other signatory to this document. |
| 10 | |
| 11 | By: */s/ Karen L. Dunn* |
| | Karen L. Dunn |