# EXHIBIT 14

**COURT OF CHANCERY JUDICIAL ACTION FORM**

EFiled: Aug 30 2017 04:17PM EDT
Transaction ID 61051447
Case No. 2017-0575-SG

Date: August 30, 2017                          Start Time: 2:30 p.m.

Plaintiff: Benchmark Capital Partners VII, L.P., a Delaware Limited Partnership

Defendant: Travis Kalanick, et al

Civil Action No.: CA# 2017-575-SG

☐ New Castle County        ☐ Kent County        ■ Sussex County

☐ Chancellor Bouchard            ☐ Vice Chancellor Slights
☐ Vice Chancellor Laster         ☐ Master Ayvazian
■ Vice Chancellor Glasscock      ☐ Master Zurn
☐ Vice Chancellor Montgomery-Reeves

**Proceeding**

☐ Motion for Def. Judgment    ☐ TRO                   ☐ Settlement Hearing
☐ Motion for Sum. Judgment    ☐ Attorney's Fees       ☐ Bench Ruling
■ Motion To Dismiss           ☐ Office Conference     ☐ Pre-Trial Conference
☐ Post-Trial Oral Argument    ☐ Tele Conf. Scheduling ☐ §347 Mediation
☐ Tele Conf. Status           ☐ Preliminary Injunction

☐ Other: Motion to Intervene; Defendant's Motion to Dismiss or Stay in Favor of Arbitration; Plaintiff's Motion to Expedite

**Reporter**

☐ Neith Ecker            ■ Debi Donnelly
☐ Jeanne Cahill          ☐ Dennel Niezgoda
☐ Juli LaBadia           ☐ Other _____

Notes: Bench ruling. No opposition to Motion to Intervene; motion granted. Case stayed. Referring matter to arbitration. See transcript.

| Plaintiff(s) Attorney(s): | Defendant(s) Attorney(s): | Intervenor Attorney (s): |
|---|---|---|
| Raymond DiCamillo | Donald Wolfe, Jr.* | Michael Hanrahan |
| Gregory Joseph, PHV* | Joseph Petrosinelli, PHV* | Eric Juray |
| Mara Leventhal, PHV | Kenneth Brown, PHV | Michael Carlinsky, PHV |
| Peter Jerdee, PHV | Joseph Terry, PHV | |
| | T. Brad Davey | |
| | J. Matthew Belger | |
| | Michael Barlow | |
| | Sarah Muck, PHV* | |

*Presented arguments.

Court Clerk: Katrina Kruger                    End Time: 3:32 p.m.