# EXHIBIT 2

| | |
|---|---|
| **From:** | Chang, Esther Kim <echang@mofo.com> |
| **Sent:** | Tuesday, July 25, 2017 2:47 PM |
| **To:** | Andrea P Roberts; Edward Takashima; QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)' |
| **Subject:** | RE: Waymo v. Uber: Depostion Scheduling |

Andrea,

We can offer August 24 for the deposition of Bill Gurley.  Mr. Gurley has a busy schedule, so please let us know as soon as possible whether Waymo accepts this date.  Mr. Gurley is holding this date open for now.

Best regards,

Esther
Tel: (415) 268-7562

---

**From:** Chang, Esther Kim
**Sent:** Tuesday, July 25, 2017 1:22 PM
**To:** 'Andrea P Roberts'; Edward Takashima; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo v. Uber: Depostion Scheduling

Andrea,

A couple questions/corrections to your chart:
- Waymo previously agreed to take the deposition of Brian McClendon in Quinn's Redwood Shores office.  That information is not reflected in your chart below.
- Dan Chu was offered and confirmed for 8/24.  You have 8/23 in your chart below.

Please clarify the above two points.

Esther
Tel: (415) 268-7562

---

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Tuesday, July 25, 2017 12:31 PM
**To:** Edward Takashima; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'; 'John Cooper (JCooper@fbm.com)'; 'Matthew Cate (MCate@fbm.com)'
**Subject:** RE: Waymo v. Uber: Depostion Scheduling

- External Email -

Ed,

We will get back to you shortly regarding the offered dates for Schwartz.  We'll proceed with van der Berg on the offered date.

Additionally, below is a list of all of the confirmed deposition dates for party witnesses; in some cases this is the first time we're confirming a date. This also reflects the Josh Fried date that Uber confirmed today. If you see any discrepancies in the table, please let us know.

Please note that, consistent with how we've handled the depositions of apex deponents, John Krafcik's deposition will be in our Redwood Shores office.

What is still outstanding is as follows:

From Defendants
new date for Adam Bentley
new date for Eric Tate
date for Bill Gurley

From Waymo
Michael Epstein date
Jolie Sorge date
David Lawee date
New date for Blaise Gassend
New date for Stacey Sullivan
New date for Christian Lauterbach
Confirmation of Brent Schwartz date provided on 7/25

Confirmed dates are below:

| Witness | Deposition Date | Deposition Location |
|---|---|---|
| Zachary Morriss | 7/26 | MoFo SF |
| Jennifer Haroon | 7/26 | MoFo SF |
| Travis Kalanick | 7/27 | MoFo SF |
| Kristin Gudjonsson | 7/28 | MoFo Palo Alto |
| Emil Michael | 7/28 | QE SF |
| Sam Lenius | 7/28 | MoFo Palo Alto |
| Scott Boehmke | 7/28 | Reed Smith, Pittsburgh |
| Chelsea Bailey | 8/1 | MoFo Palo Alto |
| Brian McClendon | 8/1 | QE SF |
| John Krafcik | 8/2 | QE Redwood Shores |
| Jur van der Berg | 8/2 | QE SF |
| Pierre-Yves Droz | 8/3 | MoFo Palo Alto |
| Meiling Tan | 8/4 | Peninsula preferred |
| Daniel Gruver | 8/4 | QE SF |
| Dmitri Dolgov | 8/8 | Peninsula preferred |
| Gary Brown | 8/8 | NY |
| Gerard Dwyer | 8/9 | Location TBD |
| Jai Krishnan | 8/9 | MoFo SF |
| James Haslim | 8/9 | QE SF |
| Gaetan Pennecot | 8/9 | QE SF |
| Soren Juelsgaard | 8/9 | QE SF |

| Josh Fried | 8/10 | Location TBD |
| --- | --- | --- |
| Bernard Fidric | 8/10 | Location TBD |
| Anthony Levandowski | 8/10 | QE SF |
| Nina Qi | 8/10 | QE SF |
| Cameron Poetzcher | 8/11 | QE SF |
| John Bares | 8/11 | Reed Smith, Pittsburgh |
| Jeff Holden | 8/15 | QE SF |
| Colin Sebern | 8/15 | QE SF |
| Ben Ingram | 8/16 | Location TBD |
| Don Harrison | 8/17 | Peninsula preferred |
| Luke Wachter | 8/18 | MoFo SF |
| Eric Meyhofer | 8/18 | Reed Smith, Pittsburgh |
| Don Burnette | 8/18 | Please indicate preferred location |
| David Drummond | 8/21 | Wilson Sonsini, Palo Alto |
| Daniel Chu | 8/23 | Location TBD |
| Eric Friedberg | 8/24 | Chicago or NY (please advise) |
| Rudy Kim | 8/24 | QE SF |

Thanks,
Andrea


**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Edward Takashima [mailto:etakashima@BSFLLP.com]
**Sent:** Tuesday, July 25, 2017 9:18 AM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'DG-GP Otto Trucking Waymo' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; 'John Cooper (JCooper@fbm.com)' <JCooper@fbm.com>; 'Matthew Cate (MCate@fbm.com)' <MCate@fbm.com>
**Subject:** Waymo v. Uber: Depostion Scheduling

Andrea,

- Jur van den Berg is available on August 2 in SF
- Brent Schwarz is available on August 15 in SF

Please let us know as soon as possible whether Waymo will confirm Mr. van den Berg's date.

- We confirm Josh Fried for August 10.  Please let us know the city for his deposition.

Please also let us know if Waymo can confirm the following outstanding dates:

- Gaetan Pennecot, August 9
- James Haslim, August 9
- Don Burnette, August 18
- Rudy Kim, August 24

Following up on my email of last Friday, please let us know if Ms. Sullivan is available on August 18 instead of August 17.

And finally, per our previous emails, please let us know as soon as Waymo has proposed dates for Blaise Gassend, Christian Lauterbach, David Lawee, Michael Epstein, and Jolie Sorge.

Thanks,

Ed

**Edward H. Takashima**
Partner

BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(t) +1 310 752 2408
(m) +1 213 399 4154
etakashima@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.