UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS**<br><br>Judge:　The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

1

Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

Waymo dismisses its claims for infringement of U.S. Patent No. 9,368,936, except for its claims against the original Fuji firing circuit design, with prejudice;

Waymo dismisses its claims for infringement of the above-listed patent against the original Fuji firing circuit design without prejudice; and

Each party shall bear its own costs and attorneys' fees with respect to the above claims.

**IT IS SO STIPULATED.**

Dated: September 13, 2017     MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
      MICHAEL A. JACOBS

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

Dated: September 13, 2017     GOODWIN PROCTER LLP

By: /s/ Neel Chatterjee
      NEEL CHATTERJEE

Attorneys for Defendant
OTTO TRUCKING, LLC

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

1

| | |
|---|---|
| Dated: September 13, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Charles K. Verhoeven*<br>     CHARLES K. VERHOEVEN |
| | Attorneys for Plaintiff<br>WAYMO LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2017          _____
                                                              The Honorable William Alsup

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles Verhoeven, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs and Neel Chatterjee have concurred in this filing.


Dated: September 13, 2017                          */s/ Charles K. Verhoeven*
                                                   CHARLES K. VERHOEVEN

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

3