QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE #14 AND DEFENDANTS' RESPONSE** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Motion in Limine #14 and supporting materials, as well as certain supporting materials in support of Defendants' Response (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's MIL #14 | Portions highlighted in blue | Defendants |
| Waymo's Ex. 2 | Portions highlighted in green | Waymo |
| Waymo's Ex. 3 | Entire document | Defendants |
| Defendants Ex. 56 | Portions highlighted in red | Waymo |

3. Waymo has filed portions of Waymo's MIL #14 and Waymo's Ex. 3 under seal because they contain information that Defendants have designated confidential. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

4. Portions of Waymo's Ex. 2 and Defendants' Ex. 56 contain or refers to Waymo's asserted trade secrets, which Waymo seeks to seal. I understand that this information is maintained as secret by Waymo (Dkt. 25-47) and is valuable as trade secret to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. Portions of Waymo's Ex. 2 and Defendants' Ex. 56 also contain confidential business information belonging to Waymo, such as discussions regarding Waymo's internal valuations of its business. The public disclosure of this information would give Waymo's competitors access to Waymo's own in-depth analysis of its business, and if such information were made public, I understand that Waymo's

1  competitive standing would be significantly harmed.  Waymo's request to seal is narrowly tailored to
2  only the confidential information.
3      I declare under penalty of perjury under the laws of the State of California that the foregoing is
4  true and correct, and that this declaration was executed in San Francisco, California, on September 13,
5  2017.

By <u>*/s/ Lindsay Cooper*</u>
Lindsay Cooper
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

                 */s/ Charles K. Verhoeven*
                 Charles K. Verhoeven