1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE #14 AND DEFENDANTS' RESPONSE** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Motion in Limine #14 and supporting materials, as well as certain supporting materials in support of Defendants' Response (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's MIL #14 | Portions highlighted in blue | Defendants |
| Waymo's Ex. 2 | Portions highlighted in green | Waymo |
| Waymo's Ex. 3 | Entire document | Defendants |
| Defendants Ex. 56 | Portions highlighted in red | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge