# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4  _____
 5  WAYMO LLC,                              )
 6         Plaintiff,                       )
 7  vs.                                     ) Case No.
 8  UBER TECHNOLOGIES, INC.;                ) 3:17-CV-00939-WHA
 9  OTTOMOTTO LLC; OTTO TRUCKING            )
10  LLC,                                    )
11         Defendants.                      )
    _____)
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14  OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                    PIERRE-YVES DROZ
16                  Palo Alto, California
17                Tuesday, August 22, 2017
18                       Volume I
19
20  Reported by:
21  CATHERINE A. RYAN
22  CMR, CRR, CSR No. 8239
23  Job No. 2685937
24
25  PAGES 1 - 92
```

**Page 30**

```
1    Q   At these -- at these open garages was        14:43:52
2    there someone available to answer questions about
3    how the LiDAR devices worked?
4    A   There was.
5    Q   And who were those people?                    14:43:59
6    A   So in -- I'm sorry.  In Mountain View
7    there was me.
8    Q   And what about in Austin and Phoenix?
9    A   And I think Gill was one of them for --
10   one of the achievements, I think, was the Phoenix  14:44:11
11   event, but I'm not sure, and I'm not sure who was
12   there for the Austin event.
13   Q   Anyone else?
14   A   Not that I know of.
15   Q   Did GBr2 have                ?                 14:44:23
16       MR. JAFFE:  Objection.  Beyond the scope.
17       THE WITNESS:  GBr2 has
18   not anything you can see from looking at the
19   outside, though.  That's for sure.
20   BY MR. CHATTERJEE:                                 14:44:39
21   Q   Are you aware of any public disclosures of
22   the printed circuit boards for any of the LiDAR
23   devices used by Waymo or Google?
24       MR. JAFFE:  Object to form.
25       THE WITNESS:  I'm not aware of any public      14:44:52
```

**Page 31**

```
1    disclosure.                                        14:44:53
2    BY MR. CHATTERJEE:
3    Q   Are you aware of anybody keeping printed
4    circuit boards as momentos when they've either left
5    Waymo or Google or just even as they've continued as  14:45:06
6    employees?
7    A   I'm aware of a few instances there.  None
8    of these were GBr circuit boards, just to make sure.
9    Q   So tell me what those instances are.
10   A   So the -- I know that Gaetan had kept, I        14:45:20
11   guess, a PBR5, and I brought home, like, a PBR5 and
12   a TBR, which had been brought back to -- to Google a
13   few months later.
14   Q   When did you take that momento?
15   A   I think that was -- Anthony was still           14:45:46
16   around because he was the one who told us we could
17   do that.  So it was probably -- I mean, I guess a
18   year and -- two years ago maybe.
19   Q   And why did you bring the TBR board back?
20   A   So that was a -- that was
21                                  .  The -- you know, after
22   Anthony left and things got a bit complicated -- not
23   complicated -- sorry -- that things got -- there was
24   a lot of -- there was a lot of information that
25   Anthony, like, had fed me that I thought was -- that  14:46:27
```

**Page 32**

```
1    I reconsidered at the time, and then having those   14:46:32
2    devices home was more information that I considered
3    as probably not being a good idea.
4    Q   Other than Mr. Levandowski, was anyone
5    else aware of the fact that you had a TBR device at  14:46:47
6    home?
7    A   I'm not sure.  Maybe.  I'm not sure,
8    actually.
9    Q   Would Mr. Urmson have known?
10   A   I don't think he knew.                          14:46:59
11   Q   Or Mr. Salesky?
12   A   I don't think he knew.
13   Q   Other than Mr. Pennecot and you, are you
14   aware of anyone else keeping any momentos, printed
15   circuit boards associated with Google's LiDAR        14:47:11
16   devices?
17       MR. JAFFE:  Object to form.
18       THE WITNESS:  I remember I got Laila maybe
19   at some point, like -- I know she had one at her
20   desk.  I don't know if it ever left Google, though.  14:47:27
21   BY MR. CHATTERJEE:
22   Q   Who is Laila?
23   A   Laila Mattos.
24   Q   And who -- what was her role?
25   A   Project manager.  I think it stayed on her     14:47:36
```

**Page 33**

```
1    desk, but --                                        14:47:39
2    Q   And what -- what device was on her desk?
3    A   A PBR5.
4    Q   Is PBR5 in use today?
5    A   No.                                             14:47:50
6    Q   Why not?
7    A   It was --
8        MR. JAFFE:  Object to form --
9        THE WITNESS:  Sorry.
10       MR. JAFFE:  -- and outside the scope.           14:47:53
11       THE WITNESS:  PBR5 is the much earlier
12   version to the PBR we use today.  It's a very
13   different -- very different capabilities, very
14   different technology, and I think we -- we stopped
15   using it probably, like, three years ago-ish.       14:48:08
16   Something like that.
17       MR. CHATTERJEE:  I'm going to mark this as
18   1826.
19       (Exhibit 1826 was marked for
20        identification by the court reporter.)         14:48:32
21   BY MR. CHATTERJEE:
22   Q   I've marked the document as 1826.  I'm
23   going to give you the physical specimens in a
24   minute.  I just want to have a record of what it is
25   I'm giving you.  These are pictures of each side of  14:48:44
```

Pages 30 to 33

**Page 34**

```
 1   the device that I'm giving you.           14:48:46
 2     A   Okay.
 3     Q   I'm going to hand you the device here, and
 4   you can open the bag and take it out.
 5     A   Yeah.                               14:48:54
 6     Q   Do you recognize these devices, Mr. Droz?
 7     A   Let me look at the identification number
 8   on it.
 9     Q   I can give you a magnifying glass if it
10   would be helpful.                          14:49:12
11         MR. JAFFE:  Has this been made available
12   in discovery?
13         MR. CHATTERJEE:  It is now.
14         MR. JAFFE:  You're just making available
15   that you had devices in discovery?         14:49:17
16         MR. CHATTERJEE:  I just got them.
17         MR. JAFFE:  From where?
18         MR. CHATTERJEE:  Yesterday.  You'll find
19   out soon enough.
20     Q   Go ahead, Mr. Droz.                  14:49:23
21     A   Okay.  So -- sorry.  What is your
22   question?
23     Q   Do you recognize these documents?
24     A   I mean, documents, no, but the boards,
25   yes.                                       14:49:38
```

**Page 35**

```
 1     Q   Okay.  What are those boards?        14:49:38
 2     A   Those boards are early version of the GBr2
 3   transmit boards.
 4     Q   Okay.  If you would look -- you can use
 5   the magnifying glass if it would be helpful.  It's  14:49:47
 6   ▓▓▓▓▓▓▓▓ and then ▓▓▓▓▓▓
 7       Do you see that?
 8     A   Yes, that would be two versions of it.
 9     Q   Now, there's something attached to the
10   side of those.  Do you see those?  Do you know what  14:50:04
11   those are?
12     A   They look like ear- -- like -- I don't
13   know.  I think they look like ear- -- how do you
14   call it?  Like, earring rings.
15     Q   Are you familiar with anyone giving  14:50:16
16   earrings -- giving the printed circuit boards as
17   earrings to someone as a gift?
18     A   No, I'm not.
19     Q   Okay.  And so you're not familiar with
20   Seval Oz?                                  14:50:26
21     A   I'm sorry.  I'm familiar with her, but her
22   having that, I'm totally not familiar with it.
23     Q   So you were not at a -- at a party where
24   they gave these to her as a gift when she left the
25   company?                                   14:50:37
```

**Page 36**

```
 1     A   No, I was not at her goodbye party.  14:50:38
 2     Q   Are you aware of anyone giving her these
 3   as a gift at a going away party?
 4     A   I was totally unaware of that, no.
 5     Q   Okay.  And -- and you were never present  14:50:51
 6   in any of those meetings?
 7     A   The party I was not, no.
 8     Q   You're familiar she left the company?
 9     A   Yeah.
10     Q   Up until today were you aware that Ms. Oz  14:50:58
11   actually had earrings that were the two printed
12   circuit boards of the GBr▓▓▓▓▓?
13     A   No, I just discovered it today.  You just
14   told me, basically.
15     Q   And ▓▓▓▓▓▓                           14:51:12
16       Do you know what the difference is between
17   ▓▓▓▓▓▓▓▓?
18     A   The exact differences, no.  I mean, it's
19   like, a small improvement, better version, hence the
20   different in the output.                   14:51:31
21     Q   But these ones would have the ▓▓▓▓▓▓
22   ▓▓▓▓▓ right?
23     A   It actually doesn't because it doesn't
24   have diodes on it.  This is just bare PCB.
25     Q   It would just have the PCB?          14:51:39
```

**Page 37**

```
 1     A   Yeah, this is just bare PCB.          14:51:40
 2     Q   Now, when I look at those, can I tell that
 3   there are ▓▓▓▓▓▓▓▓▓▓▓▓ on it?
 4     A   Actually, let me rephrase what I just
 5   said.  This one doesn't have diodes.  The left one  14:51:49
 6   does have diodes.
 7     Q   But you can actually see them on there,
 8   right?
 9     A   Yeah.  Can I see?
10     Q   This is the ▓▓▓▓ version, correct?   14:51:56
11     A   Corrected.  Yes.  It does have lasers.
12     Q   And it also has the ▓▓▓▓▓▓▓▓▓▓,
13   right?
14     A   Yes, I couldn't tell you if they're --
15   what size they are, what --                14:52:18
16     Q   Do you know if the size for those ▓▓▓
17   ▓▓▓▓▓▓▓ changed from GBr2 to GBr3?
18     A   I am not sure.  I don't know.  That I
19   don't know.  I know that the ▓▓▓▓▓▓▓▓▓▓▓
20   changed a little bit.  So it's possible that they  14:52:30
21   changed the --
22     Q   Would you be concerned at all that someone
23   gave these to Ms. Oz as a gift when she was leaving
24   her employment --
25     A   Yeah.                                14:52:42
```

**Page 38**

1  Q  -- with Google?                    14:52:42
2  A  Yes.
3  Q  Why?
4  A  Because this is -- this is confidential
5  information. This is our designs. That's not    14:52:47
6  something we should give to someone, especially if
7  someone is leaving the company.
8  Q  Would it surprise you that these earrings
9  were given to her on the Google facilities as a gift
10 before she left?                       14:53:00
11     MR. JAFFE: Object to form.
12     THE WITNESS: So let me put it this way:
13 It would surprise me. If Anthony had done this, it
14 would surprise me less, but that's more just from my
15 knowledge of what --                   14:53:16
16 BY MR. CHATTERJEE:
17 Q  If he hadn't given it to her but someone
18 else had, would that surprise you?
19 A  It would, yes, probably.
20 Q  Where does Ms. Oz work now?         14:53:27
21 A  I'm not sure. I know she was even like --
22 when she left Google, she was getting pretty -- an
23 executive role, maybe CEO of some -- I don't know
24 exactly -- I didn't know Seval that well.
25 Q  Do you know if she's working on        14:53:45

**Page 39**

1  self-driving car technologies?          14:53:47
2  A  I don't -- I don't know if she is.
3  Q  Okay. I can take the earrings back.
4  A  Sure.
5     MR. CHATTERJEE: We'll make them available  14:53:55
6  for inspection whenever you want, Jordan. We'll
7  keep the pictures of the record just so it's clear
8  what it was.
9     THE WITNESS: Sorry.
10    MR. JAFFE: Thank you.              14:54:05
11 BY MR. CHATTERJEE:
12 Q  Are you aware --
13 A  I'm sorry.
14 Q  No. You can hold on to that.
15    Are you aware of any vendors publishing   14:54:12
16 pictures of printed circuit boards made --
17 A  I mean of our circuit boards?
18 Q  Let me ask it more precisely. That's a
19 fair point.
20    Are you aware of any vendors publishing   14:54:27
21 pictures of the printed circuit boards or designs of
22 Google?
23    MR. JAFFE: Object to form.
24 BY MR. CHATTERJEE:
25 Q  For LiDAR devices?                  14:54:36

**Page 40**

1     MR. JAFFE: Same objection.         14:54:36
2     THE WITNESS: I'm not aware of that.
3  BY MR. CHATTERJEE:
4  Q  You're not aware of any instance where a
5  picture of a Google printed circuit board for LiDAR  14:54:41
6  was published in a catalog?
7  A  A picture of -- no.
8  Q  Do you know why Anthony Levandowski was
9  not sued for trade secret misappropriation?
10    MR. JAFFE: Object to form. And     14:55:12
11 objection. Beyond the scope.
12    What topic are we on here?
13    MR. CHATTERJEE: "All measures taken by
14 Google and/or Waymo to protect trade secrets Waymo
15 claims was misappropriated by Otto Trucking."  14:55:21
16 Whether you sued him or not and why falls within
17 that.
18    MR. JAFFE: That is not a question for a
19 fact witness. Is -- that is not within the scope --
20    MR. CHATTERJEE: He's a 30(b)(6) witness.  14:55:30
21 He can answer it. If he doesn't know, he can say he
22 doesn't know.
23    MR. JAFFE: Objection. Beyond the scope.
24 And I'm going to object to form.
25    THE WITNESS: I don't know why.     14:55:38

**Page 41**

1     MR. JAFFE: Oh, and -- I don't think it's  14:55:40
2  problematic given your answer, but I also just want
3  to caution you not to reveal any attorney-client
4  communications.
5  BY MR. CHATTERJEE:                   14:55:48
6  Q  Do you know if Google does anything to
7  ensure compliance by vendors with respect to
8  Google's confidential information associated with
9  its printed circuit boards?
10    MR. JAFFE: Objection. Beyond the scope.  14:56:01
11    THE WITNESS: So I know that we -- you
12 know, from a -- from talking with Tim Willis and
13 seeing how the DSM team works, I know they do
14 inspect the counter facilities. I think one of the
15 thing they check is how the information there is  14:56:17
16 segmented into -- between different projects. I
17 know we have NDAs put in place with vendors and, you
18 know, subcontractors as well.
19 BY MR. CHATTERJEE:
20 Q  Do you know if they do any proactive    14:56:33
21 monitoring to make sure that vendors aren't using
22 the information incorrectly?
23    MR. JAFFE: Objection. Beyond the scope.
24 Form.
25    THE WITNESS: I know we do site visits.  14:56:42

### Page 86

```
 1   BY MR. CHATTERJEE:                         15:48:44
 2       Q   All right.  Do you design printed circuit
 3   boards?
 4       A   I do design PCBs, yes.
 5       Q   And when you design PCBs, do you refer to   15:48:55
 6   parts libraries at all?
 7           MR. JAFFE:  Objection.  Beyond the scope.
 8           THE WITNESS:  Do you mean, like, do I use
 9   the parts libraries that --
10   BY MR. CHATTERJEE:                         15:49:04
11       Q   Correct.
12       A   I do use the -- the Google or Waymo parts
13   libraries.
14       Q   And where do those parts of the parts
15   libraries come from?                       15:49:13
16       A   We make them.  Either I or some -- some
17   other people on the team.
18       Q   And is that information discerned from
19   third-party sources that supply the parts?
20           MR. JAFFE:  Object to form.            15:49:23
21           THE WITNESS:  I mean, the libraries -- we
22   make them.  Like, it's not -- they don't come from
23   third parties.
24   BY MR. CHATTERJEE:
25       Q   So none of the parts that are in that   15:49:29
```

### Page 87

```
 1   parts library are based upon data sheets or    15:49:31
 2   references from a third party?
 3           MR. JAFFE:  Object to form.
 4           THE WITNESS:  They are based on data
 5   sheets, but the actual layouts and the         15:49:37
 6   implementation in the database -- we usually do it
 7   ourselves.
 8   BY MR. CHATTERJEE:
 9       Q   And they're deriven [sic] from the data
10   sheets?                                        15:49:51
11           MR. JAFFE:  Object to form.
12           THE WITNESS:  They usually take the -- you
13   know, if data sheets give a specific footprint to
14   use, then we would use it; otherwise, we come up
15   with our own footprint.                        15:49:58
16   BY MR. CHATTERJEE:
17       Q   If I were to look at a print circuit
18   board, how would I know what originated with a
19   third-party data sheet versus an original design
20   from Google or Waymo?                          15:50:18
21           MR. JAFFE:  Object to form.
22           THE WITNESS:  We don't have specifically a
23   footprint here.  It usually are -- you know, like,
24   most vendors would, you know, like, give you --
25   like, in the data sheet, will give you specific   15:50:27
```

### Page 88

```
 1   footprints for -- as a recommendation for -- for   15:50:29
 2   implementation.  In this case, you know, we -- we
 3   use the recommendation.  It's something that they
 4   give to us.
 5           MR. CHATTERJEE:  I think I'm done with the   15:50:42
 6   30(b)(6).  So we can move to the individual
 7   deposition unless you guys have questions.
 8           MR. JAFFE:  I -- I didn't want to ruin
 9   your flow here, but I need to go back to the little
10   earrings that you put in front of Mr. Droz.    15:50:55
11           Because Mr. Levandowski's deposition is
12   happening right now, did he give you those earrings?
13           MR. CHATTERJEE:  I -- I obtained the
14   earrings.  I don't have to disclose how I got them.
15   I did an investigation.                        15:51:11
16           MR. JAFFE:  Did he point you to the
17   earrings?
18           MR. CHATTERJEE:  I'm not putting this on
19   the record.  We're not discussing this.
20           MR. JAFFE:  He's being deposed right now.    15:51:16
21           MR. CHATTERJEE:  That's fine.
22           MR. JAFFE:  We --
23           MR. CHATTERJEE:  You can do whatever you
24   want.
25           MR. JAFFE:  I'm entitled to the            15:51:20
```

### Page 89

```
 1   opportunity --                                 15:51:22
 2           MR. CHATTERJEE:  We're going off the
 3   record.  When I -- I don't have to disclose my work
 4   product or my investigations.
 5           MR. JAFFE:  Where did they come from?  We    15:51:25
 6   want to depose where they came from.  Tell me --
 7           MR. CHATTERJEE:  They came from Seval Oz.
 8           MR. JAFFE:  And how did you get them so we
 9   can depose that person?
10           MR. CHATTERJEE:  You can talk to Seval Oz.   15:51:33
11           MR. JAFFE:  So you're refusing to tell me
12   how you got them?
13           MR. CHATTERJEE:  It's my work product.  I
14   don't have to disclose how I do my investigations.
15   You want to disclose all your investigations?   15:51:43
16   Because you've waived privilege, and you're still
17   stiffing us on it.
18           MR. JAFFE:  That -- these are completely
19   separate issues.  I'm trying to find out --
20           MR. CHATTERJEE:  They're not separate     15:51:47
21   issues at all.
22           MR. JAFFE:  -- where these came from.
23           Who is the custodian of these?
24           MR. CHATTERJEE:  The custodian of these is
25   Seval Oz.                                       15:51:54
```

```
 1        MR. JAFFE:  Okay.  And --                15:51:55
 2        MR. CHATTERJEE:  And now I am because I
 3   have them.
 4        We're going off the record.  Let's take a
 5   break.                                         15:52:01
 6        MR. JAFFE:  That's fine.  We can go off
 7   the record.
 8        THE VIDEOGRAPHER:  Okay.  We're going off
 9   the record.  The time is 3:52 p.m., and this
10   concludes today's testimony given by Pierre-Yves  15:52:07
11   Droz.  The total number of media used was one and
12   will be retained by Veritext Legal Solutions.
13        (TIME NOTED:  3:52 p.m.)
```
Page 90

```
 1        I, PIERRE-YVES DROZ, do hereby declare
 2   under penalty of perjury that I have read the
 3   foregoing transcript; that I have made any
 4   corrections as appear noted, in ink, initialed by
 5   me, or attached hereto; that my testimony as
 6   contained herein, as corrected, is true and correct.
 7        EXECUTED this _____ day of _____,
 8   2017, at _____, _____.
 9        (City)       (State)
10
11
12
13        _____
14           PIERRE-YVES DROZ
15             VOLUME I
```
Page 91

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12        Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16        I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22        Dated:   8/23/17
23
          <%signature%>
24        Catherine A. Ryan, RMR, CRR
25        CSR No. 8239
```
Page 92