1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br><br>Judge:     The Honorable William Alsup<br>Trial Date: October 10, 2017 |

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 23 ("MIL 23") | Highlighted Portions | Defendants (blue) |
| Exhibit 1 | Entire Document | Defendants |
| Exhibit 2 | Entire Document | Defendants |
| Exhibit 9 | Highlighted Portions | Defendants (blue) |
| Exhibit 11 | Entire Document | Plaintiff |
| Exhibit 15 | Entire Document | Defendants |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Exhibit A to the Declaration of Jeff Nardinelli ("Nardinelli Decl.") | Highlighted Portions | Defendants (blue) |
| Exhibit B to the Nardinelli Decl. | Entire Document | Plaintiff Defendants |
| Exhibit C to the Nardinelli Decl. | Entire Document | Defendants |
| Exhibit D to the Nardinelli Decl. | Entire Document | Defendants |
| Exhibit E to the Nardinelli Decl. | Entire Document | Plaintiff Defendants |
| Exhibit F to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit G to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit H to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge