# EXHIBIT 9

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                        - - -
 5   WAYMO, LLC,                    )
                                    )
 6                   Plaintiff,     )
                                    )
 7           vs.                    ) No. 3:17-CV-00939
                                    )
 8   UBER TECHNOLOGIES; INC.;       )
     OTTOMOTTO, LLC; and OTTO       )
 9   TRUCKING, LLC,                 )
                                    )
10                   Defendants. )
11   _____
12
13       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL
14
15       The videotaped 30(b)(6) deposition of ERIC
     MEYHOFER, called as a witness by the Plaintiff,
16   pursuant to notice and the Federal Rules of Civil
     Procedure pertaining to the taking of depositions,
17   taken before me, the undersigned, Rebecca L. Schnur,
     Notary Public in and for the Commonwealth of
18   Pennsylvania, at the offices of Reed Smith, LLP,
     225 Fifth Avenue, Pittsburgh, Pennsylvania  15222,
19   commencing at 9:20 a.m. on FRIDAY, AUGUST 18, 2017.
20
21
22
23
24   Job No. 2681788B
25   Pages 1 - 259
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | I don't recall. | 14:47:48 |
| 2 | Q.   What did you and Mr. Levandowski discuss | 14:47:50 |
| 3 | during the laser beam pattern sync? | 14:47:52 |
| 4 | A.   I don't recall the meeting. | 14:47:56 |
| 5 | MR. JAFFE:  All right.  This will be | 14:48:29 |
| 6 | Exhibit 894.  It is UBER65221. | 14:48:31 |
| 7 | (Whereupon, Deposition Exhibit 894 was marked | 14:48:39 |
| 8 | for identification.) | 14:48:39 |
| 9 | Q.   This refers to a meeting called "Birdhouse | 14:48:55 |
| 10 | Jam" on February 23, 2017.  Is that right? | 14:48:58 |
| 11 | A.   Yes, it does. | 14:49:07 |
| 12 | Q.   All right.  And if we can go back to | 14:49:09 |
| 13 | Exhibit 886 for a moment -- | 14:49:12 |
| 14 | A.   Yes. | 14:49:20 |
| 15 | Q.   -- what I referred to as the lidar log | 14:49:21 |
| 16 | earlier, if you go to -- it's not on here. | 14:49:25 |
| 17 | What happened at this meeting -- | 14:49:58 |
| 18 | MR. HUME:  Objection.  Outside the scope. | 14:50:00 |
| 19 | Q.   -- Exhibit 844? | 14:50:01 |
| 20 | A.   894? | 14:50:04 |
| 21 | Q.   894.  Excuse me.  Thank you. | 14:50:06 |
| 22 | MR. HUME:  Objection.  Outside the scope. | 14:50:09 |
| 23 | A.   Birdhouse jam was a recurring meeting that TK | 14:50:11 |
| 24 | held, or Travis held.  ███████████████   ████████ | |
| | ███████████████████████████████████ | 14:50:20 |

Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1     ████████████████████████████    █████

      ████████████████████████████    █████

      ███████████████████████      █████

      █████                    14:50:37

5         Birdhouse jam was a strategic jam session    14:50:37

6   where we would get together and talk about ideas on how   14:50:43

7   to bring this technology to scale, ███████████    █████

      ████████████████████████████    █████

      ████████████████████████████    █████

      ████████████████████████████    █████

      ████   ██████████████████████      14:51:12

12     Q.   Did you discuss lidar at these birdhouse jam   14:51:17

13   meetings?                               14:51:21

14     A.   From time to time, Travis would ask me where   14:51:22

15   we were on lidar, yeah.                   14:51:28

16     Q.   Travis would ask -- Travis Kalanick would ask   14:51:29

17   you where you were on lidar?             14:51:33

18     A.   Where I was, yes.                14:51:35

19     Q.   Why would Travis Kalanick, the then CEO of   14:51:36

20   Uber, be asking you about the status of lidar?     14:51:41

21     A.   I mean, he asked me about the status of a   14:51:47

      ███████ as well.  He asked -- it was the time   14:51:52

23   where we got together and talked about the components   14:51:57

24   of the vehicle and how they would --          14:52:00

25     Q.   Lidar was an important component.  Is that   14:52:03

                                       Page 185

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   fair?                                              14:52:05

 2        A.   It was and -- it is an important component.   14:52:06

 3        Q.   It's important enough that the CEO of Uber    14:52:09

 4   was going to ask you about it?                     14:52:12

 5        A.   The CEO of Uber asks me about my dog, too.    14:52:19

 6        Q.   So that doesn't answer my question at all,    14:52:25

 7   not to denigrate your dog at all, but -- lidar is  14:52:27

 8   important enough that the CEO was asking you about it?  14:52:34

 9        MR. HUME:  Objection to form.                 14:52:39

10        A.   Yes.  It is important enough that we discuss  14:52:43

11   it in the jam session, yes.                        14:52:45

12        Q.   And the CEO specifically asked you about it.  14:52:47

13   He raised it.  That's what you said.  Right?       14:52:50

14        A.   We would discuss it, yes.                14:52:53

15        Q.   And Travis Kalanick, the CEO -- then CEO of   14:52:54

16   Uber, he would bring up lidar?                     14:52:58

17        MR. HUME:  Objection to form.  Objection as   14:53:00

18        outside the scope as well.                    14:53:04

19        A.   I don't know, necessarily, if he would bring  14:53:08

20   it up or if I would bring it up, but we would discuss  14:53:09

21   it.  ███████████████████████████     ██████████    14:53:22

     ████████████████████████████████     ██████████

     ██████████████████████████████████               14:53:22

24        Q.   Did Anthony Levandowski ever provide input    14:53:25

25   regarding lidar during these meetings?            14:53:28
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   He would usually defer to me.  He has a sense | 14:53:34 |
| 2 | of optimism when he would discuss schedules or time | 14:53:43 |
| 3 | lines, and he and I wouldn't necessarily agree because | 14:53:47 |
| 4 | I didn't have that optimism.  So Anthony and I would | 14:53:50 |
| 5 | have -- you know, we would discuss it at the same time, | 14:53:54 |
| 6 | yes. | 14:53:56 |
| 7 | Q.   So both you and Anthony Levandowski would | 14:53:57 |
| 8 | discuss lidar with Travis Kalanick at these birdhouse | 14:54:00 |
| 9 | jam meetings.  Is that fair? | 14:54:05 |
| 10 | MR. HUME:  Objection to form. | 14:54:07 |
| 11 | Go ahead. | 14:54:07 |
| 12 | A.   It isn't fair to characterize it that way. | 14:54:08 |
| 13 | That sounds like it's something we would do. | 14:54:12 |
| 14 | It had occurred from time to time.  It wasn't | 14:54:13 |
| 15 | a theme. | 14:54:16 |
| 16 | Q.   Okay.  Well, then, I'll try to state it a | 14:54:18 |
| 17 | different way. | 14:54:20 |
| 18 | From time to time, you, Anthony Levandowski, | 14:54:21 |
| 19 | and Travis Kalanick would discuss lidar at these | 14:54:23 |
| 20 | birdhouse jam meetings? | 14:54:28 |
| 21 | A.   That's right. | 14:54:30 |
| 22 | Q.   Is that fair? | 14:54:30 |
| 23 | A.   Yes. | 14:54:31 |
| 24 | Q.   When did that start? | 14:54:36 |
| 25 | A.   Birdhouse? | 14:54:37 |

Page 187

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        Q.    And these discussions regarding lidar.        14:54:38

 2        A.    I have no -- I don't know.  Birdhouse         14:54:42

 3   meetings were typically late.  They typically ran a     14:54:44

 4   long time, and we did them for quite a while.  And I    14:54:48

 5   have since discontinued doing them because the audience 14:54:55

 6   got too big and it got too scattered.  We started to    14:54:59

 7   talk about things that were just a waste of time.       14:55:04

 8            I don't remember when birdhouse meetings       14:55:12

 9   started, and I ended them probably three months ago,    14:55:14

10   four months ago.                                        14:55:18

11            MR. JAFFE:  All right.  This will be 895,       14:55:21

12        UBER11976.                                          14:55:22

13            (Whereupon, Deposition Exhibit 895 was marked  14:55:27

14        for identification.)                                14:55:27

15        Q.    This is a calendar invite for something      14:55:46

16   called a "Ladar planning meeting."  Do you see that?   14:55:47

17        A.    Uh-huh.                                       14:55:50

18        Q.    What was the Ladar planning meeting?         14:55:51

19        A.    ██████████████████████████████  ████████

     ██████████████████████████████████████████  ████████

     ████████████████████████  ██████████████████  ████████

     ████████████████████████████████████████████  ████████

     ████████████████████████████████████████████  ████████

     ████████████████████████████████████████████  ████████

     ████████████████████████████████████████████  14:56:24
```

Page 188

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      ███████ ███████████████████████        14:56:27

2           I don't know what this meeting was.  That's      14:56:32

3      what I'm guessing, based on this audience.      14:56:35

4           Q.   I hear you guessing.  I want to talk about --      14:56:37

5      I want to take guessing out of this, if that's all      14:56:41

6      right.      14:56:44

7           A.   I don't remember this meeting.      14:56:44

8           Q.   Okay.  So let me ask my question again.  What      14:56:46

9      was the Ladar planning meeting about that's reflected      14:56:50

10     here in Exhibit 895?      14:56:54

11          MR. HUME:  Objection.  Beyond the scope.      14:56:56

12          A.   I don't remember.  It was likely about lidar      14:56:58

13     sim, but I don't recall.      14:57:00

14          Q.   Why was Mr. Levandowski invited to this      14:57:02

15     meeting?      14:57:04

16          A.   I don't remember.      14:57:06

17          Q.   What did Mr. Levandowski contribute to this      14:57:07

18     meeting?      14:57:10

19          A.   I don't remember.      14:57:11

20          MR. JAFFE:  You can put that aside.      14:57:14

21          This will be 896.  It's UBER65164.      14:57:23

22          (Whereupon, Deposition Exhibit 896 was marked      14:57:40

23     for identification.)      14:57:40

24          Q.   Mr. Meyhofer, do you see I've marked as      14:57:48

25     Exhibit 896 a document that reflects a meeting invite      14:57:50

Page 189

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              CERTIFICATE
 2   COMMONWEALTH OF PENNSYLVANIA  )
                                   )
 3   COUNTY OF ALLEGHENY           )
 4
 5        I, Rebecca L. Schnur, do hereby certify that
     before me, a Notary Public in and for the Commonwealth
 6   aforesaid, personally appeared ERIC MEYHOFER, who then
     was by me first duly cautioned and sworn to testify the
 7   truth, the whole truth, and nothing but the truth in
 8   the taking of his oral deposition in the cause
 9   aforesaid; that the testimony then given by him as
     above set forth was by me reduced to stenotype in the
10   presence of said witness, and afterwards transcribed by
     means of computer-aided transcription.
11        I do further certify that this deposition was
     taken at the time and place in the foregoing caption
12   specified.
          I do further certify that I am not a relative,
13   counsel or attorney of either party or otherwise
     interested in the event of this action.
14        IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my seal of office at Pittsburgh,
16   Pennsylvania, on this 21st of August, 2017.
17
18
19
20
21
22   _____
23   Rebecca L. Schnur, RDR, Notary Public
24   In and for the Commonwealth of Pennsylvania
25   My Commission expires June 16, 2021.

                                       Page 259
```