# EXHIBIT 11

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL