# EXHIBIT 15

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL