# EXHIBIT C
# SEALED