# EXHIBIT E
# SEALED