# EXHIBIT G
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6          Plaintiff,
7    vs.                              Case No.
8    UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
9    OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
12   _____/
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF JEFF HOLDEN
17               SAN FRANCISCO, CALIFORNIA
18                TUESDAY, AUGUST 15, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2660984
24
25   PAGES 1 - 341
```

Page 1

| | | | |
|---|---|---|---|
| 1 | Q | ████████████████ | 15:44 |
| 2 | A | ██████████████████████ | 15:44 |
| 3 | ████ | | 15:44 |
| 4 | Q | If you'd turn to page 3 of Exhibit 804. | 15:44 |
| 5 | A | (Witness complies.) | 15:44 |
| 6 | | Okay. | 15:45 |
| 7 | Q | Row 45 in the -- lists you as a recipient, | 15:45 |
| 8 | | and then the "Subjects Discussed" says it's: | 15:45 |
| 9 | | ████████████████████ | 15:45 |
| 10 | | ██████████████████████████ | 15:45 |
| 11 | | ██████████████ | 15:45 |
| 12 | | Do you see that? | 15:45 |
| 13 | A | I do. | 15:45 |
| 14 | Q | Do you recall if you attended ██████ | 15:45 |
| 15 | | ████████████████ | 15:45 |
| 16 | A | I don't.  I mean, it seems like we looked at | 15:45 |
| 17 | | meeting invites and e-mails around those dates. ████ | 15:45 |
| 18 | | ██████████████████████████ | 15:45 |
| 19 | | ██████████████ | 15:45 |
| 20 | Q | Other than what's summarized in e-mails, do | 15:45 |
| 21 | | you have any recollection of what was discussed at any | 15:45 |
| 22 | | meetings on or about those dates? | 15:45 |
| 23 | A | No. | 15:45 |
| 24 | Q | If you'll look down at row 4 -- 46. | 15:45 |
| 25 | A | Yes. | 15:46 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    It lists you as a recipient of an e-mail, and | 15:46 |
| 2 | the "Subject Discussed" is: | 15:46 |
| 3 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 15:46 |
| 4 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 15:46 |
| 5 |      Do you see that? | 15:46 |
| 6 | A    I do. | 15:46 |
| 7 | Q    Do you remember attending ▓▓▓▓▓▓▓▓ | 15:46 |
| 8 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 15:46 |
| 9 | ▓▓ | 15:46 |
| 10 | A    Not in a -- not in a particular meeting. | 15:46 |
| 11 | Q    Do you recall anything specific that was | 15:46 |
| 12 | discussed with Mr. Levandowski regarding ▓▓▓▓▓ | 15:46 |
| 13 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 15:46 |
| 14 | A    There is the one -- there's the one e-mail | 15:46 |
| 15 | that I sent that summarized the meeting.  This is -- | 15:46 |
| 16 | this is based on what you showed me, so I don't -- I | 15:46 |
| 17 | mean, it's just that this is the only thing I | 15:46 |
| 18 | remember, which, you know, said that I had laid out | 15:46 |
| 19 | some initial high-level milestones.  But that's the | 15:46 |
| 20 | only -- I only remember that because you showed it to | 15:46 |
| 21 | me.  I don't remember anything else specific. | 15:46 |
| 22 | Q    Other than what's summarized in the e-mail, | 15:46 |
| 23 | do you have any independent recollection of | 15:46 |
| 24 | discussions of those milestones? | 15:46 |
| 25 | A    No, I don't. | 15:46 |

Page 271

| | | | |
|---|---|---|---|
| 1 | Q | If you'll look down to row 54. | 15:46 |
| 2 | A | Okay. | 15:47 |
| 3 | Q | It describes an e-mail discussing a | 15:47 |
| 4 | January 20th, 2016, meeting with Mr. Levandowski. | | 15:47 |
| 5 | | Do you see that? | 15:47 |
| 6 | A | I do. | 15:47 |
| 7 | Q | Do you recall if you participated in that | 15:47 |
| 8 | meeting? | | 15:47 |
| 9 | A | I don't. | 15:47 |
| 10 | Q | So, is it fair to say you don't recall what | 15:47 |
| 11 | was discussed? | | 15:47 |
| 12 | A | That's fair, yes. | 15:47 |
| 13 | Q | All right. | 15:47 |
| 14 | | If you'd turn to the next page, page 4, | 15:47 |
| 15 | row 66. | | 15:47 |
| 16 | A | Okay. | 15:47 |
| 17 | Q | It lists an e-mail regarding: | 15:47 |
| 18 | | [REDACTED] | 15:47 |
| 19 | | [REDACTED] | 15:47 |
| 20 | | And the date here is January 24th, 2016. | 15:47 |
| 21 | | Do you recall if you attended the meeting | 15:47 |
| 22 | referenced there? | | 15:47 |
| 23 | A | I don't recall. | 15:47 |
| 24 | Q | Is it fair to say then, you don't recall what | 15:48 |
| 25 | was discussed at that meeting? | | 15:48 |

```
1    A    That's fair.                                          15:48
2    Q    If you'll look down to row 69.                        15:48
3    A    Okay.                                                 15:48
4    Q    In the "Subjects Discussed" column, it says:          15:48
5         ███████████████████████████████████████               15:48
6    ████████████████████████████████████████████               15:48
7    ████████████████████████████████████████████               15:48
8    ███████████████████████████                                15:48
9         Do you recall if you participated in the              15:48
10   meeting with Mr. Levandowski and Mr. Poetzscher?           15:48
11   A    I don't recall.                                       15:48
12   Q    And then -- so is it fair to say you don't            15:48
13   know what was discussed?                                   15:48
14   A    That's fair.                                          15:48
15   Q    And do you recall if you participated in the          15:48
16   phone call between Mr. Levandowski and Mr. Kalanick?       15:48
17   A    I don't recall.                                       15:48
18   Q    Do you ever -- do you recall ever being on            15:48
19   any phone calls with just those two?                       15:48
20   A    No.  I mean, I've -- I was in meetings at             15:49
21   various points.  I don't know if we were on the phone      15:49
22   or in person, but nothing specific.                        15:49
23   Q    So, you don't know what was discussed on the          15:49
24   January 25th, 2016, phone call --                          15:49
25   A    I don't.                                              15:49
```

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 1 | Q | -- other than what might be in the summary? | 15:49 |
| 2 | A | No. | 15:49 |
| 3 | Q | If you'll look down at row 74. | 15:49 |
| 4 | A | Okay. | 15:49 |
| 5 | Q | It lists: | 15:49 |
| 6 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:49 |
| 7 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:49 |
| 8 | | ▮▮▮▮▮▮▮▮▮▮ | 15:49 |
| 9 | | Do you see that? | 15:49 |
| 10 | A | Yes. | 15:49 |
| 11 | Q | Did you participate in those meetings? | 15:49 |
| 12 | A | I don't remember. | 15:49 |
| 13 | Q | So, you don't know what was discussed? | 15:49 |
| 14 | A | No. | 15:49 |
| 15 | Q | If you'll look down on page 5, and you look | 15:50 |
| 16 | at row 113. | | 15:50 |
| 17 | A | 113, you said? | 15:50 |
| 18 | Q | Yes. | 15:50 |
| 19 | A | Okay. | 15:50 |
| 20 | Q | This has the date of April 4th, 2016, and it | 15:50 |
| 21 | says: | | 15:50 |
| 22 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:50 |
| 23 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:50 |
| 24 | | Do you see that? | 15:50 |
| 25 | A | I do. | 15:50 |

| | | |
|---|---|---|
| 1 | Q   And I believe we looked earlier at a calendar | 15:50 |
| 2 | invite for that meeting. | 15:50 |
| 3 | ███████████████████████████████ | 15:50 |
| 4 | ████████████████████████████████████ | 15:50 |
| 5 | ██████████████ | 15:50 |
| 6 | A   ███████████████ | 15:50 |
| 7 | Q   If you'd turn to the next page, page 6, | 15:50 |
| 8 | row 115. | 15:50 |
| 9 | A   Okay. | 15:50 |
| 10 | Q   Has the date April 8, 2016, and only your | 15:50 |
| 11 | name is listed there.  And the "Subject Discussed" | 15:51 |
| 12 | says: | 15:51 |
| 13 | ██████████████████████████████ | 15:51 |
| 14 | ████████████████████████████████████ | 15:51 |
| 15 | Do you see that? | 15:51 |
| 16 | A   Yes. | 15:51 |
| 17 | Q   Do you recall that discussion? | 15:51 |
| 18 | A   No.  I'm not really sure this -- are these | 15:51 |
| 19 | all meetings, or what are these entries? | 15:51 |
| 20 | Q   I think some are e-mails referencing | 15:51 |
| 21 | meetings.  This one says -- if you see the -- the | 15:51 |
| 22 | column "Mode of Communication" -- | 15:51 |
| 23 | A   Yeah. | 15:51 |
| 24 | Q   -- for this one, the mode of communication is | 15:51 |
| 25 | listed as one-on-one conversation. | 15:51 |

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 1 | A | What does that mean? | 15:51 |
| 2 | Q | Well, I -- I didn't create this document. | 15:51 |
| 3 | A | Okay. | 15:51 |
| 4 | Q | So, I don't know. | 15:51 |
| 5 | A | I don't know.  I have no idea what this is. | 15:51 |
| 6 | Q | So, you don't know what meet -- what | 15:51 |
| 7 | | one-on-one conversation is being referenced there? | 15:51 |
| 8 | A | No.  I mean, I don't know if that means, | 15:51 |
| 9 | | like, in person, on the phone, if it's just any -- | 15:51 |
| 10 | | yeah, I have no idea what that is, because it's | 15:51 |
| 11 | | versus, like, e-mail, so -- | 15:51 |
| 12 | Q | So -- | 15:51 |
| 13 | A | -- it's confusing. | 15:51 |
| 14 | Q | Sorry. | 15:51 |
| 15 | | So you don't know what was discussed? | 15:51 |
| 16 | A | No. | 15:51 |
| 17 | Q | If you'll look at row 116, which has the same | 15:51 |
| 18 | | date, it says: | 15:52 |
| 19 | | ████████████████████████████████████ | 15:52 |
| 20 | | ████████████████████████████████████████ | 15:52 |
| 21 | | Do you see that? | 15:52 |
| 22 | A | Yes. | 15:52 |
| 23 | Q | Does that appear to be a reference to a | 15:52 |
| 24 | | calendar invite for the one-on-one conversation | 15:52 |
| 25 | | described in row 115? | 15:52 |

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 1 | A | I don't know. | 15:52 |
| 2 | Q | Okay. | 15:52 |
| 3 | | MR. BRILLE: Object to form. | 15:52 |
| 4 | | THE WITNESS: I have no idea. | 15:52 |
| 5 | | MS. ROBERTS: Okay. | 15:52 |
| 6 | Q | If you'll look down on page 7, row 147. | 15:52 |
| 7 | A | (Witness complies.) | 15:52 |
| 8 | | Okay. | 15:52 |
| 9 | Q | This is dated April 27th, 2016? | 15:52 |
| 10 | A | Yeah. | 15:52 |
| 11 | Q | The mode of communication is listed as text | 15:52 |
| 12 | message? | | 15:52 |
| 13 | A | Uh-huh. | 15:52 |
| 14 | Q | And the "Subjects Discussed" is: | 15:52 |
| 15 | | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 15:52 |
| 16 | | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 15:52 |
| 17 | | Do you see that? | 15:52 |
| 18 | A | I do. | 15:52 |
| 19 | Q | Do you recall if you participated in the | 15:52 |
| 20 | meeting referenced there? | | 15:52 |
| 21 | A | I don't. | 15:52 |
| 22 | Q | And so you don't recall what was discussed at | 15:52 |
| 23 | that meeting? | | 15:52 |
| 24 | A | No. | 15:53 |
| 25 | Q | If you'd turn to page 8, row 179. | 15:53 |

Veritext Legal Solutions
866 299-5127