# EXHIBIT 5

Appointment

| | |
|---|---|
| **From**: | Google Calendar [calendar-notification@google.com] |
| **Sent**: | 4/27/2017 8:40:50 PM |
| **To**: | adamk@uber.com |
| **Subject**: | Lunch LiDAR Update |
| **Attachments**: | invite.ics |
| **Location**: | Lunch Tables |
| **Start**: | 12/2/2016 8:00:00 PM |
| **End**: | 12/2/2016 8:30:00 PM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |

**Anthony Levandowski has declined this invitation.**

## Lunch LiDAR Update
Recurring brief weekly overview of LiDAR goals and development. It should keep us all on the same page about what is important and where we are headed.

| | |
|---|---|
| When | Weekly from 12pm to 12:30pm on Friday Pacific Time |
| Where | Lunch Tables (map) |
| Calendar | adamk@uber.com |
| Who | - adamk@uber.com - organizer<br>- robot@uber.com<br>- mike.karasoff@uber.com<br>- dfg@uber.com<br>- james.haslim@uber.com<br>- florin@uber.com<br>- nancy.sun@uber.com<br>- thomas.smith@uber.com |

Invitation from Google Calendar

You are receiving this email at the account adamk@uber.com because you are subscribed for invitation replies on calendar adamk@uber.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.