# EXHIBIT 9

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                         - - -
 5    WAYMO, LLC,                        )
                                         )
 6                   Plaintiff,          )
                                         )
 7           vs.                         ) No. 3:17-CV-00939
                                         )
 8    UBER TECHNOLOGIES; INC.;           )
      OTTOMOTTO, LLC; and OTTO           )
 9    TRUCKING, LLC,                     )
                                         )
10                   Defendants.         )
11    _____
12
13        ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL
14
15        The videotaped 30(b)(6) deposition of ERIC
      MEYHOFER, called as a witness by the Plaintiff,
16    pursuant to notice and the Federal Rules of Civil
      Procedure pertaining to the taking of depositions,
17    taken before me, the undersigned, Rebecca L. Schnur,
      Notary Public in and for the Commonwealth of
18    Pennsylvania, at the offices of Reed Smith, LLP,
      225 Fifth Avenue, Pittsburgh, Pennsylvania  15222,
19    commencing at 9:20 a.m. on FRIDAY, AUGUST 18, 2017.
20
21
22
23
24    Job No. 2681788B
25    Pages 1 - 259
```

Page 1

```
 1              I don't recall.                                    14:47:48
 2        Q.    What did you and Mr. Levandowski discuss            14:47:50
 3   during the laser beam pattern sync?                            14:47:52
 4        A.    I don't recall the meeting.                         14:47:56
 5              MR. JAFFE:  All right.  This will be                14:48:29
 6   Exhibit 894.  It is UBER65221.                                 14:48:31
 7              (Whereupon, Deposition Exhibit 894 was marked       14:48:39
 8        for identification.)                                      14:48:39
 9        Q.    This refers to a meeting called "Birdhouse          14:48:55
10   Jam" on February 23, 2017.  Is that right?                     14:48:58
11        A.    Yes, it does.                                       14:49:07
12        Q.    All right.  And if we can go back to                14:49:09
13   Exhibit 886 for a moment --                                    14:49:12
14        A.    Yes.                                                14:49:20
15        Q.    -- what I referred to as the lidar log              14:49:21
16   earlier, if you go to -- it's not on here.                     14:49:25
17              What happened at this meeting --                    14:49:58
18              MR. HUME:  Objection.  Outside the scope.           14:50:00
19        Q.    -- Exhibit 844?                                     14:50:01
20        A.    894?                                                14:50:04
21        Q.    894.  Excuse me.  Thank you.                        14:50:06
22              MR. HUME:  Objection.  Outside the scope.           14:50:09
23        A.    Birdhouse jam was a recurring meeting that TK       14:50:11
24   held, or Travis held.  ████████████████████)              ████)
     ████)     ████████████████████████████████████████)             14:50:20
```

Page 184

```
 1   ███████████████████████████████████  ████
     ███████████████████████████████████  ████
     █████████████████████████████        ████
     ██████                                        14:50:37
 5          Birdhouse jam was a strategic jam session     14:50:37
 6   where we would get together and talk about ideas on how   14:50:43
 7   to bring this technology to scale, ████████████  ████
     ███████████████████████████         ████
     ████████████████████████████████    ████
     ████████████████████████████████    ████
     ████ ████████████████████████                          14:51:12
12        Q.   Did you discuss lidar at these birdhouse jam   14:51:17
13   meetings?                                               14:51:21
14        A.   From time to time, Travis would ask me where  14:51:22
15   we were on lidar, yeah.                                 14:51:28
16        Q.   Travis would ask -- Travis Kalanick would ask 14:51:29
17   you where you were on lidar?                            14:51:33
18        A.   Where I was, yes.                             14:51:35
19        Q.   Why would Travis Kalanick, the then CEO of    14:51:36
20   Uber, be asking you about the status of lidar?          14:51:41
21        A.   I mean, he asked me about the status of a     14:51:47
22   ██████████) as well.  He asked -- it was the time       14:51:52
23   where we got together and talked about the components   14:51:57
24   of the vehicle and how they would --                    14:52:00
25        Q.   Lidar was an important component.  Is that    14:52:03
```

Page 185

| | | |
|---|---|---|
| 1 | fair? | 14:52:05 |
| 2 | A. It was and -- it is an important component. | 14:52:06 |
| 3 | Q. It's important enough that the CEO of Uber | 14:52:09 |
| 4 | was going to ask you about it? | 14:52:12 |
| 5 | A. The CEO of Uber asks me about my dog, too. | 14:52:19 |
| 6 | Q. So that doesn't answer my question at all, | 14:52:25 |
| 7 | not to denigrate your dog at all, but -- lidar is | 14:52:27 |
| 8 | important enough that the CEO was asking you about it? | 14:52:34 |
| 9 | MR. HUME: Objection to form. | 14:52:39 |
| 10 | A. Yes. It is important enough that we discuss | 14:52:43 |
| 11 | it in the jam session, yes. | 14:52:45 |
| 12 | Q. And the CEO specifically asked you about it. | 14:52:47 |
| 13 | He raised it. That's what you said. Right? | 14:52:50 |
| 14 | A. We would discuss it, yes. | 14:52:53 |
| 15 | Q. And Travis Kalanick, the CEO -- then CEO of | 14:52:54 |
| 16 | Uber, he would bring up lidar? | 14:52:58 |
| 17 | MR. HUME: Objection to form. Objection as | 14:53:00 |
| 18 | outside the scope as well. | 14:53:04 |
| 19 | A. I don't know, necessarily, if he would bring | 14:53:08 |
| 20 | it up or if I would bring it up, but we would discuss | 14:53:09 |
| 21 | it. ████████████████████████ | ███ |
| | ████████████████████████ | ███ |
| | ████████████████ | 14:53:22 |
| 24 | Q. Did Anthony Levandowski ever provide input | 14:53:25 |
| 25 | regarding lidar during these meetings? | 14:53:28 |

Page 186

```
1      A.   He would usually defer to me.  He has a sense        14:53:34
2  of optimism when he would discuss schedules or time           14:53:43
3  lines, and he and I wouldn't necessarily agree because        14:53:47
4  I didn't have that optimism.  So Anthony and I would          14:53:50
5  have -- you know, we would discuss it at the same time,       14:53:54
6  yes.                                                          14:53:56
7      Q.   So both you and Anthony Levandowski would            14:53:57
8  discuss lidar with Travis Kalanick at these birdhouse         14:54:00
9  jam meetings.  Is that fair?                                  14:54:05
10          MR. HUME:  Objection to form.                        14:54:07
11          Go ahead.                                            14:54:07
12     A.   It isn't fair to characterize it that way.           14:54:08
13 That sounds like it's something we would do.                  14:54:12
14          It had occurred from time to time.  It wasn't        14:54:13
15 a theme.                                                      14:54:16
16     Q.   Okay.  Well, then, I'll try to state it a            14:54:18
17 different way.                                                14:54:20
18          From time to time, you, Anthony Levandowski,         14:54:21
19 and Travis Kalanick would discuss lidar at these              14:54:23
20 birdhouse jam meetings?                                       14:54:28
21     A.   That's right.                                        14:54:30
22     Q.   Is that fair?                                        14:54:30
23     A.   Yes.                                                 14:54:31
24     Q.   When did that start?                                 14:54:36
25     A.   Birdhouse?                                           14:54:37
```

Page 187

| | | |
|---|---|---|
| 1 | Q.   And these discussions regarding lidar. | 14:54:38 |
| 2 | A.   I have no -- I don't know.  Birdhouse | 14:54:42 |
| 3 | meetings were typically late.  They typically ran a | 14:54:44 |
| 4 | long time, and we did them for quite a while.  And I | 14:54:48 |
| 5 | have since discontinued doing them because the audience | 14:54:55 |
| 6 | got too big and it got too scattered.  We started to | 14:54:59 |
| 7 | talk about things that were just a waste of time. | 14:55:04 |
| 8 |         I don't remember when birdhouse meetings | 14:55:12 |
| 9 | started, and I ended them probably three months ago, | 14:55:14 |
| 10 | four months ago. | 14:55:18 |
| 11 |         MR. JAFFE:  All right.  This will be 895, | 14:55:21 |
| 12 |     UBER11976. | 14:55:22 |
| 13 |         (Whereupon, Deposition Exhibit 895 was marked | 14:55:27 |
| 14 |     for identification.) | 14:55:27 |
| 15 | Q.   This is a calendar invite for something | 14:55:46 |
| 16 | called a "Ladar planning meeting."  Do you see that? | 14:55:47 |
| 17 | A.   Uh-huh. | 14:55:50 |
| 18 | Q.   What was the Ladar planning meeting? | 14:55:51 |
| 19 | A.   [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | 14:56:24 |

| | | |
|---|---|---|
| 1 | ████████)   ████████████████████) | 14:56:27 |
| 2 |       I don't know what this meeting was.  That's | 14:56:32 |
| 3 | what I'm guessing, based on this audience. | 14:56:35 |
| 4 |     Q.  I hear you guessing.  I want to talk about -- | 14:56:37 |
| 5 | I want to take guessing out of this, if that's all | 14:56:41 |
| 6 | right. | 14:56:44 |
| 7 |     A.  I don't remember this meeting. | 14:56:44 |
| 8 |     Q.  Okay.  So let me ask my question again.  What | 14:56:46 |
| 9 | was the Ladar planning meeting about that's reflected | 14:56:50 |
| 10 | here in Exhibit 895? | 14:56:54 |
| 11 |       MR. HUME:  Objection.  Beyond the scope. | 14:56:56 |
| 12 |     A.  I don't remember.  It was likely about lidar | 14:56:58 |
| 13 | sim, but I don't recall. | 14:57:00 |
| 14 |     Q.  Why was Mr. Levandowski invited to this | 14:57:02 |
| 15 | meeting? | 14:57:04 |
| 16 |     A.  I don't remember. | 14:57:06 |
| 17 |     Q.  What did Mr. Levandowski contribute to this | 14:57:07 |
| 18 | meeting? | 14:57:10 |
| 19 |     A.  I don't remember. | 14:57:11 |
| 20 |       MR. JAFFE:  You can put that aside. | 14:57:14 |
| 21 |       This will be 896.  It's UBER65164. | 14:57:23 |
| 22 |       (Whereupon, Deposition Exhibit 896 was marked | 14:57:40 |
| 23 |    for identification.) | 14:57:40 |
| 24 |     Q.  Mr. Meyhofer, do you see I've marked as | 14:57:48 |
| 25 | Exhibit 896 a document that reflects a meeting invite | 14:57:50 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              CERTIFICATE
 2   COMMONWEALTH OF PENNSYLVANIA  )
                                   )
 3   COUNTY OF ALLEGHENY           )
 4
 5       I, Rebecca L. Schnur, do hereby certify that
     before me, a Notary Public in and for the Commonwealth
 6   aforesaid, personally appeared ERIC MEYHOFER, who then
     was by me first duly cautioned and sworn to testify the
 7   truth, the whole truth, and nothing but the truth in
 8   the taking of his oral deposition in the cause
 9   aforesaid; that the testimony then given by him as
     above set forth was by me reduced to stenotype in the
10   presence of said witness, and afterwards transcribed by
     means of computer-aided transcription.
11       I do further certify that this deposition was
     taken at the time and place in the foregoing caption
12   specified.
         I do further certify that I am not a relative,
13   counsel or attorney of either party or otherwise
     interested in the event of this action.
14       IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my seal of office at Pittsburgh,
16   Pennsylvania, on this 21st of August, 2017.
17
18
19
20
21
                 _Rebecca L. Schnur_
22   _____
23   Rebecca L. Schnur, RDR, Notary Public
24   In and for the Commonwealth of Pennsylvania
25   My Commission expires June 16, 2021.
```

Veritext Legal Solutions
866 299-5127