QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANT UBER'S MOTION IN LIMINE 23** |

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit A is a true and correct copy of transcript excerpts from the Videotaped Deposition of Cameron Poetzscher, taken on June 19, 2017 and filed under seal.

3. Attached as Exhibit B is a true and correct copy of email exchanges between counsel for the parties between from May 20, 2017 through May 24, 2017 regarding discovery issues.

4. Attached as Exhibit C is a true and correct copy of UBER00006471-UBER00006480.

5. Attached as Exhibit D is a true and correct copy of UBER00017083-UBER00017091.

6. Attached as Exhibit E is a true and correct copy of a June 25, 2017 email from Waymo's counsel to Uber's counsel.

7. Attached as Exhibit F is a true and correct copy of transcript excerpts from the FRCP 30(b)(6) deposition of Eric Meyhofer, taken August 18, 2017 and filed under seal.

8. Attached as Exhibit G is a true and correct copy of transcript excerpts from the deposition of Jeff Holden, taken August 15, 2017 and filed under seal.

9. Attached as Exhibit H is a true and correct copy of transcript excerpts from the deposition of Daniel Gruver, taken August 4, 2017 and filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 13, 2017

*/s Jeff Nardinelli*
Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven