# EXHIBIT G
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5    WAYMO LLC,

6          Plaintiff,

7    vs.                          Case No.

8    UBER TECHNOLOGIES, INC.;     3:17-cv-00939-WHA

9    OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11          Defendants.

12   _____/

13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16       VIDEOTAPED DEPOSITION OF JEFF HOLDEN

17            SAN FRANCISCO, CALIFORNIA

18            TUESDAY, AUGUST 15, 2017

19

20

21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22   CSR LICENSE NO. 9830

23   JOB NO. 2660984

24

25   PAGES 1 - 341

                                      Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q ███████████████████ | 15:44 |
| 2 | A ██████████████████████████ | 15:44 |
| 3 | ████ | 15:44 |
| 4 | Q   If you'd turn to page 3 of Exhibit 804. | 15:44 |
| 5 | A   (Witness complies.) | 15:44 |
| 6 | Okay. | 15:45 |
| 7 | Q   Row 45 in the -- lists you as a recipient, | 15:45 |
| 8 | and then the "Subjects Discussed" says it's: | 15:45 |
| 9 | ███████████████████ | 15:45 |
| 10 | █████████████████████████ | 15:45 |
| 11 | █████████████ | 15:45 |
| 12 | Do you see that? | 15:45 |
| 13 | A   I do. | 15:45 |
| 14 | Q   Do you recall if you attended ██████████ | 15:45 |
| 15 | ██████████████████████ | 15:45 |
| 16 | A   I don't.  I mean, it seems like we looked at | 15:45 |
| 17 | meeting invites and e-mails around those dates. ████ | 15:45 |
| 18 | ████████████████████████████ | 15:45 |
| 19 | ██████████ | 15:45 |
| 20 | Q   Other than what's summarized in e-mails, do | 15:45 |
| 21 | you have any recollection of what was discussed at any | 15:45 |
| 22 | meetings on or about those dates? | 15:45 |
| 23 | A   No. | 15:45 |
| 24 | Q   If you'll look down at row 4 -- 46. | 15:45 |
| 25 | A   Yes. | 15:46 |

Page 270

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    It lists you as a recipient of an e-mail, and      15:46
 2    the "Subject Discussed" is:                                 15:46
 3    ████████████████████████████████████████                   15:46
 4    ████████████████████████                                    15:46
 5        Do you see that?                                        15:46
 6        A    I do.                                              15:46
 7        Q    Do you remember attending ███████████             15:46
 8    ████████████████████████████████████████████████           15:46
 9    ████                                                        15:46
10        A    Not in a -- not in a particular meeting.          15:46
11        Q    Do you recall anything specific that was          15:46
12    discussed with Mr. Levandowski regarding ████████           15:46
13    ████████████████                                            15:46
14        A    There is the one -- there's the one e-mail        15:46
15    that I sent that summarized the meeting.  This is --        15:46
16    this is based on what you showed me, so I don't -- I        15:46
17    mean, it's just that this is the only thing I               15:46
18    remember, which, you know, said that I had laid out         15:46
19    some initial high-level milestones.  But that's the        15:46
20    only -- I only remember that because you showed it to       15:46
21    me.  I don't remember anything else specific.               15:46
22        Q    Other than what's summarized in the e-mail,       15:46
23    do you have any independent recollection of                 15:46
24    discussions of those milestones?                            15:46
25        A    No, I don't.                                       15:46
```

Page 271

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    If you'll look down to row 54.          15:46

 2        A    Okay.                                    15:47

 3        Q    It describes an e-mail discussing a      15:47

 4   January 20th, 2016, meeting with Mr. Levandowski.  15:47

 5             Do you see that?                         15:47

 6        A    I do.                                    15:47

 7        Q    Do you recall if you participated in that 15:47

 8   meeting?                                           15:47

 9        A    I don't.                                 15:47

10        Q    So, is it fair to say you don't recall what 15:47

11   was discussed?                                     15:47

12        A    That's fair, yes.                        15:47

13        Q    All right.                               15:47

14             If you'd turn to the next page, page 4,  15:47

15   row 66.                                            15:47

16        A    Okay.                                    15:47

17        Q    It lists an e-mail regarding:            15:47

18   ██████████████████████████████████                15:47

19   ██████████████                                     15:47

20             And the date here is January 24th, 2016. 15:47

21             Do you recall if you attended the meeting 15:47

22   referenced there?                                  15:47

23        A    I don't recall.                          15:47

24        Q    Is it fair to say then, you don't recall what 15:48

25   was discussed at that meeting?                     15:48
```

Page 272

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | That's fair. | 15:48 |
| 2 | Q | If you'll look down to row 69. | 15:48 |
| 3 | A | Okay. | 15:48 |
| 4 | Q | In the "Subjects Discussed" column, it says: | 15:48 |
| 5 | | ██████████████████████████████ | 15:48 |
| 6 | | ██████████████████████████████ | 15:48 |
| 7 | | ██████████████████████████████ | 15:48 |
| 8 | | ████████████████ | 15:48 |
| 9 | | Do you recall if you participated in the | 15:48 |
| 10 | | meeting with Mr. Levandowski and Mr. Poetzscher? | 15:48 |
| 11 | A | I don't recall. | 15:48 |
| 12 | Q | And then -- so is it fair to say you don't | 15:48 |
| 13 | | know what was discussed? | 15:48 |
| 14 | A | That's fair. | 15:48 |
| 15 | Q | And do you recall if you participated in the | 15:48 |
| 16 | | phone call between Mr. Levandowski and Mr. Kalanick? | 15:48 |
| 17 | A | I don't recall. | 15:48 |
| 18 | Q | Do you ever -- do you recall ever being on | 15:48 |
| 19 | | any phone calls with just those two? | 15:48 |
| 20 | A | No.  I mean, I've -- I was in meetings at | 15:49 |
| 21 | | various points.  I don't know if we were on the phone | 15:49 |
| 22 | | or in person, but nothing specific. | 15:49 |
| 23 | Q | So, you don't know what was discussed on the | 15:49 |
| 24 | | January 25th, 2016, phone call -- | 15:49 |
| 25 | A | I don't. | 15:49 |

Page 273

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | Q | -- other than what might be in the summary? | 15:49 |
| 2 | A | No. | 15:49 |
| 3 | Q | If you'll look down at row 74. | 15:49 |
| 4 | A | Okay. | 15:49 |
| 5 | Q | It lists: | 15:49 |
| 6 | | ██████████████████████████ | 15:49 |
| 7 | | ████████████████████████████ | 15:49 |
| 8 | | ████████████████ | 15:49 |
| 9 | | Do you see that? | 15:49 |
| 10 | A | Yes. | 15:49 |
| 11 | Q | Did you participate in those meetings? | 15:49 |
| 12 | A | I don't remember. | 15:49 |
| 13 | Q | So, you don't know what was discussed? | 15:49 |
| 14 | A | No. | 15:49 |
| 15 | Q | If you'll look down on page 5, and you look | 15:50 |
| 16 | | at row 113. | 15:50 |
| 17 | A | 113, you said? | 15:50 |
| 18 | Q | Yes. | 15:50 |
| 19 | A | Okay. | 15:50 |
| 20 | Q | This has the date of April 4th, 2016, and it | 15:50 |
| 21 | | says: | 15:50 |
| 22 | | █████████████████████ | 15:50 |
| 23 | | ██████████████████████████ | 15:50 |
| 24 | | Do you see that? | 15:50 |
| 25 | A | I do. | 15:50 |

Page 274

```
 1      Q    And I believe we looked earlier at a calendar    15:50
 2   invite for that meeting.                                 15:50
 3   ███████████████████████████████████                     15:50
 4   ████████████████████████████████████████████            15:50
 5   ██████████████████                                       15:50
 6      A    ███████████                                      15:50
 7      Q    If you'd turn to the next page, page 6,          15:50
 8   row 115.                                                 15:50
 9      A    Okay.                                            15:50
10      Q    Has the date April 8, 2016, and only your        15:50
11   name is listed there.  And the "Subject Discussed"      15:51
12   says:                                                    15:51
13   ████████████████████████████████████                    15:51
14   ████████████████████████████████████████████            15:51
15           Do you see that?                                 15:51
16      A    Yes.                                             15:51
17      Q    Do you recall that discussion?                   15:51
18      A    No.  I'm not really sure this -- are these       15:51
19   all meetings, or what are these entries?                 15:51
20      Q    I think some are e-mails referencing             15:51
21   meetings.  This one says -- if you see the -- the       15:51
22   column "Mode of Communication" --                       15:51
23      A    Yeah.                                            15:51
24      Q    -- for this one, the mode of communication is   15:51
25   listed as one-on-one conversation.                      15:51
```

Page 275

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1     A    What does that mean?                         15:51

2     Q    Well, I -- I didn't create this document.    15:51

3     A    Okay.                                         15:51

4     Q    So, I don't know.                             15:51

5     A    I don't know.  I have no idea what this is.   15:51

6     Q    So, you don't know what meet -- what         15:51

7   one-on-one conversation is being referenced there?  15:51

8     A    No.  I mean, I don't know if that means,     15:51

9   like, in person, on the phone, if it's just any --  15:51

10  yeah, I have no idea what that is, because it's      15:51

11  versus, like, e-mail, so --                          15:51

12    Q    So --                                         15:51

13    A    -- it's confusing.                            15:51

14    Q    Sorry.                                        15:51

15         So you don't know what was discussed?        15:51

16    A    No.                                           15:51

17    Q    If you'll look at row 116, which has the same 15:51

18  date, it says:                                        15:52

19  ███████████████████████████████████████             15:52

20  ███████████████████████████████████████████         15:52

21         Do you see that?                              15:52

22    A    Yes.                                           15:52

23    Q    Does that appear to be a reference to a       15:52

24  calendar invite for the one-on-one conversation      15:52

25  described in row 115?                                 15:52
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | I don't know. | 15:52 |
| 2 | Q | Okay. | 15:52 |
| 3 | | MR. BRILLE:  Object to form. | 15:52 |
| 4 | | THE WITNESS:  I have no idea. | 15:52 |
| 5 | | MS. ROBERTS:  Okay. | 15:52 |
| 6 | Q | If you'll look down on page 7, row 147. | 15:52 |
| 7 | A | (Witness complies.) | 15:52 |
| 8 | | Okay. | 15:52 |
| 9 | Q | This is dated April 27th, 2016? | 15:52 |
| 10 | A | Yeah. | 15:52 |
| 11 | Q | The mode of communication is listed as text | 15:52 |
| 12 | message? | | 15:52 |
| 13 | A | Uh-huh. | 15:52 |
| 14 | Q | And the "Subjects Discussed" is: | 15:52 |
| 15 | | ███████████████████████ | 15:52 |
| 16 | ███████████████████ | | 15:52 |
| 17 | | Do you see that? | 15:52 |
| 18 | A | I do. | 15:52 |
| 19 | Q | Do you recall if you participated in the | 15:52 |
| 20 | meeting referenced there? | | 15:52 |
| 21 | A | I don't. | 15:52 |
| 22 | Q | And so you don't recall what was discussed at | 15:52 |
| 23 | that meeting? | | 15:52 |
| 24 | A | No. | 15:53 |
| 25 | Q | If you'd turn to page 8, row 179. | 15:53 |

Page 277