QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 16** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 information in its September 16, 2017 Motion *in Limine* No. 16 and exhibits thereto, as well as
3 Defendants' response and exhibits thereto (the "Administrative Motion").
4    Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit A to Waymo's Motion | Portions highlighted in red | Waymo |
| Exhibit F to Waymo's Motion | Portions highlighted in red | Waymo |
| Portions of Otto Trucking's Opposition to Waymo's Motion in Limine No. 16 ("Otto Trucking's Opposition") | Portions highlighted in green | Waymo |
| Exhibit 5 to Otto Trucking's Opposition | Portions in green | Waymo |
| Exhibit 6 to Otto Trucking's Opposition | Portions in green | Waymo |
| Exhibit 7 to Otto Trucking's Opposition | Portion in green | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge