# Exhibit A

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                      )
 6         Plaintiff,                )
 7   vs.                             ) Case No.
 8   UBER TECHNOLOGIES, INC.;        ) 3:17-CV-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING    )
10   LLC,                            )
11         Defendants.               )
     _____)
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                    PIERRE-YVES DROZ
16                 Palo Alto, California
17               Tuesday, August 22, 2017
18                       Volume I
19
20   Reported by:
21   CATHERINE A. RYAN
22   CMR, CRR, CSR No. 8239
23   Job No. 2685937
24
25   PAGES 1 - 92
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    desk, but --                                              14:47:39

2         Q    And what -- what device was on her desk?

3         A    A PBR5.

4         Q    Is PBR5 in use today?

5         A    No.                                             14:47:50

6         Q    Why not?

7         A    It was --

8              MR. JAFFE:  Object to form --

9              THE WITNESS:  Sorry.

10             MR. JAFFE:  -- and outside the scope.           14:47:53

11             THE WITNESS:  PBR5 is the much earlier

12   version to the PBR we use today.  It's a very

13   different -- very different capabilities, very

14   different technology, and I think we -- we stopped

15   using it probably, like, three years ago-ish.             14:48:08

16   Something like that.

17             MR. CHATTERJEE:  I'm going to mark this as

18   1826.

19             (Exhibit 1826 was marked for

20             identification by the court reporter.)          14:48:32

21   BY MR. CHATTERJEE:

22        Q    I've marked the document as 1826.  I'm

23   going to give you the physical specimens in a

24   minute.  I just want to have a record of what it is

25   I'm giving you.  These are pictures of each side of       14:48:44
```

Page 33

```
 1    the device that I'm giving you.                        14:48:46

 2        A    Okay.

 3        Q    I'm going to hand you the device here, and

 4    you can open the bag and take it out.

 5        A    Yeah.                                          14:48:54

 6        Q    Do you recognize these devices, Mr. Droz?

 7        A    Let me look at the identification number

 8    on it.

 9        Q    I can give you a magnifying glass if it

10    would be helpful.                                       14:49:12

11             MR. JAFFE:  Has this been made available

12    in discovery?

13             MR. CHATTERJEE:  It is now.

14             MR. JAFFE:  You're just making available

15    that you had devices in discovery?                      14:49:17

16             MR. CHATTERJEE:  I just got them.

17             MR. JAFFE:  From where?

18             MR. CHATTERJEE:  Yesterday.  You'll find

19    out soon enough.

20        Q    Go ahead, Mr. Droz.                            14:49:23

21        A    Okay.  So -- sorry.  What is your

22    question?

23        Q    Do you recognize these documents?

24        A    I mean, documents, no, but the boards,

25    yes.                                                    14:49:38
```

Page 34

```
 1      Q    Okay.  What are those boards?                    14:49:38
 2      A    Those boards are early version of the GBr2
 3 transmit boards.
 4      Q    Okay.  If you would look -- you can use
 5 the magnifying glass if it would be helpful.  It's          14:49:47
 6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7           Do you see that?
 8      A    Yes, that would be two versions of it.
 9      Q    Now, there's something attached to the
10 side of those.  Do you see those?  Do you know what         14:50:04
11 those are?
12      A    They look like ear- -- like -- I don't
13 know.  I think they look like ear- -- how do you
14 call it?  Like, earring rings.
15      Q    Are you familiar with anyone giving               14:50:16
16 earrings -- giving the printed circuit boards as
17 earrings to someone as a gift?
18      A    No, I'm not.
19      Q    Okay.  And so you're not familiar with
20 Seval Oz?                                                   14:50:26
21      A    I'm sorry.  I'm familiar with her, but her
22 having that, I'm totally not familiar with it.
23      Q    So you were not at a -- at a party where
24 they gave these to her as a gift when she left the
25 company?                                                    14:50:37
```

```
 1      A    No, I was not at her goodbye party.              14:50:38

 2      Q    Are you aware of anyone giving her these

 3  as a gift at a going away party?

 4      A    I was totally unaware of that, no.

 5      Q    Okay.  And -- and you were never present         14:50:51

 6  in any of those meetings?

 7      A    The party I was not, no.

 8      Q    You're familiar she left the company?

 9      A    Yeah.

10      Q    Up until today were you aware that Ms. Oz       14:50:58

11  actually had earrings that were the two printed

12  circuit boards of the GBr ▓▓▓▓▓▓▓

13      A    No, I just discovered it today.  You just

14  told me, basically.

15      Q    And ▓▓▓▓▓▓                                       14:51:12

16           Do you know what the difference is between

17  ▓▓▓▓▓▓▓▓▓▓▓▓

18      A    The exact differences, no.  I mean, it's

19  like, a small improvement, better version, hence the

20  different in the output.                                  14:51:31

21      Q    But these ones would have ▓▓▓▓▓▓▓▓▓▓

22  ▓▓▓▓▓ right?

23      A    It actually doesn't because it doesn't

24  have diodes on it.  This is just bare PCB.

25      Q    It would just have the PCB?                      14:51:39
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A    Yeah, this is just bare PCB. | 14:51:40 |
| 2 | Q    Now, when I look at those, can I tell that | |
| 3 | there are ▮▮▮▮▮▮▮▮▮▮▮▮ on it? | |
| 4 | A    Actually, let me rephrase what I just | |
| 5 | said.  This one doesn't have diodes.  The left one | 14:51:49 |
| 6 | does have diodes. | |
| 7 | Q    But you can actually see them on there, | |
| 8 | right? | |
| 9 | A    Yeah.  Can I see? | |
| 10 | Q    This is the ▮▮▮▮ version, correct? | 14:51:56 |
| 11 | A    Corrected.  Yes.  It does have lasers. | |
| 12 | Q    And it also has ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 13 | right? | |
| 14 | A    Yes, I couldn't tell you if they're -- | |
| 15 | what size they are, what -- | 14:52:18 |
| 16 | Q    Do you know if the size for ▮▮▮▮▮▮ | |
| 17 | ▮▮▮▮▮▮▮▮ changed from GBr2 to GBr3? | |
| 18 | A    I am not sure.  I don't know.  That I | |
| 19 | don't know.  I know that ▮▮▮▮▮▮▮▮▮▮ | |
| 20 | changed a little bit.  So it's possible that they | 14:52:30 |
| 21 | changed the -- | |
| 22 | Q    Would you be concerned at all that someone | |
| 23 | gave these to Ms. Oz as a gift when she was leaving | |
| 24 | her employment -- | |
| 25 | A    Yeah. | 14:52:42 |

Page 37