# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4                    ---oOo---

 5

 6   WAYMO LLC,

 7          Plaintiff,

 8   vs.                          No. 3:17-cv-00939-WHA

 9   UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11          Defendants.

     _____/

12

13

14       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

15

16      VIDEOTAPED DEPOSITION OF WAYMO 30(b)(6)

17               DMITRI DOLGOV

18             PALO ALTO, CALIFORNIA

19            TUESDAY, AUGUST 8, 2017

20

21

22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 2664656

25   Pages 1 - 165
```

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    want to put words in his mouth, but he says ████      ████   10:07
 █    ████████████                                            10:07
 3           How does that --  ████████████████      ████
 █    ████████████████████████████████████████████      ████
 █    ██████                                                 10:08
 6    A    Okay.  I think I understand.                      10:08
 7           So, my interpretation of Sebastian's concern    10:08
 8    here is, ██████████████████████████████      ████
 █    ██████████████████████████████████████      ████
 █    ████████████████████████████████████████      ████
 █    ████████████████████████████                 ████
 █    ██████████████████████████████████           ████
 █    ████████████████████████████████████████     ████
 █    ████████████████████████████████             ████
 █    ████████████████████████████████████████     ████
 █    ██████████████████████████████████           ████
 █    ██████████████████                                    10:09
18    Q    I understand.                                     10:09
19    A    --  ████████████████████                          10:09
20    Q    I understand.  Thank you.                         10:09
21           You see on page '8963, toward the bottom of     10:09
22    the page, in an e-mail dated May 12, 2011, at          10:09
23    10:32 p.m.?                                            10:09
24    A    (Witness complies.)                               10:09
25           I'm sorry.  May 12th.  Yes.                     10:09
```

Page 44

1    Q    And Sebastian Thrun writes:                          10:09

2    ████████████████████████████████                    ████

     ████████████████████████████████████████████████    ████

     ██████████████████████████████████████████████      ████

     ████████████████████████    ████████████  ██         ████

     ██████████████                                        10:09

7         Did the ███████" term that Sebastian Thrun     10:10

8    refers to here eventually -- let me -- let me ask it  10:10

9    this way:  ████████████████████████████████         ████

     ████████████████████████                              10:10

11        MR. JAFFE:  Object to form.                      10:10

12        THE WITNESS:  I think there are a couple of      10:10

13   different interpretations of ████████ as, you know,   10:10

14   evidenced by the same author.                         10:10

15        So, can you clarify what you mean by ██████      10:10

16   here?                                                 10:10

17        MR. LIN:  Sure.                                  10:10

18   Q    The concern that Mr. Thrun had here was with     10:10

19   regards to ████████████████████████████████          ████

     ████████████                                          10:10

21        In this e-mail, he says ████████████████        ████

     ████████████████████████████████████████████████    ████

     ██████████████████████████████████████              ████

     ████████████████████████████████████████████████    ████

     ████████████████████████████████                     10:11

                                                    Page 45

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              CERTIFICATE OF REPORTER

 2

 3        I, ANDREA M. IGNACIO, hereby certify that the

 4   witness in the foregoing deposition was by me duly

     sworn to tell the truth, the whole truth, and nothing

 5   but the truth in the within-entitled cause;

 6        That said deposition was taken in shorthand

 7   by me, a disinterested person, at the time and place

 8   therein stated, and that the testimony of the said

 9   witness was thereafter reduced to typewriting, by

     computer, under my direction and supervision;

10        That before completion of the deposition,

11   review of the transcript [x] was [ ] was not

12   requested.  If requested, any changes made by the

13   deponent (and provided to the reporter) during the

     period allowed are appended hereto.

14        I further certify that I am not of counsel or

15   attorney for either or any of the parties to the said

16   deposition, nor in any way interested in the event of

17   this cause, and that I am not related to any of the

18   parties thereto.

19        Dated: August 9, 2017

20

21

22

23

24        ANDREA M. IGNACIO,

25        RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 165