# EXHIBIT 7

## REDACTED VERSION
## OF DOCUMENT
## SOUGHT TO BE SEALED

# EXHIBIT 7

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                       )
 6           Plaintiff,               )
 7   vs.                              ) Case No.
 8   UBER TECHNOLOGIES, INC.;         ) 3:17-CV-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING     )
10   LLC,                             )
11           Defendants.              )
     _____)
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                    PIERRE-YVES DROZ
16                  Palo Alto, California
17               Tuesday, August 22, 2017
18                       Volume I
19
20   Reported by:
21   CATHERINE A. RYAN
22   CMR, CRR, CSR No. 8239
23   Job No. 2685937
24
25   PAGES 1 - 92
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | desk, but -- | 14:47:39 |
| 2 | Q    And what -- what device was on her desk? | |
| 3 | A    A PBR5. | |
| 4 | Q    Is PBR5 in use today? | |
| 5 | A    No. | 14:47:50 |
| 6 | Q    Why not? | |
| 7 | A    It was -- | |
| 8 | MR. JAFFE:  Object to form -- | |
| 9 | THE WITNESS:  Sorry. | |
| 10 | MR. JAFFE:  -- and outside the scope. | 14:47:53 |
| 11 | THE WITNESS:  PBR5 is the much earlier | |
| 12 | version to the PBR we use today.  It's a very | |
| 13 | different -- very different capabilities, very | |
| 14 | different technology, and I think we -- we stopped | |
| 15 | using it probably, like, three years ago-ish. | 14:48:08 |
| 16 | Something like that. | |
| 17 | MR. CHATTERJEE:  I'm going to mark this as | |
| 18 | 1826. | |
| 19 | (Exhibit 1826 was marked for | |
| 20 | identification by the court reporter.) | 14:48:32 |
| 21 | BY MR. CHATTERJEE: | |
| 22 | Q    I've marked the document as 1826.  I'm | |
| 23 | going to give you the physical specimens in a | |
| 24 | minute.  I just want to have a record of what it is | |
| 25 | I'm giving you.  These are pictures of each side of | 14:48:44 |

Page 33

| | | |
|---|---|---|
| 1 | the device that I'm giving you. | 14:48:46 |
| 2 |     A    Okay. | |
| 3 |     Q    I'm going to hand you the device here, and | |
| 4 | you can open the bag and take it out. | |
| 5 |     A    Yeah. | 14:48:54 |
| 6 |     Q    Do you recognize these devices, Mr. Droz? | |
| 7 |     A    Let me look at the identification number | |
| 8 | on it. | |
| 9 |     Q    I can give you a magnifying glass if it | |
| 10 | would be helpful. | 14:49:12 |
| 11 |     MR. JAFFE:  Has this been made available | |
| 12 | in discovery? | |
| 13 |     MR. CHATTERJEE:  It is now. | |
| 14 |     MR. JAFFE:  You're just making available | |
| 15 | that you had devices in discovery? | 14:49:17 |
| 16 |     MR. CHATTERJEE:  I just got them. | |
| 17 |     MR. JAFFE:  From where? | |
| 18 |     MR. CHATTERJEE:  Yesterday.  You'll find | |
| 19 | out soon enough. | |
| 20 |     Q    Go ahead, Mr. Droz. | 14:49:23 |
| 21 |     A    Okay.  So -- sorry.  What is your | |
| 22 | question? | |
| 23 |     Q    Do you recognize these documents? | |
| 24 |     A    I mean, documents, no, but the boards, | |
| 25 | yes. | 14:49:38 |

Page 34

```
1       Q    Okay.  What are those boards?                    14:49:38
2       A    Those boards are early version of the GBr2
3  transmit boards.
4       Q    Okay.  If you would look -- you can use
5  the magnifying glass if it would be helpful.  It's          14:49:47
6  ████████████████████████████
7       Do you see that?
8       A    Yes, that would be two versions of it.
9       Q    Now, there's something attached to the
10 side of those.  Do you see those?  Do you know what         14:50:04
11 those are?
12      A    They look like ear- -- like -- I don't
13 know.  I think they look like ear- -- how do you
14 call it?  Like, earring rings.
15      Q    Are you familiar with anyone giving              14:50:16
16 earrings -- giving the printed circuit boards as
17 earrings to someone as a gift?
18      A    No, I'm not.
19      Q    Okay.  And so you're not familiar with
20 Seval Oz?                                                   14:50:26
21      A    I'm sorry.  I'm familiar with her, but her
22 having that, I'm totally not familiar with it.
23      Q    So you were not at a -- at a party where
24 they gave these to her as a gift when she left the
25 company?                                                    14:50:37
```

Page 35

```
1      A    No, I was not at her goodbye party.              14:50:38
2      Q    Are you aware of anyone giving her these
3  as a gift at a going away party?
4      A    I was totally unaware of that, no.
5      Q    Okay.  And -- and you were never present         14:50:51
6  in any of those meetings?
7      A    The party I was not, no.
8      Q    You're familiar she left the company?
9      A    Yeah.
10     Q    Up until today were you aware that Ms. Oz        14:50:58
11 actually had earrings that were the two printed
12 circuit boards of the GBr█████████
13     A    No, I just discovered it today.  You just
14 told me, basically.
15     Q    And█████████                                     14:51:12
16          Do you know what the difference is between
17 ████████████████
18     A    The exact differences, no.  I mean, it's
19 like, a small improvement, better version, hence the
20 different in the output.                                  14:51:31
21     Q    But these ones would have ████████████████
22 ████████████████
23     A    It actually doesn't because it doesn't
24 have diodes on it.  This is just bare PCB.
25     Q    It would just have the PCB?                      14:51:39
```

| | | |
|---|---|---|
| 1 | A     Yeah, this is just bare PCB. | 14:51:40 |
| 2 | Q     Now, when I look at those, can I tell that | |
| 3 | there are ███████████████ on it? | |
| 4 | A     Actually, let me rephrase what I just | |
| 5 | said.  This one doesn't have diodes.  The left one | 14:51:49 |
| 6 | does have diodes. | |
| 7 | Q     But you can actually see them on there, | |
| 8 | right? | |
| 9 | A     Yeah.  Can I see? | |
| 10 | Q     This is the ███ version, correct? | 14:51:56 |
| 11 | A     Corrected.  Yes.  It does have lasers. | |
| 12 | Q     And it also has ████████████████ | |
| 13 | right? | |
| 14 | A     Yes, I couldn't tell you if they're -- | |
| 15 | what size they are, what -- | 14:52:18 |
| 16 | Q     Do you know if the size for ██████████ | |
| 17 | ███████████ changed from GBr2 to GBr3? | |
| 18 | A     I am not sure.  I don't know.  That I | |
| 19 | don't know.  I know that ████████████████ | |
| 20 | changed a little bit.  So it's possible that they | 14:52:30 |
| 21 | changed the -- | |
| 22 | Q     Would you be concerned at all that someone | |
| 23 | gave these to Ms. Oz as a gift when she was leaving | |
| 24 | her employment -- | |
| 25 | A     Yeah. | 14:52:42 |

| | | |
|---|---|---|
| 1 | Q    -- with Google? | 14:52:42 |
| 2 | A    Yes. | |
| 3 | Q    Why? | |
| 4 | A    Because this is -- this is confidential | |
| 5 | information.  This is our designs.  That's not | 14:52:47 |
| 6 | something we should give to someone, especially if | |
| 7 | someone is leaving the company. | |
| 8 | Q    Would it surprise you that these earrings | |
| 9 | were given to her on the Google facilities as a gift | |
| 10 | before she left? | 14:53:00 |
| 11 | MR. JAFFE:  Object to form. | |
| 12 | THE WITNESS:  So let me put it this way: | |
| 13 | It would surprise me.  If Anthony had done this, it | |
| 14 | would surprise me less, but that's more just from my | |
| 15 | knowledge of what -- | 14:53:16 |
| 16 | BY MR. CHATTERJEE: | |
| 17 | Q    If he hadn't given it to her but someone | |
| 18 | else had, would that surprise you? | |
| 19 | A    It would, yes, probably. | |
| 20 | Q    Where does Ms. Oz work now? | 14:53:27 |
| 21 | A    I'm not sure.  I know she was even like -- | |
| 22 | when she left Google, she was getting pretty -- an | |
| 23 | executive role, maybe CEO of some -- I don't know | |
| 24 | exactly -- I didn't know Seval that well. | |
| 25 | Q    Do you know if she's working on | 14:53:45 |

| | | |
|---|---|---|
| 1 | self-driving car technologies? | 14:53:47 |
| 2 | A    I don't -- I don't know if she is. | |
| 3 | Q    Okay.  I can take the earrings back. | |
| 4 | A    Sure. | |
| 5 | MR. CHATTERJEE:  We'll make them available | 14:53:55 |
| 6 | for inspection whenever you want, Jordan.  We'll | |
| 7 | keep the pictures of the record just so it's clear | |
| 8 | what it was. | |
| 9 | THE WITNESS:  Sorry. | |
| 10 | MR. JAFFE:  Thank you. | 14:54:05 |
| 11 | BY MR. CHATTERJEE: | |
| 12 | Q    Are you aware -- | |
| 13 | A    I'm sorry. | |
| 14 | Q    No.  You can hold on to that. | |
| 15 | Are you aware of any vendors publishing | 14:54:12 |
| 16 | pictures of printed circuit boards made -- | |
| 17 | A    I mean of our circuit boards? | |
| 18 | Q    Let me ask it more precisely.  That's a | |
| 19 | fair point. | |
| 20 | Are you aware of any vendors publishing | 14:54:27 |
| 21 | pictures of the printed circuit boards or designs of | |
| 22 | Google? | |
| 23 | MR. JAFFE:  Object to form. | |
| 24 | BY MR. CHATTERJEE: | |
| 25 | Q    For LiDAR devices? | 14:54:36 |

Page 39

```
 1         I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4         That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12         Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16          I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22         Dated:    8/23/17

23         _____
                 Catherine A. Ryan
24         Catherine A. Ryan, RMR, CRR
25         CSR No. 8239
```

Page 92