QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF JEFF NARDINELLI IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION *IN LIMINE* NO. 16** |

I, Jeffrey W. Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit A is a true and correct copy of transcript excerpts from Otto Trucking LLC's Videotaped 30(B)(6) Deposition of Pierre-Yves Droz, taken on August 22, 2017.

3. Attached as Exhibit B is a true and correct copy of LEV_005019, containing an excerpt from text messages exchanged between Anthony Levandowski and Seval Oz, and produced by Levandowski's counsel after the parties met and conferred on August 24, 2017.

4. Attached as Exhibit C is a true and correct copy of LEV_005018, containing an excerpt from text messages exchanged between Anthony Levandowski and Seval Oz, and produced by Levandowski's counsel after the parties met and conferred on August 24, 2017.

5. Attached as Exhibit D is a true and correct copy of LEV_005017, containing an excerpt from text messages exchanged between Anthony Levandowski and Seval Oz, and produced by Levandowski's counsel after the parties met and conferred on August 24, 2017.

6. Attached as Exhibit E is a true and correct copy of transcript excerpts from the Video-Recorded Deposition Of Chris Urmson, taken on August 24, 2017.

7. Attached as Exhibit F is a true and correct copy of Defendant Otto Trucking LLC's Objections And Responses To Plaintiff Waymo Llc's Second Set Of Common Interrogatories, filed under seal.

8. Attached as Exhibit G is a true and correct copy of Non-Party Anthony Levandowski's Objections And Responses To Waymo's June 23, 2017 Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action.

9. Attached as Exhibit H is a true and correct copy of Defendant Otto Trucking LLC's Initial Disclosures Pursuant To Federal Rule Of Civil Procedure 26(A)(1).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 13, 2017                */s Jeff Nardinelli*
                                                          Jeff Nardinelli

### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                                                           */s/ Charles K. Verhoeven*
                                                             Charles K. Verhoeven