# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   _____
 5   WAYMO LLC,                          )
 6          Plaintiff,                   )
 7   vs.                                 ) Case No.
 8   UBER TECHNOLOGIES, INC.;            ) 3:17-CV-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING        )
10   LLC,                                )
11          Defendants.                  )
     _____)
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   OTTO TRUCKING LLC'S VIDEOTAPED 30(b)(6) DEPOSITION OF
15                   PIERRE-YVES DROZ
16                 Palo Alto, California
17               Tuesday, August 22, 2017
18                      Volume I
19
20   Reported by:
21   CATHERINE A. RYAN
22   CMR, CRR, CSR No. 8239
23   Job No. 2685937
24
25   PAGES 1 - 92
```

Page 1

```
 1    desk, but --                                              14:47:39

 2         Q    And what -- what device was on her desk?

 3         A    A PBR5.

 4         Q    Is PBR5 in use today?

 5         A    No.                                             14:47:50

 6         Q    Why not?

 7         A    It was --

 8              MR. JAFFE:  Object to form --

 9              THE WITNESS:  Sorry.

10              MR. JAFFE:  -- and outside the scope.           14:47:53

11              THE WITNESS:  PBR5 is the much earlier

12    version to the PBR we use today.  It's a very

13    different -- very different capabilities, very

14    different technology, and I think we -- we stopped

15    using it probably, like, three years ago-ish.             14:48:08

16    Something like that.

17              MR. CHATTERJEE:  I'm going to mark this as

18    1826.

19              (Exhibit 1826 was marked for

20              identification by the court reporter.)          14:48:32

21    BY MR. CHATTERJEE:

22         Q    I've marked the document as 1826.  I'm

23    going to give you the physical specimens in a

24    minute.  I just want to have a record of what it is

25    I'm giving you.  These are pictures of each side of       14:48:44
```

Page 33

```
 1    the device that I'm giving you.                      14:48:46

 2        A    Okay.

 3        Q    I'm going to hand you the device here, and

 4    you can open the bag and take it out.

 5        A    Yeah.                                        14:48:54

 6        Q    Do you recognize these devices, Mr. Droz?

 7        A    Let me look at the identification number

 8    on it.

 9        Q    I can give you a magnifying glass if it

10    would be helpful.                                     14:49:12

11             MR. JAFFE:   Has this been made available

12    in discovery?

13             MR. CHATTERJEE:   It is now.

14             MR. JAFFE:   You're just making available

15    that you had devices in discovery?                    14:49:17

16             MR. CHATTERJEE:   I just got them.

17             MR. JAFFE:   From where?

18             MR. CHATTERJEE:   Yesterday.  You'll find

19    out soon enough.

20        Q    Go ahead, Mr. Droz.                          14:49:23

21        A    Okay.  So -- sorry.  What is your

22    question?

23        Q    Do you recognize these documents?

24        A    I mean, documents, no, but the boards,

25    yes.                                                  14:49:38
```

Page 34

| | | |
|---|---|---|
| 1 | Q    Okay.  What are those boards? | 14:49:38 |
| 2 | A    Those boards are early version of the GBr2 | |
| 3 | transmit boards. | |
| 4 | Q    Okay.  If you would look -- you can use | |
| 5 | the magnifying glass if it would be helpful.  It's | 14:49:47 |
| 6 | ████████████████████████████ | |
| 7 | Do you see that? | |
| 8 | A    Yes, that would be two versions of it. | |
| 9 | Q    Now, there's something attached to the | |
| 10 | side of those.  Do you see those?  Do you know what | 14:50:04 |
| 11 | those are? | |
| 12 | A    They look like ear- -- like -- I don't | |
| 13 | know.  I think they look like ear- -- how do you | |
| 14 | call it?  Like, earring rings. | |
| 15 | Q    Are you familiar with anyone giving | 14:50:16 |
| 16 | earrings -- giving the printed circuit boards as | |
| 17 | earrings to someone as a gift? | |
| 18 | A    No, I'm not. | |
| 19 | Q    Okay.  And so you're not familiar with | |
| 20 | Seval Oz? | 14:50:26 |
| 21 | A    I'm sorry.  I'm familiar with her, but her | |
| 22 | having that, I'm totally not familiar with it. | |
| 23 | Q    So you were not at a -- at a party where | |
| 24 | they gave these to her as a gift when she left the | |
| 25 | company? | 14:50:37 |

| | | |
|---|---|---|
| 1 | A    No, I was not at her goodbye party. | 14:50:38 |
| 2 | Q    Are you aware of anyone giving her these | |
| 3 | as a gift at a going away party? | |
| 4 | A    I was totally unaware of that, no. | |
| 5 | Q    Okay.  And -- and you were never present | 14:50:51 |
| 6 | in any of those meetings? | |
| 7 | A    The party I was not, no. | |
| 8 | Q    You're familiar she left the company? | |
| 9 | A    Yeah. | |
| 10 | Q    Up until today were you aware that Ms. Oz | 14:50:58 |
| 11 | actually had earrings that were the two printed | |
| 12 | circuit boards of the GBr ▇▇▇▇ | |
| 13 | A    No, I just discovered it today.  You just | |
| 14 | told me, basically. | |
| 15 | Q    And ▇▇▇▇ | 14:51:12 |
| 16 |      Do you know what the difference is between | |
| 17 | ▇▇▇▇▇▇ | |
| 18 | A    The exact differences, no.  I mean, it's | |
| 19 | like, a small improvement, better version, hence the | |
| 20 | different in the output. | 14:51:31 |
| 21 | Q    But these ones would have ▇▇▇▇▇ | |
| 22 | ▇▇▇ right? | |
| 23 | A    It actually doesn't because it doesn't | |
| 24 | have diodes on it.  This is just bare PCB. | |
| 25 | Q    It would just have the PCB? | 14:51:39 |

1   A   Yeah, this is just bare PCB.                          14:51:40

2   Q   Now, when I look at those, can I tell that

3   there are ████████████████ on it?

4   A   Actually, let me rephrase what I just

5   said.  This one doesn't have diodes.  The left one         14:51:49

6   does have diodes.

7   Q   But you can actually see them on there,

8   right?

9   A   Yeah.  Can I see?

10  Q   This is the ██████ version, correct?                   14:51:56

11  A   Corrected.  Yes.  It does have lasers.

12  Q   And it also has ████████████████████

13  right?

14  A   Yes, I couldn't tell you if they're --

15  what size they are, what --                                14:52:18

16  Q   Do you know if the size for ████████████

17  ████████████ changed from GBr2 to GBr3?

18  A   I am not sure.  I don't know.  That I

19  don't know.  I know that ████████████████████

20  changed a little bit.  So it's possible that they          14:52:30

21  changed the --

22  Q   Would you be concerned at all that someone

23  gave these to Ms. Oz as a gift when she was leaving

24  her employment --

25  A   Yeah.                                                  14:52:42