# Exhibit B

**SO**

Seval

Sun, Jul 30, 2:41 PM

I'm at Apple until 3:00pm then free if u are around.

> I'm close but not sure I can make it today. What about tomorrow

Tomorrow no good for me. It's ok.

> Can we do evening? I'd at least like to get the ear rings

Heading to Fremont to buy a car and have dinner with friends up there. Tuesday then?

Sun, Jul 30, 4:44 PM

> Tuesday is great. Thanks

I have earrings
So no issues



iMessage

LEV_005019

