# Exhibit C

**Seval**

Mon, Jul 31, 4:51 PM

> What time do you want to meet up tomorrow?

I will be in Fremont area until 7:00 pm tomorrow. Dinner?

> I could meet you in Fremont or do dinner your call. Just want to make sure I don't forget to grab the ear rings

They are in my purse already from wknd. Meet me in Fremont is fine.

> Ok cool, let me know where you are, I'll be driving through there twice tomorrow.
>
> Excited to hear how your new start up is doing!

Excellent!




LEV_005018