# Exhibit E

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6         Plaintiff,
 7
         vs.                    No. 3:17-CV-00939-WHA
 8
 9   UBER TECHNOLOGIES, INC.;
10   OTTOMOTTO LLC; OTTO TRUCKING,
11   INC.,
12         Defendants.
13   _____
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16      VIDEO-RECORDED DEPOSITION OF CHRIS URMSON
17                Palo Alto, California
18                  August 24, 2017
19
20   Reported by:
21   KENNETH T. BRILL
22   CSR NO. 12797
23   Job No. 2678939-A
24
25   PAGES 1 - 278
```

Page 1

```
 1    read in the press.                                      03:01:59
 2        Q.   Okay.  Are there employees at Aurora who       03:02:01
 3    were formerly at Tyto LiDAR or Odin Wave?               03:02:04
 4             MR. SINGER:  Hold on.  That question is        03:02:09
 5    not allowed.  The only questions allowed of Aurora,     03:02:10
 6    period, are how many Waymo employees they've hired      03:02:13
 7    and if they told Mr. Urmson their reasons for           03:02:17
 8    leaving, what they said.                                03:02:21
 9    BY MR. LIN:                                             03:02:26
10        Q.   Okay.  I'll strike that question.              03:02:30
11             And just to move on to one last thing I --     03:02:38
12    small topic I was hoping that maybe we can discuss,     03:02:43
13    have you heard of the name Seval Oz?                    03:02:47
14        A.   Seval?                                         03:02:54
15        Q.   Yes, Seval.  I apologize.                      03:02:55
16        A.   Yes.                                           03:02:57
17        Q.   Who is Seval Oz?                               03:02:58
18             MR. SINGER:  Is that an Aurora employee?       03:03:01
19             THE WITNESS:  This is not an Aurora            03:03:03
20    employee.                                               03:03:06
21             MR. SINGER:  Okay.                             03:03:07
22             THE WITNESS:  No.  No, no.                     03:03:08
23             She's the sister of Dr. Oz and a former        03:03:09
24    Google self-driving car company employee, and she      03:03:15
25    had some role with a Continental business unit.         03:03:20
```

Page 273

```
 1   BY MR. LIN:                                              03:03:24
 2        Q.   What is the Continental business unit?         03:03:25
 3        A.   They're a tier one automotive supplier,        03:03:28
 4   Continental.  They had a business unit, I think it       03:03:31
 5   was connected cars.                                      03:03:33
 6        Q.   And she's no longer with Google?               03:03:35
 7        A.   No, she's no longer with Google.               03:03:37
 8        Q.   Do you know where she is now?                  03:03:40
 9        A.   The last I knew she was at Continental.  I     03:03:41
10   think somebody sent me a reference request that she      03:03:44
11   may be raising money for a new start-up.  I don't        03:03:48
12   know.                                                    03:03:51
13        Q.   Okay.  Do you know whether or not if           03:03:51
14   Anthony Levandowski had solicited Seval Oz to leave      03:03:54
15   Google?                                                  03:04:00
16        A.   I have no idea.                                03:04:01
17        Q.   Okay.  Do you know that Seval Oz was given     03:04:02
18   printed circuit board earrings when she left Google?     03:04:07
19             MR. SINGER:  Objection, form.                  03:04:12
20             Printed circuit what?                          03:04:12
21   BY MR. LIN:                                              03:04:15
22        Q.   Printed circuit board earrings?                03:04:15
23        A.   Seval left Google several years before         03:04:19
24   Anthony did.                                             03:04:21
25             No, I was not aware that she had been          03:04:22
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | given circuit board earrings. | 03:04:25 |
| 2 | Q.  Why did Seval Oz leave Google? | 03:04:30 |
| 3 | A.  She did not perform in her job.  I asked | 03:04:34 |
| 4 | her to leave. | 03:04:36 |
| 5 | Q.  You fired her? | 03:04:37 |
| 6 | A.  Yes.  It's possible I didn't actually fire | 03:04:38 |
| 7 | her, but I was certainly involved in the process of | 03:04:46 |
| 8 | her being fired. | 03:04:48 |
| 9 | Q.  What time frame was that? | 03:04:49 |
| 10 | A.  I don't know.  2013, 2014. | 03:04:51 |
| 11 | Q.  Okay. | 03:04:56 |
| 12 | MR. LIN:  Counsel, I have no further | 03:04:58 |
| 13 | questions. | 03:04:59 |
| 14 | THE WITNESS:  And sorry, may I just | 03:05:00 |
| 15 | clarify? | 03:05:01 |
| 16 | BY MR. LIN: | 03:05:02 |
| 17 | Q.  Sure. | 03:05:03 |
| 18 | A.  It is possible that we didn't actually | 03:05:03 |
| 19 | fire her, that we had a fork-in-the-road | 03:05:05 |
| 20 | conversation and that she -- now that I think about | 03:05:08 |
| 21 | it, almost certainly she left with severance as | 03:05:10 |
| 22 | opposed to being fired. | 03:05:13 |
| 23 | Q.  I understand. | 03:05:15 |
| 24 | And this is within that 2013 time frame | 03:05:15 |
| 25 | that you were talking about? | 03:05:17 |

Page 275

```
 1         A.   I don't know that -- I don't know which      03:05:18

 2   year it was in, but some point in 2013, 2014.           03:05:20

 3         Q.   Okay.                                        03:05:23

 4              MR. LIN:  Thank you.                         03:05:25

 5              THE WITNESS:  Welcome.                       03:05:26

 6              MR. LIN:  Counsel, earlier on in the         03:05:27

 7   deposition, Mr. Urmson mentioned that he had seen       03:05:28

 8   documents that recollected -- or helped refresh his     03:05:30

 9   memory.  Would you be able to provide those             03:05:34

10   documents?                                              03:05:37

11              MR. SINGER:  Yeah, they're in our exhibit    03:05:37

12   stack here.                                             03:05:39

13              MR. LIN:  Okay.                              03:05:40

14              MR. SINGER:  I'll point them out to you      03:05:41

15   guys.                                                   03:05:42

16              MR. LIN:  Great.  Thank you.                 03:05:43

17              THE VIDEOGRAPHER:  Okay.  We are off         03:05:44

18   record at 3:06 p.m.  This concludes today's             03:05:45

19   testimony given by Chris Urmson.  Media will be         03:05:48

20   retained by Veritext Legal Solutions.  Thank you.       03:05:51

21              MR. LIN:  Thank you.                         03:05:55

22              (Whereupon, the deposition was

23         adjourned at 3:06 p.m.)

24

25
```