Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF NEEL CHATTERJEE ISO OTTO TRUCKING LLC'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 16**<br><br>Hearing Date:　September 20, 2017<br>Hearing Time:　8:00 a.m.<br>Courtroom:　　8 (19th Floor)<br>Judge:　　　　The Honorable William Alsup<br><br>Trial:　　　　　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Opposition<br>2. Gruver Declaration |

# DECLARATION OF NEEL CHATTERJEE

I, I. Neel Chatterjee, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for the Defendant Otto Trucking LLC ("Otto Trucking") in the above entitled action. Except where noted herein, I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the LinkedIn profile of Seval Oz.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Plaintiff Waymo's Supplemental Objections and Responses to Otto Trucking LLC's Interrogatory Nos. 1-9 dated August 24, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email sent by Hong-An Vu to counsel of record for all parties dated August 10, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email sent by Hong-An Vu to counsel of record for all parties dated August 12, 2017.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Michael Xing dated August 17, 2017.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Dmitri Dolgov dated August 8, 2017.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Otto Trucking LLC's 30(b)(6) deposition of Pierre Yves-Droz dated August 22, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of September, 2017 at Menlo Park, California.

          /s/ Neel Chatterjee
          Neel Chatterjee

1

DECLARATION OF NEEL CHATTERJEE ISO OTTO TRUCKING'S OPPOSITION TO
PLAINTIFF'S MOTION *IN LIMINE* NO. 16        Case No. 3:17-CV-00939-WHA

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Street, 28th Floor, San Francisco, California 94111.

On **September 13, 2017**, I electronically served the following document, and all attachments thereto, on the persons below as follows:

**DECLARATION OF NEEL CHATTERJEE ISO OTTO TRUCKING LLC'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 16**

| | |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>QE-Waymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100<br>QE-Waymo@quinnemanuel.com |
| Michelle W. Fox<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 011.61.2.9146.3500<br>michellefox@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811<br>lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>UberWaymoMoFoAttorneys@mofo.com |

2

DECLARATION OF NEEL CHATTERJEE ISO OTTO TRUCKING'S OPPOSITION TO
PLAINTIFF'S MOTION *IN LIMINE* NO. 16                                          Case No. 3:17-CV-00939-WHA

| | | |
|---|---|---|
| 1 | Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | 2000 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Telephone: 202.887.1500<br>Facsimile: 202.887.0763 |
| 3 | | UberWaymoMoFoAttorneys@mofo.com |
| 4 | Rudolph Kim<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 5 | 755 Page Mill Road<br>Palo Alto, CA  94304 | Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 6 | | UberWaymoMoFoAttorneys@mofo.com |
| 7 | Wendy Joy Ray<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 8 | 707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017 | Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 9 | | UberWaymoMoFoAttorneys@mofo.com |
| 10 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 11 | 401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Telephone: 310.752.2400<br>Facsimile: 310.752.2490 |
| 12 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 13 | Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 14 | 435 Tasso Street, Suite 205<br>Palo Alto, CA 94301 | Telephone: 650.445.6400<br>Facsimile: 650.329.8507 |
| 15 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 16 | Hamish Hume<br>Jessica E Phillips | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 17 | Karen Leah Dunn<br>Kyle N. Smith | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 |
| 18 | Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 19 | 1401 New York Ave., NW<br>Washington, DC 20005 | |
| 20 | John P. Lahad | Counsel for Defendants: *Uber Technologies Inc.* |
| 21 | Joseph S. Grinstein<br>SUSMAN GODFREY LLP | and *Ottomotto LLC*<br>Telephone: 713.653.7859 |
| 22 | 1000 Louisiana Street, Suite 5100<br>Houston, TX  77002 | Uber-sg@lists.susmangodfrey.com |
| 23 | William Christopher Carmody | Counsel for Defendants: *Uber Technologies Inc.* |
| 24 | Shawn J. Rabin<br>Cory Buland | and *Ottomotto LLC*<br>Telephone: 212.336.8330 |
| 25 | Halley W. Josephs<br>Ian M. Gore | Uber-sg@lists.susmangodfrey.com |
| 26 | SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor | |
| 27 | New York, NY  10019 | |
| 2 | | |

3

DECLARATION OF NEEL CHATTERJEE ISO OTTO TRUCKING'S OPPOSITION TO
PLAINTIFF'S MOTION *IN LIMINE* NO. 16                                   Case No. 3:17-CV-00939-WHA

| | |
|---|---|
| Genevieve Vose Wallace<br>Matthew R. Berry<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 206.516.3836<br>Facsimile:<br>Uber-sg@lists.susmangodfrey.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 | Appointed by Court as: *Special Master*<br>Telephone: 415.954.4410<br>Facsimile: 415.954.4480<br>jcooper@fbm.com |

☐ (MAIL).  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 13, 2017,** at San Francisco, California.

| | |
|---|---|
| Hayes P. Hyde | /s/ Hayes P. Hyde |
| (Type or print name) | (Signature) |

4

DECLARATION OF NEEL CHATTERJEE ISO OTTO TRUCKING'S OPPOSITION TO
PLAINTIFF'S MOTION *IN LIMINE* NO. 16                                                              Case No. 3:17-CV-00939-WHA