Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF DANIEL GRUVER**<br><br>Courtroom:   8 - 19th Floor<br>Judge:       Hon. William Alsup |

# DECLARATION OF DANIEL GRUVER

I, Daniel Gruver, declare as follows:

1. I am an employee of Uber Technologies, Inc. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. From November 2011 to January 2016, I was an employee of Google, Inc. working as a technical program manager on the LiDAR team for Project Chauffeur.

3. Seval Oz was an employee of Google and a team member of Chauffeur. She was not a member of the LiDAR team and was more involved in the business side of Chauffeur.

4. I was responsible for attaching lasers to printed circuit boards for GBR2 devices.

5. These printed circuit boards were not stored in any locked or secured location, but were available in many places throughout the Chauffeur office. For example, I had many printed circuit boards on my desk, which was located in a common area where the desks of other employees—some on the LiDAR team and others who were not—were also located.

6. In or around 2012 or 2013, the Chauffeur team had some extra printed circuit boards of GBr2 devices.

7. I remember Ms. Oz suggesting these boards could make good earrings because of their gold metallization and the way light reflected off the laser dies.

8. I do not recall anyone expressing concern about Ms. Oz receiving or having possession of one or more of the printed circuit boards.

9. I also do not recall anyone expressing concerns about Chauffeur employees in general relocating or taking possession of the printed circuit boards.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of September, 2017, in San Francisco, California.

/s/ DANIEL GRUVER

ACTIVE/92555314.3
DECLARATION OF DANIEL GRUVER

1

Case No. 3:17-cv-00939-WHA

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Street, 28th Floor, San Francisco, California 94111.

On **September 13, 2017**, I electronically served the following document on the persons below as follows:

**DECLARATION OF DANIEL GRUVER**

| | |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>QE-Waymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100<br>QE-Waymo@quinnemanuel.com |
| Michelle W. Fox<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 011.61.2.9146.3500<br>michellefox@quinnemanuel.com |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Counsel for Plaintiff: *Waymo LLC*<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811<br>lcunningham@wsgr.com |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>UberWaymoMoFoAttorneys@mofo.com |

| | | |
|---|---|---|
| 1 | Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | 2000 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Telephone: 202.887.1500<br>Facsimile: 202.887.0763 |
| 3 | | UberWaymoMoFoAttorneys@mofo.com |
| 4 | Rudolph Kim<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 5 | 755 Page Mill Road<br>Palo Alto, CA  94304 | Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 6 | | UberWaymoMoFoAttorneys@mofo.com |
| 7 | Wendy Joy Ray<br>MORRISON & FOERSTER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 8 | 707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017 | Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 9 | | UberWaymoMoFoAttorneys@mofo.com |
| 10 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 11 | 401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Telephone: 310.752.2400<br>Facsimile: 310.752.2490 |
| 12 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 13 | Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 14 | 435 Tasso Street, Suite 205<br>Palo Alto, CA 94301 | Telephone: 650.445.6400<br>Facsimile: 650.329.8507 |
| 15 | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 16 | Hamish Hume<br>Jessica E Phillips | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 17 | Karen Leah Dunn<br>Kyle N. Smith | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 |
| 18 | Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 19 | 1401 New York Ave., NW<br>Washington, DC 20005 | |
| 20 | John P. Lahad | Counsel for Defendants: *Uber Technologies Inc.* |
| 21 | Joseph S. Grinstein<br>SUSMAN GODFREY LLP | and *Ottomotto LLC*<br>Telephone: 713.653.7859 |
| 22 | 1000 Louisiana Street, Suite 5100<br>Houston, TX  77002 | Uber-sg@lists.susmangodfrey.com |
| 23 | William Christopher Carmody | Counsel for Defendants: *Uber Technologies Inc.* |
| 24 | Shawn J. Rabin<br>Cory Buland | and *Ottomotto LLC*<br>Telephone: 212.336.8330 |
| 25 | Halley W. Josephs<br>Ian M. Gore | Uber-sg@lists.susmangodfrey.com |
| 26 | SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor | |
| 27 | New York, NY  10019 | |
| 28 | | |

ACTIVE/92555314.3     2

DECLARATION OF DANIEL GRUVER     Case No. 3:17-cv-00939-WHA

| | | |
|---|---|---|
| 1 | Genevieve Vose Wallace<br>Matthew R. Berry | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800 | Telephone: 206.516.3836<br>Facsimile: |
| 3 | Seattle, WA  98101 | Uber-sg@lists.susmangodfrey.com |
| 4 | John L. Cooper | Appointed by Court as: *Special Master* |
| 5 | FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor | Telephone: 415.954.4410<br>Facsimile: 415.954.4480 |
| | San Francisco, CA  94104 | jcooper@fbm.com |

☐ (MAIL). I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 13, 2017,** at San Francisco, California.

| Hayes P. Hyde | /s/ Hayes P. Hyde |
|---|---|
| (Type or print name) | (Signature) |