# Exhibit 1



Contact and Personal Info

Seval's Profile and Websites

Show more ⌄



## Seval's Activity

3,353 followers

**+ Follow**

Samsung secures self-driving-car testing permit for California roads
Seval liked

https://lnkd.in/eyar8Jp Sequoia Capital doing an awesome job with its women entrepreneur mentorship program. Those of us who are privileged to be in a leadership role in life need to carry the
Seval shared this

Automotive Radar Market size, share, analysis Report, 2024 | Hexa Research
Seval shared this

See all activity

People Also Viewed

Tammer Zein • 3rd
VP & Chief Operations Officer at Continental Intelligent Transportation Systems

Luca Delgrossi • 3rd
Autonomous Driving • Robotics • AI • V2X (hiring now)

Bibhrajit Halder • 3rd
Working on self driving software

Eren Ozmen • 3rd
President, Sierra Nevada Corporation

Akhtar Jameel • 3rd
Founder of TapResearch and Wheelz

Kathy Winter • 3rd
VP & GM, Automated Driving Solutions Division

Varun Sood • 3rd
Principal Software Engineer - IoT

Aysegul Ildeniz • 3rd
COO at Silver Spring Networks

John Krafcik • 3rd
CEO, Waymo

Jeremy McClain • 3rd
Director, Systems & Technology North America at Continental

Learn the skills Seval has

Digital Citizenship
Viewers: 8,607

Mobile Marketing Foundations
Viewers: 45,088

Affiliate Marketing: Advertising
Viewers: 10,490

See more courses



## Experience

**CEO**
Aurima, Inc.
May 2017 – Present • 5 mos
Mountain View, CA

Developing a multi-sensor awareness platform powered by AI deep learning for autonomous vehicles.
https://aurima.ai

Media (1)

Google will invest in AI startups and send
its engineers to help them out for…

**CEO**
Continental Intelligent Transportation Systems, Division of Continental AG
Aug 2014 – 2017 • 3 yrs
San Francisco Bay Area

**Google[x] - Self Driving Cars-Head of Global Partnerships and Business Development**
Google
Mar 2011 – Aug 2014 • 3 yrs 6 mos
Mountain View

Head of Global Strategic partnerships for Google[x]'s Self Driving Cars Program.

Media (1)

Google X - Wikipedia,
the free encyclopedia

**VP Business Development and Finance**
Cuil
Jan 2009 – Jan 2011 • 2 yrs 1 mo

In charge of all business development and funding for the company.

## Education

University of Pennsylvania - The Wharton School, M.I.T., Wellesley College

University of Pennsylvania - The Wharton School
MBA, Finance

Promoted

Microservice Architecture
Learn best practices for microservices architecture and implementation

112 New CA Clients
112 new legal clients seeking a CA attorney. View their cases today.

No GRE/LSAT Required
Online Master of Legal Studies in 1 year from WashU.

See more education ⌄

## Featured Skills & Endorsements

Mobile Devices · 70
Endorsed by Roger C. Lanctot and 3 others who are highly skilled at this
Endorsed by 4 of Seval's colleagues at Google

Strategic Partner... · 66
Endorsed by Chris Abate and 5 others who are highly skilled at this
Endorsed by 5 of Seval's colleagues at Google

Business Develop... · 60
Endorsed by Robert Sepanloo and 2 others who are highly skilled at this
Endorsed by 4 of Seval's colleagues at Google

View 26 more ⌄

## Accomplishments

3 Languages
French · Spanish · Turkish

1 Publication
MIT Technology Review, Automotive News

## Interests



Alan Gershenhorn
Chief Commercial Officer at UPS
41,280 followers

ClickZ Live
23,153 members

Telecom, Mobile Apps & Payment...
95,987 members

Self Driving Cars
13,999 members

Continental
260,735 followers

Harvard Business Review
1,445,051 members

See all

Messaging