# *EXHIBIT 6*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

*EXHIBIT 6*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4                       ---oOo---
5
6   WAYMO LLC,
7         Plaintiff,
8   vs.                           No. 3:17-cv-00939-WHA
9   UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11        Defendants.
    _____/
12
13
14       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
15
16        VIDEOTAPED DEPOSITION OF WAYMO 30(b)(6)
17                   DMITRI DOLGOV
18               PALO ALTO, CALIFORNIA
19              TUESDAY, AUGUST 8, 2017
20
21
22  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23  CSR LICENSE NO. 9830
24  JOB NO. 2664656
25  Pages 1 - 165
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    want to put words in his mouth, but he says  ████    ████
2    ████████████████                                     10:07
3            How does that -- ████████████████████  ████
     ████████████████████████████████████████████  ████
     ████████                                             10:08
6       A   Okay.  I think I understand.                  10:08
7            So, my interpretation of Sebastian's concern 10:08
8    here is, ████████████████████████████████  ████
     ████████████████████████████████████████████  ████
     ████████████████████████████████████  ████
     ████████████████████████████  ████
           ████████████████████████████████  ████
     ████████████████████████████████████████████  ████
     ████████████████████████████████████  ████
     ████████████████████████████████████████  ████
     ████████████████████████████████████████  ████
     ████████████████████                                 10:09
18      Q   I understand.                                 10:09
19      A   -- ████████████████████████                   10:09
20      Q   I understand.  Thank you.                     10:09
21           You see on page '8963, toward the bottom of  10:09
22   the page, in an e-mail dated May 12, 2011, at        10:09
23   10:32 p.m.?                                          10:09
24      A   (Witness complies.)                           10:09
25           I'm sorry.  May 12th.  Yes.                  10:09
```

Page 44

```
1    Q    And Sebastian Thrun writes:                          10:09
2         ████████████████████████████████████████             ██
     ████████████████████████████████████████████████████████  ██
     ████████████████████████████████████████████████████████  ██
     ████████████████████████████████  ████████████  ██  ████  ██
     ████████████                                              10:09
7         Did the ████████" term that Sebastian Thrun          10:10
8    refers to here eventually -- let me -- let me ask it      10:10
9    this way:  ████████████████████████████████████████       ██
     ████████████████████████                                  10:10
11        MR. JAFFE:  Object to form.                          10:10
12        THE WITNESS:  I think there are a couple of          10:10
13   different interpretations of ████████ as, you know,       10:10
14   evidenced by the same author.                             10:10
15        So, can you clarify what you mean by ████            10:10
16   here?                                                     10:10
17        MR. LIN:  Sure.                                      10:10
18   Q    The concern that Mr. Thrun had here was with         10:10
19   regards to ████████████████████████████████████████       ██
     ████████████                                              10:10
21        In this e-mail, he says ████████████████████         ██
     ████████████████████████████████████████████████████████  ██
     ████████████████████████████████████████                  ██
     ████████████████████████████████████████████████          ██
     ████████████████████████████████                          10:11
```

Page 45

## CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: August 9, 2017

_____

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830