MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:   415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:   202.237.2727 / Fax:   202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:   212.336.8330 / Fax.:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S NOTICE TO JOIN AND ADOPT DEFENDANT OTTO TRUCKING LLC'S OPPOSITION TO WAYMO'S MOTION *IN LIMINE* NO. 16**<br><br>Judge:   Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") hereby join and adopt Defendant Otto Trucking LLC's ("Otto Trucking") Opposition to Waymo's Motion *In Limine* No. 16.

1. On September 7, 2017, Waymo served its Motion *In Limine* No. 16 on Defendants.

2. On September 13, 2017, Otto Trucking served its Opposition to Waymo's Motion *In Limine* No. 16 and supporting papers on Waymo.

3. Pursuant to the parties' agreement and the Court's orders, Waymo will file the combined motion *in limine* and opposition.

4. Uber joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Otto Trucking in its Opposition to Waymo's Motion *In Limine* No. 16 for the reason that said response is equally applicable to Uber in the above-captioned matter.

**WHEREFORE**, Uber hereby joins and adopts Otto Trucking's Opposition to Waymo's Motion *In Limine* No. 16.

Dated: September 13, 2017

MORRISON & FOERSTER LLP
BOIES SCHILLER FLEXNER LLP
SUSMAN GODFREY LLP

By: /s/ _____
KAREN L. DUNN

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC