1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:    415.268.7000 / Fax:   415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P. M. HUME
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C.  20005
9  Tel:    202.237.2727 / Fax:   202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
12 New York, NY 10019-6023
   Tel.:   212.336.8330 / Fax.:   212.336.8340
13
   Attorneys for Defendants
14 UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

15

16             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
17              SAN FRANCISCO DIVISION

18 WAYMO LLC,                          Case No. 3:17-cv-00939-WHA

19              Plaintiff,             **DEFENDANTS' ADMINISTRATIVE
                                       MOTION TO FILE UNDER SEAL
20      v.                             THEIR MOTION *IN LIMINE* NO. 24
                                       AND WAYMO'S BRIEF IN
21 UBER TECHNOLOGIES, INC.,            OPPOSITION THERETO**
   OTTOMOTTO LLC; OTTO TRUCKING LLC,
22                                     Judge:     The Honorable William Alsup
                Defendants.            Trial Date: October 10, 2017
23

24

25

26

27

28

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal portions of the briefing and certain exhibits to Defendants' Motion *in Limine* No. 24 and Waymo's Brief in Opposition to Defendants' Motions *in Limine* No. 24.  Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 24 ("MIL 24") | Highlighted Portions | Plaintiff (green) |
| Exhibit 8 | Entire Document | Plaintiff |
| Exhibit 10 | Highlighted Portions | Plaintiff (green) |
| Exhibit 12 | Entire Document | Plaintiff |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendants' Motion In Limine No. 24 ("Waymo's Opposition to Defendants' MIL 24") | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 1 to the Declaration of Jeff Nardinelli ("Nardinelli Decl.") | Entire Document | Defendants |
| Exhibit 2 to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit 3 to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit 4 to the Nardinelli Decl. | Highlighted Portions | Plaintiff (green) Defendants (blue) |

### DEFENDANTS' MIL MATERIALS

The green highlighted portions of MIL 24 and of Exhibit 10 and the entirety of Exhibits 8 and  12 contain information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal.  (*See* Goodman Decl. ¶ 3.)

### WAYMO'S OPPOSITION MATERIALS

The blue highlighted portions of Waymo's Opposition to Defendants' MIL 24, Exhibits 2, 3 and 4, and the entirety of Exhibit 1 to the Nardinelli Declaration contain confidential or highly confidential information regarding Uber's LiDAR development and autonomous vehicle business strategy.  This information is not publicly known, and its confidentiality is strictly maintained.

1

DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 24 AND WAYMO'S
BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA

Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and business plans for autonomous ridesharing, which would allow competitors to understand Uber's LiDAR development and autonomous vehicle business strategy, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed.  (*See* Goodman Decl. ISO Uber's Administrative Motion to File Documents Under Seal ("Goodman Decl.") ¶ 4.)

The green highlighted portions of Waymo's Opposition to Defendants' MIL 24 and of Exhibit 4 to the Nardinelli Declaration contain information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal.  (*See* Goodman Decl. ¶ 5.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo LLC with this Administrative Motion to File Documents Under Seal on September 13, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: September 13, 2017                    BOIES SCHILLER FLEXNER LLP

                                            By:  */s/ Karen L. Dunn*
                                                     Karen L. Dunn

                                            *Counsel for Defendants*
                                            UBER TECHNOLOGIES, INC. AND
                                            OTTOMOTTO LLC