1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:   415.268.7000 / Fax:   415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P. M. HUME
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C.  20005
9  Tel:   202.237.2727 / Fax:   202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
12 New York, NY 10019-6023
   Tel.:  212.336.8330 / Fax.:  212.336.8340
13
   Attorneys for Defendants
14 UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

15

16                          UNITED STATES DISTRICT COURT
17                         NORTHERN DISTRICT OF CALIFORNIA
                                 SAN FRANCISCO DIVISION

18 | WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
19 | Plaintiff, | **DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION *IN LIMINE* NO. 24 AND WAYMO'S BRIEF IN OPPOSITION THERETO** |
20 | v. | |
21 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
22 | Defendants. | |
23 | | Judge:     The Honorable William Alsup
Trial Date: October 10, 2017 |

24

25

26

27

28

I, Martha L. Goodman, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' administrative motion for an order to file under seal portions of the briefing and certain exhibits to Defendants' Motion *in Limine* No. 24 and Waymo's Brief in Opposition to Defendants' Motions *in Limine* No. 24.

2. I have reviewed the following exhibits and only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 24 ("MIL 24") | Highlighted Portions | Plaintiff (green) |
| Exhibit 8 | Entire Document | Plaintiff |
| Exhibit 10 | Highlighted Portions | Plaintiff (green) |
| Exhibit 12 | Entire Document | Plaintiff |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendants' Motion In Limine No. 24 ("Waymo's Opposition to Defendants' MIL 24") | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 1 to the Declaration of Jeff Nardinelli ("Nardinelli Decl.") | Entire Document | Defendants |
| Exhibit 2 to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit 3 to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit 4 to the Nardinelli Decl. | Highlighted Portions | Plaintiffs (green) Defendants (blue) |

**DEFENDANTS' MIL MATERIALS**

3. The highlighted portions of MIL 24 and of Exhibit 10 and the entirety of Exhibits 8 and 12, contain information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal.

1
DECLARATION OF MARTHA L. GOODMAN ISO DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 24 AND WAYMO'S BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA

**WAYMO'S OPPOSITION MATERIALS**

4. The blue highlighted portions of Waymo's Opposition to Defendants' MIL 24, Exhibits 2, 3 and 4, and the entirety of Exhibit 1 to the Nardinelli Declaration contain confidential or highly confidential information regarding Uber's LiDAR development and autonomous vehicle business strategy. This information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and business plans for autonomous ridesharing, which would allow competitors to understand Uber's LiDAR development and autonomous vehicle business strategy, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed.

5. The green highlighted portions of Waymo's Opposition to Defendants' MIL 24 and of Exhibit 4 to the Nardinelli Declaration contain information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal.

\*\*\*

6. Uber's request to seal is narrowly tailored to the portions of Defendants' motions *in limine* and its supporting papers, as well as to the portions of Waymo's brief in opposition to Defendants' motions in limine and Waymo's supporting papers, that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2017 at Washington, D.C.

Dated: September 13, 2017              BOIES SCHILLER FLEXNER LLP

                                       By:  */s/ Martha L. Goodman*
                                            Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

Dated: September 13, 2017

*/s/ Karen L. Dunn*
Karen L. Dunn

3

DECLARATION OF MARTHA L. GOODMAN ISO DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 24 AND WAYMO'S BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA