UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:　　The Honorable William Alsup<br>Trial Date: October 10, 2017 |

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 24 ("MIL 24") | Highlighted Portions | Plaintiff (green) |
| Exhibit 8 | Entire Document | Plaintiff |
| Exhibit 10 | Highlighted Portions | Plaintiff (green) |
| Exhibit 12 | Entire Document | Plaintiff |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendants' Motion In Limine No. 24 ("Waymo's Opposition to Defendants' MIL 24") | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 1 to the Declaration of Jeff Nardinelli ("Nardinelli Decl.") | Entire Document | Defendants |
| Exhibit 2 to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit 3 to the Nardinelli Decl. | Highlighted Portions | Defendants (blue) |
| Exhibit 4 to the Nardinelli Decl. | Highlighted Portions | Plaintiff (green) Defendants (blue) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge