# EXHIBIT 12

# ENTIRE EXHIBIT

# SUBMITTED UNDER SEAL