# EXHIBIT 2

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   WAYMO, LLC,                  )
 6            Plaintiffs,         )
 7            - vs -              ) Case  No.
 8   UBER TECHNOLOGIES, INC.,     ) 3:17-cv-00939
 9   OTTOMOTTO LLC; OTTO          )
10   TRUCKING, LLC,               )
11            Defendants.         )
12   _____
13
14
15         VIDEOTAPED DEPOSITION OF JOHN BARES,
16   a witness, called by the Plaintiff for examination,
17   in accordance with the Federal Rules of Civil
18   Procedure, taken by and before Tammie Elias, RPR and
19   Notary Public in and for the Commonwealth of
20   Pennsylvania, at the office of Reed Smith, 225 Fifth
21   Avenue, Suite 1200, Pittsburgh, Pennsylvania, on
22   Friday, June 16, 2017, commencing at 9:05 a.m.
23
24   JOB No. 2640097
25   PAGES 1 - 317
```

Page 1

| | | | |
|---|---|---|---|
| 1 | | I read that correctly? | 03:12p |
| 2 | A. | Yes. | 03:12p |
| 3 | Q. | I'd like to ask you some questions about this | 03:12p |
| 4 | | bullet here.  So when you wrote that he would | 03:12p |
| 5 | | bring filtered advice about what to try and | 03:12p |
| 6 | | not try, what does that refer to? | 03:12p |
| 7 | A. | Filtered advice to me was know-how.  It's like | 03:12p |
| 8 | | which way to attack the mountain and he had | 03:12p |
| 9 | | been at this since I met him that day in the | 03:12p |
| 10 | | desert in 2004, multiple companies, multiple | 03:12p |
| 11 | | efforts.  The first guy to send an autonomous | 03:12p |
| 12 | | car across the Bay Bridge, he knew a lot about | 03:12p |
| 13 | | autonomy, so he would bring filtered men, he's | 03:12p |
| 14 | | not going to bring direct advice from a prior | 03:12p |
| 15 | | company such as Google, but he would bring | 03:12p |
| 16 | | filtered to me, like you filtered up enough | 03:12p |
| 17 | | and then it's know-how. | 03:12p |
| 18 | Q. | So the second part here you write that is ▇ | 03:12p |
| 19 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 03:12p |
| 20 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 03:12p |
| 21 | | ▇▇▇▇▇▇▇ What does that refer to? | 03:13p |
| 22 | A. | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 03:13p |
| 23 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 03:13p |
| 24 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 03:13p |
| 25 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 03:13p |

Page 214

| | | | |
|---|---|---|---|
| 1 | | ███████████████████████████ | 03:13p |
| 2 | Q. | So then the next bullet says worked for | 03:13p |
| 3 | | Velodyne for a spell, not sure about that | 03:13p |
| 4 | | except that he knows their IP.  Did I read | 03:13p |
| 5 | | that correctly? | 03:13p |
| 6 | A. | Uh-huh. | 03:13p |
| 7 | Q. | What does that refer to? | 03:13p |
| 8 | A. | Just what it says, he worked for Velodyne I | 03:13p |
| 9 | | believe around 2005 he was a consultant or an | 03:13p |
| 10 | | employee, he sold sensors for them.  And I | 03:13p |
| 11 | | didn't know much about his relationship with | 03:13p |
| 12 | | them, but he would certainly have known their | 03:13p |
| 13 | | IP given that he worked for them or was a | 03:13p |
| 14 | | consultant for them. | 03:13p |
| 15 | Q. | The next section here says warnings.  The | 03:13p |
| 16 | | first one I think we talked about this | 03:13p |
| 17 | | earlier, heard bad things from Salesky, do you | 03:14p |
| 18 | | see that? | 03:14p |
| 19 | A. | Uh-huh. | 03:14p |
| 20 | Q. | So when you were talking earlier about what | 03:14p |
| 21 | | Mr. Salesky told you, you were mostly focusing | 03:14p |
| 22 | | on a conversation, an hour long conversation | 03:14p |
| 23 | | he had with you in either late January or | 03:14p |
| 24 | | early February; is that correct? | 03:14p |
| 25 | A. | Correct. | 03:14p |

Page 215