QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 17** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its September 16, 2017 Motion *in Limine No. 17* and exhibits in support of the same, as well as Defendants' Response to the same and exhibits in support of the same (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Motion in Limine No. 17 ("Waymo's Motion") | Portions highlighted in green; portions highlighted in blue | Waymo; Defendants |
| Exhibit 1 to Waymo's Motion | Entire Document | Waymo and/or Defendants |
| Exhibit 2 to Waymo's Motion | Entire Document | Waymo and/or Defendants |
| Exhibit 3 to Waymo's Motion | Portions highlighted in green; portions highlighted in blue | Waymo; Defendants |
| Portions of Uber's Opposition to Waymo's Motion in Limine No. 17 ("Uber's Opposition") | Portions highlighted in blue | Defendants |
| Exhibit 50 of Uber's Opposition | Entire Document | Waymo and/or Defendants |
| Exhibit 52 of Uber's Opposition | Entire Document | Waymo and/or Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

                HON. WILLIAM ALSUP
                United States District Court Judge