# EXHIBIT 50

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL