# EXHIBIT 52

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL