QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RENEWED MOTION IN LIMINE NO.1** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Renewed Motion in Limine No. 1 ("Waymo's Motion"). Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Motion | Portions highlighted in green | Waymo |
| Exhibit A to Waymo's Motion | Entire Document | Waymo |
| Exhibit B to Waymo's Motion | Entire Document | Waymo |
| Exhibit E to Waymo's Motion | Entire Document | Waymo |
| Exhibit F to Waymo's Motion | Entire Document | Waymo |
| Exhibit G to Waymo's Motion | Entire Document | Waymo |
| Exhibit H to Waymo's Motion | Entire Document | Waymo |
| Exhibit I to Waymo's Motion | Entire Document | Waymo |
| Exhibit J to Waymo's Motion | Entire Document | Waymo |
| Exhibit K to Waymo's Motion | Entire Document | Waymo |
| Exhibit L to Waymo's Motion | Entire Document | Waymo |
| Exhibit M to Waymo's Motion | Entire Document | Waymo |
| Exhibit N to Waymo's Motion | Entire Document | Waymo |
| Exhibit O to Waymo's Motion | Entire Document | Waymo |
| Exhibit P to Waymo's Motion | Entire Document | Waymo |
| Exhibit Q to Waymo's Motion | Entire Document | Waymo |
| Exhibit R to Waymo's Motion | Entire Document | Waymo |
| Exhibit S to Waymo's Motion | Entire Document | Waymo |
| Exhibit T to Waymo's Motion | Entire Document | Waymo |
| Exhibit U to Waymo's Motion | Entire Document | Waymo |
| Exhibit V to Waymo's Motion | Entire Document | Waymo |
| Exhibit W to Waymo's Motion | Entire Document | Waymo |
| Uber's Opposition to Waymo's Renewed Motion in Limine 1 ("Uber's Opposition") | Portions highlighted in green | Waymo |
| Exhibit 28 to Uber's Opposition | Entire document | Uber |
| Exhibit 34 to Uber's Opposition | Entire document | Waymo |
| Exhibit 35 to Uber's Opposition | Entire document | Uber |
| Exhibit 36 to Uber's Opposition | Entire document | Waymo |
| Exhibit 38 to Uber's Opposition | Entire document | Waymo |
| Exhibit 48 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 49 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 51 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 55 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 56 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 57 to Uber's Opposition | Highlighted in red | Waymo |

## I.      LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II.     UBER'S CONFIDENTIAL INFORMATION

Waymo seeks to seal portions of Exhibits identified above only because Defendants have designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper ("Cooper Dec."), ¶ 3. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules. *Id.*

## III.    THE COURT SHOULD SEAL WAYMO'S CONFIDENTIAL INFORMATION

The Court should seal the portions of Waymo's Motion (portions highlighted in green) and exhibits thereto and portions of Uber's Opposition (portions highlighted in green) and exhibits thereto as identified by Waymo in the table above. Waymo seeks to file this information under seal because it discloses Waymo's confidential business information. *See* Cooper Dec., ¶ 4. Confidential business information that, if released, may "harm a litigant's competitive standing" also merits sealing. *See Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 598-99 (1978). Waymo seeks to seal confidential business information that fits squarely within these categories. Cooper Dec. ¶ 4. Waymo has narrowly tailored its requests to only information meriting sealing. *Id.* The disclosure of Waymo's confidential business information would harm Waymo. Cooper Dec. ¶ 4. Moreover, the scope of information that Waymo is seeking to seal is consistent with other administrative motions to seal that have already been granted by the Court in this case. (*See* Dkt. 681.) Thus, the Court should grant Waymo's administrative motion to seal.

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED: September 13, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Charles Verhoeven*
Charles Verhoeven
Attorneys for WAYMO LLC