QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RENEWED MOTION IN LIMINE NO.1** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal information in its Renewed Motion in Limine No. 1 (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Renewed Motion in Limine No. 1 ("Waymo's Motion") | Portions highlighted in green | Waymo |
| Exhibit A to Waymo's Motion | Entire Document | Waymo |
| Exhibit B to Waymo's Motion | Entire Document | Waymo |
| Exhibit E to Waymo's Motion | Entire Document | Waymo |
| Exhibit F to Waymo's Motion | Entire Document | Waymo |
| Exhibit G to Waymo's Motion | Entire Document | Waymo |
| Exhibit H to Waymo's Motion | Entire Document | Waymo |
| Exhibit I to Waymo's Motion | Entire Document | Waymo |
| Exhibit J to Waymo's Motion | Entire Document | Waymo |
| Exhibit K to Waymo's Motion | Entire Document | Waymo |
| Exhibit L to Waymo's Motion | Entire Document | Waymo |
| Exhibit M to Waymo's Motion | Entire Document | Waymo |
| Exhibit N to Waymo's Motion | Entire Document | Waymo |
| Exhibit O to Waymo's Motion | Entire Document | Waymo |
| Exhibit P to Waymo's Motion | Entire Document | Waymo |
| Exhibit Q to Waymo's Motion | Entire Document | Waymo |
| Exhibit R to Waymo's Motion | Entire Document | Waymo |
| Exhibit S to Waymo's Motion | Entire Document | Waymo |
| Exhibit T to Waymo's Motion | Entire Document | Waymo |
| Exhibit U to Waymo's Motion | Entire Document | Waymo |
| Exhibit V to Waymo's Motion | Entire Document | Waymo |
| Exhibit W to Waymo's Motion | Entire Document | Waymo |
| Uber's Opposition to Waymo's Renewed Motion in Limine 1 ("Uber's Opposition") | Portions highlighted in green | Waymo |
| Exhibit 28 to Uber's Opposition | Entire document | Uber |
| Exhibit 34 to Uber's Opposition | Entire document | Waymo |
| Exhibit 35 to Uber's Opposition | Entire document | Uber |
| Exhibit 36 to Uber's Opposition | Entire document | Waymo |

| Exhibit 38 to Uber's Opposition | Entire document | Waymo |
|---|---|---|
| Exhibit 48 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 49 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 51 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 55 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 56 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 57 to Uber's Opposition | Highlighted in red | Waymo |

3. Waymo has filed exhibits to Uber's Opposition under seal because they contain information that Defendants have designated confidential. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

4. Waymo's Motion and exhibits thereto, and Uber's Opposition and exhibits thereto also contain, reference, and/or describe Waymo's confidential business information, which Waymo seeks to seal. Specifically, the portions sought to be sealed describe confidential valuations of Waymo's businesses, confidential contractual provisions between Waymo and its employees, and confidential acquisition agreements. Public disclosure of this information to Waymo's competitors would harm Waymo by giving its competitors access to Waymo's highly confidential internal business thinking. Waymo's request to seal is narrowly tailored to only the confidential information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 13, 2017.

By */s/ Lindsay Cooper*
   Lindsay Cooper
   Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
   Charles K. Verhoeven