UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RENEWED MOTION IN LIMINE NO.1** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of its Renewed Motion in Limine No. 1 (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Renewed Motion in Limine No. 1 ("Waymo's Motion") | Portions highlighted in green | Waymo |
| Exhibit A to Waymo's Motion | Entire Document | Waymo |
| Exhibit B to Waymo's Motion | Entire Document | Waymo |
| Exhibit E to Waymo's Motion | Entire Document | Waymo |
| Exhibit F to Waymo's Motion | Entire Document | Waymo |

| | | |
|---|---|---|
| Exhibit G to Waymo's Motion | Entire Document | Waymo |
| Exhibit H to Waymo's Motion | Entire Document | Waymo |
| Exhibit I to Waymo's Motion | Entire Document | Waymo |
| Exhibit J to Waymo's Motion | Entire Document | Waymo |
| Exhibit K to Waymo's Motion | Entire Document | Waymo |
| Exhibit L to Waymo's Motion | Entire Document | Waymo |
| Exhibit M to Waymo's Motion | Entire Document | Waymo |
| Exhibit N to Waymo's Motion | Entire Document | Waymo |
| Exhibit O to Waymo's Motion | Entire Document | Waymo |
| Exhibit P to Waymo's Motion | Entire Document | Waymo |
| Exhibit Q to Waymo's Motion | Entire Document | Waymo |
| Exhibit R to Waymo's Motion | Entire Document | Waymo |
| Exhibit S to Waymo's Motion | Entire Document | Waymo |
| Exhibit T to Waymo's Motion | Entire Document | Waymo |
| Exhibit U to Waymo's Motion | Entire Document | Waymo |
| Exhibit V to Waymo's Motion | Entire Document | Waymo |
| Exhibit W to Waymo's Motion | Entire Document | Waymo |
| Uber's Opposition to Waymo's Renewed Motion in Limine 1 ("Uber's Opposition") | Portions highlighted in green | Waymo |
| Exhibit 28 to Uber's Opposition | Entire document | Uber |
| Exhibit 34 to Uber's Opposition | Entire document | Waymo |
| Exhibit 35 to Uber's Opposition | Entire document | Uber |
| Exhibit 36 to Uber's Opposition | Entire document | Waymo |
| Exhibit 38 to Uber's Opposition | Entire document | Waymo |
| Exhibit 48 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 49 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 51 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 55 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 56 to Uber's Opposition | Highlighted in red | Waymo |
| Exhibit 57 to Uber's Opposition | Highlighted in red | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge