1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel:    415.268.7000 / Fax:   415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    HAMISH P. M. HUME
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington, D.C.  20005
9   Tel:    202.237.2727 / Fax:   202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
12  New York, NY 10019-6023
    Tel.:    212.336.8330 / Fax.:  212.336.8340
13

14  Attorneys for Defendants
    UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

15

16                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
17                           SAN FRANCISCO DIVISION

18  WAYMO LLC,                              Case No. 3:17-cv-00939-WHA

19              Plaintiff,                  **DEFENDANTS' ADMINISTRATIVE
                                            MOTION TO FILE UNDER SEAL
20       v.                                 THEIR MOTION *IN LIMINE* NO. 25
                                            AND WAYMO'S OPPOSITION
21  UBER TECHNOLOGIES, INC.,                THERETO**
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
22              Defendants.                 Judge:     The Honorable William Alsup
                                            Trial Date: October 10, 2017
23

24

25

26

27

28

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal portions of the briefing and certain exhibits to Defendants' Motion *in Limine* No. 25 and Waymo's Brief in Opposition to Defendants' Motion *in Limine* No. 25.  Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 25 ("MIL 25") | Highlighted Portions | Plaintiff |
| Exhibit 11 | Entire Document | Plaintiff |
| Exhibit 17 | Highlighted Portions | Plaintiff |
| Exhibit 18 | Highlighted Portions | Plaintiff |
| Exhibit 19 | Entire Document | Plaintiff |
| Exhibit 20 | Entire Document | Plaintiff |
| Exhibit 21 | Entire Document | Defendants |
| Exhibit 27 | Highlighted Portions | Defendants |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Response to Defendants' Motion In Limine No. 25 to Exclude Reference to the 14,000 Downloaded Files Or, In The Alternative, For A Rule 104 Hearing And/Or Rule 105 Instruction ("Waymo's Opposition to Defendants' MIL 25") | Highlighted Portions | Plaintiff |
| Exhibit 3 to the Declaration of Jeff Nardinelli  ("Nardinelli Decl.") | Highlighted Portions | Plaintiffs (green) Defendants (blue) |

### DEFENDANTS' MIL MATERIALS

The blue highlighted portions of Exhibit 27 and the entirety of Exhibit 21 contain confidential or highly confidential information regarding Uber's LiDAR development and autonomous vehicle business strategy.  This information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and business plans for autonomous ridesharing, which would allow competitors to understand Uber's LiDAR development and autonomous vehicle business strategy, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed.  (*See*

1

Goodman Decl. ISO Uber's Administrative Motion to File Documents Under Seal ("Goodman Decl.") ¶ 3.)

The green highlighted portions of MIL 25 and of Exhibits 17, 18, and 20, and the entirety of Exhibits 11 and 19, contain information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal. (*See* Goodman Decl. ¶ 4.)

### WAYMO'S OPPOSITION MATERIALS

The blue highlighted portions of Exhibit 3 to the Nardinelli Declaration contain confidential or highly confidential information regarding Uber's LiDAR development and autonomous vehicle business strategy. This information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and business plans for autonomous ridesharing, which would allow competitors to understand Uber's LiDAR development and autonomous vehicle business strategy, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed. (*See* Goodman Decl. ISO Uber's Administrative Motion to File Documents Under Seal ("Goodman Decl.") ¶ 5.)

The green highlighted portions of Waymo's Opposition to Defendants' MIL 25 and of Exhibit 3 to the Nardinelli Declaration contain information that Waymo designated or considers "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, or that Waymo asked Uber to file under seal. (*See* Goodman Decl. ¶ 6.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo LLC with this Administrative Motion to File Documents Under Seal on September 13, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

1  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

2  ATTORNEYS' EYES ONLY."

3

4  Dated: September 13, 2017                      BOIES SCHILLER FLEXNER LLP

5
                                                 By:   */s/ /Karen L. Dunn*
6                                                       Karen L. Dunn

7                                                *Counsel for Defendants*
                                                 UBER TECHNOLOGIES, INC. AND
8                                                OTTOMOTTO LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS' ADMIN. MOTION TO FILE UNDER SEAL THEIR MOTION *IN LIMINE* NO. 25 AND WAYMO'S
BRIEF IN OPPOSITION THERETO
CASE NO. 3:17-CV-00939-WHA