UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>               Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>               Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      The Honorable William Alsup<br>Trial Date: October 10, 2017 |

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANTS' OPENING MIL MATERIALS** | | |
| Defendants' Motion *in Limine* No. 25 ("MIL 25") | Highlighted Portions | Plaintiff |
| Exhibit 11 | Entire Document | Plaintiff |
| Exhibit 17 | Highlighted Portions | Plaintiff |
| Exhibit 18 | Highlighted Portions | Plaintiff |
| Exhibit 19 | Entire Document | Plaintiff |
| Exhibit 20 | Entire Document | Plaintiff |
| Exhibit 21 | Entire Document | Defendants |
| Exhibit 27 | Highlighted Portions | Defendants |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Response to Defendants' Motion In Limine No. 25 to Exclude Reference to the 14,000 Downloaded Files Or, In The Alternative, For A Rule 104 Hearing And/Or Rule 105 Instruction ("Waymo's Opposition to Defendants' MIL 25") | Highlighted Portions | Plaintiff |
| Exhibit 3 to the Declaration of Jeff Nardinelli ("Nardinelli Decl.") | Highlighted Portions | Plaintiffs (green) Defendants (blue) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge