# EXHIBIT 17

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4                      ---oOo---
 5
 6   WAYMO LLC,
 7         Plaintiff,
 8   vs.                        No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
     _____/
12
13      HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF RADU RADUTA
16              SAN FRANCISCO, CALIFORNIA
17                THURSDAY, JULY 13, 2017
18
19   REPORTED BY:
20   ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2654630
24
25   PAGES 1 - 205
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   You are familiar with the GBr3 transmit board | 11:04 |
| 2 | used by Waymo; correct? | 11:04 |
| 3 | A   Yes, yeah. | 11:04 |
| 4 | Q   I want you to imagine that a GBr3 transmit | 11:04 |
| 5 | board is lying flat on a table. | 11:04 |
| 6 | A   Uh-huh. | 11:04 |
| 7 | Q   There is a laser die -- the laser dies are | 11:04 |
| 8 | mounted on the upside of the Tx board. | 11:04 |
| 9 | A   Sure. | 11:04 |

[Lines 10-25 redacted]

11:05

Page 61

```
1       A    I don't understand the question.  Sorry.    11:05
2       I...                                             11:05
```



```
                                                         11:07
```

| | | |
|---|---|---|
| 1 | Q    What do you mean by "slit"? | 11:07 |
| 2 | A    Well, the Waymo design used the slit mirror | 11:07 |
| 3 | to combine the Rx and the Tx paths at a certain point. | 11:07 |
| 4 | So, that means that the light coming off of the Tx | 11:07 |
| 5 | boards was all crossing through this narrow slit in | 11:07 |
| 6 | the mirror before going to the main lens. | 11:07 |
| 7 | ████████████████████████████████ | ███ |
| | ████████████████████████████████ | ███ |
| | ████████ | ███ |
| | █ ████████████████████ | ███ |
| | ██████████ | ███ |
| | █ ████████████ █████ | ███ |
| | █████████████████ | ███ |
| | █ ████████████████ | ███ |
| | █████████████████ | ███ |
| | ██████ | 11:08 |
| 17 | A    Uh-huh. | 11:08 |
| 18 | Q    Can you give a verbal yes-or-no answer? | 11:08 |
| 19 | A    Yes. | 11:08 |
| 20 | Q    So, just to try it again -- sorry -- in | 11:08 |
| 21 | GBr3 -- | 11:08 |
| 22 | A    Yes. | 11:08 |
| 23 | █ ███████████████████ | ███ |
| | █ ██████████████ | 11:08 |
| 25 | A    As the -- as the device is normally oriented | 11:08 |

Page 63

```
1    when it's operating, yeah.  I mean, most of the time I    11:08
2    saw them laid on their side, but, you know, yes.  So      11:08
3    there -- there are ███████████████.                        11:08
```



```
                                                               11:10
```

Page 64

```
 1    ████████████████████████████████████  ████
      ████████████████                      ████
      █  ██████████████████████████████████ ████
      █████████████████████████████████████ ████
      ██████                                ████
      █  ██  ████████████████████████       ████
      █████                                 ████
      █  █████████████████████████████████  ████
      █████████████████████████                  11:10
10         A    Yes.  We've been through that a couple of    11:10
11    times now.                                              11:10
12              THE REPORTER:  I'm sorry.  Your hands.        11:10
13              THE WITNESS:  Sorry.                          11:10
14              We've been through that a couple of times     11:10
15    now, yes.                                               11:10
16              MR. NARDINELLI:  How are you doing on time?   11:10
17    Do you need a break?  We've been going for a little     11:10
18    bit.  It's all up to you.                               11:10
19              THE WITNESS:  I'm good.                       11:10
20              MR. NARDINELLI:  You can put that exhibit     11:11
21    away.                                                   11:11
22              Marking the next exhibit.                     11:11
23              THE VIDEOGRAPHER:  Exhibit 298.               11:11
24              (Document marked Exhibit 298                  11:11
25               for identification.)                         11:11
```

Page 65

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: July 14, 2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Page 205