# EXHIBIT 18

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
     _____
 5   WAYMO LLC,                    )
 6            Plaintiff,           )
 7       vs.                       ) Case No.
 8   UBER TECHNOLOGIES, INC.,      ) 3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO           )
10   TRUCKING LLC,                 )
11            Defendants.          )
     _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15   CONTINUED VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
16                San Francisco, California
17                Wednesday, June 14, 2017
18                      Volume II
19
20
21   Reported by:
22   SUZANNE F. GUDELJ, CSR No. 5111
23   Job No. 2638084
24
25   PAGES 96 - 274
```

Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    _____
 6    WAYMO LLC,                      )
 7                Plaintiff,          )
 8          vs.                       ) Case No.
 9    UBER TECHNOLOGIES, INC.,        ) 3:17-cv-00939-WHA
10    OTTOMOTTO LLC; OTTO             )
11    TRUCKING LLC,                   )
12                Defendants.         )
13    _____)
14
15
16       Continued Videotaped Deposition of GAETAN PENNECOT,
17       Volume II, taken on behalf of Plaintiff Waymo
18       LLC, at the Law Offices of Quinn Emanuel
19       Urquhart & Sullivan LLP, 50 California Street,
20       22nd Floor, San Francisco, California,
21       beginning at 9:13 a.m., and ending at 4:38 p.m.
22       a.m., on Wednesday, June 14, 2017, before
23       SUZANNE F. GUDELJ, Certified Shorthand Reporter
24       No. 5111.
25
```

Page 97

```
1      Q    What does that refer to?
2      A    That would be where the light is exiting
3   from the laser die, so that would be the front
4   surface of the die.
5      Q    Okay.  Have you -- and then there's              02:54:03
6   something that says ▉▉▉▉▉?
7      A    Yes.
8      Q    What does that refer to?
9      A    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
13     Q    Why did you include the ▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ in this
15  document, Exhibit 155?                                   02:54:38
16     A    Because the ▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉.
19     Q    So the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; is that right?              02:55:02
21     A    So that was the goal.
22     Q    Okay.  And that's how you wrote this
23  document?
24     A    That's how I wrote that document.  However,
25  like you've seen like "fiducial" next to ▉▉▉▉▉           02:55:14
```

1   (█████) people at the die bonding machine --
2         (Reporter clarification.)
3         Die bonding, so d-i-e bonding machine, the
4   pattern recognition didn't work really well with the
5   (█████).                                            02:55:39
6         So they wanted to use like a fiducial, so
7   fiducial being some mark on the PCB on the copper,
8   and they would take like their optic -- pattern
9   recognition reference on the copper instead of doing
10  it on the (█████).                                  02:56:06
11      Q    Okay.  The transmit board here -- depicted
12  here, Fuji has (█████████████████), right?
13      A    This is correct.
14      Q    And there are (███████████████████)
15  (█████), right?                                     02:56:24
16      A    This is correct.
17      Q    Are you aware of any other LiDARs that have
18  (███████████████████████████████████████)?
19      A    Yes.
20      Q    What are you aware of?                     02:56:37
21      A    GBR3.
22      Q    Okay.  Apart from GBR3, are there any
23  others that you're aware of?
24      A    I'm not aware of any others.
25      Q    Okay.  And then in terms of this circuit   02:56:49

Page 226

```
 1    board (███) --
 2        A    Mm-hmm.
 3        Q    -- (████████████████████), are you
 4    aware of any other LiDARs that include a similar
 5    (██████████████████████████████████)?           02:57:05
 6        A    So what -- what do you mean by "similar"?
 7        Q    Just referring to the kind of (█████████)
      (█████████████████████████████████████)
      (████████████████).
10        A    So this (████████████████) (███) (███████)
      (██████████████████████).
12             (Reporter clarification.)
13             (████████████████)
               (██████████████████████████)
      (█████) (████████████████████████) (███████)
      (█████████████████████████████████)
      (███████████████████████████████) (██)
      (████████████████████████████████)
      (██████████████████)
20        Q    On a (█████████)?                       02:58:18
21        A    (█████████), no.
22        Q    So my question is:  Are you familiar with a
23    similar (█████████████████████████████████████)
      (████████████████████)?
25        A    No.                                     02:58:36
```

Page 227

1           I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4           That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12          Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [x] was not requested.
16          I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21          Dated: 6/19/2017
22
23          _____
24          SUZANNE F. GUDELJ
25          CSR No. 5111

Page 274