# EXHIBIT 19

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL