# EXHIBIT 20

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL