# EXHIBIT 21

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL