# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                              )
            Plaintiff,                  )
    vs.                                 ) Case No.
UBER TECHNOLOGIES, INC.;                ) 17-cv-00939-WHA
OTTOMOTTO, LLC; OTTO TRUCKING LLC,      )
            Defendants.                 )
_____)


HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY


VIDEOTAPED DEPOSITION OF

WILLIAM TREICHLER

San Francisco, California

Monday, August 14, 2017

Volume I


Reported by:

MARY J. GOFF

CSR No. 13427
Job No. 2674484

PAGES 1 - 276

|   |   |   | Page 153 |
|---|---|---|---|
| 1 | A | I don't remember. | 01:38:40 |
| 2 | Q | Do you remember what you were working on | 01:38:42 |
| 3 | in November 2016? | | 01:38:44 |
| 4 | A | I don't. | 01:38:47 |
| 5 | Q | It says that, Florin, ▓▓▓▓▓▓▓▓ | ▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 01:38:58 |
| 8 | channels. | | 01:39:01 |
| 9 |   | So in Fuji, there are ▓▓▓▓▓▓▓▓▓, | 01:39:02 |
| 10 | correct? | | 01:39:04 |
| 11 | A | There are ▓▓▓▓▓▓▓▓, yeah. | 01:39:05 |
| 12 | Q | There's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | | 01:39:09 |
| 14 | A | Correct. | 01:39:13 |
| 15 | Q | So there's ▓▓▓▓▓▓▓▓▓ in Fuji? | 01:39:13 |
| 16 | You just testified to that, right? | | 01:39:15 |
| 17 | A | There are -- well, yeah, if you don't | 01:39:17 |
| 18 | count the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | | 01:39:20 |
| 19 | Q | And ▓▓▓▓▓▓▓▓, right? | 01:39:23 |
| 20 | A | Right. So here we talk about ▓▓ | ▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | | 01:39:33 |
| 22 | Q | Well, let me clarify. I'm talking about | 01:39:36 |
| 23 | the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
|   | ▓▓▓▓▓▓▓▓▓ capable of receiving object reflected | | 01:39:43 |
| 25 | light. | | 01:39:46 |

```
                                                              Page 154
1       A     Yes.                                            01:39:46
2       Q     Is there █████████████████████████   ██████     01:39:50
3   █ ███████                                                 01:39:50
4       A     There is.                                       01:39:50
5       Q     And there's ███████████████████████   ██████    01:39:52
6   █ ██████████████                                          01:39:52
7       A     There is.                                       01:39:53
8       Q     And you testified that there are, in fact,      01:39:53
9   ████████████████ in Fuji, right?                          01:39:55
10      A     There are ████████████████, yeah.               01:39:58
11      Q     But if we go back and talk about the            01:40:01
12  transmit side, you will agree me with me, correct,        01:40:03
13  there are ██████████████████████████████,                 01:40:06
14  right?                                                    01:40:08
15      A     Yeah.                                           01:40:09
16      Q     And there are █████████████████████   ██████    01:40:11
17  █ ██████████, right?                                      01:40:11
18      A     Yep.                                            01:40:12
19      Q     But if I ask you if there are ███████████       01:40:13
20  boards in Fuji, what would your answer be?                01:40:15
21            MR. KIM:  Objection, form.                      01:40:18
22            MS. HYDE:  Join.                                01:40:19
23      A     I would say there's ███████████████   ██████    01:40:22
24  █ █████████████████████████████████████.                  01:40:22
25      Q     (BY MR. NARDINELLI) Why is it that when I       01:40:24
```

Page 155

| | | |
|---|---|---|
| 1 | ask you about the transmit boards, you say there's | 01:40:26 |
| 2 | ██████████████████████████████████; | 01:40:27 |
| 3 | but when I ask you about receive boards, you say | 01:40:28 |
| 4 | there's ███████████████ in Fuji? | 01:40:30 |
| 5 | MR. KIM: Objection, form. | 01:40:34 |
| 6 | MS. HYDE: Join. | 01:40:35 |
| 7 | A   It seems -- it seems equivalent. | 01:40:36 |
| 8 | Q   (BY MR. NARDINELLI) ████████████ | |
| 9 | ████████████████████████████████ | |
| 10 | ██████████████████████████████████ | |
| 11 | ██████████████████ | |
| 12 | ████████████████████████████ | |
| 13 | ██████████████████████████████ | |
| 14 | ████████████████████████████████ | |
| 15 | ██████████████████████ | 01:41:04 |
| 16 | A   Let's see. | 01:41:05 |
| 17 | MR. KIM: Objection, form. | 01:41:25 |
| 18 | MS. HYDE: Join. | 01:41:26 |
| 19 | A   I guess I don't know the detail of the | 01:41:30 |
| 20 | design. | 01:41:32 |
| 21 | Q   (BY MR. NARDINELLI) Sure.  That's okay. | 01:41:33 |
| 22 | It says that, The photodetector was -- and I will | 01:41:34 |
| 23 | skip the name of the vendor to maybe save some poor | 01:41:37 |
| 24 | associate one page of sealing for once in this case. | 01:41:40 |
| 25 | The photodetector was designed because its | 01:41:44 |

1      I, MARY J. GOFF, CSR No. 13427, Certified

2  Shorthand Reporter of the State of California,

3  certify;

4      That the foregoing proceedings were taken before me at the time and place herein set forth, at
5  which time the witness declared under penalty of

6  perjury; that the testimony of the witness and all

7  objections made at the time of the examination were

8  recorded stenographically by me and were thereafter transcribed under my direction and supervision; that
9  the foregoing is a full, true, and correct

10  transcript of my shorthand notes so taken and of the

11  testimony so given;

12      That before completion of the deposition,

13  review of the transcript (XX) was (  ) was not

14  requested:   (   ) that the witness has failed or

15  refused to approve the transcript.
      I further certify that I am not financially
16  interested in the action, and I am not a relative or

17  employee of any attorney of the parties, nor of any

18  of the parties.

19      I declare under penalty of perjury under the

20  laws of California that the foregoing is true and correct, dated this 15th day of August 2017.
21

22

23
        &lt;%signature%&gt;
24      MARY J. GOFF

25      CSR No. 13427