# EXHIBIT 18

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     _____
 5   WAYMO LLC,                    )
 6             Plaintiff,          )
 7       vs.                       ) Case No.
 8   UBER TECHNOLOGIES, INC.,      ) 3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO           )
10   TRUCKING LLC,                 )
11             Defendants.         )
     _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15   CONTINUED VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
16                San Francisco, California
17                Wednesday, June 14, 2017
18                       Volume II
19
20
21   Reported by:
22   SUZANNE F. GUDELJ, CSR No. 5111
23   Job No. 2638084
24
25   PAGES 96 - 274
```

Page 96

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4
5    _____
6    WAYMO LLC,                     )
7              Plaintiff,           )
8         vs.                       ) Case No.
9    UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939-WHA
10   OTTOMOTTO LLC; OTTO            )
11   TRUCKING LLC,                  )
12             Defendants.          )
13   _____)
14
15
16      Continued Videotaped Deposition of GAETAN PENNECOT,
17      Volume II, taken on behalf of Plaintiff Waymo
18      LLC, at the Law Offices of Quinn Emanuel
19      Urquhart & Sullivan LLP, 50 California Street,
20      22nd Floor, San Francisco, California,
21      beginning at 9:13 a.m., and ending at 4:38 p.m.
22      a.m., on Wednesday, June 14, 2017, before
23      SUZANNE F. GUDELJ, Certified Shorthand Reporter
24      No. 5111.
25
```

Page 97

```
1      Q    What does that refer to?
2      A    That would be where the light is exiting
3   from the laser die, so that would be the front
4   surface of the die.
5      Q    Okay.  Have you -- and then there's            02:54:03
6   something that says ( ▇▇▇▇▇▇ )?
7      A    Yes.
8      Q    What does that refer to?
9      A    ( ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )  ( ▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
13     Q    Why did you include the ( ▇▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ) in this
15   document, Exhibit 155?                                02:54:38
16     A    Because the ( ▇▇▇▇▇▇▇▇▇▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇ ).
19     Q    So the ( ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
(▇)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ); is that right?                 02:55:02
21     A    So that was the goal.
22     Q    Okay.  And that's how you wrote this
23   document?
24     A    That's how I wrote that document.  However,
25   like you've seen like "fiducial" next to ( ▇▇▇ )      02:55:14
```

Page 225

1    (▮) people at the die bonding machine --
2            (Reporter clarification.)
3            Die bonding, so d-i-e bonding machine, the
4    pattern recognition didn't work really well with the
5    (▮).                                              02:55:39
6            So they wanted to use like a fiducial, so
7    fiducial being some mark on the PCB on the copper,
8    and they would take like their optic -- pattern
9    recognition reference on the copper instead of doing
10   it on the (▮).                                   02:56:06
11       Q    Okay.  The transmit board here -- depicted
12   here, Fuji has (▮), right?
13       A    This is correct.
14       Q    And there are (▮)
15   (▮), right?                                      02:56:24
16       A    This is correct.
17       Q    Are you aware of any other LiDARs that have
18   (▮)?
19       A    Yes.
20       Q    What are you aware of?                  02:56:37
21       A    GBR3.
22       Q    Okay.  Apart from GBR3, are there any
23   others that you're aware of?
24       A    I'm not aware of any others.
25       Q    Okay.  And then in terms of this circuit 02:56:49

Page 226

```
1    board (█████) --
2        A    Mm-hmm.
3        Q    -- (██████████████████████), are you
4    aware of any other LiDARs that include a similar
5    (████████████████████████████████████████)?           02:57:05
6        A    So what -- what do you mean by "similar"?
7        Q    Just referring to the kind of (██████████)
8    (████████████████████████████████████████████)
9    (████████████████████).
10       A    So this (██████████████████████) (███) (██████)
11   (████████████████████████████████).
12            (Reporter clarification.)
13            (██████████████████████)
14            (████████████████████████████████)
15   (██████) (██████████████████████████████) (██████)
16            (████████████████████████████████████)
17            (██████████████████████████████████) (██)
18            (████████████████████████████████)
19            (██████████████████)
20       Q    On a (██████████)?                           02:58:18
21       A    (██████████), no.
22       Q    So my question is:  Are you familiar with a
23   similar (████████████████████████████████████████)
24   (██████████████████████████)?
25       A    No.                                          02:58:36
```

Page 227

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were duly sworn; that a record
8   of the proceedings was made by me using machine
9   shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [x] was not requested.
16       I further, certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21       Dated: 6/19/2017
22
23       _____
24       SUZANNE F. GUDELJ
25       CSR No. 5111

Page 274