# EXHIBIT 25



UBER00140729