1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10
                   UNITED STATES DISTRICT COURT
11
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
12

13 | WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA
   |            |
14 |    Plaintiff, | **DECLARATION OF JEFF NARDINELLI**
   |
15 |    vs. |
   |
16 | UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, |
17 |    |
   |    Defendants. |
18

19

20

21

22

23

24

25

26

27

28

Case No.3:17-cv-00939-WHA
DECLARATION OF JEFF NARDINELLI

1    I, Jeffrey W. Nardinelli, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2.    Attached as Exhibit 1 is a true and correct copy of excerpts from the Kevin Faulkner deposition taken on April 17, 2017.

3.    Attached as Exhibit 2 is a true and correct copy of excerpts from the Alexander (Sasha) Zbrozek deposition taken on September 6, 2017.

4.    Attached as Exhibit 3 is a true and correct copy of excerpts from the William Treichler deposition taken on August 14, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 13, 2017          */s Jeff Nardinelli*
                                     Jeff Nardinelli

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven