# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                              )
        Plaintiff,                    )
  vs.                                   ) Case No.
UBER TECHNOLOGIES, INC.;                 ) 17-cv-00939-WHA
OTTOMOTTO, LLC; OTTO TRUCKING LLC,       )
        Defendants.                   )
_____)

HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY

VIDEOTAPED DEPOSITION OF

WILLIAM TREICHLER

San Francisco, California

Monday, August 14, 2017

Volume I

Reported by:

MARY J. GOFF

CSR No. 13427
Job No. 2674484

PAGES 1 - 276

```
                                                              Page 153
 1      A    I don't remember.                                01:38:40
 2      Q    Do you remember what you were working on         01:38:42
 3   in November 2016?                                        01:38:44
 4      A    I don't.                                         01:38:47
 5      Q    It says that, Florin, ███████████        ██████
     ████████████████████████████████████              ██████
     ██████████████████████████████████                01:38:58
 8   channels.                                                01:39:01
 9           So in Fuji, there are ██████████████ ,           01:39:02
10   correct?                                                 01:39:04
11      A    There are ██████████████ , yeah.                 01:39:05
12      Q    There's ████████████████████████████████  ██████
     ██████████████████████████████████                01:39:09
14      A    Correct.                                         01:39:13
15      Q    So there's ██████████████████ in Fuji?           01:39:13
16   You just testified to that, right?                       01:39:15
17      A    There are -- well, yeah, if you don't            01:39:17
18   count the ██████████████████████████████████ .           01:39:20
19      Q    And ██████████████ , right?                      01:39:23
20      A    Right.  So here we talk about ███       ████████
     ████████████████████████████████ .                01:39:33
22      Q    Well, let me clarify.  I'm talking about         01:39:36
23   the ██████████████████████████████████            ██████
     ██████████████  capable of receiving object reflected    01:39:43
25   light.                                                   01:39:46
```

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 01:39:46 |
| 2 | Q | Is there ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| 3 | | ▇ ▇▇▇▇▇ | 01:39:50 |
| 4 | A | There is. | 01:39:50 |
| 5 | Q | And there's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| 6 | | ▇ ▇▇▇▇▇▇▇▇ | 01:39:52 |
| 7 | A | There is. | 01:39:53 |
| 8 | Q | And you testified that there are, in fact, | 01:39:53 |
| 9 | | ▇▇▇▇▇▇▇▇▇▇▇ in Fuji, right? | 01:39:55 |
| 10 | A | There are ▇▇▇▇▇▇▇▇▇, yeah. | 01:39:58 |
| 11 | Q | But if we go back and talk about the | 01:40:01 |
| 12 | | transmit side, you will agree me with me, correct, | 01:40:03 |
| 13 | | there are ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, | 01:40:06 |
| 14 | | right? | 01:40:08 |
| 15 | A | Yeah. | 01:40:09 |
| 16 | Q | And there are ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| 17 | | ▇ ▇▇▇▇▇▇, right? | 01:40:11 |
| 18 | A | Yep. | 01:40:12 |
| 19 | Q | But if I ask you if there are ▇▇▇▇▇▇ | 01:40:13 |
| 20 | | boards in Fuji, what would your answer be? | 01:40:15 |
| 21 | | MR. KIM: Objection, form. | 01:40:18 |
| 22 | | MS. HYDE: Join. | 01:40:19 |
| 23 | A | I would say there's ▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| 24 | | ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | 01:40:22 |
| 25 | Q | (BY MR. NARDINELLI) Why is it that when I | 01:40:24 |

```
                                                              Page 155
1    ask you about the transmit boards, you say there's      01:40:26
2    ███████████████████████████████████████████;            01:40:27
3    but when I ask you about receive boards, you say        01:40:28
4    there's ████████████████ in Fuji?                       01:40:30
5            MR. KIM:  Objection, form.                      01:40:34
6            MS. HYDE:  Join.                                01:40:35
7       A    It seems -- it seems equivalent.                01:40:36
8       Q    (BY MR. NARDINELLI) ██████████████ ███
█  ████████████████████████████████████████      ███
█  █████████████████████████████████████████████ ███
█  █████████████████████                         ███
█       █████████████████████████████████████    ███
█  ████████████████████████████████████████████  ███
█  ████████████████████████████████████████████  ███
█  ████████████████████████████                  01:41:04
16      A    Let's see.                                      01:41:05
17           MR. KIM:  Objection, form.                      01:41:25
18           MS. HYDE:  Join.                                01:41:26
19      A    I guess I don't know the detail of the          01:41:30
20   design.                                                 01:41:32
21      Q    (BY MR. NARDINELLI) Sure.  That's okay.         01:41:33
22   It says that, The photodetector was -- and I will       01:41:34
23   skip the name of the vendor to maybe save some poor     01:41:37
24   associate one page of sealing for once in this case.    01:41:40
25           The photodetector was designed because its      01:41:44
```

1     I, MARY J. GOFF, CSR No. 13427, Certified

2  Shorthand Reporter of the State of California,

3  certify;

4     That the foregoing proceedings were taken
   before me at the time and place herein set forth, at
5  which time the witness declared under penalty of

6  perjury; that the testimony of the witness and all

7  objections made at the time of the examination were

8  recorded stenographically by me and were thereafter
   transcribed under my direction and supervision; that
9  the foregoing is a full, true, and correct

10 transcript of my shorthand notes so taken and of the

11 testimony so given;

12    That before completion of the deposition,

13 review of the transcript (XX) was (  ) was not

14 requested:   (   ) that the witness has failed or

15 refused to approve the transcript.
      I further certify that I am not financially
16 interested in the action, and I am not a relative or

17 employee of any attorney of the parties, nor of any

18 of the parties.

19    I declare under penalty of perjury under the

20 laws of California that the foregoing is true and
   correct, dated this 15th day of August 2017.
21

22

23
            <%signature%>
24          MARY J. GOFF

25          CSR No. 13427