# EXHIBIT 48

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL - ATTORNEYS EYES ONLY

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5   WAYMO LLC,                    )
                                  )
6              Plaintiff,         )
                                  )  Case No.
7        vs.                      )  3:17-cv-00939-WHA
                                  )
8   UBER TECHNOLOGIES, INC.,      )
    OTTOMOTTO LLC; OTTO TRUCKING  )
9   LLC,                          )
                                  )
10             Defendants.        )
    _____)

11

12      *** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14      VIDEOTAPED DEPOSITION OF GAETAN PENNECOT

15             San Francisco, California

16            Thursday, April 20, 2017

17                   Volume I

18

19

20   Reported by:

21   CARLA SOARES

22   CSR No. 5908

23   Job No. 2599854

24

25   Pages 1 - 95

                                     Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1         A    I don't know.                           09:30:29

 2         Q    Did you work on the -- on fiber lasers at

 3   Google?

 4         A    So what do you mean by "work on fiber

 5   lasers"?                                           09:30:50

 6         Q    Was one of the LiDAR projects that you

 7   worked on, did it use fiber lasers?

 8         A    Papa Bear was.

 9         Q    And are you familiar with how the

10   amplification of the fiber laser worked?           09:31:06

11         A    Not at all.

12         Q    Okay.  Why did you leave Google and now

13   Waymo?

14         A    I had issues with my commute.

15         Q    Anything else?                          09:31:24

16         A    Actually, there's a list of reasons.  I

17   was -- so number one is commute.  So I was not happy

18   being in my car, like, three hours every day.

19              The second reason, which is, like, kind of

20   complicated reason, but you've heard about the     09:31:51

21   Chauffeur plan.

22              In December, like on December 31st, I

23   guess -- no, I don't remember.  Like, sometime

24   before, in 2015, the Project Chauffeur got a

25   valuation.  This valuation was pretty high.  And   09:32:20
```

Page 25

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS EYES ONLY



1    although, like, it's not my main reason, that was         09:32:30

2    another reason.

3          I felt that

17          A    So I didn't understand everything, and it

18   was really hard to ask questions about this plan

19   since our HR people were not really aware of it, or,

20   like, people in charge of the compensation.  So         09:34:00

21   there was nobody to talk to.

22          Can you repeat the question?

23          Q   Well, let me see if I can just cut through

24   this a little bit easier.

25          So you left Waymo to join Otto because you         09:34:14

Page 26

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    wanted to get money, and your commute was too long?        09:34:19

 2         A    So I didn't left [sic] Waymo to join Otto.

 3    I left Waymo.   Then I joined Otto.

 4              So the commute was a big reason, and I

 5    thought it was a good time to leave.                       09:34:45

 6              Basically, like, in some ways, I was

 7    artificially kept at Google through this plan.   So I

 8    could have stayed a little longer, but then I got

 9    scared about the possibility of this plan going

10    down.                                                      09:35:06

11         Q    You wanted to get your money while it was

12    still at a high valuation; is that fair?

13         A    This money represented a lot for me that

14    was more than -- so yeah, that was significant.

15         Q    Did you ever talk with Mr. Levandowski          09:35:30

16    about this?

17         A    About?

18         Q    The valuation of Project Chauffeur and

19    whether to leave now or later.

20         A    About the valuation going down?                 09:35:40

21         Q    Yes.

22         A    No.

23         Q    When did you leave Waymo?

24         A    April 1st, 2016.

25         Q    When did you join Otto?                         09:35:56
```

Page 27

CONFIDENTIAL - ATTORNEYS EYES ONLY

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

         That the foregoing proceedings were taken

4    before me at the time and place herein set forth;

5    that any witnesses in the foregoing proceedings,

6    prior to testifying, were administered an oath; that

7    a record of the proceedings was made by me using

     machine shorthand which was thereafter transcribed

8    under my direction; that the foregoing transcript is

9    a true record of the testimony given.

10        Further, that if the foregoing pertains to

11   the original transcript of a deposition in a Federal

12   Case, before completion of the proceedings, review

     of the transcript [ ] was [x] was not requested

13        I further certify I am neither financially

14   interested in the action nor a relative or employee

15   of any attorney or any party to this action.

16        IN WITNESS WHEREOF, I have this date

17   subscribed my name.

18

19   Dated: April 20, 2017

20

21

22

23   _____

24        CARLA SOARES

25        CSR No. 5908

                                        Page  95