QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF PLAINTIFF WAYMO LLC'S RENEWED MOTION IN LIMINE 1** |

1   I, Jeffrey W. Nardinelli, hereby declare as follows.

2   1. I am a member of the bar of the State of California and an associate with Quinn
3   Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this
4   declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
5   would testify competently as follows.

6   2. Attached as Exhibit A is a true and correct copy of Defendants Uber Technologies,
7   Inc. And Ottomotto LLC's Supplemental Response To Waymo's Third Set Of Common
8   Interrogatories (No. 9), filed under seal.

9   3. Attached as Exhibit B is a true and correct copy of Defendants Uber Technologies,
10  Inc. And Ottomotto LLC's Responses To Waymo's First Set Of Expedited Interrogatories
11  Pursuant To Paragraph Six Of The May 11, 2017 Preliminary Injunction Order (Nos. 1-9), filed
12  under seal.

13  4. Attached as Exhibit C is a true and correct copy of Defendants Uber Technologies,
14  Inc. And Ottomotto LLC's Amended Initial Disclosures.

15  5. Attached as Exhibit D is a true and correct copy of Defendants Uber Technologies,
16  Inc. And Ottomotto LLC's Supplemental Initial Disclosures.

17  6. Attached as Exhibit E is a true and correct copy of information and relevant
18  documents for Google Inc.'s Project Chauffeur Bonus Program, filed under seal.

19  7. Attached as Exhibit F is a true and correct copy of an email from Chris Urmson,
20  dated Saturday, December 5, 2105 and filed under seal.

21  8. Attached as Exhibit G is a true and correct copy of the chart containing Waymo's
22  Renewed MIL, filed under seal.

23  9. Attached as Exhibit H is a true and correct copy of transcript excerpts from the
24  video deposition Of Daniel Gruver, taken August 4, 2017 and filed under seal.

25  10. Attached as Exhibit I is a true and correct copy of transcript excerpts of the
26  videotaped deposition of John Krafcik, dated August 2, 2017 and filed under seal.

27  11. Attached as Exhibit J is a true and correct copy of transcript excerpts of the
28  videotaped deposition of Larry Page, dated July 17, 2017 and filed under seal.

1  12. Attached as Exhibit K is a true and correct copy of transcript excerpts of the
2 videotaped deposition of Gaetan Pennecot, dated April 20, 2017 and filed under seal.
3  13. Attached as Exhibit L is a true and correct copy of text message excerpts on August
4 4, 2016 at 12:20 pm, from Anthony Levandowski to Chelsea, filed under seal.
5  14. Attached as Exhibit M is a true and correct copy of a memo sent to Anthony
6 Levandowski, from Chris Urmson, regarding Performance Improvement Plan, filed under seal.
7  15. Attached as Exhibit N is a true and correct copy of a December 2015 memo to
8 Anthony Levandowski (anthony1), regarding Project Chauffeur Bonus Statement, filed under seal.
9  16. Attached as Exhibit O is a true and correct copy of a term sheet for Project
10 Chauffeur, dated May 2011 and filed under seal.
11  17. Attached as Exhibit P is a true and correct copy of a June 17, 2015 memo to
12 Anthony Levandowski (anthony1), regarding Project Chauffeur Bonus Statement and filed under
13 seal.
14  18. Attached as Exhibit Q is a true and correct copy of a May 25, 2011 memo from
15 Sergey Brin to Sebastian Thrun regarding "chauffeur compensation" and filed under seal.
16  19. Attached as Exhibit R is a true and correct copy of a second set of term sheet for
17 Project Chauffeur, dated May 2011 and filed under seal, filed under seal.
18  20. Attached as Exhibit S is a true and correct copy of a October 13, 2015 presentation
19 by Allen & Company, regarding Project Optimus, Project Lead Valuation Materials, and filed
20 under seal.
21  21. Attached as Exhibit T is a true and correct copy of a confidential Alphabet Letter
22 dated December 2015 to Anthony Levandowski (anthony1) regarding Project Chauffeur's Bonus
23 Statement, filed under seal.
24  22. Attached as Exhibit U is a true and correct copy of Google Pay Statements to
25 Anthony Scott Levandowski, showing earnings from 12/30/2015 to 12/31/2015 and filed under
26 seal.
27  23. Attached as Exhibit V is a true and correct copy of Google Pay Statements to
28 Anthony Scott Levandowski, showing earnings from 7/22/2106 to 8/04/2016 and filed under seal.

1  24. Attached as Exhibit W is a true and correct copy of an Tue 17 Nov 2015 email from Chris Urmson to other Google employees, inviting them to attend a Chauffer Plan Update scheduled for Tue Nov 17 2015, filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 13, 2017               */s Jeff Nardinelli*
                                          Jeff Nardinelli

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                                          */s/ Charles K. Verhoeven*
                                           Charles K. Verhoeven