# Exhibit H