# Exhibit I