# Exhibit K