# Exhibit L