# Exhibit M