Exhibit O