# Exhibit P