# Exhibit Q