# Exhibit R