# Exhibit U