# Exhibit V