# Exhibit W