# EXHIBIT 28

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL