# EXHIBIT 34

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL