# EXHIBIT 35

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL