# EXHIBIT 36

# ENTIRE EXHIBIT
# SUBMITTED UNDER SEAL