# EXHIBIT 38

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL