JASON R. BARTLETT (State Bar No. 214530)
jbartlett@mkwllp.com
MARC J. PERNICK (State Bar No. 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
275 Battery Street, Suite 480
San Francisco, California 94111
Telephone: (415) 738 - 6228
Facsimile:  (415) 738 - 2315

*Attorneys for Non-Party,*
DON BURNETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | Case No.: 3:17-cv-00939-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY MARC J. PERNICK** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

TO ALL COUNSELS OF RECORD:

    PLEASE TAKE NOTICE of the appearance of attorney Marc J. Pernick of the law firm Mauriel Kapouytian Woods LLP as counsel in this action for Non-Party, Don Burnette.

Dated: September 14, 2017

                                                    MAURIEL KAPOUYTIAN WOODS LLP

                                                    By  /s/ Marc J. Pernick
                                                         Marc J. Pernick

                                                    *Attorneys for Non-Party,*
                                                   DON BURNETTE