1  JASON R. BARTLETT (State Bar No. 214530)
   jbartlett@mkwllp.com
2  MARC J. PERNICK (State Bar No. 160591)
   mpernick@mkwllp.com
3  MAURIEL KAPOUYTIAN WOODS LLP
   275 Battery Street, Suite 480
4  San Francisco, California 94111
   Telephone:  (415) 738 - 6228
5  Facsimile:   (415) 738 - 2315

6  *Attorneys for Non-Party,*
   DON BURNETTE

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10 WAYMO LLC,                         )  Case No.:  3:17-cv-00939-WHA
                                      )
11              Plaintiff,            )  **NOTICE OF APPEARANCE BY**
                                      )  **JASON R. BARLETT**
12                                    )
                                      )
13       v.                           )
                                      )
14 UBER TECHNOLOGIES, INC.,           )
   OTTOMOTTO LLC; OTTO TRUCKING       )
15 LLC,                               )
                                      )
16              Defendants.           )
                                      )
17                                    )

18 TO ALL COUNSELS OF RECORD:

19       PLEASE TAKE NOTICE of the appearance of attorney Jason R. Bartlett of the law firm

20 Mauriel Kapouytian Woods LLP as counsel in this action for Non-Party, Don Burnette.

21

22 Dated: September 14, 2017

23                             MAURIEL KAPOUYTIAN WOODS LLP

24                             By  /s/ Jason R. Bartlett
                                   Jason R. Bartlett
25
                                   *Attorneys for Non-Party,*
26                                 DON BURNETTE

27

28

---

NOTICE OF APPEARANCE BY JASON R. BARLETT