1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:     415.268.7000
5  Facsimile:      415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:     202.237.2727
10 Facsimile:      202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY  10019-6023
   Telephone:     212.336.8330
15 Facsimile:      202.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

18                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
20

21 WAYMO LLC,                           Case No. 3:17-cv-00939-WHA

22           Plaintiff,                 **NOTICE OF APPEARANCE BY ELIZABETH BALASSONE**

23     v.

24 UBER TECHNOLOGIES, INC.,
   OTTOMOTTO LLC; OTTO TRUCKING
25 LLC,

26           Defendants.

27

28

NOTICE OF APPEARANCE BY ELIZABETH BALASSONE
Case No. 3:17-cv-00939-WHA
sf-3823381

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Elizabeth Balassone of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 280563) and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in the above-captioned case.

Dated: September 14, 2017

MORRISON & FOERSTER LLP

By: */s/ Elizabeth Balassone*
     ELIZABETH BALASSONE

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC