Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF ERRATA REGARDING DEFENDANTS' OPPOSITION TO WAYMO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom: 8 - 19th Floor<br>Judge: Hon. William Alsup |

1     TO: THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE THAT Otto Trucking provides this notice of errata to correct a

3  statement in Defendants' Opposition to Waymo's Motion for Partial Summary Judgment (Dkts.

4  1524-3, 1524-4, and 1525) and the supporting Declaration of Hong-An Vu (Dkts. 1524-5 and

5  1525-1).

6     Page 9, lines 18-19 of Defendants' Opposition to Waymo's Motion for Partial Summary

7  Judgment states, "Waymo also did not include Mr. Zbrozek, Mr. Vines, or Mr.Gorman as

8  custodians and did not collect or produce their documents."

9     This sentence should be corrected to state, "Waymo also did not include Mr. Vines, Mr.

10 Zbrozek, or Mr. Gorman as custodians for applying agreed-to search terms and did not collect or

11 produce Mr. Gorman's or Mr. Vines' documents."

12    Similarly, paragraph 30, line 14-16 of the Declaration of Hong-An Vu states, "Sasha

13 Zbrozek, Nick Vines, and Tom Gorman are not custodians whose documents Waymo search and I

14 am not aware if they were ever discussed as custodians as none of these individuals appears on

15 Waymo's initial disclosures."

16    This sentence is replaced with "Nick Vines and Tom Gorman are not custodians and I am

17 not aware if they were ever discussed as custodians as neither appears on Waymo's initial

18 disclosures."

19 ///

20

21 ///

22

23 ///

24

25 ///

26

27 ///

28

Dated:  September 14, 2017          Respectfully submitted,

                                    By:   */s/ Hong-An Vu*
                                          Neel Chatterjee
                                          *nchatterjee@goodwinlaw.com*
                                          Brett Schuman
                                          *bschuman@goodwinlaw.com*
                                          Shane Brun
                                          *sbrun@goodwinlaw.com*
                                          Rachel M. Walsh
                                          *rwalsh@goodwinlaw.com*
                                          Hong-An Vu
                                          *hvu@goodwinlaw.com*
                                          Hayes P. Hyde
                                          *hhyde@goodwinlaw.com*
                                          James Lin
                                          *jlin@goodwinlaw.com*
                                          **GOODWIN PROCTER LLP**

                                    *Attorneys for Defendant: Otto Trucking LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 14, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **September 14, 2017**.

>                                        /s/   Hong-An Vu
>                                              HONG-AN VU