1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:    202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY  10019-6023
   Telephone:    212.336.8330
15 Facsimile:    202.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

18              UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21 WAYMO LLC,                        | Case No. 3:17-cv-00939-WHA

22            Plaintiff,             | **UBER'S ERRATA TO DOCKET NO. 1534**

23       v.                          | Judge:   The Honorable William Alsup

24 UBER TECHNOLOGIES, INC.,          | Trial Date: October 10, 2017
   OTTOMOTTO LLC; OTTO TRUCKING
25 LLC,

26            Defendants.

27

28

1    In Docket No. 1534, filed on Tuesday, September 12, 2017, Uber stated that Waymo had

2   not produced a privilege log pertaining to its acquisition documents.  (Dkt. 1534 at 4:27.)

3   Waymo actually served the privilege log on Monday afternoon, September 11, 2017.

4

5   Dated:  September 14, 2017                    MORRISON & FOERSTER LLP

6

7                                                By:   ___/s/ Arturo J. González_____

8                                                    ARTURO J. GONZÁLEZ

9                                                Attorneys for Defendants
                                                 UBER TECHNOLOGIES, INC.
10                                               and OTTOMOTTO LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28