MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO COURT'S ORDER REQUIRING DECLARATIONS AND EXHIBITS THERETO** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal the Declaration
3  of Arturo J. González in Response to Court's Order Requiring Declarations and Exhibits Thereto.
4  Specifically, Defendants request an order granting leave to file under seal the confidential
5  portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Arturo J. Gonzalez | Highlighted Portions | Waymo |
| Exhibit 3 | Entirety | Waymo |
| Exhibit 5 | Highlighted Portions | Waymo |
| Exhibit 6 | Highlighted Portions | Waymo |

13  The green-highlighted portions of the Declaration of Arturo J. González and Exhibits 5
14  and 6, as well as the entirety of Exhibit 3, contain information that has been designated "Highly
15  Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2
16  Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this
17  case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in
18  accordance with Paragraph 14.4 of the Protective Order.  (Declaration of Michelle Yang in
19  Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.")
20  ¶ 3.)

21  Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
22  documents at issue, with accompanying chamber copies.

23  Defendants served Waymo with this Administrative Motion to File Documents Under
24  Seal on September 15, 2017.

25  For the foregoing reasons, Defendants request that the Court enter the accompanying
26  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
27  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
28  ATTORNEYS' EYES ONLY."

Dated: September 15, 2017

MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
     ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC