| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | ERIC A. TATE (CA SBN 178719) |
| | ETate@mofo.com |
| 4 | RUDY Y. KIM (CA SBN 199426) |
| | RKim@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone:     415.268.7000 |
| 7 | Facsimile:      415.268.7522 |
| 8 | KAREN L. DUNN (*Pro Hac Vice*) |
| | kdunn@bsfllp.com |
| 9 | HAMISH P.M. HUME (*Pro Hac Vice*) |
| | hhume@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 11 | Washington DC  20005 |
| | Telephone:     202.237.2727 |
| 12 | Facsimile:      202.237.6131 |
| 13 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 14 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@SusmanGodfrey.com |
| 15 | SUSMAN GODFREY |
| | 1301 Avenue of the Americas, 32nd Floor |
| 16 | New York, NY 10019-6023 |
| 17 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 18 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO COURT'S ORDER REQUIRING DECLARATIONS AND EXHIBITS THERETO** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal the Declaration of Arturo J. González in Response to Court's Order Requiring Declarations and Exhibits Thereto.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Arturo J. Gonzalez | Highlighted Portions | Waymo |
| Exhibit 3 | Entirety | Waymo |
| Exhibit 5 | Highlighted Portions | Waymo |
| Exhibit 6 | Highlighted Portions | Waymo |

3. The green-highlighted portions of the Declaration of Arturo J. González and Exhibits 5 and 6, as well as the entirety of Exhibit 3, contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4. Defendants' request to seal is narrowly tailored to the portions of the Declaration and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September, 2017 in San Francisco, CA.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 15, 2017         */s/ Arturo J. González*
                                  ARTURO J. GONZALEZ