# EXHIBIT 7

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Maxwell Pritt
**To:** Jeff Nardinelli
**Cc:** QE-Waymo; UberWaymoMoFoAttorneys; John Cooper (JCooper@fbm.com); DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; Matthew Cate
**Subject:** RE: Waymo v. Uber - Waymo PROD061-063
**Date:** Wednesday, September 13, 2017 3:19:32 PM

Hi Jeff,

Saturday's Waymo PROD061-063 appear to contain hundreds of documents (conservatively, around 800 out of 1,257) that aren't related to the subjects of any of the recent discovery orders.  Just a few examples include:

1. WAYMO-UBER-00094886- 894, Google's Official Data Classification Guidelines as of 12/10/2013
2. WAYMO-UBER-00095020-951,  Google's "The Company Bonus Plan"
3. WAYMO-UBER-00094177-179, 02-19-2016 Email between Google employees and █████ ████████████████████████████████████████████
4. WAYMO-UBER-00091492-500, email from Fidrick to Droz and Levandowski re: ██████████████████████████████████████████████
5. WAYMO-UBER-00093563-564, email from Tanya Sumang to others at Google including Kshirsagar re: "[Laser Dev] GBR Update 11/13-EOB"

Please let us know no later than tomorrow morning why these documents were included in Saturday's production, weeks after the close of discovery and after the deadline the parties negotiated for MILs.  Please also let us know when to expect the additional production and accompanying privilege log referenced in your email below.

Thanks,
Max

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Monday, September 11, 2017 5:58 PM
**To:** Maxwell Pritt
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Actually PROD062 is also M&A related.  On an earlier separate thread I told you that we'd had to pull back three documents because they contained personal information.  PROD062 is those three documents plus their families, but with appropriate redactions covering private/financial information.

**From:** Maxwell Pritt [mailto:mpritt@BSFLLP.com]
**Sent:** Monday, September 11, 2017 5:02 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>

**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Thanks, Jeff.  What is PROD062 then?

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Monday, September 11, 2017 2:35 PM
**To:** Maxwell Pritt; UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; John Cooper (JCooper@fbm.com); Matthew Cate
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Max,

We produced additional M&A-related documents on Saturday via PROD061 and PROD063.  We are reviewing a final set of responsive documents and will produce them as soon as we are ready.  Attached please find our privilege log corresponding to PROD060 through PROD063.

Thanks,
Jeff

---

**From:** Maxwell Pritt [mailto:mpritt@BSFLLP.com]
**Sent:** Sunday, September 10, 2017 7:24 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; John Cooper (JCooper@fbm.com) <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Hi Jeff, please let me know about the issues below when you get a chance.  Thank you.

Best,
Max

---

**From:** Maxwell Pritt
**Sent:** Saturday, September 09, 2017 1:32 PM
**To:** 'Jeff Nardinelli'; UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; John Cooper (JCooper@fbm.com); Matthew Cate
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Hi Jeff,

Please let us know if Thursday's production was the complete production of documents responsive to RFPs 170, 172, and 173.  Also, please let us know when Waymo will produce the privilege log associated with this production.  Thanks very much.

Best,

Max

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Thursday, September 07, 2017 3:33 PM
**To:** UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; John Cooper (JCooper@fbm.com); Matthew Cate
**Cc:** QE-Waymo
**Subject:** Waymo v. Uber - Waymo PROD060

Counsel,

Please find at the link below Waymo production PROD060.

https://sendfile.quinnemanuel.com/pkg?token=f9d043bc-3cd5-4e5c-b320-0097ae60e65d

I'll send the password separately.

**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]