Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO<br>TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO PLAINTIFF WAYMO LLC'S CORRECTED SUPPLEMENTAL BRIEF (DKT NO. 1501) IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE**<br><br>Courtroom:　　F-15th Floor<br>Magistrate Judge: Hon. Jacqueline Scott Corley<br>Trial:　　　　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Hong-An Vu<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this administrative motion for an order to file under seal its Response to
3  Plaintiff Waymo LLC's Corrected Supplemental Brief (Dkt. 1501) in Support of its Motion for
4  Order to Show Cause Why Defendants Should Not Be Held In Contempt (the "Administrative
5  Motion").  Specifically, Otto Trucking requests an order granting leave to file under seal the
6  confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Otto Trucking's Response to Plaintiff Waymo LLC's Corrected Supplemental Brief | Highlighted Portions |
| Exhibit 2 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086885 – 00086892 | Highlighted Portions |
| Exhibit 3 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086893 – 00086906 | Entire Document |
| Exhibit 4 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086932 – 00086939 | Highlighted portions |
| Exhibit 8 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00011805 | Entire Document |
| Exhibit 9 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086809 – 00086811 | Entire Document |
| Exhibit 10 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086907 – 00086917 | Entire Document |
| Exhibit 11 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086800 – 00086808 | Entire Document |
| Exhibit 12 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086812 – 00086814 | Entire Document |
| Exhibit 13 to Vu Declaration – Document Bates-stamped WAYMO- | Entire Document |

| | |
|---|---|
| UBER-00084600 – 00084601 | |
| Exhibit 14 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00083662 – 00083663 | Entire Document |
| Exhibit 15 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00035458 – 00035459 | Entire Document |
| Exhibit 16 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00086817 – 00086819 | Entire Document |
| Exhibit 17 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084551 – 00084555 | Entire Document |
| Exhibit 18 to Vu Declaration – Document Bates-stamped WAYMO-UBER-00084575 – 00084581 | Entire Document |
| Exhibit 19 to Vu Declaration – Declaration of Michael Janosko dated March 9, 2017 | Entire Document |
| Exhibit 22 to Vu Declaration – Excerpts of Deposition Transcript of Kristinn Gudjonsson dated July 28, 2017 | Highlighted Portions |
| Exhibit 23 to Vu Declaration – Excerpts of Deposition Transcript of Kristinn Gudjonsson dated September 8, 2017 | Entire Document |
| Exhibit 25 to Vu Declaration – Excerpts of Deposition Transcript of Alexander (Sasha) Zbrozek dated September 6, 2017 | Entire Document |
| Exhibit 28 to Vu Declaration – Excerpts of Expert Report of Erik Laykin dated September 7, 2017 | Entire Document |
| Exhibit 29 to Vu Declaration – Document Bates-stamped UBER00077201 – 00077202 | Entire Document |
| Exhibit 30 to Vu Declaration -- Document Bates-stamped WAYMO-UBER-00047580 | Entire Document |

1    The highlighted portions of Otto Trucking's Response to Waymo's Corrected
2 Supplemental Brief, the highlighted portions of Exhibits 2, 4 and 22 to the Vu Declaration, and the
3 entirety of Exhibits 3, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 25, 28, and 30 to the Vu
4 Declaration contain information that Waymo has designated "Confidential" or "Highly
5 Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking
6 states no position about whether the confidentiality designations are appropriate.  Otto Trucking
7 anticipates that Waymo will file any necessary declarations to seal the above information pursuant
8 to Local Rule 79-5.

9    The entirety of Exhibit 29 contains information that Uber Technologies, Inc. ("Uber") has
10 designated "Confidential" pursuant to the Protective Order in this case.  Uber will file a
11 declaration to seal Exhibit 29 pursuant to Local Rule 79-5.

12    Otto Trucking's request to seal is narrowly tailored to those portions of the Administrative
13 Motion and its supporting documents that merit provisional sealing.

Dated:  September 15, 2017          Respectfully submitted,

By:    */s/   Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:*  Otto Trucking LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 15, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 15, 2017**.

/s/   *Neel Chatterjee*
NEEL CHATTERJEE