# *EXHIBIT 24*

*EXHIBIT 24*


```
               Ex. 24  20170825 (DEPOSITION OF M JANOSKO) (002).txt
  1                         UNITED STATES DISTRICT COURT
  2                         NORTHERN DISTRICT OF CALIFORNIA
  3                            SAN FRANCISCO DIVISION
  4
  5            _____
  6                                           )
  7            WAYMO LLC,                     )
  8                                           )
  9                         Plaintiff,        )
 10              vs.                          )   Case No.
 11                                           )   3:17-cv-00939-WHA
 12            UBER TECHNOLOGIES INC.,        )
 13            OTTOMOTTO LLC; OTTO            )
 14            TRUCKING LLC,                  )
 15                                           )
 16                         Defendants.       )
 17            Videotaped deposition of MICHAEL MURRAY JANOSKO, n
 18            on behalf of the Defendants Otto Trucking LLC; Uber
 19            Technologies, Inc., Ottomotto LLC at the Law Offices
 20            of Quinn Emanuel Urquhart & Sullivan, Level 15, 111
 21            Elizabeth Street in Sydney, Australia, beginning at
 22            9.55am and ending at 12.29pm on Friday, 25 August
 23            2017 before Melissa Hook, Court Reporter of Pacific
 24            Transcriptions.
 25
00001

  1 10.31       SVN server?
  2        A.   The administrator of the SVN server.
  3        Q.   So does your group have any involvement in the
  4             security protocols for the SVN server?
  5        A.   No, we did not have direct involvement.
  6        Q.   And you stated earlier you had I think, it was about
  7             20 people working for you.  Are any of those
  8             individuals involved in management of the SVN
  9             server?
 10        A.   No.
 11        Q.   So your security team is primarily focussed on
 12             protecting other aspects of Google's infrastructure,
 13             is that accurate?
 14        A.   Correct.
 15        Q.   In conferring with Mr Zbrozek, did he - did you
 16             learn how often the credentials for accessing SVN
 17             server are audited?
 18        A.   I believe he said monthly.
 19        Q.   Do you know if that's at the beginning of the month
 20             or at the end of the month?
 21        A.   I don't know.
 22        Q.   So do you know if an employee who leaves
 23             on September 1st, would that employee's credentials
 24             remain active until September 30th, if that's when
 25             the auditing occurs?
00019
  1 10.32 A.   I don't know.
  2        Q.   I believe that you had testified at your deposition
  3             that you had never accessed the SVN server, is that
  4             still accurate?
  5        A.   That's correct.
  6        Q.   At the time that you were conferring with Mr Zbrozek
  7             about the SVN server, did he show you the process
  8             for accessing the SVN server?
  9        A.   Yes, he did.
 10        Q.   So you haven't yourself logged in but you got to see
                                    Page 1
```

```
                    Ex.  24  20170825 (DEPOSITION OF M JANOSKO) (002).txt
         11              sort of a demonstration of what that procedure was
         12              like?
         13         A.   I am not authorised to log in.
         14         Q.   Okay.  And can you describe for us what you saw as a
         15              log-in process?
         16         A.   Sure.  There's a configuration screen and within
         17              that screen you enter the - some details about the
         18              connection, the server name, specifying that it's an
         19              encrypted connection.  I think there is a port
         20              number and user name and password.
         21         Q.   How did you reach the point where you would provide
         22              this information, was it through a web browser?
         23              What was the interface that you would, you know,
         24              that you'd use in order to access, you know, the
         25              screen where you could type in the password and log
    00020

          1  10.46 Q.   Sure.  So your declaration here has several pages
          2              where you talk about this multilayered Google
          3              infrastructure, but then you also say that
          4              Subversion is not on this network?
          5         A.   Correct.
          6         Q.   Are you aware of at any point Subversion being on
          7              the Google network such that it would be protected
          8              in the - by the tools that are described in the
          9              first -  pages 2 to 5 of your declaration?
         10         A.   I am not aware of any time when it was internal.
         11         Q.   Okay.  When we go through some of the aspects of
         12              your declaration, so here in paragraph 7 you talk
         13              about that "Google has less controls that prohibits
         14              untrusted code from executing"?
         15         A.   Correct.
         16         Q.   What did you mean by that?
         17         A.   I mean that we have software that runs and inspects
         18              the processes and the services that run on an
         19              operating system and match it to a white list of
         20              allowed software and blocks execution in instances
         21              when it's not a match.
         22         Q.   And if it's not a match what happens?
         23         A.   It varies by platform, but the user's notified that
         24              an application has been blocked.
         25         Q.   Okay.  And by blocked it means the program cannot
    00028

          1  11.49 A.   Correct, and showed me the file size, the folder
          2              size.
          3         Q.   Aside from that, you don't know whether that folder
          4              actually contained the LiDAR Technology --
          5         MS FOX:   Object to form.
          6         Q.   --or documents relating to the LiDAR Technology,
          7              correct?
          8         A.   I gained this information from Sasha who informed me
          9              of the type of documents that were in there.
         10         Q.   And as the SVN administrator, did he work - do you
         11              know whether he worked on LiDAR Technology?
         12         A.   I don't know.
         13         Q.   Aside from his demonstration, is it accurate to say
         14              that he wouldn't be able to look at the 9.7
         15              gigabytes of data that was on the server and be able
         16              to say this is where the LiDAR Technology was
         17              located?
         18         A.   I am sorry.  Can you repeat the question?
         19         Q.   Sure.  Basically what I'm trying to get out is the
                                        Page 2
```

```
                    Ex. 24  20170825 (DEPOSITION OF M JANOSKO) (002).txt
     20                  information that you provided here in paragraph 24,
     21                  that was entirely provided to you by Sasha Zbrozek,
     22                  is that correct?
     23             A.   Yes.
     24             Q.   And you independently would not have been able to
     25                  recognise whether something related to LiDAR
 00060
 
```