*EXHIBIT 26*

*EXHIBIT 26*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4   _____
                                    )
 5   WAYMO LLC,                     )
                                    )
 6              Plaintiff,          )
                                    )
 7         vs.                      )  Case No.
                                    )  3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,       )
     OTTOMOTTO LLC; OTTO            )
 9   TRUCKING LLC,                  )
                                    )
10              Defendants.         )
     _____)
11
12
13
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16         VIDEOTAPED DEPOSITION OF GARY T. BROWN
17              San Francisco, California
18              Friday, March 24, 2017
19                     Volume I
20
21
22
     Reported by:  SUZANNE F. GUDELJ
23   CSR No. 5111
24   Job No. 2577644
25   PAGES 1 - 65
```

Page 1

```
 1   that?
 2       A   Yes.
 3       Q   How did that first come to your attention?
 4           MR. HOLMES:  And I want to caution you not
 5   to disclose any attorney-client communications.      12:16:41
 6           THE WITNESS:  A log file was provided to
 7   me.
 8   BY MR. GONZALEZ:
 9       Q   By whom?
10           MR. HOLMES:  Same caution.                   12:16:58
11           THE WITNESS:  A former administrator of the
12   SVN server had pulled the log, provided it to a
13   lawyer.  The lawyer provided it to me.
14   BY MR. GONZALEZ:
15       Q   All right.  And when did you get this log?  12:17:11
16       A   Sometime in February 2017.
17       Q   Do you remember any more specifically what
18   the date was when you, yourself, saw the alleged
19   downloading of 14,000 files?
20       A   That varies.                                12:17:41
21       Q   When's the first time that you saw some of
22   the downloading that ended up being 14,000 files?
23       A   I saw the network traffic in October of
24   2016.
25       Q   What is network traffic?                    12:17:59
```

Page 31

1           MR. HOLMES:  -- the question he has.

2           MR. GONZALEZ:  Let's go off the record.

3           VIDEO OPERATOR:  We are off the record at

4    12:24 p.m.

5           (Recess.)                                    12:27:59

6           VIDEO OPERATOR:  We are back on the record

7    at 12:27 p.m.

8    BY MR. GONZALEZ:

9       Q   Who told you that Mr. Levandowski had

10   access to the server and downloaded 14,000 files?   12:28:07

11      A   A lawyer.

12      Q   Which lawyer?

13      A   Tom Gorman.

14      Q   And did you then seek to confirm that by

15   your analysis?                                      12:28:22

16      A   Yes.

17      Q   And did you confirm that in October of

18   2016?

19      A   I corroborated the download with network

20   traffic.                                            12:28:43

21      Q   So you looked at the network traffic to

22   corroborate that 14,000 files were downloaded onto

23   what device?

24      A   Anthony Levandowski's work laptop.

25      Q   The work laptop that was issued to him by   12:29:00

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12          Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16          I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:3/27/17
22
23                      _____
                        SUZANNE F. GUDELJ
24                      CSR No. 5111
25
```

Page 65