# EXHIBIT 4

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **To:** | UberWaymoMoFoAttorneys; ""BSF_EXTERNAL_UberWaymoLit@bsfllp.com" (BSF_EXTERNAL_UberWaymoLit@bsfllp.com)"; DG-GPOttoTruckingWaymo@goodwinlaw.com; John Cooper (JCooper@fbm.com); Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber - Waymo PROD061 PROD062 PROD063 |
| **Date:** | Saturday, September 09, 2017 2:06:10 PM |

**- External Email -**

All,

Please find at the link below Waymo productions PROD061, PROD062, and PROD063.

https://sendfile.quinnemanuel.com/pkg?token=39c5e63e-dcf6-4b0d-a1eb-cb3932c197a2

I'll send the passwords separately.

Thanks,
Jeff