*EXHIBIT 20*

*EXHIBIT 20*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5   WAYMO LLC,
6         Plaintiff,
7   vs.                              Case No.
8   UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
9   OTTOMOTTO LLC; OTTO TRUCKING,
10  INC.,
11        Defendants.
12  _____/
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16      VIDEOTAPED DEPOSITION OF CHELSEA BAILEY
17                PALO ALTO, CALIFORNIA
18              TUESDAY, AUGUST 1, 2017
19
20
21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22  CSR LICENSE NO. 9830
23  JOB NO. 2668970
24
25  PAGES 1 - 323
```

Page 1

| | | |
|---|---|---|
| 1 | including the self-flying helicopter project that | 15:09 |
| 2 | Larry asked that he and Sebastian work on; correct? | 15:09 |
| 3 | A   That's what he shared, yes. | 15:09 |
| 4 | Q   Did Mr. Levandowski say anything else about | 15:09 |
| 5 | this project that Mr. Page had asked him and Mr. Thrun | 15:09 |
| 6 | to work on? | 15:09 |
| 7 | A   No. | 15:09 |
| 8 | Q   Did you ask him? | 15:09 |
| 9 | A   No. | 15:09 |
| 10 | Q   Did you understand it to be a Google project? | 15:09 |
| 11 | A   I didn't.  I didn't even consider it.  I | 15:09 |
| 12 | think my main takeaways was that he -- he wasn't | 15:09 |
| 13 | decided, and he was just sort of thinking out loud | 15:09 |
| 14 | about the potential things he might do. | 15:09 |
| 15 | Q   And the next bullet down is: | 15:10 |
| 16 | "Possibly starting his own thing, | 15:10 |
| 17 | self-driving semi trucks." | 15:10 |
| 18 | A   That's what he shared, yeah. | 15:10 |
| 19 | Q   Did he say anything else on that point? | 15:10 |
| 20 | A   No. | 15:10 |
| 21 | Q   Did you ask him? | 15:10 |
| 22 | A   No. | 15:10 |
| 23 | Q   The next header down is labeled: | 15:10 |
| 24 | "Who He's Taking." | 15:10 |
| 25 | And the first bullet there is: | 15:10 |

Veritext Legal Solutions
866 299-5127