# REDACTED VERSION OF EXHIBIT 22 SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                        )
 6              Plaintiff,             )
 7         vs.                         ) Case No.
 8   UBER TECHNOLOGIES, INC.;          ) 3:17-cv-000939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,     )
10   INC.,                             )
11              Defendants.            )
12   _____   )
13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      VIDEOTAPED DEPOSITION OF KRISTINN GUDJONSSON
16                   Palo Alto, California
17                  Friday, July 28, 2017
18                        Volume I
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   JOB No. 2665814
24
25   PAGES 1 - 242
```

Page 1

```
1    BY MR. TAKASHIMA:                                         11:13:08
2        Q   Do you understand that what used to be
3    Project Chauffeur has become Waymo?
4        A   Yes.
5        Q   If I use the term "Waymo," will you              11:13:13
6    understand that to include Project Chauffeur before?
7        A   Yes.
8            MR. BAKER:  Let me just clarify, also,
9    Counsel, for the record, that my previous objections
10   were attorney-client privilege and work product.         11:13:22
11           MR. TAKASHIMA:  Thank you.
12       Q   Was the investigation of Anthony
13   Levandowski ██████████████████████████████
14   ████████████████████████████████████████████?
15           MR. BAKER:  You can answer that yes or no.       11:13:52
16           THE WITNESS:  Yes.
17   BY MR. TAKASHIMA:
18       Q   Are you aware of any investigations of
19   ████████████████████████████████████████████
20   ██████████████?                                          11:14:08
21           MR. BAKER:  You can answer that yes or no.
22           THE WITNESS:  No.
23   BY MR. TAKASHIMA:
24       Q   What was your first involvement in the
25   investigation of Anthony Levandowski?                    11:14:22
```

Page 48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ███████▌                                              14:54:57
 2         Do you see that?
 3    A    Yes.
 4    Q    What does that mean?
 5    A    It means that ████████████████████              14:54:59
 6    ███████████████████████████ ████████████
 7    █████████████████████████████████
 8    ██████████████████████████████████████
 9    ██████████████████████████
10              ████████████████████████████              14:55:17
11    ██████████████ ███████████████████████
12    ███████████████████████
13         Q   ██████████████████████████████
14         █   █████████████████████████
15         █   ██████████████████████████████            14:55:33
16    ████████████████████
17         █   ████████████████████████
18    ████████████████████████████████
19    ████████████████████████████
20    ██████████████████████████████████████              14:55:48
21    ██████████████████████████████████████
22    ██████████████████████████████
23    ██████████ █████████████████████████
24         █   ████████████████████████████
25    ███████████                                         14:56:09
```

Page 172

```
 1       ▌ ████████████████████████                    14:56:10
 2   ██████████████████████████████  ████████████
 3   ██████████████████████████████
 4   █████████████████████████████████
 5   █████                                             14:56:25
 6       ▌ ██████████████████████████
 7   ██
 8       ▌ ████████████████████
 9       ▌ ████████████
10       ▌ ██████████████████████                      14:56:43
11   ██████████████████████  ██████████████
12   █████████████████████████████████
13   █████████████████████████████████
14   █████████████████████████████████
15   █████████████████████████████████                 14:57:02
16   ████████████████████
17       ▌ ██████████████████████████████
18   █████████████████████████████████
19   ██████
20       ▌ ██████████████████████████████               14:57:20
21   ██████████████████████████████
22   ██████████████████████████████
23       Q    And is that typically examined during
24   forensic investigations?
25       A    Yes.                                      14:57:33
```

Page 173

```
 1        Q    Why?                                           14:57:33
 2             ■ ████████████████████████
 3        ███████████████████████████████
 4        ████████████████
 5             ██████████████████████████████████             14:57:44
 6        ███████████████████████████████
 7        ██████████████████████████
 8             ■ ███████████████████████████████
 9        ███
10             ■ ████                                         14:57:59
11             ■ ████████████████
12             ■ ██████████████████████████████
13        ██████
14             ■ █████████████
15             ■ █████                                        14:58:08
16             ■ █████████████████████████
17        ██████████████████████
18             ■ █████████████
19        Q    Very logical.
20             Moving down to paragraph 10, there's a         14:58:25
21   reference to ███.
22        A    Yes.
23        Q    What is ███?
24             ■ ██████████████████████████
25        ███ ████████████████████████████████                14:58:33
```

                                                              Page 174

```
 1   ████████████████████████████████████████        14:58:43
 2   ████████████████████████████████████████
 3   ██████████████████
 4         Q    So Mr. Brown's declaration says that ███
 5   ████████████████████████████████████████        14:59:08
 6   ██████████████████
 7              Is that the -- can you explain what that
 8   means?
 9         █ ████████████████████████████████
10   ██████████████                                  14:59:24
11         ████████████████████████████████
12   ████████████████████████████████████████
13   ████████████████████████████████████████
14   ██████████████████████████
15         ██████████████████████████████████        14:59:38
16   ████████████████████████████████████████
17   ████████████████████████ ███████████████████
18   ████████████████████████████████████
19   ██████████████████████████
20         █ ████████████████████████████████        14:59:54
21   ████████████████████████████████████████
22   ██████████████
23         █ ████████████████████████████████
24   ████████████████████████████████████████████
25   ██████████████████████████████████████          15:00:06
```

Page 175





```
 1  [redacted]                                          15:01:24
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5  [redacted]                                          15:01:39
 6  [redacted]
 7  [redacted]
 8  [redacted]
 9  [redacted]
10  [redacted]                                          15:01:54
11  [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]                                          15:02:10
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]                                          15:02:24
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]                                          15:02:46
```

Page 177



```
 1    today, you are not aware of any evidence that              15:29:57

 2    Mr. Levandowski copied files off the computer before

 3    it was reimaged?

 4             MR. BAKER:  Objection to form.

 5             THE WITNESS:  I can only tell you what's          15:30:06

 6    in the declaration here, what we see here.

 7    BY MR. TAKASHIMA:

 8        Q    To your knowledge, has there been any

 9    investigation of Mr. Levandowski's e-mail account at

10    Google?                                                    15:30:53

11        A    I'm not sure.

12        Q    To your knowledge, has anybody connected

13    with an investigation reviewed the contents of

14    Mr. Levandowski's e-mail account at Google?

15        A    I'm not sure.                                     15:31:05

16        Q    Who would know?

17        A    Lawyers.

18        Q    Would anybody else in digital forensics

19    know?

20        A    Potentially, but probably not.  It                15:31:22

21    probably would have been me if that check was made.

22        Q    Have you conducted -- been involved in any

23    review of Mr. Levandowski's workstation from Google?

24        A    The workstation, no.

25        Q    Has anybody else from digital forensics           15:31:42
```

Page 198

```
 1   conducted that investigation?                              15:31:44

 2        A    No.

 3        Q    Has anybody looked at Mr. Levandowski's

 4   workstation?

 5        A    Not to my knowledge.                             15:31:49

 6        Q    Has the workstation been preserved?

 7        A    Not to my knowledge.

 8        Q    Okay.  Has it been deleted?

 9        A    I'm not sure.  I would have to go check.

10        Q    Did you ever discuss with anybody                15:32:07

11   investigating Mr. Levandowski's workstation?

12             MR. BAKER:  Again, I just want to caution

13   the witness not to disclose any communications that

14   he's had with attorneys.

15             If you have a question, we can go outside.       15:32:22

16             MR. TAKASHIMA:  Do you want to take a

17   break?

18             THE WITNESS:  Yes.  Let's do that.

19             THE VIDEO OPERATOR:  We are now going off

20   the record, and the time is 3:32.                          15:32:31

21             (Recess, 3:32 p.m. - 3:39 p.m.)

22             THE VIDEO OPERATOR:  We're now going back

23   on the record, and the time is 3:39.

24   BY MR. TAKASHIMA:

25        Q    Did you ever discuss with anybody whether        15:39:05
```

Page 199

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16            I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21            Dated: 7/29/2017
22
23
           _____
24            CARLA SOARES
25            CSR No. 5908
```

Page 242