*EXHIBIT 27*

*EXHIBIT 27*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3            SAN FRANCISCO DIVISION
 4            Case No. 17-cv-00939-WHA
 5   ------------------------------------x
 6   WAYMO LLC,
 7              Plaintiff,
 8        - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11              Defendants.
12   ------------------------------------x
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16              Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A. | That is correct. | 10:49:45AM |
| 2 | Q. | Are there any other | 10:49:45AM |
| 3 | administrators? | | 10:49:46AM |
| 4 | A. | Not that I know of. | 10:49:51AM |
| 5 | Q. | Has Mr. Brown been the | 10:49:54AM |
| 6 | administrator of the SVN log since January | | 10:49:56AM |
| 7 | of 2015? | | 10:50:02AM |
| 8 | A. | I don't believe so. | 10:50:05AM |
| 9 | Q. | Who has been the administrator | 10:50:09AM |
| 10 | of the SVN log from January 2015 forward, | | 10:50:10AM |
| 11 | if not Mr. Brown? | | 10:50:14AM |
| 12 | A. | Sasha Zbrozek was the previous | 10:50:20AM |
| 13 | administrator. | | 10:50:22AM |
| 14 | Q. | And when was Sasha the | 10:50:26AM |
| 15 | administrator for the SVN log? | | 10:50:30AM |
| 16 | A. | I believe from the inception of | 10:50:38AM |
| 17 | the server in early 2015 through the | | 10:50:39AM |
| 18 | summer, June or July, 2015 -- sorry, no, | | 10:50:46AM |
| 19 | June, July 2016. | | 10:50:55AM |
| 20 | Q. | And after June or July of 2016, | 10:51:00AM |
| 21 | Mr. Jack Brown took on responsibilities | | 10:51:03AM |
| 22 | for administering the SVN log, is that | | 10:51:06AM |
| 23 | correct? | | 10:51:10AM |
| 24 | A. | That is correct. | 10:51:10AM |
| 25 | Q. | You do not have access to the | 10:51:22AM |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | SVN log in the ordinary course of | 10:51:23AM |
| 2 | business, is that correct? | 10:51:25AM |
| 3 |         MR. BAKER: Objection to form. | 10:51:29AM |
| 4 |    A.    That is correct. | 10:51:31AM |
| 5 |    Q.    So as part of Waymo's | 10:51:34AM |
| 6 | investigation, someone gave you a copy of | 10:51:35AM |
| 7 | the SVN log, is that correct? | 10:51:37AM |
| 8 |    A.    That is correct. | 10:51:41AM |
| 9 |    Q.    And that person, the person who | 10:51:44AM |
| 10 | gave you a copy of the SVN log was | 10:51:46AM |
| 11 | Mr. Jack Brown, correct? | 10:51:49AM |
| 12 |    A.    No. | 10:51:53AM |
| 13 |    Q.    Who gave you a copy of the SVN | 10:51:54AM |
| 14 | log? | 10:51:56AM |
| 15 |         MR. BAKER: I am going to | 10:52:00AM |
| 16 | caution the witness not to reveal the | 10:52:00AM |
| 17 | substance of any attorney-client | 10:52:03AM |
| 18 | communication, but you can give a name. | 10:52:04AM |
| 19 |    A.    Tom Gorman. | 10:52:07AM |
| 20 |    Q.    When did Mr. Gorman give you | 10:52:08AM |
| 21 | the SVN log? | 10:52:10AM |
| 22 |         MR. BAKER: You can give a | 10:52:11AM |
| 23 | date. | 10:52:12AM |
| 24 |    A.    February 21st, 20th or 21st, | 10:52:13AM |
| 25 | 2017. | 10:52:25AM |

Page 49

| | | |
|---|---|---|
| 1 | any other person's activity --  strike | 11:05:42AM |
| 2 | that. | 11:05:46AM |
| 3 | Did the log contain records of | 11:05:46AM |
| 4 | activity from somebody other than | 11:05:51AM |
| 5 | Mr. Levandowski? | 11:05:53AM |
| 6 | A.     I believe so. | 11:06:00AM |
| 7 | Q.     What other activity did the log | 11:06:04AM |
| 8 | reflect? | 11:06:08AM |
| 9 | MR. BAKER:  And I don't want | 11:06:15AM |
| 10 | you to reveal the substance of any | 11:06:15AM |
| 11 | attorney-client communications. | 11:06:17AM |
| 12 | THE WITNESS:  Sure. | 11:06:20AM |
| 13 | A.     My focus was one user's | 11:06:20AM |
| 14 | activity, I was not looking for other | 11:06:24AM |
| 15 | users' activity, that was not the task at | 11:06:26AM |
| 16 | hand. | 11:06:29AM |
| 17 | Q.     How do you know that the log | 11:06:32AM |
| 18 | contained records of activity from | 11:06:34AM |
| 19 | somebody other than Mr. Levandowski? | 11:06:36AM |
| 20 | A.     I believe I saw lines floating | 11:06:40AM |
| 21 | by when I cat or catenate the contents | 11:06:42AM |
| 22 | into a terminal, but from then on it was | 11:06:53AM |
| 23 | solely we call grep-ing, focusing on | 11:06:57AM |
| 24 | single user's activity, and then I think | 11:07:00AM |
| 25 | awking, which is another tool, to sum up, | 11:07:10AM |

Page 58

| | | |
|---|---|---|
| 1 | retired or refurbished and redeployed if | 12:15:37PM |
| 2 | deemed still within its life span. | 12:15:44PM |
| 3 | Q.      Waymo performed no forensic | 12:15:51PM |
| 4 | investigation into the Hewlett-Packard | 12:15:52PM |
| 5 | workstation assigned to Mr. Levandowski | 12:15:55PM |
| 6 | for an over three-year period during his | 12:15:58PM |
| 7 | employment at Waymo, is that correct? | 12:16:00PM |
| 8 | MR. BAKER:  Objection to form. | 12:16:02PM |
| 9 | A.      That is correct. | 12:16:07PM |
| 10 | Q.      The Hewlett-Packard workstation | 12:16:11PM |
| 11 | assigned to Mr. Levandowski from 2012 to | 12:16:13PM |
| 12 | 2016 is a computer --  is it a desktop | 12:16:19PM |
| 13 | computer? | 12:16:26PM |
| 14 | A.      It appears to be, yes. | 12:16:27PM |
| 15 | Q.      And that would have existed in | 12:16:28PM |
| 16 | his office at Waymo, right? | 12:16:31PM |
| 17 | A.      Presumably. | 12:16:34PM |
| 18 | Q.      And it would have been | 12:16:35PM |
| 19 | something he used in the three-and-a-half | 12:16:36PM |
| 20 | year period that it was assigned to him in | 12:16:40PM |
| 21 | his office at Waymo, correct? | 12:16:43PM |
| 22 | MR. BAKER:  Objection to form. | 12:16:44PM |
| 23 | A.      Possibly, but not necessarily. | 12:16:46PM |
| 24 | Q.      But you don't know one way or | 12:16:51PM |
| 25 | the other if he used it? | 12:16:52PM |

| | | |
|---|---|---|
| 1 | A.     No. | 12:16:53PM |
| 2 | Q.     And nobody asked you to | 12:16:54PM |
| 3 | inquire, to conduct a forensic review of | 12:16:58PM |
| 4 | that device to determine if he did | 12:17:00PM |
| 5 | anything improper with it, correct? | 12:17:07PM |
| 6 | A.     That is correct, but with the | 12:17:13PM |
| 7 | caveat that the lack of analysis of | 12:17:17PM |
| 8 | another machine does not wash away the | 12:17:22PM |
| 9 | wrongdoings on another machine, that's no | 12:17:25PM |
| 10 | indication of not doing something. | 12:17:28PM |
| 11 | Q.     In order to determine the full | 12:17:35PM |
| 12 | scope of potential wrongdoing, in your | 12:17:39PM |
| 13 | opinion should Waymo have conducted a | 12:17:43PM |
| 14 | forensic investigation of the | 12:17:46PM |
| 15 | Hewlett-Packard workstation? | 12:17:47PM |
| 16 | MR. BAKER:  Objection to form. | 12:17:49PM |
| 17 | A.     All feasible rocks should be | 12:17:57PM |
| 18 | turned over, but there have been multiple | 12:18:02PM |
| 19 | occurrences where inventory management | 12:18:07PM |
| 20 | personnel reimaged devices before forensic | 12:18:12PM |
| 21 | analysis could take place. | 12:18:18PM |
| 22 | Q.     And in your opinion, one | 12:18:22PM |
| 23 | feasible rock that should have been turned | 12:18:29PM |
| 24 | over was a review of the Hewlett-Packard | 12:18:30PM |
| 25 | workstation assigned to Mr. Levandowski, | 12:18:34PM |

```
 1   is that correct?                                 12:18:37PM
 2              MR. BAKER:  Objection to form.        12:18:37PM
 3      A.      As a forensic analyst, the more       12:18:42PM
 4   information, the better.                         12:18:44PM
 5              But as I said before, it              12:18:47PM
 6   doesn't undo other indicators that were          12:18:50PM
 7   positively found.                                12:18:55PM
 8      Q.      As a forensic analyst, wouldn't       12:19:02PM
 9   you want to know if the card reader was          12:19:07PM
10   attached to the workstation?                     12:19:09PM
11              MR. BAKER:  Objection to form.        12:19:11PM
12      A.      Yes.                                  12:19:18PM
13      Q.      But you don't know the answer         12:19:19PM
14   to that question, right?                         12:19:21PM
15      A.      Not currently.                        12:19:24PM
16      Q.      Waymo would never know the            12:19:26PM
17   answer to that question, correct?                12:19:29PM
18              MR. BAKER:  Objection to form.        12:19:31PM
19      A.      That's uncertain.                     12:19:43PM
20      Q.      Why is that uncertain?                12:19:45PM
21      A.      Depending on retention and host       12:19:50PM
22   monitoring agents, it could potentially be       12:20:00PM
23   determined whether some classes of USB           12:20:08PM
24   devices were connected to these machines,        12:20:12PM
25   but I also would not feel comfortable            12:20:16PM
```

| | | |
|---|---|---|
| 1 | saying that an absence of this evidence | 12:20:19PM |
| 2 | means that it didn't happen. | 12:20:22PM |
| 3 | Q.    But you don't know one way or | 12:20:25PM |
| 4 | the other if it happened? | 12:20:27PM |
| 5 | A.    As I sit here today, no. | 12:20:28PM |
| 6 | MR. BAKER:  Objection to form. | 12:20:29PM |
| 7 | Q.    Sorry, I didn't catch your | 12:20:30PM |
| 8 | answer to that question. | 12:20:31PM |
| 9 | A.    As I sit here right now, no. | 12:20:32PM |
| 10 | Q.    And Waymo doesn't know one way | 12:20:35PM |
| 11 | or the other if a card reader was attached | 12:20:37PM |
| 12 | to the workstation, correct? | 12:20:40PM |
| 13 | MR. BAKER:  Same objection. | 12:20:42PM |
| 14 | A.    No. | 12:20:43PM |
| 15 | Q.    Has Waymo attempted to conduct | 12:20:56PM |
| 16 | any forensic investigation into the | 12:20:58PM |
| 17 | Hewlett-Packard workstation since it was | 12:21:00PM |
| 18 | reassigned to Jerry Anderson? | 12:21:04PM |
| 19 | A.    I don't believe so. | 12:21:13PM |
| 20 | Q.    So -- | 12:21:18PM |
| 21 | A.    And also, so these machines are | 12:21:19PM |
| 22 | full disk encrypted, that is to say, as | 12:21:24PM |
| 23 | they are reimaged and redeployed there is | 12:21:26PM |
| 24 | no evidence left on the hard drive, much | 12:21:31PM |
| 25 | like when you take your Windows laptop and | 12:21:33PM |

Page 101

| | | |
|---|---|---|
| 1 | Do you see that? | 04:26:18PM |
| 2 | A.     I do. | 04:26:19PM |
| 3 | Q.     Do you understand that to mean | 04:26:21PM |
| 4 | that all the other SVN log data, except | 04:26:24PM |
| 5 | for Mr. Levandowski's download of December | 04:26:30PM |
| 6 | 11, 2015, is gone? | 04:26:34PM |
| 7 | MR. BAKER:  Objection to form. | 04:26:38PM |
| 8 | A.     That's a distinct possibility. | 04:26:42PM |
| 9 | And if it is true, then I also | 04:26:45PM |
| 10 | misspoke earlier when I said that the log | 04:26:47PM |
| 11 | probably contained other people's things, | 04:26:52PM |
| 12 | too. | 04:26:55PM |
| 13 | Q.     So if Mr. Nardinelli's | 04:26:57PM |
| 14 | statement is correct, your testimony on | 04:26:59PM |
| 15 | behalf of Waymo was inaccurate, correct? | 04:27:01PM |
| 16 | A.     It is possible. | 04:27:04PM |
| 17 | MR. BAKER:  Objection to form. | 04:27:05PM |
| 18 | A.     Also, as a professional log | 04:27:09PM |
| 19 | diver, I'll call myself, when we're doing | 04:27:13PM |
| 20 | investigations, we don't keep things that | 04:27:17PM |
| 21 | are not deemed explicitly relevant for | 04:27:24PM |
| 22 | what we are trying to prove. | 04:27:26PM |
| 23 | It is bad data stewardship, it | 04:27:31PM |
| 24 | takes up space, and it makes noise. | 04:27:34PM |
| 25 | Q.     What were you asked to prove | 04:27:36PM |

Page 229

| | | |
|---|---|---|
| 1 | here? | 04:27:38PM |
| 2 |     MR. BAKER:  Objection, I am | 04:27:39PM |
| 3 | going to caution you not to reveal the | 04:27:43PM |
| 4 | substance of any attorney-client | 04:27:44PM |
| 5 | communications. | 04:27:46PM |
| 6 |     If you can answer that question | 04:27:46PM |
| 7 | without doing that, please do. | 04:27:48PM |
| 8 |   A.    I did not pull the SVN log | 04:27:52PM |
| 9 | data, I'm just speaking to the frame of | 04:27:55PM |
| 10 | mind of why the entirety of all users' | 04:27:56PM |
| 11 | logs may not be present. | 04:28:04PM |
| 12 |     For example, in what I've | 04:28:05PM |
| 13 | produced to support my declaration, I'm | 04:28:07PM |
| 14 | not pulling and presenting the bit9 logs | 04:28:10PM |
| 15 | of any of a hundred thousand other Google | 04:28:13PM |
| 16 | employees because it is simply not | 04:28:16PM |
| 17 | relevant to the investigation at hand. | 04:28:18PM |
| 18 |   Q.    That wasn't my question. | 04:28:20PM |
| 19 |     What were you being asked to | 04:28:25PM |
| 20 | prove as part of your forensic | 04:28:26PM |
| 21 | investigation? | 04:28:27PM |
| 22 |     MR. BAKER:  Same instruction | 04:28:27PM |
| 23 | and also objection to the form. | 04:28:28PM |
| 24 |   A.    These logs showed that 14,000 | 04:28:33PM |
| 25 | files and change were downloaded on | 04:28:36PM |

Page 230

| | | |
|---|---|---|
| 1 | December 11th from an IP address that | 04:28:39PM |
| 2 | could be traced to Mr. Levandowski's work | 04:28:42PM |
| 3 | computer. | 04:28:44PM |
| 4 |     Q.    When were you asked to prove | 04:28:44PM |
| 5 | that? | 04:28:45PM |
| 6 |     MR. BAKER:  Objection to form. | 04:28:50PM |
| 7 |     A.    Sometime between August and | 04:28:51PM |
| 8 | October 2016. | 04:28:53PM |
| 9 |     Q.    Why didn't you look at the SVN | 04:28:57PM |
| 10 | log data when you were first engaged in | 04:28:59PM |
| 11 | the investigation in February or March of | 04:29:01PM |
| 12 | 2015 -- sorry, of 2016? | 04:29:02PM |
| 13 |     A.    I did not know it existed. | 04:29:14PM |
| 14 |     Q.    Wouldn't it be important for | 04:29:15PM |
| 15 | you as a person involved with incident | 04:29:17PM |
| 16 | responses to know where the various data | 04:29:18PM |
| 17 | repositories were? | 04:29:20PM |
| 18 |     MR. BAKER:  Objection to form. | 04:29:26PM |
| 19 |     A.    It would. | 04:29:26PM |
| 20 |     Q.    Did you ask anybody are there | 04:29:28PM |
| 21 | any unusual places people store important | 04:29:29PM |
| 22 | information? | 04:29:32PM |
| 23 |     A.    We did. | 04:29:35PM |
| 24 |     Q.    And who did you talk to? | 04:29:36PM |
| 25 |     A.    Various people that were in | 04:29:46PM |

Page 231

| | | |
|---|---|---|
| 1 | record. | 04:53:11PM |
| 2 | I think after the deck, started | 04:53:12PM |
| 3 | doing things like this. | 04:53:19PM |
| 4 | Q.   Going back to the syslogs, are | 04:53:24PM |
| 5 | syslogs available on the W and G laptops? | 04:53:25PM |
| 6 | A.   Both laptops you mean? | 04:53:34PM |
| 7 | Q.   Yes. | 04:53:35PM |
| 8 | A.   I'll reference 1312, you can | 04:53:46PM |
| 9 | see in this timeline for the G laptop, we | 04:53:54PM |
| 10 | do site syslogs multiple times, 16th of | 04:53:57PM |
| 11 | October 2015, the 26th of January 2016, | 04:54:02PM |
| 12 | 31st of January 2016, and then for the O | 04:54:07PM |
| 13 | laptop, Windows does not write to the same | 04:54:13PM |
| 14 | syslog sources -- | 04:54:15PM |
| 15 | Q.   So the answer is yes, that | 04:54:20PM |
| 16 | there are some indications of syslogs? | 04:54:22PM |
| 17 | A.   Yes. | 04:54:24PM |
| 18 | MR. BAKER:  Objection. | 04:54:25PM |
| 19 | MS. GOODMAN:  Let's mark this | 04:54:27PM |
| 20 | as the next exhibit. | 04:54:30PM |
| 21 | ( Exhibit 1318, screen shot of | 04:54:30PM |
| 22 | an item from WAYMO-UBER 26477, was marked | 04:54:30PM |
| 23 | for identification, as of this date.) | 04:54:55PM |
| 24 | Q.   This is another screen shot of | 04:54:55PM |
| 25 | an item from WAYMO-UBER 26477 and this | 04:54:57PM |

Page 247

| | | |
|---|---|---|
| 1 | and enter HTTPS colon, slash slash | 05:57:51PM |
| 2 | yakshaves dot com slash SVN slash | 05:58:06PM |
| 3 | Chauffeur-SVN. | 05:58:13PM |
| 4 | Do you see that? | 05:58:15PM |
| 5 | A.     I do. | 05:58:17PM |
| 6 | Q.     Have you tried to access the | 05:58:24PM |
| 7 | Subversion website yourself to see how it | 05:58:27PM |
| 8 | works? | 05:58:30PM |
| 9 | A.     I have not, as I don't have a | 05:58:31PM |
| 10 | business need to access those files. | 05:58:33PM |
| 11 | Q.     Would it have been important | 05:58:49PM |
| 12 | for you to know how it works in offering | 05:58:50PM |
| 13 | your opinions? | 05:58:53PM |
| 14 | A.     From --  I asked the | 05:58:57PM |
| 15 | administrator my burning questions about | 05:59:07PM |
| 16 | it, but as I said before, I had no | 05:59:09PM |
| 17 | business need to touch those files and | 05:59:13PM |
| 18 | would rather not play with live high value | 05:59:16PM |
| 19 | data and get it onto my workstation. | 05:59:20PM |
| 20 | That kind of speaks to what I | 05:59:26PM |
| 21 | mentioned before, data access policies. | 05:59:29PM |
| 22 | Q.     Do you know what happens when | 05:59:38PM |
| 23 | you follow this instruction in No. 3? | 05:59:40PM |
| 24 | A.     I would imagine it connects you | 05:59:56PM |
| 25 | to the SVN. | 05:59:58PM |

Page 287

| | | |
|---|---|---|
| 1 | Q.     What does SVN check out to? | 06:00:03PM |
| 2 | A.     Presumably downloads what has | 06:00:13PM |
| 3 | been selected for check-out. | 06:00:16PM |
| 4 | Q.     Here what they give is the full | 06:00:18PM |
| 5 | directory, right? | 06:00:21PM |
| 6 | A.      That seems plausible. | 06:00:30PM |
| 7 | Q.     So the instructions here say | 06:00:32PM |
| 8 | SVN check-out and then you enter the full | 06:00:34PM |
| 9 | directory, yakshaves dot com SVN Chauffeur | 06:00:37PM |
| 10 | SVN? | 06:00:44PM |
| 11 | A.     I inquired about this yesterday | 06:00:47PM |
| 12 | and what I was told is that you choose | 06:00:48PM |
| 13 | what projects to, I think Jack used the | 06:01:01PM |
| 14 | term, subscribe to, and then I asked if | 06:01:08PM |
| 15 | you could accidently just download the | 06:01:14PM |
| 16 | whole thing and he replied unlikely. | 06:01:18PM |
| 17 | Q.     These instructions don't tell | 06:01:26PM |
| 18 | you to identify particular directories, | 06:01:28PM |
| 19 | right? | 06:01:29PM |
| 20 | A.     They don't appear to, no. | 06:01:30PM |
| 21 | Q.     And Mr. Brown was not the | 06:01:31PM |
| 22 | administrator when Anthony Levandowski | 06:01:33PM |
| 23 | worked on Project Chauffeur, right? | 06:01:35PM |
| 24 | A.     I believe that is accurate. | 06:01:38PM |
| 25 | Q.     Does he --  did Mr. Brown say | 06:01:39PM |

Page 288

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | he had any conversation with Mr. Zbrozek | 06:01:42PM |
| 2 | about any particularized instructions that | 06:01:45PM |
| 3 | he might be giving? | 06:01:48PM |
| 4 |     A.    That did not come up. | 06:01:51PM |
| 5 |     Q.    What was his last name, Jack? | 06:01:53PM |
| 6 |     A.    Brown, like me. | 06:01:57PM |
| 7 |     Q.    That's what's confusing, you're | 06:01:59PM |
| 8 | Mr. Brown. | 06:02:01PM |
| 9 |     Did Mr. Jack Brown tell you he | 06:02:02PM |
| 10 | had ever talked to Anthony Levandowski | 06:02:05PM |
| 11 | about how to use the Chauffeur SVN system? | 06:02:06PM |
| 12 |     A.    That did not come up. | 06:02:11PM |
| 13 |     Q.    Did you ask him? | 06:02:12PM |
| 14 |     A.    No. | 06:02:15PM |
| 15 |     Q.    Did you ever talk to | 06:02:16PM |
| 16 | Mr. Zbrozek about conversations he might | 06:02:19PM |
| 17 | have had with Mr. Levandowski about how to | 06:02:21PM |
| 18 | use the SVN? | 06:02:23PM |
| 19 |     A.    No. | 06:02:23PM |
| 20 |     Q.    We can go back to Exhibit 1312, | 06:02:26PM |
| 21 | who is Kiddi, K-I-D-D-I? | 06:02:36PM |
| 22 |     A.    Kristinn Gudjonsson. | 06:02:39PM |
| 23 |     Q.    Who is some guy I know? | 06:02:43PM |
| 24 |     A.    (Indicating.) | 06:02:45PM |
| 25 |     Q.    Why did you pick that name? | 06:02:46PM |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            C E R T I F I C A T I O N
 2
 3      I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11      I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
15
16
17
18
19
20
21
22                 [Signature: Jineen Pavesi, RPR, RMR]
23         JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Veritext Legal Solutions
866 299-5127