MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO LLC'S SUPPLEMENTAL BRIEF FOR MOTION FOR ORDER TO SHOW CAUSE** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their
3  Response to Waymo LLC's Supplemental Brief for Motion for Order to Show Cause.
4  Specifically, Defendants request an order granting leave to file under seal the confidential
5  portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Waymo's Supplemental Brief ("Response") | Highlighted Portions | Defendants (blue) <br><br> Non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski (yellow) |
| Exhibit 2 | Entirety | Non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski (yellow) |

The blue-highlighted portions of the Response contain highly confidential information regarding a confidential potential vendor relating to LiDAR for Defendants.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  Defendants request this information be kept under seal to protect the confidentiality of the identity of this potential vendor.  I understand that disclosure of the identity of this confidential vendor would allow Uber's competitors to understand Uber's development strategy, such that they could tailor their own development of LiDAR and Uber's competitive standing could be significantly harmed.  (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The yellow-highlighted portions of the Response and the entirety of Exhibit 2 contain confidential information of non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski, who have requested that their confidentiality interests be respected in this proceeding.  (Yang Decl. ¶ 4.)  Defendants expect these non-parties to file supporting declarations as needed.

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on September 15, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  September 15, 2017         MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC