MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO LLC'S SUPPLEMENTAL BRIEF FOR MOTION FOR ORDER TO SHOW CAUSE** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Response to Waymo LLC's Supplemental Brief for Motion for Order to Show Cause.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Waymo's Supplemental Brief ("Response") | Highlighted Portions | Defendants (blue) <br><br> Non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski (yellow) |
| Exhibit 2 | Entirety | Non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski (yellow) |

3. The blue-highlighted portions of the Response contain highly confidential information regarding a confidential potential vendor relating to LiDAR for Defendants. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. Defendants request this information be kept under seal to protect the confidentiality of the identity of this potential vendor. I understand that disclosure of the identity of this confidential vendor would allow Uber's competitors to understand Uber's development strategy, such that they could tailor their own development of LiDAR and Uber's competitive standing could be significantly harmed.

4. The yellow-highlighted portions of the Response and the entirety of Exhibit 2 contain confidential information of non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski, who have requested that their confidentiality interests be respected in this

proceeding. (Dkt. 1533.) Defendants expect these non-parties to file supporting declarations if needed.

5. Defendants' request to seal is narrowly tailored to the portions of the Declaration and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September, 2017 in San Francisco, CA.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 15, 2017          */s/ Arturo J. Gonzalez*
ARTURO J. GONZALEZ