1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:     415.268.7000
   Facsimile:      415.268.7522
5
6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:     202.237.2727
   Facsimile:      202.237.6131
10
11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
   SHAWN RABIN (*Pro Hac Vice*)
12 srabin@SusmanGodfrey.com
   SUSMAN GODFREY LLP
13 1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019-6023
14
15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
16
17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20 WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

21              Plaintiff,             **DECLARATION OF
                                       ELIZABETH BALASSONE IN
22      v.                             SUPPORT OF UBER
                                       TECHNOLOGIES, INC. AND
23 UBER TECHNOLOGIES, INC.,            OTTOMOTTO LLC'S RESPONSE TO
   OTTOMOTTO LLC; OTTO TRUCKING LLC,   WAYMO LLC'S SUPPLEMENTAL
                                       BRIEF FOR MOTION FOR ORDER
24              Defendant.             TO SHOW CAUSE WHY
                                       DEFENDANTS SHOULD NOT BE
25                                     HELD IN CONTEMPT OF THE
                                       PRELIMINARY INJUNCTION ORDER
26                                     (DKT. 426) AND EXPEDITED
                                       DISCOVERY ORDER (DKT. 61)**
27

28

1       I, Elizabeth Balassone, declare as follows:

2       1.      I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in

3 good standing of the Bar of the State of California.  I make this declaration based on personal

4 knowledge and, if called as a witness, I could and would testify competently to the matters set

5 forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and

6 Ottomotto LLC's Response to Waymo LLC's Supplemental Brief for Motion for Order to Show

7 Cause Why Defendants Should Not Be Held in Contempt of the Preliminary Injunction Order

8 (Dkt. 426) and Expedited Discovery Order (Dkt. 61).

9       2.      With respect to the files (comprising a subset of the Stroz database) that were

10 located at MoFo, they are almost all photos and videos.  They do not include the 14,000 files.

11       3.      Those files were made available to Waymo for inspection on September 14, 2017.

12       4.      With respect to the January 3, 2016 white-board session, Mr. Kalanick and

13 Mr. Holden did not remember this meeting and they did not have calendar entries for it that could

14 have been used to refresh their memories.

15       5.      The parties' agreed search scope did not include the notes because it did not

16 include Google Docs from Messrs. Kalanick or Holden.

17       6.      Attached as Exhibit 1 is a true and correct copy of an August 23, 2017 email from

18 Andrea Roberts.

19       7.      Attached as Exhibit 2 is a true and correct copy of transcript excerpts from the July

20 20, 2017 deposition of Ognen Stojanovski.

21

22       I declare under penalty of perjury under the laws of the United States that the foregoing is

23 true and correct.  Executed this 15th day of September,  2017, in San Francisco, California.

24

25                           */s/    Elizabeth Balassone*
                             ELIZABETH BALASSONE

26

27

28

BALASSONE DECL. ISO DEFS' RESPONSE TO PLF'S SUPPL. BR. FOR MOT. FOR ORDER TO SHOW CAUSE
Case No. 3:17-cv-00939-WHA
sf-3823519

2

1

## ATTESTATION OF E-FILED SIGNATURE

2

I, Arturo J. González, am the ECF User whose ID and password are being used to file this

3

Declaration.  In compliance with General Order 45, X.B., I hereby attest that Elizabeth Balassone

4

has concurred in this filing.

5

Dated: September 15, 2017                                  _/s/ Arturo J. González_____

6

Arturo J. González

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALASSONE DECL. ISO DEFS' RESPONSE TO PLF'S SUPPL. BR. FOR MOT. FOR ORDER TO SHOW CAUSE
Case No. 3:17-cv-00939-WHA
sf-3823519

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Balassone Decl. ISO defs' response to plf's suppl. br. for mot. for order to show cause
Case No. 3:17-cv-00939-WHA
sf-3823519

1