UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

1

Plaintiff Waymo LLC and Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC, through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

Waymo dismisses its claims for infringement of U.S. Patent No. 9,368,936, except for its claims against the original Fuji firing circuit design, with prejudice;

Waymo dismisses its claims for infringement of the above-listed patent against the original Fuji firing circuit design without prejudice; and

Each party shall bear its own costs and attorneys' fees with respect to the above claims.

**IT IS SO STIPULATED.**

Dated:  September 13, 2017           MORRISON & FOERSTER LLP

                                     By:  */s/ Michael A. Jacobs*
                                          MICHAEL A. JACOBS

                                     Attorneys for Defendants
                                     UBER TECHNOLOGIES, INC. and
                                     OTTOMOTTO LLC


Dated:  September 13, 2017           GOODWIN PROCTER LLP

                                     By:  */s/ Neel Chatterjee*
                                          NEEL CHATTERJEE

                                     Attorneys for Defendant
                                     OTTO TRUCKING, LLC

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

1

Dated: September 13, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*
     CHARLES K. VERHOEVEN

Attorneys for Plaintiff
WAYMO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 15, 2017

_____
The Honorable William Alsup

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles Verhoeven, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs and Neel Chatterjee have concurred in this filing.

Dated: September 13, 2017

*/s/ Charles K. Verhoeven*
CHARLES K. VERHOEVEN

SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PATENT CLAIMS
Case No. 3:17-cv-00939-WHA
sf-3802512

3