MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 1557-7, 1557-8 AND 1559-3**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Uber Technologies, Inc. and Ottomotto LLC (together, "Uber") file this Administrative Motion to Remove the following documents from ECF, submitted electronically on September 13, 2017, by Defendants:

1. Docket Number 1557-7: Redacted Version of Exhibit 10 to Declaration of Martha L. Goodman in Support of Defendants' Motion *in Limine* Nos. 2 and 22-25;
2. Docket Number 1557-8: Under Seal Version of Exhibit 10 to Declaration of Martha L. Goodman in Support of Defendants' Motion *in Limine* Nos. 2 and 22-25;
3. Docket Number 1559-3: Redacted Version of Exhibit 10 to Declaration of Martha L. Goodman in Support of Defendants' Motion *in Limine* Nos. 2 and 22-25.

These documents contain information designated by Waymo as highly confidential that Waymo inadvertently did not identify for Uber to redact prior to Uber's filing of the documents. Uber has contacted the ECF Help Desk regarding this issue. Uber has also filed correct versions of these documents with the confidential information at issue redacted at Docket Numbers 1595 and 1595-1.

For the foregoing reasons, Uber respectfully requests that the Court grant this Motion to Remove.

Dated: September 15, 2017

BOIES SCHILLER FLEXNER LLP

By:  */s/ Karen L. Dunn*
      Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC