1
2
3
4
5
6
7

8                                UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGY, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS**<br><br>Judge:    Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

1  Having reviewed and considered Defendants Uber Technologies, Inc.'s and Ottomotto
2  LLC's (together, "Uber's") Administrative Motion to Remove Incorrectly Filed Documents:
3  Docket Nos. 1557-7, 1557-8 and 1559-3, which Uber filed on September 13, 2017, and finding
4  that good cause exists, **IT IS HEREBY ORDERED** that Uber's Administrative Motion shall be
5  granted.
6  **IT IS SO ORDERED.**

8  Dated: _____, 2017      _____
9                                  HONORABLE WILLIAM H. ALSUP
                                    United States District Judge