MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: 415.268.7000/Fax: 415.268.7522

KAREN L. DUNN (Admitted *Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel.: 202.237.2727/Fax: 202.237.6131

WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (Admitted *Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 15, 2017, I served **<u>UNREDACTED</u>** versions of the following documents:

    1.  [CORRECTED] Unredacted Version of Exhibit 10 to the Goodman Declaration.

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 15th day of September, 2017, at Oakland, California.

                                                By: */s/ Jenel Day*
                                                             Jenel Day

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: <u>*/s/ Karen L. Dunn*</u>
    Karen L. Dunn