MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:  202.237.2727
Facsimile:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:  212.336.8330
Facsimile:  202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE RE DKT. NOS. 1584 AND 1591** |

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782295

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2000 Pennsylvania Avenue, NW Suite 6000, Washington, D.C.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on this date, I served true and correct copies of the following documents:

- **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO COURT'S ORDER REQUIRING DECLARATIONS AND EXHIBITS THERETO**

- **DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO COURT'S ORDER REQUIRING DECLARATIONS (DKT. 1536) (_UNREDACTED VERSION_)**

- **EXHIBITS 3, 6 AND 7 TO DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO COURT'S ORDER REQUIRING DECLARATIONS (DKT. 1536) (_UNREDACTED VERSION_)**

- **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO LLC'S SUPPLEMENTAL BRIEF FOR MOTION FOR ORDER TO SHOW CAUSE**

- **UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO WAYMO LLC'S SUPPLEMENTAL BRIEF FOR MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (DKT. 426) AND EXPEDITED DISCOVERY ORDER (DKT. 61) (_UNREDACTED VERSION_)**

- **EXHIBIT 2 TO DECLARATION OF ELIZABETH BALASSONE IN SUPPORT OF UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO WAYMO LLC'S SUPPLEMENTAL BRIEF FOR MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (DKT. 426) AND EXPEDITED DISCOVERY ORDER (DKT. 61) (_UNREDACTED VERSION_)**

[X]   **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>lcunningham@wsgr.com |
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, this 15th day of September, 2017.

|  |  |
|---|---|
| Michelle Yang | */s/ Michelle Yang* |
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 15, 2017           */s/* Arturo J. González
                                  ARTURO J. GONZÁLEZ

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782295