IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER REQUIRING RESPONSE DECLARATIONS** |

By **SEPTEMBER 18 AT NOON**, each side shall respond under oath to the other side's declaration filed today (Dkt. Nos. 1586, 1589) on a sentence-by-sentence basis, first quoting the sentence and then stating the full extent to which the declarant admits its truth, as well as any contrary or mitigating circumstance.

**IT IS SO ORDERED.**

Dated: September 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE