QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR CONTINUANCE OF TRIAL DATE** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal ("Waymo's Administrative Motion") confidential information in its Motion for Continuance of Trial Date. Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Waymo's Motion for Continuance of Trial Date ("Waymo's Motion") | Highlighted in blue | Defendants and/or Anthony Levandowski |
| | Highlighted in green | Waymo |
| Exhibit 1 to Waymo's Motion | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 2 to Waymo's Motion | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 4 to Waymo's Motion | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 5 to Waymo's Motion | Entire document | Defendants |
| Exhibit 6 to Waymo's Motion | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 13 to Waymo's Motion | Entire document | Anthony Levandowski |
| Exhibit 14 to Waymo's Motion | Entire document | Waymo |
| Exhibit 15 to Waymo's Motion | Entire document | Waymo |
| Exhibit 16 to Waymo's Motion | Entire document | Waymo |
| Exhibit 17 to Waymo's Motion | Entire document | Waymo |
| Exhibit 18 to Waymo's Motion | Entire document | Waymo |

3. Waymo's Motion and exhibits contain information that Defendants and/or non-party Mr. Levandowski and/or other third-parties have designated as confidential and/or highly confidential.

4. Portions of Waymo's Motion and exhibits thereto also contain or refer to Waymo's trade secrets. These portions, which Waymo seeks to seal, contain, reference, and/or describe Waymo's asserted trade secrets. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and

analysis—of the functionality of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential information.

5. Waymo takes no position on the merits of sealing the designated material, and expects Defendants and/or Mr. Levandowksi and/or other third-parties to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 16, 2017.

By */s/ Lindsay Cooper*
Lindsay Cooper
Attorneys for WAYMO LLC

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven