1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR CONTINUANCE OF TRIAL DATE** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Motion for Continuance of Trial Date.

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion for Continuance of Trial Date ("Waymo's Motion") | Highlighted in blue |
| | Highlighted in green |
| Exhibit 1 to Waymo's Motion | Entire document |
| Exhibit 2 to Waymo's Motion | Entire document |
| Exhibit 4 to Waymo's Motion | Entire document |
| Exhibit 5 to Waymo's Motion | Entire document |
| Exhibit 6 to Waymo's Motion | Entire document |
| Exhibit 13 to Waymo's Motion | Entire document |
| Exhibit 14 to Waymo's Motion | Entire document |
| Exhibit 15 to Waymo's Motion | Entire document |
| Exhibit 16 to Waymo's Motion | Entire document |
| Exhibit 17 to Waymo's Motion | Entire document |
| Exhibit 18 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge