QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOHN W. MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION FOR CONTINUANCE OF TRIAL DATE** |
|---|---|

I, John McCauley, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of the Summary Report prepared by Stroz Friedberg dated August 5, 2016 ("Stroz Report"), produced with bates number .

3. Attached as Exhibit 2 is a true and correct copy of Exhibit 17 to the Stroz Report, produced by Uber at bates number UBER00312645.

4. Exhibit 3 was intentionally omitted.

5. Attached as Exhibit 4 is a true and correct copy of a true and correct copy of Exhibit 22 to the Stroz Report, produced by Uber at bates number UBER00312677.

6. Attached as Exhibit 5 is a true and correct copy of an email exchange, produced by Uber at bates number UBER00313699.

7. Attached as Exhibit 6 is a true and correct copy of an email exchange, produced by Uber at bates number UBER00314130 .

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the July 27, 2017 deposition transcript of Travis Kalanick.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the June 19, 2017 deposition transcript of Cameron Poetzcher.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the April 14, 2017 deposition transcript of Rhian Morgan.

11. Exhibit 10 was intentionally omitted.

12. Attached as Exhibit 11 is a true and correct copy of an email from counsel for Uber to counsel for Waymo dated Sept, 15, 2017.

13. Attached as Exhibit 12 is a true and correct copy of an email exchange between counsel for Uber and counsel for Waymo dated Sept, 14, 2017.

14. Attached as Exhibit 13 is a true and correct copy of privacy screening terms provided by counsel for Anthony Levandowski.

15. Attached as Exhibit 14 is a true and correct copy of Exhibit 27 to the Stroz Report, produced originally in native form by Uber at bates number UBER00312709.

16. Attached as Exhibit 15 is a true and correct copy of Exhibit 42 to the Stroz Report, produced by Uber at bates number UBER00313106.

17. Attached as Exhibit 16 is a true and correct copy of a document produced following the September 14, 2017 inspection of the Stroz materials located at Morrison Forester, produced by Uber at bates number SFM00000015.

18. Attached as Exhibit 17 is a true and correct copy of a document produced following the September 14, 2017 inspection of the Stroz materials located at Morrison Forester, produced by Uber at bates number SFM00000022.

19. Attached as Exhibit 18 is a true and correct copy of a document produced following the September 14, 2017 inspection of the Stroz materials located at Morrison Forester, produced by Uber at bates number SFM00000039.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 16, 2017         */s John W. McCauley*
                                  John W. McCauley

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven