# Exhibit 3
# Intentionally Omitted