# Exhibit 7

ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC
 6       Plaintiff,
 7           vs.                Case No.
 8   UBER TECHNOLOGIES,INC.;    17-cv-00939-WHA
 9   OTTOMOTTO, LLC; OTTO
10   TRUCKING LLC,
11       Defendants.
12   _____
13
14            **ATTORNEYS' EYES ONLY**
15
16      VIDEOTAPED DEPOSITION OF TRAVIS KALANICK
17              San Francisco, California
18              Thursday, July 27, 2017
19                     Volume I
20
21   REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR No. 12546
23   JOB NO. 2665725
24
25   PAGES 1 - 329
```

Page 1

```
 1   discs contained Google files?                            08:30:10
 2        A.   He indicated that they had some kind of
 3   content from his previous employer.
 4        Q.   Okay.  He didn't say they have some kind
 5   of content, did he?                                      08:30:20
 6        A.   I don't know what his specific words
 7   were.
 8        Q.   Okay.  And did you say anything in
 9   response to that?
10        A.   I did.                                         08:30:30
11        Q.   What did you say?
12        A.   I said that he -- we -- that we, as a
13   whole, need to make sure that that content does not
14   make it to Uber, and that he needs to talk to
15   attorneys to figure out how to make sure that's          08:30:43
16   done properly.
17        Q.   But you don't remember at this meeting
18   asking him what is it that's on the files?
19        A.   No.
20        Q.   You don't remember asking him about any        08:31:11
21   of the circumstances surrounding the files?
22        A.   No, I do not.  I just wanted to make sure
23   that files from his previous employer or anywhere
24   else were not making it to Uber.
25        Q.   Did anyone -- who else was at the              08:31:27
```

Page 23