# Exhibit 8

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4                      ---oOo---

5

6    WAYMO LLC,

7            Plaintiff,

8    vs.                        No. 3:17-cv-00939-WHA

9    UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11           Defendants.

     _____/

12

13        WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

14

15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER

16             SAN FRANCISCO, CALIFORNIA

17              MONDAY, JUNE 19, 2017

18

19

20   BY:  ANDREA M. IGNACIO,

21   CSR, RPR, CRR, CCRR, CLR

22   CSR LICENSE NO. 9830

23   JOB NO. 2642012

24

25   Pages 1 - 374

                                            Page 1

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Google? | 14:42 |
| 2 | A   Either returned to Google, disposed of, | 14:42 |
| 3 | whatever.  This was something that was portrayed to us | 14:42 |
| 4 | as something that had happened in the past.  He had | 14:42 |
| 5 | just discovered that he still had the backed-up disks | 14:42 |
| 6 | that had the old backup of the computer that he no | 14:42 |
| 7 | longer had. | 14:42 |
| 8 | Q   And -- and you don't know specifically what | 14:42 |
| 9 | happened to the hard drive? | 14:42 |
| 10 | A   No, I don't. | 14:42 |
| 11 | Q   So, once Mr. Levandowski told the group at | 14:42 |
| 12 | this meeting that he'd discovered these disks from the | 14:43 |
| 13 | backup system, what -- what was he told to do? | 14:43 |
| 14 | A   So Travis said, Do not bring anything from | 14:43 |
| 15 | Google or otherwise to Uber. | 14:43 |
| 16 | Q   Anything else? | 14:43 |
| 17 | A   Did Travis say anything else? | 14:43 |
| 18 | Q   Yes. | 14:43 |
| 19 | A   No, not -- not then, no. | 14:43 |
| 20 | Q   Did anybody else at the meeting say anything | 14:43 |
| 21 | else? | 14:43 |
| 22 | A   Yes.  So I then said, Yeah, get rid of it. | 14:43 |
| 23 | And then Travis immediately -- as soon as I | 14:43 |
| 24 | said that, Travis pointed at me and looked at Anthony | 14:43 |
| 25 | and said, Don't listen to him, you know.  Talk to your | 14:43 |

Veritext Legal Solutions
866 299-5127

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

1    lawyer.                                              14:43

2          And then, as soon as Travis said that, I      14:43

3    realized I had said an ill-advised thing.  And so I 14:43

4    said, "Yeah, listen to Travis, not me," or something 14:43

5    to that effect.                                      14:43

6          So that all happened in quick sequence.        14:43

7      Q   Okay.  So Travis told Mr. Levandowski, We      14:43

8    don't want you to bring the Google stuff to Uber;    14:43

9    right?                                               14:43

10     A   Correct.                                        14:43

11     Q   You told Mr. Levandowski to get rid of it?     14:43

12     A   Correct.                                        14:43

13     Q   And then Travis corrected you and said, No,    14:43

14   talk to your lawyers?                                14:43

15     A   Uh-huh.  He immediately corrected me and       14:43

16   said, "Don't listen to him," as in me.  "Talk to your 14:44

17   lawyer."                                             14:44

18         And then I immediately, you know, endorsed     14:44

19   Travis' correction of myself and said, Yeah, don't   14:44

20   listen to me.  Talk to your lawyer.                  14:44

21     Q   And this was all at that same meeting?          14:44

22     A   This was all at that same meeting.             14:44

23     Q   Did anyone, other than you and Travis,         14:44

24   respond to Mr. Levandowski's revelation that he had  14:44

25   found these five backup disks in his possession?     14:44

Page 255