# Exhibit 10
# Intentionally Omitted