# Exhibit 11

**Archived:** Saturday, September 16, 2017 1:50:28 PM
**From:** Gonzalez, Arturo J.
**Sent:** Friday, September 15, 2017 6:24:21 PM
**To:** QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; Boies Service (BSF EXTERNAL UberWaymoLit@bsfllp.com); bcarmody@SusmanGodfrey.com; Aaron Bergstrom                         ; John Cooper (JCooper@fbm.com)
**Subject:** Stroz Depositions
**Importance:** High

Counsel,

Pursuant to Judge Corley's order requiring certain deferred depositions to be completed within a week of the Federal Circuit's ruling on the Stroz issues, we offer dates for our employees as set forth below. For witnesses offered for Tuesday 9/19, please let us know by noon on Sunday 9/17 whether Waymo will proceed, as flight arrangements will be affected.

• Eric Tate: Tuesday 9/19 at 9 am

• Rudy Kim: Tuesday 9/19 at 9:30 am

• Travis Kalanick: Tuesday 9/19 at 9 am (45 minutes of reserved time remaining)

• Angela Padilla: Wednesday 9/20 at 12:30 pm

Although Mr. Lior Ron was not included in Judge Corley's order, we offer Mr. Ron for deposition on Thursday 9/21 at 9 am.

Even though not an Uber employee, we are working on getting availability for Eric Friedberg and will provide a date shortly.

**ARTURO J. GONZÁLEZ**
Partner | Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
**P:** +1 (415) 268-7020
mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.