# Exhibit 12

**Archived:** Friday, September 15, 2017 6:22:19 PM
**From:** Rivera, Sylvia
**Sent:** Thursday, September 14, 2017 1:54:10 PM
**To:** James Judah; 'JCooper@fbm.com'; 'MCate@fbm.com'; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'
**Cc:** QE-Waymo
**Subject:** Re: Waymo v Uber - Federal Circuit Ruling and Privilege Logs
**Importance:** Normal

James,

We will prepare amended privilege logs.

Sylvia

**From:** James Judah
**Sent:** Thursday, September 14, 2017 12:49 PM
**To:** 'JCooper@fbm.com'; 'MCate@fbm.com'; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'DG-GP Otto Trucking Waymo'
**Cc:** QE-Waymo
**Subject:** Waymo v Uber - Federal Circuit Ruling and Privilege Logs

- External Email -

Sylvia and James –

We understand from our call this morning that Defendants are currently processing for production the documents on their privilege logs affected by the Federal Circuit ruling. Once those documents are produced (either today or tomorrow morning), please also provide as soon as possible amended privilege logs that identify the Bates number corresponding to each log entry. If Defendants will not agree to prepare amended logs, we will need to raise this issue with Judge Corley at this afternoon's hearing.

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

==================================================================