Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. HESSELINK REGARDING PROTECTIONS OF WAYMO'S ALLEGED TRADE SECRETS**<br><br>Courtroom:　8 (19th Floor)<br>Judge:　　　Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Neel Chatterjee<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service<br><br>Trial:　　　October 10, 2017 |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this administrative motion for an order to file under seal portions of its Motion
3  in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections of Waymo's Alleged
4  Trade Secrets (the "Hesselink Motion").  Specifically, Otto Trucking requests an order granting
5  leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Hesselink Motion | Highlighted Portions |
| Exhibit 1 to Vu Declaration | Entire Document |
| Exhibit 2 to Vu Declaration | Entire Document |
| Exhibit 3 to Vu Declaration | Entire Document |
| Exhibit 4 to Vu Declaration | Entire Document |
| Exhibit 5 to Vu Declaration | Highlighted Portions |
| Exhibit 6 to Vu Declaration | Entire Document |
| Exhibit 7 to Vu Declaration | Entire Document |

The highlighted portions of the Hesselink Motion, the highlighted portions of Exhibit 5 to the Vu Declaration, and the entirety of Exhibits 1, 2, 3, 4, 6 and 7 to the Vu Declaration contain information that Waymo has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking states no position about whether the confidentiality designations are appropriate.  Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

Otto Trucking's request to seal is narrowly tailored to those portions of the Hesselink Motion that merit sealing.

Dated:  September 16, 2017          Respectfully submitted,

                                    By:   */s/   Neel Chatterjee*
                                          Neel Chatterjee
                                          *nchatterjee@goodwinlaw.com*

1

|   |   |
|---|---|
| 1 | Brett Schuman |
|   | *bschuman@goodwinlaw.com* |
| 2 | Shane Brun |
|   | *sbrun@goodwinlaw.com* |
| 3 | Rachel M. Walsh |
|   | *rwalsh@goodwinlaw.com* |
| 4 | Hong-An Vu |
|   | *hvu@goodwinlaw.com* |
| 5 | Hayes P. Hyde |
|   | *hhyde@goodwinlaw.com* |
| 6 | James Lin |
|   | *jlin@goodwinlaw.com* |
| 7 | **GOODWIN PROCTER LLP** |
| 8 | *Attorneys for Defendant:* Otto Trucking LLC |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 16, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 16, 2017**.

>                      /s/          *Neel Chatterjee*
>                               NEEL CHATTERJEE