Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>                Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF DEFENDANT OTTO TRUCKING'S MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. HESSELINK REGARDING PROTECTIONS OF WAYMO'S ALLEGED TRADE SECRETS**<br><br>Courtroom:   8 (19th Floor)<br>Judge:           Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service<br><br>Trial:             October 10, 2017 |

1   I, Neel Chatterjee, declare as follows:

2   1.  I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of its Motion in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections of Waymo's Alleged Trade Secrets (the "Hesselink Motion").

2.  I have reviewed the following documents and confirmed that only the portions identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Hesselink Motion | Highlighted Portions |
| Exhibit 1 to Vu Declaration | Entire Document |
| Exhibit 2 to Vu Declaration | Entire Document |
| Exhibit 3 to Vu Declaration | Entire Document |
| Exhibit 4 to Vu Declaration | Entire Document |
| Exhibit 5 to Vu Declaration | Highlighted Portions |
| Exhibit 6 to Vu Declaration | Entire Document |
| Exhibit 7 to Vu Declaration | Entire Document |

3.  The highlighted portions of the Hesselink Motion, the highlighted portions of Exhibit 5 to the Vu Declaration, and the entirety of Exhibits 1, 2, 3, 4, 6 and 7 to the Vu Declaration contain information that Waymo has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking states no position about whether the confidentiality designations are appropriate.

4.  Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

1     5.     Otto Trucking's request to seal is narrowly tailored to those portions of the
2  Hesselink Motion that merit sealing.
3     I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.  Executed this 16th day of September, 2017 in Menlo Park, California.

                                    /s/   Neel Chatterjee
                                         Neel Chatterjee