Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, <br><br> Plaintiff, <br><br> v. <br><br> Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DR. HESSELINK REGARDING PROTECTION OF WAYMO'S ALLEGED TRADE SECRETS** <br><br> Courtroom: 8 (19th Floor) <br> Judge: Hon. William Alsup <br><br> Filed/Lodged Concurrently with: <br> 1. Admin. Mtn. to File Documents Under Seal <br> 2. Declaration of Neel Chatterjee <br> 3. Redacted/Unredacted Versions <br> 4. Proof of Service <br><br> Trial: October 10, 2017 |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Its Motion in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections of Waymo's Alleged Trade Secrets (the "Hesselink Motion").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the portions of the document listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or "Confidential" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Hesselink Motion | Highlighted Portions |
| Exhibit 1 to Vu Declaration | Entire Document |
| Exhibit 2 to Vu Declaration | Entire Document |
| Exhibit 3 to Vu Declaration | Entire Document |
| Exhibit 4 to Vu Declaration | Entire Document |
| Exhibit 5 to Vu Declaration | Highlighted Portions |
| Exhibit 6 to Vu Declaration | Entire Document |
| Exhibit 7 to Vu Declaration | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE