# *EXHIBIT 1*

## ***PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY***

# *EXHIBIT 1*