1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
13 Los Angeles, California  90017
   Tel.: +1 213 426 2500
14 Fax.: +1 213 623 1673

15 *Attorneys for Defendant: Otto Trucking LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. HESSELINK REGARDING PROTECTIONS OF WAYMO'S ALLEGED TRADE SECRETS**<br><br>Date:          September 27, 2017<br>Time:          8:00 a.m.<br>Courtroom:  8 (19th Floor)<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>  1. Motion in Limine to Exclude Testimony; and<br>  2. Declaration of Hong-An Vu<br><br>Trial:           October 10, 2017 |

ACTIVE/92586918.1

ORDER GRANTING MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. HESSELINK RE
PROTECTIONS OF WAYMO'S ALLEGED TRADE SECRETS          Case No. 3:17-cv-00939-WHA

1 **[PROPOSED] ORDER**

2  This matter comes before the Court on Defendant Otto Trucking, LLC's ("Otto Trucking")
3 Motion in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections Of Waymo's
4 Alleged Trade Secrets ("Motion").  Having considered the arguments and evidence submitted and
5 for good cause appearing:

6  IT IS HEREBY ORDERED THAT Otto Trucking's Motion is GRANTED. Dr.
7 Hesselink's opinion found in paragraphs 65-72 and any testimony based thereon is hereby
8 excluded.

9  **IT IS SO ORDERED.**

11 Dated: _____, 2017

12 HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1 **CERTIFICATE OF SERVICE**

2   I hereby certify that I electronically filed the foregoing document with the Clerk of the
3 Court for the United States District Court for the Northern District of California by using the
4 CM/ECF system on **September 16, 2017**.  I further certify that all participants in the case are
5 registered CM/ECF users and that service will be accomplished by the CM/ECF system.

6   I certify under penalty of perjury that the foregoing is true and correct.  Executed on
7 **September 16, 2017**.

8                                                             */s/   Neel Chatterjee*
                                                              NEEL CHATTERJEE
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28