MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel.: 415.268.7000/Fax: 415.268.7522

KAREN L. DUNN (Admitted *Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel.: 202.237.2727/Fax: 202.237.6131

WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (Admitted *Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO AND PORTIONS OF MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal portions of and the exhibit to Uber's Motion to Exclude One of Three Opinions of Waymo Expert Jim Timmins ("Motion to Exclude"). Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Motion to Exclude | Yellow – highlighted portions | Sandstone Group and Tyto LiDAR |
| Exhibit 1 | Entire Document | Waymo, Sandstone Group LLC, and Tyto LiDAR LLC |

Waymo designated the entirety of Exhibit 1 as "Highly Confidential -- Attorneys' Eyes Only." (Goodman Decl. ISO Uber's Administrative Motion to File Under Seal, ¶ 3.) Exhibit 1 also contains information that has been designated as confidential by non-parties Sandstone Group, LLC, and Tyto LiDAR, LLC. (*Id*. ¶ 4.)

Uber seeks to seal these documents because they contain information that Waymo and third parties have designated confidential and/or highly confidential. The redacted portions of Uber's Motion to Exclude contain information discussing Exhibit 1 and their sealing is justified for the same reasons. (*Id*. ¶ 5.)

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies. Uber served Waymo with this motion on September 16, 2017.

Dated: September 16, 2017         BOIES SCHILLER FLEXNER LLP

By:   */s/ Karen L. Dunn*
         Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND
OTTOMOTTO LLC