1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:    415.268.7000 / Fax:   415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P. M. HUME
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C.  20005
9  Tel:    202.237.2727 / Fax:   202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
12 New York, NY 10019-6023
   Tel.:   212.336.8330 / Fax.:   212.336.8340
13
   Attorneys for Defendants
14 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
15

16
                     UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
18

19 WAYMO LLC,                              Case No. 3:17-cv-00939-WHA

20              Plaintiff,                 **DECLARATION OF MARTHA GOODMAN
                                           IN SUPPORT OF DEFENDANTS UBER
21     v.                                  TECHNOLOGIES, INC.'S AND
                                           OTTOMOTTO LLC'S ADMINISTRATIVE
22 UBER TECHNOLOGIES, INC.,                MOTION TO FILE UNDER SEAL
   OTTOMOTTO LLC; OTTO TRUCKING LLC,       EXHIBITS TO AND PORTIONS OF
23                                         MOTION TO EXCLUDE ONE OF THREE
                Defendants.                OPINIONS PROFFERED BY WAYMO
24                                         EXPERT JIM TIMMINS**

25                                         Judge:      Hon. William H. Alsup
                                           Trial Date: October 10, 2017
26

27

28

GOODMAN DECL. ISO UBER'S ADMIN. MOTION TO SEAL EXHIBIT TO AND PORTIONS OF MOTION TO
EXCLUDE OPINION OF WAYMO EXPERT JIM TIMMINS
CASE NO. 3:17-CV-00939-WHA

1    I, Martha L. Goodman, declare as follows:

2    1.    I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants

3  Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter.  I am a member in

4  good standing of the Bar of the District of Columbia.  I make this declaration in support of Uber's

5  Administrative Motion to File Under Seal Exhibits to and Portions of Uber's Motion to Exclude One of

6  Three Opinions Proffered by Waymo Expert Jim Timmins ("Motion to Exclude").  I make this

7  declaration based on personal knowledge and if called as a witness, I could and would competently

8  testify to the matters set forth herein.

9    2.    I have reviewed the following exhibits and only the portions identified below merit

10  sealing:

11

12

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion to Exclude | Yellow – highlighted portions | Sandstone Group and Tyto LiDAR |
| Exhibit 1 | Entire Document | Waymo, Sandstone Group LLC, and Tyto LiDAR LLC |

13

14

15

16

17    3.    Waymo designated the entirety of Exhibit 1 as "Highly Confidential – Attorney's Eyes

18  Only," in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective

19  Order"), which the parties have agreed governs this case. *See* 3/16 H'rg Tr. at 6. Uber files this material

20  under seal in accordance with Paragraph 14.4 of the Protective Order.

21    4.    Exhibit 1 also contains information that has been designated as confidential by non-

22  parties Sandstone Group, LLC, and Tyto LiDAR, LLC, including confidential information regarding the

23  ownership and structure of Sandstone Group, financing of Sandstone Group, the ownership of Tyto

24  LiDAR, and the financing of Tyto LiDAR.

25    5.    The redacted portions of the Motion to Exclude contain information discussing Exhibit 1

26  and their sealing is justified for the same reasons.

27  //

28  //

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of September, 2017, in Washington, DC.

*/s/ Martha L. Goodman*
Martha L. Goodman

## ATTESTATION OF E-FILED SIGNATURE

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn

2

GOODMAN DECL. ISO UBER'S ADMIN. MOTION TO SEAL EXHIBITS TO AND PORTIONS OF MOTION TO EXCLUDE OPINION OF WAYMO EXPERT JIM TIMMINS
CASE NO. 3:17-CV-00939-WHA