UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

1  Having considered all of the papers filed in connection with Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to One of Three Opinions Proffered by Waymo Expert Jim Timmins, the Court finds that the referenced opinion is inappropriate and unreliable under the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny.

IT IS THEREFORE ORDERED that Defendants' Motion to One of Three Opinions Proffered by Waymo Expert Jim Timmins is GRANTED.

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge