|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| --- | --- |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Motion to Exclude Testimony and Opinions of Waymo's Damages Expert Michael Wagner ("Motion") | Highlighted Portions (blue) <br> Highlighted Portions (green) |
| Exhibit 1 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 2 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 3 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 4 to the Declaration of Matthew R. Berry | Highlighted Portions (blue) |
| Exhibit 5 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 6 to the Declaration of Matthew R. Berry | Highlighted Portion (blue) |
| Exhibit 7 to the Declaration of Matthew R. Berry | Highlighted Portions (blue) |
| Exhibit 8 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 9 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 10 to the Declaration of Matthew R. Berry | Highlighted Portions (green) |
| Exhibit 11 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 12 to the Declaration of Matthew R. Berry | Highlighted Portions (blue) |
| Exhibit 13 to the Declaration of Matthew R. Berry | Highlighted Portions (blue) |
| Exhibit 14 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 15 to the Declaration of Matthew R. Berry | Highlighted Portions (blue) |
| Exhibit 19 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 21 to the Declaration of Matthew R. Berry | Entirety |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 22 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 23 to the Declaration of Matthew R. Berry | Entirety |
| Exhibit 24 to the Declaration of Matthew R. Berry | Entirety |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3822216

2