# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC

    Plaintiff,

        vs.              Case No. 17-cv-00939-WHA

UBER TECHNOLOGIES,INC.;
OTTOMOTTO, LLC; OTTO
TRUCKING LLC,

    Defendants.
_____

VIDEO DEPOSITION OF EMIL MICHAEL

San Francisco, California

Friday, July 28, 2017

Volume I

REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2666869

PAGES 1 - 160

Page 138

| | | |
|---|---|---|
| 1 | efforts in the long run concerning autonomous | 02:24:09 |
| 2 | vehicles? | |
| 3 | MS. RAY: Objection. Form. | |
| 4 | THE DEPONENT: I don't know exactly if it | |
| 5 | was going to save us money. It was more about | 02:24:21 |
| 6 | time. | |
| 7 | Q. (By Mr. Perlson) When Uber was | |
| 8 | considering acquiring Otto, did Uber come up with | |
| 9 | an internal valuation of Otto? | |
| 10 | A. I don't recall that we did. | 02:24:37 |
| 11 | Q. Describe the state of Uber's autonomous | |
| 12 | vehicle technology when you left Uber. | |
| 13 | MS. RAY: Objection. Form. | |
| 14 | THE DEPONENT: I just -- I am not a | |
| 15 | technologist, so I don't know. I just know that | 02:25:05 |
| 16 | ██████████████████████████████████ | |
| | ████████████████████████████████████ | |
| | ██████████████████████████████████ | |
| | ████████████████████████████████ but that's | |
| 20 | sort of much as all I had knowledge about. | 02:25:32 |
| 21 | Q. (By Mr. Perlson) Do you know whether -- | |
| 22 | how far away Uber was for -- from a commercial | |
| 23 | launch when you left Uber? | |
| 24 | MS. RAY: Objection. Form. | |
| 25 | THE DEPONENT: ████████████████████ | 02:25:45 |

Page 139

1  ████████████████████████████████████  ████

2  ███████████████████████████████████████

3  ██████████████████████████

4  ███ ██████████ █████████████

5  ████████████ ████

6  ███ █████████████████

7  ███ ████████████████████████████

8  █████████████████████████

9          MS. RAY:  Objection.  Form.

10         THE DEPONENT:  No idea.                              02:26:24

11     Q.  (By Mr. Perlson)  When -- when you left

12  Uber, did you have any idea of how many LiDAR units

13  Uber was planning to manufacture this year?

14         MS. RAY:  Objection.  Form.

15         THE DEPONENT:  No.                                   02:26:43

16     Q.  (By Mr. Perlson)  Does Waymo have a

17  technological lead with respect to autonomous

18  vehicle development?

19         MS. RAY:  Objection.  Form.

20         THE DEPONENT:  Yes, it is my belief.                 02:26:58

21     Q.  (By Mr. Perlson)  Has acquiring Otto

22  changed Uber's estimate of Waymo's lead?

23         MS. RAY:  Objection.  Form.

24         THE DEPONENT:  Not as far as I know.

25     Q.  (By Mr. Perlson)  Do you agree that the              02:27:16

1    I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath;
8  that a record of the proceedings was made by me
9  using machine shorthand which was thereafter
10 transcribed under my direction; that the foregoing
11 transcript is true record of the testimony given.
12   Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [X] was not requested.
16   I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19   IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21
22 Dated:   July 29, 2017
23
24                    _____
                      Rebecca L. Romano, RPR,
25                    CSR. No 12546

Page 160