# EXHIBIT 7

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
                         - - -
WAYMO, LLC,                       )
                                  )
              Plaintiff,          )
                                  )
         vs.                      ) No. 3:17-CV-00939
                                  )
UBER TECHNOLOGIES; INC.;          )
OTTOMOTTO, LLC; and OTTO          )
TRUCKING, LLC,                    )
                                  )
              Defendants.         )
_____


       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL
```

    The videotaped 30(b)(6) deposition of ERIC MEYHOFER, called as a witness by the Plaintiff, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Rebecca L. Schnur, Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Reed Smith, LLP, 225 Fifth Avenue, Pittsburgh, Pennsylvania  15222, commencing at 9:20 a.m. on FRIDAY, AUGUST 18, 2017.


Job No. 2681788B

Pages 1 - 259

1  Group.

2     Q.   Generally, what does being the head of Uber's
3  Advanced Technologies Group entail?

4     A.   So ATG is a pretty large entity.  It's about
5  1,550 people fully devoted to developing autonomous
6  ride-sharing technology.  And as the head of that, I'm
7  responsible for multiple offices and the technology
8  that we develop.  So that responsibility includes or
9  focuses on building these teams, as the type of growth
10 that we're in; enabling the teams, giving them the
11 tools and resources that they need to perform; making
12 sure that we have well-defined objectives, and making
13 sure that we're meeting the objectives or have plans to
14 meet the objectives; communicating those very well with
15 the team, inspiring them, keeping them in a state of
16 excitement and energy about the mission that we're on.
17 And the reason for that is, we do this with as much of
18 ourselves as we can, so we need to really enjoy it.
19 You get more from people that way.

20         And I think it's really important that we
21 understand that, as the head -- I have 1,500 people so,
22 I need to build strong teams directly beneath me and
23 ensure that they have strong teams directly beneath
24 them, and maintain skip-level communication and
25 maintain solid communication with the entire org.

```
 1      Q.   And then, it says, ███████████████
        ███████████████████████████████
 3      A.   I do.
        █  ██████████████████████████
        █████████████████████████████████
        █████████████████████████████████
        █  █████████████████████
        █  █████████████████████████████
        █████████████████████████████████
        ████████████████████████████████
        ████████
        █  █████████████████████████████
        █████████████████████  ██████████
        █████████████████████████████████
        ██████
16      Q.   What --
17      A.   -- and you see different data.
18      Q.   Sorry.  Go ahead.  I didn't mean to
19   interrupt.
20            ███████████████████████████
        █████████████████████████████████
        █████████████████
        █  ████████████████████████████
        █████████████████████████████████
        ██████████████
```

```
 1    ████████████████████████████████████
 2   █████████████████████████  ██████████
 3   █████████████████
 4         ████████████  ████████████████
 5   ██████████████████████████████████
 6   ████████████████████████████████████
 7   █  █████████████████████████████████
 8   ████████████████████████████████
 9   █████████████████████████████
10        ████████████  █████████████
11   █  ███████████████████████████████
12   █████████████████████████████████
13   █████████████████████████████████
14   ██████████████████████████████
15   ██████████████████████████████
16   ████████████████████████████████
17   ████████████████████
18        Q.   I'm not asking you to read the disclaimer to
19   me.  I'm asking: ███████████████████████
20                  ███████████████████████████ █████
21   █████████████████████████████
22        █ ██████████████████████████  █████
23   ████████████████████████████████████████
24   ████████████████████████████████████
25   ████████
```



Page 84

1   ■   ███████████████████████████████████

■   ██████

■   ■   ████████████████████████████

4   Q.   Tell me them.

5   A.   I do not know those.

6   ■   ███   ██████████████████████

■   ████████████████████   ██████

■   ████████   ██████████████████

■   ████████

■   ■   ██████   ████████████████████

■   ████████

12  Q.   Okay.  If you can, go to page 490.  We're in
13  Exhibit 883.
14  A.   Got it.
15  Q.   Sorry.  512.  Excuse me.
16       You see this slide is entitled ████████
■   ████████

18  A.   I do.

19  ■   ████████████████████████████████████

■   ████████

■   ■   ██████████████

22  Q.   You don't know?

23  ■   ██████████████████████████   ██████████

■   ████████████████   ████████████████

■   ██████████████████████████████

1    Q.   Are you prepared to testify on behalf of the
2   company about this ████████████ that we're talking
3   about?
4    A.   I'm prepared to answer questions to the best
5   of my knowledge about what I see here, on behalf of the
6   company.
7   ███   ███   █████████████████   ████████
████████████████████████████
██   ███   ████████
██   ███   ███   ████████████████████████
██   ███   █████████████████████████
██   ███
██   ███   ████   ████████████████████████
██████████████████████
██   ███   █████████   ██████████████████████████
██   █████████
17    Q.   You didn't prepare to testify regarding the
18   ████████████ here on page 512 of Exhibit 883 for
19   your corporate testimony.  Is that fair?
20   ██   ████████████████████████
██████████████████████████████
██   ██████   ████████████████████████████
██   ████████████████████████████████████
██   ██████████████████████
██   ████████████████████████   ████████

1      ████████  ████████████████████████████████████

2      ████████████████████████████████████████████████████████

3       Q.   I want to ask a more specific question.  I

4  want to ask questions about this page and where the

5  numbers come from on this page ending in 512 on page --

6  Exhibit 883.

7            Are you prepared to explain the numbers on

8  this page?

9       A.   I would need to have ████████████ here to

10  do that accurately.

11      Q.   So "no"?

12      A.   Correct.

13           MR. JAFFE:  All right.  This is going to be

14      Exhibit 884.  This is UBER231748.  The first page

15      says ████████████████████████████

16           (Whereupon, Deposition Exhibit 884 was marked

17      for identification.)

18      Q.   Mr. Meyhofer, have you seen Exhibit 884

19  before just when I handed it to you right now?

20      A.   No, I have not.

21      Q.   Okay.  Do you know if this presentation is

22  referring to Ottomotto or Otto Trucking?

23      A.   I do not know which of the two it refers to.

24  ████████████████████████████████████████████

████████████████████████████████████

```
 1                    CERTIFICATE
 2    COMMONWEALTH OF PENNSYLVANIA    )
 3                                    )
 4    COUNTY OF ALLEGHENY             )
 5
 6         I, Rebecca L. Schnur, do hereby certify that
 7    before me, a Notary Public in and for the Commonwealth
 8    aforesaid, personally appeared ERIC MEYHOFER, who then
 9    was by me first duly cautioned and sworn to testify the
10    truth, the whole truth, and nothing but the truth in
11    the taking of his oral deposition in the cause
12    aforesaid; that the testimony then given by him as
13    above set forth was by me reduced to stenotype in the
14    presence of said witness, and afterwards transcribed by
15    means of computer-aided transcription.
16         I do further certify that this deposition was
17    taken at the time and place in the foregoing caption
18    specified.
19          I do further certify that I am not a relative,
20    counsel or attorney of either party or otherwise
21    interested in the event of this action.
22         IN WITNESS WHEREOF, I have hereunto set my hand
23    and affixed my seal of office at Pittsburgh,
24    Pennsylvania, on this 21st of August, 2017.
25
26
27
28
29
30       _____
31       Rebecca L. Schnur, RDR, Notary Public
32       In and for the Commonwealth of Pennsylvania
33       My Commission expires June 16, 2021.
```