# EXHIBIT 15

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC

    Plaintiff,


        vs.           Case No. 17-cv-00939-WHA


UBER TECHNOLOGIES,INC.;

OTTOMOTTO, LLC; OTTO
TRUCKING LLC,
    Defendants.

_____


\*\*ATTORNEYS' EYES ONLY\*\*

VIDEO DEPOSITION OF JUR VAN DEN BERG

San Francisco, California

Wednesday, August 2, 2017

Volume I



REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2671707


PAGES 1 - 387

Page 172

```
1    day.  And the -- the third and -- and beyond, I --        12:26:13
2    I have not -- I -- I don't know what they are at
3    this moment.
4         Q.   Is it your understanding whether any of
5    the milestones have been made?                             12:26:26
6    ██  ██████████████████████████████████████████
7         Q.   How -- how much compensation is tied to
8    these milestones?
9              MS. HARTNETT:  Objection.
10             THE DEPONENT:  A sig- -- a significant            12:26:38
11   amount.  Essentially all of our share in -- in Otto
12   became these -- these -- became Uber shares with
13   these milestones attached, so...
14        Q.   (By Mr. Judah)  Do you have any
15   understanding as to when -- when any of those              12:26:51
16   milestones are going to start getting hit?
17        A.   No, I have not.
18        Q.   Have you discussed the timing of when
19   those milestones are going to be achieved with
20   anyone?                                                    12:27:05
21   ██  ████████████████████████████████████████
██ ██████████████████ ████████████████████████
██ ███████████████████████████████████████████
██ ████████████████████████ ██████████████████
██ ████████████████████████████████████████                   12:27:15
```

ATTORNEYS EYES ONLY

1     I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4     That the foregoing proceedings were taken
   before me at the time and place herein set forth;
5  that any witnesses in the foregoing proceedings,
6  prior to testifying, were administered an oath;
7  that a record of the proceedings was made by me
8  using machine shorthand which was thereafter
9  transcribed under my direction; that the foregoing
   transcript is true record of the testimony given.
10    Further, that if the foregoing pertains to the
11  original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [ ] was [x] was not requested.
14    I further certify I am neither financially
15  interested in the action nor a relative or employee
   of any attorney or any party to this action.
16    IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18
19  Dated:  August 3, 2017
20
21
22
23
24  _____
   Rebecca L. Romano, RPR,
   CSR. No 12546
25

                                    Page 387