1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
   **GOODWIN PROCTER LLP**
12 601 S. Figueroa Street, 41st Floor
   Los Angeles, California  90017
13 Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673
14
   *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>     Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF MR. BROWN AND MR. GUDJONSSON REGARDING PROTECTION OF WAYMO'S ALLEGED TRADE SECRETS**<br><br>Courtroom:   8 (19th Floor)<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Document Under Seal<br>2. Declaration of Neel Chatterjee<br>3. Redacted/Unredacted Versions<br>4. Proof of Service<br><br>Trial:           October 10, 2017 |

1   Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2   File Under Seal Portions of Its Motion in Limine to Exclude Testimony of Mr. Brown and Mr.
3   Gudjonsson Regarding Protections of Waymo's Alleged Trade Secrets (the "Brown and
4   Gudjonsson Motion").  Having considered the Administrative Motion, and good cause to seal
5   having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS**
6   sealed the portions of the documents listed below that are adequately supported by declarations
7   provided by Plaintiff Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or
8   "Confidential" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Brown and Gudjonsson Motion | Highlighted Portions |
| Exhibit 1 to Vu Declaration | Entire Document |
| Exhibit 2 to Vu Declaration | Entire Document |
| Exhibit 3 to Vu Declaration | Entire Document |
| Exhibit 4 to Vu Declaration | Entire Document |
| Exhibit 5 to Vu Declaration | Entire Document |
| Exhibit 6 to Vu Declaration | Entire Document |
| Exhibit 7 to Vu Declaration | Entire Document |
| Exhibit 8 to Vu Declaration | Entire Document |
| Exhibit 9 to Vu Declaration | Highlighted Portions |
| Exhibit 10 to Vu Declaration | Highlighted Portions |
| Exhibit 12 to Vu Declaration | Entire Document |
| Exhibit 13 to Vu Declaration | Highlighted Portions |
| Exhibit 14 to Vu Declaration | Highlighted Portions |
| Exhibit 15 to Vu Declaration | Entire Document |
| Exhibit 16 to Vu Declaration | Entire Document |
| Exhibit 17 to Vu Declaration | Entire Document |

| | |
|---|---|
| Exhibit 18 to Vu Declaration | Entire Document |
| Exhibit 19 to Vu Declaration | Entire Document |
| Exhibit 20 to Vu Declaration | Entire Document |
| Exhibit 23 to Vu Declaration | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA