# *EXHIBIT 13*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 13*

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4          Case No. 17-cv-00939-WHA

5    -----------------------------------x

6    WAYMO LLC,

7                  Plaintiff,

8        - against -

9    UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;

10   OTTO TRUCKING LLC,

11                 Defendants.

12   -----------------------------------x

13

14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16              Videotaped 30(b)(6) Deposition

17   of GARY BROWN, taken by Defendants, held

18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August

19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,

20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.

21

22

23

24   Job No. 2671217A

25   Pages 1 - 305

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | correct? | 12:14:17PM |
| 2 | A.      That seems accurate. | 12:14:17PM |
| 3 | Q.      And it was returned on February | 12:14:19PM |
| 4 | 9, 2016, is that correct? | 12:14:24PM |
| 5 | A.      That means it was collected and | 12:14:28PM |
| 6 | brought back by the inventory people on | 12:14:30PM |
| 7 | February 9, 2016, yes. | 12:14:33PM |
| 8 | Q.      And then approximately 15 days | 12:14:36PM |
| 9 | later, on February 24, 2016, that | 12:14:41PM |
| 10 | workstation was reallocated to an | 12:14:44PM |
| 11 | individual named ██████████ is that | 12:14:48PM |
| 12 | correct? | 12:14:51PM |
| 13 | A.      That's what this says. | 12:14:51PM |
| 14 | Q.      And Waymo performed no forensic | 12:14:53PM |
| 15 | investigation into the workstation | 12:14:56PM |
| 16 | assigned to Mr. Levandowski for an over | 12:14:59PM |
| 17 | three-year period during his employment at | 12:15:03PM |
| 18 | Waymo, is that correct? | 12:15:06PM |
| 19 | MR. BAKER:  Objection to form. | 12:15:07PM |
| 20 | A.      When an employee is terminated, | 12:15:09PM |
| 21 | tickets are generated for inventory | 12:15:12PM |
| 22 | management individuals to collect their | 12:15:15PM |
| 23 | assets, check if that individual is | 12:15:18PM |
| 24 | currently on a hold that would forbid | 12:15:25PM |
| 25 | reimage, and then the asset is either | 12:15:30PM |

Page 97

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    retired or refurbished and redeployed if        12:15:37PM

2    deemed still within its life span.              12:15:44PM

3        Q.       Waymo performed no forensic        12:15:51PM

4    investigation into the Hewlett-Packard          12:15:52PM

5    workstation assigned to Mr. Levandowski         12:15:55PM

6    for an over three-year period during his        12:15:58PM

7    employment at Waymo, is that correct?           12:16:00PM

8                 MR. BAKER:  Objection to form.     12:16:02PM

9        A.       That is correct.                   12:16:07PM

10       Q.       The Hewlett-Packard workstation    12:16:11PM

11   assigned to Mr. Levandowski from 2012 to        12:16:13PM

12   2016 is a computer --  is it a desktop          12:16:19PM

13   computer?                                       12:16:26PM

14       A.       It appears to be, yes.             12:16:27PM

15       Q.       And that would have existed in     12:16:28PM

16   his office at Waymo, right?                     12:16:31PM

17       A.       Presumably.                        12:16:34PM

18       Q.       And it would have been             12:16:35PM

19   something he used in the three-and-a-half       12:16:36PM

20   year period that it was assigned to him in      12:16:40PM

21   his office at Waymo, correct?                   12:16:43PM

22                MR. BAKER:  Objection to form.     12:16:44PM

23       A.       Possibly, but not necessarily.     12:16:46PM

24       Q.       But you don't know one way or      12:16:51PM

25   the other if he used it?                        12:16:52PM

Page 98

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1      A.     No.                           12:16:53PM

2      Q.     And nobody asked you to       12:16:54PM

3  inquire, to conduct a forensic review of 12:16:58PM

4  that device to determine if he did       12:17:00PM

5  anything improper with it, correct?      12:17:07PM

6      A.      That is correct, but with the 12:17:13PM

7  caveat that the lack of analysis of      12:17:17PM

8  another machine does not wash away the   12:17:22PM

9  wrongdoings on another machine, that's no 12:17:25PM

10 indication of not doing something.       12:17:28PM

11     Q.     In order to determine the full 12:17:35PM

12 scope of potential wrongdoing, in your   12:17:39PM

13 opinion should Waymo have conducted a    12:17:43PM

14 forensic investigation of the           12:17:46PM

15 Hewlett-Packard workstation?            12:17:47PM

16            MR. BAKER:  Objection to form. 12:17:49PM

17     A.     All feasible rocks should be  12:17:57PM

18 turned over, but there have been multiple 12:18:02PM

19 occurrences where inventory management   12:18:07PM

20 personnel reimaged devices before forensic 12:18:12PM

21 analysis could take place.              12:18:18PM

22     Q.     And in your opinion, one      12:18:22PM

23 feasible rock that should have been turned 12:18:29PM

24 over was a review of the Hewlett-Packard 12:18:30PM

25 workstation assigned to Mr. Levandowski, 12:18:34PM
```

Page 99

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  is that correct?                                12:18:37PM

2          MR. BAKER:  Objection to form.  12:18:37PM

3     A.      As a forensic analyst, the more 12:18:42PM

4  information, the better.                         12:18:44PM

5          But as I said before, it         12:18:47PM

6  doesn't undo other indicators that were         12:18:50PM

7  positively found.                               12:18:55PM

8     Q.      As a forensic analyst, wouldn't 12:19:02PM

9  you want to know if the card reader was         12:19:07PM

10 attached to the workstation?                     12:19:09PM

11         MR. BAKER:  Objection to form.  12:19:11PM

12    A.      Yes.                           12:19:18PM

13    Q.      But you don't know the answer   12:19:19PM

14 to that question, right?                         12:19:21PM

15    A.      Not currently.                  12:19:24PM

16    Q.      Waymo would never know the      12:19:26PM

17 answer to that question, correct?               12:19:29PM

18         MR. BAKER:  Objection to form.  12:19:31PM

19    A.      That's uncertain.               12:19:43PM

20    Q.      Why is that uncertain?          12:19:45PM

21    A.      Depending on retention and host 12:19:50PM

22 monitoring agents, it could potentially be       12:20:00PM

23 determined whether some classes of USB          12:20:08PM

24 devices were connected to these machines,       12:20:12PM

25 but I also would not feel comfortable            12:20:16PM

Page 100

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    the record.                                12:22:50PM

2              THE VIDEO TECHNICIAN: Time is     12:22:50PM

3    12:24.                                      12:22:52PM

4              This is end of video 1 and        12:22:54PM

5    we're off the record.                       12:22:55PM

6              (Witness and counsel left the     12:22:57PM

7    hearing room to confer.)                    12:22:57PM

8              (Pause.)                          12:22:57PM

9              (Witness and counsel reentered    12:22:57PM

10   the hearing room.)                          12:25:13PM

11             THE VIDEO TECHNICIAN: Time is     12:25:13PM

12   12:23, we're on the record.                 12:25:21PM

13             This is video 2.                  12:25:24PM

14   BY MS. GOODMAN:                             12:25:25PM

15      Q.     Mr. Brown, my question to you     12:25:26PM

16   before the break was why didn't Waymo       12:25:27PM

17   conduct a forensic investigation on the     12:25:30PM

18   Hewlett-Packard workstation?                12:25:33PM

19      A.     I don't know.                     12:25:35PM

20      Q.     Does Waymo know?                  12:25:39PM

21      A.     No.                               12:25:39PM

22      Q.     In your opinion as a forensic     12:25:44PM

23   analyst, should Waymo have conducted a      12:25:47PM

24   forensic investigation on the              12:25:51PM

25   Hewlett-Packard workstation?               12:25:53PM
```

Page 103

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              MR. BAKER:  Objection to form.   12:25:55PM

2      A.       As I said before, more data is   12:26:01PM

3  always nice to have, but it is not           12:26:03PM

4  explicitly necessary or make or break        12:26:11PM

5  anything if you can get other information     12:26:15PM

6  other ways.                                   12:26:17PM

7      Q.       If Waymo had conducted a          12:26:19PM

8  forensic investigation on the                12:26:21PM

9  Hewlett-Packard workstation, couldn't that   12:26:23PM

10 investigation have uncovered routine use     12:26:27PM

11 of, for example, the SVN repository?         12:26:33PM

12             MR. BAKER:  Objection to form.   12:26:36PM

13     A.       Routine use of the SVN           12:26:45PM

14 repository could have also been apparent     12:26:50PM

15 from DNS traffic from that host or from      12:26:56PM

16 the server side logs as well and those       12:27:06PM

17 were not apparent.                           12:27:12PM

18             And also if you are routinely    12:27:19PM

19 using this SVN server, you probably don't    12:27:22PM

20 need to look up instructions for how to      12:27:25PM

21 use it or how to connect to it even.         12:27:27PM

22     Q.       That's your speculation,         12:27:29PM

23 though, correct?                             12:27:31PM

24             MR. BAKER:  Objection to form.   12:27:32PM

25     A.       Yes.                             12:27:33PM

Page 104

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 | So given that it was seen one | 01:09:37PM |
| 2 | way, we thought, well, we have these | 01:09:42PM |
| 3 | sources, let's see what other ways exist. | 01:09:46PM |
| 4 | Q.    Did somebody tell you that | 01:09:49PM |
| 5 | Mr. Levandowski downloaded 14,000 files on | 01:09:52PM |
| 6 | December 11, 2015? | 01:09:55PM |
| 7 | A.    Yes. | 01:09:59PM |
| 8 | Q.    Who told you that? | 01:10:00PM |
| 9 | MR. BAKER:  You can give a | 01:10:03PM |
| 10 | name. | 01:10:04PM |
| 11 | A.    ██████████. | 01:10:04PM |
| 12 | Q.    Back on Exhibit 13 --  sorry, I | 01:10:10PM |
| 13 | forgot the number? | 01:10:17PM |
| 14 | A.    1313? | 01:10:17PM |
| 15 | Q.    The one in front of you. | 01:10:18PM |
| 16 | A.    14. | 01:10:20PM |
| 17 | Q.    29372, the keyword searches | 01:10:21PM |
| 18 | that are reflected on that page 29372, | 01:10:25PM |
| 19 | when were those run on Mr. Kshirsagar's | 01:10:28PM |
| 20 | devices? | 01:10:34PM |
| 21 | A.    I don't know at this time. | 01:10:38PM |
| 22 | Q.    Does Waymo know? | 01:10:40PM |
| 23 | A.    Not right now. | 01:10:42PM |
| 24 | Q.    Does Waymo know when these | 01:10:44PM |
| 25 | keywords were run on Mr. Levandowski's | 01:10:47PM |

Page 132

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
 1              Do you see that?              04:26:18PM
 2      A.      I do.                         04:26:19PM
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17              MR. BAKER:  Objection to form.  04:27:05PM
18      A.      Also, as a professional log   04:27:09PM
19  diver, I'll call myself, when we're doing  04:27:13PM
20  investigations, we don't keep things that  04:27:17PM
21  are not deemed explicitly relevant for     04:27:24PM
22  what we are trying to prove.               04:27:26PM
23              It is bad data stewardship, it 04:27:31PM
24  takes up space, and it makes noise.        04:27:34PM
25      Q.      What were you asked to prove   04:27:36PM
```

Page 229

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1   here?                                    04:27:38PM

2            MR. BAKER:  Objection, I am      04:27:39PM

3   going to caution you not to reveal the   04:27:43PM

4   substance of any attorney-client         04:27:44PM

5   communications.                          04:27:46PM

6            If you can answer that question 04:27:46PM

7   without doing that, please do.           04:27:48PM

8      A.     I did not pull the SVN log      04:27:52PM

9   data, I'm just speaking to the frame of  04:27:55PM

10  mind of why the entirety of all users'   04:27:56PM

11  logs may not be present.                 04:28:04PM

12           For example, in what I've        04:28:05PM

13  produced to support my declaration, I'm  04:28:07PM

14  not pulling and presenting the ███ logs  04:28:10PM

15  of any of a hundred thousand other Google 04:28:13PM

16  employees because it is simply not       04:28:16PM

17  relevant to the investigation at hand.   04:28:18PM

18     Q.     That wasn't my question.        04:28:20PM

19           What were you being asked to     04:28:25PM

20  prove as part of your forensic           04:28:26PM

21  investigation?                           04:28:27PM

22           MR. BAKER:  Same instruction     04:28:27PM

23  and also objection to the form.          04:28:28PM

24     A.     These logs showed that 14,000   04:28:33PM

25  files and change were downloaded on      04:28:36PM
```

Page 230

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    December 11th from an IP address that          04:28:39PM

2    could be traced to Mr. Levandowski's work      04:28:42PM

3    computer.                                      04:28:44PM

4        Q.      When were you asked to prove       04:28:44PM

5    that?                                          04:28:45PM

6                MR. BAKER:  Objection to form.     04:28:50PM

7        A.      Sometime between August and        04:28:51PM

8    October 2016.                                  04:28:53PM

9        Q.      Why didn't you look at the SVN     04:28:57PM

10   log data when you were first engaged in        04:28:59PM

11   the investigation in February or March of      04:29:01PM

12   2015 --  sorry, of 2016?                       04:29:02PM

13       A.      I did not know it existed.         04:29:14PM

14       Q.      Wouldn't it be important for       04:29:15PM

15   you as a person involved with incident         04:29:17PM

16   responses to know where the various data       04:29:18PM

17   repositories were?                             04:29:20PM

18               MR. BAKER:  Objection to form.     04:29:26PM

19       A.      It would.                          04:29:26PM

20       Q.      Did you ask anybody are there      04:29:28PM

21   any unusual places people store important      04:29:29PM

22   information?                                   04:29:32PM

23       A.      We did.                            04:29:35PM

24       Q.      And who did you talk to?           04:29:36PM

25       A.      Various people that were in        04:29:46PM

Page 231

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | different ways tangentially associated | 04:29:52PM |
| 2 | with the investigation. | 04:29:55PM |
| 3 |     Q.    Did you talk to anyone that was | 04:29:56PM |
| 4 | involved in the Chauffeur program? | 04:29:58PM |
| 5 |     A.    Not directly. | 04:30:02PM |
| 6 |     Q.    Indirectly? | 04:30:05PM |
| 7 |     A.    I believe so. | 04:30:07PM |
| 8 |     Q.    Who did you hear about | 04:30:11PM |
| 9 | indirectly? | 04:30:13PM |
| 10 |     A.    Can you repeat that. | 04:30:17PM |
| 11 |     Q.    Yes. | 04:30:17PM |
| 12 |     You said that you believe that | 04:30:18PM |
| 13 | you talked to someone indirectly that was | 04:30:21PM |
| 14 | in the Chauffeur program and I am just | 04:30:25PM |
| 15 | trying to figure out who that person was. | 04:30:27PM |
| 16 |     A.    I am not sure. | 04:30:29PM |
| 17 |     Q.    Did you look at ███ data | 04:30:30PM |
| 18 | as part of your investigation in March? | 04:30:33PM |
| 19 |     A.    Yes. | 04:30:36PM |
| 20 |     Q.    What about ███ data, ███ | 04:30:36PM |
| 21 | logs? | 04:30:43PM |
| 22 |     A.    ███ would not -- not in | 04:30:44PM |
| 23 | March, but possibly -- possibly in March | 04:30:50PM |
| 24 | too. | 04:30:54PM |
| 25 |     I don't think we engaged ███ | 04:30:58PM |

Page 232

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      A.      At what time?                      04:36:52PM

2      Q.      The February, March 2016 time     04:36:53PM

3  frame.                                        04:36:57PM

4      A.      I don't entirely agree.           04:37:05PM

5      Q.      Why do you disagree with what     04:37:07PM

6  Mr. Gudjonsson said?                          04:37:09PM

7              MR. BAKER:  I instruct the        04:37:11PM

8  witness not to answer on grounds of           04:37:12PM

9  attorney-client privilege and work            04:37:13PM

10 product.                                      04:37:14PM

11     Q.      Are you going to follow the       04:37:18PM

12 instruction?                                  04:37:19PM

13     A.      I am.                             04:37:20PM

14     Q.      I am going to ask you a series    04:37:20PM

15 of questions, I just have to make sure I      04:37:21PM

16 have the record here.                         04:37:23PM

17             In the February, March 2016       04:37:24PM

18 time frame, did you look at ▉▉▉▉▉             04:37:25PM

19 logs?                                         04:37:29PM

20     A.      I believe so.                     04:37:31PM

21     Q.      Did you look for evidence of      04:37:32PM

22 downloading activity?                         04:37:33PM

23     A.      I don't believe so.              04:37:40PM

24     Q.      What about the network traffic    04:37:42PM

25 logs that you referred to in your             04:37:43PM

Page 235

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              Somehow a spreadsheet got        05:00:49PM
2   populated with  ████  log data.             05:00:51PM
3              Do you know who did that?         05:00:53PM
4      A.     Okay.                              05:00:54PM
5              This looks like my Timesketch    05:00:55PM
6   formatting and if you look in the query     05:01:03PM
7   field, that will show exactly the query     05:01:05PM
8   that was run to generate this result.       05:01:11PM
9      Q.     And so did you create this body   05:01:14PM
10  of work?                                     05:01:18PM
11     A.     I believe I did.                   05:01:19PM
12     Q.     Do you know?                       05:01:21PM
13     A.     I'd say I did.                     05:01:24PM
14     Q.     Are these --                       05:01:26PM
15     A.     I should note, I absolutely       05:01:30PM
16  positively distrust all Excel formatting,   05:01:32PM
17  it bugs me, and sometimes the formatting    05:01:40PM
18  can be --  like --  yeah, for example, I    05:01:45PM
19  didn't do this in Excel, I did this in --   05:01:51PM
20  on commands line and I output straight to   05:01:57PM
21  CSV.                                         05:02:01PM
22              But here, if this was a pure     05:02:02PM
23  dump and no formatting was altered, like    05:02:03PM
24  the first ten lines are right-justified,    05:02:06PM
25  which indicates to me some type of          05:02:08PM
```

Page 252

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   formatting and not treatment of just raw      05:02:10PM

2   string and you can see that again down on     05:02:12PM

3   lines 22 through 27, so I am naturally         05:02:14PM

4   very distrustful of this spreadsheet put       05:02:19PM

5   in front of me.                                05:02:21PM

6                Just want to note that.           05:02:25PM

7      Q.      You think it is inaccurate?         05:02:26PM

8                MR. BAKER:  Objection.            05:02:28PM

9      A.      I think something is off, it is     05:02:28PM

10  not uniform; if it was just open, it would    05:02:31PM

11  be uniform.                                    05:02:33PM

12               MS. GOODMAN:  Mark that as        05:02:51PM

13  1319.                                          05:03:02PM

14               ( Exhibit 1319, Excel             05:03:02PM

15  spreadsheet from row 3048, was marked for     05:03:02PM

16  identification, as of this date.)             05:03:13PM

17     Q.      I just have a simple question       05:03:13PM

18  on 1319.                                       05:03:15PM

19               I have pulled from the row        05:03:18PM

20  3048, there is this CCM cash, do you see       05:03:23PM

21  that?                                          05:03:29PM

22     A.      I do.                               05:03:33PM

23     Q.      Do you know what that is?           05:03:34PM

24     A.      I am not a Windows expert, I        05:03:34PM

25  have seen that on many a machine and I         05:03:37PM

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        A.        It would seem that he wanted to   05:46:27PM
2   maintain access.                                  05:46:30PM
3        Q.        And I think you might have         05:46:32PM
4   answered this during the earlier 30(b)(6),        05:46:33PM
5   but I want to make sure the record is             05:46:36PM
6   clear on this.                                    05:46:39PM
7                  There is nothing that would        05:46:39PM
8   prevent Anthony Levandowski from                  05:46:40PM
9   installing the TortoiseSVN software on a          05:46:43PM
10  personal laptop and then logging into the         05:46:46PM
11  Chauffeur SVN server remotely and                 05:46:48PM
12  accessing it through his credentials?             05:46:52PM
13                 MR. BAKER:  Objection to form.     05:46:55PM
14       A.        That seems technically feasible    05:46:59PM
15  based on what's been described to me.             05:47:01PM
16       Q.        Have you ever worked with the      05:47:03PM
17  SVN repository before?                            05:47:05PM
18       A.        No.                                05:47:07PM
19       Q.        Have you been given any            05:47:08PM
20  training on how to evaluate operations on         05:47:10PM
21  the SVN server?                                   05:47:14PM
22       A.        Can you be more specific?          05:47:18PM
23       Q.        Do you have any special            05:47:19PM
24  certifications about it?                          05:47:20PM
25       A.        No.                                05:47:21PM
```

Page 281

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.      Have you ever set one up? | 05:47:21PM |
| 2 | A.      No. | 05:47:24PM |
| 3 | Q.      Have you ever reviewed log | 05:47:24PM |
| 4 | files from the SVN server prior to this | 05:47:25PM |
| 5 | case? | 05:47:28PM |
| 6 | A.      No. | 05:47:29PM |
| 7 | Q.      Have you ever been trained on | 05:47:37PM |
| 8 | how to search for and review these log | 05:47:38PM |
| 9 | files? | 05:47:40PM |
| 10 | MR. BAKER:  Objection to form. | 05:47:45PM |
| 11 | A.      I have received no formal | 05:47:46PM |
| 12 | training in searching these logs, but I | 05:47:47PM |
| 13 | will say my sole review of them seemed | 05:47:50PM |
| 14 | pretty straightforward, like a regular -- | 05:47:55PM |
| 15 | very similar to regular apache web log. | 05:47:57PM |
| 16 | Q.      Do you know what propfind is? | 05:48:01PM |
| 17 | A.      I am unfamiliar. | 05:48:06PM |
| 18 | Q.      Are you familiar with the | 05:48:10PM |
| 19 | standard HTGP instructions? | 05:48:11PM |
| 20 | A.      Common ones, yes. | 05:48:16PM |
| 21 | MR. CHATTERJEE:  Let's mark | 05:48:19PM |
| 22 | this as Exhibit 1322. | 05:48:20PM |
| 23 | ( Exhibit 1322, screen shot of | 05:48:20PM |
| 24 | the SVN logs, was marked for | 05:48:20PM |
| 25 | identification, as of this date.) | 05:48:40PM |

Page 282

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.      What I've handed you is a | 05:48:40PM |
| 2 | screen shot of the SVN logs. | 05:48:42PM |
| 3 |        In box 1, row 1, do you see | 05:48:46PM |
| 4 | there is that propfind instruction? | 05:48:50PM |
| 5 | A.      I do. | 05:48:54PM |
| 6 | Q.      Do you know what that is? | 05:48:55PM |
| 7 | A.      I don't. | 05:48:56PM |
| 8 |        MR. BAKER:  Counsel, can you | 05:48:56PM |
| 9 | tell me, do you have the Bates number for | 05:48:57PM |
| 10 | this? | 05:48:59PM |
| 11 |        MR. CHATTERJEE:  Yes, it is off | 05:49:01PM |
| 12 | of WAYMO-UBER 944, my apologies, I thought | 05:49:03PM |
| 13 | it was on the screen shot, it isn't. | 05:49:10PM |
| 14 | Q.      What about options, do you know | 05:49:12PM |
| 15 | what that is? | 05:49:13PM |
| 16 | A.      Not too familiar on that | 05:49:17PM |
| 17 | either. | 05:49:19PM |
| 18 | Q.      You are familiar with a get | 05:49:21PM |
| 19 | request, right? | 05:49:23PM |
| 20 | A.      I am. | 05:49:24PM |
| 21 | Q.      A get request isn't necessarily | 05:49:25PM |
| 22 | just for downloading, it actually can be | 05:49:27PM |
| 23 | for viewing and just accessing, right? | 05:49:29PM |
| 24 | A.      For the sake of access to data | 05:49:36PM |
| 25 | and the argument of access to data, a | 05:49:41PM |

Page 283

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | and enter HTTPS colon, slash slash | 05:57:51PM |
| 2 | ████████████ slash SVN slash | 05:58:06PM |
| 3 | Chauffeur-SVN. | 05:58:13PM |
| 4 | Do you see that? | 05:58:15PM |
| 5 | A.      I do. | 05:58:17PM |
| 6 | Q.      Have you tried to access the | 05:58:24PM |
| 7 | Subversion website yourself to see how it | 05:58:27PM |
| 8 | works? | 05:58:30PM |
| 9 | A.      I have not, as I don't have a | 05:58:31PM |
| 10 | business need to access those files. | 05:58:33PM |
| 11 | Q.      Would it have been important | 05:58:49PM |
| 12 | for you to know how it works in offering | 05:58:50PM |
| 13 | your opinions? | 05:58:53PM |
| 14 | A.      From --  I asked the | 05:58:57PM |
| 15 | administrator my burning questions about | 05:59:07PM |
| 16 | it, but as I said before, I had no | 05:59:09PM |
| 17 | business need to touch those files and | 05:59:13PM |
| 18 | would rather not play with live high value | 05:59:16PM |
| 19 | data and get it onto my workstation. | 05:59:20PM |
| 20 | That kind of speaks to what I | 05:59:26PM |
| 21 | mentioned before, data access policies. | 05:59:29PM |
| 22 | Q.      Do you know what happens when | 05:59:38PM |
| 23 | you follow this instruction in No. 3? | 05:59:40PM |
| 24 | A.      I would imagine it connects you | 05:59:56PM |
| 25 | to the SVN. | 05:59:58PM |

Page 287

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        C E R T I F I C A T I O N

 2

 3     I, Jineen Pavesi, a Registered

 4  Professional Reporter, Registered Merit

 5  Reporter, Certified Realtime Reporter and

 6  a Notary Public, do hereby certify that

 7  the foregoing witness, GARY BROWN, was

 8  duly sworn on the date indicated, and that

 9  the foregoing is a true and accurate

10  transcription of my stenographic notes.

11     I further certify that I am not employed

12  by nor related to any party to this

13  action.

14

15

16

17

18

19

20

21

22

23     JINEEN PAVESI, RPR, RMR, CRR

24

25
```

Page 305