Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE**<br><br>Courtroom:    8<br>Judge:        Hon. William Alsup<br><br>Trial Date:   October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Motion to File Documents Under Seal<br>2. Declaration of Neel Chatterjee<br>3. [Proposed] Order<br>4. Redacted/Unredacted Versions |

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  My business address is:  601 South Figueroa Street, 41ST Floor, Los Angeles, California 90017.

On **September 16, 2017**, I served the following documents on the persons below as follows:

1. **UNREDACTED VERSION OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GARY BROWN AND KRISTINN GUDJONSSON; AND**

2. **UNREDACTED VERSIONS OF EXHIBITS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, AND 23 TO THE DECLARATION OF HONG-AN VU IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GARY BROWN AND KRISTINN GUDJONSSON**

| RECIPIENT | EMAIL ADDRESS |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700 | Counsel for Plaintiff: *Waymo LLC*<br><br>QEWaymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100 | |
| Michelle W. Fox<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia<br>Telephone: 011.61.2.9146.3500 | |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | Counsel for Plaintiff: *Waymo LLC*<br><br>lcunningham@wsgr.com |

| | | |
|---|---|---|
| 1 | Arturo J. Gonzalez | Counsel for Defendants: *Uber Technologies Inc.* |
| 2 | Daniel Pierre Muino | and *Ottomotto LLC* |
| | Eric Akira Tate | |
| 3 | Esther Kim Chang | UberWaymoMoFoAttorneys@mofo.com |
| | Matthew Ian Kreeger | |
| 4 | Michael A. Jacobs | |
| | MORRISON & FOERSTER LLP | |
| 5 | 425 Market Street | |
| | San Francisco, CA  94105 | |
| 6 | Telephone: 415.268.7000 | |
| | Facsimile: 415.268.7522 | |

1 Arturo J. Gonzalez
  Daniel Pierre Muino
2 Eric Akira Tate
  Esther Kim Chang
3 Matthew Ian Kreeger
  Michael A. Jacobs
4 MORRISON & FOERSTER LLP
  425 Market Street
5 San Francisco, CA  94105
  Telephone: 415.268.7000
6 Facsimile: 415.268.7522

Counsel for Defendants: *Uber Technologies Inc.*
and *Ottomotto LLC*

UberWaymoMoFoAttorneys@mofo.com

7 Michelle Ching Youn Yang
  MORRISON FOERSTER LLP
8 2000 Pennsylvania Avenue, NW
  Washington, DC  20006
9 Telephone: 202.887.1500
  Facsimile: 202.887.0763

10

11 Rudolph Kim
   MORRISON & FOERSTER LLP
12 755 Page Mill Road
   Palo Alto, CA  94304
13 Telephone: 650.813.5600
   Facsimile: 650.494.0792

14 Wendy Joy Ray
   MORRISON & FOERSTER LLP
15 707 Wilshire Blvd., Suite 6000
   Los Angeles, CA  90017
16 Telephone: 213.892.5200
   Facsimile: 213.892.5454

17

18 Michael Darron Jay                          Counsel for Defendants: *Uber Technologies Inc.*
   BOIES SCHILLER & FLEXNER LLP                                        and *Ottomotto LLC*
19 401 Wilshire Boulevard, Suite 850
   Santa Monica, CA 90401                      BSF_EXTERNAL_UberWaymoLit@bsfllp.com
20 Telephone: 310.752.2400
   Facsimile: 310.752.2490

21 Meredith Richardson Dearborn
   BOIES SCHILLER FLEXNER LLP
22 435 Tasso Street, Suite 205
   Palo Alto, CA 94301
23 Telephone: 650.445.6400
   Facsimile: 650.329.8507

24

25

26

27

28

| | |
|---|---|
| Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone: 202.237.2727<br>Facsimile: 202.237.6131 | |
| John P. Lahad<br>Joseph S. Grinstein<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>Telephone: 713.653.7859 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br><br>Uber-sg@lists.susmangodfrey.com |
| William Christopher Carmody<br>Shawn J. Rabin<br>Cory Buland<br>Halley W. Josephs<br>Ian M. Gore<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: 212.336.8330 | |
| Genevieve Vose Wallace<br>Matthew R. Berry<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101<br>Telephone: 206.516.3836 | |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone: 415.954.4410<br>Facsimile: 415.954.4480 | Appointed by Court as: *Special Master*<br><br>jcooper@fbm.com |

☑ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **September 16, 2017**, at Los Angeles, California.

| Jennifer Vosler | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |