1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL J. WAGNER** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1       Having considered all of the papers filed in connection with Defendants' Motion to Exclude Testimony and Opinions of Waymo's Damages Expert Michael J. Wagner, the Court finds that Mr. Wagner's testimony and opinions are unreliable under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, *Inc.*, 509 U.S. 579 (1993) and its progeny.

      IT IS THEREFORE ORDERED that Defendants' Motion to Exclude Testimony and Opinions of Waymo's Damages Expert Michael J. Wagner is GRANTED.

      **IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE WAGNER TESTIMONY AND OPINIONS
Case No. 3:17-cv-00939-WHA
sf-3822267

1