MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone: 212.336.8330
Facsimile: 202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendant. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF MATTHEW R. BERRY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL J. WAGNER** |

I, Matthew R. Berry, declare as follows:

1. I am a partner with the law firm of Susman Godfrey. I am a member in good standing of the Bar of the State of Washington. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Exclude Testimony and Opinion of Waymo's Damages Expert Michael J. Wagner.

2. Attached as **Exhibit 1** is a true and correct copy of the August 24, 2017 Opening Expert Report of Michael J. Wagner.

3. Attached as **Exhibit 2** is a true and correct copy of excerpted pages from the September 7, 2017 Rebuttal Expert Report of Walter Bratic.

4. Attached as **Exhibit 3** is a true and correct copy of excerpted pages of the deposition transcript of John Krafcik, taken on August 2, 2017.

5. Attached as **Exhibit 4** is a true and correct copy of excerpted pages of the deposition transcript of Emil Michael, taken on July 28, 2017.

6. Attached as **Exhibit 5** is a true and correct copy a presentation that was produced bearing Bates number UBER00069030 to UBER00069033.

7. Attached as **Exhibit 6** is a true and correct copy of excerpted pages of the deposition transcript of Nina Qi, taken on April 21, 2017.

8. Attached as **Exhibit 7** is a true and correct copy of excerpted pages of the deposition transcript of Eric Meyhofer taken on August 18, 2017.

9. Attached as **Exhibit 8** is a true and correct copy of a presentation that was produced bearing Bates number UBER00232488 to UBER00232514.

10. Attached as **Exhibit 9** is a true and correct copy of a document that was produced bearing Bates number WAYMO-UBER-00046625 to WAYMO-UBER-00046640.

11. Attached as **Exhibit 10** is a true and correct copy of excerpted pages of the deposition transcript of Ming Su taken on August 23, 2017.

12. Attached as **Exhibit 11** is a true and correct copy of a presentation that was produced bearing Bates number UBER00232603 to UBER232629.

13. Attached as **Exhibit 12** is a true and correct copy of excerpted pages of the deposition transcript of John Bares taken on June 16, 2017.

14. Attached as **Exhibit 13** is a true and correct copy of excerpted pages of the deposition transcript of John Bares taken on August 11, 2017.

15. Attached as **Exhibit 14** is a true and correct copy of excerpted pages from the document that was produced bearing Bates number UBER00016453 to 16523.

16. Attached as **Exhibit 15** is a true and correct copy of excerpted pages of the deposition transcript of Jur van den Berg taken on August 2, 2017.

17. Attached as **Exhibit 16** is a true and correct copy of a NYTimes.com article entitled, "Lyft and Waymo Reach Deal to Collaborate on Self-Driving Cars," dated May 14, 2017.

18. Attached as **Exhibit 17** is a true and correct copy of a media.ford.com press release entitled, "Ford Targets Fully Autonomous Vehicle for Ride Sharing in 2021; Invests in New Tech Companies, Doubles Silicon Valley Team," dated August 16, 2016.

19. Attached as **Exhibit 18** is a true and correct copy of a General Motors press release entitled, "GM Announces More Than 1,100 Jobs to Expand Cruise Automation Self-Driving Operations in California," dated April 13, 2017.

20. Attached as **Exhibit 19** is a true and correct copy of a presentation that was re-produced bearing Bates number WAYMO-UBER-00001354-R to WAYMO-UBER-00001371-R.

21. Attached as **Exhibit 20** is a true and correct copy of a redacted email chain that was produced bearing Bates number WAYMO-UBER-00084484 to WAYMO-UBER-00084491, dated October 6, 2016.

22. Attached as **Exhibit 21** is a true and correct copy of excerpted pages from the August 24, 2017 Opening Expert Report of Lambertus Hesselink, Ph.D.

BERRY DECL. IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE WAGNER TESTIMONY AND OPINIONS
Case No. 3:17-cv-00939-WHA
sf-3822229

2

23. Attached as **Exhibit 22** is a true and correct copy Defendant Uber Technologies, Inc.'s Second Supplemental Responses to Waymo's First Set of Common Interrogatories (Nos. 1-3), dated August 11, 2017.

24. Attached as **Exhibit 23** is a true and correct copy of an excerpted page from the spreadsheet that was produced bearing Bates number UBER00060321 to UBER00060347.

25. Attached as **Exhibit 24** is a true and correct copy of a presentation that was produced bearing Bates number UBER00231730 to UBER00231739.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2017 at Seattle, Washington.

*/s/ Matthew R. Berry*
MATTHEW R. BERRY

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Matthew R. Berry has concurred in this filing.

Dated: September 16, 2017          */s/ Arturo J. González*
ARTURO J. GONZÁLEZ
BERRY DECL. IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE WAGNER TESTIMONY AND OPINIONS
Case No. 3:17-cv-00939-WHA
sf-3822229

3