# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC

    Plaintiff,

        vs.                Case No. 17-cv-00939-WHA

UBER TECHNOLOGIES,INC.;
OTTOMOTTO, LLC; OTTO
TRUCKING LLC,

    Defendants.
_____

VIDEO DEPOSITION OF EMIL MICHAEL

San Francisco, California

Friday, July 28, 2017

Volume I

REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2666869

PAGES 1 - 160

Page 138

| | | |
|---|---|---|
| 1 | efforts in the long run concerning autonomous | 02:24:09 |
| 2 | vehicles? | |
| 3 |     MS. RAY:  Objection.  Form. | |
| 4 |     THE DEPONENT:  I don't know exactly if it | |
| 5 | was going to save us money.  It was more about | 02:24:21 |
| 6 | time. | |
| 7 |     Q.  (By Mr. Perlson)  When Uber was | |
| 8 | considering acquiring Otto, did Uber come up with | |
| 9 | an internal valuation of Otto? | |
| 10 |     A.  I don't recall that we did. | 02:24:37 |
| 11 |     Q.  Describe the state of Uber's autonomous | |
| 12 | vehicle technology when you left Uber. | |
| 13 |     MS. RAY:  Objection.  Form. | |
| 14 |     THE DEPONENT:  I just -- I am not a | |
| 15 | technologist, so I don't know.  I just know that | 02:25:05 |
| 16 | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] but that's | |
| 20 | sort of much as all I had knowledge about. | 02:25:32 |
| 21 |     Q.  (By Mr. Perlson)  Do you know whether -- | |
| 22 | how far away Uber was for -- from a commercial | |
| 23 | launch when you left Uber? | |
| 24 |     MS. RAY:  Objection.  Form. | |
| 25 |     THE DEPONENT:  [REDACTED] | 02:25:45 |

Page 139

1 █████████████████████████████████████ ██████

2 █████████████████████████████████████████

3 ████████████████████████████

4 ██ ████████████ ██████████████████

5 ██████████ ██████

6 ██ ██████████████████

7 ██ █████████████████████████████

8 ██████████████████████████

9          MS. RAY:  Objection.  Form.
10          THE DEPONENT:  No idea.                          02:26:24
11     Q.   (By Mr. Perlson)  When -- when you left
12 Uber, did you have any idea of how many LiDAR units
13 Uber was planning to manufacture this year?
14          MS. RAY:  Objection.  Form.
15          THE DEPONENT:  No.                               02:26:43
16     Q.   (By Mr. Perlson)  Does Waymo have a
17 technological lead with respect to autonomous
18 vehicle development?
19          MS. RAY:  Objection.  Form.
20          THE DEPONENT:  Yes, it is my belief.             02:26:58
21     Q.   (By Mr. Perlson)  Has acquiring Otto
22 changed Uber's estimate of Waymo's lead?
23          MS. RAY:  Objection.  Form.
24          THE DEPONENT:  Not as far as I know.
25     Q.   (By Mr. Perlson)  Do you agree that the         02:27:16

```
 1         I, Rebecca L. Romano, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4         That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath;
 8    that a record of the proceedings was made by me
 9    using machine shorthand which was thereafter
10    transcribed under my direction; that the foregoing
11    transcript is true record of the testimony given.
12         Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [X] was not requested.
16         I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated:  July 29, 2017
23
24                    _____
                      Rebecca L. Romano, RPR,
25                    CSR. No 12546
```

Page 160