# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO, LLC,                    )
       Plaintiffs,       )
       - vs -             ) Case No.
UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939
OTTOMOTTO LLC; OTTO            )
TRUCKING, LLC,                 )
       Defendants.       )
_____

VIDEOTAPED DEPOSITION OF JOHN BARES, a witness, called by the Plaintiff for examination, in accordance with the Federal Rules of Civil Procedure, taken by and before Tammie Elias, RPR and Notary Public in and for the Commonwealth of Pennsylvania, at the office of Reed Smith, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania, on Friday, June 16, 2017, commencing at 9:05 a.m.

JOB No. 2640097

PAGES 1 - 317

| | | | |
|---|---|---|---|
| 1 | | ATC was just a couple of months maybe behind | 11:29a |
| 2 | | its target time to achieve that milestone that | 11:30a |
| 3 | | you guys initially set in January of 2015; is | 11:30a |
| 4 | | that right? | 11:30a |
| 5 | A. | That was my view, yes. | 11:30a |
| 6 | Q. | So why do you think Mr. Kalanick wasn't happy | 11:30a |
| 7 | | with the progress at that time? | 11:30a |
| 8 | A. | I think he viewed that we could go faster and | 11:30a |
| 9 | | some of that view was reflective of advice he | 11:30a |
| 10 | | had been getting from Mr. Levandowski. | 11:30a |
| 11 | Q. | So when it comes to moving faster, at that | 11:30a |
| 12 | | point June 2016, what were the next milestones | 11:30a |
| 13 | | that the ATC group had met? | 11:30a |
| 14 | A. | We were still focused on launching a service | 11:30a |
| 15 | | in Pittsburgh with self-driving cars, that was | 11:30a |
| 16 | | the milestone goal, and we still believed we | 11:30a |
| 17 | | could do it in August. | 11:31a |
| 18 | Q. | Were there any milestones that the team had in | 11:31a |
| 19 | | mind beyond that first one? | 11:31a |
| 20 | A. | At that point, yes.  I mean at that point now | 11:31a |
| 21 | | the organization is 300 people, so there's -- | 11:31a |
| 22 | | or 450 people, there are lots of milestones. | 11:31a |
| 23 | | All different product areas had milestones and | 11:31a |
| 24 | | goals. | 11:31a |
| 25 | Q. | So let's back up in time a little bit to let's | 11:31a |

| | | | |
|---|---|---|---|
| 1 | | say fall of 2015? | 11:31a |
| 2 | A. | Okay. | 11:31a |
| 3 | Q. | At that time what were ATC's goals? | 11:31a |
| 4 | A. | So still to launch this service in the | 11:31a |
| 5 | | following August.  We were also at that time | 11:31a |
| 6 | | working hard to build one or more | 11:31a |
| 7 | | relationships with OEMs for the cars, the car | 11:31a |
| 8 | | platform, there's goals written around that. | 11:32a |
| 9 | | There were -- there was a -- we have -- fall | 11:32a |
| 10 | | of 2015 I think we had a goal then of first | 11:32a |
| 11 | | car, taking a car on the street for the first | 11:32a |
| 12 | | time in February of 2016, that was a goal we | 11:32a |
| 13 | | were rallying to right then. | 11:32a |
| 14 | Q. | How about goals for profitability of self- | 11:32a |
| 15 | | driving cars with ride-share? | 11:32a |
| 16 | | ████████████████████████████ ████ | ████ |
| | | ██████████████████████████ | ████ |
| | | ████████████  ██████████████ | ████ |
| | | ████████████████████████████ | ████ |
| | | ██████████████████████████████ | ████ |
| | | ████████████████████ | 11:33a |
| 22 | Q. | Did you have any goals in that fall 2015 time | 11:33a |
| 23 | | frame about scaling production of any aspects | 11:33a |
| 24 | | of self-driving car technology? | 11:33a |
| 25 | A. | Yes.  I just mentioned one which was getting | 11:33a |

|   |   |   |   |
|---|---|---|---|
|   |   |   | Page 214 |
| 1 |    | I read that correctly? | 03:12p |
| 2 | A. | Yes. | 03:12p |
| 3 | Q. | I'd like to ask you some questions about this | 03:12p |
| 4 |    | bullet here.  So when you wrote that he would | 03:12p |
| 5 |    | bring filtered advice about what to try and | 03:12p |
| 6 |    | not try, what does that refer to? | 03:12p |
| 7 | A. | Filtered advice to me was know-how.  It's like | 03:12p |
| 8 |    | which way to attack the mountain and he had | 03:12p |
| 9 |    | been at this since I met him that day in the | 03:12p |
| 10 |   | desert in 2004, multiple companies, multiple | 03:12p |
| 11 |   | efforts.  The first guy to send an autonomous | 03:12p |
| 12 |   | car across the Bay Bridge, he knew a lot about | 03:12p |
| 13 |   | autonomy, so he would bring filtered men, he's | 03:12p |
| 14 |   | not going to bring direct advice from a prior | 03:12p |
| 15 |   | company such as Google, but he would bring | 03:12p |
| 16 |   | filtered to me, like you filtered up enough | 03:12p |
| 17 |   | and then it's know-how. | 03:12p |
| 18 | Q. | So the second part here you write that is ▮ |   |
|   |   | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |   |
|   |   | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |   |
|   |   | ▮▮▮▮▮▮▮ What does that refer to? | 03:13p |
| 22 | A. | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |   |
|   |   | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |   |
|   |   | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |   |
|   |   | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 03:13p |

|   |   |   |   |
|---|---|---|---|
| 1 |   | ███████████████████████████████ | 03:13p |
| 2 | Q. | So then the next bullet says worked for | 03:13p |
| 3 |   | Velodyne for a spell, not sure about that | 03:13p |
| 4 |   | except that he knows their IP.  Did I read | 03:13p |
| 5 |   | that correctly? | 03:13p |
| 6 | A. | Uh-huh. | 03:13p |
| 7 | Q. | What does that refer to? | 03:13p |
| 8 | A. | Just what it says, he worked for Velodyne I | 03:13p |
| 9 |   | believe around 2005 he was a consultant or an | 03:13p |
| 10 |   | employee, he sold sensors for them.  And I | 03:13p |
| 11 |   | didn't know much about his relationship with | 03:13p |
| 12 |   | them, but he would certainly have known their | 03:13p |
| 13 |   | IP given that he worked for them or was a | 03:13p |
| 14 |   | consultant for them. | 03:13p |
| 15 | Q. | The next section here says warnings.  The | 03:13p |
| 16 |   | first one I think we talked about this | 03:13p |
| 17 |   | earlier, heard bad things from Salesky, do you | 03:14p |
| 18 |   | see that? | 03:14p |
| 19 | A. | Uh-huh. | 03:14p |
| 20 | Q. | So when you were talking earlier about what | 03:14p |
| 21 |   | Mr. Salesky told you, you were mostly focusing | 03:14p |
| 22 |   | on a conversation, an hour long conversation | 03:14p |
| 23 |   | he had with you in either late January or | 03:14p |
| 24 |   | early February; is that correct? | 03:14p |
| 25 | A. | Correct. | 03:14p |

```
 1    COMMONWEALTH OF PENNSYLVANIA)         CERTIFICATE
 2    COUNTY OF INDIANA           )    SS:
 3         I, Tammie Elias, RPR and Notary Public in and
 4    for the Commonwealth of Pennsylvania, do hereby
 5    certify that the witness, JOHN BARES, was by me
 6    first duly sworn to testify to the truth; that the
 7    foregoing deposition was taken at the time and place
 8    stated herein; and that the said deposition was
 9    recorded stenographically by me and then reduced to
10    printing under my direction, and constitutes a true
11    record of the testimony given by said witness.
12         I further certify that the inspection, reading
13    and signing of said deposition were NOT waived by
14    counsel for the respective parties and by the
15    witness.
16         I further certify that I am not a relative or
17    employee of any of the parties, or a relative or
18    employee of either counsel, and that I am in no way
19    interested directly or indirectly in this action.
20         IN WITNESS WHEREOF, I have hereunto set my
21    hand and affixed my seal of office this 19th day of
22    June, 2017.
23                                    _____
24    [NOTARIAL SEAL:                        Tammie B. Elias
      COMMONWEALTH OF PENNSYLVANIA
      NOTARIAL SEAL
      TAMMIE ELIAS, NOTARY PUBLIC
      CENTER TOWNSHIP, INDIANA COUNTY
      MY COMMISSION EXPIRES DECEMBER 9, 2019]
25                                         Notary Public
```