# EXHIBIT 13

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

- - -

```
WAYMO, LLC,                        )
                                   )
            Plaintiff,             )
                                   )
       vs.                         ) No. 3:17-CV-00939
                                   )
UBER TECHNOLOGIES; INC.;           )
OTTOMOTTO, LLC; and OTTO           )
TRUCKING, LLC,                     )
                                   )
            Defendants.            )
```

- - -

FRIDAY, AUGUST 11, 2017

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

VOLUME II

- - -

   The videotaped deposition of JOHN BARES, called as a witness by the Plaintiff, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Rebecca L. Schnur, Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Reed Smith, LLP, 435 Sixth Avenue, Pittsburgh, Pennsylvania  15222, commencing at 9:16 a.m. the day and date above set forth.

- - -

```
                                                          Page 377
 1    with the NewCo acquisition?                         10:53:15
 2         A.   I don't know.                             10:53:19
 3         Q.   As of today, do you know how many autonomous  10:53:31
 4    miles Uber's autonomous vehicles have driven?       10:53:33
 5         A.   I should.  I think it's around ▮▮▮▮▮      10:53:45
 6    pretty close to it.  We are inching up on that      10:53:48
 7    recently.                                           10:53:52
 8         Q.   How far away is Uber from a commercial    10:53:54
 9    launch, with no safety drivers, of an autonomous    10:53:58
10    vehicle?                                            10:54:02
11              MR. BRILLE:  Object to form.              10:54:03
12         A.   Total wild speculation.                   10:54:12
13         Q.   Does Uber have any tangible launch plans for  10:54:15
14    an autonomous vehicle without a safety driver?     10:54:20
15         A.   I don't know.                             10:54:23
16         Q.   Do you know who -- who would know that at  10:54:25
17    Uber?                                               10:54:27
18         A.   Probably director of ATG.                 10:54:29
19         Q.   Who is that?                              10:54:32
20         A.   Eric Meyhofer.                            10:54:33
21         Q.   Do you know how close Uber is to having a  10:54:37
22    custom lidar that is ready to go to market?        10:54:40
23         A.   No idea.                                  10:54:43
24         Q.   Who would know that at Uber today?        10:54:44
25         A.   Start with Eric.                          10:54:50
```

```
1                    CERTIFICATE
2    COMMONWEALTH OF PENNSYLVANIA    )
                                     )
3    COUNTY OF ALLEGHENY             )
4
5         I, Rebecca L. Schnur, do hereby certify that
     before me, a Notary Public in and for the Commonwealth
6    aforesaid, personally appeared JOHN BARES, who then was
     by me first duly cautioned and sworn to testify the
7    truth, the whole truth, and nothing but the truth in
     the taking of his oral deposition in the cause
8    aforesaid; that the testimony then given by him as
     above set forth was by me reduced to stenotype in the
9    presence of said witness, and afterwards transcribed by
     means of computer-aided transcription.
10
          I do further certify that this deposition was
11   taken at the time and place in the foregoing caption
     specified.
12
          I do further certify that I am not a relative,
13   counsel or attorney of either party or otherwise
     interested in the event of this action.
14
15        IN WITNESS WHEREOF, I have hereunto set my hand
16   and affixed my seal of office at Pittsburgh,
17   Pennsylvania, on this 14th of August,
18   2017.
19
20   [signature: Rebecca L. Schnur]
21
22   Rebecca L. Schnur, RDR, Notary Public
23   In and for the Commonwealth of Pennsylvania
24   My Commission expires June 16, 2021.
25
```

Page 598