# EXHIBIT 15

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC

    Plaintiff,

        vs.                Case No. 17-cv-00939-WHA

UBER TECHNOLOGIES,INC.;

OTTOMOTTO, LLC; OTTO
TRUCKING LLC,
    Defendants.

_____


\*\*ATTORNEYS' EYES ONLY\*\*

VIDEO DEPOSITION OF JUR VAN DEN BERG

San Francisco, California

Wednesday, August 2, 2017

Volume I


REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2671707


PAGES 1 - 387

```
                                                               Page 172
 1    day.  And the -- the third and -- and beyond, I --      12:26:13
 2    I have not -- I -- I don't know what they are at
 3    this moment.
 4         Q.   Is it your understanding whether any of
 5    the milestones have been made?                          12:26:26
 6    ███ ████████████████████████████████████████████
 7         Q.   How -- how much compensation is tied to
 8    these milestones?
 9              MS. HARTNETT:  Objection.
10              THE DEPONENT:  A sig- -- a significant        12:26:38
11    amount.  Essentially all of our share in -- in Otto
12    became these -- these -- became Uber shares with
13    these milestones attached, so...
14         Q.   (By Mr. Judah)  Do you have any
15    understanding as to when -- when any of those           12:26:51
16    milestones are going to start getting hit?
17         A.   No, I have not.
18         Q.   Have you discussed the timing of when
19    those milestones are going to be achieved with
20    anyone?                                                 12:27:05
21    ███ ████████████████████████████████████████████
███ ████████████████  ███████████████████████
███ █████████████████████████████████████████████
███ ████████████████████████████  ██████████████
███ █████████████████████████████████████████████       12:27:15
```

1    I, Rebecca L. Romano, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
before me at the time and place herein set forth;
5    that any witnesses in the foregoing proceedings,
6    prior to testifying, were administered an oath;
7    that a record of the proceedings was made by me
8    using machine shorthand which was thereafter
9    transcribed under my direction; that the foregoing
transcript is true record of the testimony given.
10   Further, that if the foregoing pertains to the
11   original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [ ] was [x] was not requested.
14   I further certify I am neither financially
15   interested in the action nor a relative or employee
of any attorney or any party to this action.
16   IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18
19   Dated:  August 3, 2017
20
21
22
23
24   _____
        Rebecca L. Romano, RPR,
25           CSR. No 12546

Page 387