# EXHIBIT 18



**Corporate Newsroom** | United States

# GM Announces More Than 1,100 Jobs to Expand Cruise Automation Self-Driving Operations in California

*2017-04-13*

- **Investing $14 Million in New Cruise Automation Development Facility**
- **Expanding Self-Driving Technology Research and Development**

**SAN FRANCISCO** — General Motors today announced that it will add more than 1,100 new jobs and invest $14 million in a new research and development facility for Cruise Automation in San Francisco. These investments will allow Cruise Automation to expand development of self-driving technologies that will transform personal mobility.

"Expanding our team at Cruise Automation and linking them with our global engineering talent is another important step in our work to redefine the future of personal mobility," said GM Chairman and CEO Mary Barra. "Self-driving technology holds enormous benefits to society in the form of increased safety and access to transportation. Running our autonomous vehicle program as a start-up is giving us the speed we need to continue to stay at the forefront of development of these technologies and the market applications."

Cruise Automation and GM engineers are currently testing more than 50 Chevrolet Bolt EVs with self-driving technology on public roads in San Francisco; Scottsdale, Arizona; and metro Detroit.

The new investment will include repurposing an existing facility in San Francisco that will more than double Cruise Automation's research and development space. The Cruise Automation team plans to move into the new space by the end of the year and hire more than 1,100 new employees over the course of the next five years.

"We are excited to significantly expand our footprint in California and continue on our rapid growth trajectory," said Kyle Vogt, CEO of Cruise Automation. "As autonomous car technology matures, our company's talent needs will continue to increase. Accessing the world-class talent pool that the San Francisco Bay Area offers is one of the many reasons we plan to grow our presence in the state."

California Governor Jerry Brown's Office of Business and Economic Development (GO-Biz) allocated an $8 million tax credit to GM Cruise for this expansion. The incentive was approved by the California Competes Tax Credit Committee at a meeting in Sacramento.

"GM's investment is further proof that California is leading the nation in the design, engineering and deployment of autonomous vehicles," said Panorea Avdis, director of the California Governor's Office of Business and Economic Development. "Today, GM joins hundreds of other companies that have received a California Compete Tax Credit award in return for adding good-paying jobs in the state, and we look forward to working with them on their continued expansion in California."

GM acquired Cruise Automation in March 2016 to strengthen the company's software development capabilities and accelerate development of self-driving vehicle technology.

**General Motors Co.** (NYSE: GM, TSX: GMM) and its partners produce vehicles in 30 countries, and the company has leadership positions in the world's largest and fastest-growing automotive markets. GM, its subsidiaries and joint venture entities sell vehicles under the Chevrolet, Cadillac, Baojun, Buick, GMC, Holden, Jiefang, Opel, Vauxhall and Wuling brands. More information on the company and its subsidiaries, including OnStar, a global leader in vehicle safety, security and information services, can be found at http://www.gm.com.

**Kevin Kelly**
GM Advanced Technology Communications
Phone 313-665-0898
Mobile 313-316-9742
kevin.m.kelly@gm.com

**Patrick Sullivan**
GM Autonomous Technology Communications
Mobile 734 255-4341
patrick.1.sullivan@gm.com