# EXHIBIT 21

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED