# EXHIBIT 22

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED