# EXHIBIT 23

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED