# *EXHIBIT 11*

*EXHIBIT 11*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN FRANCISCO DIVISION
 3
 4     _____
                                      )
 5     WAYMO LLC,                     )
                                      )
 6                    Plaintiff,      )
                                      )
 7           vs.                      )  Case No.
                                      )  3:17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.,       )
       OTTOMOTTO LLC; OTTO            )
 9     TRUCKING LLC,                  )
                                      )
10                    Defendants.     )
       _____)
11
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          VIDEOTAPED DEPOSITION OF GARY T. BROWN
17                 San Francisco, California
18                 Friday, March 24, 2017
19                        Volume I
20
21
22
       Reported by:  SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 2577644
25     PAGES 1 - 65
```

Page 1

```
 1    that?
 2        A    Yes.
 3        Q    How did that first come to your attention?
 4             MR. HOLMES:  And I want to caution you not
 5    to disclose any attorney-client communications.         12:16:41
 6             THE WITNESS:  A log file was provided to
 7    me.
 8    BY MR. GONZALEZ:
 9        Q    By whom?
10             MR. HOLMES:  Same caution.                     12:16:58
11             THE WITNESS:  A former administrator of the
12    SVN server had pulled the log, provided it to a
13    lawyer.  The lawyer provided it to me.
14    BY MR. GONZALEZ:
15        Q    All right.  And when did you get this log?    12:17:11
16        A    Sometime in February 2017.
17        Q    Do you remember any more specifically what
18    the date was when you, yourself, saw the alleged
19    downloading of 14,000 files?
20        A    That varies.                                  12:17:41
21        Q    When's the first time that you saw some of
22    the downloading that ended up being 14,000 files?
23        A    I saw the network traffic in October of
24    2016.
25        Q    What is network traffic?                      12:17:59
```

Page 31

1        MR. HOLMES:  -- the question he has.

2        MR. GONZALEZ:  Let's go off the record.

3        VIDEO OPERATOR:  We are off the record at

4   12:24 p.m.

5        (Recess.)                                          12:27:59

6        VIDEO OPERATOR:  We are back on the record

7   at 12:27 p.m.

8   BY MR. GONZALEZ:

9        Q    Who told you that Mr. Levandowski had

10  access to the server and downloaded 14,000 files?       12:28:07

11       A    A lawyer.

12       Q    Which lawyer?

13       A    Tom Gorman.

14       Q    And did you then seek to confirm that by

15  your analysis?                                          12:28:22

16       A    Yes.

17       Q    And did you confirm that in October of

18  2016?

19       A    I corroborated the download with network

20  traffic.                                                12:28:43

21       Q    So you looked at the network traffic to

22  corroborate that 14,000 files were downloaded onto

23  what device?

24       A    Anthony Levandowski's work laptop.

25       Q    The work laptop that was issued to him by    12:29:00

Page 36

```
 1           I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4           That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12           Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16           I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19           IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:3/27/17
22
23                        _____
                                SUZANNE F. GUDELJ
24                              CSR No. 5111
25
```

Page 65