# EXHIBIT 13

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 13

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1         UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION
4          Case No. 17-cv-00939-WHA
5  ------------------------------------x
6  WAYMO LLC,
7                Plaintiff,
8       - against -
9  UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10 OTTO TRUCKING LLC,
11               Defendants.
12 ------------------------------------x
13
14   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16          Videotaped 30(b)(6) Deposition
17 of GARY BROWN, taken by Defendants, held
18 at the offices of Morrison & Foerster LLP,
   250 West 55th Street, at 9:59 a.m. on August
19 8, 2017, New York, New York, before Jineen
   Pavesi, a Registered Professional Reporter,
20 Registered Merit Reporter, Certified Realtime
   Reporter and Notary Public of the State of New York.
21
22
23
24 Job No. 2671217A
25 Pages 1 - 305
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | correct? | 12:14:17PM |
| 2 | A.       That seems accurate. | 12:14:17PM |
| 3 | Q.       And it was returned on February | 12:14:19PM |
| 4 | 9, 2016, is that correct? | 12:14:24PM |
| 5 | A.       That means it was collected and | 12:14:28PM |
| 6 | brought back by the inventory people on | 12:14:30PM |
| 7 | February 9, 2016, yes. | 12:14:33PM |
| 8 | Q.       And then approximately 15 days | 12:14:36PM |
| 9 | later, on February 24, 2016, that | 12:14:41PM |
| 10 | workstation was reallocated to an | 12:14:44PM |
| 11 | individual named █████████████ is that | 12:14:48PM |
| 12 | correct? | 12:14:51PM |
| 13 | A.       That's what this says. | 12:14:51PM |
| 14 | Q.       And Waymo performed no forensic | 12:14:53PM |
| 15 | investigation into the workstation | 12:14:56PM |
| 16 | assigned to Mr. Levandowski for an over | 12:14:59PM |
| 17 | three-year period during his employment at | 12:15:03PM |
| 18 | Waymo, is that correct? | 12:15:06PM |
| 19 | MR. BAKER:  Objection to form. | 12:15:07PM |
| 20 | A.       When an employee is terminated, | 12:15:09PM |
| 21 | tickets are generated for inventory | 12:15:12PM |
| 22 | management individuals to collect their | 12:15:15PM |
| 23 | assets, check if that individual is | 12:15:18PM |
| 24 | currently on a hold that would forbid | 12:15:25PM |
| 25 | reimage, and then the asset is either | 12:15:30PM |

Page 97

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1   retired or refurbished and redeployed if      12:15:37PM

2   deemed still within its life span.            12:15:44PM

3        Q.      Waymo performed no forensic      12:15:51PM

4   investigation into the Hewlett-Packard        12:15:52PM

5   workstation assigned to Mr. Levandowski       12:15:55PM

6   for an over three-year period during his      12:15:58PM

7   employment at Waymo, is that correct?         12:16:00PM

8                MR. BAKER:  Objection to form.   12:16:02PM

9        A.      That is correct.                 12:16:07PM

10       Q.      The Hewlett-Packard workstation  12:16:11PM

11  assigned to Mr. Levandowski from 2012 to      12:16:13PM

12  2016 is a computer --  is it a desktop        12:16:19PM

13  computer?                                     12:16:26PM

14       A.      It appears to be, yes.           12:16:27PM

15       Q.      And that would have existed in   12:16:28PM

16  his office at Waymo, right?                   12:16:31PM

17       A.      Presumably.                      12:16:34PM

18       Q.      And it would have been           12:16:35PM

19  something he used in the three-and-a-half     12:16:36PM

20  year period that it was assigned to him in    12:16:40PM

21  his office at Waymo, correct?                 12:16:43PM

22                MR. BAKER:  Objection to form.  12:16:44PM

23       A.      Possibly, but not necessarily.   12:16:46PM

24       Q.      But you don't know one way or    12:16:51PM

25  the other if he used it?                      12:16:52PM
```

Page 98

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1      A.      No.                              12:16:53PM

2      Q.      And nobody asked you to          12:16:54PM

3  inquire, to conduct a forensic review of    12:16:58PM

4  that device to determine if he did          12:17:00PM

5  anything improper with it, correct?         12:17:07PM

6      A.      That is correct, but with the    12:17:13PM

7  caveat that the lack of analysis of         12:17:17PM

8  another machine does not wash away the      12:17:22PM

9  wrongdoings on another machine, that's no   12:17:25PM

10 indication of not doing something.          12:17:28PM

11     Q.      In order to determine the full   12:17:35PM

12 scope of potential wrongdoing, in your      12:17:39PM

13 opinion should Waymo have conducted a       12:17:43PM

14 forensic investigation of the              12:17:46PM

15 Hewlett-Packard workstation?                12:17:47PM

16             MR. BAKER:  Objection to form.   12:17:49PM

17     A.      All feasible rocks should be     12:17:57PM

18 turned over, but there have been multiple   12:18:02PM

19 occurrences where inventory management      12:18:07PM

20 personnel reimaged devices before forensic  12:18:12PM

21 analysis could take place.                  12:18:18PM

22     Q.      And in your opinion, one         12:18:22PM

23 feasible rock that should have been turned  12:18:29PM

24 over was a review of the Hewlett-Packard    12:18:30PM

25 workstation assigned to Mr. Levandowski,    12:18:34PM
```

Page 99

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | is that correct? | 12:18:37PM |
| 2 | MR. BAKER:  Objection to form. | 12:18:37PM |
| 3 | A.      As a forensic analyst, the more | 12:18:42PM |
| 4 | information, the better. | 12:18:44PM |
| 5 | But as I said before, it | 12:18:47PM |
| 6 | doesn't undo other indicators that were | 12:18:50PM |
| 7 | positively found. | 12:18:55PM |
| 8 | Q.      As a forensic analyst, wouldn't | 12:19:02PM |
| 9 | you want to know if the card reader was | 12:19:07PM |
| 10 | attached to the workstation? | 12:19:09PM |
| 11 | MR. BAKER:  Objection to form. | 12:19:11PM |
| 12 | A.      Yes. | 12:19:18PM |
| 13 | Q.      But you don't know the answer | 12:19:19PM |
| 14 | to that question, right? | 12:19:21PM |
| 15 | A.      Not currently. | 12:19:24PM |
| 16 | Q.      Waymo would never know the | 12:19:26PM |
| 17 | answer to that question, correct? | 12:19:29PM |
| 18 | MR. BAKER:  Objection to form. | 12:19:31PM |
| 19 | A.      That's uncertain. | 12:19:43PM |
| 20 | Q.      Why is that uncertain? | 12:19:45PM |
| 21 | A.      Depending on retention and host | 12:19:50PM |
| 22 | monitoring agents, it could potentially be | 12:20:00PM |
| 23 | determined whether some classes of USB | 12:20:08PM |
| 24 | devices were connected to these machines, | 12:20:12PM |
| 25 | but I also would not feel comfortable | 12:20:16PM |

Page 100

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   the record.                              12:22:50PM

 2             THE VIDEO TECHNICIAN: Time is   12:22:50PM

 3   12:24.                                   12:22:52PM

 4             This is end of video 1 and     12:22:54PM

 5   we're off the record.                    12:22:55PM

 6             (Witness and counsel left the  12:22:57PM

 7   hearing room to confer.)                 12:22:57PM

 8             (Pause.)                       12:22:57PM

 9             (Witness and counsel reentered 12:22:57PM

10   the hearing room.)                       12:25:13PM

11             THE VIDEO TECHNICIAN: Time is   12:25:13PM

12   12:23, we're on the record.              12:25:21PM

13             This is video 2.               12:25:24PM

14   BY MS. GOODMAN:                          12:25:25PM

15      Q.    Mr. Brown, my question to you   12:25:26PM

16   before the break was why didn't Waymo    12:25:27PM

17   conduct a forensic investigation on the  12:25:30PM

18   Hewlett-Packard workstation?             12:25:33PM

19      A.    I don't know.                   12:25:35PM

20      Q.    Does Waymo know?                12:25:39PM

21      A.    No.                             12:25:39PM

22      Q.    In your opinion as a forensic   12:25:44PM

23   analyst, should Waymo have conducted a   12:25:47PM

24   forensic investigation on the           12:25:51PM

25   Hewlett-Packard workstation?            12:25:53PM
```

Page 103

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. BAKER:  Objection to form. | 12:25:55PM |
| 2 | A.      As I said before, more data is | 12:26:01PM |
| 3 | always nice to have, but it is not | 12:26:03PM |
| 4 | explicitly necessary or make or break | 12:26:11PM |
| 5 | anything if you can get other information | 12:26:15PM |
| 6 | other ways. | 12:26:17PM |
| 7 | Q.      If Waymo had conducted a | 12:26:19PM |
| 8 | forensic investigation on the | 12:26:21PM |
| 9 | Hewlett-Packard workstation, couldn't that | 12:26:23PM |
| 10 | investigation have uncovered routine use | 12:26:27PM |
| 11 | of, for example, the SVN repository? | 12:26:33PM |
| 12 | MR. BAKER:  Objection to form. | 12:26:36PM |
| 13 | A.      Routine use of the SVN | 12:26:45PM |
| 14 | repository could have also been apparent | 12:26:50PM |
| 15 | from DNS traffic from that host or from | 12:26:56PM |
| 16 | the server side logs as well and those | 12:27:06PM |
| 17 | were not apparent. | 12:27:12PM |
| 18 | And also if you are routinely | 12:27:19PM |
| 19 | using this SVN server, you probably don't | 12:27:22PM |
| 20 | need to look up instructions for how to | 12:27:25PM |
| 21 | use it or how to connect to it even. | 12:27:27PM |
| 22 | Q.      That's your speculation, | 12:27:29PM |
| 23 | though, correct? | 12:27:31PM |
| 24 | MR. BAKER:  Objection to form. | 12:27:32PM |
| 25 | A.      Yes. | 12:27:33PM |

Page 104

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              So given that it was seen one     01:09:37PM
2   way, we thought, well, we have these         01:09:42PM
3   sources, let's see what other ways exist.    01:09:46PM
4       Q.      Did somebody tell you that       01:09:49PM
5   Mr. Levandowski downloaded 14,000 files on   01:09:52PM
6   December 11, 2015?                           01:09:55PM
7       A.      Yes.                             01:09:59PM
8       Q.      Who told you that?               01:10:00PM
9               MR. BAKER:  You can give a       01:10:03PM
10  name.                                        01:10:04PM
11      A.      ████████.                        01:10:04PM
12      Q.      Back on Exhibit 13 --  sorry, I  01:10:10PM
13  forgot the number?                           01:10:17PM
14      A.      1313?                            01:10:17PM
15      Q.      The one in front of you.         01:10:18PM
16      A.      14.                              01:10:20PM
17      Q.      29372, the keyword searches      01:10:21PM
18  that are reflected on that page 29372,       01:10:25PM
19  when were those run on Mr. Kshirsagar's      01:10:28PM
20  devices?                                     01:10:34PM
21      A.      I don't know at this time.       01:10:38PM
22      Q.      Does Waymo know?                 01:10:40PM
23      A.      Not right now.                   01:10:42PM
24      Q.      Does Waymo know when these       01:10:44PM
25  keywords were run on Mr. Levandowski's       01:10:47PM
```

Page 132

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
1              Do you see that?                04:26:18PM

2       A.    I do.                            04:26:19PM

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17              MR. BAKER:  Objection to form.   04:27:05PM

18       A.    Also, as a professional log      04:27:09PM

19  diver, I'll call myself, when we're doing   04:27:13PM

20  investigations, we don't keep things that   04:27:17PM

21  are not deemed explicitly relevant for      04:27:24PM

22  what we are trying to prove.                04:27:26PM

23              It is bad data stewardship, it  04:27:31PM

24  takes up space, and it makes noise.         04:27:34PM

25       Q.    What were you asked to prove     04:27:36PM
```

Page 229

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1   here?                                      04:27:38PM

2            MR. BAKER:  Objection, I am       04:27:39PM

3   going to caution you not to reveal the     04:27:43PM

4   substance of any attorney-client           04:27:44PM

5   communications.                            04:27:46PM

6            If you can answer that question   04:27:46PM

7   without doing that, please do.             04:27:48PM

8      A.     I did not pull the SVN log       04:27:52PM

9   data, I'm just speaking to the frame of    04:27:55PM

10  mind of why the entirety of all users'     04:27:56PM

11  logs may not be present.                   04:28:04PM

12           For example, in what I've         04:28:05PM

13  produced to support my declaration, I'm    04:28:07PM

14  not pulling and presenting the ███ logs    04:28:10PM

15  of any of a hundred thousand other Google  04:28:13PM

16  employees because it is simply not         04:28:16PM

17  relevant to the investigation at hand.     04:28:18PM

18     Q.     That wasn't my question.         04:28:20PM

19           What were you being asked to      04:28:25PM

20  prove as part of your forensic             04:28:26PM

21  investigation?                             04:28:27PM

22           MR. BAKER:  Same instruction      04:28:27PM

23  and also objection to the form.            04:28:28PM

24     A.     These logs showed that 14,000    04:28:33PM

25  files and change were downloaded on        04:28:36PM
```

Page 230

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    December 11th from an IP address that        04:28:39PM
2    could be traced to Mr. Levandowski's work    04:28:42PM
3    computer.                                     04:28:44PM
4        Q.      When were you asked to prove     04:28:44PM
5    that?                                         04:28:45PM
6                MR. BAKER:  Objection to form.    04:28:50PM
7        A.      Sometime between August and      04:28:51PM
8    October 2016.                                 04:28:53PM
9        Q.      Why didn't you look at the SVN    04:28:57PM
10   log data when you were first engaged in      04:28:59PM
11   the investigation in February or March of    04:29:01PM
12   2015 --  sorry, of 2016?                      04:29:02PM
13       A.      I did not know it existed.        04:29:14PM
14       Q.      Wouldn't it be important for      04:29:15PM
15   you as a person involved with incident       04:29:17PM
16   responses to know where the various data     04:29:18PM
17   repositories were?                            04:29:20PM
18               MR. BAKER:  Objection to form.    04:29:26PM
19       A.      It would.                         04:29:26PM
20       Q.      Did you ask anybody are there     04:29:28PM
21   any unusual places people store important    04:29:29PM
22   information?                                  04:29:32PM
23       A.      We did.                           04:29:35PM
24       Q.      And who did you talk to?          04:29:36PM
25       A.      Various people that were in       04:29:46PM
```

Page 231

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   different ways tangentially associated        04:29:52PM

2   with the investigation.                        04:29:55PM

3        Q.      Did you talk to anyone that was  04:29:56PM

4   involved in the Chauffeur program?             04:29:58PM

5        A.      Not directly.                      04:30:02PM

6        Q.      Indirectly?                        04:30:05PM

7        A.      I believe so.                      04:30:07PM

8        Q.      Who did you hear about            04:30:11PM

9   indirectly?                                    04:30:13PM

10       A.      Can you repeat that.               04:30:17PM

11       Q.      Yes.                               04:30:17PM

12               You said that you believe that    04:30:18PM

13  you talked to someone indirectly that was      04:30:21PM

14  in the Chauffeur program and I am just         04:30:25PM

15  trying to figure out who that person was.      04:30:27PM

16       A.      I am not sure.                     04:30:29PM

17       Q.      Did you look at ████ data         04:30:30PM

18  as part of your investigation in March?        04:30:33PM

19       A.      Yes.                               04:30:36PM

20       Q.      What about ████ data, ████        04:30:36PM

21  logs?                                          04:30:43PM

22       A.      ████ would not -- not in          04:30:44PM

23  March, but possibly -- possibly in March       04:30:50PM

24  too.                                           04:30:54PM

25               I don't think we engaged ████     04:30:58PM

                                    Page 232

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.        At what time? | 04:36:52PM |
| 2 | Q.        The February, March 2016 time | 04:36:53PM |
| 3 | frame. | 04:36:57PM |
| 4 | A.        I don't entirely agree. | 04:37:05PM |
| 5 | Q.        Why do you disagree with what | 04:37:07PM |
| 6 | Mr. Gudjonsson said? | 04:37:09PM |
| 7 | MR. BAKER:  I instruct the | 04:37:11PM |
| 8 | witness not to answer on grounds of | 04:37:12PM |
| 9 | attorney-client privilege and work | 04:37:13PM |
| 10 | product. | 04:37:14PM |
| 11 | Q.        Are you going to follow the | 04:37:18PM |
| 12 | instruction? | 04:37:19PM |
| 13 | A.        I am. | 04:37:20PM |
| 14 | Q.        I am going to ask you a series | 04:37:20PM |
| 15 | of questions, I just have to make sure I | 04:37:21PM |
| 16 | have the record here. | 04:37:23PM |
| 17 | In the February, March 2016 | 04:37:24PM |
| 18 | time frame, did you look at ███████ | 04:37:25PM |
| 19 | logs? | 04:37:29PM |
| 20 | A.        I believe so. | 04:37:31PM |
| 21 | Q.        Did you look for evidence of | 04:37:32PM |
| 22 | downloading activity? | 04:37:33PM |
| 23 | A.        I don't believe so. | 04:37:40PM |
| 24 | Q.        What about the network traffic | 04:37:42PM |
| 25 | logs that you referred to in your | 04:37:43PM |

Page 235

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              Somehow a spreadsheet got        05:00:49PM
2    populated with █████  log data.            05:00:51PM
3              Do you know who did that?        05:00:53PM
4     A.      Okay.                             05:00:54PM
5              This looks like my Timesketch    05:00:55PM
6    formatting and if you look in the query    05:01:03PM
7    field, that will show exactly the query    05:01:05PM
8    that was run to generate this result.      05:01:11PM
9     Q.      And so did you create this body   05:01:14PM
10   of work?                                   05:01:18PM
11    A.      I believe I did.                   05:01:19PM
12    Q.      Do you know?                       05:01:21PM
13    A.      I'd say I did.                     05:01:24PM
14    Q.      Are these --                       05:01:26PM
15    A.      I should note, I absolutely        05:01:30PM
16   positively distrust all Excel formatting,  05:01:32PM
17   it bugs me, and sometimes the formatting   05:01:40PM
18   can be --  like --  yeah, for example, I   05:01:45PM
19   didn't do this in Excel, I did this in --  05:01:51PM
20   on commands line and I output straight to  05:01:57PM
21   CSV.                                       05:02:01PM
22              But here, if this was a pure     05:02:02PM
23   dump and no formatting was altered, like   05:02:03PM
24   the first ten lines are right-justified,   05:02:06PM
25   which indicates to me some type of         05:02:08PM
```

Page 252

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    formatting and not treatment of just raw      05:02:10PM

2    string and you can see that again down on     05:02:12PM

3    lines 22 through 27, so I am naturally         05:02:14PM

4    very distrustful of this spreadsheet put       05:02:19PM

5    in front of me.                                05:02:21PM

6              Just want to note that.              05:02:25PM

7        Q.    You think it is inaccurate?          05:02:26PM

8              MR. BAKER:  Objection.               05:02:28PM

9        A.    I think something is off, it is      05:02:28PM

10   not uniform; if it was just open, it would     05:02:31PM

11   be uniform.                                    05:02:33PM

12             MS. GOODMAN:  Mark that as           05:02:51PM

13   1319.                                          05:03:02PM

14             ( Exhibit 1319, Excel                05:03:02PM

15   spreadsheet from row 3048, was marked for      05:03:02PM

16   identification, as of this date.)              05:03:13PM

17       Q.    I just have a simple question        05:03:13PM

18   on 1319.                                       05:03:15PM

19             I have pulled from the row           05:03:18PM

20   3048, there is this CCM cash, do you see       05:03:23PM

21   that?                                          05:03:29PM

22       A.    I do.                                05:03:33PM

23       Q.    Do you know what that is?            05:03:34PM

24       A.    I am not a Windows expert, I         05:03:34PM

25   have seen that on many a machine and I         05:03:37PM
```

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        A.        It would seem that he wanted to  05:46:27PM

2   maintain access.                                05:46:30PM

3        Q.        And I think you might have        05:46:32PM

4   answered this during the earlier 30(b)(6),      05:46:33PM

5   but I want to make sure the record is           05:46:36PM

6   clear on this.                                   05:46:39PM

7                 There is nothing that would       05:46:39PM

8   prevent Anthony Levandowski from                05:46:40PM

9   installing the TortoiseSVN software on a        05:46:43PM

10  personal laptop and then logging into the       05:46:46PM

11  Chauffeur SVN server remotely and               05:46:48PM

12  accessing it through his credentials?           05:46:52PM

13                MR. BAKER:  Objection to form.    05:46:55PM

14       A.        That seems technically feasible  05:46:59PM

15  based on what's been described to me.           05:47:01PM

16       Q.        Have you ever worked with the     05:47:03PM

17  SVN repository before?                           05:47:05PM

18       A.        No.                               05:47:07PM

19       Q.        Have you been given any           05:47:08PM

20  training on how to evaluate operations on       05:47:10PM

21  the SVN server?                                  05:47:14PM

22       A.        Can you be more specific?         05:47:18PM

23       Q.        Do you have any special           05:47:19PM

24  certifications about it?                         05:47:20PM

25       A.        No.                               05:47:21PM
```

Page 281

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.      Have you ever set one up? | 05:47:21PM |
| 2 | A.      No. | 05:47:24PM |
| 3 | Q.      Have you ever reviewed log | 05:47:24PM |
| 4 | files from the SVN server prior to this | 05:47:25PM |
| 5 | case? | 05:47:28PM |
| 6 | A.      No. | 05:47:29PM |
| 7 | Q.      Have you ever been trained on | 05:47:37PM |
| 8 | how to search for and review these log | 05:47:38PM |
| 9 | files? | 05:47:40PM |
| 10 | MR. BAKER:  Objection to form. | 05:47:45PM |
| 11 | A.      I have received no formal | 05:47:46PM |
| 12 | training in searching these logs, but I | 05:47:47PM |
| 13 | will say my sole review of them seemed | 05:47:50PM |
| 14 | pretty straightforward, like a regular -- | 05:47:55PM |
| 15 | very similar to regular apache web log. | 05:47:57PM |
| 16 | Q.      Do you know what propfind is? | 05:48:01PM |
| 17 | A.      I am unfamiliar. | 05:48:06PM |
| 18 | Q.      Are you familiar with the | 05:48:10PM |
| 19 | standard HTGP instructions? | 05:48:11PM |
| 20 | A.      Common ones, yes. | 05:48:16PM |
| 21 | MR. CHATTERJEE:  Let's mark | 05:48:19PM |
| 22 | this as Exhibit 1322. | 05:48:20PM |
| 23 | ( Exhibit 1322, screen shot of | 05:48:20PM |
| 24 | the SVN logs, was marked for | 05:48:20PM |
| 25 | identification, as of this date.) | 05:48:40PM |

Page 282

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.      What I've handed you is a | 05:48:40PM |
| 2 | screen shot of the SVN logs. | 05:48:42PM |
| 3 |         In box 1, row 1, do you see | 05:48:46PM |
| 4 | there is that propfind instruction? | 05:48:50PM |
| 5 | A.      I do. | 05:48:54PM |
| 6 | Q.      Do you know what that is? | 05:48:55PM |
| 7 | A.      I don't. | 05:48:56PM |
| 8 |         MR. BAKER:  Counsel, can you | 05:48:56PM |
| 9 | tell me, do you have the Bates number for | 05:48:57PM |
| 10 | this? | 05:48:59PM |
| 11 |         MR. CHATTERJEE:  Yes, it is off | 05:49:01PM |
| 12 | of WAYMO-UBER 944, my apologies, I thought | 05:49:03PM |
| 13 | it was on the screen shot, it isn't. | 05:49:10PM |
| 14 | Q.      What about options, do you know | 05:49:12PM |
| 15 | what that is? | 05:49:13PM |
| 16 | A.      Not too familiar on that | 05:49:17PM |
| 17 | either. | 05:49:19PM |
| 18 | Q.      You are familiar with a get | 05:49:21PM |
| 19 | request, right? | 05:49:23PM |
| 20 | A.      I am. | 05:49:24PM |
| 21 | Q.      A get request isn't necessarily | 05:49:25PM |
| 22 | just for downloading, it actually can be | 05:49:27PM |
| 23 | for viewing and just accessing, right? | 05:49:29PM |
| 24 | A.      For the sake of access to data | 05:49:36PM |
| 25 | and the argument of access to data, a | 05:49:41PM |

Page 283

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | and enter HTTPS colon, slash slash | 05:57:51PM |
| 2 | ███████████ slash SVN slash | 05:58:06PM |
| 3 | Chauffeur-SVN. | 05:58:13PM |
| 4 | Do you see that? | 05:58:15PM |
| 5 | A.      I do. | 05:58:17PM |
| 6 | Q.      Have you tried to access the | 05:58:24PM |
| 7 | Subversion website yourself to see how it | 05:58:27PM |
| 8 | works? | 05:58:30PM |
| 9 | A.      I have not, as I don't have a | 05:58:31PM |
| 10 | business need to access those files. | 05:58:33PM |
| 11 | Q.      Would it have been important | 05:58:49PM |
| 12 | for you to know how it works in offering | 05:58:50PM |
| 13 | your opinions? | 05:58:53PM |
| 14 | A.      From --  I asked the | 05:58:57PM |
| 15 | administrator my burning questions about | 05:59:07PM |
| 16 | it, but as I said before, I had no | 05:59:09PM |
| 17 | business need to touch those files and | 05:59:13PM |
| 18 | would rather not play with live high value | 05:59:16PM |
| 19 | data and get it onto my workstation. | 05:59:20PM |
| 20 | That kind of speaks to what I | 05:59:26PM |
| 21 | mentioned before, data access policies. | 05:59:29PM |
| 22 | Q.      Do you know what happens when | 05:59:38PM |
| 23 | you follow this instruction in No. 3? | 05:59:40PM |
| 24 | A.      I would imagine it connects you | 05:59:56PM |
| 25 | to the SVN. | 05:59:58PM |

Page 287

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          C E R T I F I C A T I O N

2

3      I, Jineen Pavesi, a Registered

4   Professional Reporter, Registered Merit

5   Reporter, Certified Realtime Reporter and

6   a Notary Public, do hereby certify that

7   the foregoing witness, GARY BROWN, was

8   duly sworn on the date indicated, and that

9   the foregoing is a true and accurate

10   transcription of my stenographic notes.

11      I further certify that I am not employed

12   by nor related to any party to this

13   action.

14

15

16

17

18

19

20

21

22

23      JINEEN PAVESI, RPR, RMR, CRR

24

25

                                        Page 305