# *EXHIBIT 14*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 14*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1            UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4
5   WAYMO LLC,                         )
6              Plaintiff,              )
7         vs.                          ) Case No.
8   UBER TECHNOLOGIES, INC.;           ) 3:17-cv-000939-WHA
9   OTTOMOTTO LLC; OTTO TRUCKING,      )
10  INC.,                              )
11             Defendants.             )
12  _____)
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15    VIDEOTAPED DEPOSITION OF KRISTINN GUDJONSSON
16               Palo Alto, California
17              Friday, July 28, 2017
18                    Volume I
19
20  Reported by:
21  CARLA SOARES
22  CSR No. 5908
23  JOB No. 2665814
24
25  PAGES 1 - 242
```

Page 1

| | | |
|---|---|---|
| 1 | Q   Did you check the work described in | 15:11:20 |
| 2 | paragraph 17? | |
| 3 | A   Yes. | |
| 4 | Q   Do you recall when? | |
| 5 | A   No. | 15:11:28 |
| 6 | Q   Did you check the work described in | |
| 7 | paragraph 18? | |
| 8 | A   Yes. | |
| 9 | Q   Do you recall when? | |
| 10 | A   No. | 15:11:34 |
| 11 | Q   Did you check the work described in | |
| 12 | paragraph 19? | |
| 13 | A   Yes. | |
| 14 | Q   When? | |
| 15 | A   Not sure. | 15:11:43 |
| 16 | Q   Did you check the work described in | |
| 17 | paragraph 20? | |
| 18 | A   Yes. | |
| 19 | Q   When? | |
| 20 | A   Not sure. | 15:11:54 |
| 21 | Q   In any of your checks for that work, did | |
| 22 | you disagree with Mr. Brown? | |
| 23 | A   No. | |
| 24 | Q   In your experience, is it unusual for a | |
| 25 | Google engineer to download 14,000 files from an SVN | 15:12:27 |

Page 184

```
 1    repository?                                              15:12:32

 2            MR. BAKER:  Objection to form.

 3            THE WITNESS:  I wouldn't know.

 4    BY MR. TAKASHIMA:

 5        Q   When you connect for the first time to an        15:12:37

 6    SVN repository, does that download all the files in

 7    that repository?

 8        A   Depending on how you do it, you might

 9    track a particular directory or the whole project.

10        Q   Does Google have any systems that raise an       15:12:55

11    alert when a large number of files are downloaded by

12    a Google employee?

13        A   ███████████████████████████████████████

      ███

         ██  ████████████████████████████████    ████

         ██  ████████████████████████████

         ██  ███████████████████████████████████

         ██  ██████████████████████████████

      ████████████████████████████

         ██  ██████████████████████████████████   ████

      ████████████████████████████████

         ██  ███████████████████████████████████

      █████████████████████████████████████████

      ███████████████████████████████████████████

      ██████████████     ██████████████                        15:13:57
```

Page 185

| | | |
|---|---|---|
| 1 | today, you are not aware of any evidence that | 15:29:57 |
| 2 | Mr. Levandowski copied files off the computer before | |
| 3 | it was reimaged? | |
| 4 |     MR. BAKER:  Objection to form. | |
| 5 |     THE WITNESS:  I can only tell you what's | 15:30:06 |
| 6 | in the declaration here, what we see here. | |
| 7 | BY MR. TAKASHIMA: | |
| 8 |     Q   To your knowledge, has there been any | |
| 9 | investigation of Mr. Levandowski's e-mail account at | |
| 10 | Google? | 15:30:53 |
| 11 |     A   I'm not sure. | |
| 12 |     Q   To your knowledge, has anybody connected | |
| 13 | with an investigation reviewed the contents of | |
| 14 | Mr. Levandowski's e-mail account at Google? | |
| 15 |     A   I'm not sure. | 15:31:05 |
| 16 |     Q   Who would know? | |
| 17 |     A   Lawyers. | |
| 18 |     Q   Would anybody else in digital forensics | |
| 19 | know? | |
| 20 |     A   Potentially, but probably not.  It | 15:31:22 |
| 21 | probably would have been me if that check was made. | |
| 22 |     Q   Have you conducted -- been involved in any | |
| 23 | review of Mr. Levandowski's workstation from Google? | |
| 24 |     A   The workstation, no. | |
| 25 |     Q   Has anybody else from digital forensics | 15:31:42 |

Page 198

| | | |
|---|---|---|
| 1 | conducted that investigation? | 15:31:44 |
| 2 | A   No. | |
| 3 | Q   Has anybody looked at Mr. Levandowski's | |
| 4 | workstation? | |
| 5 | A   Not to my knowledge. | 15:31:49 |
| 6 | Q   Has the workstation been preserved? | |
| 7 | A   Not to my knowledge. | |
| 8 | Q   Okay.  Has it been deleted? | |
| 9 | A   I'm not sure.  I would have to go check. | |
| 10 | Q   Did you ever discuss with anybody | 15:32:07 |
| 11 | investigating Mr. Levandowski's workstation? | |
| 12 | MR. BAKER:  Again, I just want to caution | |
| 13 | the witness not to disclose any communications that | |
| 14 | he's had with attorneys. | |
| 15 | If you have a question, we can go outside. | 15:32:22 |
| 16 | MR. TAKASHIMA:  Do you want to take a | |
| 17 | break? | |
| 18 | THE WITNESS:  Yes.  Let's do that. | |
| 19 | THE VIDEO OPERATOR:  We are now going off | |
| 20 | the record, and the time is 3:32. | 15:32:31 |
| 21 | (Recess, 3:32 p.m. - 3:39 p.m.) | |
| 22 | THE VIDEO OPERATOR:  We're now going back | |
| 23 | on the record, and the time is 3:39. | |
| 24 | BY MR. TAKASHIMA: | |
| 25 | Q   Did you ever discuss with anybody whether | 15:39:05 |

Page 199

| | | |
|---|---|---|
| 1 | whether or not, because we didn't have the logs that | 15:42:40 |
| 2 | would be pointing us towards that. | |
| 3 |     Q   Did Mr. Brown have any inclination one way | |
| 4 | or the other as to -- | |
| 5 |     A   You would have to ask him. | 15:42:50 |
| 6 |     Q   Did he have any -- did Mr. Brown express | |
| 7 | to you whether he thought it would be a good idea to | |
| 8 | investigate Mr. Levandowski's workstation? | |
| 9 |     A   I don't remember. | |
| 10 |     Q   Did you discuss with Ms. Bailey whether to | 15:43:04 |
| 11 | investigate Mr. Levandowski's workstation? | |
| 12 |     A   I do think so, yes. | |
| 13 |     Q   Okay. What did you say? | |
| 14 |     A   "Should we look at his workstation?" | |
| 15 | (Question not answered per instruction of counsel): | 15:43:17 |
| 16 |     Q   Okay. What did she say? | |
| 17 |         MR. BAKER: Objection. I'm going to | |
| 18 | object as attorney-client privileged and instruct | |
| 19 | the witness not to answer. | |
| 20 | BY MR. TAKASHIMA: | 15:43:24 |
| 21 |     Q   Is Ms. Bailey an attorney? | |
| 22 |     A   Not to my knowledge, but I do believe | |
| 23 | there was an attorney present at the time as well. | |
| 24 | (Question not answered per instruction of counsel): | |
| 25 |     Q   Okay. Did Ms. Bailey express an opinion | 15:43:32 |

Page 203

| | | |
|---|---|---|
| 1 | as to whether Mr. Levandowski's workstation should | 15:43:44 |
| 2 | be investigated? | |
| 3 | MR. BAKER:  Same objection. | |
| 4 | Counsel, my understanding is that these | |
| 5 | conversations were -- were -- an attorney was | 15:43:51 |
| 6 | present for these conversations, so I'm going to | |
| 7 | object as attorney-client privileged and work | |
| 8 | product and instruct the witness not to answer. | |
| 9 | MR. TAKASHIMA:  Okay.  You're not going to | |
| 10 | allow him to say yes or no? | 15:44:04 |
| 11 | MR. BAKER:  I'm sorry? | |
| 12 | MR. TAKASHIMA:  You're not going to allow | |
| 13 | him to say yes or no; is that correct? | |
| 14 | MR. BAKER:  What was the question again? | |
| 15 | MR. TAKASHIMA:  The question is -- | 15:44:10 |
| 16 | MR. BAKER:  Did Ms. Bailey express an | |
| 17 | opinion as to whether Mr. Levandowski's work -- | |
| 18 | yeah, I'm not going to allow him to answer that | |
| 19 | question. | |
| 20 | MR. TAKASHIMA:  Okay. | 15:44:18 |
| 21 | Q    If you and Mr. Brown had not received any | |
| 22 | input from counsel or Ms. Bailey, would you have | |
| 23 | investigated Mr. Levandowski's workstation? | |
| 24 | MR. BAKER:  Hold on one second, Kris. | |
| 25 | Objection to form.  I'll allow you to | 15:45:11 |

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 15:50:07 |
| 2 | Q | What devices were there? | |
| 3 | A | That is logged in our machine records. | |
| 4 | Q | Okay.  Did the ▮▮▮▮ data identify that | |
| 5 | he had a workstation? | | 15:50:18 |
| 6 | A | Yes. | |
| 7 | Q | And did it identify that he had a -- the W | |
| 8 | machine? | | |
| 9 | A | Yes. | |
| 10 | Q | And the G machine? | 15:50:26 |
| 11 | A | Yes. | |
| 12 | Q | Anything else? | |
| 13 | A | I don't remember. | |
| 14 | Q | But that would be in the machine record? | |
| 15 | A | Yes. | 15:50:36 |
| 16 | Q | TortoiseSVN was installed on the W machine | |
| 17 | sometime in December 2015, correct? | | |
| 18 | A | If that's the date that's in the | |
| 19 | declaration, then yes. | | |
| 20 | Q | There we go.  Paragraph 16. | 15:51:20 |
| 21 | A | Yes.  December 11th.  Yes. | |
| 22 | Q | Did you check any records to determine if | |
| 23 | TortoiseSVN had previously been installed prior to | | |
| 24 | that date? | | |
| 25 | A | That's something that Gary did. | 15:51:38 |

Page 209

| | | |
|---|---|---|
| 1 | Q   So you did not? | 15:51:42 |
| 2 | A   No.  Gary would have done that. | |
| 3 | Q   Did you check any logs for the Waymo SVN | |
| 4 | repository to determine whether Mr. Levandowski had | |
| 5 | accessed that repository prior to December 2015? | 15:52:00 |
| 6 | A   I did not. | |
| 7 | Q   Mr. Brown did that analysis? | |
| 8 | A   Yes. | |
| 9 | Q   Did Mr. Brown have TortoiseSVN installed | |
| 10 | on his workstation? | 15:52:17 |
| 11 | A   Sorry? | |
| 12 | Q   I'm sorry.  I apologize for that | |
| 13 | question. | |
| 14 | Did Mr. Levandowski have TortoiseSVN | |
| 15 | installed on his workstation? | 15:52:23 |
| 16 | A   Not to my knowledge. | |
| 17 | Q   Did you check? | |
| 18 | A   I'm not sure. | |
| 19 | Q   Have you ever conducted any kind of check | |
| 20 | on his workstation? | 15:52:35 |
| 21 | A   I might have, but not to my recollection. | |
| 22 | But that would probably have been Gary that did | |
| 23 | that. | |
| 24 | Q   That checked his workstation? | |
| 25 | A   Yes. | 15:52:49 |

Page 210

| | | |
|---|---|---|
| 1 | Q   What else did Mr. Brown do with | 15:52:49 |
| 2 | Mr. Levandowski's workstation? | |
| 3 | A   You would have to ask him. | |
| 4 | Q   Was Mr. Levandowski's workstation imaged? | |
| 5 | A   No. | 15:52:59 |
| 6 | Q   Why not? | |
| 7 | MR. BAKER:  Objection.  Why don't we step | |
| 8 | outside. | |
| 9 | THE WITNESS:  Okay. | |
| 10 | THE VIDEO OPERATOR:  Going off the record, | 15:53:11 |
| 11 | and the time is 3:53. | |
| 12 | (Recess, 3:53 p.m. - 3:55 p.m.) | |
| 13 | THE VIDEO OPERATOR:  We're now going back | |
| 14 | on the record, and the time is 3:55. | |
| 15 | BY MR. TAKASHIMA: | 15:55:26 |
| 16 | Q   We were discussing Mr. Levandowski's | |
| 17 | workstation, right? | |
| 18 | A   Yes. | |
| 19 | Q   And you explained that Mr. Levandowski's | |
| 20 | workstation was not imaged, correct? | 15:55:31 |
| 21 | A   Not to my knowledge. | |
| 22 | Q   Why not? | |
| 23 | MR. BAKER:  Objection to form. | |
| 24 | THE WITNESS:  I wouldn't know why not. | |
| 25 | (Question not answered per instruction of counsel): | 15:55:41 |

Page 211

```
1    BY MR. TAKASHIMA:                                          15:55:42

2        Q    Did you ever discuss with anybody whether

3    to make an image of the workstation?

4        A    Again, it goes back to discussions with

5    lawyers.                                                   15:55:49

6             MR. BAKER:  I'll instruct the witness not

7    to answer.

8    BY MR. TAKASHIMA:

9        Q    Okay.  Are there any playbooks within

10   digital forensics that address ███████████    ██████

     ████████████████████████████████████████

     ████████

13       A    Sorry.  Can you clarify more what you mean

14   by that?

15       Q    Sure.                                             15:56:27

16            Earlier today, we discussed playbooks.

17       A    Yes.

18       Q    You have that in mind?

19       A    Yes.

20       Q    Okay.  Are there any playbooks that               15:56:31

21   address ████████████████████████████████

     ██████████████████████████████

     ███████████████

          █  ████████████

          █  ██████████████████████                             15:56:45
```

Page 212

| | | |
|---|---|---|
| 1 | people with proper credentials are downloading? | 16:23:23 |
| 2 | A   What documents? | |
| 3 | Q   Any documents that Google maintains in a | |
| 4 | repository. | |
| 5 | MR. BAKER:  Objection to form. | 16:23:31 |
| 6 | THE WITNESS:  Are you talking about code? | |
| 7 | Are you talking about Word documents or Google Docs? | |
| 8 | BY MS. HYDE: | |
| 9 | Q   Sorry.  Let me be more clear. | |
| 10 | When an employee wants to, say, download a | 16:23:41 |
| 11 | document that they're working on from the SVN | |
| 12 | server -- | |
| 13 | A   So you're talking about code? | |
| 14 | Q   Yes -- what are the permissions for doing | |
| 15 | that? | 16:23:52 |
| 16 | A   The SVN server is maintained by Waymo, so | |
| 17 | you would have to ask somebody that maintains that. | |
| 18 | I would not know. | |
| 19 | Q   You would not know? | |
| 20 | A   No. | 16:24:00 |
| 21 | Q   What about one that's stored in the Google | |
| 22 | Drive? | |
| 23 | A   Like a document within Google Drive? | |
| 24 | Q   Yes. | |
| 25 | A   What sort of -- what restrictions?  What | 16:24:08 |

1          I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4          That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12         Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [X] was not requested.
16         I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21         Dated: 7/29/2017
22
23
24         *Carla Soares*
           CARLA SOARES
25         CSR No. 5908

Page 242