# *EXHIBIT 18*

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

*EXHIBIT 18*