# *EXHIBIT 20*

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# *EXHIBIT 20*