*EXHIBIT 22*

*EXHIBIT 22*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6          Plaintiff,
 7
         vs.                      No. 3:17-CV-00939-WHA
 8
 9   UBER TECHNOLOGIES, INC.;
10   OTTOMOTTO LLC; OTTO TRUCKING,
11   INC.,
12          Defendants.
13   _____
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16      VIDEO-RECORDED DEPOSITION OF CHRIS URMSON
17                  Palo Alto, California
18                    August 24, 2017
19
20   Reported by:
21   KENNETH T. BRILL
22   CSR NO. 12797
23   Job No. 2678939-A
24
25   PAGES 1 - 278
```

Page 1

```
 1   was an invest -- they showed me a collection of            12:14:05
 2   documents that he had --                                   12:14:08
 3           MR. NEUKOM:  Let me -- I just want to make         12:14:10
 4   sure, if there were any attorneys involved --              12:14:11
 5           THE WITNESS:  Yeah.                                12:14:14
 6           MR. NEUKOM:  -- in what you're testifying          12:14:14
 7   about, then that would be privileged --                    12:14:16
 8           THE WITNESS:  Understood.                          12:14:18
 9           MR. NEUKOM:  -- and I would instruct you           12:14:18
10   not to answer.                                             12:14:19
11           THE WITNESS:  Understood.                          12:14:20
12           That he showed -- they -- she showed me a          12:14:21
13   number of files that he had accessed that were in          12:14:23
14   the, you know, the Google documents set of -- or           12:14:25
15   collection.  None of them seemed out of the                12:14:29
16   ordinary.                                                  12:14:35
17   BY MR. HUME:                                               12:14:36
18       Q.  Who was it that showed you those?                  12:14:37
19       A.  I think it -- I don't know for sure.  It           12:14:40
20   would have either been Chelsea Bailey or Joanne            12:14:43
21   Chin.                                                      12:14:47
22       Q.  And I should have asked, who were the              12:14:48
23   people in HR whom you asked to conduct this                12:14:50
24   investigation?                                             12:14:53
25       A.  I don't remember.                                  12:14:53
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1
 2       I, _____, declare under
 3  penalty of perjury under the laws of the State of
 4  California that the foregoing is true and correct.
 5  Executed on _____, 2017, at
 6  _____, _____.
 7
 8
 9
10          _____
11              SIGNATURE OF THE WITNESS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 277