# *EXHIBIT 23*

*PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

*EXHIBIT 23*