Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, <br><br> Plaintiff, <br><br> v. <br><br> Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GARY BROWN AND KRISTINN GUDJONSSON** <br><br> Date: September 27, 2017 <br> Time: 8:00 a.m. <br> Courtroom: 8 (19th Floor) <br> Judge: Hon. William Alsup <br><br> Filed/Lodged Concurrently with: <br> 1. Motion in Lime to Exclude; and <br> 2. Declaration of Hong-An Vu <br><br> Trial: October 10, 2017 |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Otto Trucking, LLC's ("Otto Trucking") Motion in Limine to Exclude Testimony of Gary Brown and Kristinn Gudjonsson ("Motion"). Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT Otto Trucking's Motion is GRANTED. The testimony and opinions of Gary Brown and Kristinn Gudjonsson are hereby excluded.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE