1    MICHAEL A. JACOBS (CA SBN 111664)
     MJacobs@mofo.com
2    ARTURO J. GONZÁLEZ (CA SBN 121490)
     AGonzalez@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, California  94105-2482
     Telephone:     415.268.7000
5    Facsimile:     415.268.7522

6    KAREN L. DUNN (*Pro Hac Vice*)
     kdunn@bsfllp.com
7    HAMISH P.M. HUME (*Pro Hac Vice*)
     hhume@bsfllp.com
8    BOIES SCHILLER FLEXNER LLP
     1401 New York Avenue, N.W.
9    Washington DC  20005
     Telephone:     202.237.2727
10   Facsimile:     202.237.6131

11   WILLIAM CARMODY (*Pro Hac Vice*)
     bcarmody@susmangodfrey.com
12   SHAWN RABIN (*Pro Hac Vice*)
     srabin@SusmanGodfrey.com
13   SUSMAN GODFREY LLP
     1301 Avenue of the Americas, 32nd Floor
14   New York, NY 10019-6023
     Telephone:     212.336.8330
15   Facsimile:     202.336.8340

16   Attorneys for Defendants
     UBER TECHNOLOGIES, INC.
17   and OTTOMOTTO LLC

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21   WAYMO LLC,                          |  Case No.       3:17-cv-00939-WHA

22              Plaintiff,               |  **CERTIFICATE OF SERVICE RE
                                         |  DKT. NOS. 11614-1617**
23        v.

24   UBER TECHNOLOGIES, INC.,
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
25
              Defendants.
26

27

28

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782295

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2000 Pennsylvania Avenue, NW Suite 6000, Washington, D.C.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on this date, I served true and correct copies of the following documents:

- **DECLARATION OF HALLEY JOSEPHS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL WAGNER**

- **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL WAGNER (_UNREDACTED VERSION_)**

- **EXHIBITS 1-15 AND 19-24 DECLARATION OF MATTHEW R. BERRY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL J. WAGNER (_UNREDACTED VERSION_)**

[X] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788 | qewaymo@quinnemanuel.com |
| Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>*Attorneys for Plaintiff Waymo LLC* | lcunningham@wsgr.com |

| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California, this16th day of September, 2017.

| Michelle Yang | */s/ Michelle Yang* |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  September 16, 2017

*/s/* Arturo J. González
ARTURO J. GONZÁLEZ