IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　／ | No. C 17-00939 WHA<br><br>**ORDER REQUIRING<br>RESPONSE TO MOTION TO<br>CONTINUE TRIAL DATE** |

Defendants shall please respond to plaintiff Waymo LLC's motion to continue the trial date (Dkt. No. 1604) by **TOMORROW AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: September 17, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE