1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:   202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023
   Telephone:   212.336.8330
15 Facsimile:    212.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21 WAYMO LLC,                              | Case No.    3:17-cv-00939-WHA
22              Plaintiff,                 | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE**
23       v.                                |
24 UBER TECHNOLOGIES, INC.,                |
   OTTOMOTTO LLC; OTTO TRUCKING LLC,       |
25                                         |
             Defendants.                   |
26

27

28

Yang Declaration ISO Defendants' Administrative Motion to File Under Seal
Case No. 3:17-cv-00939-WHA
sf-3823932

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Opposition to Waymo's Motion for Continuance of Trial Date.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Motion for Continuance of Trial Date ("Opposition") | Highlighted Portions | Defendants (Blue) <br> Plaintiff (Green) <br> Anthony Levandowski (Yellow) |
| Declaration of Arturo J. Gonzalez | Highlighted Portions | Anthony Levandowski (Yellow) |
| Exhibit 1 | Highlighted Portions | Defendants (Blue) |
| Exhibit 2 | Entirety | Defendants <br> Anthony Levandowski |
| Exhibits 3-7 | Entireties | Anthony Levandowski |
| Exhibits 10-14, 16 | Entireties | Plaintiff |
| Exhibit 15 | Highlighted Portions | Plaintiff (Green) |

3. The blue-highlighted portions of the Opposition contain highly confidential information regarding technical details of and development plans for Uber's LiDAR systems. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical components and

development plans of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.

4. The blue-highlighted portions of Exhibit 1 contain the same sealable portions the Court granted at Dkt. 653, which Defendants had filed at Dkt. 600-2, and contain the financial and timing terms for the Indemnification Agreement.  This is highly confidential business information relating to the terms of Uber's agreements that is not publicly known, and this information's confidentiality is strictly maintained.  I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals. If this information were disclosed, for example, competitors could obtain a competitive advantage by offering better terms than Uber, such that Uber's competitive standing would be harmed. Some of the other marked portions contain personal addresses, telephone numbers, and email addresses of Anthony Levandowski and Lior Ron.  This case has been the subject of much public and media interest, and disclosure of this personal information could harm the privacy interests of these individuals and their families.  For example, if these personal addresses and contact information were disclosed publicly, Messrs. Levandowski and Ron and their families could be exposed to harm or harassment.

5. The entirety of Exhibit 2 contains highly confidential information regarding a business agreement of Uber's, including detailed terms and conditions.  This information is not publicly known, and its confidentiality is strictly maintained.  I understand that this information could be used by competitors to Uber's detriment, including in the context of negotiating business deals.  If this information were disclosed, competitors could gain insight into how Uber structures its business agreements, such that Uber's competitive standing would be harmed.

6. The yellow-highlighted portions of the Opposition and Declaration of Arturo J. González, as well as the entireties of Exhibits 2-7, contain information designated confidential by counsel for non-party Anthony Levandowski.  Defendants expect this non-party to file supporting declarations as needed.

7. The green-highlighted portions of the Opposition and Exhibit 15, as well as the entireties of Exhibits 10-14 and 16-17, contain information that has been designated "Highly

Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

       8.     Defendants' request to seal is narrowly tailored to the portions of the Opposition and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2017 at San Francisco, California.

                                    */s/ Michelle Yang*
                                     Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 18, 2017               */s/ Arturo J. González*
                                                     ARTURO J. GONZÁLEZ