MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendant. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF ARTURO J. GONZALEZ IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE** <br><br> Judge: The Honorable William Alsup <br><br> Trial Date: October 10, 2017 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Arturo J. González, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion for Continuance of Trial Date.

2. Since the Federal Circuit's decision, Uber has provided deposition dates for 5 deponents. Waymo has rejected these dates.

3. Once the Federal Circuit issued its decision, Uber produced the Stroz Report and its exhibits within hours.

4. Uber produced its Stroz-related documents the day after the Federal Circuit's decision.

5. MoFo made the ■■■ from the Stroz database that are in its files available for review on September 17, 2017. MoFo received these ■■■ on behalf of Mr. Levandowski *after* Google filed its arbitrations against him.

6. Attached as **Exhibit 1** is a true and correct copy of a deposition exhibit number 743, marked at the deposition of Adam Bentley, taken on August 22, 2017.

7. Attached as **Exhibit 2** is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319640-UBER00319669.

8. Attached as **Exhibit 3** is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319664.

9. Attached as **Exhibit 4** is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319665.

10. Attached as **Exhibit 5** is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319666.

11. Attached as **Exhibit 6** is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319667.

GONZALEZ DECL. ISO DEFS. OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE
Case No. 3:17-cv-00939-WHA
pa-1802525

1

12. Attached as **Exhibit 7** is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319668.

13. Attached as **Exhibit 8** is a true and correct copy of excerpts from the deposition of Rhian Morgan, dated April 14, 2017.

14. Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Rhian Morgan, dated August 28, 2017.

15. Attached as **Exhibit 10** is a true and correct copy of a document produced in this litigation bearing Bates number WAYMO-UBER-00086796-WAYMO-UBER-00087999.

16. Attached as **Exhibit 11** is a true and correct copy of excerpts from the Expert Report of Michael J. Wagner, dated August 24, 2017.

17. Attached as **Exhibit 12** is a true and correct copy of a document produced in this litigation bearing Bates number UBER0022196-UBER00022199.

18. Attached as **Exhibit 13** is a true and correct copy of a document produced in this litigation bearing Bates number UBER0022246.

19. Attached as **Exhibit 14** is a true and correct copy of a document produced in this litigation bearing Bates number WAYMO-UBER-00022288-WAYMO-UBER-00022289.

20. Attached as **Exhibit 15** is a true and correct copy of an email from Maxwell Pritt, counsel for Uber to Andrea Roberts, counsel for Waymo, dated September 15, 2017.

21. Attached as **Exhibit 16** is a true and correct copy of excerpts from the Reply Expert Report of Lambertus Hesselink, Ph.D., dated September 14, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2017 at San Francisco, California.

*/s/ Arturo J. Gonzàlez*
ARTURO J. GONZÀLEZ

GONZALEZ DECL. ISO DEFS. OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE
Case No. 3:17-cv-00939-WHA
pa-1802525

2