# EXHIBIT 15

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Friday, September 15, 2017 7:42 PM
**To:** Andrea P Roberts (andreaproberts@quinnemanuel.com)
**Subject:** RE: Waymo/Uber - NDA Follow-up

Andrea, I should have mentioned—this request is related to our exhibit list, so if these NDAs exist, we'd like them as soon as possible to add them.

Thanks,
Max

**From:** Maxwell Pritt
**Sent:** Friday, September 15, 2017 12:55 PM
**To:** Andrea P Roberts (andreaproberts@quinnemanuel.com)
**Subject:** Waymo/Uber - NDA Follow-up

Hi Andrea,

I hope you're doing well.  We've tried but haven't been able to locate any NDAs for ███████████████ which Waymo worked with/sent RFQs.  Can you please let me know if there are NDAs for those companies?  If so and they haven't been produced, please produce them.

Thank you!

Best,
Max

1