1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   425 Market Street
    San Francisco, California  94105-2482
4   Telephone:     415.268.7000
    Facsimile:      415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    HAMISH P.M. HUME (*Pro Hac Vice*)
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington DC  20005
9   Telephone:     202.237.2727
    Facsimile:      202.237.6131
10
    WILLIAM CARMODY (*Pro Hac Vice*)
11  bcarmody@susmangodfrey.com
    SHAWN RABIN (*Pro Hac Vice*)
12  srabin@SusmanGodfrey.com
    SUSMAN GODFREY LLP
13  1301 Avenue of the Americas, 32nd Floor
    New York, NY 10019-6023
14
    Attorneys for Defendants
15  UBER TECHNOLOGIES, INC.
    and OTTOMOTTO LLC
16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
                    SAN FRANCISCO DIVISION
19

| | |
|---|---|
| 20  WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
| 21           Plaintiff, | **DECLARATION OF ARTURO J. GONZALEZ IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE** |
| 22       v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24           Defendant. | Judge:   The Honorable William Alsup |
| 25 | Trial Date: October 10, 2017 |
| 26 | |

27
28          **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1      I, Arturo J. González, declare as follows:

2      1.     I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in

3 good standing of the Bar of the State of California.  I make this declaration based on personal

4 knowledge and, if called as a witness, I could and would testify competently to the matters set

5 forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and

6 Ottomotto LLC's Opposition to Waymo's Motion for Continuance of Trial Date.

7      2.     Since the Federal Circuit's decision, Uber has provided deposition dates for

8 5 deponents.  Waymo has rejected these dates.

9      3.     Once the Federal Circuit issued its decision, Uber produced the Stroz Report and

10 its exhibits within hours.

11      4.     Uber produced its Stroz-related documents the day after the Federal Circuit's

12 decision.

13      5.     MoFo made the ███ from the Stroz database that are in its files available for

14 review on September 17, 2017.  MoFo received these ███ on behalf of Mr. Levandowski *after*

15 Google filed its arbitrations against him.

16      6.     Attached as **Exhibit 1** is a true and correct copy of a deposition exhibit number

17 743, marked at the deposition of Adam Bentley, taken on August 22, 2017.

18      7.     Attached as **Exhibit 2** is a true and correct copy of a document produced in this

19 litigation bearing Bates number UBER00319640-UBER00319669.

20      8.     Attached as **Exhibit 3** is a true and correct copy of a document produced in this

21 litigation bearing Bates number UBER00319664.

22      9.     Attached as **Exhibit 4** is a true and correct copy of a document produced in this

23 litigation bearing Bates number UBER00319665.

24      10.    Attached as **Exhibit 5** is a true and correct copy of a document produced in this

25 litigation bearing Bates number UBER00319666.

26      11.    Attached as **Exhibit 6** is a true and correct copy of a document produced in this

27 litigation bearing Bates number UBER00319667.

28

GONZALEZ DECL. ISO DEFS. OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE
Case No. 3:17-cv-00939-WHA
pa-1802525

1

1    12.    Attached as **Exhibit 7** is a true and correct copy of a document produced in this

2   litigation bearing Bates number UBER00319668.

3    13.    Attached as **Exhibit 8** is a true and correct copy of excerpts from the deposition of

4   Rhian Morgan, dated April 14, 2017.

5    14.    Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition of

6   Rhian Morgan, dated August 28, 2017.

7    15.    Attached as **Exhibit 10** is a true and correct copy of a document produced in this

8   litigation bearing Bates number WAYMO-UBER-00086796-WAYMO-UBER-00087999.

9    16.    Attached as **Exhibit 11** is a true and correct copy of excerpts from the Expert

10   Report of Michael J. Wagner, dated August 24, 2017.

11    17.    Attached as **Exhibit 12** is a true and correct copy of a document produced in this

12   litigation bearing Bates number UBER0022196-UBER00022199.

13    18.    Attached as **Exhibit 13** is a true and correct copy of a document produced in this

14   litigation bearing Bates number UBER0022246.

15    19.    Attached as **Exhibit 14** is a true and correct copy of a document produced in this

16   litigation bearing Bates number WAYMO-UBER-00022288-WAYMO-UBER-00022289.

17    20.    Attached as **Exhibit 15** is a true and correct copy of an email from Maxwell Pritt,

18   counsel for Uber to Andrea Roberts, counsel for Waymo, dated September 15, 2017.

19    21.    Attached as **Exhibit 16** is a true and correct copy of excerpts from the Reply

20   Expert Report of Lambertus Hesselink, Ph.D., dated September 14, 2017.

21        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th

22   day of September, 2017 at San Francisco, California.

23

24                                   */s/  Arturo J. Gonzàlez*
                                      ARTURO J. GONZÀLEZ

25

26

27

28