# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    PLAINTIFF,

                               CASE NO.

  VS.                       3:17-CV-00939-WHA

UBER TECHNOLOGIES, INC.,

OTTOMOTTO LLC; OTTO

TRUCKING LLC,

    DEFENDANTS.

_____

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF RHIAN MORGAN

SAN FRANCISCO, CALIFORNIA

FRIDAY, APRIL 14, 2017

VOLUME I

Reported By:

MEGAN F. ALVAREZ, RPR, CSR No. 12470

Job No. 2594028

PAGES 1 - 28

1  BY MS. COOPER:
2     Q.   Were you involved in a due diligence
3  investigation in the spring of 2016?
4     A.   No.
5     Q.   Have you ever heard of such an
6  investigation?
7     A.   No.
8     Q.   You've never heard of a due diligence
9  investigation conducted by Uber in the spring of
10 2016?
11         MR. TATE:  Objection.  Form.
12 BY MS. COOPER:
13    Q.   Is that correct?
14    A.   I remember there being some interviews
15 that happened for some of our early employees.  I'm
16 not sure if that counts under due diligence or -- or
17 not.
18    Q.   Who was conducting the interview?
19         MR. TATE:  I'm going to object on the
20 basis of attorney-client privilege, joint defense,
21 common interest.
22         And instruct the witness not to answer any
23 further questions regarding any due diligence that
24 you're talking about.
25 ///

CONFIDENTIAL

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a verbatim record of the proceedings was made by me using machine shorthand, which was thereafter transcribed under my direction; and that the foregoing is an accurate transcription thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify that I am neither financially interested in the action, nor a relative or employee of any attorney of any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

DATED: 4/14,

MEGAN F. ALVAREZ
CSR No. 12470, RPR

Page 28