# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 178

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

WAYMO LLC,

    Plaintiff,

vs.  Case No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING LLC,

    Defendants.

_____/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK

VOLUME II

WEDNESDAY, SEPTEMBER 6, 2017

Reported by:
Anrae Wimberley
CSR No. 7778
Job No. 2693569

Pages 178 - 317

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 196

```
 1  BY MR. GONZALEZ:                                         14:21:19
 2       Q.   And you would assume that when these           14:21:20
 3  engineers accessed it, they would download the entire    14:21:24
 4  database because that's how it was programmed; true?     14:21:27
 5       MR. BAKER:  Objection to form.                      14:21:28
 6       THE WITNESS:  That is very packed and not really    14:21:31
 7  true.                                                    14:21:32
 8  BY MR. GONZALEZ:                                         14:21:32
 9       Q.   What part of it is not really true?            14:21:36
10       A.   There's no such thing as automatic with        14:21:38
11  regard to access to the Subversion server.               14:21:42
12       Q.   What does that mean?                           14:21:44
13       A.   Servers are programmed or designed to provide  14:21:49
14  answers to requests.  And every request is at the        14:21:53
15  behest of the user.  The user determines what that       14:21:57
16  request is going to be, and nothing more and nothing     14:22:00
17  less is provided.                                        14:22:02
18       Q.   But you drafted the protocol for signing on    14:22:07
19  to the SVN server, didn't you?                           14:22:10
20       A.   I wrote some general instructions for getting  14:22:13
21  started.                                                 14:22:14
22       Q.   And as you testified at your last deposition,  14:22:16
23  if people follow your instructions, the entire           14:22:20
24  database gets downloaded; true?                          14:22:23
25       MR. BAKER:  Objection to form.                      14:22:24
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 234

| | | |
|---|---|---|
| 1 | A. I believe so. | 15:10:19 |
| 2 | Q. And those are your words? | 15:10:21 |
| 3 | MR. BAKER: Objection to form. | 15:10:22 |
| 4 | THE WITNESS: I believe so. | 15:10:24 |
| 5 | BY MR. GONZALEZ: | 15:10:24 |
| 6 | Q. "It also has a chilling effect on being a | 15:10:27 |
| 7 | hardware engineer. We all do full checkouts." | 15:10:32 |
| 8 | Do you see that? | 15:10:33 |
| 9 | A. I do see that. | 15:10:34 |
| 10 | Q. And what did you mean when you wrote the | 15:10:37 |
| 11 | words "We all do full checkouts"? | 15:10:39 |
| 12 | A. I meant that this was an expected work flow | 15:10:47 |
| 13 | as a result of instructions and that -- well, as part | 15:10:57 |
| 14 | of this paragraph and the rest of it and beyond that, | 15:11:00 |
| 15 | I was expressing concern that I didn't want to make | 15:11:03 |
| 16 | doing a normal part of our job functions seem | 15:11:08 |
| 17 | suspicious. | 15:11:09 |
| 18 | Q. And the instructions that you're referring to | 15:11:12 |
| 19 | there are instructions that you wrote; correct? | 15:11:14 |
| 20 | A. There may have been some minor edits, but, | 15:11:20 |
| 21 | yeah, overall this does look like what I wrote. | 15:11:23 |
| 22 | Q. And, in fact, the very last page of this | 15:11:25 |
| 23 | document, those are your instructions; right? | 15:11:27 |
| 24 | A. Yeah. Again, there may have been minor edits | 15:11:32 |
| 25 | from when I wrote it, but, largely, this is what I | 15:11:35 |

Page 246

| | | |
|---|---|---|
| 1 | team asked you for the SVN installation instructions, | 15:24:22 |
| 2 | and you sent it to them? | 15:24:25 |
| 3 |     MR. BAKER:  Objection to form. | 15:24:25 |
| 4 |     THE WITNESS:  I don't know. | 15:24:30 |
| 5 | BY MR. GONZALEZ: | 15:24:30 |
| 6 |     Q.   Do you recall that you explained to the legal | 15:24:32 |
| 7 | team what you've told us here in deposition, which is | 15:24:35 |
| 8 | that somebody following your instructions would | 15:24:38 |
| 9 | download the entire repository? | 15:24:41 |
| 10 |     MR. BAKER:  Objection to form. | 15:24:42 |
| 11 |     THE WITNESS:  I don't remember. | 15:24:45 |
| 12 | BY MR. GONZALEZ: | 15:24:45 |
| 13 |     Q.   Isn't that something important that you would | 15:24:47 |
| 14 | have wanted to tell them, knowing that they were | 15:24:50 |
| 15 | investigating Mr. Levandowski for these downloads? | 15:24:53 |
| 16 |     MR. BAKER:  Objection to form. | 15:24:54 |
| 17 |     THE WITNESS:  Ascribing importance or guiding the | 15:24:57 |
| 18 | investigation were outside of my purview. | 15:25:00 |
| 19 | BY MR. GONZALEZ: | 15:25:00 |
| 20 |     Q.   Did the lawyers ask you -- after you sent | 15:25:03 |
| 21 | them the typical installation flow that you drafted, | 15:25:07 |
| 22 | the last page of this exhibit, did they ask you to | 15:25:10 |
| 23 | explain it? | 15:25:11 |
| 24 |     A.   I don't remember. | 15:25:16 |
| 25 |     Q.   Did they ask you, well, if somebody followed | 15:25:19 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 259

| | | |
|---|---|---|
| 1 | What does that represent? | 15:59:10 |
| 2 | A.  So Subversion is a revision control system. | 15:59:13 |
| 3 | And every time a commit is made, the revision of the | 15:59:18 |
| 4 | repository is incremented.  And so each one of these | 15:59:24 |
| 5 | files corresponds -- each one of these GET requests | 15:59:28 |
| 6 | corresponds to a file made or uploaded to the server | 15:59:34 |
| 7 | at a certain revision number. | 15:59:36 |
| 8 | And so, you know, this file was on Revision | 15:59:40 |
| 9 | 12486, the file below it, also 12486, the file below | 15:59:48 |
| 10 | that, also 12486.  So all of these revision numbers | 15:59:55 |
| 11 | are generally pretty high.  So this would indicate | 15:59:58 |
| 12 | that this is a more incremental checkout, so an update | 16:00:02 |
| 13 | of a previously existing -- of a previously existing | 16:00:05 |
| 14 | checkout as opposed to a fresh checkout. | 16:00:09 |
| 15 | Q.  The date of February 22, 2016, what does that | 16:00:13 |
| 16 | represent?  Is that when you asked for the | 16:00:17 |
| 17 | information? | 16:00:18 |
| 18 | A.  No.  That should be the date of the request | 16:00:25 |
| 19 | by the client on behalf of this user to the server. | 16:00:31 |
| 20 | Q.  So that on February 22, 2016, Gaetan asked -- | 16:00:37 |
| 21 | made some kind of request? | 16:00:40 |
| 22 | A.  That seems quite likely. | 16:00:43 |
| 23 | Q.  And same question I asked you about Anthony. | 16:00:46 |
| 24 | If Gaetan had been following your directions, | 16:00:50 |
| 25 | is this printout consistent with what happened? | 16:00:54 |

```
                                                              Page 260
 1        MR. BAKER:  Objection to form.                      16:00:58
 2        THE WITNESS:  That's a little bit -- that's a       16:01:01
 3   little bit difficult to answer.  So following my         16:01:05
 4   directions, the directions assume a starting from        16:01:10
 5   scratch.  They're a getting started guide.  It doesn't   16:01:14
 6   look like Gaetan was getting started, but it's a         16:01:18
 7   little bit hard to conclude, particularly from this      16:01:21
 8   snippet.  It is possible, but not likely.                16:01:33
 9   BY MR. GONZALEZ:                                         16:01:33
10        Q.  Is there anything that you see here on these    16:01:36
11   four pages that, in your opinion, is abnormal for        16:01:40
12   someone who's accessing this repository?                 16:01:44
13        MR. BAKER:  Objection to form.                      16:01:45
14        THE WITNESS:  On these four pages, I don't see      16:01:48
15   anything that is abnormal for Gaetan in his role.        16:01:52
16   BY MR. GONZALEZ:                                         16:01:52
17        Q.  Did you review the complaint that was filed     16:01:55
18   in this case?                                            16:01:56
19        A.  What?                                           16:01:57
20        Q.  The lawsuit, it's called a complaint.           16:02:02
21   Technical term.                                          16:02:03
22            Did you read it?                                16:02:05
23        A.  I've not read the formal complaint.             16:02:07
24        Q.  Did anybody ask you for your opinion on it?     16:02:11
25        MR. BAKER:  You can answer that yes or no, Sasha.   16:02:14
```

Page 317

1       FEDERAL CERTIFICATE OF DEPOSITION OFFICER
2       I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby declare:
3       That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn
4   pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure and the deposition is a true record of
5   the testimony given by the witness;
        That said deposition was taken down by me in
6   shorthand at the time and place therein named and thereafter reduced to text under my direction;
7       -----   That the witness was requested to
8   review the transcript and make any changes to the transcript as a result of that review pursuant to
9   Section 30(e) of the Federal Rules of Civil Procedure;
        -----   No changes have been provided by the
10  witness during the period allowed;
11      -----   The changes made by the witness are
12  appended to the transcript;
        --X---   No request was made that the transcript
13  be reviewed pursuant to Section 30(e) of the Federal
14  Rules of Civil Procedure.
        I further declare that I have no interest in the
15  event of the action.
16      I declare under penalty of perjury under the laws
17  of the United States of America that the foregoing is true and correct.
18      WITNESS my hand this 7th day of September, 2017.
19
20
21
22
23
24              <%signature%>
25          ANRAE WIMBERLEY, CSR NO. 7778