1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 Todd A. Boock (SBN 181933)
   tboock@goodwinlaw.com
15 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
16 Los Angeles, California  90017
   Tel.: +1 213 426 2500
17 Fax.: +1 213 623 1673

18 *Attorneys for Defendant*
   *Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE PURSUANT TO ORDER REQUIRING RESPONSE DECLARATIONS (DKT NO. 1601)** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | Filed/Lodged Concurrently with:<br>1. Declaration of Neel Chatterjee<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2  Trucking") submits this Administrative Motion to File Under Seal Portions of Its Response
3  Pursuant to Order Requiring Response Declarations (Dkt No. 1601) (the "Response").
4  Specifically, Otto Trucking requests an order granting leave to file under seal the confidential
5  portions of the following document:

| Document | Portions to Be Filed Under Seal | Designating Parties |
|---|---|---|
| Response | Green-highlighted portions | Waymo |
| Response | Blue-highlighted portions | Uber and Ottomotto |

The above referenced portions of the Response contain information designated by Plaintiff Waymo LLC ("Waymo") or Defendants Uber Technologies, Inc. ("Uber") and Ottomotto LLC ("Ottomotto") as either Highly Confidential—Attorneys' Eyes Only" or "Confidential" under the terms of the parties' protective order.  Otto Trucking takes no position as to the merits of the confidentiality designations in these documents.

Otto Trucking anticipates that Waymo, Uber, and Ottomotto will file declarations in accordance with Local Rule 79-5.

Otto Trucking's request to seal is narrowly tailored to those portions of the Motion and its supporting documents that merit provisional sealing.

Dated: September 18, 2017         Respectfully submitted,

                                                        By:   */s/   Neel Chatterjee*
                                                                 Neel Chatterjee
                                                                 *nchatterjee@goodwinlaw.com*
                                                                 Brett Schuman
                                                                 *bschuman@goodwinlaw.com*
                                                                  Shane Brun
                                                                 *sbrun@goodwinlaw.com*
                                                                 Rachel M. Walsh
                                                                 *rwalsh@goodwinlaw.com*
                                                                 Hong-An Vu
                                                                 *hvu@goodwinlaw.com*
                                                                 Hayes P. Hyde
                                                                 *hhyde@goodwinlaw.com*
                                                                 James Lin
                                                                 *jlin@goodwinlaw.com*
                                                                 **GOODWIN PROCTER LLP**

                                                                *Attorneys for Defendant:*
                                                                Otto Trucking LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 18, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of September in Menlo Park, California.

/s/ *Neel Chatterjee*
Neel Chatterjee