1 | Neel Chatterjee (SBN 173985)
  | *nchatterjee@goodwinlaw.com*
2 | James Lin (SBN 310440)
  | *jlin@goodwinlaw.com*
3 | **GOODWIN PROCTER LLP**
  | 135 Commonwealth Drive
4 | Menlo Park, California 94025
  | Tel.: +1 650 752 3100
5 | Fax.: +1 650 853 1038

6 | Brett Schuman (SBN 189247)
  | *bschuman@goodwinlaw.com*
7 | Shane Brun (SBN 179079)
  | *sbrun@goodwinlaw.com*
8 | Rachel M. Walsh (SBN 250568)
  | *rwalsh@goodwinlaw.com*
9 | Hayes P. Hyde (SBN 308031)
  | *hhyde@goodwinlaw.com*
10 | **GOODWIN PROCTER LLP**
   | Three Embarcadero Center
11 | San Francisco, California 94111
   | Tel.: +1 415 733 6000
12 | Fax.: +1 415 677 9041

13 | Hong-An Vu (SBN 266268)
   | *hvu@goodwinlaw.com*
14 | Todd A. Boock (SBN 181933)
   | *tboock@goodwinlaw.com*
   | **GOODWIN PROCTER LLP**
15 | 601 S. Figueroa Street, 41st Floor
   | Los Angeles, California 90017
16 | Tel.: +1 213 426 2500
   | Fax.: +1 213 623 1673
17
   | *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE PURSUANT TO ORDER REQUIRING RESPONSE DECLARATIONS (DKT NO. 1601)** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | Filed/Lodged Concurrently with: <br> 1. Admin. Mtn. to File Documents Under Seal <br> 2. Declaration of Neel Chatterjee <br> 3. Redacted/Unredacted Versions <br> 4. Proof of Service |

---

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Its Response Pursuant to Order Requiring Response Declarations (Dkt No. 1601) (the "Response").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the portions of the document listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Highly Confidential –Attorneys' Eyes Only" or "Confidential" information pursuant to the parties' protective order:

| **Document** | **Portions to Be Filed Under Seal** | **Designating Parties** |
|---|---|---|
| Response | Green-highlighted portions | Waymo |
| Response | Blue-highlighted portions | Uber and Ottomotto |

**IT IS SO ORDERED.**


Dated: _____, 2017   _____
                                      HON. WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE