QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC' MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE TS 96, AND *DAUBERT* MOTION (DKT. 1514) AND EXHIBITS THERETO** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Its Opposition to Defendants Uber Technologies, Inc. and Ottomotto, LLC's Motion for Summary Judgment, Motion to Strike TS 96, and *Daubert* Motion (Dkt. 1514) ("Waymo's Opposition") and Exhibits Thereto, filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Waymo's Opposition | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Jaffe Declaration | Highlighted Portions | Defendants (blue highlighting) |
| Exhibit 1 to Jaffe Declaration | Entire Document | Defendants; Waymo |
| Exhibit 3 to Jaffe Declaration | Entire Document | Waymo; Defendants |
| Exhibits 4-6 to Jaffe Declaration | Entire Document | Defendants; Waymo (green highlighting) |
| Exhibit 8 to Jaffe Declaration | Highlighted Portions | Waymo (red highlighting) |
| Exhibit 12 to Jaffe Declaration | Entire Document | Defendants; Waymo |
| Exhibit 13 to Jaffe Declaration | Entire Document | Defendants; Waymo (green highlighting) |
| Exhibit 14 to Jaffe Declaration | Entire Document | Defendants |
| Exhibit 15 to Jaffe Declaration | Entire Document | Defendants; Waymo (green highlighting) |

3. Specifically, the green or red highlighted portions of Waymo's Opposition and Exhibits 4-6, 8, 13, and 15, as well as the entirety of Exhibits 1, 3, and 12 contain or refer to trade secret and/or confidential business information, which Waymo seeks to seal.

4. The green or red highlighted portions of Waymo's Opposition and Exhibits 4-6, 8, 13, and 15, as well as the entirety of Exhibits 1, 3, and 12 contain, reference, and/or describe Waymo's

1  trade secrets.  The information Waymo seeks to seal includes the confidential design and functionality
2  of Waymo's proprietary autonomous vehicle system, including its LiDAR designs, which Waymo
3  maintains as secret.  I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-
4  47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31).  The public disclosure of
5  this information would give Waymo's competitors access to descriptions of the functionality or
6  features of Waymo's autonomous vehicle system.  If such information were made public, I understand
7  that Waymo's competitive standing would be significantly harmed.

8       5. Waymo's request to seal is narrowly tailored to those portions of Waymo's Opposition
9  and Exhibits 1, 3-6, 8, 12-13, and 15 that merit sealing.

10       6. Waymo only seeks to seal the portions of Waymo's Opposition and the Jaffe
11  Declaration (highlighted blue) and the entirety of Exhibits 2, 4-6, and 13-15 identified in the table
12  above because Waymo believes such information is considered confidential or non-public by
13  Defendants.

14      I declare under penalty of perjury under the laws of the State of California and the United
15  States of America that the foregoing is true and correct, and that this declaration was executed in San
16  Francisco, California, on September 18, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Felipe Corredor.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven