UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC' MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE TS 96, AND DAUBERT MOTION (DKT. 1514) AND EXHIBITS THERETO** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions of Its Opposition to Defendants Uber Technologies, Inc. and Ottomotto, LLC's Motion for Summary Judgment, Motion to Strike TS 96, and *Daubert* Motion (Dkt. 1514) and Exhibits Thereto ("Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Opposition | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Jaffe Declaration | Highlighted Portions | Defendants (blue highlighting) |
| Exhibit 1 to Jaffe Declaration | Entire Document | Defendants; Waymo |
| Exhibit 3 to Jaffe Declaration | Entire Document | Waymo; Defendants |
| Exhibits 4-6 to Jaffe Declaration | Entire Document | Defendants; Waymo (green highlighting) |
| Exhibit 8 to Jaffe Declaration | Highlighted Portions | Waymo (red highlighting) |
| Exhibit 12 to Jaffe Declaration | Entire Document | Defendants; Waymo |
| Exhibit 13 to Jaffe Declaration | Entire Document | Defendants; Waymo (green highlighting) |
| Exhibit 14 to Jaffe Declaration | Entire Document | Defendants |
| Exhibit 15 to Jaffe Declaration | Entire Document | Defendants; Waymo (green highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States Magistrate Judge