# EXHIBIT 8

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

Case

vs. No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

__________________________________/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF BENJAMIN INGRAM

WEDNESDAY, AUGUST 16, 2017

Reported by:
Anrae Wimberley
CSR No. 7778
Job No. 2678952

PAGES 1 - 281

it. And then we handed that back to the LiDAR team to 11:19:31
implement, and they had to -- they made some 11:19:32
adjustments as they implemented it. 11:19:35

[redacted]

[redacted]



MR. KAPGAN: Object to the form. 11:21:43

THE WITNESS: Yeah, my recollection is that the design Scott and I did was roughly 11:21:45 11:21:49

BY MR. MUINO: 11:21:49

Q. And this sentence in paragraph 3 refers to a 11:21:54

11:22:01

11:22:04

A. Yeah, that refers to -- 11:22:08