# EXHIBIT 8

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

vs.

Case No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

___________________________________/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF BENJAMIN INGRAM
WEDNESDAY, AUGUST 16, 2017

Reported by:
Anrae Wimberley
CSR No. 7778
Job No. 2678952

PAGES 1 - 281

it. And then we handed that back to the LiDAR team to implement, and they had to -- they made some adjustments as they implemented it. 11:19:31 11:19:32 11:19:35

[redacted]

[redacted]



[redacted]

MR. KAPGAN: Object to the form. 11:21:43
THE WITNESS: Yeah, my recollection is that the 11:21:45
design Scott and I did was roughly [redacted] 11:21:49
BY MR. MUINO: 11:21:49
Q. And this sentence in paragraph 3 refers to a 11:21:54
[redacted] 11:22:01
[redacted] 11:22:04
A. Yeah, that refers to -- [redacted] 11:22:08