# EXHIBIT 11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6              Plaintiff,
                                         Case
 7   vs.                             No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                Defendants.
10   _____/
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14        VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15            VOLUME III (PAGES 275 to 478)
16               FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No.  2641228
```

Page 275

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | found on your computer and that we found on Uber's | 10:17:32 |
| 2 | servers that we're going to be going over today. | 10:17:35 |
| 3 | Is that all right? | 10:17:36 |
| 4 | A.   This is correct. | 10:17:37 |
| 5 | MR. JAFFE:  I'm going to start with a document | 10:17:45 |
| 6 | labeled UBER00072128.  And this is going to be Exhibit | 10:17:49 |
| 7 | 106. | 10:17:49 |
| 8 | THE REPORTER:  I think you said you're starting | 10:17:49 |
| 9 | with 107. | |
| 10 | MR. JAFFE:  Excuse me.  Thank you. | 10:17:56 |
| 11 | 107.  This will be Exhibit 107. | 10:18:14 |
| 12 | (Plaintiff's Exhibit 107 was marked.) | 10:18:21 |
| 13 | BY MR. JAFFE: | 10:18:21 |
| 14 | Q.   Mr. Pennecot, do you recognize the document | 10:18:23 |
| 15 | that I've placed in front of you as Exhibit 107? | 10:18:26 |
| 16 | (Witness reviews document.) | 10:19:03 |
| 17 | A.   Yes, I do. | 10:19:04 |
| 18 | Q.   What is it? | 10:19:05 |
| 19 | A.   This is like a few lens designs I simulated. | 10:19:16 |
| 20 | Q.   Why did you create this presentation that's | 10:19:20 |
| 21 | Exhibit 107? | 10:19:23 |
| 22 | A.   To chat with James. | 10:19:25 |
| 23 | Q.   James who? | 10:19:27 |
| 24 | A.   Haslim. | 10:19:27 |
| 25 | Q.   The front page of this presentation that | 10:19:32 |

Page 285

| | | |
|---|---|---|
| 1 | we've marked as Exhibit 107, it says, "Gaetan." | 10:19:35 |
| 2 | You authored this; right? | 10:19:39 |
| 3 | A.   This is correct. | 10:19:40 |
| 4 | Q.   And you authored it on October 28th, 2016? | 10:19:44 |
| 5 | A.   This is what is written, but I believe it | 10:19:48 |
| 6 | took like a few days to get there. | 10:19:50 |
| 7 | Q.   Was this -- did you write this before or | 10:19:52 |
| 8 | after the decision was made to create a diode-based | 10:19:56 |
| 9 | LiDAR? | 10:19:57 |
| 10 | A.   I don't recall. | 10:20:01 |
| 11 | Q.   And you said you created Exhibit 107 to talk | 10:20:07 |
| 12 | with Mr. Haslim. | 10:20:07 |
| 13 | Why did you create Exhibit 107 to discuss | 10:20:12 |
| 14 | with him? | 10:20:13 |
| 15 | A.   So we need a basis for like designs, so I | 10:20:22 |
| 16 | took like a few designs that I know and I say this is | 10:20:26 |
| 17 | things that I believed what -- what it should be.  So | 10:20:36 |
| 18 | it's to compare. | 10:20:38 |
| 19 | Q.   When you said a few designs that you know, | 10:20:41 |
| 20 | what are you referring to? | 10:20:42 |
| 21 | A.   So, actually, let's put it this way: | 10:20:48 |
| 22 | Velodyne HDL-64 RX aspheric lens, I just assumed that | 10:20:58 |
| 23 | the Velodyne lens was aspheric.  So I don't know -- I | 10:21:00 |
| 24 | don't know it for sure.  Like it's possible designs. | 10:21:05 |
| 25 | Q.   And if you can turn to the page ending in | 10:21:13 |

Page 286

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | 135. | 10:21:14 |
| 2 |     Do you see there's something called a | 10:21:22 |
| 3 | Benchmark 1 design? | 10:21:24 |
| 4 |     A.   Yes. | 10:21:24 |
| 5 |     Q.   What does that refer to? | 10:21:26 |
| 6 |     A.   This is a lens I had experience with -- it's | 10:21:36 |
| 7 | a lens design that I've already worked on. | 10:21:43 |
| 8 |     Q.   When you say "already worked on," what do you | 10:21:45 |
| 9 | mean by that? | 10:21:46 |
| 10 |     A.   I worked on a similar lens at Google. | 10:21:51 |
| 11 |     Q.   Is this the GBR3 lens? | 10:21:54 |
| 12 |     A.   This is the GBR lens, so GBR2, GBR3. | 10:21:59 |
| 13 |     Q.   And so the information here describing this | 10:22:04 |
| 14 | lens is really describing Waymo's GBR lens design; is | 10:22:09 |
| 15 | that right? | 10:22:10 |
| 16 |     A.   This is not correct. | 10:22:11 |
| 17 |     Q.   How is that incorrect? | 10:22:14 |
| 18 |     A.   So material is the same, aspheric front | 10:22:21 |
| 19 | surface.  So there's -- we use an aspheric surface in | 10:22:32 |
| 20 | front, toroidal surface in the back.  And I believe | 10:22:38 |
| 21 | this is the same dimensions, aperture, same focal, | 10:22:51 |
| 22 | however, it's not the same equation. | 10:22:55 |
| 23 |     Q.   How do you know it's not the same equation? | 10:23:00 |
| 24 |     A.   Because it's impossible to go back to the | 10:23:04 |
| 25 | same equation.  I didn't -- you would have to remember | 10:23:10 |

Page 287

| | | |
|---|---|---|
| 1 | exactly the merit function to end up on the same | 10:23:14 |
| 2 | equation. | 10:23:15 |
| 3 | Q.   And you didn't remember the merit function | 10:23:17 |
| 4 | for the GBR lens? | 10:23:20 |
| 5 | A.   No. | 10:23:20 |
| 6 | Q.   Was the Benchmark 1 design lens your best | 10:23:24 |
| 7 | approximation of the merit function in the GBR design? | 10:23:30 |
| 8 | A.   Yes. | 10:23:30 |
| 9 | Q.   Looking back at this diagram, there's six | 10:23:43 |
| 10 | emitting points. | 10:23:45 |
| 11 | Do you see that? | 10:23:47 |
| 12 | A.   Yes, I do. | 10:23:49 |
| 13 | Q.   Why are there six emitting points here? | 10:23:53 |
| 14 | A.   These are my optimization angles.  Basically, | 10:24:02 |
| 15 | I optimize lenses in different areas.  You can | 10:24:07 |
| 16 | optimize a lens on axis, but here I wanted to optimize | 10:24:12 |
| 17 | on different angle.  So it's probably 0 degree, 2 | 10:24:17 |
| 18 | degree, 4 degrees, 6 degrees, 8 degrees, 10 degrees. | 10:24:22 |
| 19 | Q.   So is what's shown here, on page 135 of | 10:24:28 |
| 20 | Exhibit 107, is this showing the -- kind of the layout | 10:24:35 |
| 21 | of where the laser emitters would be or no? | 10:24:37 |
| 22 | A.   Not at all. | 10:24:39 |
| 23 | Q.   How many channels was the Benchmark 1 design | 10:24:48 |
| 24 | designed for? | 10:24:50 |
| 25 | A.   This is just a lens. | 10:24:53 |

Page 288