MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants submit this motion for an order to file under seal portions of their Reply in Support of Motion for Summary Judgment and Exhibits Thereto. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Reply in Support of Motion for Summary Judgment ("Reply") | Highlighted Portions | Plaintiff (Green) Otto Trucking (Blue) Velodyne (Yellow) |
| Exhibits 1-2 to Declaration of Shane Brun | Highlighted Portions | Otto Trucking (Blue) |
| Exhibit 3 to the Declaration of Shane Brun | Entirety | Otto Trucking |

The blue-highlighted portions of the Reply, the blue-highlighted portions of Exhibits 1-2 to the Declaration of Shane Brun, and the entirety of Exhibit 3 to the Declaration of Shane Brun contain highly confidential information regarding the details of a business agreement. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Defendants by giving them details into how defendants negotiate their business agreements, such that Defendants' competitive standing could be significantly harmed. (Yang Decl. ¶ 3.)

The green-highlighted portions of the Reply contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order. (Yang Decl. ¶ 4.)

The yellow-highlighted portions of the Reply contain highly confidential information of third-party Velodyne. Defendants request the Court keep this third-party's technical information secret to protect their competitive standing. (Yang Decl. ¶ 5.)

1    Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
2  documents at issue, with accompanying chamber copies.
3    Defendants served Waymo with this Administrative Motion to File Documents Under
4  Seal on September 18, 2017.
5    For the foregoing reasons, Defendants request that the Court enter the accompanying
6  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
7  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
8  ATTORNEYS' EYES ONLY."

Dated: September 18, 2017                MORRISON & FOERSTER LLP

                                         By:   */s/ Michael A. Jacobs*
                                               MICHAEL A. JACOBS

                                         Attorneys for Defendants
                                         UBER TECHNOLOGIES, INC. and
                                         OTTOMOTTO LLC