1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Upon consideration of Defendants' Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Sealed | Designating Party |
| --- | --- | --- |
| Reply in Support of Motion for Summary Judgment ("Reply") | Highlighted Portions | Plaintiff (Green) <br> Otto Trucking (Blue) <br> Velodyne (Yellow) |
| Exhibits 1-2 to Declaration of Shane Brun | Highlighted Portions | Otto Trucking (Blue) |
| Exhibit 3 to the Declaration of Shane Brun | Entirety | Otto Trucking |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge