# *EXHIBIT 1*

## *REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 1*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO DIVISION

4  _____

5  WAYMO LLC,                              )
                                           )
6              Plaintiff,                   )
                                           )
7     vs.                                   )   Case No.
                                           )   17-cv-00939-WHA
8  UBER TECHNOLOGIES, INC.;                 )
   OTTOMOTTO, LLC; OTTO TRUCKING LLC,       )
9                                           )
10             Defendants.                  )
11 _____     )

12

13    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

14

15     VIDEOTAPED 30(b)(6) DEPOSITION of OTTO TRUCKING

16      by and through its Designated Representative

17              ADAM BENTLEY, ESQ.

18          San Francisco, California

19          Tuesday, August 22, 2017

20               Volume I

21

22  Reported by:
    MARY J. GOFF
23  CSR No. 13427
    Job No. 2684904B

24

25  PAGES 1 - 95

                                          Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

```
1    issuance.                                           03:21:33

2           And then I would work with outside counsel   03:21:34

3    to provide a written consent and provide it to the  03:21:35

4    managing members for their approval and signature.  03:21:40

5       Q   So -- and it requires the majority of the    03:21:46

6    managing members to actually authorize a written    03:21:52

7    consent, right?                                      03:21:56

8       A   Correct.                                      03:21:58

9       Q   And that would -- because there's only two   03:21:58

10   managing members, that would require unanimity?      03:22:01

11      A   Correct.                                      03:22:05

12      Q   Have -- have there been any instance in      03:22:06

13   which only one of the two managing members has --    03:22:07

14   has approved of a written consent and the report was 03:22:11

15   not actually executed?                               03:22:16

16      A   No.  To my knowledge, the only written       03:22:19

17   consents that have been passed have been those that  03:22:23

18   have been signed by both managing members.  I'm not  03:22:25

19   aware of any instance where one refused to sign the  03:22:28

20   other.                                               03:22:32

21   ▮      ███████████████████████        █████████

     ███████████████████████████████       █████████

     ███████████████████████████████       █████████

     ██████  ██████████████████████        █████████

     ████████████████████████                         03:22:51
```

Page 72

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | duties. | 03:26:56 |
| 2 | Q    (BY MR. JUDAH) Does Mr. Levandowski owe a | 03:26:57 |
| 3 | duty of loyalty to Otto Trucking? | 03:26:59 |
| 4 | MR. SCHUMAN:  Same objections. | 03:27:02 |
| 5 | A    And again, I don't have the LLC Agreement | 03:27:05 |
| 6 | in front of me, but my understanding is that duties | 03:27:07 |
| 7 | are generally disclaimed. | 03:27:10 |
| 8 | Q    (BY MR. JUDAH) Is Mr. Levandowski | 03:27:15 |
| 9 | complying with all corporate duties he owes Otto | 03:27:17 |
| 10 | Trucking? | 03:27:19 |
| 11 | MR. SCHUMAN:  Objection, beyond the scope. | 03:27:21 |
| 12 | And I'm also going to instruct you not to reveal any | 03:27:22 |
| 13 | attorney/client privileged communications. | 03:27:26 |
| 14 | A    So as the notes indicate, the primary | 03:27:29 |
| 15 | activity -- | 03:27:33 |
| 16 | MS. EWINS:  Object as to form. | 03:27:35 |
| 17 | A    -- the primary matter that the managing | 03:27:37 |
| 18 | members have been -- have had to handle up to this | 03:27:40 |
| 19 | point have been equity issuances, of which there's | 03:27:46 |
| 20 | no more equity being issued.  And both managing | 03:27:49 |
| 21 | members perform their duties in connection with that | 03:27:54 |
| 22 | item. | 03:27:57 |
| 23 | Q    (BY MR. JUDAH) Has Mr. Levandowski | 03:27:58 |
| 24 | performed any corporate duties on behalf of Otto | 03:27:59 |
| 25 | Trucking since January 1, 2017? | 03:28:02 |

Page 76

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | MR. SCHUMAN:   Objection as to form. | 03:28:09 |
| 2 | A    I'm not aware that there's been a written | 03:28:13 |
| 3 | consent since the 1st of the year of 2017. | 03:28:16 |
| 4 | Q    (BY MR. JUDAH) And the written consent | 03:28:21 |
| 5 | would be the way any corporate action would -- would | 03:28:25 |
| 6 | take place? | 03:28:29 |
| 7 | A    Yes. | 03:28:30 |
| 8 | Q    So the same question with respect to Otto | 03:28:32 |
| 9 | Transport. | 03:28:35 |
| 10 | A    I'm not aware of any corporate action | 03:28:37 |
| 11 | taken by Otto Transport. | 03:28:40 |
| 12 | Q    Since January 1, 2017? | 03:28:43 |
| 13 | A    Correct. | 03:28:46 |
| 14 | Q    How about this -- going back to the | 03:28:55 |
| 15 | response for Topic 1, this Framework Agreement | 03:28:56 |
| 16 | between Otto Trucking and Uber, wasn't that some | 03:29:00 |
| 17 | sort of corporate action? | 03:29:03 |
| 18 | A    So that was an action taken in connection | 03:29:06 |
| 19 | with the Merger Agreement.  And in 2016, there was | 03:29:07 |
| 20 | already a broad approval by the managing members of | 03:29:11 |
| 21 | Otto Trucking to enter into the Merger Agreement and | 03:29:14 |
| 22 | other transactions or documents related thereto. | 03:29:17 |
| 23 | Q    Did someone sign that Framework Agreement | 03:29:21 |
| 24 | on May 18, 2017? | 03:29:24 |
| 25 | A    Yes. | 03:29:27 |

Page 77

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

```
 1

                                                          03:32:47

16       Q    The -- the trucks that Otto Transport    03:32:49

17  owns, they run -- they use LiDAR, right?           03:32:54

18       A    My understanding is they use off-the-shelf  03:32:59

19  commercially available LiDAR.                      03:33:03

20       Q    Who supplies that LiDAR?                 03:33:05

21       A    My understanding is those are            03:33:07

22  LiDARs.                                            03:33:10

23       Q    Have you received any compensation in    03:33:16

24  your -- your role as an officer of Otto Trucking?  03:33:20

25            MR. SCHUMAN:  Objection, beyond the scope.  03:33:23

                                               Page 80
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | question was specific to the Otto Transport-owned | 03:39:51 |
| 2 | trucks, yes. | 03:39:54 |
| 3 |     A    Okay. | 03:39:57 |
| 4 |     MR. SCHUMAN:  Objection as to form; beyond | 03:39:58 |
| 5 | the scope. | 03:39:58 |
| 6 |     A    No, I'm not aware of any fully autonomous | 03:40:02 |
| 7 | operation of any of Otto Transport's trucks. | 03:40:06 |
| 8 |     Q    (BY MR. JUDAH) Does Otto Trucking have any | 03:40:10 |
| 9 | knowledge as to when the Otto Transport-owned trucks | 03:40:12 |
| 10 | will be commercially launched as autonomous | 03:40:16 |
| 11 | vehicles? | 03:40:22 |
| 12 |     MR. SCHUMAN:  Objection as to form; | 03:40:23 |
| 13 | objection, beyond the scope of the 30(b)(6) Notice. | 03:40:25 |
| 14 |     A    Otto Trucking does not have knowledge as | 03:40:33 |
| 15 | to when those trucks will be commercialized or | 03:40:35 |
| 16 | exactly when they would be able to have fully | 03:40:38 |
| 17 | autonomous capabilities. | 03:40:40 |
| 18 |     Q    (BY MR. JUDAH) How close is Otto Trucking | 03:40:44 |
| 19 | to having custom LiDAR that is ready to go to | 03:40:47 |
| 20 | market? | 03:40:50 |
| 21 |     MR. SCHUMAN:  Objection as to form. | 03:40:53 |
| 22 |     A    Otto Trucking is nowhere close to that | 03:40:55 |
| 23 | since it doesn't have any custom LiDAR program. | 03:40:59 |
| 24 |     Q    (BY MR. JUDAH) Well, what else does Otto | 03:41:03 |
| 25 | Trucking need to do to get its custom LiDAR ready to | 03:41:04 |

Page 86

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | go to market? | 03:41:07 |
| 2 | MR. SCHUMAN:  Objection as to form.  Can | 03:41:08 |
| 3 | you repeat -- can you read back the question, | 03:41:10 |
| 4 | please? | 03:41:12 |
| 5 | Q    (BY MR. JUDAH) What else does Otto | 03:41:13 |
| 6 | Trucking need to do to get its custom LiDAR ready to | 03:41:14 |
| 7 | go to market? | 03:41:17 |
| 8 | A    Otto Trucking does not have a custom LiDAR | 03:41:19 |
| 9 | program. | 03:41:21 |
| 10 | Q    The LiDAR sensors that are on Otto | 03:41:23 |
| 11 | Trucking -- the LiDAR sensors that are on Otto | 03:41:26 |
| 12 | Transport's owned trucks, how much do they cost to | 03:41:30 |
| 13 | build? | 03:41:34 |
| 14 | MR. SCHUMAN:  Objection, beyond the scope | 03:41:34 |
| 15 | of the 30(b)(6) Notice.  Objection as to form. | 03:41:35 |
| 16 | A    The LiDAR that are on the four Otto | 03:41:40 |
| 17 | Transport trucks are purchased.  They are, to my | 03:41:45 |
| 18 | understanding, ██████████ commercially available | 03:41:48 |
| 19 | units. | 03:41:51 |
| 20 | Q    (BY MR. JUDAH) And how much do they cost | 03:41:51 |
| 21 | to purchase? | 03:41:53 |
| 22 | A    I do not -- | 03:41:54 |
| 23 | MR. SCHUMAN:  Objection, beyond the scope | 03:41:55 |
| 24 | of the 30(b)(6) Notice. | 03:41:56 |
| 25 | A    -- I don't know the cost of each of those | 03:41:57 |

Page 87

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

1    I, MARY J. GOFF, CSR No. 13427, Certified

2    Shorthand Reporter of the State of California,

3    certify;

4    That the foregoing proceedings were taken

5    before me at the time and place herein set forth, at

     which time the witness declared under penalty of

6    perjury; that the testimony of the witness and all

7    objections made at the time of the examination were

     recorded stenographically by me and were thereafter

8    transcribed under my direction and supervision; that

9    the foregoing is a full, true, and correct

10   transcript of my shorthand notes so taken and of the

     testimony so given;

11   That before completion of the deposition,

12   review of the transcript (  ) was (XX) was not

13   requested:    (   ) that the witness has failed or

14   refused to approve the transcript.

15   I further certify that I am not financially

     interested in the action, and I am not a relative or

16   employee of any attorney of the parties, nor of any

17   of the parties.

18   I declare under penalty of perjury under the

19   laws of California that the foregoing is true and

20   correct, dated this 24th day of August 2017.

21

22

23

24   _____

25   MARY J. GOFF, CSR No. 13427

Page 95