Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF SHANE BRUN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           September 20, 2017<br>Time:           8:00 a.m.<br>Courtroom:  8 (19th Floor)<br>Judge:          Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>    1. Defendants' Reply in Support of Motion for Summary Judgment<br><br>Trial:            October 10, 2017 |

ACTIVE/92616012.1

DECLARATION OF SHANE BRUN ISO REPLY ISO DEFENDANTS' MSJ                    CASE NO. 3:17-CV-00939-WHA

1  I, SHANE BRUN, declare:

2  1. I am a partner with the law firm Goodwin Procter LLP. I am a member in good
3  standing of the Bar of the State of California and the Bar of this Court. I make this declaration
4  based on personal knowledge and, if called as a witness, I could and would testify competently to
5  the matters set forth herein. I make this declaration in support of Defendants' Reply in Support of
6  Defendants' Motion for Summary Judgment.

7  2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition
8  of Adam Bentley in his capacity as the 30(b)(6) witness for Otto Trucking, dated August 22, 2017.

9  3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Deposition
10 of Lior Ron, dated June 19, 2017.

11 4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit D to the
12 Framework Agreement bearing Bates numbers OTTOTRUCKING00002925-2926.

13 I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct. Executed this 18th day of September, 2017 in San Francisco, California.

/s/ Shane Brun
SHANE BRUN

ACTIVE/92616012.1                                        1
DECLARATION OF SHANE BRUN ISO REPLY ISO                  CASE NO. 3:17-CV-00939-WHA
DEFENDANTS' MSJ

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file Declaration of Shane Brun in Support of Defendants' Reply in Support of Motion for Summary Judgment. In compliance with General Order 45, X.B., I hereby attest that Shane Brun has concurred in this filing.

Dated: September 18, 2017                         */s/ Michael A. Jacobs*
                                                                           MICHAEL A. JACOBS