# *EXHIBIT 1*

*REDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

*EXHIBIT 1*

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4       _____
 5       WAYMO LLC,                       )
                                          )
 6                    Plaintiff,          )
                                          )
 7          vs.                           )  Case No.
                                          )  17-cv-00939-WHA
 8       UBER TECHNOLOGIES, INC.;         )
         OTTOMOTTO, LLC; OTTO TRUCKING LLC,)
 9                                        )
10                    Defendants.         )
11       _____)
12
13         HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
14
15          VIDEOTAPED 30(b)(6) DEPOSITION of OTTO TRUCKING
16            by and through its Designated Representative
17                      ADAM BENTLEY, ESQ.
18                    San Francisco, California
19                   Tuesday, August 22, 2017
20                          Volume I
21
22       Reported by:
         MARY J. GOFF
23       CSR No. 13427
         Job No. 2684904B
24
25       PAGES 1 - 95
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | issuance. | 03:21:33 |
| 2 |     And then I would work with outside counsel | 03:21:34 |
| 3 | to provide a written consent and provide it to the | 03:21:35 |
| 4 | managing members for their approval and signature. | 03:21:40 |
| 5 | Q   So -- and it requires the majority of the | 03:21:46 |
| 6 | managing members to actually authorize a written | 03:21:52 |
| 7 | consent, right? | 03:21:56 |
| 8 | A   Correct. | 03:21:58 |
| 9 | Q   And that would -- because there's only two | 03:21:58 |
| 10 | managing members, that would require unanimity? | 03:22:01 |
| 11 | A   Correct. | 03:22:05 |
| 12 | Q   Have -- have there been any instance in | 03:22:06 |
| 13 | which only one of the two managing members has -- | 03:22:07 |
| 14 | has approved of a written consent and the report was | 03:22:11 |
| 15 | not actually executed? | 03:22:16 |
| 16 | A   No.  To my knowledge, the only written | 03:22:19 |
| 17 | consents that have been passed have been those that | 03:22:23 |
| 18 | have been signed by both managing members.  I'm not | 03:22:25 |
| 19 | aware of any instance where one refused to sign the | 03:22:28 |
| 20 | other. | 03:22:32 |
| 21 | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | |
| | [REDACTED] | 03:22:51 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | |
|---|---|---|
| 1 | duties. | 03:26:56 |
| 2 | Q    (BY MR. JUDAH) Does Mr. Levandowski owe a | 03:26:57 |
| 3 | duty of loyalty to Otto Trucking? | 03:26:59 |
| 4 | MR. SCHUMAN:  Same objections. | 03:27:02 |
| 5 | A    And again, I don't have the LLC Agreement | 03:27:05 |
| 6 | in front of me, but my understanding is that duties | 03:27:07 |
| 7 | are generally disclaimed. | 03:27:10 |
| 8 | Q    (BY MR. JUDAH) Is Mr. Levandowski | 03:27:15 |
| 9 | complying with all corporate duties he owes Otto | 03:27:17 |
| 10 | Trucking? | 03:27:19 |
| 11 | MR. SCHUMAN:  Objection, beyond the scope. | 03:27:21 |
| 12 | And I'm also going to instruct you not to reveal any | 03:27:22 |
| 13 | attorney/client privileged communications. | 03:27:26 |
| 14 | A    So as the notes indicate, the primary | 03:27:29 |
| 15 | activity -- | 03:27:33 |
| 16 | MS. EWINS:  Object as to form. | 03:27:35 |
| 17 | A    -- the primary matter that the managing | 03:27:37 |
| 18 | members have been -- have had to handle up to this | 03:27:40 |
| 19 | point have been equity issuances, of which there's | 03:27:46 |
| 20 | no more equity being issued.  And both managing | 03:27:49 |
| 21 | members perform their duties in connection with that | 03:27:54 |
| 22 | item. | 03:27:57 |
| 23 | Q    (BY MR. JUDAH) Has Mr. Levandowski | 03:27:58 |
| 24 | performed any corporate duties on behalf of Otto | 03:27:59 |
| 25 | Trucking since January 1, 2017? | 03:28:02 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MR. SCHUMAN: Objection as to form. | 03:28:09 |
| 2 | A   I'm not aware that there's been a written | 03:28:13 |
| 3 | consent since the 1st of the year of 2017. | 03:28:16 |
| 4 | Q   (BY MR. JUDAH) And the written consent | 03:28:21 |
| 5 | would be the way any corporate action would -- would | 03:28:25 |
| 6 | take place? | 03:28:29 |
| 7 | A   Yes. | 03:28:30 |
| 8 | Q   So the same question with respect to Otto | 03:28:32 |
| 9 | Transport. | 03:28:35 |
| 10 | A   I'm not aware of any corporate action | 03:28:37 |
| 11 | taken by Otto Transport. | 03:28:40 |
| 12 | Q   Since January 1, 2017? | 03:28:43 |
| 13 | A   Correct. | 03:28:46 |
| 14 | Q   How about this -- going back to the | 03:28:55 |
| 15 | response for Topic 1, this Framework Agreement | 03:28:56 |
| 16 | between Otto Trucking and Uber, wasn't that some | 03:29:00 |
| 17 | sort of corporate action? | 03:29:03 |
| 18 | A   So that was an action taken in connection | 03:29:06 |
| 19 | with the Merger Agreement.  And in 2016, there was | 03:29:07 |
| 20 | already a broad approval by the managing members of | 03:29:11 |
| 21 | Otto Trucking to enter into the Merger Agreement and | 03:29:14 |
| 22 | other transactions or documents related thereto. | 03:29:17 |
| 23 | Q   Did someone sign that Framework Agreement | 03:29:21 |
| 24 | on May 18, 2017? | 03:29:24 |
| 25 | A   Yes. | 03:29:27 |



```
 1   ▌  ▬▬   ▬▬▬▬▬▬                                    ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬
     ▌  ▬▬▬▬▬▬▬                                        ▬▬▬
     ▌  ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬                             ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                             ▬▬▬
     ▌  ▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬▬                            ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                              ▬▬▬
     ▌  ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                            ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                           ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                               ▬▬▬
     ▌  ▌  ▬▬  ▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬                       ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                             ▬▬▬
     ▌  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                             ▬▬▬
     ▌  ▬▬▬▬▬▬                                         03:32:47
16       Q    The -- the trucks that Otto Transport    03:32:49
17   owns, they run -- they use LiDAR, right?          03:32:54
18       A    My understanding is they use off-the-shelf  03:32:59
19   commercially available LiDAR.                     03:33:03
20       Q    Who supplies that LiDAR?                 03:33:05
21       A    My understanding is those are ▬▬▬▬       03:33:07
22   LiDARs.                                           03:33:10
23       Q    Have you received any compensation in    03:33:16
24   your -- your role as an officer of Otto Trucking? 03:33:20
25            MR. SCHUMAN:  Objection, beyond the scope. 03:33:23
```

Page 80

| | | |
|---|---|---|
| 1 | question was specific to the Otto Transport-owned | 03:39:51 |
| 2 | trucks, yes. | 03:39:54 |
| 3 |     A    Okay. | 03:39:57 |
| 4 |     MR. SCHUMAN: Objection as to form; beyond | 03:39:58 |
| 5 | the scope. | 03:39:58 |
| 6 |     A    No, I'm not aware of any fully autonomous | 03:40:02 |
| 7 | operation of any of Otto Transport's trucks. | 03:40:06 |
| 8 |     Q    (BY MR. JUDAH) Does Otto Trucking have any | 03:40:10 |
| 9 | knowledge as to when the Otto Transport-owned trucks | 03:40:12 |
| 10 | will be commercially launched as autonomous | 03:40:16 |
| 11 | vehicles? | 03:40:22 |
| 12 |     MR. SCHUMAN: Objection as to form; | 03:40:23 |
| 13 | objection, beyond the scope of the 30(b)(6) Notice. | 03:40:25 |
| 14 |     A    Otto Trucking does not have knowledge as | 03:40:33 |
| 15 | to when those trucks will be commercialized or | 03:40:35 |
| 16 | exactly when they would be able to have fully | 03:40:38 |
| 17 | autonomous capabilities. | 03:40:40 |
| 18 |     Q    (BY MR. JUDAH) How close is Otto Trucking | 03:40:44 |
| 19 | to having custom LiDAR that is ready to go to | 03:40:47 |
| 20 | market? | 03:40:50 |
| 21 |     MR. SCHUMAN: Objection as to form. | 03:40:53 |
| 22 |     A    Otto Trucking is nowhere close to that | 03:40:55 |
| 23 | since it doesn't have any custom LiDAR program. | 03:40:59 |
| 24 |     Q    (BY MR. JUDAH) Well, what else does Otto | 03:41:03 |
| 25 | Trucking need to do to get its custom LiDAR ready to | 03:41:04 |

Page 86

| | | |
|---|---|---|
| 1 | go to market? | 03:41:07 |
| 2 |     MR. SCHUMAN: Objection as to form. Can | 03:41:08 |
| 3 | you repeat -- can you read back the question, | 03:41:10 |
| 4 | please? | 03:41:12 |
| 5 |     Q  (BY MR. JUDAH) What else does Otto | 03:41:13 |
| 6 | Trucking need to do to get its custom LiDAR ready to | 03:41:14 |
| 7 | go to market? | 03:41:17 |
| 8 |     A  Otto Trucking does not have a custom LiDAR | 03:41:19 |
| 9 | program. | 03:41:21 |
| 10 |     Q  The LiDAR sensors that are on Otto | 03:41:23 |
| 11 | Trucking -- the LiDAR sensors that are on Otto | 03:41:26 |
| 12 | Transport's owned trucks, how much do they cost to | 03:41:30 |
| 13 | build? | 03:41:34 |
| 14 |     MR. SCHUMAN: Objection, beyond the scope | 03:41:34 |
| 15 | of the 30(b)(6) Notice. Objection as to form. | 03:41:35 |
| 16 |     A  The LiDAR that are on the four Otto | 03:41:40 |
| 17 | Transport trucks are purchased. They are, to my | 03:41:45 |
| 18 | understanding, [REDACTED] commercially available | 03:41:48 |
| 19 | units. | 03:41:51 |
| 20 |     Q  (BY MR. JUDAH) And how much do they cost | 03:41:51 |
| 21 | to purchase? | 03:41:53 |
| 22 |     A  I do not -- | 03:41:54 |
| 23 |     MR. SCHUMAN: Objection, beyond the scope | 03:41:55 |
| 24 | of the 30(b)(6) Notice. | 03:41:56 |
| 25 |     A  -- I don't know the cost of each of those | 03:41:57 |

Veritext Legal Solutions
866 299-5127

1  I, MARY J. GOFF, CSR No. 13427, Certified
2  Shorthand Reporter of the State of California,
3  certify;
4  That the foregoing proceedings were taken
5  before me at the time and place herein set forth, at
   which time the witness declared under penalty of
6  perjury; that the testimony of the witness and all
7  objections made at the time of the examination were
   recorded stenographically by me and were thereafter
8  transcribed under my direction and supervision; that
9  the foregoing is a full, true, and correct
10 transcript of my shorthand notes so taken and of the
   testimony so given;
11 That before completion of the deposition,
12 review of the transcript ( ) was (XX) was not
13 requested:   ( ) that the witness has failed or
14 refused to approve the transcript.
15 I further certify that I am not financially
   interested in the action, and I am not a relative or
16 employee of any attorney of the parties, nor of any
17 of the parties.
18 I declare under penalty of perjury under the
19 laws of California that the foregoing is true and
20 correct, dated this 24th day of August 2017.
21
22
23
24  _____
25  MARY J. GOFF, CSR No. 13427

Page 95