MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:    212.336.8330
Facsimile:     212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO DECLARATION OF JEFF NARDINELLI AND EXHIBITS THERETO** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal the Declaration of Arturo J. González in Response to Declaration of Jeff Nardinelli and Exhibits Thereto. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Arturo J. Gonzalez in Response to Declaration of Jeff Nardinelli ("Response Declaration") | Highlighted Portions | Waymo<br>Non-party Anthony Levandowski (yellow) |
| Exhibit 3 | Entirety | Waymo |
| Exhibit 4 | Highlighted Portions | Waymo |
| Exhibit 5 | Entirety | Waymo |
| Exhibit 8 | Highlighted Portions | Waymo (Green) |

The yellow-highlighted portions of the Response Declaration contain information designated confidential by counsel for non-party Anthony Levandowski. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)  Defendants expect this non-party to file a supporting declaration as needed.

The green-highlighted portions of the Response Declaration and Exhibits 4 and 8, as well as the entireties of Exhibits 3 and 5, contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Yang Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on September 18, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  September 18, 2017                           MORRISON & FOERSTER LLP

                                                    By:   */s/ Arturo J. González*
                                                          ARTURO J. GONZÁLEZ

                                                          Attorneys for Defendants
                                                          UBER TECHNOLOGIES, INC. and
                                                          OTTOMOTTO LLC