# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

```
       UNITED STATES DISTRICT COURT

     NORTHERN DISTRICT OF CALIFORNIA

         SAN FRANCISCO DIVISION

       Case No. 17-cv-00939-WHA
```

-----------------------------------x

WAYMO LLC,

        Plaintiff,

  - against -

UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;

OTTO TRUCKING LLC,

        Defendants.

-------------------------------------x


  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


       Videotaped 30(b)(6) Deposition

of GARY BROWN, taken by Defendants, held

at the offices of Morrison & Foerster LLP, 250 West 55th Street, at 9:59 a.m. on August 8, 2017, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.



Job No. 2671217A

Pages 1 - 305

| | | | |
|---|---|---|---|
| 1 | A. | That is correct. | 10:49:45AM |
| 2 | Q. | Are there any other | 10:49:45AM |
| 3 | | administrators? | 10:49:46AM |
| 4 | A. | Not that I know of. | 10:49:51AM |
| 5 | Q. | Has Mr. ▓▓▓ been the | 10:49:54AM |
| 6 | | administrator of the SVN log since January | 10:49:56AM |
| 7 | | of 2015? | 10:50:02AM |
| 8 | A. | I don't believe so. | 10:50:05AM |
| 9 | Q. | Who has been the administrator | 10:50:09AM |
| 10 | | of the SVN log from January 2015 forward, | 10:50:10AM |
| 11 | | if not Mr. ▓▓▓ | 10:50:14AM |
| 12 | A. | ▓▓▓▓▓ was the previous | 10:50:20AM |
| 13 | | administrator. | 10:50:22AM |
| 14 | Q. | And when was ▓▓▓ the | 10:50:26AM |
| 15 | | administrator for the SVN log? | 10:50:30AM |
| 16 | A. | I believe from the inception of | 10:50:38AM |
| 17 | | the server in early 2015 through the | 10:50:39AM |
| 18 | | summer, June or July, 2015 -- sorry, no, | 10:50:46AM |
| 19 | | June, July 2016. | 10:50:55AM |
| 20 | Q. | And after June or July of 2016, | 10:51:00AM |
| 21 | | ▓▓▓▓▓ took on responsibilities | 10:51:03AM |
| 22 | | for administering the SVN log, is that | 10:51:06AM |
| 23 | | correct? | 10:51:10AM |
| 24 | A. | That is correct. | 10:51:10AM |
| 25 | Q. | You do not have access to the | 10:51:22AM |

| | | |
|---|---|---|
| 1 | SVN log in the ordinary course of | 10:51:23AM |
| 2 | business, is that correct? | 10:51:25AM |
| 3 |       MR. BAKER:  Objection to form. | 10:51:29AM |
| 4 | A.      That is correct. | 10:51:31AM |
| 5 | Q.      So as part of Waymo's | 10:51:34AM |
| 6 | investigation, someone gave you a copy of | 10:51:35AM |
| 7 | the SVN log, is that correct? | 10:51:37AM |
| 8 | A.      That is correct. | 10:51:41AM |
| 9 | Q.      And that person, the person who | 10:51:44AM |
| 10 | gave you a copy of the SVN log was | 10:51:46AM |
| 11 | [REDACTED]       correct? | 10:51:49AM |
| 12 | A.      No. | 10:51:53AM |
| 13 | Q.      Who gave you a copy of the SVN | 10:51:54AM |
| 14 | log? | 10:51:56AM |
| 15 |       MR. BAKER:  I am going to | 10:52:00AM |
| 16 | caution the witness not to reveal the | 10:52:00AM |
| 17 | substance of any attorney-client | 10:52:03AM |
| 18 | communication, but you can give a name. | 10:52:04AM |
| 19 | A.      [REDACTED] | 10:52:07AM |
| 20 | Q.      When did Mr. [REDACTED] give you | 10:52:08AM |
| 21 | the SVN log? | 10:52:10AM |
| 22 |       MR. BAKER:  You can give a | 10:52:11AM |
| 23 | date. | 10:52:12AM |
| 24 | A.      February 21st, 20th or 21st, | 10:52:13AM |
| 25 | 2017. | 10:52:25AM |

```
 1              Do you see that?                       04:26:18PM
 2      A.      I do.                                  04:26:19PM
 3      ██  ████████████████████████████  ███████
██  ████████████████████████████  ███████
██  ████████████████████████████  ███████
██  ██████████████████            ███████
██          ████████    ███████   ███████
██      ██  ████████████████████  ███████
██          ████████████████████  ███████
██  ██████████████████████████████ ███████
██  ██████████████████████████████ ███████
██  ██                             ███████
██      ██  ██████████████████    ███████
██  ████████████████████████████  ███████
██  ████████████████████████████  ███████
██      ██  ██████████████        ███████
17              MR. BAKER:  Objection to form.        04:27:05PM
18      A.      Also, as a professional log           04:27:09PM
19   diver, I'll call myself, when we're doing        04:27:13PM
20   investigations, we don't keep things that        04:27:17PM
21   are not deemed explicitly relevant for           04:27:24PM
22   what we are trying to prove.                     04:27:26PM
23              It is bad data stewardship, it        04:27:31PM
24   takes up space, and it makes noise.              04:27:34PM
25      Q.      What were you asked to prove          04:27:36PM
```

```
 1              C E R T I F I C A T I O N
 2
 3       I, Jineen Pavesi, a Registered
 4   Professional Reporter, Registered Merit
 5   Reporter, Certified Realtime Reporter and
 6   a Notary Public, do hereby certify that
 7   the foregoing witness, GARY BROWN, was
 8   duly sworn on the date indicated, and that
 9   the foregoing is a true and accurate
10   transcription of my stenographic notes.
11       I further certify that I am not employed
12   by nor related to any party to this
13   action.
14
...
23            JINEEN PAVESI, RPR, RMR, CRR
```

*[Signature: Jineen Pavesi, RPR, RMR]*