# EXHIBIT 2

| | |
|---|---|
| **From:** | Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> |
| **Sent:** | Monday, September 11, 2017 2:35 PM |
| **To:** | Maxwell Pritt; UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; John Cooper (JCooper@fbm.com); Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | RE: Waymo v. Uber - Waymo PROD060 |
| **Attachments:** | -Waymo- 20170911 PROD060-PROD063 Privilege Log.pdf |

- External Email -

Max,

We produced additional M&A-related documents on Saturday via PROD061 and PROD063.  We are reviewing a final set of responsive documents and will produce them as soon as we are ready.  Attached please find our privilege log corresponding to PROD060 through PROD063.

Thanks,
Jeff

**From:** Maxwell Pritt [mailto:mpritt@BSFLLP.com]
**Sent:** Sunday, September 10, 2017 7:24 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; John Cooper (JCooper@fbm.com) <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Hi Jeff, please let me know about the issues below when you get a chance.  Thank you.

Best,
Max

**From:** Maxwell Pritt
**Sent:** Saturday, September 09, 2017 1:32 PM
**To:** 'Jeff Nardinelli'; UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; John Cooper (JCooper@fbm.com); Matthew Cate
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber - Waymo PROD060

Hi Jeff,

Please let us know if Thursday's production was the complete production of documents responsive to RFPs 170, 172, and 173.  Also, please let us know when Waymo will produce the privilege log associated with this production.  Thanks very much.

Best,
Max

---

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Thursday, September 07, 2017 3:33 PM
**To:** UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit; John Cooper (JCooper@fbm.com); Matthew Cate
**Cc:** QE-Waymo
**Subject:** Waymo v. Uber - Waymo PROD060

Counsel,

Please find at the link below Waymo production PROD060.

https://sendfile.quinnemanuel.com/pkg?token=f9d043bc-3cd5-4e5c-b320-0097ae60e65d

I'll send the password separately.

**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]