# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
          UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF CALIFORNIA

           SAN FRANCISCO DIVISION

         Case No. 17-cv-00939-WHA
```

------------------------------------x

WAYMO LLC,

        Plaintiff,

  - against -

UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;

OTTO TRUCKING LLC,

        Defendants.

------------------------------------x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

       Videotaped 30(b)(6) Deposition

of GARY BROWN, taken by Defendants, held

at the offices of Morrison & Foerster LLP, 250 West 55th Street, at 9:59 a.m. on August 8, 2017, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Job No. 2671217A

Pages 1 - 305

| | | | |
|---|---|---|---|
| 1 | A. | That is correct. | 10:49:45AM |
| 2 | Q. | Are there any other | 10:49:45AM |
| 3 | administrators? | | 10:49:46AM |
| 4 | A. | Not that I know of. | 10:49:51AM |
| 5 | Q. | Has Mr. ▇▇▇ been the | 10:49:54AM |
| 6 | administrator of the SVN log since January | | 10:49:56AM |
| 7 | of 2015? | | 10:50:02AM |
| 8 | A. | I don't believe so. | 10:50:05AM |
| 9 | Q. | Who has been the administrator | 10:50:09AM |
| 10 | of the SVN log from January 2015 forward, | | 10:50:10AM |
| 11 | if not Mr. ▇▇▇ | | 10:50:14AM |
| 12 | A. | ▇▇▇ was the previous | 10:50:20AM |
| 13 | administrator. | | 10:50:22AM |
| 14 | Q. | And when was ▇▇▇ the | 10:50:26AM |
| 15 | administrator for the SVN log? | | 10:50:30AM |
| 16 | A. | I believe from the inception of | 10:50:38AM |
| 17 | the server in early 2015 through the | | 10:50:39AM |
| 18 | summer, June or July, 2015 -- sorry, no, | | 10:50:46AM |
| 19 | June, July 2016. | | 10:50:55AM |
| 20 | Q. | And after June or July of 2016, | 10:51:00AM |
| 21 | ▇▇▇ took on responsibilities | | 10:51:03AM |
| 22 | for administering the SVN log, is that | | 10:51:06AM |
| 23 | correct? | | 10:51:10AM |
| 24 | A. | That is correct. | 10:51:10AM |
| 25 | Q. | You do not have access to the | 10:51:22AM |

| | | | |
|---|---|---|---|
| 1 | SVN log in the ordinary course of | | 10:51:23AM |
| 2 | business, is that correct? | | 10:51:25AM |
| 3 | MR. BAKER: Objection to form. | | 10:51:29AM |
| 4 | A. That is correct. | | 10:51:31AM |
| 5 | Q. So as part of Waymo's | | 10:51:34AM |
| 6 | investigation, someone gave you a copy of | | 10:51:35AM |
| 7 | the SVN log, is that correct? | | 10:51:37AM |
| 8 | A. That is correct. | | 10:51:41AM |
| 9 | Q. And that person, the person who | | 10:51:44AM |
| 10 | gave you a copy of the SVN log was | | 10:51:46AM |
| 11 | ▮▮▮▮▮▮▮▮ correct? | | 10:51:49AM |
| 12 | A. No. | | 10:51:53AM |
| 13 | Q. Who gave you a copy of the SVN | | 10:51:54AM |
| 14 | log? | | 10:51:56AM |
| 15 | MR. BAKER: I am going to | | 10:52:00AM |
| 16 | caution the witness not to reveal the | | 10:52:00AM |
| 17 | substance of any attorney-client | | 10:52:03AM |
| 18 | communication, but you can give a name. | | 10:52:04AM |
| 19 | A. ▮▮▮▮▮▮▮▮ | | 10:52:07AM |
| 20 | Q. When did Mr. ▮▮▮ give you | | 10:52:08AM |
| 21 | the SVN log? | | 10:52:10AM |
| 22 | MR. BAKER: You can give a | | 10:52:11AM |
| 23 | date. | | 10:52:12AM |
| 24 | A. February 21st, 20th or 21st, | | 10:52:13AM |
| 25 | 2017. | | 10:52:25AM |

Page 229

```
 1              Do you see that?                  04:26:18PM
 2      A.      I do.                             04:26:19PM
 3      █      ████████████████████              ████
        █  ████████████████████████               ████
        █  ████████████████████████               ████
        █  ████████████                           ████
        █       ██████      ████████              ████
        █  █    ████████████████████              ████
        █       ████████████████████              ████
        █  ██████████████████████████             ████
        █  ██████████████████████████             ████
        █  ██                                     ████
        █  █    ███████████████                   ████
        █  ██████████████████████████             ████
        █  ██████████████████████████             ████
        █  █    ██████████                        ████
17              MR. BAKER:  Objection to form.    04:27:05PM
18      A.      Also, as a professional log       04:27:09PM
19   diver, I'll call myself, when we're doing    04:27:13PM
20   investigations, we don't keep things that    04:27:17PM
21   are not deemed explicitly relevant for       04:27:24PM
22   what we are trying to prove.                 04:27:26PM
23              It is bad data stewardship, it    04:27:31PM
24   takes up space, and it makes noise.          04:27:34PM
25      Q.      What were you asked to prove      04:27:36PM
```

```
                   C E R T I F I C A T I O N


     I, Jineen Pavesi, a Registered
Professional Reporter, Registered Merit
Reporter, Certified Realtime Reporter and
a Notary Public, do hereby certify that
the foregoing witness, GARY BROWN, was
duly sworn on the date indicated, and that
the foregoing is a true and accurate
transcription of my stenographic notes.
     I further certify that I am not employed
by nor related to any party to this
action.
```

*Jineen Pavesi, RPR, RMR*

JINEEN PAVESI, RPR, RMR, CRR