# EXHIBIT 6

| Date | Volume | Bates Start | Bates End | Number of Docs in Volume |
|---|---|---|---|---|
| 7/6 | PROD016 | WAYMO-UBER-00016963 | WAYMO-UBER-00020815 | 890 |
| 7/7 | PROD017 | WAYMO-UBER-00020816 | WAYMO-UBER-00026134 | 1,216 |
| 7/12 | PROD018 | WAYMO-UBER-00026135 | WAYMO-UBER-00026476 | 114 |
| 7/13 | PROD019 | WAYMO-UBER-00026477 | WAYMO-UBER-00026477 | 1 |
| 7/13 | PROD020 | WAYMO-UBER-00026478 | WAYMO-UBER-00027046 | 137 |
| 7/14 | PROD021 | WAYMO-UBER-00027047 | WAYMO-UBER-00029263 | 873 |
| 7/14 | PROD022 | WAYMO-UBER-00029264 | WAYMO-UBER-00029265 | 2 |
| 7/15 | PROD023 | WAYMO-UBER-00029266 | WAYMO-UBER-00029354 | 40 |
| 7/21 | PROD024 | WAYMO-UBER-00029355 | WAYMO-UBER-00031413 | 376 |
| 7/21 | PROD024A | WAYMO-UBER-00031414 | WAYMO-UBER-00031430 | 2 |
| 7/24 | PROD025 | WAYMO-UBER-00031431 | WAYMO-UBER-00032540 | 53 |
| 7/25 | PROD026 | WAYMO-UBER-00032541 | WAYMO-UBER-00032541 | 1 |
| 7/27 | PROD027 | WAYMO-UBER-00032542 | WAYMO-UBER-00032559 | 16 |
| 7/27 | PROD028 | WAYMO-UBER-00032560 | WAYMO-UBER-00032573 | 1 |
| 7/28 | PROD029 | WAYMO-UBER-00032574 | WAYMO-UBER-00032588 | 4 |
| 7/31 | PROD030 | WAYMO-UBER-00032589 | WAYMO-UBER-00033600 | 591 |
| 8/1 | PROD031 | WAYMO-UBER-00033601 | WAYMO-UBER-00033608 | 1 |
| 8/2 | PROD032 | WAYMO-UBER-00033609 | WAYMO-UBER-00033949 | 68 |

| 8/3 | PROD033 | WAYMO-UBER-00033950 | WAYMO-UBER-00034195 | 122 |
| --- | --- | --- | --- | --- |
| 8/3 | PROD034 | WAYMO-UBER-00011762.R | WAYMO-UBER-00011762.R | 1 |
| 8/7 | PROD035 | WAYMO-UBER-00034071.C | WAYMO-UBER-00034073.C | 1 |
| 8/7 | PROD036 | WAYMO-UBER-00034196 | WAYMO-UBER-00036457 | 455 |
| 8/8 | PROD037 | WAYMO-UBER-00036458 | WAYMO-UBER-00038840 | 1,326 |
| 8/8 | PROD038 | WAYMO-UBER-00038841 | WAYMO-UBER-00039432 | 307 |
| 8/8 | PROD039 | WAYMO-UBER-00029365.C | WAYMO-UBER-00029378.C | 1 |
| 8/8 | PROD040 | WAYMO-UBER-00039433 | WAYMO-UBER-00039433 | 1 |
| 8/10 | PROD041 | WAYMO-UBER-00039434 | WAYMO-UBER-00040170 | 612 |
| 8/11 | PROD042 | WAYMO-UBER-00040171 | WAYMO-UBER-00040332 | 15 |
| 8/14 | PROD043 | WAYMO-UBER-00040333 | WAYMO-UBER-00041661 | 573 |
| 8/15 | PROD044 | WAYMO-UBER-00041662 | WAYMO-UBER-00045057 | 131 |
| 8/16 | PROD045 | WAYMO-UBER-00045058 | WAYMO-UBER-00047267 | 862 |
| 8/17 | PROD046 | WAYMO-UBER-00047268 | WAYMO-UBER-00047645 | 197 |
| 8/17 | PROD047 | WAYMO-UBER-00047646 | WAYMO-UBER-00048065 | 420 |
| 8/18 | PROD048 | WAYMO-UBER-00048066 | WAYMO-UBER-00049929 | 290 |
| 8/22 | PROD049 | WAYMO-UBER-00004093 | WAYMO-UBER-00029329.R | 53 |
| 8/21 | PROD050 | WAYMO-UBER-00049930 | WAYMO-UBER-00050420 | 152 |
| 8/22 | PROD051A | WAYMO-UBER-00056922 | WAYMO-UBER-00056922 | 1 |

| Date | Prod | Begin Bates | End Bates | Count |
|---|---|---|---|---|
| 8/24 | PROD051 | WAYMO-UBER-00050421 | WAYMO-UBER-00056921 | 2,156 |
| N/A | PROD052 | N/A | N/A | N/A |
| 8/24 | PROD053 | WAYMO-UBER-00056923 | WAYMO-UBER-00083634 | 4,962 |
| 8/24 | PROD054 | WAYMO-UBER-00083635 | WAYMO-UBER-00085007 | 114 |
| 8/24 | PROD055 | WAYMO-UBER-00029412.R | WAYMO-UBER-00032383.C | 2 |
| 8/24 | PROD056 | WAYMO-UBER-00085008 | WAYMO-UBER-00085778 | 116 |
| 9/1 | PROD057 | WAYMO-UBER-00085779 | WAYMO-UBER-00086799 | 88 |
| 9/2 | PROD058 | WAYMO-UBER-00086800 | WAYMO-UBER-00086979 | 45 |
| 9/2 | PROD059 | WAYMO-UBER-00003220.N | WAYMO-UBER-00061869.N | 5 |
| 9/7 | PROD060 | WAYMO-UBER-00086980 | WAYMO-UBER-00088674 | 284 |
| 9/9 | PROD061 | WAYMO-UBER-00088675 | WAYMO-UBER-00095021 | 1,222 |
| 9/9 | PROD062 | WAYMO-UBER-00095022 | WAYMO-UBER-00095711 | 7 |
| 9/9 | PROD063 | WAYMO-UBER-00095712 | WAYMO-UBER-00096282 | 28 |
| N/A | PROD064 | N/A | N/A | N/A |
| 9/17 | PROD065 | WAYMO-UBER-00096283 | WAYMO-UBER-000139194 | 3,397 |