# EXHIBIT 9

| | |
|---|---|
| **From:** | Lindsay Cooper <lindsaycooper@quinnemanuel.com> |
| **Sent:** | Tuesday, August 29, 2017 12:45 PM |
| **To:** | Dolphin, Rachel S.; QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com)'; uber-sg@lists.susmangodfrey.com; jcooper@fbm.com; mcate@fbm.com |
| **Subject:** | RE: Waymo v. Uber: presentations discussing Waymo milestones |

Rachel,

Unfortunately, producing additional document metadata for all of the documents where we listed "Google" as the custodian is not feasible. We listed "Google" to denote produced documents collected through noncustodial means in two situations: (1) where there is no specific owner of a document because it exists in a database (for example, a contract or agreement); or (2) where the document was collected manually by someone not necessarily affiliated with the document itself (for example, someone working with Google's legal team). I am assuming that for the first category, you agree with listing "Google" as the custodian. For the second category, in order to collect additional document metadata we would need to manually trace the document to its owner, collect it and the metadata again, and then associate the metadata with the produced document.

Given the burden of this task, we cannot do it for all 3,807 documents in our production that list "Google" as a custodian. Instead, if you have a limited set of specific documents you would like us to investigate, please provide a list and we will work on those.

We disagree with the remaining statements in your email below. If Uber believed it needed this information for depositions, it should have raised this issue with Waymo through the meet and confer process prior to those depositions. Waymo will not be presenting its witnesses a second time because Uber failed to do so.

Lindsay

**From:** Lindsay Cooper
**Sent:** Monday, August 28, 2017 10:02 AM
**To:** 'Dolphin, Rachel S.' <RDolphin@mofo.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com)' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; uber-sg@lists.susmangodfrey.com; jcooper@fbm.com; mcate@fbm.com
**Subject:** RE: Waymo v. Uber: presentations discussing Waymo milestones

Rachel,

We're looking into your request regarding custodial information for documents that list "Google" as a custodian, and we'll get back to you.

Lindsay

**From:** Dolphin, Rachel S. [mailto:RDolphin@mofo.com]
**Sent:** Sunday, August 27, 2017 10:07 PM
**To:** Lindsay Cooper <lindsaycooper@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>

1

**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com)' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; uber-sg@lists.susmangodfrey.com; jcooper@fbm.com; mcate@fbm.com
**Subject:** RE: Waymo v. Uber: presentations discussing Waymo milestones

Lindsay,

Contrary to your email, the custodian of these documents is not listed as Ron Medford. Instead the listed custodian is "Google." Thus, we did not come across these documents in preparing for Medford's deposition.

The fact that Waymo did not provide proper custodian information for these highly relevant documents has prejudiced defendants' ability to question the proper witnesses about them. Defendants reserve all rights, including to re-depose the proper custodians.

Please provide updated load files with the correct custodian information for the documents cited, as well as identify and provide the bates and custodian information for the "other" documents that you reference in your email below, as searching Medford's custodial files does not pull them up.

In addition, as previously requested, please provide custodian information for all documents that only list "Google" as the custodian or do not have a custodian listed.

Please provide updated load files that contain the proper custodians by 11 am tomorrow.

**Rachel Dolphin**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.7263
RDolphin@mofo.com | www.mofo.com

---

**From:** Lindsay Cooper [mailto:lindsaycooper@quinnemanuel.com]
**Sent:** Friday, August 25, 2017 3:55 PM
**To:** Dolphin, Rachel S.; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com)'; uber-sg@lists.susmangodfrey.com; jcooper@fbm.com; mcate@fbm.com
**Subject:** RE: Waymo v. Uber: presentations discussing Waymo milestones

- External Email -

Rachel,

If you search Mr. Medford's custodial production for the word "milestones," you should be able to find what you're looking for. But specifically, you should review WAYMO-UBER-00042420, WAYMO-UBER-00042624, WAYMO-UBER-00042794, and WAYMO-UBER-00031464, among others.

Lindsay

**From:** Dolphin, Rachel S. [mailto:RDolphin@mofo.com]
**Sent:** Thursday, August 24, 2017 9:48 PM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; 'Otto Trucking at Goodwin (DG-

2

GPOttoTruckingWaymo@goodwinlaw.com)' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; uber-sg@lists.susmangodfrey.com; jcooper@fbm.com; mcate@fbm.com
**Subject:** RE: Waymo v. Uber: presentations discussing Waymo milestones

Counsel,

We have not heard back about these powerpoint presentations. Please identify the Bates numbers of these documents or immediately produce them.

If we do not hear back from you tonight, we request a meet and confer on this issue.

**Rachel Dolphin**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.7263
RDolphin@mofo.com | www.mofo.com

---

**From:** Dolphin, Rachel S.
**Sent:** Wednesday, August 23, 2017 11:42 PM
**To:** QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; 'Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com)'; uber-sg@lists.susmangodfrey.com; jcooper@fbm.com; mcate@fbm.com
**Subject:** Waymo v. Uber: presentations discussing Waymo milestones

Counsel,

At his deposition, Ron Medford testified that he attended multiple meetings with the Waymo leadership team that included powerpoint presentations discussing milestones (for example, pp. 123-124 & 145-146 of his rough transcript).  Please identify the Bates numbers of those documents or immediately produce them.

**Rachel Dolphin**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.7263
RDolphin@mofo.com | www.mofo.com


===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.


===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.