1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
13 Los Angeles, California  90017
   Tel.: +1 213 426 2500
14 Fax.: +1 213 623 1673

15 *Attorneys for Defendant: Otto Trucking LLC*

16                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
17                        **SAN FRANCISCO DIVISION**
18

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Courtroom:  8 |
| Defendants. | Judge:       Hon. William Alsup |
| | Filed/Lodged Concurrently with: |
| | 1. Motion to Remove Incorrectly Filed Document |
| | Trial:         October 10, 2017 |

ACTIVE/92628824.1

[PROPOSED] ORDER GRANTING MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT                                    Case No. 3:17-cv-00939-WHA

1   Upon consideration of Otto Trucking's Motion to Remove Incorrectly Filed Document,
2   and good cause appearing, the Court hereby GRANTS the Motion.  Docket No. 1627 is hereby
3   removed from the docket of the above-captioned case.
4   **IT IS SO ORDERED.**

7   Dated: _____

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE