Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION AND NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR CONTINUANCE OF TRIAL DATE**<br><br>Courtroom:   8 (19th Floor)<br>Judge:           Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Neel Chatterjee<br>2. Admin. Mtn. to File Document Under Seal<br>3. Unredacted/Redacted Version<br>4. Proof of Service<br>Trial:            October 10, 2017 |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Its Opposition and Notice to Join and Adopt Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Opposition to Plaintiff Waymo LLC's Motion for Continuance of Trial Date (the "Administrative Motion").   Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the portions of the document listed below that are adequately supported by declarations provided by Anthony Levandowski as containing "Confidential" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Designating Parties |
|---|---|---|
| Opposition and Joinder | Yellow highlighted portions | Anthony Levandowski |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ACTIVE/92629392.1                                                1
[PROPOSED] ORDER GRANTING ADMININSTRATIVE
MOTION TO FILE UNDER SEAL                                    CASE NO. 3:17-CV-00939-WHA