Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE**<br><br>Courtroom:   8 (19th Floor)<br>Judge:           Hon. William Alsup<br><br>Trial Date:    October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Motion to File Document Under Seal<br>2. Declaration of Neel Chatterjee<br>3. [Proposed] Order<br>4. Unredacted/Redacted Version |

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is: 601 South Figueroa Street, 41ST Floor, Los Angeles, California 90017.

On **September 18, 2017**, I served the following documents on the persons below as follows:

***UNREDACTED CORRECTED VERSION OF*** *DEFENDANT OTTO TRUCKING'S OPPOSITION AND NOTICE TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR CONTINUANCE OF TRIAL DATE*

| RECIPIENT | EMAIL ADDRESS |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700 | Counsel for Plaintiff: *Waymo LLC*<br><br>QEWaymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100 | |
| Michelle W. Fox<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia<br>Telephone: 011.61.2.9146.3500 | |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | Counsel for Plaintiff: *Waymo LLC*<br><br>lcunningham@wsgr.com |

| | | |
|---|---|---|
| 1 | Arturo J. Gonzalez<br>Daniel Pierre Muino | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | Eric Akira Tate | |
| 3 | Esther Kim Chang<br>Matthew Ian Kreeger | UberWaymoMoFoAttorneys@mofo.com |
| 4 | Michael A. Jacobs<br>MORRISON & FOERSTER LLP | |

Arturo J. Gonzalez
Daniel Pierre Muino
Eric Akira Tate
Esther Kim Chang
Matthew Ian Kreeger
Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Michelle Ching Youn Yang
MORRISON FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: 202.887.1500
Facsimile: 202.887.0763

Rudolph Kim
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone: 650.813.5600
Facsimile: 650.494.0792

Wendy Joy Ray
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*

UberWaymoMoFoAttorneys@mofo.com

Michael Darron Jay
BOIES SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.752.2400
Facsimile: 310.752.2490

Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*

BSF_EXTERNAL_UberWaymoLit@bsfllp.com

Meredith Richardson Dearborn
BOIES SCHILLER FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA 94301
Telephone: 650.445.6400
Facsimile: 650.329.8507

| | | |
|---|---|---|
| 1 | Hamish Hume | |
| 2 | Jessica E Phillips<br>Karen Leah Dunn | |
| 3 | Kyle N. Smith<br>Martha Lea Goodman | |
| 4 | BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW | |
| 5 | Washington, DC 20005<br>Telephone: 202.237.2727 | |
| 6 | Facsimile: 202.237.6131 | |
| 7 | John P. Lahad<br>Joseph S. Grinstein | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 8 | SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100 | Uber-sg@lists.susmangodfrey.com |
| 9 | Houston, TX  77002<br>Telephone: 713.653.7859 | |

William Christopher Carmody
Shawn J. Rabin
Cory Buland
Halley W. Josephs
Ian M. Gore
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: 212.336.8330

Genevieve Vose Wallace
Matthew R. Berry
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: 206.516.3836

John L. Cooper                                                        Appointed by Court as: *Special Master*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor                                     jcooper@fbm.com
San Francisco, CA  94104
Telephone: 415.954.4410
Facsimile: 415.954.4480

☑ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **September 18, 2017**, at Los Angeles, California.

| Jennifer Vosler | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |