IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE TRANSCRIPT OF TODAY'S SEALED CONFERENCE**

The transcript of the sealed conference held today (*see* Dkt. Nos. 1537, 1643) shall be kept under seal until further order of the Court. The court reporter may release the transcript to the parties and the special master.

**IT IS SO ORDERED.**

Dated: September 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE