# UNREDACTED VERSION OF EXHIBIT 25 SOUGHT TO BE FILED UNDER SEAL

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO DIVISION
4                           --oOo--
5    WAYMO LLC,
6                Plaintiff,
                                              Case
7    vs.                               No. 3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
9
                 Defendants.
10   _____/
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK
15                         VOLUME II
16             WEDNESDAY, SEPTEMBER 6, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2693569
24
25   Pages 178 - 317
```

Page 178

| | | |
|---|---|---|
| 1 | BY MR. GONZALEZ: | 15:16:09 |
| 2 |     Q.    Right. | |
| 3 |         But regardless of whatever they knew, your | 15:16:10 |
| 4 | state of mind, when you wrote this e-mail, was that | 15:16:12 |
| 5 | you didn't want lawyers suggesting to anyone that it | 15:16:15 |
| 6 | was suspicious to download the entire database because | 15:16:18 |
| 7 | you knew that that's how you programmed the | 15:16:20 |
| 8 | instructions to operate; correct? | 15:16:21 |
| 9 |     MR. BAKER:  Counsel, if you can let the witness | 15:16:24 |
| 10 | finish his answers, please. | 15:16:27 |
| 11 |     MR. GONZALEZ:  I thought he did. | |
| 12 |     MR. BAKER:  And objection to form. | 15:16:29 |
| 13 |     THE WITNESS:  That was long.  Could you repeat | 15:16:30 |
| 14 | that, please. | 15:16:32 |
| 15 | BY MR. GONZALEZ: | 15:16:32 |
| 16 |     Q.    Yeah. | 15:16:32 |
| 17 |         The reason why it was making you | 15:16:34 |
| 18 | uncomfortable that lawyers would ascribe suspicion to | 15:16:39 |
| 19 | downloading the entire repository is because you knew | 15:16:42 |
| 20 | that anybody who followed your instructions would | 15:16:46 |
| 21 | automatically download the entire repository; true? | 15:16:50 |
| 22 |     MR. BAKER:  Objection to form. | 15:16:51 |
| 23 |     THE WITNESS:  I was concerned about setting a | 15:16:55 |
| 24 | precedent for that one action in isolation being in | 15:17:02 |
| 25 | and of itself a marker of suspicion. | 15:17:06 |

| | | |
|---|---|---|
| 1 | THE WITNESS: I don't remember, actually. | 16:02:19 |
| 2 | BY MR. GONZALEZ: | 16:02:19 |
| 3 | Q. Did you report to the lawyers what you just | 16:02:21 |
| 4 | told me, that the activity of ▮▮▮▮▮ looks essentially | 16:02:25 |
| 5 | normal? | 16:02:26 |
| 6 | MR. BAKER: Objection to form. | 16:02:28 |
| 7 | THE WITNESS: I don't remember. I don't know that | 16:02:32 |
| 8 | anyone has asked me to pass judgment on ▮▮▮▮▮ | 16:02:36 |
| 9 | BY MR. GONZALEZ: | 16:02:36 |
| 10 | Q. So you may have answered my next question, | 16:02:40 |
| 11 | which is, did anybody ask you, after you provided | 16:02:43 |
| 12 | information on ▮▮▮▮▮ activity, whether or not the | 16:02:47 |
| 13 | activity that you noticed was abnormal? | 16:02:52 |
| 14 | A. I don't remember. | 16:02:54 |
| 15 | (Defendants' Exhibit 2224 was marked.) | 16:03:25 |
| 16 | THE WITNESS: And for what it's worth, folks were | 16:03:28 |
| 17 | not that interested in my opinions; they were just | 16:03:30 |
| 18 | interested in information. | 16:03:42 |
| 19 | Whoa. What is this? | 16:03:44 |
| 20 | BY MR. GONZALEZ: | 16:03:46 |
| 21 | Q. Good question. You must have read my | 16:03:48 |
| 22 | outline. | 16:03:48 |
| 23 | Why don't you answer your own question. | 16:03:50 |
| 24 | What is this? 2224. I had to kill a small | 16:03:53 |
| 25 | tree for this one. And that was only because your | 16:03:57 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q.   Next bullet point says, "Since these are | 16:47:29 |
| 2 | arbitrary passwords, feel no guilt in saving your | 16:47:34 |
| 3 | password when prompted." | 16:47:35 |
| 4 | What did you mean when you wrote that? | 16:47:38 |
| 5 | A.   Yeah, so when you sign -- or when you are | 16:47:41 |
| 6 | checking out a repository with Tortoise, you are | 16:47:44 |
| 7 | presented with a credential box with user name and | 16:47:48 |
| 8 | password.  And there's a check box underneath to save | 16:47:52 |
| 9 | this for future transactions.  And we wanted to make | 16:47:56 |
| 10 | sure that folks would not feel bad about ticking that | 16:48:00 |
| 11 | box.  Because the whole reason that we were using | 16:48:03 |
| 12 | arbitrary passwords was to enable ticking that box. | 16:48:08 |
| 13 | Q.   Next sentence, you said, "Let me know if | 16:48:11 |
| 14 | there are any gremlins." | 16:48:12 |
| 15 | What did you mean by that? | 16:48:13 |
| 16 | A.   This was a new service that was not well | 16:48:16 |
| 17 | tested, and we wanted to know if people were having | 16:48:20 |
| 18 | problems, were requests timing out, were transactions | 16:48:24 |
| 19 | not going through, any number of little issues. | 16:48:28 |
| 20 | Q.   Did you hear of any issues? | 16:48:34 |
| 21 | A.   I don't remember, but I don't think anyone | 16:48:36 |
| 22 | had problems. | 16:48:38 |
| 23 | MR. CHATTERJEE:  Let's mark this as -- | 16:48:44 |
| 24 | What is it, 2226? | 16:48:46 |
| 25 | THE REPORTER:  Yes. | 16:48:48 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | (Defendants' Exhibit 2226 was marked.) | 16:49:02 |
| 2 | BY MR. CHATTERJEE: | 16:49:02 |
| 3 | Q.   Mr. Zbrozek, I've handed you a document dated | 16:49:05 |
| 4 | March -- it's an e-mail from you to Anthony | 16:49:08 |
| 5 | Levandowski dated 18 March 2015 at 4:00 -- well, | 16:49:13 |
| 6 | 16:16:14. | 16:49:15 |
| 7 | Do you see that? | 16:49:16 |
| 8 | A.   Yes. | 16:49:17 |
| 9 | Q.   Do you know what this is? | 16:49:20 |
| 10 | A.   This looks like a randomly generated | 16:49:24 |
| 11 | password. | 16:49:25 |
| 12 | Q.   If you look at the timing of this compared to | 16:49:28 |
| 13 | the exhibit that we just talked about, it was sent | 16:49:33 |
| 14 | about 10 minutes -- a little less than 10 minutes | 16:49:36 |
| 15 | afterwards. | 16:49:37 |
| 16 | Do you see that? | 16:49:37 |
| 17 | A.   I do. | 16:49:39 |
| 18 | Q.   Do you know if you were sending | 16:49:43 |
| 19 | Mr. Levandowski a password to use the SVN server on | 16:49:48 |
| 20 | 18th of March 2015? | 16:49:50 |
| 21 | MR. BAKER:   Objection to form. | 16:49:53 |
| 22 | THE WITNESS:   I don't remember, but that seems | 16:49:55 |
| 23 | likely. | 16:49:56 |
| 24 | BY MR. CHATTERJEE: | 16:49:56 |
| 25 | Q.   And why would you be sending him a password | 16:49:58 |

| | | |
|---|---|---|
| 1 | to the SVN server if he wasn't using it? | 16:50:02 |
| 2 |     MR. BAKER:  Same objection. | 16:50:05 |
| 3 |     THE WITNESS:  The way that this was -- let me | 16:50:10 |
| 4 | rephrase. | 16:50:11 |
| 5 |     I was going down the list of people who had | 16:50:15 |
| 6 | been granted access as part of ▇▇▇▇▇▇▇▇ and | 16:50:20 |
| 7 | migrating all of the accounts.  So this means that he | 16:50:23 |
| 8 | would have been on the access control list for the | 16:50:25 |
| 9 | previous service. | 16:50:27 |
| 10 | BY MR. CHATTERJEE: | 16:50:27 |
| 11 |     Q.  So he was on the access control list for | 16:50:29 |
| 12 | ▇▇▇▇▇▇▇▇; right? | 16:50:32 |
| 13 |     A.  For our repository hosted there. | 16:50:36 |
| 14 |     Q.  He was also put on the access control list | 16:50:38 |
| 15 | for the new SVN repository; right? | 16:50:41 |
| 16 |     A.  That's right. | 16:50:42 |
| 17 |     Q.  And you gave him a password for it; right? | 16:50:44 |
| 18 |     A.  Clearly. | 16:50:46 |
| 19 |     Q.  Did you do anything to understand whether or | 16:50:49 |
| 20 | not people had actually been using the ▇▇▇▇▇▇▇▇ | 16:50:54 |
| 21 | repository? | 16:50:56 |
| 22 |     A.  I don't remember. | 16:50:57 |
| 23 |     Q.  Were you or anyone else you know of trying to | 16:51:03 |
| 24 | monitor the usage of the system to determine whether | 16:51:09 |
| 25 | someone should be on or off the access control list? | 16:51:13 |

```
 1          FEDERAL CERTIFICATE OF DEPOSITION OFFICER
 2          I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
    declare:
 3          That, prior to being examined, the witness named
    in the foregoing deposition was by me duly sworn
 4  pursuant to Section 30(f)(1) of the Federal Rules of
    Civil Procedure and the deposition is a true record of
 5  the testimony given by the witness;
            That said deposition was taken down by me in
 6  shorthand at the time and place therein named and
    thereafter reduced to text under my direction;
 7          -----   That the witness was requested to
 8  review the transcript and make any changes to the
    transcript as a result of that review pursuant to
 9  Section 30(e) of the Federal Rules of Civil Procedure;
            -----   No changes have been provided by the
10  witness during the period allowed;
11          -----   The changes made by the witness are
12  appended to the transcript;
            --X---  No request was made that the transcript
13  be reviewed pursuant to Section 30(e) of the Federal
14  Rules of Civil Procedure.
            I further declare that I have no interest in the
15  event of the action.
16          I declare under penalty of perjury under the laws
17  of the United States of America that the foregoing is
    true and correct.
18          WITNESS my hand this 7th day of September, 2017.
19
20
21
22
23
24
25          ANRAE WIMBERLEY, CSR NO. 7778
```

Page 317