1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:   415.268.7000 / Fax:   415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P. M. HUME
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C.  20005
9  Tel:   202.237.2727 / Fax:   202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
12 New York, NY 10019-6023
   Tel.:   212.336.8330 / Fax.:   212.336.8340
13
   Attorneys for Defendants
14 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA GOODMAN IN SUPPORT OF PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 17 (DKT. 1558)**<br><br>Judge:       Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

I, Martha L. Goodman, declare as follows:

1. I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the District of Columbia. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Motion in Limine No. 17 (Dkt. 1558). I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I have reviewed the following documents and confirm that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Defendants' Opposition to Waymo's Motion in Limine No. 17 ("Defendants Opposition") | Blue-highlighted portions |
| Exhibit 1 to the Nardinelli Declaration ISO Waymo's Motion in Limine No. 17 | Entire Document |
| Exhibit 2 to the Nardinelli Declaration ISO Waymo's Motion in Limine No. 17 | Entire Document |
| Exhibit 3 to the Nardinelli Declaration ISO Waymo's Motion in Limine No. 17 | Blue-highlighted portions |
| Exhibit 50 to the Goodman Declaration ISO Defendants' Opposition to Waymo's Motion *in Limine* No. 17 | Entire Document |
| Exhibit 52 to the Goodman Declaration ISO Defendants' Opposition to Waymo's Motion *in Limine* No. 17 | Entire Document |

3. The blue- highlighted portions of Defendants' Opposition and Exhibit 3 to the Nardinelli declaration and the entirety of Exhibits 1 and 2 to the Nardinelli declaration, and Exhibits 50 and 52 to the Goodman declaration contain confidential or highly confidential information regarding Uber's LiDAR development and Uber's internal deliberative processes regarding the same. This information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and plans for further development, , which would allow competitors to understand Uber's LiDAR development, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed.

1

GOODMAN DECL. ISO PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 17 (DKT. 1558)
CASE NO. 3:17-CV-00939-WHA

4. Defendants' request to seal is narrowly tailored to those portions of Exhibits 1, 2, 3, 50, and 52 that merit sealing.

5. Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the highlighted versions documents at issue, with accompanying chamber copies..

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of September, 2017, in Washington, DC.

*/s/ Martha L. Goodman*
Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn