QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION *IN LIMINE* NO. 14** |

1    I, Jeffrey W. Nardinelli, hereby declare as follows.

2    1.    I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2.    Attached as Exhibit 1 is a true and correct copy of transcript excerpts from the Video-Recorded Deposition Of Anthony Levandowski, taken on August 22, 2017 and filed under seal.

3.    Attached as Exhibit 2 is a true and correct copy of transcript excerpts from Otto Trucking LLC's Videotaped 30(B)(6) Deposition of Pierre-Yves Droz, taken on August 22, 2017 and filed under seal.

4.    Attached as Exhibit 3 is a true and correct copy of an email from Uber to its executives and attorneys and Anthony Levandowski – i.e. [redacted] – inviting them to discuss litigation strategy as late as May 3, 2017 – more than a month *after* Levandowski pled the Fifth Amendment and purportedly refused to cooperate with Uber's investigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 13, 2017            */s Jeff Nardinelli*
                                       Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                                       */s/ Charles K. Verhoeven*
                                       Charles K. Verhoeven

-2-    Case No. 3:17-cv-00939-WHA
DECLARATION OF JEFF NARDINELLI IN SUPPORT OF PLAINTIFF'S MIL 14