# EXHIBIT 3
# FILED UNDER SEAL

Appointment

**From**: travis@uber.com [travis@uber.com]
**To**: travis@uber.com; abergstrom@uber.com; agonzalez@mofo.com; nbartow@uber.com; kdunn@bsfllp.com; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ salle@uber.com; angela.padilla@uber.com; Travis Kalanick [travis@uber.com]
**BCC**: SFO | 1455 Market - 04th Boston (10) (R) [uber.com_2d31353631343031373531@resource.calendar.google.com]

**Subject**: ZOOM: Waymo
**Location**: SFO | 1455 Market - 04th Boston (10) (R), https://uber.zoom.us/j/764900703

**Start**: 5/3/2017 1:00:00 AM
**End**: 5/3/2017 2:00:00 AM
**Show Time As**: Busy

**Recurrence**: (none)

Judge Alsup's order, 10 questions.
--


CONFIDENTIAL                                                                                                                         UBER00065191

Appointment

| | |
|---|---|
| **From**: | Travis Kalanick [travis@uber.com] |
| **To**: | agonzalez@mofo.com; angela.padilla@uber.com; kdunn@bsfllp.com; nbartow@uber.com; salle@uber.com; abergstrom@uber.com; Travis Kalanick [travis@uber.com] |
| **BCC**: | SFO | 1455 Market - 04th Boston (10) (R) [uber.com_2d31353631343031373531@resource.calendar.google.com] |
| **Subject**: | ZOOM: Waymo |
| **Location**: | SFO | 1455 Market - 04th Boston (10) (R), |
| **Start**: | 5/3/2017 12:30:00 AM |
| **End**: | 5/3/2017 1:30:00 AM |
| **Show Time As**: | Tentative |
| **Recurrence**: | (none) |

Judge Alsup's order, 10 questions.
--



CONFIDENTIAL  UBER00065527