1 MICHAEL A. JACOBS (CA SBN 111664)
  MJacobs@mofo.com
2 ARTURO J. GONZÁLEZ (CA SBN 121490)
  AGonzalez@mofo.com
3 MORRISON & FOERSTER LLP
  425 Market Street
4 San Francisco, California 94105-2482
  Tel: 415.268.7000 / Fax: 415.268.7522
5
  KAREN L. DUNN (*Pro Hac Vice*)
6 kdunn@bsfllp.com
  HAMISH P. M. HUME
7 hhume@bsfllp.com
  BOIES SCHILLER FLEXNER LLP
8 1401 New York Avenue, N.W.
  Washington, D.C. 20005
9 Tel: 202.237.2727 / Fax: 202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
12 New York, NY 10019-6023
   Tel.: 212.336.8330 / Fax.: 212.336.8340
13
   Attorneys for Defendants
14 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA GOODMAN IN SUPPORT OF PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RENEWED MOTION IN LIMINE NO. 1 (DKT. 1561)**<br><br>Judge: Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

GOODMAN DECL. ISO PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS
RENEWED MOTION IN LIMINE NO. 1 (DKT. 1561)
CASE NO. 3:17-CV-00939-WHA

1     I, Martha L. Goodman, declare as follows:

2     1.    I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter.  I am a member in good standing of the Bar of the District of Columbia.  I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Its Motion in Limine No. 17 (Dkt. 1561).  I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

    2.    I have reviewed the following documents and confirm that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit A to the Nardinelli Declaration ISO Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit B to the Nardinelli Declaration ISO Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit G to the Nardinelli Declaration ISO Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit 28 to the Goodman Declaration ISO Defendants' Opposition to Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit 35 to the Goodman Declaration ISO Defendants' Opposition to Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit 36 to the Goodman Declaration ISO Defendants' Opposition to Waymo's Renewed Motion in Limine No. 1 | Red-outline box |
| Exhibit 38 to the Goodman Declaration ISO Defendants' Opposition to Waymo's Renewed Motion in Limine No. 1 | Red-outline box |

    3.    The red-outlined boxed portions of Exhibit B to the Nardinelli declaration contains confidential or highly confidential information regarding Uber's LiDAR development.  This information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's internal development of LiDAR and plans for further development, which would allow competitors to

1

GOODMAN DECL. ISO PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RENEWED MOTION IN LIMINE NO. 1 (DKT. 1561)
CASE NO. 3:17-CV-00939-WHA

understand Uber's LiDAR development, and allow them to tailor their own strategy. If such information were made public, Uber's competitive standing could be significantly harmed. Other red-outlined boxed portions of Exhibit B to the Nardinelli declaration contain Uber employee names, the disclosure of which would threaten the privacy of individuals at a company that is currently the subject of extensive media coverage

4. The red-outlined boxed portions of Waymo's Renewed MIL No. 1, Exhibits A and G to the Nardinelli declaration and the red-outlined boxed portions of Exhibits 28, 35, 36, and 38 to the Goodman declaration contain Uber employee names and confidential email addresses and contact information, the disclosure of which would threaten the privacy of individuals at a company that is currently the subject of extensive media coverage.

5. Defendants' request to seal is narrowly tailored to those portions of Waymo's Renewed MIL No. 1, and Exhibits A, B, G, 28, 35, 36, and 38 that merit sealing.

6. Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the highlighted versions documents at issue, with accompanying chamber copies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of September, 2017, in Washington, DC.

*/s/ Martha L. Goodman*
Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn