1 | MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
2 | ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Tel.: 415.268.7000/Fax: 415.268.7522
5 |
KAREN L. DUNN (Admitted *Pro Hac Vice*)
6 | kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
7 | hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
8 | 1401 New York Avenue, N.W.
Washington, D.C. 20005
9 | Tel.: 202.237.2727/Fax: 202.237.6131

10 | WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
11 | SHAWN J. RABIN (Admitted *Pro Hac Vice*)
srabin@SusmanGodfrey.com
12 | SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
13 | New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340
14 |
*Counsel for Defendants*
15 | UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC
16 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 18, 2017, I served **UNREDACTED** versions of the following documents:

1. Revised Proposed Redactions to Dkt. 1565-3, Exhibit 36 to Goodman Declaration in Support of Defendants' Opposition to Renewed Motion in Limine No. 1;

2. Revised Proposed Redactions to Dkt. 1565-4, Exhibit 38 to Goodman Declaration in Support of Defendants' Opposition to Renewed Motion in Limine No. 1.

The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br><br>Special Master | JCooper@fbm.com |

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA                                      1

1

2  I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 18th day

3  of September, 2017, at Oakland, California.

4                                              By: */s/ Jenel Day*

5                                                          Jenel Day

6                                          **ATTESTATION**

7       In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

8  document has been obtained from every other signatory to this document.

9

10                                              By: */s/ Karen L. Dunn*

11                                                   Karen L. Dunn

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA                                                                                   2