QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br>       v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS:  DOCKET NOS. 1552-1 AND 1589** |

1  Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2 Document from ECF.

3  Specifically, Docket Nos. 1552-1 and 1589 contain information that Defendants have
4 claimed as confidential, and asked to be removed from the public docket.  Waymo has already
5 contacted the ECF Help Desk regarding this issue, and the ECF Help Desk has temporarily
6 blocked public access to both filings.  Waymo will also file versions of these documents with the
7 requested information redacted, and file unredacted versions under seal.

8  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
9 Administrative Motion to Remove Dkt. Nos. 1552-1 and 1589.

11 DATED: September 18, 2017           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for WAYMO LLC