MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone: 212.336.8330
Facsimile: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS [DKT NOS. 1638-3, 1638-4 AND 1640-0]** |

1   Defendants Uber Technologies, Inc. and Ottomotto LLC file this Administrative Motion
2   to Remove the following documents from ECF, submitted electronically on September 18, 2017:
3       1.   Redacted Version of the Declaration of Arturo J. González in Response to
4   Declaration of Jeff Nardinelli [Dkt. No. 1638-3];
5       2.   Unredacted Version of the Declaration of Arturo J. González in Response to
6   Declaration of Jeff Nardinelli [Dkt. No. 1638-4]; and
7       3.   Redacted Version of the Declaration of Arturo J. González in Response to
8   Declaration of Jeff Nardinelli [Dkt. No. 1640-0].
9       These documents contain information designated by Waymo as highly confidential that
10  was inadvertently not redacted. Defendants have contacted the ECF Help Desk regarding this
11  issue. Defendants have also filed corrected versions of these documents with the confidential
12  information at issue redacted at Dkt. Nos. 1641-0, 1641-1 and 1642-0, respectively.
13      For the foregoing reasons, Defendants respectfully request that the Court grant
14  Defendants' Motion to Remove.

Dated: September 18, 2017                MORRISON & FOERSTER LLP

                                         By:  /s/ Arturo J. González
                                              ARTURO J. GONZÁLEZ

                                              Attorneys for Defendants
                                              UBER TECHNOLOGIES, INC.,
                                              OTTOMOTTO LLC, and OTTO
                                              TRUCKING LLC