1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 WAYMO LLC,                          | Case No.      3:17-cv-00939-WHA

12              Plaintiff,             | **[PROPOSED] ORDER GRANTING
                                       | DEFENDANTS UBER
13      v.                             | TECHNOLOGIES, INC. AND
                                       | OTTOMOTTO LLC'S
14 UBER TECHNOLOGIES, INC.,            | ADMINISTRATIVE MOTION TO
   OTTOMOTTO LLC; OTTO TRUCKING LLC,   | REMOVE DOCUMENTS**
15
16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Remove Incorrectly Filed Documents [Dkt. Nos. 1638-3, 1638-4 and 1640-0], which Defendants filed on September 18, 2017, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants' Motion is hereby granted.

Dated: _____, 2017

_____
HONORABLE WILLIAM ALSUP
United States District Judge