# UNREDACTED VERSION OF EXHIBIT 29 SOUGHT TO BE FILED UNDER SEAL

**Message**

| | |
|---|---|
| **From:** | David Drummond |
| **Sent:** | 8/23/2016 2:39:52 AM |
| **To:** | Travis Kalanick |
| **Subject:** | Board |
| **Attachments:** | Uber Resignation Letter - Drummond 2016 08 22.pdf |

Travis-

Attached per our discussion today. Thanks again for this opportunity.

Best,
DD

CONFIDENTIAL
UBER00077201

August 22, 2016

Travis Kalanick, Chief Executive Officer & Director
Garrett Camp, Chairman
Board of Directors
Uber Technologies, Inc.

This confirms my resignation from the board of directors of Uber Technologies, Inc., effective August 22, 2016. It's been a pleasure serving with you, my fellow directors and the management team.

Regards,

*David Drummond*
David C. Drummond

CONFIDENTIAL                                                                                                    UBER00077202