```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6                   Plaintiff,
                                         Case
 7   vs.                         No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                     Defendants.
10   _____/
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14       VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15            VOLUME III (PAGES 275 to 478)
16              FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No.  2641228
```

Page 275

```
 1    your design of the Fuji transmit boards?                15:20:01
 2         A.   No.                                           15:20:01
 3         Q.   I'd like to stay with that last screenshot we 15:20:06
 4    were looking at in Exhibit 1063.                        15:20:12
 5              How is the laser diode placed on the board    15:20:16
 6    with respect to the board's edge in Fuji?               15:20:19
 7         A.   It is ██████████████.                         15:20:23
 8         Q.   And ████████████████████?                     15:20:28
 9         A.   ████████████                                  15:20:31
10         Q.   Who at Uber was responsible for designing     15:20:36
11    that ████████████████ for Fuji?                         15:20:40
12         A.   I was.                                        15:20:40
13         Q.   And what's the purpose of the ███████████?    15:20:46
14         A.   So there's a few reasons to that. ████  █████
      ████████████████████████████████████████████████  █████
      ████████████████████████████████████████████████  █████
      ████████████████████████████████████ And that           15:21:08
18    would be the main reason for that.                      15:21:11
19              Also, ████████████████████████████     █████
      ████████████████████████████████████████████████  █████
      ████████████████████████████████████████████████  █████
      ████████████████████████████████████████████████████████
      ████████████████████████████████████████████████  █████
      ████                                                    15:21:42
25         Q.   You mentioned that ████████████████████████   15:21:44
```

Page 407

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | | ▇▇▇▇▇▇▇ | 15:21:45 |
| 2 | | ▇▇▇▇▇▇▇▇▇▇▇ | 15:21:47 |
| 3 | A. | That would be ▇▇▇▇▇▇▇▇ | 15:21:49 |
| 4 | Q. | Is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇? | 15:21:53 |
| 5 | A. | It is an ▇▇▇▇▇▇ | 15:21:55 |
| 6 | Q. | Why did you choose to ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ | |
| 7 | | ▇▇▇▇▇▇▇▇▇▇? | 15:22:02 |
| 8 | A. | Because I -- I have done it from experience. | 15:22:06 |
| 9 | Q. | Did Mr. Levandowski provide any input on the | 15:22:11 |
| 10 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇? | 15:22:16 |
| 11 | A. | No. | 15:22:16 |
| 12 | Q. | Now, you said you had experience doing -- | 15:22:20 |
| 13 | | ▇▇▇▇▇▇▇▇▇▇▇▇. | 15:22:23 |
| 14 | | Where did you have that experience? | 15:22:25 |
| 15 | A. | Back at Google. | 15:22:27 |
| 16 | Q. | Was there a LiDAR at Google in which you used | 15:22:31 |
| 17 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇? | 15:22:35 |
| 18 | A. | GBR. | 15:22:35 |
| 19 | Q. | And at Google, who came up with the | 15:22:42 |
| 20 | | ▇▇▇▇▇▇▇▇▇▇? | 15:22:45 |
| 21 | A. | I did. | 15:22:47 |
| 22 | Q. | How did you decide that ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ | |
| 23 | | ▇▇▇▇▇▇▇▇? | 15:22:52 |
| 24 | A. | So I called ▇▇▇▇▇▇, which was the first | 15:22:58 |
| 25 | | supplier at Google. And they were ▇▇▇▇▇▇▇ | 15:23:03 |

Page 408

```
 1    █████████████████████████████████           █████
 2    ███████████████████████████████████████████  █████
 3    ███████████████████████████████████████████  █████
 4    ███████████████████████████████████████████████████
 5    ████████████   And I chatted with Pierre about it for    15:23:27
 6    not too long, and decided that it would be the -- we     15:23:35
 7    would use ██████████████████.                            15:23:39
 8        Q.    Let me break that down a bit.
 9              You said you chatted with a vendor called      15:23:43
10    ██████████?                                              15:23:43
11        A.    ███████████                                    15:23:47
12        Q.    ███████████                                    15:23:47
13              And you said they were ████████████   █████
14    ███████ --                                               15:23:53
15        A.    ██████████████████████████               15:23:55
16        Q.    And that's ██████████████████?               15:24:01
17        A.    Yes.                                            15:24:01
18        Q.    And you mentioned ████████████████████.        15:24:04
19              What does that refer to?                       15:24:06
20        A.    That would be ████████████████████████    █████
21    ██████████████████████████████████████████████    █████
22    ██████████████████████████████████████████████        15:24:19
23        Q.    You also mentioned ████████████.               15:24:21
24              What does that refer to?                       15:24:25
25        A.    ██████████████████████                         15:24:27
```

Page 409

```
1      Q.   So you said the ████████████████████
             ████████████████████████?              15:24:39
3      A.   This is correct, according to the specs of   15:24:43
4  dimension.                                        15:24:43
5      Q.   And how did that guide your decision to use  15:24:46
6  ████████████████████████████████?                 15:24:49
7      A.   I wanted ████████████████████.           15:24:52
8      Q.   Why did you want ███████████████████████
             ████████████████████?                   15:24:58
10     A.   Because ████████████████████████████████
   ████████████████████████████████                  15:25:08
12     Q.   Was it important that ████████████████████
   ████████████?                                     15:25:15
14     A.   No.                                      15:25:15
15     Q.   Why not?                                 15:25:16
16     A.   ████████████████████████████████         15:25:24
17  It doesn't really matter.                        15:25:26
18     Q.   Why wouldn't it matter?                  15:25:29
19     A.   Because we need to ██████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████              15:26:03
```

Page 410

| | | |
|---|---|---|
| 1 | Q. How long did it take you to ███████ ███████ | |
| 2 | ████████████████████████████████? | 15:26:09 |
| 3 | A. Maybe ten minutes for a phone call with | 15:26:12 |
| 4 | ██████ and then five minutes' discussion with Pierre, | 15:26:17 |
| 5 | make sure that he was okay with it. | 15:26:20 |
| 6 | Q. And was that it? | 15:26:23 |
| 7 | A. Yes. | 15:26:25 |
| 8 | Q. In total, it took 15 minutes to come up with | 15:26:31 |
| 9 | ████████████████████████████████? | 15:26:35 |
| 10 | A. Yes. | 15:26:35 |
| 11 | Q. Did you do any testing to arrive at the | 15:26:37 |
| 12 | ████████████████? | 15:26:40 |
| 13 | A. No. | 15:26:40 |
| 14 | Q. And why not? | 15:26:43 |
| 15 | A. Because we tried once and it worked from the | 15:26:47 |
| 16 | start. | 15:26:47 |
| 17 | Q. Did you rely on any data to find ███████ ███████ | |
| 18 | ████████████████? | 15:26:53 |
| 19 | A. I mean, ████████████████████████████████ | 15:27:00 |
| 20 | no. | 15:27:00 |
| 21 | Q. Did anyone at Google tell you that a | 15:27:07 |
| 22 | ████████████████████████████ is a trade | 15:27:11 |
| 23 | secret? | 15:27:12 |
| 24 | MR. JAFFE: Objection; form, calls for a legal | 15:27:14 |
| 25 | conclusion. | 15:27:15 |

Page 411

```
 1        THE WITNESS:  No.                              15:27:16
 2   BY MR. MUINO:                                       15:27:16
 3        Q.   Did anyone at Google tell you that a      15:27:18
 4   ████████████████ was in any way proprietary to      15:27:24
 5   Google?                                             15:27:26
 6        MR. JAFFE:  Same objection.                    15:27:27
 7        THE WITNESS:  No.                              15:27:28
 8   BY MR. MUINO:                                       15:27:28
 9        Q.   Did you think that this ████████████████  15:27:29
10   was a significant technological development at the  15:27:33
11   time?                                               15:27:34
12        MR. JAFFE:  Objection; form.                   15:27:35
13        THE WITNESS:  No.                              15:27:36
14   BY MR. MUINO:                                       15:27:36
15        Q.   Why not?                                  15:27:37
16        A.   Because ████████████████████████████████  
17   ████████████████████████████████                    15:27:42
18        MR. MUINO:  Why don't we go off the record.    15:27:47
19        THE VIDEOGRAPHER:  This is the end of Disc 2 in 15:27:49
20   Volume III in the deposition of Mr. Pennecot.  The  15:27:53
21   time is 3:27.                                       15:27:55
22        (Recess taken.)                                15:38:21
23        THE VIDEOGRAPHER:  We are back on the record.  15:38:32
24   This is the beginning of Disc 3 in Volume III in the 15:38:36
25   deposition of Mr. Pennecot.  It is 3:38.            15:38:40
```

Page 412