IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**SECOND ORDER RE HEARING ON MOTION TO CONTINUE**

Plaintiff Waymo LLC shall bring Sasha Zbrozek to the hearing tomorrow on Waymo's motion to continue the trial date. Possibly, he may be placed under oath and examined.

**IT IS SO ORDERED.**

Dated: September 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE