QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR PROTECTIVE ORDER OVER CERTAIN EXHIBITS TO THE STROZ DUE DILIGENCE REPORT AND THE DECLARATION OF PATRICK SCHMIDT IN SUPPORT THERETO** |

1    Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully
2 requests to file under seal its Motion for Protective Order Certain Exhibits to the Stroz Due
3 Diligence Report ("Motion") and the Declaration of Patrick Schmidt in Support and Exhibit A
4 thereto ("Schmidt Declaration").  Specifically, Waymo requests an order granting leave to file
5 under seal the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion | Entire Document | Defendants |
| Schmidt Declaration and Exhibit A thereto | Entire Document | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.   DEFENDANTS' CONFIDENTIAL INFORMATION

Waymo seeks to seal the Motion and the Schmidt Declaration as identified in the table above, because Waymo believes it also contains information considered confidential or non-public by Defendants or by certain third parties.  (Schmidt Decl. ¶ 4.)  Waymo expects Defendants to file declarations in accordance with the Local Rules.  (Id.)

//
//
//
//
//
//
//
//
//

-2-                                         CASE NO. 3:17-cv-00939-WHA
WAYMO'S ADMINISTRATIVE MOTION TO SEAL

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal its Motion for Protective Order Certain Exhibits to the Stroz Due Diligence Report ("Motion") and the Declaration of Patrick Schmidt in Support and Exhibit A thereto ("Schmidt Declaration").  Specifically, Waymo requests an order granting leave to file under seal the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion | Entire Document | Defendants |
| Schmidt Declaration and Exhibit A thereto | Entire Document | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.   DEFENDANTS' CONFIDENTIAL INFORMATION

Waymo seeks to seal the Motion and the Schmidt Declaration as identified in the table above, because Waymo believes it also contains information considered confidential or non-public by Defendants or by certain third parties.  (Schmidt Decl. ¶ 4.)  Waymo expects Defendants to file declarations in accordance with the Local Rules.  (Id.)

//
//
//
//
//
//
//
//
//

## III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's administrative motion to file under seal.

DATED: September 19, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles Verhoeven*
Charles Verhoeven
Attorneys for WAYMO LLC