1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

WAYMO LLC,

            Plaintiff,

   vs.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING
LLC,

            Defendants.

CASE NO. 3:17-cv-00939-WHA

**[PROPOSED] ORDER GRANTING
PLAINTIFF WAYMO LLC'S
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL ITS MOTION FOR
PROTECTIVE ORDER OVER CERTAIN
EXHIBITS TO THE STROZ DUE
DILIGENCE REPORT AND THE
DECLARATION OF PATRICK
SCHMIDT IN SUPPORT THERETO**

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2  Its Motion For Protective Order Over Certain Exhibits To The Stroz Due Diligence Report And

3  The Declaration Of Patrick Schmidt In Support Thereto.  ("Administrative Motion").

4    Having considered the Administrative Motion, and good cause to seal having been shown,

5  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed

6  below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Motion For Protective Order Over Certain Exhibits To The Stroz Due Diligence Report | Entire Document | Defendants |
| Declaration Of Patrick Schmidt In Support of Motion for Protective Order and Exhibit A thereto | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated:  _____, 2017

_____
HON. WILLIAM ALSUP
United States Magistrate Judge