1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3   davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4   melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5   johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6   jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                        UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                                    | CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                         | **DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION FOR PROTECTIVE ORDER OVER CERTAIN EXHIBITS TO THE STROZ DUE DILIGENCE REPORT**

14      vs.

15  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17              Defendants.                         | **[REDACTED VERSION – FILED PUBLICLY]**

18

CASE NO. 3:17-cv-00939-WHA
SCHMIDT DECLARATION ISO WAYMO'S MOTION FOR PROTECTIVE ORDER
OVER CERTAIN EXHIBITS TO THE STROZ DUE DILIGENCE REPORT