UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>       Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>       Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR PROTECTIVE ORDER OVER CERTAIN EXHIBITS TO THE STROZ DUE DILIGENCE REPORT** |

1    Plaintiff Waymo LLC ("Waymo") has filed a Motion For Protective Order Over Certain
2 Exhibits To The Stroz Due Diligence Report (the "Motion").
3    Having considered the Motion, and good cause having been shown, the Court **GRANTS**
4 Waymo's Motion for Protective Order and **ORDERS** that the Exhibits to the Stroz Due Diligence
5 Report be designated under the parties' stipulated protective order as set forth in the Motion.

7    **IT IS SO ORDERED.**

9 Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Judge