MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Telephone:     212.336.8330
Facsimile:     202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION FOR PROTECTIVE ORDER REGARDING DUE DILIGENCE REPORT**<br><br>Trial Date: October 10, 2017 |

In its September 15, 2017 Order (Dkt. 1596), this Court noted that any motion for protective order must be filed by noon on September 19 and that failure to do so would waive any argument to keep the diligence report confidential in this action. With this motion, Defendants Uber Technologies, Inc. and Ottomotto LLC raise an issue relevant to that Order. There are certain items referenced in the diligence report that are unrelated to the nine trade secrets at issue in this litigation. For example, any reference to potential solicitation would not be relevant to whether Uber or Ottomotto has misappropriated the nine trade secrets at issue. We believe this concern may be remedied at trial by providing the jury with a slightly redacted diligence report to ensure that the verdict is based only on relevant evidence. Uber and Ottomotto will confer with Waymo regarding this concern and is prepared to discuss this issue at the Pretrial Conference, or at any other time convenient for the Court.

Dated: September 19, 2017            MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC