JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, | Case No.: 3:17-CV-00939 (WHA) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY LIOR RON'S MOTION TO INTERVENE AND MOTION FOR A PROTECTIVE ORDER** |
| vs. | |
| UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | Honorable William Alsup |
| Defendants. | |

1  Non-Party Lior Ron's Motion to Intervene and Motion For A Protective Order (the
2  "Motion") was submitted pursuant to Federal Rules of Civil Procedure 24 and 26(c) and in
3  response to the Court's September 15, 2017 Order.
4  Having read and considered Non-Party Ron's Notice of Motion and Motion, the supporting
5  Memorandum of Points and Authorities, the Declaration of Jonathan A. Patchen, and all other
6  papers filed in support of and in opposition to the Motion, and good cause appearing therefor,
7  IT IS HEREBY ORDERED that Non-Party Lior Ron's Motion to Intervene and Motion
8  for a Protective Order is GRANTED.

**IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE