ADRIAN J. SAWYER (203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Non-Parties
SANDSTONE GROUP, LLC,
TYTO LIDAR, LLC, and
OGNEN STOJANOVSKI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ADRIAN J. SAWYER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO WAYMO LLC'S SUPPLEMENTAL BRIEF FOR MOTION FOR ORDER TO SHOW CAUSE** |

I, Adrian J. Sawyer, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California. I am a partner in the law firm of Kerr & Wagstaffe LLP, attorneys for non-parties Sandstone Group, LLC, Tyto LiDAR, LLC, and Ognen Stojanovski. I have personal knowledge of the matters stated herein and if called upon would testify competently thereto.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Their Response to Waymo LLC's Supplemental Brief for Motion for Order to Show Cause (Dkt. 1591). I have reviewed the Administrative Motion to File Under Seal (the "Administrative Motion"), together with Defendants' Response to Waymo LLC's Supplemental Brief for Motion for Order to Show Cause (the "Response") (Dkt. 1591-4), and those exhibits to Defendants' Response sought to be filed under seal.

3. Tyto LiDAR and Sandstone Group are non-parties and are existing limited liability companies. Mr. Stojanovski is likewise a non-party. All of the information designated by Tyto LiDAR, Sandstone Group, or Mr. Stojanovski and included in the Response was designated confidential. None of the information was designated highly confidential/AEO by Tyto LiDAR, Sandstone Group, or Mr. Stojanovski.

4. The yellow highlighted portions of the Response contain confidential information regarding the ownership and structure of non-party Sandstone Group, financing of Sandstone Group, the ownership of Tyto LiDAR, and the financing of Tyto LiDAR. Because Sandstone Group and Tyto LiDAR are non-parties and existing private companies, they request that their confidentiality interests in this ownership and financing information be respected in this proceeding.

5. Exhibit 2 to the Response consists of portions of the deposition of Ognen Stojanovski, taken in this action. The Administrative Motion states that Tyto LiDAR, Sandstone Group, or Mr. Stojanovski seek to seal the entirety of Exhibit 2. In fact, Tyto LiDAR, Sandstone Group, or Mr. Stojanovski seek to seal only certain portions of Exhibit 2: page 35, lines 22 through 25 and page 37, lines 1 through 16 and 25.

6. Page 35, lines 22 through 25 and page 37, lines 1 through 16 and 25 of Exhibit 2 reflect confidential information regarding the ownership and structure of non-party Sandstone Group, financing of Sandstone Group, the ownership of Tyto LiDAR, and the financing of Tyto LiDAR.  Because Sandstone Group and Tyto LiDAR are non-parties and existing private companies, they request that their confidentiality interests in this ownership and financing information be respected in this proceeding.

7. Defendants' request to seal is narrowly tailored to those exhibits to Defendants' Response that merit sealing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of September, 2017 at San Francisco, California.

        /s/ Adrian J. Sawyer
        ADRIAN J. SAWYER