UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL DATE** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Motion for Continuance of Trial Date.

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Reply in Support of Motion for Continuance of Trial Date ("Waymo's Reply") | Highlighted portions | Defendants (blue); Anthony Levandowski (yellow) |
| Declaration of David Perlson in Response to Court Order | Highlighted portions | Anthony Levandowski (yellow) |
| Exhibit 2 to Perlson Declaration | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 5 to Perlson Declaration | Entire document | Defendants and/or Anthony Levandowski |

**IT IS SO ORDERED.**

Dated: _____, 2017

                                    _____
                                    HON. WILLIAM ALSUP
                                    United States District Court Judge