# Exhibit 4

| | |
|---|---|
| **From:** | Melanie.Blunschi@lw.com |
| **Sent:** | Tuesday, September 19, 2017 10:50 AM |
| **To:** | Jeff Nardinelli; Andrea P Roberts; David Perlson; QE-Waymo; UberWaymoMoFoAttorneys@mofo.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; miles@ramsey-ehrlich.com; amy@ramsey-ehrlich.com; jpatchen@taylorpatchen.com; kdhadialla@taylorpatchen.com; dbrownstein@fbj-law.com; wfarmer@fbj-law.com; mpernick@mkwllp.com; jbartlett@mkwllp.com; af@annefokstuen.com |
| **Cc:** | Whitney.Weber@lw.com; Stephanie.Strider@lw.com; John.Eastly@LW.com |
| **Subject:** | RE: Stroz review at Latham tomorrow |
| **Categories:** | Waymo |

Counsel,

In response to David's various emails about the number of screened documents, please see the below document counts.  If Waymo would like to run search terms in the private documents, please provide us with those terms, and Stroz will stage the responsive materials for each diligenced employee's counsel's review to determine to what extent they will either agree to production or escalate documents to the Special Master.

**Levandowski** – 425,317 available docs
Privilege – 3,211
Private – 17,175

**Ron** – 228,256 available docs
Privilege – 641
Private – 17,134

**Burnette** – 487,461 available docs
No screened documents

**Juelsgaard** – 282,329 available docs
Privileged/Private – 18,575

**Sebern** – 55,743 available docs
Private – 30,175


**Melanie M. Blunschi**
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8129
Fax: +1.415.395.8095
Email: melanie.blunschi@lw.com
http://www.lw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.

Latham & Watkins LLP