MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: 415.268.7000/Fax: 415.268.7522

KAREN L. DUNN (Admitted *Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel.: 202.237.2727/Fax: 202.237.6131

WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (Admitted *Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S NOTICE OF JOINDER IN DEFENDANT OTTO TRUCKING'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. HESSELINK**<br><br>Judge:      Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") hereby join and adopt Co-Defendant Otto Trucking, LLC's ("Otto Trucking") Motion in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections of Waymo's Alleged Trade Secrets and all documents that support that motion (Docket 1610). In support Uber states as follows:

1. On September 16, 2017, Otto Trucking filed its Motion in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections of Waymo's Trade Secrets.

2. Uber joins and adopts, as if set out verbatim herein, the arguments, authorities, conditions, and prayers of Co-Defendant Otto Trucking set forth in Docket 1610 and supporting materials therein, for the reason that the proposed testimony is being offered against Uber and the said response is applicable to Uber in the above-captioned matter.

3. Uber joins and adopts Co-Defendant Otto Trucking's Motion to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Uber hereby joins and adopts Co-Defendant Otto Trucking's Motion in Limine to Exclude Testimony of Dr. Hesselink Regarding Protections of Waymo's Alleged Trade Secrets and all supporting materials (Docket 1610).

Dated: September 19, 2017          Respectfully submitted,

                                   SUSMAN GODFREY LLP
                                   MORRISON & FOERSTER LLP
                                   BOIES SCHILLER FLEXNER LLP

                                   By:  */s/ Karen L. Dunn*
                                          Karen L. Dunn

                                   *Counsel for Defendants*
                                   UBER TECHNOLOGIES, INC. AND
                                   OTTOMOTTO LLC