QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF ARTURO J GONZÁLEZ IN RESPONSE TO COURT'S ORDER REQUIRING DECLARATIONS AND EXHIBITS THERTO** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of the Declaration of Arturo J. González in Response to the Court's Order Requiring Declarations and Exhibits Thereto ("Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of the Declaration of Arturo J. González in Response to the Court's Order Requiring Declarations ("González Declaration") and of Exhibits 6 and 7[1] thereto, as well as the entirety of Exhibit 3.

3. Exhibit 3 (portions marked in green boxes in versions filed herewith) contains, references, and/or describes the scope of Waymo's relevant forensic investigation conducted by Google's security team, including the identity of one or more non-public targets of those investigations. I understand that Waymo maintains this information as confidential. The public disclosure of this information would cause significant harm and embarrassment to these non-public persons.

4. Exhibits 6 and 7 (green highlighted portions) contain, reference, and/or describe Waymo's trade secret information. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, including its LiDAR designs, which Waymo maintains as secret. I understand that these designs are maintained as secret by Waymo (Dkt. 25-47) and that the designs are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the

---

[1] The Administrative Motion lists Exhibits 5 and 6 in the table therein, but it was actually Exhibits 6 and 7 that were filed partially under seal.

1  functionality or features of Waymo's autonomous vehicle system.  If such information were made
2  public, I understand that Waymo's competitive standing would be significantly harmed.
3       5.     Waymo's request to seal is narrowly tailored to those portions of Exhibits 3, 6, and 7
4  that merit sealing

6       I declare under penalty of perjury under the laws of the State of California and the United
7  States of America that the foregoing is true and correct, and that this declaration was executed in San
8  Francisco, California, on September 19, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: <u>*/s/ Charles K. Verhoeven*</u>
        Charles K. Verhoeven