# UNREDACTED VERSION OF EXHIBIT 9 SOUGHT TO BE FILED UNDER SEAL

**From:** Michael Pfyl
**To:** Heather Adkins                            Kristinn Gudjonsson
**Sent:** Mon, 1 Aug 2016 13:55:05 -0700
**Subject:** Re: Computer Forensic Request - [Attorney Client Privilege - Confidential]
**Cc:** Amy Lambert

Heather and Kristinn,
Apologies, I sent the below thread to the wrong Heather Adkins last week!

Please review and let me know if you have any questions. I'll include you in the calendar invite (hopefully later this week) once I get a meeting with the appropriate stakeholders together.  Thanks in advance.

- Mike

On Fri, Jul 29, 2016 at 10:43 AM, Kevin Voser                            wrote:

  Michael, thanks for advancing this.  To clarify one point that may be obvious, I'd like to talk about how to review for bulk downloads from relevant cloud-stored software tools as well, like Drive, Jira, etc. I suspect that's where we'd find most confidential info, rather than local drives.

On Friday, July 29, 2016, Michael Pfy                            wrote:

  Hi Heather,
  Chauffeur has experienced significant employee attrition in the past year.  Specifically, 14 employees have left to go to the same competitor (Otto) and leadership has expressed concerns that Otto may be poaching our IP.

We'd like to explore

I'm pulling together a meeting with various stakeholders and it would be great if someone from your team could attend to provide input on options, potential processes, etc.  Is there someone you recommend we invite?

---------- Forwarded message ----------
From: **Michael Pfyl**
Date: Fri, Jul 29, 2016 at 9:11 AM
Subject: Re: Computer Forensic Request - [Attorney Client Privilege - Confidential]
To: Lewis Segall
Cc: Gerhard Eschelbeck                            , Leah Bijnens                            , Global Investigations
                            , Andrew Price

I'll include you in the meeting next week as well.
I think they want to

Leah, is there anyone else from security we should include to discuss investigative options, bandwidth, process, etc.?

On Fri, Jul 29, 2016 at 9:08 AM, Lewis Segall                            wrote:

  In these circumstances, I would be fine from a legal perspective with review of the devices for bulk transfers as well as evidence of unpermitted solicitations.

Mike--if you could include me in that discussion of a standardized approach, that would be great. For example, would this be an approach for

On Fri, Jul 29, 2016 at 8:27 AM, Michael Pfyl                            wrote:

                            WAYMO-UBER-00086809

All,

I spoke with Kevin Vosen (chauffeur general counsel) and David Drummond yesterday and they want to start checking for large data transfers and/or other signs that ████████████████████████████████████████ Can you include that parameter in your analysis here?

Also, I'd like to discuss with you how we can standardize this approach moving forward. Leah, should I set up time with you? Are there others I should include?

On Jul 29, 2016 8:17 AM, "Gerhard Eschelbeck" ██████████████████ wrote:

  wondering if we could conduct these searches via email vs. need to access the devices ?

On Thu, Jul 28, 2016 at 11:42 AM, Leah Bijnens ████████████████ wrote:

**Attorney Client Privilege - Confidential**
+ Andrew Price, Mike Pfyl as FYI

Hi Lewis/Gerhard

This request is in relation to our on-going investigation regarding concerns that Xoogler Anthony Levandowski (levandowskil@) is soliciting Googlers in violation of his legal agreement with Google.

██████████████████████████████████████████████████████████████████████████████. We would like to request that IR forensically review the returned company assets (i.e., laptops and phone if possible) of these Googlers for evidence of this solicitation. I do not anticipate there being many if any results for this search; however, there is a chance that the search may find emails or email fragments recovered from the hard drive with the solicitation.

  • **LDAPs:** skshirsagar@, ████████████, rradu@
• **Search terms**: "Anthony Levandowski", "levandowski@gmail.com", "Otto"
• **Additional review request:** recent web history
• **Timeframe:** No time frame since it will be a search of the hard drive from the Google owned computer/phone.

  Please let me know if you have any questions or comments.

Thank you,
Leah

Leah Bijnens | Global Security Investigations ████████████ ████████

--



• **Lewis Segall**
• Senior Counsel
• Google Inc.

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.


--
Kevin Vosen