# UNREDACTED VERSION OF EXHIBIT 22 SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,                        )
 6              Plaintiff,             )
 7        vs.                          ) Case No.
 8   UBER TECHNOLOGIES, INC.;          ) 3:17-cv-000939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,     )
10   INC.,                             )
11              Defendants.            )
12   _____   )
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15     VIDEOTAPED DEPOSITION OF KRISTINN GUDJONSSON
16                 Palo Alto, California
17                Friday, July 28, 2017
18                      Volume I
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   JOB No. 2665814
24
25   PAGES 1 - 242
```

Page 1

1    BY MR. TAKASHIMA:                                          11:13:08

2        Q   Do you understand that what used to be

3    Project Chauffeur has become Waymo?

4        A   Yes.

5        Q   If I use the term "Waymo," will you                11:13:13

6    understand that to include Project Chauffeur before?

7        A   Yes.

8            MR. BAKER:  Let me just clarify, also,

9    Counsel, for the record, that my previous objections

10   were attorney-client privilege and work product.           11:13:22

11           MR. TAKASHIMA:  Thank you.

12       Q   Was the investigation of Anthony

13   Levandowski the first investigation you were

14   involved in that concerned a former Waymo employee?

15           MR. BAKER:  You can answer that yes or no.         11:13:52

16           THE WITNESS:  Yes.

17   BY MR. TAKASHIMA:

18       Q   Are you aware of any investigations of

19   former Waymo employees prior to the investigation of

20   Mr. Levandowski?                                           11:14:08

21           MR. BAKER:  You can answer that yes or no.

22           THE WITNESS:  No.

23   BY MR. TAKASHIMA:

24       Q   What was your first involvement in the

25   investigation of Anthony Levandowski?                      11:14:22

Page 48

```
1    log source.                                              14:54:57

2           Do you see that?

3      A    Yes.

4      Q    What does that mean?

5      A    It means that we have a lot of different         14:54:59

6    things that report back into ████.  This is our

7    inventory system that we use to maintain our

8    inventory and, among other things, to have ████

9    use to authenticate machines.

10          There are various different sources that          14:55:17

11   contribute to ████.  Like ████████████████████

12   will send information there, and so on.

13     Q    What other systems report in to ████?

14     A    Depending on operating system.

15     Q    For a Linux system, what other programs           14:55:33

16   report back into ████?

17     A    For Linux, it would be -- we get

18   information from ████████████████████████████

19   ████ we get information from ███ we get

20   information from ██████████████████████████       14:55:48

21   as well; we get information from the ██████████

22   ████████████████████████████████████

23   ██████████.  And so it depends on systems as well.

24     Q    For Windows systems, what programs or

25   systems --                                                14:56:09
```

Page 172

1    A    That would be the same, except I do    14:56:10
2    believe ▓▓▓ reports back, I think.  I'm not sure.
3    ▓▓▓▓▓▓ is another system that runs on Windows
4    systems that gives certain information out to other
5    systems.    14:56:25
6        Q    What information does ▓▓▓▓▓▓ report
7    back?
8        A    I would have to look it up.
9        Q    What does ▓▓▓ do?
10       A    ▓▓▓ is the system that we used to    14:56:43
11   register all the systems in.  So that would be,
12   like, hardware, serial number of hard drives, asset
13   tag, history of the machine as in, you know, which
14   users was it assigned to at what time, who accepted
15   it from Tech Stop when it was returned back, and the    14:57:02
16   history of the machine.
17       Q    Is the idea behind ▓▓▓▓ that it collects
18   all information Google has that's tied to a specific
19   machine?
20       A    Not necessarily all, but all the pertinent    14:57:20
21   that they need for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23       Q    And is that typically examined during
24   forensic investigations?
25       A    Yes.    14:57:33

Page 173

```
1      Q    Why?                                                    14:57:33
2      A    First of all, it's the inventory system.
3  So if -- well, depending on what we're looking at,
4  depending on cases.
5           If you're looking at a particular user, we              14:57:44
6  want to know which machines that user had assigned
7  to them, [REDACTED] will be the first stop.
8      Q    Any other reasons you would look at [REDACTED]
9  data?
10     A    Yes.                                                    14:57:59
11     Q    What are those reasons?
12     A    Depending on operating system, depending
13 on case.
14     Q    It would vary?
15     A    Yes.                                                    14:58:08
16     Q    Who at Google was responsible for
17 maintaining the [REDACTED] system?
18     A    The [REDACTED] team.
19     Q    Very logical.
20          Moving down to paragraph 10, there's a                  14:58:25
21 reference to [REDACTED]
22     A    Yes.
23     Q    What is [REDACTED]
24     A    [REDACTED] that we
25 have. [REDACTED]                                                 14:58:33
```

Page 174

```
 1   ( ███████████████████████████████████████ )      14:58:43
 2   ( ███████████████████████████████████████ )
 3   ( █████████████████ )
 4       Q   So Mr. Brown's declaration says that ( █ )
 5   ( ███████████████████████████████████████ )      14:59:08
 6   ( ██████████████ )
 7           Is that the -- can you explain what that
 8   means?
 9       A   So I forgot where exactly it fetches that
10   information.                                     14:59:24
11              ( ████████████████████████████ )
12   ( ███████████████████████████████████████ )
13   ( ███████████████████████████████████████ )
14   ( ████████████████████ )
15              ( ████████████████████████████ )      14:59:38
16   ( ███████████████████████████████████████ )
17   ( █████████████████████ ) ( █████████████ )
18   ( ███████████████████████████████████████ )
19   ( ████████████████ )
20       ( █ ) ( ████████████████████████████ )       14:59:54
21   ( ███████████████████████████████████████ )
22   ( ██████ )
23       ( █ ) ( ████████████████████████████ )
24   ( ███████████████████████████████████████ )
25   ( ██████████████████████████████████ )           15:00:06
```

Page 175

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        (      )   I'm not sure.                          15:00:09
2            Q   Okay.  Immediately before that test period
3     it's talking about, it says, "In addition to its
4     live forensic capabilities."
5                Do you see that?                          15:00:24
6            A   Yes.
7            Q   What are        live forensic capabilities?
8            A   They vary.
9            Q   Can you explain them?
10           (   )                                         15:00:34
11
12
13
14
15                                                         15:00:52
16
17
18
19
20                                                         15:01:09
21
22
23
24
25                                                         15:01:21
```

Page 176

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    (                           )                          15:01:24
2           (                                        )
3    (                                                          )
4    (                                                )
5    (                                                )         15:01:39
6    (                                       )
7    (                                        )
8    (                                        )
9    (                                             ) (       )
10   (                        )                                 15:01:54
11          (                                       )
12   (                                            ) (    )
13   (                          ) (                       )
14   (   )
15         Q   Is information from      collected in a          15:02:10
16   central repository?
17         A   Yes.
18         Q   What information gets logged from        )
19         A   What information?  Quite a bit.
20         Q   Can you give me examples?                        15:02:24
21         ( )(                                        )
22   (                                          )
23   (                                    )
24          (                                   )
25   (                                                )        15:02:46
```

Page 177

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     ███████████████████████████████████    15:02:51
2     ███████████████████████████
3        █ ███████ █████████████████
4     ███████████████
5        █ ███████████████████████████       15:03:03
6     ██████████████████████████████
7     ██████████████████████
8        █ ██████████████████████████
9     ████████████████████████
10       █ █████                              15:03:20
11       █ ███ █████████████████████
12    ████████████
13       █ ██████████████████████
14       Q   Is ███ specific to Linux?
15       A   No.                              15:03:35
16       Q   So ███ is on both Linux and Windows
17    devices?
18       A   And Macs, yes.
19       █ █████████████████
20       █ ███                                15:03:44
21       █ ███████████████████████
22       █ ███████████████████████
23       Q   How far back does the central repository
24    maintain information from ███?
25       A   I'm not sure.                    15:04:05

Veritext Legal Solutions
866 299-5127

```
 1   today, you are not aware of any evidence that            15:29:57

 2   Mr. Levandowski copied files off the computer before

 3   it was reimaged?

 4           MR. BAKER:  Objection to form.

 5           THE WITNESS:  I can only tell you what's         15:30:06

 6   in the declaration here, what we see here.

 7   BY MR. TAKASHIMA:

 8       Q   To your knowledge, has there been any

 9   investigation of Mr. Levandowski's e-mail account at

10   Google?                                                  15:30:53

11       A   I'm not sure.

12       Q   To your knowledge, has anybody connected

13   with an investigation reviewed the contents of

14   Mr. Levandowski's e-mail account at Google?

15       A   I'm not sure.                                    15:31:05

16       Q   Who would know?

17       A   Lawyers.

18       Q   Would anybody else in digital forensics

19   know?

20       A   Potentially, but probably not.  It               15:31:22

21   probably would have been me if that check was made.

22       Q   Have you conducted -- been involved in any

23   review of Mr. Levandowski's workstation from Google?

24       A   The workstation, no.

25       Q   Has anybody else from digital forensics          15:31:42
```

Page 198

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   conducted that investigation?                              15:31:44

2        A    No.

3        Q    Has anybody looked at Mr. Levandowski's

4   workstation?

5        A    Not to my knowledge.                             15:31:49

6        Q    Has the workstation been preserved?

7        A    Not to my knowledge.

8        Q    Okay.  Has it been deleted?

9        A    I'm not sure.  I would have to go check.

10       Q    Did you ever discuss with anybody                15:32:07

11  investigating Mr. Levandowski's workstation?

12            MR. BAKER:  Again, I just want to caution

13  the witness not to disclose any communications that

14  he's had with attorneys.

15            If you have a question, we can go outside.       15:32:22

16            MR. TAKASHIMA:  Do you want to take a

17  break?

18            THE WITNESS:  Yes.  Let's do that.

19            THE VIDEO OPERATOR:  We are now going off

20  the record, and the time is 3:32.                          15:32:31

21            (Recess, 3:32 p.m. - 3:39 p.m.)

22            THE VIDEO OPERATOR:  We're now going back

23  on the record, and the time is 3:39.

24  BY MR. TAKASHIMA:

25       Q    Did you ever discuss with anybody whether        15:39:05

Page 199

```
 1           I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4           That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12           Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16           I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19           IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21           Dated: 7/29/2017
22
23
             _____
24           CARLA SOARES
25           CSR No. 5908
```

Page 242