1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel:    415.268.7000 / Fax:   415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    HAMISH P. M. HUME
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington, D.C.  20005
9   Tel:    202.237.2727 / Fax:   202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
12  New York, NY 10019-6023
    Tel.:    212.336.8330 / Fax.:   212.336.8340
13
    *Counsel for Defendants*
14  UBER TECHNOLOGIES, INC.
    and OTTOMOTTO LLC
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19  WAYMO LLC,                              | Case No. 3:17-cv-00939-WHA

20                    Plaintiff,            | **NOTICE OF ERRATA REGARDING
                                            | UBER'S ADMINISTRATIVE MOTION
21         v.                               | TO FILE UNDER SEAL
                                            | DEFENDANTS' MOTION IN LIMINE
22  UBER TECHNOLOGIES, INC.,                | NO. 25 AND WAYMO'S BRIEF IN
    OTTOMOTTO LLC; OTTO TRUCKING LLC,       | OPPOSITION THERETO AND
23                                          | DECLARATION IN SUPPORT
                      Defendants.           | THEREOF (DKTS. 1562 AND 1562-1)**
24
25                                          | Judge:      Hon. William H. Alsup
                                            | Trial Date: October 10, 2017
26

27

28

1    PLEASE TAKE NOTICE THAT Defendants Uber Technologies Inc. and Ottomotto LLC

2    (collectively, "Uber") provide this notice of errata to correct statements made in Uber's

3    Administrative Motion to File Under Seal Defendants' Motion in Limine No. 25 and Waymo's

4    Brief in Opposition Thereto (Dkt. 1562) and in the Declaration of Martha L. Goodman in Support

5    of Defendants' Administrative Motion to File Under Seal Their Motion In Limine No. 25 and

6    Waymo's Brief in Opposition Thereto (Dkt. 1562-1).

7    Docket No. 1562:     The Chart on Page 1 states that the highlighted portions of Exhibit

8    27 are designated by "Defendants." This chart should be corrected to state that the highlighted

9    portions of Exhibit 27 are designated by "Defendants (blue boxed)" and "Plaintiffs (red)."

10   Furthermore, Page 2 lines 3-4 reads that "The green highlighted portions of MIL 25 and of

11   Exhibits 17, 18, and 20, and the entirety of Exhibits 11 and 19, contain information that Waymo

12   designated . . . .". This clause should be corrected to state, "The green highlighted portions of

13   MIL 25 and of Exhibits 17, 18, and 20, and red-highlighted portions of Exhibit 27, and the

14   entirety of Exhibits 11 and 19, contain information that Waymo designated . . . ."

15   Docket No. 1562-1:    The Chart on Page 1, paragraph 2 states that the highlighted

16   portions of Exhibit 27 are designated by "Defendants." This chart should be corrected to state

17   that the highlighted portions of Exhibit 27 are designated by "Defendants (blue-boxed)" and

18   "Plaintiffs (red)."

19   Furthermore Page 2 paragraph 4 lines 6-7 reads that, "The green highlighted portions of

20   MIL 25 and of Exhibits 17, 18, and 20, and the entirety of Exhibits 11 and 19, contain

21   information that Waymo designated . . . .". This clause should be corrected to state, "The green

22   highlighted portions of MIL 25 and of Exhibits 17, 18, and 20, and red highlighted portions of

23   Exhibit 27, and the entirety of Exhibits 11 and 19, contain information that Waymo designated . .

24   . ."

25   //

26   //

27   //

28   //

1

1

Dated:  September 20, 2017                    BOIES SCHILLER FLEXNER LLP

2

By:   */s/ Karen L. Dunn*

3                                                     Karen L. Dunn

4                                             *Counsel for Defendants*
                                              UBER TECHNOLOGIES, INC. AND
5                                             OTTOMOTTO LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2