# EXHIBIT 27

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6              Plaintiff,
                                      Case
7    vs.                              No. 3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
9
               Defendants.
10   _____/
11
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF GAETAN PENNECOT
15              VOLUME III (PAGES 275 to 478)
16                 FRIDAY, JUNE 16, 2017
17
18
19
20
21
22   Reported by:
23   Anrae Wimberley
24   CSR No. 7778
25   Job No.  2641228
```

Page 275

```
1   your design of the Fuji transmit boards?                    15:20:01
2       A.   No.                                                15:20:01
3       Q.   I'd like to stay with that last screenshot we      15:20:06
4   were looking at in Exhibit 1063.                            15:20:12
5            How is the laser diode placed on the board         15:20:16
6   with respect to the board's edge in Fuji?                   15:20:19
7       A.   It is ███████████████.                             15:20:23
8       Q.   And ████████████████████████?                      15:20:28
9       A.   ███████████████                                    15:20:31
10      Q.   Who at Uber was responsible for designing          15:20:36
11  that ██████████████████ for Fuji?                           15:20:40
12      A.   I was.                                             15:20:40
13      Q.   And what's the purpose of the ████████████?        15:20:46
14      A.   So there's a few reasons to that.  █████  ████████
    █████████████████████████████████████████████████  ████████
    █████████████████████████████████████████████████  ████████
    █████████████████████████████████████  And that             15:21:08
18  would be the main reason for that.                          15:21:11
19           Also, ██████████████████████████████████  ████████
    █████████████████████████████████████████████████  ████████
    █████████████████████████████████████████████████  ████████
    ████████████████████████████████████████████████████████████
    █████████████████████████████████████████████████  ████████
    █████                                                       15:21:42
25      Q.   You mentioned that ██████████████████████          15:21:44
```

Page 407

| | | | |
|---|---|---|---|
| 1 | | ███████████ | ███████ |
| 2 | | ███████████████ | 15:21:47 |
| 3 | A. | That would be ████████████. | 15:21:49 |
| 4 | Q. | Is ████████████████████████? | 15:21:53 |
| 5 | A. | It is an ████████. | 15:21:55 |
| 6 | Q. | Why did you choose to ██████████████████ ████████ | 15:22:02 |
| 7 | | ██████████████████████? | |
| 8 | A. | Because I -- I have done it from experience. | 15:22:06 |
| 9 | Q. | Did Mr. Levandowski provide any input on the | 15:22:11 |
| 10 | | ████████████████████████? | 15:22:16 |
| 11 | A. | No. | 15:22:16 |
| 12 | Q. | Now, you said you had experience doing -- | 15:22:20 |
| 13 | | ████████████████████████. | 15:22:23 |
| 14 | | Where did you have that experience? | 15:22:25 |
| 15 | A. | Back at Google. | 15:22:27 |
| 16 | Q. | Was there a LiDAR at Google in which you used | 15:22:31 |
| 17 | | ████████████████████████████████? | 15:22:35 |
| 18 | A. | GBR. | 15:22:35 |
| 19 | Q. | And at Google, who came up with the | 15:22:42 |
| 20 | | ████████████████████? | 15:22:45 |
| 21 | A. | I did. | 15:22:47 |
| 22 | Q. | How did you decide that ████████████████████ ████ | |
| 23 | | ██████████████? | 15:22:52 |
| 24 | A. | So I called ██████████████, which was the first | 15:22:58 |
| 25 | | supplier at Google.  And they were ████████████ | 15:23:03 |

```
 1    █████████████████████████████████████              ███████
 2    ███████████████████████   █████████████████████    ███████
 3    ███████   █████████████████████████████████        ███████
 4    ████████████████████   ███████████████████████████ ███████
 5    ███████████████   And I chatted with Pierre about it for   15:23:27
 6    not too long, and decided that it would be the -- we       15:23:35
 7    would use ████████████████████████                          15:23:39
 8         Q.   Let me break that down a bit.
 9              You said you chatted with a vendor called         15:23:43
10    █████████?                                                  15:23:43
11         A.   ██████████████.                                   15:23:47
12         Q.   ██████████████.                                   15:23:47
13              And you said they were ████████████████  ███████
14    ████████ --                                                 15:23:53
15         A.   █████████████████████████████.                    15:23:55
16         Q.   And that's ███████████████████████?                15:24:01
17         A.   Yes.                                              15:24:01
18         Q.   And you mentioned ██████████████████████.          15:24:04
19              What does that refer to?                          15:24:06
20         A.   That would be ████████████████████████████ ██████
21    ██████████████████████████████████████████████████   ██████
22    █████████████████████████████████████████████████           15:24:19
23         Q.   You also mentioned ██████████████.                15:24:21
24              What does that refer to?                          15:24:25
25         A.   █████████████████████.                            15:24:27
```

Page 409

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1      Q.   So you said the ███████████████████        
                                                       15:24:39
2   ████████████████████████?
3      A.   This is correct, according to the specs of 15:24:43
4   dimension.                                         15:24:43
5      Q.   And how did that guide your decision to use 15:24:46
6   ████████████████████████████?                      15:24:49
7      A.   I wanted ████████████████.                 15:24:52
8      Q.   Why did you want ████████████████████
9   ████████████████████?                              15:24:58
10     A.   Because ██████████████████████████
11  ██████████  ████████████████████                   15:25:08
12     Q.   Was it important that ████████████████████
13  ████████████                                       15:25:15
14     A.   No.                                        15:25:15
15     Q.   Why not?                                   15:25:16
16     A.   ████████████████████████████               15:25:24
17  It doesn't really matter.                          15:25:26
18     Q.   Why wouldn't it matter?                    15:25:29
19     A.   Because we need to ████████████████████
    ████████████████████████████████████████
    ████████████████████  ████████████████
    ████████████████████████████████████
    ██████████████████████  ████████████████
    ████████████████████████████████  ██████
    ████████████████████████████                       15:26:03
```

Page 410

| | | |
|---|---|---|
| 1 | Q. How long did it take you to ▮▮▮▮ ▮▮▮▮ | |
| 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:26:09 |
| 3 | A. Maybe ten minutes for a phone call with | 15:26:12 |
| 4 | ▮▮▮ and then five minutes' discussion with Pierre, | 15:26:17 |
| 5 | make sure that he was okay with it. | 15:26:20 |
| 6 | Q. And was that it? | 15:26:23 |
| 7 | A. Yes. | 15:26:25 |
| 8 | Q. In total, it took 15 minutes to come up with | 15:26:31 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮? | 15:26:35 |
| 10 | A. Yes. | 15:26:35 |
| 11 | Q. Did you do any testing to arrive at the | 15:26:37 |
| 12 | ▮▮▮▮▮▮▮▮? | 15:26:40 |
| 13 | A. No. | 15:26:40 |
| 14 | Q. And why not? | 15:26:43 |
| 15 | A. Because we tried once and it worked from the | 15:26:47 |
| 16 | start. | 15:26:47 |
| 17 | Q. Did you rely on any data to find ▮▮▮▮ ▮▮▮▮ | |
| 18 | ▮▮▮▮▮▮▮▮? | 15:26:53 |
| 19 | A. I mean, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 15:27:00 |
| 20 | no. | 15:27:00 |
| 21 | Q. Did anyone at Google tell you that a | 15:27:07 |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a trade | 15:27:11 |
| 23 | secret? | 15:27:12 |
| 24 | MR. JAFFE: Objection; form, calls for a legal | 15:27:14 |
| 25 | conclusion. | 15:27:15 |

Page 411

| | | |
|---|---|---|
| 1 | THE WITNESS:  No. | 15:27:16 |
| 2 | BY MR. MUINO: | 15:27:16 |
| 3 | Q.   Did anyone at Google tell you that a | 15:27:18 |
| 4 | ███████████████  was in any way proprietary to | 15:27:24 |
| 5 | Google? | 15:27:26 |
| 6 | MR. JAFFE:  Same objection. | 15:27:27 |
| 7 | THE WITNESS:  No. | 15:27:28 |
| 8 | BY MR. MUINO: | 15:27:28 |
| 9 | Q.   Did you think that this ████████████ | 15:27:29 |
| 10 | was a significant technological development at the | 15:27:33 |
| 11 | time? | 15:27:34 |
| 12 | MR. JAFFE:  Objection; form. | 15:27:35 |
| 13 | THE WITNESS:  No. | 15:27:36 |
| 14 | BY MR. MUINO: | 15:27:36 |
| 15 | Q.   Why not? | 15:27:37 |
| 16 | A.   Because ██████████████████████ ████ | |
| 17 | ████████████████████████ | 15:27:42 |
| 18 | MR. MUINO:  Why don't we go off the record. | 15:27:47 |
| 19 | THE VIDEOGRAPHER:  This is the end of Disc 2 in | 15:27:49 |
| 20 | Volume III in the deposition of Mr. Pennecot.  The | 15:27:53 |
| 21 | time is 3:27. | 15:27:55 |
| 22 | (Recess taken.) | 15:38:21 |
| 23 | THE VIDEOGRAPHER:  We are back on the record. | 15:38:32 |
| 24 | This is the beginning of Disc 3 in Volume III in the | 15:38:36 |
| 25 | deposition of Mr. Pennecot.  It is 3:38. | 15:38:40 |

Veritext Legal Solutions
866 299-5127

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2        I, ANRAE WIMBERLEY, CSR NO. 7778, duly authorized
 3   to administer oaths pursuant to Section 8211 of the
 4   California Code of Civil Procedure, hereby certify
 5   that the witness in the foregoing deposition was by me
 6   sworn to testify to the truth, the whole truth and
 7   nothing but the truth in the within-entitled cause;
 8   that said deposition was taken at the time and place
 9   therein stated; that the testimony of said witness was
10   reported by me and was thereafter transcribed by me or
11   under my direction by means of computer-aided
12   transcription; that the foregoing is a full, complete
13   and true record of said testimony; and that the
14   witness was given an opportunity to read and correct
15   said deposition and to subscribe same.
16        I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption.
21        IN WITNESS WHEREOF, I have hereunto subscribed by
22   my hand this 18th day of June, 2017.
23
                    [signature: Anrae Wimberley]
24
                    ANRAE WIMBERLEY, CSR NO. 7778
25
```

Page 478