MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:     415.268.7000 / Fax:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:     202.237.2727 / Fax:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:    212.336.8330 / Fax.:   212.336.8340

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 1562-17 AND 1564-14**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") file this Administrative Motion to Remove the following documents from ECF, submitted electronically on September 18, 2017, by Defendants:

1. Docket Number 1562-17: Public Redacted Version of Exhibit 27 to the Goodman Declaration ISO Uber's MIL No. 25.

2. Docket Number 1564-14: Public Redacted Version of Exhibit 27 to the Goodman Declaration ISO Uber's MIL No. 25.

These documents contain information designated by Waymo as highly confidential that inadvertently was not redacted. Uber has contacted the ECF Help Desk regarding this issue. Uber has also filed correct versions of these documents with the confidential information at issue properly redacted at Docket Numbers 1702 and 1702-1.

For the foregoing reasons, Uber respectfully requests that the Court grant this Motion to Remove.

Dated: September 20, 2017

BOIES SCHILLER FLEXNER LLP

By: */s/ Karen L. Dunn*
　　　Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC

1