AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFO

| | | |
|---|---|---|
| WAYMO, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-CV-00939 (WHA) |
| UBER TECHOLOGIES, INC; OTTOMOTO LLC; | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Soren Juelsgaard.

Date:

*Attorney's signature*

Anne Fokstuen, SB#227022
*Printed name and bar number*
2171 Junipero serra Boulevard, Suite 700
Daly City, CA 94014

*Address*

af@annefokstuen.com
*E-mail address*

(415) 745-0427
*Telephone number*

(650) 991-1650
*FAX number*