MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 1666-2, 1666-3, AND 1666-4**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") file this Administrative Motion to Remove the following documents from ECF, submitted electronically on September 18, 2017, by Defendants:

1. Docket Number 1666-2: Revised Redactions to Exhibit A to the Nardinelli Declaration ISO Waymo's Renewed Motion in Limine No. 1.

2. Docket Number 1666-3: Revised Redactions to Exhibit B to the Nardinelli Declaration ISO Waymo's Renewed Motion in Limine No. 1.

3. Docket Number 1666-4: Revised Redactions to Exhibit G to the Nardinelli Declaration ISO Waymo's Renewed Motion in Limine No. 1.

These unredacted documents designated by Waymo as highly confidential inadvertently were not filed under seal but instead with partial redactions of Uber's confidential information. Uber has contacted the ECF Help Desk regarding this issue. Uber has also filed correct versions of these documents under seal at Docket Numbers 1708, 1708-1, and 1708-2.

For the foregoing reasons, Uber respectfully requests that the Court grant this Motion to Remove.

Dated: September 20, 2017   BOIES SCHILLER FLEXNER LLP

By: *s/ Karen L. Dunn*
        Karen L. Dunn

*Counsel for Defendants*
UBER TECHNOLOGIES, INC. AND
OTTOMOTTO LLC