UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 20, 2017 | **Time:** 3 hours 12 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc., et al | |
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Katherine Sullivan / Jo Ann Bryce | |

**Attorney for Plaintiff:** Charles Verhoeven; David Perlson; Melissa Baily; Felipe Corredor; James Baker; Jordan Jaffe; Jeffrey Nardinelli

**Attorney for Defendant Uber and Ottomotto:** Michael Jacobs; Arturo Gonzalez; Esther Chang; William Carmody; Michelle Yang; Kathleen Hartnett

**Attorney for Defendant Otto Trucking:** Neel Chatterjee; Shane Brun

**Attorney for Non-Party Stroz Friedberg:** Melanie Blunschi

**Special Master:** John Cooper


PROCEEDINGS

Plaintiff's Motion for Partial Summary Judgment on Certain Affirmative Defenses (Dkt. #1418)

Defendant Otto Trucking's Motion for Summary Judgment (Dkt. #1423)

Defendants Ottomotto and Uber's Motion for Summary Judgment; Motion to Strike TS 96; and Daubert Motion (Dkt. #1514)

Plaintiff's Motion for Continuance of Trial Date (Dkt. #1604)

A portion of this hearing was held under seal.