# *EXHIBIT 3*

## *UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *EXHIBIT 3*

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S DISCLOSURE OF KRISTINN GUDJONSSON PURSUANT TO FRCP 26(a)(2)(C)** |

Case No. 3:17-CV-00939-WHA
DISCLOSURE OF WITNESS PURSUANT TO FRCP 26(a)(2)(C)

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Plaintiff Waymo LLC hereby discloses Kristinn Gudjonsson as a potential expert witness for trial.  As explained in Waymo's List of Opinions and Testimony Depending on Specialized Knowledge for Cases-in-Chief at Trial (Dkt. 770) and Waymo's List of Issues on Which It Will Present Expert Testimony During Its Case-in Chief at Trial, Waymo does not expect Mr. Gudjonsson to offer opinion testimony at this time, but rather expects him to testify as to his role in the forensic investigation described in the March 9, 2017 Declaration of Gary Brown ("the Brown Declaration"), and the conclusions drawn from that investigation.  In an abundance of caution, and to the extent the Court deems Mr. Gudjonsson's testimony at trial as opinion testimony, Waymo hereby submits this disclosure pursuant to Rule 26(a)(2)(C).

**Expert Witness:**

> Kristinn Gudjonsson
> Security Engineer, Google
> 1600 Amphitheatre Parkway
> Mountain View, CA 94043

**Subject Matter:**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C)(i), Waymo expects Mr. Gudjonsson to present evidence at trial concerning the forensic investigation into Anthony Levandowski, Sameer Kshirsagar and Radu Raduta, and the conclusions drawn from the results of the forensic investigation.  In presenting this evidence to the jury, Mr. Gudjonsson is expected to rely on his professional experience and expertise, and the materials he generated, reviewed and/or relied on during the course of the forensic investigation, including but not limited to log materials produced at WAYMO-UBER-00000648-944.

Mr. Gudjonsson is expected to testify as to the analysis of Google's networks and hardware, including but not limited to two laptops issued to Anthony Levandowski, as well as various sets of log data and machine analyses concerning Mr. Levandowski's download of more than 14,000 files and trade-secret Google Drive documents, subsequent reformatting and erasure of the computer used to perform those downloads, subsequent insertion and removal of a USB card-reader and related activities.  In the course of this testimony, Mr. Gudjonsson may discuss his

experience and familiarity with various forensic tools, such as write blockers and certain decryption tools. Mr. Gudjonsson may also discuss his experience and familiarity with various log sources, data sources, and security investigation tools, including but not limited to: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mr. Gudjonsson is expected to testify consistent with the Brown Declaration and his July 28, 2017 deposition, and hereby incorporates those materials by reference, including all exhibits and/or documents attached thereto or referenced therein.

**Summary of Facts:**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii), Waymo also provides the below summary of facts to which Waymo expects Mr. Gudjonsson may testify at trial:

Mr. Gudjonsson may testify as to his own credentials as a Security Engineer and digital forensics expert. Mr. Gudjonsson has a B.S. degree in computer and electrical engineering from the University of Iceland, a degree in network engineering with a focus on network security from the Institut National des Telecommunications and has taught courses in network forensics and security at Reykjavik University and for the SANS Institute. Mr. Gudjonsson is currently a manager in information security within the Detection Response group at Google. Previous to his current position, Mr. Gudjonsson was a security engineer within the same group. He has been in his current position for almost three years, and was in his previous position for three years. During his time at Google, Mr. Gudjonsson has performed around ▓▓▓▓ forensic investigations and overseen around the same amount.

Mr. Gudjonsson may also testify about the process by which a digital forensic investigation is initiated and proceeds at Google. He may explain how the scope of the investigation is determined and what written policies and/or company guidelines might apply to a forensic investigation of a current or former Google employee. Mr. Gudjonsson may explain what indices might prompt a digital forensic investigation to be initiated. He may explain the significance or potential significance of certain findings, how those findings might inform

1 subsequent steps in the investigation, and what the relevance of those findings might be to any
2 conclusion.

3     Mr. Gudjonsson may also testify about the forensic investigations of Anthony
4 Levandowksi, Sameer Kshirsagar and Radu Raduta. Mr. Gudjonsson may testify about the form of
5 the specific request to investigate Levandowski, what devices were the subject of that
6 investigation, and the proposed timeline for the investigation. Mr. Gudjonsson may testify about
7 the initial steps taken at the outset of the investigation, including but not limited to the actions he
8 took to secure the devices at issue and his attempts to decrypt the hard drives in the Levanadowksi
9 laptops to examine them for unusual user behavior. Mr. Gudjonsson may explain that, based on
10 his examination, he concluded that Mr. Levandowksi had asked for his machine to be reimaged,
11 and that this was unusual user behavior.

DATED: August 24, 2017             QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP

                                            By */s/ Charles Verhoeven*

                                                 Charles K. Verhoeven
                                                 Attorneys for WAYMO LLC

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served by electronic mail upon the following:

| Recipient | Email Address: |
|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105 | UberWaymoMoFoAttorneys@mofo.com |
| Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | |
| Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304 | |
| Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301 | |
| Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER | |

1
2
3
4
5

LLP
1401 New York Ave., NW
Washington, DC 20005
I. Neel Chatterjee (SBN 173985)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

DG-GPOttoTruckingWaymo@goodwinlaw.com

6
7
8
9
10

Brett M. Schuman (SBN 189247)
Shane Brun (SBN 179079)
Rachel M. Walsh (SBN 250568)
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2017, in San Francisco, California.

                                          */s/ Jeff Nardinelli*

                                      Jeff Nardinelli
                                      Attorney for Waymo LLC