# *E*XHIBIT *16*

*UNREDACTED VERSION*
*OF DOCUMENT*
*SOUGHT TO BE SEALED*

*E*XHIBIT *16*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                         --oOo--
 5   WAYMO LLC,
 6              Plaintiff,
                                         Case
 7   vs.                          No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                Defendants.
10   _____/
11
12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14    VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK
15                        VOLUME II
16              WEDNESDAY, SEPTEMBER 6, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2693569
24
25   Pages 178 - 317
```

Page 178

| | | |
|---|---|---|
| 1 | Q. Next bullet point says, "Since these are | 16:47:29 |
| 2 | arbitrary passwords, feel no guilt in saving your | 16:47:34 |
| 3 | password when prompted." | 16:47:35 |
| 4 | What did you mean when you wrote that? | 16:47:38 |
| 5 | A. Yeah, so when you sign -- or when you are | 16:47:41 |
| 6 | checking out a repository with Tortoise, you are | 16:47:44 |
| 7 | presented with a credential box with user name and | 16:47:48 |
| 8 | password. And there's a check box underneath to save | 16:47:52 |
| 9 | this for future transactions. And we wanted to make | 16:47:56 |
| 10 | sure that folks would not feel bad about ticking that | 16:48:00 |
| 11 | box. Because the whole reason that we were using | 16:48:03 |
| 12 | arbitrary passwords was to enable ticking that box. | 16:48:08 |
| 13 | Q. Next sentence, you said, "Let me know if | 16:48:11 |
| 14 | there are any gremlins." | 16:48:12 |
| 15 | What did you mean by that? | 16:48:13 |
| 16 | A. This was a new service that was not well | 16:48:16 |
| 17 | tested, and we wanted to know if people were having | 16:48:20 |
| 18 | problems, were requests timing out, were transactions | 16:48:24 |
| 19 | not going through, any number of little issues. | 16:48:28 |
| 20 | Q. Did you hear of any issues? | 16:48:34 |
| 21 | A. I don't remember, but I don't think anyone | 16:48:36 |
| 22 | had problems. | 16:48:38 |
| 23 | MR. CHATTERJEE: Let's mark this as -- | 16:48:44 |
| 24 | What is it, 2226? | 16:48:46 |
| 25 | THE REPORTER: Yes. | 16:48:48 |

Page 287

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            (Defendants' Exhibit 2226 was marked.)        16:49:02
 2   BY MR. CHATTERJEE:                                     16:49:02
 3       Q.   Mr. Zbrozek, I've handed you a document dated 16:49:05
 4   March -- it's an e-mail from you to Anthony            16:49:08
 5   Levandowski dated 18 March 2015 at 4:00 -- well,       16:49:13
 6   16:16:14.                                              16:49:15
 7            Do you see that?                              16:49:16
 8       A.   Yes.                                          16:49:17
 9       Q.   Do you know what this is?                     16:49:20
10       A.   This looks like a randomly generated          16:49:24
11   password.                                              16:49:25
12       Q.   If you look at the timing of this compared to 16:49:28
13   the exhibit that we just talked about, it was sent     16:49:33
14   about 10 minutes -- a little less than 10 minutes      16:49:36
15   afterwards.                                            16:49:37
16            Do you see that?                              16:49:37
17       A.   I do.                                         16:49:39
18       Q.   Do you know if you were sending               16:49:43
19   Mr. Levandowski a password to use the SVN server on    16:49:48
20   18th of March 2015?                                    16:49:50
21       MR. BAKER:   Objection to form.                    16:49:53
22       THE WITNESS:  I don't remember, but that seems     16:49:55
23   likely.                                                16:49:56
24   BY MR. CHATTERJEE:                                     16:49:56
25       Q.   And why would you be sending him a password   16:49:58
```

Page 288

| | | |
|---|---|---|
| 1 | to the SVN server if he wasn't using it? | 16:50:02 |
| 2 |     MR. BAKER:  Same objection. | 16:50:05 |
| 3 |     THE WITNESS:  The way that this was -- let me | 16:50:10 |
| 4 | rephrase. | 16:50:11 |
| 5 |     I was going down the list of people who had | 16:50:15 |
| 6 | been granted access as part of ▓▓▓▓▓▓▓ and | 16:50:20 |
| 7 | migrating all of the accounts.  So this means that he | 16:50:23 |
| 8 | would have been on the access control list for the | 16:50:25 |
| 9 | previous service. | 16:50:27 |
| 10 | BY MR. CHATTERJEE: | 16:50:27 |
| 11 |     Q.  So he was on the access control list for | 16:50:29 |
| 12 | ▓▓▓▓▓▓▓; right? | 16:50:32 |
| 13 |     A.  For our repository hosted there. | 16:50:36 |
| 14 |     Q.  He was also put on the access control list | 16:50:38 |
| 15 | for the new SVN repository; right? | 16:50:41 |
| 16 |     A.  That's right. | 16:50:42 |
| 17 |     Q.  And you gave him a password for it; right? | 16:50:44 |
| 18 |     A.  Clearly. | 16:50:46 |
| 19 |     Q.  Did you do anything to understand whether or | 16:50:49 |
| 20 | not people had actually been using the ▓▓▓▓▓▓▓ | 16:50:54 |
| 21 | repository? | 16:50:56 |
| 22 |     A.  I don't remember. | 16:50:57 |
| 23 |     Q.  Were you or anyone else you know of trying to | 16:51:03 |
| 24 | monitor the usage of the system to determine whether | 16:51:09 |
| 25 | someone should be on or off the access control list? | 16:51:13 |

Veritext Legal Solutions
866 299-5127

```
 1         FEDERAL CERTIFICATE OF DEPOSITION OFFICER
 2         I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
   declare:
 3         That, prior to being examined, the witness named
   in the foregoing deposition was by me duly sworn
 4 pursuant to Section 30(f)(1) of the Federal Rules of
   Civil Procedure and the deposition is a true record of
 5 the testimony given by the witness;
           That said deposition was taken down by me in
 6 shorthand at the time and place therein named and
   thereafter reduced to text under my direction;
 7         -----   That the witness was requested to
 8 review the transcript and make any changes to the
   transcript as a result of that review pursuant to
 9 Section 30(e) of the Federal Rules of Civil Procedure;
           -----   No changes have been provided by the
10 witness during the period allowed;
11         -----   The changes made by the witness are
12 appended to the transcript;
           --X---   No request was made that the transcript
13 be reviewed pursuant to Section 30(e) of the Federal
14 Rules of Civil Procedure.
           I further declare that I have no interest in the
15 event of the action.
16         I declare under penalty of perjury under the laws
17 of the United States of America that the foregoing is
   true and correct.
18         WITNESS my hand this 7th day of September, 2017.
19
20
21
22
23                  [signature: Anrae Wimberley]
24
25         ANRAE WIMBERLEY, CSR NO. 7778
```

Page 317