# EXHIBIT 18

*UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

*EXHIBIT 18*

**From:** Gary Brown
**To:** "Thomas E. Gorman" <TGorman@kvn.com>, Kristinn Gudjonsson
**Sent:** Wed, 21 Sep 2016 00:08:25 +0000
**Subject:** Re: Chauffeur Git audit logs
**Cc:** "Jennifer A. Huber" <JHuber@kvn.com>

Greetings,
My dive into code accesses is done, and can be found here.

Codesearch Searches and Files: extractions of terms searched for in one tab, actual accesses of files in the other (this tab also has a column for related search that may have led to the file. not perfect, not always there in the logs. for use in providing context only. correlating times of searches with times of accesses is probably better). These go back to August of 2015.

Piper Access: CLI accesses of files. As mentioned in the meeting, what constitutes an access in this file is very loose. These only go back to June of this year.

On Fri, Sep 16, 2016 at 10:14 AM Gary Brown wrote:

    We're absolutely working on this as well, but the queries are slow and the results will likely be large and require refining.

On Fri, Sep 16, 2016 at 9:05 AM Thomas E. Gorman <TGorman@kvn.com> wrote:

    Gary/Kristinn-

    Are you guys working on this project, too? For planning purposes, do you have an ETA?

    Thanks,

    --Tom

    **From:** Thomas E. Gorman
    **Sent:** Wednesday, September 14, 2016 8:31 PM
    **To:** Gary Brown; Kristinn Gudjonsson
    **Cc:** Jennifer A. Huber

    **Subject:** Re: Chauffeur Git audit logs

I'm not expecting a lot of Git activity. (These are organized into tranches by priority.)

**REDACTED - PRIVILEGE**

2.  Anthony Levandowski (8/1/2015 to 1/31/2016)

*REDACTED - PRIVILEGE*

6. Sameer Kshirsagar (4/1/2016 to 7/31/2016)

*REDACTED - PRIVILEGE*

8. Radu Raduta (4/1/2016 to 7/31/2016)

*REDACTED - PRIVILEGE*

Please let me know if you would like to talk about this.


Thanks,


--Tom



**From:** Gary Brown
**Date:** Monday, September 12, 2016 at 3:17 PM
**To:** Thomas Gorman <TGorman@kvn.com>, Kristinn Gudjonsson
**Cc:** Jennifer Huber <JHuber@kvn.com>
**Subject:** Re: Chauffeur Git audit logs


Timeframe, individuals, and specific files would be a start. The problem with source access logs is users can register accesses with various commands over the course of a regular workday without *actually* accessing those files, leading to a high false positive rate.


On Mon, Sep 12, 2016 at 2:51 PM Thomas E. Gorman <TGorman@kvn.com> wrote:

Gary/Kristinn—

We'd like to identify any suspicious access to the Chauffeur code base. I'm told that the Laser team uses ▇▇▇▇▇▇▇▇▇▇▇▇.

Do you need any additional information to pull audit logs?

Thanks,

--Tom

---

**Thomas E. Gorman**
Attorney at Law

**KEKER & VAN NEST LLP**

415 676 2292 direct   |   vCard   |   tgorman@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                  WAYMO-UBER-00083713