# *EXHIBIT 2*

## *UNREDACTED VERSION*
## *OF DOCUMENT*
## *SOUGHT TO BE SEALED*

# *EXHIBIT 2*

```
                    20170825 (DEPOSITION OF M JANOSKO) (002).txt
          1                 UNITED STATES DISTRICT COURT
          2                NORTHERN DISTRICT OF CALIFORNIA
          3                   SAN FRANCISCO DIVISION
          4
          5         _____
          6                              )
          7         WAYMO LLC,                   )
          8                              )
          9                  Plaintiff,      )
         10          vs.                 ) Case No.
         11                              ) 3:17-cv-00939-WHA
         12         UBER TECHNOLOGIES INC.,         )
         13         OTTOMOTTO LLC; OTTO        )
         14         TRUCKING LLC,                )
         15                         )
         16               Defendants.     )
         17         Videotaped deposition of MICHAEL MURRAY JANOSKO, n
         18         on behalf of the Defendants Otto Trucking LLC; Uber
         19         Technologies, Inc., Ottomotto LLC at the Law Offices
         20         of Quinn Emanuel Urquhart & Sullivan, Level 15, 111
         21         Elizabeth Street in Sydney, Australia, beginning at
         22         9.55am and ending at 12.29pm on Friday, 25 August
         23         2017 before Melissa Hook, Court Reporter of Pacific
         24         Transcriptions.
         25
00001
          1         APPEARANCES:
          2
          3         For Plaintiff Waymo LLC:
          4         BY:  MICHELLE FOX
          5         QUINN EMANUEL URQUHART & SULLIVAN LLP
          6         Level 15, 111 Elizabeth Street,
          7         Sydney NSW 2000
          8         Tel:  +61 9146 3666
          9
         10         For Defendants Otto Trucking LLC:
         11         BY:  HONG-AN VU (hvu@goodwinlaw.com)
         12         GOODWIN PROCTER LLP
         13         601 S Figueroa Street, 41st Floor
         14         Los Angeles, California 90017
         15         Tel:  +1 213 426 2500
         16         Fax:  +1 213 623 1673
         17
         18         For Defendants Uber Technologies, Inc. and Ottomotto
         19         LLC:
         20         BY:  CAIN NORRIS (CNorris@BSFLLP.com)
         21         BOIES SCHILLER FLEXNER LLP
         22         1401 New York Ave, NW
         23         Washington, DC 20005
         24         Tel:  +1 202 237 2727
         25         Fax:  +1 202 237 6131
00002
          1                          I N D E X
          2
          3          <MICHAEL MURRAY JANOSKO(9.58AM)        1
          4          EXAMINED BY MS VU
          5
          6          (Exhibit 2190 notice of deposition)   7
          7          (Exhibit 2191 Michael Janosko's       7
          8          declaration)
          9          (Exhibit 2192 Amended Notice of       42
         10          Deposition of Michael Janosko)
         11          (Exhibit 2193 Information Security     42
                                  Page 1
```

```
                        20170825 (DEPOSITION OF M JANOSKO) (OO2).txt
00017
    1 10.29         credential protection for the SVN, as in your
    2               declaration?
    3       A.      I spoke with the system administrator of the
    4               Subversion server at the time.
    5       Q.      Who was that person?
    6       A.      Sasha Zbrozek.
    7       Q.      And so he supplied you with the information related
    8               to protection of the SVN, is that correct?
    9       A.      Correct.
   10       Q.      Correct?
   11       A.      Correct.
   12       Q.      Did you have any independent knowledge of your own
   13               aside from what he told you?
   14       A.      No.  I'm sorry, I verified his information.
   15       Q.      What did you do to verify his information?
   16       A.      I looked at change logs for reviewing active users
   17               so one of the controls is that they review the user
   18               list for appropriateness and I saw that process in
   19               action.  I also saw the configuration of a client
   20               service for Subversion, where you have to enter the
   21               user name and password and that actually is
   22               encrypted.  And I'm also aware that users that don't
   23               have authorised access to the service are not
   24               permitted to access it.
   25       Q.      Okay.  So who manages the security controls for the
00018
    1 10.31         SVN server?
    2       A.      The administrator of the SVN server.
    3       Q.      So does your group have any involvement in the
    4               security protocols for the SVN server?
    5       A.      No, we did not have direct involvement.
    6       Q.      And you stated earlier you had I think, it was about
    7               ▮ people working for you.  Are any of those
    8               individuals involved in management of the SVN
    9               server?
   10       A.      No.
   11       Q.      So your security team is primarily focussed on
   12               protecting other aspects of Google's infrastructure,
   13               is that accurate?
   14       A.      Correct.
   15       Q.      In conferring with Mr Zbrozek, did he - did you
   16               learn how often the credentials for accessing SVN
   17               server are audited?
   18       A.      I believe he said monthly.
   19       Q.      Do you know if that's at the beginning of the month
   20               or at the end of the month?
   21       A.      I don't know.
   22       Q.      So do you know if an employee who leaves
   23               on September 1st, would that employee's credentials
   24               remain active until September 30th, if that's when
   25               the auditing occurs?
00019
    1 10.32 A.      I don't know.
    2       Q.      I believe that you had testified at your deposition
    3               that you had never accessed the SVN server, is that
    4               still accurate?
    5       A.      That's correct.
    6       Q.      At the time that you were conferring with Mr Zbrozek
    7               about the SVN server, did he show you the process
    8               for accessing the SVN server?
    9       A.      Yes, he did.
   10       Q.      So you haven't yourself logged in but you got to see
                              Page 8
```

```
                    20170825 (DEPOSITION OF M JANOSKO) (002).txt
    11              sort of a demonstration of what that procedure was
    12              like?
    13       A.     I am not authorised to log in.
    14       Q.     Okay.  And can you describe for us what you saw as a
    15              log-in process?
    16       A.     Sure.  There's a configuration screen and within
    17              that screen you enter the - some details about the
    18              connection, the server name, specifying that it's an
    19              encrypted connection.  I think there is a port
    20              number and user name and password.
    21       Q.     How did you reach the point where you would provide
    22              this information, was it through a web browser?
    23              What was the interface that you would, you know,
    24              that you'd use in order to access, you know, the
    25              screen where you could type in the password and log
00020
♀    1 10.34       in eventually?
     2       A.     I believe it was a configuration screen for
     3              TortoiseSVN.
     4       Q.     And do you know if TortoiseSVN, in order to access
     5              the SVN server, would use a regular internet
     6              browser?
     7       A.     I don't know.
     8       Q.     When you were doing this - seeing this demonstration
     9              provided by Mr Zbrozek, were you within Google's
    10              network at that point?  For example, within a Google
    11              facility where you would already be within Google's
    12              infrastructure in general?
    13       A.     This is over GVC, so I am not sure what his network
    14              posture was when he connected.
    15       Q.     Did he show you what the process would look like if
    16              a user were logging into a SVN server remotely?
    17       A.     There was no designation whether this was a remote
    18              login or local login when he demonstrated that to
    19              me.
    20       Q.     Are you aware of any differences with accessing the
    21              SVN server whether you're on Google property versus
    22              remotely accessing the network?
    23       A.     I'm not aware of any differences.
    24       Q.     Are you aware of the use of - are you aware that
    25              users are able to access the SVN server using an
00021
♀    1 10.36       internet browser like Explorer or Mozilla or Chrome?
     2       A.     No, I wasn't aware of that.
     3       Q.     Are you aware of any controls in place to monitor
     4              whether a person is accessing the server remotely?
     5       A.     I am aware of logs that occur during user activity
     6              with Subversion.  I am not sure if it - what it
     7              records beyond the activity within the source code
     8              repository and the user name.
     9       Q.     For Google's infrastructure, is there a firewall
    10              that provides outer protection to the things you
    11              know that you're - that Google folks are working on?
    12       A.     Can you clarify what part of Google you're asking
    13              about?
    14       Q.     Sure.  Well, I'll see if I can.  I'm not familiar
    15              with all the parts in Google, so I may not know.
    16              But, in general, is a firewall a security tool that
    17              Google would use to protect certain areas of its
    18              confidential - or certain areas that it keeps
    19              confidential information?
    20       A.     Yes.
    21       Q.     Would the SVN server repository be behind Google's
```

Page 9



```
                    20170825 (DEPOSITION OF M JANOSKO) (002).txt
    7               happening?
    8       A.      So the discovery of a transaction outside of our
    9               offices and our technology is very hard to detect.
   10               Right?  So when you say ████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████
   18       Q.      So what do you do? ███████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████
   22       A.      That is one of the controls, yes.
   23       Q.      Do you know if Waymo has the same control?
   24       A.      I am not aware if they use that.  Let me amend that.
   25               To the extent that they use Google credentials to
00025
    1 10.43         access Google services, then they do benefit from
    2               the same controls.
    3       Q.      Are the credentials to access the SVN server the
    4               same as the credentials for Google access and Google
    5               networks?
    6       A.      ████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
   12       A.      I am not familiar with the way that Subversion
   13               protects credentials.
   14       Q.      So you don't know how or whether Subversion
   15               credentials are protected, is that correct?
   16       A.      I am not aware with Subversion, with the service, to
   17               comment, to make a judgment on that.
   18       Q.      Okay.  At the point that you joined Google security
   19               team, Waymo had not been formed yet, correct?
   20       A.      I don't know the date when Waymo was formed.
   21       Q.      Okay.  So my understanding is that at that point
   22               Waymo was still part of the Google network, Google
   23               corporate umbrella in that sense.  It was a division
   24               of Google called Project Chauffeur.  Do you have any
   25               understanding of that?
00026
    1 10.44 A.       I don't know the date when they were officially
    2               graduated.  I understand they are now and I know
    3               that they were Chauffeur at some point, but I don't
    4               know when that transition occurred.
    5       Q.      And at the point that you joined this team project,
    6               this Chauffeur team was already using the Subversion
    7               server, is that correct?
    8       A.      I am not sure of the timeline of the usage of that,
    9               other than - aside from what's already been placed
   10               in the Subversion.
   11       Q.      And so even though Chauffeur at the point that you
   12               joined was still part of Google, if they were using
   13               the Subversion server they were already operating on
   14               a part of the network system that you primarily
   15               helped maintain?
   16       MS FOX:  Objection as to form.
   17       A.       I am not sure if they were actively using it when I
                                     Page 11
```



```
                    20170825 (DEPOSITION OF M JANOSKO) (OO2).txt
18              joined and I'm also not aware of the timelines when
19              they were broken out.
20       Q.      Okay.   But are you aware of the Subversion server?
21              Strike that.   Let me think about how I can raise
22              this.   By its nature is a Subversion server
23              different from - treated differently from something
24              like Gmail, which is in Google's network?
25       A.     Can you clarify what you mean by "treated"?
00027
   1 10.46 Q.    Sure.   So your declaration here has several pages
   2            where you talk about this multilayered Google
   3            infrastructure, but then you also say that
   4            Subversion is not on this network?
   5       A.    Correct.
   6       Q.    Are you aware of at any point Subversion being on
   7            the Google network such that it would be protected
   8            in the - by the tools that are described in the
   9            first -  pages 2 to 5 of your declaration?
  10       A.    I am not aware of any time when it was internal.
  11       Q.    Okay.   When we go through some of the aspects of
  12            your declaration, so here in paragraph 7 you talk
  13            about that
```

```
  19       Q.    So in paragraph 8, what is your definition of when
  20            credentials are compromised?
  21       A.    When a user name or password or equivalent security
  22            token is made accessible and reused by another
  23            entity, unauthorised entity.
  24       Q.    What do you do to monitor whether an unauthorised
  25            entity has used credentials?
00029
   1 10.50 A.    There are heuristics that we can apply around access
   2            timing, access location, access - the nature of
```



20170825 (DEPOSITION OF M JANOSKO) (002).txt

| | | | |
|---|---|---|---|
| 10 | | Q. | Do you know whether the SVN server was monitored by |
| 11 | | | ▇▇▇▇▇? |
| 12 | | A. | I don't know. |
| 13 | | Q. | In paragraph 18 you talk about how Google invests |
| 14 | | | heavily in securing its infrastructure with many |
| 15 | | | hundreds of engineers dedicated to security and |
| 16 | | | privacy distributed across all of Google.  Do you |
| 17 | | | know how many of those - whether any of those |
| 18 | | | individuals are devoted to securing the SVN server? |
| 19 | | A. | I don't know. |
| 20 | | Q. | The engineers that you reference in paragraph 18, do |
| 21 | | | you have a sense of how they're organised in terms |
| 22 | | | of their responsibilities for securing the |
| 23 | | | infrastructure? |
| 24 | | A. | At a high level, yes. |
| 25 | | Q. | How are they organised? |

00037

| | | | |
|---|---|---|---|
| 1 | 11.04 | A. | So generally, there are three groups that make up |
| 2 | | | the security engineering side of security and |
| 3 | | | privacy, detection and response, enterprise and |
| 4 | | | constructive protection and security engineering and |
| 5 | | | assessments.  There is also a large contingent of |
| 6 | | | security engineers working on securing Google behind |
| 7 | | | the scenes and our production environment and the |
| 8 | | | software that runs on top of it. |
| 9 | | Q. | So you are not aware of - or you do not know whether |
| 10 | | | any of these individuals are tasked with monitoring |
| 11 | | | the Subversion server? |
| 12 | | A. | No, I don't know. |
| 13 | | Q. | In paragraph 21 of your declaration, which is |
| 14 | | | exhibit 2191, you're talking about incident |
| 15 | | | management, what do you consider to be an incident? |
| 16 | | A. | The full definition of an incident - I will give you |
| 17 | | | a summary of what I consider an incident.  I think |
| 18 | | | we have an official definition I'm not precisely |
| 19 | | | familiar with. |
| 20 | | Q. | Okay. |
| 21 | | A. | But an incident in this case is a set of anomalous |
| 22 | | | signals or alerts that together with a reasonable |
| 23 | | | amount of confidence indicates something bad |
| 24 | | | happened. |
| 25 | | Q. | How do you know something is anomalous? |

00038

| | | | |
|---|---|---|---|
| 1 | 11.06 | A. | Anomaly detection kind of starts with the |
| 2 | | | identification of what is normal, and when things |
| 3 | | | fall outside the bounds of that they can be |
| 4 | | | considered anomalous.  Additionally if we have, |
| 5 | | | through our experience and security and within the |
| 6 | | | industry and within our threatened intelligence |
| 7 | | | groups, a good idea of what is malicious, and what |
| 8 | | | activities are malicious, and we can monitor an |
| 9 | | | alert for those. |
| 10 | | Q. | How do you come to an understanding of what is a |
| 11 | | | normal activity? |
| 12 | | A. | You collect a lot of data and measure whether that |
| 13 | | | is appropriate access or not. |
| 14 | | Q. | So if you wanted to find out whether downloading |
| 15 | | | documents is anomalous, do you first have to figure |
| 16 | | | out what - whether the downloaded documents is done |
| 17 | | | by many people in a given group, would you agree |
| 18 | | | with that? |
| 19 | | A. | I am sorry.  Can you restate that? |
| 20 | | Q. | Sure.  In order to conclude that downloading 9 |

```
                    20170825 (DEPOSITION OF M JANOSKO) (002).txt
       20      Q.   And in this instruction to say "downloaded and
       21           install TortoiseSVN", my understanding is that this
       22           is sort of an instruction on the first time you're
       23           accessing the Subversion server, would you agree
       24           with that?
       25      MS FOX:   Object as to form.
 00056
♀     1 11.45 A.    I would agree that this is about configuration of
       2            the Altium and Subversion connection.
       3       Q.   Okay.  So after downloading and installing
       4            TortoiseSVN, bullet 2 here says:  "Pick a place on
       5            your filesystem in to which to check out the
       6            repository."  This language here is where it says to
       7            check out the repository.  Do you have an
       8            understanding of what that means?
       9       MS FOX:   Object to form.
       10      A.   No, I don't.
       11      Q.   Do you have any understanding about whether this
       12           means the entire repository becomes available to the
       13           user?
       14      MS FOX:   Object to form.
       15      A.   I don't know.
       16      Q.   The next paragraph says: "Be aware that
       17           'chauffeur-svn' will be created as a subfolder in
       18           that location.  Placing it in your root 'C:\', works
       19           pretty well."  Do you have an understanding what
       20           those sentences mean?
       21      MS FOX:   Object to form.
       22      A.   I understand this will create a folder in the
       23           installation directory or a director called
       24           chauffeur-svn.
       25      Q.   And so does that mean that after downloading and
 00057
♀     1 11.46      installing SVN, the user then would essentially take
       2            a place on their computer, likely the C drive, where
       3            the SVN repository would be downloaded?
       4       A.   I don't know that this - I don't know.
       5       Q.   Did this come up at all in any of your conversations
       6            with Mr Zbrozek as to how the SVN server works?
       7       MS FOX:   Object to form.
       8       A.   No.
       9       Q.   Paragraph 24 of your declaration you state:   "As
       10           of December 11, 2015 Waymo's SVN repository
       11           contained 9.7 gigabytes of confidential and
       12           proprietary internal Waymo information."
       13                Now I understand that you have not accessed
       14           the SVN repository.  Where did you obtain this
       15           information about the size of the SVN repository?
       16      MS FOX:   Object to form.
       17      A.   Through a conversation and a demonstration with
       18           Sasha Zbrozek.
       19      Q.   So he informed you that 9.7 gigabytes of
       20           confidential and proprietary information was on the
       21           Subversion server?
       22      A.   And he showed me a file size indicator of the folder
       23           to verify the size.
       24      Q.   Okay.  And aside from that demonstration you didn't
       25           have any independent knowledge of the Subversion
 00058
♀     1 11.48      server?
       2       A.   I did not.
       3       Q.   The next sentence says:  "Two gigabytes of bad data
       4            related to Waymo's LiDAR Technology."  Are you
                                      Page 24
```

```
                          20170825 (DEPOSITION OF M JANOSKO) (002).txt
        5                 familiar with Waymo's LiDAR Technology?
        6         A.      Only what's kind of general technology knowledge in
        7                 the news.
        8         Q.      Okay.  Would you be able to identify what is LiDAR
        9                 Technology versus other confidential information?
       10         MS FOX:  Object to form.
       11         A.      I'm not sure.
       12         Q.      So how was it that you're able to identify that two
       13                 gigabytes of the 9.7 gigabytes that were on the SVN
       14                 server specifically related to Waymo's LiDAR
       15                 Technology?
       16         MS FOX:  Object to form.
       17         A.      Through conversations with Sasha.  He indicated this
       18                 is where the LiDAR - this folder is where the LiDAR
       19                 Technology documents reside and he showed me the
       20                 file size, the folder size.
       21         Q.      So the repository was organised by folders, is that
       22                 correct?
       23         A.      Yes.
       24         Q.      And then he pointed to a folder that says this has
       25                 the LiDAR Technology?
  00059
 ♀      1 11.49 A.       Correct, and showed me the file size, the folder
        2                 size.
        3         Q.      Aside from that, you don't know whether that folder
        4                 actually contained the LiDAR Technology --
        5         MS FOX:  Object to form.
        6         Q.      --or documents relating to the LiDAR Technology,
        7                 correct?
        8         A.      I gained this information from Sasha who informed me
        9                 of the type of documents that were in there.
       10         Q.      And as the SVN administrator, did he work - do you
       11                 know whether he worked on LiDAR Technology?
       12         A.      I don't know.
       13         Q.      Aside from his demonstration, is it accurate to say
       14                 that he wouldn't be able to look at the 9.7
       15                 gigabytes of data that was on the server and be able
       16                 to say this is where the LiDAR Technology was
       17                 located?
       18         A.      I am sorry.  Can you repeat the question?
       19         Q.      Sure.  Basically what I'm trying to get out is the
       20                 information that you provided here in paragraph 24,
       21                 that was entirely provided to you by Sasha Zbrozek,
       22                 is that correct?
       23         A.      Yes.
       24         Q.      And you independently would not have been able to
       25                 recognise whether something related to LiDAR
  00060
 ♀      1 11.51         Technology or not?
        2         A.      I don't know.  I've never tried.
        3         Q.      Okay.  That's fine.  I believe you testified earlier
        4                 that one of your roles is sort of to plan and help
        5                 organise the Google infrastructure.  In that role
        6                 would you prefer that the SVN server be replaced
        7                 with, for example, Google's version control system?
        8         MS FOX:  Object to form.
        9         A.      I don't have information to make a judgment one way
       10                 or the other.
       11         Q.      Okay.  Are you aware of anyone ever - are you aware
       12                 of Google ever evaluating whether it should continue
       13                 to use the SVN server?
       14         A.      I am not aware of any evaluations.
       15         Q.      Are you aware of any research that anyone at Google
                                    Page 25
```



20170825 (DEPOSITION OF M JANOSKO) (002).txt
```
  1 11.56 A.    To the extent that they used Google credentials
  2             because they did use Google infrastructure, then
  3             these policies would apply because they are Google
  4             protected credentials.  For other credentials that
  5             were specific to Waymo, I don't know what their
  6             policy was.
  7       Q.    Is there anything that is done by either Google or
  8             Waymo to ensure that users are not sharing
  9             credentials?
 10       A.    For Google, for example, which I can speak to,
 11             credentials are not sufficient to gain access to
 12             systems.  There's a second factor that we need to
 13             have in place in order for that authentication to be
 14             successful.  So there is no value in me giving
 15             someone else my password.  So that is one way we
 16             mitigate against the risk of a compromised device.
 17       Q.    What is the second step?
 18       A.    There is a cryptographically-signed key that lives
 19             inside of a hardware device that sits as an
 20             extension to the laptop.  It's a little key fob and
 21             you touch that and it's only something that I have
 22             and that paired with my credentials allows me
 23             access.
 24       Q.    Okay.  So let me make sure I understand the
 25             procedure for accessing Google's network.  Would it
00064
  1 11.57       be that a user first enters the login name and the
  2             password and then must also plug in this key fob in
  3             order to access the network?
  4       A.    It's generally always - it's so small it just sits
  5             in your USB port.  So just you tap it.  You actually
  6             have it interact with it.  It can't just be sitting
  7             there passively.
  8       Q.    I see.  So is that key fob removable?  Like, can you
  9             put it into a personal device such that - you know a
 10             personal laptop - such that that laptop can access
 11             Google's network?
 12       A.    I don't know if there's technical limitations to
 13             that specifically.
 14       Q.    Sure.  Sorry.  I shouldn't have interrupted you.
 15             Without that key fob can a user access on their
 16             personal device Google's network?
 17       A.    There are some services that they can, because this
 18             second factor of authentication is limited to our
 19             higher sensitivity application environments.
 20       Q.    Are you aware of the members of Chauffeur having
 21             this key fob?
 22       A.    I am aware of them using Google corporate devices
 23             and credentials which would require the usage of
 24             this key fob as well.
 25       Q.    Okay.  Do you know whether the Subversion server can
00065
  1 11.59       only be accessed if a user has that key fob?
  2       A.    In the demonstration that Sasha showed me he didn't
  3             indicate that it was.
  4       Q.    Okay.  So you state here that approximately ███
  5             employees and contractors working on projects for
  6             Waymo have security permissions to access the
  7             server.  Do you know whether - you know, how long
  8             contractors are usually working for Google?
  9       A.    For Google or for Chauffeur?
 10       Q.    We can start with Google and then we can go to
 11             Chauffeur as well?
```
Page 27

```
                          20170825 (DEPOSITION OF M JANOSKO) (OO2).txt
      12        A.   I don't know the answer to either of those
      13             questions.
      14        Q.   Okay.  No, understandable.  What I am getting at is
      15             a contractor is usually a temporary employee, is
      16             that correct?
      17   MS FOX:   Object to form.
      18        A.   They are not full-time employees, correct.
      19        Q.   Full-time.  And when a contractor leaves, how soon
      20             after they leave are their credentials to the SVN
      21             repository revoked?
      22        A.   I'm trying to remember.  I'm not sure.
      23        Q.   What is considered a stale user?
      24        A.   Generally I would say a stale user is someone that
      25             has not used a service or server or logged in in a
00066
♀    1 12.01        while.
      2         Q.   In a while.  What's considered a while?
      3         A.   That would have differing contexts because different
      4              technologies have varying usage rates.  Right?  So
      5              it might be common for someone to log in once a
      6              month, it might be common for someone to log in a
      7              few hours - every few hours.
      8         Q.   So if a user has access to SVN - well, first of all,
      9              do you know whether your definition of a stale user
      10             is also employed by the SVN administrator?
      11        A.   I don't know.
      12        Q.   And when you say it really depends on the user
      13             activity whether they are stale or not, maybe that
      14             person only accesses whatever information we are
      15             dealing with once a month or every few months.  What
      16             tools are in place to determine whether that user is
      17             actually stale?
      18        A.   So--
      19        Q.   --like if you have one individual - sorry.  Go
      20             ahead.
      21        A.   Well, I was going to clarify.  I did say that it
      22             depends on the user.  I said it depends on the
      23             technology.  The reason I want to clarify that is
      24             some technologies - the used cases only generate
      25             once a month usage.  That is totally reasonable.
00067
♀    1 12.02        And so that's why staleness is specific to the used
      2              cases of the technology.
      3         Q.   Do you have any knowledge about what would be
      4              considered a stale user for the SVN server?
      5         A.   I don't.
      6         Q.   When you say here that "stale users are aggressively
      7              purged", what do you mean by that?
      8         A.   Through a conversation with Sasha, he indicated that
      9              stale users are aggressively purged.  And I didn't--
      10        Q.   Did he provide - sorry.  Go ahead.
      11        A.   --and I didn't ask for clarification on that.
      12        Q.   Okay.  And he didn't provide any details on how they
      13             were purged or when they were purged?
      14        A.   I don't recall.
      15        Q.   Did he tell you anything about whether - if a user
      16             didn't access the SVN server for a three-month
      17             period of time, for example, would that user's
      18             credentials no longer be active?
      19        A.   Sorry, can you repeat that?
      20        Q.   Sure.  Let's say a user who has access to SVN,
      21             didn't access that repository for a three-month
      22             period of time, would that user's credentials expire
```

```
                       20170825 (DEPOSITION OF M JANOSKO) (002).txt
        23             because that person didn't access the repository for
        24             three months?
        25        MS FOX:  Object to form.
 00068
♀      1 12.04 A.    I don't know.
        2        Q.    Would Sasha know?
        3        MS FOX:  Object to form.
        4        A.    I don't know.
        5        Q.    Do you know how often SVN's credentials are updated?
        6             For example, is there any requirement that a user
        7             change their password, you know, every three months
        8             or so?
        9        A.    I don't know.
       10        Q.    Does Google have a requirement that users must
       11             update their passwords every so often?
       12        A.    In general use circumstances, not that I am aware
       13             of.
       14        Q.    Do you know who at Waymo determines whether SVN
       15             credentials should be revoked?
       16        A.    I believe it's the Subversion system administrator.
       17        Q.    Do you know what criteria he uses - he or she uses
       18             to make that determination?
       19        A.    The criteria that he mentioned to me is if they're
       20             working on the project or not.
       21        Q.    Do you know whether users are supposed to
       22             self-report whether they stop working on the
       23             Chauffeur project?
       24        A.    I don't know.
       25        Q.    For example, the person transferred to a different
 00069
♀      1 12.06       group, would that - how would that person - let me
        2             strike that.
        3                  How would the SVN administrator know that a
        4             user is no longer working on the Chauffeur project?
        5        MS FOX:  Object to form.
        6        A.    I don't know.
        7        Q.    Do you have any knowledge about any systems that
        8             track which individuals are working on a particular
        9             project?
       10        A.    Can you add more context?
       11        Q.    Sure.  We'll just focus on Chauffeur at the time
       12             that it was part of Google X.  Are you aware of any
       13             security tools that track which are the employees
       14             who are working on Chauffeur?
       15        A.    They - so I'm aware generally that individuals
       16             within the Chauffeur project have special access,
       17             for instance, to the building and that would
       18             represent a subset of individuals that are currently
       19             active.
       20        Q.    Okay.  Does it differentiate between the individuals
       21             who are part of the engineering team who would have
       22             access to the SVN server versus individuals on the
       23             business side?
       24        A.    The access control list to the Subversion server is
       25             a representation of who should have access.
 00070
♀      1 12.07 Q.    And who compiles or creates the access control list?
        2        A.    The system administrator, as far as I know.
        3        Q.    For the SVN server, are you aware of whether
        4             passwords automatically expire after a given amount
        5             of time?
        6        A.    I am not aware if they do.
        7        Q.    Are you aware of any SVN password requirements, like
                                  Page 29
```

```
                        20170825 (DEPOSITION OF M JANOSKO) (002).txt
    8                   there must be a character or a number?
    9        A.    I am not aware of any.
   10        Q.    Does Google require for its Google access
   11              credentials, does it require passwords to have
   12              certain security features?
   13        A.    Yes.
   14        Q.    Would that involve, for example, a character -
   15              including a character?
   16        A.    Yes.
   17        Q.    Or a number?
   18        A.    Yes.
   19        Q.    In general, what are all the requirements for a
   20              password for Google?
   21   MS FOX:   Object to form.
   22        A.    I don't recall them all off the top of my head, but
   23              generally it's a certain length - a certain amount
   24              of letters, numbers and special characters.
   25              (Exhibit 2195 Copy of group email)
00071
⚥  1 12.09 Q.     Okay.  So I'd like to point you to Exhibit 2195,
    2              which is Waymo/Uber/00047670?
    3        A.    Okay.
    4        Q.    Okay.  I understand that this is probably before
    5              your time, but Mr Sasha Zbrozek's, whom you said was
    6              a SVN administrator, said:  "Emails away to
    7              everyone!  Some of the autogenerated passwords have
    8              questionable symbols that might cause parsing
    9              sadness in TortoiseSVN.  If it doesn't work, please
   10              holler.  Commence the commit carousel!"
   11                   Are you aware of instances where symbols might
   12              cause difficulty in accessing the SVN server?
   13   MS FOX:   Object to form.
   14        A.    I know generally of some technologies struggling
   15              with special characters.  I don't know if Subversion
   16              or the Tortoise clients specifically have these
   17              issues.
   18              (Exhibit 2196 Email from Sasha Zbrozek)
   19        Q.    Okay.  Let's look at Exhibit 2196, which ends in -
   20              which is a Waymo/Uber/00047597?
   21        A.    Okay.
   22        Q.    So if we look at these two emails together.  They
   23              look like they were sent on the same day.  Is that
   24              correct?
   25        A.    I am sorry.  I'm looking at the other way.
00072
⚥  1 12.11 Q.     I'm looking at the Wednesday, March 18, 2015.  The
    2              email where we talked about - where Sasha sent
    3              emails away to everyone?
    4        A.    Okay.
    5        Q.    Is it around the same timeframe?
    6   MS FOX:   Object to form.
    7        A.    So 2195 and 2196.  Correct?
    8        Q.    Yes.
    9        A.    The dates printed on this piece of paper seem to be
   10              about a day apart.
   11        Q.    Okay.  And in the subject line there's a series of
   12              letters and numbers, some capital and some symbols.
   13              Does this look like it could have been a generated
   14              password?
   15        A.    I don't know what this is.
   16        Q.    Okay.  If this were a password are there any symbols
   17              that would cause issues in your opinion for logging
   18              in?
```

20170825 (DEPOSITION OF M JANOSKO) (002).txt
```
00080
♀    1 12.24 Q.    So it would also follow to remove old media, is that
     2              correct?
     3         A.    Yes, I presume it would.
     4         Q.    Do you know whether Waymo has a policy that
     5              employees are to share in the responsibility for
     6              improving security?
     7         A.    I am not familiar with Waymo policies.
     8         Q.    How about Google?
     9         A.    The phrasing that you used was employees are - can
    10              you repeat that please?
    11         Q.    Sure.  Are employees of Google encouraged to take
    12              responsibility or share in the responsibility for
    13              security issues?
    14         A.    Yes.
    15         Q.    For example, how are security issues raised?
    16    MS FOX:   Object to form.
    17         A.    There's a number of ways in which you can report or
    18              raise attention to a security issue.  There's a team
    19              that handles them.  You can reach out to them.
    20              There's also forms on our internal websites for you
    21              to report one, either anonymously or associated with
    22              your name, and then you can always raise it to a
    23              peer or a manager.
    24         Q.    Okay.  What happens when an issue is raised?  What's
    25              the next step?
00081
♀    1 12.25 A.    It depends on which one of those paths you've taken.
     2              But if it finds its way to the Google Security
     3              Operations Centre, or GSOC, it would be triaged at
     4              that level.
     5         Q.    And would that be by the incident management team
     6              that you talked about earlier?
     7         A.    If it becomes an IT security incident, then it would
     8              be, yes.
     9         Q.    Okay.  Do you know whether Waymo has similar
    10              policies and procedures?
    11         A.    I don't.
    12         Q.    Do you know whether Waymo considers laptop computers
    13              to be removable media?
    14         A.    I don't.
    15         Q.    Do you know whether Google considers laptops to be
    16              removable media?
    17         A.    I don't.
    18         Q.    Since the making of your declarations have you had
    19              any discussions with Mr Zbrozek?
    20         A.    No, I haven't.
    21         Q.    Since your deposition have you learned anything else
    22              about or anything new about the Subversion server?
    23         A.    No, I haven't.
    24    MS VU:   I think that's it for me.  Cain, do you have
    25              anything?  I think you're on mute.
00082
♀    1 12.27 MR NORRIS:   Yes, you're right.  Just a few quick
     2              questions.  First, Hong-An, could you confirm the
     3              exhibit number that was assigned to your tab number
     4              5?
     5    MS VU:   Tab 5 is 2195.
     6    MR NORRIS:   Okay.  Great.
     7    <EXAMINATION BY MR NORRIS
     8         Q.    Mr Janosko, if you would direct your attention back
     9              to Exhibit 2195, which you looked at earlier?
    10         A.    Okay.
```
Page 34

```
                          20170825 (DEPOSITION OF M JANOSKO) (002).txt
        22        Q.    Okay.  And then turning to a different topic, in
        23              preparing to submit your declaration, or at any time
        24              since, have you ever examined any of Anthony
        25              Levandowski's Google-issued devices?
    00085
⚲      1 12.32 A.     No, I haven't.
        2        Q.    Have you examined log files or forensic images
        3              derived from any of those devices?
        4        A.    No, I haven't.
        5        Q.    And apart from the demonstration with Mr Zbrozek
        6              that you testified to earlier, have you in any
        7              manner examined the SVN server?
        8        A.    No, I haven't.
        9        Q.    And have you examined network logs or any other logs
       10              related to the SVN server?
       11        A.    No, I haven't.
       12        Q.    Do you have any personal knowledge related to the
       13              SVN server, apart from what you learned from
       14              Mr Zbrozek?
       15     MS FOX:  Object to form.
       16        A.    In addition to the conversation was also a video
       17              demonstration, so I could see over GVC, our video
       18              conference, these aspects as well.
       19        Q.    Okay.  Apart from that conversation and that video
       20              conference demonstration, do you have any other
       21              knowledge of the SVN server?
       22        A.    No, I don't.
       23     MR NORRIS:  Okay.  No further questions.  Thank you.
       24     VIDEOGRAPHER:  Michelle, do you have anything?
       25     MS FOX:  No, I have no questions, thank you.
    00086
⚲      1 12.33 <WITNESS WITHDREW
        2     VIDEOGRAPHER:  All right.  Going off the record at
        3              12.29pm.  End of tape 2.  End of video tape
        4              deposition of Michael Janosko.  Total number of
        5              tapes:  2.
        6
        7
        8
        9        END OF TRANSCRIPT
       10
       11
       12
       13
       14
       15
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25
    00087
⚲
```