# EXHIBIT 6

## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4                    --oOo--

5   WAYMO LLC,

6              Plaintiff,

                             Case

7   vs.                      No. 3:17-cv-00939-WHA

8   UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING LLC,

9

              Defendants.

10  _____/

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14   VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK

15                    VOLUME II

16             WEDNESDAY, SEPTEMBER 6, 2017

17

18

19

20  Reported by:

21  Anrae Wimberley

22  CSR No. 7778

23  Job No.  2693569

24

25  Pages 178 - 317

                                   Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | password that was unique to this service, we could | 16:46:18 |
| 2 | protect other aspects of user accounts, and | 16:46:22 |
| 3 | specifically we could protect the Google account. | 16:46:26 |
| 4 | Q.   So the password that could be used for the | 16:46:29 |
| 5 | Google Cloud Engine could be snarfed, using your | 16:46:34 |
| 6 | words? | 16:46:35 |
| 7 | MR. BAKER:  Objection to form. | 16:46:36 |
| 8 | THE WITNESS:  It would be possible to -- to | 16:46:39 |
| 9 | clarify, these are accounts to access the Subversion | 16:46:43 |
| 10 | repository, not the Cloud Engine server itself. | 16:46:48 |
| 11 | Exactly how to define those bounds is a little | 16:46:51 |
| 12 | technical and complicated.  We can go into that if you | 16:46:56 |
| 13 | want. | 16:46:56 |
| 14 | ███████████████████████████ | ████ |
| █ | ███████████████████████ | ████ |
| █ | █████████████████████████████ | |
| █ | ██████████ | 16:47:10 |
| 18 | BY MR. CHATTERJEE: | 16:47:10 |
| 19 | Q.   And so the security on this password was | 16:47:13 |
| 20 | worse than what Google typically used; right? | 16:47:17 |
| 21 | MR. BAKER:  Objection to form. | 16:47:18 |
| 22 | THE WITNESS:  That's a value judgment that I don't | 16:47:21 |
| 23 | think you can really make, like what is better or | 16:47:24 |
| 24 | worse in this context. | 16:47:26 |
| 25 | BY MR. CHATTERJEE: | 16:47:26 |

Page 286

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          FEDERAL CERTIFICATE OF DEPOSITION OFFICER
2          I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
   declare:
3          That, prior to being examined, the witness named
   in the foregoing deposition was by me duly sworn
4  pursuant to Section 30(f)(1) of the Federal Rules of
   Civil Procedure and the deposition is a true record of
5  the testimony given by the witness;
           That said deposition was taken down by me in
6  shorthand at the time and place therein named and
   thereafter reduced to text under my direction;
7          -----    That the witness was requested to
8  review the transcript and make any changes to the
   transcript as a result of that review pursuant to
9  Section 30(e) of the Federal Rules of Civil Procedure;
           -----    No changes have been provided by the
10 witness during the period allowed;
11         -----    The changes made by the witness are
12 appended to the transcript;
           --X---    No request was made that the transcript
13 be reviewed pursuant to Section 30(e) of the Federal
14 Rules of Civil Procedure.
           I further declare that I have no interest in the
15 event of the action.
16         I declare under penalty of perjury under the laws
17 of the United States of America that the foregoing is
   true and correct.
18         WITNESS my hand this 7th day of September, 2017.
19
20
21
22
23
24
25         ANRAE WIMBERLEY, CSR NO. 7778
```