QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
|---|---|
| Plaintiff, | **PLAINTIFF WAYMO LLC'S STATEMENT REGARDING TRADE SECRETS** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

At today's hearing, Waymo indicated that it would provide its position today regarding trying trade secrets beyond the nine Waymo chose pursuant to this Court's Order limiting Waymo to less than ten trade secrets for trial. Dkt. 563 at 10. As noted in Waymo's Motion to Continue, considering the massive new disclosures in the Stroz Report and related materials and the discovery to date, Waymo will not agree to forgo its right to a jury trial for its claimed trade secrets not included in the nine currently listed for trial. Waymo has an extraordinarily strong interest in protecting its intellectual property and it cannot abandon numerous claims for misappropriation, especially under the circumstances in this case. Without a continuance and without even having the opportunity to review and take discovery as to the documents and devices now made available, Waymo cannot agree to forgo any of its trade secret claims at this time. Upon the completion of discovery concerning the Stroz Report and related documents, however, Waymo will promptly inform the Court on the subject of which trade secrets claims Waymo will assert, in addition to the nine current trade secret claims, at trial. As previously stated, Waymo does not intend to try 121 trade secrets in one trial.

Waymo does not by this statement waive any patent or trade secret claims that are based on undiscovered or post-trial conduct. Waymo expressly reserves its right to assert trade secret claims, including claims based on its listed trade secrets, with respect to misappropriation it discovers post trial.

DATED:  September 20, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC