[Counsel Signatures Appear at the End]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' SUBMISSION OF PROPOSED SUPPLEMENTAL *VOIR DIRE* QUESTIONS**<br><br>Judge:   The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

**SUPPLEMENTAL PROPOSED *VOIR DIRE* QUESTIONS
BY UBER AND OTTOMOTTO**

1. Have you heard the expression "Pleading the Fifth" or "Taking the Fifth?" If you have, do you have any opinion, favorable or unfavorable, of individuals who plead or take the Fifth?

2. Have any of you cancelled an Uber account?

Dated:  September 21, 2017         MORRISON & FOERSTER LLP

                                   By:   */s/ Arturo J. González*
                                         ARTURO J. GONZÁLEZ

                                   Attorneys for Defendants
                                   UBER TECHNOLOGIES, INC.
                                   and OTTOMOTTO LLC

Dated:  September 21, 2017         GOODWIN PROCTER LLP

                                   By:   */s/ Neel Chatterjee*
                                         NEEL CHATTERJEE

                                   Attorneys for Defendant
                                   OTTO TRUCKING, LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file Defendants' Submission of Proposed Supplemental *Voir Dire* Questions. In compliance with General Order 45, X.B., I hereby attest that Neel Chatterjee has concurred in this filing.

Dated: September 21, 2017

/s/ *Arturo J. González*
Arturo J. González