QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT PRETRIAL FILINGS** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Joint Pretrial Filings, filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Proposed Pretrial Order | Highlighted Portions | Waymo (green highlighting) |
| Appendix A to Joint Proposed Pretrial Order | Entire Document | Waymo; Defendants |
| Appendix B to Joint Proposed Pretrial Order | Highlighted Portions | Anthony Levandowski and/or other third parties (red highlighting) |
| Appendix D to Joint Proposed Pretrial Order | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Uber's Proposed Special Verdict Form | Highlighted Portions | Waymo (green highlighting) |
| Otto Trucking's Proposed Special Verdict Form | Highlighted Portions | Waymo (green highlighting) |
| Joint Proposed Jury Instructions | Highlighted Portions | Anthony Levandowski (red highlighting) |

2. Specifically, the green highlighted portions of the Joint Proposed Pretrial Order, Appendix D thereto, Uber's Proposed Special Verdict Form, and Otto Trucking's Proposed Special Verdict Form, as well as the entirety of Appendix A to Joint Proposed Pretrial Order, contain or refer to trade secret and/or confidential business information, which Waymo seeks to seal.

3. The green highlighted portions of the Joint Proposed Pretrial Order, Uber's Proposed Special Verdict Form, and Otto Trucking's Proposed Special Verdict Form, as well as the entirety of Appendix A to Joint Proposed Pretrial Order contain, reference, and/or describe Waymo's trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of

Waymo's proprietary autonomous vehicle system, including its LiDAR designs, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Appendix A to Joint Proposed Pretrial Order further contains, references, and/or describes Waymo's highly confidential and sensitive business information. The information Waymo seeks to seal regards confidential details regarding Waymo's business and competition. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to Waymo's business strategy for its autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

4. In addition, the green highlighted portions of Appendix D to the Joint Proposed Pretrial Order contain addresses of former Waymo employees involved in this case, the disclosure of which would cause Waymo and those employees substantial harm due to the high public profile of this litigation.

5. Waymo's request to seal is narrowly tailored to those portions of the Joint Proposed Pretrial Order, Appendices A and D to Joint Proposed Pretrial Order, Uber's Proposed Special Verdict Form, and Otto Trucking's Proposed Special Verdict Form that merit sealing.

6. Waymo also seeks to seal the portions of Appendices A, B, and D to Joint Proposed Pretrial Order and the Joint Proposed Jury Instructions identified in the table above because Waymo believes such information is considered confidential or non-public by Defendants and/or certain third parties.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct, and that this declaration was executed in San
3  Francisco, California, on September 21, 2017.

                                            By  */s/ Felipe Corredor*
                                                Felipe Corredor
                                                Attorneys for WAYMO LLC

### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Felipe Corredor.

                                                  */s/ Charles K. Verhoeven*
                                                  Charles K. Verhoeven