1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT PROPOSED PRETRIAL ORDER AND EXHIBITS THERETO** |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2   Portions of Joint Proposed Pretrial Order and Exhibits Thereto ("Administrative Motion").
3   Having considered the Administrative Motion, and good cause to seal having been shown,
4   the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
5   below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Proposed Pretrial Order | Highlighted Portions | Waymo (green highlighting) |
| Appendix A to Joint Proposed Pretrial Order | Entire Document | Waymo; Defendants |
| Appendix B to Joint Proposed Pretrial Order | Highlighted Portions | Anthony Levandowski and/or other third parties (red highlighting) |
| Appendix D to Joint Proposed Pretrial Order | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Uber's Proposed Special Verdict Form | Highlighted Portions | Waymo (green highlighting) |
| Otto Trucking's Proposed Special Verdict Form | Highlighted Portions | Waymo (green highlighting) |
| Joint Proposed Jury Instructions | Highlighted Portions | Anthony Levandowski (red highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States Magistrate Judge

01980-00104/9568014.1
-2-   CASE NO. 3:17-cv-00939-WHA
[PROPOSED] ORDER GRANTING WAYMO'S ADMINISTRATIVE MOTION TO SEAL