1 | Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
2 | James Lin (SBN 310440)
*jlin@goodwinlaw.com*
3 | **GOODWIN PROCTER** LLP
135 Commonwealth Drive
4 | Menlo Park, California 94025
Tel.: +1 650 752 3100
5 | Fax.: +1 650 853 1038

6 | Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
7 | Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
8 | Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
9 | Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
10 | **GOODWIN PROCTER** LLP
Three Embarcadero Center
11 | San Francisco, California 94111
Tel.: +1 415 733 6000
12 | Fax.: +1 415 677 9041

13 | Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
14 | **GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
15 | Los Angeles, California  90017
Tel.: +1 213 426 2500
16 | Fax.: +1 213 623 1673

17 | *Attorneys for Defendant: Otto Trucking LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Date:         Thursdays
Time:         8:00 a.m.
Courtroom:    8
Judge:        Hon. William Alsup |
| Defendants. | |

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us.

## I.     DIRECT MISAPPROPRIATION OF TRADE SECRETS

1.     Has Waymo proven that, at the time of the alleged misappropriation, the items identified below were neither publicly known nor readily ascertainable through proper means by those with relevant skills or training in this area?

- █████████████████

     Yes _____     No _____

- ██████████

     Yes _____     No _____

- ███████████

     Yes _____     No _____

- █████

     Yes _____     No _____

- █████

     Yes _____     No _____

- ████████

     Yes _____     No _____

- █████████████

     Yes _____     No _____

- ██████████████████

     Yes _____     No _____

- ████████████████

     Yes _____     No _____

*If you answered "No" for all items, please skip to question No. 19.  If you answered "Yes" for any item, please answer No. 2 only for any item for which you answered "Yes."*

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

2.    Has Waymo proven that, at the time of the alleged of misappropriation, the item was subject to reasonable efforts on the part of Google (or Waymo) to keep it a secret?

- ███████████████████

    Yes _____    No _____

- ██████████

    Yes _____    No _____

- ██████████

    Yes _____    No _____

- ██████

    Yes _____    No _____

- ██████

    Yes _____    No _____

- █████████

    Yes _____    No _____

- ████████████████

    Yes _____    No _____

- ████████████████████████

    Yes _____    No _____

- █████████████████████

    Yes _____    No _____

*If you answered "Yes" for any item, please answer No. 3 only for any item for which you answered "Yes." If you don't answer "Yes" for any item, please skip to question No. 13.*

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

1

2    3.    Has Waymo proven that, at the time of the alleged of misappropriation, the item had
          independent economic value by virtue of being kept secret?

3
          ● ████████████████████

4
                    Yes _____      No _____

5
          ● ██████████████

6
                    Yes _____      No _____

7
          ● ██████████████

8
                    Yes _____      No _____

9
          ● ██████

10
                    Yes _____      No _____

11
          ● ██████

12
                    Yes _____      No _____

13
          ● ███████████

14
                    Yes _____      No _____

15
          ● ████████████████

16
                    Yes _____      No _____

17
          ● ██████████████████████

18
                    Yes _____      No _____

19
          ● ████████████████████

20
                    Yes _____      No _____

21
          *If you answered "Yes" for any item, please answer No. 4 only for any item for which you*
22   *answered "Yes."  If you don't answer "Yes" for any item, please skip to question No. 13.*

23

24

25

26

27

28

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

4.     For each item(s) for which you answered "Yes" in question No. 3, has Waymo proven that the item related to a product or service used in, or intended for use in, interstate or foreign commerce?

- ████████████████

  Yes _____     No _____

- ██████████

  Yes _____     No _____

- █████████

  Yes _____     No _____

- ████

  Yes _____     No _____

- ██████

  Yes _____     No _____

- █████████

  Yes _____     No _____

- ███████████████

  Yes _____     No _____

- ██████████████████

  Yes _____     No _____

- ████████████████

  Yes _____     No _____

5.     Has Waymo proven that  the following defendants, addressed separately, improperly acquired one or more of the item(s) for which you answered "Yes" in question No. 3?  If you answer "Yes," please identify which item.[1]

     Uber Technologies, Inc.     Yes _____     No _____

     Item(s):_____

     Ottomotto, LLC     Yes _____     No _____

_____

[1] Uber reserves the right to withdraw this and all other proposed jury verdict form questions and jury instructions on acquisition.

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

1

Item(s): _____

2

3

*If you answered "Yes" for any defendant, please answer No. 5 only for the defendant(s) for*
4   *whom you answered "Yes."  If you answered "No" for all defendants, please skip to*
*question No. 13.*

5

6.   Has Waymo proven that it is more likely than not that the following defendants knew or
6   had reason to know that it acquired one or more of the item(s) for which you answered
"Yes" in question No. 3 by improper means? If you answer "Yes," please identify which
7   item.

8          Uber Technologies, Inc.          Yes  ____   No  ____

9             Item(s):_____

10

11          Ottomotto, LLC          Yes  ____   No  ____

12             Item(s): _____

13

14   *If you answered "Yes" for any defendant, please answer No. 7 only for the defendant(s) for*
*which you answered "Yes."  If you answered "No" for all defendants, please skip to*
15   *question No. 13.*

16   7.   Has Waymo proven that it is more likely than not that the defendant improperly used one
or more of the item(s) for which you answered "Yes" in question No. 3? If you answer
17   "Yes," please identify which item.

18          Uber Technologies, Inc.          Yes  ____   No  ____

19             Item(s):_____

20

21          Ottomotto, LLC          Yes  ____   No  ____

22             Item(s): _____

23

24

25   *If you answered "Yes" for any defendant, please answer No. 8 only for the defendant(s) for*
*whom you answered "Yes."  If you answered "No" for all defendants, please skip to*
26   *question No. 13.*

27   8.   Has Waymo proven that, at the time of use of one or more of the item(s) for which you
answered "Yes" in question No. 3, that the defendants had either acquired them by
28   improper means or knew or had reason to know that they came from Anthony

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

Levandowski and he had acquired them by improper means?  If you answer "Yes," please identify which item.

Uber Technologies, Inc.          Yes _____     No _____

Item(s):_____

Ottomotto, LLC                         Yes _____     No _____

Item(s): _____

*If you answered "Yes" for any defendant, please answer No. 9 only for the defendant(s) for whom you answered "Yes."  If you answered "No" for all defendants, please skip to question No. 13.*

9.   If you answered "Yes" to Uber and/or Ottomotto in question No. 7, has Waymo proven that Uber, and/orOttomotto' misappropriation was a substantial factor in causing Uber and/or Ottomotto to be unjustly enriched?

Yes _____          No _____

*If you answered "Yes," please answer No. 10.  If you answered "No," please skip No. 10 and 11.*

10.  For each item for which you answered "Yes" in question No. 3, what is the amount that Waymo should recover for Uber and/or Ottomotto'sunjust enrichment? You must only include any amounts of unjust enrichment that Waymo has proven are more likely than not.

- ████████████████          $_____
- ██████████████          $_____
- █████████████          $_____
- ████████          $_____
- ████████████          $_____
- ████████████          $_____
- ████████████████          $_____
- ████████████████          $_____
- ██████████████          $_____

TOTAL          $_____

*If you entered an amount for any item, please answer No. 11.  If you did not enter an amount for any items, please skip to No. 12.*

11.  Do the amounts that you entered in No. 10 include any amount by which Uber and/or Ottomotto will be unjustly enriched in the future?

Yes _____          No _____

6

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

12. For each item for which you answered "Yes" in question No. 3, has Waymo proven by clear and convincing evidence that each defendant(s) misappropriation was willful and malicious?

   Uber Technologies, Inc.  Yes _____ No _____
   Ottomotto, LLC   Yes _____ No _____

13. Have defendants proven that Waymo brought any of its claims against Uber, Ottomotto and/or Otto Trucking in bad faith, including any of Waymo's claims that Waymo originally alleged but did not take to trial?

   Uber Technologies, Inc.  Yes _____ No _____
   Ottomotto, LLC   Yes _____ No _____

## II. INDIRECT MISAPPROPRIATION OF TRADE SECRETS

14. Has Waymo proven that any of the alleged nine trade secrets are trade secrets?

*If you answered "No" for Nos. 14, please skip to question No. 19.*

15. F you answered yes to No. 14, has Waymo proven that Otto Trucking is vicariously liable for the indirect misappropriation of any trade secret Waymo has proven?

    Yes _____ No _____

16. Has Waymo proven that Otto Trucking has ratified the misappropriation of any trade secret Waymo has proven?

    Yes _____ No _____

*If you answered "No" for Nos. 15 or 16, please skip to question No. 19.*

17. If you answered "Yes" to question No. 14 or 15, has Waymo proven that Otto Trucking's indirect misappropriation of any of the alleged nine trade secrets identified by Waymo was a substantial factor in causing Otto Trucking to be unjustly enriched?

    Yes _____  No _____

18. If you answered yes to No. 17, what is the amount that Waymo should recover for Otto Trucking's unjust enrichment for each alleged trade secret you have found was indirectly misappropriated? You must only include any amounts of unjust enrichment that Waymo has proven are more likely than not.

- ███████████████████  $_____
- █████████████     $_____
- ████████████      $_____
- ████████        $_____
- ██████         $_____
- █████████       $_____
- ████████████████   $_____

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

- ███████████████████████████     $_____
- ████████████████████████         $_____
TOTAL                              $_____

## III.     DEFENDANTS' AFFIRMATIVE DEFENSES

19.   Have defendants proven that Waymo brought any of its claims against Uber, Ottomotto and/or Otto Trucking in bad faith, including any of Waymo's claims that Waymo originally alleged but did not take to trial?

|                          |     |      |    |      |
|--------------------------|-----|------|----|------|
| Uber Technologies, Inc.  | Yes | ____ | No | ____ |
| Ottomotto, LLC           | Yes | ____ | No | ____ |
| Otto Trucking, LLC       | Yes | ____ | No | ____ |

### A.     Unclean Hands

20.   Is it more likely than not that Waymo violated a duty of good faith or acted unconscionably in connection with the events for which Waymo seeks to recover?

Yes ____          No ____

*If you answered "Yes," please answer No.20.  If you answered "No," please go to No. 21.*

21.   By what amount should Waymo's recovery be reduced because of Waymo's unclean hands?

$_____

### B.     Mitigation of Damages

22.   Is it more likely than not that Waymo could have avoided any of its damages with reasonable efforts or expenditures?

Yes ____          No ____

*If you answered "Yes," please answer No. 21.  If you answered "No," please go to No. 22.*

23.   What amount of damages could Waymo have avoided with reasonable efforts or expenditures?

$_____

The Foreperson must sign and date below and return this Special Verdict to the Court Clerk.

Dated: _____          _____

FOREPERSON

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA

Dated:   September 21, 2017          Respectfully submitted,

                                    By:   /s/   Neel Chatterjee
                                          Neel Chatterjee
                                          *nchatterjee@goodwinlaw.com*
                                          Brett Schuman
                                          *bschuman@goodwinlaw.com*
                                          Shane Brun
                                          *sbrun@goodwinlaw.com*
                                          Rachel M. Walsh
                                          *rwalsh@goodwinlaw.com*
                                          Hong-An Vu
                                          *hvu@goodwinlaw.com*
                                          Hayes P. Hyde
                                          *hhyde@goodwinlaw.com*
                                          James Lin
                                          *jlin@goodwinlaw.com*
                                          **GOODWIN PROCTER** LLP

                                    *Attorneys for Defendant: Otto Trucking LLC*

OTTO TRUCKING PROPOSED SPECIAL VERDICT FORM CASE NO. 3:17-CV-00939-WHA