# APPENDIX A

# FILED UNDER SEAL