# Appendix E

Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
James Lin (SBN 310440)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANT OTTO TRUCKING LLC'S WITNESS LIST PURSUANT TO FED. R. CIV. P. 26(A)(3)** |
| v. | |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Courtroom: 8 - 19th Floor<br>Judge: Hon. William Alsup |
| Defendants. | Trial Date: October 10, 2017 |

Defendant Otto Trucking LLC ("Otto Trucking") hereby submits its witness list for trial, pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases.

Otto Trucking identifies the name, contact information, and substance of the testimony of each witness it expects to present or may present at trial, other than solely for impeachment. Pursuant to the Court's Guidelines, non-cumulative testimony is identified below in italics.

## I. LIVE WITNESSES

Otto Trucking expects to present live testimony from the following witnesses:

| Witness | Contact Information | Substance of Trial Testimony |
|---|---|---|
| Bailey, Chelsea | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Ms. Bailey is an employee of Google in human resources. Ms. Bailey is expected to testify about the exit interview with Anthony Levandowski, including his disclosure that he may form a self-driving trucking company. She may also testify about her discussions with Mr. Krafcik regarding this exit interview.* |
| Bentley, Adam | [Contact through counsel of record]<br><br>Uber Technologies, Inc.<br>1455 Market Street, Floor 4<br>San Francisco, CA 94103 | *Mr. Bentley is a legal counsel and a member of Otto Trucking. Mr. Bentley is expected to testify about Otto Trucking's corporate structure, membership, and business of owning trucks.* |
| Droz, Pierre-Yves | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Droz is Principal Hardware Engineer at Waymo, serving as technical lead on Waymo's LiDAR project since its inception.* He is expected to testify about disclosures of Waymo's trade secrets and that the Waymo/Google did not inform its employees that the alleged trade secrets were confidential. |

| Witness | Contact Information | Substance of Trial Testimony |
|---|---|---|
| Gruver, Dan | [Contact through counsel of record]<br><br>Uber Technologies, Inc.<br>1455 Market Street, Floor 4<br>San Francisco, CA 94103 | *Mr. Gruver is a senior program manager at Uber, responsible for sensing systems for self-driving vehicle, and was formerly employed by Google. Mr. Gruver may testify about how Spider and Fuji have never been used on any trucks owned or leased by Otto Trucking. He may also testify about the printed circuit boards for GBr2 that had been used to create earrings for Seval Oz and the manner in which GBr2 printed circuit boards were kept at Google.* |
| Laykin, Erik | Duff and Phelps, Inc.<br>10100 Santa Monica Blvd.<br>11th Floor<br>Los Angeles, CA 90067<br>Phone: (424) 249-1768<br>Email: erik.laykin@duffandphelps.com | *Mr. Laykin is an expert retained by Otto Trucking to testify regarding Waymo's forensic investigation of Anthony Levandowski, Radu Raduta, and Sameer Kshirsagar and Waymo's insufficient methods to protect its confidential information and intellectual property (including trade secrets). He is expected to testify regarding the matters disclosed in his expert report of September 7, 2017.* |
| Malackowski, James | 101 Montgomery St.<br>Suite 2100<br>San Francisco, CA 94104<br>+1 415.946.2600 | *Mr. Malachowski is an expert retained by Otto Trucking regarding Waymo's lack of damages as to Otto Trucking. He is expected to testify regarding the matters disclosed in his expert report of September 7, 2017.* |
| McCloskey, Dan | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. McCloskey is a principal hardware engineer at Waymo. Mr. McCloskey is expected to testify about practices at Waymo including reformatting computers, installing programs, and use of removable devices.* |

| Witness | Contact Information | Substance of Trial Testimony |
|---|---|---|
| Page, Larry | Alphabet Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Page is Google's co-founder and Chief Executive Office of Google's parent company, Alphabet Inc.* He is expected to testify regarding development and operation of Waymo's autonomous vehicle program; Anthony Levandowski's departure from Waymo; Waymo's policies surrounding side projects and side businesses; knowledge of Waymo employee involvement in side projects and side businesses, including that of Anthony Levandowski.  He is expected to testify about his conversations with Anthony Levandowski about a trucking business, and discussions with Travis Kalanick regarding competition. |
| Pennecot, Gaetan | [Contact through counsel of record]<br><br>Uber Technologies, Inc.<br>1455 Market Street, Floor 4<br>San Francisco, CA 94103 | *Mr. Pennecot is a hardware engineer at Uber.  He formerly worked as a hardware engineer at 510 Systems and Google.  He is expected to testify about Waymo's disclosures of its alleged trade secrets and that Spider and Fuji have never been used on trucks owned or leased by Otto Trucking.* |
| Poetzscher, Cam | [Contact through counsel of record]<br><br>Uber Technologies, Inc.<br>1455 Market Street, Floor 4<br>San Francisco, CA 94103 | *Mr. Poetzscher is Uber's Vice President of Corporate Development.* He may testify regarding Uber's meetings with Anthony Levandowski, Ottomotto and/or Otto Trucking before April 11, 2016. Mr. Poetzscher will also talk about the terms of the Otto Trucking agreement. |

| Witness | Contact Information | Substance of Trial Testimony |
|---|---|---|
| Ron, Lior | [Contact through counsel of record]<br><br>Uber Technologies, Inc.<br>1455 Market Street, Floor 4<br>San Francisco, CA 94103 | *Mr. Lior is a managing member of Otto Trucking.  Mr. Bentley is expected to testify about Otto Trucking's corporate structure, membership, and business of owning trucks.  He may also testify about Mr. Levandowski's limited involvement in the operations of Otto Trucking since the Preliminary Injunction Order.  He may testify regarding the nature of employment at Waymo and Defendants; Anthony Levandowski's departure from Waymo; Waymo's policies surrounding side projects and side businesses; knowledge of Waymo employee involvement in side projects and side businesses, including that of Anthony Levandowski; knowledge of the Project Chauffeur bonus program; Defendants' non-misappropriation of Waymo's trade secrets; formation, purpose, and business of Otto Trucking LLC; formation, purpose, and business of Ottomotto; Ottomotto's decision to be acquired by Uber; March 11, 2016 meeting with Anthony Levandowski.* |
| Oz, Seval | Upon information and belief, Ms. Oz works for Aurima Technologies, Inc. in Mountain View, California. | *Ms. Oz is a former employee of Google and member of Project Chauffeur. Ms. Oz is expected to testify about Waymo's disclosures of its purported trade secrets. She will authenticate earrings that were made out of certain printed circuit boards.* |
| Schwarz, Brent | [Contact through counsel of record]<br><br>Uber Technologies, Inc.<br>1455 Market Street, Floor 4<br>San Francisco, CA 94103 | *Mr. Schwarz is an employee of Uber Technologies, Inc. in Business Operations.  He was formerly employed at Ottomotto, and Velodyne.  Mr. Schwarz is expected to testify about his sale of Velodyne LiDAR to Google;* Otto Trucking's business of owning trucks; and Otto Trucking's relationship to Uber. |
| Shaw, Joseph | Teklicon<br>96 North 3rd Street<br>Suite 301<br>San Jose, CA 95112 | *Dr. Shaw is an expert retained by Otto Trucking to testify about Otto Trucking's trucks and non-use of Spider, Fuji, or any of the alleged trade secrets.* |

| Witness | Contact Information | Substance of Trial Testimony |
|---|---|---|
| Zbrozek, Sasha | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Zbrozek is an electrical hardware engineer on Waymo's, and before that, Google's, self-driving car project. He is expected to testify regarding Waymo's measures to protect the security of Waymo's confidential documents, servers, and SVN repository; Waymo's employee policies concerning confidential and trade secret information; and Waymo's forensic investigation into alleged misappropriation of trade secrets.* |

Otto Trucking may present live testimony from the following witnesses:

| Witness | Contact Information | Trial Testimony |
|---|---|---|
| Brown, Gary | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Brown is a security engineer in forensics at Google. If permitted to testify, he may testify about the forensic investigation he conducted of Anthony Levandowski and other Otto employees, and his communications with attorneys regarding this investigation.* |
| Gudjonsson, Kristinn | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Gudjunsson is Manager of Digital Forensics and Incident Management at Google. If permitted to testify, he may testify about the forensic investigation he conducted of Anthony Levandowski and other Otto employees, and his communications with attorneys regarding this investigation.* |
| Janosko, Michael | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Janosko is a Security Engineering Manager at Google. He is expected to testify about the differences between the Google security infrastructure and that of the SVN server.* |
| Krafcik, John | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Krafcik is Waymo's Chief Executive Officer. He is expected to testify regarding communications with Anthony Levandowski regarding trucking.* |

| Witness | Contact Information | Trial Testimony |
|---|---|---|
| Lawee, David | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Lawee is Google's vice president of corporate development. He may testify about how every indemnity provision is unique. He may also testify about Google's acquisition of 510 Systems and Anthony's Robots and their relation to Chauffeur.* |
| Lenius, Sam | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Lenius is an employee of Waymo. He may testify regarding his downloading of over nine gigabytes of documents from the SVN server multiple times.* |
| Morriss, Zachary | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Morriss is a mechanical engineer at Waymo and previously worked at Anthony's Robots. He may testify regarding Waymo's disclosures of its purported trade secrets. He may also testify about Mr. Levandowski's communications at a Chauffeur team meeting about starting an autonomous trucking business. He may also testify about how he solicited an offer of employment from Anthony Levandowski.* |
| Ulrich, Drew | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Ulrich is a mechanical engineer at Waymo, and previously worked at 510 Systems. He may testify regarding Waymo's disclosures of its purported trade secrets.* |
| Wachter, Luke | Waymo LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Wachter is a software engineer at Waymo and previously worked at 510 Systems. He may testify regarding his downloading of documents from the SVN server.* |

Otto Trucking reserves the right to call any witness identified by Waymo or Uber. The above descriptions are not intended to cover every possible topic or sub-topic on which these witnesses may testify and are made without prejudice to Otto Trucking eliciting other testimony, including without limitation testimony regarding matters addressed during the deposition of a

1  given witness.

2  **II.   DEPOSITION TESTIMONY**

3   Otto Trucking reserves the right to present the deposition testimony of Waymo's managing
4  agents and 30(b)(6) designees (i.e., Gary Brown, Pierre-Yves Droz, Dmitri Dolgov, Michael Xing,
5  Joanne Chin, David Lawee, Jennifer Haroon, Ben Ingram, and Aslan (Shawn Bananzadeh), in
6  addition to or in lieu of their live testimony.  Oto Trucking also reserves the right to present the
7  deposition testimony of any witnesses listed above to the extent permitted by Federal Rule of Civil
8  Procedure 32.

| Witness | Contact Information | Trial Testimony |
|---|---|---|
| Salesky, Brian | 40 24th Street<br>Pittsburgh, PA 15222 | *Mr. Salesky is a current employee of Argo.AI, a former employee of Google, and Mr. Levandowski's boss.  He testified as to communications with Mr. Levandowski regarding trucking and the involvement of Larry Page in Chauffeur. He also testified about how trucking was not competitive with Google and that it is very common in the self-driving industry to acquire startups for their talent.* |
| Page, Larry | Alphabet Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | *Mr. Page is Google's co-founder and Chief Executive Office of Google's parent company, Alphabet Inc. He testified regarding development and operation of Waymo's autonomous vehicle program; Anthony Levandowski's departure from Waymo; Waymo's policies surrounding side projects and side businesses; knowledge of Waymo employee involvement in side projects and side businesses, including that of Anthony Levandowski.  He also testified about his conversations with Anthony Levandowski about a trucking business, and discussions with Travis Kalanick regarding competition.* |

 Otto Trucking reserves the right to designate testimony from any witness identified by
Waymo or Uber.  The above descriptions are not intended to cover every possible topic or sub-

1  topic on which Uber may offer deposition excerpts and are made without prejudice to Uber
2  offering other testimony.

3  Dated:   September 16, 2017                    Respectfully submitted,

4                                                 By:   */s/Neel Chatterjee*
                                                        Neel Chatterjee
5                                                       *nchatterjee@goodwinlaw.com*
                                                        Brett Schuman
6                                                       *bschuman@goodwinlaw.com*
                                                        Shane Brun
7                                                       *sbrun@goodwinlaw.com*
                                                        Rachel M. Walsh
8                                                       *rwalsh@goodwinlaw.com*
                                                        Hong-An Vu
9                                                       *hvu@goodwinlaw.com*
                                                        Hayes P. Hyde
10                                                      *hhyde@goodwinlaw.com*
                                                        James Lin
11                                                      *jlin@goodwinlaw.com*
                                                        **GOODWIN PROCTER LLP**
12
                                                  *Attorneys for Defendant: Otto Trucking LLC*
13

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 S Figueroa Street, 41st Floor, Los Angeles, California 90017.

On **September 16, 2017**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**DEFENDANT OTTO TRUCKING LLC'S WITNESS LIST PURSUANT TO FED. R. CIV. P. 26(A)(3)**

| RECIPIENT | EMAIL ADDRESS |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700 | Counsel for Plaintiff: *Waymo LLC*<br><br>QE-Waymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100 | |
| Michelle W. Fox<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia<br>Telephone: 011.61.2.9146.3500 | |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | Counsel for Plaintiff: *Waymo LLC*<br>lcunningham@wsgr.com |

| | | |
|---|---|---|
| 1 | Arturo J. Gonzalez<br>Daniel Pierre Muino | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC* |
| 2 | Eric Akira Tate | |
| | Esther Kim Chang | UberWaymoMoFoAttorneys@mofo.com |
| 3 | Matthew Ian Kreeger | |
| | Michael A. Jacobs | |
| 4 | MORRISON & FOERSTER LLP | |
| | 425 Market Street | |
| 5 | San Francisco, CA  94105 | |
| | Telephone: 415.268.7000 | |
| 6 | Facsimile: 415.268.7522 | |
| 7 | Michelle Ching Youn Yang | |
| | MORRISON FOERSTER LLP | |
| 8 | 2000 Pennsylvania Avenue, NW | |
| | Washington, DC  20006 | |
| 9 | Telephone: 202.887.1500 | |
| | Facsimile: 202.887.0763 | |
| 10 | | |
| | Rudolph Kim | |
| 11 | MORRISON & FOERSTER LLP | |
| | 755 Page Mill Road | |
| 12 | Palo Alto, CA  94304 | |
| | Telephone: 650.813.5600 | |
| 13 | Facsimile: 650.494.0792 | |
| 14 | Wendy Joy Ray | |
| | MORRISON & FOERSTER LLP | |
| 15 | 707 Wilshire Blvd., Suite 6000 | |
| | Los Angeles, CA  90017 | |
| 16 | Telephone: 213.892.5200 | |
| | Facsimile: 213.892.5454 | |
| 17 | | |
| | Michael Darron Jay | Counsel for Defendants: *Uber Technologies Inc.* |
| 18 | BOIES SCHILLER & FLEXNER LLP | and *Ottomotto LLC* |
| | 401 Wilshire Boulevard, Suite 850 | |
| 19 | Santa Monica, CA 90401 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| | Telephone: 310.752.2400 | |
| 20 | Facsimile: 310.752.2490 | |
| 21 | Meredith Richardson Dearborn | |
| | BOIES SCHILLER FLEXNER LLP | |
| 22 | 435 Tasso Street, Suite 205 | |
| | Palo Alto, CA 94301 | |
| 23 | Telephone: 650.445.6400 | |
| | Facsimile: 650.329.8507 | |

| | | |
|---|---|---|
| 1 | Hamish Hume | |
| 2 | Jessica E Phillips<br>Karen Leah Dunn | |
| 3 | Kyle N. Smith<br>Martha Lea Goodman | |
|   | BOIES SCHILLER FLEXNER LLP | |
| 4 | 1401 New York Ave., NW<br>Washington, DC 20005 | |
| 5 | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 | |
| 6 | | |
|   | John P. Lahad | Counsel for Defendants: *Uber Technologies Inc.* |
| 7 | Joseph S. Grinstein | and *Ottomotto LLC* |
|   | SUSMAN GODFREY LLP | |
| 8 | 1000 Louisiana Street, Suite 5100 | Uber-sg@lists.susmangodfrey.com |
|   | Houston, TX 77002 | |
| 9 | Telephone: 713.653.7859 | |
| 10 | William Christopher Carmody | |
|    | Shawn J. Rabin | |
| 11 | Cory Buland<br>Halley W. Josephs | |
| 12 | Ian M. Gore | |
|    | SUSMAN GODFREY LLP | |
| 13 | 1301 Avenue of the Americas, 32nd Floor | |
|    | New York, NY 10019 | |
| 14 | Telephone: 212.336.8330 | |
| 15 | Genevieve Vose Wallace | |
|    | Matthew R. Berry | |
| 16 | SUSMAN GODFREY LLP | |
|    | 1201 Third Avenue, Suite 3800 | |
| 17 | Seattle, WA 98101<br>Telephone: 206.516.3836 | |
| 18 | | |
|    | John L. Cooper | Appointed by Court as: *Special Master* |
| 19 | FARELLA BRAUN + MARTEL LLP | |
|    | 235 Montgomery Street, 17th Floor | jcooper@fbm.com |
| 20 | San Francisco, CA 94104 | |
|    | Telephone: 415.954.4410 | |
| 21 | Facsimile: 415.954.4480 | |
| 22 | | |

☐   (MAIL).  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

1  ☐ (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 16, 2017,** at Los Angeles, California.

| Hong-An Vu | */s/Hong-An Vu* |
|---|---|
| (Type or print name) | (Signature) |