UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
| Plaintiff, | **WAYMO'S PROPOSED VERDICT FORM** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

# VERDICT FORM

QUESTION NO. 1:

Did Waymo show by a preponderance of the evidence that Uber, Ottomotto, and/or Otto Trucking misappropriated Waymo's trade secrets under California law and/or Federal law?

Circle YES or NO as to each Defendant.

Uber – California Law:        YES    NO

Uber – Federal Law:   YES    NO


Ottomotto – California Law:  YES    NO

Ottomotto – Federal Law:     YES    NO


Otto Trucking – California Law:        YES    NO

Otto Trucking – Federal Law:           YES    NO

1

QUESTION NO. 2:

If you found that Uber, Ottomotto, and/or Otto Trucking misappropriated Waymo's trade secrets, what amount of damages is Waymo entitled to as a result of the trade secret misappropriation?

Unjust Enrichment: _____

Reasonable Royalty: _____

QUESTION NO. 3:

If you found that Uber, Ottomotto, and/or Otto Trucking misappropriated Waymo's trade secrets, do you find that the misappropriation was willful and malicious?

Circle YES or NO.

Uber:             YES    NO

OttoMoto:       YES    NO

Otto Trucking:  YES    NO

3

QUESTION NO. 4:

If you found that Uber, Ottomotto, and/or Otto Trucking misappropriated Waymo's trade secrets and that the conduct was willful and malicious, what amount of exemplary damages is Waymo entitled to?

_____