1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:    415.268.7000
5   Facsimile:    415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC  20005
    Telephone:    202.237.2727
10  Facsimile:    202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY  10019-6023
    Telephone:    212.336.8330
15  Facsimile:    202.336.8340

16  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
17  and OTTOMOTTO LLC

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION
20

21  WAYMO LLC,                          | Case No. 3:17-cv-00939-WHA

22              Plaintiff,

23      v.                              | **SPECIAL VERDICT FORM**

24  UBER TECHNOLOGIES, INC.,
    OTTOMOTTO LLC; OTTO TRUCKING
25  LLC,                                | Judge:   The Honorable William Alsup

26              Defendants.             | Trial Date: October 10, 2017

27

28

SPECIAL VERDICT FORM
Case No. 3:17-cv-00939-WHA
sf-3823120

1        We, the jury in the above-entitled action, find the following Special Verdict on the

2    questions submitted to us.

3

4    **I.      MISAPPROPRIATION OF TRADE SECRETS**

5    1.    Has Waymo proven that, at the time of the alleged misappropriation, the items identified
           below were neither publicly known nor readily ascertainable through proper means by
           those with relevant skills or training in this area?

6

7       •    ███████████████

             Yes  ____        No  ____

8

9       •    ██████████

             Yes  ____        No  ____

10

11      •    █████████

             Yes  ____        No  ____

12

13      •    ████

             Yes  ____        No  ____

14

15      •    █████

             Yes  ____        No  ____

16

17      •    ████████

             Yes  ____        No  ____

18

19      •    ████████████

             Yes  ____        No  ____

20

21      •    ███████████████

             Yes  ____        No  ____

22

23      •    █████████████

             Yes  ____        No  ____

24

25    *If you answered "No" for all items, please skip to question No. 13.  If you answered
      "Yes" for any item, please answer No. 2 only for any item for which you answered "Yes."*

26

27

28

1
2
    2.       Has Waymo proven that, at the time of the alleged of misappropriation, the item was subject to reasonable efforts on the part of Google (or Waymo) to keep it a secret?

3
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4
        Yes _____     No _____

5
- ▓▓▓▓▓▓▓

6
        Yes _____     No _____

7
- ▓▓▓▓▓▓

8
        Yes _____     No _____

9
- ▓▓▓

10
        Yes _____     No _____

11
- ▓▓▓

12
        Yes _____     No _____

13
- ▓▓▓▓▓

14
        Yes _____     No _____

15
- ▓▓▓▓▓▓▓▓▓▓

16
        Yes _____     No _____

17
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18
        Yes _____     No _____

19
- ▓▓▓▓▓▓▓▓▓▓▓▓

20
        Yes _____     No _____

21
*If you answered "Yes" for any item, please answer No. 3 only for any item for which you answered "Yes." If you don't answer "Yes" for any item, please skip to question No. 13.*

22
23
24
25
26
27
28

1

2
3.    Has Waymo proven that, at the time of the alleged of misappropriation, the item had independent economic value by virtue of being kept secret?

3

4
- ████████████████

       Yes  ____        No  ____

5

6
- ██████████

       Yes  ____        No  ____

7

8
- ████████

       Yes  ____        No  ____

9

10
- ████

       Yes  ____        No  ____

11

12
- █████

       Yes  ____        No  ____

13

14
- ████████

       Yes  ____        No  ____

15

16
- ██████████████

       Yes  ____        No  ____

17

18
- ████████████████████

       Yes  ____        No  ____

19

20
- ██████████████████

       Yes  ____        No  ____

21

22
*If you answered "Yes" for any item, please answer No. 4 <u>only</u> for any item for which you answered "Yes."  If you don't answer "Yes" for any item, please skip to question No. 13.*

23

24

25

26

27

28

1

2
4.   For each item(s) for which you answered "Yes" in question No. 3, has Waymo proven that
     the item related to a product or service used in, or intended for use in, interstate or foreign
     commerce?

3

4
     •   ███████████████████████

         Yes  ____        No  ____

5

6
     •   ████████████████

         Yes  ____        No  ____

7

8
     •   ████████████

         Yes  ____        No  ____

9

10
     •   ██████

         Yes  ____        No  ____

11

12
     •   ████████

         Yes  ____        No  ____

13

14
     •   ██████████

         Yes  ____        No  ____

15

16
     •   ████████████████████

         Yes  ____        No  ____

17

18
     •   ████████████████████████████

         Yes  ____        No  ____

19

20
     •   ██████████████████████████

         Yes  ____        No  ____

21

22

23
5.   Has Waymo proven that the defendants, addressed separately, improperly acquired one or
     more of the item(s) for which you answered "Yes" in question No. 3?  If you answer
     "Yes," please identify which item.[1]

24

25
          Uber Technologies, Inc.        Yes  ____        No  ____

26
             Item(s):_____

27
     _____

     [1] Uber reserves the right to withdraw this and all other proposed jury verdict form
     questions and jury instructions on acquisition.

28

SPECIAL VERDICT FORM
Case No. 3:17-cv-00939-WHA
sf-3823120

4

1

2              Ottomotto, LLC              Yes  ____    No  ____

3                 Item(s):  _____

4              Otto Trucking, LLC          Yes  ____    No  ____

5                 Item(s):  _____

6        *If you answered "Yes" for any defendant, please answer No. 6 <u>only</u> for the defendant(s)
         for whom you answered "Yes."  If you answered "No" for all defendants, please skip to*
7        *question No. 13.*

8    6.  Has Waymo proven that it is more likely than not that the defendants knew or had reason
         to know that it acquired one or more of the item(s) for which you answered "Yes" in
9        question No. 5 by improper means? If you answer "Yes," please identify which item.

10             Uber Technologies, Inc.     Yes  ____    No  ____

11                Item(s):____ _____

12
               Ottomotto, LLC              Yes  ____    No  ____
13
                  Item(s):  _____
14

15             Otto Trucking, LLC          Yes  ____    No  ____

16                Item(s):  _____

17

18   7.  Has Waymo proven that it is more likely than not that the defendant improperly used one
         or more of the item(s) for which you answered "Yes" in question No. 3? If you answer
19       "Yes," please identify which item.

20             Uber Technologies, Inc.     Yes  ____    No  ____

21                Item(s):____ _____

22
               Ottomotto, LLC              Yes  ____    No  ____
23
                  Item(s):  _____
24

25             Otto Trucking, LLC          Yes  ____    No  ____

26                Item(s):  _____

27

28       *If you answered "Yes" for any defendant, please answer No. 8 <u>only</u> for the defendant(s)*

*for whom you answered "Yes." If you answered "No" for all defendants, please skip to question No. 13.*

8.  Has Waymo proven that, at the time of use of one or more of the item(s) for which you answered "Yes" in question No. 7, that the defendants had either acquired them by improper means or knew or had reason to know that they came from Anthony Levandowski and he had acquired them by improper means? If you answer "Yes," please identify which item.

> Uber Technologies, Inc.      Yes _____      No _____
>
>          Item(s):_____
>
>
> Ottomotto, LLC      Yes _____      No _____
>
>          Item(s):   _____
>
>
> Otto Trucking, LLC      Yes _____      No _____
>
>          Item(s):   _____

*If you answered "Yes" for any defendant, please answer No. 9 only for the defendant(s) for whom you answered "Yes." If you answered "No" for all defendants, please skip to question No. 13.*

9.  If you answered "Yes" to Uber, Ottomoto and/or Otto Trucking in question No. 8, has Waymo proven that Uber, Ottomoto and/or Otto Trucking's misappropriation was a substantial factor in causing Uber, Ottomoto and/or Otto Trucking to be unjustly enriched?

> Yes _____      No _____

*If you answered "Yes," please answer No. 10. If you answered "No," please skip No. 10 and 11.*

10. For each item for which you answered "Yes" in question No. 3, what is the amount that Waymo should recover for Uber, Ottomotto and/or Otto Trucking's unjust enrichment? You must only include any amounts of unjust enrichment that Waymo has proven are more likely than not.

> • ████████████████████                    $_____
> • ████████████████              $_____
> • ████████████                $_____
> • ████████                  $_____
> • ██████████                $_____
> • ██████████████              $_____
> • ████████████████            $_____
> • ██████████████████            $_____
> • ████████████████████          $_____
> TOTAL                        $_____

*If you entered an amount for any item, please answer No. 11.  If you did not enter an amount for any items, please skip to No. 12.*

11.    Do the amounts that you entered in No. 10 include any amount by which Uber, Ottomotto, and/or Otto Trucking will be unjustly enriched in the future?

Yes  _____          No  _____

12.    For each item for which you answered "Yes" in question No. 3, has Waymo proven by clear and convincing evidence that each defendant(s) misappropriation was willful and malicious?

| | | | |
|---|---|---|---|
| Uber Technologies, Inc. | Yes | _____ | No   _____ |
| Ottomotto, LLC | Yes | _____ | No   _____ |
| Otto Trucking, LLC | Yes | _____ | No   _____ |

13.    Have defendants proven that Waymo brought any of its claims against Uber, Ottomotto and/or Otto Trucking in bad faith, including any of Waymo's claims that Waymo originally alleged but did not take to trial?

| | | | |
|---|---|---|---|
| Uber Technologies, Inc. | Yes | _____ | No   _____ |
| Ottomotto, LLC | Yes | _____ | No   _____ |
| Otto Trucking, LLC | Yes | _____ | No   _____ |

## II.     DEFENDANTS' AFFIRMATIVE DEFENSES

### A.     Unclean Hands

14.    Is it more likely than not that Waymo violated a duty of good faith or acted unconscionably in connection with the events for which Waymo seeks to recover?

Yes  _____          No  _____

*If you answered "Yes," please answer No. 15.  If you answered "No," please go to No. 16.*

15.    By what amount should Waymo's recovery be reduced because of Waymo's unclean hands?

$_____

### B.     Mitigation of Damages

16.    Is it more likely than not that Waymo could have avoided any of its damages with reasonable efforts or expenditures?

Yes  _____          No  _____

*If you answered "Yes," please answer No. 17.  If you answered "No," please sign and date this form.*

17.    What amount of damages could Waymo have avoided with reasonable efforts or expenditures?

$_____

SPECIAL VERDICT FORM
Case No. 3:17-cv-00939-WHA
sf-3823120

7

1

2

3    The Foreperson must sign and date below and return this Special Verdict to the Court Clerk.

4

5    Dated: _____        _____

6

7                                    FOREPERSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28