1    [Counsel Signatures Appear at the End]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION
10

11   WAYMO LLC,                              Case No. 3:17-cv-00939-WHA

12                      Plaintiff,           **JOINT SUBMISSION OF PROPOSED
                                             *VOIR DIRE* QUESTIONS**
13          v.
                                             Judge:   The Honorable William Alsup
14   UBER TECHNOLOGIES, INC.,
     OTTOMOTTO LLC; OTTO TRUCKING            Trial Date: October 10, 2017
15   LLC,

16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION OF PROPOSED *VOIR DIRE* QUESTIONS
Case No. 3:17-cv-00939-WHA

**JOINT SUBMISSION OF PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, the parties submit the following proposed *voir dire* questions:

**Key Questions**

1.    Do you, or does anyone close to you, have any training, experience or special knowledge in any of the following fields?  If so, please tell me about it.

> Vehicle design and manufacturing
> Self-driving vehicles
> Optical lasers or LiDAR
> Radar
> Semiconductor design
> Electrical engineering
> Product design and development
> Finance
> Trade secret law
> Buying or selling companies
> Forensic analysis of data systems
> Data security

2.    Do you consider yourself computer savvy?  Do you regularly read technology or computer articles or magazines?  If so, how often?

3.    Are you familiar with any self-driving vehicle technologies—technologies that permit a vehicle to operate with minimal or no human control?  Do you have any strong feelings, positive or negative, about self-driving vehicle technologies?

4.    Have you ever worked for a company that has trade secrets or patents?  If so, what role did you have with respect to the company's intellectual property?

5.    Have or anyone close to you ever owned a business.  If so, what type and was it successful?

6.    Have you ever served as a juror before?  Was it a civil or criminal case?  What did the case involve?  Was it a positive or negative experience for you?

7.    Have you ever been involved in litigation over trade secrets or patents?

8.    Have you ever been involved in selling, buying, or licensing trade secrets or patents?

1    9.    Do you feel that if one company accuses another company of stealing secrets or

2  infringing its patents, the accusation is probably true or probably not true?

3    10.    Does anyone here have a close relationship to a lawyer?

4    11.    Is there a reason, because of your background or employment, that you believe you

5  cannot judge this case impartially?

6    12.    Do you know of any other matter which you believe should be called to the court's

7  attention as having some bearing upon your qualifications or ability to sit as a juror, or which you

8  think may prevent you from rendering a fair and impartial verdict based solely upon the evidence

9  and my instructions as to the law?

10

11  Dated:  September 20, 2017          MORRISON & FOERSTER LLP

12

13          By:    /s/ Arturo J. González
                   ARTURO J. GONZÁLEZ

14          Attorneys for Defendants
            UBER TECHNOLOGIES, INC.
15          and OTTOMOTTO LLC

16

17  Dated:  September 20, 2017          GOODWIN PROCTER LLP

18          By:  /s/ Neel Chatterjee
                 NEEL CHATTERJEE
19
            Attorneys for Defendant
20          OTTO TRUCKING, LLC

21

22  Dated:  September 20, 2017          QUINN EMANUEL URQUHART & SULLIVAN,
                                        LLP
23

24          By:  /s/ Charles K. Verhoeven
                 CHARLES K. VERHOEVEN
25
            Attorneys for Plaintiff
26          WAYMO LLC

27

28

JOINT SUBMISSION OF PROPOSED *VOIR DIRE* QUESTIONS
Case No. 3:17-cv-00939-WHA                                              2

1

**ATTESTATION OF E-FILED SIGNATURE**

2    I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file

3 this Joint Submission of Proposed *Voir Dire* Questions.  In compliance with General Order 45,

4 X.B., I hereby attest that Arturo J. González and Neel Chatterjee have concurred in this filing.

5

6

Dated:  September 20, 2017       */s/ Charles K. Verhoeven*
                   Charles K. Verhoeven

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28