KEKER, VAN NEST & PETERS LLP
RACHAEL E. MENY - # 178514
rmeny@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
Waymo LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 17-cv-00939-WHA (JSC) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Judge:        Hon. William Alsup |
| UBER TECHNOLOGIES, INC., et al., | Date Filed: February 23, 2017 |
| Defendants. | Trial Date:  October 10, 2017 |

1191705

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Thomas E. Gorman of the law firm of Keker, Van Nest & Peters LLP hereby makes a general appearance as counsel of record on behalf of Plaintiff Waymo LLC.  Mr. Gorman is a member of the State Bar of California and is admitted to practice before this Court.  Counsel consents to electronic service of all papers in this action.  Counsel can be contacted at the following address and telephone number:

Thomas E, Gorman
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188
Email: tgorman@keker.com

Dated:  September 21, 2017                    KEKER, VAN NEST & PETERS LLP

By:    /s/ Thomas E. Gorman
       THOMAS E. GORMAN

       Attorneys for Plaintiff
       Waymo LLC.

1191705