KEKER, VAN NEST & PETERS LLP
RACHAEL E. MENY - # 178514
rmeny@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff
Waymo LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 17-cv-00939-WHA (JSC) |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Judge:   Hon. William Alsup |
| UBER TECHNOLOGIES, INC., et al., | Date Filed: February 23, 2017 |
| Defendants. | Trial Date: October 10, 2017 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Rachael E. Meny of the law firm of Keker, Van Nest & Peters LLP hereby makes a general appearance as counsel of record on behalf of Plaintiff Waymo LLC. Ms. Meny is a member of the State Bar of California and is admitted to practice before this Court. Counsel consents to electronic service of all papers in this action. Counsel can be contacted at the following address and telephone number:

> Rachael E. Meny
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone:   415 391 5400
> Facsimile:    415 397 7188
> Email: rmeny@keker.com

Dated: September 21, 2017                                           KEKER, VAN NEST & PETERS LLP

                                                                                   By:   */s/ Rachael E. Meny*
                                                                                             RACHAEL E. MENY

                                                                                           Attorneys for Plaintiff
                                                                                           Waymo LLC.