Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER** LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>       v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S STATEMENT REGARDING TRADE SECRETS (DKT # 1720)**<br><br>Courtroom:   8 - 19th Floor<br>Judge:       Hon. William Alsup<br><br>Trial Date:   October 10, 2017 |

ACTIVE/92692617.1

DEFENDANT OTTO TRUCKING'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S
STATEMENT REGARDING TRADE SECRETS (DKT # 1720)     Case No. 3:17-cv-00939-WHA

Defendant Otto Trucking LLC ("Otto Trucking") hereby objects and responds to Plaintiff Waymo, LLC's ("Waymo" or "Plaintiff") Statement regarding trade secrets (Dkt 1720).

The Court should not reverse its order requiring Waymo to narrow its trade secrets. The Court has the inherent power to narrow the claims in dispute. *See In re Katz Interactive Call Processing Patent Litg*, 639 F.3d 1303, 1311-12 (Fed. Cir. 2011) (holding that district court's requirement that plaintiff narrow its patent claims from 1,975 claims to 16 claims per defendant group was part of the Court's inherent powers to manage complex cases and did not violate due process); *see also Apple, Inc. v. Samsung Elect. Co., Ltd.*, 67 F. Supp. 3d 1100 (N.D. Cal. 2014) (rejecting plaintiff's argument that court-ordered procedure narrowing patent claims to five claims deprived it of its right to protect its patents because plaintiff could not show how other claims were not duplicative of the ones already tried). Here, like the plaintiffs in *Katz* and *Apple*, Waymo alleged claims based on 121 alleged trade secrets. In this type of complex intellectual property case, the Court properly exercised its inherent powers to manage the case and ordered that Waymo narrow its claims to eliminate largely duplicative claims.

Nothing in the Stroz Report should affect the Court's prior order or the current trial schedule as to Otto Trucking. Other than ten password protected files that Otto Trucking is working with Stroz to access, Otto Trucking's production is complete. Waymo continues to have no evidence of any use of any alleged trade secrets by Otto Trucking.


Dated:  September 21, 2017          Respectfully submitted,

By:   */s/   Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*

**GOODWIN PROCTER LLP**

*Attorneys for Defendant: Otto Trucking LLC*

1

## CERTIFICATE OF SERVICE

2

I hereby certify that I electronically filed the foregoing document with the Clerk of the

3

Court for the United States District Court for the Northern District of California by using the

4

CM/ECF system on **September 21, 2017**.  I further certify that all participants in the case are

5

registered CM/ECF users and that service will be accomplished by the CM/ECF system.

6

I certify under penalty of perjury that the foregoing is true and correct.  Executed on

7

**September 21, 2017**.

8

*/s/   Neel Chatterjee*
NEEL CHATTERJEE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DEFENDANT OTTO TRUCKING'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S
STATEMENT REGARDING TRADE SECRETS (DKT # 1720)        Case No. 3:17-cv-00939-WHA