# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>　　　　　　Defendant(s). | Case No: 3:17-cv-00939<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Joshua P. Riley, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see Attachment 1 in the above-entitled action. My local co-counsel in this case is Meredith R. Dearborn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1401 New York Avenue, N.W.<br>Washington, DC  20005 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>425 Tasso Street, Suite 205<br>Palo Alto, CA  94307 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 237-2727 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 445-6400 |
| MY EMAIL ADDRESS OF RECORD:<br>jriley@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mdearborn@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1026900.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/21/17　　　　　　　　　　　　　　　　　　/s/ Joshua P. Riley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua P. Riley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 21, 2017.

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE