John V. Picone III (State Bar No. 187226)
Christopher A. Hohn (State Bar No. 271759)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

Attorneys for Non-Party
VELODYNE LIDAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-CV-00939-WHA<br><br>**DECLARATION OF ALEKSANDR KORZH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Dept: 8, 19th Floor<br>Judge: Hon. William Alsup<br><br>Trial Date:  October 10, 2017 |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK

692\2787483.1

DECL. OF ALEKSANDR KORZH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MSJ    3:17-CV-00939-WHA

I, Aleksandr Korzh, declare as follows:

1. I am the General Counsel of Velodyne LiDAR, Inc., ("Velodyne"), a third party to the above-captioned matter. I make this declaration in accordance with Civil Local Rule 79-5(e) in support of Defendants' Administrative Motion to File Under Seal Portions of their Reply in Support of Motion for Summary Judgment and Exhibits thereto ("Motion to Seal"), filed by Defendants Uber Technologies, Inc. and Ottomotto LLC ("Uber" and "Ottomotto," respectively) as Dkt. No. 1636 on September 18, 2017.

2. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. I have reviewed the Velodyne material that Uber and Ottomotto have sought to file under seal through the Motion to Seal. This material reveals Velodyne's confidential information and trade secrets, including non-public details about Velodyne's optical systems, products, and technology.

4. This information has substantial economic value to Velodyne and Velodyne considers it to be highly confidential and competitively sensitive. Velodyne takes significant precautions to ensure that this type of information is not publically disclosed.

5. Publically disclosing this information could harm Velodyne's competitive standing in the marketplace and could have adverse effects for the company generally. For instance, Velodyne's competitors could use this information to copy Velodyne's technology, thereby avoiding the full research and development costs necessary to develop their own technology.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 21, 2017, at San Jose, California.

Aleksandr Korzh

Hopkins & Carley
Attorneys At Law
San Jose • Palo Alto
Burbank

692\2787483.1
DECL. OF ALEKSANDR KORZH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MSJ        3:17-CV-00939-WHA