QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS BRIEF ON THE DILIGENCED EMPLOYEES' WAIVER OF ATTORNEY-CLIENT PRIVILEGE FOR MATERIALS PROVIDED TO THIRD-PARTY STROZ FRIEDBERG** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal ("Waymo's Administrative Motion") confidential information in its brief on the Diligenced Employees' waiver of attorney-client privilege for materials provided to third-party Stroz Friedberg ("Waymo's brief). Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's brief | Highlighted in blue | Defendants and/or Anthony Levandowski |
| Exhibit 1 to Waymo's brief | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 2 to Waymo's brief | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 3 to Waymo's brief | Entire document | Defendants and/or Anthony Levandowski and/or other third-parties |
| Exhibit 4 to Waymo's brief | Entire document | Defendants |
| Exhibit 5 to Waymo's brief | Entire document | Defendants |
| Exhibit 6 to Waymo's brief | Entire document | Anthony Levandowski |
| Exhibit 7 to Waymo's brief | Entire document | Other third-party |

3. Waymo's Motion and exhibits contain information that Defendants and/or non-party Mr. Levandowski and/or other third-parties have designated as confidential and/or highly confidential.

4. Waymo takes no position on the merits of sealing the designated material and expects Defendants and/or Mr. Levandowksi and/or other third-parties to file one or more declarations in accordance with the Local Rules.

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is
2   true and correct, and that this declaration was executed in San Francisco, California, on September 21,
3   2017.

By  */s/ Lindsay Cooper*
    Lindsay Cooper
    Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven