1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS BRIEF ON THE DILIGENCED EMPLOYEES' WAIVER OF ATTORNEY-CLIENT PRIVILEGE FOR MATERIALS PROVIDED TO THIRD-PARTY STROZ FRIEDBERG** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its brief on the Diligenced Employees' waiver of attorney-client privilege for materials provided to third-party Stroz Friedberg ("Waymo's brief).

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's brief | Highlighted in blue |
| Exhibit 1 to Waymo's brief | Entire document |
| Exhibit 2 to Waymo's brief | Entire document |
| Exhibit 3 to Waymo's brief | Entire document |
| Exhibit 4 to Waymo's brief | Entire document |
| Exhibit 5 to Waymo's brief | Entire document |
| Exhibit 6 to Waymo's brief | Entire document |
| Exhibit 7 to Waymo's brief | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge