QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS BRIEF ON THE DILIGENCED EMPLOYEES' WAIVER OF ATTORNEY-CLIENT PRIVILEGE FOR MATERIALS PROVIDED TO THIRD-PARTY STROZ FRIEDBERG** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its brief on the Diligenced Employees' waiver of attorney-client privilege for materials provided to third-party Stroz Friedberg. ("Waymo's brief"). Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's brief | Highlighted in blue | Defendants and/or Anthony Levandowski |
| Exhibit 1 to Waymo's brief | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 2 to Waymo's brief | Entire document | Defendants and/or Anthony Levandowski |
| Exhibit 3 to Waymo's brief | Entire document | Defendants and/or Anthony Levandowski and/or other third-parties |
| Exhibit 4 to Waymo's brief | Entire document | Defendants |
| Exhibit 5 to Waymo's brief | Entire document | Defendants |
| Exhibit 6 to Waymo's brief | Entire document | Anthony Levandowski |
| Exhibit 7 to Waymo's brief | Entire document | Other third-party |

## I.   LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II.   DEFENDANTS AND/OR ANTHONY LEVANDOWSKI'S AND/OR OTHER THIRD-PARTIES CONFIDENTIAL INFORMATION

Waymo seeks to seal these documents only because Defendants and/or non-party Anthony Levandowski and or other third-parties have designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3. Waymo takes no position on the merits of sealing the designated material and expects Defendants and/or Mr. Levandowksi and/or other third-parties to file one or more declarations in accordance with the Local Rules.

## III.   CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the

1  above listed documents accompany this Administrative Motion.  For the foregoing reasons,

2  Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

3  DATED:  September 21, 2017              QUINN EMANUEL URQUHART & SULLIVAN, LLP

4

5                                          By /s/ Charles K. Verhoeven
                                               Charles K. Verhoeven
6                                              Attorneys for WAYMO LLC