QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER OVER CERTAIN EXHIBITS TO THE STROZ DUE DILIGENCE REPORT** |

Per the Court's September 15, 2017 Order (Dkt. 1596), Waymo filed a September 19, 2017 Motion for Protective Order (the "Motion") (Dkt. 1682) seeking to designate certain exhibits to the Stroz Due Diligence Report as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the existing Protective Order in this case.  No Defendant or Third-Party has opposed Waymo's Motion.  Accordingly, Waymo requests that its Motion be granted, and the requested designations be adopted for the Due Diligence Report exhibits.

DATED:  September 22, 2017     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/Charles K. Verhoeven
    Charles K. Verhoeven
    Attorneys for WAYMO LLC