JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | Case No.: 3:17-CV-00939 (WHA) <br><br> **DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S REPLY IN SUPPORT OF MOTION TO INTERVENE AND MOTION FOR A PROTECTIVE ORDER** <br><br> Honorable William Alsup |

1.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
MOTION TO INTERVENE AND MOTION FOR PROTECTIVE ORDER: CASE NO. 3:17-CV-00939 (WHA)

TAYLOR & PATCHEN, LLP

I, JONATHAN PATCHEN, declare as follows:

1. I am a partner in the law offices of Taylor & Patchen, LLP, a member in good standing of the bar of the State of California, and am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify as a witness in this case, I could and would testify competently under oath to all of the matters set forth in this declaration. This declaration is submitted in support of Non-Party Lior Ron's Reply in Support of Motion to Intervene and Motion for Protective Order filed concurrently herewith.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpted transcript from the September 20, 2017 hearing before Judge Alsup.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing in true and correct. Executed this 22nd day of September, 2017, at Lena, Louisiana.

                                                        */s/ Jonathan A. Patchen*
                                                        JONATHAN A. PATCHEN

TAYLOR & PATCHEN, LLP

2.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
MOTION TO INTERVENE AND MOTION FOR PROTECTIVE ORDER: CASE NO. 3:17-CV-00939 (WHA)