QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PARTIES' JOINT LIST OF ALL POTENTIAL TRIAL WITNESSES** |

Pursuant to this Court's September 12, 2017 Order, Plaintiff Waymo LLC ("Waymo") and Defendant Otto Trucking LLC ("Otto Trucking"), and Defendants Uber Technologies, Inc. and Ottomotto LLC ("Uber") hereby jointly submit the attached list of potential trial witnesses. Waymo reserves the right to supplement this list based upon newly produced evidence and evidence not yet produced.

Dated:  September 22, 2017                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

Dated:  September 22, 2017        MORRISON & FOERSTER LLP

By:        */s/ Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

Dated:  September 22, 2017        GOODWIN PROCTER LLP

By:  */s/ Neel Chatterjee*
NEEL CHATTERJEE

Attorneys for Defendant
OTTO TRUCKING, LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Submission of Parties' Joint List of All Potential Trial Witnesses.  In compliance with General Order 45, X.B., I hereby attest that Arturo J. González and Neel Chatterjee have concurred in this filing.


Dated:  September 22, 2017                           _/s/ Charles K. Verhoeven_
                                                                    Charles K. Verhoeven

1. Tara Allport
2. Cristina Antalik
3. Eric Armursky
4. Chelsea Bailey
5. Alisa Baker
6. Elisabeth Balassone
7. John Bares
8. Aslan (Shawn) Bananzadeh
9. Travis Bellanger
10. Adam Bentley
11. Shouvik Biswas
12. Mattew Blattmachr
13. Scott Boehmke
14. Judith Branham
15. Walter Bratic
16. Sergey Brin
17. Gary Brown
18. Don Burnette
19. Hanley Chew
20. Joanne Chin
21. Dan Chu
22. Mitchell Dobi
23. Dmitri Dolgov
24. David Drummond
25. Pierre-Yves Droz
26. Gerard Dwyer
27. Michael Epstein
28. Kevin Faulkner
29. Anna Ferrari
30. Bernard Fidric
31. Paul French
32. Eric Friedberg
33. Mary Fulginiti
34. Christine Gabitass
35. John Gardner
36. Blaise Gassend
37. Arturo Gonzalez
38. William Grossman
39. Dan Gruver
40. Kristinn Gudjonsson
41. Gautam Gupta
42. Bill Gurley
43. Jennifer Haroon
44. Don Harrison
45. Bruce Hartley
46. James Haslim
47. Lambertus Hesselink
48. Jeff Holden
49. Ben Ingram
50. E. Allen Jacobs
51. Michael Janosko
52. Soren Juelsgaard
53. Travis Kalanick
54. Rudy Kim
55. Gregory Kintz
56. John Krafcik
57. David Lawee
58. Erik Laykin
59. Michael Lebby
60. Sam Lenius
61. Anthony Levandowski
62. Asheem Linaval
63. Christian Lymn
64. Teresa MacLean
65. Jessica Madore
66. James Malackowski
67. Melanie Maugeri
68. Colette Reiner Mayer
69. William McCann
70. Brian McClendon
71. Dan McCloskey
72. Paul McManamon
73. Ron Medford
74. Kenneth Mendelson
75. Eric Meyhofer
76. Emil Michael
77. Rhian Morgan
78. Zachary Morriss
79. Stephen Nestinger
80. Tom Nolan
81. Daniel Olmos
82. Christine Oropeza
83. Seval Oz
84. Angela Padilla
85. Larry Page
86. Matthew Palomar
87. Gaetan Pennecot
88. Cameron Poetzscher
89. Nina Qi
90. Lior Ron
91. Bryan Salesky
92. Timothy Schirm
93. Brent Schwarz
94. Colin Sebern
95. Joe Shapiro
96. Joseph Shaw
97. Sharat Sridhar
98. Ognen Stojanowski
99. Justin Suhr
100. Stacy Sullivan
101. Eric Tate
102. Aditi Tatti
103. Sebastian Thrun
104. Jim Timmins
105. Drew Ulrich
106. Chris Urmson
107. Diek Van Nort
108. Luke Wachter
109. Michael Wagner
110. Serenity Wang
111. Charles Wille
112. Benjamin Williams
113. Tim Willis
114. Wendy Wu
115. Michael Xing
116. Salle Yoo
117. Sasha Zbrozek