MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UBER TECHNOLOGIES, INC., *et al.*, <br><br>　　　　Defendants. | Case No.: 3:17-cv-00939 WHA <br><br>**DECLARATION OF MILES EHRLICH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION FOR CONTINUANCE OF TRIAL DATE** |

I, Miles Ehrlich, declare as follows:

　　1.　　I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

　　2.　　I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Opposition to Waymo's Motion For Continuance Of Trial, filed on September 19, 2017, Docket No. 1623 (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following documents based on Mr. Levandowski's designation of

EHRLICH DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-00939-WHA

1

confidentiality, filed concurrently with the Administrative Motion:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Motion for Continuance of Trial Date ("Opposition") | Highlighted Portions | Anthony Levandowski (Yellow) |
| Declaration of Arturo J. Gonzalez ISO Defs. Opposition to Waymo's Motion for Continuance of Trial Date ("Gonzalez Declaration") | Highlighted Portions | Anthony Levandowski (Yellow) |
| Exhibits 2-7 | Entireties | Anthony Levandowski |

3.      The yellow highlighted portions of the Opposition primarily contain references to the contents of the Stroz report, which Mr. Levandowski has asserted and continues to assert is protected from disclosure under his Fifth Amendment privilege against self-incrimination under *Fisher v. United States*, 425 U.S. 391 (1975), and *United States v. Sideman & Bancroft, LLP*, 704 F.3d 1197 (9th Cir. 2013), as well as by the common interest/joint defense, attorney-client and attorney work product privileges.  *See, e.g.,* Non-Party Anthony Levandowski's Motion for Protective Order, filed on October 19, 2017, Dkt. No. 1682.  Mr. Levandowski does not assert that the yellow highlighted portion of the Opposition at 6:27 is protected from disclosure.  Aside from the highlighted portion at 6:27, we ask that the confidentiality of the remaining highlighted portions of the Opposition be maintained until Mr. Levandowski's Motion for Protective Order is resolved.

4.      Mr. Levandowski does not assert that the yellow highlighted portions of the Gonzalez Declaration merit sealing.

5.      In addition, Mr. Levandowski does not assert that Exhibits 2-7 to the Gonzalez Declaration merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United

EHRLICH DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-00939-WHA

1  States of America that the foregoing is true and correct, and that this declaration was executed in
2  Berkeley, California, on September 22, 2017.

4  Date:   September 22, 2017                Respectfully submitted,

                                             */s/ Miles Ehrlich*
                                             Miles Ehrlich
                                             Ramsey & Ehrlich LLP

                                             *Counsel for Non-Party Anthony Levandowski*

EHRLICH DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-00939-WHA

3