MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939 WHA <br><br> **DECLARATION OF MILES EHRLICH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ARTURO J. GONZALEZ IN RESPONSE TO DECLARATION OF JEFF NARDINELLI AND EXHIBITS THERETO** |

I, Miles Ehrlich, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Administrative Motion to File Under Seal The Declaration Of Arturo J. Gonzalez In Response To Declaration Of Jeff Nardinelli And Exhibits Thereto, filed on September 19, 2017, Docket No. 1641 (the "Response Declaration"). The Administrative Motion seeks an order sealing the following documents based

on Mr. Levandowski's designation of confidentiality:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Arturo J. Gonzalez in Response to Declaration of Jeff Nardinelli ("Response Declaration") | Highlighted Portions | Anthony Levandowski (Yellow) |

3. The yellow highlighted portions of the Response Declaration at ¶ 7 and ¶ 7(a) are not subject to sealing.

4. The yellow highlighted portion of the Response Declaration at ¶ 7(b) contains references to the contents of the Stroz report, which Mr. Levandowski has asserted and continues to assert is protected from disclosure under his Fifth Amendment privilege against self-incrimination under *Fisher v. United States*, 425 U.S. 391 (1975), and *United States v. Sideman & Bancroft, LLP*, 704 F.3d 1197 (9th Cir. 2013), as well as by the common interest/joint defense, attorney-client and attorney work product privileges. *See, e.g.*, Non-Party Anthony Levandowski's Motion for Protective Order, filed on October 19, 2017, Dkt. No. 1682. We ask that the confidentiality of highlighted portions of the Response Declaration at ¶ 7(b) be maintained until Mr. Levandowski's Motion for Protective Order is resolved.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on September 22, 2017.

Date: September 22, 2017

Respectfully submitted,

*/s/ Miles Ehrlich*
Miles Ehrlich
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*