MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 3:17-cv-00939 WHA<br><br>**DECLARATION OF MILES EHRLICH IN SUPPORT OF PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL DATE AND DECLARATION OF DAVID PERLSON IN RESPONSE TO COURT ORDER** |

I, Miles Ehrlich, declare as follows:

　　1.　　I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am a partner at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski.  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

　　2.　　I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Its Reply In Support Of Motion For Continuance of Trial Date and the Declaration Of David Perlson In Response to Court Order, filed on September 19, 2017, Docket No. 1690 ("Waymo's Administrative Motion"). The Administrative Motion seeks an order

sealing the following documents based on Mr. Levandowski's designation of privilege:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Reply in Support of Motion for Continuance of Trial Date ("Waymo's Reply") | Highlighted Portions | Anthony Levandowski (Yellow) |
| Declaration of David Perlson in Response to Court Order | Highlighted Portions | Anthony Levandowski (Yellow) |
| Exhibit 2 to Perlson Declaration | Entire document | Anthony Levandowski |
| Exhibit 5 to Perlson Declaration | Entire document | Anthony Levandowski |

3. The yellow highlighted portions of Waymo's Reply primarily contain references to the contents of the Stroz report, which Mr. Levandowski has asserted and continues to assert is protected from disclosure under his Fifth Amendment privilege against self-incrimination under *Fisher v. United States*, 425 U.S. 391 (1975), and *United States v. Sideman & Bancroft, LLP*, 704 F.3d 1197 (9th Cir. 2013), as well as by the common interest/joint defense, attorney-client and attorney work product privileges. *See, e.g.,* Non-Party Anthony Levandowski's Motion for Protective Order, filed on September 19, 2017, Dkt. No. 1682. Certain yellow highlighted portions of Waymo's reply contain references to materials that Mr. Levandowski does not assert are protected from disclosure and do not merit sealing. These include the following yellow highlighted portions: Brief at 3:4-5, 9:11-23. Aside from the highlighted portions at 3:4-5, 9:11-23, we ask that the confidentiality of the remaining highlighted portions of Waymo's Reply be maintained until Mr. Levandowski's Motion for Protective Order is resolved.

4. The yellow highlighted portions of the Declaration of David Perlson primarily contain references to the contents of the Stroz report which Mr. Levandowski asserts are protected from disclosure for the reasons set forth above. Mr. Levandowsi does not assert the following highlighted portions are protected from disclosure: Perlson Declaration at 5:3-9, 5:20-

25, 6:1-7. Aside from the highlighted portions at 5:3-9, 5:20-25, 6:1-7, we ask that the confidentiality of the remaining highlighted portions of the Perlson Declaration be maintained until Mr. Levandowski's Motion for Protective Order is resolved.

6. Certain yellow highlighted portions of the Declaration of David Perlson contain references to materials that Mr. Levandowski does not assert are protected from disclosure and do not merit sealing. These include the following yellow highlighted portions: Perlson Declaration at 5:3-9, 5:20-25, 6:1-7,

7. Although Waymo has designated Exhibits 2 and 5 to the Perlson Declaration as confidential in their entirety, Mr. Levandowski does not assert that these materials merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on September 22, 2017.

Date:   September 22, 2017                     Respectfully submitted,

                                               */s/ Miles Ehrlich*
                                               Miles Ehrlich
                                               Ramsey & Ehrlich LLP

                                               *Counsel for Non-Party Anthony Levandowski*