1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10                     UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  WAYMO LLC,<br>              Plaintiff,<br>13       vs.<br>UBER TECHNOLOGIES, INC.;<br>14  OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br>15              Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF**<br><br>**LINDA J. BREWER** |

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Linda J. Brewer, an attorney with the firm of Quinn Emanuel

3  Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of

4  record for Waymo LLC in the above-captioned matter.

5    Linda J. Brewer (Cal. Bar No. 217730)
    lindabrewer@quinnemanuel.com
6    50 California Street, 22nd Floor
    San Francisco, California 94111
7    (415) 875-6600
    (415) 875-6700 facsimile
8

9

10

11  DATED:  September 22, 2017    QUINN EMANUEL URQUHART & SULLIVAN, LLP

12

13    By: */s/* Linda J. Brewer
    Charles K. Verhoeven (Bar No. 170151)
14    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
15    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
16    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
17    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
18    jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
19    San Francisco, California 94111-4788
    Telephone:    (415) 875-6600
20    Facsimile:    (415) 875-6700

21    Attorneys for WAYMO LLC

22

23

24

25

26

27

28