| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |     Melanie M. Blunschi (Bar No. 234264)<br>    Whitney B. Weber (Bar No. 281160) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94111-6538 |
|   | Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |
|   | melanie.blunschi@lw.com |
| 5 | whitney.weber@lw.com |

*Attorneys for Third Party*
*Stroz Friedberg, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-CV-00939-WHA (JSC)<br><br>**ATTORNEYS MELANIE M. BLUNSCHI'S AND WHITNEY B. WEBER'S REQUEST TO APPEAR TELEPHONICALLY AT DISCOVERY HEARING ON BEHALF OF STROZ FRIEDBERG, LLC**<br><br>Date: September 27, 2017<br>Time: 2:30 p.m.<br>Courtroom: Courtroom F<br>Judge: Magistrate Judge Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

Pursuant to the Court's Standing Order, attorneys Melanie M. Blunschi and Whitney B. Weber of Latham & Watkins LLP respectfully request the Court's permission to appear by telephone on behalf of third party Stroz Friedberg, LLC ("Stroz"), at the Discovery Hearing scheduled for September 27, 2017 at 2:30 p.m.  The deposition of Eric Friedberg, Stroz's Co-President, has been scheduled by Plaintiff Waymo LLC to take place in the above-captioned case on September 28, 2017, in New York City, New York.  Accordingly, on September 27, 2017, Stroz's counsel will be in New York preparing for that deposition, and will be unable to attend the Discovery Hearing in person.

Dated:  September 22, 2017

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Melanie M. Blunschi*
Melanie M. Blunschi

*Attorneys for Third Party*
*Stroz Friedberg, LLC*