1  LATHAM & WATKINS LLP
      Melanie M. Blunschi (Bar No. 234264)
2      Whitney B. Weber (Bar No. 281160)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-6538
   Telephone:  +1.415.391.0600
4  Facsimile:  +1.415.395.8095
   *melanie.blunschi@lw.com*
5  *whitney.weber@lw.com*

6

   *Attorneys for Third Party*
7  *Stroz Friedberg, LLC*

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  WAYMO LLC,                          CASE NO. 3:17-CV-00939-WHA (JSC)

14            Plaintiff,                **[PROPOSED] ORDER GRANTING
                                        ATTORNEYS MELANIE M. BLUNSCHI'S
15       v.                             AND WHITNEY B. WEBER'S REQUEST
                                        TO APPEAR TELEPHONICALLY AT
16  UBER TECHNOLOGIES, INC.;            DISCOVERY HEARING ON BEHALF OF
    OTTOMOTTO LLC; OTTO TRUCKING        STROZ FRIEDBERG, LLC;**
17  LLC,
                                        Date:        September 27, 2017
18            Defendants.               Time:        2:30 p.m.
                                        Courtroom:   Courtroom F
19                                      Judge:       Magistrate Judge Jacqueline
                                                     Scott Corley
20                                      Trial Date:  October 10, 2017

21

22

23

24

25

26

27

28

1    IT IS HEREBY ORDERED that attorneys Melanie M. Blunschi and Whitney B. Weber

2    of Latham & Watkins LLP are permitted to appear by telephone at the Discovery Hearing

3    scheduled for September 27, 2017 at 2:30 p.m.  Counsel shall contact CourtCall at 1-888-882-

4    6878 to make the arrangements to appear by telephone.

5

6    IT IS SO ORDERED.

7

8    Dated:_____        _____

                                                      Hon. Jacqueline Scott Corley
9                                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
KIRKLAND & ELLIS LLP
CASE NO. 3-17-cv-00939-WHA