1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GARY BROWN AND KRISTINN GUDJONSSON** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2 ("Waymo's Administrative Motion") its Opposition to Defendants' Motion in Limine to exclude

3 the testimony of Gary Brown and Kristinn Gudjonsson.

4    Having considered Waymo's Administrative Motion, and good cause to seal having been

5 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the

6 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Opposition to Defendants' Motion in Limine to Exclude Testimony of Kristinn Gudjonsson ("Waymo's Opposition") | Highlighted in green |
| Exhibit 1 to Waymo's Opposition | Highlighted in green |
| Exhibit 5 to Waymo's Opposition | Highlighted in green |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge