QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI** |

1    I, Jeffrey W. Nardinelli, hereby declare as follows.

2    1.   I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

3    2.   Attached as Exhibit 1 is a true and correct copy of a document produced by Waymo in this action bearing Bates number WAYMO-UBER-00086893.

4    3.   Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition of Gary Brown, taken March 24, 2017.

5    4.   Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition of Gary Brown, taken September 6, 2017.

6    5.   Attached as Exhibit 4 is a true and correct copy of Waymo's List of Issues On Which It Will Present Expert Testimony During Its Case-In-Chief at Trial, served August 3, 2017.

7    6.   Attached as Exhibit 5 is a true and correct copy of a document produced by Waymo in this action bearing Bates number WAYMO-UBER-00086885.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 22, 2017         */s Jeff Nardinelli*
                                    Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

                                    */s/ Charles K. Verhoeven*
                                    Charles K. Verhoeven