# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4      _____
                                       )
 5      WAYMO LLC,                     )
                                       )
 6                    Plaintiff,       )
                                       )
 7             vs.                     )  Case No.
                                       )  3:17-cv-00939-WHA
 8      UBER TECHNOLOGIES, INC.,       )
        OTTOMOTTO LLC; OTTO            )
 9      TRUCKING LLC,                  )
                                       )
10                    Defendants.      )
        _____)
11
12
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          VIDEOTAPED DEPOSITION OF GARY T. BROWN
17                San Francisco, California
18                Friday, March 24, 2017
19                       Volume I
20
21
22
        Reported by:  SUZANNE F. GUDELJ
23      CSR No. 5111
24      Job No. 2577644
25      PAGES 1 - 65
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    A    When activity occurs on devices that are on
2    Google's corporate network, our sensors pick up
3    information about that traffic, and those go into
4    our logs.
5    Q    So what information was picked up about the           12:18:18
6    downloading of the 14,000 files?
7    A    From the network traffic.  Approximately 10
8    gigabytes of data was transferred from the IP
9    address and domain where the subversion server
10   relies -- resides to the work laptop of Anthony           12:18:46
11   Levandowski.
12   Q    Did you consider that to be suspicious?
13        MR. HOLMES:  Objection to form.
14        THE WITNESS:  Potentially.
15   BY MR. GONZALEZ:                                           12:19:04
16   Q    That fact by itself didn't make you to
17   think -- didn't make you think that he had done
18   anything improper, did it?
19        MR. HOLMES:  Objection to form.
20        THE WITNESS:  That fact by itself has other          12:19:15
21   factors around it that do make it suspicious.
22   BY MR. GONZALEZ:
23   Q    Such as?
24   A    Such as the searching for instructions on
25   how to access that server; such as the appearance of     12:19:27

Page 32

```
 1    a USB device in the device the files were downloaded
 2    to followed by the obliteration of that device and
 3    its reformat into a completely unexpected operating
 4    system.
 5         Q    All right.  Let me take those pieces at a        12:20:00
 6    time.  When did you get the information on
 7    instruction searches for how to access that server?
 8         A    I'm sorry, can you repeat that?
 9         Q    Yes.  You said that other facts might
10    indicate suspicion, and you said that he had             12:20:20
11    searched for instructions on how to access the
12    server.  When did you learn that he had done such a
13    search?
14         A    I'm unsure.
15         Q    Was it before October of 2016?                  12:20:38
16         A    I don't believe so.
17         Q    When did you first learn of the appearance
18    of a USB device?
19         A    Can you be more specific?
20         Q    You referenced the "appearance of a USB        12:21:04
21    device in the device the files were downloaded to."
22    When did you learn that?
23         A    Sometime in February 2017.
24         Q    Then you said "followed by the obliteration
25    of that device."  When did you learn that?               12:21:23
```

Page 33