# EXHIBIT 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4                     --oOo--
 5  WAYMO LLC,
 6              Plaintiff,
                                        Case
 7  vs.                          No. 3:17-cv-00939-WHA
 8  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
                Defendants.
10  _____/
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14      VIDEOTAPED 30(b)(6) DEPOSITION OF GARY BROWN
15                    VOLUME II
16            WEDNESDAY, SEPTEMBER 6, 2017
17
18
19
20  Reported by:
21  Anrae Wimberley
22  CSR No. 7778
23  Job No.  2693569
24
25  Pages 306 - 534
```

Page 306

| | | |
|---|---|---|
| 1 | downloads, I'd say no. | 19:17:26 |
| 2 | BY MS. GOODMAN: | 19:17:26 |
| 3 | Q.   If you look at the first page, 84551, you're | 19:17:48 |
| 4 | writing to Mr. Gorman on February 1 at 8:22 p.m. | 19:17:52 |
| 5 |      Do you see this portion? | 19:17:54 |
| 6 | A.   I do see that. | 19:17:55 |
| 7 | Q.   And you're describing an anomaly in querying | 19:18:11 |
| 8 | logs. | 19:18:12 |
| 9 |      Do you see that? | 19:18:13 |
| 10 | A.   Yes. | 19:18:14 |
| 11 | Q.   What did you mean when you said, "Flakiness | 19:18:21 |
| 12 | and errors in this kind of log diving is very common"? | 19:18:27 |
| 13 | A.   Using the tool that we use to query logs of | 19:18:35 |
| 14 | this age sometimes encounter errors and often need to | 19:18:45 |
| 15 | be broken down into smaller chunks to prevent certain | 19:18:50 |
| 16 | kinds of errors.  So it's possible that a subset for | 19:19:00 |
| 17 | this didn't . . . | 19:19:12 |
| 18 |      (Witness reviews document.) | 19:19:14 |
| 19 | A.   Oh, where was I?  Oh, yes. | 19:19:45 |
| 20 |      So it's possible that a subset chunk did not | 19:19:49 |
| 21 | complete on one of multiple runs.  So as I said in the | 19:19:55 |
| 22 | first line, "For the same query run 3 times, two had | 19:20:00 |
| 23 | that" particular search.  And this is why -- this is | 19:20:03 |
| 24 | one of the reasons why I will run things multiple | 19:20:07 |
| 25 | times, to make sure that my results match when things | 19:20:10 |

Page 462

| | | |
|---|---|---|
| 1 | like this happen. | 19:20:12 |
| 2 | Q.   How many times did you query the Moma logs to | 19:20:20 |
| 3 | make sure your results matched? | 19:20:24 |
| 4 | A.   Here I acknowledge three.  After this, in | 19:20:29 |
| 5 | preparation for my declaration, probably another two | 19:20:33 |
| 6 | or three times. | 19:20:34 |
| 7 | Q.   And on the two or three times that you | 19:20:37 |
| 8 | queried the logs in preparation for your declaration, | 19:20:42 |
| 9 | did you get the same results? | 19:20:44 |
| 10 | A.   Yes. | 19:20:44 |
| 11 | Q.   And did those results include a search for | 19:20:53 |
| 12 | "chauffeur svn login" each time? | 19:20:57 |
| 13 | A.   Yes. | 19:20:57 |
| 14 | Q.   And did those results include a search for | 19:21:00 |
| 15 | "chauffeur svn eee setup" each time? | 19:21:03 |
| 16 | A.   I believe so. | 19:21:04 |
| 17 | Q.   Do you still operate on the assumption that | 19:21:12 |
| 18 | if you have results, they are authoritative? | 19:21:15 |
| 19 | MR. BAKER:  Objection to form. | 19:21:19 |
| 20 | THE WITNESS:  That depends.  Yes, in the sense | 19:21:23 |
| 21 | that if something appears in one of your results and | 19:21:27 |
| 22 | doesn't appear in the other results, that is not an | 19:21:30 |
| 23 | indicator that it didn't happen; that's an indicator | 19:21:33 |
| 24 | that something happened. | 19:21:34 |
| 25 | In a transient absence of something, in some | 19:21:39 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MS. GOODMAN: I'll finish asking questions about | 19:35:19 |
| 2 | this document. | 19:35:19 |
| 3 | MR. BAKER: As long as it's not going to be too | 19:35:21 |
| 4 | long. | 19:35:22 |
| 5 | MS. GOODMAN: Okay. We'll continue. | 19:35:27 |
| 6 | BY MS. GOODMAN: | 19:35:27 |
| 7 | Q. Mr. -- Kristinn writes, at the bottom of the | 19:35:30 |
| 8 | page, "Armada shows the timestamp information, but | 19:35:32 |
| 9 | clipper shows a different timestamp." | 19:35:32 |
| 10 | Do you see that? | 19:35:34 |
| 11 | A. I do see that. | 19:35:36 |
| 12 | Q. Do you recall what timestamp information he's | 19:35:41 |
| 13 | referring to? | 19:35:42 |
| 14 | A. Not specifically. | 19:35:44 |
| 15 | Q. And if you look at the next page, you write, | 19:35:55 |
| 16 | "I greatly distrust Armada." | 19:35:57 |
| 17 | Do you see that? | 19:35:58 |
| 18 | A. I do see that. | 19:35:59 |
| 19 | Q. Why do you greatly distrust Armada? | 19:36:03 |
| 20 | A. I am distrusting not Armada itself, but the | 19:36:10 |
| 21 | particular log entry that is populating that specific | 19:36:16 |
| 22 | field that he is referencing that appears to disagree | 19:36:20 |
| 23 | with Clipper. Clipper is, to my knowledge, the | 19:36:26 |
| 24 | canonical place where machine decryption escrow keys | 19:36:34 |
| 25 | go upon deployment and reimage. | 19:36:37 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | So Clipper is kind of my go-to.  And I was | 19:36:41 |
| 2 | not sure at that time where specifically Armada was | 19:36:47 |
| 3 | getting its timestamp for that particular thing that | 19:36:53 |
| 4 | Kristinn is referencing.  So I offhandedly said, "I | 19:36:57 |
| 5 | greatly distrust Armada."  Again, it's not that I | 19:37:01 |
| 6 | distrust Armada; it's that particular log source and | 19:37:04 |
| 7 | only because it was disagreeing with what I understood | 19:37:07 |
| 8 | to be the canonical place for escrow keys to go. | 19:37:13 |
| 9 |     Q.   So your comment that you greatly distrust | 19:37:17 |
| 10 | Armada was an offhanded thing? | 19:37:20 |
| 11 |     A.   Yes. | 19:37:20 |
| 12 |     Q.   Has Armada disagreed with any other source of | 19:37:25 |
| 13 | data that you looked at in the course of your | 19:37:30 |
| 14 | investigation of Mr. Levandowski? | 19:37:32 |
| 15 |     MR. BAKER:  Objection to form. | 19:37:35 |
| 16 |     THE WITNESS:  I have not seen it disagree.  I | 19:37:40 |
| 17 | cannot recall any other conflict in combining all the | 19:37:45 |
| 18 | other sources that we have.  If anything, Armada | 19:37:48 |
| 19 | agrees on every other facet. | 19:38:00 |
| 20 |     MS. GOODMAN:  Okay.  We can take a break. | 19:38:02 |
| 21 |     THE VIDEOGRAPHER:  Going off the record.  The time | 19:38:04 |
| 22 | is 7:38 p.m. | 19:38:06 |
| 23 |          (Dinner recess was taken at 7:38 p.m.) | 19:38:07 |
| 24 |          (Nothing omitted or deleted.  See next page.) | 19:38:07 |
| 25 | | |

Page 473