QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF ARTURO J. GONZÁLEZ IN RESPONSE TO DECLARATION OF JEFF NARDINELLI AND EXHIBITS THERETO** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal the Declaration of Arturo J. Gonzalez in Response to Declaration of Jeff Nardinelli and Exhibits Thereto ("Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of the Declaration of Arturo J. Gonzalez in Response to Declaration of Jeff Nardinelli ("Gonzalez Declaration") and of Exhibits 4 and 8 thereto, as well as the entirety of Exhibits 3 and 5 thereto.

3. The Gonzalez Declaration (green highlighted portion at page 15, line 12) contains highly sensitive information that Waymo seeks to seal. Specifically, that portion contains a domain that hosts Waymo's computer systems. Public disclosure of such information will give bad actors seeking to hack Waymo's databases a target to attack. Further, there is no public purpose served by disclosing the precise web or IP address at which a server resides.

4. Exhibit 8 (green highlighted portions) contains, references, and/or describes highly confidential and sensitive business information. The information Waymo seeks to seal regards confidential details regarding Waymo's business plans. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to in-depth insight into Waymo's business strategy for its autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Waymo's request to seal is narrowly tailored to those portions of the Gonzalez Declaration and Exhibit 8 that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct, and that this declaration was executed in San
3  Francisco, California, on September 22, 2017.

                                                          By  */s/ Felipe Corredor*
                                                                Felipe Corredor
                                                                Attorneys for WAYMO LLC

## **ATTESTATION**

9  In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
10 document has been obtained from Felipe Corredor.

                                                          By:  */s/ Charles K. Verhoeven*
                                                                Charles K. Verhoeven