# Exhibit 1

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN FRANCISCO DIVISION
 4
 5         _____
 6                                             )
 7         WAYMO LLC,                          )
 8                                             )
 9                   Plaintiff,                )
10            vs.                              ) Case No.
11                                             ) 3:17-cv-00939-WHA
12         UBER TECHNOLOGIES INC.,             )
13         OTTOMOTTO LLC; OTTO                 )
14         TRUCKING LLC,                       )
15                                             )
16                   Defendants.               )
17         Videotaped deposition of MICHAEL MURRAY JANOSKO, n
18         on behalf of the Defendants Otto Trucking LLC; Uber
19         Technologies, Inc., Ottomotto LLC at the Law Offices
20         of Quinn Emanuel Urquhart & Sullivan, Level 15, 111
21         Elizabeth Street in Sydney, Australia, beginning at
22         9.55am and ending at 12.29pm on Friday, 25 August
23         2017 before Melissa Hook, Court Reporter of Pacific
24         Transcriptions.
25
```

00021

```
 1 10.36        internet browser like Explorer or Mozilla or Chrome?
 2       A.     No, I wasn't aware of that.
 3       Q.     Are you aware of any controls in place to monitor
 4              whether a person is accessing the server remotely?
 5       A.     I am aware of logs that occur during user activity
 6              with Subversion.  I am not sure if it - what it
 7              records beyond the activity within the source code
 8              repository and the user name.
 9       Q.     For Google's infrastructure, is there a firewall
10              that provides outer protection to the things you
11              know that you're - that Google folks are working on?
12       A.     Can you clarify what part of Google you're asking
13              about?
14       Q.     Sure.  Well, I'll see if I can.  I'm not familiar
15              with all the parts in Google, so I may not know.
16              But, in general, is a firewall a security tool that
17              Google would use to protect certain areas of its
18              confidential - or certain areas that it keeps
19              confidential information?
20       A.     Yes.
21       Q.     Would the SVN server repository be behind Google's
22              firewall?
23       A.     I am not sure about the configuration of that
24              Subversion server.
25       Q.     Okay.  But this is probably because, like you say,
```

```
00022
    1 10.37      it's on a different network than a lot of the other
    2            Google tools and programs and applications?
    3      A.    ████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████

    6      Q.   Aside from monthly monitoring of credentials, are
    7            you aware of any other security controls to ensure
    8            that credentials are protected?
    9      A.   So the other way that Google protects credentials to
   10            a number of servers and services is to ████████
```

```
00023
    1  10.39     ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████
██████████████████████    ████████████████████████
████████████████████████████████
████████████████████
   10     A.    It's against our policy for users to access Google
   11           data with personal devices that do not meet our
   12           BYOD, or Bring Your Own Device, standards.
   13     Q.    Do you know if that same policy applies to Waymo as
   14           well?
   15     A.    I don't know.
   16     Q.    You don't know.  And do you know whether Waymo
   17           employees have access - you know, Waymo confidential
   18           information using personal devices?
   19     A.    I don't know.
   20     Q.    Are you aware o ████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████
████████████████████████████████
```

```
00024
```

     1  10.41  ███████████████████████████████████████████
        ███████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        █████████████████████████
        ██████████████████████████████████████
        ██████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        ███████████████████████████████████
        ███████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        █████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████
        ███████████████████████████████
        ████████████████████████████████████
    23  Q.  Do you know if Waymo has the same control?
    24  A.  I am not aware if they use that.  Let me amend that.
    25      To the extent that they use Google credentials to