Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant
Otto Trucking LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>        v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO WAYMO'S MOTION TO EXCLUDE OTTO TRUCKING'S DAMAGES EXPERT JAMES MALACKOWSKI**<br><br>Courtroom:   8 (19th Floor)<br>Judge:           Hon. William Alsup<br>Trial Date:     October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Neel Chatterjee<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2   Trucking") submits this Administrative Motion to File Under Seal Portions of Its Opposition to
3   Plaintiff Waymo LLC's Motion to Exclude Otto Trucking's Damages Expert James Malackowski
4   Pursuant to Rule 702 and *Daubert* (the "Opposition").  Specifically, Otto Trucking requests an
5   order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Parties |
|---|---|---|
| Opposition | Highlighted portions | Otto Trucking (blue) Waymo (green) |
| Exhibit 1 to Chatterjee Declaration | Highlighted portions | Otto Trucking (blue) Waymo (green) |
| Exhibit 2 to Chatterjee Declaration | Entire Document | Otto Trucking |

The above referenced portions of the Opposition, and Exhibits 1 and 2 to the Chatterjee Declaration highlighted in blue contain highly confidential, sensitive business information of Otto Trucking relating to terms of Otto Trucking's agreements, corporate structure, and financial information.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  If this information were made public, Otto Trucking's competitors and counterparties would have insight into how Otto Trucking structures its business, allowing them to modify their own business strategy.  Otto Trucking's competitive standing could be significantly harmed.

The above referenced portions of the Opposition, and Exhibits 1 and 2 to the Chatterjee Declaration highlighted in green contain information that Waymo has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Otto Trucking states no position about whether the confidentiality designations are appropriate. Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5. 4. Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

1  Otto Trucking's request to seal is narrowly tailored to those portions of the Opposition and
2  its supporting documents that merit sealing.

3  Dated:  September 22, 2017                          Respectfully submitted,

4                                                     By:  */s/   Neel Chatterjee*
                                                          Neel Chatterjee
5                                                         *nchatterjee@goodwinlaw.com*
                                                          Brett Schuman
6                                                         *bschuman@goodwinlaw.com*
                                                          Shane Brun
7                                                         *sbrun@goodwinlaw.com*
                                                          Rachel M. Walsh
8                                                         *rwalsh@goodwinlaw.com*
                                                          Hong-An Vu
9                                                         *hvu@goodwinlaw.com*
                                                          **GOODWIN PROCTER LLP**
10
                                                       *Attorneys for Defendant:*
11                                                     Otto Trucking LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 22, 2017. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September in Menlo Park, California.

/s/ *Neel Chatterjee*
Neel Chatterjee