Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO WAYMO'S MOTION TO EXCLUDE OTTO TRUCKING'S DAMAGES EXPERT JAMES MALACKOWSKI**<br><br>Courtroom:   8 (19th Floor)<br>Judge:        Hon. William Alsup<br>Trial Date:   October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Documents Under Seal<br>2. Declaration of Neel Chatterjee<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2 File Under Seal Portions of Its Opposition to Plaintiff Waymo LLC's Motion to Exclude Otto
3 Trucking's Damages Expert James Malackowski Pursuant to Rule 702 and *Daubert* (the
4 "Opposition").  Having considered the Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the
6 portions of the documents listed below:

| **Document** | **Portions to Be Filed Under Seal** | **Designating Parties** |
|---|---|---|
| Opposition | Highlighted portions | Otto Trucking (blue) Waymo (green) |
| Exhibit 1 to Chatterjee Declaration | Highlighted portions | Otto Trucking (blue) Waymo (gree) |
| Exhibit 2 to the Chatterjee Declaration | Entire document | Otto Trucking |

**IT IS SO ORDERED.**

Dated: _____, 2017     _____
                                                                              HON. WILLIAM ALSUP
                                                                              UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-00939-WHA