Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Courtroom:   8 (19th Floor) |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | Judge:   Hon. William Alsup<br>Trial Date:   October 10, 2017 |
| Defendants. | Filed/Lodged Concurrently with:<br>1.  Admin. Motion to File Documents Under Seal<br>2.  [Proposed] Order<br>3.  Redacted/Unredacted Versions<br>4.  Declaration of Neel Chatterjee |

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action.  My business address is:  601 South Figueroa Street, 41ST Floor, Los Angeles, California 90017.

On **September 22, 2017**, I served the following documents on the persons below as follows:

*Unredacted Version of* DEFENDANT OTTO TRUCKING LLC'S OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION TO EXCLUDE OTTO TRUCKING'S DAMAGES EXPERT JAMES MALACKOWSKI PURSUANT TO RULE 702 AND *DAUBERT*; and

*Unredacted Version of* EXHIBITS 1 AND 2 TO THE DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF OTTO TRUCKING'S OPPOSITION TO  WAYMO'S MOTION TO EXCLUDE OTTO TRUCKING'S DAMAGES EXPERT JAMES MALACKOWSKI PURSUANT TO RULE 702 AND*DAUBERT*.

| Recipient | Email Address: |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Charles K. Verhoeven (Bar No. 170151) <br> David A. Perlson (Bar No. 209502) <br> Melissa Baily (Bar No. 237649) <br> John Neukom (Bar No. 275887) <br> Jordan Jaffe (Bar No. 254886) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111-4788 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 | QEWaymo@quinnemanuel.com |
| Arturo J. Gonzalez <br> Daniel Pierre Muino <br> Eric Akira Tate <br> Esther Kim Chang <br> Matthew Ian Kreeger <br> Michael A. Jacobs <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, CA 94105 <br><br> Michelle Ching Youn Yang <br> **MORRISON FOERSTER LLP** <br> 2000 Pennsylvania Avenue, NW <br> Washington, DC 20006 | UberWaymomofoattorneys@mofo.com |

PROOF OF SERVICE                                                                 CASE NO.:  3:17-cv-00939-WHA

| | |
|---|---|
| Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard,<br>Suite 6000<br>Los Angeles, CA 90017 | |
| Michael Darron Jay<br>**BOIES SCHILLER & FLEXNER LLP**<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>**BOIES SCHILLER FLEXNER LLP**<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave., NW<br>Washington, DC 20005 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| John L. Cooper<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104<br>415.954.4410<br>415.954.4480 | jcooper@fbm.com |
| William Christopher Carmody<br>Shawn J. Rabin<br>Cory Buland<br>Halley W. Josephs<br>Ian M. Gore<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019 | Uber-sg@lists.susmangodfrey.com |

1

☑   (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement

2   of the parties to accept service by e-mail or electronic transmission, I caused the
documents to be sent to the persons at the e-mail addresses listed. I did not receive,

3   within a reasonable time after the transmission, any electronic message or other
indication that the transmission was unsuccessful.

4       I declare under penalty of perjury that I am employed in the office of a member of the bar
of this Court at whose direction this service was made and that the foregoing is true and correct.

5       Executed on **September 22, 2017**, at Los Angeles, California.

6

7   _____
      Jennifer Vosler                                    _____

8        (Type or print name)                              (Signature)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PROOF OF SERVICE                                    CASE NO.: 3:17-CV-00939-WHA