1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  **GOODWIN PROCTER** LLP
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
6  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
7  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
8  **GOODWIN PROCTER** LLP
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
12 **GOODWIN PROCTER** LLP
   601 S. Figueroa Street, 41st Floor
13 Los Angeles, California  90017
   Tel.: +1 213 426 2500
14 Fax.: +1 213 623 1673

15 Attorneys for Defendant
   Otto Trucking LLC

16

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

               **SAN FRANCISCO DIVISION**

19 Waymo LLC,                          | Case No. 3:17-cv-00939-WHA

20              Plaintiff,             | **DECLARATION OF NEEL CHATTERJEE
                                       | IN SUPPORT OF OTTO TRUCKING'S
21        v.                           | OPPOSITION TO WAYMO'S MOTION
                                       | TO EXCLUDE OTTO TRUCKING'S
22 Uber Technologies, Inc.; Ottomotto LLC; Otto | DAMAGES EXPERT JAMES
   Trucking LLC,                       | MALACKOWSKI PURSUANT TO RULE
23                                     | 702 AND *DAUBERT***

24              Defendants             | Date:        September 27, 2017
                                       | Time:        8:00 a.m.
25                                     | Courtroom:   8 (19th Floor)
                                       | Judge:       Hon. William Alsup
26                                     | Trial:       October 10, 2017

27                                     | Filed/Lodged Concurrently with:
                                       |    1.  Defendant's Opposition

28

I, NEEL CHATTERJEE, declare:

1.    I am a partner with the law firm Goodwin Procter LLP.  I am a member in good standing of the Bar of the State of California and the Bar of this Court.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Otto Trucking's Opposition to Waymo's Motion to Exclude Otto Trucking's Damages Expert James Malackowski Pursuant to Rule 702 and *Daubert*.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the expert report of James E. Malackowski.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the rough deposition transcript of Michael J. Wagner, dated September 22, 2017.

I declare under penalty of perjury under the laws of the United States that  the foregoing is true and correct. Executed this 22nd day of September, 2017 in Menlo Park, California.


                                    /s/ Neel Chatterjee
                                    NEEL CHATTERJEE