1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:    202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                       UNITED STATES DISTRICT COURT
18                      NORTHERN DISTRICT OF CALIFORNIA
19                            SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| 21              Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PREVIOUSLY-FILED DOCUMENTS (DKT. 1670)** |
| 22        v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24              Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Previously-Filed Documents (Dkt. 1670).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Revised version of Dkt. 1552-1 | Blue-Highlighted Portions |

3. The blue-highlighted portions of the revised version of Dkt. 1552-1 contain the former email address of Anthony Levandowski, whose email account may become compromised if disclosed to the public. Defendants seek to seal this information in order to protect the privacy of Mr. Levandowski, as prominent individuals in this lawsuit are currently the subject of extensive media coverage. Disclosure of this information could expose Mr. Levandowski to harm or harassment.

4. Defendants' request to seal is narrowly tailored to the portions of Waymo's filing that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September, 2017 in San Francisco, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 22, 2017                    */s/ Arturo J. Gonzalez*
                                                              ARTURO J. GONZALEZ