QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Supplemental Brief in Support of its Opposition to Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Motion to Exclude One of Three Opinions Proffered by Waymo Expert Jim Timmins, filed concurrently herewith.  Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief in Support of its Motion for Order to Show Cause ("Waymo's Brief") | Highlighted in blue | Defendants |
| | Highlighted in yellow | Anthony Levandowski; other third-parties |
| Exhibit 1 to Waymo's Brief | Entire document | Defendants; other third-parties |
| Exhibit 2 to Waymo's Brief | Entire document | Defendants; other third-parties |
| Exhibit 3 to Waymo's Brief | Entire document | Other third-parties |
| Exhibit 4 to Waymo's Brief | Entire Document | Anthony Levandowski; other third-parties |
| Exhibit 5 to Waymo's Brief | Highlighted portions | Other third parties |
| Exhibit 6 to Waymo's Brief | Entire Document | Other third parties |
| Exhibit 7 to Waymo's Brief | Highlighted portions | Other third-parties |
| Exhibit 8 to Waymo's Brief | Highlighted portions | Other third parties |
| Exhibit 9 to Waymo's Brief | Highlighted portions | Anthony Levandowski; other third-parties |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II. DEFENDANTS AND/OR ANTHONY LEVANDOWSKI'S AND/OR OTHER THIRD-PARTIES CONFIDENTIAL INFORMATION

Waymo seeks to seal these documents only because Defendants and/or non-party Anthony Levandowski and or other third-parties have designated the information confidential and/or highly confidential.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position on the

1  merits of sealing the designated material, and expects Defendants and/or Mr. Levandowksi and/or
2  other third-parties to file one or more declarations in accordance with the Local Rules.

### III.  CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED:  September 22, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for WAYMO LLC