1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its Opposition to Defendants Uber
3  Technologies, Inc.'s and Ottmotto LLC's Motion to Exclude One of Three Opinions Proffered by
4  Waymo Expert Jim Timmins.

   Having considered Waymo's Administrative Motion, and good cause to seal having been
   shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
   documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Supplemental Brief in Support of its Motion for Order to Show Cause ("Waymo's Brief") | Highlighted in blue |
|  | Highlighted in yellow |
| Exhibit 1 to Waymo's Brief | Entire document |
| Exhibit 2 to Waymo's Brief | Entire document |
| Exhibit 3 to Waymo's Brief | Entire document |
| Exhibit 4 to Waymo's Brief | Entire Document |
| Exhibit 5 to Waymo's Brief | Highlighted portions |
| Exhibit 6 to Waymo's Brief | Entire Document |
| Exhibit 7 to Waymo's Brief | Highlighted portions |
| Exhibit 8 to Waymo's Brief | Highlighted portions |
| Exhibit 9 to Waymo's Brief | Highlighted portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge