# Exhibit 5

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4    _____
 5   WAYMO LLC,                          )
                                         )
 6              Plaintiff,               )
        vs.                              )  Case No.
 7                                       )  17-cv-00939-WHA
     UBER TECHNOLOGIES, INC.;            )
 8   OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
                                         )
 9              Defendants.              )
                                         )
10                                       )
     _____)
11
12
13     HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY
14              VIDEOTAPED DEPOSITION OF
15               OGNEN STOJANOVSKI, ESQ.
16             San Francisco, California
17              Thursday, July 20, 2017
18                     Volume I
19
20
21
22   Reported by:
     MARY J. GOFF
23   CSR No. 13427
24   Job No. 2663397
25   PAGES 1-321
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | copy.  So what is your relationship to Sandstone | 09:16:48 |
| 2 | Group, LLC? | 09:16:49 |
| 3 | A    I'm its manager and general counsel. | 09:16:51 |
| 4 | Q    When did you become Sandstone Group, LLC's | 09:16:54 |
| 5 | manager and general counsel? | 09:16:56 |
| 6 | A    At its formation in the summer of 2012. | 09:16:59 |
| 7 | ████ ███████████████████████████████ ███████ | |
| | ██████ ███████ | |
| | ████ █████████████████████████████ █████████ | |
| | ███████████████████ | 09:17:15 |
| 11 | Q    So that's your -- that's your -- | 09:17:16 |
| 12 | A    That's my personal residence, and I have a | 09:17:18 |
| 13 | home office there as well. | 09:17:20 |
| 14 | Q    I would like to direct your attention | 09:17:22 |
| 15 | to -- let's see.  It's the "Definitions" page.  If | 09:17:25 |
| 16 | you could turn to -- it's -- it's numbered "No. 1." | 09:17:31 |
| 17 | A    Yeah. | 09:17:39 |
| 18 | ████ █████████████████████████████ ██ ██████ | |
| | ██████████████████████████████████ ███████ | |
| | █████████ ███████ | |
| | █████████████ ███████ | |
| | ████ ██████ | 09:17:48 |
| 23 | ████ ████████████████████ ███████ | |
| | ████ ████████████████████████████ ███████ | |
| | ██████████████████ | 09:17:55 |

Page 16

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



|    |   |                                                |          |
|----|---|------------------------------------------------|----------|
|    |   |                                                | 09:19:33 |
| 16 | Q | Who is that?                                   | 09:19:34 |
| 17 | A | John Gardner.                                  | 09:19:35 |
| 18 | Q | Anyone else?                                   | 09:19:37 |
| 19 | A | No.                                            | 09:19:37 |
| 20 | Q | Directing your attention to the next page      | 09:19:40 |
| 21 | of Exhibit 323, do you see No. 4 here refers   |          | 09:19:44 |
| 22 | to "Nunnemaker & Associates, Inc."?            |          | 09:19:49 |
| 23 |   | Did I pronounce that correctly?                | 09:19:52 |
| 24 | A | Probably.  That's how I pronounce it.          | 09:19:56 |
| 25 | Q | What is Nunnemaker & Associates?               | 09:19:59 |

Page 18

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



| | | |
|---|---|---|
| 1 | | |
| | | 09:23:37 |
| 3 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | 09:24:00 |
| 12 | Q    Directing your attention to the next | 09:24:07 |
| 13 | definition here on this Subpoena to Sandstone, | 09:24:12 |
| 14 | "Narwhal" means Narwhal Energy, LLC. | 09:24:15 |
| 15 |       Do you see that? | 09:24:19 |
| 16 | A    Yes. | 09:24:20 |
| 17 | | |
| | | |
| | | 09:24:33 |
| 20 | Q    Does Narwhal Energy, LLC have any | 09:24:39 |
| 21 | employees? | 09:24:43 |
| 22 | A    No, it does not. | 09:24:43 |
| 23 | Q    Does it have any officers? | 09:24:44 |
| 24 | A    I am the manager.  That qualifies as an | 09:24:51 |
| 25 | officer.  I'm the manager of Narwhal. | 09:24:55 |

Page 22

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                              09:31:45
14            MR. SAWYER:  Objection, form.      09:31:48
15      A     No, I don't think so.              09:31:51
16      Q     Are you aware of any documents responsive  09:31:54
17   to that Request for Production, whether they're in  09:31:55
18   Sandstone's possession, custody, or control, or     09:32:00
19   elsewhere?                                  09:32:03
20            MR. SAWYER:  Objection, form.      09:32:04
21                                              09:32:19
25                                              09:32:20
```

Page 28

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



| | | |
|---|---|---|
| 1 | | 09:34:03 |
| 2 | | |
| | | |
| | | |
| | | 09:34:12 |
| 6 | | |
| | | |
| | | |
| | | 09:34:17 |
| 10 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | 09:34:57 |

```
20      Q    Did you ask John Gardner why he asked you   09:35:00
21  to be the manager of Sandstone Group?              09:35:04
22      A    I did not ask John Gardner why he chose me  09:35:10
23  to be the manager of Sandstone Group.              09:35:14
24      Q    Do you know why he chose you to be the      09:35:17
25  manager of the Sandstone Group?                    09:35:19
```

Page 30

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
1    Sandstone Group, right?                          09:37:48

2        A    I had not met John Gardner before he    09:37:48

3    called me.                                       09:37:50

4        Q    So -- so my question is:  Why -- why did 09:37:51

5    he think to call you?                            09:37:54

6            MR. SAWYER:  Objection, form.            09:37:56

7            MS. RAY:  Join.                          09:37:58

8        A    He told me that he had gotten my name from 09:38:02

9    Anthony Levandowski.                             09:38:06

10       Q    And what else do you remember about that 09:38:11

11   conversation when he called you?                 09:38:14

12       A    He called me to tell me that he was in the 09:38:15

13   process of forming an investment company and asked 09:38:20

14   if I would be interested in being his manager.  That 09:38:26

15   was the gist of the first conversation.          09:38:30

16
```

████ ██████████████████████  ████████

██ ███████████████████████  ████████

██ ██ ████████  ████████

██ ██ ███████████████  ████████

██ ████████████████  ████████

██ ██ █████████████  ████████

██ █████████████ ██████████  ████████

██ ██ ████████████████████  ████████

██ ████████████████████  ████████

██ ██ ████████                              09:39:07

Page 33

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



| | | |
|---|---|---|
| 12 | Q    Was that conversation in person or over | 09:39:46 |
| 13 | the phone? | 09:39:48 |
| 14 | A    I think it was in person. | 09:39:51 |
| 15 | Q    Where did that conversation take place? | 09:39:54 |
| 16 | A    It took place in Berkeley, California. | 09:39:58 |
| 17 | Q    Why in Berkeley? | 09:40:07 |
| 18 | A    I'm trying to remember.  It was either at | 09:40:08 |
| 19 | his house or at the initial offices of Odin Wave, | 09:40:11 |
| 20 | which is 2201 Dwight Way. | 09:40:15 |
| 21 | THE COURT REPORTER:  Of? | 09:40:17 |
| 22 | A    Huh?  It was either his -- | 09:40:20 |
| 23 | THE COURT REPORTER:  It was? | 09:40:20 |
| 24 | A    -- Odin Wave, O D I N W A V E, which is | 09:40:20 |
| 25 | 2201 Dwight Way, in Berkeley. | 09:40:26 |

Page 34

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1        Q    (BY MR. JUDAH) Has Anthony ever --        09:40:30
 2   Levandowski ever lied to you?                       09:40:32
 3        A    Not that I know of.                        09:40:35
 4        Q    Are you aware of him ever lying to anyone  09:40:40
 5   else?                                                09:40:43
 6        A    Am I aware of him lying to anyone else?    09:40:43
 7   No.  No.                                             09:40:47
 8        Q    So to the best of your recollection,       09:40:49
 9   Anthony Levandowski has never, as far as you're      09:40:51
10   aware, lied to anyone?                               09:41:00
11        MR. SAWYER:  Objection, form.                   09:41:01
12        A    I don't -- I don't personally know if      09:41:05
13   Anthony has ever lied to anyone.                     09:41:08
14        Q    Do you consider Anthony Levandowski to be  09:41:10
15   an honest person?                                    09:41:12
16        A    Yeah, I would say Anthony is an honest     09:41:15
17   person.                                              09:41:21
18        Q    Do you consider Anthony Levandowski to be  09:41:22
19   an ethical person?                                   09:41:23
20        A    Yes, I do.  Yes, I consider Anthony to be  09:41:29
21   ethical.                                             09:41:33
22        Q    When Anthony Levandowski told you he did   09:41:33
23   not have any ownership interest in the Bismuth       09:41:36
24   Trust, you believed him, correct?                    09:41:38
25        A    Yes.                                        09:41:40
```

Page 35

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                                    ████
    ██    ██    ██████    ██████                      ████
    ██    ██████████████████████                      ████
    ██    █████                              09:43:09
 5        ██    ████████                              ████
    ██    ██    ██████████                            ████
    ██    ███████████████████                         ████
    ██    █████████████                      09:43:26
 9        ██    ████████████                          ████
    ██    ███████                                     ████
    ██    ██    ████████                              ████
    ██    ███████████████                             ████
    ██    ██████████████████                          ████
    ██    ███████                                     ████
    ██    ██    ████████████                          ████
    ██    ████                                09:43:48
```

17        Q    That would be, in fact, the first        09:43:48

18   dishonest act that Mr. Levandowski ever did that you   09:43:51

19   would be aware of, right?                              09:43:54

20        A    Yeah.  Yes.                                  09:43:59

21        Q    Directing your attention back to           09:44:05

22   Exhibit 323, I want to ask you about -- let's see --   09:44:06

23   No. -- no. 4.  It says --                              09:44:15

24        A    Sure.                                        09:44:18

25        ██    ████████████████████              09:44:19

                                              Page 37

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1      Q     -- do you remember what specifically was      10:17:12

 2   discussed, beyond the fact that it was about           10:17:15

 3   Sandstone Group investments, in any of your            10:17:18

 4   communications with Mr. Levandowski about Sandstone    10:17:20

 5   Group investments?                                     10:17:22

 6      A     Well, it's the same stuff that I              10:17:27

 7   mentioned.  I have talked to him about real-estate     10:17:30

 8   investments.  I have talked to him about Tyto.  And    10:17:37

 9   I know I have talked to him about Narwhal as well.     10:17:50

10   So I mean, it's -- I -- I don't recall specific        10:17:53

11   conversations, but yeah, I have touched on those       10:17:55

12   subjects regarding Sandstone investments with him.     10:17:59
```

13                                                           10:18:53

Page 55

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                                  10:24:49

 7

                                                    10:24:57

10

                                                    10:25:12

15        Q    Has Anthony Levandowski ever asked you to    10:25:14

16   keep a secret?                                 10:25:16

17        A    Has he ever asked me to keep a secret?    10:25:18

18             MR. SAWYER:  Objection, form.        10:25:21

19        A    I -- he might have.  I can't recall a    10:25:25

20   secret that he has asked me to keep.           10:25:29

21

                                                    10:25:49
```

Page 60