# Exhibit 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---


WAYMO LLC,

       Plaintiff,

vs.                              No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

       Defendants.

_____/


HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER


VIDEOTAPED DEPOSITION OF MAXIME LEVANDOWSKI

SAN FRANCISCO, CALIFORNIA

TUESDAY, JULY 18, 2017


BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2661102

Page 57

| | | |
|---|---|---|
| 1 | building? | 10:08 |
| 2 | A   I did not. | 10:08 |
| 3 | Q   So, you got to live in a building owned by | 10:08 |
| 4 | Nautilus for free? | 10:08 |
| 5 | A   Correct. | 10:08 |
| 6 | Q   Okay.  Did you ever ask anyone why you got to | 10:08 |
| 7 | live there for free? | 10:08 |
| 8 | A   I guess that, since the -- so the building | 10:08 |
| 9 | was not, like, a nice building.  There was no hot | 10:08 |
| 10 | water, and it was not, like, a nice building.  But I | 10:08 |
| 11 | was living rent-free, so I was okay.  And I guess | 10:08 |
| 12 | that, because my brother was an investor in that | 10:08 |
| 13 | company, that was okay. | 10:08 |
| 14 | Q   What other companies are you aware of that | 10:08 |
| 15 | Anthony is an investor in? | 10:08 |
| 16 | A   That's all of my knowledge. | 10:08 |
| 17 | Q   You're not aware of him being an investor in | 10:08 |
| 18 | any other companies? | 10:08 |
| 19 | A   Correct. | 10:08 |
| 20 | Q   Have you ever heard of a company called Odin | 10:08 |
| 21 | Wave? | 10:09 |
| 22 | A   No. | 10:09 |
| 23 | Q   Have you ever heard of a company called Tyto | 10:09 |
| 24 | LiDAR? | 10:09 |
| 25 | A   I did. | 10:09 |

Page 58

```
 1     Q   Okay.  Are you -- do you have any knowledge    10:09
 2  whether Anthony Levandowski is an investor in that    10:09
 3  company?                                              10:09
 4     A   I do not know.                                 10:09
 5     Q   Okay.  Let me ask it a little bit             10:09
 6  differently.                                          10:09
 7         What is your -- what do you know about         10:09
 8  Anthony's involvement in any company called Odin Wave 10:09
 9  or Tyto LiDAR?                                        10:09
10     A   I don't know.                                  10:09
11     Q   Is he involved in those companies?            10:09
12     A   I don't know.                                  10:09
13     Q   So, you mentioned January 28, 2016, is when   10:10
14  you started at Otto.                                  10:10
15         How did you come to get that job?             10:10
16     A   A period in that -- two, three weeks before   10:10
17  that, Anthony came to me.  He said that he was leaving 10:10
18  Google and that he was starting a self-driving truck  10:10
19  company.                                              10:10
20     Q   Okay.  Then what?                              10:10
21     A   That's all I heard.                            10:10
22     Q   How -- how do we go from that to you getting  10:10
23  a job there three weeks later?                        10:10
24     A   Well, he asked me -- he said that my          10:10
25  knowledge in CAD could be a good point for the        10:10
```

Page 71

1    together before?"  We joked about, "Hey, now I can        10:38
2    speak English."                                          10:38
3           We did not have a lot -- a whole lot to talk       10:38
4    just because at the time, we didn't communicate          10:38
5    because of the English problem.                          10:38
6           So, it was more, like, "Oh, I meet you, but I     10:38
7    kind of know you."  That was that kind of feeling.       10:38
8       Q   Did Anthony ever visit you when you were          10:38
9    doing the work for the laser company with James          10:38
10   Haslim?                                                  10:38
11      A   He did not.                                       10:38
12      Q   Was he ever around the building?                 10:38
13      A   Not that I'm aware of.                           10:38
14      Q   Okay.  Okay.                                     10:38
15          Going back to the timeline, you moved here in    10:38
16   2014.  You actually did a little bit of work for Tyto    10:39
17   LiDAR, although you didn't know the name of the          10:39
18   company at the time.  And then, after that, you          10:39
19   started working for Nautilus; is that right?            10:39
20      A   That is correct.                                 10:39
21      Q   How long did you work for Nautilus for?          10:39
22      A   A little bit over a year, a year and one or      10:39
23   two months.                                             10:39
24      Q   Approx- -- so, you worked for Nautilus from      10:39
25   approximately 2015 to early 2016; is that fair?         10:39

Page 167

| | | | |
|---|---|---|---|
| 1 | Q | You've never been involved in that? | 13:51 |
| 2 | A | No. | 13:51 |
| 3 | Q | Did you -- when you worked at Nautilus, did | 13:51 |
| 4 | | you get any equity in the company? | 13:51 |
| 5 | A | Nope.  There was no equity system. | 13:51 |
| 6 | Q | Have you ever heard of a company called | 13:52 |
| 7 | | Dogwood Leasing? | 13:52 |
| 8 | A | Yes, I have. | 13:52 |
| 9 | Q | What is that company? | 13:52 |
| 10 | A | I heard Dogwood Leasing in the media.  That | 13:52 |
| 11 | | sounded familiar, so I looked online.  I saw that it | 13:52 |
| 12 | | was linked with my brother.  That's it. | 13:52 |
| 13 | Q | You said you heard about it in the media. | 13:52 |
| 14 | | In what context did you hear about it? | 13:52 |
| 15 | A | It was an article talking about multiple | 13:52 |
| 16 | | companies, including Tyto and -- and Dogwood Leasing. | 13:52 |
| 17 | | I looked up Dogwood Leasing online, and I saw that it | 13:52 |
| 18 | | was related to my brother, but that's all I know. | 13:52 |
| 19 | Q | Did you ask Anthony what Dogwood Leasing is? | 13:52 |
| 20 | A | No. | 13:52 |
| 21 | Q | Why not? | 13:52 |
| 22 | A | I saw that it was related to him.  Didn't | 13:52 |
| 23 | | need to ask. | 13:52 |
| 24 | Q | You were interested in -- in enough to read | 13:52 |
| 25 | | about it online. | 13:52 |

Page 168

| | | | |
|---|---|---|---|
| 1 | | Why -- why not ask Anthony what it's about? | 13:52 |
| 2 | A | Didn't need to know. | 13:52 |
| 3 | Q | What about something called Sandstone Group? | 13:52 |
| 4 | A | Never heard of it. | 13:53 |
| 5 | Q | How about something called ███████? | 13:53 |
| 6 | | Have you ever heard of that? | 13:53 |
| 7 | A | No. | 13:53 |
| 8 | Q | How about something called ███████ or | 13:53 |
| 9 | | ██████? | 13:53 |
| 10 | A | No. | 13:53 |
| 11 | Q | Apparate -- Apparate -- I don't know how to | 13:53 |
| 12 | | pronounce that -- Apparate International? | 13:53 |
| 13 | A | No. | 13:53 |
| 14 | Q | A-P-P-A-R-A-T-E. | 13:53 |
| 15 | | Is that something you're familiar with? | 13:53 |
| 16 | A | No. | 13:53 |
| 17 | Q | When was the first time you spoke with Lior | 13:53 |
| 18 | | Ron? | 13:53 |
| 19 | A | Maybe a month before I started at Otto. | 13:53 |
| 20 | Q | And in what context did you speak with | 13:53 |
| 21 | | Mr. Ron? | 13:54 |
| 22 | A | He was at Anthony's house. | 13:54 |
| 23 | Q | What did you guys talk about? | 13:54 |
| 24 | A | I was not part of the conversation.  I just | 13:54 |
| 25 | | saw them.  They were talking when I show up, and | 13:54 |