# Exhibit 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   WAYMO LLC,

6         Plaintiff,

7   vs.                         Case No.

8   UBER TECHNOLOGIES, INC.;     3:17-cv-00939-WHA

9   OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11        Defendants.

12  _____/

13

14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16   VIDEOTAPED DEPOSITION OF ANTHONY LEVANDOWSKI

17           SAN FRANCISCO, CALIFORNIA

18           TUESDAY, AUGUST 22, 2017

19

20

21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22  CSR LICENSE NO. 9830

23  JOB NO. 2684906

24

25  PAGES 1 - 302

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 2 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 3 | Amendment to the Constitution of the United States. | 14:17 |
| 4 | MR. PERLSON:  Q.  And is it correct that, | 14:17 |
| 5 | while you were at Google, you -- let me start over | 14:17 |
| 6 | again. | 14:17 |
| 7 | And is it correct that, while you were at | 14:17 |
| 8 | Uber, you used information obtained from Google | 14:17 |
| 9 | regarding its testing scenarios for midrange and | 14:17 |
| 10 | long-range LiDAR? | 14:17 |
| 11 | MS. DUNN:  Form. | 14:17 |
| 12 | MR. RADKE:  Join. | 14:17 |
| 13 | THE WITNESS:  On the advice and direction of | 14:17 |
| 14 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 15 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 16 | Amendment to the Constitution of the United States. | 14:17 |
| 17 | MR. PERLSON:  Q.  Do you know what Odin Wave | 14:17 |
| 18 | is? | 14:21 |
| 19 | A   On the advice and direction of my counsel, I | 14:21 |
| 20 | respectfully decline to answer, and I assert the | 14:21 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 22 | the Constitution of the United States. | 14:21 |
| 23 | Q   While you were employed by Waymo, you owned | 14:21 |
| 24 | and operated a LiDAR development company called | 14:21 |
| 25 | Odin Wave; isn't that right? | 14:21 |

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    On the advice and direction of my counsel, I | 14:21 |
| 2 | respectfully decline to answer, and I assert the | 14:21 |
| 3 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 4 | the Constitution of the United States. | 14:21 |
| 5 | Q    The LiDAR systems at Odin Wave, they | 14:21 |
| 6 | incorporated fiber laser technology; didn't they? | 14:21 |
| 7 | MS. DUNN:  Form. | 14:21 |
| 8 | MR. RADKE:  Join. | 14:21 |
| 9 | THE WITNESS:  On the advice and direction of | 14:21 |
| 10 | my counsel, I respectfully decline to answer, and I | 14:21 |
| 11 | assert the rights guaranteed to me under the Fifth | 14:21 |
| 12 | Amendment to the Constitution of the United States. | 14:21 |
| 13 | MR. PERLSON:  Q.  At some point, Odin -- the | 14:21 |
| 14 | name of Odin Wave changed to Tyto Lidar. | 14:21 |
| 15 | Do you recall that? | 14:22 |
| 16 | A    On the advice and direction of my counsel, I | 14:22 |
| 17 | respectfully decline to answer, and I assert the | 14:22 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:22 |
| 19 | the Constitution of the United States. | 14:22 |
| 20 | Q    Why did the name change from Odin Wave to | 14:22 |
| 21 | Tyto Lidar? | 14:22 |
| 22 | A    On the advice and direction of my counsel, I | 14:22 |
| 23 | respectfully decline to answer, and I assert the | 14:22 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:22 |
| 25 | the Constitution of the United States. | 14:22 |

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  On the advice and direction of | 14:28 |
| 2 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 3 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 4 | Amendment to the Constitution of the United States. | 14:28 |
| 5 | MR. PERLSON:  Q.  When Uber acquired Otto, | 14:28 |
| 6 | part of the deal was for Otto to acquire Tyto Lidar; | 14:28 |
| 7 | right? | 14:28 |
| 8 | MS. DUNN:  Form. | 14:28 |
| 9 | MR. RADKE:  Join. | 14:28 |
| 10 | THE WITNESS:  On the advice and direction of | 14:28 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 13 | Amendment to the Constitution of the United States. | 14:28 |
| 14 | MR. PERLSON:  Q.  Well, the informa- -- | 14:28 |
| 15 | so let me start over. | 14:28 |
| 16 | Otto bought Tyto Lidar; is that right? | 14:28 |
| 17 | A   On the advice and direction of my counsel, I | 14:28 |
| 18 | respectfully decline to answer, and I assert the | 14:28 |
| 19 | rights guaranteed to me under the Fifth Amendment to | 14:28 |
| 20 | the Constitution of the United States. | 14:29 |
| 21 | Q   So, if you provided confidential information | 14:29 |
| 22 | you learned while you were at Google to Tyto, and then | 14:29 |
| 23 | Tyto was bought by Otto, and then Otto was eventually | 14:29 |
| 24 | bought by Uber, that allowed the information you | 14:29 |
| 25 | learned at Google to make its way to Uber? | 14:29 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Join. | 14:31 |
| 2 | THE WITNESS:  On the advice and direction of | 14:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 14:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 14:31 |
| 5 | Amendment to the Constitution of the United States. | 14:32 |
| 6 | MR. PERLSON:  Q.  So, getting back to Tyto | 14:32 |
| 7 | again, Ottomotto acquired most of Tyto LiDAR's assets | 14:32 |
| 8 | in May of 2016; is that right? | 14:32 |
| 9 | A   On the advice -- | 14:32 |
| 10 | MS. DUNN:  Form. | 14:32 |
| 11 | THE WITNESS:  -- and direction -- on the | 14:32 |
| 12 | advice and direction of my counsel, I respectfully | 14:32 |
| 13 | decline to answer, and I assert the rights guaranteed | 14:32 |
| 14 | to me under the Fifth Amendment to the Constitution of | 14:32 |
| 15 | the United States. | 14:32 |
| 16 | MR. PERLSON:  Mark that. | 14:32 |
| 17 | THE REPORTER:  633. | 14:33 |
| 18 | (Document marked Exhibit 633 | 14:33 |
| 19 | for identification.) | 14:33 |
| 20 | MR. PERLSON:  You've been marked -- you've | 14:33 |
| 21 | been handed what's been marked as 633 -- | 14:33 |
| 22 | MS. DUNN:  Excuse me.  Sorry. | 14:33 |
| 23 | MR. PERLSON:  -- '47823 to '29. | 14:33 |
| 24 | Q   Do you recognize this as the agreement to -- | 14:33 |
| 25 | between Otto and Tyto to -- and Tyto to sell assets of | 14:33 |

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    Tyto to Otto?                                    14:33

 2        A    The title of the document says:        14:33

 3            "Bill of Sale and Assignment and Assumption   14:33

 4    Agreements."                                     14:33

 5        Q    Do you recognize this document?        14:33

 6        A    On the advice and direction of my counsel, I   14:33

 7    respectfully decline to answer, and I assert the   14:33

 8    rights guaranteed to me under the Fifth Amendment to   14:33

 9    the Constitution of the United States.           14:33

10        Q    Do you know what the terms of the sale were   14:33

11    of assets from Tyto to Otto?                     14:33

12        A    On the advice and direction of my counsel, I   14:33

13    respectfully decline to answer, and I assert the   14:33

14    rights guaranteed to me under the Fifth Amendment to   14:33

15    the Constitution of the United States.           14:34

16        Q    Did you own Tyto Lidar through a number of   14:34

17    shell companies?                                 14:34

18            MS. DUNN:  Form.                         14:34

19            MR. RADKE:  Join.                        14:34

20            THE WITNESS:  On the advice and direction of   14:34

21    my counsel, I respectfully decline to answer, and I   14:34

22    assert the rights guaranteed to me under the Fifth   14:34

23    Amendment to the Constitution of the United States.   14:34

24            MR. PERLSON:  Q.  Did you control Tyto Lidar   14:34

25    through shell companies?                         14:34
```

Page 148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:34 |
| 2 | MR. RADKE:  Join. | 14:34 |
| 3 | THE WITNESS:  On the advice and direction of | 14:34 |
| 4 | my counsel, I respectfully decline to answer and I | 14:34 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:34 |
| 6 | Amendment to the Constitution of the United States. | 14:34 |
| 7 | THE REPORTER:  634. | 14:35 |
| 8 | (Document marked Exhibit 634 | 14:35 |
| 9 | for identification.) | 14:35 |
| 10 | MR. PERLSON:  Handing you what's been marked | 14:35 |
| 11 | as Exhibit 634, UBER-47857 through '61. | 14:35 |
| 12 | Q   Do you recognize Exhibit 634? | 14:35 |
| 13 | A   It's titled -- it's -- on the advice of my -- | 14:35 |
| 14 | and direction of my counsel, I respectfully decline to | 14:35 |
| 15 | answer, and I assert the rights guaranteed to me under | 14:35 |
| 16 | the Fifth Amendment to the Constitution of the United | 14:35 |
| 17 | States. | 14:35 |
| 18 | Q   Well, you see that the title of the document | 14:35 |
| 19 | is: | 14:35 |
| 20 | "Operating Agreement of Tyto Lidar, LLC." | 14:35 |
| 21 | A   I do see that, yes. | 14:35 |
| 22 | Q   And it says that this operating agreement -- | 14:35 |
| 23 | this agreement, dated as of February 15, 2014, is | 14:35 |
| 24 | declared to be the operating agreement of Tyto Lidar, | 14:35 |
| 25 | LLC, the company, by Sandstone Group, a limited -- | 14:36 |

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | LLC, a limited liability company, its sole member -- | 14:36 |
| 2 | the sole member. | 14:36 |
| 3 | Do you see that? | 14:36 |
| 4 | A   Yes. | 14:36 |
| 5 | Q   ███████ ████████████████████████████ | 14:36 |
| 6 | A   On the advice and direction of my counsel, I | 14:36 |
| 7 | respectfully decline to answer, and I assert the | 14:36 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 9 | the Constitution of the United States. | 14:36 |
| 10 | Q   And was this Tyto Lidar, LLC -- sorry. | 14:36 |
| 11 | █████████████████████████████ ██████ | |
| | █ ██████████████ | 14:36 |
| 13 | A   On the advice and direction of my counsel, I | 14:36 |
| 14 | respectfully decline to answer, and I assert the | 14:36 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 16 | the Constitution of the United States. | 14:36 |
| 17 | Q   █████████████████████████ ██████ | |
| | █ ████████ | 14:37 |
| 19 | A   On the advice and direction of my counsel, I | 14:37 |
| 20 | respectfully decline to answer, and I assert the | 14:37 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 22 | the Constitution of the United States. | 14:37 |
| 23 | Q   █████████████████████████████ ██████ | |
| | █ ██████████████████████████████ | 14:37 |
| 25 | A   On the advice and direction of my counsel, I | 14:37 |

Page 150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | respectfully decline to answer, and I assert the | 14:37 |
| 2 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 3 | the Constitution of the United States. | 14:38 |
| 4 | Q   Have you heard of -- ever heard of the | 14:38 |
| 5 | ██████████████ | 14:38 |
| 6 | A   On the advice and direction of my counsel, I | 14:38 |
| 7 | respectfully decline to answer, and I assert the | 14:38 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:38 |
| 9 | the Constitution of the United States. | 14:38 |
| 10 | THE REPORTER:  635. | 14:38 |
| 11 | MR. PERLSON:  Sorry. | 14:38 |
| 12 | MR. EHRLICH:  It's okay. | 14:38 |
| 13 | (Document marked Exhibit 635 | 14:38 |
| 14 | for identification.) | 14:39 |
| 15 | MR. PERLSON:  Sorry.  What is this?  635? | 14:39 |
| 16 | THE REPORTER:  Yes. | 14:39 |
| 17 | MR. PERLSON:  Q.  Do you recognize -- so | 14:39 |
| 18 | Exhibit 635 is -- it's labeled ██████████████  ████████ | |
| | ██ ██████████████████████ | 14:39 |
| 20 | Do you see that the title of it says: | 14:39 |
| 21 | ████████████████████████████  ████████ | 14:39 |
| | ██ ████████ | 14:39 |
| 23 | A   Yes. | 14:39 |
| 24 | Q   Okay.  And it's -- you see it says: | 14:39 |
| 25 | ████████████████████████ | 14:39 |

Page 151

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   ████████████████████████████████████████   ███████
 2   ████████████                                 14:39
 3        Do you see that?                         14:40
 4   A   I see it.                                 14:40
 5   Q   Okay.  And, if you'll look on -- I guess it's  14:40
 6   ████████████████████████████                 14:40
 7   A   (Witness complies.)                       14:40
 8   Q   That's your signature?                    14:40
 9   A   Yes.                                      14:40
10   Q   What -- █████████████████████████████████  ███████ 14:40
11   ████████████████                             14:40
12   A   On the advice and direction of my counsel, I  14:40
13   respectfully decline to answer, and I assert the  14:40
14   rights guaranteed to me under the Fifth Amendment to  14:40
15   the Constitution of the United States.       14:40
16   Q   Do you see that, on the -- the last couple of  14:40
17   pages, ████████████████████████████████████  ███████ 14:40
18   ████████████████                             14:41
19   A   Yep.                                      14:41
20   Q   So, was this ██████████████████████████   14:41
21   A   On the advice and direction of my counsel, I  14:41
22   respectfully decline to answer, and I assert the  14:41
23   rights guaranteed to me under the Fifth Amendment to  14:41
24   the Constitution of the United States.       14:41
25   Q   Was this ████████████████████████████    14:41
```

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ███████████████ | 14:41 |
| 2 | MS. DUNN:  Form. | 14:41 |
| 3 | THE WITNESS:  On the advice and direction of | 14:41 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 6 | Amendment to the Constitution of the United States. | 14:41 |
| 7 | MR. PERLSON:  Q.  Are you aware of any other | 14:41 |
| 8 | reason to ████████████ | 14:41 |
| 9 | MS. DUNN:  Form. | 14:41 |
| 10 | THE WITNESS:  On the advice and direction of | 14:41 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 13 | Amendment to the Constitution of the United States. | 14:41 |
| 14 | MR. PERLSON:  Q. ███████████  ████ | |
| | ███████████████ | 14:42 |
| 16 | A   On the advice and direction of my counsel, I | 14:42 |
| 17 | respectfully decline to answer, and I assert the | 14:42 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 19 | the Constitution of the United States. | 14:42 |
| 20 | Q  ████████████████████  ████ | |
| | ████████ | 14:42 |
| 22 | A   On the advice and direction of my counsel, I | 14:42 |
| 23 | respectfully decline to answer, and I assert the | 14:42 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 25 | the Constitution of the United States. | 14:42 |

Page 153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    Now, you ████████████████████████████  ████████

████████████████████████████████████████████  ████████

████████████████████████████████████████████  ████████

████████████████████████████████████████████  ████████

████████████████████████████████                  14:43

6         Is that your understanding?              14:43

7    A    On the advice and direction of my counsel, I   14:43

8    respectfully decline to answer, and I assert the    14:43

9    rights guaranteed to me under the Fifth Amendment to 14:43

10   the Constitution of the United States.              14:43

11   Q    Well, by doing that, you could reclaim full    14:43

12   ownership of Tyto at any time; right?               14:43

13   A    On the advice and direction of my counsel, I   14:43

14   respectfully decline to answer, and I assert the    14:43

15   rights guaranteed to me under the Fifth Amendment to 14:43

16   the Constitution of the United States.              14:43

17   Q    And then, if you look -- and ████████████  ████████

████    ████████████  if it's useful.                   14:43

19   A    (Witness complies.)                            14:43

20   ████  ██████████████████████████████████████  ████████

████  ████████████████████████████████████████         14:43

22   A    Do you want me to read the section?            14:44

23   Q    Well, I'm just asking you a question.          14:44

24   A    On the advice and direction of my counsel, I   14:44

25   respectfully decline to answer, and I assert the    14:44

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   rights guaranteed to me under the Fifth Amendment to      14:44

 2   the Constitution of the United States.                    14:44

 3        Q   ██████████████████████████      ████████

 █   ████████████████████                                      14:44

 5        A   On the advice and direction of my counsel, I     14:44

 6   respectfully decline to answer, and I assert the          14:44

 7   rights guaranteed to me under the Fifth Amendment to      14:44

 8   the Constitution of the United States.                    14:44

 9        Q   ███████████████                                  14:44

10        A   On the advice and direction of my counsel, I     14:44

11   respectfully decline to answer, and I assert the          14:44

12   rights guaranteed to me under the Fifth Amendment to      14:44

13   the Constitution of the United States.                    14:44

14        Q   ████████████████████████████     ███████

 █   ████████████████████████████████████     ███████

 █   ████████████████████████████████         ███████

 █   ██████████████████                                        14:44

18        A   On the advice and direction of my counsel, I     14:44

19   respectfully decline to answer, and I assert the          14:44

20   rights guaranteed to me under the Fifth Amendment to      14:44

21   the Constitution of the United States.                    14:45

22        Q   If you'll look on ████████                       14:45

23        A   (Witness complies.)                              14:45

24        Q   ████████████████████████████████████            14:45

25            Do you see that?                                 14:45
```

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | I see the -- | 14:45 |
| 2 | Q | ████████████████████ | 14:45 |
| 3 | pers- -- I'm sorry. | | 14:45 |
| 4 | | She's a paralegal for your personal attorney, | 14:45 |
| 5 | John Gardner; is that right? | | 14:45 |
| 6 | A | On the advice and direction of my counsel, I | 14:45 |
| 7 | respectfully decline to answer, and I assert the | | 14:45 |
| 8 | rights guaranteed to me under the Fifth Amendment to | | 14:45 |
| 9 | the Constitution of the United States. | | 14:45 |
| 10 | Q | If you'll look on ████████ | 14:45 |
| 11 | A | (Witness complies.) | 14:45 |
| 12 | Q | There is an ████████ | 14:45 |
| 13 | | Do you see that? | 14:45 |
| 14 | A | I see it. | 14:45 |
| 15 | Q | ████████████████████████ | 14:45 |
| 16 | | Do you see that? | 14:46 |
| 17 | A | I see the page, yep. | 14:46 |
| 18 | Q | ████████████████████ ████ | 14:46 |
| | ████████████████████████████ ████ | | |
| | ████████████████████████████ ████ | | |
| | ██████████ | | 14:46 |
| 22 | | Do you see that? | 14:46 |
| 23 | A | I see that. | 14:46 |
| 24 | Q | ████████████████████████ ████ | 14:46 |
| | ████████ | | 14:46 |

Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A    On the advice and direction of my counsel, I    14:46

2    respectfully decline to answer, and I assert the    14:46

3    rights guaranteed to me under the Fifth Amendment to    14:46

4    the Constitution of the United States.    14:46

5    ███ ████████████████████████████████████ ██████    14:46

██  ████████    14:46

7    A    On the advice and direction of my counsel, I    14:46

8    respectfully decline to answer, and I assert the    14:46

9    rights guaranteed to me under the Fifth Amendment to    14:46

10    the Constitution of the United States.    14:47

11    ███ ████████████████████████████████████ ██████    14:47

██ ██████████████████████████████████████████ ██████    14:47

██  ████████    14:47

14    A    On the advice and direction of my counsel, I    14:47

15    respectfully decline to answer, and I assert the    14:47

16    rights guaranteed to me under the Fifth Amendment to    14:47

17    the Constitution of the United States.    14:47

18    ███ ███████████████████████████████████ ██████    14:47

██ ██████████████████████████████████████████ ██████    14:47

██ ██████████████████████████████████████████ ██████    14:47

██  ██████████████████████████████████    14:47

22    A    On the advice and direction of my counsel, I    14:47

23    respectfully decline to answer, and I assert the    14:47

24    rights guaranteed to me under the Fifth Amendment to    14:47

25    the Constitution of the United States.    14:47

Page 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q   Did you tell Lior Ron that you had          14:47

 2   involvement with Tyto Lidar?                         14:48

 3        A   On the advice and direction of my counsel, I   14:48

 4   respectfully decline to answer, and I assert the    14:48

 5   rights guaranteed to me under the Fifth Amendment to   14:48

 6   the Constitution of the United States.              14:48

 7        Q   Did you tell anybody who was involved in the   14:48

 8   acquisition of Tyto Lidar by Otto that you, in fact,   14:48

 9   had an ownership and controlling interest of Tyto   14:48

10   Lidar?                                               14:48

11        A   On the advice and direction of my counsel, I   14:48

12   respectfully decline to answer, and I assert the    14:48

13   rights guaranteed to me under the Fifth Amendment to   14:48

14   the Constitution of the United States.              14:48

15        Q   And isn't it true that you actually         14:48

16   repeatedly denied having involve- -- involvement in   14:48

17   Tyto Lidar?                                          14:48

18        A   On the advice and direction of my counsel, I   14:48

19   respectfully decline to answer, and I assert the    14:48

20   rights guaranteed to me under the Fifth Amendment to   14:48

21   the Constitution of the United States.              14:49

22        Q   Now, in -- when -- during the negotiations   14:49

23   with -- in the Asset Purchase Agreement with Tyto   14:49

24   Lidar, you were, in fact, negotiating that agreement   14:49

25   on behalf of Ottomotto; isn't that right?           14:49
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A   On the advice and direction of my counsel, I    14:49
 2   respectfully decline to answer, and I assert the      14:49
 3   rights guaranteed to me under the Fifth Amendment to  14:49
 4   the Constitution of the United States.                14:49
 5      Q   And don't you think you should have told        14:49
 6   somebody at Otto or Uber that you had involvement or  14:49
 7   ownership or controlling interest in Tyto when that   14:49
 8   acquisition was being negotiated?                     14:49
 9      A   On the advice and direction of my counsel, I    14:49
10   respectfully decline to answer, and I assert the      14:49
11   rights guaranteed to me under the Fifth Amendment to  14:49
12   the Constitution of the United States.                14:49
13      Q   Don't you think that -- that your negotiating   14:49
14   on behalf of Ottomotto, while you had an ownership and 14:50
15   controlling interest in Tyto, smacks of self-dealing? 14:50
16      A   On the advice and direction of my counsel, I    14:50
17   respectfully decline to answer, and I assert the      14:50
18   rights guaranteed to me under the Fifth Amendment to  14:50
19   the Constitution of the United States.                14:50
20      Q   Do you think that's unethical?                  14:50
21      A   On the advice and direction of my counsel, I    14:50
22   respectfully decline to answer, and I assert the      14:50
23   rights guaranteed to me under the Fifth Amendment to  14:50
24   the Constitution of the United States.                14:50
25      Q   Now, are you aware that the Asset Purchase      14:50
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Agreement between Tyto Lidar and Ottomotto excluded | 14:50 |
| 2 | certain assets from the purchase? | 14:50 |
| 3 | A   On the advice and direction of my counsel, I | 14:50 |
| 4 | respectfully decline to answer, and I assert the | 14:50 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 14:50 |
| 6 | the Constitution of the United States. | 14:52 |
| 7 | Q   Do you understand that the -- hold on a | 14:52 |
| 8 | second. | 14:52 |
| 9 | Do you understand that, among the assets | 14:52 |
| 10 | excluded from the sale of Tyto Lidar to Ottomotto, was | 14:52 |
| 11 | all e-mail accounts and e-mail archives owned by Tyto | 14:52 |
| 12 | Lidar? | 14:52 |
| 13 | A   On the advice and direction of my counsel, I | 14:52 |
| 14 | respectfully decline to answer, and I assert the | 14:52 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:52 |
| 16 | the Constitution of the United States. | 14:52 |
| 17 | Q   Why would -- why would e-mail accounts and | 14:52 |
| 18 | e-mail archives owned by Tyto Lidar, LLC, be excluded | 14:53 |
| 19 | from this -- the sale? | 14:53 |
| 20 | MR. RADKE:  Objection to form. | 14:53 |
| 21 | THE WITNESS:  On the advice and direction of | 14:53 |
| 22 | my counsel, I respectfully decline to answer, and I | 14:53 |
| 23 | assert the rights guaranteed to me under the Fifth | 14:53 |
| 24 | Amendment to the Constitution of the United States. | 14:53 |
| 25 | MR. PERLSON:  Q.  Was that something that you | 14:53 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | requested? | 14:53 |
| 2 | MR. RADKE:  Objection to form. | 14:53 |
| 3 | THE WITNESS:  On the advice and direction of | 14:53 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:53 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:53 |
| 6 | Amendment to the Constitution of the United States. | 14:53 |
| 7 | MR. PERLSON:  Q.  Do you know where that -- | 14:53 |
| 8 | where that e-mail is today? | 14:53 |
| 9 | MR. RADKE:  Objection to the form. | 14:53 |
| 10 | THE WITNESS:  On the advice and direction of | 14:54 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:54 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:54 |
| 13 | Amendment to the Constitution of the United States. | 14:54 |
| 14 | MR. PERLSON:  Q.  Did you want the | 14:54 |
| 15 | acquisition to exclude e-mail accounts and e-mail | 14:54 |
| 16 | archives in order to conceal your involvement with | 14:54 |
| 17 | Tyto Lidar, LLC? | 14:54 |
| 18 | MS. DUNN:  Form. | 14:54 |
| 19 | MR. RADKE:  Objection to form. | 14:54 |
| 20 | THE WITNESS:  On the advice and direction of | 14:54 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:54 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:54 |
| 23 | Amendment to the Constitution of the United States. | 14:54 |
| 24 | MR. PERLSON:  Q.  Have the -- have the Tyto | 14:54 |
| 25 | Lidar e-mail accounts and e-mail archives been | 14:54 |

Page 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | destroyed? | 14:54 |
| 2 | A   On the advice and direction of my counsel, I | 14:54 |
| 3 | respectfully decline to answer, and I assert the | 14:54 |
| 4 | rights guaranteed to me under the Fifth Amendment to | 14:54 |
| 5 | the Constitution of the United States. | 14:54 |
| 6 | Q   Do you know what I'm referring to when I | 14:54 |
| 7 | refer to the Chauffeur Bonus Plan? | 14:55 |
| 8 | A   On the advice and direction of my counsel, I | 14:55 |
| 9 | respectfully decline to answer, and I assert the | 14:55 |
| 10 | rights guaranteed to me under the Fifth Amendment to | 14:55 |
| 11 | the Constitution of the United States. | 14:55 |
| 12 | Q   Was it your understanding that under the | 14:55 |
| 13 | Chauffeur Business [sic] Plan, there was to be a first | 14:55 |
| 14 | amount determined by calculating the product of the | 14:55 |
| 15 | participant's first bonus allocation percentage as of | 14:55 |
| 16 | the first exchange date, and the applicable pro- -- | 14:55 |
| 17 | project valuation? | 14:55 |
| 18 | MR. RADKE:  Objection to form. | 14:56 |
| 19 | MS. DUNN:  Form. | 14:56 |
| 20 | THE WITNESS:  On the advice and direction of | 14:56 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:56 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:56 |
| 23 | Amendment to the Constitution of the United States. | 14:56 |
| 24 | MR. PERLSON:  Sorry.  Why don't we take a | 14:56 |
| 25 | break.  I'm having trouble finding something. | 14:57 |

Page 162

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the Constitution of the United States. | 17:29 |
| 2 | Q   Okay.  And they started something called | 17:29 |
| 3 | Nuro, which is also a self-driving company; isn't that | 17:29 |
| 4 | right? | 17:29 |
| 5 | A   On the advice and direction of my counsel, I | 17:29 |
| 6 | respectfully decline to answer, and I assert the | 17:29 |
| 7 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 8 | the Constitution of the United States. | 17:29 |
| 9 | Q   Okay.  So, in fact, nearly all of the leaders | 17:29 |
| 10 | of Chauffeur got out by 2016? | 17:29 |
| 11 | A   On the advice and direction of my counsel, I | 17:29 |
| 12 | respectfully decline to answer, and I assert the | 17:29 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 14 | the Constitution of the United States. | 17:29 |
| 15 | Q   Okay.  And nearly all these folks went to go | 17:29 |
| 16 | work for competitors to Waymo, working in the | 17:29 |
| 17 | self-driving space; isn't that right? | 17:29 |
| 18 | MR. PERLSON:  Objection; form. | 17:29 |
| 19 | THE WITNESS:  On the advice and direction of | 17:29 |
| 20 | my counsel, I respectfully decline to answer, and I | 17:29 |
| 21 | assert the rights guaranteed to me under the Fifth | 17:29 |
| 22 | Amendment to the Constitution of the United States. | 17:29 |
| 23 | MS. DUNN:  All right. | 17:29 |
| 24 | Q   Waymo's counsel asked you a number of | 17:30 |
| 25 | questions about Odin Wave and Tyto Lidar. | 17:30 |

Page 251

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            Do you remember that?                    17:30

 2       A   I remember the --                         17:30

 3       Q   Do you remember --                         17:30

 4       A   -- events earlier today, yes.             17:30

 5       Q   Mr. Levandowski, you never told anyone at 17:30

 6   Uber, including Travis Kalanick, of any financial  17:30

 7   interests you had in Odin Wave; isn't that true?   17:30

 8            MR. RADKE:  Object to form.               17:30

 9            THE WITNESS:  On the advice and direction of 17:30

10   my counsel, I respectfully decline to answer, and I  17:30

11   assert the rights guaranteed to me under the Fifth  17:30

12   Amendment to the Constitution of the United States. 17:30

13            MS. DUNN:  Q.  And you never told anyone at 17:30

14   Uber, including Travis Kalanick, of any financial   17:30

15   interests that your immediate family members had in 17:30

16   Odin Wave; isn't that true?                         17:30

17            MR. RADKE:  Object to form.               17:30

18            THE WITNESS:  On the advice and direction of 17:30

19   my counsel, I respectfully decline to answer, and I  17:30

20   assert the rights guaranteed to me under the Fifth  17:30

21   Amendment to the Constitution of the United States. 17:30

22            MS. DUNN:  Q.  You never told anyone at Uber, 17:30

23   including Mr. Kalanick, of any financial interests you 17:30

24   or your immediate family members had in Tyto Lidar;  17:31

25   isn't that right?                                   17:31
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          MR. RADKE:  Object to form.                  17:31
 2          THE WITNESS:  On the advice and direction of 17:31
 3     my counsel, I respectfully decline to answer, and I 17:31
 4     assert the rights guaranteed to me under the Fifth  17:31
 5     Amendment to the Constitution of the United States. 17:31
 6          MS. DUNN:  Q.  You never told anyone at Uber,  17:31
 7     including Mr. Kalanick, of any financial interests you 17:31
 8     or your immediate family members had in the Sandstone 17:31
 9     Group; did you?                                    17:31
10          MR. RADKE:  Object to form.                  17:31
11          THE WITNESS:  On the advice and direction of 17:31
12     my counsel, I respectfully decline to answer, and I 17:31
13     assert the rights guaranteed to me under the Fifth  17:31
14     Amendment to the Constitution of the United States. 17:31
15          MS. DUNN:  Q.  You never told anyone at Uber,  17:31
16     including Mr. Kalanick, of any financial interests you 17:31
17     had in something called the ██████████) isn't that 17:31
18     true?                                              17:31
19          MR. RADKE:  Object to the form.              17:31
20          THE WITNESS:  On the advice and direction of 17:31
21     my counsel, I respectfully decline to answer, and I 17:31
22     assert the rights guaranteed to me under the Fifth  17:31
23     Amendment to the Constitution of the United States. 17:31
24          MS. DUNN:  Q.  And you never told anyone at  17:31
25     Uber of any financial interests that any of your   17:31
```

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | immediate family members had in what's called the | 17:31 |
| 2 | ███████████ isn't that right? | 17:32 |
| 3 | MR. RADKE:  Object to form. | 17:32 |
| 4 | THE WITNESS:  On the advice and direction of | 17:32 |
| 5 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 6 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 7 | Amendment to the Constitution of the United States. | 17:32 |
| 8 | MS. DUNN:  Q.  You concealed from Uber that | 17:32 |
| 9 | █████████ would benefit from Otto's purchase of | 17:32 |
| 10 | Tyto's assets which Uber had funded; isn't that true? | 17:32 |
| 11 | MR. RADKE:  Object to the form. | 17:32 |
| 12 | THE WITNESS:  On the advice and direction of | 17:32 |
| 13 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 14 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 15 | Amendment to the Constitution of the United States. | 17:32 |
| 16 | MS. DUNN:  Okay. | 17:32 |
| 17 | Q   And your financial interests should have been | 17:32 |
| 18 | disclosed to Uber; shouldn't they have? | 17:32 |
| 19 | MR. RADKE:  Object to form. | 17:32 |
| 20 | THE WITNESS:  On the advice and direction of | 17:32 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 22 | assert the risks -- I assert the rights guaranteed to | 17:32 |
| 23 | me under the Fifth Amendment to the Constitution of | 17:32 |
| 24 | the United States. | 17:32 |
| 25 | MS. DUNN:  Q.  Mr. Levandowski, you're aware | 17:32 |

Page 254