QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOHN W. MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS** |

1     I, John W. McCauley, hereby declare as follows.

2     1.      I am a member of the bar of the State of California and an associate with Quinn
3 Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this
4 declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
5 would testify competently as follows.

6     2.      Attached as Exhibit 1 is a true and correct copy of the Bill of Sale and Assignment
7 Agreement between Ottomotto LLC and Tyto LiDAR, LLC bearing bates number
8 UBER00047823.

9     3.      Attached as Exhibit 2 is the Operating Agreement of Tyto LiDAR, LLC bearing
10 bates number UBER00047857.

11    4.      Attached as Exhibit 3 is a true and correct copy of the Limited Liability Company
12 Articles of Organization filed with the State of California Secretary of State by Sandstone Group,
13 LLC bearing bates number SANDSTONE000001 and the Operating Agreement of Sandstone
14 Group, LLC bearing bates number SANDSTONE000003.

15    5.      Attached as Exhibit 4 is a true and correct copy of a document produced in this case
16 pursuant to a third party subpoena issued by Waymo.

17    6.      Attached as Exhibit 5 is a true and correct copy of excerpts from the July 20, 2017
18 deposition transcript of Ognen Stojanovski, Esq.

19    7.      Attached as Exhibit 6 is a true and correct copy of an email thread produced by
20 third party Tyto LiDAR, LLC pursuant to a subpoena issued by Waymo bearing bates number
21 TYTO-001850.

22    8.      Attached as Exhibit 7 is a true and correct copy of a excerpts from the August 22,
23 2017 deposition transcript of Adam Bentley, Esq.

24    9.      Attached as Exhibit 8 is a true and correct copy of excerpts from the July 18, 2017
25 deposition transcript of Maxime Levandowski.

26    10.     Attached as Exhibit 9 is a true and correct copy of excerpts from the August 22,
27 2017 deposition transcript of Anthony Levandowski.

28

11. Attached as Exhibit 10 is a true and correct copy of the background section from the August 24, 2017 Expert Report of Jim Timmins.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 22, 2017                       */s John W. McCauley*
                                                 John W. McCauley

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. McCauley.

                                                 */s/ Charles K. Verhoeven*
                                                 Charles K. Verhoeven