# Exhibit 5

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

3 SAN FRANCISCO DIVISION

4 _____

5 WAYMO LLC,                              )
                                         )
6              Plaintiff,                 )
        vs.                              )  Case No.
7                                         )  17-cv-00939-WHA
   UBER TECHNOLOGIES, INC.;              )
8 OTTOMOTTO, LLC; OTTO TRUCKING LLC,     )
                                         )
9              Defendants.               )
                                         )
10                                        )
   _____)

11

12

13    HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY

14              VIDEOTAPED DEPOSITION OF

15              OGNEN STOJANOVSKI, ESQ.

16              San Francisco, California

17              Thursday, July 20, 2017

18                      Volume I

19

20

21

22 Reported by:
   MARY J. GOFF
23 CSR No. 13427

24 Job No. 2663397

25 PAGES 1-321

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1    copy.  So what is your relationship to Sandstone      09:16:48

 2    Group, LLC?                                           09:16:49

 3         A    I'm its manager and general counsel.        09:16:51

 4         Q    When did you become Sandstone Group, LLC's  09:16:54

 5    manager and general counsel?                          09:16:56

 6         A    At its formation in the summer of 2012.     09:16:59

 7                                                          

                                                            

                                                            

                                                            09:17:15

11         Q    So that's your -- that's your --            09:17:16

12         A    That's my personal residence, and I have a  09:17:18

13    home office there as well.                            09:17:20

14         Q    I would like to direct your attention       09:17:22

15    to -- let's see.  It's the "Definitions" page.  If    09:17:25

16    you could turn to -- it's -- it's numbered "No. 1."   09:17:31

17         A    Yeah.                                       09:17:39

18                                                          

                                                            

                                                            

                                                            

                                                            09:17:48

23                                                          

                                                            

                                                            09:17:55
```

Page 16



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1

                                                              09:19:33
16        Q     Who is that?                                  09:19:34
17        A     John Gardner.                                 09:19:35
18        Q     Anyone else?                                  09:19:37
19        A     No.                                           09:19:37
20        Q     Directing your attention to the next page    09:19:40
21   of Exhibit 323, do you see No. 4 here refers             09:19:44
22   to "Nunnemaker & Associates, Inc."?                      09:19:49
23              Did I pronounce that correctly?               09:19:52
24        A     Probably.  That's how I pronounce it.         09:19:56
25        Q     What is Nunnemaker & Associates?              09:19:59

                                                  Page 18
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                              
                                     09:23:37
 3                                              
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                     09:24:00
12        Q    Directing your attention to the next    09:24:07
13    definition here on this Subpoena to Sandstone,    09:24:12
14    "Narwhal" means Narwhal Energy, LLC.             09:24:15
15             Do you see that?                        09:24:19
16        A    Yes.                                    09:24:20
17                                                     
                                                      
                                     09:24:33
20        Q    Does Narwhal Energy, LLC have any       09:24:39
21    employees?                                       09:24:43
22        A    No, it does not.                        09:24:43
23        Q    Does it have any officers?              09:24:44
24        A    I am the manager.  That qualifies as an 09:24:51
25    officer.  I'm the manager of Narwhal.           09:24:55
```

Page 22

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                                    
                                                     
                                                     
                                                     
                                                     
                                                     
                                                     
                                                     
                                                     
                                                     
                                                     
                                                     
                                                      09:31:45
14            MR. SAWYER:  Objection, form.           09:31:48
15       A    No, I don't think so.                   09:31:51
16       Q    Are you aware of any documents responsive  09:31:54
17   to that Request for Production, whether they're in  09:31:55
18   Sandstone's possession, custody, or control, or   09:32:00
19   elsewhere?                                        09:32:03
20            MR. SAWYER:  Objection, form.            09:32:04
21                                                    
                                                     
                                                     
                                                      09:32:19
25                                                    09:32:20
```

Page 28

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                                    09:34:03

 2

 3

 4

 5                                                    09:34:12

 6

 7

 8

 9                                                    09:34:17

10

11

12

13

14

15

16

17

18

19                                                   09:34:57

20      Q    Did you ask John Gardner why he asked you    09:35:00

21   to be the manager of Sandstone Group?             09:35:04

22      A    I did not ask John Gardner why he chose me  09:35:10

23   to be the manager of Sandstone Group.             09:35:14

24      Q    Do you know why he chose you to be the      09:35:17

25   manager of the Sandstone Group?                   09:35:19
```

Page 30

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Sandstone Group, right? | 09:37:48 |
| 2 | A    I had not met John Gardner before he | 09:37:48 |
| 3 | called me. | 09:37:50 |
| 4 | Q    So -- so my question is:  Why -- why did | 09:37:51 |
| 5 | he think to call you? | 09:37:54 |
| 6 | MR. SAWYER:  Objection, form. | 09:37:56 |
| 7 | MS. RAY:  Join. | 09:37:58 |
| 8 | A    He told me that he had gotten my name from | 09:38:02 |
| 9 | Anthony Levandowski. | 09:38:06 |
| 10 | Q    And what else do you remember about that | 09:38:11 |
| 11 | conversation when he called you? | 09:38:14 |
| 12 | A    He called me to tell me that he was in the | 09:38:15 |
| 13 | process of forming an investment company and asked | 09:38:20 |
| 14 | if I would be interested in being his manager.  That | 09:38:26 |
| 15 | was the gist of the first conversation. | 09:38:30 |
| 16 | | |
| | | 09:39:07 |

Page 33

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9                                                 09:39:36
10                                                 09:39:43
12       Q    Was that conversation in person or over   09:39:46
13  the phone?                                      09:39:48
14       A    I think it was in person.             09:39:51
15       Q    Where did that conversation take place?   09:39:54
16       A    It took place in Berkeley, California.   09:39:58
17       Q    Why in Berkeley?                       09:40:07
18       A    I'm trying to remember.  It was either at   09:40:08
19  his house or at the initial offices of Odin Wave,   09:40:11
20  which is 2201 Dwight Way.                        09:40:15
21            THE COURT REPORTER:  Of?              09:40:17
22       A    Huh?  It was either his --            09:40:20
23            THE COURT REPORTER:  It was?          09:40:20
24       A    -- Odin Wave, O D I N W A V E, which is   09:40:20
25  2201 Dwight Way, in Berkeley.                    09:40:26
```

Page 34

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Q      (BY MR. JUDAH) Has Anthony ever -- | 09:40:30 |
| 2 | Levandowski ever lied to you? | 09:40:32 |
| 3 | A    Not that I know of. | 09:40:35 |
| 4 | Q    Are you aware of him ever lying to anyone | 09:40:40 |
| 5 | else? | 09:40:43 |
| 6 | A    Am I aware of him lying to anyone else? | 09:40:43 |
| 7 | No.  No. | 09:40:47 |
| 8 | Q    So to the best of your recollection, | 09:40:49 |
| 9 | Anthony Levandowski has never, as far as you're | 09:40:51 |
| 10 | aware, lied to anyone? | 09:41:00 |
| 11 | MR. SAWYER:  Objection, form. | 09:41:01 |
| 12 | A    I don't -- I don't personally know if | 09:41:05 |
| 13 | Anthony has ever lied to anyone. | 09:41:08 |
| 14 | Q    Do you consider Anthony Levandowski to be | 09:41:10 |
| 15 | an honest person? | 09:41:12 |
| 16 | A    Yeah, I would say Anthony is an honest | 09:41:15 |
| 17 | person. | 09:41:21 |
| 18 | Q    Do you consider Anthony Levandowski to be | 09:41:22 |
| 19 | an ethical person? | 09:41:23 |
| 20 | A    Yes, I do.  Yes, I consider Anthony to be | 09:41:29 |
| 21 | ethical. | 09:41:33 |
| 22 | Q    When Anthony Levandowski told you he did | 09:41:33 |
| 23 | not have any ownership interest in the Bismuth | 09:41:36 |
| 24 | Trust, you believed him, correct? | 09:41:38 |
| 25 | A    Yes. | 09:41:40 |

Page 35

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



09:42:24

09:42:35

Page 36

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



```
 1                                                    09:43:09



 5



                                                     09:43:26

 9
```

```
17      Q    That would be, in fact, the first      09:43:48
18  dishonest act that Mr. Levandowski ever did that you   09:43:51
19  would be aware of, right?                        09:43:54
20      A    Yeah.  Yes.                             09:43:59
21      Q    Directing your attention back to       09:44:05
22  Exhibit 323, I want to ask you about -- let's see --   09:44:06
23  No. -- no. 4.  It says --                        09:44:15
24      A    Sure.                                   09:44:18
25                                                   09:44:19
```

Page 37

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1      Q    -- do you remember what specifically was     10:17:12

 2   discussed, beyond the fact that it was about          10:17:15

 3   Sandstone Group investments, in any of your           10:17:18

 4   communications with Mr. Levandowski about Sandstone   10:17:20

 5   Group investments?                                    10:17:22

 6      A    Well, it's the same stuff that I              10:17:27

 7   mentioned.  I have talked to him about real-estate    10:17:30

 8   investments.  I have talked to him about Tyto.  And   10:17:37

 9   I know I have talked to him about Narwhal as well.    10:17:50

10   So I mean, it's -- I -- I don't recall specific       10:17:53

11   conversations, but yeah, I have touched on those      10:17:55

12   subjects regarding Sandstone investments with him.    10:17:59

13
```



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



10:24:49

10:24:57

10:25:12

15      Q     Has Anthony Levandowski ever asked you to      10:25:14

16   keep a secret?      10:25:16

17      A     Has he ever asked me to keep a secret?      10:25:18

18            MR. SAWYER:   Objection, form.      10:25:21

19      A     I -- he might have.   I can't recall a      10:25:25

20   secret that he has asked me to keep.      10:25:29

10:25:49

Page 60