# Exhibit 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   WAYMO LLC,

6           Plaintiff,

7   vs.                          Case No.

8   UBER TECHNOLOGIES, INC.;      3:17-cv-00939-WHA

9   OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11          Defendants.

12  _____/

13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16     VIDEOTAPED DEPOSITION OF ANTHONY LEVANDOWSKI

17            SAN FRANCISCO, CALIFORNIA

18            TUESDAY, AUGUST 22, 2017

19

20

21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22  CSR LICENSE NO. 9830

23  JOB NO. 2684906

24

25  PAGES 1 - 302

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 2 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 3 | Amendment to the Constitution of the United States. | 14:17 |
| 4 | MR. PERLSON:  Q.  And is it correct that, | 14:17 |
| 5 | while you were at Google, you -- let me start over | 14:17 |
| 6 | again. | 14:17 |
| 7 | And is it correct that, while you were at | 14:17 |
| 8 | Uber, you used information obtained from Google | 14:17 |
| 9 | regarding its testing scenarios for midrange and | 14:17 |
| 10 | long-range LiDAR? | 14:17 |
| 11 | MS. DUNN:  Form. | 14:17 |
| 12 | MR. RADKE:  Join. | 14:17 |
| 13 | THE WITNESS:  On the advice and direction of | 14:17 |
| 14 | my counsel, I respectfully decline to answer, and I | 14:17 |
| 15 | assert the rights guaranteed to me under the Fifth | 14:17 |
| 16 | Amendment to the Constitution of the United States. | 14:17 |
| 17 | MR. PERLSON:  Q.  Do you know what Odin Wave | 14:17 |
| 18 | is? | 14:21 |
| 19 | A   On the advice and direction of my counsel, I | 14:21 |
| 20 | respectfully decline to answer, and I assert the | 14:21 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 22 | the Constitution of the United States. | 14:21 |
| 23 | Q   While you were employed by Waymo, you owned | 14:21 |
| 24 | and operated a LiDAR development company called | 14:21 |
| 25 | Odin Wave; isn't that right? | 14:21 |

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A   On the advice and direction of my counsel, I | 14:21 |
| 2 | respectfully decline to answer, and I assert the | 14:21 |
| 3 | rights guaranteed to me under the Fifth Amendment to | 14:21 |
| 4 | the Constitution of the United States. | 14:21 |
| 5 | Q   The LiDAR systems at Odin Wave, they | 14:21 |
| 6 | incorporated fiber laser technology; didn't they? | 14:21 |
| 7 | MS. DUNN:  Form. | 14:21 |
| 8 | MR. RADKE:  Join. | 14:21 |
| 9 | THE WITNESS:  On the advice and direction of | 14:21 |
| 10 | my counsel, I respectfully decline to answer, and I | 14:21 |
| 11 | assert the rights guaranteed to me under the Fifth | 14:21 |
| 12 | Amendment to the Constitution of the United States. | 14:21 |
| 13 | MR. PERLSON:  Q.  At some point, Odin -- the | 14:21 |
| 14 | name of Odin Wave changed to Tyto Lidar. | 14:21 |
| 15 | Do you recall that? | 14:22 |
| 16 | A   On the advice and direction of my counsel, I | 14:22 |
| 17 | respectfully decline to answer, and I assert the | 14:22 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:22 |
| 19 | the Constitution of the United States. | 14:22 |
| 20 | Q   Why did the name change from Odin Wave to | 14:22 |
| 21 | Tyto Lidar? | 14:22 |
| 22 | A   On the advice and direction of my counsel, I | 14:22 |
| 23 | respectfully decline to answer, and I assert the | 14:22 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:22 |
| 25 | the Constitution of the United States. | 14:22 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  On the advice and direction of | 14:28 |
| 2 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 3 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 4 | Amendment to the Constitution of the United States. | 14:28 |
| 5 | MR. PERLSON:  Q.  When Uber acquired Otto, | 14:28 |
| 6 | part of the deal was for Otto to acquire Tyto Lidar; | 14:28 |
| 7 | right? | 14:28 |
| 8 | MS. DUNN:  Form. | 14:28 |
| 9 | MR. RADKE:  Join. | 14:28 |
| 10 | THE WITNESS:  On the advice and direction of | 14:28 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:28 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:28 |
| 13 | Amendment to the Constitution of the United States. | 14:28 |
| 14 | MR. PERLSON:  Q.  Well, the informa- -- | 14:28 |
| 15 | so let me start over. | 14:28 |
| 16 | Otto bought Tyto Lidar; is that right? | 14:28 |
| 17 | A   On the advice and direction of my counsel, I | 14:28 |
| 18 | respectfully decline to answer, and I assert the | 14:28 |
| 19 | rights guaranteed to me under the Fifth Amendment to | 14:28 |
| 20 | the Constitution of the United States. | 14:29 |
| 21 | Q   So, if you provided confidential information | 14:29 |
| 22 | you learned while you were at Google to Tyto, and then | 14:29 |
| 23 | Tyto was bought by Otto, and then Otto was eventually | 14:29 |
| 24 | bought by Uber, that allowed the information you | 14:29 |
| 25 | learned at Google to make its way to Uber? | 14:29 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Join. | 14:31 |
| 2 | THE WITNESS:  On the advice and direction of | 14:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 14:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 14:31 |
| 5 | Amendment to the Constitution of the United States. | 14:32 |
| 6 | MR. PERLSON:  Q.  So, getting back to Tyto | 14:32 |
| 7 | again, Ottomotto acquired most of Tyto LiDAR's assets | 14:32 |
| 8 | in May of 2016; is that right? | 14:32 |
| 9 | A   On the advice -- | 14:32 |
| 10 | MS. DUNN:  Form. | 14:32 |
| 11 | THE WITNESS:  -- and direction -- on the | 14:32 |
| 12 | advice and direction of my counsel, I respectfully | 14:32 |
| 13 | decline to answer, and I assert the rights guaranteed | 14:32 |
| 14 | to me under the Fifth Amendment to the Constitution of | 14:32 |
| 15 | the United States. | 14:32 |
| 16 | MR. PERLSON:  Mark that. | 14:32 |
| 17 | THE REPORTER:  633. | 14:33 |
| 18 | (Document marked Exhibit 633 | 14:33 |
| 19 | for identification.) | 14:33 |
| 20 | MR. PERLSON:  You've been marked -- you've | 14:33 |
| 21 | been handed what's been marked as 633 -- | 14:33 |
| 22 | MS. DUNN:  Excuse me.  Sorry. | 14:33 |
| 23 | MR. PERLSON:  -- '47823 to '29. | 14:33 |
| 24 | Q   Do you recognize this as the agreement to -- | 14:33 |
| 25 | between Otto and Tyto to -- and Tyto to sell assets of | 14:33 |

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Tyto to Otto? | 14:33 |
| 2 | A    The title of the document says: | 14:33 |
| 3 | "Bill of Sale and Assignment and Assumption | 14:33 |
| 4 | Agreements." | 14:33 |
| 5 | Q    Do you recognize this document? | 14:33 |
| 6 | A    On the advice and direction of my counsel, I | 14:33 |
| 7 | respectfully decline to answer, and I assert the | 14:33 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:33 |
| 9 | the Constitution of the United States. | 14:33 |
| 10 | Q    Do you know what the terms of the sale were | 14:33 |
| 11 | of assets from Tyto to Otto? | 14:33 |
| 12 | A    On the advice and direction of my counsel, I | 14:33 |
| 13 | respectfully decline to answer, and I assert the | 14:33 |
| 14 | rights guaranteed to me under the Fifth Amendment to | 14:33 |
| 15 | the Constitution of the United States. | 14:34 |
| 16 | Q    Did you own Tyto Lidar through a number of | 14:34 |
| 17 | shell companies? | 14:34 |
| 18 | MS. DUNN:  Form. | 14:34 |
| 19 | MR. RADKE:  Join. | 14:34 |
| 20 | THE WITNESS:  On the advice and direction of | 14:34 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:34 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:34 |
| 23 | Amendment to the Constitution of the United States. | 14:34 |
| 24 | MR. PERLSON:  Q.  Did you control Tyto Lidar | 14:34 |
| 25 | through shell companies? | 14:34 |

Page 148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MS. DUNN:  Form. | 14:34 |
| 2 | MR. RADKE:  Join. | 14:34 |
| 3 | THE WITNESS:  On the advice and direction of | 14:34 |
| 4 | my counsel, I respectfully decline to answer and I | 14:34 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:34 |
| 6 | Amendment to the Constitution of the United States. | 14:34 |
| 7 | THE REPORTER:  634. | 14:35 |
| 8 | (Document marked Exhibit 634 | 14:35 |
| 9 | for identification.) | 14:35 |
| 10 | MR. PERLSON:  Handing you what's been marked | 14:35 |
| 11 | as Exhibit 634, UBER-47857 through '61. | 14:35 |
| 12 | Q   Do you recognize Exhibit 634? | 14:35 |
| 13 | A   It's titled -- it's -- on the advice of my -- | 14:35 |
| 14 | and direction of my counsel, I respectfully decline to | 14:35 |
| 15 | answer, and I assert the rights guaranteed to me under | 14:35 |
| 16 | the Fifth Amendment to the Constitution of the United | 14:35 |
| 17 | States. | 14:35 |
| 18 | Q   Well, you see that the title of the document | 14:35 |
| 19 | is: | 14:35 |
| 20 | "Operating Agreement of Tyto Lidar, LLC." | 14:35 |
| 21 | A   I do see that, yes. | 14:35 |
| 22 | Q   And it says that this operating agreement -- | 14:35 |
| 23 | this agreement, dated as of February 15, 2014, is | 14:35 |
| 24 | declared to be the operating agreement of Tyto Lidar, | 14:35 |
| 25 | LLC, the company, by Sandstone Group, a limited -- | 14:36 |

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | LLC, a limited liability company, its sole member -- | 14:36 |
| 2 | the sole member. | 14:36 |
| 3 | Do you see that? | 14:36 |
| 4 | A   Yes. | 14:36 |
| 5 | Q   ████  ██████████████████████████ | 14:36 |
| 6 | A   On the advice and direction of my counsel, I | 14:36 |
| 7 | respectfully decline to answer, and I assert the | 14:36 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 9 | the Constitution of the United States. | 14:36 |
| 10 | Q   And was this Tyto Lidar, LLC -- sorry. | 14:36 |
| 11 | ██████████████████████████  ████ | |
| | ██  ██████████████ | 14:36 |
| 13 | A   On the advice and direction of my counsel, I | 14:36 |
| 14 | respectfully decline to answer, and I assert the | 14:36 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:36 |
| 16 | the Constitution of the United States. | 14:36 |
| 17 | Q   ██████████████████████  ████ | |
| | ██  █████████ | 14:37 |
| 19 | A   On the advice and direction of my counsel, I | 14:37 |
| 20 | respectfully decline to answer, and I assert the | 14:37 |
| 21 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 22 | the Constitution of the United States. | 14:37 |
| 23 | Q   ████████████████████████  ████ | |
| | ██  ████████████████████████████ | 14:37 |
| 25 | A   On the advice and direction of my counsel, I | 14:37 |

Page 150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | respectfully decline to answer, and I assert the | 14:37 |
| 2 | rights guaranteed to me under the Fifth Amendment to | 14:37 |
| 3 | the Constitution of the United States. | 14:38 |
| 4 |    Q   Have you heard of -- ever heard of the | 14:38 |
| 5 | ███████████████ | 14:38 |
| 6 |    A   On the advice and direction of my counsel, I | 14:38 |
| 7 | respectfully decline to answer, and I assert the | 14:38 |
| 8 | rights guaranteed to me under the Fifth Amendment to | 14:38 |
| 9 | the Constitution of the United States. | 14:38 |
| 10 |      THE REPORTER:  635. | 14:38 |
| 11 |      MR. PERLSON:  Sorry. | 14:38 |
| 12 |      MR. EHRLICH:  It's okay. | 14:38 |
| 13 |      (Document marked Exhibit 635 | 14:38 |
| 14 |       for identification.) | 14:39 |
| 15 |      MR. PERLSON:  Sorry.  What is this?  635? | 14:39 |
| 16 |      THE REPORTER:  Yes. | 14:39 |
| 17 |      MR. PERLSON:  Q.  Do you recognize -- so | 14:39 |
| 18 | Exhibit 635 is -- it's labeled ██████████████ ████████ | |
| 19 | ████ ████████████████████████ | 14:39 |
| 20 |      Do you see that the title of it says: | 14:39 |
| 21 |        ████████████████████████████ ████████ | 14:39 |
| 22 | ████ ████████ | 14:39 |
| 23 |    A   Yes. | 14:39 |
| 24 |    Q   Okay.  And it's -- you see it says: | 14:39 |
| 25 |       ████████████████████████████ | 14:39 |

Page 151

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    ████████████████████████████████████████   ███████

2    ██████████████                              14:39

3         Do you see that?                        14:40

4    A   I see it.                                14:40

5    Q   Okay.  And, if you'll look on -- I guess it's  14:40

6    ████████████████████████████               14:40

7    A   (Witness complies.)                     14:40

8    Q   That's your signature?                  14:40

9    A   Yes.                                     14:40

10   Q   What -- ██████████████████████████████   ███████

11   ██████████████████                          14:40

12   A   On the advice and direction of my counsel, I   14:40

13   respectfully decline to answer, and I assert the   14:40

14   rights guaranteed to me under the Fifth Amendment to   14:40

15   the Constitution of the United States.      14:40

16   Q   Do you see that, on the -- the last couple of   14:40

17   pages, ██████████████████████████████████   ███████

18   ██████████████████                          14:41

19   A   Yep.                                     14:41

20   Q   So, was this ████████████████████████   14:41

21   A   On the advice and direction of my counsel, I   14:41

22   respectfully decline to answer, and I assert the   14:41

23   rights guaranteed to me under the Fifth Amendment to   14:41

24   the Constitution of the United States.      14:41

25   Q   Was this ███████████████████████████████   14:41
```

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ██████████████████ | 14:41 |
| 2 | MS. DUNN:  Form. | 14:41 |
| 3 | THE WITNESS:  On the advice and direction of | 14:41 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 6 | Amendment to the Constitution of the United States. | 14:41 |
| 7 | MR. PERLSON:  Q.  Are you aware of any other | 14:41 |
| 8 | reason to ██████████████ | 14:41 |
| 9 | MS. DUNN:  Form. | 14:41 |
| 10 | THE WITNESS:  On the advice and direction of | 14:41 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:41 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:41 |
| 13 | Amendment to the Constitution of the United States. | 14:41 |
| 14 | MR. PERLSON:  Q.  ████████████  ██████ | 14:41 |
| ██ | █████████████████ | 14:42 |
| 16 | A   On the advice and direction of my counsel, I | 14:42 |
| 17 | respectfully decline to answer, and I assert the | 14:42 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 19 | the Constitution of the United States. | 14:42 |
| 20 | Q   ██████████████████████  ██████ | 14:42 |
| ██ | █████████ | 14:42 |
| 22 | A   On the advice and direction of my counsel, I | 14:42 |
| 23 | respectfully decline to answer, and I assert the | 14:42 |
| 24 | rights guaranteed to me under the Fifth Amendment to | 14:42 |
| 25 | the Constitution of the United States. | 14:42 |

Page 153

1    Q   Now, you ████████████████████████ ██████

██████████████████████████████ ██████

██████████████████████████████ ██████

██████████████████████████████ ██████

████████████████            14:43

6      Is that your understanding?   14:43

7    A   On the advice and direction of my counsel, I   14:43

8  respectfully decline to answer, and I assert the   14:43

9  rights guaranteed to me under the Fifth Amendment to   14:43

10  the Constitution of the United States.   14:43

11    Q   Well, by doing that, you could reclaim full   14:43

12  ownership of Tyto at any time; right?   14:43

13    A   On the advice and direction of my counsel, I   14:43

14  respectfully decline to answer, and I assert the   14:43

15  rights guaranteed to me under the Fifth Amendment to   14:43

16  the Constitution of the United States.   14:43

17    Q   And then, if you look -- and ████████ ██████

████████if it's useful.   14:43

19    A   (Witness complies.)   14:43

20  █████████████████████████████  ██████

████████████████████████████████   14:43

22    A   Do you want me to read the section?   14:44

23    Q   Well, I'm just asking you a question.   14:44

24    A   On the advice and direction of my counsel, I   14:44

25  respectfully decline to answer, and I assert the   14:44

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    rights guaranteed to me under the Fifth Amendment to      14:44
2    the Constitution of the United States.                    14:44
3         Q    ███████████████████████    ████               14:44
     ██  ████████████                                          14:44
5         A    On the advice and direction of my counsel, I   14:44
6    respectfully decline to answer, and I assert the         14:44
7    rights guaranteed to me under the Fifth Amendment to      14:44
8    the Constitution of the United States.                    14:44
9         Q    █████████████                                  14:44
10        A    On the advice and direction of my counsel, I   14:44
11   respectfully decline to answer, and I assert the         14:44
12   rights guaranteed to me under the Fifth Amendment to      14:44
13   the Constitution of the United States.                    14:44
14        Q    ████████████████████████    ████              14:44
     ██  ████████████████████████████    ████                 
     ██  ███████████████████████████    ████                  
     ██  ███████████                                           14:44
18        A    On the advice and direction of my counsel, I   14:44
19   respectfully decline to answer, and I assert the         14:44
20   rights guaranteed to me under the Fifth Amendment to      14:44
21   the Constitution of the United States.                    14:45
22        Q    If you'll look on ████████                     14:45
23        A    (Witness complies.)                             14:45
24        Q    ████████████████████████████                  14:45
25        Do you see that?                                     14:45
```

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A   I see the --                              14:45

 2      Q   ███████████████████████████████          14:45

 3   pers- -- I'm sorry.                              14:45

 4        She's a paralegal for your personal attorney,   14:45

 5   John Gardner; is that right?                     14:45

 6      A   On the advice and direction of my counsel, I   14:45

 7   respectfully decline to answer, and I assert the   14:45

 8   rights guaranteed to me under the Fifth Amendment to   14:45

 9   the Constitution of the United States.           14:45

10      Q   If you'll look on ████████                14:45

11      A   (Witness complies.)                       14:45

12      Q   There is an ███████████                   14:45

13        Do you see that?                            14:45

14      A   I see it.                                 14:45

15      Q   ███████████████████████████████████████   14:45

16        Do you see that?                            14:46

17      A   I see the page, yep.                      14:46

18      Q   ████████████████████████████████  █████   14:46

     ██  ████████████████████████████████████  █████

     ██  ████████████████████████████████████  █████

     ██  ████████████                                14:46

22        Do you see that?                            14:46

23      A   I see that.                               14:46

24      Q   ████████████████████████████████████  █████

     ██  ████████                                    14:46
```

Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A   On the advice and direction of my counsel, I    14:46

2   respectfully decline to answer, and I assert the    14:46

3   rights guaranteed to me under the Fifth Amendment to    14:46

4   the Constitution of the United States.    14:46

5   ███ ███████████████████████████████ ██████    14:46

███ ███████    14:46

7    A   On the advice and direction of my counsel, I    14:46

8   respectfully decline to answer, and I assert the    14:46

9   rights guaranteed to me under the Fifth Amendment to    14:46

10   the Constitution of the United States.    14:47

11   ███ ███████████████████████████████ ██████    14:47

███ █████████████████████████████ ██████    14:47

███ ███████    14:47

14    A   On the advice and direction of my counsel, I    14:47

15   respectfully decline to answer, and I assert the    14:47

16   rights guaranteed to me under the Fifth Amendment to    14:47

17   the Constitution of the United States.    14:47

18   ███ ██████████████████████████ ██████    14:47

███ █████████████████████████████ ██████    14:47

███ █████████████████████████████ ██████    14:47

███ █████████████████████████    14:47

22    A   On the advice and direction of my counsel, I    14:47

23   respectfully decline to answer, and I assert the    14:47

24   rights guaranteed to me under the Fifth Amendment to    14:47

25   the Constitution of the United States.    14:47

Page 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Did you tell Lior Ron that you had | 14:47 |
| 2 | involvement with Tyto Lidar? | 14:48 |
| 3 | A   On the advice and direction of my counsel, I | 14:48 |
| 4 | respectfully decline to answer, and I assert the | 14:48 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 14:48 |
| 6 | the Constitution of the United States. | 14:48 |
| 7 | Q   Did you tell anybody who was involved in the | 14:48 |
| 8 | acquisition of Tyto Lidar by Otto that you, in fact, | 14:48 |
| 9 | had an ownership and controlling interest of Tyto | 14:48 |
| 10 | Lidar? | 14:48 |
| 11 | A   On the advice and direction of my counsel, I | 14:48 |
| 12 | respectfully decline to answer, and I assert the | 14:48 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 14:48 |
| 14 | the Constitution of the United States. | 14:48 |
| 15 | Q   And isn't it true that you actually | 14:48 |
| 16 | repeatedly denied having involve- -- involvement in | 14:48 |
| 17 | Tyto Lidar? | 14:48 |
| 18 | A   On the advice and direction of my counsel, I | 14:48 |
| 19 | respectfully decline to answer, and I assert the | 14:48 |
| 20 | rights guaranteed to me under the Fifth Amendment to | 14:48 |
| 21 | the Constitution of the United States. | 14:49 |
| 22 | Q   Now, in -- when -- during the negotiations | 14:49 |
| 23 | with -- in the Asset Purchase Agreement with Tyto | 14:49 |
| 24 | Lidar, you were, in fact, negotiating that agreement | 14:49 |
| 25 | on behalf of Ottomotto; isn't that right? | 14:49 |

Page 158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    On the advice and direction of my counsel, I | 14:49 |
| 2 | respectfully decline to answer, and I assert the | 14:49 |
| 3 | rights guaranteed to me under the Fifth Amendment to | 14:49 |
| 4 | the Constitution of the United States. | 14:49 |
| 5 | Q    And don't you think you should have told | 14:49 |
| 6 | somebody at Otto or Uber that you had involvement or | 14:49 |
| 7 | ownership or controlling interest in Tyto when that | 14:49 |
| 8 | acquisition was being negotiated? | 14:49 |
| 9 | A    On the advice and direction of my counsel, I | 14:49 |
| 10 | respectfully decline to answer, and I assert the | 14:49 |
| 11 | rights guaranteed to me under the Fifth Amendment to | 14:49 |
| 12 | the Constitution of the United States. | 14:49 |
| 13 | Q    Don't you think that -- that your negotiating | 14:49 |
| 14 | on behalf of Ottomotto, while you had an ownership and | 14:50 |
| 15 | controlling interest in Tyto, smacks of self-dealing? | 14:50 |
| 16 | A    On the advice and direction of my counsel, I | 14:50 |
| 17 | respectfully decline to answer, and I assert the | 14:50 |
| 18 | rights guaranteed to me under the Fifth Amendment to | 14:50 |
| 19 | the Constitution of the United States. | 14:50 |
| 20 | Q    Do you think that's unethical? | 14:50 |
| 21 | A    On the advice and direction of my counsel, I | 14:50 |
| 22 | respectfully decline to answer, and I assert the | 14:50 |
| 23 | rights guaranteed to me under the Fifth Amendment to | 14:50 |
| 24 | the Constitution of the United States. | 14:50 |
| 25 | Q    Now, are you aware that the Asset Purchase | 14:50 |

Page 159

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Agreement between Tyto Lidar and Ottomotto excluded | 14:50 |
| 2 | certain assets from the purchase? | 14:50 |
| 3 | A   On the advice and direction of my counsel, I | 14:50 |
| 4 | respectfully decline to answer, and I assert the | 14:50 |
| 5 | rights guaranteed to me under the Fifth Amendment to | 14:50 |
| 6 | the Constitution of the United States. | 14:52 |
| 7 | Q   Do you understand that the -- hold on a | 14:52 |
| 8 | second. | 14:52 |
| 9 | Do you understand that, among the assets | 14:52 |
| 10 | excluded from the sale of Tyto Lidar to Ottomotto, was | 14:52 |
| 11 | all e-mail accounts and e-mail archives owned by Tyto | 14:52 |
| 12 | Lidar? | 14:52 |
| 13 | A   On the advice and direction of my counsel, I | 14:52 |
| 14 | respectfully decline to answer, and I assert the | 14:52 |
| 15 | rights guaranteed to me under the Fifth Amendment to | 14:52 |
| 16 | the Constitution of the United States. | 14:52 |
| 17 | Q   Why would -- why would e-mail accounts and | 14:52 |
| 18 | e-mail archives owned by Tyto Lidar, LLC, be excluded | 14:53 |
| 19 | from this -- the sale? | 14:53 |
| 20 | MR. RADKE:  Objection to form. | 14:53 |
| 21 | THE WITNESS:  On the advice and direction of | 14:53 |
| 22 | my counsel, I respectfully decline to answer, and I | 14:53 |
| 23 | assert the rights guaranteed to me under the Fifth | 14:53 |
| 24 | Amendment to the Constitution of the United States. | 14:53 |
| 25 | MR. PERLSON:  Q.  Was that something that you | 14:53 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | requested? | 14:53 |
| 2 | MR. RADKE:  Objection to form. | 14:53 |
| 3 | THE WITNESS:  On the advice and direction of | 14:53 |
| 4 | my counsel, I respectfully decline to answer, and I | 14:53 |
| 5 | assert the rights guaranteed to me under the Fifth | 14:53 |
| 6 | Amendment to the Constitution of the United States. | 14:53 |
| 7 | MR. PERLSON:  Q.  Do you know where that -- | 14:53 |
| 8 | where that e-mail is today? | 14:53 |
| 9 | MR. RADKE:  Objection to the form. | 14:53 |
| 10 | THE WITNESS:  On the advice and direction of | 14:54 |
| 11 | my counsel, I respectfully decline to answer, and I | 14:54 |
| 12 | assert the rights guaranteed to me under the Fifth | 14:54 |
| 13 | Amendment to the Constitution of the United States. | 14:54 |
| 14 | MR. PERLSON:  Q.  Did you want the | 14:54 |
| 15 | acquisition to exclude e-mail accounts and e-mail | 14:54 |
| 16 | archives in order to conceal your involvement with | 14:54 |
| 17 | Tyto Lidar, LLC? | 14:54 |
| 18 | MS. DUNN:  Form. | 14:54 |
| 19 | MR. RADKE:  Objection to form. | 14:54 |
| 20 | THE WITNESS:  On the advice and direction of | 14:54 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:54 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:54 |
| 23 | Amendment to the Constitution of the United States. | 14:54 |
| 24 | MR. PERLSON:  Q.  Have the -- have the Tyto | 14:54 |
| 25 | Lidar e-mail accounts and e-mail archives been | 14:54 |

Page 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | destroyed? | 14:54 |
| 2 | A   On the advice and direction of my counsel, I | 14:54 |
| 3 | respectfully decline to answer, and I assert the | 14:54 |
| 4 | rights guaranteed to me under the Fifth Amendment to | 14:54 |
| 5 | the Constitution of the United States. | 14:54 |
| 6 | Q   Do you know what I'm referring to when I | 14:54 |
| 7 | refer to the Chauffeur Bonus Plan? | 14:55 |
| 8 | A   On the advice and direction of my counsel, I | 14:55 |
| 9 | respectfully decline to answer, and I assert the | 14:55 |
| 10 | rights guaranteed to me under the Fifth Amendment to | 14:55 |
| 11 | the Constitution of the United States. | 14:55 |
| 12 | Q   Was it your understanding that under the | 14:55 |
| 13 | Chauffeur Business [sic] Plan, there was to be a first | 14:55 |
| 14 | amount determined by calculating the product of the | 14:55 |
| 15 | participant's first bonus allocation percentage as of | 14:55 |
| 16 | the first exchange date, and the applicable pro- -- | 14:55 |
| 17 | project valuation? | 14:55 |
| 18 | MR. RADKE:  Objection to form. | 14:56 |
| 19 | MS. DUNN:  Form. | 14:56 |
| 20 | THE WITNESS:  On the advice and direction of | 14:56 |
| 21 | my counsel, I respectfully decline to answer, and I | 14:56 |
| 22 | assert the rights guaranteed to me under the Fifth | 14:56 |
| 23 | Amendment to the Constitution of the United States. | 14:56 |
| 24 | MR. PERLSON:  Sorry.  Why don't we take a | 14:56 |
| 25 | break.  I'm having trouble finding something. | 14:57 |

Page 162

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the Constitution of the United States. | 17:29 |
| 2 | Q   Okay.  And they started something called | 17:29 |
| 3 | Nuro, which is also a self-driving company; isn't that | 17:29 |
| 4 | right? | 17:29 |
| 5 | A   On the advice and direction of my counsel, I | 17:29 |
| 6 | respectfully decline to answer, and I assert the | 17:29 |
| 7 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 8 | the Constitution of the United States. | 17:29 |
| 9 | Q   Okay.  So, in fact, nearly all of the leaders | 17:29 |
| 10 | of Chauffeur got out by 2016? | 17:29 |
| 11 | A   On the advice and direction of my counsel, I | 17:29 |
| 12 | respectfully decline to answer, and I assert the | 17:29 |
| 13 | rights guaranteed to me under the Fifth Amendment to | 17:29 |
| 14 | the Constitution of the United States. | 17:29 |
| 15 | Q   Okay.  And nearly all these folks went to go | 17:29 |
| 16 | work for competitors to Waymo, working in the | 17:29 |
| 17 | self-driving space; isn't that right? | 17:29 |
| 18 | MR. PERLSON:  Objection; form. | 17:29 |
| 19 | THE WITNESS:  On the advice and direction of | 17:29 |
| 20 | my counsel, I respectfully decline to answer, and I | 17:29 |
| 21 | assert the rights guaranteed to me under the Fifth | 17:29 |
| 22 | Amendment to the Constitution of the United States. | 17:29 |
| 23 | MS. DUNN:  All right. | 17:29 |
| 24 | Q   Waymo's counsel asked you a number of | 17:30 |
| 25 | questions about Odin Wave and Tyto Lidar. | 17:30 |

Page 251

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Do you remember that? | 17:30 |
| 2 | A   I remember the -- | 17:30 |
| 3 | Q   Do you remember -- | 17:30 |
| 4 | A   -- events earlier today, yes. | 17:30 |
| 5 | Q   Mr. Levandowski, you never told anyone at | 17:30 |
| 6 | Uber, including Travis Kalanick, of any financial | 17:30 |
| 7 | interests you had in Odin Wave; isn't that true? | 17:30 |
| 8 | MR. RADKE:  Object to form. | 17:30 |
| 9 | THE WITNESS:  On the advice and direction of | 17:30 |
| 10 | my counsel, I respectfully decline to answer, and I | 17:30 |
| 11 | assert the rights guaranteed to me under the Fifth | 17:30 |
| 12 | Amendment to the Constitution of the United States. | 17:30 |
| 13 | MS. DUNN:  Q.  And you never told anyone at | 17:30 |
| 14 | Uber, including Travis Kalanick, of any financial | 17:30 |
| 15 | interests that your immediate family members had in | 17:30 |
| 16 | Odin Wave; isn't that true? | 17:30 |
| 17 | MR. RADKE:  Object to form. | 17:30 |
| 18 | THE WITNESS:  On the advice and direction of | 17:30 |
| 19 | my counsel, I respectfully decline to answer, and I | 17:30 |
| 20 | assert the rights guaranteed to me under the Fifth | 17:30 |
| 21 | Amendment to the Constitution of the United States. | 17:30 |
| 22 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:30 |
| 23 | including Mr. Kalanick, of any financial interests you | 17:30 |
| 24 | or your immediate family members had in Tyto Lidar; | 17:31 |
| 25 | isn't that right? | 17:31 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RADKE:  Object to form. | 17:31 |
| 2 | THE WITNESS:  On the advice and direction of | 17:31 |
| 3 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 4 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 5 | Amendment to the Constitution of the United States. | 17:31 |
| 6 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:31 |
| 7 | including Mr. Kalanick, of any financial interests you | 17:31 |
| 8 | or your immediate family members had in the Sandstone | 17:31 |
| 9 | Group; did you? | 17:31 |
| 10 | MR. RADKE:  Object to form. | 17:31 |
| 11 | THE WITNESS:  On the advice and direction of | 17:31 |
| 12 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 13 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 14 | Amendment to the Constitution of the United States. | 17:31 |
| 15 | MS. DUNN:  Q.  You never told anyone at Uber, | 17:31 |
| 16 | including Mr. Kalanick, of any financial interests you | 17:31 |
| 17 | had in something called the ▮▮▮▮▮▮ isn't that | 17:31 |
| 18 | true? | 17:31 |
| 19 | MR. RADKE:  Object to the form. | 17:31 |
| 20 | THE WITNESS:  On the advice and direction of | 17:31 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:31 |
| 22 | assert the rights guaranteed to me under the Fifth | 17:31 |
| 23 | Amendment to the Constitution of the United States. | 17:31 |
| 24 | MS. DUNN:  Q.  And you never told anyone at | 17:31 |
| 25 | Uber of any financial interests that any of your | 17:31 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | immediate family members had in what's called the | 17:31 |
| 2 | ███████████ isn't that right? | 17:32 |
| 3 | MR. RADKE:  Object to form. | 17:32 |
| 4 | THE WITNESS:  On the advice and direction of | 17:32 |
| 5 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 6 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 7 | Amendment to the Constitution of the United States. | 17:32 |
| 8 | MS. DUNN:  Q.  You concealed from Uber that | 17:32 |
| 9 | ███████████ would benefit from Otto's purchase of | 17:32 |
| 10 | Tyto's assets which Uber had funded; isn't that true? | 17:32 |
| 11 | MR. RADKE:  Object to the form. | 17:32 |
| 12 | THE WITNESS:  On the advice and direction of | 17:32 |
| 13 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 14 | assert the rights guaranteed to me under the Fifth | 17:32 |
| 15 | Amendment to the Constitution of the United States. | 17:32 |
| 16 | MS. DUNN:  Okay. | 17:32 |
| 17 | Q  And your financial interests should have been | 17:32 |
| 18 | disclosed to Uber; shouldn't they have? | 17:32 |
| 19 | MR. RADKE:  Object to form. | 17:32 |
| 20 | THE WITNESS:  On the advice and direction of | 17:32 |
| 21 | my counsel, I respectfully decline to answer, and I | 17:32 |
| 22 | assert the risks -- I assert the rights guaranteed to | 17:32 |
| 23 | me under the Fifth Amendment to the Constitution of | 17:32 |
| 24 | the United States. | 17:32 |
| 25 | MS. DUNN:  Q.  Mr. Levandowski, you're aware | 17:32 |

Page 254