1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:   202.237.2727
10 Facsimile:   202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE TS 96, AND *DAUBERT* MOTION (DKT. 1634)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Its Opposition to defendants' Motion for Summary Judgment, Motion to Strike TS 96, and *Daubert* Motion (Dkt. 1634).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Opposition | Red Boxes |
| Exhibit 3 to Jaffe Declaration | Entire Document |
| Exhibits 4-6 to Jaffe Declaration | Entire Documents |
| Exhibits 12-13 to Jaffe Declaration | Entire Documents |
| Exhibits 14-15 to Jaffe Declaration | Red Boxes |

3. The red boxes of the Opposition and the entireties of Exhibits 4-6 and 12 contain highly confidential information regarding the technical features of Uber's LiDAR systems, including design considerations and technical specifications. Exhibit 13 contains photographs of components of Uber's LiDAR systems, which reveal technical features and specifications. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber through insight into the technical features and design considerations of Uber's LiDAR, such that they could tailor their own LiDAR development. Uber's competitive standing could be significantly harmed.

4. The entirety of Exhibit 3 is selected excerpts from the expert report of Lambertus Hesselink containing highly confidential information regarding the technical features and

specifications of Uber's LiDAR systems.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber through insight into the technical features of Uber's LiDAR sensors, such that they could tailor their own LiDAR development.  Uber's competitive standing could be significantly harmed.

5. The entirety of Exhibits 4, 6, and 13 and the red boxes in Exhibits 14 and 15 contain the phone numbers and email addresses of Uber employees.  Defendants request this information be kept sealed to protect the privacy of individuals in this media-intensive case, and prevent them from being exposed to harm or harassment.

6. Certain blue-highlighted portions on pages 1, 2, and 4 of the Opposition contain information contains references to the contents of the Stroz report, which is subject to pending motions for protective order.  (*See* Non-Party Anthony Levandowski's Motion for Protective Order, filed on October 19, 2017, Dkt. No. 1682.)  Waymo does not appear to have served non-party Anthony Levandowski with these blue-highlighted portions.  Defendants request that the confidentiality of these blue-highlighted portions be maintained until the pending motions for protective order are resolved.

7. Defendants' request to seal is narrowly tailored to the portions of Waymo's Opposition and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of September, 2017 in San Francisco, California.

        */s/ Michelle Yang*
        Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 22, 2017            */s/ Arturo J. Gonzalez*
                                     ARTURO J. GONZALEZ