# EXHIBIT 14

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

```
From:          ███████  James Haslim
Participants:  ███████  Daniel Gruver (owner)
               ███████  James Haslim

Source: iMessage: ███████████
Start Time: 7/20/2016 11:11(UTC-7)
Last Activity: 6/23/2017 18:06(UTC-7)


Time Stamp: 11/11/2016 13:53(UTC-8)

You avail to review/approve laser layout?
```

EXHIBIT 577
WIT: Haslim
DATE: 8-9-17
CARLA SOARES, CSR

CONFIDENTIAL                                              UBER00177193