# EXHIBIT 15

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL


From: ▮▮▮▮▮ Anthony Levandowski
Participants: ▮▮▮▮▮ Eric Meyhofer (owner)
▮▮▮▮▮ Anthony Levandowski
▮▮▮▮▮ Eric Meyhofer

Source: iMessage: ▮▮▮▮▮
Start Time: 4/25/2016 7:50:34 PM(UTC-4)
Last Activity: 6/28/2017 8:00:35 PM(UTC-4)

Time Stamp: 11/16/2016 9:37:45 PM(UTC-5)

Fuji laser will be larger than a Velodyne. Please stop pushing on that point, same with ▮▮▮▮▮ if we're as good or better than Velodyne that should be the first version. Objections? It's causing delay to have push back... ;-)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                         UBER00236495