QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE** |

1  I, John W. McCauley, declare as follows:

2      1.    I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111.  I am over the age of eighteen and not a party to this action.

    2.    On September 22, 2017, I caused the following documents to be served on counsel of record via electronic mail:

    a. Unredacted copy of Waymo's Opposition to Uber Technologies, Inc.'s and Ottomotto LLC's Motion to Exclude One of Three Opinions Proffered by Waymo Expert Jim Timmins;

    b. Unredacted versions of Exhibits 1-9 thereto; and

    c. Declaration of Lindsay Cooper in support of Administrative Motion to File Under Seal Waymo's Motion.

    d. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard | UberWaymoMoFoAttorneys@mofo.com |

| | | |
|---|---|---|
| 1 | Suite 6000<br>Los Angeles, CA 90017 | |
| 2 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| 13 | I. Neel Chatterjee (SBN 173985)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>Brett M. Schuman (SBN 189247)<br>Shane Brun (SBN 179079)<br>Rachel M. Walsh (SBN 250568)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| 22 | William C. Carmody<br>Susman Godfrey LLP<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, New York<br>Tel.: +1 212-336-8334<br>Fax.: +1 212-336-8200 | Uber-sg@LISTS.SUSMANGODFREY.COM |
| 26 | John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104 | jcooper@fbm.com |

415.954.4410
415.954.4480

3. On September 22, 2017, I caused the following documents to be served on listed counsel via electronic mail:

    a. Partially redacted version of Waymo's Opposition to Uber Technologies, Inc.'s and Ottomotto LLC's Motion to Exclude One of Three Opinions Proffered by Waymo Expert Jim Timmins;

    b. Unredacted versions of Exhibits 4 and 9 thereto; and

    c. Declaration of Lindsay Cooper in support of Administrative Motion to File Under Seal Waymo's Motion.

    d. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
| --- | --- |
| Miles Ehrlich<br>Ismail Ramsey<br>Amy Craig<br><br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | miles@ramsey-ehrlich.com<br><br>izzy@ramsey-ehrlich.com<br><br>amy@ramsey-ehrlich.com |

4. On September 22, 2017, I caused the following documents to be served on listed counsel via electronic mail:

    a. Partially redacted copy of Waymo's Opposition to Uber Technologies, Inc.'s and Ottomotto LLC's Motion to Exclude One of Three Opinions Proffered by Waymo Expert Jim Timmins;

    b. Unredacted versions of Exhibits 1-3, and 5-9 thereto; and

    c. Declaration of Lindsay Cooper in support of Administrative Motion to File Under Seal Waymo's Motion.

1      d.  The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Adrian J. Sawyer<br>Kerr & Wagstaffe LLP<br>101 Mission Street<br>18th Floor<br>San Francisco, California 94105 | sawyer@kerrwagstaffe.com |

5. On September 22, 2017, I caused the following documents to be served on listed counsel via electronic mail:

    a.  Partially redacted version of Waymo's Opposition to Uber Technologies, Inc.'s and Ottomotto LLC's Motion to Exclude One of Three Opinions Proffered by Waymo Expert Jim Timmins;

    b.  Unredacated versions of Exhibit 4 thereto; and

    c.  Declaration of Lindsay Cooper in support of Administrative Motion to File Under Seal Waymo's Motion.

    d.  The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Diane F. Vallentine<br><br>Jermain, Dunnagan & Owens, PC<br>3000 A Street, Suite 300<br>Anchorage, AK 99503 | dvallentine@jdolaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 22, 2017.

By  */s/ John W. McCauley*
John W. McCauley

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven