1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE WAYMO'S DAMAGES EXPERT MICHAEL J. WAGNER** |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2   Portions of its Opposition to Defendants' Motion to Exclude Waymo's Damages Expert Michael
3   J. Wagner (the "Administrative Motion").

4   Having considered the Administrative Motion, and good cause to seal having been shown,
5   the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6   below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Portions of Waymo's Opposition | Portions highlighted in blue | Defendants |
|  | Portions highlighted in green | Waymo |
| Nardinelli Declaration Exhibits 1-5, 7-9 | Entire documents | Defendants |
| Nardinelli Declaration Exhibit 6 | Entire document | Defendants and Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge