QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>                     Plaintiff,<br><br>         vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                     Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF WAYMO'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MICHAEL WAGNER** |
|---|---|

I, Jeff Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the deposition of John Bares, taken on June 16, 2017.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt from the deposition of Cameron Poetzscher, taken on June 19, 2017.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt from the deposition of Ninjun Qi, taken on June 22, 2017.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by Uber bearing Bates number UBER00068982.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by Uber bearing Bates number UBER00068983.

7. Attached as Exhibit 6 is a true and correct copy of the Expert Reply Report of Michael J. Wagner, dated September 14, 2017.

8. Attached as Exhibit 7 is a true and correct copy of a document produced by Uber bearing Bates number UBER00232630.

9. Attached as Exhibit 8 is a true and correct copy of an email between Lindsay Cooper, counsel for Waymo, and Sylvia Rivera, counsel for Uber, dated September 14, 2017.

10. Attached as Exhibit 9 is a true and correct copy of a document produced by Uber bearing Bates number UBER00100345.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  DATED:  September 22, 2017          */s Jeff Nardinelli*
2                                      Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven