MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone: 212.336.8330
Facsimile: 202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Trial Date: October 10, 2017 |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants submit this motion for an order to file under seal exhibits in support of their Motion to Quash and Motion for Protective Order Regarding Subpoenas to Yoo and Gonzalez.  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 1 to the Declaration of Arturo Gonzalez | Highlighted Portions | Non-parties Anthony Levandowski and Lior Ron |
| Exhibits 2-3 to the Declaration of Arturo Gonzalez | Entire Documents | Non-parties Anthony Levandowski and Lior Ron (Entire Documents)<br><br>Defendants Uber and Ottomotto (Blue Highlighted Portions) |

The blue-highlighted portions in Exhibits 2-3 contain the email addresses and phone numbers of high-ranking company executives, whose contact information may become compromised if disclosed to the public.  Defendants seek to seal this information in order to protect the privacy of these executives, as prominent individuals in this lawsuit are currently the subject of extensive media coverage.  (Tapernoux Decl. ¶ 3.)

The yellow-highlighted portion in Exhibit 1 and the entireties of Exhibits 2-3 to the Declaration of Arturo Gonzalez contain information relating to the Stroz Report, which is currently the subject of several pending motions requesting a protective order over this material.  (Dkt. 1682, 1684, 1685, and 1686.)  (Tapernoux Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on September 24, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "CONFIDENTIAL."

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3825889

| | | |
|---|---|---|
| 1 | Dated: September 24, 2017 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: _/s/ Arturo J. González_ |
| 4 | | ARTURO J. GONZÁLEZ |
| 5 | | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC.<br>and OTTOMOTTO LLC |