MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone: 212.336.8330
Facsimile: 202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF CAMILA TAPERNOUX IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF THEIR MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENAS TO YOO AND GONZALEZ** |

I, Camila Tapernoux, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits in Support of their Motion to Quash and Motion for Protective Order Regarding Subpoenas to Yoo and Gonzalez.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 1 to the Declaration of Arturo Gonzalez | Highlighted Portions | Non-parties Anthony Levandowski and Lior Ron |
| Exhibits 2-3 to the Declaration of Arturo Gonzalez | Entire Documents | Non-parties Anthony Levandowski and Lior Ron (Entire Documents)<br><br>Defendants Uber and Ottomotto (Blue Highlighted Portions) |

3. The blue-highlighted portions in Exhibits 2-3 contain the email addresses and phone numbers of high-ranking company executives, whose contact information may become compromised if disclosed to the public. Defendants seek to seal this information in order to protect the privacy of these executives, as prominent individuals in this lawsuit are currently the subject of extensive media coverage.

4. I understand that the yellow-highlighted portion in Exhibit 1 and the entireties of Exhibits 2-3 to the Declaration of Arturo Gonzalez contain information relating to the Stroz Report, which is currently the subject of several pending motions requesting a protective order over this material. (Dkt. 1682, 1684, 1685, and 1686.)

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  24th day of September, 2017 in San Francisco, California.

          */s/ Camila Tapernoux*
          Camila Tapernoux

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Camila Tapernoux has concurred in this filing.

Dated: September 24, 2017           */s/ Arturo J. Gonzalez*
          ARTURO J. GONZALEZ