1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  | WAYMO LLC,                                  | Case No.   3:17-cv-00939-WHA |
12  |                    Plaintiff,               | **[PROPOSED] ORDER GRANTING** |
13  |       v.                                    | **DEFENDANTS UBER TECHNOLOGIES, INC. AND** |
14  | UBER TECHNOLOGIES, INC.,                    | **OTTOMOTTO LLC'S** |
    | OTTOMOTTO LLC; OTTO TRUCKING LLC,           | **ADMINISTRATIVE MOTION TO** |
15  |                                             | **FILE DOCUMENTS UNDER SEAL** |
16  |                    Defendants.              |                      |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Arturo Gonzalez | Highlighted Portions |
| Exhibits 2-3 to the Declaration of Arturo Gonzalez | Entire Documents |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3802466