UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br> v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENAS TO YOO AND GONZALEZ**<br><br>Trial Date: October 10, 2017 |

1  Having considered all of the papers filed in connection with Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Quash and Motion for Protective Order Regarding Subpoenas to Yoo and González, as well as the arguments presented by the parties at the hearing on this motion, the Court finds that good cause exists to issue a protective order prohibiting the deposition of Salle Yoo, and that Waymo's trial subpoenas to Arturo Gonzalez and Salle Yoo should be quashed pursuant to the Court's authority under Fed. R. Civ. P. 45.

IT IS THEREFORE ORDERED that Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Quash and Motion for Protective Order Regarding Subpoenas to Yoo and González is GRANTED.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER
Case No. 3:17-cv-00939-WHA
sf-3825910

1