| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | KAREN L. DUNN (*Pro Hac Vice*) |
| | kdunn@bsfllp.com |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*) |
| | hhume@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 9 | Washington DC 20005 |
| | Telephone: 202.237.2727 |
| 10 | Facsimile: 202.237.6131 |
| 11 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 12 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@SusmanGodfrey.com |
| 13 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 14 | New York, NY 10019-6023 |
| | Telephone: 212.336.8330 |
| 15 | Facsimile: 202.336.8340 |
| 16 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 17 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF ARTURO J. GONZÁLEZ IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENAS TO YOO AND GONZALEZ** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |
| | Judge: Hon. Jacqueline Scott Corley |
| | Trial Date: October 10, 2017 |

I, Arturo J. González, declare as follows:

1.      I am a partner of the law firm Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this action. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Uber's Motion to Quash and Motion for Protective Order Regarding Subpoenas to Yoo and González.

2.      Attached hereto as Exhibit 1 is a true and correct copy of an email from James Judah to Arturo González, David Perlson, et al., dated September 21, 2017.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a document produced in this litigation bearing Bates number UBER00315458-UBER00315464.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a document produced in this litigation bearing Bates number UBER00319670-UBER00319677.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2017 at San Francisco, California.

                                        */s/ Arturo J. González*
                                        Arturo J. González