UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS LETTER BRIEF IN SUPPORT OF ITS MOTION TO COMPEL FORENSIC IMAGES AND OTHER MATERIALS PROVIDED BY THE DILIGENCED EMPLOYEES TO STROZ FRIEDBERG** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Its Letter Brief in Support of its Motion to Compel forensic images and other materials provided by the Diligenced Employees to Stroz Friedberg ("Letter Brief").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Letter Brief | Highlighted in Blue | Defendants |
| Exhibits 1-3 | Entire Documents | Defendants and Third Parties Bismuth, Sandstone, and Levandowksi |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE S. CORLEY
United States Magistrate Judge