1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:     415.268.7000
5   Facsimile:     415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC  20005
    Telephone:     202.237.2727
10  Facsimile:     202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY 10019-6023
    Telephone:     212.336.8330
15  Facsimile:     212.336.8340

16  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
17  and OTTOMOTTO LLC

18                UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

21  WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

22              Plaintiff,              **DEFENDANTS UBER
                                        TECHNOLOGIES, INC. AND
23       v.                             OTTOMOTTO LLC'S
                                        ADMINISTRATIVE MOTION TO
24  UBER TECHNOLOGIES, INC.,            FILE UNDER SEAL EXHIBITS TO
    OTTOMOTTO LLC; OTTO TRUCKING LLC,   THEIR ADMINISTRATIVE MOTION
25                                      TO SUPPLEMENT THEIR MOTION
            Defendants.                 TO EXCLUDE THE TESTIMONY OF
26                                      MICHAEL WAGNER (DKT. 1619)**

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their exhibits to their Administrative Motion to Supplement Their Motion to Exclude Testimony of Michael Wagner (Dkt. 1619).  Specifically, Defendants request an order granting leave to file under seal the following documents, all of which are confidential:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Halley Josephs | Entirety | Plaintiff<br>Defendants |
| Exhibit 2 to the Declaration of Halley Josephs | Entirety | Plaintiff |
| Exhibit 3 to the Declaration of Halley Josephs | Entirety | Plaintiff |
| Exhibit 4 to the Declaration of Halley Josephs | Entirety | Defendants |
| Exhibit 5 to the Declaration of Halley Josephs | Entirety | Defendants |
| Exhibit 6 to the Declaration of Halley Josephs | Entirety | Defendants |
| Exhibit 7 to the Declaration of Halley Josephs | Entirety | Defendants |

Exhibit 1 to the Josephs Declaration is the transcript of the deposition of Waymo's damages expert Michael Wagner, which has been designated "Highly Confidential – Attorneys' Eyes Only" and contains highly confidential material from both parties in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Pursuant to the Protective Order, the parties have 21 days to designate specific portions of the testimony as confidential or highly confidential.  In the interim, Defendants ask the Court to seal the entirety of

1    the transcript.  Defendants file this material under seal in accordance with Paragraph 14.4 of the

2    Protective Order.  (Josephs Decl. ¶ 3.)

3         Exhibits 2 and 3 to the Josephs Declaration are the report and reply report of Waymo's

4    damages expert Michael Wagner, which have been designated "Highly Confidential – Attorneys'

5    Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective

6    Order ("Protective Order"), which the parties have agreed governs this case (Transcript of

7    3/16/2017 Hearing, page 6).  Defendants file these material under seal in accordance with

8    Paragraph 14.4 of the Protective Order.  (Josephs Decl. ¶ 4.)

9         Exhibits 4-7 to the Josephs Declaration contain highly confidential information regarding

10   Uber's business forecasts and projections, organization run rates, negotiation strategies, market

11   comparables, development strategies and performance on milestones, and responses to

12   interrogatories regarding time and cost estimates for redesign of accused features. This highly

13   confidential information is not publicly known, and its confidentiality is strictly maintained.

14   Disclosure of this information could allow competitors to obtain a competitive advantage over

15   Uber by giving them details into Uber's business and development strategies, such that they could

16   tailor their own strategies and Uber's competitive standing could be significantly harmed.

17   (Josephs Decl. ¶ 5.)

18        Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

19   documents at issue, with accompanying chamber copies.

20        Defendants served Waymo with this Administrative Motion to File Documents Under

21   Seal on September 25, 2017.

22        For the foregoing reasons, Defendants request that the Court enter the accompanying

23   Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

24   designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

25   ATTORNEYS' EYES ONLY."

26

27

28

1

Dated:  September 25, 2017          SUSMAN GODFREY LLP

2

3          By:  /s/ Halley Josephs
                Halley Josephs

4              Attorneys for Defendants
               UBER TECHNOLOGIES, INC. and
5              OTTOMOTTO LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28