1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:    202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023
   Telephone:    212.336.8330
15 Facsimile:    212.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21 | WAYMO LLC,                              | Case No.    3:17-cv-00939-WHA
22 |         Plaintiff,                      | **DECLARATION OF HALLEY JOSEPHS IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO ITS ADMINISTRATIVE MOTION TO SUPPLEMENT ITS MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER (DKT. 1619)**
23 |    v.                                   |
24 | UBER TECHNOLOGIES, INC.,                |
   | OTTOMOTTO LLC; OTTO TRUCKING            |
25 | LLC,                                    |
26 |         Defendants.                     |

I, Halley Josephs, declare as follows:

1. I am an attorney at the law firm of Susman Godfrey LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits to Their Administrative Motion to Supplement Their Motion to Exclude the Testimony of Michael Wagner (Dkt. 1619).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 1 to the Declaration of Halley Josephs | Entirety | Plaintiff<br>Defendants |
| Exhibit 2 to the Declaration of Halley Josephs | Entirety | Plaintiff |
| Exhibit 3 to the Declaration of Halley Josephs | Entirety | Plaintiff |
| Exhibit 4 to the Declaration of Halley Josephs | Entirety | Defendants |
| Exhibit 5 to the Declaration of Halley Josephs | Entirety | Defendants |
| Exhibit 6 to the Declaration of Halley Josephs | Entirety | Defendants |
| Exhibit 7 to the Declaration of Halley Josephs | Entirety | Defendants |

3. Exhibit 1 to the Josephs Declaration is the transcript of the deposition of Waymo's damages expert Michael Wagner, which has been designated "Highly Confidential – Attorneys' Eyes Only" and contains highly confidential material from both parties in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Pursuant to the

1. Protective Order, the parties have 21 days to designate specific portions of the testimony as confidential or highly confidential. In the interim, Defendants ask the Court to seal the entirety of the transcript. Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4. Exhibits 2 and 3 to the Josephs Declaration are the report and reply report of Waymo's damages expert Michael Wagner, which have been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file these materials under seal in accordance with Paragraph 14.4 of the Protective Order.

5. Exhibits 4-7 to the Josephs Declaration contain highly confidential information regarding Uber's business forecasts and projections, organization run rates, negotiation strategies, market comparables, development strategies and performance on milestones, and responses to interrogatories regarding time and cost estimates for redesign of accused features. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's business and development strategies, such that they could tailor their own strategies and Uber's competitive standing could be significantly harmed.

6. Defendants' request to seal is narrowly tailored to the portions of the Motion and the supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2017 at San Francisco, California.

                                                */s/ Halley Josephs*
                                                Halley Josephs

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Halley Josephs has concurred in this filing.

Dated:  September 25, 2017

*/s/ Arturo J. González*
ARTURO J. GONZÁLEZ