MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

WILLIAM CHRISTOPHER CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:   212.336.8330
Facsimile:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendant. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER (DKT. 1619)**<br><br>Trial Date: October 10, 2017 |

1  Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") seek leave
2  to file the transcript of the deposition of Plaintiff's damages expert, Michael J. Wagner, taken on
3  September 22, 2017.  The deposition is relevant to the issues raised in Defendants' motion to
4  strike Mr. Wagner's opinions (Dkt. 1619).  Rather than offer any argument, Uber offers the
5  highlighted transcript, which speaks for itself.

Dated: September 25, 2017                    SUSMAN GODFREY LLP

By:  */s/ William Christopher Carmody*
     William Christopher Carmody

     Attorneys for Defendants
     UBER TECHNOLOGIES, INC.
     and OTTOMOTTO LLC

DEFS.' ADMIN. MOT. TO SUPPLEMENT THEIR MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER
CASE NO. 3:17-CV-00939-WHA
sf-3825923

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Motion. In compliance with General Order 45, X.B., I hereby attest that William Christopher Carmody has concurred in this filing.

Dated:  September 25, 2017                         */s/ Arturo J. González*
                                                                        ARTURO J. GONZÁLEZ

DEFS.' ADMIN. MOT. TO SUPPLEMENT THEIR MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER
CASE NO. 3:17-CV-00939-WHA
sf-3825923

2