1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER (DKT. 1619)** |
|---|---|

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to Supplement Their Motion to Exclude the Testimony of Michael Wagner (Dkt. 1619), the Court finds that good cause exists to supplement the record.

IT IS THEREFORE ORDERED that Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to Supplement Their Motion to Exclude the Testimony of Michael Wagner (Dkt. 1619) is GRANTED.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge