MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:    212.336.8330
Facsimile:    212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendant. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF HALLEY JOSEPHS IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER (DKT. 1619)**<br><br>Trial Date: October 10, 2017 |

I, Halley Josephs, declare as follows:

1. I am an associate with the law firm of Susman Godfrey LLP. I am a member in good standing of the Bar of the State of New York. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to Supplement Their Motion to Exclude the Testimony of Michael Wagner (Dkt. 1619).

2. Attached as **Exhibit 1** is a true and correct highlighted copy of the transcript of the September 22, 2017 deposition of Michael Wagner.

3. Attached as **Exhibit 2** is a true and correct copy of the August 24, 2017 Opening Expert Report of Michael J. Wagner, which was marked as Exhibit 2271 to Exhibit 1.

4. Attached as **Exhibit 3** is a true and correct copy of the September 14, 2017 Reply Expert Report of Michael J. Wagner, which was marked as Exhibit 2272 to Exhibit 1.

5. Attached as **Exhibit 4** is a true and correct copy of a presentation that was produced bearing Bates numbers UBER00232549 to UBER00232575, which was marked as Exhibit 2273 to Exhibit 1.

6. Attached as **Exhibit 5** is a true and correct copy of a presentation that was produced bearing Bates numbers UBER00069030 to UBER00069033, which was marked as Exhibit 299 to Exhibit 1.

7. Attached as **Exhibit 6** is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's Second Supplemental Responses to Waymo's First Set of Common Interrogatories (Nos. 1-3), dated August 11, 2017, which was marked as Exhibit 2274 to Exhibit 1.

//
//

JOSEPHS DECL. ISO DEFS.' ADMIN. MOT. TO SUPPLEMENT THEIR MOTION TO EXCLUDE WAGNER TESTIMONY
Case No. 3:17-cv-00939-WHA
sf-3825924

1

8. Attached as **Exhibit 7** is a true and correct copy of notes produced bearing Bates numbers UBER00060321 to UBER00060347, which was marked as Exhibit 2275 to Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2017, at San Francisco, California.

                                                */s/   Halley Josephs*
                                                Halley Josephs

JOSEPHS DECL. ISO DEFS.' ADMIN. MOT. TO SUPPLEMENT THEIR MOTION TO EXCLUDE WAGNER TESTIMONY
Case No. 3:17-cv-00939-WHA
sf-3825924

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Halley Josephs has concurred in this filing.

Dated: September 25, 2017                           */s/ Arturo J. González*
                                                               ARTURO J. GONZÁLEZ

JOSEPHS DECL. ISO DEFS.' ADMIN. MOT. TO SUPPLEMENT THEIR MOTION TO EXCLUDE WAGNER TESTIMONY
Case No. 3:17-cv-00939-WHA
sf-3825924

3