1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
3 davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
4 melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
5 johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
6 jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
7 San Francisco, California 94111-4788
Telephone:     (415) 875-6600
8 Facsimile:     (415) 875-6700

9 Attorneys for WAYMO LLC

10                          UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12 WAYMO LLC,                                    CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                       **PLAINTIFF WAYMO LLC'S
                                                 ADMINISTRATIVE MOTION TO FILE
14        vs.                                    UNDER SEAL ITS MOTION TO
                                                 COMPEL DEPOSITIONS, OVERRULE
15 UBER TECHNOLOGIES, INC.;                      OBJECTIONS, COMPEL
OTTOMOTTO LLC; OTTO TRUCKING           INTERROGATORIES, AND COMPEL
16 LLC,                                          SUPPLEMENTAL 30(B)(6) WITNESS**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests

2 to file under seal information in its motion to compel depositions, overrule objections, compel

3 interrogatories, and compel supplemental 30(b)(6) witness ("Waymo Motion"), filed concurrently

4 herewith.  Specifically, Waymo requests an order granting leave to file under seal the portions of the

5 documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Highlighted in blue | Defendants and/or Anthony Levandowski |
| | Highlighted in green | Waymo |
| Exhibits 1-2 to Waymo's Motion | Entire document | Defendants |
| Exhibit 3 to Waymo's Motion | Entire document | Waymo and Defendants |
| Exhibits 4-6 to Waymo's Motion | Entire document | Defendants |
| Exhibits 9-12 to Waymo's Motion | Entire document | Defendants |
| Exhibits 15-18 to Waymo's Motion | Entire document | Defendants |
| Exhibit 20 to Waymo's Motion | Entire document | Other third-party |
| Exhibit 21 to Waymo's Motion | Entire document | Defendants |
| Exhibit 22 to Waymo's Motion | Entire document | Anthony Levandowski |
| Exhibit 23 to Waymo's Motion | Entire document | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or

portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under

the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored

to seek sealing only of sealable material."  *Id.*

## II.   DEFENDANTS AND/OR ANTHONY LEVANDOWSKI'S AND/OR OTHER THIRD-PARTIES CONFIDENTIAL INFORMATION

Waymo seeks to seal these documents only because Defendants and/or non-party Anthony

Levandowski and or other third-parties have designated the information confidential and/or highly

confidential.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position on the

merits of sealing the designated material, and expects Defendants and/or Mr. Levandowksi and/or

other third-parties to file one or more declarations in accordance with the Local Rules.

## III.  THE COURT SHOULD SEAL WAYMO'S CONFIDENTIAL INFORMATION

1    The Court should also seal the portions of Waymo's Motion and Exhibit 3 thereto as identified

2   in the table above.  Waymo seeks to file this information under seal because it discloses technical

3   information regarding Waymo's trade secrets.  *See* Cooper Dec., ¶ 4.  Courts have determined that

4   trade secret information merits sealing.  *Music Grp. Macao Commercial Offshore Ltd. v. Foote*, No.

5   14–cv–03078–JSC, 2015 WL 3993147, at *1 (N.D. Cal. June 30, 2015) (quoting *Kamakana*, 447 F.3d

6   at 1179); *see also Brocade Commc'ns Sys., Inc. v. A10 Networks, Inc.*, No. C 10-3428 PSG, 2013 WL

7   211115, at *1, *3 (N.D. Cal. Jan. 17, 2013) (granting request to seal document that "consists entirely

8   of descriptions of Brocade's trade secrets.").  Waymo seeks to seal trade secret information that fit

9   squarely within these categories.  Cooper Dec. ¶ 4.  Waymo maintains this information as a trade

10  secret (*see* Dkt. 25-31) and ensures the information remains secret with strict secrecy and security

11  protocols (*see* Dkt. 25-47; Dkt. 25-49.).  *Id.*  Waymo has narrowly tailored its requests to only

12  information meriting sealing.  *Id.*  In fact, both *Music Grp.* and *Brocade* found the confidential

13  information at issue in those cases met the heightened "compelling reasons" standard for sealing.

14  *Music Grp.*, 2015 WL 3993147, at *1; *Brocade*, 2013 WL 211115, at *1, *3.  The information that

15  Waymo seeks to seal, therefore, also meets this heightened standard.  The disclosure of Waymo's

16  trade secrets would harm Waymo.  Cooper Dec. ¶ 4.  Moreover, the scope of information that Waymo

17  is seeking to seal is consistent with other administrative motions to seal that have already been granted

18  by the Court in this case.  (*See* Dkt. 681.)  Thus, the Court should grant Waymo's administrative

19  motion to seal.

20  **IV.    CONCLUSION**

21    In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the

22  above listed documents accompany this Administrative Motion.  For the foregoing reasons,

23  Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

24  DATED:  September 25, 2017               QUINN EMANUEL URQUHART & SULLIVAN,
                                              LLP
25

26                                          By */s/ Charles K. Verhoeven*

27                                              Charles K. Verhoeven
                                                Attorneys for WAYMO LLC
28