1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL DEPOSITIONS, OVERRULE OBJECTIONS, COMPEL INTERROGATORIES, AND COMPEL SUPPLEMENTAL 30(B)(6) WITNESS** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its motion to compel depositions, overrule objections, compel interrogatories, and compel supplemental 30(b)(6) witness (Waymo's Motion").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion | Highlighted in blue |
|  | Highlighted in green |
| Exhibits 1-2 to Waymo's Motion | Entire document |
| Exhibit 3 to Waymo's Motion | Entire document |
| Exhibits 4-6 to Waymo's Motion | Entire document |
| Exhibits 9-12 to Waymo's Motion | Entire document |
| Exhibits 15-18 to Waymo's Motion | Entire document |
| Exhibit 20 to Waymo's Motion | Entire document |
| Exhibit 21 to Waymo's Motion | Entire document |
| Exhibit 22 to Waymo's Motion | Entire document |
| Exhibit 23 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge