# Exhibit 7

# Max Levandowski

Opto-mechanical Engineer at Uber ATG

## Summary

Research engineer for sensing systems for the self-driving industry

## Experience

### Opto-mechanical Engineer at Uber Advanced Technologies Group
août 2016  -  Present

  Research engineer for sensing and self driving systems design.

  Otto acquired by UBER August 2016.
  We are joining forces with self-driving trucks and a new way to connect drivers and shippers.

  - Techcrunch :
  https://techcrunch.com/2016/08/18/uber-acquires-otto-to-lead-ubers-self-driving-car-effort-report-says/

### Mechanical Engineer at OTTO
janvier 2016  -  avril 2017  (1 an 4 mois)

  Research engineer for sensing and self driving systems design.

  We are joining forces with self-driving trucks and a new way to connect drivers and shippers.

  Otto is:

  1)Rethinking Transportation:
  Otto is designing a new approach to modern transportation, starting with self-driving trucks. Long-haul transit is vital for nearly 70% of the things we buy, yet hundreds of thousands of preventable trucking accidents happen each year on American highways. We believe it's our responsibility to bring safer, autonomous technology to the road.

  2)Long Interstate Autopilot:
  Our self-driving trucks make highways safer. Our hardware and software is tuned for highway driving which has consistent patterns and easy to predict road conditions. The sensors are installed high atop existing trucks, offering our vehicles an unobstructed view of the road ahead. With highways making up only 5% of U.S. roads, we can focus our testing on this specific set of trucking routes – the backbone of our economy.

-Making history, the first time that commercial cargo was shipped by a self-driving vehicle.

http://www.nytimes.com/2016/10/26/technology/self-driving-trucks-first-mission-a-beer-run.html?_r=0

What the media says about us :

- http://www.businessinsider.com/top-17-startups-launched-in-2016-2016-6

- TechCrunch : http://techcrunch.com/video/otto-brings-self-driving-tech-to-trucks-crunch-report/519622566/

- The Verge : http://www.theverge.com/2016/5/17/11686912/otto-self-driving-semi-truck-startup

- WIRED : https://www.wired.com/2016/05/otto-retrofit-autonomous-self-driving-trucks/

- The Wall Street Journal : http://www.wsj.com/articles/autonomous-driving-venture-targets-heavy-trucks-1463457662

**Jr. Designer at Nautilus Group, Inc ( now RAD Urban )**
janvier 2015  -  février 2016 (1 an 2 mois)

Worked on the mechanical challenges that modular construction create.

We focus on urban infill development in the housing, mixed-use and health care market segments.

We explore new technologies and employ meaningful strategies to contribute to healthier communities.

Some examples of those strategies are:

-Bought a factory and started NEMO Building Systems to manufacture modular buildings. We can reduce the industry standard material waste by 90%, improve the quality of our buildings, and minimize the impacts associated with site-built construction techniques.

- Built the first large-scale, fully automated robotic parking system on the west coast of the United States. The parking garage needed to support a 50,000sf medical facility which had intensive parking demands. By designing and installing a fully automated robotic parking system, we were able to provide the required parking spaces in 1/2 of the square footage of a conventional garage and 1/3 of the volume.

-Committed to designing and building a commercial-scale rooftop farm atop a residential building. The rooftop farm will provide over 12,000 gross square-feet of growing space. The rooftop farm will be the first

of its kind in California and will yield approximately 32,000 lbs of produce annually.  This equates to enough fresh vegetables for every daily meal for an estimated 160 people.

Project website: http://www.discovergardenvillage.com/

The project include :

-18 Buildings
-295 Modules
-5 Stories
-Underground mechanical rooms
-Grade level car share parking
-Common area roof deck
-Vegetated roofs

Education
**ESA St-Luc**
Architecture, 2011 - 2014
**Université catholique de Louvain**
Architecture, 2009 - 2011

# Max Levandowski

Opto-mechanical Engineer at Uber ATG



Contact Max on LinkedIn