# Exhibit 13

| | |
|---|---|
| **From:** | Rivera, Sylvia <SRivera@mofo.com> |
| **Sent:** | Sunday, September 24, 2017 11:09 PM |
| **To:** | QE-Waymo; 'John Cooper'; 'Matthew Cate' |
| **Cc:** | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; Uber-sg@LISTS.SUSMANGODFREY.COM; 'DG-GP Otto Trucking Waymo' |
| **Subject:** | Waymo; UBER_154 metadata and billing records |

Counsel:

As requested, I write with an update on two topics. You indicated that certain metadata was missing from documents in UBER_154. We are having the documents re-processed from the source and if there is further metadata available, we should know tomorrow.

With regard to the billing records for Travis Kalanick's cell phone, as discussed on our call yesterday, on Friday Uber received approximately 15 discs from AT&T and the contents were transmitted to counsel yesterday. As I stated, the billing records are voluminous and appear to cover all or nearly all Uber phones, rather than just Mr. Kalanick's. I subsequently was informed that there are over 70 PDFs, each around 3,000 pages, and the OCR is not reliable (e.g., you can electronically search for a word or number that clearly is on the page but it won't "hit"). We tried to re-OCR them, but that was impractical due to their large file size, so we are coordinating with our vendor to get them into a word-searchable format.

Regards,
Sylvia

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

1