# Exhibit 14

| | |
|---|---|
| **From:** | Rivera, Sylvia <SRivera@mofo.com> |
| **Sent:** | Saturday, September 23, 2017 3:55 AM |
| **To:** | QE-Waymo; 'DG-GP Otto Trucking Waymo'; 'John Cooper'; 'Matthew Cate' |
| **Cc:** | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo; clawback correspondence |

Counsel,

This email serves as formal notice of Uber's inadvertent production of the following privileged documents:

UBER00319923
UBER00319938
UBER00319951
UBER00319979
UBER00320060
UBER00320072
UBER00320112
UBER00322292

Please return or destroy all electronic and paper copies of these documents.  If you have disclosed them to anyone else, please take steps to retrieve them and inform us whether those steps were successful.  These documents were produced in a partially redacted format that inadvertently revealed privileged communications.  This weekend we will produce versions with amended redactions, where appropriate, or notify you if the document is being withheld in full, as well as account for it on a privilege log.

Regards,
Sylvia

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.