# EXHIBIT 20

# FILED UNDER SEAL

# EXHIBIT 21

# FILED UNDER SEAL

Case 3:17-cv-00939-WHA   Document 1790-9   Filed 09/25/17   Page 2 of 4

# EXHIBIT 22

# FILED UNDER SEAL

# EXHIBIT 23

# FILED UNDER SEAL