# Exhibit 24

| | |
|---|---|
| **From:** | James Judah |
| **Sent:** | Sunday, September 24, 2017 9:39 PM |
| **To:** | Rivera, Sylvia; QE-Waymo; 'DG-GP Otto Trucking Waymo'; 'John Cooper'; 'Matthew Cate' |
| **Cc:** | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | RE: Waymo; clawback correspondence |

Sylvia –

Please produced redacted versions of all of these clawed back documents immediately.

Best,
James

**From:** Rivera, Sylvia [mailto:SRivera@mofo.com]
**Sent:** Sunday, September 24, 2017 9:34 PM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>; 'DG-GP Otto Trucking Waymo' <DG-GPOttoTruckingWaymo@goodwinlaw.com>; 'John Cooper' <JCooper@fbm.com>; 'Matthew Cate' <MCate@fbm.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; Uber-sg@LISTS.SUSMANGODFREY.COM
**Subject:** RE: Waymo; clawback correspondence

Counsel:

UBER00313770 is also among the documents inadvertently produced in a manner that revealed privileged material and that Uber hereby claws back.

Regards,
Sylvia

**From:** Rivera, Sylvia
**Sent:** Sunday, September 24, 2017 9:28 PM
**To:** 'QE-Waymo'; 'DG-GP Otto Trucking Waymo'; 'John Cooper'; 'Matthew Cate'
**Cc:** UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; Uber-sg@LISTS.SUSMANGODFREY.COM
**Subject:** Waymo; clawback correspondence

Counsel,

This email serves as formal notice of Uber's inadvertent production of the following privileged documents:

UBER00320084
UBER00320098
UBER00322388
UBER00322394
UBER00322401
UBER00322413

Please return or destroy all electronic and paper copies of these documents.  If you have disclosed them to anyone else, please take steps to retrieve them and inform us whether those steps were successful.  These documents were produced in a partially redacted format that inadvertently revealed privileged communications.  We will produce versions with amended redactions, where appropriate, or notify you if the document is being withheld in full.

Regards,
Sylvia


==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.