UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER (DKT. 1619) |

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  ("Defendants") Administrative Motion to Supplement Their Motion to Exclude the Testimony of
3  Michael Wagner (Dkt. 1619), the Court finds that good cause exists to supplement the record.
4  IT IS THEREFORE ORDERED that Defendants Uber Technologies, Inc. and Ottomotto
5  LLC's Administrative Motion to Supplement Their Motion to Exclude the Testimony of
6  Michael Wagner (Dkt. 1619) is GRANTED.
7  **IT IS SO ORDERED**.

9  Dated: __September 25__, 2017  _____
10  HONORABLE WILLIAM ALSUP
   United States District Judge