| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| 2 | MJacobs@mofo.com |
| | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| 3 | AGonzalez@mofo.com |
| | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 5 | Telephone: 415.268.7000 |

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF RYAN KIRKPATRICK** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | Judge: Hon. William Alsup<br>Trial Date: October 10, 2017 |
| Defendants. | |

CASE NO. 3:17-CV-00939-WHA
[NOTICE OF APPEARANCE]

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT attorney Ryan Kirkpatrick (rkirkpatrick@susmangodfrey.com) of Susman Godfrey L.L.P., a member of the State Bar of California, and admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendants Uber Technologies, Inc. and Ottomotto LLC.

Dated:  September 25, 2017

SUSMAN GODFREY L.L.P.

s/ Ryan Kirkpatrick

RYAN KIRKPATRICK (SBN 243824)
1301 Avenue of the Americas, 32nd Floor
New York, New York  10019
Phone:  (212) 336-8330
Fax:  (212) 336-8340
rkirkpatrick@susmangodfrey.com

*Attorney for Defendants Uber Technologies, Inc. and Ottomotto LLC*