Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Waymo LLC )
) Case No: 3:17-cv-00939
Plaintiff(s), )
) APPLICATION FOR
v. ) ADMISSION OF ATTORNEY
) PRO HAC VICE
Uber Technologies, Inc., et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, __Nora Feher__, an active member in good standing of the bar of __New York Supreme Court__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Waymo LLC__ in the above-entitled action. My local co-counsel in this case is __Jordan Jaffe__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 51 Madison Ave., 22nd Floor, New York, New York 10010 | 50 California St., 22nd Floor, San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 849-7699 | (415) 875-6600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| norafeher@quinnemanuel.com | jordanjaffe@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5344460__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/22/17                                              Nora Feher
                                                              APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Nora Feher__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                         *October 2012*