MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:     202.237.2727
Facsimile:     202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:     212.336.8330
Facsimile:     212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS [DKT NOS. 1780 AND 1780-1]** |

1  Defendants Uber Technologies, Inc. and Ottomotto LLC file this Administrative Motion
2 to Remove the following documents from ECF, submitted electronically on September 24, 2017:
3  1.  Defendants Uber Technologies, Inc. and Ottomotto LLC's Notice of Filing
4 Photographs [Dkt. No. 1780]; and
5  2.  Photographs [Dkt. No. 1780-1].
6  These documents contain highly confidential information that was inadvertently filed
7 publicly. Defendants have contacted the ECF Help Desk regarding this issue, and the documents
8 have been locked. Defendants will file corrected versions of these documents with the
9 confidential information at issue filed under seal.
10  For the foregoing reasons, Defendants respectfully request that the Court grant
11 Defendants' Motion to Remove.

13 Dated: September 25, 2017            MORRISON & FOERSTER LLP

                                       By:  /s/ Arturo J. González
                                            ARTURO J. GONZÁLEZ

                                            Attorneys for Defendants
                                            UBER TECHNOLOGIES, INC.,
                                            OTTOMOTTO LLC, and OTTO
                                            TRUCKING LLC