1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11    WAYMO LLC,                                    Case No.      3:17-cv-00939-WHA

12                        Plaintiff,                **[PROPOSED] ORDER GRANTING
                                                    DEFENDANTS UBER
13          v.                                      TECHNOLOGIES, INC. AND
                                                    OTTOMOTTO LLC'S
14    UBER TECHNOLOGIES, INC.,                      ADMINISTRATIVE MOTION TO
      OTTOMOTTO LLC; OTTO TRUCKING LLC,             REMOVE DOCUMENTS**
15
                          Defendants.
16                                                  Trial Date: October 10, 2017

17

18

19

20

21

22

23

24

25

26

27

28

1    Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto

2   LLC's Motion to Remove Incorrectly Filed Documents: Docket Nos. 1780 and 1780-1, which

3   Defendants filed on September 24, 2017, and good cause appearing therefore, **IT IS HEREBY**

4   **ORDERED** that Defendants' Motion shall be granted.

5

6        **IT IS SO ORDERED**.

7

8   Dated: _____, 2017

9                                    _____
                                     HONORABLE WILLIAM ALSUP
                                     United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28