UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Waymo LLC

               Plaintiff(s),

v.

Uber Technologies, Inc., et al.

               Defendant(s).

Case No: 3:17-cv-00939

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Nora Feher, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Waymo LLC in the above-entitled action. My local co-counsel in this case is Jordan Jaffe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor, New York, New York 10010 | Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California St., 22nd Floor, San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 849-7699 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 875-6600 |
| MY EMAIL ADDRESS OF RECORD:<br>norafeher@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jordanjaffe@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5344460.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/22/17

                                            Nora Feher
                                            APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nora Feher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 25, 2017.

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE