JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>　　　Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**NONPARTY LIOR RON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Honorable William Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5, Nonparty Lior Ron ("Nonparty" or "Ron") by and through their counsel of record, respectfully submits this Administrative Motion for a Sealing Order ("Motion to Seal") permitting Nonparty to file under seal selected portions of Ron's Opposition to Waymo LLC's Letter Brief re: Diligenced Employees' Attorney-Client Privilege in Materials Provided to Stroz Friedberg ("Opposition").

This Motion to Seal is supported by the Declaration of Jonathan A. Patchen filed concurrently with this Motion to Seal. *See* Civil L.R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Civil Local Rule 79-5(b) states that a document may only be filed under seal "pursuant to a court order that authorizes the sealing of the particular document" and requires the party seeking to file a document under seal to show that the document contains information that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." *Id.*

Mr. Ron's Opposition contains information that has been designated "Confidential" and/or "Highly Confidential" by Defendants, Anthony Levandowski, or third-parties to this action. *See* Declaration of Jonathan A. Patchen ¶ 3; Civil L.R. 79-5(e). Pursuant to Civil Local Rule 79-5(d) and (e), Mr. Ron hereby move this Court for an order sealing the following portions of his Opposition:

| **DOCUMENT/REFERENCES TO BE SEALED** | **PORTION(S) TO BE SEALED** | **DESIGNATING PARTY** |
|---|---|---|
| Ron's Opposition at pp. 2, 4, 5, and 6 | Highlighted in yellow | Defendants and/or Anthony Levandowski and/or other third-parties |

Under Civil Local Rule 79-5(d), Mr. Ron has filed concurrently with this Motion to Seal redacted and unredacted versions of his Opposition.

**CONCLUSION**

For the foregoing reasons, Nonparty Lior Ron respectfully requests that the referenced unredacted version of his Opposition be lodged and filed under seal in this action.

Dated: September 25, 2017                                              Respectfully submitted,

                                                                                          TAYLOR & PATCHEN, LLP


                                                                                          By: */s/ Jonathan A. Patchen*
                                                                                             Jonathan A. Patchen (SBN 236347)
                                                                                             TAYLOR & PATCHEN, LLP
                                                                                             One Ferry Building, Suite 355
                                                                                             San Francisco, CA 94111
                                                                                             Telephone: 415.788.8200
                                                                                             Facsimile: 415.788.8208
                                                                                             jpatchen@taylorpatchen.com