1  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & PATCHEN, LLP
2  One Ferry Building, Suite 355
   San Francisco, California  94111
3  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
4  E-mail: jpatchen@taylorpatchen.com

5  Attorneys for Non-Party LIOR RON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO, LLC, | Case No.: 3:17-CV-00939 (WHA) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY LIOR RON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | Honorable William Alsup |
| Defendants. | |

1   The Court having considered Nonparty Lior Ron's Administrative Motion to File
2   Documents Under Seal, and all of the papers filed in support of and in opposition to the
3   Administrative Motion to Seal, and good cause appearing therefor,
4   IT IS HEREBY ORDERED that Nonparty Lior Ron's Administrative Motion to Seal is
5   GRANTED, and the following documents, or specified portions thereof, are to be sealed:

| **D**OCUMENT/**R**EFERENCES **TO BE S**EALED | **P**ORTION(S) **TO BE S**EALED | **D**ESIGNATING **P**ARTY |
|---|---|---|
| Ron's Opposition at pp. 2, 4, 5, and 6 | Highlighted in yellow | Defendants and/or Anthony Levandowski and/or other third-parties |

11  **IT IS SO ORDERED.**

13  DATED: _____    _____
                                               HONORABLE WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE