JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC;<br>OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S OPPOSITION TO WAYMO'S BRIEF RE: DILIGENCED EMPLOYEES' WAIVER OF ATTORNEY-CLIENT PRIVILEGE**<br><br>Honorable William Alsup |

TAYLOR & PATCHEN, LLP

1.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S
OPPOSITION TO WAYMO'S BRIEF RE: WAIVER OF ATTORNEY-CLIENT PRIVILEGE:
CASE NO. 3:17-CV-00939 (WHA)

I, JONATHAN PATCHEN, declare as follows:

1. I am a partner in the law offices of Taylor & Patchen, LLP, a member in good standing of the bar of the State of California, and am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify as a witness in this case, I could and would testify competently under oath to all of the matters set forth in this declaration. This declaration is submitted in support of Non-Party Lior Ron's Letter Brief in Opposition to Waymo's Letter Brief re: Diligenced Employees' Waiver of Attorney-Client Privilege filed concurrently herewith.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpted transcript from the September 14, 2017 hearing before Judge Corley.

3. Attached hereto as Exhibit B is a true and correct copy of an August 8, 2017 e-mail from myself to Special Master Cooper regarding Mr. Ron's Motion to Quash.

4. Attached hereto as Exhibit C is a true and correct copy of a September 15, 2017 e-mail from Stefanie Chow, a Case Assistant at Taylor & Patchen, LLP, serving Mr. Ron's privilege log.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing in true and correct. Executed this 25th day of September, 2017, at San Francisco, California.

*/s/ Jonathan A. Patchen*
JONATHAN A. PATCHEN

TAYLOR & PATCHEN, LLP

2.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S OPPOSITION TO WAYMO'S BRIEF RE: WAIVER OF ATTORNEY-CLIENT PRIVILEGE: CASE NO. 3:17-CV-00939 (WHA)