# EXHIBIT C

# Stefanie Chow

| | |
|---|---|
| **From:** | Stefanie Chow |
| **Sent:** | Friday, September 15, 2017 9:58 AM |
| **To:** | lindsaycooper@quinnemanuel.com; jamesjudah@quinnemanuel.com; hvu@goodwinlaw.com; davidperlson@quinnemanuel.com; mgoodman@bsfllp.com; etakashima@bsfllp.com; hhume@bsfllp.com; nchatterjee@goodwinlaw.com; ftang@bsfllp.com; ebalassone@mofo.com; jcooper@fbm.com |
| **Cc:** | Jonathan Patchen |
| **Subject:** | Waymo v. Uber, et al., Case No. 3:17-CV-00939 (WHA) -- Lior Ron's Privilege Log |
| **Attachments:** | 2017-09-15 L. Ron Privilege Log.pdf |

Counsel,

Per Judge Corley's September 14th Order, please find Lior Ron's log of documents to be withheld, based on privilege, from the inspection of Stroz documents to begin on September 18, 2017 at 8 AM.

Regards,

**Stefanie Chow**
Litigation Case Assistant

**Taylor & Patchen, LLP**
One Ferry Building, Suite 355
San Francisco, CA  94111
T:  (415) 788-8200
F:  (415) 788-8208
www.taylorpatchen.com

>>>>>Notice<<<<<
The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.  If you receive this e-mail message in error, please e-mail the sender at <mailto:schow@taylorpatchen.com> and destroy the message.

1