# EXHIBIT C



**DONAHUE FITZGERALD**
**ATTORNEYS**

1646 North California Boulevard, Suite 250, Walnut Creek, CA 94596-4170
tel: (925) 746-7770   fax: (925) 746-7776
www.donahue.com

March 7, 2016

Stroz Friedberg, LLC
Eric Friedberg, Executive Chairman
101 Montgomery St
Suite 2450
San Francisco, CA 94104

Dear Mr. Friedberg,

    We represent Anthony Levandowski, individually, with respect to a proposed examination by Stroz Friedberg, LLC ("Stroz") of Mr. Levandowski's electronic media, personal accounts and related materials, all as described in your joint engagement letter with Morrison & Foerster LLP and its client Uber USA, LLC, and O'Melveny & Myers LLP and its client Ottomotto Inc. (collectively, "Clients"), dated March 4, 2016 ("Stroz Examination").

    Mr. Levandowski is prepared to provide full cooperation with the Stroz Examination. The Stroz Examination requests possession of physical electronic media, passwords for personal accounts and other direct and unsupervised access to Mr. Levandowski's information ("Accessed Materials"). Due to the nature of this request, we will not be in a position to examine and screen in advance attorney-client privileged communications, attorney work product and other privileged documents ("Privileged Documents").

    The Accessed Materials are likely to contain Privileged Documents as to which Mr. Levandowski holds the attorney-client privilege from disclosure to third parties, including the Clients. In the event Stroz discovers Privileged Documents during the course of the Stroz Examination, we are instructing Stroz not to review the content of any such Privileged Documents inadvertently included in the Accessed Materials. Stroz is further directed to immediately segregate and return to us any Privileged Documents discovered during the course of the Stroz Examination. As described in the Stroz engagement letter, Stroz is not authorized to directly or indirectly disclose any Privileged Documents, nor the content or existence of such materials, to its Clients or to any third party whatsoever.

    This letter is provided to Stroz with the express intention of preserving the attorney-client and work product privileges held by Mr. Levandowski with respect to any Privileged Documents contained or reflected in the Accessed Materials. Mr. Levandowski's cooperation in providing

DONAHUE FITZGERALD LLP    OAKLAND    WALNUT CREEK    MARIN

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    DF00009660

Stroz Friedbrg, LLC
March 7, 2016
Page 2

Stroz access to the Accessed Materials not shall be deemed or construed as a waiver of any privilege held by Mr. Levandowski with respect to such materials, information and documentation.

Sincerely,

John Gardner

JFG:af

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

DF00009661