# EXHIBIT D

**From:** Bentley, Adam <abentley@omm.com>
**Sent:** Monday, March 07, 2016 6:23 PM
**To:** John F. Gardner
**Subject:** FW: Stroz Friedberg Engagement Letter
**Attachments:** Stroz Letter.pdf

**From:** Bentley, Adam
**Sent:** Monday, March 07, 2016 6:22 PM
**To:** 'Hanley Chew'; Tate, Eric Akira; Eric Friedberg; Julie Zawislak
**Cc:** Sieben, Paul; Amdursky, Eric; Mary Fulginiti
**Subject:** RE: Stroz Friedberg Engagement Letter

Hanley - 1pm PST works for OMM.

In addition, please find attached the final version of the letter from Anthony's attorney.

Best,
Adam

**From:** Hanley Chew [mailto:HChew@StrozFriedberg.com]
**Sent:** Monday, March 07, 2016 5:42 PM
**To:** Tate, Eric Akira; Eric Friedberg; Bentley, Adam; Julie Zawislak
**Cc:** Sieben, Paul; Amdursky, Eric; Mary Fulginiti
**Subject:** RE: Stroz Friedberg Engagement Letter

Gentlemen,

Are you available for a conference call tomorrow at 1pm tomorrow PST (4pm EST) to discuss the logistics related to the engagement?

Thank you.

Hanley

**From:** Tate, Eric Akira [mailto:ETate@mofo.com]
**Sent:** Monday, March 07, 2016 3:56 PM
**To:** Eric Friedberg; Bentley, Adam; Julie Zawislak
**Cc:** Sieben, Paul; Amdursky, Eric; Hanley Chew
**Subject:** RE: Stroz Friedberg Engagement Letter

Eric,

We can move forward without the 10% discount. We revised the other comment to reflect the Clients, as opposed to only Ottomoto's counsel, would provide direction. Under the assumption it is acceptable to you, the parties will secure signatures on this version of the letter.

We look forward to working with you.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                                                          DF00018817

Eric A. Tate || Partner || Morrison Foerster LLP
425 Market Street || San Francisco, CA 94105
E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax 415.276.7272



**From:** Eric Friedberg [mailto:EFriedberg@StrozFriedberg.com]
**Sent:** Monday, March 07, 2016 11:01 AM
**To:** Bentley, Adam; Julie Zawislak
**Cc:** Sieben, Paul; Amdursky, Eric; Tate, Eric Akira; Hanley Chew
**Subject:** RE: Stroz Friedberg Engagement Letter

Adam, Eric,

All the changes were fine except the 10% discount. We don't discount in matters like this, sorry. I've added one provision that's critical for us not to be deemed to be practicing law: we need Ottomotto's counsel to give us the guidance on what constitutes "breach of contract, confidentiality, non-solicitation, non-competition or other obligations based in contract, statute or otherwise," and then we can do the fact-finding. Presumably, the guidance from outside counsel will also bolster the privilege protection.

Thank you.

Eric

**From:** Bentley, Adam [mailto:abentley@omm.com]
**Sent:** Sunday, March 06, 2016 10:15 PM
**To:** Julie Zawislak; Eric Friedberg
**Cc:** Sieben, Paul; Amdursky, Eric; etate@mofo.com
**Subject:** RE: Stroz Friedberg Engagement Letter

Julie - We are just following up on this. We look forward to moving forward with the engagement of Stroz. Thanks, Adam

**From:** Bentley, Adam
**Sent:** Friday, March 04, 2016 5:44 PM
**To:** 'Julie Zawislak'; Eric Friedberg
**Cc:** Sieben, Paul; Amdursky, Eric; etate@mofo.com
**Subject:** RE: Stroz Friedberg Engagement Letter

Julie - Please find attached a revised draft of the engagement letter together with a redline showing changes.

In addition, attached are letters to Stroz Friedberg from each of Anthony's and Lior's attorneys that they requested be delivered to Stroz; Uber and its counsel reserve their right to review and consider those letters.

Please let us know if any comments or questions.

Best,
Adam

**Adam Bentley**
**O'Melveny & Myers LLP**
2765 Sand Hill Road
Menlo Park, CA 94025

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    DF00018818

Tel: (650) 473-2633
Fax: (650) 473-2601
abentley@omm.com

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Julie Zawislak [mailto:JZawislak@StrozFriedberg.com]
**Sent:** Friday, February 26, 2016 9:58 AM
**To:** etate@mofo.com; Bentley, Adam
**Cc:** Eric Friedberg
**Subject:** Stroz Friedberg Engagement Letter

Eric and Adam,

Attached please find our engagement letter for your review.

Warm regards,
Julie


Julie Zawislak
Chief of Staff

**STROZ FRIEDBERG**
32 Avenue of the Americas, 4th Floor, New York, NY 10013

T: +1 212.542.3174
M: +1 917.510.4811
F: +1 212.981.6545
JZawislak@StrozFriedberg.com   www.strozfriedberg.com

This message and/or its attachments may contain information that is confidential and/or protected by privilege from disclosure. If you have reason to believe you are not the intended recipient, please immediately notify the sender by reply e-mail or by telephone, then delete this message (and any attachments), as well as all copies, including any printed copies. Thank you.

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                              DF00018819