# EXHIBIT G

**From:** John F. Gardner
**Sent:** Wednesday, March 23, 2016 10:54 PM
**To:** Eric Friedberg
**Cc:** Julie Zawislak
**Subject:** Letter Agreement re ASL Documents/Confirmation
**Attachments:** Letter to Stroz re ASL Documents with Friedberg signature 032216.pdf

Privileged and Confidential Communication

Eric,

We are in receipt of your counterpart signature of the letter agreement with respect to the terms of Anthony Levandowski's participation in the Stroz Examination. We take Stroz's covenants seriously, and wish to emphasize both that Stroz has direct contractual obligations to Mr. Levandowski, and the limitations on Stroz's receipt and use of the Aspen Information (as defined).

We would also emphasize that Stroz has been engaged by its Clients as an independent third party to provide a confidential and independent review of the Aspen Information, subject to a final examination report. The examination must be conducted on an independent, third party basis and without the involvement or interference of O'Melveny & Meyers or Morrison and Foerster, as attorneys for Ottomotto Inc and Uber Technologies.

We also wish to ensure that Stroz does not inadvertently violate the terms of its contractual arrangements with Mr. Levandowski. Please ensure that your staff is apprised of the limitations of the Examination Protocol, attached for your ease of reference. Stroz has agreed not to disclose the Aspen Information to OMM or Morrison, other their respective clients, except as provided in the Examination Protocol. The Protocol does not permit disclosure of any information expect as expressly provided. The permitted disclosures under the Protocol are subject to the prior approval of Donahue Fitzgerald LLP.

We trust that Stroz has complied with these terms and will continue to do so in connection with our client's continued participation in the Stroz Examination. In the event Stroz has any question regarding what may be discussed or disclosed to its Clients, including telephonic or written disclosures, we encourage you to clear those issues with us in advance in order to avoid an unnecessary complications.

Best regards,

John

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                                                     DF00022907

From: Julie Zawislak [mailto:JZawislak@StrozFriedberg.com]
Sent: Tuesday, March 22, 2016 6:29 AM
To: John F. Gardner
Cc: Eric Friedberg
Subject: Letter re ASL Documents

John,

Attached please find the ASL letter with Eric's signature.

Warm regards,

Julie

Julie Zawislak

Chief of Staff

STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

T: +1 212.542.3174

M: +1 917.510.4811

F: +1 212.981.6545

JZawislak@StrozFriedberg.com   www.strozfriedberg.com

This message and/or its attachments may contain information that is confidential and/or protected by privilege from disclosure. If you have reason to believe you are not the intended recipient, please immediately notify the sender by reply e-mail or by telephone, then delete this message (and any attachments), as well as all copies, including any printed copies. Thank you.