# EXHIBIT H

| | |
|---|---|
| From: | Hanley Chew <HChew@StrozFriedberg.com> |
| Sent: | Friday, April 01, 2016 2:00 PM |
| To: | Eric Friedberg; Mary Fulginiti; Tate, Eric Akira; Amdursky, Eric; Ferrari, Anna; John F. Gardner; Judith Branham |
| Subject: | List of Attorney Names |

We are preparing to segregate potentially privileged documents. Other than the names of the attorneys referenced in the Engagement Letter, are you aware of any other attorneys that we should add to our list?

Thank you.

Hanley Chew
*Vice President*

**STROZ FRIEDBERG**
101 Montgomery Street, Suite 2450, San Francisco, CA 94104

T: +1 415.671.4722
M: +1 415.316.2807
F: +1 310.623.3277
HChew@StrozFriedberg.com   www.strozfriedberg.com

This message and/or its attachments may contain information that is confidential and/or protected by privilege from disclosure. If you have reason to believe you are not the intended recipient, please immediately notify the sender by reply e-mail or by telephone, then delete this message (and any attachments), as well as all copies, including any printed copies. Thank you.