# EXHIBIT I

**From:** John F. Gardner
**Sent:** Friday, April 01, 2016 3:24 PM
**To:** Tate, Eric Akira
**Cc:** Hanley Chew; Eric Friedberg; Mary Fulginiti; Amdursky, Eric; Ferrari, Anna; Judith Branham
**Subject:** Re: List of Attorney Names

Michael Sebree, Michael Dalton; Sophia Schwartz; Kristin Pace, Michel Narganes, Jesse Bassett; John Rosenbaum, Jason Cheadle, Kimberly Weber and Jason Sanderson. Also please segregate any @donahue.com @fablaw.com and @cbmlaw.com addresses.

Thanks,
John

On Apr 1, 2016, at 2:03 PM, Tate, Eric Akira <ETate@mofo.com> wrote:

Not aware.

Eric A. Tate || Partner || Morrison Foerster LLP
425 Market Street || San Francisco, CA 94105
E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax 415.276.7272
<image003.png>

**From:** Hanley Chew [mailto:HChew@StrozFriedberg.com]
**Sent:** Friday, April 01, 2016 2:00 PM
**To:** Eric Friedberg; Mary Fulginiti; Tate, Eric Akira; Amdursky, Eric; Ferrari, Anna; John F. Gardner; Judith Branham
**Subject:** List of Attorney Names

We are preparing to segregate potentially privileged documents. Other than the names of the attorneys referenced in the Engagement Letter, are you aware of any other attorneys that we should add to our list?

Thank you.

Hanley Chew
*Vice President*

**STROZ FRIEDBERG**
101 Montgomery Street, Suite 2450, San Francisco, CA 94104

T: +1 415.671.4722
M: +1 415.316.2807
F: +1 310.623.3277
HChew@StrozFriedberg.com   www.strozfriedberg.com

This message and/or its attachments may contain information that is confidential and/or protected by privilege from disclosure. If you have reason to believe you are not the intended recipient, please immediately notify the sender by reply e-mail or by telephone, then delete this message (and any attachments), as well as all copies, including any printed copies. Thank you.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                             DF00012604