SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Walter C. Pfeffer (Bar No. 289421)
  wpfeffer@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080

*Attorneys for Non-Parties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and David Ferguson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, | CASE NO. 3:17-CV-00939-WHA |
|       Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC | |
|       Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Benjamin L. Singer of Singer / Bea LLP hereby appears as counsel for Non-Parties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and David Ferguson. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Benjamin L. Singer
> **SINGER / BEA LLP**
> bsinger@singerbea.com
> 601 Montgomery Street, Suite 1950
> San Francisco, CA  94111
> Telephone:   (415) 500-6080
> Facsimile:    (415) 500-6080

Date:  September 25, 2017

Respectfully submitted,

SINGER / BEA LLP

By: _____
Benjamin L. Singer
*Attorney for Non-Parties Aurora Innovation, Inc., Christopher Urmson, Nuro, Inc., and David Ferguson*