MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00939 WHA <br><br> **DECLARATION OF MILES EHRLICH IN SUPPORT OF PLAINTIFF WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT PRETRIAL FILINGS (Docket No. 1724)** |

I, Miles Ehrlich, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Joint Pretrial Filings, filed on September 21, 2017, Docket No. 1724 ("Waymo's Administrative Motion"). The Administrative Motion seeks an order sealing the following documents based on Mr. Levandowski's designation of privilege:

EHRLICH DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-00939-WHA

1

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Appendix B to Joint Proposed Pretrial Order | Highlighted Portions | Anthony Levandowski (red highlighting) |
| Joint Proposed Jury Instructions | Highlighted Portions | Anthony Levandowski (red highlighting) |

3. Mr. Levandowski seeks to maintain the confidentiality of the red highlighted portions of Appendix B to the Joint Proposed Pretrial Order. The red highlighted portions reflect confidential and sensitive information regarding Mr. Levandowski's business entities that are wholly unrelated to this litigation; therefore, he requests that the red highlighted portion of this document remain under seal.

4. Mr. Levandowski does not assert that the red highlighted portions of the Joint Proposed Jury Instructions merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on September 25, 2017.

Date: September 25, 2017

Respectfully submitted,

*/s/ Miles Ehrlich*
Miles Ehrlich
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*

EHRLICH DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-00939-WHA

2