QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br>      v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DKT. NO. 1784-7.** |

1    Plaintiff Waymo LLC ("Waymo") files this Administrative Motion to Remove a
2  Document from ECF, submitted electronically on September 24, 2017, by Waymo. Specifically,
3  Docket 1784-7 contains information that is governed by Docket No. 60 and that was filed in
4  improper form. Waymo has already contacted the ECF Help Desk regarding this issue and public
5  access to these filings is blocked. Waymo will soon be filing a corrected version of this document.

6    For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's
7  Administrative Motion to Remove Dkt. No. 1784-7.

8

9  DATED:  September 25, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP
10
11                       By     */s/Charles K. Verhoeven*
                                Charles K. Verhoeven
12                              Attorneys for WAYMO LLC