IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE RESPONSE TO DEPOSITION OF MICHAEL WAGNER AND HEARING ON *DAUBERT* MOTION**

The Court has reviewed the transcript of the deposition of Michael Wagner taken on September 22 (Dkt. No. 1786-3). By **SEPTEMBER 26 AT 5:00 P.M.**, plaintiff Waymo LLC may file a supplemental brief no more than **SIX PAGES** in length (double-spaced, twelve-point font, with no footnotes or attachments) in response to this deposition testimony. Defendants' *Daubert* motion to exclude Mr. Wagner's testimony and opinions (Dkt. No. 1619) will be heard at the final pretrial conference on **SEPTEMBER 27 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 25, 2017.

                                                                                WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE