MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:    212.336.8330
Facsimile:    202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PARTIES' JOINT PRETRIAL FILINGS (DKT. 1724)** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Portions of Parties' Joint Pretrial Filings (Dkt. 1724).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Appendix A to Joint Proposed Pretrial Order | Entire Document |
| Appendix D to Joint Proposed Pretrial Order | Blue-Highlighted Portions |

3. The entirety of Appendix A to the Joint Proposed Pretrial Order is a joint trial exhibit list that contains short descriptions of various documents. Even at a summary level, the list reveals confidential information regarding the technical development and features of Uber's LiDAR systems, as well as highly confidential business information regarding Uber's business agreements, including the identity of confidential vendors or potential vendors. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors and counterparties to understand Uber's LiDAR development timeline and supplier strategy, which could harm Uber's competitive standing.

4. The blue-highlighted portions in Appendix D contain the confidential mailing address of a trial witness. Defendants request this information be kept sealed in order to protect this individual's privacy in this media-intensive case. Disclosure of this information could subject this individual to harm or harassment.

5. Defendants' request to seal is narrowly tailored to the portions of the Joint Pretrial Filings that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of September, 2017 in San Francisco, California.

                                                 */s/ Michelle Yang*
                                                     Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  September 25, 2017                         */s/ Arturo J. Gonzalez*
                                                           ARTURO J. GONZALEZ