1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:    202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023
   Telephone:    212.336.8330
15 Facsimile:    202.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL DATE (DKT. 1690 (CORRECTED AT DKT. 1694))** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Portions of Its Reply in Support of Motion for Continuance of Trial Date (Dkt. 1690 (corrected at Dkt. 1694)).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Reply in Support of Motion for Continuance of Trial Date ("Reply") | Red Boxes |

3. The red boxes on page 12 of the Reply contain highly confidential information regarding financial forecasts based on hypothetical assumptions, which are not publicly known. These financial forecasts based on hypothetical assumptions are maintained as confidential, and their disclosure could allow competitors to acquire knowledge into Uber's internal assumptions and strategy. Uber's competitive standing could be significantly harmed.

4. The red boxes on page 12 of the Reply also contain highly confidential information about the development of technical features to Uber's LiDAR, which are not publicly known. This development information is maintained as confidential, and their disclosure could allow competitors to acquire insight to Uber's LiDAR development timeline, such that Uber's competitive standing could be significantly harmed.

5. Defendants' request to seal is narrowly tailored to the portions of Waymo's Reply and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2017 in San Francisco, California.

                                                 */s/ Michelle Yang*
                                                 Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 25, 2017              */s/ Arturo J. Gonzalez*
                                            ARTURO J. GONZALEZ