Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING LLC'S STATEMENT OF NON-OPPOSITION TO THE COURT'S ORDER RE GROUND RULES FOR TESTIMONY BY ANTHONY LEVANDOWSKI AND JOINDER UBER'S RESPONSE**<br><br>Date:　　　September 27, 2017<br>Time:　　　8:00 a.m.<br>Courtroom:　8<br>Judge:　　　Hon. William Alsup |

Otto Trucking LLC has no objection to the Court's ground rules for the testimony of Anthony Levandowski (Dkt. 1535) so long as potential jury confusion is carefully managed.  Otto Trucking believes that while the Court's procedure makes sense, Defendants' Proposed Jury Instruction No. 5 should be adopted.  The instruction provided explains that any adverse inference based on Mr. Levandowski's assertion of his Fifth Amendment rights is drawn against him.  This proposed instruction is consistent the Court's proposed ground rules and the direction provided at the July 26, 2017 hearing.  *See* Dkt. 1535; 7/26/2017 Hr'g Tr. 98:8–99:13; 100:3-8.

Otto Trucking further joins and adopts the response of Uber Technologies, Inc. and Ottomotto LLC (Dkt. 1809) as if fully stated herein.

Dated:   September 26, 2017               Respectfully submitted,

By:   */s/   Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant: Otto Trucking LLC*