1  LATHAM & WATKINS LLP
    Melanie M. Blunschi (Bar No. 234264)
2      Whitney B. Weber (Bar No. 281160)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600
4  Facsimile: +1.415.395.8095
   melanie.blunschi@lw.com
5  whitney.weber@lw.com

*Attorneys for Third Party*
*Stroz Friedberg, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-CV-00939-WHA (JSC)<br><br>**[PROPOSED] ORDER GRANTING ATTORNEYS MELANIE M. BLUNSCHI'S AND WHITNEY B. WEBER'S REQUEST TO APPEAR TELEPHONICALLY AT DISCOVERY HEARING ON BEHALF OF STROZ FRIEDBERG, LLC;**<br><br>Date: September 27, 2017<br>Time: 2:30 p.m.<br>Courtroom: Courtroom F<br>Judge: Magistrate Judge Jacqueline Scott Corley<br>Trial Date: October 10, 2017 |

1   IT IS HEREBY ORDERED that attorneys Melanie M. Blunschi and Whitney B. Weber
2 of Latham & Watkins LLP are permitted to appear by telephone at the Discovery Hearing
3 scheduled for September 27, 2017 at 2:30 p.m.  Counsel shall contact CourtCall at 1-888-882-
4 6878 to make the arrangements to appear by telephone.

6   IT IS SO ORDERED.

8 Dated: September 26, 2017

    _____
    Hon. Jacqueline Scott Corley
    United States Magistrate Judge