Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant
Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL NOTICE OF JOINDER IN UBER TECHNOLOGIES INC. AND OTTOMOTTO'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL WAGNER (DKT. NO. 1619)**<br><br>Hearing Date: September 27, 2017<br>Hearing Time: 8:00 a.m.<br>Courtroom:    8, 19th Floor<br>Judge:           Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Neel Chatterjee<br>2. [Proposed] Order<br>3. Redacted/Unredacted Version<br>4. Proof of Service |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto Trucking") submits this Administrative Motion to File Under Seal Portions of Its Supplemental Notice of Joinder in Uber Technologies Inc. and Ottomotto's Motion to Exclude Testimony and Opinions of Waymo's Damages Expert Michael Wagner (Dkt. No. 1619) (the "Supplemental Joinder"). Specifically, Otto Trucking requests an order granting leave to file under seal the confidential portions of the following document:

| Document | Portions to Be Filed Under Seal | Designating Parties |
| --- | --- | --- |
| Supplemental Joinder | Highlighted portions | Waymo (green) |

The above-referenced portions of the Supplemental Joinder highlighted in green relate to information from Mr. Wagner's deposition which Waymo has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Otto Trucking states no position about whether the confidentiality designations are appropriate. Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

Otto Trucking's request to seal is narrowly tailored to those portions of the Supplemental Joinder that merit sealing.


Dated: September 26, 2017                       Respectfully submitted,

                                                By:   */s/   Neel Chatterjee*
                                                      Neel Chatterjee
                                                      *nchatterjee@goodwinlaw.com*
                                                      Brett Schuman
                                                      *bschuman@goodwinlaw.com*
                                                      Shane Brun
                                                      *sbrun@goodwinlaw.com*
                                                      Rachel M. Walsh
                                                      *rwalsh@goodwinlaw.com*
                                                      Hong-An Vu
                                                      *hvu@goodwinlaw.com*
                                                      **GOODWIN PROCTER LLP**

                                                      *Attorneys for Defendant:*
                                                      Otto Trucking LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 26, 2017.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of September in Menlo Park, California.

                            /s/ *Neel Chatterjee*
                            Neel Chatterjee