Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL NOTICE OF JOINDER IN UBER TECHNOLOGIES INC. AND OTTOMOTTO'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL WAGNER (DKT. NO. 1619)**<br><br>Hearing Date: September 27, 2017<br>Hearing Time: 8:00 a.m.<br>Courtroom:    8, 19th Floor<br>Judge:           Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Document Under Seal<br>2. Declaration of Neel Chatterjee<br>3. Redacted/Unredacted Version<br>4. Proof of Service |

1   Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2 File Under Seal Portions of Its Supplemental Notice of Joinder in Uber Technologies Inc. and
3 Ottomotto's Motion to Exclude Testimony and Opinions of Waymo's Damages Expert Michael
4 Wagner (Dkt. No. 1619) (the "Supplemental Joinder").  Having considered the Administrative
5 Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's
6 Administrative Motion and **ORDERS** sealed the portions of the document listed below:

| Document | Portions to Be Filed Under Seal | Designating Parties |
|---|---|---|
| Supplemental Joinder | Highlighted portions | Waymo (green) |

10  **IT IS SO ORDERED.**

13  Dated: _____, 2017    _____
                                              HON. WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE