Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>     Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING'S SUPPLEMENTAL NOTICE OF JOINDER IN UBER TECHNOLOGIES INC. AND OTTOMOTTO'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO'S DAMAGES EXPERT MICHAEL WAGNER (DKT. NO. 1619)**<br><br>Hearing Date: September 27, 2017<br>Hearing Time: 8:00 a.m.<br>Courtroom:   8, 19th Floor<br>Judge:       Hon. William Alsup |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking")

3 hereby supplements its earlier joinder (Dkt. No. 1653) in Co-Defendants Uber Technologies,

4 Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Motion to Exclude Testimony and Opinions

5 of Waymo's Damages Expert Michael Wagner (the "Wagner Motion") (Dkt. No. 1619). Otto

6 Trucking states that Mr. Wagner should be excluded from offering any damages opinions with

7 respect to Otto Trucking in light of his recent admissions during deposition testimony. In further

8 support of its joinder, Otto Trucking states as follows:

9  1. On September 16, 2017, Uber/Ottomotto filed and served the Wagner Motion

10 seeking to exclude Mr. Wagner's damages opinion and testimony because that opinion was

11 unreliable, based on a flawed methodology, and contradictory.

12  2. On September 25, 2017, Uber/Ottomotto filed and served an administrative motion

13 to supplement the Wagner Motion record with Mr. Wagner's deposition transcript (Dkt. No.

14 1787), which the Court granted on the same day (Dkt. No. 1795).

15  3. In its prior joinder, Otto Trucking noted that "Mr. Wagner's opinion is unreliable

16 because it continues to lump Otto Trucking with Ottomotto, though the two are separate

17 companies. He also has not demonstrated any damages specifically as to Otto Trucking separate

18 from the damages he contends are attributed to Uber." (Dkt. No. 1653 ¶ 4).

19  4. At his September 22, 2017 deposition, Mr. Wagner admitted that [REDACTED]

20 [REDACTED]

21 [REDACTED] For the Court's convenience, Otto Trucking identifies at least the following

22 excerpts from Mr. Wagner's deposition transcript (Dkt. No. 1786-3) as relevant to its joinder in

23 the Wagner Motion:

24  - 127:12–15: [REDACTED]

25

26  - 128:14–22: [REDACTED]

27

28

ACTIVE/92709945.2                                1
OTTO TRUCKING'S SUPPLEMENTAL NOTICE OF JOINDER        CASE NO. 3:17-CV-00939-WHA

- 134:15–18: █████████████████████████████

- 136:18–137:4: █████████████████████████████

- 138:10–14: █████████████████████████████

- 142:3–7: █████████████████████████████

WHEREFORE, Defendant Otto Trucking LLC hereby supplements its joinder and adoption of Co-Defendants' Motion to Exclude Testimony and Opinions of Waymo's Damages Expert Michael Wagner (Dkt. No. 1619).

Dated:   September 26, 2017              Respectfully submitted,

By:   /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant: Otto Trucking LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 26, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed document will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 26, 2017**.

/s/  Neel Chatterjee<br>
NEEL CHATTERJEE