1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
   **GOODWIN PROCTER LLP**
12 601 S. Figueroa Street, 41st Floor
   Los Angeles, California 90017
13 Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673
14
   *Attorneys for Defendant: Otto Trucking LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL PROPOSED PRETRIAL ORDER**<br><br>Trial Date:   October 10, 2017<br>Courtroom:  8, 19th Floor<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mtn. to File Document Under Seal<br>2. Declaration of Neel Chatterjee<br>3. Redacted/Unredacted Version<br>4. Proof of Service |

1   Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2   File Under Seal Portions of Its Supplemental Proposed Pretrial Order (the "Supplemental
3   Proposed Pretrial Order").  Having considered the Administrative Motion, and good cause to seal
4   having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS**
5   sealed the portions of the document listed below:

| Document | Portions to Be Filed Under Seal | Designating Parties |
|---|---|---|
| Supplemental Proposed Pretrial Order | Highlighted portions | Waymo (green) |

**IT IS SO ORDERED.**


Dated: _____, 2017       _____
　　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE