Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING'S SUPPLEMENTAL PROPOSED PRETRIAL ORDER** |

1            **OTTO TRUCKING'S SUPPLEMENTAL PROPOSED PRETRIAL ORDER**

2            Otto Trucking respectfully submits the following Supplemental Proposed Pretrial Order in

3    light of deposition testimony from Waymo's damages expert, Michael Wagner, that occurred on

4    September 22, 2017, after the filing of the Joint Proposed Pretrial Order.  *See* Dkt. No. 1725.  Otto

5    Trucking incorporates by reference herein its prior submission.  *Id.* at 9–11.

6            As Otto Trucking noted previously, Waymo's trade secret claims against it are meritless

7    because Otto Trucking had no involvement in the research or development of the Spider and Fuji

8    LiDAR systems at issue and, thus, did not misappropriate or use any of Waymo's alleged trade

9    secrets.  Mr. Wagner admitted at his deposition that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Dkt. No. 1787-1 (9/22/17 Wagner Dep. Tr.) at 136:19–

12   23.  Waymo therefore has no evidence to support a claim against Otto Trucking, whether it be

13   based on direct liability or joint and several liability.

14           Otto Trucking further noted that, even assuming, for purposes of argument, that Waymo

15   could establish liability against it, any recovery from Otto Trucking should be denied at least

16   because Waymo has no viable damages theory against Otto Trucking.  At his deposition, Mr.

17   Wagner confirmed that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  Given

18   these admissions, Mr. Wagner should be precluded from offering at trial any damages opinions

19   with respect to Otto Trucking.  Mr. Wagner's admissions are as follows (all cites to Dkt. No.

20   1786-1):

21       -   127:12–15: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22           ▓▓▓▓▓▓▓▓▓▓

23       -   128:14–22: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

26       -   134:15–18: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

27           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

28

1  - 136:18–137:4: ██████████████████████████
2  ████████████████████████████████████████
3
4  - 138:10–14: ████████████████████████████
   ████████████
5
6  - 142:3–7: ██████████████████████████████
   ██████████████
7

8  Dated:   September 26, 2017          Respectfully submitted,
9
10                                       By:   /s/ Neel Chatterjee
                                               Neel Chatterjee
11                                              nchatterjee@goodwinlaw.com
                                               Brett Schuman
12                                              bschuman@goodwinlaw.com
                                               Shane Brun
13                                              sbrun@goodwinlaw.com
                                               Rachel M. Walsh
14                                              rwalsh@goodwinlaw.com
                                               Hong-An Vu
15                                              hvu@goodwinlaw.com
                                               Hayes P. Hyde
16                                              hhyde@goodwinlaw.com
                                               James Lin
17                                              jlin@goodwinlaw.com
                                               **GOODWIN PROCTER LLP**
18
                                          *Attorneys for Defendant: Otto Trucking LLC*
19
20
21
22
23
24
25
26
27
28

### **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 26, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed document will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 26, 2017**.

/s/   Neel Chatterjee
NEEL CHATTERJEE