1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
3   davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
4   melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
5   johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
6   jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10

11

12                       UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  WAYMO LLC,                          CASE NO. 3:17-cv-00939-WHA

              Plaintiff,
16                                      **[PROPOSED] ORDER GRANTING
       vs.                              PLAINTIFF WAYMO LLC'S MOTION
17                                      TO CLOSE COURTROOM AND SEAL
    UBER TECHNOLOGIES, INC.;            PORTIONS OF TRANSCRIPT**
18  OTTOMOTTO LLC; OTTO TRUCKING
    LLC,
19
              Defendants.
20

21

22

23

24

25

26

27

28

1    Plaintiff Waymo LLC ("Waymo") has filed a Motion to close the courtroom and seal the
2 record as to four limited categories of highly sensitive and valuable confidential business
3 information (the "Motion").

4    Having considered Waymo's Motion, the Court finds that Waymo has demonstrated
5 compelling reasons for the relief requested and **GRANTS** Waymo's Motion.  Accordingly, it is
6 hereby **ORDERED** that the courtroom will closed during the discussion of, and all related
7 documents and portions of transcripts sealed pertaining to, the following**:**

8    (1) Waymo's technical trade secrets to the extent such evidence or argument of use would
9    reveal Waymo's trade secrets;
10   (2) the terms of Google's mergers & acquisition deals that are unrelated to this case, the
11   terms of Waymo's partnership with Lyft, and Waymo's negotiations with Ford;
12   (3) Waymo's non-public financial information; and
13   (4) confidential information regarding Waymo's employees and former employees.

15   **IT IS SO ORDERED.**

17 Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge