JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | Case No.: 3:17-CV-00939 (WHA) <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY LIOR RON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Magistrate Judge Jacqueline S. Corley |

The Court having considered Nonparty Lior Ron's Administrative Motion to File Documents Under Seal, and all of the papers filed in support of and in opposition to the Administrative Motion to Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that Nonparty Lior Ron's Administrative Motion to Seal is GRANTED, and the following documents, or specified portions thereof, are to be sealed:

| DOCUMENT/REFERENCES TO BE SEALED | PORTION(S) TO BE SEALED | DESIGNATING PARTY |
| --- | --- | --- |
| Portions of the footnote on p. 1 | Highlighted in yellow | Defendants and/or Anthony Levandowski and/or other third-parties |
| Portions of Exhibit 1 to the Declaration of Jonathan Patchen | Highlighted in yellow | Defendants and/or Anthony Levandowski and/or other third-parties |

**IT IS SO ORDERED.**

DATED: _____          _____
MAGISTRATE JUDGE CORLEY
UNITED STATES DISTRICT JUDGE