JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S LETTER BRIEF IN RESPONSE TO WAYMO'S MOTION TO COMPEL INSPECTION OF IMAGES**<br><br>Magistrate Judge Jacqueline S. Corley |

TAYLOR & PATCHEN, LLP

DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S LETTER BRIEF RE: WAYMO'S MOTION TO COMPEL INSPECTION OF IMAGES: CASE NO. 3:17-CV-00939 (WHA)

I, JONATHAN PATCHEN, declare as follows:

1. I am a partner in the law offices of Taylor & Patchen, LLP, a member in good standing of the bar of the State of California, and am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify as a witness in this case, I could and would testify competently under oath to all of the matters set forth in this declaration. This declaration is submitted in support of Non-Party Lior Ron's Letter Brief in Response to Waymo's Motion to Compel Inspection of Images filed concurrently herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email and attachment from Linda Brewer to counsel regarding a proposed protocol for the forensic review of the images, dated September 26, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt to the hearing transcript from the September 18, 2017 hearing in front of Judge Corley.

4. Starting at approximately 1:30 pm this afternoon, I participated in a call with representatives of Discovia, counsel for Uber, counsel for Mr. Levandowski, and counsel for Waymo during which the protocol referenced in Exhibit 1 was discussed. Counsel for Mr. Levandowski agreed to circulate some minor clarifications to the proposed protocol.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing in true and correct. Executed this 26th day of September, 2017, at San Francisco, California.

*/s/ Jonathan A. Patchen*
JONATHAN A. PATCHEN

TAYLOR & PATCHEN, LLP

2.
DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF NON-PARTY LIOR RON'S LETTER BRIEF RE: WAYMO'S MOTION TO COMPEL INSPECTION OF IMAGES: CASE NO. 3:17-CV-00939 (WHA)