1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENAS TO YOO AND GONZÁLEZ** |

-2-

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its opposition to defendants' motion to
3  quash and motion for protective order regarding subpoenas to Yoo and Gonzalez ("Waymo
4  Opposition").
5  Having considered Waymo's Administrative Motion, and good cause to seal having been
6  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
7  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Opposition | Blue Highlighting |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge