# Exhibit 1

| | |
|---|---|
| **From:** | David Perlson |
| **Sent:** | Tuesday, September 26, 2017 12:39 PM |
| **To:** | 'John Cooper'; 'MCate@fbm.com'; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; DG-GP Otto Trucking Waymo; Susman Godfrey (uber-sg@lists.susmangodfrey.com) |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v Uber - Gonzalez Trial Subpoena |

Counsel, in an effort to narrow disputes, we write to clarify that we do not intend to call Mr. Gonzalez as a trial witness unless Uber puts at issue in trial its litigation conduct, such as alleged compliance with discovery obligations.   Our opposition filed today will reflect this.

David


David Perlson
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6344
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700
E-mail: davidperlson@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.