JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@taylorpatchen.com

Attorneys for Non-Party LIOR RON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC;<br>OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.: 3:17-CV-00939 (WHA)<br><br>**PROOF OF SERVICE RE: LIOR RON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Magistrate Judge Jacqueline S. Corley |

1  At the time of service, I was over 18 years of age and not a party to this action. I am
2  employed in the County of San Francisco, State of California. My business address is One Ferry
3  Building, Suite 355, San Francisco, California 94111.

4  On September 26, 2017, I served true and correct copies of the following documents:

5     **1.**     **NONPARTY LIOR RON'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L. R. 7-11 AND 79-5;**

**2.**     **DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT OF NONPARTY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

**3.**     **[PROPOSED] ORDER GRANTING NONPARTY LIOR RON'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;**

**4.**     **UNREDACTED VERSION OF LIOR RON'S LETTER BRIEF IN RESPONSE TO WAYMO'S MOTION TO COMPEL INSPECTION OF IMAGES; and**

**5.**     **UNREDACTED VERSION OF EXHIBIT 1 TO THE DECLARATION OF JONATHAN A. PATCHEN**

on the interested parties in this action as follows:

| | |
|---|---|
| **Quinn Emanuel Urquhart & Sullivan, LLP**<br>Charles K. Verhoeven<br>David A. Perlson<br>Melissa Bailey<br>Jordan Jaffe<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br><br>*Counsel for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com |

| | |
|---|---|
| **Morrison & Foerster LLP**<br>Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>2000 Pennsylvania Ave, NW<br>Washington, DC 20006<br><br>*Counsel for Defendants Uber Technologies & Ottomotto* | UberWaymoMoFoAttorneys@mofo.com |
| **Boies Schiller Flexner LLP**<br>Michael Darron Jay<br>401 Wilshire Blvd, Suite 850<br>Los Angeles, CA 90401<br><br>Meredith Richardson Dearborn<br>435 Tasso Street, Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica Phillips<br>Karen Leah Dunn<br>Kyle Smith<br>Martha Lea Goodman<br>1401 New York Ave., NW<br>Washington, DC 20005<br><br>*Counsel for Defendants Uber Technologies & Ottomotto* | BSF-EXTERNAL-UberWaymoLit@bsfllp.com |

| | |
|---|---|
| **Goodwin Procter LLP**<br>I. Neel Chatterjee<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Brett M. Schuman<br>Shane Brun<br>Rachel M. Walsh<br>Three Embarcadero Center<br>San Francisco, CA 94111<br><br>*Counsel for Defendants Otto Trucking, LLC* | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| **Ramsey & Ehrlich LLP**<br>Miles Ehrlich<br>Ismail Ramsey<br>Amy Craig<br>803 Hearst Ave.<br>Berkeley, CA 94710<br><br>*Counsel for Nonparty Anthony Levandowski* | miles@ramsey-ehrlich.com<br>izzy@ramsey-ehrlich.com<br>amy@ramsey-ehrlich.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent from e-mail address schow@taylorpatchen.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September, 2017, at San Francisco, California.

*/s/ Stefanie E. Chow*
Stefanie E. Chow