| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:   415.268.7000 |
| 5 | Facsimile:   415.268.7522 |
| 6 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 9 | Washington DC  20005 |
|   | Telephone:   202.237.2727 |
| 10 | Facsimile:   202.237.6131 |
| 11 | WILLIAM CARMODY (*Pro Hac Vice*) |
|   | bcarmody@susmangodfrey.com |
| 12 | SHAWN RABIN (*Pro Hac Vice*) |
|   | srabin@SusmanGodfrey.com |
| 13 | SUSMAN GODFREY LLP |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 14 | New York, NY 10019-6023 |
|   | Telephone:   212.336.8330 |
| 15 | Facsimile:   212.336.8340 |
| 16 | Attorneys for Defendants |
|   | UBER TECHNOLOGIES, INC. |
| 17 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL FURTHER DEPOSITIONS AND INTERROGATORIES** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their Opposition to Waymo's Opposition to Waymo's Motion To Compel Further Depositions and Interrogatories. Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Motion to Compel ("Opposition") | Highlighted Portions | Defendants (Blue) <br> Plaintiff (Green) <br> Non-parties Anthony Levandowski and/or Lior Ron (Yellow) <br> Non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski (Yellow) |
| Exhibit 1 | Highlighted Portions | Defendants (Blue) <br> Plaintiff (Green) <br> Non-parties Anthony Levandowski and/or Lior Ron (Yellow) |
| Exhibit 2 | Highlighted Portions | Plaintiff (Green) |
| Exhibit 3 | Highlighted Portions | Defendants (Blue) |
| Exhibit 4 | Entirety | Non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski |
| Exhibit 6 | Highlighted Portions | Defendants (Blue) |
| Exhibit 8 | Highlighted Portions | Defendants (Blue) |
| Exhibit 9 | Entirety | Non-parties Anthony Levandowski and/or Lior Ron |

The blue-highlighted portions of Exhibits 1 and 3 contain highly confidential information regarding the technical features, development, evolution, and design considerations of Uber's

LiDAR systems.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical development of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.  (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The blue-highlighted portions of the Opposition and Exhibit 6 contain confidential information regarding financial and commercial terms of Uber's business agreements, and correspond to terms for which the Court granted sealing in the Draft Term Sheet; the Court found that this confidential business information merited sealing.  (Dkt. 550 at 3.)  They also identify business terms with respect to Otto Trucking for which the Court granted sealing in the draft Term Sheet.  In addition, the blue-highlighted portions of Exhibit 8 contain confidential information regarding business agreement terms of a Merger Agreement for which the Court has granted sealing.  If this information were disclosed, competitors and counterparties could obtain a competitive advantage by tailoring their negotiation or business strategy such that Uber's competitive standing could be harmed.  (Yang Decl. ¶ 4.)

The yellow-highlighted portions of the Opposition and Exhibit 1, as well as the entirety of Exhibit 9, contain information designated confidential by counsel for non-parties Anthony Levandowski and/or Lior Ron.  Defendants expect these non-parties to file supporting declarations as needed.  (Yang Decl. ¶ 5.)

The yellow-highlighted portions of the Opposition and entirety of Exhibit 4 may contain confidential information of non-parties Sandstone Group, Tyto LiDAR, and Ognen Stojanovski, who have requested that their confidentiality interests be respected in this proceeding. (Dkt. 1533.) Defendants expect these non-parties to file supporting declarations if needed.  (Yang Decl. ¶ 6.)

The green-highlighted portions of the Opposition and Exhibits 1-2 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the

parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order. (Yang Decl. ¶ 7.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on September 26, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: September 26, 2017

MORRISON & FOERSTER LLP

By: */s/ Arturo J. Gonzalez*
ARTURO J.GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC