1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11 | WAYMO LLC,                                    | Case No.    3:17-cv-00939-WHA
12 |                        Plaintiff,              | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
13 |         v.                                     |
14 | UBER TECHNOLOGIES, INC.,                       |
   | OTTOMOTTO LLC; OTTO TRUCKING LLC,              |
15 |                                                |
16 |                        Defendants.             |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3826421

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Opposition to Waymo's Motion to Compel ("Opposition") | Highlighted Portions |
| Exhibit 1 | Highlighted Portions |
| Exhibit 2 | Highlighted Portions |
| Exhibit 3 | Highlighted Portions |
| Exhibit 4 | Entirety |
| Exhibit 6 | Highlighted Portions |
| Exhibit 8 | Highlighted Portions |
| Exhibit 9 | Entirety |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge