# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

WAYMO LLC,                         )
                                   )
         Plaintiff,                )
                                   )
         vs.                       )  Case No.:
                                   )  3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,           )
OTTOMOTTO LLC; OTTO TRUCKING       )
LLC,                               )
                                   )
         Defendants.               )
_____)


ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL
San Francisco, California
Thursday, April 13, 2017
Volume 1


Reported by:
RACHEL FERRIER, CSR No. 6948
Job No. 2594014
PAGES 1 - 92

1

1  remember at some point -- I don't know whether it was --
2  I don't know what the time frame was, but I do remember
3  reapplying to Berkeley City College.
4      Q   So other than -- okay.  Thank you.
5          Did you submit any other applications?
6      A   Not to my knowledge.
7      Q   Okay.  What jobs did you apply for after you left
8  Google?
9      A   I didn't.  Not -- I mean not directly after.
10     Q   Okay.  What was your next job?
11     A   I worked consulting.  I was -- well, I worked
12 through Dogwood Leasing.
13     Q   What is Dogwood Leasing?
14     A   It's sort of -- could you ask a more specific
15 question?
16     Q   I'm not sure that I can.
17     A   Okay.
18     Q   You said that you worked for a company called
19 Dogwood Leasing.  I'm just asking you what it is.
20     A   Well, it's a -- ████████████████████
21 ████████
22     Q   How did you come to do consulting for that
23 company?
24     A   At some point I talked to Anthony, and he
25 indicated that there was work I could do.

ATTORNEYS EYES ONLY

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3        That the foregoing proceedings were taken before
 4   me at the time and place herein set forth; that any
 5   witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11        I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney or any of the parties.
14        IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16
17   Dated:  April 13, 2017
18
19
20
21
22
23                    _____
24                         RACHEL FERRIER
25                         CSR No. 6948
```

Page 92

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                         )
         Plaintiff,                )
     vs.                           ) Case No.
UBER TECHNOLOGIES, INC.,           ) 3:17-cv-00939-WHA
OTTOMOTTO LLC; OTTO TRUCKING       )
LLC,                               )
         Defendants.               )
_____)
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONTINUED VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL

Volume 2

San Francisco, California

Tuesday, August 15, 2017

REPORTED BY:

JOHNNA PIPER

CSR 11268

JOB No. 2680991

PAGES 93 - 257

| | | |
|---|---|---|
| 1 | spending some time at Chauffeur, and all of the | 10:25:44 |
| 2 | sudden have a solution to that problem? | 10:25:46 |
| 3 |     MR. MUINO:  Objection to form. | 10:25:49 |
| 4 |     THE WITNESS:  No. | 10:25:49 |
| 5 | BY MR. NARDINELLI: | 10:25:54 |
| 6 |     Q.  What I want to try to do now is trace | 10:25:55 |
| 7 | through the extent to which anything that was | 10:25:59 |
| 8 | developed at Tyto or Odin Wave -- and I'm just going | 10:26:02 |
| 9 | to call that Tyto.  If there's a reason to | 10:26:06 |
| 10 | distinguish, let me know, but I'm just going to | 10:26:09 |
| 11 | blend them.  I want to trace through whether | 10:26:11 |
| 12 | anything developed at Tyto currently exists at Uber. | 10:26:14 |
| 13 |     A.  Okay. | 10:26:17 |
| 14 |     Q.  Okay.  So let's just start with a yes or no | 10:26:17 |
| 15 | question. | 10:26:21 |
| 16 |     Is there anything that is currently under | 10:26:22 |
| 17 | development at Uber that derives in any way from | 10:26:25 |
| 18 | work that was performed at Tyto? | 10:26:29 |
| 19 |     A.  Work at Uber that was derived from work at | 10:26:32 |
| 20 | Tyto? | 10:26:37 |
| 21 |     Q.  Correct. | 10:26:38 |
| 22 |     A.  Yes. | 10:26:39 |
| 23 |     Q.  Okay.  So let's just go through it. | 10:26:39 |
| 24 |     Can you explain to me what Tyto-developed | 10:26:41 |
| 25 | technology currently exists in some form at Uber? | 10:26:45 |

Page 155

| | | |
|---|---|---|
| 1 | A.   As for the stuff that's -- that's going | 10:26:47 |
| 2 | into the -- the Fuji laser, I believe our current | 10:26:52 |
| 3 | system shares some of the same ▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 4 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 5 | ▓▓▓▓▓▓▓.  Actually, not that much, considering. | 10:27:07 |
| 6 |        A lot -- I mean, it's -- it's a very | 10:27:29 |
| 7 | different type of laser than what we had -- Fuji is | 10:27:31 |
| 8 | a very different laser to what we developed at Tyto. | 10:27:34 |
| 9 |    Q.   Was Spider more similar to what you | 10:27:39 |
| 10 | developed at Tyto? | 10:27:43 |
| 11 |    A.   Spider was an attempt to cobble together a | 10:27:43 |
| 12 | multibeam laser out of parts of the Owl laser. | 10:27:49 |
| 13 |    Q.   Which parts of the Owl laser went into the | 10:27:53 |
| 14 | development of Spider? | 10:27:55 |
| 15 |    A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 17 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10:28:20 |
| 18 |    Q.   Walk me through at a high level what the | 10:28:22 |
| 19 | differences were between Spider and Owl. | 10:28:26 |
| 20 |    A.   I should preface this by saying that I only | 10:28:33 |
| 21 | started working on Spider when I was at Uber a few | 10:28:40 |
| 22 | weeks before Spider was shelved, so I may not have | 10:28:44 |
| 23 | all of the facts on this one, but I can -- I could | 10:28:50 |
| 24 | try. | 10:28:54 |
| 25 |    Q.   I appreciate that.  And please proceed with | 10:28:55 |

```
                                                          Page 156
1    that caveat in mind.                                 10:28:58
2         A.   Okay.                                      10:28:59
3              What are the differences?                  10:29:02
4         Q.   Yeah, at a high level.                     10:29:03
5         A.   At a high level?                           10:29:04
6              So we -- instead of having a -- a single   10:29:06
7    optical cavity, there were many optical cavities.  I 10:29:13
8    think there -- I don't want to get this wrong.  I    10:29:19
9    think there were eight optical cavities.             10:29:22
10        Q.   That's right.  Eight-leg spider.           10:29:25
11             Owl only had one optical cavity?           10:29:29
12        A.   That's correct.                            10:29:32
13        Q.   Okay.  So is Spider simply a matter of     10:29:32
14   taking the Owl and duplicating it eight times,       10:29:36
15   wiring it together?                                  10:29:40
16        A.   Not quite.  There was ███████████████      ████
     ████████████████████████████████████                 ████
     ████████████████████████████████████████
     ██████████████████████████████████ --                10:29:59
20             THE COURT REPORTER:  I'm sorry.  Like what? 10:29:59
21             THE WITNESS:  Sorry?                       10:29:59
22             THE COURT REPORTER:  Say that again.  I    10:29:59
23   couldn't hear you.                                   10:29:59
24             THE WITNESS:  ████████████████████         ████
     ██████████████████████████████████████               10:30:10
```

|   |   |   |
|---|---|---|
| 1 | ██████████████████████████████████████ | ██████ |
| 2 | ██████████████████████████████████████ | ██████ |
| 3 | ████████████████████████████ | 10:30:20 |
| 4 | BY MR. NARDINELLI: | 10:30:23 |
| 5 |     Q.  You said that you wanted to make it more | 10:30:23 |
| 6 | like Velodyne, for example; is that right? | 10:30:25 |
| 7 |     A.  It would be -- it would have this -- a | 10:30:29 |
| 8 | comparable number of beams to Velodyne. | 10:30:34 |
| 9 |     Q.  Were you aware at that time of any | 10:30:37 |
| 10 | commercialized or commercializable self-driving car | 10:30:44 |
| 11 | LiDARs besides the one offered by Velodyne? | 10:30:49 |
| 12 |       MR. MUINO:  Objection to form. | 10:30:54 |
| 13 |       THE WITNESS:  Was I aware of any other -- | 10:30:59 |
| 14 | sorry.  Could you repeat that? | 10:31:01 |
| 15 |       MR. NARDINELLI:  Sure. | 10:31:03 |
| 16 |     Q.  Were you -- were you aware of any other | 10:31:03 |
| 17 | existing self-driving car LiDAR solutions besides | 10:31:05 |
| 18 | the one offered by Velodyne? | 10:31:10 |
| 19 |     A.  At what point in time? | 10:31:12 |
| 20 |     Q.  When you were developing Spider, so let's | 10:31:13 |
| 21 | call that -- October of 2016. | 10:31:17 |
| 22 |     A.  Okay.  Yeah, I was -- I was aware that | 10:31:25 |
| 23 | there were other LiDAR units made by other | 10:31:27 |
| 24 | manufacturers that were either designed for or had | 10:31:29 |
| 25 | been used in self-driving cars, for like example, | 10:31:35 |

Page 158

1  LiDAR from SICK.  10:31:41
2      Q.  How do you spell that?  10:31:45
3      A.  S-I-C-K.  10:31:46
4          And I know that Bosch had designed and  10:31:49
5  produced some number of automotive grade LiDAR.  10:31:54
6      Q.  Anybody besides Velodyne, SICK, or Bosch  10:31:58
7  developing self-driving car LiDAR at that time?  10:32:03
8      A.  I can think of a couple.  So -- I mean, at  10:32:05
9  some point they just become LiDAR and -- and they're  10:32:14
10 just kind of more general purpose.  10:32:17
11         I know that like ASC have produced LiDAR  10:32:19
12 that have been tried on autonomous vehicles.  And  10:32:23
13 there's a company called Quanergy that was early in  10:32:31
14 development of -- of LiDAR for -- that were  10:32:38
15 applicable to self-driving cars.  There's another  10:32:41
16 company that I can't remember the name of.  But  10:32:44
17 there are a few players on the field.  10:32:47
18     Q.  So coming to today, speaking of your  10:32:48
19 knowledge today, you're aware of LiDAR from at least  10:32:54
20 Velodyne, SICK, Bosch, ASC, Quanergy, and probably  10:32:59
21 some others; is that right?  10:33:04
22     A.  That's right.  10:33:05
23     Q.  Is there any specific others that you can  10:33:06
24 add to that list?  10:33:09
25     A.  Not that I'm able to recall right now.  10:33:09

Page 159

| | | |
|---|---|---|
| 1 | Q. Of all of the LiDAR units that you are | 10:33:13 |
| 2 | aware of from the manufacturers that you've named or | 10:33:20 |
| 3 | others that you're familiar with but can't remember | 10:33:24 |
| 4 | the name of the manufacture, of all the self-driving | 10:33:27 |
| 5 | car LiDAR that you're aware of, do any besides Fuji | 10:33:32 |
| 6 | use ▮▮▮▮▮▮▮▮▮▮ in the transmit block? | 10:33:35 |
| 7 | MR. MUINO: Objection to form. | 10:33:43 |
| 8 | THE WITNESS: Fuji -- Fuji has two optical | 10:33:44 |
| 9 | cavities ▮▮▮▮▮▮▮▮▮▮▮▮. Have to | 10:33:52 |
| 10 | make that distinction there. And based on my very | 10:33:57 |
| 11 | limited knowledge of the inner workings of -- of | 10:34:02 |
| 12 | those other LiDAR, I have to say that I don't -- I | 10:34:08 |
| 13 | don't know. | 10:34:11 |
| 14 | BY MR. NARDINELLI: | 10:34:12 |
| 15 | Q. Other than Fuji, you're not aware of any | 10:34:12 |
| 16 | LiDAR that has a total of 64 laser diodes ▮▮▮▮ | |
| 17 | ▮▮▮▮▮▮▮▮▮▮▮▮; is that right? | 10:34:23 |
| 18 | A. I'm aware of LiDAR that have 64 lasers. | 10:34:26 |
| 19 | It's a nice round number, Base 2, but I'm not aware | 10:34:30 |
| 20 | of -- I'm not aware -- aware of a specific | 10:34:34 |
| 21 | configuration on another LiDAR that arranges them in | 10:34:38 |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 23 | ▮▮▮▮ across two different optical cavities. | 10:34:53 |
| 24 | Q. Are you aware of any specific configuration | 10:34:56 |
| 25 | on any other LiDAR that arranges 64 laser diodes | 10:35:00 |

Page 160

| | | |
|---|---|---|
| 1 | across ███████, regardless of the number of | 10:35:04 |
| 2 | optical cavities? | 10:35:07 |
| 3 | A.  No.  Not to my knowledge. | 10:35:09 |
| 4 | █ ███████████████ | ████ |
| | █████████████████████████████ | ████ |
| | █████████████████████ | ████ |
| | █ ███████████████████████ | ████ |
| | █████████████████████████████ | ████ |
| | ████████████████████████ | ████ |
| | █ █ █████████████████ | ████ |
| | █ █ ████ | ████ |
| | █ █ ████████████████████ | ████ |
| | █████████████████ | ████ |
| | █ ██████████ | ████ |
| | █ ████████████████ | ████ |
| | ████████████████ | ████ |
| | █ ████████████████ | ████ |
| | █████████████████████████████ | ████ |
| | ██████████ | 10:36:07 |
| 20 | THE COURT REPORTER:  I'm sorry.  I couldn't | 10:36:07 |
| 21 | hear you. | 10:36:07 |
| 22 | THE WITNESS:  With any certainty. | 10:36:11 |
| 23 | BY MR. NARDINELLI: | 10:36:12 |
| 24 | Q.  Outside of Fuji, for any other self-driving | 10:36:12 |
| 25 | car LiDAR, are you aware of any techniques used by | 10:36:18 |

| | | |
|---|---|---|
| 1 | that LiDAR to configure the ███████████████ | |
| 2 | █████████████████? | 10:36:28 |
| 3 |     MR. MUINO:  Objection to form. | 10:36:30 |
| 4 |     THE WITNESS:  Sorry.  Could you rephrase | 10:36:31 |
| 5 | that more specifically?  What do you -- what do you | 10:36:35 |
| 6 | mean by configure? | 10:36:38 |
| 7 | BY MR. NARDINELLI: | 10:36:39 |
| 8 |     Q.  Outside of Fuji, are you aware of any | 10:36:43 |
| 9 | self-driving car LiDAR that uses ███████████ | |
| 10 | ████████████████████████████? | 10:36:49 |
| 11 |     A.  ████████████████████████████████ | |
| 12 | ████████████████  I believe Velodyne do something | 10:36:59 |
| 13 | similar. | 10:37:04 |
| 14 |     Q.  Anyone besides Velodyne? | 10:37:05 |
| 15 |     A.  Not that I'm currently aware of. | 10:37:07 |
| 16 |     Q.  Okay.  So going back to the relationship | 10:37:17 |
| 17 | between Owl technology and Fuji.  You said that | 10:37:20 |
| 18 | ████████████████████████████████████████ | |
| 19 | ████████████████████████████; is that right? | 10:37:28 |
| 20 |     A.  There are aspects of those that are carried | 10:37:31 |
| 21 | over, yes.  There -- yeah. | 10:37:33 |
| 22 |     Q.  Fair enough. | 10:37:34 |
| 23 |     Let's just take them one by one. | 10:37:35 |
| 24 |     Can you tell me what aspects of the █████ | |
| 25 | ████████ from Tyto have carried over into the Fuji | 10:37:40 |

```
                                                                Page 162
1   design?                                                     10:37:43
2        A.   I haven't worked on that directly, and it         10:37:46
3   -- it's possible that quite a bit of it has changed.        10:37:56
4        Q.   So you don't have knowledge one way or the        10:37:59
5   other of precisely what parts of the Tyto ███████
6   ████████ currently exists in Fuji?                          10:38:06
7        A.   That's correct.                                   10:38:08
8        Q.   How about the ████████ ████████████
    ████████████                                                10:38:14
10       █  ████████████████████████████████████████
    ██ ████ █████████████████████████████
    █ █████████████████████████████████████████
    █ ████████████████████████████████████████
    █ ██████████████████████████████████████████
    █ ██████████████████████
    █    █   █████████████████████████████████
    █ ██████████████
    █    █   ██████████████████████████████████████
    █    █   █████████████████████████████████████
    █ ████████████████████████████████████████
    █ █████
    █    █   ██████████████████████████████████
    █ ████████████████████████████████████████████
    █    █   ███████████████████████
    █    █   ████████████████████████████████████   10:39:10
```

 1      █        █████████
        █        ████████████████████████████        █
        █        █████████████████████████████       █
        █  █████████████████████████████████         █
        █  ████████████████████████████              █
        █        █████████████████                   █
        █        ███████████████                     █
        █        █████████████                       █
        █        ████████████████████████            █
        █  ████████                                  █
        █        ██████████████████████              █
        █  ███████████████████████████████           █
        █  ██████████████████                        █
        █        █████████████████████████    █      █
        █  █████████████████████████████████         █
        █  █████████                                 █
        █        ████████████████████████            █
        █  █████████████████████                     █
        █        ██████████████████████              █
        █  ████████████████████████████              █
        █        ██████████████████████████          █
        █  ██████████████████████████                █
        █  ████████████████████████                  █
        █  ███████████████████████████████████       █
        █  ████████████████████                      10:40:37



```
 1     Q.    [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]                                                10:41:56
 8     Q.    Okay.  So back at the beginning of your              10:41:57
 9  testimony today I asked you what you worked on with           10:42:09
10  respect to Fuji.  You gave me four answers, and the           10:42:13
11  second one was laying out certain portions of the             10:42:15
12  [REDACTED]                                                    10:42:19
13           Do you remember that testimony?                      10:42:20
14     A.    I do.                                                10:42:20
15     Q.    And that's still your testimony, correct?            10:42:22
16     A.    That is still my testimony.                          10:42:24
17     Q.    Can you describe first just at a high level          10:42:25
18  of what portions of the transmit board you have               10:42:27
19  worked on?                                                    10:42:31
20     [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]                                                 10:42:58
25     Q.    What portion of the PCB layout did you do            10:43:07
```

```
 1                  CERTIFICATE OF REPORTER
 2           I, JOHNNA PIPER, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7           That said deposition was taken in shorthand
 8   by me, a disinterested person, at the time and place
 9   therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12           That before completion of the deposition,
13   review of the transcript [ ]was [X]was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17           I further certify that I am not of counsel
18   or attorney for either or any of the parties to the
19   said deposition, nor in any way interested in the
20   event of this cause, and that I am not related to
21   any of the parties thereto.
22           DATED: 8/16/2017
23
24           [signature]
25           JOHNNA PIPER, CSR NO. 11268
```

Page 257