# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,

      Plaintiff,

      vs.                  Case No.:
                                   3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC; OTTO TRUCKING
LLC,

      Defendants.
_____

ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF JAMES HASLIM

San Francisco, California

Tuesday, April 18, 2017

Volume 1

Reported by:
RACHEL FERRIER, CSR No. 6948
Job No. 2597892
PAGES 1 - 112

1

1      Q   That's a -- that's a good point, so let me just
2   actually ask that.
3          Were you aware, before you joined Otto, about
4   Otto's Li- -- LiDAR technology development efforts?
5      A   No.
6      Q   So you joined Tyto -- excuse me.
7          You joined Otto in May 2016; right?
8      A   Yes.
9      Q   When you showed up at your new company --
10     A   Mm-hmm.
11     Q   -- tell me what happened in terms of what you
12  understood your new job responsibilities were going to
13  be.
14     A   When I joined Otto, my job description was senior
15  mechanical engineer and LiDAR lead.  That would imply
16  that I was responsible for developing a LiDAR sensor.
17     Q   Who did you report to?
18     A   When I joined Otto, I reported to Anthony
19  Levandowski.
20     Q   And who else was on the LiDAR team with you at
21  that time?
22     A   At the time I joined, we had a number of
23  employees.  Since I believe you are asking for a list,
24  I'm going to -- I'm not going to get all the names, I'm
25  sure, but I can try.

1      There would be myself, Mike Carisoff, Matt
2  Palomar, Tre Long [phonetic], Dan Gruver, Gaetan
3  Pennecot, Max Levandowski, Daniel Ratner.  That's all I
4  can recall right now.
5      Q   And what LiDAR technology at Otto existed when
6  you joined in May 2016?
7      A   I would have to say that there was no LiDAR
8  sensor at the time that I joined Otto that I was aware
9  of, and there were employees that were on the LiDAR
10 team, apparently, before I joined.
11     Q   What were they working on?
12     A   They were working on a couple projects.  One of
13 those projects was some sort of ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .
16     Q   Did that have a name?
17     A   No, not that I'm aware of.
18     Q   Okay.  Can we just give it a name for the
19 purposes of our discussion today, whatever name you feel
20 comfortable with, just so I can refer to it?
21     A   ▮▮▮▮  I guess.
22     Q   So ▮▮▮▮ did they show you the designs for
23 ▮▮▮▮ ?
24     A   At the time, I don't think I saw those designs,
25 no.

```
 1     A    Yes.
 2     Q    Who came up with the ████████████████████
       ████████████████████████████
 4     A    I was working with the mechanical engineer doing
 5   the optical cavity design, and I recommended he purchase
 6     ████████████████████████████████████████████████
       ████████████████████████████████████████████████
       ████████████████████████████████████
 9     Q    Who were you working with?
10     A    That was Max Levandowski, the mechanical
11   engineer.
12     Q    And is he related to Anthony Levandowski?
13     A    Yes.
14     Q    How is he related?
15     A    I understand they are brothers.
16     Q    And so Max Levandowski also works on the LiDAR
17   team; is that right?
18     A    Yes.
19     Q    So you and Mr. Levandowski's brother, Max, came
20   up with the
21   ████████████████████████████████████████████
     ██████████████████████ is that right?
23          MR. KIM:  Objection; form.
24          THE WITNESS:  Max and I came up with ██████████
     ██████████████████████████████████████
```

ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4        I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney or any of the parties.
17        IN WITNESS WHEREOF, I have this date subscribed
18   my name.
19
20   Dated:   April 18, 2017
21
22
23                   _____
24            RACHEL FERRIER
25            CSR No. 6948
```

Veritext Legal Solutions
866 299-5127