MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.:  3:17-cv-00939 WHA<br><br>**DECLARATION OF MILES EHRLICH IN SUPPORT OF PLAINTIFF WAYMO'S  ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS BRIEF AND SUPPORTING DOCUMENTS ON THE DILIGENCED EMPLOYEES' WAIVER OF ATTORNEY-CLIENT PRIVILEGE FOR MATERIALS PROVIDED TO STROZ FRIEDBERG (Dkt. Nos. 1743 and 1747)** |

I, Miles Ehrlich, declare as follows:

　　　　1.　　　I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am a partner at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski.  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

　　　　2.　　　I make this declaration in support of Waymo's Administrative Motion to File Under Seal Its Brief And Supporting Documents On The Diligenced Employees' Waiver of Attorney-Client Privilege For Materials Provided to Stroz Friedberg (Dkt. Nos. 1743 and 1747)

("The Administrative Motion"). The Administrative Motion seeks an order sealing the following documents based on Mr. Levandowski's designation of privilege and/or confidentiality:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Brief on the Diligenced Employee's waiver of attorney-client privilege for materials provided to Stroz Friedberg ("Waymo's Brief" Dkt. 1747) | Highlighted Portions | Anthony Levandowski |
| Exhibit 1 to Waymo's Brief (Dkt. 1743) | Entire Document | Anthony Levandowski |
| Exhibit 2 to Waymo's Brief (Dkt. 1743) | Entire Document | Anthony Levandowski |
| Exhibit 3 to Waymo's Brief (Dkt. 1743) | Entire Document | Anthony Levandowski |
| Exhibit 6 to Waymo's Brief (Dkt. 1743) | Entire Document | Anthony Levandowski |

3. Mr. Levandowski does not assert that the highlighted portions of Waymo's Brief, or Exhibits 1, 2, and 3, to Waymo's brief merit sealing.

4. Mr. Levandowski seeks to maintain the confidentiality of Exhibit 6 because it contains sensitive and highly confidential information regarding the legal advice he has sought – over an approximately ten-year period – for both personal and business matters (some of which are wholly unrelated to this litigation). The information contained in Exhibit 6 includes attorneys' names, email addresses, and subject matter of the advice Mr. Levandowski sought from his attorneys; therefore, Mr. Levandowski asserts that Exhibit 6 merits sealing.

I declare under penalty of perjury under the laws of the State of California and the United

States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on September 25, 2017.

Date:   September 26, 2017                            Respectfully submitted,

*/s/ Miles Ehrlich*
Miles Ehrlich
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*