MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendant. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ARTURO J. GONZALEZ IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION TO COMPEL DEPOSITIONS**<br><br>Judge: The Honorable William Alsup<br><br>Trial Date: October 10, 2017 |

I, Arturo J. González, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Compel Depositions.

2. Attached as **Exhibit 1** are relevant pages from the depositions of Asheem Linaval taken on April 13, 2017 and August 15, 2017.

3. Attached as **Exhibit 2** are relevant pages from the depositions of Daniel Gruver, taken on April 20, 2017 and August 4, 2017.

4. Attached as **Exhibit 3** are relevant pages from the deposition of James Haslim, taken on April 18, 2017.

5. Attached as **Exhibit 4** are relevant pages from the deposition of Maxime Levandowski, taken on July 18, 2017.

6. Attached as **Exhibit 5** is a true and correct copy of excerpted pages from Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents, served on April 27, 2017.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced in this litigation bearing Bates numbers UBER00017249-UBER00017264.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced in this litigation bearing Bates numbers UBER00322231- UBER00322234.

9. Attached as **Exhibit 8** is a true and correct copy of a document produced in this litigation bearing Bates numbers UBER00321505- UBER00321511.

10. Attached as **Exhibit 9** is a true and correct copy of a document produced in this litigation bearing Bates numbers UBER00319670-UBER00319677.

11. Attached as **Exhibit 10** are relevant pages from the deposition of Nina Qi, taken on June 22, 2017.

12. Attached as **Exhibit 11** are relevant pages from the 30(b)(6) deposition of Adam Bentley taken on August 22, 2017.

13. Attached as **Exhibit 12** is a true and correct copy of an excerpted page from Defendants' Privilege Log Associated with March 31, 2017 Production of Documents, served on April 10, 2017.

14. Attached as **Exhibit 13** is a true and correct copy of an excerpted page from Defendants' Privilege Log Associated with March 31, 2017 Production of Documents, served on April 28, 2017.

15. Attached as **Exhibit 14** is a true and correct copy of Plaintiff Waymo LLC's 30(b)(6) Notice to Uber and Ottomotto, served on July 20, 2017.

16. Attached as **Exhibit 15** is a true and correct copy of Defendants Uber Technologies, Inc. and Ottomotto LLC's Amended Initial Disclosures, served on June 21, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of September, 2017 at San Francisco, California.

*/s/ Arturo J. Gonzàlez*
ARTURO J. GONZÀLEZ