# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                      )
                                )
          Plaintiff,            )
                                )
          vs.                   )   Case No.:
                                )   3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,        )
OTTOMOTTO LLC; OTTO TRUCKING    )
LLC,                            )
                                )
          Defendants.           )
_____)


ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL

San Francisco, California

Thursday, April 13, 2017

Volume 1


Reported by:

RACHEL FERRIER, CSR No. 6948

Job No. 2594014

PAGES 1 - 92

1

1    remember at some point -- I don't know whether it was --

2    I don't know what the time frame was, but I do remember

3    reapplying to Berkeley City College.

4        Q    So other than -- okay.  Thank you.

5             Did you submit any other applications?

6        A    Not to my knowledge.

7        Q    Okay.  What jobs did you apply for after you left

8    Google?

9        A    I didn't.  Not -- I mean not directly after.

10       Q    Okay.  What was your next job?

11       A    I worked consulting.  I was -- well, I worked

12   through Dogwood Leasing.

13       Q    What is Dogwood Leasing?

14       A    It's sort of -- could you ask a more specific

15   question?

16       Q    I'm not sure that I can.

17       A    Okay.

18       Q    You said that you worked for a company called

19   Dogwood Leasing.  I'm just asking you what it is.

20       A    Well, it's a -- ██████████████████████████

     ██  ██████████

22       Q    How did you come to do consulting for that

23   company?

24       A    At some point I talked to Anthony, and he

25   indicated that there was work I could do.

ATTORNEYS EYES ONLY

1     I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3     That the foregoing proceedings were taken before

4   me at the time and place herein set forth; that any

5   witnesses in the foregoing proceedings, prior to

6   testifying, were placed under oath; that a verbatim

7   record of the proceedings was made by me using machine

8   shorthand which was thereafter transcribed under my

9   direction; further, that the foregoing is an accurate

10  transcription thereof.

11    I further certify that I am neither financially

12  interested in the action nor a relative or employee of

13  any attorney or any of the parties.

14    IN WITNESS WHEREOF, I have this date subscribed

15  my name.

16

17  Dated:  April 13, 2017

18

19

20

21

22

23  _____

24  RACHEL FERRIER

25  CSR No. 6948

Page 92

Page 93

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,                          )

        Plaintiff,             )

        vs.                    ) Case No.

UBER TECHNOLOGIES, INC.,            ) 3:17-cv-00939-WHA

OTTOMOTTO LLC; OTTO TRUCKING        )

LLC,                                )

        Defendants.            )

_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


CONTINUED VIDEOTAPED DEPOSITION OF ASHEEM LINAVAL

Volume 2

San Francisco, California

Tuesday, August 15, 2017


REPORTED BY:

JOHNNA PIPER

CSR 11268

JOB No. 2680991


PAGES 93 - 257

Page 154

```
1    spending some time at Chauffeur, and all of the        10:25:44
2    sudden have a solution to that problem?                10:25:46
3              MR. MUINO:  Objection to form.               10:25:49
4              THE WITNESS:  No.                            10:25:49
5    BY MR. NARDINELLI:                                     10:25:54
6         Q.  What I want to try to do now is trace         10:25:55
7    through the extent to which anything that was          10:25:59
8    developed at Tyto or Odin Wave -- and I'm just going   10:26:02
9    to call that Tyto.  If there's a reason to             10:26:06
10   distinguish, let me know, but I'm just going to        10:26:09
11   blend them.  I want to trace through whether           10:26:11
12   anything developed at Tyto currently exists at Uber.   10:26:14
13        A.  Okay.                                         10:26:17
14        Q.  Okay.  So let's just start with a yes or no   10:26:17
15   question.                                              10:26:21
16             Is there anything that is currently under    10:26:22
17   development at Uber that derives in any way from       10:26:25
18   work that was performed at Tyto?                       10:26:29
19        A.  Work at Uber that was derived from work at    10:26:32
20   Tyto?                                                  10:26:37
21        Q.  Correct.                                      10:26:38
22        A.  Yes.                                          10:26:39
23        Q.  Okay.  So let's just go through it.           10:26:39
24             Can you explain to me what Tyto-developed    10:26:41
25   technology currently exists in some form at Uber?     10:26:45
```

Page 155

1      A.  As for the stuff that's -- that's going          10:26:47

2   into the -- the Fuji laser, I believe our current       10:26:52

3   system shares some of the same ██████████              ██████████

    ██████████████████████████████████████████████       ██████████

    ██████████. Actually, not that much, considering.      10:27:07

6        A lot -- I mean, it's -- it's a very               10:27:29

7   different type of laser than what we had -- Fuji is     10:27:31

8   a very different laser to what we developed at Tyto.    10:27:34

9      Q.  Was Spider more similar to what you              10:27:39

10  developed at Tyto?                                       10:27:43

11     A.  Spider was an attempt to cobble together a       10:27:43

12  multibeam laser out of parts of the Owl laser.          10:27:49

13     Q.  Which parts of the Owl laser went into the       10:27:53

14  development of Spider?                                   10:27:55

15     A.  █████████████████████████████████            ██████████

    ██████████████████████████████████████████████       ██████████

    ██████████████████████████                              10:28:20

18     Q.  Walk me through at a high level what the         10:28:22

19  differences were between Spider and Owl.                10:28:26

20     A.  I should preface this by saying that I only      10:28:33

21  started working on Spider when I was at Uber a few      10:28:40

22  weeks before Spider was shelved, so I may not have      10:28:44

23  all of the facts on this one, but I can -- I could      10:28:50

24  try.                                                     10:28:54

25     Q.  I appreciate that.  And please proceed with      10:28:55

Page 156

| | | |
|---|---|---|
| 1 | that caveat in mind. | 10:28:58 |
| 2 | A.  Okay. | 10:28:59 |
| 3 |     What are the differences? | 10:29:02 |
| 4 | Q.  Yeah, at a high level. | 10:29:03 |
| 5 | A.  At a high level? | 10:29:04 |
| 6 |     So we -- instead of having a -- a single | 10:29:06 |
| 7 | optical cavity, there were many optical cavities.  I | 10:29:13 |
| 8 | think there -- I don't want to get this wrong.  I | 10:29:19 |
| 9 | think there were eight optical cavities. | 10:29:22 |
| 10 | Q.  That's right.  Eight-leg spider. | 10:29:25 |
| 11 |     Owl only had one optical cavity? | 10:29:29 |
| 12 | A.  That's correct. | 10:29:32 |
| 13 | Q.  Okay.  So is Spider simply a matter of | 10:29:32 |
| 14 | taking the Owl and duplicating it eight times, | 10:29:36 |
| 15 | wiring it together? | 10:29:40 |
| 16 | A.  Not quite.  There was ███████████ | ███ |
| ██ | ██████████████████████ | ███ |
| ██ | ████████████████████████ | ███ |
| ██ | ██████████████████████████ -- | 10:29:59 |
| 20 |     THE COURT REPORTER:  I'm sorry.  Like what? | 10:29:59 |
| 21 |     THE WITNESS:  Sorry? | 10:29:59 |
| 22 |     THE COURT REPORTER:  Say that again.  I | 10:29:59 |
| 23 | couldn't hear you. | 10:29:59 |
| 24 |     THE WITNESS:  ████████████ | ███ |
| ██ | ████████████████████ | 10:30:10 |

Page 157

1 ████████████████████████████████   ████████

2 ████████████████████████████████   ████████

3 ████████████████████████████           10:30:20

4  BY MR. NARDINELLI:                        10:30:23

5      Q.  You said that you wanted to make it more   10:30:23

6  like Velodyne, for example; is that right?   10:30:25

7      A.  It would be -- it would have this -- a   10:30:29

8  comparable number of beams to Velodyne.   10:30:34

9      Q.  Were you aware at that time of any   10:30:37

10 commercialized or commercializable self-driving car   10:30:44

11 LiDARs besides the one offered by Velodyne?   10:30:49

12      MR. MUINO:  Objection to form.   10:30:54

13      THE WITNESS:  Was I aware of any other --   10:30:59

14 sorry.  Could you repeat that?   10:31:01

15      MR. NARDINELLI:  Sure.   10:31:03

16      Q.  Were you -- were you aware of any other   10:31:03

17 existing self-driving car LiDAR solutions besides   10:31:05

18 the one offered by Velodyne?   10:31:10

19      A.  At what point in time?   10:31:12

20      Q.  When you were developing Spider, so let's   10:31:13

21 call that -- October of 2016.   10:31:17

22      A.  Okay.  Yeah, I was -- I was aware that   10:31:25

23 there were other LiDAR units made by other   10:31:27

24 manufacturers that were either designed for or had   10:31:29

25 been used in self-driving cars, for like example,   10:31:35

Page 158

```
 1    LiDAR from SICK.                                         10:31:41

 2        Q.  How do you spell that?                          10:31:45

 3        A.  S-I-C-K.                                         10:31:46

 4            And I know that Bosch had designed and          10:31:49

 5    produced some number of automotive grade LiDAR.         10:31:54

 6        Q.  Anybody besides Velodyne, SICK, or Bosch        10:31:58

 7    developing self-driving car LiDAR at that time?         10:32:03

 8        A.  I can think of a couple.  So -- I mean, at      10:32:05

 9    some point they just become LiDAR and -- and they're    10:32:14

10    just kind of more general purpose.                      10:32:17

11            I know that like ASC have produced LiDAR        10:32:19

12    that have been tried on autonomous vehicles.  And       10:32:23

13    there's a company called Quanergy that was early in     10:32:31

14    development of -- of LiDAR for -- that were             10:32:38

15    applicable to self-driving cars.  There's another      10:32:41

16    company that I can't remember the name of.  But         10:32:44

17    there are a few players on the field.                   10:32:47

18        Q.  So coming to today, speaking of your            10:32:48

19    knowledge today, you're aware of LiDAR from at least    10:32:54

20    Velodyne, SICK, Bosch, ASC, Quanergy, and probably      10:32:59

21    some others; is that right?                             10:33:04

22        A.  That's right.                                   10:33:05

23        Q.  Is there any specific others that you can       10:33:06

24    add to that list?                                       10:33:09

25        A.  Not that I'm able to recall right now.          10:33:09
```

1       Q.  Of all of the LiDAR units that you are            10:33:13

2   aware of from the manufacturers that you've named or      10:33:20

3   others that you're familiar with but can't remember       10:33:24

4   the name of the manufacture, of all the self-driving      10:33:27

5   car LiDAR that you're aware of, do any besides Fuji       10:33:32

6   use ████████████████   in the transmit block?           10:33:35

7           MR. MUINO:  Objection to form.                    10:33:43

8           THE WITNESS:  Fuji -- Fuji has two optical        10:33:44

9   cavities ████████████████████.  Have to                 10:33:52

10  make that distinction there.  And based on my very       10:33:57

11  limited knowledge of the inner workings of -- of          10:34:02

12  those other LiDAR, I have to say that I don't -- I        10:34:08

13  don't know.                                               10:34:11

14  BY MR. NARDINELLI:                                        10:34:12

15      Q.  Other than Fuji, you're not aware of any          10:34:12

16  LiDAR that has a total of 64 laser diodes ██████    ██████    10:34:23
    ██ ████████████████████████; is that right?             10:34:23

18      A.  I'm aware of LiDAR that have 64 lasers.           10:34:26

19  It's a nice round number, Base 2, but I'm not aware       10:34:30

20  of -- I'm not aware -- aware of a specific                10:34:34

21  configuration on another LiDAR that arranges them in      10:34:38

22  ████████████████████████████████   ██████     10:34:53
    ██  ████████  across two different optical cavities.     10:34:53

24      Q.  Are you aware of any specific configuration       10:34:56

25  on any other LiDAR that arranges 64 laser diodes          10:35:00

Page 160

1   across ███████ , regardless of the number of          10:35:04

2   optical cavities?                                      10:35:07

3       A.   No.   Not to my knowledge.                    10:35:09

4       ██  █████████████                                  ████████

██     ████████████████████████████                        ████████

██  █████████████████████                                  ████████

██     ██  ████████████████████                            ████████

██  ████████████████████████████████                       ████████

██  ████████████████████████████                           ████████

██     ██  █████████████████                               ████████

██     ██  ████                                            ████████

██     ██  ████████████████████████                        ████████

██  ██████████████████                                     ████████

██     ██  ██████████                                      ████████

██     ██  ████████████████████████                        ████████

██  █████████████████                                      ████████

██     ██  ████████████████                                ████████

██  ██████████████████████████████                         ████████

██  ███████████                                            10:36:07

20              THE COURT REPORTER:   I'm sorry.  I couldn't    10:36:07

21  hear you.                                              10:36:07

22              THE WITNESS:   With any certainty.          10:36:11

23  BY MR. NARDINELLI:                                     10:36:12

24      Q.   Outside of Fuji, for any other self-driving   10:36:12

25  car LiDAR, are you aware of any techniques used by     10:36:18

Page 161

1    that LiDAR to configure the ███████████████      ██████████
                                                       10:36:28
██   █████████████████████?
3         MR. MUINO:  Objection to form.              10:36:30
4         THE WITNESS:  Sorry.  Could you rephrase    10:36:31
5    that more specifically?  What do you -- what do you  10:36:35
6    mean by configure?                               10:36:38
7    BY MR. NARDINELLI:                                10:36:39
8         Q.  Outside of Fuji, are you aware of any   10:36:43
9    self-driving car LiDAR that uses ████████████     ██████████
                                                       10:36:49
██   ████████████████████████████
11        A.  ███████████████████████████████         ██████████
                                                       10:36:59
██   ████████████████     I believe Velodyne do something
13   similar.                                          10:37:04
14        Q.  Anyone besides Velodyne?                 10:37:05
15        A.  Not that I'm currently aware of.         10:37:07
16        Q.  Okay.  So going back to the relationship 10:37:17
17   between Owl technology and Fuji.  You said that   10:37:20
18   ██████████████████████████████████████████████    ██████████
                                                       10:37:28
██   ██████████████████████████████; is that right?
20        A.  There are aspects of those that are carried  10:37:31
21   over, yes.  There -- yeah.                        10:37:33
22        Q.  Fair enough.                             10:37:34
23        Let's just take them one by one.             10:37:35
24        Can you tell me what aspects of the ████████  ██████████
                                                       10:37:40
██   ███████████   from Tyto have carried over into the Fuji

Page 162

1    design?                                               10:37:43

2        A.  I haven't worked on that directly, and it     10:37:46

3    -- it's possible that quite a bit of it has changed.  10:37:56

4        Q.  So you don't have knowledge one way or the    10:37:59

5    other of precisely what parts of the Tyto ████        █████████

█    ██████████   currently exists in Fuji?               10:38:06

7        A.  That's correct.                               10:38:08

8        Q.  How about the ████████   ███████████          █████████

█    ████████                                             10:38:14

10       █   █████████████████████████████████████         █████████

█    ███████  ██████████████████████                      █████████

█    ████████████████████████████████████                 █████████

█    ███████████████████████████████████                  █████████

█    ██████████████████████████████████████                █████████

█    ████████████████████                                  █████████

█    █████████████████████████████████████                 █████████

█    ████████████████                                      █████████

█    █   ████████████████████████████████████             █████████

█    █   ████████████████████████████████████             █████████

█    ██████████████████████████████████████                █████████

█    ████████                                             █████████

█    █   ████████████████████████████████████             █████████

█    ██████████████████████████████████████                █████████

█    █   ███████████████████████                           █████████

█    █   ██████████████████████████████████                10:39:10

10:40:37

Page 164

1

Page 165

1      Q. ███████████████████████████████    ██████████

 ███████████████████████████████████████████         ██████████

 ██████████████████████████████████████████          ██████████

 ███████████████████████████████████████████████     ██████████

 ████████                                             ██████████

 ██    ████    ████████████████████████████████████   ██████████

 ██    ████████████                                   10:41:56

8      Q.  Okay.  So back at the beginning of your     10:41:57

9  testimony today I asked you what you worked on with 10:42:09

10  respect to Fuji.  You gave me four answers, and the 10:42:13

11  second one was laying out certain portions of the   10:42:15

12  ████████████████████                                10:42:19

13       Do you remember that testimony?                10:42:20

14      A.  I do.                                        10:42:20

15      Q.  And that's still your testimony, correct?    10:42:22

16      A.  That is still my testimony.                  10:42:24

17      Q.  Can you describe first just at a high level  10:42:25

18  of what portions of the transmit board you have      10:42:27

19  worked on?                                           10:42:31

20    ████   ███████████████████████████████████       ██████████

 ██    ████████████████████████████████████            ██████████

 ██    ██████████████████    ███████████████████████   ██████████

 ██    ████    ████████████████████████████████        ██████████

 ██    ████████████████████████                         10:42:58

25      Q.  What portion of the PCB layout did you do    10:43:07

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

1

2      I, JOHNNA PIPER, a Certified Shorthand

3   Reporter, hereby certify that the witness in the

4   foregoing deposition was by me duly sworn to tell

5   the truth, the whole truth, and nothing but the

6   truth in the within-entitled cause;

7        That said deposition was taken in shorthand

8   by me, a disinterested person, at the time and place

9   therein stated, and that the testimony of the said

10  witness was thereafter reduced to typewriting, by

11  computer, under my direction and supervision;

12       That before completion of the deposition,

13  review of the transcript [ ]was [X]was not

14  requested.  If requested, any changes made by the

15  deponent (and provided to the reporter) during the

16  period allowed are appended hereto.

17       I further certify that I am not of counsel

18  or attorney for either or any of the parties to the

19  said deposition, nor in any way interested in the

20  event of this cause, and that I am not related to

21  any of the parties thereto.

22       DATED: 8/16/2017

23

24

25  JOHNNA PIPER, CSR NO. 11268

Page 257