# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
                                    )
WAYMO LLC,                          )
                                    )
        Plaintiff,                 )
                                    )
        vs.                        ) Case No.:
                                    ) 3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,            )
OTTOMOTTO LLC; OTTO TRUCKING        )
LLC,                                )
                                    )
        Defendants.                )
_____)

ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF JAMES HASLIM
San Francisco, California
Tuesday, April 18, 2017
Volume 1

Reported by:
RACHEL FERRIER, CSR No. 6948
Job No. 2597892
PAGES 1 - 112

1

1  Q  That's a -- that's a good point, so let me just
2  actually ask that.
3     Were you aware, before you joined Otto, about
4  Otto's Li- -- LiDAR technology development efforts?
5  A  No.
6  Q  So you joined Tyto -- excuse me.
7     You joined Otto in May 2016; right?
8  A  Yes.
9  Q  When you showed up at your new company --
10 A  Mm-hmm.
11 Q  -- tell me what happened in terms of what you
12 understood your new job responsibilities were going to
13 be.
14 A  When I joined Otto, my job description was senior
15 mechanical engineer and LiDAR lead.  That would imply
16 that I was responsible for developing a LiDAR sensor.
17 Q  Who did you report to?
18 A  When I joined Otto, I reported to Anthony
19 Levandowski.
20 Q  And who else was on the LiDAR team with you at
21 that time?
22 A  At the time I joined, we had a number of
23 employees.  Since I believe you are asking for a list,
24 I'm going to -- I'm not going to get all the names, I'm
25 sure, but I can try.

1       There would be myself, Mike Carisoff, Matt
2  Palomar, Tre Long [phonetic], Dan Gruver, Gaetan
3  Pennecot, Max Levandowski, Daniel Ratner.  That's all I
4  can recall right now.
5       Q    And what LiDAR technology at Otto existed when
6  you joined in May 2016?
7       A    I would have to say that there was no LiDAR
8  sensor at the time that I joined Otto that I was aware
9  of, and there were employees that were on the LiDAR
10 team, apparently, before I joined.
11      Q    What were they working on?
12      A    They were working on a couple projects.  One of
13 those projects was some sort of ███████████████
      ████████████████████████████████████████████
      ████████████████████████████████ .
16      Q    Did that have a name?
17      A    No, not that I'm aware of.
18      Q    Okay.  Can we just give it a name for the
19 purposes of our discussion today, whatever name you feel
20 comfortable with, just so I can refer to it?
21      A    ████████    I guess.
22      Q    So ████████ did they show you the designs for
23 ████████ ?
24      A    At the time, I don't think I saw those designs,
25 no.

```
1     A    Yes.
2     Q    Who came up with the ████████████████████
      ████████████████████████████
4     A    I was working with the mechanical engineer doing
5    the optical cavity design, and I recommended he purchase
6    ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████
9     Q    Who were you working with?
10    A    That was Max Levandowski, the mechanical
11   engineer.
12    Q    And is he related to Anthony Levandowski?
13    A    Yes.
14    Q    How is he related?
15    A    I understand they are brothers.
16    Q    And so Max Levandowski also works on the LiDAR
17   team; is that right?
18    A    Yes.
19    Q    So you and Mr. Levandowski's brother, Max, came
20   up with the
21   ████████████████████████████████████████
     ████████████████████████ is that right?
23         MR. KIM:  Objection; form.
24         THE WITNESS:  Max and I came up with ████████
     ████████████████████████████████████████
```

ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4            I, the undersigned, a Certified Shorthand
 5    Reporter of the State of California, do hereby certify:
 6            That the foregoing proceedings were taken before
 7    me at the time and place herein set forth; that any
 8    witnesses in the foregoing proceedings, prior to
 9    testifying, were placed under oath; that a verbatim
10    record of the proceedings was made by me using machine
11    shorthand which was thereafter transcribed under my
12    direction; further, that the foregoing is an accurate
13    transcription thereof.
14            I further certify that I am neither financially
15    interested in the action nor a relative or employee of
16    any attorney or any of the parties.
17            IN WITNESS WHEREOF, I have this date subscribed
18    my name.
19
20    Dated:   April 18, 2017
21
22
23    _____
24    RACHEL FERRIER
25    CSR No. 6948
```

Page 112