# EXHIBIT 5

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/22/16 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |
| 2 | 8/22/16 | Christian Lymn [clymn@uber.com] | Andrew Glickman [andrew.glickman@uber.com] | | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | | | |
| 3 | 8/19/16 | Judith Branham (Stroz Friedberg) | Eric A. Tate, Anna Ferrari, Eric Amdursky | Mary Fulginiti, Eric Friedberg, Melanie Maugeri | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |

Case 3:17-cv-00939-WHA   Document 1832-6   Filed 09/26/17   Page 4 of 8

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 7/18/16 | Justin Suhr ▮ | Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |
| 5 | 7/18/16 | Andrew Glickman [andrew.glickman@uber.com] | Justin Suhr [▮], Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.  Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |

3

Case 3:17-cv-00939-WHA   Document 1832-6   Filed 09/26/17   Page 5 of 8

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | | | |
| 6 | 7/18/16 | Justin Suhr ▉ | Andrew Glickman [andrew.glickman@uber.com], Christian Lymn [clymn@uber.com] | Eric Tate [etate@mofo.com], Angela Padilla [angela.padilla@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |

Case 3:17-cv-00939-WHA   Document 1832-6   Filed 09/26/17   Page 6 of 8

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 4/29/16 | Haley, Charles [chaley@cooley.com] | Aaron Melville ███████████ Jones, Brittany D. [bjones@cooley.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Jay Choi ████████████], Nina Qi ████████ ████ Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |
| 8 | 5/2/16 | Aaron Melville ████████████ | Haley, Charles [chaley@cooley.com], Jones, Brittany D. [bjones@cooley.com] | Beerle, Ben [bbeerle@cooley.com], Andrew Glickman [andrew.glickman@uber.com], Jay Choi ████████████, Nina Qi █████████ ████ Christian Lymn [clymn@uber.com] | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | | | |
| 9 | 4/12/16 | Tate, Eric Akira [ETate@mofo.com] | Salle Yoo [salle@uber.com] | Christian Lymn [clymn@uber.com], Angela L. Padilla (angela.padilla@uber.com) [angela.padilla@uber.com], Justin Suhr [■■■], Todd Hamblet [■■■], Andrew Glickman [andrew.glickman@uber.com], Cameron Poetzscher [■■■], Ferrari, Anna [AFerrari@mofo.com], Aaron Melville [■■■ | | AC, WP, CI | Email concerning legal analysis or advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto.<br><br>Email regarding information obtained from Anthony Levandowski and shared pursuant to joint defense agreement to further investigation for the purpose of obtaining or giving legal advice, in anticipation of litigation involving Google, regarding acquisition of Ottomotto. | Maintained in Uber's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Glickman, Andrew |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants' Amended Second Supplemental Privilege Log Associated with March 31, 2017 Production of Documents**

| Priv Log No. | Document Date | Sent By/Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ▬] | | | | | | |

7