# EXHIBIT 7

| | |
|---|---|
| **From:** | Tate, Eric Akira |
| **Sent:** | Monday, April 04, 2016 2:12 PM |
| **To:** | Christian Lymn; Ben Beerle; Justin Suhr; Andrew Glickman |
| **Cc:** | angela.padilla@uber.com; Kim, Rudy Y.; Ferrari, Anna |
| **Subject:** | RE: Project Zing - Founder Attestation edits |
| **Attachments:** | SAN FRANCISCO-MoFo Edits to Founder Attestation-3638946.docx |

# Redacted

Eric A. Tate || Partner || Morrison Foerster LLP
425 Market Street || San Francisco, CA 94105
E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax 415.276.7272

---

**From:** Tate, Eric Akira
**Sent:** Monday, April 04, 2016 1:50 PM
**To:** Christian Lymn; Ben Beerle; Justin Suhr; Andrew Glickman
**Cc:** angela.padilla@uber.com
**Subject:** Fwd: Project Zing - Founder Attestation edits

# Redacted

Begin forwarded message:

> **From:** "John F. Gardner" <JGardner@Donahue.com>
> **Date:** April 4, 2016 at 1:41:31 PM PDT
> **To:** "Tate, Eric Akira" <ETate@mofo.com>
> **Cc:** "Amdursky, Eric" <eamdursky@omm.com>, "Ferrari, Anna" <AFerrari@mofo.com>, "Kim, Rudy Y." <RudyKim@mofo.com>, "Crandall-Whittom, Elizabeth J." <ECrandallWhittom@mofo.com>
> **Subject: Re: Project Zing - Founder Attestation edits**
>
> Eric, Eric,
>
> The Attestation is specified in the Indemnification Agreement, and is very narrow. You can take a look and feel free to call with any questions or to discuss. The transaction documents do no otherwise speak to an Attestation from the Founders.
>
> Thanks,
> John
>
> On Apr 4, 2016, at 1:36 PM, Tate, Eric Akira <ETate@mofo.com> wrote:

1

CONFIDENTIAL                                                                                                        UBER00322231

Eric,
Still trying to confirm with the deal folks if the Attestation comes from or has to come from Stroz or otherwise.  Understand from John that if it does not come from Stroz, it is fine to retain the statements that were forward-looking.

In the last one, the knowledge qualifier is fine, but the materiality and relevance qualifiers seem like overkill.  We do not recall agreeing to those points, and at this point, they are not acceptable.  Happy to discuss (I should free up after 3 or so today).

Thanks.

Eric A. Tate || Partner || Morrison Foerster LLP
425 Market Street || San Francisco, CA 94105
E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax 415.276.7272
<image002.png>

**From:** Amdursky, Eric [mailto:eamdursky@omm.com]
**Sent:** Sunday, April 03, 2016 1:55 PM
**To:** Tate, Eric Akira; John F. Gardner
**Cc:** Ferrari, Anna; Kim, Rudy Y.; Crandall-Whittom, Elizabeth J.
**Subject:** RE: Project Zing - Founder Attestation edits

Eric -- Attached is a revised version of the Attestation that includes changes that are consistent with our conversation from last week regarding this document.  Please let us know if this is in final form.  Thanks.

**From:** Tate, Eric Akira [mailto:ETate@mofo.com]
**Sent:** Thursday, March 31, 2016 10:38 AM
**To:** John F. Gardner; Amdursky, Eric
**Cc:** Ferrari, Anna; Kim, Rudy Y.; Crandall-Whittom, Elizabeth J.
**Subject:** Project Zing - Founder Attestation edits

Please see attached edits to the Founder Attestation.  Let us know if we missed anything that was discussed on our last call about this.  There were a few provisions John had indicated were prospective and should not be in this Attestation if it was coming from Stroz.  We left in and bracketed those provisions pending confirmation of who will present the Attestation.

Eric A. Tate || Partner || Morrison Foerster LLP
425 Market Street || San Francisco, CA 94105
E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax 415.276.7272
<image005.png>

**From:** John F. Gardner [mailto:JGardner@Donahue.com]
**Sent:** Monday, March 28, 2016 3:08 PM
**To:** Tate, Eric Akira; Eric Amdursky
**Cc:** Ferrari, Anna; Kim, Rudy Y.; Crandall-Whittom, Elizabeth J.
**Subject:** RE: Stroz/Addendum to Engagement Letter

Eric/Eric – attached is an updated Attestation, again in advance of our call this afternoon.

Thanks,
John

**From:** John F. Gardner
**Sent:** Monday, March 28, 2016 12:28 PM

2

CONFIDENTIAL                                                                                                                  UBER00322232

**To:** 'Tate, Eric Akira'; Eric Amdursky
**Cc:** Ferrari, Anna; Kim, Rudy Y.; Crandall-Whittom, Elizabeth J.
**Subject:** RE: Stroz/Addendum to Engagement Letter

Eric/Eric - attached is an annotated Attestation in advance of our call this afternoon.

Thanks,
John

**From:** Tate, Eric Akira [mailto:ETate@mofo.com]
**Sent:** Monday, March 28, 2016 10:03 AM
**To:** John F. Gardner; Eric Amdursky
**Cc:** Ferrari, Anna; Kim, Rudy Y.; Crandall-Whittom, Elizabeth J.
**Subject:** RE: Stroz/Addendum to Engagement Letter

Let's discuss on our call today at 5:30 p.m.  Eric indicated he could do 5:30 p.m. or after.  John, please confirm that works for you or if it does not, when thereafter you are available.  I will circulate a calendar invite.  Thanks.

Eric A. Tate || Partner || Morrison Foerster LLP
425 Market Street || San Francisco, CA 94105
E-Mail etate@mofo.com || Tel. 415.268.6915 || Desktop fax 415.276.7272
<image005.png>

**From:** John F. Gardner [mailto:JGardner@Donahue.com]
**Sent:** Monday, March 28, 2016 9:52 AM
**To:** Tate, Eric Akira; Eric Amdursky
**Subject:** Stroz/Addendum to Engagement Letter

Eric, Eric,

Following our call on Friday, enclosed is a form of Addendum to the Stroz Engagement Letter for your review.  The Addendum would formalize DFLLP as Client of Stroz under the Engagement Letter, dated March 4, 2016, consistent with the parties' joint defense posture and in light of the common interests involved in the examination.  Please advise if the enclosure meets with your approval, or provide any edits or adjustments to the document.

Thanks,
John

John F. Gardner | Partner
Donahue Fitzgerald LLP
<image006.png>
Growers Square, 1646 N. California Blvd, Ste. 250
Walnut Creek, CA  94596
Tel:  925.746.7770 | Fax: 925.746.7776
Walnut Creek||Oakland||Marin

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the

3

CONFIDENTIAL                                                                                                  UBER00322233

addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ETate@mofo.com, and delete the message.

CONFIDENTIAL                                                                                                          UBER00322234