# EXHIBIT 10

```
          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
             SAN FRANCISCO DIVISION


_____
                               )
WAYMO LLC,                     )
                               )
            Plaintiff,         )
                               )
       vs.                     )   Case No.
                               )   3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,       )
OTTOMOTTO LLC; Otto            )
Trucking LLC,                  )
                               )
            Defendants.        )
_____)




     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

       VIDEOTAPED DEPOSITION OF NINGJUN QI

            San Francisco, California

            Thursday, April 21, 2017

                    Volume I




Reported by:  SUZANNE F. GUDELJ
CSR No. 5111

Job No. 2644340

PAGES 1 - 320
```

Page 79

1    A    Lawyers, other senior leadership, John
2    Bares.
3    Q    Who were the lawyers that were involved?
4    A    At any point during the transaction?
5    Q    Mm-hmm.  Yes.                                10:39:28
6    A    Corporate lawyers, employment, IP, outside
7    counsel, and there could be more.
8    Q    Do you remember the names of any of the
9    lawyers who were involved in the negotiations that
10   led to the acquisition?                            10:39:46
11   A    Yes.
12   Q    Who were they?
13   A    You want all of them?
14   Q    That you can remember.
15   A    Andrew Glickman, Christian Lymn, Julie Xu,    10:39:53
16   internal -- Todd Hamlet, Salle Yoo, Justin Suhr,
17   Angela Padilla, Aaron Melville, Jay Choi.  Early on,
18   Robert Wu, Eric Schulman, but then they were --
19   ceased to be involved.  And then we had Cooley and
20   Mofo as outside counsel.                           10:40:46
21   Q    And you said that senior leadership was
22   also involved in the negotiations that led to the
23   acquisition; is that right?
24   A    Yes, they were involved.  It depends how
25   you define negotiations, but they were involved.   10:41:01

1       I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the testimony given.
12      Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or party to this action.
19      IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21 Dated: 6/23/2017
22
23 *[signature: Suzanne F. Gudelj]*
24     SUZANNE F. GUDELJ
25     CSR No. 5111

Page 320