1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO DEFENDANTS' SUBMISSION OF MICHAEL WAGNER'S DEPOSITION TESTIMONY** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal Portions

2  of its Response to Defendant's Submission of Michael Wagner's Deposition Testimony

3  ("Waymo's Response").

4      Having considered the Administrative Motion, and good cause to seal having been shown,

5  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the document listed

6  below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Response | Portions highlighted in blue |
|  | Portions highlighted in green |

**IT IS SO ORDERED.**

Dated: _____, 2017

    HON. WILLIAM ALSUP
    United States District Court Judge