```
1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC
```

10                     UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 12 | WAYMO LLC,<br>                  Plaintiff, | CASE NO. 3:17-cv-00939 |
|----|---|---|
| 13 |         vs. | **NOTICE OF APPEARANCE OF** |
| 14 | UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC, | **JEFFREY J. MILES** |
| 15 |                  Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey J. Miles, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Waymo LLC in the above-captioned matter.

> Jeffrey J. Miles (Cal. Bar No. 293869)
> jeffmiles@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111
> (415) 875-6600
> (415) 875-6700 facsimile

DATED:  September 26, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/* Jeffrey J. Miles
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC