Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, <br><br> Plaintiff, <br><br> v. <br><br> Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR A SEPARATE TRIAL** <br><br> Courtroom: 8, 19th Floor <br> Judge: Hon. William Alsup <br><br> Filed/Lodged Concurrently with: <br> 1. Admin. Mot. to File Documents Under Seal <br> 2. Declaration ISO Admin. Mot. to File Documents Under Seal <br> 3. Redacted/Unredacted Versions <br> 4. Proof of Service |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Otto Trucking's Motion for a Separate Trial (the "Administrative Motion").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Motion for a Separate Trial | Highlighted Portions | Waymo LLC |
| Exhibit 1 to Chatterjee Declaration – Excerpts of Deposition Transcript of Michael J. Wagner, dated September 22, 2017 | Entire Document | Waymo LLC |
| Exhibit 3 to Chatterjee Declaration – Excerpts of Plaintiff Waymo LLC's Supplemental Objections and Responses to Otto Trucking, LLC's [sic] Interrogatory Nos. 1-9, dated August 24, 2017 | Entire Document | Waymo LLC |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

[PROPOSED]ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL      CASE NO. 3:17-CV-00939-WHA