Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER** LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF NEEL CHATTERJEE ISO DEFENDANT OTTO TRUCKING LLC'S MOTION FOR A SEPARATE TRIAL**<br><br>Date:          October 3, 2017<br>Time:          8 a.m.<br>Courtroom:  8, 19th Floor<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1.  Defendant Otto Trucking LLC's Motion for a Separate Trial<br>2.  [Proposed] Order Granting Defendant Otto Trucking LLC's Motion for a Separate Trial<br>3.  Proof of Service |

I, Neel Chatterjee, declare as follows:

1.     I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and, if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Otto Trucking's Motion for a Separate Trial.

2.     On September 14, 2017, Otto Trucking produced 980 documents pursuant to the Court's order on the Stroz Report.  Otto Trucking produced a privilege log the next day, September 15, 2017.  Otto Trucking's final production, 10 password-protected documents that Otto Trucking was only recently able to unlock, was completed on September 25, 2017.  Otto Trucking believes it has no further outstanding discovery obligations, and has not been contacted by Waymo's counsel regarding any outstanding discovery obligations.

3.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Michael J. Wagner, dated September 22, 2017.

4.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the September 20, 2017 hearing transcript in the above-captioned matter.

5.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Plaintiff Waymo LLC's Supplemental Objections and Responses to Otto Trucking, LLC's [sic] Interrogatory Nos. 1-9, dated August 24, 2017.

6.     Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures, dated June 22, 2017.


I declare under penalty of perjury under the laws of the United States that  the foregoing is true and correct.  Executed this 26th day of September, 2017 in Menlo Park, California.


/s/         *Neel Chatterjee*
NEEL CHATTERJEE

DECLARATION OF NEEL CHATTERJEE ISO DEFENDANT
OTTO TRUCKING LLC'S MOTION FOR A SEPARATE TRIAL          CASE NO. 3:17-CV-00939-WHA