Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S MOTION FOR A SEPARATE TRIAL**<br><br>Courtroom:   8, 19th Floor<br>Judge:          Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Defendant Otto Trucking LLC's Motion for a Separate Trial<br>2. Declaration of Neel Chatterjee ISO Defendant Otto Trucking LLC's Motion for a Separate Trial<br>3. Proof of Service |

1  Before this Court is Defendant Otto Trucking LLC's Motion for a Separate Trial

2  ("Motion").  Having considered the Motion and the arguments of counsel, the Court hereby

3  **GRANTS** Otto Trucking LLC's Motion, and **ORDERS** Waymo LLC's claims against Otto

4  Trucking LLC proceed in a separate trial on the current case schedule.

5

6  **IT IS SO ORDERED.**

7

8  Dated: _____, 2017

9  HON. WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT
OTTO TRUCKING LLC'S MOTION FOR A SEPARATE TRIAL        CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 26, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 26, 2017**.

/s/ *Neel Chatterjee*
NEEL CHATTERJEE

2

[PROPOSED] ORDER GRANTING DEFENDANT
OTTO TRUCKING LLC'S MOTION FOR A SEPARATE TRIAL                CASE NO. 3:17-CV-00939-WHA