MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE WAYMO'S DAMAGES EXPERT MICHAEL J. WAGNER (DKT. 1777)** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Opposition to Defendants' Motion to Exclude Waymo's Damages Expert Michael J. Wagner (Dkt. 1777).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Opposition to Defendants' Motion to Exclude Waymo's Damages Expert Michael J. Wagner ("Opposition") | Red Boxes |
| Exhibit 1 | Red Boxes |
| Exhibits 4-9 | Entire Documents |

3. The red boxes in the Opposition contain highly confidential information discussing Uber's financial forecasts based on hypothetical assumptions, market strategy, development timeline estimates, and strategic business considerations. They also contain information regarding detailed financial terms of Uber's business agreements. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into how Uber's internal assumptions, business strategy, development timeline, and financial terms. Disclosure of this information could significantly harm Uber's competitive standing.

4. The red boxes in Exhibit 1 contain highly confidential information regarding an Uber employee's discussion of business strategy, market assumptions, and development timeline. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into

1  how one type of analysis at Uber of business strategy and development timeline.  Disclosure of

2  this information could significantly harm Uber's competitive standing.

3        5.      The entireties of Exhibits 5, 7, and 9 are internal company presentations and

4  documents containing highly confidential information regarding Uber's financial forecasts based

5  on hypothetical assumptions, as well as development timeline estimates, business operating

6  details, and pricing strategy.  The entirety of Exhibit 4 is an internal email discussing inputs to

7  these presentations and documents, which reflect Uber's internal assumptions and business

8  strategy, and the entirety of Exhibit 6 is a reply expert report that also discusses this highly

9  confidential information, as well as other highly confidential information about Uber's costs and

10  development timeline.  The entirety of Exhibit 8 is an email that discusses specific variables in

11  these presentations and documents, which reflect Uber's internal assumptions and business

12  strategy.  All of this highly confidential information reflect detailed information about Uber's

13  internal assumptions, strategy, finances, and technical development, and are maintained as

14  confidential.  Disclose of this information could allow competitors to acquire insight into Uber's

15  internal assumptions, business strategy, costs, development timeline, and pricing strategy,

16  allowing competitors to tailor their own business strategy to the detriment of Uber.

17        6.      The entirety of Exhibit 9 also contains highly confidential information regarding a

18  business agreement, including terms and conditions such as the specific obligations and

19  responsibilities of each party, specific financial terms of the agreement, and specific commercial

20  terms of the agreement that contain financial details.  This information is not publicly known, and

21  its confidentiality is strictly maintained.  I understand that disclosure of this information could

22  allow competitors and counterparties to gain insight into how Uber structures its business

23  agreements, including detailed information about financial and commercial terms offered by

24  Uber, allowing them to tailor their own negotiation or business strategy to the detriment of Uber.

25        7.      Defendants' request to seal is narrowly tailored to the portions of Waymo's

26  Motion and its supporting papers that merit sealing.

27

28

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of September, 2017 in San Francisco, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 26, 2017      */s/ Arturo J. Gonzalez*
ARTURO J. GONZALEZ