1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO SEAL NOTICE REGARDING STROZ REPORT DISCOVERY AND TASKS** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal its Notice Regarding Stroz Discovery and Tasks.

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Notice Regarding Stroz Discovery and Tasks | Highlighted in Blue |

**IT IS SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge