1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JAMES JUDAH** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, James Judah, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of a September 22, 2017 letter from counsel for Stroz Friedberg LLC.

3. Attached as Exhibit 2 is a true and correct copy of a September 23, 2017 email sent to counsel for Defendants regarding amended privilege logs provided by Defendants.

4. Attached as Exhibit 3 is a true and correct copy of a September 23, 2017 email sent to counsel for Lior Ron regarding privilege log deficiencies.

5. Attached as Exhibit 4 is a true and correct copy of a September 25, 2017 email regarding a document production from Mr. Gardner and Donahue Fitzgerald.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 27, 2017           /s James Judah
                                     James Judah

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Judah.

                                     /s/ Charles K. Verhoeven
                                     Charles K. Verhoeven