# Exhibit 2

| From: | James Judah |
|---|---|
| Sent: | Saturday, September 23, 2017 4:09 PM |
| To: | Hoang, Nancy; QE-Waymo; 'John Cooper'; 'Matthew Cate'; 'DG-GPOttoTruckingWaymo@goodwinlaw.com' |
| Cc: | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; 'Uber-sg@LISTS.SUSMANGODFREY.COM' |
| Subject: | RE: Waymo v Uber - Amended Privilege Logs |

John and Counsel –

This privilege log and the others produced after midnight earlier this morning indicates that many dozens of documents are still being improperly withheld and "will be produced in Uber Production No. 158." Why weren't these documents produced last Friday or Saturday? When will Uber finally produce them?

John, we request that this issue be added to the 4 PM meet and confer.

Best,
James

**From:** Hoang, Nancy
**Sent:** Saturday, September 23, 2017 2:51 AM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>; 'John Cooper' <JCooper@fbm.com>; 'Matthew Cate' <MCate@fbm.com>; 'DG-GPOttoTruckingWaymo@goodwinlaw.com' <DG-GPOttoTruckingWaymo@goodwinlaw.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com' <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; 'Uber-sg@LISTS.SUSMANGODFREY.COM' <Uber-sg@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Waymo v Uber - Amended Privilege Logs

Counsel,

Attached please find the last Amended Privilege Log Associated with the March 31, 2017 Production of Documents.

Best regards,

Nancy

**From:** Hoang, Nancy
**Sent:** Saturday, September 23, 2017 12:46 AM
**To:** 'qewaymo@quinnemanuel.com'; 'John Cooper'; 'Matthew Cate'; 'DG-GPOttoTruckingWaymo@goodwinlaw.com'
**Cc:** UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; 'Uber-sg@LISTS.SUSMANGODFREY.COM'
**Subject:** Waymo v Uber - Amended Privilege Logs

Counsel:

Attached please find Amended Privilege Logs Associated with the March 31, 2017 Production of Documents.

Best regards,

## NANCY HOANG

Paralegal | Morrison & Foerster LLP

755 Page Mill Road | Palo Alto, CA 94304-1018

mofo.com | LinkedIn | Twitter

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.