# Exhibit 4

| | |
|---|---|
| From: | David Perlson |
| Sent: | Monday, September 25, 2017 8:53 PM |
| To: | QE-Waymo |
| Subject: | Fwd: Waymo v. Uber: Donahue Fitzgerald/Gardner Supplemental Production |

---------- Forwarded message ----------
From: "S. Amber Lee"
Date: Sep 25, 2017 5:51 PM
Subject: Waymo v. Uber: Donahue Fitzgerald/Gardner Supplemental Production
To: evillegas@mofo.com,rsilverman@mofo.com,WRay@mofo.com,nchatterjee@goodwinlaw.com,aong@goodwinlaw.com,Andrea P Roberts <andreaproberts@quinnemanuel.com>,David Perlson <davidperlson@quinnemanuel.com>
Cc: "Merri A. Baldwin" <MBaldwin@rjo.com>

Counsel -

Below is a link to supplemental document production of John Gardner and Donahue Fitzgerald responsive to Waymo's subpoena dated June 14, 2017, containing documents that were inadvertently withheld. The password will be sent in a separate email. As with prior production, this supplemental production is being made subject to Rules 45 and 26 of FRCP. Any inadvertent disclosure of any privileged material is not a waiver, and we reserve the right to withdraw from production and claw back any such inadvertently disclosed privileged material.

Please let us know if you have any problem accessing the document portal.

Thank you.?

S. Amber Lee | Of Counsel
ROGERS JOSEPH O'DONNELL | a Professional Law Corporation
311 California Street, 10th fl | San Francisco, CA 94104
415.956.2828 main | 415.956.6457 fax |

www.rjo.com

UPLOADED FILES:
Filename Size Checksum (SHA256)
DF004.zip 1.5 MB 61753f104eb1e3240bc4383df167ef03092faed6f7c875eb9942fd2d34f07ebd

1

Please click on the following link to download the files:

The files are available until: Monday, October 2.

Message ID: