1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:      (415) 875-6600
8  Facsimile:      (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                  **PROOF OF SERVICE**

14       vs.

15  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1  I, John W. McCauley, declare as follows:

2      1.      I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose

3  address is 50 California Street, 22nd Floor, San Francisco, CA 94111.  I am over the age of eighteen

4  and not a party to this action.

5      2.      On September 27, 2017, I caused the following documents to be served on all counsel

6  of record via electronic mail:

7          a.   Unredacted version of Waymo's Notice Regarding Stroz Report Discovery and Tasks.

8      3.      The documents were transmitted via electronic mail to the addresses below, pursuant to

9  the agreement between the parties, and the electronic mail transmission was reported as complete and

10  without error.

11

| Recipient | Email Address: |
|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | |
|---|---|
| Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | |
| I. Neel Chatterjee (SBN 173985)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>Brett M. Schuman (SBN 189247)<br>Shane Brun (SBN 179079)<br>Rachel M. Walsh (SBN 250568)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104<br>415.954.4410<br>415.954.4480 | jcooper@fbm.com |
| Amy Craig (SBN 269339)<br>Miles Ehrlich (SBN 237954)<br>Ismail Ramsey (SBN 189820)<br>Ramsey & Ehrlich LLP<br>803 Hearst Ave<br>Berkeley, CA 94710<br>Tel.: +1 510 548 3600<br>Fax.: +1 510 291 3060 | amy@ramsey-ehrlich.com<br><br>miles@ramsey-ehrlich.com<br><br>izzy@ramsey-ehrlich.com |

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2  true and correct, and that this declaration was executed in San Francisco, California, on September 27,

3  2017.

4                                                    By  */s/ John W. McCauley*
                                                         John W. McCauley

5

6

7

8                                **SIGNATURE ATTESTATION**

9    Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

10  filing of this document has been obtained from John W. McCauley.

11

12                                               */s/ Charles K. Verhoeven*
                                                    Charles K. Verhoeven

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28