Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 02/2015) | **TRANSCRIPT ORDER**<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Dawn Siadatan | 2a. CONTACT PHONE NUMBER<br>(415) 875-6363 | 3. CONTACT EMAIL ADDRESS<br>dawnsiadatan@quinnemanuel.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>David Perlson | 2b. ATTORNEY PHONE NUMBER<br>(415) 875-6344 | 3. ATTORNEY EMAIL ADDRESS<br>davidperlson@quinnemanuel.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Quinn Emanuel<br>50 California St, 22nd Fl, San Francisco, CA 94111 | 5. CASE NAME<br>Waymo LLC v. Uber Technologies, Inc., et al. | 6. CASE NUMBER<br>17-cv-0939 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Lydia Zinn | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL  ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE<br>(initials) | TYPE<br>(e.g. CMC) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED<br>(email) | ECF ACCESS<br>(web) | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2017 | WHA | OTC | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Same day delivery of rough and final requested. Please email both contact person and attorney. Thank you.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE    s/ David A. Perlson | 12. DATE<br>09/27/2017 |
|---|---|

DISTRIBUTION:   ☐ COURT COPY    ☐ TRANSCRIPTION COPY    ☐ ORDER RECEIPT    ☐ ORDER COPY