# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

September 27, 2017

Writer's Direct Contact
+1 (415) 268.7020
AGonzalez@mofo.com

The Honorable Jacqueline Scott Corley
USDC, Northern District of California
San Francisco Courthouse
Courtroom F - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Waymo LLC v. Uber Technologies, Inc. et al.,* Case No. 3:17-cv-00939

Dear Magistrate Judge Corley:

Per the Court's request, this letter briefly addresses Waymo's contention that they have met the apex standard for deposing Uber's Chief Legal Officer because of a purported conflict regarding what was said about the Stroz investigation at an Uber Board meeting.  First, as of now, there is no conflict.  Waymo is simply anticipating that there might be a conflict after Travis Kalanick is deposed on Monday.  Second, Waymo is already scheduled to depose two other people (Cam Poetzscher and Nina Qi on Friday and Saturday, respectively) who attended that Board meeting.  Thus, this issue is premature and even if there were a dispute between Mr. Kalanick and a Board member about what was said, there are two other deponents who can be questioned on this issue.

Respectfully submitted,

Arturo J. González

sf-3826975