ADRIAN J. SAWYER (203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Non-Parties
SANDSTONE GROUP, LLC,
TYTO LIDAR, LLC, and
OGNEN STOJANOVSKI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ADRIAN J. SAWYER IN SUPPORT OF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL DEPOSITIONS, OVERRULE OBJECTIONS, COMPEL INTERROGATORIES, AND COMPEL SUPPLEMENTAL 30(B)(6) WITNESS (DKT. 1789)** |

I, Adrian J. Sawyer, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California. I am a partner in the law firm of Kerr & Wagstaffe LLP, attorneys for non-parties Sandstone Group, LLC, Tyto LiDAR, LLC, and Ognen Stojanovski. I have personal knowledge of the matters stated herein and if called upon would testify competently thereto.

2. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Motion to Compel Depositions, Overrule Objections, Compel Interrogatories, and Compel Supplemental 30(B)(6) Witness (Dkt. 1789). I have reviewed the Administrative Motion to File Under Seal (the "Administrative Motion"), together with Waymo's Motion to Compel Depositions, Overrule Objections, Compel Interrogatories, and Compel Supplemental 30(B)(6) Witness ("Motion to Compel") (Dkt. 1789-10), and the exhibit to the Motion to Compel sought to be filed under seal.

3. Tyto LiDAR is a non-party and are existing limited liability company. All of the information designated by Tyto LiDAR and included in the Motion to Compel was designated confidential. None of the information was designated highly confidential/AEO by Tyto LiDAR.

4. Exhibit 20 to the Motion to Compel is a Secondment Agreement between Dogwood Leasing, LLC and Odin Wave, LLC, subsequently known as Tyto LiDAR. Exhibit 20 contains confidential proprietary and operational information of Tyto LiDAR, including information related to development of its prototype LiDAR sensor and its management policies. Because Tyto LiDAR is a non-party and existing private company, it requests that its confidentiality interests in this information be respected in this proceeding.

5. Waymo's request to seal is narrowly tailored to those exhibits to Waymo's Response that merit sealing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of September, 2017 at San Francisco, California.

/s/ Adrian J. Sawyer
ADRIAN J. SAWYER

Case No. 3:17-cv-00939-WHA     1     DECLARATION OF ADRIAN J. SAWYER