QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOHN W. MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO LLC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS** |
|---|---|

1  I, John W. McCauley, hereby declare as follows.

2  1. I am a member of the bar of the State of California and an associate with Quinn
3  Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this
4  declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
5  would testify competently as follows.

6  2. Attached as Exhibit 1 is a true and correct copy of excerpts from the September 26,
7  2017 deposition transcript of Jim Timmins.

10  I declare under penalty of perjury under the laws of the State of California that the
11  foregoing is true and correct.

13  DATED: September 28, 2017      */s John W. McCauley*
                                    John W. McCauley

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

-2-                      Case No. 3:17-cv-00939-WHA
01980-00104/9586954.1    DECLARATION OF JOHN W. MCCAULEY