1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel.: 415.268.7000/Fax: 415.268.7522
5

6  KAREN L. DUNN (Admitted *Pro Hac Vice*)
   kdunn@bsfllp.com
   HAMISH P.M. HUME (Admitted *Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C.  20005
9  Tel.: 202.237.2727/Fax: 202.237.6131

10 WILLIAM C. CARMODY (Admitted *Pro Hac Vice*)
   bcarmody@SusmanGodfrey.com
11 SHAWN J. RABIN (Admitted *Pro Hac Vice*)
   srabin@SusmanGodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, New York 10019
   Tel: 212.336.8330/Fax: 212.336.8340
14
   *Counsel for Defendants*
15 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC
16
                    UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
18 WAYMO LLC,                              Case No.        3:17-cv-00939-WHA

19                 Plaintiff,              **DEFENDANTS UBER
                                           TECHNOLOGIES, INC.'S AND
20      v.                                 OTTOMOTTO LLC'S
                                           ADMINISTRATIVE MOTION TO
21 UBER TECHNOLOGIES, INC.,                FILE UNDER SEAL EXHIBITS TO
   OTTOMOTTO LLC; OTTO TRUCKING LLC,       AND PORTIONS OF THEIR
22                                         SUPPLEMENTAL BRIEF ON THEIR
                 Defendants.               MOTION TO EXCLUDE ONE OF
23                                         THREE OPINIONS PROFFERED BY
                                           WAYMO EXPERT JIM TIMMINS
24                                         [Dkt. 1612]**

25
                                           Judge:      Hon. William H. Alsup
26                                         Trial Date:  October 10, 2017

27

28

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal portions of and the exhibits to Uber's Supplemental Brief On Their Motion to Exclude One of Three Opinions Proffered By Waymo Expert Jim Timmins [Dkt. 1612] ("Supplemental Brief"). Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Supplemental Brief | Yellow – highlighted portions | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Zappala Declaration ISO Supplemental Brief | Yellow – highlighted portions | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 1 | Entire Document | Waymo, Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 2 | Entire Document | Waymo, Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 3 | Entire Document | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 4 | Entire Document | Sandstone Group LLC |
| Exhibit 5 | Entire Document | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 6 | Entire Document | Uber and Tyto LiDAR, LLC |
| Exhibit 9 | Red – highlighted portions | Waymo |

The yellow-highlighted portions of the Supplemental Brief and the red-highlighted portions of Exhibit 9; the entirety of Exhibits 1 and 2 contain information that I understand Waymo designated or may consider to be "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case. (*See* Zappala Decl. ISO Uber's Administrative Motion to File Under Seal, ¶ 3.) Uber's request is narrowly tailored to information Waymo designated and considers "Highly Confidential—Attorneys' Eyes Only" under the Protective Order, or asked to be sealed. (*Id.*)

1    Uber further seeks to seal the yellow-highlighted portions of the Supplemental Brief, the

2    Zappala Declaration ISO Supplemental Brief,  and the entirety of Exhibits 1, 2, 3, 4, 5, and 6,

3    because they contain information that third parties have designated confidential and/or highly

4    confidential.  The Supplemental Brief and Exhibits 1, 2, 3, 4, and 6 contain information that has

5    been designated as confidential by non-parties Sandstone Group, LLC, and Tyto LiDAR, LLC.

6    (*Id*. ¶ 4.)

7         3.    The entirety of Exhibit 6 is a third party's Operating Agreement, which was

8    obtained in connection with a business agreement and contains confidential information about the

9    operating details of this third party. This information is not publicly known, and its confidentiality

10   is strictly maintained. I understand that disclosure of this information could allow competitors and

11   counterparties to gain insight into how Defendants structure their business agreements with

12   respect to certain types of third parties, such that Defendants' competitive standing would be

13   harmed. (*Id*. ¶ 5.)

14        Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at

15   issue, with accompanying chamber copies.  Uber served Waymo with this motion on September

16   28, 2017.

17   Dated: September 28, 2017              BOIES SCHILLER FLEXNER LLP

18                                          By:   */s/ Karen L. Dunn*
                                                  Karen L. Dunn
19
                                           *Counsel for Defendants*
20                                         UBER TECHNOLOGIES, INC. AND
                                           OTTOMOTTO LLC
21

22

23

24

25

26

27

28

Admin. Mtn To File Under Seal Exhibits to And Portions Of Supp. Brief ISO Uber's
*Daubert* Mtn To Exclude One Of Three Opinions Proffered By Waymo Expert Jim
Timmins [Dkt. 1612]
Case No. 3:17-CV-00939-WHA