UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO AND PORTIONS OF SUPP. BRIEF ISO UBER'S *DAUBERT* MTN TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [DKT. 1612]
CASE NO. 3:17-CV-00939-WHA

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Supplemental Brief | Yellow – highlighted portions | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Zappala Declaration ISO Supplemental Brief | Yellow – highlighted portions | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 1 | Entire Document | Waymo, Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 2 | Entire Document | Waymo, Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 3 | Entire Document | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 4 | Entire Document | Sandstone Group LLC |
| Exhibit 5 | Entire Document | Sandstone Group LLC, and Tyto LiDAR, LLC |
| Exhibit 6 | Entire Document | Uber and Tyto LiDAR, LLC |
| Exhibit 9 | Red – highlighted portions | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

1

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO FILE UNDER EXHIBITS TO AND PORTIONS OF SUPP. BRIEF ISO UBER'S *DAUBERT* MTN TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [DKT. 1612]
CASE NO. 3:17-CV-00939-WHA