# EXHIBIT 1
# PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED