# EXHIBIT 2
## PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED