# EXHIBIT 3
## PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED