# EXHIBIT 4

## PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED