# EXHIBIT 5

# PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED