# EXHIBIT 6

## PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED