# EXHIBIT 8

ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4   _____
                                   )
5   WAYMO LLC,                     )
                                   )
6           Plaintiff,             )
                                   )
7           vs.                    )Case No.:
                                   )3:17-cv-00939-WHA
8   UBER TECHNOLOGIES, INC.,       )
    OTTOMOTTO LLC; OTTO TRUCKING   )
9   LLC,                           )
                                   )
10          Defendants.            )
    _____)
11
12
13              ATTORNEYS' EYES ONLY
14      VIDEOTAPED DEPOSITION OF JAMES HASLIM
15            San Francisco, California
16            Tuesday, April 18, 2017
17                   Volume 1
18
19
20
21
22
23  Reported by:
    RACHEL FERRIER, CSR No. 6948
24  Job No. 2597892
25  PAGES 1 - 112
```

Page 1

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   _____
                                   )
 5   WAYMO LLC,                    )
                                   )
 6           Plaintiff,            )
                                   )
 7           vs.                   )Case No.:
                                   )3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.,      )
     OTTOMOTTO LLC; OTTO TRUCKING  )
 9   LLC,                          )
                                   )
10           Defendants.           )
     _____)
11
12
13           VIDEOTAPED DEPOSITION OF JAMES HASLIM,
14   VOLUME 1, taken on behalf of the Plaintiff, at Quinn
15   Emanuel Urquhart & Sullivan, LLP, 50 California Street,
16   22nd Floor, San Francisco, California, beginning at
17   9:13 a.m. and ending at 11:49 a.m. on Tuesday,
18   April 18, 2017, before RACHEL FERRIER, Certified
19   Shorthand Reporter No. 6948.
20
21
22
23
24
25
                                                     Page 2
```

ATTORNEYS' EYES ONLY

```
1    company.                                                09:25:42
2       Q   Okay.  What is your understanding of             09:25:42
3    Mr. Levandowski's involvement in Oden Wave, slash, Tyto 09:25:46
4    LiDAR?                                                  09:25:50
5       A   I don't know of any involvement of Anthony       09:25:50
6    Levandowski and Tyto LiDAR or Oden Wave.                09:25:56
7       Q   Did you ever see Mr. Levandowski at Tyto LiDAR,  09:26:01
8    slash, Oden Wave's offices?                             09:26:05
9       A   Yes.  While we were at the Dwight Way address in 09:26:07
10   Berkeley, I did see Anthony Levandowski at that         09:26:10
11   location.                                               09:26:14
12      Q   And the Dwight Way address -- Mr. Levandowski    09:26:14
13   owns that building; right?                              09:26:15
14      A   I don't know.                                    09:26:17
15      Q   Okay.  So you are not aware that Mr. Levandowski 09:26:17
16   owns that -- the building at Dwight Way; is that right? 09:26:19
17      A   I don't have firsthand knowledge of that, no.    09:26:22
18      Q   Do you have any knowledge of that?               09:26:25
19      A   Rumor, speculation.  I believe I had heard that  09:26:26
20   he was the owner of the building.                       09:26:30
21      Q   Did that surprise you?                           09:26:31
22      A   No.                                              09:26:34
23      Q   When did you learn that?                         09:26:35
24      A   I think it would have been after I was working   09:26:36
25   there sometime.                                         09:26:41
```

ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   When did you first see Mr. Levandowski at | 09:26:42 |
| 2 | Oden Wave, slash, Tyto LiDAR's offices? | 09:26:47 |
| 3 | A   I don't recall. | 09:26:51 |
| 4 | Q   How often did he show up? | 09:26:53 |
| 5 | A   There was no regular rou- -- routine or | 09:26:54 |
| 6 | repetition to it.  It was sporadic on and off. | 09:27:02 |
| 7 | Q   Once a week? | 09:27:06 |
| 8 | A   Don't recall it being necessarily once a week.  I | 09:27:07 |
| 9 | don't know. | 09:27:14 |
| 10 | Q   Twice a week? | 09:27:14 |
| 11 | A   You know, I don't think it was that often. | 09:27:15 |
| 12 | Q   Every other week? | 09:27:19 |
| 13 | A   You can -- you're trying to get me to narrow down | 09:27:20 |
| 14 | exactly what the -- the rate was, but, again, I'm trying | 09:27:25 |
| 15 | to say there was no -- I don't recall any specific | 09:27:27 |
| 16 | cadence or -- or repetition rate to it. | 09:27:29 |
| 17 | Q   So I understand you are saying you don't recall | 09:27:32 |
| 18 | exactly how often he showed up. | 09:27:35 |
| 19 | A   Yes. | 09:27:37 |
| 20 | Q   What I'm trying to understand is the bounds of | 09:27:37 |
| 21 | your memory here. | 09:27:40 |
| 22 | So is it fair to say that you wouldn't dispute | 09:27:42 |
| 23 | that he showed up once every other week? | 09:27:46 |
| 24 | A   No.  If somebody suggested that was the case, I | 09:27:49 |
| 25 | would not contest that. | 09:27:51 |

Veritext Legal Solutions
866 299-5127

```
 1      Q    Okay.  When Mr. Levandowski showed up at Tyto        09:27:52
 2   LiDAR, why was he there?                                     09:28:04
 3      A    I believe he had an office in the building.          09:28:05
 4      Q    And what was he doing?                               09:28:11
 5      A    I don't know.                                        09:28:13
 6      Q    Did you ever talk with him?                          09:28:14
 7      A    Occasionally.                                        09:28:15
 8      Q    About what?                                          09:28:16
 9      A    He would ask questions about the business, how we    09:28:17
10   were doing; chat, as a friend.                               09:28:21
11      Q    It was not formally related to the business?         09:28:24
12      A    Which business?                                      09:28:27
13      Q    Tyto LiDAR.                                          09:28:28
14      A    Not to my knowledge.                                 09:28:30
15      Q    Are you familiar with a company called Dogwood       09:28:31
16   Leasing?                                                     09:28:34
17      A    I have heard the name Dogwood Leasing.               09:28:34
18      Q    What's your understanding of that company?           09:28:37
19      A    My understanding was we were using some              09:28:38
20   consultants that were hired by Dogwood Leasing for labor     09:28:42
21   in Oden Wave/Tyto LiDAR.                                     09:28:47
22      Q    Who decided to hire consultants from this Dogwood    09:28:48
23   Leasing company?                                             09:28:52
24      A    I don't know.                                        09:28:52
25      Q    Was it you?                                          09:28:55
```

ATTORNEYS' EYES ONLY

```
 1     A    No.                                                09:28:55
 2     Q    Are you aware that Mr. Levandowski owns that       09:28:56
 3   company?                                                  09:29:01
 4     A    I don't have firsthand knowledge, but I have       09:29:01
 5   heard that to be the case.                                09:29:05
 6     Q    Why was Tyto LiDAR hiring consultants from a       09:29:07
 7   company owned by Mr. Levandowski?                         09:29:13
 8     A    I don't know why Tyto LiDAR or Oden Wave hired     09:29:16
 9   specific- -- specifically from that company.              09:29:20
10     Q    Who -- who would have decided that?                09:29:23
11     A    I believe that would have been a decision made by  09:29:24
12   Brent Schwartz.                                           09:29:28
13     Q    Anyone else?                                       09:29:28
14     A    Not necessarily.                                   09:29:29
15     Q    What do you mean "not necessarily"?                09:29:31
16     A    I'm not aware of anyone else's input.  We -- we    09:29:33
17   had another employee of the company for legal purposes.   09:29:37
18   I don't know if they conferred.  It's entirely possible.  09:29:41
19     Q    Who's the other employee you are referring to?    09:29:44
20     A    Ognen.                                             09:29:45
21     Q    And that's --                                      09:29:48
22     A    I can't pronounce his last name.  Sorry.           09:29:50
23     Q    His last name?                                     09:29:53
24     A    "Sterginoff" [phonetic] or "Sterginoff."           09:29:54
25     Q    He actually headed Tyto LiDAR for a time; right?   09:29:56
```

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 1 | A | I'm not aware of that. | 09:30:02 |
| 2 | Q | You are not aware of that? | 09:30:03 |
| 3 | A | No.  No. | 09:30:04 |
| 4 | Q | Okay.  Are you aware of the relationship with | 09:30:05 |
| 5 | | Mr. -- I think it's Stepnowski [phonetic], or something | 09:30:10 |
| 6 | | along those lines, Ognen -- | 09:30:12 |
| 7 | A | Okay.  Ognen. | 09:30:12 |
| 8 | Q | -- and Mr. Levan- -- Mr. Levandowski? | 09:30:18 |
| 9 | A | I think I had only heard that they may have known | 09:30:22 |
| 10 | | each other from Cal. | 09:30:25 |
| 11 | Q | Are you aware of an incident in 2013 where Tyto | 09:30:30 |
| 12 | | LiDAR was ordering an identical part to one that Google | 09:30:35 |
| 13 | | was making at the time? | 09:30:39 |
| 14 | A | No. | 09:30:39 |
| 15 | Q | Okay.  You are not familiar with that incident? | 09:30:41 |
| 16 | A | I'm not familiar with Oden Wave making a part | 09:30:45 |
| 17 | | identical to a part made by somebody else. | 09:30:48 |
| 18 | Q | Would that surprise you? | 09:30:51 |
| 19 | A | Yes. | 09:30:52 |
| 20 | Q | Why? | 09:30:53 |
| 21 | A | How would the parts be identical? | 09:30:54 |
| 22 | Q | I -- I don't know. | 09:30:59 |
| 23 | A | That would be a reason to surprise if they were | 09:31:00 |
| 24 | | actually truly identical. | 09:31:03 |
| 25 | Q | Would it be really suspicious if they were | 09:31:05 |

ATTORNEYS' EYES ONLY

```
1    identical?                                              09:31:08

2       A    It depends on the part, the nature of the part. 09:31:08

3    If the part was designed by requirements, if it was a   09:31:11

4    simple part, maybe it would not be so surprising.       09:31:14

5       Q    Could be, though?                               09:31:16

6       A    Perhaps.                                        09:31:17

7       Q    Okay.  Who hired you at Tyto LiDAR?             09:31:18

8       A    I'm not sure.  I believe it would be Brent      09:31:29

9    Schwartz.                                               09:31:31

10      Q    You are not sure who hired you?                 09:31:32

11      A    No.                                             09:31:35

12      Q    How did you come to get the job?                09:31:37

13      A    I spoke with a handful of people, but just in my 09:31:39

14   job today, I can't say -- it's hard for me to articulate 09:31:44

15   who hires people at our company.  I would say Brent     09:31:48

16   Schwartz would be the hiring manager.  In that case, I  09:31:51

17   could say it was Brent Schwartz.                        09:31:54

18      Q    So you said you spoke with a handful of people. 09:31:55

19           Who did you speak with?                         09:31:58

20      A    So I spoke with Brent Schwartz.  I spoke with   09:31:59

21   Ognen -- no.  What is his name.  Soren Juelsgaard, and  09:32:04

22   I -- I did also, around the same time, speak with       09:32:12

23   Anthony Levandowski.                                    09:32:15

24      Q    So when you were looking to get hired by Tyto   09:32:15

25   LiDAR, you spoke with Brent Schwartz, Anthony           09:32:22
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4        I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney or any of the parties.
17        IN WITNESS WHEREOF, I have this date subscribed
18   my name.
19
20   Dated:  April 18, 2017
21
22
23   _____
24        RACHEL FERRIER
25        CSR No. 6948
```

Page 112