| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel.: 415.268.7000/Fax: 415.268.7522 |
| 5 | |
| | KAREN L. DUNN (Admitted *Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | HAMISH P.M. HUME (Admitted *Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington, D.C.  20005 |
| 9 | Tel.: 202.237.2727/Fax: 202.237.6131 |
| 10 | WILLIAM C. CARMODY (Admitted *Pro Hac Vice*) |
| | bcarmody@SusmanGodfrey.com |
| 11 | SHAWN J. RABIN (Admitted *Pro Hac Vice*) |
| | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, New York 10019 |
| | Tel: 212.336.8330/Fax: 212.336.8340 |
| 14 | |
| | *Counsel for Defendants* |
| 15 | UBER TECHNOLOGIES, INC. |
| | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: October 10, 2017 |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 29, 2017, I served **UNREDACTED** versions of the following documents:

1. SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612];

2. DECLARATION OF MELISSA FELDER ZAPPALA IN SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612];

3. EXHIBIT 1 to the DECLARATION OF MELISSA FELDER ZAPPALA IN SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612];

4. EXHIBIT 2 to the DECLARATION OF MELISSA FELDER ZAPPALA IN SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612]

5. EXHIBIT 3 to the DECLARATION OF MELISSA FELDER ZAPPALA IN SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612];

6. EXHIBIT 4 to the DECLARATION OF MELISSA FELDER ZAPPALA IN SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES,

1 | INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS

2 | PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612];

3 |       7.   EXHIBIT 5 to the DECLARATION OF MELISSA FELDER ZAPPALA IN

4 | SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES,

5 | INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS

6 | PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612];

7 |       8.   EXHIBIT 6 to the DECLARATION OF MELISSA FELDER ZAPPALA IN

8 | SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES,

9 | INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS

10 | PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612]; and

11 |       9.   EXHIBIT 9 to the DECLARATION OF MELISSA FELDER ZAPPALA IN

12 | SUPPORT OF SUPPLEMENTAL BRIEF ON DEFENDANTS UBER TECHNOLOGIES,

13 | INC.'S AND OTTOMOTTO LLC'S MOTION TO EXCLUDE ONE OF THREE OPINIONS

14 | PROFFERED BY WAYMO EXPERT JIM TIMMINS [Dkt. 1612].

15 |       The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule

16 | 5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP

17 | electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104 | JCooper@fbm.com |

| Recipient | Email Addresses |
|---|---|
| Special Master | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29th day of September, 2017, at Oakland, California.

By: */s/ Jenel Day*
Jenel Day

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: */s/ Karen L. Dunn*
Karen L. Dunn