1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:     415.268.7000
5   Facsimile:     415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC  20005
    Telephone:     202.237.2727
10  Facsimile:     202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY 10019-6023
    Telephone:     212.336.8330
15  Facsimile:     212.336.8340

16  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
17  and OTTOMOTTO LLC

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21  WAYMO LLC,                              Case No.       3:17-cv-00939-WHA

22            Plaintiff,                    **DECLARATION OF**
                                            **MICHELLE YANG IN SUPPORT OF**
23       v.                                 **DEFENDANTS' ADMINISTRATIVE**
                                            **MOTION TO FILE UNDER SEAL THE**
24  UBER TECHNOLOGIES, INC.,                **DECLARATION OF KEVIN**
    OTTOMOTTO LLC; OTTO TRUCKING LLC,       **FAULKNER REGARDING GOOGLE**
25                                          **DRIVE AND GMAIL MIGRATION**
          Defendants.
26

27

28

I, Michelle Yang, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal the Declaration of Kevin Faulkner Regarding Google Drive and Gmail Migration.

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Kevin Faulkner Regarding Google Drive and Gmail Migration ("Faulkner Declaration") | Highlighted Portions | Defendants |

3.      The blue-highlighted portions of the Faulkner Declaration contain contact information of a former employee.  Defendants request this information be kept under seal to protect the privacy interests of a person involved in this litigation, which is currently the subject of extensive media coverage.

4.      The blue-highlighted portions also contain a placeholder domain name used for migration of electronic information.  Disclosure of this information could allow others to attempt to compromise the security of Uber's internal electronic information systems by targeting specific placeholder domain names.

5.      Defendants' request to seal is narrowly tailored to the portions of the Faulkner Declaration that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of September, 2017 in San Francisco, CA.

_/s/ Michelle Yang_
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  September 29, 2017

_____
*/s/  Arturo J. González*
ARTURO J. GONZALEZ