1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  WAYMO LLC,                                    Case No.     3:17-cv-00939-WHA

12                  Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                                  DEFENDANTS UBER
13          v.                                    TECHNOLOGIES, INC. AND
                                                  OTTOMOTTO LLC'S
14  UBER TECHNOLOGIES, INC.,                      ADMINISTRATIVE MOTION TO
    OTTOMOTTO LLC; OTTO TRUCKING LLC,             FILE DOCUMENTS UNDER SEAL**
15
                    Defendants.
16

17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Declaration of Kevin Faulkner Regarding Google Drive and Gmail Migration | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge