Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR A SEPARATE TRIAL**<br><br>Courtroom:   8, 19th Floor<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Amended Declaration ISO Admin. Mot. to File Documents Under Seal<br>2. Amended [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto
2 Trucking") submits this administrative motion for an order to file under seal portions of Otto
3 Trucking's Motion for a Separate Trial (the "Administrative Motion").  Specifically, Otto
4 Trucking requests an order granting leave to file under seal the confidential portions of the
5 following documents:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Motion for a Separate Trial | Highlighted Portions | Defendants (highlighted in blue) |
| Exhibit 1 to Chatterjee Declaration – Excerpts of Deposition Transcript of Michael J. Wagner, dated September 22, 2017 | Entire Document | Defendants<br>Waymo LLC |
| Exhibit 3 to Chatterjee Declaration – Excerpts of Plaintiff Waymo LLC's Supplemental Objections and Responses to Otto Trucking, LLC's [sic] Interrogatory Nos. 1-9, dated August 24, 2017 | Entire Document | Otto Trucking (highlighted in blue)<br>Co-Defendants<br>Waymo LLC |

16    The highlighted portions of Otto Trucking's Motion for a Separate Trial and the entirety of
17 Exhibits 1 and 3 to the Chatterjee Declaration contain highly confidential, sensitive business
18 information relating to negotiations of the terms of Otto Trucking's agreements, its corporate
19 structure, and sensitive financial and business information. This information is not publicly
20 known, and its confidentiality is strictly maintained. I understand that this information could be
21 used by competitors to Otto Trucking's detriment, including in the context of negotiating business
22 deals. If such information were made public, I understand Otto Trucking's competitive standing
23 could be significantly harmed.
24    In addition, Exhibit 1 to the Chatterjee Declaration is the transcript of the deposition of
25 Waymo's damages expert Michael Wagner, which has been designated "Highly Confidential –
26 Attorneys' Eyes Only" and contains highly confidential information material from all parties in
27 accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"),
28 which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).

1

DEFENDANT OTTO TRUCKING LLC'S
AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL   CASE NO. 3:17-CV-00939-WHA

Pursuant to the Protective Order and subsequent stipulations, the parties have nine days to designate specific portions of the testimony as confidential or highly confidential. In the interim, Otto Trucking asks the Court to seal the entirety of the transcript. Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

Further, Exhibits 1 and 3 to the Chatterjee Declaration contain information that Plaintiff Waymo LLC ("Waymo") has designated and may contain information that Co-Defendants Uber and Ottomotto have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Otto Trucking states no position about whether the confidentiality designations are appropriate. Otto Trucking anticipates that Waymo and Co-Defendants will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

Otto Trucking's request to seal is narrowly tailored to those portions of the Administrative Motion and its supporting documents that merit provisional sealing.

Dated: September 29, 2017           Respectfully submitted,

                                    By:   */s/   Neel Chatterjee*
                                          Neel Chatterjee
                                          *nchatterjee@goodwinlaw.com*
                                          Brett Schuman
                                          *bschuman@goodwinlaw.com*
                                          Shane Brun
                                          *sbrun@goodwinlaw.com*
                                          Rachel M. Walsh
                                          *rwalsh@goodwinlaw.com*
                                          Hong-An Vu
                                          *hvu@goodwinlaw.com*
                                          Hayes P. Hyde
                                          *hhyde@goodwinlaw.com*
                                          James Lin
                                          *jlin@goodwinlaw.com*
                                          **GOODWIN PROCTER LLP**

                                    *Attorneys for Defendant:* Otto Trucking LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 29, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 29, 2017**.

/s/       *Neel Chatterjee*
            NEEL CHATTERJEE