Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**AMEDNED[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR A SEPARATE TRIAL**<br><br>Courtroom:　8, 19th Floor<br>Judge:　　　Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1.　Admin. Mot. to File Documents Under Seal<br>2.　Declaration ISO Admin. Mot. to File Documents Under Seal<br>3.　Redacted/Unredacted Versions<br>4.　Proof of Service |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Otto Trucking's Motion for a Separate Trial (the "Administrative Motion"). Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Motion for a Separate Trial | Highlighted Portions | Defendants (highlighted in blue) |
| Exhibit 1 to Chatterjee Declaration – Excerpts of Deposition Transcript of Michael J. Wagner, dated September 22, 2017 | Entire Document | Defendants<br>Waymo LLC |
| Exhibit 3 to Chatterjee Declaration – Excerpts of Plaintiff Waymo LLC's Supplemental Objections and Responses to Otto Trucking, LLC's [sic] Interrogatory Nos. 1-9, dated August 24, 2017 | Entire Document | Otto Trucking (highlighted in blue)<br>Defendants<br>Waymo LLC |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE