1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                     UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br>    Plaintiff,<br>  vs.<br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br>    Defendants. | CASE NO. 3:17-cv-00939<br><br>**NOTICE OF APPEARANCE OF SEAN S. PAK** |
|---|---|

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Sean S. Pak, an attorney with the firm of Quinn Emanuel

3  Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of

4  record for Waymo LLC in the above-captioned matter.

    Sean S. Pak (Cal. Bar No. 219032)
    seanpak@quinnemanuel.com
    50 California Street, Floor 22
    San Francisco, CA 94111
    Tel:  (415) 875-6600
    Fax:  (415) 875-6700

DATED:  September 29, 2017    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ Sean S. Pak
    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
    David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
    melissabaily@quinnemanuel.com
    John Neukom (Bar No. 275887)
    johnneukom@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC