Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HAYES P. HYDE IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS ADMINISTRATIVE MOTION TO SUPPLEMENT ITS MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL WAGNER [DKT. 1786]**<br><br>Courtroom:　　8<br>Judge:　　Hon. William Alsup<br>Trial:　　　October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1.　Under Seal Exhibit<br>2.　Proof of Service |

1    I, Hayes P. Hyde, declare as follows:

2    1.    I am an attorney at the law firm of Goodwin Procter, LLP.  I make this declaration

3  based upon matters within my own personal knowledge and if called as a witness, I could and

4  would competently testify to the matters set forth herein. I make this declaration in support of

5  Defendants Uber Technologies, Inc., and Ottomotto LLC's Administrative Motion to File Under

6  Seal Its Administrative Motion to Supplement Its Motion to Exclude the Testimony of Michael

7  Wagner ("Motion") and Exhibits 1, 2, and 3 attached thereto [Dkt. No. 1786].

8    2.    I have reviewed the following documents and confirmed that only the portions

9  identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to the Josephs Declaration | Otto Trucking: 126:7-142:10 |
| Exhibit 2 to the Josephs Declaration | Entirety |
| Exhibit 3 to the Josephs Declaration | Entirety |

3.    The above-referenced portions of Exhibit 1 include highly confidential, sensitive
business information relating to negotiations of the terms of Otto Trucking's agreements, its
corporate structure, and sensitive financial and business information. This information is not
publicly known, and its confidentiality is strictly maintained. I understand that this information
could be used by competitors to Otto Trucking's detriment, including in the context of negotiating
business deals. If such information were made public, I understand Otto Trucking's competitive
standing could be significantly harmed.

4.    The entirety of Exhibits 2 and 3 include highly confidential, sensitive business

1   information relating to negotiations of the terms of Otto Trucking's agreements, its corporate

2   structure, and sensitive financial and business information. This information is not publicly

3   known, and its confidentiality is strictly maintained. I understand that this information could be

4   used by competitors to Otto Trucking's detriment, including in the context of negotiating business

5   deals. If such information were made public, I understand Otto Trucking's competitive standing

6   could be significantly harmed.

7       I declare under penalty of perjury under the laws of the United States that  the foregoing is

8   true and correct. Executed this 29th day of September, 2017 in San Francisco, California.

9

10                              /s/ Hayes P. Hyde
                              Hayes P. Hyde

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hyde declaration ISO Waymo's Administrative
Motion to File Under Seal                           Case No. 3:17-CV-00939-WHA

1

## CERTIFICATE OF SERVICE

2
3
4
5
6

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 29, 2017. I further certify that all participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.

7
8

I certify under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September 2017.

9

/s/ Hayes P. Hyde
Hayes P. Hyde

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28