QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939<br><br><br>**NOTICE OF APPEARANCE OF<br>MARK YEH-KAI TUNG** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that Mark Yeh-Kai Tung, an attorney with the firm of Quinn

3  Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an

4  attorney of record for Waymo LLC in the above-captioned matter.

5         Mark Yeh-Kai Tung (Cal. Bar No. 245782)
       marktung@quinnemanuel.com
6      555 Twin Dolphin Dr., Floor 5
       Redwood City, CA 94065
7      Tel: (650) 801-5000
       Fax: (650) 801-5100
8

9

10

11  DATED:  September 29, 2017          QUINN EMANUEL URQUHART & SULLIVAN,
                                        LLP
12
                                        By:  /s/ Mark Yeh-Kai Tung
13                                           _____
                                             Charles K. Verhoeven (Bar No. 170151)
14                                           charlesverhoeven@quinnemanuel.com
                                             David A. Perlson (Bar No. 209502)
15                                           davidperlson@quinnemanuel.com
                                             Melissa Baily (Bar No. 237649)
16                                           melissabaily@quinnemanuel.com
                                             John Neukom (Bar No. 275887)
17                                           johnneukom@quinnemanuel.com
                                             Jordan Jaffe (Bar No. 254886)
18                                           jordanjaffe@quinnemanuel.com
                                             50 California Street, 22nd Floor
19                                           San Francisco, California 94111-4788
                                             Telephone:    (415) 875-6600
20                                           Facsimile:    (415) 875-6700

21                                           Attorneys for WAYMO LLC

22

23

24

25

26

27

28