MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL DEPOSITIONS, OVERRULE OBJECTIONS, COMPEL INTERROGATORIES, AND COMPEL SUPPLEMENTAL 30(B)(6) WITNESS (DKT. 1789)** |

1     I, Michelle Yang, declare as follows:

2     1.    I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Motion to Compel Depositions, Overrule Objections, Compel Interrogatories, and Compel Supplemental 30(B)(6) Witness (Dkt. 1789).

3     2.    I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 | Red Boxes |
| Exhibit 2 | Entire Document |
| Exhibit 4 | Entire Document |
| Exhibit 10 | Red Boxes |
| Exhibit 12 | Red Boxes |
| Exhibit 16 | Red Boxes |
| Exhibit 17 | Red Boxes |
| Exhibit 21 | Red Boxes |

3.    The red boxes in Exhibit 1 contain highly confidential information regarding development estimates of Otto's self-driving truck program, as well as the identity of a confidential vendor. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into the progress of Otto's self-driving truck program and Uber's business relationships. Disclosure of this information could significantly harm Uber's competitive standing.

4.      The entirety of Exhibit 2 is an internal company presentation containing highly confidential information regarding a business agreement, including specific financial terms and commercial terms of the agreement.  In addition, the red boxes in Exhibit 21 contain highly confidential information regarding financial terms of a business agreement.  This information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information could allow competitors and counterparties to gain insight into how Uber structures its business agreements, including detailed information about financial and commercial terms offered by Uber, allowing them to tailor their own negotiation or business strategy to the detriment of Uber.

5.      The entirety of Exhibit 4 contains highly confidential information regarding the technical features of a product concept developed at Otto, including design considerations and technical specifications.  This confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber through insight into design considerations and options, such that they could tailor their own LiDAR development.  Uber's competitive standing could be significantly harmed.

6.      The red boxes in Exhibits 10, 16, and 17 contain the contact information of company executives and employees, whose contact information may become compromised if disclosed to the public.  Defendants seek to seal this information in order to protect the privacy of these individuals because this lawsuit is currently the subject of extensive media coverage.  Disclosure of this information could expose these individuals to harm or harassment.

7.      The red boxes in Exhibit 12 contain the contact information of an individual involved in this media-intensive case.  Waymo did not serve this individual with this particular document, so Defendants propose those redactions as a courtesy.

8.      Defendants' request to seal is narrowly tailored to the portions of Waymo's Motion and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2017 in San Francisco, California.

                                              */s/ Michelle Yang*
                                              Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: September 29, 2017                     */s/ Arturo J. Gonzalez*
                                                                     ARTURO J. GONZALEZ