UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SANCTIONS** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal exhibits to its October 1 Motion for Sanctions (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Portions highlighted in green | Waymo |
| Exhibits B, C, F, G | Portions highlighted in green | Waymo |
| Exhibit C | Portions with red boxes | Waymo |
| Exhibit D | Portions highlighted in green with red boxes | Waymo |
| Exhibits H, I, J | Entire document | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE CORLEY
United States District Court Judge