# EXHIBIT F
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                          Page 178
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4                   --oOo--
 5  WAYMO LLC,
 6            Plaintiff,
                                      Case
 7  vs.                               No. 3:17-cv-00939-WHA
 8  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
              Defendants.
10  _____/
11
12     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK
15                    VOLUME II
16           WEDNESDAY, SEPTEMBER 6, 2017
17
18
19
20  Reported by:
21  Anrae Wimberley
22  CSR No. 7778
23  Job No.  2693569
24
25  Pages 178 - 317
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 229

| | | |
|---|---|---|
| 1 | MR. BAKER:  I want to mark the transcript highly | 15:03:46 |
| 2 | confidential. | 15:03:48 |
| 3 | MR. GONZALEZ:  We would object to that, but we'll | 15:03:53 |
| 4 | deal with that later. | 15:03:56 |
| 5 | BY MR. GONZALEZ: | 15:03:56 |
| 6 | Q.   Then in that same e-mail, after you say it's | 15:03:59 |
| 7 | "low value," in the very next paragraph, you say, | 15:04:03 |
| 8 | "It's not particularly surprising that he might check | 15:04:08 |
| 9 | things out once in the misguided dream of maybe making | 15:04:13 |
| 10 | individual contribution" -- | 15:04:15 |
| 11 | Do you see that? | 15:04:16 |
| 12 | A.   I do see that. | 15:04:17 |
| 13 | Q.   And the "he" you're talking about is | 15:04:20 |
| 14 | Mr. Levandowski; is that correct? | 15:04:21 |
| 15 | A.   That is correct. | 15:04:22 |
| 16 | Q.   -- "or maybe taking a look at the progress of | 15:04:26 |
| 17 | a widget." | 15:04:26 |
| 18 | Do you see that? | 15:04:27 |
| 19 | A.   I do see that. | 15:04:28 |
| 20 | Q.   And you expressed that opinion to the lawyer, | 15:04:30 |
| 21 | understanding that the lawyer was looking into | 15:04:33 |
| 22 | Mr. Levandowski's conduct; correct? | 15:04:35 |
| 23 | MR. BAKER:  Objection to form. | 15:04:36 |
| 24 | THE WITNESS:  What the lawyer was hoping to get, I | 15:04:39 |
| 25 | don't know. | 15:04:39 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 267

| | | |
|---|---|---|
| 1 | Do you see that, underneath, with a whole | 16:22:53 |
| 2 | bunch of bullet points? | 16:22:55 |
| 3 | A.  I do. | 16:22:55 |
| 4 | Q.  Did you write those? | 16:22:57 |
| 5 | A.  I believe so. | 16:22:58 |
| 6 | Q.  Were any of those ultimately what Google did | 16:23:02 |
| 7 | with respect to the SVN materials? | 16:23:05 |
| 8 | MR. BAKER:  Objection to form. | 16:23:11 |
| 9 | THE WITNESS:  Man, the formatting took a hit on | 16:23:14 |
| 10 | this. ███████████████████████████████████ | |
| | ███████████ | 16:23:22 |
| 12 | BY MR. CHATTERJEE: | 16:23:22 |
| 13 | Q.  ███████████████████████████████? | 16:23:27 |
| 14 | A.  ███████████████████████████████ | |
| | ███████. | 16:23:44 |
| 16 | Q.  ███████████████████████████████ | |
| | ███████████████████████ | 16:23:51 |
| 18 | Do you see that? | 16:23:53 |
| 19 | A.  Yes. | 16:23:53 |
| 20 | Q.  ███████████████████████████████ | |
| | ███████████████████████████████ | |
| | ███████████████ | 16:24:01 |
| 23 | Do you see that? | 16:24:02 |
| 24 | A.  Yes, I see that. | 16:24:03 |
| 25 | Q.  What did you mean when you wrote that? | 16:24:06 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 270

| | | |
|---|---|---|
| 1 | MR. BAKER: Objection to form. | 16:26:34 |
| 2 | THE WITNESS: I think it was probably more clear | 16:26:37 |
| 3 | with the coloring, but I don't remember for sure. | 16:26:41 |
| 4 | BY MR. CHATTERJEE: | 16:26:41 |
| 5 | Q. After you wrote this e-mail, do you know what | 16:26:44 |
| 6 | happened with respect to decisions about how to deal | 16:26:46 |
| 7 | with ▓▓▓▓▓▓▓▓▓▓? | 16:26:50 |
| 8 | A. I remember generally some things that | 16:26:53 |
| 9 | happened, but I don't remember exactly the order or | 16:26:57 |
| 10 | whether or not my memory is complete. | 16:27:00 |
| 11 | Q. So generally what happened? | 16:27:03 |
| 12 | A. I think in the very short term -- and, again, | 16:27:06 |
| 13 | this is a little fuzzy, it's been a while. | 16:27:10 |
| 14 | I think in the short term, we managed to get | 16:27:12 |
| 15 | ▓▓▓▓▓▓▓▓▓▓ And then we got -- then we got | 16:27:19 |
| 16 | approval to hav▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | ▓▓▓▓▓▓▓▓▓▓ | 16:27:54 |
| 25 | Q. Do you know approximately how long it took | 16:27:55 |

```
                                                                  Page 271
 1   from the time you sent this e-mail to the time that      16:28:00
 2   ███████████████████████████████████████                  16:28:03
 3        A.   I don't remember.                              16:28:04
 4        Q.   One month, two months?  Any sense?             16:28:08
 5        A.   I just don't remember.                         16:28:09
 6        Q.   If you go to the "Background" section,         16:28:15
 7   there's a sentence here -- it's the second from last    16:28:18
 8   in that section. ██████████████████████████████████
 9   ████████████████████████████████                          16:28:25
10             Do you see that?                               16:28:25
11        A.   I do.                                          16:28:29
12        Q.   Who told you to use ████████████████████       16:28:29
13        A.   I don't remember.                              16:28:30
14        Q.   Do you know why it was a nonstarter?           16:28:35
15        A.   Yes.                                           16:28:35
16        Q.   Why was it a nonstarter?                       16:28:38
17        A.   ████████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ████████████████████████                                 16:28:52
21        Q.   Do you use the TortoiseSVN software tool?      16:28:59
22        A.   Yes, I do.                                     16:29:00
23        Q.   And you use that to access the Subversion      16:29:02
24   server for Project Chauffeur and Waymo today?            16:29:07
25        A.   Yes, I do.                                     16:29:09
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 282

```
 1    MR. CHATTERJEE:  What's the next exhibit number?    16:41:03
 2    THE REPORTER:  2225.                                16:41:05
 3    MR. CHATTERJEE:  This is Exhibit 2225.              16:41:07
 4        (Defendants' Exhibit 2225 was marked.)          16:41:32
 5  BY MR. CHATTERJEE:                                    16:41:32
 6    Q.  Mr. Zbrozek, what I've handed you is Exhibit    16:41:37
 7  2225.  Just take a quick look at it, and let me know  16:41:41
 8  when you're done.                                     16:41:42
 9        (Witness reviews document.)                     16:42:05
10    A.  Okay.                                           16:42:06
11    Q.  Do you recognize this document?                 16:42:07
12    A.  I think so.                                     16:42:08
13    Q.  What is it?                                     16:42:09
14    A.  [REDACTED]
      [REDACTED]
      [REDACTED]
                                                          16:42:24
18    A.  That's the domain for it.                       16:42:26
19    Q.  [REDACTED]
      [REDACTED]                                          16:42:30
21    A.  It does not refer to the hosting service.       16:42:35
22    Q.  And if you compare it to Exhibit 2216, this     16:42:40
23  e-mail on Exhibit 2225 was sent six days after you    16:42:46
24  sent that electrical [REDACTED]                       16:42:50
25    A.  That appears to be the case.                    16:42:52
```