# EXHIBIT G
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 306

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4  --oOo--
5  WAYMO LLC,
6      Plaintiff,
                                                      Case
7  vs.                               No. 3:17-cv-00939-WHA
8  UBER TECHNOLOGIES, INC.;
   OTTOMOTTO LLC; OTTO TRUCKING LLC,
9
    Defendants.
10 _____/
11
12   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   VIDEOTAPED 30(b)(6) DEPOSITION OF GARY BROWN
15         VOLUME II
16     WEDNESDAY, SEPTEMBER 6, 2017
17
18
19
20 Reported by:
21 Anrae Wimberley
22 CSR No. 7778
23 Job No.  2693569
24
25 Pages 306 - 534

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 423

| | | |
|---|---|---|
| 1 | organizes a bunch of different log sources.  And, | 13:51:44 |
| 2 | again, the focus of our investigation was the -- | 13:51:51 |
| 3 | primarily the Windows laptop, from my perspective. | 13:51:55 |
| 4 | And then from Kristinn's perspective, I believe he was | 13:51:58 |
| 5 | doing some work on the Linux laptop. | 13:52:02 |
| 6 | And since we had found an unusual sequence of | 13:52:11 |
| 7 | events that I went through several times in our | 13:52:15 |
| 8 | previous deposition, there was never a need to go seek | 13:52:27 |
| 9 | out additional devices because they wouldn't undo what | 13:52:34 |
| 10 | we had observed happening on the Windows laptop. | 13:52:42 |
| 11 | MR. BAKER:  Counsel, it's 1:53.  I would like to | 13:52:45 |
| 12 | take a break before Mr. Zbrozek's deposition.  I don't | 13:52:49 |
| 13 | know if now is a good time. | 13:52:51 |
| 14 | MR. CHATTERJEE:  Yeah, that's fine. | 13:52:52 |
| 15 | MS. GOODMAN:  Okay. | 13:52:54 |
| 16 | THE VIDEOGRAPHER:  Just breaking or closing? | 13:52:56 |
| 17 | MR. CHATTERJEE:  We're breaking.  We're going to | 13:53:00 |
| 18 | be doing another deposition in between. | 13:53:02 |
| 19 | THE VIDEOGRAPHER:  Going off the record.  The time | 13:53:03 |
| 20 | is 1:53 p.m. | 13:53:05 |
| 21 | (Whereupon, the proceedings were adjourned at | 13:53:05 |
| 22 | 1:53 p.m. and resumed again at 6:04 p.m.) | |
| 23 | THE VIDEOGRAPHER:  Back on the record.  The time | 18:04:05 |
| 24 | is 6:04 p.m. | 18:04:08 |
| 25 | MR. BAKER:  And, Counsel, just while I'm thinking | 18:04:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 424

|    |                                                              |           |
|----|--------------------------------------------------------------|-----------|
| 1  | about it, I want to mark the transcript highly               | 18:04:13  |
| 2  | confidential, please.                                        | 18:04:15  |
| 3  | BY MS. GOODMAN:                                              |           |
| 4  |     Q.  Mr. Brown, what did you do during the                | 18:04:17  |
| 5  | multi-hour break in your deposition?                         | 18:04:21  |
| 6  |     A.  I watched Netflix.                                   | 18:04:23  |
| 7  |     Q.  Did you discuss your testimony with anybody          | 18:04:27  |
| 8  | during that break?                                           | 18:04:28  |
| 9  |     A.  I did not.                                           | 18:04:29  |
| 10 |     Q.  Okay.  I want to ask you some more questions         | 18:04:33  |
| 11 | about Exhibit 2215, which should be in front of you.         | 18:04:38  |
| 12 |     A.  Yes.                                                 | 18:04:38  |
| 13 |     Q.  Okay.  If you look at page 86896, on October         | 18:04:56  |
| 14 | 6th, Mr. Gorman is writing, "The goal ultimately is to       | 18:05:01  |
| 15 | figure out why he was doing whatever he was doing in         | 18:05:05  |
| 16 | December 2015 and January '16."                              | 18:05:09  |
| 17 |         Do you see that?                                     | 18:05:09  |
| 18 |     A.  I do see that.                                       | 18:05:10  |
| 19 |     Q.  So do you understand -- strike that.                 | 18:05:13  |
| 20 |         Was it your understanding in October 2016            | 18:05:15  |
| 21 | lawyers were trying to figure out what Anthony               | 18:05:18  |
| 22 | Levandowski was doing and why he was doing it in that        | 18:05:22  |
| 23 | time period?                                                 | 18:05:23  |
| 24 |     A.  It says it right here, so, yes.                      | 18:05:26  |
| 25 |     Q.  So you understood that was -- you were being         | 18:05:30  |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                         Page 507
1    BY MR. CHATTERJEE:                                  20:52:59
2         Q.  ████████████████████████████               20:53:03
3         A.  I don't.                                   20:53:05
4         Q.  ██████████████████████████████████████████
     ██████████████████████████████████████████████████
     ████████████████████████                            20:53:17
7         Q.  Yes.                                       20:53:18
8         A.  Yes.                                       20:53:19
9         Q.  What is that?                              20:53:20
10        A.  I believe it will provide metadata around a 20:53:25
11   file system.                                        20:53:27
12        Q.  █████████████████████████████████          20:53:36
13        MR. BAKER:  Objection to form.                 20:53:37
14        THE WITNESS:  I was not hands-on on the        20:53:40
15   Levandowski laptops.  That would have been Kristinn. 20:53:47
16   BY MR. CHATTERJEE:                                  20:53:47
17        Q.  ██████████████████████████████████████████
     ████████████████████████████                        20:53:55
19        MR. BAKER:  Objection to form.                 20:54:01
20        THE WITNESS:  That seems like it would describe -- 20:54:04
21   or could describe a code repository that is off corp. 20:54:09
22   BY MR. CHATTERJEE:                                  20:54:09
23        Q.  ██████████████████████████████████████████
     ██████████████████████████████████████████████████
     ████████████████████████████████████                20:54:20
```