QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF JAMES BAKER IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION FOR SANCTIONS** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    I, James Baker, hereby declare as follows:

2    1.    I am a member of the bar of the State of New York and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

3    2.    Plaintiff has moved for sanctions against Defendants for their knowing and intentional violation of the Protective Order governing discovery in this case (Dkt. 60) and this Court's specific order (the "Sealing Order") requiring redaction of the domain name of Waymo's subversion (or "SVN") server (Dkt. 1444).

4    3.    Attached as Exhibit A is a true and correct copy of the Protective Order governing discovery in this case.

5    4.    Attached as Exhibit B is a true and correct copy of a September 1 email chain exchanged among counsel for Waymo and counsel for Defendants.

6    5.    Attached as Exhibit C is a true and correct copy of the attachment to the 12:09pm email from Arturo Gonzalez that is part of the email chain attached hereto as Exhibit B.

7    6.    Attached as Exhibit D is a true and correct copy of the attachment to the 1:03pm email from James Baker that is part of the email chain attached hereto as Exhibit B.

8    7.    Attached as Exhibit E is a true and correct copy of the attachment to the 1:33pm email from Arturo Gonzalez that is part of the email chain attached hereto as Exhibit B.

9    8.    Attached as Exhibit F is a true and correct copy of portions of the transcript from the September 6 deposition of Sasha Zbrozek.

10   9.    Attached as Exhibit G is a true and correct copy of portions of the transcript from the September 6 deposition of Gary Brown.

11   10.   Attached as Exhibit H is a true and correct copy of portions of the transcript from the September 27 deposition of Bruce Hartley.

12   11.   Attached as Exhibit I is a true and correct copy of a September 27 email chain exchanged among counsel for Waymo and counsel for Defendants.

12. Attached as Exhibit J is a true and correct copy of a September 29 email chain exchanged among counsel for Waymo and counsel for Defendants.

13. Attached as Exhibit K is a true and correct copy of a August 28 email chain exchanged among counsel for Waymo and counsel for Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 1, 2017         */s James Baker*
                               James Baker

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Baker.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven