# EXHIBIT F
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                   Page 178

 1               UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4                        --oOo--

 5    WAYMO LLC,

 6                   Plaintiff,

                                     Case

 7    vs.                  No. 3:17-cv-00939-WHA

 8    UBER TECHNOLOGIES, INC.;

      OTTOMOTTO LLC; OTTO TRUCKING LLC,

 9

                   Defendants.

10    _____/

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14   VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK

15                     VOLUME II

16           WEDNESDAY, SEPTEMBER 6, 2017

17

18

19

20    Reported by:

21    Anrae Wimberley

22    CSR No. 7778

23    Job No.  2693569

24

25    Pages 178 - 317
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 229

1          MR. BAKER:  I want to mark the transcript highly        15:03:46

2    confidential.                                                  15:03:48

3          MR. GONZALEZ:  We would object to that, but we'll        15:03:53

4    deal with that later.                                          15:03:56

5    BY MR. GONZALEZ:                                               15:03:56

6          Q.   Then in that same e-mail, after you say it's       15:03:59

7    "low value," in the very next paragraph, you say,             15:04:03

8    "It's not particularly surprising that he might check         15:04:08

9    things out once in the misguided dream of maybe making        15:04:13

10   individual contribution" --                                    15:04:15

11              Do you see that?                                    15:04:16

12         A.   I do see that.                                      15:04:17

13         Q.   And the "he" you're talking about is               15:04:20

14   Mr. Levandowski; is that correct?                             15:04:21

15         A.   That is correct.                                   15:04:22

16         Q.   -- "or maybe taking a look at the progress of      15:04:26

17   a widget."                                                    15:04:26

18              Do you see that?                                   15:04:27

19         A.   I do see that.                                     15:04:28

20         Q.   And you expressed that opinion to the lawyer,      15:04:30

21   understanding that the lawyer was looking into               15:04:33

22   Mr. Levandowski's conduct; correct?                          15:04:35

23         MR. BAKER:  Objection to form.                          15:04:36

24         THE WITNESS:  What the lawyer was hoping to get, I      15:04:39

25   don't know.                                                    15:04:39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                    Page 267
 1         Do you see that, underneath, with a whole   16:22:53

 2   bunch of bullet points?                            16:22:55

 3       A.   I do.                                     16:22:55

 4       Q.   Did you write those?                      16:22:57

 5       A.   I believe so.                             16:22:58

 6       Q.   Were any of those ultimately what Google did   16:23:02

 7   with respect to the SVN materials?                 16:23:05

 8       MR. BAKER:   Objection to form.                16:23:11

 9       THE WITNESS:   Man, the formatting took a hit on   16:23:14

10   this. ████████████████████████████████████

█    ████████████████████                              16:23:22

12   BY MR. CHATTERJEE:                                 16:23:22

13       Q.   ██████████████████████████████████████?   16:23:27

14       A.   ███████████████████████████████████████

█    ████████████.                                     16:23:44

16       Q.   ███████████████████████████████████████

█    ████████████████████████████████                 16:23:51

18         Do you see that?                             16:23:53

19       A.   Yes.                                      16:23:53

20       Q.   ███████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████                          16:24:01

23         Do you see that?                             16:24:02

24       A.   Yes, I see that.                          16:24:03

25       Q.   What did you mean when you wrote that?     16:24:06
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                    Page 270

 1        MR. BAKER:  Objection to form.            16:26:34

 2        THE WITNESS:  I think it was probably more clear   16:26:37

 3   with the coloring, but I don't remember for sure.   16:26:41

 4   BY MR. CHATTERJEE:                              16:26:41

 5        Q.   After you wrote this e-mail, do you know what   16:26:44

 6   happened with respect to decisions about how to deal   16:26:46

 7   with ███████████████? ?                         16:26:50

 8        A.   I remember generally some things that   16:26:53

 9   happened, but I don't remember exactly the order or   16:26:57

10   whether or not my memory is complete.           16:27:00

11        Q.   So generally what happened?           16:27:03

12        A.   I think in the very short term -- and, again,   16:27:06

13   this is a little fuzzy, it's been a while.      16:27:10

14        I think in the short term, we managed to get   16:27:12

15   ████████████████  And then we got -- then we got   16:27:19

16   approval to hav ████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████                                    16:27:54

25        Q.   Do you know approximately how long it took   16:27:55
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 271

| # | | |
|---|---|---|
| 1 | from the time you sent this e-mail to the time that | 16:28:00 |
| 2 | ████████████████████████████████ | 16:28:03 |
| 3 | A.   I don't remember. | 16:28:04 |
| 4 | Q.   One month, two months?  Any sense? | 16:28:08 |
| 5 | A.   I just don't remember. | 16:28:09 |
| 6 | Q.   If you go to the "Background" section, | 16:28:15 |
| 7 | there's a sentence here -- it's the second from last | 16:28:18 |
| 8 | in that section. ███████████████████████ | |
| ▌ | ████████████████████████ | 16:28:25 |
| 10 | Do you see that? | 16:28:25 |
| 11 | A.   I do. | |
| 12 | Q.   Who told you to use███████████████ | 16:28:29 |
| 13 | A.   I don't remember. | 16:28:30 |
| 14 | Q.   Do you know why it was a nonstarter? | 16:28:35 |
| 15 | A.   Yes. | 16:28:35 |
| 16 | Q.   Why was it a nonstarter? | 16:28:38 |
| 17 | A.   █████████████████████████████ | |
| ▌ | ███████████████████████████████████ | |
| ▌ | ███████████████████████████████████ | |
| ▌ | ████████████████ | 16:28:52 |
| 21 | Q.   Do you use the TortoiseSVN software tool? | 16:28:59 |
| 22 | A.   Yes, I do. | 16:29:00 |
| 23 | Q.   And you use that to access the Subversion | 16:29:02 |
| 24 | server for Project Chauffeur and Waymo today? | 16:29:07 |
| 25 | A.   Yes, I do. | 16:29:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                        Page 282

 1        MR. CHATTERJEE:  What's the next exhibit number?    16:41:03

 2        THE REPORTER:  2225.                                16:41:05

 3        MR. CHATTERJEE:  This is Exhibit 2225.              16:41:07

 4             (Defendants' Exhibit 2225 was marked.)         16:41:32

 5   BY MR. CHATTERJEE:                                       16:41:32

 6     Q.    Mr. Zbrozek, what I've handed you is Exhibit     16:41:37

 7   2225.  Just take a quick look at it, and let me know     16:41:41

 8   when you're done.                                        16:41:42

 9             (Witness reviews document.)                    16:42:05

10     A.    Okay.                                            16:42:06

11     Q.    Do you recognize this document?                 16:42:07

12     A.    I think so.                                      16:42:08

13     Q.    What is it?                                      16:42:09

14     A.    ████████████████████████████████████████████

       ███████████████████████████████████████████████████

       ███████████████████████████████████████████████████

       ██████████████████████████████████████              16:42:24

18     A.    That's the domain for it.                        16:42:26

19     Q.    ████████████████████████████████████████████

       ███████████████████████                              16:42:30

21     A.    It does not refer to the hosting service.        16:42:35

22     Q.    And if you compare it to Exhibit 2216, this      16:42:40

23   e-mail on Exhibit 2225 was sent six days after you      16:42:46

24   sent that electrical███████████████████████████         16:42:50

25     A.    That appears to be the case.                     16:42:52
```