# EXHIBIT G
# FILED UNDER SEAL

```
                                                      Page 306
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4                    --oOo--
 5   WAYMO LLC,
 6            Plaintiff,
                                    Case
 7   vs.                            No. 3:17-cv-00939-WHA
 8   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
 9
              Defendants.
10   _____/
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14      VIDEOTAPED 30(b)(6) DEPOSITION OF GARY BROWN
15                    VOLUME II
16            WEDNESDAY, SEPTEMBER 6, 2017
17
18
19
20   Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2693569
24
25   Pages 306 - 534
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 423

| | | |
|---|---|---|
| 1 | organizes a bunch of different log sources.  And, | 13:51:44 |
| 2 | again, the focus of our investigation was the -- | 13:51:51 |
| 3 | primarily the Windows laptop, from my perspective. | 13:51:55 |
| 4 | And then from Kristinn's perspective, I believe he was | 13:51:58 |
| 5 | doing some work on the Linux laptop. | 13:52:02 |
| 6 | And since we had found an unusual sequence of | 13:52:11 |
| 7 | events that I went through several times in our | 13:52:15 |
| 8 | previous deposition, there was never a need to go seek | 13:52:27 |
| 9 | out additional devices because they wouldn't undo what | 13:52:34 |
| 10 | we had observed happening on the Windows laptop. | 13:52:42 |
| 11 | MR. BAKER:  Counsel, it's 1:53.  I would like to | 13:52:45 |
| 12 | take a break before Mr. Zbrozek's deposition.  I don't | 13:52:49 |
| 13 | know if now is a good time. | 13:52:51 |
| 14 | MR. CHATTERJEE:  Yeah, that's fine. | 13:52:52 |
| 15 | MS. GOODMAN:  Okay. | 13:52:54 |
| 16 | THE VIDEOGRAPHER:  Just breaking or closing? | 13:52:56 |
| 17 | MR. CHATTERJEE:  We're breaking.  We're going to | 13:53:00 |
| 18 | be doing another deposition in between. | 13:53:02 |
| 19 | THE VIDEOGRAPHER:  Going off the record.  The time | 13:53:03 |
| 20 | is 1:53 p.m. | 13:53:05 |
| 21 | (Whereupon, the proceedings were adjourned at | 13:53:05 |
| 22 | 1:53 p.m. and resumed again at 6:04 p.m.) | |
| 23 | THE VIDEOGRAPHER:  Back on the record.  The time | 18:04:05 |
| 24 | is 6:04 p.m. | 18:04:08 |
| 25 | MR. BAKER:  And, Counsel, just while I'm thinking | 18:04:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 424

| | | |
|---|---|---|
| 1 | about it, I want to mark the transcript highly | 18:04:13 |
| 2 | confidential, please. | 18:04:15 |
| 3 | BY MS. GOODMAN: | |
| 4 | Q.   Mr. Brown, what did you do during the | 18:04:17 |
| 5 | multi-hour break in your deposition? | 18:04:21 |
| 6 | A.   I watched Netflix. | 18:04:23 |
| 7 | Q.   Did you discuss your testimony with anybody | 18:04:27 |
| 8 | during that break? | 18:04:28 |
| 9 | A.   I did not. | 18:04:29 |
| 10 | Q.   Okay.  I want to ask you some more questions | 18:04:33 |
| 11 | about Exhibit 2215, which should be in front of you. | 18:04:38 |
| 12 | A.   Yes. | 18:04:38 |
| 13 | Q.   Okay.  If you look at page 86896, on October | 18:04:56 |
| 14 | 6th, Mr. Gorman is writing, "The goal ultimately is to | 18:05:01 |
| 15 | figure out why he was doing whatever he was doing in | 18:05:05 |
| 16 | December 2015 and January '16." | 18:05:09 |
| 17 | Do you see that? | 18:05:09 |
| 18 | A.   I do see that. | 18:05:10 |
| 19 | Q.   So do you understand -- strike that. | 18:05:13 |
| 20 | Was it your understanding in October 2016 | 18:05:15 |
| 21 | lawyers were trying to figure out what Anthony | 18:05:18 |
| 22 | Levandowski was doing and why he was doing it in that | 18:05:22 |
| 23 | time period? | 18:05:23 |
| 24 | A.   It says it right here, so, yes. | 18:05:26 |
| 25 | Q.   So you understood that was -- you were being | 18:05:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                          Page 507
 1   BY MR. CHATTERJEE:                                   20:52:59
 2        Q.   █████████████████████████                  20:53:03
 3        A.   I don't.                                   20:53:05
 4        Q.   ███████████████████████████████████████████
     ███████████████████████████████████████████████████████
     █████████████████████████                            20:53:17
 7        Q.   Yes.                                       20:53:18
 8        A.   Yes.                                       20:53:19
 9        Q.   What is that?                              20:53:20
10        A.   I believe it will provide metadata around a 20:53:25
11   file system.                                         20:53:27
12        Q.   ████████████████████████████████████       20:53:36
13        MR. BAKER:  Objection to form.                  20:53:37
14        THE WITNESS:  I was not hands-on on the         20:53:40
15   Levandowski laptops.  That would have been Kristinn. 20:53:47
16   BY MR. CHATTERJEE:                                   20:53:47
17        Q.   ███████████████████████████████████████████
     ████████████████████████████████                     20:53:55
19        MR. BAKER:  Objection to form.                  20:54:01
20        THE WITNESS:  That seems like it would describe -- 20:54:04
21   or could describe a code repository that is off corp. 20:54:09
22   BY MR. CHATTERJEE:                                   20:54:09
23        Q.   ███████████████████████████████████████████
     ███████████████████████████████████████████████████████
     ████████████████████████████████████████             20:54:20
```