# EXHIBIT K

# Lindsay Cooper

| | |
|---|---|
| **From:** | Chang, Esther Kim <echang@mofo.com> |
| **Sent:** | Monday, August 28, 2017 3:33 PM |
| **To:** | Jeff Nardinelli |
| **Cc:** | UberWaymoMoFoAttorneys; DG-GPOttoTruckingWaymo@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; QE-Waymo; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com); Wolfe, Pat A. |
| **Subject:** | Re: Deposition designations of CBI |

Jeff,

Uber and Ottomotto agree.

**Esther Kim Chang**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: (415) 268-7562 | F: (415) 276-7308
EChang@mofo.com | www.mofo.com

On Aug 28, 2017, at 11:13 AM, Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> wrote:

> - External Email -
>
> John and counsel,
>
> One issue we meant to raise on the call but did not.  Typically the parties have been designating deposition transcripts within six days of receiving the final transcripts.  Due to the back-heavy deposition schedule there are 12 transcripts due today, then five due tomorrow, four Wednesday, and three Friday.  Can the parties agree to a modest 3-day extension for each?
>
> Thanks,
> Jeff
>
> **Jeff Nardinelli**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> 415-875-6325 Direct
> 415.875.6600 Main Office Number
> 415.875.6700 FAX
> jeffnardinelli@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

==================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.