1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Tel: 415.268.7000 / Fax: 415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC 20005
9  Tel: 202.237.2727 / Fax: 202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
12 New York, NY 10019-6023
   Tel. 212.336.8330 / Fax. 212.336.8340
13
   Attorneys for Defendants
14 UBER TECHNOLOGIES, INC.
   and OTTOMOTTO LLC

15

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18                            SAN FRANCISCO DIVISION

19 | WAYMO LLC,                              | Case No.    3:17-cv-00939-WHA

20 |              Plaintiff,                 | **DECLARATION OF MIKE SCHLANSER REGARDING GOOGLE DRIVE AND GMAIL MIGRATION**
21 |        v.                               |
22 | UBER TECHNOLOGIES, INC.,                |
   | OTTOMOTTO LLC; OTTO TRUCKING LLC,       |
23 |                                         |
   |              Defendants.                |
24 |                                         | Trial Date: October 10, 2017

25

26

27

28

1 **DECLARATION OF MIKE SCHLANSER**

2   I, Mike Schlanser, declare as follows:

3   1.   I am a Senior Engineer at Promevo. I make this declaration based on personal
4 knowledge and, where indicated, my review of Promevo's business records. If called as a
5 witness, I would testify to the facts listed below.

6   2.   Promevo is an information technology reseller and consulting company
7 specializing in G Suite environments. It offers a range of products and services to its customers,
8 including custom app development, user support, and migration services to migrate existing
9 G Suite data to new G Suite domains. I have been employed at Promevo for ten years. I have
10 been a Senior Engineer since 2011. In my role as Senior Engineer, I am responsible for
11 developing and maintaining software applications and systems, including portions of systems
12 Promevo uses to perform data migration, and have trained others in the performance of data
13 migrations.

14   3.   Promevo worked for Uber's technical team to perform the migration of data from
15 the ot.to domain into the Uber.com domain, including both email and Google Drive data, that
16 took place on or about November 5, 2016.

17   4.   It is Promevo's regular practice that, in the course of migrating customer accounts,
18 system records based on information or events concerning the migration are generated by
19 Promevo's migration tools and software, which are operated by an employee with knowledge of
20 the migration. These records of the migration are created and maintained in the ordinary course
21 of business by Promevo. In my role as Senior Engineer, I routinely both create and access such
22 records. The software engineer who handled the November 2016 migration is no longer with
23 Promevo. However, I have access to and have reviewed Promevo's records from the November
24 2016 migration.

25   5.   I began reviewing Promevo's records of the November 2016 migration on
26 September 28 and 29, 2017, based on an inquiry received from Uber. Based on my review of
27 Promevo's records, the email data in account "a@ottomoto.me" failed to migrate successfully to

28

1  Uber's domain [1], and the account "a@ottomoto.me" was the owner of 39 Google Drive files, 29
2  of which were migrated successfully.
3        6.     In the course of my review of Promevo's records, I searched and reviewed email
4  messages in the mailbox of the Promevo engineer who had handled the November 2016
5  migration, from around the time of the migration.  I did not find an email notifying Uber of
6  migration success or failure for a@ottomoto.me and am not aware that the migration failure was
7  communicated to Uber until September 28, 2017.

9  I declare under the penalty of perjury that the foregoing is true and correct.  Executed this
10 2nd day of October, 2017, in Burlington, Kentucky.

                                                     */s/ Mike Schlanser*
                                                     Mike Schlanser

---

[1] "ottomoto.me" was a placeholder domain created in connection with the migration.  The account "a@ottomoto.me" is the placeholder for "a@ot.to".

**ATTESTATION OF E-FILED SIGNATURE**

1
2   I, Arturo J. González am the ECF User whose ID and password are being used to file this
3   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mike Schlanser has
4   concurred in this filing.

5   Dated: October 2, 2017                               */s/  Arturo J. González*
                                                        ARTURO J. GONZALEZ
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28