Steven D. Zansberg (No. 177528)
e-mail: zansbergs@ballardspahr.com
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 376-2409

*Attorneys for Proposed Intervenors Associated Press,
Bloomberg L.P., Buzzfeed, Inc.,
MediaNews Group, Inc., d/b/a Digital First Media,
Dow Jones & Co., The First Amendment Coalition,
Gizmodo Media Group, LLC, The Hearst Corporation,
The New York Times Company, Reuters America LLC
and Vox Media, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WMA |
| Plaintiff, | **NOTICE OF APPEARANCE OF STEVEN D. ZANSBERG FOR PROPOSED INTERVENORS** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, STEVEN D. ZANSBERG, of Ballard Spahr LLP, hereby enter my appearance as counsel for Proposed Intervenors The Associated Press, Bloomberg L.P., Buzzfeed, Inc., MediaNews Group, Inc. d/b/a Digital First Media, Dow Jones & Co., The First Amendment Coalition, Gizmodo Media Group, LLC, The Hearst Corporation, The New York Times Company, Reuters America LLC and Vox Media, Inc. in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

My address and telephone number are as follows:

Steven D. Zansberg (No. 177528)
e-mail: zansbergs@ballardspahr.com
Ballard Spahr LLP
1225 Seventeenth St., Suite 2300
Denver, CO 80202-5596
Phone: (303) 376-2409

1 | Please serve said counsel with all pleadings and notices in this action.

3 | DATED:  October 2, 2017     Respectfully submitted by:

 s/     *Steven D. Zansberg*
Steven D. Zansberg (No. 177528)
e-mail: zansbergs@ballardspahr.com

BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, CO  80202-5535
Phone: (303) 376-2409

*Attorneys for Proposed Intervenors Associated Press, Bloomberg L.P., Buzzfeed, Inc., MediaNews Group, Inc., d/b/a Digital First Media, Dow Jones & Co., The First Amendment Coalition, Gizmodo Media Group, LLC, The Hearst Corporation, The New York Times Company, Reuters America LLC and Vox Media, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 2nd day of October, 2017, served via the Court's electronic filing system, a true and correct copy of the above and foregoing on all counsel of record.

                                               s/   *Steven D. Zansberg*