Steven D. Zansberg (No. 177528)
e-mail: zansbergs@ballardspahr.com
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 376-2409

*Attorneys for Proposed Intervenors Associated Press, Bloomberg L.P., Buzzfeed, Inc., MediaNews Group, Inc., d/b/a Digital First Media, Dow Jones & Co., The First Amendment Coalition, Gizmodo Media Group, LLC, The Hearst Corporation, The New York Times Company, Reuters America LLC and Vox Media, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WMA |
| Plaintiff, | **MEDIA COALITION'S CERTIFICATIONS OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENTS** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

# CERTIFICATIONS OF INTERESTED ENTITIES
# OR PERSONS PURSUANT TO L.R. 3-15

Pursuant to Civil L.R. 3-15, and by and through their undersigned counsel, members of the Media Coalition state that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**The Associated Press:**  The Associated Press certifies there is no such interest to report.

**BuzzFeed, Inc.:** BuzzFeed, Inc. certifies there is no such interest to report.

**Bloomberg L.P.:**
- BLP Acquisitions L.P.
- Bloomberg, Inc.

**MediaNews Group, Inc., d/b/a/ Digital First Media:** MediaNews Group, Inc. d/b/a Digital First Media certifies there is no such interest to report.

**Dow Jones & Co., Inc.:**
- News Corporation
- Ruby Newco, LLC

**The First Amendment Coalition:**  The First Amendment Coalition certifies there is no such interest to report.

**Gizmodo Media Group, LLC:**
- Univision Interactive Media, Inc. d/b/a/ Fusion Media Group
- Univision Communications Inc.

**The Hearst Corporation:** The Hearst Corporation certifies there is no such interest to report.

MEDIA COALITION'S CERTIFICATIONS                                    CASE NO. 3:17-cv-00939-WHA
OF INTERESTED ENTITIES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENTS

1

1 **The New York Times Company:** The New York Times Company certifies there is no
2 such interest to report.
3 **Reuters America LLC:**
4 • Thompson Reuters Corporation
5 **Vox Media, Inc.:** Vox Media, Inc. certifies there is no such interest to report.

## FED. R. CIV. P. RULE 7.1 CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Civil Procedure 7.1, and by and through their undersigned counsel, members of the Media Coalition hereby disclose the following:

**The Associated Press:** The Associated Press is a not-for-profit news cooperative and no publicly traded company owns more than 10% of its stock.

**Bloomberg L.P.:** Bloomberg L.P. is a limited partnership; its general partner is Bloomberg Inc.; and no publicly held corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.

**BuzzFeed, Inc.:** BuzzFeed, Inc. is a privately held corporation and no publicly traded company owns more than 10% of its stock.

**MediaNews Group, Inc., d/b/a/ Digital First Media**: MediaNews Group, Inc. d/b/a Digital First Media is a privately held corporation and no publicly traded company owns more than 10% of its stock.

**Dow Jones & Co, Inc.:** News Corporation, a publicly held company, is the indirect parent corporation of Dow Jones & Co., Inc. ("Dow Jones").  Ruby Newco, LLC, a subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones.  No publicly held company directly owns 10% or more of the stock of Dow Jones.

**The First Amendment Coalition:** The First Amendment Coalition is a not-for-profit organization and no publicly traded company owns more than 10% of its stock.

**Gizmodo Media Group, LLC:** Gizmodo Media Group, LLC is a division of Univision Interactive Media, Inc. d/b/a Fusion Media Group, which is owned and operated by Univision

Communications Inc. Univision Communications Inc. is a privately held corporation and no publicly traded company owns more than 10% of its stock.

**The Hearst Corporation:** The Hearst Corporation is a privately held corporation and no publicly traded company owns more than 10% of its stock.

**The New York Times Company:** The New York Times Company is a publicly traded company that has no parent company. One publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns more than 10 percent of The New York Times Company's stock through affiliated entities.

**Reuters America LLC:** Reuters America LLC is an indirect wholly-owned subsidiary of Thomson Reuters Corporation, a publicly held company. No publicly held company owns 10% or more of the stock of Thomson Reuters Corporation.

**Vox Media, Inc.:** Vox Media, Inc. is a non-governmental corporate party and has no parent corporation. NBCUniversal Media, LLC a publicly held corporation, owns 10% or more of Vox Media Inc.'s stock.

Respectfully submitted on October 2, 2017

By: s/    Steven D. Zansberg
Steven D. Zansberg (No. 177528)
e-mail: zansbergs@ballardspahr.com

BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, CO  80202-5535
Phone: (303) 376-2409

*Attorneys for Proposed Intervenors Associated Press, Bloomberg L.P., Buzzfeed, Inc., MediaNews Group, Inc., d/b/a Digital First Media, Dow Jones & Co., The First Amendment Coalition, Gizmodo Media Group, LLC, The Hearst Corporation, The New York Times Company, Reuters America LLC and Vox Media, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 2nd day of October, 2017, served via the Court's electronic filing system, a true and correct copy of the above and foregoing on all counsel of record.

                                       s/   *Steven D. Zansberg*