IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants.<br> | No. C 17-00939 WHA<br><br>**SUPPLEMENT TO ORDER<br>SETTING FURTHER HEARING<br>ON MOTION TO STRIKE<br>ASSERTED TRADE SECRET<br>NUMBER 96** |

In their written statements, both sides shall please also address the following:

    8. Provide an overlay graph that compares each side's ▮▮▮▮ by aligning the ▮▮▮▮ on one end of Uber's board with the corresponding ▮▮▮▮ on one end of Waymo's board, and the ▮▮▮▮ on the other end of Uber's board with the ▮▮▮▮ on the other end of Waymo's board. Scale the $y$ and $x$ axes (for one board) by the same proportions as needed to achieve these alignments and show where ▮▮▮▮ then fall. The purpose of this overlay is to account for the ▮▮▮▮ issue.

This order shall be filed temporarily under seal and unsealed in its entirety at the same time as docket number 1408 unless either side files an administrative motion to keep portions of this order under seal.

**IT IS SO ORDERED.**

Dated: August 30, 2017.

                                                         WILLIAM ALSUP<br>
                                                         UNITED STATES DISTRICT JUDGE