1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California  90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

   *Attorneys for Defendant: Otto Trucking LLC*

17                     **UNITED STATES DISTRICT COURT**

18           **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19 WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| 20       Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK** |
| 21       v. | |
| 22 UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 23 | |
| 24       Defendants. | Courtroom: 8, 19th Floor<br>Judge:     Hon. William Alsup |
| 25 | Filed/Lodged Concurrently with:<br>1. Decl. ISO Admin. Mot. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |
| 26 | |
| 27 | |
| 28 | |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of Its Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink (the "Administrative Motion").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink | Highlighted Portions |
| Exhibit 1 to Lin Declaration – excerpts to Opening Report of Dr. Lambertus Hesselink | Entire Document |
| Exhibit 2 to Lin Declaration – excerpts to Reply Report of Dr. Lambertus Hesselink | Entire Document |
| Exhibit 3 to Lin Declaration – excerpts to the transcript of the September 26, 2017 deposition of Dr. Lambertus Hesselink | Entire Document |

**IT IS SO ORDERED.**


Dated: _____, 2017       _____
                                          HON. WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

1

[PROPOSED]ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                    CASE NO. 3:17-CV-00939-WHA