1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California 90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

17 *Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK**<br><br>Trial:　　　　October 10, 2017<br>Courtroom:　8 (19th Floor)<br>Judge:　　　Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>　1. Motion in Limine to Exclude Testimony; and<br>　2. Declaration of James Lin |

# [PROPOSED] ORDER

This matter comes before the Court on Defendant Otto Trucking, LLC's ("Otto Trucking") Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink (the "Motion"). Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT Otto Trucking's Motion is GRANTED. Dr. Hesselink's opinion regarding Otto Trucking's liability based on theories of trade secret misappropriation, and any testimony based thereon is hereby excluded.

**IT IS SO ORDERED.**

Dated:  _____, 2017

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 2, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 2, 2017**.

>  */s/   Neel Chatterjee*
>           NEEL CHATTERJEE