1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
   **GOODWIN PROCTER LLP**
14 601 S. Figueroa Street, 41st Floor
   Los Angeles, California 90017
15 Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673
16
   *Attorneys for Defendant:*
17 Otto Trucking LLC

18                **UNITED STATES DISTRICT COURT**

19        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| 21        Plaintiff, | **DECLARATION OF JAMES LIN IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK** |
| 22        v. | |
| 23  UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24  | Courtroom:  8 (19th Floor)<br>Judge:  Hon. William Alsup |
| 25        Defendants. | Trial Date:  October 10, 2017 |

26

27

28

I, James Lin, declare as follows:

1. I am an associate at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking, LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink (the "Motion").

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts to the Opening Report of Dr. Lambertus Hesselink.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts to the Reply Report of Dr. Lambertus Hesselink.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts to the transcript of the September 26, 2017 deposition of Dr. Lambertus Hesselink.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of October, 2017 in Menlo Park, California.

*/s/  James Lin*
     JAMES LIN

1

DECLARATION I/S/O OTTO TRUCKING'S MOTION TO
EXCLUDE REPORT AND TESTIMONY OF DR. HESSELINK        CASE NO. 3:17-CV-00939-WHA

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 2, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 2, 2017**.

/s/   *Neel Chatterjee*
       NEEL CHATTERJEE

# ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Neel Chatterjee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatures (/s/) within this e-filed document.

Dated: October 2, 2017

/s/ *Neel Chatterjee*
Neel Chatterjee