1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL MOTION FOR CONTINUANCE AND RESPONSE TO REQUEST FOR INPUT ON PENDING MOTION TO CONTINUE TRIAL DATE** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 ("Waymo's Administrative Motion") certain information in its Supplemental Motion for
3 Continuance and Response to Request for Input on Pending Motion to Continue Trial Date
4 ("Waymo's Motion").

5    Having considered Waymo's Administrative Motion, and good cause to seal having been
6 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
7 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion | Highlighted in blue |
|  | Highlighted in green |
| Exhibit 1 to Waymo's Motion | Entire document |
| Exhibit 2 to Waymo's Motion | Entire document |
| Exhibit 3 to Waymo's Motion | Entire document |
| Exhibit 5 to Waymo's Motion | Entire document |
| Exhibit 6 to Waymo's Motion | Entire document |
| Exhibit 7 to Waymo's Motion | Entire document |
| Exhibit 8 to Waymo's Motion | Entire document |
| Exhibit 10 to Waymo's Motion | Entire document |
| Exhibit 16 to Waymo's Motion | Entire document |
| Exhibit 18 to Waymo's Motion | Entire document |
| Exhibit 19 to Waymo's Motion | Entire document |
| Exhibit 21 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge