# Exhibit 4

| | |
|---|---|
| **From:** | Rivera, Sylvia <SRivera@mofo.com> |
| **Sent:** | Wednesday, September 27, 2017 11:50 PM |
| **To:** | QE-Waymo; Otto Trucking at Goodwin (DG-GPOttoTruckingWaymo@goodwinlaw.com) |
| **Cc:** | UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo v. Uber |

Counsel,

We learned a few hours ago that there may be emails and documents from an Anthony Levandowski Ottomotto account that was not migrated over to Uber.  We are treating this with the highest priority and people will be working through the night to determine if there are any documents that require further production.  If there are, we will make such a production asap.  We wanted to advise you of this immediately and we will update you as soon as we are able to obtain additional information.

Regards,

Sylvia

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.