# Exhibit 12

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. <AGonzalez@mofo.com> |
| **Sent:** | Friday, September 29, 2017 9:58 PM |
| **To:** | James Judah |
| **Cc:** | JCooper@fbm.com; MCate@fbm.com; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@BSFLLP.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; QE-Waymo |
| **Subject:** | Waymo v Uber - Interrogatories |

What is your authority for the proposition that interrogatories have to be supplemented after discovery has closed and one week before trial?

Sent from my iPhone

On Sep 29, 2017, at 8:48 PM, James Judah <jamesjudah@quinnemanuel.com> wrote:

> - External Email -
>
> John and Counsel -
>
> John, we request a meet and confer on the below issue.
>
> Defendants are under a continuing obligation pursuant to F.R.C.P. 26(e) and the instructions incorporated into each set of Plaintiff's interrogatories to Defendants to supplement their interrogatory responses in a timely manner as additional information becomes available. Defendants and their agents have produced tens of thousands of additional documents since the Federal Circuit decision in this case. Yet to date, Defendants have failed to supplement their interrogatory responses, or confirm that supplementation would be forthcoming. Defendants must confirm that they will supplement each interrogatory response, as appropriate, to reflect the new information in those additional productions, at minimum their responses to Expedited Interrogatory Nos. 1, 2, 6, 14, 15, 16, 17, 18, 20, 26 and Common Interrogatory No. 8.
>
> Best,
> James
>
>
> **James Judah**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> 415-875-6420 Direct
> 415.875.6600 Main Office Number
> 415.875.6700 FAX
> jamesjudah@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.