# Exhibit 17

| | |
|---|---|
| **From:** | Haag, Melinda <mhaag@orrick.com> |
| **Sent:** | Sunday, October 01, 2017 7:39 PM |
| **To:** | Charles K Verhoeven; James Judah |
| **Cc:** | Brown, Walter F.; Mr. Bill Carmody; Karen L. Dunn |
| **Subject:** | Call with John Cooper at 8 pm tonight |

Charlie - I haven't heard back from you regarding Mr. Kalanick's deposition tomorrow. As I said in my voicemail to you, Mr. Cooper is available at 8 pm tonight. I will send you momentarily the dial information. If we can work this out beforehand let me know.

Melinda

Melinda Haag
415.652.8072

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com<http://www.orrick.com/>.