# Exhibit 9

| From: | Gonzalez, Arturo J. <AGonzalez@mofo.com> |
|---|---|
| Sent: | Friday, September 29, 2017 12:36 PM |
| To: | John Cooper |
| Cc: | James Judah; Samuel Kitchens; Rivera, Sylvia; Melanie.Blunschi@lw.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@BSFLLP.com; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate; QE-Waymo |
| Subject: | Waymo v. Uber - Slack Access |

John,

Very sorry. We have five depos going today. This is being finalized now and should be on file soon.

Arturo

Sent from my iPhone

On Sep 29, 2017, at 12:29 PM, John Cooper <JCooper@fbm.com> wrote:

> - External Email -
>
> Counsel
>
> Judge Corley has noted that Uber has not yet filed the following declaration which Judge Corley required at page 7 of the hearing yesterday.
>
> THE COURT: Okay. All right. So then I -- what
> I'd like you to do, Uber, is by noon tomorrow to file a
> declaration that details, you know, how these were just
> found, weren't found before, and the like, where they were
> found, why they weren't found, how they were found. Okay?
> MS. RIVERA: Understood.
>
> John
>
> **From:** Cooper, John (19) x4410
> **Sent:** Thursday, September 28, 2017 9:18 PM
> **To:** James Judah
> **Cc:** Samuel Kitchens; SRivera@mofo.com; Melanie.Blunschi@lw.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; UberWaymoMoFoAttorneys@mofo.com; BSF_EXTERNAL_UberWaymoLit@BSFLLP.com; Uber-sg@LISTS.SUSMANGODFREY.COM; Cate, Matthew (20) x4469; QE-Waymo
> **Subject:** Re: Waymo v. Uber - Slack Access
>
> Counsel
>
> We can address this issue at 10:00 also if Stroz is not necessary. John
>
> John L. Cooper

Farella Braun + Martel LLP
Direct: 415 954 4410
jcooper@fbm.com

On Sep 28, 2017, at 9:15 PM, James Judah <jamesjudah@quinnemanuel.com> wrote:

> John –
>
> Similarly, we would request discussing Uber's access to the Slack channel (which is separate from the issue of Stroz's) on the 10 AM call.
>
> James
>
> **From:** John Cooper [mailto:JCooper@fbm.com]
> **Sent:** Thursday, September 28, 2017 9:02 PM
> **To:** Samuel Kitchens <samuelkitchens@quinnemanuel.com>
> **Cc:** SRivera@mofo.com; Melanie.Blunschi@lw.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; UberWaymoMoFoAttorneys@mofo.com; BSF_EXTERNAL_UberWaymoLit@BSFLLP.com; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate <MCate@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>
> **Subject:** Re: Waymo v. Uber - Slack Access
>
> Counsel
>
> This will be added to the session at 1:00 pm.
>
> John
>
> John L. Cooper
> Farella Braun + Martel LLP
> Direct: 415 954 4410
> jcooper@fbm.com
>
> On Sep 28, 2017, at 8:54 PM, Samuel Kitchens <samuelkitchens@quinnemanuel.com> wrote:
>
>> Counsel and John,
>>
>> The Stroz report references a Slack channel accessed by Ottomotto employees in 2015 and 2016. It appears based upon these references that Stroz had access to this Slack channel and reviewed it as part of its investigation. *See* pg. 12, 19 (noting that review showed when Levandowski and Ron accessed Slack). Could you each please confirm whether Uber or Stroz currently have, or previously had, access to this Slack channel, and, if so, whether the information from that Slack channel has been collected and made available to Waymo, either through a production or on Stroz's Relativity database?
>>
>> We'd ask that this be added to tomorrow's 10 AM meet and confer.
>>
>> Best,

Sam

**Samuel Kitchens**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7437 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
samuelkitchens@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

<2017-09-28 Transcript of Proceedings of Official Electronic Sound, Judge....pdf>

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.