QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF WAYMO'S AMENDED NOTICE OF MOTION SANCTIONS** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

01980-00104/9592672.1

TO DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT**, as soon as the matter may be heard before the Honorable Jacqueline Scott Corley, in Courtroom F of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, 15th floor, San Francisco, California 94102, Plaintiff Waymo LLC will and hereby does move this Court for sanctions to remedy misconduct by Defendants Uber Technologies, Inc., Ottomotto LLC, and Otto Trucking LLC.  Following a meet and confer with Special Master Cooper, Waymo is filing an Amended Notice to clarify that all Defendants will file their opposition by 3:00 p.m. on October 4, 2017, and that no hearing date has been set yet.  To the extent the Court is willing to entertain argument from the parties, Waymo is available at the convenience of the Court.

This Motion is made on the grounds that Defendants willfully violated this Court's Order Re Access to Under-Seal Material (Dkt. 60) and Order Re Administrative Motion to Seal (Dkt. 1444) by publicly filing material designated by Waymo as "Highly Confidential" and failing to immediately take all necessary steps to remove the filing from the Court's docket. Waymo moves for sanctions to remedy this misconduct pursuant to the Court's inherent authority and Rule 37 of the Federal Rules of Civil Procedure.  Waymo respectfully requests that the Court impose all sanctions that it deems appropriate to remedy Defendants' violations of the Court's discovery orders.  In particular, Waymo seeks entry of an Order: (1) compelling Defendants to redact the name and address of Waymo's SVN repository from all future filings and precluding any further argument that this information is not confidential; (2) requiring Defendants to take all necessary and appropriate corrective action to remove the improperly disseminated SVN information from the public domain; (3) precluding Defendants from arguing that Waymo does not adequately protect its SVN server; (4) awarding Waymo damages and attorneys' fees; and (5) awarding any and all other relief the Court deems appropriate.

| | | |
|---|---|---|
| 1 | Dated: October 2, 2017 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | By:   s/Charles Verhoeven<br>      Charles K. Verhoeven |
| 6 | | *Attorneys for Plaintiff Waymo LLC* |