MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO DEFENDANTS' SUBMISSION OF MICHAEL WAGNER'S DEPOSITION TESTIMONY (DKT. 1834)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Waymo LLC's Administrative Motion to File Under Seal Its Response to Defendants' Submission of Michael Wagner's Deposition Testimony (Dkt. 1834).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Response | Red Boxes |

3. The red boxes of Waymo's Response contain highly confidential information regarding certain business agreements, including specific financial terms of the agreements. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into how Uber structures its business agreements, including detailed information about financial terms offered by Uber, allowing them to tailor their own negotiation or business strategy to the detriment of Uber.

4. The red boxes in Waymo's Response also contain highly confidential information regarding Uber's financial forecasts based on hypothetical assumptions, as well as development timeline estimates and business operating details. These financial forecasts, development timeline estimates, and business operating details are maintained as confidential, and their disclosure could allow competitors to acquire knowledge into Uber's internal assumptions, business strategy, and company operations. Disclosure of this information could significantly harm Uber's competitive standing.

5. Defendants' request to seal is narrowly tailored to the portions of Waymo's Motion and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October, 2017 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michelle Yang*
　　　　　　　　　　　　　　　　　　　　　　Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: October 2, 2017　　　　　　　　　　　　*/s/ Arturo J. Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　ARTURO J. GONZALEZ