1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:     415.268.7000
5   Facsimile:     415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC  20005
    Telephone:     202.237.2727
10  Facsimile:     202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY 10019-6023

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                        UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
| 21          Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR A SEPARATE TRIAL (DKT. 1895 (AMENDING DKT. 1839))** |
| 22          v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24          Defendants. | |
| 25 | |

26

27

28

I, Michelle Yang, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking LLC's Amended Administrative Motion to File Under Seal Portions of Its Motion for a Separate Trial (Dkt. 1895 (amending Dkt. 1839)).

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Otto Trucking's Motion for a Separate Trial ("Motion") | Red Boxes |
| Exhibit 1 to Chatterjee Declaration | Red Boxes |
| Exhibit 3 to Chatterjee Declaration | Red Boxes |

3.      The red boxes in Otto Trucking's Motion, Exhibit 1, and Exhibit 3 contain highly confidential information regarding a business agreement, including terms and conditions such as the specific obligations and responsibilities of each party.  This information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information could allow competitors and counterparties to gain insight into how Uber structures its business agreements, including detailed information about commercial and financial terms offered by Uber, allowing them to tailor their own negotiation or business strategy to the detriment of Uber.

4.      The red boxes in Waymo's Response and Exhibit 1 also contain highly confidential information regarding Uber's financial forecasts based on hypothetical assumptions, as well as development timeline estimates and business operating details.  These financial forecasts, development timeline estimates, and business operating details are maintained as confidential, and their disclosure could allow competitors to acquire knowledge into Uber's

1   internal assumptions, business strategy, and company operations.  Disclosure of this information

2   could significantly harm Uber's competitive standing.

3        5.        Defendants' request to seal is narrowly tailored to the portions of Otto Trucking's

4   Motion and its supporting papers that merit sealing.

5        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd

6   day of October, 2017 in San Francisco, California.

7

8                                                    _____
                                                     */s/ Michelle Yang*
                                                     Michelle Yang

9

10

11

12              **ATTESTATION OF E-FILED SIGNATURE**

13        I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this

14   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has

15   concurred in this filing.

16

17   Dated:  October 2, 2017                         _____
                                                     */s/ Arturo J. Gonzalez*
                                                     ARTURO J. GONZALEZ
18

19

20

21

22

23

24

25

26

27

28