# EXHIBIT B

**From:** John Cooper <JCooper@fbm.com>
**Date:** October 2, 2017 at 8:47:28 PM PDT
**To:** "Gonzalez, Arturo J." <AGonzalez@mofo.com>
**Cc:** "David Perlson (davidperlson@quinnemanuel.com)" <davidperlson@quinnemanuel.com>, Matthew Cate <MCate@fbm.com>
**Subject: [EXT] Re: AL Confidential Claim**

Counsel

I made my determinations as to the elevated "private" Levandowski and Ron documents referenced in Waymo's Exhibit 16 by 4 p.m. on September 26. As the result of the hearing before Judge Alsup the next day (September 27), I decided to re-designate about 17 of the Levandowski documents and did so that day.  These were documents related to trusts which I re-designated from "private" to "discussion among counsel".  I stated this on the record in the hearing before Judge Corley on September 27.

Meanwhile, there were more than 300 documents elevated for my review by Ron's counsel that had been produced and that Ron wanted to claw back on  privacy grounds. I completed my review and designation of those documents on September 28.

As of now, I have reviewed all documents in the Stroz database that have been elevated for my review.

John

John L. Cooper

1

Farella Braun + Martel LLP
Direct: 415 954 4410
jcooper@fbm.com

On Oct 2, 2017, at 6:50 PM, Gonzalez, Arturo J. <AGonzalez@mofo.com> wrote:

> John,
>
> In today's filing, Waymo has made an issue of the attached email. My recollection is that you promptly reviewed the documents and made a ruling. Can you please refresh my recollection on what happened? I want to make sure I correctly represent it to Judge Alsup.
>
> **ARTURO J. GONZÁLEZ**
> Partner | Morrison & Foerster LLP
> 425 Market St. | San Francisco, CA 94105
> **P:** +1 (415) 268-7020
> mofo.com | LinkedIn | Twitter
>
> ===========================================================================
>
> This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.
>
> <SEALED Ex. 16 -- III Special master currently reviewing.pdf>

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP