IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE HEARING ON MEDIA COALITION'S MOTION TO INTERVENE**

The media coalition's motion to intervene (Dkt. No. 1919) originally set for hearing at 8:00 a.m. today will instead be heard together with plaintiff Waymo LLC's motion to close the courtroom for trial (Dkt. No. 1822) currently scheduled for **OCTOBER 10 AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: October 3, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE