# EXHIBIT 2

LiorRon30b6VolII_Rough.txt

1            REPORTER'S NOTE:  SINCE THIS DEPOSITION
2   HAS BEEN REALTIMED AND YOU MAY BE IN POSSESSION OF A
3   ROUGH DRAFT FORM, PLEASE BE AWARE THAT THERE MAY BE
4   A DISCREPANCY REGARDING PAGE AND LINE NUMBERS WHEN
5   COMPARING THE REALTIME SCREEN, THE ROUGH DRAFT,
6   ROUGH ASCII, AND THE FINAL TRANSCRIPT.  ALSO PLEASE
7   BE AWARE THAT THE REALTIME SCREEN AND THE UNEDITED,
8   UNCERTIFIED ROUGH DRAFT TRANSCRIPT MAY CONTAIN
9   UNTRANSLATED STENO, AN OCCASIONAL REPORTER'S NOTE, A
10  MISSPELLED PROPER NAME, AND/OR NONSENSICAL ENGLISH
11  WORD COMBINATIONS.  THESE ARE NOT "MISTAKES" MADE BY
12  THE REPORTER BUT ARE CAUSED BY THE ENGLISH LANGUAGE
13  AND THE LIMITATIONS IMPOSED BY WRITING IT
14  PHONETICALLY.  ALL SUCH ENTRIES ARE CORRECTED ON THE
15  FINAL CERTIFIED TRANSCRIPT.
16            IF THE DEPOSITION HAS BEEN VIDEOTAPED, THE
17  REALTIME DRAFT OF THE VIDEOTAPE, IF ANY, WILL BE
18  COMPARED AGAINST THE AUDIO OF THE VIDEOTAPE IN ORDER
19  TO ASSURE COMPLETE ACCURACY ON THE FINAL TRANSCRIPT.
20            PLEASE NOTE IN THE CODE OF CIVIL PROCEDURE
21  2025 (R)(2):  "WHEN PREPARED AS A ROUGH DRAFT
22  TRANSCRIPT, THE TRANSCRIPT OF THE DEPOSITION MAY NOT
23  BE CERTIFIED AND MAY NOT BE USED, CITED, OR
24  TRANSCRIBED AS THE CERTIFIED TRANSCRIPT OF THE
25  DEPOSITION PROCEEDINGS.  THE ROUGH DRAFT TRANSCRIPT

```
                    LiorRon30b6VolII_Rough.txt
15        MR. CHERNY:  Thank you, Mr. Ron.                  18:33:08
16        THE WITNESS:  Thank you very much.
17        MR. SCHUMAN:  I have a few questions.  You can
18   put the monitor -- can we switch, so he's not
19   looking --
20        MR. CHERNY:  Sure.  Sure.  Do I need to clean    18:33:19
21   up over here?  I'm happy to.
22        MR. SCHUMAN:  No.  No.
23        THE REPORTER:  Can we go off the record?
24   Otherwise I have to write everything you say.
25        MR. SCHUMAN:  Let's stay on the record.           18:33:28

                                                           373


1         THE REPORTER:  Okay.                              18:33:28
2                  EXAMINATION {
3    BY MR. SCHUMAN:
4         Q.   Good evening, Mr. Ron.
5         A.   Good evening.                                18:33:55
6         Q.   We met before.  Obviously, I represent
7    Otto Trucking LLC.
8              What is Otto Trucking LLC?
9         A.   Otto Trucking LLC is an entity that was
10   formed to hold the interest of the Otto Trucking       18:34:15
11   shareholders or members in a potential trucking or
12   logistics business at Uber.
13        Q.   When was Otto Trucking LLC formed, if you
14   remember?
15        A.   I believe it was formed in early 2016, in    18:34:34
16   maybe around February 2016, if I'm not mistaken.
17        Q.   Okay.  And what was the business
```

LiorRon30b6VolII_Rough.txt

| | | |
|---|---|---|
| 18 | activities, if any, of Otto Trucking LLC around the | |
| 19 | time that it was formed? | |
| 20 | A.    Otto Trucking didn't have much business | 18:34:59 |
| 21 | activities, if any.  It was really a legal holding | |
| 22 | entity that didn't engage in any R&D activities | |
| 23 | whatsoever. | |
| 24 | Q.    Just to follow up on that last answer, did | |
| 25 | Otto Trucking, around the time that it was formed, | 18:35:15 |

374

| | | |
|---|---|---|
| 1 | do any work involve LiDAR development? | 18:35:16 |
| 2 | MR. CHERNY:  Objection; leading. | |
| 3 | THE WITNESS:  No.  As I said, Otto Trucking did | |
| 4 | not have any R&D activities whatsoever.  It didn't | |
| 5 | have any employees.  And as such, it also didn't | 18:35:29 |
| 6 | engage in any LiDAR development whatsoever. | |
| 7 | BY MR. SCHUMAN: | |
| 8 | Q.    Now, at some point, did Otto Trucking LLC | |
| 9 | create an LLC agreement? | |
| 10 | MR. CHERNY:  Objection; leading. | 18:35:45 |
| 11 | THE WITNESS:  I believe so, yes. | |
| 12 | BY MR. SCHUMAN: | |
| 13 | Q.    Do you remember when that was, when the | |
| 14 | agreement was executed? | |
| 15 | A.    I don't remember the exact date, but it | 18:35:58 |
| 16 | was also in early 2016. | |
| 17 | Q.    I'm going to show you a document that's | |
| 18 | previously been marked so we don't need to mark it | |
| 19 | again.  I can't make out the name of which | |

```
                                LiorRon30b6VolII_Rough.txt
 20    deposition it was marked at, but it says                18:36:13
 21    Exhibit 475.
 22              (Defendants' Exhibit 475 was previously
 23    marked.)
 24    BY MR. SCHUMAN:
 25         Q.   Do you recognize Exhibit 475, Mr. Ron?        18:36:17


                                                         375


  1              (Witness reviews document.)                   18:36:45
  2         A.   Yes.
  3         Q.   What is Exhibit 475?
  4         A.   It is basically the LLC, or the limited
  5    liability company, agreement of Otto Trucking.          18:36:58
  6         Q.   Does anything in this document refresh
  7    your recollection regarding the exact date that the
  8    Otto Trucking LLC agreement was executed?
  9         A.   Yes.  As I said before, this was in early
 10    2016.  And the agreement here refreshed my memory.      18:37:12
 11    It was on April 6th, 2016.
 12         Q.   So between the time that Otto Trucking was
 13    formed, you testified earlier February 2016, and the
 14    date of this agreement, April 6th, 2016, what was
 15    the business of Otto Trucking, if any?                  18:37:31
 16         MR. CHERNY:  Objection; leading.
 17         THE WITNESS:  It was basically a legal holding
 18    company that we've formed for potentially engaging
 19    in trucking business activity in the future.  But
 20    Otto Trucking LLC did not have any R&D activities or    18:37:50
 21    any employees at the time.
 22    BY MR. SCHUMAN:
```

```
                      LiorRon30b6VolII_Rough.txt
 23        Q.   So during the same time period that I just
 24   asked about in my prior question, did Otto Trucking
 25   do any work on developing any LiDAR systems?          18:38:01


                                                           376



  1        MR. CHERNY:   Objection; leading.                18:38:03
  2        THE WITNESS:   No, I don't believe so.  As I
  3   said before, Otto Trucking didn't have any
  4   employees, didn't engage in any R&D activities and,
  5   as pertains to both, didn't have any LiDAR activity   18:38:14
  6   whatsoever.
  7   BY MR. SCHUMAN:
  8        Q.   What titles did you hold during this time
  9   period with Otto Trucking LLC?
 10        A.   I believe I was the president and the       18:38:27
 11   general manager.
 12        Q.   Were you also the chief executive officer?
 13        MR. CHERNY:   Leading.
 14        THE WITNESS:   Correct.
 15   BY MR. SCHUMAN:                                       18:38:36
 16        Q.   And what is Otto Transport LLC?
 17        A.   I think Otto Transport LLC was an entity
 18   we formed to hold some of the self-driving trucks,
 19   so the trucks that Otto Trucking had or that Otto
 20   Trucking leased.                                      18:39:04
 21        Q.   Do you know when Otto Transport LLC was
 22   formed?
 23        A.   I believe around August 2016.
 24        Q.   Going to show you a document that I don't
```

LiorRon30b6VolII_Rough.txt

| | | |
|---|---|---|
| 25 | believe has been marked before.  So -- | 18:39:22 |

377

| | | |
|---|---|---|
| 1 | MR. SCHUMAN:  Are you marking it or am I | 18:39:26 |
| 2 | supposed to mark it? | |
| 3 | THE REPORTER:  I'll mark it. | |
| 4 | MR. SCHUMAN:  Does anybody know what number | |
| 5 | we're up to?  For convenience, we're just going to | 18:39:46 |
| 6 | call it 10000.  My apologies. | |
| 7 | (Defendants' Exhibit 10,000 was marked.) | |
| 8 | BY MR. SCHUMAN: | |
| 9 | Q.   Mr. Ron, do you recognize Exhibit 10,000? | |
| 10 | A.   Yes, I do. | 18:40:19 |
| 11 | Q.   What is it? | |
| 12 | A.   I believe that's the formation document or | |
| 13 | the agreement for the limited liability company | |
| 14 | called Otto Transport. | |
| 15 | Q.   What was the relationship, if any, between | 18:40:39 |
| 16 | Otto Transport LLC and Otto Trucking LLC? | |
| 17 | A.   I believe that Otto Transport was owned by | |
| 18 | Otto Trucking LLC. | |
| 19 | Q.   Did Otto Transport LLC do any research and | |
| 20 | development activity? | 18:41:12 |
| 21 | A.   No.  Otto Transport did not have any R&D | |
| 22 | activities or any research activities and | |
| 23 | specifically did not engage in any LiDAR development | |
| 24 | whatsoever. | |
| 25 | Q.   You said Otto Transport's business was to | 18:41:31 |

378

LiorRon30b6VolII_Rough.txt

| | | |
|---|---|---|
| 1 | own some trucks. | 18:41:33 |
| 2 |     Do you know how many trucks? | |
| 3 |     MR. CHERNY:  Objection; foundation. | |
| 4 |     THE WITNESS:  I think it owned around four | |
| 5 | trucks, more or less.  I don't know if that was | 18:41:49 |
| 6 | exact number, but I believe around that number. | |
| 7 | BY MR. SCHUMAN: | |
| 8 |     Q.  And what did Otto Transport do with those | |
| 9 | trucks? | |
| 10 |     MR. CHERNY:  Objection; vague. | 18:42:04 |
| 11 |     THE WITNESS:  Actually don't know how many of | |
| 12 | those were actually active.  But those were all | |
| 13 | trucks that were developed by Uber or Ottomotto, and | |
| 14 | then Otto Transport potentially operated from time | |
| 15 | to time. | 18:42:24 |
| 16 | BY MR. SCHUMAN: | |
| 17 |     Q.  Did any of those trucks have any LiDAR | |
| 18 | systems used in connection with them? | |
| 19 |     MR. CHERNY:  Objection; form. | |
| 20 |     THE WITNESS:  I don't know for sure if there | 18:42:49 |
| 21 | was any LiDAR system.  I know early on there was | |
| 22 | none.  And specifically what I do know is that those | |
| 23 | trucks never had any developed LiDAR system.  If it | |
| 24 | had any LiDAR system, it was off-the-shelf LiDAR | |
| 25 | components from commercial companies. | 18:43:09 |

```
                      LiorRon30b6VolII_Rough.txt
1    BY MR. SCHUMAN:                                          18:43:15
2        Q.   Just to follow up on that last answer, did
3    any of the Otto Transport-owned trucks -- were any
4    of them ever outfitted with Uber's Spider LiDAR
5    system?                                                  18:43:29
6        A.   No.  None of the Otto Transport trucks
7    were ever outfitted with any LiDAR technology
8    developed by either Otto or Uber specifically.  No,
9    they were not outfitted with any Spider technology.
10       Q.   How about Fuji?  Were any of the Otto           18:43:41
11   Transport trucks outfitted at any point with Fuji --
12   the Fuji LiDAR system?
13       A.   No.  None of the Otto Transport trucks
14   were outfitted with any LiDAR technology.
15       Q.   So between the time that Otto Trucking was      18:44:01
16   formed, I think you testified earlier around
17   February 2016, and the time that -- let's say,
18   August 2016, did either Otto Trucking or Otto
19   Transport do any R&D activity with respect to LiDAR
20   systems?                                                 18:44:21
21       A.   No.  Those entities did not engage in any
22   LiDAR activities, nor did they have any employees
23   throughout those months.
24       MR. SCHUMAN:  That's all I have.
25       MR. CHERNY:  Do you have any questions?              18:44:39

                                                             380


1        MR. RABIN:  Read and sign.                           18:44:40
2        MR. CHERNY:  No questions for me.
3        THE VIDEOGRAPHER:  This concludes today's
```

LiorRon30b6VolII_Rough.txt

4  deposition of the individual testimony of Lior Ron.
5  Total number of media used is one.  Going off the          18:44:48
6  record at 6:44 p.m.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25