| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 02/2015) | **TRANSCRIPT ORDER** **Please use one form per court reporter.** *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Adriana Avalos | 2a. CONTACT PHONE NUMBER 215.425.2691 | 3a. CONTACT EMAIL ADDRESS aavalos@goodwinlaw.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Brett Schuman | 2b. ATTORNEY PHONE NUMBER 650.752.3100 | 3b. ATTORNEY EMAIL ADDRESS bschuman@goodwinlaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Goodwin Procter LLP Two Embarcadero Center San Francisco CA 94111 | 5. CASE NAME Waymo LLC v. Uber Technologies, Inc. et al. | 6. CASE NUMBER 3:17-cv-00939-WHA |
|---|---|---|

| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)— ☐ FTR ▶ Rhonda Aquilina | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL   ☒ CIVIL   ☐ CJA: Do not use this form; use Form CJA24. |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 10/3/2017 | WHA | I | | ☒ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Please email to mleahy@goodwinlaw.com, NChatterjee@goodwinlaw.com and HVu@goodwinlaw.com.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE /s/ Brett Schuman | 12. DATE 10/3/2017 |
|---|---|

| DISTRIBUTION: | ☐ COURT COPY | ☐ TRANSCRIPTION COPY | ☐ ORDER RECEIPT | ☐ ORDER COPY |
|---|---|---|---|---|



American LegalNet, Inc.
www.FormsWorkFlow.com