IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER AFTER HEARING ON MOTION TO CONTINUE TRIAL DATE**

To the extent stated herein and on the record at the hearing yesterday, plaintiff Waymo LLC's motion to continue the trial date (Dkt. No. 1604) is **GRANTED**. A new final pretrial conference is set for **NOVEMBER 28 AT 8:00 A.M.** Jury selection will begin on **NOVEMBER 29 AT 7:30 A.M.** The jury trial will begin on **DECEMBER 4 AT 7:30 A.M.** and continue through December 20. If necessary, we will then take a short break and resume trial in January 2018.

Any request by Waymo to amend its list of asserted trade secrets for trial, expert reports, or lineup of trial exhibits and witnesses must be made via a formal motion to be filed by **OCTOBER 23 AT NOON**, with any response due by **OCTOBER 25 AT NOON** and a hearing on **OCTOBER 26 AT 8:00 A.M.** Also by **OCTOBER 23 AT NOON**, Waymo may file a supplemental offer of proof as to defendant Otto Trucking LLC, with any supplemental response due by **OCTOBER 25 AT NOON**. Otto Trucking's motion for summary judgment (Dkt. No. 1423) will then be decided without another hearing.

Any response to the media coalition's motion to intervene (Dkt. No. 1919) must be filed by **OCTOBER 16 AT NOON**. The media coalition may reply by **OCTOBER 23 AT NOON**. The media coalition's motion and Waymo's motion to close the courtroom for trial (Dkt. No. 1822) will be heard together at the final pretrial conference on **NOVEMBER 28 AT 8:00 A.M.**

Going forward, the parties shall complete currently-pending discovery, but no new discovery may be taken except by stipulation or with Magistrate Judge Jacqueline Corley's advance permission. Moreover, except for discovery disputes, no new motion (or supplement to any pending motion) may be filed in this action without the Court's advance permission. A party seeking such permission must submit a précis summarizing the key arguments from and relief sought by the proposed motion, as well as its timing needs. The opposing side will then have **48 HOURS** to respond. The précis and response are each limited to **FIVE PAGES** in length (twelve-point font, double-spaced, with no footnotes or attachments). After considering the précis and any response thereto, the Court will either grant or deny permission to file the proposed motion. If permission is granted, a briefing schedule and hearing date will be set.

**IT IS SO ORDERED.**

Dated:  October 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE