Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
Todd Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant*
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JAMES LIN IN SUPPORT OF OTTO TRUCKING'S OPPOSITION TO WAYMO LLC'S MOTION FOR SANCTIONS**<br><br>Courtroom:　8 (19th Floor)<br>Judge:　　　Hon. William Alsup<br>Trial:　　　　December 4, 2017<br><br>Filed/Lodged Concurrently with:<br>　1. Defendant's Opposition |

1  I, JAMES LIN, declare:

2  1. I am an associate with the law firm Goodwin Procter LLP. I am a member in good
3  standing of the Bar of the State of California and the Bar of this Court. I make this declaration
4  based on personal knowledge and, if called as a witness, I could and would testify competently to
5  the matters set forth herein. I make this declaration in support of Otto Trucking's Opposition to
6  Waymo LLC's Motion for Sanctions (Dkt. No. 1910)

7  2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the
8  transcript of August 28, 2017 the hearing in the above-captioned matter.

9  3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the August
10  30, 2017 hearing in the above-captioned matter.

11  4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the August
12  31, 2017 hearing in the above-captioned matter.

13  5. Attached hereto as Exhibit 4 is the as-served version of Dkt. No. 1481-2.

14  6. Attached hereto as Exhibit 5 is a true and correct copy of an email chain dated June
15  23, 2017.

16  7. Attached hereto as Exhibit 6 is a true and correct copy of an email chain dated
17  August 28, 2017.

18  8. Attached hereto as Exhibit 7 is a true and correct copy of an email chain parallel to
19  Exhibit 7, also dated August 28, 2017.

20  9. On September 1, 2017, counsel for Uber, Inc. and Ottomotto LLC sent an email to
21  counsel for Waymo LLC regarding its intention to share with its clients an amended redacted
22  version of Exhibit 10 previously filed at Dkt. No. 1433-16. This email did not include as one of
23  the recipients the distribution group email handle for all counsel for Otto Trucking LLC, which
24  appears to have been inadvertent. As a result, not all counsel for Otto Trucking were aware of the
25  discussion pertaining to Exhibit 10 that followed from this initial September 1, 2017 email.

26  10. On September 6, 2017, pursuant to the Court's Order re: Administrative Motion to
27  Seal (Dkt. No. 1444), Otto Trucking re-filed the public version of the letter brief previously filed
28  at Dkt. No. 1433-2, and also the amended redacted version of Exhibit 10 previously filed at Dkt.

1

DECLARATION OF JAMES LIN ISO OPPOSITION TO
PLAINTIFF'S MOTION FOR SANCTIONS                                       CASE NO. 3:17-CV-00939-WHA

1  No. 1433-16.  Before filing Exhibit 10, Otto Trucking amended the redactions in Exhibit 10 to
2  redact "the email addresses, the technical information on the first and sixth pages (*id.* at 2, 7), and
3  the IP address on the third page (*id.* at 4)."  Dkt. No. 1444.  At the time of the filing of both the
4  letter brief and Exhibit 10, filing counsel for Otto Trucking was unaware of the September 1 email
5  discussions among counsel for Waymo, Uber, and Ottomotto.

6        11.     Otto Trucking re-filed the public versions of the letter brief and Exhibit 10 at Dkt.
7  No. 1481, Notice of Public Re-Filing in Response to Court Order Denying in Part Administrative
8  Motion to File Under Seal (the "Notice of Refiling").  The Notice of Refiling was served
9  electronically through ECF to all counsel of record and the Special Master.  Upon information and
10  belief, the procedure used for filing and serving the Notice of Refiling was substantively identical
11  to the procedure used for filing and serving other documents Otto Trucking has regularly filed in
12  this case.  Upon information and belief, no error had returned from the September 6, 2017 filing
13  and service of the Notice of Refiling.

14        I declare under penalty of perjury under the laws of the United States that the foregoing is
15  true and correct. Executed this 4th day of October, 2017 in Menlo Park, California.

/s/ *James Lin*
JAMES LIN

2

DECLARATION OF JAMES LIN ISO OPPOSITION TO
PLAINTIFF'S MOTION FOR SANCTIONS          CASE NO. 3:17-CV-00939-WHA