# EXHIBIT 1

# EXHIBIT 1

```
                                                      Pages 1 - 88

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

    Before The Honorable Jacqueline Scott Corley, Judge

    WAYMO, LLC,                       )
                                      )
              Plaintiff,              )
                                      )
      VS.                             )     NO. CV 17-00939-WHA
                                      )
    UBER TECHNOLOGIES, INC., ET       )
    AL.,                              )
                                      )
              Defendants.             )
    _____    )

                                    San Francisco, California
                                    Monday, August 28, 2017
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        50 California Street -- 22nd Floor
        San Francisco, CA 94111
    **BY: MELISSA J. BAILY, ESQUIRE**
        **JEFFREY NARDINELLI, ESQUIRE**
        **DAVID PERLSON, ESQUIRE**
        **JAMES JUDAH, ESQUIRE**

        QUINN EMANUEL URQUHART & SULIVAN, LLP
        51 Madison Avenue
        New York, NY 10010
    **BY: JAMES BAKER, ESQUIRE**

(Appearances continued on the next page)

Reported By:    Pamela A. Batalo, CSR No. 3593, RMR, FCRR
                      Official Reporter

1   front of me?
2           **MR. CHATTERJEE:** Sure, Your Honor.  If you go to the
3   slide from Sasha Zborzek to Tom Gorman -- it's the next slide.
4   I think it's No. 6 --
5           **THE COURT:** It's Exhibit --
6           **MR. CHATTERJEE:** I want to be mindful here,
7   Your Honor, they have designated this as *confidential*.  I don't
8   want to discuss it in an open courtroom absent an objection,
9   but given that they've have placed this at issue, I don't think
10  it's appropriate to close the courtroom.
11          **THE COURT:** So what is the exhibit number?
12          **MR. CHATTERJEE:** This is Hayes Exhibit No. 10.
13          **MR. BAKER:** Just to be clear, Your Honor, this is a
14  document I think that you just put together for today's
15  hearing.  It's not the exhibits --
16          **MR. CHATTERJEE:** The exhibit is listed at the bottom.
17          **THE COURT:** No, no.  I understand.
18          **MR. BAKER:** We have never seen this before -- that's
19  my only point -- this actual slide presentation.  The documents
20  we've seen, of course --
21          **THE COURT:** No, no, no.  I understand.  It wasn't
22  attached to their letter brief.
23          **MR. BAKER:** Correct.
24          **THE COURT:** Right, right, right.  Okay.
25      I will give you some advice because maybe this will help.

1   I don't see why any of this is confidential, but I understand.
2   Everything is designated *confidential* --
3           **MR. CHATTERJEE:**  I just don't want to be accused of
4   violating the protective order.  I don't think this is a
5   confidential document, especially given what they've placed at
6   issue.
7           **MR. BAKER:**  I don't think that I can agree, you know,
8   to --
9           **THE COURT:**  No, no, no.  We don't have to talk about
10  it.
11      Who is Sasha Zbrozek?
12          **MR. CHATTERJEE:**  So Sasha Zbrozek is an engineer that
13  works in the Chauffeur Project and he was also in charge of
14  administering the SVN server.  That's the server where they
15  claim 14,000 files were downloaded from.
16          **MR. BAKER:**  He has been deposed, Your Honor.
17          **MR. CHATTERJEE:**  And these documents were produced
18  after his deposition.
19          **THE COURT:**  Okay.  But were they -- produced in
20  response to what?
21          **MR. CHATTERJEE:**  The privilege waiver.
22          **THE COURT:**  Oh, the privilege waiver.
23          **MR. CHATTERJEE:**  This was produced as part of what
24  Your Honor found --
25          **THE COURT:**  Okay.  So they're producing.

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4        I certify that the foregoing is a correct transcript
 5   from the record of proceedings in the above-entitled matter.
 6
 7   DATE:   Tuesday, August 29, 2017
 8
 9   _____
10   Pamela A. Batalo, CSR No. 3593, RMR, FCRR
     U.S. Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```