# *EXHIBIT 3*

*EXHIBIT 3*

**Pages 1 - 121**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

```
WAYMO LLC,                        )
                                  )
          Plaintiff,              )
                                  )
   VS.                            )    NO. C 17-00939 WHA(JCS)
                                  )
UBER TECHNOLOGIES, INC.; OTTO     )
TRUCKING LLC; and OTTOMOTTO       )
LLC,                              )
                                  )
          Defendants.             )
                                  )
```

San Francisco, California
Thursday, August 31, 2017

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

Special Master:
>            Farella, Braun & Martel LLP
>            235 Montgomery Street, Suite 1700
>            San Francisco, CA  94104
>            (415) 954-4400
>            (415) 954-4480 (fax)
>       **BY:  JOHN LEE COOPER**

For Plaintiff Waymo LLC:
>            Quinn Emanuel Urquhart & Sullivan, LLP
>            51 Madison Avenue, 22nd Floor
>            New York, NY  10010
>            (212) 849-7000
>            (212)  849-7100 (fax)
>       **BY:  JAMES E. BAKER**

Reported By:  Lydia Zinn, CSR No. 9223, FCRR, Official Reporter

1  session; and we'll essentially be using the courtroom for your
2  meet-and-confer.  So anyone who is here, who is not with the
3  firms, or -- you can have Mr. Patchen stay.  It's up to you.
4  He's a related party -- or not.  Mr. Ehrlich was here.  I don't
5  know if he left, but anyone else who's here, we're going to
6  close the courtroom, and use it as your meet-and-confer.
7       When I do come back, we'll reopen the courtroom, and it
8  will be a public proceeding.
9            **MR. BAKER:**  Thank you, Your Honor.
10           **MR. LIN:**  One last issue.  It's a small one, about
11 the confidentiality designations.  I didn't know if we wanted
12 to address that currently, or if opposing counsel had made
13 changes to the confidential designations to the exhibits of the
14 motion that he we filed.
15           **MR. BAKER:**  I believe our sealing declaration
16 deadline is tonight.  We have taken your instructions and your
17 comments about Judge Alsup to heart.  We're speaking with our
18 client.  I mean, so that's where we are.  I mean, we can talk
19 about it more if you want.
20           **THE COURT:**  I'm going to -- I'm going to rule on it
21 tomorrow.
22      They're going to submit their declaration, and it will be
23 done.  So either they've justified it, or they haven't.
24      For some of them, I'm assuming they're not going to even
25 try because it was so obvious that it wasn't.  I like it

```
 1  Mr. Baker he smiles.
 2          MR. CHATTERJEE:  Your Honor, there's one small
 3  administrative thing.  I hesitated when my colleagues have the
 4  final --
 5      Just on the scope this of this waiver issue, and the
 6  documents have been kind of trickling out, and the depositions
 7  that are now scheduled for next week -- we don't want to lose
 8  the opportunity to be able to file a Motion to Compel if
 9  there's more privilege disputes.  Today's our deadline, so I'd
10  like to get some guidance on that.
11          THE COURT:  If stuff is produced, like, after today,
12  and then it's not -- obviously, you haven't lost your
13  ability --
14          MR. CHATTERJEE:  Well, even last night, things were
15  produced.
16          THE COURT:  Right, right, right, right.  No.
17  Obviously, you can't move to compel based on stuff that you
18  didn't have.  I got that.  I got it.
19          MR. CHATTERJEE:  Yeah.  I just don't -- I want to
20  make sure that we're not held to that deadline for just this
21  limited body of stuff.
22          THE COURT:  No.  You'd have to make some showing
23  about why you couldn't do it before.  The burden will be on you
24  to make the showing why you couldn't do it before.
25          MR. CHATTERJEE:  That, we can --
```

```
 1  that's something --
 2          MR. CHATTERJEE:  I think what we should do,
 3  Your Honor -- we'll review the transcripts.  If we have
 4  anything we want to put Under Seal, we'll contact you.
 5          THE COURT:  If it's agreed to.
 6          MR. CHATTERJEE:  We'll let the court reporter know.
 7          MR. NARDINELLI:  We're okay with that, you guys.
 8          THE COURT:  Don't collude on that.
 9          MR. NARDINELLI:  I'm more concerned about the e-mail
10  address.  Okay.
11          THE COURT:  Great.
12      (At 4:48 p.m. the proceedings were adjourned.)
13  I certify that the foregoing is a correct transcript from the
14  record of proceedings in the above-entitled matter.
15
16  /s/ Lydia Zinn
17  _____  September 1, 2017
    Signature of Court Reporter/Transcriber  Date
18  Lydia Zinn
```