# *EXHIBIT 7*

*EXHIBIT 7*

| | |
|---|---|
| **From:** | Walsh, Rachel M. |
| **To:** | Jeff Nardinelli; "UberWaymoMoFoAttorneys"; DG-GP Otto Trucking Waymo; "BSF_EXTERNAL_UberWaymoLit@bsfllp.com" |
| **Cc:** | QE-Waymo; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com) |
| **Subject:** | RE: Deposition designations of CBI |
| **Date:** | Monday, August 28, 2017 11:21:19 AM |

Jeff,

Otto Trucking agrees.

Regards,

Rachel

**From:** Jeff Nardinelli [mailto:jeffnardinelli@quinnemanuel.com]
**Sent:** Monday, August 28, 2017 11:14 AM
**To:** 'UberWaymoMoFoAttorneys'; DG-GP Otto Trucking Waymo; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'
**Cc:** QE-Waymo; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com)
**Subject:** Deposition designations of CBI

John and counsel,

One issue we meant to raise on the call but did not.  Typically the parties have been designating deposition transcripts within six days of receiving the final transcripts.  Due to the back-heavy deposition schedule there are 12 transcripts due today, then five due tomorrow, four Wednesday, and three Friday.  Can the parties agree to a modest 3-day extension for each?

Thanks,
Jeff

**Jeff Nardinelli**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.