MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:   415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:   202.237.2727 / Fax:   202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:   212.336.8330 / Fax.:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA GOODMAN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR SANCTIONS**<br><br>Judge:      Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

GOODMAN DECL. ISO UBER'S NOTICE OF JOINDER IN OPPOSITION TO WAYMO'S MOTION FOR SANCTIONS
CASE NO. 3:17-CV-00939-WHA

I, Martha L. Goodman, declare as follows:

1. I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the District of Columbia and have been admitted *pro hac vice* in this Court. I make this declaration based on personal knowledge and on information and belief in support of Uber's Notice of Joinder in Defendant Otto Trucking LLC's Opposition to Plaintiff Waymo LLC's Motion for Sanctions. If called as a witness, I could and would competently testify to the matters set forth herein.

2. In its motion for sanctions, Waymo lists ten docket entries that publicly disclosed the domain name of Waymo's SVN server. The only one of those entries filed by Uber was docket number 1546-2. Docket number 1546-2 is an exhibit attached to Defendants' Motion *in Limine* No. 2 and Waymo's Brief in Opposition Thereto (Dkt. 1546), which was filed on September 13. This document was previously publicly filed on September 6 as docket number 1481-2, an exhibit to Otto Trucking's Brief in Opposition to Waymo's Motion to Quash (Dkt. 1481). Dockets 1546-2 and 1481-2 contain identical redactions.

3. Uber re-filed the previously-filed document (1481-2) as an exhibit to Defendants' Motion *in Limine* and Waymo's Brief in Opposition Thereto (Dkt. 1546) for the Court's and the parties' convenience.

4. On September 29, 2017, counsel for Waymo emailed a list of docket entries without the SVN domain name redacted. That list included docket number 1546-2. That same day, I understand that Michelle Yang, co-counsel for Uber at Morrison & Foerster LLP, contacted the ECF Help Desk and locked the filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of October, 2017, in San Francisco, CA.

*/s/ Martha L. Goodman*
Martha L. Goodman

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

                                        */s/ Karen L. Dunn*
                                        Karen L. Dunn