MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:    415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:    202.237.2727 / Fax:   202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.:    212.336.8330 / Fax.:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF WAYMO LLC'S MOTION FOR SANCTIONS**<br><br>Judge:    Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

I, Kaitlyn Murphy, declare as follows:

1. I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of California. I make this declaration based on personal knowledge and on information and belief in support of Uber's Notice of Joinder in Defendant Otto Trucking LLC's Opposition to Plaintiff Waymo LLC's Motion for Sanctions. If called as a witness, I could and would competently testify to the matters set forth herein.

2. Special Master John Cooper facilitated a meet and confer on the morning of Friday September 29, 2017. During that call, counsel for Waymo and Otto Trucking met and conferred with each other and the Special Master about the confidentiality of the domain name of Waymo's SVN server and Otto Trucking's public filings of the name. While counsel for Uber, including myself, attended the meet and confer to discuss other issues on the agenda, Waymo never claimed Uber had done anything improper with respect to the SVN domain name, and Uber's counsel did not participate in the discussion between Waymo, Otto Trucking, and the Special Master about the issue or the briefing schedule for Waymo's motion.

3. Waymo did not inform Uber that it would be move for sanctions against Uber or identify the grounds on which such relief would be sought against Uber prior to filing its motion on October 1, 2017.

4. Waymo and Uber met and conferred the next day on October 2, 2017 about Waymo's improvident filing as it pertained to Uber. The Special Master stated during that call that he, like me and other counsel for Uber, left the September 29 meet and confer with the understanding that the dispute over the public filing of the SVN domain name and Waymo's anticipated motion was between Waymo and Otto Trucking only. The Special Master then granted Uber leave to file a brief in response to Waymo's motion for sanctions by Wednesday at 3:00 p.m. and instructed Waymo to re-notice its motion and inform the Court that there had been confusion about whether Waymo was going to seek sanctions against Uber.

//

//

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of October, 2017, in Oakland, California.

*/s/ Kaitlyn Murphy*
Kaitlyn Murphy

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Kaitlyn Murphy has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn

2