1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  WAYMO LLC,                              CASE NO. 3:17-cv-00939

14          Plaintiff,

15      vs.                                 **PLAINTIFF WAYMO'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SANCTIONS**

16  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO LLC; OTTO TRUCKING
17  LLC,

18          Defendants.

Plaintiff Waymo submits this short Reply to address material, incorrect factual statements in Otto Trucking's Opposition, joined by Uber and Ottomotto. (Dkts. 1956, 1957).

Defendants contend that Waymo somehow "supported" Defendants' public filing of the domain name of Waymo's SVN server publicly: "***To repeat: Waymo filed multiple declarations affirmatively supporting the sealing of the version of Exhibit 10 that publicly disclosed the domain name for the SVN server.***" (Dkt. 1956, at 1:8-12 (emphasis in original); *see also id.* 4:23-5:1 (citing Waymo declarations as purported agreement with Defendants' position that the domain name should not be redacted.)

The record shows this is untrue. Waymo consistently redacted (by highlighting in green) its SVN domain address from each version of Exhibit 10 attached to the declarations cited by Defendants. (*See* Dkt. 1659, Ex. 1 (redacting SVN domain address); Dkt. 1698, Ex. 2 (same); Dkt. 1718, Ex. 9 (same); and Dkt. 1719, Ex. 5 (same).) Waymo also explained in the accompanying declarations themselves that the domain name should be redacted because it was highly sensitive information that Waymo considers confidential. (Dkt. 1659, at 2:23-27 (seeking to seal portions of document that "contain the domains that host Waymo's highly confidential SVN repository and other computer systems"); Dkt. 1698, at 3:5-9 (same); Dkt. 1718, at 3:2-6 (same); and Dkt. 1719, at 2:24-28 (same).)

So what Defendants are arguing is that, even though Waymo submitted multiple declarations demonstrating why Waymo's SVN address must be sealed, in doing so, Waymo was actually filing these declarations to somehow "support" Defendants' failure to seal this very same SVN address. This argument only further demonstrates why sanctions are appropriate here.

DATED: October 5, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By  s/Charles Verhoeven
                                    Charles K. Verhoeven
                                    Attorneys for WAYMO LLC