UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: SLACK DISCOVERY DISPUTE AND ANY FURTHER DISCOVERY DISPUTES** |

The parties appeared for a telephonic discovery hearing on October 5, 2017 regarding Waymo's request for review of the Ottomotto team site on Slack. Waymo's request was granted in part and denied in part as stated on the record. The request is denied as to Waymo's request to review Uber's Slack platform (which the Ottomotto team site was merged into) based on Uber's representations regarding searches already conducted of that platform. However, because the individual communications such as those discussed in the Stroz Report were not merged into Uber's Slack platform, Uber shall cooperate with Waymo's efforts to subpoena information prior to April 2016 regarding the Ottomotto team Slack site.

**To the extent that Waymo seeks any additional discovery as a result of the production of the Stroz Report, Waymo must seek that discovery by 5:00 p.m. today, October 6, 2017. Further, the deadline to seek any additional discovery—whether via stipulation or Court order—is October 20, 2017.**

    **IT IS SO ORDERED.**

Dated:  October 6, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge