1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Tel.: +1 650 752 3100
4  Fax.: +1 650 853 1038

5  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
6  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
7  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax.: +1 415 677 9041

11 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
13 Los Angeles, California 90017
   Tel.: +1 213 426 2500
14 Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO WAYMO LLC'S MOTION FOR SANCTIONS**<br><br>Courtroom: 8, 19th Floor<br>Judge: Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. Declaration ISO Admin. Mot. to File Documents Under Seal<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1   Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of Otto Trucking's Sur-Reply in Support of Its Opposition to Waymo
3  LLC's Motion for Sanctions (the "Administrative Motion").  Having considered the
4  Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto
5  Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of
6  documents listed below that are adequately supported by declarations provided by Plaintiff
7  Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only"
8  information pursuant to the parties' protective order:

| **Document** | **Portions to Be Filed Under Seal** | **Parties Claiming Confidentiality** |
|---|---|---|
| Otto Trucking's Sur-Reply | Highlighted Portions | Waymo LLC |

**IT IS SO ORDERED.**


Dated: _____, 2017

　　　　　　　　　　　　　　　　　　　　　　　HON. JACQUELINE S. CORLEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                CASE NO. 3:17-CV-00939-WHA