# EXHIBIT 2

# EXHIBIT 2

| | |
|---|---|
| **From:** | Andrea P Roberts <andreaproberts@quinnemanuel.com> |
| **Sent:** | Monday, September 18, 2017 9:55 PM |
| **To:** | UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); UberWaymoMoFoAttorneys; DG-GP Otto Trucking Waymo |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber - Uber Publicly Filed Dkt. 1666 |
| **Importance:** | High |

Counsel – Uber just filed publicly Dkt. 1666, which states it is providing redacted versions of Exhibits A, B, G, 36 and 38 in connection with Waymo's MIL No. 1.  Waymo's administrative motion to seal identified all of these documents as containing Waymo confidential information and being entirely under seal.  (Dkt. 1561.)  Yet, Uber publicly filed redacted versions of those documents that are Waymo confidential.  For example, Exhibit G (Dkt. 1666-4) contains the confidential bonus payment information for everyone on the Chauffeur Bonus Plan.  Please immediately take corrective action to remove the exhibits from the public docket, confirm you are doing so, and give us the status promptly.

Thanks.

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.