1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:   202.237.2727
10 Facsimile:   202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| 21            Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL MOTION FOR CONTINUANCE AND RESPONSE TO REQUEST FOR INPUT ON PENDING MOTION TO CONTINUE TRIAL DATE (DKT. 1928)** |
| 22       v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24            Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Supplemental Motion for Continuance and Response to Request for Input on Pending Motion to Continue Trial Date (Dkt. 1928).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Supplemental Motion for Continuance ("Supplemental Motion") | Red Boxes |
| Exhibit 3 | Entire Document |
| Exhibit 7 | Red Boxes |
| Exhibit 19 | Red Boxes |
| Exhibit 22 | Red Boxes |

3. The red boxes in the Supplemental Motion contain highly confidential information regarding design options and technical features of Uber's self-driving car technology. The red boxes in Exhibit 19 contain highly confidential information regarding technical features of Uber's self-driving car technology. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into the development plans and progress of Uber's self-driving car program. Disclosure of this information could significantly harm Uber's competitive standing.

4. The entirety of Exhibit 3 is an internal presentation containing highly confidential information regarding design options for Uber's LiDAR technology. This confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that

disclosure of this information could allow competitors to obtain a competitive advantage over Uber by gaining insight into design options for LiDAR development, such that they could tailor their own LiDAR development. Uber's competitive standing could be significantly harmed.

5. The red boxes in Exhibit 7 contain the personal residential address and personal email addresses of an individual involved in this media-intensive case. Waymo did not serve this individual with this particular document, so Defendants propose those redactions of personal contact information as a courtesy.

6. Portions of Exhibit 22 marked in red boxes contain email addresses of current and former employees, whose personal contact information may be targeted if disclosed to the public. Defendants seek to seal this information in order to protect the privacy of these individuals because this lawsuit is currently the subject of extensive media coverage. Disclosure of this information could expose these individuals to harm or harassment. Exhibit 22 was not originally included in Waymo's administrative motion to file under seal, but Defendants have requested that Waymo remove access to Exhibit 22 and file a version that redacts this contact information.

7. Defendants' request to seal is narrowly tailored to the portions of Waymo's Motion and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2017 in San Francisco, California.

*/s/ Michelle Yang*
Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: October 6, 2017

*/s/ Arturo J. Gonzalez*
ARTURO J. GONZALEZ