1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL UBER SOURCE CODE** |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Motion to Compel Uber Source Code ("Waymo's Motion").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion | Highlighted in blue |
|  | Highlighted in green |
| Exhibit 1 to Waymo's Motion | Entire document |
| Exhibit 3 to Waymo's Motion | Entire document |
| Exhibit 4 to Waymo's Motion | Entire document |
| Exhibit 5 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge