QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION TO COMPEL UBER SOURCE CODE** |

1  I, Jordan Jaffe, hereby declare as follows.

2  1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of Exhibit 37 to the Stroz Report, bearing bates label UBER00312869-80.

3. Attached as Exhibit 2 is a true and correct copy of September 30, 2017 correspondence sent to counsel for Defendants regarding Otto/Uber source code.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the August 2, 2017 deposition transcript of Jur Van Den Berg.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the August 18, 2017 deposition transcript of Don Burnette.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by Stroz from the custodial files of Don Burnette, bearing bates label STROZ_R_000178997-STROZ_R_000179000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 9, 2017

*/s Jordan Jaffe*
Jordan Jaffe

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan Jaffe.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

-2-    Case No. 3:17-cv-00939-WHA
DECLARATION OF JORDAN JAFFE

01980-00104/9607548.1