# Exhibit 2

| | |
|---|---|
| **From:** | Jordan Jaffe |
| **Sent:** | Saturday, September 30, 2017 11:07 PM |
| **To:** | UberWaymoMoFoAttorneys; Uber-sg@LISTS.SUSMANGODFREY.COM; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; DG-GP Otto Trucking Waymo (DG-GPOttoTruckingWaymo@goodwinlaw.com) |
| **Cc:** | QE-Waymo; Matthew Cate (MCate@fbm.com); John Cooper (JCooper@fbm.com) |
| **Subject:** | Waymo v. Uber - Source Code |
| | |
| **Categories:** | Waymo |

Counsel,

The Otto/Uber source code that our experts have been inspecting has not been made available locally on the hard drive of the inspection machine, and is only accessible through a browser interface.  Given the short time frame available for review, the source code files must be provided on the local hard drive, so that they can be reviewed efficiently using source code review tools.  In addition, none of the source code inspection computers contain the source code review tool SciTools Understand.  Please install SciTools Understand as soon as possible.

In addition, our experts have been unable to locate lane change functionality in the code, including safety checks and locating gaps in traffic, which we understand existed at Otto.  *See, e.g.,* van der Berg Tr. 118:16-119:6 (describing using optimizer to do a lane change).  Lane change code from Google/Waymo was also apparently on Mr. Levandowski's devices. See Stroz Report Ex. 37 (providing excerpts of lane change code from A. Levandowski).

Given these disclosures and the lack of relevant code in the Otto repository, please immediately produce for inspection a current version of Uber source code that includes lane change functionality.  Lane change functionality is an example of a specific reason we need Uber's current source code. As a general matter, given the amount of source code discussed in the Stroz report, Waymo is entitled to discovery of the overlap between any Waymo source code at Uber's agent (Stroz) and Uber's source code.  We ask that you update the review machine with the most current Uber source code tomorrow.

Best regards,


Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // jordanjaffe@quinnemanuel.com