QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Jonathan Francis, declare as follows:

1.     I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111.  I am over the age of eighteen and not a party to this action.

2.     On October 9, 2017, I caused the following documents to be served on all counsel of record via electronic mail:

    a.    Unredacted versions of Waymo's Motion to Compel Uber Source Code and exhibits 1, and 3-5 thereto; and

    b.    Declaration of Lindsay Cooper in support of Waymo's Administrative Motion to File Under Seal its Motion to Compel Uber Source Code;

3.     The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
| --- | --- |
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | |
|---|---|
| LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br><br>Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER<br>LLP<br>435 Tasso Street<br>Suite 205<br>Palo Alto, CA 94301<br><br>Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER<br>LLP<br>1401 New York Ave., NW<br>Washington, DC 20005 | |
| I. Neel Chatterjee (SBN 173985)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>Brett M. Schuman (SBN 189247)<br>Shane Brun (SBN 179079)<br>Rachel M. Walsh (SBN 250568)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| William C. Carmody<br>Susman Godfrey LLP<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, New York<br>Tel.: +1 212-336-8334<br>Fax: +1 212-336-8200 | Uber-sg@lists.susmangodfrey.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California 94104<br>415.954.4410<br>415.954.4480 | jcooper@fbm.com |

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2    true and correct, and that this declaration was executed in San Francisco, California, on October 9,

3    2017.

4                                            By  */s/ Jonathan Francis*
                                                  Jonathan Francis
5

6

7

8                                    **<u>SIGNATURE ATTESTATION</u>**

9        Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

10   filing of this document has been obtained from Jonathan Francis.

11

12                                            */s/ Charles K. Verhoeven*
                                                  Charles K. Verhoeven
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28