QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO WAYMO LLC'S MOTION FOR SANCTIONS (DKT. 1955)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of Its Opposition to Waymo LLC's Motion for Sanctions ("Administrative Motion"). The Administrative Motion seeks an order sealing the highlighted portions of Otto Trucking's Opposition to Waymo LLC's Motion for Sanctions ("Otto Trucking's Opposition"), Exhibit 4 to the Lin Declaration, and the Declaration of Todd Boock in Support of Opposition to Motion to Sanctions, as well as the entirety of Exhibit 8 to the Boock Declaration.

3. Otto Trucking's Opposition (portions highlighted in yellow), Exhibit 4 (green highlighted portions in version filed herewith), and Exhibit 8 to the Boock Declaration (green highlighted portions in version filed herewith) contain, reference, and/or describe Waymo's highly confidential and sensitive business information. Such information includes confidential details regarding Waymo's security measures and protocols and detailed computer forensics regarding access to Waymo's trade secrets. I understand that Waymo maintains this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its security measures and computer forensics methods would become known to competitors who could use such information to Waymo's disadvantage.

4. Exhibit 4 (green highlighted portions in version of Exhibit 4 filed herewith) additionally contains email addresses and/or phone numbers of Waymo employees and former employees involved in this case, the disclosure of which would cause Waymo and those employees substantial harm due to the high public profile of this litigation.

5. Otto Trucking's Opposition (portions highlighted in yellow), and Exhibit 4 (green highlighted portions in version of Exhibit 4 filed herewith) additionally contain highly sensitive information that Waymo seeks to seal. Specifically, those portions contain the domains that host Waymo's highly confidential SVN repository and other computer systems. Public disclosure of such

information will give bad actors seeking to hack Waymo's databases a target to attack. Further, there is no public purpose served by disclosing the precise web or IP address at which the servers reside.

6. Waymo's request to seal is narrowly tailored to those portions of Otto Trucking's Opposition and Exhibit 4 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on October 9, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven