# *E*XHIBIT *8*

# *UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *E*XHIBIT *8*

| | |
|---|---|
| **From:** | James Baker |
| **To:** | Boock, Todd A. |
| **Subject:** | FW: Order Denying Motion to Seal |
| **Date:** | Wednesday, September 27, 2017 5:48:07 PM |

**From:** James Baker
**Sent:** Friday, September 1, 2017 1:55 PM
**To:** 'Gonzalez, Arturo J.' <AGonzalez@mofo.com>; Felipe Corredor <felipecorredor@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>; Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Subject:** RE: Order Denying Motion to Seal

Our motion to seal was not denied. It was granted in part and denied in part. The things that remain redacted should be treated as confidential under the protective order.

With respect to the two passages you mentioned in the other thread, we will agree to unredact "an internal file sharing tool." The other passage however should remain redacted ████████████████████████████████ ███████████████ That's a technical characteristic of Waymo's internal EPDM repository and falls squarely within Judge Corley's order.

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, September 01, 2017 1:40 PM
**To:** James Baker <jamesbaker@quinnemanuel.com>; Felipe Corredor <felipecorredor@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>
**Subject:** Order Denying Motion to Seal

And very important: on the confidential point. We do not agree on that point and if we need to get on the phone with Judge Alsup, let me know, but your motion to seal was denied.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

**From:** James Baker [mailto:jamesbaker@quinnemanuel.com]
**Sent:** Friday, September 01, 2017 1:39 PM
**To:** Gonzalez, Arturo J.; Felipe Corredor; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com); Chatterjee, Neel (NChatterjee@goodwinlaw.com)
**Subject:** RE: Order Denying Motion to Seal

- External Email -

This is fine.  I will get back to you on the other two redactions that you would like to uncover.

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, September 01, 2017 1:33 PM
**To:** James Baker <jamesbaker@quinnemanuel.com>; Felipe Corredor <felipecorredor@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>
**Subject:** Order Denying Motion to Seal
**Importance:** High

Jim,

Here is what I am sending our clients.  Please get back to me regarding the two portions that I noted are not "technical information" and your basis for suggesting that this is somehow confidential.  Judge Corley's order is clear that there is no basis for sealing.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

**From:** James Baker [mailto:jamesbaker@quinnemanuel.com]
**Sent:** Friday, September 01, 2017 1:27 PM
**To:** Gonzalez, Arturo J.; Felipe Corredor; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com); Chatterjee, Neel (NChatterjee@goodwinlaw.com)
**Subject:** [EXT] RE: Order Denying Motion to Seal

That's fine.  As long as you keep everything in green redacted and it doesn't go beyond your client.

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, September 01, 2017 1:25 PM
**To:** James Baker <jamesbaker@quinnemanuel.com>; Felipe Corredor <felipecorredor@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>
**Subject:** Order Denying Motion to Seal

Jim,

While we finalize your objections, I am going to share this version with our clients, redacting everything you put in green.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105

P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

---

**From:** James Baker [mailto:jamesbaker@quinnemanuel.com]
**Sent:** Friday, September 01, 2017 1:03 PM
**To:** Gonzalez, Arturo J.; Felipe Corredor; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com); Chatterjee, Neel (NChatterjee@goodwinlaw.com)
**Subject:** [EXT] RE: Order Denying Motion to Seal

Arturo,

Our additional proposed redactions are in green.  We believe these are consistent with Judge Corley's order, but I'm available this afternoon if we need to get on the phone.

Thanks,
Jim

---

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, September 01, 2017 12:45 PM
**To:** James Baker <jamesbaker@quinnemanuel.com>; Felipe Corredor <felipecorredor@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>
**Subject:** Order Denying Motion to Seal

Jim,

We will not agree to any further redactions.  If we need to get on the phone with Magistrate Corley, let me know.  We will appeal any further redactions to Judge Alsup as well.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

---

**From:** James Baker [mailto:jamesbaker@quinnemanuel.com]
**Sent:** Friday, September 01, 2017 12:17 PM
**To:** Gonzalez, Arturo J.; Felipe Corredor; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com); Chatterjee, Neel (NChatterjee@goodwinlaw.com)
**Subject:** [EXT] RE: Order Denying Motion to Seal

Thanks Arturo.  We're reviewing this in light of Judge Corley's order and will get back to you shortly.  Might not be by 12:30pm though.

---

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, September 01, 2017 12:09 PM
**To:** Felipe Corredor <felipecorredor@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin

(srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>
**Subject:** Order Denying Motion to Seal
**Importance:** High

Felipe,

We have attached the redacted version we plan to share with our clients.  Please let me know by 12:30 if you have any objection.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

---

**From:** Felipe Corredor [mailto:felipecorredor@quinnemanuel.com]
**Sent:** Friday, September 01, 2017 11:19 AM
**To:** Gonzalez, Arturo J.; QE-Waymo
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com); Chatterjee, Neel (NChatterjee@goodwinlaw.com)
**Subject:** [EXT] RE: Order Denying Motion to Seal

Arturo, before you do so, can you provide us a copy of the redacted version you plan to share with your client?

---

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Friday, September 01, 2017 10:57 AM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; bcarmody@SusmanGodfrey.com; Shawn J. Rabin (srabin@SusmanGodfrey.com) <srabin@SusmanGodfrey.com>; Chatterjee, Neel (NChatterjee@goodwinlaw.com) <NChatterjee@goodwinlaw.com>
**Subject:** Order Denying Motion to Seal
**Importance:** High

Quinn Team:

Given this order, we intend to share the Otto letter brief and Exhibit 10 (redacted per the Court's ruling) with our clients.  If you have any objections or concerns, please let me know by 11:30 this morning.

**Arturo J. González**
Chair, Commercial Litigation and Trial Practice Group
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7020 | F: 415.276.7020 | C: 415.425.9548
AGonzalez@mofo.com | www.mofo.com

---

**From:** ECFdocuments@pacerpro.com [mailto:ECFdocuments@pacerpro.com]
**Sent:** Friday, September 01, 2017 10:43 AM
**To:** Tovar, Elizabeth M.; Bartolomeo, Kai S.; Sario, Lucia M.; Docket-SF; Sheehan, Rose B.; Rivera, Sylvia; Ray, Wendy J.; Mendoza, Melissa M.; Vinagre, Stacy L.; Coletti, Diana J.; Kametani, Yvonne C.; Na, Terrie; Park, Julie Y.; Kramer, Brian M.; Kwon, Kevin T.; Knisely, Cyndi L.; Jacobs, Michael A.; Cross, David D.; Muino, Daniel P.; Patel, Fahd H.; Rauh, Aaron D.; Baum, Theresa A.; Manion, Vivian A.; Llewellyn, Scott F.; Vieyra, Kelly A.; Gillis, Donna Sherwinsky; Kim, Rudy Y.; Hoang, Nancy; Villegas, Ethel; Visitacion, Daisy Belle; Craig, Beatriz E.; Sagapolu, Frances L. M.; Reynolds, Tina D.; Yang, Michelle C.Y.; MacLean, Teresa A.; Balassone, Elizabeth; Davis, Sarah N.; Dolphin,

Rachel S.; Ferrari, Anna; Gonzalez, Arturo J.; Chang, Esther Kim; Kreeger, Matthew I.; McGuire, James R.; Sabri, Nathan B.; Tapernoux, Camila A.; Tate, Eric Akira; Archuleta-Rodriguez, Regina C.; Crandall-Whittom, Elizabeth J.; Perez, Edith E.; Smith, Victoria R.; Wolfe, Pat A.; Meier, Chris; Hadduck, Alex N.; Cortina, Samuel Christopher; Pardini, Thomas Julian; Gatzemeyer, Ryan J.; Li, Yue; Cheng, Ling Choi Jackie; Hazen, Brian L.; Smith, Wilma; Kim, Haerin S.
**Subject:** [EXT] New document: Waymo LLC v. Uber Technologies, Inc. et al (Doc# 1444, N.D. Cal. 3:17-cv-00939-WHA)

# Waymo LLC v. Uber Technologies, Inc. et al

**Docket entry number: 1444**

Order by Magistrate Judge Jacqueline Scott Corley granting in part and denying in part [1377] Administrative Motion to File Under Seal.(jsclc2S, COURT STAFF) (Filed on 9/1/2017) (Entered: 09/01/2017)

*Date entered: 2017-09-01*



**VIEW CASE**
https://www.pacerpro.com/cases/4269870

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? sales@pacerpro.com or (415) 890-4958

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.