UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Waymo LLC

      Plaintiff(s),

 v.

Uber Technologies, Inc., et al.

      Defendant(s).

Case No: 3:17-cv-00939

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

 I, Serafina Concannon, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Waymo LLC in the above-entitled action. My local co-counsel in this case is Jordan Jaffe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., New York, NY 10010 | Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California St., San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 849-7361 | (415) 875-6600 |
| My email address of record: | Local co-counsel's email address of record: |
| serafinaconcannon@quinnemanuel.com | jordanjaffe@quinnemanuel.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4879557.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/10/17

            Serafina Concannon
            APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Serafina Concannon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 10, 2017.

            UNITED STATES DISTRICT/MAGISTRATE JUDGE