```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

       HONORABLE JACQUELINE SCOTT CORLEY, U.S. MAGISTRATE JUDGE

                              - - -

WAYMO, LLC,                              )
                                         )
                    PLAINTIFF,           )   Case No.
                                         )
           vs.                           )   17-CV-00939-WHA
                                         )
UBER TECHNOLOGIES, INC.;                 )
OTTOMOTTO LLC; OTTO TRUCKING, LLC,       )
                                         )
                    DEFENDANTS.          )
_____)
```

*TRANSCRIPT OF THE OFFICIAL*
*ELECTRONIC SOUND RECORDING 10:02 A.M. - 10:06 A.M.*
*TELEPHONIC DISCOVERY HEARING*
*OCTOBER 4, 2017*
*SAN FRANCISCO, CALIFORNIA*

*APPEARANCES:*       *(All Counsel Appeared Telephonically)*

*FOR THE PLAINTIFF:*
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    Attorneys at Law
                    BY: Melissa J. Baily, Esq.
                    50 California Street, 22nd Floor
                    San Francisco, California 94111
                    415-875-6600   Fax: 415-875-6700
                    Email: Melissabaily@quinnemanuel.com

**(APPEARANCES CONTINUED ON PAGE 2)**

*TRANSCRIBED BY:*        *VICTORIA L. VALINE, CSR 3036, RMR, CRR*
                        *VictoriaValineCSR@gmail.com*

UNITED STATES DISTRICT COURT

```
 1   APPEARANCES:   (CONTINUED)

 2   FOR THE DEFENDANTS UBER, OTTOMOTTO & OTTO TRUCKING:

 3                            MORRISON & FOERSTER LLP
                              Attorneys at Law
 4                            BY:  Arturo J. Gonzalez,  Esq.
                              425 Market Street
 5                            San Francisco, California 94105
                              415-268-7020
 6                            Email: Agonzalez@mofo.com.

 7
                              GOODWIN PROCTER, LLP
 8                            Attorneys at Law.
                              BY:  Hong-An Vu, Esq.
 9                            601 S. Figueroa St 41st Floor
                              Los Angeles, California 90017
10                            213-426-2500   Fax: 213-623-1673
                              Email: Hvu@goodwinlaw.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          SAN FRANCISCO, CALIFORNIA;  OCTOBER 4, 2017

2                        10:02 A.M.

3                          --o0o--

4          (TRANSCRIBER'S NOTE:  Due at times to counsels'

   failure to identify themselves when speaking, certain speaker

   attributions are based on educated guess.)

7                          --o0o--

8          THE CLERK:  17-0939, Waymo versus Uber.

9          THE COURT:  Good morning.  It's Judge Corley.  How may

10  I help you?

11         MR. GONZALEZ:  Good morning.

12         MS. BAILEY:  Good morning, Judge Corley.  This is

13  Melissa Bailey for Waymo.

14         The issue that we're addressing today is -- hopefully we

15  can be very brief -- is the scheduling of the deposition of

16  Ms. Sally Yu.

17         So, as I'm sure you're aware, yesterday Judge Alsup

18  granted a continuance in the case.  My understanding is that,

19  at least in part, he granted it to try to mitigate some of the

20  prejudice on Waymo for having received so many materials

21  related to the due diligence investigation and related issues

22  so late in the case.

23         And what we are trying to do is, you know, we're still --

24  we have not asked to delay the entire deposition schedule.  We

25  have a lot of depositions still happening this week.  We did

1  ask to reschedule Ms. Yu's deposition from this Friday,
2  tomorrow, to a date in the next -- you know, week, week and a
3  half.  The reason we asked that is for the same reason we asked
4  for a continuance in the case, to give us a fair opportunity to
5  review a core set of documents that would be relevant to that
6  deposition.
7      You know, we probably won't be able to review everything,
8  but we just want to get our heads around the issues, especially
9  the issues of what Uber knew leading up to the execution of the
10 so-called agreement, what they knew before the acquisition
11 closed, issues like that.
12     Your Honor granted us four hours with Ms. Yu.  We don't
13 want to have to figure it out on the fly.  We would like the
14 opportunity to actually, you know, take a look -- a meaningful
15 look and review of the documents in advance of this particular
16 deposition.
17         THE COURT:  So you want --
18         MS. BAILEY:  And we think that that's --
19         THE COURT:  Okay.  You want to take it by October
20 13th, is it next week?  What's the -- what time frame did you
21 give Uber?
22         MS. BAILEY:  We would be willing to take it by
23 October 18th, anytime in the next sort of week, week and a
24 half.
25     We would like at least until the 11th to take a closer

UNITED STATES DISTRICT COURT

```
 1    look at the core documents that would be relevant to her.
 2            THE COURT:  Okay.  Mr. Gonzalez?
 3            MR. GONZALEZ:  Yes, your Honor, very brief.
 4       They asked us to continue five depositions that were
 5    scheduled for this week.  We conferred with John and agreed to
 6    push back four of them.
 7         The reason we're going in line with Sally Yu is because A,
 8    her schedule is horrendous and carving out a five-hour time
 9    period is very difficult.  And B, there really is no reason to
10    put it off.  I think you know what they're looking at.  They're
11    looking at stuff that Anthony Levandowski had in this vault
12    that she never saw.  It has nothing do do with her.
13            THE COURT:  I'm just going to stop -- I'm just going
14    to stop you for one second, Mr. Gonzalez.
15            MR. GONZALEZ:  I'm almost finished.
16            THE COURT:  Is she not available between now and
17    October 18th?
18            MR. GONZALEZ:  Your Honor, what I'm told is there is
19    no five-hour block next week, which doesn't surprise me given
20    everything that's going on at Uber.
21            THE COURT:  So what about the following week?
22         So all the depositions need to be completed by the
23    following week regardless, and I think Ms. Bailey, from what
24    I'm hearing, fortunately understands that.  They're just going
25    to have to prioritize and make choices because we're not
```

```
 1  carrying discovery on into November.
 2       So what about the following week then?
 3            MR. GONZALEZ:  I candidly haven't checked on the
 4  following week, your Honor.
 5            THE COURT:  All right.  I think that's appropriate.  I
 6  think that's appropriate.  But -- but, just to give you some
 7  comfort, we're not carrying discovery on.  It all needs to be
 8  done by that week of the --
 9            MR. GONZALEZ:  Understood, your Honor.  I will check
10  and see what her availability is.
11            THE COURT:  Okay.
12            MR. GONZALEZ:  And if, in good faith, she is not
13  available then, I will call counsel and John and maybe get you
14  back on the phone and --
15            THE COURT:  I don't think so.  I don't think so.  Find
16  a date that works that's convenient for everyone.
17            MR. GONZALEZ:  Yeah.  I understand.  I understand,
18  your Honor.  I --
19            THE COURT:  We're not continuing this -- yeah.  We're
20  not continuing this forever, but I think it's appropriate.
21  Okay.
22            MR. GONZALEZ:  Thank you, your Honor.
23            THE COURT:  Great.  Thank you.
24            MS. BAILEY:  Thank you, your Honor.
25            MR. GONZALEZ:  Great.  Thank you very much.
```

1          MR. VU:  Thank you.
2          THE COURT:  Thank you.
3          (The matter concluded at 10:06 a.m.)
4                         --o0o--

CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, no employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

*/s/ VICTORIA L. VALINE*
_____
Victoria L. Valine, CSR 3036, RMR, CRR
October 10, 2017