MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:   212.336.8330
Facsimile:    212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE**<br><br>**Trial Date: December 4, 2017** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Opposition to Waymo's Motion To Compel Uber Source Code.

2. Attached as **Exhibit 1** is a true and correct copy of certain metadata exported from the Relativity database made available to the parties by Stroz Friedberg in response to Waymo's subpoena. These metadata pertain to the twelve files in the Relativity database that comprise Exhibit 37 to the Stroz report, which bear Stroz DocIDs 001948767, 001948778, 001948795, 001948803, 001948810, 001948852, 001948887, 001948899, 001948919, 001948929, 001948937, and 001948987. The metadata fields included in this export at: DocID, Custodian Name, Evidence Description (i.e., the device on which the file was found), DocDateTime, Subject/Title (in this case corresponding to filename), File Path, and beginning Bates number.

3. Attached as **Exhibit 2** is a true and correct copy of a document produced in this litigation bearing Bates numbers STROZ_R_000249955- STROZ_R_000249995.

4. Attached as **Exhibit 3** is a true and correct copy of a document produced in this litigation bearing Bates numbers STROZ_R_000002737- STROZ_R_000002768.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced in this litigation bearing Bates numbers STROZ_R_000249947- STROZ_R_000249954.

6. Attached as **Exhibit 5** are relevant pages from the deposition of Travis Kalanick, taken on July 27, 2017.

7. Attached as **Exhibit 6A** is a true and correct copy of a document produced in this litigation bearing Bates numbers UBER00313451-UBER00313453.

8. Attached as **Exhibit 6B** is a true and correct copy of three native files exported from the Relativity database made available to the parties by Stroz Friedberg in response to Waymo's subpoena. These files are native (i.e., high-resolution, full-color) versions of the three files in the Relativity database that comprise Exhibit 134 to the STROZ report, which bear Stroz DocIDs 003199508, 003199509, and 003199510. Due to the timing of Stroz's rolling

YANG DECLARATION ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE
Case No. 3:17-cv-00939-WHA
sf-3831328

1

productions, counsel for Uber were unable to obtain formally produced, Bates-stamped copies of these native images in time for this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of October, 2017 in San Francisco, California.

                                              */s/ Michelle Yang*
                                              Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: October 12, 2017                     */s/ Arturo J. González*
                                                  ARTURO J. GONZÁLEZ