# EXHIBIT 6A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED