# EXHIBIT 6B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED