Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER** LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>              Plaintiff,<br><br>        v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING'S NOTICE OF JOINDER IN UBER TECHNOLOGIES INC. AND OTTOMOTTO'S OPPOSITION TO MOTION TO COMPEL UBER SOURCE CODE (DKT. 1991)**<br><br>Trial Date:     December 4, 2017<br>Courtroom:   8, 19th Floor<br>Judge:          Hon. William Alsup |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Opposition to Motion to Compel Uber Source Code (Dkt. 1991).

In a footnote in its brief in support of its Motion to Compel, Waymo states that it is "not aware whether Otto Trucking has access, custody or control of this same code . . ."  Dkt. No. 1977, at n.1.  Otto Trucking states that it has never had access, custody, or control of source code for autonomous vehicles, nor has it ever had access to Uber and/or Ottomotto source code.

In further support of its joinder, Otto Trucking states as follows:

1.      On October 9, 2017, Plaintiff Waymo LLC filed its Motion to Compel Uber Source Code (Dkt. 1977).

2.      On October 12, 2017, Uber/Ottomotto filed its Opposition to Motion to Compel Uber Source Code (Dkt. No. 1991).

3.      Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Docket No. 1991 for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

4.      Otto Trucking joins and adopts Co-Defendants Opposition to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Opposition to Motion to Compel Uber Source Code (Dkt. 1991).

Dated:   October 12, 2017                          Respectfully submitted,

                                                          By:     /s/ Neel Chatterjee
                                                                  Neel Chatterjee
                                                                  *nchatterjee@goodwinlaw.com*
                                                                  Brett Schuman
                                                                  *bschuman@goodwinlaw.com*
                                                                  Shane Brun

*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER** LLP

*Attorneys for Defendant: Otto Trucking LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 12, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed document will be accomplished by the CM/ECF system.

      I certify under penalty of perjury that the foregoing is true and correct.  Executed on **October 12, 2017**.

                  /s/   Neel Chatterjee
                    NEEL CHATTERJEE