1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
     Lindsay Cooper (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10                        UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                                CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                    **DECLARATION OF LINDSAY COOPER
                                             IN SUPPORT OF PLAINTIFF WAYMO
14       vs.                                  LLC'S ADMINISTRATIVE MOTION TO
                                             FILE UNDER SEAL ITS LETTER BRIEF
15  UBER TECHNOLOGIES, INC.;                  TO COMPEL STROZ-RELATED
   OTTOMOTTO LLC; OTTO TRUCKING              DISCOVERY**
16  LLC,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   I, Lindsay Cooper, declare as follows:

2        1.      I am an attorney licensed to practice in the State of California and am admitted to

3   practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan,

4   LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set

5   forth in this Declaration, and if called as a witness I would testify competently to those matters.

6        2.      I make this declaration in support of Waymo's Administrative Motion to File Under

7   Seal "Waymo's Administrative Motion") confidential information in its Letter Brief to Compel Stroz-

8   Related Discovery (Waymo's Letter Brief"). Waymo's Administrative Motion seeks an order sealing

9   the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Letter Brief | Highlighted in blue | Defendants |
| Exhibit 1 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 2 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 3 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 4 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 5 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 7 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 8 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 9 to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit 10 to Waymo's Letter Brief | Entire document | Defendants |

        3.      Waymo's Letter Brief contains information that  Defendants  have designated as
confidential and/or highly confidential.

        4.      Waymo takes no position on the merits of sealing Defendants' designated material, and
expects Defendants to file one or more declarations in accordance with the Local Rules.

        I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct, and that this declaration was executed in San Francisco, California, on October 12,
2017.

By  */s/ Lindsay Cooper*
        Lindsay Cooper
        Attorneys for WAYMO LLC

CASE NO. 3:17-cv-00939-WHA
COOPER DECLARATION ISO WAYMO'S ADMINISTRATIVE MOTION TO SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven