UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS LETTER BRIEF TO COMPEL STROZ-RELATED DISCOVERY** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Letter Brief to Compel Stroz-Related Discovery (Waymo's Letter Brief").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Letter Brief | Highlighted in blue |
| Exhibit 1 to Waymo's Letter Brief | Entire document |
| Exhibit 2 to Waymo's Letter Brief | Entire document |
| Exhibit 3 to Waymo's Letter Brief | Entire document |
| Exhibit 4 to Waymo's Letter Brief | Entire document |
| Exhibit 5 to Waymo's Letter Brief | Entire document |
| Exhibit 7 to Waymo's Letter Brief | Entire document |
| Exhibit 8 to Waymo's Letter Brief | Entire document |
| Exhibit 9 to Waymo's Letter Brief | Entire document |
| Exhibit 10 to Waymo's Letter Brief | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge