# Exhibit 11

**Melanie M. Blunschi**
Direct Dial: 415.395.8129
melanie.blunschi@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM&WATKINS LLP

September 22, 2017

**VIA E-MAIL**

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
charlesverhoeven@quinnemanuel.com

Re:  *Waymo LLC v. Uber Technologies, Inc., et al.*, Case No. 3:17-cv-00939-WHA (N.D. Cal) – Third Party Stroz Friedberg, LLC's Production of Documents

Dear Mr. Verhoeven:

Stroz Friedberg LLC ("Stroz") is producing via a secure link documents responsive to Waymo LLC's ("Waymo") Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, dated May 10, 2017 (the "Waymo Subpoena").

This production supplements Stroz's September 16, 2017, production of documents. These documents were not included in that production because they were withheld by counsel for Uber Technologies, Inc. ("Uber"), Ottomotto LLC ("Ottomotto") and/or Otto Trucking LLC ("Otto Trucking") on privilege grounds. Uber's counsel has informed us that the withholding of these documents was inadvertent, and that the documents should be produced. Stroz understands that Uber will be providing an amended privilege log, which will detail documents that Uber, Ottomotto, and/or Otto Trucking continues to withhold, or has otherwise redacted, based upon their asserted privileges.

This production consists of an overlay production, with the production volume STROZ001, containing documents marked with Bates numbers ranging from STROZ0000001 – STROZ_0018088, and a supplemental production, with the production volume STROZ002, containing documents marked with Bates numbers ranging from STROZ_0018089 - STROZ_ 0021099. All documents have been marked "Confidential" in accordance with the protective order in the above-captioned action.

The overlay production (STROZ001) should be loaded over the prior production. We understand that it will not affect any coding that the parties may have done to the prior production; it will simply provide supplemental information. This overlay production reflects changes pertaining to the following 18 documents:

LATHAM&WATKINS LLP

- STROZ_0003376
- STROZ_0005787
- STROZ_0005788
- STROZ_0008088
- STROZ_0010092
- STROZ_0010659
- STROZ_0010663
- STROZ_0015336
- STROZ_0015348
- STROZ_0015357
- STROZ_0015360
- STROZ_0015361
- STROZ_0015362
- STROZ_0015363
- STROZ_0015364
- STROZ_0015365
- STROZ_0016068
- STROZ_0016069

Please note that certain of these documents have been produced with suffixed Bates numbers to ensure that the Bates numbering in this overlay production corresponds with the prior production. The supplemental production (STROZ002) should be loaded as a separate volume.

The production is made subject to and without waiving Stroz's Responses and Objections to the Waymo Subpoena. Furthermore, the disclosure of any documents or communications subject to attorney-client privilege, the attorney work product doctrine, or any other potentially applicable privilege is inadvertent, and any such inadvertent production is not intended as a waiver of these protections or any other applicable protections.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Melanie M. Blunschi
of LATHAM & WATKINS LLP

cc:   Counsel for Parties