1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone:   415.268.7000
5   Facsimile:   415.268.7522

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC 20005
    Telephone:   202.237.2727
10  Facsimile:   202.237.6131

11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
13  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY 10019-6023
    Telephone:   212.336.8330
15  Facsimile:   212.336.8340

16  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
17  and OTTOMOTTO LLC

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

| | |
|---|---|
| 21   WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| 22               Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S** |
| 23       v. | **ADMINISTRATIVE MOTION TO** |
| 24   UBER TECHNOLOGIES, INC.,     OTTOMOTTO LLC; OTTO TRUCKING LLC, | **FILE UNDER SEAL THEIR SUR-REPLY TO WAYMO'S MOTION TO** |
| 25 | **COMPEL UBER SOURCE CODE** |
| 26            Defendants. | |

27

28

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3832065

1   Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and

2   Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their

3   Sur-Reply to Waymo's Motion To Compel Uber Source Code.  Specifically, Defendants request

4   an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Sur-Reply to Waymo's Motion to Compel ("Opposition") | Highlighted Portions | Plaintiff (Green) |
| Declaration of Don Burnette | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |
| Exhibits A-B to the Declaration of Don Burnette | Entire Documents | Defendants Plaintiff |
| Exhibit 1 to the Declaration of Esther Chang | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |
| Exhibit 2 to the Declaration of Esther Chang | Entire Document | Defendants (Blue) Plaintiff (entire document) |

The blue-highlighted portions of the Declaration of Don Burnette and Exhibits 1 and 2 to

the Declaration of Esther Chang contain highly confidential information regarding Ottomotto

source code.  Certain blue-highlighted portions of the Declaration of Don Burnette as well as the

entireties of Exhibits A and B to the Declaration of Don Burnette contain highly confidential

information about technical information considered by an Ottomotto software engineer.

Disclosure of this information could allow competitors to obtain a competitive advantage over

Defendants by understanding this technical information.  (Declaration of Michelle Yang in

Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.")

¶ 3.)

The green-highlighted portions of the Sur-Reply, the Declaration of Don Burnette, and

Exhibit 1 to the Declaration of Esther Chang, as well as the entireties of Exhibits A and B to the

1   Declaration of Don Burnette, and the entirety of Exhibit 2 to the Declaration of Esther Chang,

2   contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or

3   "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective

4   Order ("Protective Order"), which the parties have agreed governs this case (Transcript of

5   3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with

6   Paragraph 14.4 of the Protective Order.  (Yang Decl. ¶ 4.)

7         Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

8   documents at issue, with accompanying chamber copies.

9         Defendants served Waymo with this Administrative Motion to File Documents Under

10  Seal on October 15, 2017.

11        For the foregoing reasons, Defendants request that the Court enter the accompanying

12  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

13  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

14  ATTORNEYS' EYES ONLY."

15

16  Dated:  October 15, 2017                    MORRISON & FOERSTER LLP

17

18                                             By:  */s/ Michael A. Jacobs*
                                                    MICHAEL A. JACOBS

19                                             Attorneys for Defendants
20                                             UBER TECHNOLOGIES, INC. and
                                               OTTOMOTTO LLC

21

22

23

24

25

26

27

28