MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:   202.237.2727
Facsimile:   202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:   212.336.8330
Facsimile:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR SUR-REPLY TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Sur-Reply to Waymo's Motion To Compel Uber Source Code.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Sur-Reply to Waymo's Motion to Compel ("Opposition") | Highlighted Portions | Plaintiff (Green) |
| Declaration of Don Burnette | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |
| Exhibits A-B to the Declaration of Don Burnette | Entire Documents | Defendants Plaintiff |
| Exhibit 1 to the Declaration of Esther Chang | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |
| Exhibit 2 to the Declaration of Esther Chang | Entire Document | Defendants (Blue) Plaintiff (entire document) |

3. The blue-highlighted portions of the Declaration of Don Burnette and Exhibits 1 and 2 to the Declaration of Esther Chang contain highly confidential information regarding Ottomotto source code. Certain blue-highlighted portions of the Declaration of Don Burnette as well as the entireties of Exhibits A and B to the Declaration of Don Burnette contain highly confidential information about technical information considered by an Ottomotto software engineer. Disclosure of this information could allow competitors to obtain a competitive advantage over Defendants by understanding this technical information.

4. The green-highlighted portions of the Sur-Reply, the Declaration of Don Burnette, and Exhibit 1 to the Declaration of Esther Chang, as well as the entireties of Exhibits A and B to the Declaration of Don Burnette, and the entirety of Exhibit 2 to the Declaration of Esther Chang, contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

5. Defendants' request to seal is narrowly tailored to the portions of the Sur-Reply and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of October, 2017 in Washington, District of Columbia.

*/s/ Michelle Yang*
Michelle Yang

### ATTESTATION OF E-FILED SIGNATURE

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated:  October 15, 2017      */s/ Michael A. Jacobs*
MICHAEL A. JACOBS