1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY  10019-6023
   Tel: 212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| 20 | WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF DON BURNETTE IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S SUR-REPLY TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE** |
| 22 | v. | |
| 23 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24 | | |
| 25 | Defendants. | Trial Date: December 4, 2017 |

26
27          **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**
28

I, Don Burnette, declare as follows:

1. I am Autonomy Technical Lead for the Advanced Technologies Group at Uber Technologies, Inc.. I understand that Waymo has filed a lawsuit against Uber, Ottomotto LLC, and Otto Trucking LLC in the U.S. District Court for the Northern District of California. I submit this supplemental declaration in support of Defendants' Sur-Reply to Waymo LLC's Motion to Compel Uber Source Code. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. At my deposition on October 13, 2017, I was shown two header files from an image of the laptop I had provided to Stroz Friedberg in March 2016 as part of the due diligence for the Ottomotto acquisition. These two files are attached as Exhibits A and B to this declaration.

3. At the time of my deposition, I did not recognize those files and did not remember anything about them. After my deposition and upon further reflection, I recalled that I had typed up those two header files after I left Google. After leaving Google and before starting at Ottomotto, I had started thinking about how to build the Ottomotto motion planner and wrote down in a header file (i.e., ▓▓▓▓) various class states and class controls that I was considering (screenshot below). The other header file contained a header description of a ▓▓▓▓. At the time of my deposition, it had been 18 months since I had last seen those files.

BURNETTE DECL. ISO DEFENDANTS' SUR-REPLY TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE
Case No. 3:17-cv-00939-WHA
sf-3832059

1



4.  These files did not become part of Ottomotto source code. Ottomotto source code did, however, ultimately use some of the same class states and class controls. For example, the Ottomotto Planner uses ▬▬▬▬ as controls (see excerpt of ▬▬▬ below).



5.  ▬▬▬ refers to the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. ▬▬▬ refers to the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. As I explained in my deposition, ▬▬▬▬ are fundamental physical quantities that many motion

BURNETTE DECL. ISO DEFENDANTS' SUR-REPLY TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE
Case No. 3:17-cv-00939-WHA
sf-3832059

2

planning systems use to define trajectory. For example, from an internet search, one can find a self-driving car software course offered by Udacity that teaches students to write path-planning software that controls for ▉.[1] The term ▉ was used by some engineers who had worked at Waymo to identify the concept of ▉. That concept is described in public references about motion planning. For example, "Planning Algorithms," a textbook published by the University of Illinois, discusses how in a robotically steered car, a "second integrator can be applied to make the steering angle a $C^1$ smooth function of time," using "$u_a$" to "denote the angular acceleration of the steering angle."[2]

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2017 at San Francisco, California.

                                                    /s/ Don Burnette
                                                    DON BURNETTE

**ATTESTATION OF E-FILED SIGNATURE**

    I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Don Burnette has concurred in this filing.

Dated: October 15, 2017                                   /s/ Michael A. Jacobs
                                                                       MICHAEL A. JACOBS

---

[1] *See e.g.*, https://medium.com/@mohankarthik/path-planning-in-highways-for-an-autonomous-vehicle-242b91e6387d.

[2] *See* Ex. C, LaVelle, Stephen M, PLANNING ALGORITHMS 744 (2006).