| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Tel: 415.268.7000 / Fax: 415.268.7522 |
| 5 | |
|   | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|   | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|   | Washington DC 20005 |
| 9 | Tel: 202.237.2727 / Fax: 202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
|   | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
|   | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023 |
|   | Tel: 212.336.8330 / Fax: 212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants |
|   | UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S SUR-REPLY TO WAYMO'S MOTION TO COMPEL UBER SOURCE CODE** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Trial Date: December 4, 2017 |

CHANG DECLARATION ISO DEFENDANTS' SUR-REPLY TO MOTION TO COMPEL UBER SOURCE CODE
Case No. 3:17-cv-00939-WHA
sf-3832060

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Sur-Reply to Waymo's Motion to Compel Source Code.

2. Waymo has inspected the Ottomotto software modules for over 134 hours since it was first made available on August 17, 2017.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Don Burnette taken on August 18, 2017.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the rough draft deposition transcript of Don Burnette taken on October 13, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2017 at San Francisco, California.

*/s/ Esther Kim Chang*
ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: October 15, 2017                    */s/ Michael A. Jacobs*
                                                               MICHAEL A. JACOBS