# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

WAYMO LLC,

    Plaintiff,

vs.                     No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,
INC.,

    Defendants.
_____/

WAYMO HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF DON BURNETTE

SAN FRANCISCO, CALIFORNIA

FRIDAY, AUGUST 18, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2681032

PAGES 1 - 168

```
                                                              Page 53
 1            Have you not worked on planner software at        10:26
 2    Uber?                                                     10:26
 3        A   I haven't written any software at Uber.           10:26
 4        Q   And obviously, you -- you took some steps to      10:26
 5    make sure that whatever planner software you were         10:26
 6    working on at Otto wouldn't use any of the                10:26
 7    confidential Waymo information; right?                    10:26
 8        A   Yes.                                              10:26
 9        Q   And so what -- when you were at Otto and when     10:26
10    you were writing planner software there, what -- what    10:26
11    aspects of what you had being working on at Waymo did    10:26
12    you consider to be off limits to use at Ottomoto, and    10:26
13    what portions did you consider to be something that     10:26
14    had already been known and, therefore, was something    10:26
15    you could use?                                           10:26
16            MS. HARTNETT:  Objection.                         10:26
17            MR. LIN:  Objection; form.                        10:26
18            THE WITNESS:  So I don't -- like, none of the    10:26
19    code or concepts were taken from Waymo.                   10:26
20            And we pretty much went to the drawing board     10:27
21    and said, How should we create this, based on what       10:27
22    we've seen in the industry, what people are -- people    10:27
23    are working on?  What's in the academic research?        10:27
24            What we know about kind of good and -- good      10:27
25    and bad software practices.  Like, how can we kind       10:27
```

```
 1   two levels.                                                    10:28
 2           One, it's different because we wrote it from           10:28
 3   scratch, and it's going to be different out of the             10:28
 4   fact that the chances of replicating software from             10:28
 5   scratch being the same is very unlikely.                       10:28
 6           And two, we decided that the -- the                    10:28
 7   concept -- the fundamental concept that ▮▮▮▮ at                10:28
 8   Waymo was built on was not something we wanted to              10:28
 9   pursue.                                                        10:28
10           And technically, what that meant was, I                10:28
11   previously described Waymo's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  ▮▮
```

[lines 12–24 redacted]

```
25                                                                  10:29
```

| | | |
|---|---|---|
| 1 | ██████████████████████████████████ | ████ |
| 2 | ██████████████████████████████ | ████ |
| 3 | ████████████████████████████████ | ████ |
| 4 | ██████████████████████████████ | ████ |
| 5 | ████ ████████████████████████ | ████ |
| 6 | ████████████████████████████████ | ████ |
| 7 | ████████████████████ | 10:29 |
| 8 | And thus, all the building blocks of the | 10:30 |
| 9 | decisions, ██████████████████████████, are | 10:30 |
| 10 | all completely differently formulated mathematically, | 10:30 |
| 11 | and thus in code, to enable this type of trajectory | 10:30 |
| 12 | to -- to be solved, in a -- in a sense, to be | 10:30 |
| 13 | deter- -- to -- to be determined. | 10:30 |
| 14 | So -- so it's, like, kind of a fundamentally | 10:30 |
| 15 | different idea that we started with at Otto than what | 10:30 |
| 16 | Waymo was doing, in the sense that they're both | 10:30 |
| 17 | ██████.  They both output some path to follow at the | 10:30 |
| 18 | end of the -- the step. | 10:30 |
| 19 | But the way we describe that path, and all | 10:30 |
| 20 | the building blocks and machinery that go into | 10:30 |
| 21 | generating the path, were different. | 10:30 |
| 22 | Q   What -- what language is the Otto planner | 10:30 |
| 23 | written in? | 10:30 |
| 24 | A   C++. | 10:30 |
| 25 | Q   What language was the Waymo planner written | 10:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: August 18, 2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Page 168