CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MARJA-LIISA OVERBECK (State Bar No. 261707)
mari.overbeck@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Non-Party Lyft, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY LYFT, INC.'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SUPPORTING WAYMO'S MOTION TO CLOSE COURTROOM**<br><br>Judge:   The Hon. William H. Alsup |

1   Non-Party Lyft, Inc.'s ("Lyft") Motion To Intervene For The Limited Purpose of
2   Supporting Waymo's Motion to Close Courtroom, as related to Lyft's confidential collaboration
3   agreement with Waymo (Trial Exhibits 3550 and 4987) ("Motion"), came on for hearing in this
4   Court on November 28, 2017.  Having read and considered all of the pleadings and documents
5   filed in support of and in opposition to the Motion, and having considered the arguments of
6   counsel, the Court finds compelling reasons appear (*see Kamakana v. City & Cty. of Honolulu*,
7   477 F.3d 1172, 1179-80 (9th Cir. 2006)), and hereby GRANTS the Motion and also GRANTS
8   Lyft's request to seal the courtroom for the limited purpose of protecting Trial Exhibits 3550 and
9   4987.

11   IT IS SO ORDERED.

13   DATED: _____        _____
                                     Honorable William H. Alsup
14                                   United States District Court Judge