IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE BRIEFING ON LYFT, INC.'S MOTION TO INTERVENE**

Non-party Lyft, Inc., has filed a motion to intervene for the limited purpose of supporting plaintiff Waymo LLC's motion to close the courtroom for trial (Dkt. No. 2004). In its reply brief, which remains due by October 23 at noon (*see* Dkt. No. 1954), the media coalition opposing Waymo's motion may exceed the page limit by up to **FIVE PAGES** for the sole purpose of addressing Lyft's arguments. Also by **OCTOBER 23 AT NOON**, defendants shall file a statement up to **FIVE PAGES** in length that explains with specificity how, if at all, they intend to use Lyft's information at trial. Except as stated herein, there will be no further briefing on Lyft's motion, which remains set for hearing on November 28 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: October 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE