**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE SUPPLEMENTS TO PENDING MOTIONS**

Any party wishing to supplement a currently-pending motion based on newly-discovered evidence must do so by **OCTOBER 23 AT NOON**. If a motion is supplemented pursuant to this order, then the opposing side may respond by **OCTOBER 25 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 16, 2017.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE