QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 2006)** |

I, Felipe Corredor, declare as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.      I make this declaration in support of Waymo's Administrative Motion to File Under Seal ("Waymo's Administrative Motion") confidential information in its Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 2006) ("Waymo's Brief").  Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Brief | Highlighted in blue | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 1 to Waymo's Brief | Entire document | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 2 to Waymo's Brief | Entire document | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 3 to Waymo's Brief | Entire document | Waymo |
| Exhibit 4 to Waymo's Brief | Entire document | Waymo |
| Exhibit 5 to Waymo's Brief | Entire document | Waymo; Defendants |
| Exhibit 6 to Waymo's Brief | Entire document | Defendants |
| Exhibit 7 to Waymo's Brief | Entire document | Waymo; Defendants |
| Exhibit 8 to Waymo's Brief | Entire document | Defendants |
| Exhibit 9 to Waymo's Brief | Entire document | Defendants |
| Exhibit 10 to Waymo's Brief | Entire document | Waymo |

3.      Waymo's Brief and exhibits thereto contain information that Defendants have designated as confidential and/or highly confidential.

4.      Portions of Waymo's Brief and exhibits thereto also contain or refer to Waymo's trade secrets.  These portions, which Waymo seeks to seal, contain, reference, and/or describe Waymo's asserted trade secrets, including source code.  I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system.  If such

information were made public, I understand that Waymo's competitive standing would be significantly harmed.   Waymo's request to seal is narrowly tailored to only the confidential information.

5.      Waymo takes no position on the merits of sealing the material designated confidential by Defendants under the Protective Order, and expects Defendants to file one or more declarations in accordance with the Local Rules.

6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on October 17, 2017.

By _/s/ Felipe Corredor_
Felipe Corredor
Attorneys for WAYMO LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Felipe Corredor.

_/s/ Charles K. Verhoeven_
Charles K. Verhoeven