UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 2006)** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its Motion for relief from Non-
3  Dispositive Pretrial Order of Magistrate Judge (Dkt. 2006) ("Waymo's Brief").
4    Having considered Waymo's Administrative Motion, and good cause to seal having been
5  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6  documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Brief | Highlighted in blue | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 1 to Waymo's Brief | Entire document | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 2 to Waymo's Brief | Entire document | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 3 to Waymo's Brief | Entire document | Waymo |
| Exhibit 4 to Waymo's Brief | Entire document | Waymo |
| Exhibit 5 to Waymo's Brief | Entire document | Waymo; Defendants |
| Exhibit 6 to Waymo's Brief | Entire document | Defendants |
| Exhibit 7 to Waymo's Brief | Entire document | Waymo; Defendants |
| Exhibit 8 to Waymo's Brief | Entire document | Defendants |
| Exhibit 9 to Waymo's Brief | Entire document | Defendants |
| Exhibit 10 to Waymo's Brief | Entire document | Waymo |

**IT IS SO ORDERED.**

Dated: October ___, 2017

HON. WILLIAM ALSUP
UNITED STATE DISTRICT JUDGE