UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 2006)** |

1 | Plaintiff Waymo LLC ("Waymo") has filed a Motion for Relief from Non-Dispositive
2 | Pretrial Order of Magistrate Judge (Dkt. 2006) (the "Motion").
3 | Having considered the Motion, as well as any response thereto, the Court hereby
4 | **SUSTAINS** Waymo's objection and **GRANTS** the Motion. **IT IS HEREBY ORDERED** that
5 | Magistrate Judge Corley's October 16, 2017 Order Denying Waymo's Motion for Uber's Current
6 | Source Code is VACATED and Waymo's Motion to Compel (Dkt. 1977) is GRANTED in its
7 | entirety.
8 | **IT IS SO ORDERED.**

10 | Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge