Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK AND WAYMO'S OPPOSITION THERETO**<br><br>Courtroom:   8, 19th Floor<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Declaration ISO Admin. Mot. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Otto Trucking LLC ("Otto Trucking") submits this Administrative Motion to File Under Seal Portions of its Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink and certain exhibits to Otto Trucking's Motion to Exclude and Waymo's Opposition to Otto Trucking's Motion to Exclude and certain exhibits (the "Administrative Motion").  Specifically, Otto Trucking requests an Order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| **DEFENDANT'S OPENING MIL MATERIALS** | | |
| Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink | Highlighted Portions | Plaintiff |
| Exhibit 1 to Lin Declaration – excerpts to Opening Report of Dr. Lambertus Hesselink | Entire Document | Plaintiff |
| Exhibit 2 to Lin Declaration – excerpts to Reply Report of Dr. Lambertus Hesselink | Entire Document | Plaintiff |
| Exhibit 3 to Lin Declaration – excerpts to the transcript of the September 26, 2017 deposition of Dr. Lambertus Hesselink | Entire Document | Defendants |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendant Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink ("Opposition") | Highlighted Portions | Plaintiff |
| Exhibit 2 to the Declaration of Felipe Corredor ("Corredor Declaration") | Entire Document | Plaintiff |

The highlighted portions of Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink and the entirety of Exhibits 1, and 2 to the Lin Declaration contain information that Plaintiff Waymo LLC ("Waymo") has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking

states no position about whether the confidentiality designations are appropriate. Otto Trucking anticipates that Waymo will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

The highlighted portions of Waymo's Opposition and Exhibit 2 to the Corredor Declaration contain information that Waymo has designated in this Opposition as containing Defendants' "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Otto Trucking states no position about whether the confidentiality designations are appropriate. Otto Trucking anticipates that Defendants Uber and Ottomotto will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

Exhibit 3 to the Lin Declaration contains highly confidential, sensitive business information relating to Otto Trucking's corporate structure and sensitive business and financial information. This information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Otto Trucking's detriment, including in the context of negotiating business deals. If such information were made public, I understand Otto Trucking's competitive standing could be significantly harmed.

Otto Trucking's request to seal is narrowly tailored to those portions of the Administrative Motion and its supporting documents that merit provisional sealing.

//

//

Dated: October 17, 2017                    Respectfully submitted,

                                           By:   */s/   Neel Chatterjee*
                                                 Neel Chatterjee
                                                 *nchatterjee@goodwinlaw.com*
                                                 Brett Schuman
                                                 *bschuman@goodwinlaw.com*
                                                 Shane Brun
                                                 *sbrun@goodwinlaw.com*
                                                 Rachel M. Walsh
                                                 *rwalsh@goodwinlaw.com*
                                                 Hong-An Vu
                                                 *hvu@goodwinlaw.com*
                                                 Hayes P. Hyde
                                                 *hhyde@goodwinlaw.com*
                                                 James Lin

*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:* Otto Trucking LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 17, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 17, 2017**.

/s/   *Neel Chatterjee*
NEEL CHATTERJEE