1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  James Lin (SBN 310440)
   jlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   bschuman@goodwinlaw.com
7  Shane Brun (SBN 179079)
   sbrun@goodwinlaw.com
8  Rachel M. Walsh (SBN 250568)
   rwalsh@goodwinlaw.com
9  Hayes P. Hyde (SBN 308031)
   hhyde@goodwinlaw.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   hvu@goodwinlaw.com
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California  90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK AND WAYMO'S OPPOSITION THERETO**<br><br>Courtroom:　8, 19th Floor<br>Judge:　　　Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1.　Decl. ISO Admin. Mot. to File Documents Under Seal<br>2.　[Proposed] Order<br>3.　Redacted/Unredacted Versions<br>4.　Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2 File Under Seal Portions of Its Motion to Exclude Report and Testimony of Dr. Lambertus
3 Hesselink and certain exhibits to Otto Trucking's Motion to Exclude and Waymo's Opposition to
4 Otto Trucking's Motion to Exclude and certain exhibits (the "Administrative Motion").  Having
5 considered the Administrative Motion, and good cause to seal having been shown, the Court
6 **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and
7 portions of documents listed below that are adequately supported by declarations provided by
8 Plaintiff Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes
9 Only" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| **DEFENDANT'S OPENING MIL MATERIALS** | | |
| Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink | Highlighted Portions | Plaintiff |
| Exhibit 1 to Lin Declaration – excerpts to Opening Report of Dr. Lambertus Hesselink | Entire Document | Plaintiff |
| Exhibit 2 to Lin Declaration – excerpts to Reply Report of Dr. Lambertus Hesselink | Entire Document | Plaintiff |
| Exhibit 3 to Lin Declaration – excerpts to the transcript of the September 26, 2017 deposition of Dr. Lambertus Hesselink | Entire Document | Defendants |
| **WAYMO'S OPPOSITION MATERIALS** | | |
| Plaintiff Waymo LLC's Opposition to Defendant Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink ("Opposition") | Highlighted Portions | Plaintiff |
| Exhibit 2 to the Declaration of Felipe Corredor ("Corredor Declaration") | Entire Document | Plaintiff |

1  **IT IS SO ORDERED.**

2

3  Dated: _____, 2017    _____
4                                          HON. WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28