1 | Neel Chatterjee (SBN 173985)
  | *nchatterjee@goodwinlaw.com*
2 | James Lin (SBN 310440)
  | *jlin@goodwinlaw.com*
3 | **GOODWIN PROCTER LLP**
  | 135 Commonwealth Drive
4 | Menlo Park, California 94025
  | Tel.: +1 650 752 3100
5 | Fax.: +1 650 853 1038

6 | Brett Schuman (SBN 189247)
  | *bschuman@goodwinlaw.com*
7 | Shane Brun (SBN 179079)
  | *sbrun@goodwinlaw.com*
8 | Rachel M. Walsh (SBN 250568)
  | *rwalsh@goodwinlaw.com*
9 | Hayes P. Hyde (SBN 308031)
  | *hhyde@goodwinlaw.com*
10 | **GOODWIN PROCTER LLP**
   | Three Embarcadero Center
11 | San Francisco, California 94111
   | Tel.: +1 415 733 6000
12 | Fax.: +1 415 677 9041

13 | Hong-An Vu (SBN 266268)
   | *hvu@goodwinlaw.com*
   | **GOODWIN PROCTER LLP**
14 | 601 S. Figueroa Street, 41st Floor
   | Los Angeles, California 90017
15 | Tel.: +1 213 426 2500
   | Fax.: +1 213 623 1673

16 | *Attorneys for Defendant:*
17 | Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF JAMES LIN IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Courtroom:  8 (19th Floor)<br>Judge:  Hon. William Alsup<br>Trial Date:  December 4, 2017 |

I, James Lin, declare as follows:

1. I am an associate at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking, LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink (the "Motion").

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts to the Opening Report of Dr. Lambertus Hesselink.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts to the Reply Report of Dr. Lambertus Hesselink.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts to the transcript of the September 26, 2017 deposition of Dr. Lambertus Hesselink.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of October, 2017 in Menlo Park, California.

*/s/   James Lin*
         JAMES LIN

1

DECLARATION I/S/O OTTO TRUCKING'S MOTION TO
EXCLUDE REPORT AND TESTIMONY OF DR. HESSELINK         CASE NO. 3:17-CV-00939-WHA

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that I electronically filed the foregoing document including all of its

3  attachments with the Clerk of the Court for the United States District Court for the

4  Northern District of California by using the CM/ECF system on **October 17, 2017**. I further

5  certify that all participants in the case are registered CM/ECF users and that service of the

6  publicly filed documents will be accomplished by the CM/ECF system.

7  I certify under penalty of perjury that the foregoing is true and correct. Executed on

8  **October 17, 2017**.

/s/   *Neel Chatterjee*
NEEL CHATTERJEE

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Neel Chatterjee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatures (/s/) within this e-filed document.

Dated: October 17, 2017

/s/ *Neel Chatterjee*
Neel Chatterjee