Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>       Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK**<br><br>Trial:          December 4, 2017,<br>Courtroom:  8 (19th Floor)<br>Judge:         Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>  1. Motion in Limine to Exclude Testimony; and<br>  2. Declaration of James Lin |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Otto Trucking, LLC's ("Otto Trucking") Motion to Exclude Report and Testimony of Dr. Lambertus Hesselink (the "Motion").  Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT Otto Trucking's Motion is GRANTED. Dr. Hesselink's opinion regarding Otto Trucking's liability based on theories of trade secret misappropriation, and any testimony based thereon is hereby excluded.

**IT IS SO ORDERED.**

Dated: _____, 2017                  _____
                                                                                         HON. WILLIAM ALSUP
                                                                                       UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 17, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.  Executed on **October 17, 2017**.

> */s/   Neel Chatterjee*
> NEEL CHATTERJEE