1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  James Lin (SBN 310440)
   *jlin@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
7  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
8  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
9  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
14 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
15 Los Angeles, California 90017
   Tel.: +1 213 426 2500
16 Fax.: +1 213 623 1673

17 *Attorneys for Defendant: Otto Trucking LLC*

18              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19                  **SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| Waymo LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Courtroom: 8, 19th Floor<br>Judge: Hon. William Alsup |
| Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, | |
| Defendants. | |

PROOF OF SERVICE                                    Case No. 3:17-cv-00939-WHA

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Street, 28th Floor, San Francisco, California 94111.

On **October 17, 2017**, I served the following documents on the persons below as follows:

1. UNREDACTED VERSION OF MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. HESSELINK;

2. DECLARATION OF JAMES LIN IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK;

3. UNREDACTED VERSIONS OF EXHIBIT 1, 2, AND 3 to LIN DECLARATION;

4. PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANT OTTO TRUCKING'S MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK;

5. DECLARATION OF FELIPE CORREDOR IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANT OTTO TRUCKING'S MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK;

6. UNREDACTED VERSIONS OF EXHIBIT 1 AND 2 TO CORREDOR DECLARATION;

7. [PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE REPORT AND TESTIMONY OF DR. LAMBERTUS HESSELINK

| RECIPIENT | EMAIL ADDRESS |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700 | Counsel for Plaintiff: *Waymo LLC*<br><br>QEWaymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100 | |

1

PROOF OF SERVICE                                                                 CASE NO.: 3:17-CV-00939-WHA

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Michelle W. Fox<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia<br>Telephone: 011.61.2.9146.3500 | |
| 5<br>6<br>7<br>8 | Leo P. Cunningham<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | Counsel for Plaintiff: *Waymo LLC*<br>lcunningham@wsgr.com |
| 9<br>10<br>11<br>12<br>13<br>14 | Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br><br>UberWaymoMoFoAttorneys@mofo.com |
| 15<br>16<br>17 | Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763 | |
| 18<br>19<br>20<br>21 | Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792 | |
| 22<br>23<br>24 | Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454 | |
| 25<br>26<br>27<br>28 | Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br>Telephone: 310.752.2400<br>Facsimile: 310.752.2490 | Counsel for Defendants: *Uber Technologies Inc.*<br>and *Ottomotto LLC*<br><br>BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | |
|---|---|
| Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street, Suite 205<br>Palo Alto, CA 94301<br>Telephone: 650.445.6400<br>Facsimile: 650.329.8507 | |
| Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone: 202.237.2727<br>Facsimile: 202.237.6131 | |
| John P. Lahad<br>Joseph S. Grinstein<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>Telephone: 713.653.7859 | Counsel for Defendants: *Uber Technologies Inc. and Ottomotto LLC*<br><br>Uber-sg@lists.susmangodfrey.com |
| William Christopher Carmody<br>Shawn J. Rabin<br>Cory Buland<br>Halley W. Josephs<br>Ian M. Gore<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: 212.336.8330 | |
| Genevieve Vose Wallace<br>Matthew R. Berry<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101<br>Telephone: 206.516.3836 | |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone: 415.954.4410<br>Facsimile: 415.954.4480 | Appointed by Court as: *Special Master*<br><br>jcooper@fbm.com |

3

PROOF OF SERVICE                                    CASE NO.:  3:17-CV-00939-WHA

☐ (MAIL). I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 17, 2017**, at San Francisco, California.

_____         _____
        Gareth Oania                                    (Signature)
      (Type or print name)

---

PROOF OF SERVICE                                    CASE NO.: 3:17-CV-00939-WHA

4