1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:   202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023
   Telephone:   212.336.8330
15 Facsimile:    212.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

21 | WAYMO LLC, | Case No.     3:17-cv-00939-WHA |

22 |      Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY** |

23      v.

24 UBER TECHNOLOGIES, INC.,
   OTTOMOTTO LLC; OTTO TRUCKING LLC,
25
           Defendants.
26

27

28

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal portions of their
3  Opposition to Waymo's Opposition to Waymo's Motion To Stroz-Related Discovery.
4  Specifically, Defendants request an order granting leave to file under seal the confidential
5  portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit C | Highlighted Portions | Defendants (Blue) |
| Exhibit L | Highlighted Portions | Plaintiff (Green) |

10  The blue-highlighted portions of Exhibit C to the Rivera Declaration contain confidential
11  personal information of a certain employee. Defendants request this information be kept under
12  seal to protect individual privacy interests because this lawsuit is currently the subject of
13  extensive media coverage. Disclosure of this information could expose this individual to harm or
14  harassment. (Yang Decl. ¶ 3.)
15  The green-highlighted portions of Exhibit L to the Rivera Declaration contain information
16  that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by
17  Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order
18  ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017
19  Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of
20  the Protective Order. (Yang Decl. ¶ 4.)
21  Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
22  documents at issue, with accompanying chamber copies.
23  Defendants served Waymo with this Administrative Motion to File Documents Under
24  Seal on October 17, 2017.
25  For the foregoing reasons, Defendants request that the Court enter the accompanying
26  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
27  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
28  ATTORNEYS' EYES ONLY."

Dated: October 17, 2017   MORRISON & FOERSTER LLP

By: */s/ Arturo J. Gonzalez*
    ARTURO J. GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC