Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS LETTER BRIEF IN OPPOSITION TO WAYMO'S MOTION TO COMPEL DISCOVERY AND EXHIBITS THERETO [DKT. 1994]**<br><br>Courtroom: 8, 19th Floor<br>Judge:    Hon. William Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. Declaration ISO Admin. Mot. to File Documents Under Seal<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1    Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of Otto Letter Brief in Opposition to Waymo's Motion to Compel
3  Discovery and exhibits thereto (the "Administrative Motion").  Having considered the
4  Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto
5  Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of
6  documents listed below that are adequately supported by declarations provided by Plaintiff
7  Waymo LLC as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only"
8  information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Letter Brief | Highlighted Portions | Defendants |
| Exhibit B to the Walsh Declaration | Entire Document | Defendants<br>Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL         CASE NO. 3:17-CV-00939-WHA