MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF ADAM BENTLEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY**<br><br>Trial Date: December 4, 2017 |

1   I, Adam Bentley, declare as follows:

2   1.   I am a member of the bar of the State of California and am in-house counsel at Uber Technologies, Inc. ("Uber").  I submit this declaration in support of Defendants' Opposition to Motion to Compel Stroz-Related Discovery.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

3   2.   From May 2014 to April 2016, I was counsel at the law firm O'Melveny & Myers LLP ("OMM").

4   3.   In January 2016, I began working on a matter in which OMM was hired by Ottomotto LLC ("Ottomotto") and Otto Trucking LLC ("Otto Trucking") (collectively referred to as "Otto"), to provide legal advice regarding a potential acquisition of Otto by Uber.

5   4.   OMM attorneys who primarily advised on this engagement included Paul Sieben, Eric Amdursky, and myself.

6   5.   In late April 2016, I left OMM and became in-house counsel at Ottomotto.

7   6.   In August 2016 I received the final report (without attachments) prepared by Stroz Friedberg LLC (the "Stroz Report") in my capacity as in-house counsel for Ottomotto.  I never received any drafts of the Stroz Report on behalf of Ottomotto.  I am unaware that anyone at Ottomotto or OMM received any drafts of the Stroz Report.  I was the point person in-house at Ottomotto for the receipt of any such Stroz related communications.

I declare until penalty of perjury that the foregoing is true and correct.  Executed this 17th day of October, 2017, in San Francisco, California.

*/s/Adam Bentley*
Adam Bentley

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Adam Bentley has concurred in this filing.

Dated: October 17, 2017                              */s/ Arturo J. González*
                                                                   Arturo J. González

BENTLEY DECL. ISO DEFENDANTS' OPP'N TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY
Case No. 3:17-cv-00939-WHA
sf-3832425

2