| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, California 94105-2482<br>Tel: 415.268.7000 / Fax: 415.268.7522 |
| 5 | |
| 6 | KAREN L. DUNN (*Pro Hac Vice*)<br>kdunn@bsfllp.com |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*)<br>hhume@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, N.W. |
| 9 | Washington DC  20005<br>Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*)<br>bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*)<br>srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY  10019-6023<br>Tel: 212.336.8330 / Fax:  212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.    3:17-cv-00939-WHA |
| | Plaintiff, | **DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY** |
| | v. | |
| UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC, | | |
| | Defendants. | Trial Date: December 4, 2017 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo LLC's Motion to Compel Stroz-Related Discovery.

2. As of August 24, 2017, Waymo had inspected Uber's facilities, business records, and devices pursuant to the Court's May 11, 2017 provisional relief order for more than 60 hours.

3. Specifically, Waymo inspected Uber's facilities, LiDAR devices, schematics, source code, Computer-Aided Design files, and engineers' computers.

4. Waymo inspected hundreds of thousands of LiDAR-related documents and emails, including emails of 60 current and former Uber personnel with LiDAR-related responsibilities or projects.

5. Waymo specifically requested inspection of the Uber-issued computers and phones assigned to engineers Anthony Levandowski, Daniel Gruver, James Haslim, Max Levandowski, Asheem Linaval, Gaetan Pennecot, and William Treichler, and those engineers' devices were made available for inspection.

6. As to Anthony Levandowski, Waymo inspected his Uber-issued iPhone and work station on June 6, 2017, inspected his Uber-issued laptop on June 12, and inspected a partial backup of another computer he had used on June 28.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of October, 2017 at San Francisco, California.

                                                */s/   Esther Kim Chang*
                                                ESTHER KIM CHANG

CHANG DECL. ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY
Case No. 3:17-cv-00939-WHA
la-1363723

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: October 17, 2017                     */s/ Arturo J. González*
                                             Arturo J. González

CHANG DECL. ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY
Case No. 3:17-cv-00939-WHA
la-1363723

2