MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF ERIC A. TATE IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY**<br><br>Trial Date: December 4, 2017 |

I, Eric A. Tate, declare as follows:

1. I am a member of the bar of the State of California and a partner with Morrison & Foerster LLP ("MoFo"), counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in this action. I am admitted to practice before this Court. I am the co-chair of MoFo's Global Employment and Labor Group and regularly litigate employee mobility cases. I submit this declaration in support of Defendants' Opposition to Motion to Compel Stroz-Related Discovery. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. I was contacted in late January 2016 by in-house counsel for Uber Technologies, Inc. ("Uber"), to provide legal advice regarding a potential corporate transaction. That transaction turned out to be Uber's acquisition of two target companies, Ottomotto LLC ("Ottomotto") and Otto Trucking LLC ("Otto Trucking") (collectively referred to as "Otto").

3. The Court is familiar with the engagement of Stroz Friedberg LLC ("Stroz") to conduct an investigation and prepare a report in connection with that acquisition. Accordingly, this declaration does not set forth those background facts.

4. I was Stroz Friedberg's primary contact for MoFo and for Uber in connection with that engagement.

5. In August 2016 I received the final report prepared by Stroz Friedberg (the "Stroz Report") in my capacity as outside counsel for Uber. Prior to that, I never received any drafts of the Stroz Report. To my knowledge, no one at Uber or MoFo received any drafts of the Stroz Report.

6. As this Court is aware, MoFo previously represented Anthony Levandowski personally in the two arbitration matters commenced by Google against Mr. Levandowski. As part of our representation of Mr. Levandowski in those proceedings, Mr. Levandowski authorized Stroz to release his materials in its possession to our firm to provide him with counsel and to respond to discovery obligations. In March 2017, MoFo received some of these materials from Stroz (not all of them) ("the MoFo Sliver") and began review of them before Mr. Levandowski

TATE DECL. ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY
Case No. 3:17-cv-00939-WHA
SAN_FRANCISCO-3832403

1

retained separate counsel.  We stopped the review very shortly after we started because of the change in counsel.  These facts are also set forth in my declaration dated July 12, 2017.

I declare until penalty of perjury that the foregoing is true and correct.  Executed this 17th day of October, 2017, in San Francisco, California.

/s/ Eric A. Tate
Eric A. Tate

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Eric A. Tate has concurred in this filing.

Dated: October 17, 2017

/s/ Arturo J. González
Arturo J. González

TATE DECL. ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY
Case No. 3:17-cv-00939-WHA
SAN_FRANCISCO-3832403

2