# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

WAYMO LLC,                        )
                                  )
                Plaintiff,        )
                                  )
        vs.                       )  Case No.
                                  )  3:17-cv-00939-WHA
UBER TECHNOLOGIES, INC.,          )
OTTOMOTTO LLC; OTTO               )
TRUCKING LLC,                     )
                                  )
                Defendants.       )
_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF LIOR RON

San Francisco, California

Monday, June 19, 2017

Volume I



Reported by:

SUZANNE F. GUDELJ

CSR No. 5111

Job No. 2641996


PAGES 1 - 311

1    BY MR. PERLSON:

2        Q    Did you do anything beyond that in

3    enforcing the policy, other than having people

4    acknowledge that it exists and that they agreed to

5    it?                                              09:50:06

6        A    I've helped basically make sure that nobody

7    is using personal laptops by issuing new laptops as

8    they join Otto.

9        Q    Anything else?

10       A    Not that I can recall right now.        09:50:19

11       Q    Did Mr. Levandowski have an Otto-issued

12   laptop?

13       A    I believe he had.

14       Q    How would we figure that out?

15       A    I'm -- I'm not sure how to figure it out.  09:50:39

16   I mean, he had a -- I believe he had an Otto laptop.

17       Q    Okay.  And was there like a list kept of,

18   you know, whose laptops were whose?

19       A    I'm not sure.  I wasn't the one personally

20   handling those, so I'm not sure if there was a list  09:51:02

21   or not.

22       Q    Who would have been that person?

23            MR. PATCHEN:  Objection to the form.

24            THE WITNESS:  The person -- sorry, the

25   person you mean handing the laptops?             09:51:13

Page 37

1    BY MR. PERLSON:

2        Q    Sure.

3        A    I think it was a combination -- varying

4    based on time, I think it was either Rhian -- Rhian

5    Morgan, I believe last name, or Colin.  Don't          09:51:34

6    remember his -- Colin S.  Don't remember his last

7    name.  Sebrin (phonetic) or something like that,

8    Selbin (phonetic).

9             And at times, I think those were the two

10   primary people initially.  And -- and there was an     09:51:55

11   option, I believe, also for employees to purchase

12   laptops directly as well.

13       Q    What do you mean by that?  Directly is --

14   what do you mean "purchase laptops directly"?

15       A    If engineers or someone needed extra          09:52:16

16   machines for their day-to-day job at Otto just in

17   the sake of basically being -- being able to move

18   and make progress, we've also enabled engineers to

19   buy those machines directly.

20       Q    You understand that in this case, Waymo has   09:52:33

21   alleged that in December 2015, Mr. Levandowski

22   downloaded over 14,000 files to his Google laptop

23   and then put them on a portable media device?

24       A    You mean those are the allegations?

25       Q    Yeah.                                         09:53:04

Page 74

1   acquisition, and the IT folks were working on that.

2   I don't know if it was fully fixed or not, but yes,

3   as part of the migration, the intent of the

4   migration was also to remove all the Otto documents

5   to the Uber servers as well.                    11:08:08

6       Q    Do you know whether as part of that

7   migration that -- whether there was any documents

8   that were lost?

9       A    I'm not aware of anything specific that was

10  lost.                                           11:08:23

11      Q    Okay.

12      A    But I am aware there was some IT issue that

13  the IT team has dealt with.  I don't know how

14  that -- that resulted.  That was done by the Uber IT

15  team.                                           11:08:35

16      Q    Got it.  When did -- after the acquisition

17  closed, did people -- were the Otto employees issued

18  Uber laptops, or did they continue to use their Otto

19  laptops?

20      A    I'm trying to recall.  I don't recall for  11:09:10

21  sure.  There was definitely option for issued Uber

22  laptops.  I don't remember if it was an option or

23  everyone was asked to move to Uber laptops.  So

24  actually, I don't remember the specifics.

25      Q    When did you first discuss specific      11:09:51

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4          That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were duly sworn; that a record

    of the proceedings was made by me using machine

8   shorthand which was thereafter transcribed under my

9   direction; that the foregoing transcript is a true

10  record of the testimony given.

11        Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

    Case, before completion of the proceedings, review

13  of the transcript [X] was [ ] was not requested.

14        I further, certify I am neither financially

15  interested in the action nor a relative or employee

16  of any attorney or party to this action.

17        IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19  Dated: June 20, 2019

20

21

22

23

24      SUZANNE F. GUDELJ

25      CSR No. 5111

Page 311