# EXHIBIT F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,                        )
            Plaintiff,            )
                vs.               ) Case No.
UBER TECHNOLOGIES, INC.;           ) 3:17-cv-000939-WHA
OTTOMOTTO LLC; OTTO TRUCKING,     )
INC.,                             )
            Defendants.           )
_____)

VIDEOTAPED DEPOSITION OF COLIN SEBERN

San Francisco, California

Tuesday, August 22, 2017

Volume I

Reported by:

CARLA SOARES

CSR No. 5908

JOB No. 2686011

PAGES 1 - 106

1   maybe just there on his own, like, not actually
2   working there, and then -- or a consultant or
3   something like that.  But I know he wasn't an
4   employee.
5        Q   But he eventually did --
6        A   Yes.
7        Q   During your interactions with Anthony at
8   Otto, did you ever see him using a personal laptop?
9        A   No.
10       Q   Did you ever see him using any laptop?
11       A   Yes.
12       Q   And it was an Otto-issued laptop?
13       A   I bought it for him.
14       Q   And as far as you know, that's the only
15  laptop that he ever used for work?
16       A   It's the only one I've ever seen.
17       Q   After you bought it for him, did you ever
18  have any involvement with any of the software or
19  anything that was installed on it?
20       A   I think I helped him install Windows on it
21  at one point.  It was a Mac.  So you can do both at
22  the same time.  I think I helped him with that at
23  one point.  I helped a lot of people with it.
24  Nothing unique.
25       Q   After Uber acquired Otto, do you have any

1   knowledge about how the laptops -- the Otto laptops
2   were integrated into Uber systems?
3       A   Yeah.  Every -- all of the laptops that
4   were at Otto were purchased by me.  And after we
5   became -- after Uber acquired us, their IT team took
6   over and did their software rollout, I guess you
7   would call it, where the machines become what they
8   call managed machines.
9       Q   And that happened to every Otto laptop?
10      A   Yes.
11      Q   You don't know of any instance where there
12  was an Otto laptop that didn't become an
13  Uber-managed machine?
14      A   Correct.
15      Q   And you think that every Otto laptop was
16  one that you had purchased?
17      A   Yeah, between -- myself, and then
18  eventually I had some help.  But I bought all the
19  stuff from the Apple store in Palo Alto and
20  San Francisco.
21      Q   You never heard of an instance where an
22  Otto laptop didn't get wrapped into the Uber
23  software rollout because it was purchased with a
24  different credit card?
25      A   I don't.

1   Q   And do you know for sure that Anthony's
2  Otto-issued laptop became an Uber-managed device?
3           MS. HARTNETT:  Objection.
4           THE WITNESS:  Yeah, I think it did,
5  because I remember him showing me stuff like one of
6  the apps from Uber, and I don't think you can access
7  it without that management software installed.
8  BY MR. McCAULEY:
9   Q   Do you know if he had a second laptop
10 issued to him by Uber?
11    A   No.
12    Q   You don't know?
13    A   I do not know.
14    Q   So you don't know whether or not that
15 could have been from an Uber-issued laptop that he
16 was showing you the app?
17    A   No, it was the one I bought him.
18    Q   How do you know that?
19    A   Because it was -- it was unique.  It was
20 one of the ones that just came out, the new -- I
21 think they called it a MacBook, not a MacBook Air
22 not a MacBook Pro.  I bought two of them, and he got
23 one of them.  Like, it's a unique color.
24    Q   And you think that that was the laptop
25 that he was using when he was showing you the app

```
 1            I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4            That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12            Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [X] was not requested.
16            I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19            IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21            Dated: 8/23/2017
22
23            _____
24            CARLA SOARES
25            CSR No. 5908
```

Page 106