# EXHIBIT G

| | |
|---|---|
| **From:** | Hoang, Nancy |
| **To:** | qewaymo@quinnemanuel.com; "John Cooper"; "Matthew Cate"; DG-GPOttoTruckingWaymo@goodwinlaw.com |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo v Uber - Privilege Log re Stroz Production |
| **Date:** | Sunday, September 17, 2017 1:52:01 AM |
| **Attachments:** | 2017.09.16 Priv Log Assoc with Stroz Prod.pdf |

Counsel:

Attached please find the Privilege Log Associated with Stroz Friedberg, LLC's Sept. 16, 2017 Production of Documents, Prepared By: Uber Technologies, Inc.  We anticipate providing an amended version of this log, but are furnishing this copy in the interest of time.  Thanks.

Best regards,

# NANCY HOANG

Paralegal | Morrison & Foerster LLP

755 Page Mill Road | Palo Alto, CA 94304-1018
**P:** +1 (650) 813-5858
mofo.com | LinkedIn | Twitter