# EXHIBIT J

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    WAYMO LLC,
 6         Plaintiff,
 7              vs.                    Case No.
 8    UBER TECHNOLOGIES, INC.;     17-cv-00939-WHA
 9    OTTOMOTTO, LLC; OTTO
10    TRUCKING LLC,
11         Defendants.
12    _____
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF HANLEY CHEW
17                  Menlo Park, California
18                 Friday, October 6, 2017
19                        Volume I
20
21    REPORTED BY:
22    REBECCA L. ROMANO, RPR, CSR No. 12546
23    JOB NO. 2725638
24
25    PAGES 1 - 248
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q. What were the roles of yourself, | 10:22:02 |
| 2 | Ms. Fulginiti and Mr. Friedberg in the | |
| 3 | investigation? | |
| 4 | A. Eric Friedberg was kind of running the | |
| 5 | investigation. Given my -- my lack of experience | 10:22:16 |
| 6 | and given, I guess, the sensitively of it, | |
| 7 | you know, it made sense for Eric to take a kind of | |
| 8 | leading role -- role in that. | |
| 9 | Eric made most of the decisions. | |
| 10 | Actually, all -- all the major decisions and Mary | 10:22:37 |
| 11 | and I were the -- the people that kind of carried | |
| 12 | out his -- his -- you know, his -- his orders. | |
| 13 | Mary and I were responsible for | |
| 14 | interviewing the diligenced employees, reviewing | |
| 15 | some documents and facilitating the work of the | 10:23:12 |
| 16 | forensic consultants. And relaying, I guess, the | |
| 17 | requests of -- you know, of the parties to -- to | |
| 18 | the consultants. | |
| 19 | Q. You said that Eric Friedberg made most of | |
| 20 | the decisions. | 10:23:36 |
| 21 | What type of decisions were being made? | |
| 22 | MR. PRITT: Objection to form. | |
| 23 | MS. BLUNSCHI: Join. | |
| 24 | MS. WALSH: Join. | |
| 25 | THE DEPONENT: Eric was the one that, I | 10:23:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, Rebecca L. Romano, a Certified Shorthand
2 Reporter of the State of California, do hereby
3 certify:
4    That the foregoing proceedings were taken
5 before me at the time and place herein set forth;
6 that any witnesses in the foregoing proceedings,
7 prior to testifying, were administered an oath;
8 that a record of the proceedings was made by me
9 using machine shorthand which was thereafter
10 transcribed under my direction; that the foregoing
11 transcript is true record of the testimony given.
12    Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [x] was [ ] was not requested.
16    I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19    IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21    Dated:  October 9, 2017
22
23    _____
24    Rebecca L. Romano, RPR,
25    CSR. No 12546

Page 248