# EXHIBIT L

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

        vs.        Case No.

UBER TECHNOLOGIES, INC.;  17-cv-00939-WHA

OTTOMOTTO, LLC; OTTO

TRUCKING LLC,

    Defendants.

_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONTINUED VIDEOTAPED DEPOSITION OF DON BURNETTE

San Francisco, California

Friday, October 13, 2017

Volume II

REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2727778

PAGES 169 - 402

```
                                                          Page 354
 1        A.   Not that I'm aware, no.                    03:03:08
 2        Q.   And then the next question is, do you
 3   dispute what Stroz Friedberg says here about you
 4   accessing it?
 5             MS. HARTNETT:  Objection.                  03:03:20
 6             THE DEPONENT:  I don't believe I accessed
 7   it.  So if I did, it was accidental.  So I -- I
 8   don't know.
 9        Q.   (By Mr. Jaffe)  Now, turning to the next
10   page, it says, quote, In addition, Stroz observed   03:03:53
11   an Internet search on Burnette's MacBook Pro for,
12   quote, how to factory reset MacBook Pro, on
13   March 4th, 2016, which is the same day the
14   operating system was installed, upgraded, or
15   restored.                                            03:04:10
16        A.   Uh-huh.
17        Q.   Do you recall performing that Internet
18   search?
19        A.   I don't.
20        Q.   Did you search to -- or did you factory    03:04:20
21   reset your MacBook Pro on March 4th?
22             MR. BARTLETT:  Objection.
23             THE DEPONENT:  I may have.  I don't
24   recall.
25        Q.   (By Mr. Jaffe)  Why?                       03:04:28
```

Page 355

1    A.   So I -- right after I started, I               03:04:29
2  accidentally dropped by MacBook Pro.  It was badly
3  damaged.  And so the software -- it was still
4  working for at least the time being.  I quickly
5  backed it up on to a hard drive that was in the      03:04:41
6  office using Time Machine.
7       And then I was issued a new laptop.  I
8  restored the image onto the new laptop.  And then
9  the idea was that it was going to be given back to
10 Apple for repair, and it's possible that I was       03:04:56
11 going to re- -- re- -- reset the original before
12 sending it in to Apple.
13   Q.   So around -- early March, you factory
14 reset your MacBook Pro then; is that fair?
15        MR. BARTLETT:  Objection.                     03:05:24
16        MS. HARTNETT:  Join.
17        THE DEPONENT:  I don't recall doing it,
18 but I believe I -- I would have only reset the one
19 that I was returning to Apple for repair.
20   Q.   (By Mr. Jaffe)  The next sentence talks       03:05:39
21 about, Deleted Potentially Relevant Files?
22   A.   I don't see that sentence.  ▮▮▮▮▮
▮▮  ▮▮
24   Q.   It's the heading on the -- towards the
25 top of the page.                                     03:05:47

1    A.    I do.                                              03:06:40

2    Q.    ███████████

███    ███████████████████████

███████████    ███████████████████████████

███████████████████████████████          ████

██████

██    ███████████████████████████████

8    A.    Not that I'm aware of.

9    Q.    But it seems like Stroz thought you were

10   though.                                                  03:06:59

11         MR. BARTLETT:  Objection.

12         THE DEPONENT:  They apparently did.

13   Q.    (By Mr. Jaffe)  And the next sentence

14   after this bullet list says, quote, The

15   installation of a new operating system on the            03:07:05

16   MacBook Pro would have the effect of deleting all

17   the current documents and emails on that machine.

18         Do you see that?

19   A.    I do see that sentence.

20   Q.    Was that your intent when you were                 03:07:19

21   factory resetting your computer was to delete all

22   the current documents and emails on your machine?

23         MR. BARTLETT:  Objection.

24         MS. HARTNETT:  Misstates his testimony.

25   Objection.                                               03:07:28

1        THE DEPONENT:  So I -- I never deleted or        03:07:29
2   reset the machine I was actually using.  Again, I
3   backed up and restored all the data from whatever
4   Time Machine backs up and restores, and I don't
5   know anything about that, onto my new laptop and     03:07:42
6   potentially reset the old one before sending it in
7   for repair.
8        Q.   (By Mr. Jaffe)  Did you provide both of
9   these laptops to Stroz?
10       A.   I no longer had the old one in my          03:07:51
11  possession.
12       Q.   Right.  So we talked about two laptops.
13  Did you provide them both to Stroz?
14       A.   I did not, no.
15       Q.   Which one did you provide to Stroz?        03:08:00
16       A.   The one I was actually using.
17       Q.   And then the old one, you don't know
18  where that is.
19       A.   I have no idea.
20       Q.   Do you still have it?                      03:08:07
21       A.   I gave --
22            MS. HARTNETT:  Objection.
23            MR. BARTLETT:  Objection.
24            THE DEPONENT:  I gave it back.
25       Q.   (By Mr. Jaffe)  To who?                    03:08:12

```
                                                          Page 375
 1             Do you recall that testimony?              03:28:47
 2        A.   Yes.
 3        Q.   Okay.  So at that time, how many
 4   MacBook Pros did you have?
 5        A.   Before I broke the one or --               03:28:56
 6        Q.   At time you broke it.
 7        A.   I had just one.
 8        Q.   And then after you broke it, there was a
 9   time in which you had how many?
10        A.   Two.                                       03:29:04
11        Q.   So if -- so at the time you had two
12   MacBook Pros, you were asked about it's possible
13   that you reset one of them.
14             Do you recall that testimony?
15        A.   Yes.                                       03:29:17
16        Q.   So which one is it that you would have
17   reset, if one was reset?
18        A.   I would have reset the one that was being
19   returned for repair.
20        Q.   Are you aware of any of the information   03:29:25
21   on your old laptop that didn't make it onto your
22   new laptop?
23             MR. JAFFE:  Objection.  Form.
24             THE DEPONENT:  I am not aware.
25        Q.   (By Mr. Bartlett)  You were asked about   03:29:35
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   I, Rebecca L. Romano, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath;
8   that a record of the proceedings was made by me
9   using machine shorthand which was thereafter
10  transcribed under my direction; that the foregoing
11  transcript is true record of the testimony given.
12  Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [X] was not requested.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated:   October 16, 2017
22
23  *[signature: Rebecca L. Romano]*
24  Rebecca L. Romano, RPR,
25  CSR. No 12546

Page 402