# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2017-2130

## WAYMO LLC,
*Plaintiff - Appellee*

v.

## UBER TECHNOLOGIES, INC., OTTOMOTTO LLC,
*Defendants - Appellants*

## OTTO TRUCKING LLC,
*Defendant*

## ANTHONY LEVANDOWSKI,
*Intervenor*

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-00939-WHA, Judge William H. Alsup.

## **MANDATE**

In accordance with the judgment of this Court, entered September 13, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Clerk of Court, Northern District of California (San Francisco)
David Michael Cooper
Karen L. Dunn
Hamish Hume
Michael Allen Jacobs
Shira Liu
John William McCauley, IV
David Andrew Perlson
Charles Kramer Verhoeven
David Laurence Zifkin