# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

17-2235, 17-2253

## WAYMO LLC,
*Plaintiff - Appellee*

v.

## UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC,
*Defendants*

## ANTHONY LEVANDOWSKI,
*Intervenor - Appellant*

## STROZ FRIEDBERG, LLC, LYFT, INC., LIOR RON,
**Movants**

Appeals from the United States District Court for the Northern District of California in case no. 3:17-cv-00939-WHA
United States District Judge William H. Alsup

## **MANDATE**

In accordance with the judgment of this Court, entered September 13, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court