UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number
415-522-2000

October 20, 2017

CASE NUMBER:  17-cv-0939-WHA

CASE TITLE: Waymo LLC v. Uber Technologies, Inc. et al.

USCA NUMBER:  17-2235, 17-2253 & 2017-2130

DATE MANDATE FILED:  10/20/2017

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

_____
by:  Sarah Badr
Case Systems Administrator
415-522-3619