Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:* Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF NEEL CHATTERJEE I/S/O DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: F, 15th Floor<br>Judge: Hon. Jacqueline S. Corley<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1  I, Neel Chatterjee, declare as follows:

2  1. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of Otto Trucking's Motion to Compel Discovery Re: Waymo's Investigation and exhibits thereto (the "Administrative Motion").

2. I have reviewed the following documents and confirmed that only the portions identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Defendant Otto Trucking's Motion to Compel | Highlighted portions | Plaintiff |
| Exhibit 2 to the Vu Declaration – excerpts of the rebuttal expert report of Paul French | Entire Document | Plaintiff |
| Exhibit 4 to the Vu Declaration— WAYMO-UBER-00086812 | Entire document | Plaintiff |
| Exhibit 5 to the Vu Declaration— WAYMO-UBER-00086817 | Entire document | Plaintiff |
| Exhibit 6 to the Vu Declaration— WAYMO-UBER-00086953 | Entire document | Plaintiff |
| Exhibit 7 to the Vu Declaration— WAYMO-UBER-00086815 | Entire document | Plaintiff |
| Exhibit 8 to the Vu Declaration— WAYMO-UBER-00084600 | Entire document | Plaintiff |
| Exhibit 9 to the Vu Declaration— WAYMO-UBER-00086840 | Entire document | Plaintiff |
| Exhibit 10 to the Vu Declaration— excerpts of the transcript for the deposition of Paul French dated October 3, 2017 | Highlighted portions | Plaintiff |

1    3.    The highlighted portions of Otto Trucking's Motion and Exhibit 10, as well as the
2 entirety of Exhibits 2, 4–9 contain information that Plaintiff Waymo LLC ("Waymo") and
3 Defendants have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only"
4 pursuant to the Protective Order in this case. Otto Trucking states no position about whether the
5 confidentiality designations are appropriate.

6    4.    Otto Trucking anticipates that Waymo will file any necessary declarations to seal
7 the above information pursuant to Local Rule 79-5.

8    5.    Otto Trucking's request to seal is narrowly tailored to those portions of Otto
9 Trucking's Letter Brief and its supporting documents that merit sealing.

10   I declare under penalty of perjury under the laws of the United States that the foregoing is
11 true and correct. Executed this 20th day of October, 2017 in Menlo Park, California.

*/s/   Neel Chatterjee*
NEEL CHATTERJEE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 20, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 20, 2017**.

/s/     *Neel Chatterjee*
    NEEL CHATTERJEE