Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:* Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. Declaration ISO Admin. Mot. to File Documents Under Seal<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

1  Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to
2  File Under Seal Portions of its Motion to Compel Discovery Re: Waymo's Investigation and
3  exhibits thereto (the "Administrative Motion").  Having considered the Administrative Motion,
4  and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative
5  Motion and **ORDERS** sealed the documents and portions of documents listed below that are
6  adequately supported by declarations provided by Plaintiff Waymo LLC as containing
7  "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the
8  parties' protective order:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
| --- | --- | --- |
| Defendant Otto Trucking's Motion to Compel | Highlighted portions | Plaintiff |
| Exhibit 2 to the Vu Declaration – excerpts of the rebuttal expert report of Paul French | Entire Document | Plaintiff |
| Exhibit 4 to the Vu Declaration— WAYMO-UBER-00086812 | Entire document | Plaintiff |
| Exhibit 5 to the Vu Declaration— WAYMO-UBER-00086817 | Entire document | Plaintiff |
| Exhibit 6 to the Vu Declaration— WAYMO-UBER-00086953 | Entire document | Plaintiff |
| Exhibit 7 to the Vu Declaration— WAYMO-UBER-00086815 | Entire document | Plaintiff |
| Exhibit 8 to the Vu Declaration— WAYMO-UBER-00084600 | Entire document | Plaintiff |
| Exhibit 9 to the Vu Declaration— WAYMO-UBER-00086840 | Entire document | Plaintiff |
| Exhibit 10 to the Vu Declaration— excerpts of the transcript for the deposition of Paul French dated October 3, 2017 | Highlighted portions | Plaintiff |

//

1

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                CASE NO. 3:17-CV-00939-WHA

1  //

2  //

3

4  **IT IS SO ORDERED.**

5

6  Dated: _____, 2017

                                                  HON. JACQUELINE S. CORLEY
                                                  UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL      CASE NO. 3:17-CV-00939-WHA