Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:* Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF HONG-AN VU I/S/O OTTO TRUCKING LLC'S MOTION TO COMPEL DISCOVERY RE: WAYMO'S INVESTIGATION**<br><br>Courtroom:   F, 15th Floor<br>Judge:          Hon. Jacqueline S. Corley |

1    I, Hong-An Vu, declare as follows:

2    1.    I am an associate at the law firm of Goodwin Procter, LLP and counsel of record
3    for Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters
4    within my own personal knowledge and if called as a witness, I could and would competently
5    testify to the matters set forth herein. I make this declaration in support of Otto Trucking's Motion
6    to Compel Discovery Re: Waymo's Investigation.

7    2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript
8    of proceedings before Judge Corley on August 28, 2017.

9    3.    Attached hereto as Exhibit 2 is a true and correct copy of the rebuttal expert report
10   of Paul French.

11   4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript
12   of proceedings before Judge Corley on August 31, 2017.

13   5.    Attached hereto as Exhibit 4 is a true and correct copy of the document Bates-
14   stamped WAYMO-UBER-00086812.

15   6.    Attached hereto as Exhibit 5 is a true and correct copy of the document Bates-
16   stamped WAYMO-UBER-00086817.

17   7.    Attached hereto as Exhibit 6 is a true and correct copy of the document Bates-
18   stamped WAYMO-UBER-00086953.

19   8.    Attached hereto as Exhibit 7 is a true and correct copy of the document Bates-
20   stamped WAYMO-UBER-00086815.

21   9.    Attached hereto as Exhibit 8 is a true and correct copy of the document Bates-
22   stamped WAYMO-UBER-00084600.

23   10.   Attached hereto as Exhibit 9 is a true and correct copy of the document Bates-
24   stamped WAYMO-UBER-00086840.

25   11.   Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript
26   for the deposition of Paul French on October 3, 2017.

27   12.   Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the transcript
28   for the deposition of Gary Brown on September 6, 2017.

1    13.   Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the transcript for the deposition of Sasha Zbrozek on September 6, 2017.

14.   Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript for the deposition of Kristinn Gudjonsson on September 8, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of October, 2017 in Los Angeles, California.

/s/ *Hong-An Vu*
      Hong-An Vu

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that I electronically filed the foregoing document including all of its
3 attachments with the Clerk of the Court for the United States District Court for the Northern
4 District of California by using the CM/ECF system on **October 20, 2017**.  I further certify that
5 all participants in the case are registered CM/ECF users and that service of the publicly filed
6 documents will be accomplished by the CM/ECF system.

7  I certify under penalty of perjury that the foregoing is true and correct.  Executed on
8 **October 20, 2017**.

  /s/  *Neel Chatterjee*
  NEEL CHATTERJEE