# *E*XHIBIT 5

## *PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*

# *E*XHIBIT 5