# EXHIBIT 12

# EXHIBIT 12

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1             UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                    --oOo--

5   WAYMO LLC,

6              Plaintiff,

                                  Case

7   vs.                      No. 3:17-cv-00939-WHA

8   UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING LLC,

9

               Defendants.

10  _____/

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14   VIDEOTAPED DEPOSITION OF ALEXANDER (SASHA) ZBROZEK

15                  VOLUME II

16           WEDNESDAY, SEPTEMBER 6, 2017

17

18

19

20   Reported by:

21   Anrae Wimberley

22   CSR No. 7778

23   Job No.   2693569

24

25   Pages 178 - 317

                                        Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      Q.    Yeah.                                    14:15:25

 2            When did somebody first tell you that you  14:15:27

 3   were going to do something in connection with Anthony  14:15:30

 4   Levandowski?                                     14:15:32

 5      A.    I don't remember the exact time, but about a  14:15:35

 6   year ago a request came in.                      14:15:38

 7      Q.    From who?                                14:15:39

 8      A.    From some lawyers.                       14:15:41

 9      Q.    What lawyer?                             14:15:44

10      A.    I don't remember the names.              14:15:45

11      Q.    And what was the request?                14:15:47

12      A.    Can you clarify.                         14:15:49

13      Q.    Yes.                                     14:15:49

14            What were you asked to do?               14:15:53

15      A.    The legal team asked me to pull some logs for  14:15:58

16   several individuals from our Subversion repository at  14:16:02

17   Waymo.                                           14:16:03

18      Q.    And you did that?                        14:16:04

19      A.    Yes, I did retrieve some logs.           14:16:07

20      Q.    You testified last time about Anthony    14:16:09

21   Levandowski.                                     14:16:09

22            How many other employees did you retrieve  14:16:12

23   logs for?                                        14:16:14

24      A.    Is an approximate answer okay?           14:16:19

25      Q.    Sure.                                    14:16:20
```

                                          Page 190

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        A.   More than five and less than ten, and I don't     14:16:23
2   remember the exact number.                                   14:16:24
3        Q.   What did the lawyers say to you about why          14:16:29
4   they wanted you to do this?                                  14:16:31
5        A.   I was given no reasons.                            14:16:32
6        Q.   Did you ask?                                       14:16:34
7        A.   I don't think so.                                  14:16:35
8        Q.   Did anybody other than lawyers explain to you     14:16:38
9   why you were doing this?                                     14:16:40
10       A.   I don't remember.                                  14:16:44
11       Q.   Did you talk to any coworkers about this          14:16:47
12  project?                                                     14:16:48
13       A.   I did tell them that I was asked.                  14:16:52
14       Q.   To do what?                                        14:16:53
15       A.   I told them that there was a request to pull      14:16:56
16  some logs for a handful of folks.                            14:16:59
17       Q.   Who did you tell that to?                          14:17:01
18       A.   I don't remember.                                  14:17:02
19       Q.   Do you remember anybody?                           14:17:03
20       A.   I don't remember.                                  14:17:04
21       Q.   What did you tell them?                            14:17:06
22       A.   I don't remember.                                  14:17:11
23       Q.   You do recall that, because this was a            14:17:14
24  request of the legal department, you took it                 14:17:16
25  seriously?                                                   14:17:17
```

Page 191

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | day before? | 14:24:01 |
| 2 | MR. BAKER:  Objection to form. | 14:24:02 |
| 3 | THE WITNESS:  So to work through a timeline -- so | 14:24:06 |
| 4 | suppose that User A adds a file and User B modifies a | 14:24:12 |
| 5 | file and then User C requests the snapshot.  Unless | 14:24:19 |
| 6 | they explicitly request a snapshot from some previous | 14:24:24 |
| 7 | point in time, they will get the version of the file | 14:24:28 |
| 8 | committed by User B.  Hopefully that's clear. | 14:24:32 |
| 9 | BY MR. GONZALEZ: | 14:24:32 |
| 10 | Q.   Understood. | 14:24:33 |
| 11 | Who did you report your findings to? | 14:24:37 |
| 12 | A.   I responded to the e-mail thread, from which | 14:24:42 |
| 13 | I was given the requests. | 14:24:44 |
| 14 | Q.   Did you ever attend any meetings to discuss | 14:24:46 |
| 15 | what you were doing? | 14:24:49 |
| 16 | A.   There were -- there were some | 14:24:51 |
| 17 | videoconferences with the legal team. | 14:24:53 |
| 18 | Q.   How many? | 14:24:54 |
| 19 | A.   I don't remember. | 14:24:56 |
| 20 | Q.   Approximately? | 14:24:57 |
| 21 | A.   I don't remember. | 14:24:58 |
| 22 | Q.   More or less than five? | 14:25:00 |
| 23 | A.   It was at least one. | 14:25:02 |
| 24 | Q.   And where were you geographically during the | 14:25:09 |
| 25 | videoconference? | 14:25:12 |

Page 198

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A. | I would have been in 100 Mayfield. | 14:25:17 |
| 2 | Q. | How many people were with you in your room? | 14:25:22 |
| 3 | A. | I don't remember. | 14:25:23 |
| 4 | Q. | Approximately? | 14:25:25 |
| 5 | A. | I don't remember. | 14:25:26 |
| 6 | Q. | More or less than five? | 14:25:28 |
| 7 | A. | I don't remember. | 14:25:29 |
| 8 | Q. | Do you remember anyone who was there with | 14:25:31 |
| 9 | you? | | 14:25:31 |
| 10 | A. | I don't remember. | 14:25:32 |
| 11 | Q. | How many other locations participated in the | 14:25:40 |
| 12 | videoconference? | | 14:25:41 |
| 13 | A. | I don't remember. | 14:25:43 |
| 14 | Q. | More or less than five? | 14:25:44 |
| 15 | A. | I don't remember. | 14:25:45 |
| 16 | Q. | How many other people participated in the | 14:25:50 |
| 17 | videoconference from other locations? | | 14:25:52 |
| 18 | A. | I don't remember. | 14:25:53 |
| 19 | Q. | Do you remember anyone? | 14:26:02 |
| 20 | A. | No, not really. | 14:26:04 |
| 21 | Q. | How long did the videoconference last? | 14:26:07 |
| 22 | A. | I don't remember. | 14:26:09 |
| 23 | Q. | Who scheduled it? | 14:26:11 |
| 24 | MR. BAKER:  Objection to form. | | 14:26:13 |
| 25 | THE WITNESS:  I believe the legal team, but I | | 14:26:15 |

Page 199

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    don't know that for sure.                      14:26:17

 2    BY MR. GONZALEZ:                                14:26:17

 3         Q.   Do you remember anything that was discussed?   14:26:23

 4         A.   Only vaguely.                          14:26:27

 5         Q.   What do you recall vaguely?            14:26:30

 6         A.   I remember that we discussed how the logs   14:26:36

 7    were pulled and how the analysis was conducted.   14:26:40

 8         Q.   Anything else?                         14:26:42

 9         A.   I don't remember.                      14:26:43

10         Q.   Did you speak during this videoconference?   14:26:48

11         A.   Probably, but I don't remember for sure.   14:26:53

12         Q.   Do you remember anything specific that anyone   14:26:57

13    said during the conference?                     14:26:59

14         A.   No, I don't remember.                  14:27:00

15         Q.   Do you remember whether there were more than   14:27:07

16    one videoconferences?                           14:27:09

17         A.   I remember that there was at least one   14:27:11

18    videoconference.                                14:27:12

19         Q.   But you don't remember anybody who was there   14:27:16

20    and you don't remember anything specific that anybody   14:27:19

21    said; is that right?                            14:27:20

22         A.   I remember that lawyers were part of the   14:27:24

23    videoconference, but I don't remember specifically who   14:27:27

24    they were.                                      14:27:28

25         Q.   Or what any of them said?              14:27:30
```

Page 200

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Not specifically, no. | 14:27:32 |
| 2 | Q.   And have you now told me generally or | 14:27:36 |
| 3 | specifically everything that you can remember about | 14:27:39 |
| 4 | that videoconference? | 14:27:41 |
| 5 | A.   I think I could remember some trivia. | 14:27:47 |
| 6 | Q.   Such as? | 14:27:50 |
| 7 | A.   I think I was on the second floor of my | 14:27:52 |
| 8 | building when I participated. | 14:27:55 |
| 9 | Q.   Anything else? | 14:27:57 |
| 10 | A.   No, not really. | 14:27:59 |
| 11 | Q.   Were there any other meetings, other than | 14:28:03 |
| 12 | this one videoconference that you participated in, | 14:28:07 |
| 13 | during the entire time that you were investigating | 14:28:09 |
| 14 | Mr. Levandowski and these other employees? | 14:28:15 |
| 15 | A.   All I remember is that there was at least one | 14:28:17 |
| 16 | videoconference. | 14:28:18 |
| 17 | Q.   You don't recall any in-office, face-to-face | 14:28:20 |
| 18 | meetings with anybody to discuss this? | 14:28:24 |
| 19 | A.   I remember having a distinct impression that | 14:28:28 |
| 20 | we were very much conducting affairs through | 14:28:33 |
| 21 | videoconference. | 14:28:35 |
| 22 | Q.   But you only recall one such conference? | 14:28:38 |
| 23 | A.   I recall for sure at least one. | 14:28:40 |
| 24 | Q.   But other than that one conference, you don't | 14:28:43 |
| 25 | recall any meeting about your investigation; is that | 14:28:46 |

Page 201

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          Do you see that?                              14:44:04

 2     A.   I see that.                                   14:44:05

 3     Q.   Sitting here today, do you recall, other than 14:44:06

 4  Anthony Levandowski, who the other people were that   14:44:09

 5  you investigated?                                     14:44:11

 6     A.   Well, based on what's printed here, it looks  14:44:16

 7  like there were two additional user names.  I remember 14:44:21

 8  one other user name, and I remember that there were   14:44:26

 9  additional user names, but I don't remember what those 14:44:28

10  were.                                                 14:44:31

11     MR. BAKER:  For the record, Counsel, this is an    14:44:33

12  old version of the document.  This redaction no longer 14:44:36

13  exists.                                               14:44:37

14     MR. GONZALEZ:  I understand.  Thank you.           14:44:38

15     MR. BAKER:  And also I just want to put on the     14:44:39

16  record that we're allowing him to answer questions    14:44:42

17  about these other employees based on Judge Corley's   14:44:47

18  ruling and comments on the record from a few days ago. 14:44:51

19     MR. GONZALEZ:  Understood.  Thank you.             14:44:52

20  BY MR. GONZALEZ:                                      14:44:52

21     Q.   What are the names you recall?                14:44:54

22     A.   I recall that Gaetan was on this list.        14:44:57

23     Q.   And what is Gaetan's full name?               14:45:01

24     A.   I believe it is Gaetan Pennecot, but I may be 14:45:08

25  wrong.                                                14:45:08
```

Page 213

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | whatsoever for the other people? | 14:47:32 |
| 2 | A.   I think that was in this chain, actually. | 14:47:40 |
| 3 | Yeah, so if you go up the thread to September 21st. | 14:47:46 |
| 4 | Q.   Page 87? | 14:47:47 |
| 5 | A.   Yes, page 87. | 14:47:49 |
| 6 | The same list of user names with access dates | 14:47:58 |
| 7 | were provided here. | 14:48:01 |
| 8 | Q.   Did you ever talk to anybody about the | 14:48:03 |
| 9 | findings? | 14:48:05 |
| 10 | A.   I talked to the legal team. | 14:48:07 |
| 11 | Q.   When? | 14:48:08 |
| 12 | A.   I don't remember. | 14:48:10 |
| 13 | Q.   So you told the legal team that, for all of | 14:48:17 |
| 14 | the people on the list except Gaetan and Anthony, I | 14:48:20 |
| 15 | couldn't find any activity at all? | 14:48:24 |
| 16 | A.   In this block, I wrote that I found no | 14:48:32 |
| 17 | activity for the majority of the users except for | 14:48:36 |
| 18 | Anthony and Gaetan.  And certainly based on this line, | 14:48:41 |
| 19 | I think I provided the date of last access, and then | 14:48:46 |
| 20 | I . . . and then I think I provided the actual log | 14:48:59 |
| 21 | files to the lawyers. | 14:49:01 |
| 22 | Q.   Did you also talk to them about your | 14:49:03 |
| 23 | findings? | 14:49:04 |
| 24 | A.   I don't remember, but that does seem likely. | 14:49:13 |
| 25 | Q.   Is it fair to say that you considered this | 14:49:16 |

Page 216

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. BAKER:  I want to mark the transcript highly | 15:03:46 |
| 2 | confidential. | 15:03:48 |
| 3 | MR. GONZALEZ:  We would object to that, but we'll | 15:03:53 |
| 4 | deal with that later. | 15:03:56 |
| 5 | BY MR. GONZALEZ: | 15:03:56 |
| 6 | Q.    Then in that same e-mail, after you say it's | 15:03:59 |
| 7 | "low value," in the very next paragraph, you say, | 15:04:03 |
| 8 | "It's not particularly surprising that he might check | 15:04:08 |
| 9 | things out once in the misguided dream of maybe making | 15:04:13 |
| 10 | individual contribution" -- | 15:04:15 |
| 11 | Do you see that? | 15:04:16 |
| 12 | A.    I do see that. | 15:04:17 |
| 13 | Q.    And the "he" you're talking about is | 15:04:20 |
| 14 | Mr. Levandowski; is that correct? | 15:04:21 |
| 15 | A.    That is correct. | 15:04:22 |
| 16 | Q.    -- "or maybe taking a look at the progress of | 15:04:26 |
| 17 | a widget." | 15:04:26 |
| 18 | Do you see that? | 15:04:27 |
| 19 | A.    I do see that. | 15:04:28 |
| 20 | Q.    And you expressed that opinion to the lawyer, | 15:04:30 |
| 21 | understanding that the lawyer was looking into | 15:04:33 |
| 22 | Mr. Levandowski's conduct; correct? | 15:04:35 |
| 23 | MR. BAKER:  Objection to form. | 15:04:36 |
| 24 | THE WITNESS:  What the lawyer was hoping to get, I | 15:04:39 |
| 25 | don't know. | 15:04:39 |

Page 229

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              FEDERAL CERTIFICATE OF DEPOSITION OFFICER
 2         I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
      declare:
 3         That, prior to being examined, the witness named
      in the foregoing deposition was by me duly sworn
 4    pursuant to Section 30(f)(1) of the Federal Rules of
      Civil Procedure and the deposition is a true record of
 5    the testimony given by the witness;
           That said deposition was taken down by me in
 6    shorthand at the time and place therein named and
      thereafter reduced to text under my direction;
 7    -----    That the witness was requested to
 8    review the transcript and make any changes to the
      transcript as a result of that review pursuant to
 9    Section 30(e) of the Federal Rules of Civil Procedure;
           -----    No changes have been provided by the
10    witness during the period allowed;
11         -----    The changes made by the witness are
12    appended to the transcript;
      --X---    No request was made that the transcript
13    be reviewed pursuant to Section 30(e) of the Federal
14    Rules of Civil Procedure.
           I further declare that I have no interest in the
15    event of the action.
16         I declare under penalty of perjury under the laws
17    of the United States of America that the foregoing is
      true and correct.
18         WITNESS my hand this 7th day of September, 2017.
19
20
21
22
23
24
25         ANRAE WIMBERLEY, CSR NO. 7778
```

Page 317