QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>              Plaintiff, <br><br>       vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF WAYMO'S MOTION IN LIMINE 14** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Supplemental Brief in Support of Waymo's Motion In Limine 14 ("Supplemental Brief") and supporting papers, filed concurrently herewith. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Supplemental Brief in Support of Waymo's Motion In Limine 14 | Highlighted in Blue | Defendants and/or Anthony Levandowski |
| Exhibit 1 to the Supplemental Brief | Highlighted in Blue | Defendants |
| Exhibit 2 to the Supplemental Brief | Entire Document | Defendants |
| Exhibit 3 to the Supplemental Brief | Entire Document | Defendants and/or Anthony Levandowski |
| Exhibit 4 to the Supplemental Brief | Entire Document | Defendants and/or Anthony Levandowski |

### I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

### II. UBER'S AND MR. LEVANDOWSKI'S CONFIDENTIAL INFORMATION

Waymo seeks to seal these documents only because Defendants and/or Mr. Mr. Levandowski have designated the information confidential and/or highly confidential. Declaration of Jordan Jaffe ¶ 3. Waymo takes no position on the merits of sealing Defendants' designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

### III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

1 | DATED: October 23, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Jordan Jaffe
Jordan Jaffe
Attorneys for WAYMO LLC