1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF WAYMO'S MOTION IN LIMINE 14** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal certain information in its Supplemental Brief in Support of Waymo's Motion In Limine 14 ("Waymo's Administrative Motion").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Supplemental Brief in Support of Waymo's Motion In Limine 14 | Highlighted in Blue |
| Exhibit 1 to the Supplemental Brief | Highlighted in Blue |
| Exhibit 2 to the Supplemental Brief | Entire Document |
| Exhibit 3 to the Supplemental Brief | Entire Document |
| Exhibit 4 to the Supplemental Brief | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States Magistrate Judge