QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE** |

I, Jordan Jaffe, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Angela Padilla, taken in this action on October 2, 2017.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Salle Yoo, taken in this action on October 12, 2017.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Anthony Levandowski, taken in this action on October 18, 2017.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of John Gardner, taken in this action on September 30, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 23, 2017         */s/ Jordan Jaffe*
                                Jordan Jaffe