QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF REGARDING MOTION *IN LIMINE* NO. 4** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its October 23, 2017 Supplemental Brief Regarding Motion *in Limine* No. 4 ("Supplemental Brief") and exhibits thereto. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief Regarding Motion *in Limine* No. 4 | Portions highlighted | Defendants |
| Exhibit A to Waymo's Supplemental Brief | Entire exhibit | Defendants |
| Exhibit B to Waymo's Supplemental Brief | Entire exhibit | Defendants |
| Exhibit C to Waymo's Supplemental Brief | Entire exhibit | Defendants |
| Exhibit D to Waymo's Supplemental Brief | Entire exhibit | Defendants |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. WAYMO'S SUPPLEMENTAL BRIEF AND ACCOMPANYING EXHIBITS

Waymo seeks to seal the portions of Waymo's Supplemental Brief and accompanying Exhibits A-D because Defendants have designated the information confidential and/or highly confidential. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules. Declaration of Andrea Pallios Roberts, ¶ 3.

## III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

1

2  DATED: October 23, 2017            QUINN EMANUEL URQUHART & SULLIVAN, LLP

3

4                                     By /s/ Jordan Jaffe
                                          Jordan Jaffe
5                                         Attorneys for WAYMO LLC