QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF REGARDING MOTION *IN LIMINE* NO. 4** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 information in its October 23, 2017 Supplemental Brief Regarding Motion *in Limine* No. 4 and
3 exhibits thereto (the "Administrative Motion").
4    Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Brief Regarding Motion *in Limine* No. 4 | Portions highlighted | Defendants |
| Exhibit A to Waymo's Supplemental Brief | Entire exhibit | Defendants |
| Exhibit B to Waymo's Supplemental Brief | Entire exhibit | Defendants |
| Exhibit C to Waymo's Supplemental Brief | Entire exhibit | Defendants |
| Exhibit D to Waymo's Supplemental Brief | Entire exhibit | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge