|   |   |   |
|---|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com | |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com | |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street | |
| 4 | San Francisco, California  94105-2482<br>Telephone:    415.268.7000 | |
| 5 | Facsimile:    415.268.7522 | |
| 6 | KAREN L. DUNN (*Pro Hac Vice*)<br>kdunn@bsfllp.com | |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*)<br>hhume@bsfllp.com | |
| 8 | BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, N.W. | |
| 9 | Washington DC  20005<br>Telephone:    202.237.2727 | |
| 10 | Facsimile:    202.237.6131 | |
| 11 | WILLIAM CARMODY (*Pro Hac Vice*)<br>bcarmody@susmangodfrey.com | |
| 12 | SHAWN RABIN (*Pro Hac Vice*)<br>srabin@SusmanGodfrey.com | |
| 13 | SUSMAN GODFREY<br>1301 Avenue of the Americas, 32nd Floor | |
| 14 | New York, NY 10019-6023<br>Telephone:    212.336.8330 | |
| 15 | Facsimile:    212.336.8340 | |
| 16 | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. | |
| 17 | and OTTOMOTTO LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.      3:17-cv-00939-WHA |
| | Plaintiff, | **DECLARATION OF IAN M. GORE IN SUPPORT OF DEFENDANTS'** |
| | v. | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR** |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | **STATEMENT RE: INTENT TO USE LYFT INFORMATION AT TRIAL** |
| | Defendants. | |

GORE DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA

I, Ian M. Gore, declare as follows:

1.  I am an attorney at the law firm of Susman Godfrey L.L.P. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Statement Re: Intent to Use Lyft Information at Trial.

2.  I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Statement Re: Intent to Use Lyft Information at Trial ("Statement") | Highlighted Portions | Plaintiff (Green) |
| Exhibits 1, 3, and 4 | Entire Documents | Plaintiff |

3.  The green-highlighted portions of the Statement and Exhibits 1, 3, and 4 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4.  Defendants' request to seal is narrowly tailored to the portions of the Statement and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2017 in New York, NY.

*/s/ Ian M. Gore*
Ian M. Gore

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Ian M. Gore has concurred in this filing.

Dated: October 23, 2017

*/s/ Arturo J. González*
ARTURO J. GONZÁLEZ