QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF WAYMO LLC'S's SUPPLEMENTAL BRIEF REGARDING MOTION *IN LIMINE* 4** |

I, Andrea Pallios Roberts, hereby declare as follows.

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Angela L. Padilla, taken on October 2, 2017.

3. Attached as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Justin Suhr, taken on October 13, 2017.

4. Attached as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Salle Yoo, taken on October 12, 2017.

5. Attached as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Kevin Faulkner, taken in two parts, on April 17, 2017 and September 28, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 22, 2017            */s/ Andrea Pallios Roberts*
                                    Andrea Pallios Roberts

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrea Pallios Roberts.

                                    */s/ Jordan Jaffe*
                                    Jordan Jaffe