QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PRÉCIS IN SUPPORT OF REQUEST TO FILE MOTION FOR AN ADVERSE INFERENCE JURY INSTRUCTION ON ACCOUNT OF DEFENDANTS' SPOLIATION** |

1       Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 information in its October 23, 2017 Précis In Support Of Request To File Motion For An Adverse
3 Inference Jury Instruction On Account Of Defendants' Spoliation (the "Administrative Motion").
4       Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the highlighted
6 portions of Waymo's Précis In Support Of Request To File Motion For An Adverse Inference Jury
7 Instruction On Account Of Defendants' Spoliation.
8       **IT IS SO ORDERED.**

10 Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge