# Exhibit 3

| | |
|---|---|
| **From:** | evillegas@mofo.com |
| **Sent:** | Monday, June 19, 2017 7:19 PM |
| **To:** | Charles K Verhoeven; David Perlson; Dawn A. Siadatan; John McCauley; John Neukom; Jordan Jaffe; lcunningham@wsgr.com; Melissa Baily; QE-Waymo |
| **Cc:** | BSchuman@goodwinlaw.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; cseki@BSFLLP.com; ecolle@bsfllp.com; MLeahy@goodwinlaw.com; NChatterjee@goodwinlaw.com; RWalsh@goodwinlaw.com; UberWaymoMoFoAttorneys@mofo.com |
| **Subject:** | Waymo v. Uber - UBER_057 & UBER_058 |

**You have received 2 secure files from evillegas@mofo.com.**
Use the secure links below to download.

Counsel,

Enclosed please find for production UBER_057 and UBER_058.  These productions contain AEO documents and should be treated accordingly.  The passwords to the zip files will follow under separate cover.

Best Regards,

Ethel Villegas | Litigation Paralegal Supervisor  | **Morrison & Foerster LLP**
755 Page Mill Road | Palo Alto, CA  94304
P. 650.813.5765 | F. 650.251.3894 |evillegas@mofo.com

**Secure File Downloads:**
Available until: **04 July 2017**

Click links to download:

    **UBER_057.zip**
    15.38 MB

    **UBER_058.zip**
    85.79 MB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

Secured by Accellion

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.