1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL OFFER OF PROOF REGARDING OTTO TRUCKING, AND SUPPLEMENTAL BRIEF IN SUPPORT OF BOTH ITS OPPOSITION TO OTTO TRUCKING'S MOTION FOR SUMMARY JUDGMENT (DKT. 1526-4) AND ITS OPPOSITION TO OTTO TRUCKING'S MOTION FOR A SEPARATE TRIAL (DKT. 1934)** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions of Its Supplemental Offer of Proof Regarding Otto Trucking, and Supplemental Brief in
3 support of both its Opposition to Otto Trucking's Motion for Summary Judgment (Dkt. 1526-4)
4 and its Opposition to Otto Trucking's Motion for a Separate Trial (Dkt. 1934) ("Administrative
5 Motion").
6  Having considered the Administrative Motion, and good cause to seal having been shown,
7 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
8 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Supplemental Otto Trucking Brief | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Exhibit 1 to the Nardinelli Declaration | Entire Document | Defendants and/or Stroz Friedberg |
| Exhibit 2 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 3 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 4 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 5 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 6 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 7 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 8 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 9 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 10 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 11 to the Nardinelli Declaration | Entire Document | Waymo (green highlighting); Defendants |
| Exhibit 12 to the Nardinelli Declaration | Entire Document | Waymo (green highlighting); Defendants |
| Exhibit 13 to the Nardinelli | Entire Document | Defendants |

| | | |
|---|---|---|
| Declaration | | |
| Exhibit 14 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 15 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 16 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 17 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 18 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 19 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 20 to the Nardinelli Declaration | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge