UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE AMENDED LIST OF ELECTED TRADE SECRETS, AMENDED COMPLAINT, SUPPLEMENTAL EXPERT REPORTS AND REVISED WITNESS AND EXHIBIT LISTS** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions of Its Motion for Leave to File Amended List of Elected Trade Secrets, Amended
3 Complaint, Supplemental Expert Reports and Revised Witness and Exhibit Lists ("Administrative
4 Motion").

5    Having considered the Administrative Motion, and good cause to seal having been shown,
6 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
7 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Motion | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |
| Exhibit 1 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |
| Exhibit 2 to the Nardinelli Declaration | Entire Document | Waymo |
| Exhibit 3 to the Nardinelli Declaration | Entire Document | Waymo |
| Exhibit 4 to the Nardinelli Declaration | Entire Document | Waymo; Stroz Friedberg |
| Exhibit 5 to the Nardinelli Declaration | Entire Document | Waymo |
| Exhibit 6 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 7 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 8 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 9 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 11 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |
| Exhibit 12 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |
| Exhibit 13 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 16 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 17 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 18 to the Nardinelli | Entire Document | Waymo; Defendants |

| Declaration | | |
|---|---|---|
| Exhibit 19 to the Nardinelli Declaration | Entire Document | Defendants and/or Stroz Friedberg |
| Exhibit 20 to the Nardinelli Declaration | Entire Document | Anthony Levandowski |
| Exhibit 22 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |
| Exhibit 23 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |
| Exhibit 24 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 25 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |
| Exhibit 28 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 29 to the Nardinelli Declaration | Entire Document | Defendants |
| Exhibit 30 to the Nardinelli Declaration | Entire Document | Defendants and/or Stroz Friedberg |
| Exhibit 31 to the Nardinelli Declaration | Entire Document | Waymo |
| Exhibit 33 to the Nardinelli Declaration | Entire Document | Waymo; Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Judge