# Exhibit 27

Highly Confidential – Attorneys' Eyes Only

# United States District Court
# Northern District of California, San Francisco Division
# Civil Action No. 3:17-CV-00939-WHA

# WAYMO LLC
# v.
# UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC

# Expert Reply Report of
# Michael J. Wagner
# September 14, 2017

## IV. Documents, Data and Other Information Considered

133. Volume A, Tab 4 contains a complete list of documents I considered in forming my opinions. In addition, I had discussions with:

- John Krafcik, CEO for Waymo;
- Jennifer Haroon, formerly Head of Business Operations for Waymo;
- Daniel Chu, Head of Product for Waymo;
- Dmitri Dolgov, VP of Engineering for Waymo; and
- Pierre-Yves Droz, Principal Hardware Engineer for Waymo.

## V. Potential Additional Analyses to Perform

134. My opinions are based on the information received as of the date of my report. I understand that the Federal Circuit ruled yesterday on the discoverability of materials regarding the Stroz Report. I understand that the Stroz Report and exhibits were produced yesterday and that additional materials will be produced. I have not had a meaningful opportunity to consider those materials, or other experts' opinions on those materials, and I may consider this and other data produced through discovery to determine whether such other data impact my opinions if permitted by the court. I will consider any criticisms of my opinions or bases for my opinions brought to my attention at my deposition or offered by experts retained by Uber. Any of this additional information or work may cause me to change my opinions.

## VI. Compensation

135. My current billing rate is $895 per hour. I also receive compensation from LitiNomics based on LitiNomics' staff billings on the case.

*Michael J. Wagner*

Michael J. Wagner