UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR LEAVE TO FILE AMENDED LIST OF TRADE SECRETS, SUPPLEMENTAL EXPERT REPORTS AND REVISED WITNESS AND EXHIBIT LISTS** |

1    Plaintiff Waymo LLC ("Waymo") has filed a Motion for Leave to File Amended List of
2 Elected Trade Secrets, Supplemental Expert Reports, And Revised Witness and Exhibit Lists (the
3 "Motion").
4    Having considered the Motion, as well as any response thereto, the Court hereby **GRANTS**
5 the Motion in its entirety.

7    **IT IS SO ORDERED.**

9 Dated: _____, 2017

    HON. WILLIAM ALSUP
    United States District Court Judge