IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER CONTINUING HEARING ON MOTION FOR LEAVE TO AMEND**

The hearing on plaintiff Waymo LLC's motion for leave to file an amended list of asserted trade secrets for trial, supplemental expert reports, and revised witness and exhibit lists (Dkt. No. 2062), previously set for October 26 at 8:00 a.m. (*see* Dkt. No. 1954), is continued to **OCTOBER 26 AT 9:00 A.M.** Both sides should be prepared to discuss the possibility of granting leave to amend but severing Waymo's proposed new claims for future discovery and trial while we proceed on schedule with the trial date of December 4 for Waymo's current list of asserted trade secrets. Defendants' response to Waymo's motion should not presuppose that this is a tentative ruling but should anticipate the foregoing scenario in addition to all other possibilities for addressing Waymo's proposed new claims.

    **IT IS SO ORDERED.**

Dated: October 24, 2017.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE