# *E*XHIBIT 5

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

*E*XHIBIT 5

| | |
|---|---|
| From: | Abraham Lu (陆奇星) < > |
| To: | Kristinn Gudjonsson |
| Sent: | Tue, 23 Aug 2016 13:10:30 -0700 |
| Subject: | Re: Chauffeur / Otto Investigation - RESPONSE REQUESTED VIA INSERTED DOC |
| Cc: | Michael Pfyl < >, Kevin Vosen , Gary Brown , Robin Stearns , Leah Bijnens , Ryan Blackhart |

Re: search parameters: I've compiled a doc at ( ) that lists search terms. It combines the list from the previous anthonyl & ( ) search along with the list from Keker & VanNest. Please let us know if there are any additional terms you'd like us to use.
-Abe

On Tue, Aug 23, 2016 at 11:47 AM, Kristinn Gudjonsson wrote:

> +Gary Brown
> Adding Gary to this thread since he has been doing most of the forensic work so far and can help out here.

On Tue, Aug 23, 2016 at 11:30 AM Michael Pfyl wrote:

> + Kevin
> Thanks, Abe.

Can you please provide some detail regarding the search parameters you plan to use? We want to make sure that you are looking for the right things and using the best possible criteria to find what we're looking for.

On Tue, Aug 23, 2016 at 11:17 AM, Abraham Lu (陆奇星) wrote:

> We ran into a hiccup yesterday with the imaging system (the software we are using wasn't completely installed onto the drive we were using), so we had to restart. Once we have one system done I should be able to provide a much better estimate of how long it will take for the remainder.
> I definitely understand the implications of the case, and this is my first and only priority until we arrive at some meaningful conclusion. Please feel free to ping me with any questions. I will send out some updates as we progress through this.
>
> -Abe

On Tue, Aug 23, 2016 at 11:06 AM, Robin Stearns wrote:

> +Kiddi and Abe
> Hi Kiddi,

Please see Michael's email and Kevin's below that. Do you have an idea on how long it will take to get the forensics done?

Thanks,

Robin

On Tue, Aug 23, 2016 at 10:50 AM, Michael Pfyl wrote:

> FYI, John K. has now said he wants this investigation done in a week. Need your help to get this running. There is a meeting on calendar this afternoon.
> Leah, can you attend? Can you impress upon Abe/Kiddi that this is a high priority and Secops really needs to step it up?

Also please note the interviews etc. they want done.

---------- Forwarded message ----------
From: **Kevin Vosen**[REDACTED]
Date: Tue, Aug 23, 2016 at 10:34 AM
Subject: Re: Chauffeur / Otto Investigation - RESPONSE REQUESTED VIA INSERTED DOC
To: Michael Pfy[REDACTED]  Amy Lambert[REDACTED]

*Attorney/Client Privileged*

Hi Michael and Amy,

[REDACTED]

Based on this, I want to make sure that the forensic review is broad enough and fast enough to expeditiously pick up all the information we need to evaluate. Along those lines, let's please ensure we have the complete back story to fill in our search terms and approach. According to a very quick drive by conversation with Dmitri Dolgov, our senior-most software lead, we should talk with the following current Chauffeur employees to get relevant history to inform our investigation:
- Andrew Barton-Sweeney
- Andrew Schultz
- Pierre Droz
- Luke Wachter
- Brian Salesky
- Dmitri Dolgov

We may need to add other employees.

I also suggest [REDACTED]

Finally, I'd like to discuss whether a broader investigation is in order, including [REDACTED]

-KV

On Tue, Aug 23, 2016 at 9:52 AM, Michael Pfy[REDACTED] wrote:

> Attorney-Client Privileged
> All,

Thanks for your help with the investigation into [REDACTED]

I've put together the following doc to help all coordinate our approach.

We have three parallel components to this investigation: (1) a secops forensic analysis of machines; (2) a discovery team

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                WAYMO-UBER-00086818

investigation of corporate emails; and (3) a security investigation (with departure interviews etc.)

The doc includes links to resources we should all be aware of, including a memo from outside counsel with ████████ ████████████████████████████████████████████

The doc also includes questions that need to be answered. There are questions for Abe, Ryan, Leah, and Joanne/Kevin to answer. Please take a look at your earliest convenience and provide your responses so that we can finalize the scope of this investigation and push this across the finish line.

I appreciate all of your help and please let me know if you have any questions or would like to discuss live.

- Mike


--
Kevin Vosen
████████████


--
Robin Stearns | Global Investigations Lead | ████████████████████████████


--

with regards

Kristinn

p.s most likely cause for all spleling mistakes in this email results from it being written by large thumbs on a tiny mobile screen... otherwise they were written on a real keyboard and I've got no excuses