# *E*XHIBIT *7*

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

# *E*XHIBIT *7*

| | |
|---|---|
| **From:** | Abraham Lu (陆奇星) |
| **To:** | Kristinn Gudjonsson |
| **Sent:** | Mon, 22 Aug 2016 15:35:19 -0700 |
| **Subject:** | Re: Employee Departures, Non Solicits, and Confidential Information |
| **Cc:** | Michael Pfyl███████, Kevin Vosen███████, Joanne Chin███, Ryan Blackhart███████, Leah Bijnens███████, Robin Stearns███████ |

+bijnens & rstearns from GI

Hi Mike,
Our plan is to run a set of forensics tools on the laptops that we currently have using the keyword list from the previous search on anthonyl & ███████ If we find any hits for those keywords we will take a deep-dive into the machine for a more in-depth look.  We have started this process today with the laptops from rradu, ███ skshirsagar, and ███████

Please let us know if this plan works for you & the team.

Thanks,
Abe

On Thu, Aug 18, 2016 at 8:25 PM, Abraham Lu (陆奇星)███████ wrote:

> Hi Michael & co,
> I'm actually back in the US Saturday (traveling back from Singapore), so looking to start on our existing batch of hardware Monday MTV time.  Please let me know if there are any tasks that we can start on before I get back to the machines.

Thanks,
Abe

On Thu, Aug 18, 2016 at 2:51 PM, Kristinn Gudjonsson███████ wrote:

> Hi
> Yes, we briefly met and discussed this. Abe is OOO today but should be here tomorrow (there were some issues with access that have now been fixed) so we can start talking more about this and perhaps get some process started.

On Thu, Aug 18, 2016 at 11:15 AM Michael Pfyl███████ wrote:

> + Kevin (GC of Chauffeur)
> + Joanne (HR for Chauffeur)
> + Ryan Blackhart (Discovery counsel)
>
> Hi Kristinn,
>
> I'm checking in to see if you had a chance to coordinate with Abe and put together a proposal for ███████
> ███████  Can you please provide an update?
>
> We learned today that Uber acquired Otto so there is more urgency on this issue.
>
> On Fri, Aug 5, 2016 at 10:47 AM, Kristinn Gudjonsson ███████ wrote:
>
>> Hi
>> I'm taking a look at this now, haven't sat down with Abe yet, so perfect timing ;)
>>
>> Yes, you can contact the discovery team regarding section II, albeit some of it will also be encompassed in our scope, that is we'll have those keywords in case some of them stick out obviously, but for most parts this is done by the discovery team.

On Thu, Aug 4, 2016 at 3:35 PM Michael Pfyl wrote:

> ATTORNEY-CLIENT PRIVILEGED
>
> Hi Kristinn,
>
> I just received the attached memo from outside counsel. Could you take a look at this before consulting with Abe? To the extent we can design our investigation efforts to target some of the data listed in section III that would be ideal.
>
> Would you recommend that I connect with the discovery team re the list in section II? Or would some of that be encompassed in your scope of work?
>
> Thanks in advance for your help.
>
> - Mike
>
> --
>
> with regards
>
> Kristinn
>
> p.s most likely cause for all spleling mistakes in this email results from it being written by large thumbs on a tiny mobile screen... otherwise they were written on a real keyboard and I've got no excuses

--

with regards

Kristinn

p.s most likely cause for all spleling mistakes in this email results from it being written by large thumbs on a tiny mobile screen... otherwise they were written on a real keyboard and I've got no excuses