1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel:  415.268.7000 / Fax:  415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    HAMISH P.M. HUME (*Pro Hac Vice*)
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington DC  20005
9   Tel:  202.237.2727 / Fax:  202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax:  212.336.8340
14
    Attorneys for Defendants
15  UBER TECHNOLOGIES, INC.
    and OTTOMOTTO LLC
16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20  WAYMO LLC,                          | Case No.     3:17-cv-00939-WHA

21              Plaintiff,              | **DECLARATION OF
                                        | THOMAS J. PARDINI IN SUPPORT
22       v.                            | OF DEFENDANTS UBER
                                        | TECHNOLOGIES, INC. AND
23  UBER TECHNOLOGIES, INC.,           | OTTOMOTTO LLC'S
    OTTOMOTTO LLC; OTTO TRUCKING LLC,  | ADMINISTRATIVE MOTION TO
24                                      | FILE UNDER SEAL EXHIBITS
             Defendants.               | ATTACHED TO NOTICE OF FILING
25                                      | OF PHOTOGRAPHS**

26

27

28

1    I, Thomas J. Pardini, declare as follows:

2    1.    I am a member of the Bar of the State of California and an attorney at the law firm

3    of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal

4    knowledge and if called as a witness, I could and would competently testify to the matters set

5    forth herein.  I make this declaration in support of Defendants' Administrative Motion to File

6    under Seal Exhibits Attached to Notice of Filing of Photographs.

7    2.    I have reviewed the following documents and confirmed that only the portions

8    identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibits A-B | Entire Documents | Defendants |

3.    Exhibits A-B are photographs containing highly confidential information
regarding the technical details of Uber's LiDAR systems.  This highly confidential information is
not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of
this information could allow competitors to obtain a competitive advantage over Uber by giving
them details into the technical components of Uber's LiDAR sensors, such that Uber's
competitive standing could be significantly harmed.

4.    Defendants' request to seal is narrowly tailored to the portions of their Notice and
attached exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this
25th day of October, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini

1

**ATTESTATION OF E-FILED SIGNATURE**

2       I, Esther Kim Chang, am the ECF User whose ID and password are being used to file this

3  Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has

4  concurred in this filing.

5  Dated:  October 25, 2017                    _/s/ Esther Kim Chang_
                                                    ESTHER KIM CHANG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28