| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
|   | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|   | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|   | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
|   | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
|   | srabin@susmangodfrey.com |
| 12 | SUSMAN GODFREY |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023 |
|   | Tel: 212.336.8330 / Fax:  212.336.8340 |
| 14 | |
|   | Attorneys for Defendants |
| 15 | UBER TECHNOLOGIES, INC. |
|   | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S NOTICE OF FILING OF PHOTOGRAPHS** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date:  December 4, 2017 |
| Defendants. | |

1  Pursuant to the Court's request regarding TS 9 at the September 20, 2017 hearing on
2  Defendants' Motion for Summary Judgment, Defendants Uber Technologies, Inc. and
3  Ottomotto LLC hereby file photographs of the Fuji transmit boards, which provide close-up
4  views of the components of the transmit boards. Photographs of one board from each optical
5  cavity are included. Exhibit A contains photographs of varying magnification of one board from
6  the medium-range cavity. Exhibit B contains photographs of varying magnification of one board
7  from the long-range cavity.

8  Dated: October 25, 2017                    MORRISON & FOERSTER LLP

                                              By:  /s/ Esther Kim Chang
                                                   ESTHER KIM CHANG

                                              Attorneys for Defendants
                                              UBER TECHNOLOGIES, INC.
                                              and OTTOMOTTO LLC