MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF WENDY J. RAY IN SUPPORT OF UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO WAYMO LLC'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE PRELIMINARY INJUNCTION ORDER (DKT. 426) AND EXPEDITED DISCOVERY ORDER (DKT. 61)**<br><br>Trial Date: December 4, 2017 |

I, Wendy J. Ray, declare as follows:

1.  I am a member of the bar of the State of California and a partner with Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am admitted to practice before this Court. I submit this declaration in support of Uber Technologies, Inc. and Ottomotto LLC's Response to Waymo LLC's Second Supplemental Brief in Support of its Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt of the Preliminary Injunction Order (Dkt. 426) and Expedited Discovery Order (Dkt. 61). I am one of the attorneys at Morrison & Foerster that oversaw discovery efforts in this litigation. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2.  Uber's search parameters for potentially misappropriated material were litigated before the Court early in the case, resulting in Uber applying 15 search terms provided by Waymo. On April 13, 2017, I participated in a meeting with the Special Master, John Cooper, Waymo's forensic consulting expert, Jeremy Bellah of Discovia, Uber's consulting forensic expert, Sam Rubin, and Waymo's counsel, Jeff Nardinelli, to discuss Uber's search methodology. Charles Verhoeven, counsel for Waymo, and Arturo González, counsel for Uber and Ottomotto, also attended a portion of the meeting. During the meeting, Mr. González and I repeatedly offered to do any reasonable searches Waymo proposed. Mr. Rubin explained Uber's search efforts and answered questions from Messrs. Bellah and Nardinelli. After the meeting I provided additional information requested by Messrs. Bellah and Nardinelli during the meeting, including metadata and hit count information. Mr. Nardinelli and I exchanged several follow-up emails. Neither Waymo nor its expert ever made any suggestions about additional searches to perform outside of the 15 terms Waymo proposed.

//
//
//
//
//

3. Attached as **Exhibit 1** is a true and correct copy of an excerpt from the October 3, 2017 deposition of Paul French.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2017 at Los Angeles, California.

*/s/ Wendy J. Ray*
Wendy J. Ray

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Wendy J. Ray has concurred in this filing.

Dated: October 25, 2017    */s/ Arturo J. González*
Arturo J. González

RAY DECL. ISO DEFS' RESPONSE TO PLF'S 2ND SUPPL. BR. FOR MOT. FOR ORDER TO SHOW CAUSE
Case No. 3:17-cv-00939-WHA
sf-3835135

2