1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  James Lin (SBN 310440)
   *jlin@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
7  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
8  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
9  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
14 Todd A. Boock (SBN 181933)
   *tboock@goodwinlaw.com*
15 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
16 Los Angeles, California 90017
   Tel.: +1 213 426 2500
17 Fax.: +1 213 623 1673

18 *Attorneys for Defendant:*
   Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF RACHEL M. WALSH IN SUPPORT OF OPPOSITION TO WAYMO'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE [DKT. 2054]** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Courtroom: 8 (19th Floor)<br>Judge: Hon. William Alsup<br>Trial Date: December 4, 2017 |

I, Rachel M. Walsh, declare as follows:

1. I am Counsel at the law firm of Goodwin Procter, LLP and counsel of record for defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein; except for those matters I declare upon information and belief, which I am informed and believe to be true. I make this declaration in support of Otto Trucking's Opposition to Waymo's Second Supplemental Brief in Support of Its Motion for Order To Show Cause [Dkt. 2054].

2. Otto Trucking never had and does not have Mr. Levandowski's laptop computers, nor does it have any knowledge of their whereabouts. I am informed and believe that, Otto Trucking's counsel has consistently and repeatedly stated this fact to Waymo's counsel.

3. Goodwin Procter LLP ("Goodwin") represents Mr. Levandowski in pending arbitration proceedings initiated by Google Inc. against Mr. Levandowski. At Uber's request, Mr. Levandowski provided the two computers to Goodwin for Goodwin to run searches provided by Uber.

4. These searches included 14,000 plus MD5 hash values and over 4,000 unique file names, which Waymo identified in its preliminary injunction papers, and additional search terms from Uber and Waymo.

5. Goodwin ran requested searches and also broader searches to try to find additional documents that related to Uber.

6. The search results for MD5 hash values of the 14,000 files did not yield any of the 14,000 files.

7. The search for the file names themselves did not yield any of the 14,000 files either. No hits were found aside from generic filenames found in system files.

8. Goodwin provided reviewed and provided the search results to Uber. Goodwin does not have the two computers, nor does it possess any images of their hard drives.

9. Attached hereto as **Exhibit A** is a true and correct copy of the report of Kevin Faulkner dated September 7, 2017.

1  10.  Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Deposition of Kevin Faulkner served by Waymo setting the deposition for September 28, 2017.  I attended the deposition on the scheduled date.

11.  Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the 30(b)(6) deposition of Gary Brown taken on August 8, 2017.

12.  Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Paul French taken on October 3, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017 in San Francisco, California.

/s/ Rachel M. Walsh
Rachel M. Walsh

2

DECLARATION OF RACHEL M. WALSH                                        CASE NO. 3:17-CV-00939-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 25, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **October 25, 2017**.

/s/      *Neel Chatterjee*
         NEEL CHATTERJEE

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Neel Chatterjee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatures (/s/) within this e-filed document.

October 25, 2017                    /s/ *Neel Chatterjee*
                                    NEEL CHATTERJEE