# EXHIBIT B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David Perlson (Cal. Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa J. Baily (Cal. Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Cal. Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan R. Jaffe (Cal. Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiffs, | **NOTICE OF DEPOSITION OF KEVIN FAULKNER** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | HONORABLE WILLIAM H. ALSUP |
| Defendants. | |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Waymo, LLC ("Waymo"), by and through their attorneys, will take the deposition upon oral examination of Kevin Faulkner.  The deposition will commence at 9:00am, September 28, 2017, at the offices of Veritext Legal Solutions, 101 Montgomery Street, Suite 450, San Francisco, California 94104.  The deposition will be taken by a notary public or other authorized officer and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

DATED:  September 26, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC

# PROOF OF SERVICE

I, Felipe Corredor, am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 50 California Street, 22nd Floor, San Francisco, California 94111-4788.

On September 26, 2017, I served true copies of the following document(s) described as "Notice of Deposition of Kevin Faulkner" on the interested parties in this action as follows:

| Recipient | | Email Address: |
|---|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching<br>Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | | | |
|---|---|---|---|
| 1 | 90401 | | |
| 2 | Meredith Richardson Dearborn | | |
| 3 | BOIES SCHILLER FLEXNER LLP | | |
| 4 | 435 Tasso Street Suite 205 | | |
| 5 | Palo Alto, CA 94301 | | |
| 6 | Hamish Hume | | |
| 7 | Jessica E Phillips Karen Leah Dunn | | |
| 8 | Kyle N. Smith Martha Lea Goodman | | |
| 9 | BOIES SCHILLER FLEXNER LLP | | |
| 10 | 1401 New York Ave., NW | | |
| 11 | Washington, DC 20005 | | |
| 12 | I. Neel Chatterjee (SBN 173985) | | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| 13 | GOODWIN PROCTER LLP | | |
| 14 | 135 Commonwealth Drive | | |
| 15 | Menlo Park, CA 94025 | | |
| 16 | Tel.: +1 650 752 3100 | | |
| 17 | Fax: +1 650 853 1038 | | |
| 18 | | | |
| 19 | Brett M. Schuman (SBN 189247) | | |
| 20 | Shane Brun (SBN 179079) | | |
| 21 | Rachel M. Walsh (SBN 250568) | | |
| 22 | GOODWIN PROCTER LLP | | |
| 23 | Three Embarcadero Center | | |
| 24 | San Francisco, California 94111 | | |
| 25 | Tel.: +1 415 733 6000 | | |
| 26 | Fax.: +1 415 677 9041 | | |

**BY ELECTRONIC MAIL TRANSMISSION:** by electronic mail transmission from felipecorredor@quinnemanuel.com on September 26, 2017, by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed above.  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

      Executed on September 26, 2017, at San Francisco, California.

                                        */s/ Felipe Corredor*
                                       Felipe Corredor