# EXHIBIT C

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3           SAN FRANCISCO DIVISION

4          Case No. 17-cv-00939-WHA

5   --------------------------------------x

6   WAYMO LLC,

7              Plaintiff,

8       - against -

9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;

10  OTTO TRUCKING LLC,

11              Defendants.

12  --------------------------------------x

13

14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16          Videotaped 30(b)(6) Deposition

17  of GARY BROWN, taken by Defendants, held

18  at the offices of Morrison & Foerster LLP,

    250 West 55th Street, at 9:59 a.m. on August

19  8, 2017, New York, New York, before Jineen

    Pavesi, a Registered Professional Reporter,

20  Registered Merit Reporter, Certified Realtime

    Reporter and Notary Public of the State of New York.

21

22

23

24  Job No. 2671217A

25  Pages 1 - 305
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   to that question, correct?                  12:31:45PM

 2              MR. BAKER:  Objection to form.    12:31:46PM

 3      A.        That is correct, the reimage    12:31:48PM

 4   made that infeasible.                        12:31:50PM

 5      Q.        And Waymo does not know if any   12:31:51PM

 6   content was copied to an SD card during      12:31:52PM

 7   the eight-hour period that the card reader   12:31:56PM

 8   was attached to the laptop, correct?         12:31:58PM

 9      A.        The reimage made that           12:32:02PM

10   infeasible.                                  12:32:03PM

11      Q.        So Waymo does not know, is that 12:32:04PM

12   correct?                                     12:32:06PM

13              MR. BAKER:  Same objection.       12:32:06PM

14      A.        That's correct.                 12:32:07PM

15      Q.        What is it that you read in the 12:32:16PM

16   news about content being copied to an SD     12:32:18PM

17   card during the eight-hour period that the  12:32:24PM

18   card reader was plugged into the laptop?     12:32:27PM

19      A.        I read in the news that Anthony 12:32:28PM

20   Levandowski admitted in an e-mail to         12:32:32PM

21   having multiple copies of Google            12:32:34PM

22   proprietary information after the            12:32:37PM

23   termination of his employment.               12:32:40PM

24      Q.        Do you know where in the news   12:32:42PM

25   you read that?                               12:32:43PM
```

Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              C E R T I F I C A T I O N

2

3      I, Jineen Pavesi, a Registered

4    Professional Reporter, Registered Merit

5    Reporter, Certified Realtime Reporter and

6    a Notary Public, do hereby certify that

7    the foregoing witness, GARY BROWN, was

8    duly sworn on the date indicated, and that

9    the foregoing is a true and accurate

10   transcription of my stenographic notes.

11      I further certify that I am not employed

12   by nor related to any party to this

13   action.

14

15

16

17

18

19

20

21

22       *Jineen Pavesi, RPR, RMR*

23      JINEEN PAVESI, RPR, RMR, CRR

24

25

                                        Page 305

Veritext Legal Solutions
866 299-5127