# Exhibit A
# (*Placeholder for Document sought to be filed under seal*)