# EXHIBIT B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>        Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF DEPOSITION OF KEVIN FAULKNER**<br><br>HONORABLE WILLIAM H. ALSUP |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff
3   Waymo, LLC ("Waymo"), by and through their attorneys, will take the deposition upon oral
4   examination of Kevin Faulkner. The deposition will commence at 9:00am, September 28, 2017,
5   at the offices of Veritext Legal Solutions, 101 Montgomery Street, Suite 450, San Francisco,
6   California 94104. The deposition will be taken by a notary public or other authorized officer and
7   will continue from day to day until concluded, or may be continued until completed at a future
8   date or dates.

9   PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure
10  30(b)(3), the deposition will be videotaped and recorded stenographically.

12  DATED: September 26, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

14                                     By /s/ Charles K. Verhoeven
                                          Charles K. Verhoeven
15                                        Attorneys for WAYMO LLC

No. 3:17-cv-00939-WHA
WAYMO'S NOTICE OF DEPOSITION

# PROOF OF SERVICE

I, Felipe Corredor, am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 50 California Street, 22nd Floor, San Francisco, California 94111-4788.

On September 26, 2017, I served true copies of the following document(s) described as "Notice of Deposition of Kevin Faulkner" on the interested parties in this action as follows:

| Recipient | | Email Address: |
|---|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>Michelle Ching<br>Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017 | | UberWaymoMoFoAttorneys@mofo.com |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA | | BSF_EXTERNAL_UberWaymoLit@bsfllp.com |

| | | | |
|---|---|---|---|
| 1 | 90401 | | |
| 2 | Meredith Richardson Dearborn | | |
| 3 | BOIES SCHILLER FLEXNER LLP | | |
| 4 | 435 Tasso Street Suite 205 | | |
| 5 | Palo Alto, CA 94301 | | |
| 6 | Hamish Hume | | |
| 7 | Jessica E Phillips Karen Leah Dunn | | |
| 8 | Kyle N. Smith Martha Lea Goodman | | |
| 9 | BOIES SCHILLER FLEXNER LLP | | |
| 10 | 1401 New York Ave., NW | | |
| 11 | Washington, DC 20005 | | |
| 12 | I. Neel Chatterjee (SBN 173985) | | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| 13 | GOODWIN PROCTER LLP | | |
| 14 | 135 Commonwealth Drive | | |
| 15 | Menlo Park, CA 94025 | | |
| 16 | Tel.: +1 650 752 3100 | | |
| 17 | Fax: +1 650 853 1038 | | |
| 18 | | | |
| 19 | Brett M. Schuman (SBN 189247) | | |
| 20 | Shane Brun (SBN 179079) | | |
| 21 | Rachel M. Walsh (SBN 250568) | | |
| 22 | GOODWIN PROCTER LLP | | |
| 23 | Three Embarcadero Center | | |
| 24 | San Francisco, California 94111 | | |
| 25 | Tel.: +1 415 733 6000 | | |
| 26 | Fax.: +1 415 677 9041 | | |

**BY ELECTRONIC MAIL TRANSMISSION:** by electronic mail transmission from felipecorredor@quinnemanuel.com on September 26, 2017, by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed above.  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

      Executed on September 26, 2017, at San Francisco, California.

                                                */s/ Felipe Corredor*
                                                Felipe Corredor