# EXHIBIT C

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4            Case No. 17-cv-00939-WHA
 5    ---------------------------------------x
 6   WAYMO LLC,
 7                Plaintiff,
 8        - against -
 9   UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC;
10   OTTO TRUCKING LLC,
11                Defendants.
12   ---------------------------------------x
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16              Videotaped 30(b)(6) Deposition
17   of GARY BROWN, taken by Defendants, held
18   at the offices of Morrison & Foerster LLP,
     250 West 55th Street, at 9:59 a.m. on August
19   8, 2017, New York, New York, before Jineen
     Pavesi, a Registered Professional Reporter,
20   Registered Merit Reporter, Certified Realtime
     Reporter and Notary Public of the State of New York.
21
22
23
24   Job No. 2671217A
25   Pages 1 - 305
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   to that question, correct?                      12:31:45PM
 2              MR. BAKER:  Objection to form.       12:31:46PM
 3      A.      That is correct, the reimage         12:31:48PM
 4   made that infeasible.                           12:31:50PM
 5      Q.      And Waymo does not know if any       12:31:51PM
 6   content was copied to an SD card during         12:31:52PM
 7   the eight-hour period that the card reader     12:31:56PM
 8   was attached to the laptop, correct?            12:31:58PM
 9      A.      The reimage made that                12:32:02PM
10   infeasible.                                     12:32:03PM
11      Q.      So Waymo does not know, is that      12:32:04PM
12   correct?                                        12:32:06PM
13              MR. BAKER:  Same objection.          12:32:06PM
14      A.      That's correct.                      12:32:07PM
15      Q.      What is it that you read in the      12:32:16PM
16   news about content being copied to an SD        12:32:18PM
17   card during the eight-hour period that the     12:32:24PM
18   card reader was plugged into the laptop?        12:32:27PM
19      A.      I read in the news that Anthony      12:32:28PM
20   Levandowski admitted in an e-mail to            12:32:32PM
21   having multiple copies of Google                12:32:34PM
22   proprietary information after the               12:32:37PM
23   termination of his employment.                  12:32:40PM
24      Q.      Do you know where in the news        12:32:42PM
25   you read that?                                  12:32:43PM
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            C E R T I F I C A T I O N
 2
 3       I, Jineen Pavesi, a Registered
 4    Professional Reporter, Registered Merit
 5    Reporter, Certified Realtime Reporter and
 6    a Notary Public, do hereby certify that
 7    the foregoing witness, GARY BROWN, was
 8    duly sworn on the date indicated, and that
 9    the foregoing is a true and accurate
10    transcription of my stenographic notes.
11       I further certify that I am not employed
12    by nor related to any party to this
13    action.
14
15
16
17
18
19
20
21
22            [Signature: Jineen Pavesi, RPR, RMR]
23         JINEEN PAVESI, RPR, RMR, CRR
24
25
```

Veritext Legal Solutions
866 299-5127