MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel:   415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:   202.237.2727 / Fax:   202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:   212.336.8330 / Fax:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S REQUEST TO FILE MOTION *IN LIMINE* REGARDING THE STROZ FRIEDBERG DUE DILIGENCE**<br><br>Judge:　　Hon. William H. Alsup<br>Trial Date: December 4, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit this administrative motion for an order to file under seal exhibits to Uber's Administrative Motion to File Under Seal Its Opposition To Waymo's Request To File a Motion *in Limine* Regarding the Stroz Friedberg Due Diligence. Specifically, Uber requests an order granting leave to file under seal the confidential portions of the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Precis Opposition Brief | Green-highlighted portions | Plaintiff |
| Exhibit 2 to the Declaration of Maxwell V. Pritt ("Pritt Decl.") | Entire Document | Plaintiff |
| Exhibit 3 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 4 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 5 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 6 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 7 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 8 to the Pritt Decl. | Entire Document | Plaintiff |

The green-highlighted portion of the Precis Opposition Brief and the entirety of the deposition transcript excerpts in Exhibits 2, 3, 4, 5, 6, 7, and 8 contain information that Waymo considers or may consider "Confidential" and/or Highly Confidential – Attorneys' Eyes Only" under the Protective Order, or that Waymo asked Uber to file under seal.  (*See* Pritt Decl., ¶ 4.) Filing the entirety of these deposition transcript excerpts under seal is consistent with the October 24, 2017 protocol that the Special Master directed the parties to follow regarding confidentiality in this case.

Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the documents at issue, with accompanying chamber copies.  Uber served Waymo with this motion on October 25, 2017.

For the forgoing reason, Uber request that the Court enter the accompanying Proposed Order granting this administrative motion to file documents under seal and designate the service copies of these documents as "Confidential" and/or Highly Confidential – Attorneys' Eyes Only."

| | |
|---|---|
| Dated: October 25, 2017 | BOIES SCHILLER FLEXNER LLP |
| | By: */s/ Karen L. Dunn* |
| |      Karen L. Dunn |
| | *Counsel for Defendants* |
| | UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC |

2

UBER'S ADMIN. MOTION TO FILE UNDER SEAL THEIR OPP. TO WAYMO'S REQUEST TO FILE MIL RE THE STROZ DUE DILIGENCE
CASE NO. 3:17-CV-00939-WHA