1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:      Hon. William H. Alsup<br>Trial Date:  October 10, 2017 |

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Precis Opposition Brief | Green-highlighted portions | Plaintiff |
| Exhibit 2 to the Declaration of Maxwell V. Pritt ("Pritt Decl.") | Entire Document | Plaintiff |
| Exhibit 3 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 4 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 5 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 6 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 7 to the Pritt Decl. | Entire Document | Plaintiff |
| Exhibit 8 to the Pritt Decl. | Entire Document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge