# EXHIBIT 7
## PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED