# EXHIBIT 8

## PLACEHOLDER FOR ENTIRE EXHIBIT SOUGHT TO BE SEALED