1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:     415.268.7000
5  Facsimile:      415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:     202.237.2727
10 Facsimile:      202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@Susmangodfrey.com
13 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023
   Telephone:     212.336.8330
15 Facsimile:      212.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

18            UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21 | WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
22 | Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S** |
23 | v. | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR** |
24 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | **OPPOSITION TO WAYMO'S REQUEST TO FILE MOTION** |
25 | | **REGARDING SPOLIATION** |
26 | Defendants. | |

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Opposition to Waymo's Request to File Motion Regarding Spoliation.  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Request to File Motion Regarding Spoliation ("Opposition") | Highlighted Portions | Plaintiff (Green highlight) |
| Exhibit 1 | Highlighted Portions | Pursuant to agreement between counsel of Travis Kalanick and Plaintiff (yellow highlight) (see below) |
| Exhibit 3 | Highlighted Portions | Plaintiff (green highlight) |
| Exhibit 4 | Entire Document | Plaintiff |
| Exhibit 5 | Entire Document | Plaintiff |
| Exhibit 11 | Entire Document | Plaintiff |
| Exhibit 12 | Highlighted Portions | Plaintiff (green highlight) |

The yellow-highlighted portion of Exhibit 1 was agreed to be treated as confidential between counsel for Travis Kalanick and counsel for Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  This is reflected in a previous Administrative Motion to File Under Seal.  *See* ECF No. 1153.  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Declaration of Thomas Pardini in Support of Defendants' Administrative Motion to File Documents Under Seal ("Pardini Decl.") ¶ 3.)

The green-highlighted portions of the Opposition and Exhibits 1, 3 and 12, as well as the entireties of Exhibits 4, 5, and 11 contain information that has been designated "Highly

1   Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent

2   Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have

3   agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material

4   under seal in accordance with Paragraph 14.4 of the Protective Order.  (Pardini Decl. ¶ 4.)

5          Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

6   documents at issue, with accompanying chamber copies.

7          Defendants served Waymo with this Administrative Motion to File Documents Under

8   Seal on October 25, 2017.

9          For the foregoing reasons, Defendants request that the Court enter the accompanying

10  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

11  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

12  ATTORNEYS' EYES ONLY" or "CONFIDENTIAL" as described above.

13

14  Dated:  October 25, 2017                    MORRISON & FOERSTER LLP

15

16                                             By:  */s/ Arturo J. Gonzalez*
                                                    Arturo J. Gonzalez

17
                                               Attorneys for Defendants
18                                             UBER TECHNOLOGIES, INC. and
                                               OTTOMOTTO LLC

19

20

21

22

23

24

25

26

27

28