MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:	415.268.7000
Facsimile:	415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:	202.237.2727
Facsimile:	202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:	212.336.8330
Facsimile:	212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS PARDINI IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S REQUEST TO FILE MOTION REGARDING SPOLIATION** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Opposition to Waymo's Request to File Motion Regarding Spoliation.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Request to File Motion Regarding Spoliation ("Opposition") | Highlighted Portions | Plaintiff (Green highlight) |
| Exhibit 1 | Highlighted Portions | Pursuant to agreement between counsel of Travis Kalanick and Plaintiff (yellow highlight) (see below) |
| Exhibit 3 | Highlighted Portions | Plaintiff (green highlight) |
| Exhibit 4 | Entire Document | Plaintiff |
| Exhibit 5 | Entire Document | Plaintiff |
| Exhibit 11 | Entire Document | Plaintiff |
| Exhibit 12 | Highlighted Portions | Plaintiff (green highlight) |

3. I understand that the yellow-highlighted portion of Exhibit 1 was agreed to be treated as confidential between counsel for Travis Kalanick and counsel for Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  This is reflected in a previous Administrative Motion to File Under Seal.  *See* ECF No. 1153.

PARDINI DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA

1

1  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective
2  Order.
3       4.   The green-highlighted portions of the Opposition and Exhibits 1, 3 and 12, as well
4  as the entireties of Exhibits 4, 5, and 11 contain information that has been designated "Highly
5  Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent
6  Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have
7  agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material
8  under seal in accordance with Paragraph 14.4 of the Protective Order.
9       5.   Defendants' request to seal is narrowly tailored to the portions of the Opposition
10 and its supporting papers that merit sealing.
11      I declare under penalty of perjury that the foregoing is true and correct.  Executed this
12 25th day of October, 2017 in San Francisco, California.

                                    */s/ Thomas J. Pardini*
                                    Thomas J. Pardini

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Thomas J. Pardini has concurred in this filing.

Dated:  October 25, 2017                *ced* */s/ Arturo J. González*
                                    ARTURO J. GONZÁLEZ