1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11  | WAYMO LLC,                               | Case No.      3:17-cv-00939-WHA
12  |              Plaintiff,                  | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
13  |        v.                                |
14  | UBER TECHNOLOGIES, INC.,                 |
    | OTTOMOTTO LLC; OTTO TRUCKING LLC,        |
15  |                                          |
16  |              Defendants.                 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal Their Opposition to Waymo's Request to File Motion Regarding Spoliation, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Opposition to Waymo's Request to File Motion Regarding Spoliation ("Opposition") | Highlighted Portions |
| Exhibit 1 | Highlighted Portions |
| Exhibit 3 | Highlighted Portions |
| Exhibit 4 | Entire Document |
| Exhibit 5 | Entire Document |
| Exhibit 11 | Entire Document |
| Exhibit 12 | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
WILLIAM ALSUP
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA