MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:   415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:   202.237.2727 / Fax:   202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330/Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION *IN LIMINE* REGARDING THE STROZ FRIEDBERG DUE DILIGENCE**<br><br>Judge:  Hon. William H. Alsup<br>Trial Date: December 4, 2017 |

I, Maxwell V. Pritt, declare as follows:

1. I am Counsel with the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the District of Columbia. I make this declaration in support of Uber's Opposition To Waymo's Request To File a Motion *in Limine* Regarding the Stroz Friedberg Due Diligence. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of a document produced by Uber in this action bearing the Bates numbers UBER00098492 through UBER00098512.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Eric Friedberg, dated September 28, 2017.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Cameron Poetzscher, dated September 29, 2017.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of Angela L. Padilla, Esq., dated October 2, 2017.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition transcript of Hanley Chew, dated October 6, 2017.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition transcript of Justin Suhr, dated October 13, 2017.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the deposition transcript of Mary Fulginiti Genow, dated October 17, 2017.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the deposition transcript of Melanie Maugeri, dated October 20, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017, in Oakland, California.

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has concurred in this filing.

                                            */s/ Karen L. Dunn*
                                              Karen L. Dunn

2

PRITT DECL. ISO UBER'S OPP. TO WAYMO'S REQUEST TO FILE MOTION *IN LIMINE* REGARDING THE STROZ FRIEDBERG DUE DILIGENCE
CASE NO. 3:17-CV-00939-WHA