MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:     415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:     202.237.2727 / Fax:   202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:     212.336.8330 / Fax.:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR SUPPLEMENTAL BRIEF IN OPPOSITION TO WAYMO'S MOTION *IN LIMINE* NO. 14 TO EXCLUDE EVIDENCE OF LEVANDOWSKI'S FAILURE TO COOPERATE**<br><br>Judge:      Hon. William H. Alsup<br>Trial Date:  December 4, 2017 |

I, Martha L. Goodman, declare as follows:

1.      I am an associate with the law firm Boies Schiller Flexner LLP, representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter.  I am a member in good standing of the Bar of the District of Columbia, and I make this declaration in support of Uber's Administrative Motion to File Under Seal Its Supplemental Brief In Opposition To Waymo's Motion In Limine No. 14.  I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2.      I have reviewed the following documents and confirm that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|----------|-------------------------------|-------------------|
| Opposition Brief | Yellow-highlighted portions | Non-Party John Gardner |

3.      The yellow-highlighted portions of the Opposition Brief contains information that Non-Party John Gardner considers or may consider "Confidential" and/or Highly Confidential – Attorneys' Eyes Only" under the Protective Order, and that Gardner asked Uber to file under seal.

4.      Defendants' request to seal is narrowly tailored to those portions of the Opposition Brief that merit sealing under the local rules and the protocol entered by the Special Master.

5.      Pursuant to Civil Local Rule 79-5(d)(2), Uber will lodge with the Clerk the highlighted versions documents at issue, with accompanying chamber copies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017, in Washington, DC.


  */s/ Martha L. Goodman*
  Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn

GOODMAN DECL. ISO UBER'S ADMIN. MOTION TO FILE UNDER SEAL THEIR OPP TO WAYMO'S MOTION *IN LIMINE* NO. 14 TO EXCLUDE EVIDENCE OF LEVANDOWSKI'S FAILURE TO COOPERATE CASE NO. 3:17-CV-00939-WHA