1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13

14

15

16

17

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANTS' ADMINISTRATIVE<br>MOTION TO FILE DOCUMENTS<br>UNDER SEAL**<br><br>Judge:         Hon. William H. Alsup<br>Trial Date:   October 10, 2017 |

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

5

6

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition Brief | Yellow-highlighted portions | Non-Party John Gardner |

7

8

**IT IS SO ORDERED.**

9

10

11

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1