| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:    415.268.7000 / Fax:    415.268.7522 |
| 5 | |
| | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | HAMISH P. M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington, D.C.  20005 |
| 9 | Tel:    202.237.2727 / Fax:    202.237.6131 |
| 10 | WILLIAM C. CARMODY (*Pro Hac Vice*) |
| | bcarmody@SusmanGodfrey.com |
| 11 | SHAWN J. RABIN (*Pro Hac Vice*) |
| | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, New York 10019 |
| | Tel:    212.336.8330 / Fax:    212.336.8340 |
| 14 | |
| | Attorneys for Defendants |
| 15 | UBER TECHNOLOGIES, INC. |
| | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF MARTHA L. GOODMAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO WAYMO'S MOTION IN LIMINE NO. 14** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | Judge:        Hon. William H. Alsup |
| | Trial Date: December 4, 2017 |

I, Martha L. Goodman, declare as follows:

1. I am an associate at the law firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the District of Columbia. I make this declaration in support of Uber's Supplemental Brief In Opposition to Waymo's Motion *in Limine* No. 14. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the October 2, 2017 deposition of Uber employee Angela Padilla.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017, in Washington, DC.

*/s/ Martha L. Goodman*
Martha L. Goodman

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Martha L. Goodman has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn