# EXHIBIT 1

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4
5  _____
6  WAYMO LLC,                              )
7           Plaintiff,                    )
8     vs.                                  ) Case No.
9  UBER TECHNOLOGIES, INC.;               ) 17-cv-00939-WHA
10 OTTOMOTTO, LLC; OTTO TRUCKING LLC,     )
11          Defendants.                   )
   _____)
12
13  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
14
15   VIDEOTAPED DEPOSITION OF ANGELA L. PADILLA, ESQ.
16            San Francisco, California
17            Monday, October, 2017
18                  Volume I
19
20 Reported by:
21 MARY J. GOFF
22 CSR No. 13427
23 JOB No. 2716665
24
25 PAGES 1-111

Page 1

```
 1      Q    Yeah.                                              10:36:19
 2      A    I'm sure that they would have done some            10:36:21
 3  forensic review of all the electronic information           10:36:23
 4  available for forensic collection, forensic review          10:36:29
 5  in conjunction with our outside lawyers.                    10:36:34
 6      Q    Okay.  Do you have any personal knowledge          10:36:36
 7  of what that entity did?                                    10:36:37
 8      A    I don't, because that work was delegated           10:36:40
 9  and handled by other -- other parts of the legal            10:36:42
10  department.                                                 10:36:46
11      Q    Okay.  Other than retaining this third             10:36:46
12  party, what else was done to -- by Uber to look for         10:37:12
13  and obtain the materials called for by paragraph 4          10:37:21
14  in the order?                                               10:37:25
15           MR. GONZALEZ:  And I would instruct you            10:37:29
16  here -- I would -- to be careful not to disclose            10:37:30
17  privileged information.                                     10:37:33
18      A    Without getting into direct conversations,         10:37:38
19  et cetera, I know that we tasked a large number of          10:37:41
20  outside counsel to help, tasked in-house counsel to         10:37:47
21  help, tasked in-house security teams to help, tasked        10:37:51
22  others in the company who had engineering knowledge         10:37:58
23  and the ability to -- to search.                            10:38:02
24           I'm sure we did a bunch of other things            10:38:10
25  too, but those are -- those are the items that come         10:38:13
```

```
 1   to mind right now.                                      10:38:15
 2       Q    (BY MR. PERLSON) Okay.                         10:38:16
 3       A    And speak to the individuals named here,       10:38:17
 4   Anthony, Sameer, Radu.                                  10:38:19
 5            The idea was to -- to leave no stone           10:38:24
 6   unturned.  The idea was scorched-earth approach.        10:38:26
 7       Q    But you didn't search everywhere -- Uber       10:38:34
 8   didn't search everywhere within -- let me start over    10:38:37
 9   again.                                                  10:38:41
10            Uber did not search every electronic           10:38:42
11   source of data within Uber in response to the           10:38:44
12   court's March 16 order?  Would you agree with that?     10:38:53
13       A    I don't have a basis to agree or not           10:38:59
14   agree.  I'm sure that what we searched was based on    10:39:01
15   identifying the most likely places where any of this    10:39:06
16   information would -- would be found, if it was there    10:39:13
17   at all.                                                 10:39:16
18       Q    Okay.  What areas were searched                10:39:17
19   specifically?                                           10:39:19
20       A    For that, you would have to ask others on      10:39:20
21   the team or outside counsel and the vendor that         10:39:22
22   helped us.                                              10:39:26
23       Q    Okay.  You don't -- you don't know that --     10:39:28
24   you don't have any personal knowledge of that           10:39:30
25   yourself?                                               10:39:32
```

Veritext Legal Solutions
866 299-5127