# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Cory Buland

| | |
|---|---|
| **From:** | Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> |
| **Sent:** | Tuesday, October 24, 2017 2:02 PM |
| **To:** | Cory Buland |
| **Cc:** | QE-Waymo; Uber-sg@LISTS.SUSMANGODFREY.COM; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; UberWaymoMoFoAttorneys |
| **Subject:** | RE: Waymo v. Uber - Waymo Litigation Hold |
| **Attachments:** | -Waymo- 20170707 PROD017 Waymo Privilege Log.pdf |

Cory,

Happy to help.  Please see entries 5 and 6 on the attached privilege log.

Thanks,
Jeff

**From:** Cory Buland [mailto:CBuland@susmangodfrey.com]
**Sent:** Monday, October 23, 2017 6:18 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>
**Subject:** Waymo v. Uber - Waymo Litigation Hold

Counsel,

In response to Uber's RFP No. 158, Waymo agreed to "produce or log documents sufficient to identify the first date that Waymo instituted a litigation hold" and repeated that undertaking to the Court in Dkt. 746 at 8 (attached).  Would you please identify the privilege log entry or produced document, by bates number(s), to which you were referring?

Thank you,

Cory Buland
Susman Godfrey LLP
1301 Avenue of the America, 32nd Floor
New York, NY 10019
(212) 471-8349 Phone
(212) 336-8340 Fax
Cbuland@SusmanGodfrey.com

1

[REDACTED]

# [REDACTED]

[REDACTED]