MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:   415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:   202.237.2727 / Fax:   202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@SusmanGodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:   212.336.8330 / Fax:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial Date: December 4, 2017 |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Boies Schiller Flexner LLP, whose address is 1999 Harrison St., Suite 900, Oakland, CA.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 25, 2017, I served **UNREDACTED** versions of the following documents:

1. DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ FRIEDBERG DUE DILIGENCE;

2. EXHIBIT 2 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ FRIEDBERG DUE DILIGENCE;

3. EXHIBIT 3 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ FRIEDBERG DUE DILIGENCE;

4. EXHIBIT 4 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ FRIEDBERG DUE DILIGENCE;

5. EXHIBIT 5 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ FRIEDBERG DUE DILIGENCE;

6. EXHIBIT 6 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ

1  FRIEDBERG DUE DILIGENCE;

2      7. EXHIBIT 7 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF

3  DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION

4  TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ

5  FRIEDBERG DUE DILIGENCE; and

6      8. EXHIBIT 8 to the DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF

7  DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S OPPOSITION

8  TO WAYMO'S REQUEST TO FILE A MOTION IN LIMINE REGARDING THE STROZ

9  FRIEDBERG DUE DILIGENCE.

10      The documents were served by ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule

11  5(b)] by electronically mailing a true and correct copy through Boies Schiller Flexner LLP

12  electronic mail system to the e-mail address(es) set forth below.

| Recipient | Email Addresses |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Attorneys for Plaintiff Waymo LLC | qewaymo@quinnemanuel.com |
| GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>Attorneys for Defendant Otto Trucking LLC | DG-GPOttoTruckingWaymo@goodwinlaw.com |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br><br>Special Master | JCooper@fbm.com |

25      I declare under penalty of perjury that the foregoing is true and correct.  Executed on the

26  25th day of October, 2017, at Oakland, California.

27                                         By: */s/ Jenel Day*
                                                      Jenel Day

28

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

By: /s/ *Karen L. Dunn*
      Karen L. Dunn