MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC  20005
Telephone:     202.237.2727
Facsimile:      202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:     212.336.8330
Facsimile:      202.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendant. | Case No.       3:17-cv-00939-WHA<br><br>**DECLARATION OF<br>CORY BULAND IN SUPPORT OF<br>DEFENDANTS UBER<br>TECHNOLOGIES, INC. AND<br>OTTOMOTTO, LLC'S OPPOSITION<br>TO WAYMO'S REQUEST TO FILE A<br>MOTION REGARDING<br>SPOLIATION**<br><br>Courtroom:  8, 19th Floor<br>Judge:  The Honorable William Alsup<br>Trial Date: December 4, 2017 |

I, Cory Buland, declare as follows:

1. I am an associate with the law firm of Susman Godfrey LLP. I am a member in good standing of the Bar of the State of New York. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Request to File A Motion Regarding Spoliation.

2. Attached as **Exhibit 1** is a true and correct copy of the August 10, 2017 Declaration of Allan T. Vogel in Support of Mr. Kalanick's Opposition to Waymo's Motion to Compel Mr. Kalanick's Cell Phone/Cell Phone Image.

3. Attached as **Exhibit 2** is a true and correct copy of the August 10, 2017 Declaration of Robert L. Uriarte in Support of Mr. Kalanick's Opposition to Waymo's Motion to Compel Mr. Kalanick's Cell Phone/Cell Phone Image.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the July 28, 2017 deposition of Kristinn Gudjonsson.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from Waymo's September 1, 2017 Privilege Log.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the September 7, 2017 Expert Report of Erik Laykin.

7. Attached as **Exhibit 6** is a true and correct copy of the October 17, 2017 Declaration of Arturo J. Gonzalez in Support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Compel Stroz-Related Discovery.

8. Attached as **Exhibit 7** is a true and correct copy of the October 17, 2017 Declaration of Sylvia Rivera in Support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Compel Stroz-Related Discovery.

9. Attached as **Exhibit 8** is a true and correct copy of the October 17, 2017 Declaration of Rachel M. Walsh in Support of Otto Trucking LLC's Opposition to Waymo's Motion to Compel Stroz-Related Discovery.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the June 22, 2017 deposition of Ningjun Qi.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the June 19, 2017 deposition of Cameron Poetzscher.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the July 27, 2017 deposition of Travis Kalanick.

13. Attached as **Exhibit 12** is a true and correct copy of an October 24, 2017 email from Jeff Nardinelli regarding the first date that Waymo instituted a litigation hold.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2017, at New York, New York.

*/s/ Cory Buland*
Cory Buland

### ATTESTATION OF E-FILED SIGNATURE

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Motion. In compliance with General Order 45, X.B., I hereby attest that Cory Buland has concurred in this filing.

Dated: October 25, 2017          /s/ Arturo J. Gonzalez
                                 ARTURO J. GONZALEZ