# EXHIBIT 4

# THIS DOCUMENT FILED ENTIRELY UNDER SEAL