# EXHIBIT 5

# THIS DOCUMENT FILED ENTIRELY UNDER SEAL