# EXHIBIT 6

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF ARTURO J. GONZALEZ IN SUPPORT OF DEFENDANTS' UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY**<br><br>Trial Date: December 4, 2017 |

I, Arturo J. Gonzalez, declare as follows:

1. I am a member of the bar of the State of California and a partner with Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC in this action. I am admitted to practice before this Court. I submit this declaration in support of Defendants' Opposition to Waymo's Motion to Compel Stroz-Related Discovery. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. After Angela Padilla sent her April 20, 2017 letter requesting access to Anthony Levandowski's personal computers, Neel Chatterjee of Goodwin Procter told me that Mr. Levandowski would not turn over the personal computers for searching due to his invocation of the Fifth Amendment. On April 22, 2017, as an alternative, I asked Mr. Chatterjee to agree to run search terms on the personal computers and to provide the results. Morrison & Foerster provided Goodwin Procter with the 14,000-plus filenames referenced in Waymo's preliminary injunction papers, the hash values for those 14,000-plus files, and Uber's and Waymo's search terms for those files for the searches. Mr. Chatterjee did not provide me or anyone else at Morrison & Foerster with the details of the searching that was conducted on Mr. Levandowski's personal computers, including who ran the searches, what searches were actually run, or how the searching was done.

3. On May 17, 2017, Goodwin Procter transmitted the results of the searches of Mr. Levandowski's computers to Morrison & Foerster.

I declare until penalty of perjury that the foregoing is true and correct. Executed this 17th day of October, 2017, in San Francisco, California.

*/s/Arturo J. González*
Arturo J. González

GONZALEZ DECL. ISO DEFENDANTS' OPP'N TO WAYMO'S MOTION TO COMPEL STROZ-RELATED DISCOVERY
Case No. 3:17-cv-00939-WHA
sf-3832426

1