# EXHIBIT 8

Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:*
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF RACHEL M. WALSH IN SUPPORT OF OTTO TRUCKING LLC'S OPPOSITION TO WAYMO'S MOTION TO COMPEL STROZ DISCOVERY**<br><br>Courtroom: 8 (19th Floor)<br>Judge: Hon. William Alsup<br>Trial Date: December 4, 2017 |

1  I, Rachel M. Walsh, declare as follows:

2  1. I am Counsel at the law firm of Goodwin Procter, LLP and counsel of record for defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein; except for those matters I declare upon information and belief, which I am informed and believe to be true. I make this declaration in support of Otto Trucking's Opposition to Waymo's Motion to Compel Stroz Discovery.

2. I am informed and believe that, on October 9, 2017, the parties conducted a meet and confer call with Special Master Cooper, regarding the issues identified in Waymo's October 6 letter. Otto Trucking did not initially participate in the call, because it did not appear that any of the issues pertained to it. On information and belief, my colleague Todd A. Boock ultimately joined the call at Mr. Cooper's request and, for the first time, was asked about Mr. Levandowski's computers.

3. On information and belief, Mr. Boock did not have the information to respond to Waymo's request during the initial call, so he indicated he would investigate the issue and respond by the following day.

4. Attached hereto as Exhibit A is a true and correct copy of Mr. Boock's October 10, 2017 e-mail to James Judah of Quinn Emanuel, Waymo's counsel, as well as all other parties to the action. Mr. Boock copied a group e-mail alias for the Goodwin Procter team on this case, and I am part of that group address. I received Mr. Boock's e-mail contemporaneously to when he sent it, at approximately 1:01 p.m. on October 10.

5. Otto Trucking never had and does not have Mr. Levandowski's laptop computers, nor does it have any knowledge of their whereabouts. I am informed and believe that since Mr. Boock's e-mail on October 10, Otto Trucking's counsel has consistently and repeatedly stated this fact to Waymo's counsel.

6. Goodwin Procter LLP ("Goodwin") represents Mr. Levandowski in pending arbitration proceedings initiated by Google, Inc. against Mr. Levandowski. At Uber's request, Mr. Levandowski provided the two computers to Goodwin for Goodwin to run searches provided by

1

DECLARATION OF RACHEL M. WALSH                                    CASE NO. 3:17-CV-00939-WHA

Uber.  Goodwin ran those searches and provided the results to Uber.  Goodwin does not have the two computers, nor does it possess any images of their hard drives.

      7.      Attached hereto as Exhibit B is a true and correct copy of Uber expert witness Kevin Faulkner's expert report, disclosed by Uber on September 7, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of October, 2017 in San Francisco, California.

/s/ Rachel M. Walsh
Rachel M. Walsh

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 17, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 17, 2017**.

/s/   *Neel Chatterjee*
       NEEL CHATTERJEE