# EXHIBIT 11

# THIS DOCUMENT FILED ENTIRELY UNDER SEAL