Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
James Lin (SBN 310440)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**PROOF OF SERVICE**<br><br>Courtroom:   8, 19th Floor<br>Judge:          Hon. William Alsup |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 S. Figueroa St. 41st Floor, Los Angeles, CA 90017.

On **October 25, 2017**, I served the following documents on the persons below as follows:

1. **EXHIBIT 1**

| RECIPIENT | EMAIL ADDRESS |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700 | Counsel for Plaintiff: *Waymo LLC*<br><br>QEWaymo@quinnemanuel.com |
| David Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100 | |
| Michelle W. Fox<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Elizabeth Street, Level 15<br>Sydney NSW 2000, Australia<br>Telephone: 011.61.2.9146.3500 | |
| Leo P. Cunningham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.493.6811 | Counsel for Plaintiff: *Waymo LLC*<br>lcunningham@wsgr.com |

| | |
|---|---|
| Arturo J. Gonzalez<br>Daniel Pierre Muino<br>Eric Akira Tate<br>Esther Kim Chang<br>Matthew Ian Kreeger<br>Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 | Counsel for Defendants: *Uber Technologies Inc.<br>and Ottomotto LLC*<br><br>UberWaymoMoFoAttorneys@mofo.com |
| Michelle Ching Youn Yang<br>MORRISON FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763 | |
| Rudolph Kim<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792 | |
| Wendy Joy Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454 | |
| Michael Darron Jay<br>BOIES SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br>Telephone: 310.752.2400<br>Facsimile: 310.752.2490 | Counsel for Defendants: *Uber Technologies Inc.<br>and Ottomotto LLC*<br><br>BSF_EXTERNAL_UberWaymoLit@bsfllp.com |
| Meredith Richardson Dearborn<br>BOIES SCHILLER FLEXNER LLP<br>435 Tasso Street, Suite 205<br>Palo Alto, CA 94301<br>Telephone: 650.445.6400<br>Facsimile: 650.329.8507 | |

| | |
|---|---|
| Hamish Hume<br>Jessica E Phillips<br>Karen Leah Dunn<br>Kyle N. Smith<br>Martha Lea Goodman<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone: 202.237.2727<br>Facsimile: 202.237.6131 | Counsel for Defendants: *Uber Technologies Inc.* and *Ottomotto LLC*<br><br>Uber-sg@lists.susmangodfrey.com |
| John P. Lahad<br>Joseph S. Grinstein<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>Telephone: 713.653.7859 | |
| William Christopher Carmody<br>Shawn J. Rabin<br>Cory Buland<br>Halley W. Josephs<br>Ian M. Gore<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: 212.336.8330 | |
| Genevieve Vose Wallace<br>Matthew R. Berry<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101<br>Telephone: 206.516.3836 | |
| John L. Cooper<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone: 415.954.4410<br>Facsimile: 415.954.4480 | Appointed by Court as: *Special Master*<br><br>jcooper@fbm.com |

| | |
|---|---|
| 1 | ☑ (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or *an agreement of the parties to accept service by e-mail or electronic transmission*, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 25, 2017**, at Los Angeles, California.

_____Adriana Avalos_____                    _____(Signature)_____
(Type or print name)

PROOF OF SERVICE                                                    CASE NO.: 3:17-CV-00939-WHA

4