Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, <br><br> Plaintiff, <br><br> v. <br><br> Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF SHANE BRUN IN SUPPORT DEFENDANT OTTO TRUCKING'S RESPONSE TO WAYMO'S SUPPLEMENTAL OPPOSITION TO OTTO TRUCKING'S MOTION FOR A SEPARATE TRIAL [DKT. 2056]** <br><br> Courtroom: 8 (19th Floor) <br> Judge: Hon. William Alsup <br> Filed/Lodged Concurrently with: <br> 1. Response to Oppositions Motion for Separate Trial <br> Trial: December 4, 2017 |

ACTIVE/93195644.1

DECLARATION OF SHANE BRUN ISO RESPONSE TO SUPP.                         CASE NO. 3:17-CV-00939-WHA
PROOF OF CLAIM, OPP. TO MSJ, AND OPP. TO MOT. FOR SEPARATE TRIAL

1  I, SHANE BRUN, declare:

2  1. I am a partner with the law firm Goodwin Procter LLP. I am a member in good standing of the Bar of the State of California and the Bar of this Court. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendant Otto Trucking's Response to Waymo's Supplemental Opposition to Otto Trucking's Motion for a Separate Trial.

2. Attached hereto as Exhibit 1 is a true and correct copy of the document titled Otto Trucking LLC's notice of motion and motion for a separate trial filed September 26, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of the document titled Otto Trucking's supplement to its motion for summary judgment filed October 3, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Lior Ron, dated October 2, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document titled order granting motion to compel Stroz documents and denying motions to quash filed June 21, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017 in San Francisco, California.

/s/ Shane Brun
SHANE BRUN

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 25, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **October 25, 2017**.

/s/            *Hong-An Vu*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Hong-An Vu, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatures (/s/) within this e-filed document.

Dated: October 25, 2017

/s/ Hong-An Vu