# *EXHIBIT 2*

*EXHIBIT 2*

Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING'S SUPPLEMENT TO ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  8 (19th Floor)<br>Judge:  Hon. William Alsup<br>Trial Date:    October 10, 2017 |

1    Defendant Otto Trucking LLC ("Otto Trucking") respectfully submits the following

2  Supplement to its Motion for Summary Judgment in light of deposition testimony from Lior Ron,

3  and in response to arguments made by counsel for plaintiff Waymo LLC at the hearing held on

4  September 20, 2017.

5    At the hearing on Otto Trucking's motion for summary judgment, counsel for Waymo

6  argued that the Stroz report suggested access to protected materials by Anthony Levandowski after

7  February 1, the date on which Otto Trucking was formed. *See* Declaration of Neel Chatterjee in

8  Support of Otto Trucking's Supplement to its Motion for Summary Judgment, Ex. 1, 9/20/17

9  Hearing Tr., at 60:1-62:5; *see also* Ex. 2 (Lior Ron Rough Tr.) at 374:13-16. The Court asked

10  certain questions relating to whether Mr. Levandowski was wearing his "Otto Trucking hat" when

11  he is alleged to have access those materials. *See id.* at Ex. 1, 9/20/17 Hearing Tr., at 63:8-18.

12    Mr. Lior Ron, Otto Trucking's Chief Executive Officer and General Manager, was

13  deposed again yesterday. His testimony makes clear that Mr. Levandowski was not wearing any

14  such "hat" at that time, because neither Otto Trucking, nor its subsidiary Otto Transport LLC, was

15  engaging in any research and development activities relating to LiDAR:

16    • Q. What is Otto Trucking LLC?

17
     A. Otto Trucking LLC is an entity that was formed to hold the interest of the Otto
18   Trucking shareholders or members in a potential trucking or logistics business at
     Uber. *Id.* at Ex. 2 at 374:8-12.
19
20    • Q. So between the time that Otto Trucking was formed, I think you
     testified earlier around February 2016, and the time that -- let's say, August 2016,
21   did either Otto Trucking or Otto Transport do any R&D activity with respect to
     LiDAR systems?
22
     A. No. Those entities did not engage in any LiDAR activities, nor did they have
23   any employees throughout those months. *Id.* at Ex. 2 at 380:15-23.

24
      • Q. So between the time that Otto Trucking was formed, you testified
25   earlier February 2016, and the date of this agreement, April 6th, 2016, what was
     the business of Otto Trucking, if any?
26
27   MR. CHERNY: Objection; leading.

28   THE WITNESS: It was basically a legal holding company that we've formed for

potentially engaging in trucking business activity in the future. But Otto Trucking LLC did not have any R&D activities or any employees at the time.

Q. So during the same time period that I just asked about in my prior question, did Otto Trucking do any work on developing any LiDAR systems?

MR. CHERNY: Objection; leading.

THE WITNESS: No, I don't believe so. As I said before, Otto Trucking didn't have any employees, didn't engage in any R&D activities and, as pertains to both, didn't have any LiDAR activity whatsoever." *Id.* at Ex. 2 at 376:12-377:6.

- Q. And what is Otto Transport LLC?

A. I think Otto Transport LLC was an entity we formed to hold some of the self-driving trucks, so the trucks that Otto Trucking had or that Otto Trucking leased. *Id.* at Ex. 2, 377:16-20.

For these reasons, and for the reasons stated in Otto Trucking's motion, reply and accompanying papers, Otto Trucking respectfully requests that the Court grant its motion for summary judgment.

Dated:   October 3, 2017                    Respectfully submitted,

                              By:     /s/ Neel Chatterjee
                                      Neel Chatterjee
                                      *nchatterjee@goodwinlaw.com*
                                      Brett Schuman
                                      *bschuman@goodwinlaw.com*
                                      Shane Brun
                                      *sbrun@goodwinlaw.com*
                                      Rachel M. Walsh
                                      *rwalsh@goodwinlaw.com*
                                      Hong-An Vu
                                      *hvu@goodwinlaw.com*
                                      Hayes P. Hyde
                                      *hhyde@goodwinlaw.com*
                                      James Lin
                                      *jlin@goodwinlaw.com*
                                      **GOODWIN PROCTER LLP**

                                      *Attorneys for Defendant: Otto Trucking LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 3, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed document will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **October 3, 2017**.

/s/   Neel Chatterjee
NEEL CHATTERJEE