1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel:  415.268.7000 / Fax:  415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    HAMISH P.M. HUME (*Pro Hac Vice*)
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington DC  20005
9   Tel:  202.237.2727 / Fax:  202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax:  212.336.8340
14
    Attorneys for Defendants
15  UBER TECHNOLOGIES, INC.
    and OTTOMOTTO LLC
16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20  WAYMO LLC,                          | Case No.      3:17-cv-00939-WHA

21              Plaintiff,              | **DEFENDANTS UBER TECHNOLOGIES, INC. AND**
22       v.                            | **OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO**
23  UBER TECHNOLOGIES, INC.,            | **FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S**
    OTTOMOTTO LLC; OTTO TRUCKING LLC,   | **SUPPLEMENTAL BRIEF IN**
24                                      | **SUPPORT OF WAYMO'S MOTION**
            Defendants.                 | *IN LIMINE* **NO. 4**
25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and

2    Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Opposition

3    to Waymo's Supplemental Brief in Support of Waymo's Motion *In Limine* No. 4.  Specifically,

4    Defendants request an order granting leave to file under seal the following confidential

5    documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *In Limine* No. 4 | Highlighted Portions | Plaintiff (Green) |
| Exhibit 1 | Highlighted Portions | Plaintiff (Green) |
| Exhibit 4 | Entire Document | Defendants (Blue-Highlighted Portions) Plaintiff (Entire Document) |
| Exhibit 6 | Entire Document | Plaintiff |

16    The blue-highlighted portions of Exhibit 4 contain highly confidential information

17   regarding the technical details of Uber's LiDAR systems.  This highly confidential information is

18   not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information

19   could allow competitors to obtain a competitive advantage over Uber by giving them details into

20   the technical components of Uber's LiDAR sensors, such that Uber's competitive standing could

21   be significantly harmed.  (Declaration of Thomas Pardini in Support of Defendants'

22   Administrative Motion to File Documents Under Seal ("Pardini Decl.") ¶ 3.)

23    The green-highlighted portions of the Opposition and Exhibit 1, as well as the entireties of

24   Exhibits 4 and 6, contain information that has been designated "Highly Confidential – Attorneys'

25   Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim

26   Model Protective Order ("Protective Order"), which the parties have agreed governs this case

27   (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance

28   with Paragraph 14.4 of the Protective Order.  (Pardini Decl. ¶ 4.)

1    Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

2  documents at issue, with accompanying chamber copies.

3    Defendants served Waymo with this Administrative Motion to File Documents Under

4  Seal on October 25, 2017.

5    For the foregoing reasons, Defendants request that the Court enter the accompanying

6  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

7  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

8  ATTORNEYS' EYES ONLY."

9  Dated:  October 25, 2017                    MORRISON & FOERSTER LLP

10

11                                        By:  /s/ Arturo J. Gonzalez
                                              ARTURO J. GONZALEZ

12                                            Attorneys for Defendants
                                              UBER TECHNOLOGIES, INC. and
13                                            OTTOMOTTO LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28