1    MICHAEL A. JACOBS (CA SBN 111664)
     MJacobs@mofo.com
2    ARTURO J. GONZÁLEZ (CA SBN 121490)
     AGonzalez@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, California  94105-2482
     Telephone:     415.268.7000
5    Facsimile:     415.268.7522

6    KAREN L. DUNN (*Pro Hac Vice*)
     kdunn@bsfllp.com
7    HAMISH P.M. HUME (*Pro Hac Vice*)
     hhume@bsfllp.com
8    BOIES SCHILLER FLEXNER LLP
     1401 New York Avenue, N.W.
9    Washington DC  20005
     Telephone:     202.237.2727
10   Facsimile:     202.237.6131

11   WILLIAM CARMODY (*Pro Hac Vice*)
     bcarmody@susmangodfrey.com
12   SHAWN RABIN (*Pro Hac Vice*)
     srabin@susmangodfrey.com
13   SUSMAN GODFREY
     1301 Avenue of the Americas, 32nd Floor
14   New York, NY 10019-6023

15   Attorneys for Defendants
     UBER TECHNOLOGIES, INC.
16   and OTTOMOTTO LLC

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20   WAYMO LLC,                          Case No.      3:17-cv-00939-WHA

21                  Plaintiff,           **DECLARATION OF THOMAS J.
                                         PARDINI IN SUPPORT OF
22          v.                           DEFENDANTS UBER
                                         TECHNOLOGIES, INC. AND
23   UBER TECHNOLOGIES, INC.,            OTTOMOTTO LLC'S
     OTTOMOTTO LLC; OTTO TRUCKING LLC,   ADMINISTRATIVE MOTION TO
24                                       FILE UNDER SEAL THEIR
                  Defendants.            OPPOSITION TO WAYMO'S
25                                       SUPPLEMENTAL BRIEF IN
                                         SUPPORT OF WAYMO'S MOTION *IN
26                                       LIMINE* NO. 4**

27

28

I, Thomas J. Pardini, declare as follows:

1.      I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File under Seal Their Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *In Limine* No. 4.

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *In Limine* No. 4 ("Opposition") | Highlighted Portions | Plaintiff (Green) |
| Exhibit 1 | Highlighted Portions | Plaintiff (Green) |
| Exhibit 4 | Entire Document | Defendants (Blue-Highlighted Portions) Plaintiff (Entire Document) |
| Exhibit 6 | Entire Document | Plaintiff |

3.      The blue-highlighted portions of Exhibit 4 contain highly confidential information regarding the technical details of Uber's LiDAR systems.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into the technical components of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.

4.      The green-highlighted portions of the Opposition and Exhibit 1, as well as the entireties of Exhibits 4 and 6, contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent

1    Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have

2    agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material

3    under seal in accordance with Paragraph 14.4 of the Protective Order.

4         5.     Defendants' request to seal is narrowly tailored to the portions of their Opposition

5    and attached exhibits that merit sealing.

6         I declare under penalty of perjury that the foregoing is true and correct.  Executed this

7    25th day of October, 2017 at San Francisco, California.

8

9                                                  */s/ Thomas J. Pardini*
                                              Thomas J. Pardini

10

11

12

13    **ATTESTATION OF E-FILED SIGNATURE**

14         I, Arturo J. González, am the ECF User whose ID and password are being used to file this

15    Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has

16    concurred in this filing.

17    Dated:  October 25, 2017                 */s/ Arturo J. González*
                                          ARTURO J. GONZÁLEZ

18

19

20

21

22

23

24

25

26

27

28