MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF SYLVIA RIVERA IN SUPPORT OF UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S SUPPLEMENTAL BRIEF IN SUPPORT OF WAYMO'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE OF UBER'S SEARCH FOR THE DOWNLOADED FILES**<br><br>Trial Date: December 4, 2017 |

I, Sylvia Rivera, declare as follows:

1. I am a member of the bar of the State of California and a partner with Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am admitted to practice before this Court. I submit this declaration in support of Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *In Limine* No. 4 to Exclude Evidence of Uber's Search for the Downloaded Files. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the September 28, 2017 deposition of Kevin Faulkner.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Waymo's Responses and Objections to Defendants' Third Set of Requests for Admission, dated August 21, 2017.

4. Attached here to as Exhibit 3 is a true and correct copy of Waymo's Supplemental Responses and Objections to Defendants' Third Set of Requests for Admission (No. 20), dated August 30, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of Waymo's Supplemental Responses and Objections to Uber's Eighth Set of Interrogatories (No. 29), dated September 19, 2017.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the October 3, 2017 deposition of Paul French.

//
//
//
//
//
//

RIVERA DECLARATION ISO DEFENDANTS' OPPOSITION TO WAYMO'S SUPPLEMENTAL BRIEF ISO MIL NO. 4
Case No. 3:17-cv-00939-WHA
sf-3835148

1

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the September 7, 2017 Expert Report of Kevin Faulkner.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2017 at Los Angeles, California.

*/s/ Sylvia Rivera*
Sylvia Rivera

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sylvia Rivera has concurred in this filing.

Dated: October 25, 2017

*/s/ Arturo J. González*
Arturo J. González

RIVERA DECLARATION ISO DEFENDANTS' OPPOSITION TO WAYMO'S SUPPLEMENTAL BRIEF ISO MIL NO. 4
Case No. 3:17-cv-00939-WHA
sf-3835148

2