# EXHIBIT 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David Perlson (Cal. Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa J. Baily (Cal. Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Cal. Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan R. Jaffe (Cal. Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California  94111-4788
   (415) 875-6600
8  (415) 875-6700 facsimile

9  Attorneys for Plaintiff WAYMO LLC

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| WAYMO LLC | Case No. 17-cv-00939-JCS |
|---|---|
| Plaintiffs, | **PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S THIRD SET OF REQUESTS FOR ADMISSION (NOS. 9-23)** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1 **REQUEST FOR ADMISSION NO. 12:**

2 Admit that on April 19, 2017, a lawyer for Waymo inspected Uber's design files at 425

3 Market Street in San Francisco, California.

5 **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

6 Subject to and without waiving its objections, Waymo responds as follows:

7 Admitted.

9 **REQUEST FOR ADMISSION NO. 13:**

10 Admit that on May 24, 2017, Waymo's lawyers inspected Uber's facilities at 737 Harrison

11 Street, 120 Perry Street, and 777 Harrison Street in San Francisco, California.

13 **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

14 Subject to and without waiving its objections, Waymo responds as follows:

15 Admitted.

17 **REQUEST FOR ADMISSION NO. 14:**

18 Admit that on May 26, 2017, a lawyer for Waymo inspected Uber's source code at 425

19 Market Street in San Francisco, California.

21 **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

22 Subject to and without waiving its objections, Waymo responds as follows:

23 Admitted.

25 **REQUEST FOR ADMISSION NO. 15:**

26 Admit that on May 31, 2017, Waymo's lawyers inspected emails belonging to Uber

27 engineers at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

Admit that on June 6, 2017, a lawyer for Waymo inspected emails belonging to Uber engineers and technical documents at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 17:**

Admit that on June 9, 2017, Waymo's lawyers inspected Anthony Levandowski's work station and Uber-issued smartphone at 555 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 18:**

Admit that on June 12, 2017, Waymo's lawyers inspected the Uber-issued computers of Gaetan Pennecot, Daniel Gruver, and Anthony Levandowski at 737 Harrison Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that on June 13, 2017, a lawyer for Waymo inspected emails belonging to Uber engineers and technical documents at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 20:**

Admit that on June 20, 2017, a lawyer for Waymo inspected Uber's facility at 50 33rd Street in Pittsburgh, Pennsylvania, including the computers of Scott Boehmke and John Bares, and the work spaces of several LiDAR hardware engineers, including Scott Boehmke and Jim Gasbarro.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Subject to and without waiving its objections, Waymo responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 21:**

Admit that on June 28, 2017, Waymo's lawyers inspected emails belonging to Uber engineers and a partial backup of Anthony Levandowski's computer at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that on June 29, 2017, Waymo's lawyers inspected the Uber-issued computers of Max Levandowski and Will Treichler and Uber's design files at 737 Harrison Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that on June 29, 2017, Andrew Wolfe inspected Uber's design files at 737 Harrison Street in San Francisco, California, on behalf of Waymo.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Subject to and without waiving its objections, Waymo responds as follows:

Admitted.

DATED: August 21, 2017             QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC