MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION FOR LEAVE TO FILE AMENDED LIST OF ELECTED TRADE SECRETS, SUPPLEMENTAL EXPERT REPORTS, AND REVISED WITNESS AND EXHIBIT LISTS**<br><br>Trial Date: December 4, 2017 |

1    I, Esther Kim Chang, declare as follows:

2    1.    I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in good standing of the Bar of the State of California.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo LLC's Motion to for Leave to File Amended List of Elected Trade Secrets, Supplemental Expert Reports, and Revised Witness and Exhibit Lists.

2.    Attached as Exhibit 1 is a true and correct copy of an email from me, as counsel for Uber and Ottomotto, to Felipe Corredor, counsel for Waymo, dated August 16, 2017.

3.    Attached as Exhibit 2 are true and correct copies of relevant pages from Waymo's confidentiality designations to the August 18, 2017 deposition of Don Burnette served on August 25, 2017.

4.    Attached as Exhibit 3 are true and correct copies of relevant pages from Waymo's confidentiality designations to the August 18, 2017 deposition of Don Burnette served on October 19, 2017.

5.    Attached as Exhibit 4 is a true and correct copy of an article by C. Katrakazas, et al., titled "Real-time Motion Planning Methods for Autonomous On-Road Driving; State-of-the-Art and Future Research Directions."

6.    Attached as Exhibit 5 are true and correct copies of relevant pages from the October 17, 2017 deposition of Mary Fulginiti.

7.    Attached as Exhibit 6 are true and correct copies of relevant pages from the July 28, 2017 deposition of Samuel Lenius.

8.    Attached as Exhibit 7 are true and correct copies of relevant pages from the August 24, 2017 deposition of Christian Lauterbach.

9.    Attached as Exhibit 8 are true and correct copies of relevant pages from the July 26, 2017 deposition of Zachary Morris.

10.    Attached as Exhibit 9 is a true and correct copy of a document produced in this litigation on September 13, 2017, bearing Bates numbers UBER00312645 to UBER00312653.

11. Attached as Exhibit 10 is a true and correct copy of a document produced in this litigation on October 24, 2017, bearing Bates number SFM00001557.

12. Attached as Exhibit 11 is a true and correct copy of an email from Felipe Corredor (counsel for Waymo) to Arturo Gonzalez (counsel for Uber) dated June 18, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2017 at San Francisco, California.

*/s/   Esther Kim Chang*
ESTHER KIM CHANG

CHANG DECLARATION ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION FOR LEAVE TO AMEND TS LIST
Case No. 3:17-cv-00939-WHA
pa-1807030

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang has concurred in this filing.

Dated:  October 25, 2017           */s/ Arturo J. González*
                                    Arturo J. González

CHANG DECLARATION ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION FOR LEAVE TO AMEND TS LIST
Case No. 3:17-cv-00939-WHA
pa-1807030

3