# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC,

      Plaintiff,

vs.                       Case No.

UBER TECHNOLOGIES, INC.;    3:17-cv-00939-WHA

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

      Defendants.

_____/


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF SAMUEL W. LENIUS

PALO ALTO, CALIFORNIA

FRIDAY, JULY 28, 2017



BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2664643


PAGES 1 - 269

Page 260

```
 1   to any individual employee as to whether or not they    17:45
 2   should or should not have access.                        17:45
 3       Q   Can you review documents on the SVN server      17:46
 4   without downloading them?                                17:46
 5           MR. JAFFE:  Objection; form.                     17:46
 6           THE WITNESS:  This depends greatly on the        17:46
 7   software configuration of the server.  There are        17:46
 8   software configurations of Subversion servers which     17:46
 9   allow you to browse them directly through a web          17:46
10   browser with appropriate credentials and view the       17:46
11   files within your web browser.                           17:46
12           I'm not qualified to say whether or not that     17:46
13   counts as downloading or what downloading means in      17:46
14   that context.                                            17:46
15           But, I can certainly imagine that there are      17:46
16   ways of browsing Subversion repositories, which do not  17:46
17   meet some legal definition of whatever is or is not     17:46
18   downloading.                                             17:46
19           MR. JENNINGS:  Q.  Does Waymo provide you        17:46
20   with work computers to use, or do you use personal      17:47
21   computers?                                               17:47
22       A   Waymo provides us with Waymo, and the --         17:47
23   previously, Google provided us with computers for use   17:47
24   at work.                                                 17:47
25       Q   Have you ever worked on a personal computer     17:47
```

Page 261

1    to do work for Project Chauffeur or Waymo?                17:47

2         A    I have used my phone for doing e-mails.  I      17:47

3    have worked on personal computers for doing work.        17:47

4         Q    Have you ever accessed SVN from a personal      17:47

5    computer?                                                 17:47

6         A    I have accessed SVN from a personal computer    17:47

7    using my credentials for Waymo.                           17:47

8         Q    Have you downloaded files from SVN on a         17:47

9    personal computer?                                        17:47

10        A    I have downloaded files from SVN on a           17:47

11   personal computer.                                        17:47

12        Q    Are you aware of other people at Waymo          17:47

13   downloading files from a personal computer?               17:47

14        A    I'm not aware of others at Waymo who may or     17:47

15   may not have downloaded personal files on a -- excuse     17:47

16   me -- files on a personal computer.                       17:48

17        Q    I want to change subjects and talk about the    17:48

18   '936 patent very briefly.                                 17:48

19             Going back specifically to some of your         17:48

20   testimony, I believe you talked about how, in relation    17:48

21   to the '936 patent, you had read some academic papers     17:48

22   a long time ago about techniques for firing laser         17:48

23   diode circuits.                                           17:48

24             Do you remember this testimony?                 17:48

25        A    I do.                                           17:48

Page 265

1   mind.                                                    17:52

2           The -- I can remember attending a meeting at    17:52

3   Mr. Levandowski's -- I don't know if it was his home    17:52

4   or not -- a house in Palo Alto where a company was      17:52

5   discussed.  I believe this is prior to me receiving a   17:52

6   written offer from 280 Systems.                         17:52

7       Q   And, were there other people there other than  17:52

8   you and Mr. Levandowski?                                17:52

9       A   I recall other people being there, yes.         17:52

10      Q   About how many other people?                    17:52

11      A   Difficult to give a count.  More than ten,      17:52

12  less than 30, maybe.                                    17:52

13      Q   Did you recognize the people that were there?   17:52

14      A   I did.                                           17:52

15      Q   Were they your co-workers from Waymo?           17:53

16      A   Some of them were colleagues at Waymo.          17:53

17      Q   Now, you said you sometimes did work on         17:53

18  Project Chauffeur on your personal computer; is that    17:53

19  right?                                                  17:53

20      A   That's true.                                    17:53

21      Q   Did you ever do work on Project Chauffeur       17:53

22  from home?                                              17:53

23      A   Yes.                                            17:53

24      Q   And, did you access SVN while you were at       17:53

25  home?                                                   17:53

Page 266

| | | | |
|--|--|--|--|
1    A    Yes I did.                                      17:53

2    Q    On your personal computer?                      17:53

3    A    Yes, I did.                                      17:53

4    Q    And on your work computer?                       17:53

5    A    Yes.                                             17:53

6    Q    So, it was a laptop?                             17:53

7    A    So, my personal computer is a desktop.  My       17:53

8  work -- I have multiple work computers, one of which   17:53

9  is Linux, one of which is Mac laptop, one of which is   17:53

10  a Windows desktop.                                      17:53

11        MR. JENNINGS:  I don't have anymore               17:54

12  questions.                                              17:54

13        MR. JAFFE:  I just have a couple of brief         17:54

14  questions for you.                                      17:54

15                    EXAMINATION                           17:54

16  BY MR. JAFFE:                                           17:54

17    Q    Does Waymo and Project Chauffeur before          17:54

18  that -- do you know whether they keep their LiDAR       17:54

19  designs confidential?                                   17:54

20    A    Can you please define "confidential" in this     17:54

21  context?                                                17:54

22    Q    I mean, they don't show them to other people.    17:54

23    A    "Other people" being unauthorized parties,       17:54

24  that would be correct, in that only authorized parties  17:54

25  will view the -- the deep working internals of our      17:54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

1
2
3       I, ANDREA M. IGNACIO, hereby certify that the
4   witness in the foregoing deposition was by me duly
5   sworn to tell the truth, the whole truth, and nothing
6   but the truth in the within-entitled cause;
7       That said deposition was taken in shorthand
8   by me, a disinterested person, at the time and place
9   therein stated, and that the testimony of the said
10  witness was thereafter reduced to typewriting, by
11  computer, under my direction and supervision;
12      That before completion of the deposition,
13  review of the transcript [x] was [ ] was not
14  requested.  If requested, any changes made by the
15  deponent (and provided to the reporter) during the
16  period allowed are appended hereto.
17      I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  this cause, and that I am not related to any of the
21  parties thereto.
22      Dated: 7/29/2017
23
24  ANDREA M. IGNACIO,
25  RPR, CRR, CCRR, CLR, CSR No. 9830

Page 269