# EXHIBIT 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC,

    Plaintiff,


          vs.             Case No. 17-cv-00939-WHA


UBER TECHNOLOGIES,INC.;

OTTOMOTTO, LLC; OTTO
TRUCKING LLC,
    Defendants.

_____


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF CHRISTIAN LAUTERBACH

Palo Alto, California

Thursday, August 24, 2017

Volume I




REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2678940


PAGES 1 - 176

Page 45

1       Q.    Have you ever had to work from home in                      09:53:50

2    your job?

3       A.    Yes.

4       Q.    When you work from home, do you use your

5    corporate laptop or your personal laptop?                            09:53:57

6       A.    I'm only using a corporate laptop, both

7    by policy as well as it is almost impossible to use

8    a personal device intentionally.

9       Q.    How many corporate devices do you have

10   currently?                                                           09:54:14

11      A.    I have two corporate laptops.

12      Q.    Desktops?

13      A.    No.  Well, yeah, sorry.  At work I have

14   also a workstation, that's correct.  I forgot about

15   that.                                                                09:54:30

16      Q.    Do you have a work-issued phone?

17      A.    No.  I have a personal phone that I use

18   for work.

19      Q.    Do you ever take pictures of anything at

20   work on your personal phone?                                         09:54:39

21      A.    Occasionally, yes.

22      Q.    What would be an example?

23      A.    A good example of this, is like typically

24   when I interview people for positions, I take

25   photos of the -- the code they write on the                         09:54:52

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4    That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,
   prior to testifying, were administered an oath;

7  that a record of the proceedings was made by me

8  using machine shorthand which was thereafter

9  transcribed under my direction; that the foregoing
   transcript is true record of the testimony given.

10   Further, that if the foregoing pertains to the

11 original transcript of a deposition in a Federal

12 Case, before completion of the proceedings, review

13 of the transcript [ ] was [X] was not requested.

   I further certify I am neither financially

14 interested in the action nor a relative or employee

15 of any attorney or any party to this action.

16   IN WITNESS WHEREOF, I have this date

17 subscribed my name.

18

19 Dated:  August 25, 2017

20

21

22

23

24 _____

   Rebecca L. Romano, RPR,

   CSR. No 12546

25