# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
WAYMO LLC,                            )
                                      )
            Plaintiff,                )
                                      ) Case No.
        vs.                           ) 3:17-cv-000939-WHA
                                      )
UBER TECHNOLOGIES, INC.;              )
OTTOMOTTO LLC; OTTO TRUCKING,         )
INC.,                                 )
                                      )
            Defendants.               )
_____)
```

\*\*\* HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY \*\*\*

VIDEOTAPED DEPOSITION OF ZACHARY MORRISS

San Francisco, California

Wednesday, July 26, 2017

Volume I

Reported by:

CARLA SOARES
CSR No. 5908
Job No. 2661294

Pages 1 - 295

Page 109

| | | |
|---|---|---|
| 1 | BY MS. CHANG: | 11:39:29 |
| 2 | Q   Do you know of any other engineers that have taken PCBs home? | |
| 4 | A   I don't know specifically. | |
| 5 | Q   Do you take pictures of LiDAR prototypes or parts of LiDARs with your smartphone? | 11:39:51 |
| 7 | A   Yes. | |
| 8 | Q   For work purposes? | |
| 9 | A   Yes. | |
| 10 | Q   And is that on your personal smartphone? | 11:40:06 |
| 11 | A   Yes. | |
| 12 | Q   Is your personal smartphone synched with some cloud service? | |
| 14 | A   Yes. | |
| 15 | Q   Are there Waymo policies regarding the use of personal devices for work purposes? | 11:40:18 |
| 17 | A   Insomuch as they pay for cell phone bills and stuff like that, yes, there are policies around that.  I'm not familiar with all of the policies. | |
| 20 | Q   Does Waymo pay for your personal cell phone bill? | 11:40:44 |
| 22 | A   No. | |
| 23 | Q   But you use your personal cell phone for work purposes? | |
| 25 | A   Yes.  It is my only cell phone. | 11:40:49 |

| | | |
|---|---|---|
| 1 | Q   Do you e-mail Waymo documents to your | 11:40:56 |
| 2 | personal e-mail account? | |
| 3 | A   I can think of very few documents from | |
| 4 | Waymo that I've e-mailed to my personal account. | |
| 5 | Q   Do those include confidential documents? | 11:41:09 |
| 6 | MR. SCHMIDT:  Objection to form. | |
| 7 | THE WITNESS:  I believe one of them | |
| 8 | includes my initial offer letter, for example, which | |
| 9 | I do believe could be considered a confidential | |
| 10 | document.  I'm not sure how it's designated, quite | 11:41:23 |
| 11 | frankly. | |
| 12 | BY MS. CHANG: | |
| 13 | Q   What about technical confidential | |
| 14 | documents?  Have you ever e-mailed any of those to | |
| 15 | your personal e-mail? | 11:41:33 |
| 16 | MR. SCHMIDT:  Objection to form. | |
| 17 | THE WITNESS:  The only technical | |
| 18 | personal -- sorry.  The only technical documents | |
| 19 | that I believe I've e-mailed to my personal account | |
| 20 | are models for printing at home for work purposes. | 11:41:44 |
| 21 | Because I own a 3D printer at home, and so sometimes | |
| 22 | I e-mail to my @Gmail account, keeping it all within | |
| 23 | the Google system, in order to transfer those files. | |
| 24 | BY MS. CHANG: | |
| 25 | Q   Do you share confidential Google documents | 11:42:01 |

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
     that any witnesses in the foregoing proceedings,
6    prior to testifying, were administered an oath; that
7    a record of the proceedings was made by me using
8    machine shorthand which was thereafter transcribed
9    under my direction; that the foregoing transcript is
10   a true record of the testimony given.
     Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [ ] was [ ] was not requested.
14   I further certify I am neither financially
     interested in the action nor a relative or employee
15   of any attorney or any party to this action.
16   IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18
19   Dated: July 27, 2017
20
21
22
23
24   *Carla Soares* (signature)
25   CARLA SOARES
     CSR No. 5908

Page 295