Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:  Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**JOINDER IN UBER SUPPLEMENTAL BRIEF IN OPPOSITION TO WAYMO'S MOTION IN LIMINE NO. 14 TO EXCLUDE EVIDENCE OF LEVANDOWSKI'S FAILURE TO COOPERATE [DKT. 2042]**<br><br>Date : November 28, 2017<br>Courtroom: 8-19th Floor<br>Judge: Hon. William H. Alsup<br>Trial: October 10, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto LLC's ("Ottomotto") Supplemental Brief in Opposition to Waymo's Motion *In Limine* No. 14 to Exclude Evidence of Levandowski's Failure to Cooperate:

1. On September 7, 2017, Waymo served its Motion *In Limine* No. 14 on defendants.

2. On September 13, 2017, Defendants Uber and Ottomotto served its Opposition to Waymo's Motion *In Limine* No. 14 to Exclude Evidence of Levandowski's Failure to Cooperate and supporting papers on Waymo.

3. Pursuant to parties agreement and the Court's orders, Waymo filed the combined motion *in limine* and opposition. Dkt. No. 1551, 1552.

4. On September 28, 2017, the Court issued its Final Pretrial Order, deferring ruling on Waymo's Motion *In Limine* No. 14 "pending the deposition of Attorney Angela Padilla next week." Dkt. No. 1885.

5. On October 16, 2017, the Court issued an order permitting any party to supplement any currently-pending motion by noon on October 23, 2017, with any response to be filed by October 25, 2017. Dkt. No. 2009.

6. On October 25, 2017, Uber and Ottomotto filed a Supplemental Brief in Opposition to Waymo's Motion *In Limine* No. 14. Dkt. No. 2092-4, 2093 (redacted version).

7. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto in their Supplemental Brief in Opposition to Waymo's Motion *In Limine* No. 14 to Exclude Evidence of Levandowski's Failure to Cooperate for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

8. Otto Trucking joins and adopts Co-Defendants' Supplemental Brief in Opposition to Waymo's Motion *In Limine* No. 14 to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

Dated:  October 25, 2017            Respectfully submitted,

By:  */s/   Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:* Otto Trucking LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 25, 2017**.  I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **October 25, 2017**.

/s/   *Neel Chatterjee*
NEEL CHATTERJEE