Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:* Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF SHANE BRUN I/S/O DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | Courtroom: 8, 19th Floor<br>Judge: Hon. William H. Alsup |
| Defendants. | Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. [Proposed] Order<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

I, Shane Brun, declare as follows:

1.     I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Otto Trucking LLC ("Otto Trucking").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Portions of its Response to Waymo's Supplemental Offer of Proof Regarding Otto Trucking and Supplemental Opposition to Otto Trucking's Motion for Summary Judgment [Dkt. 2056] and exhibits thereto (the "Administrative Motion").

2.     I have reviewed the following documents and confirmed that only the portions identified below merit provisional sealing:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Response | Highlighted portions | Otto Trucking |
| Exhibit 1 to the Brun Declaration | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 2 to the Brun Declaration | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 3 to the Brun Declaration | Entire Document | Defendants |
| Exhibit 4 to the Brun Declaration | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 5 to the Brun Declaration | Entire Document | Defendants Plaintiffs |
| Exhibit 6 to the Brun Declaration | Highlighted portions | Plaintiff (green) Defendants (blue) |

3.     The highlighted portions of Otto Trucking's Response and Exhibits 4 and 6, as well as the entirety of Exhibit 5 include highly confidential, sensitive business information relating to

1

negotiations of the terms of Otto Trucking's agreements, its corporate structure, and sensitive financial and business information. This information is not publicly known, and its confidentiality is strictly maintained. I understand that this information could be used by competitors to Otto Trucking's detriment, including in the context of negotiating business deals. If such information were made public, I understand Otto Trucking's competitive standing could be significantly harmed.

4. Exhibits 1, 2, 4, 6, as well as the entirety of Exhibits 3 and 5 contain information that Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies, Inc., Ottomotto LLC (collectively, "Uber") have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Otto Trucking states no position about whether the confidentiality designations are appropriate.

5. Otto Trucking anticipates that Waymo and Uber will file any necessary declarations to seal the above information pursuant to Local Rule 79-5.

6. Otto Trucking's request to seal is narrowly tailored to those portions of Otto Trucking's Motion and its supporting documents that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017 in Menlo Park, California.

*/s/   Shane Brun*
       Shane Brun

2
DECLARATION ISO DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL            CASE NO. 3:17-CV-00939-WHA

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that I electronically filed the foregoing document including all of its
3 attachments with the Clerk of the Court for the United States District Court for the Northern
4 District of California by using the CM/ECF system on **October 25, 2017**.  I further certify that
5 all participants in the case are registered CM/ECF users and that service of the publicly filed
6 documents will be accomplished by the CM/ECF system.

7     I certify under penalty of perjury that the foregoing is true and correct.  Executed on
8 **October 25, 2017**.

9                                           /s/      *Shane Brun*
10                                                      SHANE BRUN

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28