1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  James Lin (SBN 310440)
   *jlin@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Brett Schuman (SBN 189247)
   *bschuman@goodwinlaw.com*
7  Shane Brun (SBN 179079)
   *sbrun@goodwinlaw.com*
8  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
9  Hayes P. Hyde (SBN 308031)
   *hhyde@goodwinlaw.com*
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center
11 San Francisco, California 94111
   Tel.: +1 415 733 6000
12 Fax.: +1 415 677 9041

13 Hong-An Vu (SBN 266268)
   *hvu@goodwinlaw.com*
14 Todd A. Boock (SBN 181933)
   *tboock@goodwinlaw.com*
15 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
16 Los Angeles, California  90017
   Tel.: +1 213 426 2500
17 Fax.: +1 213 623 1673

18 *Attorneys for Defendant:* Otto Trucking LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom:  8, 19th Floor<br>Judge:         Hon. William H. Alsup<br><br>Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. Declaration ISO Admin. Mot. to File Documents Under Seal<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of its Response to Waymo's Supplemental Offer of Proof Regarding Otto Trucking and Supplemental Opposition to Otto Trucking's Motion for Summary Judgment [Dkt. 2056] (the "Administrative Motion").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Response | Highlighted portions | Otto Trucking |
| Exhibit 1 to the Brun Declaration | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 2 to the Brun Declaration | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 3 to the Brun Declaration | Entire Document | Defendants |
| Exhibit 4 to the Brun Declaration | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 5 to the Brun Declaration | Entire Document | Defendants Plaintiff |
| Exhibit 6 to the Brun Declaration | Highlighted portions | Plaintiff (green) Defendants (blue) |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM H. ALSUP

1                                                                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL          CASE NO. 3:17-CV-00939-WHA