Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
Otto Trucking LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Waymo LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF SHANE BRUN IN SUPPORT DEFENDANT OTTO TRUCKING'S RESPONSE TO WAYMO'S SUPPLEMENTAL OPPOSITION TO OTTO TRUCKING'S MOTION FOR A SEPARATE TRIAL [DKT. 2056]**<br><br>Courtroom:　8 (19th Floor)<br>Judge:　　　Hon. William Alsup<br>Filed/Lodged Concurrently with:<br>　1. Response to Oppositions Motion for Separate Trial<br>Trial:　　　December 4, 2017 |

ACTIVE/93188403.2

DECLARATION OF SHANE BRUN ISO RESPONSE TO SUPP.　　　CASE NO. 3:17-CV-00939-WHA
PROOF OF CLAIM, OPP. TO MSJ, AND OPP. TO MOT. FOR SEPARATE TRIAL

I, SHANE BRUN, declare:

1. I am a partner with the law firm Goodwin Procter LLP. I am a member in good standing of the Bar of the State of California and the Bar of this Court. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of **Defendant Otto Trucking's Response to Waymo's Supplemental Opposition to Otto Trucking's Motion for a Separate Trial**.

2. Attached hereto as Exhibit 1 is a true and correct copy of the document titled Defendants' Uber and Ottomotto's Opposition to Motion to Compel Source Code [Dkt. 1990].

3. Attached hereto as Exhibit 2 is a true and correct copy of a document titled Declaration of Don Burnette ISO Uber's Sur-Reply to Waymo's Motion to Compel Source Code [Dkt. 2001-5].

4. Attached hereto as Exhibit 3 is a true and correct copy of a document bearing Bates numbers UBER00214549.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document titled Otto Motion for Summary Judgment [Dkt. 1423].

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Don Burnette, dated October 13, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of the document titled Otto Trucking's Motion for Summary Judgment [Dkt. 1636].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of October, 2017 in San Francisco, California.

/s/ Shane Brun
SHANE BRUN