Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
James Lin (SBN 310440)
jlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Shane Brun (SBN 179079)
sbrun@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant: Otto Trucking LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**JOINDER IN DEFENDANTS' UBER AND OTTOMOTTO'S OPPOSITION [DKT. NO. 2102] TO WAYMO'S SUPPLEMENTAL BRIEF I/S/O WAYMO'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE OF UBER'S SEARCH FOR THE DOWNLOADED FILES [DKT. NO. 2046]**<br><br>Date : October 26, 2017<br>Courtroom: 8-19th Floor<br>Judge: Hon. William H. Alsup<br>Trial: December 4, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Otto Trucking, LLC ("Otto Trucking") hereby joins and adopts Co-Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto, LLC's ("Ottomotto") Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *in Limine* No. 4 to Exclude Evidence of Uber's Search for the Downloaded Files (the "Opposition") (Dkt. No. 2102).  In support, Otto Trucking states as follows:

1. On July 17, 2017, Waymo filed Motion *in Limine* No. 4, set for hearing before the Hon. William H. Alsup on July 26, 2017.  Dkt. No. 913.

2. On July 21, 2017, Uber and Ottomotto filed an Opposition to Waymo's Motion *in Limine* No. 4.  Dkt. No. 978.  Otto Trucking filed a Notice to Join and Adopt the Opposition.  Dkt. No. 983.

3. On October 23, 2017, Waymo filed a Supplemental Brief re: Motion *in Limine* No. 4.  Dkt. No. 2046.

4. On October 25, 2017, Uber and Ottomotto filed the Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *in Limine* No. 4 to Exclude Evidence of Uber's Search for the Downloaded Files.  Dkt. No. 2102.

5. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, and prayers of Co-Defendants Uber and Ottomotto set forth in Docket No. 2102 for the reason that said response is equally applicable to Otto Trucking in the above-captioned matter.

6. Otto Trucking joins and adopts Co-Defendants' Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *in Limine* No. 4 to Exclude Evidence of Uber's Search for the Downloaded Files to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

//
//
//
//

1

OTTO TRUCKING'S NOTICE OF JOINDER IN UBER'S AND
OTTOMOTTO'S OPPOSITION TO WAYMO'S REQUEST RE: MIL 4        CASE NO. 3:17-CV-00939-WHA

//

//

WHEREFORE, Defendant Otto Trucking LLC hereby joins and adopts Co-Defendants' Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *in Limine* No. 4 to Exclude Evidence of Uber's Search for the Downloaded Files.

Dated:  October 25, 2017               Respectfully submitted,

By:   */s/   Neel Chatterjee*
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
Brett Schuman
*bschuman@goodwinlaw.com*
Shane Brun
*sbrun@goodwinlaw.com*
Rachel M. Walsh
*rwalsh@goodwinlaw.com*
Hong-An Vu
*hvu@goodwinlaw.com*
Hayes P. Hyde
*hhyde@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Defendant:* Otto Trucking LLC

2

OTTO TRUCKING'S NOTICE OF JOINDER IN UBER'S AND
OTTOMOTTO'S OPPOSITION TO WAYMO'S REQUEST RE: MIL 4          CASE NO. 3:17-CV-00939-WHA

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 25, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 25, 2017**.

/s/   *Neel Chatterjee*
         Neel Chatterjee

1

OTTO TRUCKING'S NOTICE OF JOINDER IN UBER'S AND
OTTOMOTTO'S OPPOSITION TO WAYMO'S REQUEST RE: MIL 4        CASE NO. 3:17-CV-00939-WHA