MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S NOTICE OF ERRATA TO OPPOSITION TO WAYMO'S MOTION FOR LEAVE TO FILE AMENDED LIST OF ELECTED TRADE SECRETS, SUPPLEMENTAL EXPERT REPORTS, AND REVISED WITNESS AND EXHIBIT LISTS**<br><br>Trial Date: December 4, 2017 |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned Defendants discovered their Opposition to Waymo's Motion for Leave to File Amended List of Elected Trade Secrets, Supplemental Expert Reports, and Revised Witness and Exhibit Lists, filed on October 25, 2017, as ECF No. 2101-4 (under seal) and ECF No. 2103, contained two errors that should be corrected as follows (corrections in bold and underlined):

1. Page 8, line 7 should be corrected from "(Dkt. 1998-4 at 3.)" to "(Dkt. 1998-4 at 3**;** **Dkt. 2037-4 at 3 fn. 1.**)"

2. Page 13, line 2 should be corrected from "four thousand documents" to "**twelve hundred** documents."

Dated: October 25, 2017            MORRISON & FOERSTER LLP

                                   By:   /s/ Michael A. Jacobs
                                         MICHAEL A. JACOBS

                                   Attorneys for Defendants
                                   UBER TECHNOLOGIES, INC.
                                   and OTTOMOTTO LLC

DEFENDANTS'S NOTICE OF ERRATA TO OPPOSITION TO WAYMO'S MOTION FOR LEAVE TO FILE AMENDED TS LIST
Case No. 3:17-cv-00939-WHA
sf-3835513