UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: BRIEFING ON WAYMO'S RENEWED MOTION TO COMPEL SOURCE CODE**<br><br>Re: Dkt. No. 2038 |

In light of Judge Alsup's ruling today deferring Waymo's motion to add trade secret claims, the briefing schedule on Waymo's renewed motion to compel Uber's source code is held in abeyance pending trial of the existing trade secret claims. No opposition need be filed.

**IT IS SO ORDERED.**

Dated: October 26, 2017

                                                JACQUELINE SCOTT CORLEY
                                                United States Magistrate Judge