QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI** |
|---|---|

1    I, Jeffrey W. Nardinelli, hereby declare as follows.

2    1.     I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

3    2.     Waymo first produced documents in response to the Court's order (Dkt. 1272) on August 24, 2017.

4    3.     After the August 31 hearing and following the Court's guidance, Waymo (i) re-produced documents produced on August 24, but with fewer redactions and (ii) produced documents that had been withheld on August 24.  Waymo produced these documents on Saturday, September 2.

5    4.     Defendants re-deposed Gary Brown and Sasha Zbrozek in this action on September 6, 2017.  Defendants re-deposed Kristinn Gudjonsson on September 8, 2017.

6    5.     Today, I reviewed the expert report of Paul French, specifically Exhibit B thereto, the List of Materials Considered.  Of the Waymo-produced documents on that list, all but one were produced on or before September 2, 2017, and one was produced on September 8, 2017.  The latest deposition that Mr. French considered was that of Mr. Gudjonsson, from September 8, 2017.

7    6.     Waymo produced the document stamped with Bates number WAYMO-UBER-00046883 on August 16, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 26, 2017          */s Jeff Nardinelli*
                                 Jeff Nardinelli

-2-                              Case No. 3:17-cv-00939-WHA
                                 DECLARATION OF JEFF NARDINELLI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven