IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants.| No. C 17-00939 WHA<br><br>**ORDER AFTER HEARING<br>ON MOTION FOR LEAVE<br>TO AMEND** |

For the reasons stated on the record at yesterday's hearing, plaintiff Waymo LLC's motion for leave to file an amended list of asserted trade secrets for trial, supplemental expert reports, and revised witness and exhibit lists (Dkt. No. 2062) is **GRANTED IN PART** with respect to expert witnesses, lay witnesses, and exhibits pertaining to currently-asserted trade secrets, except that defendants' objection regarding Neel Chatterjee is **HELD IN ABEYANCE**. This is subject to the conditions stated on the record and without prejudice to any individual objections targeted to specific new exhibits. As stated on the record, Waymo's motion is otherwise **HELD IN ABEYANCE** with respect to its proposed new trade secret claims.

    **IT IS SO ORDERED.**

Dated: October 27, 2017.

                                            WILLIAM ALSUP<br>
                                            UNITED STATES DISTRICT JUDGE