| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzález@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
| | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023 |
| | Tel: 212.336.8330 / Fax:  212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.   3:17-cv-00939-WHA |
| | Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR LEAVE TO FILE AMENDED LIST OF ELECTED TRADE SECRETS, AMENDED COMPLAINT, SUPPLEMENTAL EXPERT REPORTS, AND REVISED WITNESS AND EXHIBIT LISTS (DKT. 2057)** |
| v. | | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
| | Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Motion for Leave to File Amended List of Elected Trade Secrets, Amended Complaint, Supplemental Expert Reports, and Revised Witness and Exhibit Lists (Dkt. 2057).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibits 1, 6, 18, 22-23, 25, 28-29, 33 (Dkt. 2061) | Entire Documents |

3. Exhibit 1 is the supplemental expert report of Waymo expert Dr. Lambertus Hesselink and contains highly confidential technical information relating to financial terms of a business agreement. Exhibit 22 is the supplemental expert report of Waymo expert Michael J. Wagner and contains highly confidential information relating to financial forecasts based on hypothetical assumptions. Exhibits 28 and 29 are employment agreements that contain highly confidential compensation information and employment terms. This information is maintained as confidential. Disclosure of this information could allow Defendants' competitors to gain insight into terms offered by Defendants or financial forecasts based on hypothetical assumptions, such that they can tailor their own offers or forecasts and Defendants' competitive standing would be harmed.

4. Exhibits 6 and 18 contain contact information, including personal email addresses and phone numbers, of current and former company employees, whose electronic communications may become compromised if this information were disclosed to the public. Defendants seek to seal this information in order to protect the privacy of these individuals

because this lawsuit is currently the subject of extensive media coverage. Disclosure of this information could expose these individuals to harm or harassment.

5. Exhibit 23 is the expert report of Waymo expert Dr. Martin Rinard and contains highly confidential information relating to technical features of Ottomotto source code. Exhibit 33 contains details about technical features relating to Ottomotto source code. The confidentiality of this information has been maintained. Disclosure of this information could allow competitors to obtain a competitive advantage over Defendants by giving them insight into the development of Ottomotto source code, such that they could tailor their own software development.

6. Certain portions of Exhibit 23 contain highly confidential technical information considered by an Ottomotto software engineer. Disclosure of this information could allow competitors to obtain a competitive advantage over Defendants by understanding this technical information.

7. The entirety of Exhibit 25 contains highly confidential information relating to Defendant's LiDAR development, including technical information and costs information. This information is highly confidential, and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to acquire detailed and specific knowledge into various elements of Uber's LiDAR development, such that they can tailor their own development and Uber's competitive standing could be significantly harmed.

8. Defendants' request to seal is narrowly tailored to the portions of Waymo's Motion and its supporting papers that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2017 at San Francisco, California.

                                                                        */s/ Michelle Yang*
                                                                              Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

    I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated: October 27, 2017

                                                */s/ Arturo J. González*
                                                ARTURO J. GONZÁLEZ