# EXHIBIT 1

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6         Plaintiff,
 7   vs.                          Case No.
 8   UBER TECHNOLOGIES, INC.;     3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO
10   TRUCKING, INC.,
11         Defendants.
12   _____/
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF JOHN KRAFCIK
17               REDWOOD SHORES, CALIFORNIA
18                WEDNESDAY AUGUST 2, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2661281
24
25   PAGES 1 - 321
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

### Page 2

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5  WAYMO LLC,
 6       Plaintiff,
 7  vs.              Case No.
 8  UBER TECHNOLOGIES, INC.;   3:17-cv-00939-WHA
 9  OTTOMOTTO LLC; OTTO
10  TRUCKING, INC.,
11       Defendants.
12  _____/
13
14
15
16  Videotaped Deposition of JOHN KRAFCIK, taken
17  on behalf of the Plaintiff, on August 2, 2017, at
18  Quinn Emanuel Urquhart & Sullivan, LLP,
19  550 Twin dolphin Drive, Redwood Shores, California,
20  beginning 9:03 a.m., and commencing at 4:25 p.m.,
21  Pursuant to Notice, and before me,
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ License
23  No. 9830.
24
25
```

### Page 3

```
 1  APPEARANCES:
 2
 3   FOR THE PLAINTIFFS:
 4
 5     QUINN EMANUEL URQUHART & SULLIVAN LLP
 6     By: CHARLES VERHOEVEN, Esq.
 7         JEFF NARDINELLI, Esq.
 8     555 Twin Dolphin Drive, 5th Floor
 9     Redwood Shores, California  94065
10     Phone: 650.801.5000
11     charlesverhoeven@quinnemanuel.com
12
13   FOR THE DEFENDANTS OTTO TRUCKING, INC.:
14
15     GOODWIN & PROCTER LLP
16     By: BRETT SCHUMAN, Esq.
17     Three Embarcadero Center
18     San Francisco, California 94111
19     Phone: 415.733.6044
20     bschuman@goodwinlaw.com
21
22
23
24
25
```

### Page 4

```
 1  APPEARANCES: (Cont.)
 2
 3   FOR THE DEFENDANTS UBER TECHNOLOGIES INC.;
 4   OTTOMOTO:
 5
 6     MORRISON & FOERSTER LLP
 7     By: ARTURO GONZALEZ, Esq.
 8         BRYAN J. WILSON, Esq. (Palo Alto Office)
 9     425 Market Street
10     San Francisco, California 94105
11     Phone: 415.268.7000
12     agonzalez@mofo.com
13
14     BOIES SCHILLER FLEXNER LLP
15     By: FIONA TANG, Esq.
16     1999 Harrison Street, Suite 900
17     Oakland, California 94612
18     Phone: 510.874.1000
19     ftang@bsfllp.com
20
21   ALSO PRESENT:
22     Ken Reeser, Videographer
23     David Tressler, Waymo
24
25
```

### Page 5

```
 1              INDEX
 2
 3  WITNESS: JOHN KRAFCIK
 4  EXAMINATION                          PAGE
 5  By Mr. Gonzalez                       10
 6  By Mr. Schuman                       177
 7  By Mr. Wilson                        281
 8
 9
10            EXHIBITS
11  EXHIBIT                               PAGE
12  Exhibit 1245  9-23-15 Letter, Bates    66
13        WAYMO-UBER-00014482 - '88
14  Exhibit 1246  2-9-17 Email, Subject: Possible   86
15        SDC Spotted in Chandler, Bates
16        WAYMO-UBER-00000299 - '300
17  Exhibit 1247  Anthony Levandowski 12-18-15   69
18        Text Messages, Bates
19        WAYMO-UBER-00033601 - 608
20  Exhibit 1248  8-19-16 Email, Subject:          90
21        ████████████, Bates
22        WAYMO-UBER-00012362 - '63
23  Exhibit 1249  11-20-15 Email, Subject: Anthony,  100
24        Bates WAYMO-UBER-00011542
25
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    MR. VERHOEVEN:  We'll wait here.           16:22
 2    THE VIDEOGRAPHER:  Don't forget your       16:22
 3 microphones, please.                          16:22
 4    The time is 4:22 p.m.  We're off the record.  16:22
 5    (Recess taken.)                            16:22
 6    THE VIDEOGRAPHER:  The time is 6 -- excuse 16:24
 7 me -- 4:24 p.m.  We're back on the record.    16:24
 8    MR. WILSON:  I don't have any further      16:24
 9 questions.                                    16:24
10    So subject to our comments before about the 16:24
11 production of documents, we -- we can conclude for 16:24
12 today, unless you have further questions -- or unless 16:24
13 you have questions.                           16:24
14    MR. SCHUMAN:  Same reservation for Otto    16:24
15 Trucking.  We have nothing further at this time. 16:24
16    Thank you for your time.                   16:24
17    THE WITNESS:  Thank you.                   16:24
18    MR. WILSON:  Thank you.                    16:24
19    THE VIDEOGRAPHER:  Don't forget your       16:24
20 microphones, please.                          16:24
21    This is the end of Video No. 4.  This      16:24
22 concludes the deposition of John Krafcik on   16:24
23 August 2nd, 2017.                             16:24
24    The original video will be retained by     16:24
25 Veritext Legal Solutions.                     16:24
```
Page 318

```
 1    The time is 4:25 p.m.  We're off the record. 16:24
 2    (WHEREUPON, the deposition ended          16:25
 3    at 4:25 p.m.)                              16:25
 4       ---oOo---
```
Page 319

J U R A T

I, John Krafcik, do hereby certify under penalty of perjury, that I have read the foregoing transcript of my deposition in the matter of Waymo LLC vs. Uber Technologies, Inc., et al., taken on August 2, 2017, that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this ____ day of _____, 2017, at _____.

_____
SIGNATURE OF WITNESS

Page 320

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 8/3/2017

_____
ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Page 321

81 (Pages 318 - 321)