| | |
|---|---|
| 1 | Neel Chatterjee (SBN 173985) |
|   | *nchatterjee@goodwinlaw.com* |
| 2 | James Lin (SBN 310440) |
|   | *jlin@goodwinlaw.com* |
| 3 | **GOODWIN PROCTER LLP** |
|   | 135 Commonwealth Drive |
| 4 | Menlo Park, California 94025 |
|   | Tel.: +1 650 752 3100 |
| 5 | Fax.: +1 650 853 1038 |
| 6 | Brett Schuman (SBN 189247) |
|   | *bschuman@goodwinlaw.com* |
| 7 | Shane Brun (SBN 179079) |
|   | *sbrun@goodwinlaw.com* |
| 8 | Rachel M. Walsh (SBN 250568) |
|   | *rwalsh@goodwinlaw.com* |
| 9 | Hayes P. Hyde (SBN 308031) |
|   | *hhyde@goodwinlaw.com* |
| 10 | **GOODWIN PROCTER LLP** |
|    | Three Embarcadero Center |
| 11 | San Francisco, California 94111 |
|    | Tel.: +1 415 733 6000 |
| 12 | Fax.: +1 415 677 9041 |
| 13 | Hong-An Vu (SBN 266268) |
|    | *hvu@goodwinlaw.com* |
| 14 | Todd A. Boock (SBN 181933) |
|    | *tboock@goodwinlaw.com* |
| 15 | **GOODWIN PROCTER LLP** |
|    | 601 S. Figueroa Street, 41st Floor |
| 16 | Los Angeles, California  90017 |
|    | Tel.: +1 213 426 2500 |
| 17 | Fax.: +1 213 623 1673 |
| 18 | *Attorneys for Defendant:* Otto Trucking LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | Courtroom:   8, 19th Floor<br>Judge:         Hon. William H. Alsup |
| Defendants. | Filed/Lodged Concurrently with:<br>1. Admin. Mot. to File Documents Under Seal<br>2. Declaration ISO Admin. Mot. to File Documents Under Seal<br>3. Redacted/Unredacted Versions<br>4. Proof of Service |

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL         CASE NO. 3:17-CV-00939-WHA

Defendant Otto Trucking LLC ("Otto Trucking") has filed an Administrative Motion to File Under Seal Portions of its Reply Supporting Its Motion to Compel Further Discovery re: Waymo's Investigation [Dkt. 2035] (the "Administrative Motion").  Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Otto Trucking's Administrative Motion and **ORDERS** sealed the documents and portions of documents listed below that are adequately supported by declarations provided by Plaintiff Waymo LLC ("Waymo") as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information pursuant to the parties' protective order:

| Document | Portions to Be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Otto Trucking's Reply | Highlighted portions | Plaintiff |
| Exhibit 2 to the Boock Declaration | Entire document | Plaintiff |
| Exhibit 3 to the Boock Declaration | Entire document | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE S. CORLEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT OTTO TRUCKING LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                    CASE NO. 3:17-CV-00939-WHA