Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
James Lin (SBN 310440)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant:* Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF TODD A. BOOCK IN SUPPORT OF OTTO TRUCKING LLC'S MOTION TO COMPEL DISCOVERY RE: WAYMO'S INVESTIGATION** <br><br> Hearing Date: October 31, 2017 <br> Time: 8:30 am <br> Courtroom: F, 15th Floor <br> Judge: Hon. Jacqueline S. Corley |

1       I, Todd A. Boock, declare as follows:

2       1.      I am Counsel at the law firm of Goodwin Procter, LLP and counsel of record for Defendant Otto Trucking LLC ("Otto Trucking"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Otto Trucking's Motion to Compel Discovery Re: Waymo's Investigation.

3       2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of Paul French that occurred on October 3, 2017.

4       3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Kristinn Gudjonsson that occurred on September 8, 2017.

5       4.      Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Waymo in this litigation and Bates-stamped as WAYMO-UBER-00029412.R-00024960.R.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of October, 2017 in Los Angeles, California.

/s/ *Todd A. Boock*
Todd A. Boock

---

DECLARATION OF TODD A BOOCK                                                    CASE NO. 3:17-CV-00939-WHA

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 30, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of the publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 30, 2017**.

/s/     *Neel Chatterjee*
　　　　NEEL CHATTERJEE