# EXHIBIT 1

EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6        Plaintiff,
 7             vs.              Case No.
 8   UBER TECHNOLOGIES, INC.;   17-cv-00939-WHA
 9   OTTOMOTTO, LLC; OTTO
10   TRUCKING LLC,
11        Defendants.
     _____
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF PAUL FRENCH
16              San Francisco, California
17              Tuesday, October 3, 2017
18                      Volume I
19
20
21   REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR No. 12546
23   JOB NO. 2715705
24
25   PAGES 1 - 276
```

Page 1

```
 1   method -- you talk about the methodology of -- I'm        01:34:38

 2   sorry, I have the wrong report in front of me.

 3           You say, "Based on the evidence I have

 4   reviewed, it is my understanding that the overall

 5   investigation into the former employees began as           01:34:52

 6   early as August 4th, 2015".

 7           So it's your understanding that the

 8   foren- -- that the investigation into

 9   Mr. Levandowski and other employees who left Waymo

10   for Otto began in August of 2015?                          01:35:10

11       A.   That's my understanding.

12       Q.   At that stage, who were the former

13   employees who had left the company?

14           MR. BAKER:  Objection to form.

15           THE DEPONENT:  I don't know.                       01:35:31

16       Q.   (By Mr. Boock)  In 2 -- in August

17   of 2015, was Anthony Levandowski still employed by

18   Google?

19           MR. BAKER:  Objection to form.

20           THE DEPONENT:  I am not sure.                      01:35:45

21       Q.   (By Mr. Boock)  And by Google, I mean

22   Google or Waymo.

23           Can you identify any documents that show

24   that the investigation that you claimed again in

25   August of 2015 was tied to the investigation               01:35:55
```

Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        I, Rebecca L. Romano, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath;
8   that a record of the proceedings was made by me
9   using machine shorthand which was thereafter
10  transcribed under my direction; that the foregoing
11  transcript is true record of the testimony given.
12       Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [x] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21       Dated:  October 4, 2017
22
23       _____
24       Rebecca L. Romano, RPR,
25       CSR. No 12546

Page 276