QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S REQUEST TO FILE MOTION REGARDING SPOLIATION** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal Their Opposition to Waymo's Request to File Motion Regarding Spoliation (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Defendants' Opposition to Waymo's Request to File Motion Regarding Spoliation ("Uber's Opposition") and of Exhibits 1, 3, and 12 thereto, as well as the entirety of Exhibits 4-5 and 11 thereto.

3. The highlighted or marked portions of Exhibits 4-5 and 12 contain or refer to confidential business information, which Waymo seeks to seal.

4. Exhibit 4 (portions highlighted in green in version filed herewith) and Exhibit 12 (portions marked in red boxes in version filed herewith) contain email addresses of Google and Waymo employees and/or former employees involved in this case as well as the identity of employees and/or former employees not directly involved in this case, the disclosure of which would cause Waymo and those employees substantial harm due to the high public profile of this litigation.

5. Exhibit 5 (portions highlighted in green in version filed herewith) contains, references, and/or describes Waymo's highly confidential and sensitive business information. Such information includes details regarding Waymo's security measures and protocols. I understand that Waymo maintains this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its security measures would become known to competitors who could use such information to Waymo's disadvantage.

6. Waymo's request to seal is narrowly tailored to those portions of Exhibits 4-5 and 12 that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct, and that this declaration was executed in San
3  Francisco, California, on October 30, 2017.

4                                By  */s/ Felipe Corredor*
                                        Felipe Corredor
5                                       Attorneys for WAYMO LLC

6

7

8                                **ATTESTATION**

9  In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
10 document has been obtained from Felipe Corredor.

11

12                               By:  */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven