# EXHIBIT 4

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Waymo LLC v. Uber Technologies, Inc.  
Case No. 3:17-cv-00939 WHA  
20170901 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 695 | | 03/02/2016 | Chelsea Bailey | Andrew Price* | Chelsea Bailey | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 696 | | 03/02/2016 | Chelsea Bailey | Chelsea Bailey | Andrew Price* | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 697 | | 03/02/2016 | Chelsea Bailey | Andrew Price* | Chelsea Bailey | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 698 | | 03/02/2016 | Chelsea Bailey | Chelsea Bailey | Andrew Price* | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 699 | | 03/02/2016 | Chelsea Bailey | Andrew Price* | Chelsea Bailey | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 700 | | 03/02/2016 | Chelsea Bailey | Chelsea Bailey | Andrew Price* | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 701 | | 03/03/2016 | Chelsea Bailey | Andrew Price* | Chelsea Bailey | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 702 | | 03/03/2016 | Chelsea Bailey | Chelsea Bailey | Andrew Price* | Email seeking and containing legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 703 | WAYMO-UBER-00048847 | 03/14/2016 | David Drummond | John Krafcik | David Drummond* | Email seeking legal advice of counsel re contractual issues prepared in anticipation of litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 704 | | 03/24/2016 | David Drummond, Amy Lambert | Amy Lambert* | Rachael Meny* (rmeny@kvn.com); Michelle Ybarra* (mybarra@kvn.com); David Drummond* | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 705 | | 03/24/2016 | David Drummond, Amy Lambert | David Drummond* | Amy Lambert*; Rachael Meny* (rmeny@kvn.com); Michelle Ybarra* (mybarra@kvn.com); Simone Davis* | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 706 | | 03/24/2016 | David Drummond | Simone Davis* | Rachael Meny* (rmeny@kvn.com); David Drummond*; Michelle Ybarra* (mybarra@kvn.com) | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 707 | | 03/24/2016 | David Drummond, Amy Lambert | Rachael Meny* (rmeny@kvn.com) | Amy Lambert*; Michelle Ybarra* (mybarra@kvn.com); David Drummond*; Simone Davis* | Email seeking, containing and reflecting legal advice of counsel re legal dispute. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 708 | | 03/28/2016 | David Drummond, Jennifer Haroon | Helen Riley | Halimah Delaine Prado*; David Jen; Jim Marocco; Paige Sawyer Shum; John Krafcik; Chris Urmson; Ruth Porat; David Drummond*; Kristen Hunter; Jennifer Haroon | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 709 | | 03/29/2016 | David Drummond, Jennifer Haroon | Ruth Porat | Halimah Delaine Prado*; David Jen; Jim Marocco; Paige Sawyer Shum; John Krafcik; Chris Urmson; David Drummond*; Kristen Hunter; Helen Riley; Jennifer Haroon | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 710 | | 03/29/2016 | David Drummond, Jennifer Haroon | Helen Riley | Halimah Delaine Prado*; David Jen; Silvia Chacon; Jim Marocco; Paige Sawyer Shum; Elizabeth Dickinson; John Krafcik; Chris Urmson; Ruth Porat; David Drummond*; Kristen Hunter; Jennifer Haroon | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 711 | | 03/29/2016 | David Drummond, Jennifer Haroon | Ruth Porat | Halimah Delaine Prado*; David Jen; Silvia Chacon; Jim Marocco; Paige Sawyer Shum; Elizabeth Dickinson; John Krafcik; Chris Urmson; David Drummond*; Kristen Hunter; Helen Riley; Jennifer Haroon | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 712 | | 03/29/2016 | David Drummond, Jennifer Haroon | Ruth Porat | Halimah Delaine Prado*; David Jen; Silvia Chacon; Jim Marocco; Paige Sawyer Shum; Elizabeth Dickinson; John Krafcik; Chris Urmson; David Drummond*; Kristen Hunter; Helen Riley; Jennifer Haroon | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170901 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 713 | | 03/29/2016 | David Drummond, Jennifer Haroon | Paige Sawyer Shum | Halimah Delaine Prado*; David Jen; Jim Marocco; John Krafcik; Chris Urmson; Ruth Porat; David Drummond*; Kristen Hunter; Helen Riley; Jennifer Haroon | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 714 | | 03/29/2016 | David Drummond, Larry Page | Ruth Porat | Sergey Brin; Eric Schmidt; Sundar Pichai; Larry Page; David Drummond* | Email seeking legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 715 | | 03/29/2016 | David Drummond, Larry Page | Larry Page | Sergey Brin; Ruth Porat; David Drummond* | Email seeking legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 716 | | 03/30/2016 | David Drummond | Ruth Porat | David Drummond*; Helen Riley | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 717 | | 03/30/2016 | David Drummond, Larry Page | Sergey Brin | Larry Page; Ruth Porat; David Drummond* | Email seeking legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 718 | | 03/30/2016 | David Drummond, Larry Page | Ruth Porat | Sergey Brin; Larry Page; David Drummond* | Email seeking legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 719 | | 03/30/2016 | David Drummond, Larry Page | David Drummond* | Sergey Brin; Larry Page; Ruth Porat | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 720 | | 03/30/2016 | David Drummond | Helen Riley | Ruth Porat; David Drummond* | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 721 | | 03/31/2016 | Chelsea Bailey | Leah Bijnens | Chelsea Bailey; Jade Wagner* | Email seeking legal advice of counsel re employment issues prepared in anticipation of litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 722 | | 04/06/2016 | David Drummond | Rachael Meny* (rmeny@kvn.com) | Michelle Ybarra* (mybarra@kvn.com); David Drummond*; Simone Davis* | Email seeking and containing legal advice of counsel re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 723 | | 04/07/2016 | Chelsea Bailey | Chelsea Bailey | Leah Bijnens; Jade Wagner* | Email seeking legal advice of counsel re employment issues prepared in anticipation of litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 724 | | 04/08/2016 | Chelsea Bailey | Jade Wagner* | Leah Bijnens; Chelsea Bailey | Email seeking and containing legal advice of counsel re employment issues prepared in anticipation of litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 725 | | 04/08/2016 | Chelsea Bailey | Leah Bijnens | Chelsea Bailey; Jade Wagner* | Email seeking and containing legal advice of counsel re employment issues prepared in anticipation of litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 726 | | 04/11/2016 | Chelsea Bailey | Chelsea Bailey | Leah Bijnens; Jade Wagner* | Email seeking and containing legal advice of counsel re employment issues prepared in anticipation of litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 727 | | 04/13/2016 | David Drummond | Paige Sawyer Shum | Jim Marocco; Ruth Porat; David Drummond*; Helen Riley | Email seeking and containing legal advice of counsel re contractual issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |