# EXHIBIT 12

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Cory Buland

| | |
|---|---|
| **From:** | Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> |
| **Sent:** | Tuesday, October 24, 2017 2:02 PM |
| **To:** | Cory Buland |
| **Cc:** | QE-Waymo; Uber-sg@LISTS.SUSMANGODFREY.COM; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; UberWaymoMoFoAttorneys |
| **Subject:** | RE: Waymo v. Uber - Waymo Litigation Hold |
| **Attachments:** | -Waymo- 20170707 PROD017 Waymo Privilege Log.pdf |

Cory,

Happy to help.  Please see entries 5 and 6 on the attached privilege log.

Thanks,
Jeff

**From:** Cory Buland [mailto:CBuland@susmangodfrey.com]
**Sent:** Monday, October 23, 2017 6:18 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>
**Subject:** Waymo v. Uber - Waymo Litigation Hold

Counsel,

In response to Uber's RFP No. 158, Waymo agreed to "produce or log documents sufficient to identify the first date that Waymo instituted a litigation hold" and repeated that undertaking to the Court in Dkt. 746 at 8 (attached).  Would you please identify the privilege log entry or produced document, by bates number(s), to which you were referring?

Thank you,

Cory Buland
Susman Godfrey LLP
1301 Avenue of the America, 32nd Floor
New York, NY 10019
(212) 471-8349 Phone
(212) 336-8340 Fax
Cbuland@SusmanGodfrey.com

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170707 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WAYMO-UBER-00020816 | 04/17/2012 | Sergey Brin | Sebastian Thrun | Anthony Levandowski ( ); Chris Urmson ( ); David Estrada* ( ); Kent Walker* ( ); Sergey Brin ( ) | Email seeking and containing legal advice of counsel re regulatory issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 2 | WAYMO-UBER-00020818 | 04/17/2012 | Sebastian Thrun | Sebastian Thrun | Anthony Levandowski ( ); Chris Urmson ( ); David Estrada* ( ); Kent Walker* ( ) | Email seeking and containing legal advice of counsel re policy compliance. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 3 | WAYMO-UBER-00022235 | 01/27/2016 | John Krafcik | Chelsea Bailey ( ) | John Kra ; Jolie Sorge ( ); Stacy Savides Sullivan ( ) | Email seeking and reflecting legal advice of David Drummond* re employment issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 4 | | 01/27/2016 | Stacy Savides Sullivan, Chelsea Bailey | Stacy Savides Sullivan ( ) | Chelsea Bailey ( ); Jolie Sorge ( ) | Email reflecting legal advice of David Drummond* re employment issues. | Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 5 | | 10/07/2016 | | Raquel Small-Weikert* ( ) | ( ); ( google.com); ( ); ( ); ( ); ( ); ( ); ( ) | Email containing and reflecting legal advice of counsel re legal dispute prepared in connection with litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170707 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 03/02/2017 | Dmitri Dolgov, Kristinn Gudjonsson, Pierre-yves Droz, John Krafcik, Tim Willis, Gary Brown, Larry Page, Stacy Savides Sullivan | Raquel Small-Weikert* | | Email containing and reflecting legal advice of counsel re legal dispute prepared in connection with litigation. | Attorney Work Product, Attorney Client Communication | NO | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:17-cv-00939 WHA
20170707 Waymo Privilege Log

*=Waymo/Google Legal Department or Law Firm representing Waymo/Google

| # | Bates Number | Document Date | Custodian (Location) | Email From/Author/Custodian | Recipients | Privilege Description | Privilege Assertion | Redacted | Steps Taken to Ensure Confidentiality | Received by Unauthorized Persons? |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | WAYMO-UBER-00024588 | 03/07/2017 | Dmitri Dolgov | Nathaniel Fairfield ( ▮ ) | Amar Mehta* ( ▮ ); Andrew Chatham ( ▮ ); Dmitri Dolgov ( ▮ ); Kevin Vosen* ( ▮ ); Matthieu Devin ( ▮ ) | Email seeking and reflecting legal advice of counsel re employment issues. | Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |
| 8 | WAYMO-UBER-00024730 | 03/16/2017 | John Krafcik | Kevin Vosen* ( ▮ ) | John Krafcik ( ▮ ) | Email containing legal advice of counsel re legal dispute prepared in connection with litigation. | Attorney Work Product, Attorney Client Communication | YES | Document maintained in Waymo's internal, confidential custodial document repositories | To the best of Waymo's knowledge, this document has not been received by unauthorized persons |