QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S SUPPLEMENTAL BRIEF IN SUPPORT OF WAYMO'S MOTION *IN LIMINE* NO. 4** |

the

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal Their Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *in Limine* No. 4 (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Defendants' Opposition to Waymo's Supplemental Brief in Support of Waymo's Motion *in Limine* No. 4 ("Uber's Opposition") and Exhibit 1 thereto, as well as the entirety of Exhibits 4 and 6.

3. The green highlighted portions of Exhibit 1, as well as the entirety of Exhibit 4, contain or refer to trade secrets and confidential business information, which Waymo seeks to seal.

4. Exhibit 1 (green highlighted portions) and Exhibit 4 (entire document) contain, reference, and/or describe Waymo's asserted trade secrets, including as misappropriated by Defendants. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, including its source code, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Exhibit 4 (entire document) additionally contains, references, and/or describes Waymo's highly confidential and sensitive business information. The information Waymo seeks to seal regards confidential details regarding Waymo's business, including employee compensation details. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to Waymo's business strategy for its autonomous vehicle system. If such information were made public, I

1  understand that Waymo's competitive standing would be significantly harmed.  In addition, such
2  disclosure would cause Waymo and its employees and/or former employees substantial harm due to
3  the high public profile of this litigation.
4      6.   Waymo's request to seal is narrowly tailored to those portions of Exhibits 1 and 4 that
5  merit sealing.

7  I declare under penalty of perjury under the laws of the State of California and the United
8  States of America that the foregoing is true and correct, and that this declaration was executed in San
9  Francisco, California, on October 30, 2017.

By <u>*/s/ Felipe Corredor*</u>
Felipe Corredor
Attorneys for WAYMO LLC

### **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: <u>*/s/ Charles K. Verhoeven*</u>
Charles K. Verhoeven