QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

the

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Defendants' Opposition to Waymo's Motion for Leave to File Amended List of Elected Trade Secrets, Supplemental Expert Reports, and Revised Witness and Exhibit Lists ("Uber's Opposition"), as well as the entirety of the Burnette Declaration and Exhibits 1-3, 5, and 9-11 to the Chang Declaration.

3. The portions of Uber's Opposition and Exhibits 2-3 marked in red boxes and the green highlighted portions of Exhibit 1, as well as the entirety of the Burnette Declaration and Exhibit 9 contain or refer to trade secrets and confidential business information, which Waymo seeks to seal.

4. Uber's Opposition (portions marked in red boxes in version filed herewith), the Burnette Declaration (entire document), Exhibit 1 (portions highlighted in green in version filed herewith), Exhibits 2-3 (portions marked in red boxes in versions filed herewith), and Exhibit 9 (entire document) contain, reference, and/or describe Waymo's asserted trade secrets, including as misappropriated by Defendants. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, including its source code and LiDAR designs, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Exhibit 1 (portions highlighted in green in version filed herewith) and Exhibit 9 (entire document) additionally contain, reference, and/or describe Waymo's highly confidential and sensitive

business information. The information Waymo seeks to seal regards confidential details regarding Waymo's business, including details about potential partnerships and product release details. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to Waymo's business strategy for its autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

6. Waymo's request to seal is narrowly tailored to those portions of Uber's Opposition, the Burnette Declaration, and Exhibits 1-3 and 9 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on October 30, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven