# EXHIBIT 2

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4                    ---oOo---

5

6   WAYMO LLC,

7          Plaintiff,

8   vs.                          No. 3:17-cv-00939-WHA

9   UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11         Defendants.

    _____/

12

13

14      WAYMO HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

15

16       VIDEOTAPED DEPOSITION OF DON BURNETTE

17            SAN FRANCISCO, CALIFORNIA

18            FRIDAY, AUGUST 18, 2017

19

20

21

22  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 2681032

25  PAGES 1 - 168

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    two levels.                                     10:28

 2          One, it's different because we wrote it from    10:28

 3    scratch, and it's going to be different out of the    10:28

 4    fact that the chances of replicating software from    10:28

 5    scratch being the same is very unlikely.         10:28

 6          And two, we decided that the -- the         10:28

 7    concept -- the fundamental concept that the planner at    10:28

 8    Waymo was built on was not something we wanted to    10:28

 9    pursue.                                          10:28

10          And technically, what that meant was, I      10:28

11    previously described Waymo's ██████████   ██████
```

10:29

Page 55

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1     ████████████████████████████████████████

    ███████████████████████████████████    █████

    ████████████████████████████████████   █████

    █████████████████████████████████████   █████

    ███████████████████████████████      █████

    ████████████████████████████████████   █████

    ██████████████████                10:29

8         And thus, all the building blocks of the    10:30

9   decisions, ███████████████████████, are    10:30

10   all completely differently formulated mathematically,    10:30

11   and thus in code, to enable this type of trajectory    10:30

12   to -- to be solved, in a -- in a sense, to be    10:30

13   deter- -- to -- to be determined.    10:30

14         So -- so it's, like, kind of a fundamentally    10:30

15   different idea that we started with at Otto than what    10:30

16   Waymo was doing, in the sense that they're both    10:30

17   planners.   They both output some path to follow at the    10:30

18   end of the -- the step.    10:30

19         But the way we describe that path, and all    10:30

20   the building blocks and machinery that go into    10:30

21   generating the path, were different.    10:30

22     Q    What -- what language is the Otto planner    10:30

23   written in?    10:30

24     A    C++.    10:30

25     Q    What language was the Waymo planner written    10:30

Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: August 18, 2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830

Page 168