IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>　　Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE SEALING OF ORDER RE MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO STRIKE ASSERTED TRADE SECRET NUMBER 96** |

The order on the parties' motions for partial summary judgment and defendants' motion to strike asserted trade secret number 96, filed under seal today, shall remain under seal until **TOMORROW AT 11:00 P.M.**, after which the order shall be redacted as shown in Exhibit A and filed on the public docket unless one or more parties propose additional redactions.

**IT IS SO ORDERED.**

Dated: October 30, 2017.

　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE