UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA (JSC)<br><br>**ORDER DISMISSING AS MOOT OTTO TRUCKING'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 2036 |

Now pending before the Court is Otto Trucking's motion to compel Waymo to produce further documents related to its investigation of Anthony Levandowski. (Dkt. No. 2036.) Uber did not join in the motion. In light of the district court's order today granting Otto Trucking's motion for summary judgment, Otto Trucking's motion to compel is dismissed as moot. (Dkt. No. 2151.) The October 31, 2017 discovery hearing is therefore vacated.

This Order disposes of Docket Nos. 2036, 2041.

**IT IS SO ORDERED.**

Dated: October 30, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge