1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel: 415.268.7000 / Fax: 415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax: 202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel: 212.336.8330 / Fax: 212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                  UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20 WAYMO LLC,                            Case No.      3:17-cv-00939-WHA

21            Plaintiff,                 **DECLARATION OF THOMAS J.**
                                         **PARDINI IN SUPPORT OF**
22      v.                               **DEFENDANT OTTO TRUCKING'S**
                                         **ADMINISTRATIVE MOTION TO**
23 UBER TECHNOLOGIES, INC.,              **FILE UNDER SEAL ITS OPPOSITION**
   OTTOMOTTO LLC; OTTO TRUCKING LLC,     **TO WAYMO'S SECOND**
24                                       **SUPPLEMENTAL BRIEF IN**
            Defendants.                  **SUPPORT OF ITS MOTION FOR**
25                                       **ORDER TO SHOW CAUSE**
                                         **(DKT. 2086)**
26

27

28

I, Thomas J. Pardini, declare as follows:

1.      I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal Its Opposition to Waymo's Second Supplemental Brief in Support of its Motion for Order to Show Cause (Dkt. 2086).

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit A to the Walsh Declaration | Entire Document |

3.      The entirety of Exhibit A to the Walsh Declaration is an expert report from Mr. Kevin Faulkner relating to Uber's computer and server systems.   It contains highly confidential information regarding the names and details of servers at Uber, and hostnames and serial numbers of company and personal devices.  This information is not publicly known, and its confidentiality is strictly maintained.  I understand that disclosure of this information would threaten the security of the internal systems of Uber's network.

4.      Exhibit A also contains lists of employees who were custodians of documents, as well as personal contact information for some of the employees.  Defendants request this information be kept confidential in order to protect the privacy of individuals at a company that is currently the subject of extensive media coverage.

5.      Defendants' request to seal is narrowly tailored to the portions of Otto Trucking's Motion that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of October, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*

Thomas J. Pardini

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Arturo J. González, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has

4   concurred in this filing.

5   Dated:  October 30, 2017                    _____ */s/ Arturo J. González* _____
                                                            ARTURO J. GONZÁLEZ
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28