MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340


Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF DEFENDANT OTTO TRUCKING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO WAYMO'S SUPPLEMENTAL OPPOSITION TO OTTO TRUCKING'S MOTION FOR SEPARATE TRIAL (DKT. 2108)** |

1    I, Thomas J. Pardini, declare as follows:

2        1.      I am a member of the Bar of the State of California and an attorney at the law firm

3    of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal

4    knowledge and if called as a witness, I could and would competently testify to the matters set

5    forth herein.  I make this declaration in support of Defendant Otto Trucking's Administrative

6    Motion to File Under Seal Its Response to Waymo's Supplemental Opposition to Otto Trucking's

7    Motion for Separate Trial (Dkt. 2108).

8        2.      I have reviewed the following documents and confirmed that only the portions

9    identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|----------|--------------------------------|
| Exhibit 1 | Blue Highlights |
| Exhibit 2 | Blue Highlights |
| Exhibit 3 | Entire Document |
| Exhibit 4 | Blue Highlights |
| Exhibit 6 | Blue Highlights on pages 13 and 15 |

18       3.      The blue highlights of Exhibits 1 and 2 contain highly confidential technical

19   information relating to a portion of Ottomotto's source code, including an excerpt from that code.

20   A portion of the blue highlights of Exhibit 2 contains highly confidential technical information

21   considered by an Ottomotto software engineer.  Disclosure of this information could allow

22   competitors to obtain a competitive advantage over Defendants by understanding this technical

23   information.

24       4.      The entirety of Exhibit 3 is an internal email containing detailed identifying and

25   insurance information for several of Defendants' vehicles, including license plate numbers, VIN

26   numbers, and personal addresses of individuals involved in this litigation.  Disclosure of this

27   information could threaten the privacy interests of these individuals, and also expose Defendants

to harm or harassment, such as potential misuse by others of the license plate or VIN numbers. Defendants request that this information be sealed.

5. The blue highlights of Exhibit 4 contain highly confidential information regarding the technical details of specific elements of Uber's LiDAR systems, including specifications and diagrams, as well as Uber's development plans for these systems. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Uber by acquiring details about the technical components of Uber's LiDAR sensors, such that Uber's competitive standing could be significantly harmed.

6. The blue highlights on pages 13 and 15 of Exhibit 6 contain highly confidential information regarding the details of a business agreement. This highly confidential information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors to obtain a competitive advantage over Defendants by learning how defendants have structured their business agreements, such that Defendants' competitive standing could be significantly harmed.

7. Defendants' request to seal is narrowly tailored to the portions of Otto Trucking's Motion that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of October, 2017 at San Francisco, California.

_____
*/s/ Thomas J. Pardini*
Thomas J. Pardini

1

**ATTESTATION OF E-FILED SIGNATURE**

2
     I, Arturo J. González, am the ECF User whose ID and password are being used to file this

3
Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has

4
concurred in this filing.

5
Dated:  October 30, 2017

6

                            */s/ Arturo J. González*
                              ARTURO J. GONZÁLEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28