IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER SHORTENING TIME TO BRIEF MOTION FOR RELIEF** |

On October 27, Magistrate Judge Jacqueline Corley granted plaintiff Waymo LLC's request to compel production of any drafts of the due diligence report prepared by non-party Stroz Friedberg (Dkt. No. 2128). Defendants Uber Technologies, Inc., and Ottomotto LLC filed a motion for relief from that order pursuant to Civil Local Rule 72 (Dkt. No. 2152). The deadline for responses is advanced from November 13 to **NOVEMBER 2 AT NOON**. The deadline for any reply is advanced from November 20 to **NOVEMBER 3 AT NOON**. Only the challenged portion of Judge Corley's October 27 order is **STAYED** pending resolution of this motion.

**IT IS SO ORDERED.**

Dated: October 31, 2017.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE