MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:     415.268.7000 / Fax:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:     202.237.2727 / Fax:    202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:     212.336.8330 / Fax:    212.336.8340

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DKT. NO. 2091-2**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: December 4, 2017 |

Uber Technologies, Inc. and Ottomotto LLC (together, "Uber") file this Administrative Motion to Remove the following document from ECF, submitted electronically on October 25 2017, by Uber:

1. Dkt. No. 2091-2: Exhibit 1 to Declaration of Maxwell V. Pritt in Support of Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Opposition to Waymo's Request to File a Motion *in Limine* Regarding the Stroz Friedberg Due Diligence.

This document contains contain information that was designated by Uber as highly confidential and was sealed by Judge Corley at Docket No. 653 (filed June 19, 2017).  Uber has contacted the ECF Help Desk regarding this issue.  Uber also filed correct a version of Dkt. No. 2091-2 with the confidential information at issue redacted at Docket No. 2139-1 (filed October 27, 2017), in support of Waymo LLC's Administrative Motion to File Under Seal Its Second Supplemental Brief in Support of Its Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt of the Preliminary Injunction Order and Expedited Discovery Order (Dkt. 2053).

For the foregoing reasons, Uber respectfully requests that the Court grant this Motion to Remove.

Dated: October 31, 2017         BOIES SCHILLER FLEXNER LLP

By:  */s/ Karen L. Dunn*
         Karen L. Dunn

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC