|     |                                                             |                                                                                                                                      |
| --- | ----------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------ |
| 1   |                                                             |                                                                                                                                      |
| 2   |                                                             |                                                                                                                                      |
| 3   |                                                             |                                                                                                                                      |
| 4   |                                                             |                                                                                                                                      |
| 5   |                                                             |                                                                                                                                      |
| 6   |                                                             |                                                                                                                                      |
| 7   |                                                             |                                                                                                                                      |
| 8   | UNITED STATES DISTRICT COURT                                |                                                                                                                                      |
| 9   | NORTHERN DISTRICT OF CALIFORNIA                             |                                                                                                                                      |
| 10  | SAN FRANCISCO DIVISION                                      |                                                                                                                                      |
| 11  | WAYMO LLC,                                                  | Case No. 3:17-cv-00939-WHA                                                                                                           |
| 12  | Plaintiff,                                                  | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DKT. NO. 2091-2** |
| 13  | v.                                                          |                                                                                                                                      |
| 14  | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,  |                                                                                                                                      |
| 15  |                                                             |                                                                                                                                      |
| 16  | Defendants.                                                 | Judge:   Hon. William H. Alsup<br>Trial Date: December 4, 2017                                                                       |

Having reviewed and considered Uber's and Ottomotto's Administrative Motion to Remove Incorrectly Filed Document: Docket No. 2091-2 (filed October 25, 2017), and finding that good cause exists, **IT IS HEREBY ORDERED** that Uber's Administrative Motion shall be granted.

**IT IS SO ORDERED.**

Dated: _____, 2017          _____
                                    HONORABLE WILLIAM H. ALSUP
                                    United States District Judge