IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>  Defendants. | No. C 17-00939 WHA<br><br>**ORDER DENYING AS MOOT PENDING MOTIONS RE OTTO TRUCKING** |

In light of the order on defendant Otto Trucking LLC's motion for summary judgment (Dkt. No. 2151 at 8–13), plaintiff Waymo LLC's motion for an order to show cause against Otto Trucking (Dkt. No. 847), Otto Trucking's motion to strike Waymo's damages (Dkt. No. 942), Waymo's motion to exclude damages expert James Malackowski (Dkt. No. 1607), Otto Trucking's motion to exclude forensics experts Gary Brown and Kristinn Gudjonsson (Dkt. No. 1620), Otto Trucking's motion for a separate trial (Dkt. No. 1841), and Otto Trucking's motion to exclude technical expert Lambertus Hesselink (Dkt. No. 2015) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: October 31, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE