UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: DEPOSITION OF WAYMO'S EXPERT LAMBERTUS HESSELINK** |

The Court has been advised of a dispute regarding the deposition of Waymo's expert Lambertus Hesselink and Uber's responsive rebuttal expert report. Waymo has agreed to produce Mr. Hesselink for a supplemental deposition, but he has limited availability as he will be out of the country from November 11 - November 26, 2017. As Uber has been award of Mr. Hesselink's supplemental report since October 23, 2017, it is not prejudiced by taking his deposition before he leaves the country. Accordingly, the Court adopts the schedule proposed by Special Master John Cooper with any supplemental rebuttal expert report by Uber due November 6, any reply by Waymo due November 8, and Mr. Hesselink's deposition of no more than 2 hours regarding matters contained in his supplemental expert report on November 10, 2017.

**IT IS SO ORDERED.**

Dated: November 2, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge