1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

      Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

      Defendants.

                                /

No. C 17-00939 WHA

**ORDER GRANTING IN PART
AND DENYING IN PART
ADMINISTRATIVE MOTION
TO FILE UNDER SEAL**

Plaintiff Waymo LLC's administrative motion to redact additional portions of the order
on motions for partial summary judgment and motion to strike (Dkt. No. 2158) is **GRANTED IN
PART** and **DENIED IN PART**. While some of the requested redactions are reasonably necessary
to protect trade secrets, others seek to conceal general principles or public information,
including information disclosed in Waymo's own patent (*see* Dkt. No. 23-1). For the latter
category, Waymo has not shown compelling reasons that would trump the public's right to
access. For now, the order will be filed on the public docket with all requested redactions
applied. All redactions other than the ones highlighted in <u>Exhibit A</u> will be lifted, however,
unless Waymo obtains emergency relief from the Federal Circuit by **NOVEMBER 10 AT NOON**.

    **IT IS SO ORDERED.**

Dated: November 2, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE