IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE SEALING OF ORDER EXCLUDING MICHAEL WAGNER, RESTRICTING USE OF FINANCIAL EVIDENCE AT TRIAL, AND DENYING OTHER RELIEF**

The order excluding Michael Wagner, restricting the use of financial evidence at trial, and denying other relief, filed under seal today, shall remain under seal until **TOMORROW AT 11:00 P.M.**, after which the order shall filed on the public docket in its entirety unless one or more parties propose redactions.

**IT IS SO ORDERED.**

Dated: November 2, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE