MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No.   3:17-cv-00939-WHA <br><br> **DEFENDANTS' CRITIQUE OF FURTHER JURY INSTRUCTION ON TRADE SECRET MISAPPROPRIATION [DKT. 2078]** <br><br> Trial Date: December 4, 2017 |

Pursuant to the Court's request, Defendants Uber Technologies, Inc. and Ottomotto LLC submit their critique of the Court's Further Jury Instruction on Trade Secret Misappropriation (Dkt. 2078). Defendants believe that the proposed instruction is a proper statement of the law and is an appropriate instruction to give the jury.

Dated: November 3, 2017                    MORRISON & FOERSTER LLP


                                           By: */s/ Arturo J. González*
                                               ARTURO J. GONZÁLEZ

                                               Attorneys for Defendants
                                               UBER TECHNOLOGIES, INC. and
                                               OTTOMOTTO LLC