UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 2128)**<br><br>Trial Date: December 4, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's (collectively, "Uber") Motion for Relief from Nondispositive Pretrial Order (Dkt. 2128) pursuant to Local Rule 72-2, and having given Plaintiff Waymo LLC ("Waymo") an opportunity to respond, the Court hereby GRANTS Uber's Motion.

IT IS HEREBY ORDERED that lines 7 through 28 on page 4, and lines 1 through 5 on page 5 of Magistrate Judge Corley's October 27, 2017 nondispositive order compelling the production of drafts of the due diligence report prepared by Stroz Friedberg LLC (Dkt. 2128) are VACATED.

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOT. FOR RELIEF FROM PRETRIAL ORDER (DKT. 2128)
Case No. 3:17-cv-00939-WHA
la-1365150

1