QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANT OTTO TRUCKING LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendant Otto Trucking's Administrative Motion to File Under Seal (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Defendant Otto Trucking's Reply Supporting Its Motion to Compel Re: Waymo's Investigation ("Otto Trucking's Reply"), as well as the entirety of Exhibits 2-3 to the Boock Declaration.

3. Otto Trucking's Reply (portions marked in red boxes in version filed herewith), Exhibit 2 (portions highlighted in green in version filed herewith), and Exhibit 3 (entire document) contain, reference, and/or describe Waymo's highly confidential and sensitive business information. Such information includes details regarding Waymo's security measures and protocols, the scope of forensic investigations conducted, and detailed computer forensics regarding access to Waymo's trade secrets. I understand that Waymo maintains this information as confidential. The public disclosure of this information would cause significant competitive harm to Waymo, as its security measures and computer forensics methods would become known to competitors who could use such information to Waymo's disadvantage.

4. Waymo's request to seal is narrowly tailored to those portions of Otto Trucking's Reply and Exhibits 2-3 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on November 3, 2017.

By  */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
　　Charles K. Verhoeven