| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
| | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@susmangodfrey.com |
| 12 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023 |
| | Tel: 212.336.8330 / Fax:  212.336.8340 |
| 14 | |
| | Attorneys for Defendants |
| 15 | UBER TECHNOLOGIES, INC. |
| | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE COURT'S ORDER EXCLUDING MICHAEL WAGNER, RESTRICTING USE OF FINANCIAL EVIDENCE AT TRIAL, AND DENYING OTHER RELIEF (DKT. 2166)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC submit this motion for an order to file under seal the Court's Order Excluding Michael Wagner, Restricting Use of Financial Evidence at Trial, and Denying Other Relief (Dkt. 2166). Specifically, Defendants request an order granting leave to file under seal the following confidential documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Order Excluding Michael Wagner, Restricting Use of Financial Evidence at Trial, and Denying Other Relief ("Order") | Blue Highlights | Defendants |

The blue highlights on pages 11 and 12 in Section 1.A.3 of the Order contain highly confidential information regarding a business agreement, including detailed financial terms of the agreement. This information is not publicly known and its confidentiality is strictly maintained. Disclosure of this information could allow competitors and counterparties to gain insight into how Uber structures its business agreements, including detailed information about financial terms offered by Uber, allowing them to tailor their own negotiation or business strategy to the detriment of Uber. (Declaration of Thomas J. Pardini in Support of Defendants' Administrative Motion to File Documents Under Seal ("Pardini Decl.") ¶ 3.)

The blue highlights in Section 1.A.4 on the bottom of page 12 discuss highly confidential information from internal Uber projections relating to future LiDAR costs and units. This information is not publicly known and its confidentiality is strictly maintained. Disclosure of this information could allow competitors to gain insight into how Uber analyzes the self-driving car and LiDAR markets, such that they could tailor their development to counter Uber. Uber's competitive standing could be harmed. (Pardini Decl. ¶ 4.)

Because Plaintiff Waymo LLC has until 11 p.m. to propose additional redactions of its confidential information under the Court's Order Re Sealing of Order Excluding Michael Wagner, Restricting Use of Financial Evidence at Trial, and Denying Other Relief (Dkt. 2167),

1  only a sealed version of the Order with Defendants' proposed redactions accompanies this
2  Administrative Motion.
3      Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
4  documents at issue, with accompanying chamber copies.
5      Defendants served Waymo with this Administrative Motion to File Documents Under
6  Seal on November 3, 2017.
7      For the foregoing reasons, Defendants request that the Court enter the accompanying
8  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
9  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
10 ATTORNEYS' EYES ONLY."

Dated:  November 3, 2017              MORRISON & FOERSTER LLP

                                      By:  */s/ Arturo J. Gonzalez*
                                           ARTURO J. GONZALEZ

                                      Attorneys for Defendants
                                      UBER TECHNOLOGIES, INC. and
                                      OTTOMOTTO LLC