| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:   415.268.7000 |
| 5 | Facsimile:   415.268.7522 |
| 6 | KAREN L. DUNN (*Pro Hac Vice*) |
|   | kdunn@bsfllp.com |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*) |
|   | hhume@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 9 | Washington DC  20005 |
|   | Telephone:   202.237.2727 |
| 10 | Facsimile:   202.237.6131 |
| 11 | WILLIAM CARMODY (*Pro Hac Vice*) |
|   | bcarmody@susmangodfrey.com |
| 12 | SHAWN RABIN (*Pro Hac Vice*) |
|   | srabin@susmangodfrey.com |
| 13 | SUSMAN GODFREY |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 14 | New York, NY 10019-6023 |
| 15 | Attorneys for Defendants |
|   | UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.   3:17-cv-00939-WHA |
| | Plaintiff, | **DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE COURT'S ORDER EXCLUDING MICHAEL WAGNER, RESTRICTING USE OF FINANCIAL EVIDENCE AT TRIAL, AND DENYING OTHER RELIEF (DKT. 2166)** |
| v. | | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
| | Defendants. | |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal the Court's Order Excluding Michael Wagner, Restricting Use of Financial Evidence at Trial, and Denying Other Relief (Dkt. 2166).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Order Excluding Michael Wagner, Restricting Use of Financial Evidence at Trial, and Denying Other Relief ("Order") | Blue Highlights | Defendants |

3. The blue highlights on pages 11 and 12 in Section 1.A.3 of the Order contain highly confidential information regarding a business agreement, including detailed financial terms of the agreement. This information is not publicly known and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into how Uber has structured its business agreements, including detailed information about financial terms offered by Uber, allowing them to tailor their own negotiation or business strategy to the detriment of Uber.

4. The blue highlights in Section 1.A.4 on the bottom of page 12 discuss highly confidential information from internal Uber projections relating to future LiDAR costs and units. This information is not publicly known and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors to gain insight into how Uber analyzes the self-driving car and LiDAR markets, such that they could tailor their development to counter Uber. Uber's competitive standing could be harmed.

5. Defendants' request to seal is narrowly tailored to the portions of the Court's Order that merits sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 2017 in San Francisco, California.

<i>/s/ Thomas J. Pardini</i><br>
Thomas J. Pardini

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has concurred in this filing.

Dated: November 3, 2017                    <i>/s/ Arturo J. González</i>
                                                                    ARTURO J. GONZÁLEZ