| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
|   | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|   | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|   | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
|    | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
|    | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
|    | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY  10019-6023 |
|    | Tel: 212.336.8330 / Fax:  212.336.8340 |
| 14 | |
|    | Attorneys for Defendants |
| 15 | UBER TECHNOLOGIES, INC. |
|    | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | | Case No.    3:17-cv-00939-WHA |
| | Plaintiff, | **CERTIFICATE OF SERVICE** **[RE: DKT NO. 2173]** |
| v. | | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | |
| | Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 3, 2017, I served a true and correct copy of:

**DEFENDANTS' PROPOSED REDACTIONS TO:**

**<u>SEALED</u> ORDER EXCLUDING MICHAEL WAGNER, RESTRICTING USE OF FINANCIAL EVIDENCE AT TRIAL, AND DENYING OTHER RELIEF (DKT. 2166)**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>Leo P. Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Attorneys for Plaintiff Waymo LLC<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>lcunningham@wsgr.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed at San Francisco, California, this 3rd day of November, 2017.

| Thomas J. Pardini | */s/ Thomas J. Pardini* |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Certificate of Service.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has concurred in this filing.

Dated: November 3, 2017        */s/  Arturo J. González*
                                Arturo J. González

CERTIFICATE OF SERVICE                                                                 2
Case No. 3:17-cv-00939-WHA
pa-1796479