IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Defendants' administrative motion to redact portions of the order excluding Michael Wagner, restricting use of financial evidence at trial, and denying other relief (Dkt. No. 2173) is **DENIED**. The relevant terms of the Tyto acquisition are no more sensitive than other already-public information about Uber's business dealings involving LiDAR and Anthony Levandowski (*e.g.*, the terms of the Otto acquisition), and are important to the public's ability to understand both this case generally and the problems with Wagner's opinion specifically. In a similar vein, Wagner's "example calculation" would offer no greater insight into Uber's internal projections than would other already-public information — including information internal to Uber that defendants did not seek to redact in the very order at issue — but is important to the public's ability to understand the problems with Wagner's reasoning. Under these circumstances, defendants have not shown compelling reasons that would trump the public's right to access.

For now, the order will be filed on the public docket with all requested redactions applied. All redactions will be lifted, however, unless defendants obtain emergency relief from the Federal Circuit by **NOVEMBER 13 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE