IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER GRANTING PERMISSION TO FILE ADDITIONAL MOTIONS** *IN LIMINE*

Each side may file one additional motion *in limine* by **NOVEMBER 13 AT NOON**, with oppositions due by **NOVEMBER 20 AT NOON**, to be heard at the final pretrial conference on **NOVEMBER 28 AT 8:00 A.M.** Each motion or opposition shall not exceed **SIX PAGES** in length. If Waymo wishes to use its one motion *in limine* on the subject of the due diligence investigation as described in its précis (Dkt. No. 2040), then it may do so.

**IT IS SO ORDERED.**

Dated: November 7, 2017.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE