IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER GRANTING<br>PERMISSION TO FILE<br>ADDITIONAL MOTIONS<br>*IN LIMINE*** |

Each side may file one additional motion *in limine* by **NOVEMBER 13 AT NOON**, with oppositions due by **NOVEMBER 20 AT NOON**, to be heard at the final pretrial conference on **NOVEMBER 28 AT 8:00 A.M.** Each motion or opposition shall not exceed **SIX PAGES** in length. If Waymo wishes to use its one motion *in limine* on the subject of the due diligence investigation as described in its précis (Dkt. No. 2040), then it may do so.

**IT IS SO ORDERED.**

Dated: November 7, 2017.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE