IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants.| No. C 17-00939 WHA<br><br>**ORDER RE MODIFICATION<br>OF JURY SELECTION<br>PROCEDURE** |

In jury selection, counsel shall exercise the peremptory challenges by standing, excusing, and thanking individual candidates. Plaintiff shall challenge first, defendant(s) second, alternating until all peremptory challenges have been used or two consecutive passes have occurred. A pass shall count as a challenge. Otherwise, the procedure shall be as set forth in the undersigned judge's standing order regarding guidelines for trial and final pretrial conference in civil jury cases.

**IT IS SO ORDERED.**

Dated: November 7, 2017.

                                                 WILLIAM ALSUP<br>
                                               UNITED STATES DISTRICT JUDGE