1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    WAYMO LLC,                                    No. C 17-00939 WHA
10              Plaintiff,
11        v.
12   UBER TECHNOLOGIES, INC.;                      **ORDER RE INADEQUATE
     OTTOMOTTO LLC; and OTTO                       CRITIQUE OF TENTATIVE
13   TRUCKING LLC,                                 JURY INSTRUCTION**
14              Defendants.
15   _____/

16        With respect to the further tentative jury instruction (Dkt. No. 2078), it is irritating that

17   defense counsel failed to supply any critique, including supporting authority, in its response

18   (Dkt. No. 2169).  It is of no help to the Court to simply say that *counsel* approves of tentative

19   jury instructions.  What is needed is *authority* to validate said instructions.  This gimmick also

20   deprived Waymo of a chance to reply to arguments made for the first time in defendants'

21   counter-critique (Dkt. No. 2180), which Waymo may now do by **NOVEMBER 13 AT NOON**.  For

22   the upcoming hearing on November 14 (*see* Dkt. No. 2168), it will **NOT** be sufficient to simply

23   say that a tentative jury instruction or statement by the Court is supported by agreement of

24   counsel.  Both sides must come prepared with authorities on point, whether for or against.

25

26        **IT IS SO ORDERED.**

27

28   Dated:  November 8, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California