QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL UBER TO PROVIDE AN EXECUTED AUTHORIZATION AND CONSENT FORM FOR THE 280TECHNOLOGIES.SLACK.COM SITE** |
|---|---|

1  Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests
2 to file under seal information in its Motion to Compel Uber to provide an executed Authorization and
3 Consent Form for the 280technologies.slack.com site ("Waymo's Motion), filed concurrently
4 herewith. Specifically, Waymo requests an order granting leave to file under seal the portions of the
5 documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 3 to Waymo's Motion | Entire document | Defendants and/or Third Parties |
| Exhibit 4 to Waymo's Motion | Entire document | Defendants and/or Third Parties |
| Exhibit 6 to Waymo's Motion | Entire document | Defendants and/or Third Parties |
| Exhibit 7 to Waymo's Motion | Entire document | Defendants and/or Third Parties |
| Exhibit 8 to Waymo's Motion | Entire document | Defendants and/or Third Parties |
| Exhibit 10 to Waymo's Motion | Entire document | Defendants and/or Third Parties |
| Exhibit 11 to Waymo's Motion | Entire document | Defendants and/or Third Parties |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. DEFENDANTS' CONFIDENTIAL INFORMATION

Waymo seeks to seal identified portions of these documents because Defendants and/or Third Parties have designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3. Waymo takes no position on the merits of sealing the designated material, and expects Defendants and/or Third Parties to file one or more declarations in accordance with the Local Rules.

## III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED: November 8, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Charles K. Verhoeven
    Charles K. Verhoeven
    Attorneys for WAYMO LLC