# Exhibit 5

| | |
|---|---|
| **From:** | Joseph LeRoy |
| **Sent:** | Monday, October 23, 2017 6:17 PM |
| **To:** | Villegas, Ethel; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM; DG-GPOttoTruckingWaymo@goodwinlaw.com |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v Uber - SLACK001 |

Counsel,

Below is a link to third party Slack's documents produced on 10/17, 10/18, and 10/19.  We sent you the raw files for the 10/17 and 10/18 productions, and had everything formally processed into a full deliverable when we received the 10/19 production to conform with the ESI agreement.  Please let us know if you have any issues accessing the files at the link below.  Password to follow.

https://sendfile.quinnemanuel.com/pkg?token=94efa34a-9060-45b0-9783-b09b1b991e1d


**Joseph LeRoy**
*Paralegal,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6366 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
josephleroy@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.