# Exhibit 9

**From:** Rivera, Sylvia <SRivera@mofo.com>
**Sent:** Wednesday, November 08, 2017 11:48 AM
**To:** QE-Waymo; John Cooper; Matthew Cate
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM
**Subject:** Waymo v. Uber; Waymo's request for 280technologies Slack site

Counsel and John,

I write in follow up to yesterday's call regarding Waymo's request that Uber execute a consent form so that Waymo can obtain discovery of an additional Slack site called 280technologies.  During the October 5 telephonic conference with Magistrate Judge Corley, and the meet-and-confer that preceded it, Waymo sought discovery into the Ottomotto team site for Slack.  It did not seek leave to obtain discovery into a site called 280technologies, even though that site is referenced in Exhibit 18 of the Stroz report at footnote 1.  The Court set a deadline of October 6 to seek any additional discovery based on the Stroz Report.  It is now one month past the deadline and we are a little over 3 weeks from trial.  Waymo's attempt to obtain additional discovery into another Slack site is untimely.  Thus, Uber declines to execute a consent form to facilitate it.

Regards,
Sylvia

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.