1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzález@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel: 415.268.7000 / Fax: 415.268.7522
5

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
    HAMISH P.M. HUME (*Pro Hac Vice*)
7   hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington DC  20005
9   Tel:  202.237.2727 / Fax: 202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax: 212.336.8340

14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 20   WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
| 21                    Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND** |
| 22          v. | **OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO** |
| 23   UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | **FILE UNDER SEAL THEIR PRECIS IN SUPPORT OF REQUEST TO FILE MOTION IN LIMINE TO EXCLUDE** |
| 24                    Defendants. | **TESTIMONY AND OPINIONS OF WAYMO EXPERT** |
| 25 | **LAMBERTUS HESSELINK OPINION** |
| 26 | **ON TS 25** |

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and

2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Precis in

3  Support of Request to File Motion in Limine to Exclude Testimony and Opinions of Waymo

4  Expert Lambertus Hesselink Opinion on TS 25.  Specifically, Defendants request an order

5  granting leave to file under seal the following confidential documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Precis in Support of Request to File Motion in Limine ("Precis") | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |

10    The blue-highlighted portions of the Precis contain highly confidential technical

11  information considered by an Uber engineer.  This highly confidential information is not publicly

12  known.  Disclosure of this information could allow competitors to understand a former head of

13  Uber ATG's thinking with respect to self-driving technology.  (Declaration of Thomas J. Pardini

14  in Support of Defendants' Administrative Motion to File Documents Under Seal ("Pardini Decl.")

15  ¶ 3.)

16    The green-highlighted portions of the Precis contain information that has been designated

17  "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with

18  the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties

19  have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this

20  material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Pardini Decl.

21  ¶ 4.)

22    Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the

23  documents at issue, with accompanying chamber copies.

24    Defendants served Waymo with this Administrative Motion to File Documents Under

25  Seal on November 10, 2017.

26  //

27  //

28  //

1    For the foregoing reasons, Defendants request that the Court enter the accompanying

2  Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and

3  designate the service copies of these documents as "HIGHLY CONFIDENTIAL –

4  ATTORNEYS' EYES ONLY."

5  Dated:  November 10, 2017                  MORRISON & FOERSTER LLP

6

7                                            By:  /s/ Michael A. Jacobs
                                                  MICHAEL A. JACOBS
8
                                             Attorneys for Defendants
9                                            UBER TECHNOLOGIES, INC. and
                                             OTTOMOTTO LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28