QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFERS OF PROOF REGARDING REASONABLE ROYALTY DAMAGES AND DISCLOSURE OF THE ASSERTED TRADE SECRETS** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal information in its offers of proof regarding reasonable royalty damages and disclosure of the asserted trade secrets (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Ex. 1 to November 12 jury instruction submission ("Disclosure Offer of Proof") | Entire document | Waymo and Defendants |
| Ex. 2 to November 12 jury instruction submission ("Reasonable Royalty Offer of Proof") | Entire document | Waymo and Defendants |

3. Waymo has filed the Disclosure and Reasonable Royalty Offers of Proof described in the table above under seal in part because they contain information that Defendants have designated confidential. Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.

4. Waymo's Offers of Proof also contains or refers to trade secret and confidential business information, which Waymo seeks to seal. Portions of Waymo's Offers of Proof contain, reference, and/or describe Waymo's asserted trade secrets. Specifically, portions of Waymo's Offers of Proof describe the trade secrets that Waymo asserts in this case, along with details of their development, details of their benefits and value, and details of their disclosure to third party suppliers (whose identities remain confidential and proprietary). I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. If

1  such information were made public, I understand that Waymo's competitive standing would be
2  significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential
3  information.

4      5. Waymo's Offers of Proof also contain highly confidential information regarding
5  Waymo's views on the future of the TaaS industry, including Waymo's specific plans for launching
6  and scaling its technology in the TaaS industry, Waymo's estimations of the profitability of the TaaS
7  industry, and Waymo's in-depth analysis of the risks and benefits associated with entering the TaaS
8  industry, particularly vis-à-vis Uber. I understand that this information is maintained as confidential
9  by Waymo, and that the public disclosure of this information would give Waymo's competitors access
10 to in-depth descriptions—and analysis—of Waymo's business plans. If such information were made
11 public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's
12 request to seal is narrowly tailored to only the confidential information.

13     I declare under penalty of perjury under the laws of the State of California that the foregoing is
14 true and correct, and that this declaration was executed in San Francisco, California, on November 12,
15 2017.

16                                        By */s/ Lindsay Cooper*
17                                            Lindsay Cooper
                                           Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven