UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFERS OF PROOF REGARDING REASONABLE ROYALTY DAMAGES AND DISCLOSURE OF THE ASSERTED TRADE SECRETS** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 its Offers of Proof Regarding Reasonable Royalty Damages and Disclosure of the Asserted Trade
3 Secrets (the "Administrative Motion").

4  Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Ex. 1 to November 12 jury instruction submission ("Disclosure Offer of Proof") | Entire document | Waymo and Defendants |
| Ex. 2 to November 12 jury instruction submission ("Reasonable Royalty Offer of Proof") | Entire document | Waymo and Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge