QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 18 TO PRECLUDE RELIANCE ON THE STROZ FRIEDBERG DUE DILIGENCE INVESTIGATION** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Motion in Limine No. 18 to Preclude Reliance on the Stroz Friedberg Due Diligence Investigation ("Waymo's Motion), filed concurrently herewith. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to Waymo's Motion | Highlighted in blue | Defendants |
| Exhibit 2 to Waymo's Motion | Highlighted in yellow | Defendants |
| Exhibit 7 to Waymo's Motion | Entire document | Defendants |
| Exhibit 8 to Waymo's Motion | Entire document | Defendants |
| Exhibit 10 to Waymo's Motion | Entire document | Defendants |
| Exhibit 11 to Waymo's Motion | Entire document | Defendants |

## I.  LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.  DEFENDANTS CONFIDENTIAL INFORMATION

Waymo seeks to seal the above-identified portions of these documents because Defendants have designated the information confidential and/or highly confidential.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

## III.  CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

1  DATED: November 13, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

          By  */s/ David A. Perlson*
              David A. Perlson
              Attorneys for WAYMO LLC