UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION IN LIMINE NO. 18 TO PRECLUDE RELIANCE ON THE STROZ FRIEDBERG DUE DILIGENCE INVESTIGATION** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 ("Waymo's Administrative Motion") certain information in its Motion in Limine No. 18 to
3 Preclude Reliance on the Stroz Friedberg Due Diligence Investigation ("Waymo's Motion).
4    Having considered Waymo's Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to Waymo's Motion | Highlighted in blue |
| Exhibit 2 to Waymo's Motion | Highlighted in yellow |
| Exhibit 7 to Waymo's Motion | Entire document |
| Exhibit 8 to Waymo's Motion | Entire document |
| Exhibit 10 to Waymo's Motion | Entire document |
| Exhibit 11 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge