| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | David A. Perlson (Bar No. 209502) |
| 3 | davidperlson@quinnemanuel.com |
|   | Melissa Baily (Bar No. 237649) |
| 4 | melissabaily@quinnemanuel.com |
|   | John Neukom (Bar No. 275887) |
| 5 | johnneukom@quinnemanuel.com |
|   | Jordan Jaffe (Bar No. 254886) |
| 6 | jordanjaffe@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 7 | San Francisco, California 94111-4788 |
|   | Telephone:     (415) 875-6600 |
| 8 | Facsimile:     (415) 875-6700 |

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JOHN W. MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION IN LIMINE NO. 18 TO PRECLUDE RELIANCE ON THE STROZ FRIEDBERG DUE DILIGENCE INVESTIGATION** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, John W. McCauley, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt from the October 2, 2017 deposition of Travis Kalanick.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt from the September 29, 2017 deposition of Cameron Poetzscher.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt from the September 30, 2017 deposition of Ningjun (Nina) Qi.

5. Attached as Exhibit 4 is a true and correct copy of an email thread between counsel for Uber and counsel for Waymo from July 2017 with the subject line Defendants' Paragraph 4 Accountings.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt from the October 13, 2017 deposition of Justin Suhr.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt from the October 2, 2017 deposition of Angela Padilla.

8. Attached as Exhibit 7 is a true and correct copy of an excerpt from the October 12, 2017 deposition of Salle Yoo.

9. Attached as Exhibit 8 is a true and correct copy of an excerpt from the September 29, 2017 deposition of Eric Tate.

10. Attached as Exhibit 9 is a true and correct copy of an excerpt from the June 19, 2017 deposition of Cameron Poetzscher.

11. Attached as Exhibit 10 is a true and correct copy of an Engagement Letter from Stroz Friedberg, LLC to Morrison Foerster LLP and O'Melveny & Myers LLP that includes a March 4, 2016 Protocol for Review of Data and Devices and for Reporting Results of Investigation attached as Exhibit A bearing bates label UBER00312499-312508.

12. Attached as Exhibit 11 is a true and correct copy of a March 21 2016 Stroz Friedberg, LLC Protocol for Review of Data and Devices bearing bates label UBER00312489-91.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 13, 2017

*/s John W. McCauley*
John W. McCauley

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven