QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR JURY INSTRUCTION BASED ON SPOLIATION** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Motion for Jury Instruction Based on Spoliation ("Waymo's Motion), filed concurrently herewith. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Waymo's Motion | Highlighted in blue | Defendants |
| Exhibit 1 to Waymo's Motion | Entire document | Defendants |
| Exhibit 2 to Waymo's Motion | Entire document | Defendants |
| Exhibit 3 to Waymo's Motion | Entire document | Defendants |
| Exhibit 4 to Waymo's Motion | Entire document | Defendants |
| Exhibit 5 to Waymo's Motion | Entire document | Defendants |
| Exhibit 6 to Waymo's Motion | Entire document | Defendants |
| Exhibit 7 to Waymo's Motion | Entire document | Defendants |
| Exhibit 10 to Waymo's Motion | Entire document | Defendants |
| Exhibit 12 to Waymo's Motion | Entire document | Defendants |
| Exhibit 13 to Waymo's Motion | Highlighted in blue | Defendants |
| Exhibit 14 to Waymo's Motion | Entire document | Defendants and or third-parties |
| Exhibit 15 to Waymo's Motion | Entire document | Defendants |
| Exhibit 16 to Waymo's Motion | Entire document | Defendants |
| Exhibit 18 to Waymo's Motion | Entire document | Defendants |
| Exhibit 19 to Waymo's Motion | Entire document | Defendants |
| Exhibit 22 to Waymo's Motion | Entire document | Defendants |
| Exhibit 23 to Waymo's Motion | Entire document | Defendants and or third-parties |
| Exhibit 24 to Waymo's Motion | Entire document | Defendants and or third-parties |
| Exhibit 25 to Waymo's Motion | Entire document | Defendants and or third-parties |
| Exhibit 26 to Waymo's Motion | Entire document | Defendants |
| Exhibit 27 to Waymo's Motion | Entire document | Defendants and or third-parties |
| Exhibit 28 to Waymo's Motion | Entire document | Defendants |
| Exhibit 29 to Waymo's Motion | Entire document | Defendants |

**I.  LEGAL STANDARD**

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. DEFENDANTS' AND/OR THIRD-PARTIES' CONFIDENTIAL INFORMATION

Waymo seeks to seal identified portions of these documents because Defendants and or third-parties have designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3. Waymo takes no position on the merits of sealing the designated material, and expects Defendants and/or third-parties to file one or more declarations in accordance with the Local Rules.

## III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED: November 13, 2017   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
  Charles K. Verhoeven
  Attorneys for WAYMO LLC