UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR JURY INSTRUCTION BASED ON SPOLIATION** |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 ("Waymo's Administrative Motion") certain information in its Motion for Jury Instruction Based
3 on Spoliation ("Waymo's Motion").

4   Having considered Waymo's Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion | Highlighted in blue |
| Exhibit 1 to Waymo's Motion | Entire document |
| Exhibit 2 to Waymo's Motion | Entire document |
| Exhibit 3 to Waymo's Motion | Entire document |
| Exhibit 4 to Waymo's Motion | Entire document |
| Exhibit 5 to Waymo's Motion | Entire document |
| Exhibit 6 to Waymo's Motion | Entire document |
| Exhibit 7 to Waymo's Motion | Entire document |
| Exhibit 10 to Waymo's Motion | Entire document |
| Exhibit 12 to Waymo's Motion | Entire document |
| Exhibit 13 to Waymo's Motion | Highlighted in blue |
| Exhibit 14 to Waymo's Motion | Entire document |
| Exhibit 15 to Waymo's Motion | Entire document |
| Exhibit 16 to Waymo's Motion | Entire document |
| Exhibit 18 to Waymo's Motion | Entire document |
| Exhibit 19 to Waymo's Motion | Entire document |
| Exhibit 22 to Waymo's Motion | Entire document |
| Exhibit 23 to Waymo's Motion | Entire document |
| Exhibit 24 to Waymo's Motion | Entire document |
| Exhibit 25 to Waymo's Motion | Entire document |
| Exhibit 26 to Waymo's Motion | Entire document |
| Exhibit 27 to Waymo's Motion | Entire document |
| Exhibit 28 to Waymo's Motion | Entire document |
| Exhibit 29 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge