MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Telephone:    202.237.2727
Facsimile:    202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone:    212.336.8330
Facsimile:    212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>   Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR MOTION IN LIMINE NO. 27 TO EXCLUDE DR. HESSELINK'S SAVED DEVELOPMENT TIME OPINIONS** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Motion in Limine No. 27 to Exclude Dr. Hesselink's Saved Development Time Opinions.  Specifically, Defendants request an order granting leave to file under seal the confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Motion in Limine No. 27 ("Motion") | Highlighted Portions | Plaintiff (green) Defendants (blue) |
| Exhibit 1 | Highlighted Portions | Defendants (blue) |
| Exhibit 2 | Highlighted Portions | Plaintiff (green) |
| Exhibit 3 | Entire Document | Plaintiff Defendants |
| Exhibit 4 | Entire Document | Plaintiff Defendants |
| Exhibit 5 | Entire Document | Plaintiff Defendants |

The blue-highlighted portions of the Motion and Exhibit 1 contain launch timeline estimates taken from an internal Uber document.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of this information could allow competitors to obtain a competitive advantage over Uber by giving them details into Uber's estimates for its launch timeline, such that Uber's competitive standing could be significantly harmed.  (Declaration of Thomas J. Pardini in Support of Defendants' Administrative Motion to File Documents Under Seal ("Pardini Decl.") ¶ 3.)

The entireties of Exhibits 3-5 are expert reports containing highly confidential information regarding time and cost projections relating to Uber's LiDAR systems.  This highly confidential information is not publicly known, and its confidentiality is strictly maintained.  Disclosure of

1  this information could allow competitors to obtain a competitive advantage over Uber by giving
2  them details into Uber's LiDAR systems development, such that Uber's competitive standing
3  could be significantly harmed.  (Pardini Decl. ¶ 4.)

4        The green-highlighted portions of the Motion and Exhibit 2, as well as the entireties of
5  Exhibits 3, 4 and 5, contain information that has been designated "Highly Confidential –
6  Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule
7  2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs
8  this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in
9  accordance with Paragraph 14.4 of the Protective Order.  (Pardini Decl. ¶ 5.)

10       Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
11 documents at issue, with accompanying chamber copies.

12       Defendants served Waymo with this Administrative Motion to File Documents Under
13 Seal on November 13, 2017.

14       For the foregoing reasons, Defendants request that the Court enter the accompanying
15 Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and
16 designate the service copies of these documents as "HIGHLY CONFIDENTIAL –
17 ATTORNEYS' EYES ONLY" or "CONFIDENTIAL" as described above.

18 Dated:  November 13, 2017        MORRISON & FOERSTER LLP

19
20       By:  */s/ Michael A. Jacobs*
          MICHAEL A. JACOBS

21       Attorneys for Defendants
22       UBER TECHNOLOGIES, INC. and
      OTTOMOTTO LLC