# Exhibit 8

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   WAYMO LLC

 6        Plaintiff,

 7            vs.              Case No.

 8   UBER TECHNOLOGIES,INC.;    17-cv-00939-WHA

 9   OTTOMOTTO, LLC; OTTO

10   TRUCKING LLC,

11        Defendants.

12   _____

13

14            **ATTORNEYS' EYES ONLY**

15

16     VIDEOTAPED DEPOSITION OF TRAVIS KALANICK

17           San Francisco, California

18            Thursday, July 27, 2017

19                 Volume I

20

21   REPORTED BY:

22   REBECCA L. ROMANO, RPR, CSR No. 12546

23   JOB NO. 2665725

24

25   PAGES 1 - 329
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.   Brief -- brief discussions.  I mean... | 11:40:57 |
| 2 | Q.   Do you have a practice -- withdrawn. | |
| 3 | You did exchange text messages with | |
| 4 | Mr. Levandowski, right? | |
| 5 | A.   Correct. | 11:41:12 |
| 6 | Q.   Do you recall deleting any of those | |
| 7 | texts? | |
| 8 | A.   I do not, no. | |
| 9 | Q.   Do you have any practices with respect to | |
| 10 | deleting texts on your phone? | 11:41:23 |
| 11 | A.   Outside of just the auto-delete, the | |
| 12 | 30-day auto-delete, no. | |
| 13 | Q.   And what's the 3A auto-delete? | |
| 14 | A.   Thirty -- the 30-day auto-delete is just | |
| 15 | a setting on my phone -- | 11:41:35 |
| 16 | Q.   Okay. | |
| 17 | A.   -- where after 30 days the -- the texts | |
| 18 | disappear. | |
| 19 | Q.   Do you still have -- is that still your | |
| 20 | setting on your phone? | 11:41:44 |
| 21 | A.   No. | |
| 22 | Q.   What is your setting now? | |
| 23 | A.   It's -- keeps forever now. | |
| 24 | Q.   And when did you change the setting? | |
| 25 | A.   A few weeks ago. | 11:41:51 |

Page 160