# Exhibit 9

**From:**          Uriarte, Robert L. <ruriarte@orrick.com>
**Sent:**          Wednesday, August 23, 2017 6:10 PM
**To:**            Charles K Verhoeven; James Judah
**Cc:**            agonzalez@mofo.com; kdunn@bsfllp.com; SRivera@mofo.com; Haag, Melinda; Brown, Walter F.
**Subject:**       Waymo/Uber- Kalanick Configuration File Production
**Attachments:**   8.23.2017 TK Config File Production .7z

Counsel:

Attached please find Mr. Kalanick's production of configuration files that reflect the automatic deletion settings for his iPhone.  The configuration files are produced natively as .plist files and can be viewed with advanced text editors such as Notepad ++.

Also attached is a Microsoft Excel spreadsheet exported from the Cellebrite tool that serves as a legend for the configuration files that are being produced.

Password to follow under separate cover.

Thanks

Rob


**Robert L. Uriarte**
Senior Associate

Orrick

Silicon Valley ⓥ
T +1-650-289-7105
M (650) 208-9179
ruriarte@orrick.com



---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.