# Exhibit 13

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN FRANCISCO DIVISION
 4
 5   WAYMO, LLC,                    )
 6            Plaintiffs,           )
 7            - vs -                ) Case  No.
 8   UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939
 9   OTTOMOTTO LLC; OTTO            )
10   TRUCKING, LLC,                 )
11            Defendants.           )
12   _____
13
14
15       VIDEOTAPED DEPOSITION OF JOHN BARES,
16   a witness, called by the Plaintiff for examination,
17   in accordance with the Federal Rules of Civil
18   Procedure, taken by and before Tammie Elias, RPR and
19   Notary Public in and for the Commonwealth of
20   Pennsylvania, at the office of Reed Smith, 225 Fifth
21   Avenue, Suite 1200, Pittsburgh, Pennsylvania, on
22   Friday, June 16, 2017, commencing at 9:05 a.m.
23
24   JOB No. 2640097
25   PAGES 1 - 317
```

Page 1

| | | |
|---|---|---|
| 1 | week of May, yes, May of 2017. | 09:24a |
| 2 | BY MR. JUDAH: | 09:24a |
| 3 | Q.  You referred earlier to consulting work | 09:24a |
| 4 | Mr. Levandowski did starting in late April, | 09:24a |
| 5 | early May 2016; is that correct? | 09:24a |
| 6 | A.  Correct. | 09:24a |
| 7 | Q.  Before that time, had Mr. Levandowski done any | 09:24a |
| 8 | work for Uber? | 09:25a |
| 9 | A.  Not that I'm aware of. | 09:25a |
| 10 | Q.  Can you elaborate on the consulting work | 09:25a |
| 11 | Mr. Levandowski did between late April, early | 09:25a |
| 12 | May and August 2016? | 09:25a |
| 13 | A.  It was quite comprehensive.  He would -- in | 09:25a |
| 14 | his role he examined everything we were doing, | 09:25a |
| 15 | from sensors to automotive OEM partners to | 09:25a |
| 16 | software design, to mapping, to labeling, | 09:25a |
| 17 | everything in the self-driving effort. | 09:25a |
| 18 | Reviewed all of those pieces, gave comments | 09:25a |
| 19 | and suggested, suggested change of direction, | 09:25a |
| 20 | paths forward, how to improve what we were | 09:25a |
| 21 | doing and gain higher speed. | 09:26a |
| 22 | Q.  Was Mr. Levandowski's consulting work, that | 09:26a |
| 23 | included Lidar; correct? | 09:26a |
| 24 | A.  Yes.  Yes, it did.  ██████████████ | 09:26a |
| 25 | ██████████████████████████ | 09:26a |

Page 19

|     |       |                                                              |        |
|-----|-------|--------------------------------------------------------------|--------|
| 1   |       | ███████████████████████████████.                             | 09:26a |
| 2   | Q.    | And what contract are you referring to?                      | 09:26a |
| 3   | A.    | A contract that I believe -- well, sorry, not                | 09:26a |
| 4   |       | at that time.  I'm off by several months.  So                | 09:26a |
| 5   |       | maybe rephrase the question.                                 | 09:26a |
| 6   | Q.    | Well, I was following up on you said that at                 | 09:26a |
| 7   |       | the time Uber was under contract █████                       | 09:26a |
| 8   |       | █████████████████?                                           | 09:26a |
| 9   | A.    | So that -- correct.  █████████████████                       | 09:26a |
| 10  |       | ████████████████████████████████                             | 09:26a |
| 11  |       | █████████████████████████████████                            | 09:27a |
| 12  |       | ██████████████████████████████████                           | 09:27a |
| 13  |       | ████████████████████████████                                 | 09:27a |
| 14  |       | ███████████████████████████████.                             | 09:27a |
| 15  | Q.    | Have you seen that contract?                                 | 09:27a |
| 16  | A.    | I've not seen the final contract, no.                        | 09:27a |
| 17  | Q.    | You have seen drafts of that contract?                       | 09:27a |
| 18  | A.    | I have.                                                      | 09:27a |
| 19  | Q.    | Do you know what was signed?                                 | 09:27a |
| 20  | A.    | I have not seen it, so I guess I don't know if               | 09:27a |
| 21  |       | it was signed.  I certainly assume it was.                   | 09:27a |
| 22  | Q.    | What else can you tell me about that contract?               | 09:27a |
| 23  |       |           MR. BRILLE:  Objection, form.                      | 09:27a |
| 24  | A.    | So I don't know the final form.  I know when I               | 09:27a |
| 25  |       | last saw the substantive contract would have                 | 09:27a |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | technical person ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 09:35a |
| 2 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 09:35a |
| 3 | ▆▆▆▆ and as we got into April, that was | 09:35a |
| 4 | pretty much locked. | 09:35a |
| 5 | They would ask me every once in | 09:35a |
| 6 | awhile for a question and what was left was | 09:35a |
| 7 | the terms of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 09:35a |
| 8 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 09:36a |
| 9 | and for whatever reason my involvement tapered | 09:36a |
| 10 | down at that point.  And it's similar to what | 09:36a |
| 11 | I have seen before in other agreements, it's | 09:36a |
| 12 | sort of the last few huge business discussions | 09:36a |
| 13 | are made at that final hours of the agreement | 09:36a |
| 14 | and I just wasn't part of that. | 09:36a |
| 15 | Q.   So getting back to the question I asked a | 09:36a |
| 16 | moment ago.  Has Anthony Levandowski ever been | 09:36a |
| 17 | an advisor to Travis Kalanick? | 09:36a |
| 18 | MR. BRILLE:  Objection, form. | 09:36a |
| 19 | A.   I believe, yes. | 09:36a |
| 20 | BY MR. JUDAH: | 09:36a |
| 21 | Q.   In what capacity and when was he an advisor to | 09:36a |
| 22 | Travis Kalanick? | 09:36a |
| 23 | MR. BRILLE:  Same objection. | 09:36a |
| 24 | A.   I believe he was provided advice to Travis | 09:36a |
| 25 | from sometime in December or January, December | 09:36a |

Veritext Legal Solutions
866 299-5127

```
 1          2015 to January 2016, and subsequently since        09:37a
 2          then.                                                09:37a
 3     BY MR. JUDAH:                                             09:37a
 4     Q.   Have you ever deleted an e-mail while you were       09:37a
 5          an Uber employee?                                    09:37a
 6               MR. BRILLE:  Objection, form.                   09:37a
 7     A.   Yes.                                                 09:37a
 8     BY MR. JUDAH:                                             09:37a
 9     Q.   Why have you deleted e-mails while you were an       09:37a
10          Uber employee?                                       09:37a
11     A.   I might get 4 or 500 e-mails a day and my way        09:37a
12          of processing e-mails is I delete everything         09:37a
13          that I don't need.  Of course it's not               09:37a
14          permanently deleted, I mean I delete it out of       09:37a
15          my inbox.  I mean you can go to the delete           09:37a
16          folder and it's all there.                           09:37a
17     Q.   So when you say it's not permanently deleted,        09:37a
18          where would those e-mails be?                        09:37a
19     A.   I assume that you can go on our Gmail server         09:37a
20          and just look in the deleted items folder.           09:37a
21     Q.   Have you ever been subject to a litigation           09:37a
22          hold while you have been an Uber employee?           09:38a
23     A.   I have.                                              09:38a
24     Q.   Have you ever deleted an e-mail while you were       09:38a
25          subject to a litigation hold?                        09:38a
```

Page 27