# Exhibit 17

ATTORNEYS EYES ONLY

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4                    ---oOo---

5

6   WAYMO LLC,

7          Plaintiff,

8   vs.                        No. 3:17-cv-00939-WHA

9   UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11         Defendants.

    _____/

12

13

14              ATTORNEYS' EYES ONLY

15

16    VIDEOTAPED DEPOSITION OF ANTHONY LEVANDOWSKI

17             SAN FRANCISCO, CALIFORNIA

18              FRIDAY, APRIL 14, 2017

19

20

21

22  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 2594023

25  Pages 1 - 184

                                        Page 1

```
 1        A    On the advice and direction of my counsel, I      10:44

 2    respectfully decline to answer.  And I assert the          10:44

 3    rights guaranteed to me under the Fifth Amendment of       10:44

 4    the Constitution of the United States.                     10:44

 5        Q    The 14,000 files that you exported to an          10:44

 6    external device on December 14th, 2015, were exported      10:45

 7    so that you could use them to compete with Google by       10:45

 8    using Google's confidential information; correct?          10:45

 9        A    On the advice and direction of my counsel, I      10:45

10    respectfully decline to answer.  And I assert the          10:45

11    rights guaranteed to me under the Fifth Amendment of       10:45

12    the Constitution of the United States.                     10:45

13        Q    The five files you exported on January 3rd,       10:45

14    2016, were exported so that you could compete with         10:46

15    Google by using Google's confidential information?         10:46

16        A    On the advice and direction of my counsel, I      10:46

17    respectfully decline to answer.  And I assert the          10:46

18    rights guaranteed to me under the Fifth Amendment of       10:46

19    the Constitution of the United States.                     10:46

20        Q    On January 11th, 2016, you exported a file        10:46

21    called "Chauffeur TL Weekly Updates Q4 2015" from          10:46

22    Google's internal drive database?                          10:46

23        A    On the direction of my counsel, I                 10:46

24    respectfully decline to answer.  And I assert the          10:46

25    rights guaranteed to me under the Fifth Amendment of       10:46
```

Page 67

ATTORNEYS EYES ONLY

```
 1    the Constitution of the United States.              10:46

 2         Q    On January 11, 2016, you exported a file from    10:46

 3    Google's internal drive database so that you could use    10:46

 4    it to support the new company you were founding --        10:46

 5    founding; correct?                                        10:46

 6         A    On the advice and direction of my counsel, I    10:46

 7    respectfully decline to answer.  And I assert the         10:46

 8    rights guaranteed to me under the Fifth Amendment of      10:46

 9    the Constitution of the United States.                    10:47

10         Q    On January 11, 2016, you exported a file from   10:47

11    Google's internal drive database so that you could use    10:47

12    it at your new company to compete with Google?            10:47

13         A    On the advice of and -- and direction of my     10:47

14    counsel, I respectfully decline to answer.  And I         10:47

15    assert the rights guaranteed to me under the Fifth        10:47

16    Amendment of the Constitution of the United States.       10:47

17         Q    You directed Google employees that you asked    10:47

18    to join you at your new company to export documents       10:47

19    from Google computers, before departing Google, to        10:47

20    bring with you to Waymo -- to Otto?                       10:47

21         A    On the advice and direction of my counsel, I    10:48

22    respectfully decline to answer.  And I assert the         10:48

23    rights guaranteed to me under the Fifth Amendment of      10:48

24    the Constitution of the United States.                    10:48

25         Q    Let me just ask that again, because I asked     10:48
```

Page 68