# Exhibit 20

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                       --oOo--

 5   WAYMO LLC,

 6              Plaintiff,

 7

     vs.                           Case No. 3:17-cv-00939-WHA
 8

 9   UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING LLC,

10              Defendants.

11   _____/

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15         30(b)(6) VIDEOTAPED DEPOSITION OF

16                LIOR RON, VOLUME II

17             MONDAY, OCTOBER 2, 2017

18

19

20   Reported by:

21   Anrae Wimberley

22   CSR No. 7778

23   Job No. 2716667A

24

25   Pages 312 - 616
```

Page 312

| | | |
|---|---|---|
| 1 | Do you see that?  IPhone. | 14:08:44 |
| 2 | A.   Yes, I think so.  Do you refer to the | |
| 3 | March 9th, 2016 message? | |
| 4 | Q.   That's what I just read. | |
| 5 | A.   Yes.  I can see that. | 14:09:04 |
| 6 | Q.   Do you recall that instruction? | |
| 7 | MR. RABIN:  Objection; scope. | |
| 8 | THE WITNESS:  I'm sorry.  Can you clarify. | |
| 9 | BY MR. CHERNY: | |
| 10 | Q.   Do you recall Levandowski instructing you | 14:09:12 |
| 11 | to delete all messages on your PC and iPhone? | |
| 12 | A.   I don't recall that specific instruction, | |
| 13 | but Anthony has mentioned to me from time to time | |
| 14 | his desire to delete messages. | |
| 15 | Q.   Okay.  And do you know why you deleted | 14:09:29 |
| 16 | that?  According to Stroz Friedberg, that message | |
| 17 | was deleted from your phone on March 9th, 2016. | |
| 18 | A.   I don't recall why I deleted that specific | |
| 19 | message, but, again, Anthony has mentioned from time | |
| 20 | to time his desire to delete messages. | 14:09:49 |
| 21 | Q.   Okay.  Take a look at page 21, please, | |
| 22 | which is 312470. | |
| 23 | A.   Yes. | |
| 24 | Q.   So do you see the part where it refers | |
| 25 | to -- it says, "As is true with respect to | 14:10:05 |

Veritext Legal Solutions
866 299-5127