# Exhibit 21

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4     _____
 5     WAYMO LLC,                             )
                                              )
 6                      Plaintiff,            )
         vs.                                  )   Case No.
 7                                            )   17-cv-00939-WHA
       UBER TECHNOLOGIES, INC.;               )
 8     OTTOMOTTO, LLC; OTTO TRUCKING LLC,     )
                                              )
 9                      Defendants.           )
                                              )
10                                            )
       _____ )
11
12
13       HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY
14                  VIDEOTAPED DEPOSITION OF
15                   OGNEN STOJANOVSKI, ESQ.
16                   San Francisco, California
17                   Thursday, July 20, 2017
18                         Volume I
19
20
21
22    Reported by:
      MARY J. GOFF
23    CSR No. 13427
24    Job No. 2663397
25    PAGES 1-321
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

```
 1    were really discussed at high-level things.  Like,        05:35:00
 2    do they really want our -- the Owl sensor in the          05:35:03
 3    team or is it -- the primary focus is on the team.        05:35:07
 4    Those high-level things.                                  05:35:10
 5              But there's any number of ways to               05:35:12
 6    structure a transaction once you decide you're going      05:35:16
 7    forward and this is how much you're paying for it.        05:35:18
 8         Q    (BY MR. JUDAH) Had you ever talked numbers      05:35:21
 9    with Trimble or any of the other potential                05:35:22
10    acquirers?                                                05:35:24
11         A    Yes.                                            05:35:25
12         Q    And what -- what kind of numbers had            05:35:25
13    been -- had been communicated either, you know,           05:35:27
14    by -- by Tyto to -- to the Trimble or potential           05:35:31
15    acquirer, whoever it would be, or vice versa?             05:35:34
16         A    We generally made our first asking -- I         05:35:38
17    mean, again, it changed over time, right, whether it      05:35:46
18    was lower, sort of our opening ask.  So if you were       05:35:50
19    interested, Are you willing to pay around                 05:35:55
20    $20 million for it, was the opening ask usually.          05:35:57
21         Q    The ultimate asset purchase by Ottomotto        05:36:01
22    was for approximately $8 million, correct?                05:36:05
23         A    Correct.                                        05:36:08
24         Q    And so -- so how did that -- how did the        05:36:09
25    process of -- of the acquisition -- of the asset          05:36:14
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | purchase by Ottomotto begin?  Did -- did someone | 05:36:16 |
| 2 | from Tyto LiDAR reach out to Ottomotto or did | 05:36:20 |
| 3 | someone from Ottomotto -- someone from Ottomotto | 05:36:23 |
| 4 | reach out to Tyto? | 05:36:25 |
| 5 |     A    Ottomotto reached out to Tyto. | 05:36:26 |
| 6 |     Q    And who from Ottomotto reached out to | 05:36:28 |
| 7 | Tyto? | 05:36:31 |
| 8 |     A    Well, Anthony reached out to me. | 05:36:33 |
| 9 |     Q    When was that? | 05:36:36 |
| 10 |     A    I would say February -- maybe late | 05:36:40 |
| 11 | February of 2016.  February or March.  Thereabouts. | 05:36:44 |
| 12 | Early 2016. | 05:36:48 |
| 13 |     Q    And that deal essentially -- when did that | 05:36:51 |
| 14 | deal get signed? | 05:36:57 |
| 15 |     A    I think it was signed -- signed early May | 05:37:00 |
| 16 | or maybe late April.  The ask -- I think it closed | 05:37:03 |
| 17 | May 6, but don't hold me to it.  It -- that's to the | 05:37:12 |
| 18 | best of my recollection. | 05:37:20 |
| 19 |     Q    So the whole deal went down relatively | 05:37:20 |
| 20 | quickly from the time -- I mean, if -- if the first | 05:37:23 |
| 21 | time that Anthony Levandowski reached out to you | 05:37:25 |
| 22 | about potentially acquiring Tyto was in -- was in | 05:37:28 |
| 23 | February or March, and the deal closed in May, then | 05:37:33 |
| 24 | it -- it closed in -- basically the whole process | 05:37:38 |
| 25 | took approximately two or three months? | 05:37:41 |

Page 278

| | | |
|---|---|---|
| 1 | A    Yes. | 05:37:44 |
| 2 | Q    And why -- why was the deal ultimately an | 05:37:47 |
| 3 | asset purchase as it compared to an acquisition? | 05:37:50 |
| 4 | MR. SAWYER:  Objection, form. | 05:37:53 |
| 5 | A    That's just the simplest most | 05:37:57 |
| 6 | straightforward deal that we could deal. | 05:38:02 |
| 7 | Q    (BY MR. JUDAH) Whose -- whose idea was it? | 05:38:04 |
| 8 | Was it something Ottomotto said, Hey, we don't have | 05:38:07 |
| 9 | to acquire everything; we want to acquire some | 05:38:10 |
| 10 | assets? | 05:38:13 |
| 11 | Or did -- did Tyto say, We don't really | 05:38:14 |
| 12 | want to be totally acquired; we just want to sell | 05:38:16 |
| 13 | some assets? | 05:38:19 |
| 14 | A    I don't recall exactly, but it might have | 05:38:23 |
| 15 | been my idea to initiate it as an Asset Purchase | 05:38:26 |
| 16 | Agreement. | 05:38:31 |
| 17 | Q    And why did you propose it as an Asset | 05:38:32 |
| 18 | Purchase Agreement? | 05:38:35 |
| 19 | A    Because for a while I was contemplating a | 05:38:38 |
| 20 | possibility in that Otto was not -- did not seem to | 05:38:42 |
| 21 | be interested in our map -- in our actual product, | 05:38:47 |
| 22 | our mapping LiDAR, but rather more our team and | 05:38:50 |
| 23 | using that team to try and build an autonomous | 05:38:54 |
| 24 | vehicle sensor, I wanted to try and preserve the | 05:38:57 |
| 25 | option of actually retaining the Owl sensor designs | 05:39:01 |

Page 279

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | those e-mail accounts. | 06:42:49 |
| 2 | Q    Was it before or after, you know, | 06:42:50 |
| 3 | January 1 of 2017? | 06:42:53 |
| 4 | A    It was before January 1, 2017. | 06:42:57 |
| 5 | Q    But why did you close down those e-mail | 06:42:59 |
| 6 | domain names at -- let me ask you that again. | 06:43:03 |
| 7 | Why did you close down those e-mail | 06:43:04 |
| 8 | accounts and e-mail archives? | 06:43:07 |
| 9 | A    Because at the end of day we did wind up | 06:43:09 |
| 10 | selling the Owl sensor itself too.  And Tyto was -- | 06:43:11 |
| 11 | no longer was an ongoing concern with real business | 06:43:19 |
| 12 | opportunities, but rather, just had to have some | 06:43:21 |
| 13 | cash in the bank account. | 06:43:25 |
| 14 | So -- so I wound up -- I wound down all | 06:43:27 |
| 15 | other accounts.  And once I was done winding down | 06:43:30 |
| 16 | all other accounts, I didn't need to have Tyto | 06:43:33 |
| 17 | LiDAR's anymore.  That -- it didn't make sense in | 06:43:35 |
| 18 | paying for ongoing an e-mail host. | 06:43:37 |
| 19 | THE COURT REPORTER:  I'm sorry.  I didn't | 06:43:40 |
| 20 | need to have Tyto LiDAR? | 06:43:41 |
| 21 | A    Sorry.  Can you say it again? | 06:43:41 |
| 22 | (The Reporter read the record as follows: | 06:43:47 |
| 23 | And once I was done winding down all other accounts, | 06:43:47 |
| 24 | I didn't need to have Tyto LiDAR?) | 06:43:47 |
| 25 | A    I didn't need to have access to Tyto LiDAR | 06:43:48 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | e-mail anymore, so there wasn't any sense in paying | 06:43:50 |
| 2 | for ongoing e-mail hosting services. | 06:43:54 |
| 3 | Q    (BY MR. JUDAH) Are those e-mail accounts | 06:43:58 |
| 4 | and e-mail archives recoverable? | 06:44:00 |
| 5 | A    I don't know. | 06:44:03 |
| 6 | Q    What -- who -- who was the host of those | 06:44:04 |
| 7 | e-mail accounts and e-mail archives? | 06:44:07 |
| 8 | A    Google. | 06:44:11 |
| 9 | Q    Google what? | 06:44:14 |
| 10 | A    Well, I don't -- whatever it is.  G-mail | 06:44:17 |
| 11 | hosting for business -- I'm not sure of the exact -- | 06:44:19 |
| 12 | you know, companies that -- like G-mail Professional | 06:44:24 |
| 13 | Services from Google. | 06:44:27 |
| 14 | Q    Is it your understanding that all of those | 06:44:29 |
| 15 | e-mails have been permanently destroyed? | 06:44:31 |
| 16 | A    I don't know if they have been permanently | 06:44:36 |
| 17 | destroyed or not. | 06:44:38 |
| 18 | Q    Do you have any documents that -- that | 06:44:42 |
| 19 | provide -- well, let me ask you this:  If you wanted | 06:44:44 |
| 20 | to try to recover those e-mails, what would you do? | 06:44:45 |
| 21 | MR. SAWYER:  Objection, form. | 06:44:50 |
| 22 | MS. RAY:  Join. | 06:44:50 |
| 23 | A    I'm not sure how I would go about it.  I | 06:44:51 |
| 24 | don't know.  I would try to contact Google, I guess. | 06:44:53 |
| 25 | Q    (BY MR. JUDAH) Did you ever discuss having | 06:44:57 |

Page 311