# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

______________________________________

WAYMO LLC, )

Plaintiff, )

vs. ) Case No.

UBER TECHNOLOGIES, INC.; ) 17-cv-00939-WHA

OTTOMOTTO, LLC; OTTO TRUCKING LLC, )

Defendants. )

______________________________________)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER

San Francisco, California

Friday, September 22, 2017

Volume I

Reported by:

MARY J. GOFF

CSR No. 13427

Job No. 2714429

PAGES 1-145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | I don't know the answer to that question. | 10:32:01 |
| 2 | Q | Sir, would you please turn to the page | 10:32:12 |
| 3 | | ending in 566? | 10:32:15 |
| 4 | A | Yes. | 10:32:18 |
| 5 | Q | And do you see at the top of the page that | 10:32:19 |
| 6 | | this page is called "Launch Schedule"? | 10:32:21 |
| 7 | A | Yes. | 10:32:25 |
| 8 | Q | And the table has a bear case, a base | 10:32:25 |
| 9 | | case, and a bull case? | 10:32:30 |
| 10 | A | Yes. | 10:32:32 |
| 11 | Q | And in this case, sir, you used the base | 10:32:33 |
| 12 | | case; is that fair? | 10:32:36 |
| 13 | A | Correct. | 10:32:38 |
| 14 | Q | According to the launch schedule in this | 10:32:40 |

[Remainder of page redacted]

60



A As far as I know, they have not. 10:33:09

Q The assumption -- 10:33:09

THE COURT REPORTER: Wait. 10:33:09

Q And some of these other systems include cameras? 11:14:29 11:14:31
A Yes. 11:14:32
Q Radar? 11:14:32
A Yes. 11:14:33
Q Sonar? 11:14:35
A I don't think in your client's product -- or my client's product, but I think some people have suggested using sonar. 11:14:36 11:14:38 11:14:41
Q Software? 11:14:43
A Clearly. 11:14:44
Q And the vehicle itself? 11:14:45
A Certainly. 11:14:48
Q Your -- your report, sir, does not discuss how a trade secret related to LiDAR could advance development of these other systems, does it? 11:14:52 11:14:55 11:15:00
A No. I think that many of those other systems -- not all, but some -- are dependent upon the finalization of your LiDAR development. But that's really a technical question. I'm not giving an independent opinion. I think Dr. Hesselink will do that. And I'm relying upon his judgment. 11:15:03 11:15:05 11:15:10 11:15:13 11:15:16 11:15:19
Q So looking only now, sir, at the work that you did -- that you personally did, you're not saying that advancing LiDAR is going to have an 11:15:23 11:15:25 11:15:28

I, MARY J. GOFF, CSR No. 13427, Certified Shorthand Reporter of the State of California, certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

That before completion of the deposition, review of the transcript ( ) was (XX) was not requested: ( ) that the witness has failed or refused to approve the transcript.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, dated this 23rd day of September, 2017.

MARY J. GOFF, CSR No. 13427