| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|  | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|  | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|  | Tel: 415.268.7000 / Fax: 415.268.7522 |
| 5 | |
|  | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|  | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|  | Washington DC 20005 |
| 9 | Tel: 202.237.2727 / Fax: 202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
|  | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
|  | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
|  | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023 |
|  | Tel: 212.336.8330 / Fax: 212.336.8340 |
| 14 | |
|  | Attorneys for Defendants |
| 15 | UBER TECHNOLOGIES, INC. |
|  | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF IAN M. GORE IN SUPPORT OF DEFENDANTS' UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION IN LIMINE NO. 27 TO EXCLUDE DR. HESSELINK'S SAVED DEVELOPMENT TIME OPINIONS** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendant. | |
| | Courtroom: 8, 19th Floor |
| | Judge: The Honorable William Alsup |
| | Trial Date: December 4, 2017 |

I, Ian M. Gore, declare as follows:

1. I am an associate with the law firm of Susman Godfrey LLP. I am a member in good standing of the Bar of the State of New York. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion in Limine No. 27 to Exclude Dr. Hesselink's Saved Development Time Opinions.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the September 22, 2017 deposition of Michael J. Wagner.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the September 26, 2017 deposition of Lambertus Hesselink, Ph.D.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the August 24, 2017 Opening Expert Report of Lambertus Hesselink, Ph.D.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the September 14, 2017 Reply Expert Report of Lambertus Hesselink, Ph.D.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the September 14, 2017 Expert Reply Report of Michael J. Wagner.

7. Attached as **Exhibit 6** is a true and correct copy of the Curriculum Vitae of Professor Lambertus Hesselink, Ph.D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of November, 2017, at New York, New York.

                                             */s/ Ian M. Gore*
                                              Ian M. Gore

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ian M. Gore has concurred in this filing.

Dated: November 13, 2017         */s/ Michael A. Jacobs*
                                 MICHAEL A. JACOBS