# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WAYMO LLC, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. |
| UBER TECHNOLOGIES, INC.; | ) | 17-cv-00939-WHA |
| OTTOMOTTO, LLC; OTTO TRUCKING LLC, | ) | |
| Defendants. | ) | |
| | ) | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER

San Francisco, California

Friday, September 22, 2017

Volume I

Reported by:

MARY J. GOFF

CSR No. 13427

Job No. 2714429

PAGES 1-145

A I don't know the answer to that question. 10:32:01
Q Sir, would you please turn to the page ending in 566? 10:32:12 10:32:15
A Yes. 10:32:18
Q And do you see at the top of the page that this page is called "Launch Schedule"? 10:32:19 10:32:21
A Yes. 10:32:25
Q And the table has a bear case, a base case, and a bull case? 10:32:25 10:32:30
A Yes. 10:32:32
Q And in this case, sir, you used the base case; is that fair? 10:32:33 10:32:36
A Correct. 10:32:38
Q According to the launch schedule in this 10:32:40
[redacted]



A As far as I know, they have not. 10:33:09

Q The assumption -- 10:33:09

THE COURT REPORTER: Wait. 10:33:09

61

Q And some of these other systems include cameras? 11:14:29 11:14:31

A Yes. 11:14:32

Q Radar? 11:14:32

A Yes. 11:14:33

Q Sonar? 11:14:35

A I don't think in your client's product -- or my client's product, but I think some people have suggested using sonar. 11:14:36 11:14:38 11:14:41

Q Software? 11:14:43

A Clearly. 11:14:44

Q And the vehicle itself? 11:14:45

A Certainly. 11:14:48

Q Your -- your report, sir, does not discuss how a trade secret related to LiDAR could advance development of these other systems, does it? 11:14:52 11:14:55 11:15:00

A No. I think that many of those other systems -- not all, but some -- are dependent upon the finalization of your LiDAR development. But that's really a technical question. I'm not giving an independent opinion. I think Dr. Hesselink will do that. And I'm relying upon his judgment. 11:15:03 11:15:05 11:15:10 11:15:13 11:15:16 11:15:19

Q So looking only now, sir, at the work that you did -- that you personally did, you're not saying that advancing LiDAR is going to have an 11:15:23 11:15:25 11:15:28

I, MARY J. GOFF, CSR No. 13427, Certified Shorthand Reporter of the State of California, certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

That before completion of the deposition, review of the transcript ( ) was (XX) was not requested: ( ) that the witness has failed or refused to approve the transcript.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, dated this 23rd day of September, 2017.

MARY J. GOFF, CSR No. 13427