# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    _____
 5    WAYMO LLC,                                 )
 6                                               )
                  Plaintiff,                     )
 7                                               )
        vs.                                      )   Case No.
                                                 )   17-cv-00939-WHA
 8                                               )
      UBER TECHNOLOGIES, INC.;                   )
 9    OTTOMOTTO, LLC; OTTO TRUCKING LLC,         )
                                                 )
10                Defendants.                    )
11    _____)
12
13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15              VIDEOTAPED DEPOSITION OF
16              LAMBERTUS HESSELINK, Ph.D.
17               San Francisco, California
18            Tuesday, September 26, 2017
19                    Volume I
20
21    Reported by:
22    MARY J. GOFF
23    CSR No. 13427
      Job No. 2714543
24
25    PAGES 1 - 295
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | I said before, I teach courses in that field as | 10:06:19 |
| 2 | well. | 10:06:22 |
| 3 | Q   To confirm, you have never worked on | 10:06:22 |
| 4 | self-driving cars, correct? | 10:06:24 |
| 5 | A   Not specifically on self-driving cars, | 10:06:27 |
| 6 | correct. | 10:06:29 |
| 7 | Q   And then again with the same up to page 17 | 10:06:30 |
| 8 | "Scholarly Publications" barrier in mind, what | 10:06:33 |
| 9 | expertise would you point to on your CV that relates | 10:06:39 |
| 10 | to the design of an actual printed circuit board | 10:06:41 |
| 11 | with components and circuit layouts and the metal | 10:06:47 |
| 12 | layers, et cetera? | 10:06:51 |
| 13 | MR. NEUKOM:   Objection to form. | 10:06:54 |
| 14 | A   Where I personally have designed and laid | 10:06:56 |
| 15 | out a printed circuit board? | 10:06:59 |
| 16 | Q   (BY MR. JACOBS) Correct. | 10:07:01 |
| 17 | A   The only printed circuit board work that I | 10:07:10 |
| 18 | have done has been in relationship to classes that I | 10:07:12 |
| 19 | have taught.  And during my Ph.D. work at Caltech, I | 10:07:15 |
| 20 | actually built my own electronic circuits. | 10:07:18 |
| 21 | But I'm certainly not an expert on printed | 10:07:22 |
| 22 | circuit board technology and the many different ways | 10:07:27 |
| 23 | in which that can be done. | 10:07:29 |
| 24 | But I have utilized it in a number of | 10:07:32 |
| 25 | applications, and I have been involved in companies | 10:07:35 |

Page 25

| | | |
|---|---|---|
| 1 | autonomous vehicles.  Is that what your question is? | 02:53:33 |
| 2 | Q    All right.  Now I see the confusion. | 02:53:35 |
| 3 | Is -- is the availability of a -- of LiDARs to | 02:53:37 |
| 4 | Waymo, a gating item today in Waymo's deployment | 02:53:39 |
| 5 | commercially of fully autonomous vehicles? | 02:53:45 |
| 6 | MR. NEUKOM:  Objection to form. | 02:53:50 |
| 7 | A    I -- I have no direct knowledge of what | 02:53:53 |
| 8 | the critical paths are in the development of that | 02:53:55 |
| 9 | product or service or technology. | 02:54:00 |
| 10 | Q    (BY MR. JACOBS) And in the case of Uber, | 02:54:01 |
| 11 | is the availability of LiDARs to Uber, the reason | 02:54:02 |
| 12 | Uber has not deployed commercially fully autonomous | 02:54:08 |
| 13 | vehicles? | 02:54:13 |
| 14 | A    I -- I have no insight.  The only thing I | 02:54:19 |
| 15 | can say about it is that Uber started driving a lot | 02:54:22 |
| 16 | of miles after Levandowski went from Google to Uber, | 02:54:28 |
| 17 | and I would think that that is an absolute | 02:54:32 |
| 18 | prerequisite of making that system work. | 02:54:35 |
| 19 | But if the LiDAR is a limiting factor, I | 02:54:38 |
| 20 | would certainly not know. | 02:54:42 |
| 21 | Q    Let me ask it conversely.  If -- let's | 02:54:43 |
| 22 | assume the worst-case scenario from Waymo's | 02:54:46 |
| 23 | intellectual property standpoint, which is a | 02:54:50 |
| 24 | hypothetical in which Levandowski actually does take | 02:54:52 |
| 25 | the schematics for GBR3 and creates a clone of GBR3 | 02:54:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | at Uber and then proliferates that kind of LiDAR | 02:55:05 |
| 2 | across a large population of cars. | 02:55:12 |
| 3 | Would Uber be able to deploy those cars | 02:55:16 |
| 4 | today under the -- under that factual scenario | 02:55:20 |
| 5 | commercially for fully autonomous driving? | 02:55:23 |
| 6 | A   I would think that would be unlikely. But | 02:55:28 |
| 7 | I have no insight as to what other things that Uber | 02:55:31 |
| 8 | is working on, if they have a stellar software team, | 02:55:35 |
| 9 | if they have all the needed components to make a | 02:55:39 |
| 10 | self-driving car. | 02:55:42 |
| 11 | So far I don't think I have seen an | 02:55:43 |
| 12 | example that they can do that. But again, I have no | 02:55:46 |
| 13 | insight into the Uber development program, other | 02:55:49 |
| 14 | than what I have opined about. | 02:55:53 |
| 15 | Q   What is an example in your work with | 02:55:57 |
| 16 | imaging? And you can correct the word, if you want. | 02:56:01 |
| 17 | I just use imaging to describe a lot of your | 02:56:05 |
| 18 | research work related -- that you were describing | 02:56:07 |
| 19 | before. | 02:56:10 |
| 20 | What is your work related to imaging in | 02:56:11 |
| 21 | which the software -- as you look back on it, the | 02:56:12 |
| 22 | software was the most significant challenge you | 02:56:16 |
| 23 | needed to overcome? | 02:56:18 |
| 24 | A   Well, in the 1990s -- actually, going back | 02:56:19 |
| 25 | to the 1980s, fluid mechanics prior to that was | 02:56:29 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1         █████    So based on all of that analysis that I         05:25:44
2    have, I believe that they are very similar.                   05:25:48
3         Q    And "they" being ███████████ in GBR3                05:25:50
4    in Fuji?                                                      05:25:53
5         A    Yeah, ████████████████                              
                ████████████████████████████████████
                ████████████████████████████████████
                ████████████████████████████████████                05:26:05
9         A    As far as I can tell from what I know,              05:26:12
10   yes.                                                           05:26:15
11        Q    Is it your understanding when you were              05:26:20
12   calculating the time periods that relate to the                05:26:22
13   value of each of the trade secrets in your report              05:26:27
14   that work on -- the work that was foregone by virtue           05:26:29
15   of, you say, acquisition of the trade secrets was              05:26:38
16   work that would have been done in -- sequentially as           05:26:42
17   to each trade secret or in parallel?                           05:26:47
18             MR. NEUKOM:   Objection to form.                     05:26:52
19        A    That's a complicated question I can't                05:26:53
20   really answer completely.  So so my understanding is           05:26:56
21   that there was a limited number of engineers working           05:27:01
22   on different projects.  And since you only have a              05:27:05
23   certain number of resources, you have to decide                05:27:11
24   where you spend those resources.                               05:27:14
25        ████████████████████████████████████                      05:27:16
```

Page 264

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | ████ |
| 2 | ███████████████████████████████████████ | ████ |
| 3 | ████████████████ ███████████████████ | ████ |
| 4 | ███████████████████████████████████████ | ████ |
| 5 | ███████████████████████████████████████ | ████ |
| 6 | ████████████████████████ | 05:27:37 |
| 7 | So in that sense, it may or may not have | 05:27:38 |
| 8 | been in parallel or in series.  It depends on what | 05:27:43 |
| 9 | the particular trade secrets are.  Some of them | 05:27:47 |
| 10 | might have been done in a series.  Others probably | 05:27:50 |
| 11 | would have gone in parallel. | 05:27:52 |
| 12 | Q    (BY MR. JACOBS) You haven't analyzed | 05:27:52 |
| 13 | which -- what the interrelationships are in that | 05:27:54 |
| 14 | connection? | 05:27:57 |
| 15 | MR. NEUKOM:  Objection -- | 05:28:00 |
| 16 | A    I was not -- | 05:28:00 |
| 17 | MR. NEUKOM:  -- to form. | 05:28:00 |
| 18 | A    -- I was not asked to kind of build a time | 05:28:01 |
| 19 | sequence and find out how these trade secrets were | 05:28:05 |
| 20 | misappropriated and what the relation was -- | 05:28:09 |
| 21 | relationship was between them. | 05:28:11 |
| 22 | Q    (BY MR. JACOBS) And as between LiDAR | 05:28:13 |
| 23 | development -- | 05:28:16 |
| 24 | THE VIDEOGRAPHER:  I can't hear you. | 05:28:16 |
| 25 | Q    (BY MR. JACOBS) -- and other aspects -- as | 05:28:18 |

Page 265

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | between LiDAR development and other aspects of | 05:28:19 |
| 2 | autonomous vehicle development, is it your | 05:28:23 |
| 3 | understanding that those other aspects could not | 05:28:24 |
| 4 | have been undertaken until the foregone time that we | 05:28:29 |
| 5 | were just referring to was expended or that all that | 05:28:34 |
| 6 | could have -- could under -- could be undertaken in | 05:28:38 |
| 7 | parallel? | 05:28:40 |
| 8 |     MR. NEUKOM:  Objection to form. | 05:28:41 |
| 9 | A   It's a complicated question.  So you said, | 05:28:43 |
| 10 | All the other aspects. | 05:28:45 |
| 11 |     I'm not quite sure what you mean by that. | 05:28:47 |
| 12 | Q   (BY MR. JACOBS) Well, let me back up.  You | 05:28:49 |
| 13 | understand that Uber has been using Velodyne LiDARs | 05:28:50 |
| 14 | on its self-driving vehicles to develop its | 05:28:53 |
| 15 | self-driving capability to date, correct? | 05:28:57 |
| 16 | A   That's part of -- | 05:29:00 |
| 17 |     MR. NEUKOM:  Objection to form. | 05:29:01 |
| 18 | A   -- I believe that that's part of their | 05:29:01 |
| 19 | process, yes. | 05:29:03 |
| 20 | Q   (BY MR. JACOBS) And that -- and do you | 05:29:03 |
| 21 | have any information that any other LiDAR has been | 05:29:05 |
| 22 | actually installed on an Uber self-driving vehicle | 05:29:08 |
| 23 | that's been deployed to the roadway? | 05:29:11 |
| 24 | A   I don't have detailed knowledge about | 05:29:15 |
| 25 | everything that is on Uber's driving cars. | 05:29:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1     Q    That 12-month period would have ended last       05:35:33
 2   month, correct, sir?                                    05:35:36
 3          MR. NEUKOM:  Objection to form.                  05:35:40
 4     A    And if they started 13 months or 12 months       05:35:40
 5   ago.                                                    05:35:45
 6     Q    (BY MR. JACOBS) And August 12, 2016 was          05:35:45
 7   when the acquisition closed?                            05:35:47
 8     A    Yeah.  Oh, I mean, if they started then          05:35:49
 9   and if that was the 12-month period, that would be      05:35:52
10   the case, if you calculate it that way.                 05:35:54
11     Q    And meanwhile, Uber's use of Velodyne            05:35:56
12   LiDAR to develop other aspects of its self-driving      05:35:59
13   technology would be underway, correct, sir?             05:36:02
14          MR. NEUKOM:  Objection to form.                  05:36:04
15     A    I believe that they are doing experiments        05:36:06
16   with the LiDAR from Velodyne.                           05:36:10
17     Q    (BY MR. JACOBS) So you're familiar with          05:36:13
18   the expression "the but-for world"?                     05:36:14
19     A    Which one?                                       05:36:16
20     Q    The but-for-world?                               05:36:16
21     A    No.                                              05:36:16
22     Q    And the but-for world is the hypothetical        05:36:16
23   world in which the misappropriation does not take       05:36:19
24   place.                                                  05:36:22
25     A    Okay.                                            05:36:23
```

Page 271

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q   So in the hypothetical world from your | 05:36:24 |
| 2 | standpoint, the actual world from our standpoint, | 05:36:26 |
| 3 | the -- the hypothetical world from your standpoint, | 05:36:28 |
| 4 | the hypothetical but-for world, is it your | 05:36:30 |
| 5 | contention that the mis -- the alleged | 05:36:40 |
| 6 | misappropriation that has taken place had to have | 05:36:48 |
| 7 | been addressed by Uber's own development efforts | 05:36:53 |
| 8 | before any other autonomous vehicle development | 05:36:56 |
| 9 | efforts could be undertaken? | 05:36:59 |
| 10 |         MR. NEUKOM:  Objection to form.  And I | 05:37:01 |
| 11 | will take a standing objection to any question that | 05:37:07 |
| 12 | relies on this hypothetical or but-for world. | 05:37:10 |
| 13 |         And I think counsel and I have an | 05:37:12 |
| 14 | different understanding of that term, so -- but you | 05:37:14 |
| 15 | should still answer to the best of your ability. | 05:37:21 |
| 16 |     A   You're -- if I understand you correctly, | 05:37:27 |
| 17 | you're asking me in some hypothetical world whether | 05:37:28 |
| 18 | or not Uber would have to carry out all of these | 05:37:32 |
| 19 | trade secret efforts to design around it or develop | 05:37:37 |
| 20 | it on their own before they can do something else? | 05:37:39 |
| 21 |     Q   (BY MR. JACOBS) Yes. | 05:37:43 |
| 22 |     A   I would say the answer to that is no. | 05:37:45 |
| 23 | There are certain things that you could do without | 05:37:50 |
| 24 | first working out all of the trade secrets. | 05:37:55 |
| 25 |     Q   Is there any trade secret that is a | 05:37:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    I, MARY J. GOFF, CSR No. 13427, Certified
2  Shorthand Reporter of the State of California,
3  certify;
4    That the foregoing proceedings were taken
   before me at the time and place herein set forth, at
5  which time the witness declared under penalty of
6  perjury; that the testimony of the witness and all
7  objections made at the time of the examination were
8  recorded stenographically by me and were thereafter
   transcribed under my direction and supervision; that
9  the foregoing is a full, true, and correct
10 transcript of my shorthand notes so taken and of the
11 testimony so given;
     That before completion of the deposition,
12 review of the transcript ( ) was (XX) was not
13 requested:   (  ) that the witness has failed or
14 refused to approve the transcript.
15    I further certify that I am not financially
   interested in the action, and I am not a relative or
16 employee of any attorney of the parties, nor of any
17 of the parties.
18    I declare under penalty of perjury under the
19 laws of California that the foregoing is true and
20 correct, dated this 27th day of September 2017.
21
22
23
24 _____
25    MARY J. GOFF, CSR No. 13427

Page 295