UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR JURY INSTRUCTION BASED ON SPOLIATION** |

Plaintiff Waymo LLC ("Waymo") has filed a Motion for Jury Instruction Based on Spoliation (the "Motion").

Having considered the Motion, as well as any response thereto, the Court hereby **GRANTS** the Motion in its entirety. **IT IS HEREBY ORDERED** that the jury will be given the following instruction at trial:

1) Defendants had a duty to preserve relevant evidence, including text message communications, collaboration platforms, and external hard drives and disks;

2) Despite this obligation, Defendants failed to preserve large volumes of relevant emails and other documents;

3) Defendants acted in bad faith in failing to preserve the relevant documents; and

4) the jury should presume that the communications, documents and other files that Defendants failed to preserve would have been favorable to Waymo's case and unfavorable to Defendants' case.

**IT IS SO ORDERED.**

Dated: November 13, 2017

HON. WILLIAM ALSUP
United States District Court Judge