1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S PRECIS IN SUPPORT OF REQUEST TO FILE MOTION IN LIMINE TO EXCLUDE TESTIMONY AND OPINIONS OF WAYMO EXPERT LAMBERTUS HESSELINK ON TS 25** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  Portions of Its Opposition to Defendants Uber Technologies, Inc. and Ottomotto LLC's Precis in
3  Support of Request to File Motion in Limine to Exclude Testimony and Opinions of Waymo
4  Expert Lambertus Hesselink on TS 25 ("Administrative Motion").

5  Having considered the Administrative Motion, and good cause to seal having been shown,
6  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
7  below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Opposition | Highlighted Portions | Waymo (green highlighting); Defendants (blue highlighting) |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Judge