Clear Form

# TRANSCRIPT ORDER
Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Ethel Villegas
**2a. CONTACT PHONE NUMBER:** (650) 813-5765
**3. CONTACT EMAIL ADDRESS:** EVillegas@mofo.com

**1b. ATTORNEY NAME (if different):** Arturo J. Gonzalez
**2b. ATTORNEY PHONE NUMBER:** (415) 268-7000
**3. ATTORNEY EMAIL ADDRESS:** AGonzalez@mofo.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Morrison & Foerster LLP
425 Market Street, San Francisco, CA 94105-2482

**5. CASE NAME:** Waymo LLC v. Uber Technologies, Inc., et al.

**6. CASE NUMBER:** 3:17-cv-939-WHA

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→** ☐ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2017 | WHA | Trial | | ● | ● | ○ | ● | ● | ○ | ○ | ○ | ⦿ | ⦿ | ⦿ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
We would like four realtime feeds please. Same day delivery of requested. Please email draft and final transcripts to: evillegas@mofo.com, agonzalez@mofo.com, UberWaymoMoFoAttorneys@mofo.com, BSF_EXTERNAL_UberWaymoLit@bsfllp.com, and Uber-sg@LISTS.SUSMANGODFREY.COM. Thank you.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Arturo J. Gonzalez
**12. DATE:** 11/14/2017

**DISTRIBUTION:**   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY