IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br>    Plaintiff, <br><br>  v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br>    Defendants. | No. C 17-00939 WHA <br><br> **ORDER DENYING REQUEST TO FILE ADDITIONAL MOTION *IN LIMINE*** |

The Court has reviewed defendants' request to file yet another motion *in limine* to exclude the testimony and opinions of Lambertus Hesselink on asserted trade secret number 25 (Dkt. No. 2188) and the opposition thereto (Dkt. No. 2207). The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE