IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE REASONABLE ROYALTY INSTRUCTIONS**

By **NOVEMBER 17 AT NOON**, counsel shall please submit agreed-upon jury instructions on the reasonable royalty issue, incorporating the *Georgia-Pacific* factors that will actually be used by either side (and no others) plus all other instructions needed for the issue.

**IT IS SO ORDERED.**

Dated: November 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE