| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 02/2015) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Gareth Oania | 2a. CONTACT PHONE NUMBER (415) 733-6064 | 3. CONTACT EMAIL ADDRESS goania@goodwinlaw.com |
| 1b. ATTORNEY NAME (if different) I. Neel Chatterjee | 2b. ATTORNEY PHONE NUMBER (650) 752-3100 | 3. ATTORNEY EMAIL ADDRESS nchatterjee@goodwinlaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Goodwin Procter LLP 135 Commonwealth Drive Menlo Park CA 94025 | 5. CASE NAME Waymo LLC v. Uber Technologies, Inc., et al | 6. CASE NUMBER 3:17-cv-00939 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Katherine Sullivan | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☒ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2017 | WHA | Hearing | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Please email to NChatterjee@goodwinlaw.com, mleahy@goodwinlaw.com

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE   /s/ I. Neel Chatterjee

12. DATE   11/15/2017

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY