MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFERS OF PROOF REGARDING REASONABLE ROYALTY DAMAGES AND DISCLOSURE OF THE ASSERTED TRADE SECRETS (DKT. 2189)** |

I, Thomas J. Pardini, declare as follows:

1.  I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Offers of Proof Regarding Reasonable Royalty Damages and Disclosure of the Asserted Trade Secrets (Dkt. 2189).

2.  I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 | Entire Document |
| Exhibit 2 | Blue Highlights |

3.  The entirety of Exhibit 1 contains highly confidential information regarding various components of Uber's LiDAR sensors, including engineering drawings. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to gain insight into the technical details of Uber's LiDAR sensors, allowing them to tailor their own technical development to the detriment of Uber.

4.  The blue highlights added to the attached Exhibit 2 contain highly confidential information regarding Uber's business strategy, company expenditures outside of the self-driving car field, current and potential cost models, draft financial forecasts based on hypothetical assumptions, and estimated development timelines. The blue highlights also contain highly confidential information regarding third-party vendors with business agreements subject to NDAs, including pricing information. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information would give competitors knowledge into elements of Uber's business strategy, financial estimates regarding

PARDINI DECLARATION ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
SAN_FRANCISCO- 3842207

1

various elements of Uber's business, and confidential vendors.  Uber's competitive standing could be significantly harmed.

5. Defendants' request to seal is narrowly tailored to the portions of Waymo's Offers of Proof that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of November, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini

PARDINI DECLARATION ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3842207

2