1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@SusmanGodfrey.com
12  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY  10019-6023
    Tel:  212.336.8330 / Fax:  212.336.8340
14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20  | WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
    |---|---|
21  | Plaintiff, | **DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS' RESPONSE TO AUTHORITIES CITED BY WAYMO AT NOVEMBER 14, 2017 HEARING** |
22  | v. | |
23  | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
24  | | Trial Date: December 4, 2017 |
25  | Defendants. | |

26

27

28

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Response to Authorities Cited by Waymo at November 14, 2017 Hearing.

2. Attached hereto as **Exhibit A** is a true and correct copy of an unpublished order from *Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co. LTD, et al.*, Case No. 5:07-cv-05248-JW, Dkt. 755 (N.D. Cal. Nov. 30, 2009) (J. Ware), regarding the parties' motions for summary judgment. This order was retrieved from the Northern District of California's Public Access to Court Electronic Records online service, available at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2017 in San Francisco, California.

                                                */s/   Esther Kim Chang*
                                                ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: November 17, 2017        */s/ Arturo J. Gonzalez*
                                                    ARTURO J. GONZÁLEZ