1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 27 TO EXCLUDE PROF. HESSELINK'S SAVED DEVELOPMENT TIME OPINIONS** |

1        Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2   ("Waymo's Administrative Motion") its Opposition to Defendants' Motion in Limine to Exclude

3   Prof. Hesselink's Saved Development Time Opinions ("Waymo's Opposition").

4        Having considered Waymo's Administrative Motion, and good cause to seal having been

5   shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the

6   documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Opposition | Highlighted portions |
| Exhibit 2 to Waymo's Opposition | Entire document |
| Exhibit 3 to Waymo's Opposition | Highlighted portions |
| Exhibit 4 to Waymo's Opposition | Entire document |
| Exhibit 5 to Waymo's Opposition | Entire document |
| Exhibit 7 to Waymo's Opposition | Entire document |
| Exhibit 8 to Waymo's Opposition | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge