# Exhibit 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4    _____

 5    WAYMO LLC,                        )

 6                                      )

                   Plaintiff,           )

 7                                      )

         vs.                            )  Case No.

 8                                      )  17-cv-00939-WHA

      UBER TECHNOLOGIES, INC.;          )

 9    OTTOMOTTO, LLC; OTTO TRUCKING LLC, )

                                        )

10                 Defendants.          )

11    _____)

12

13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15              VIDEOTAPED DEPOSITION OF

16              LAMBERTUS HESSELINK, Ph.D.

17               San Francisco, California

18             Tuesday, September 26, 2017

19                      Volume I

20

21    Reported by:

22    MARY J. GOFF

23    CSR No. 13427

      Job No. 2714543

24

25    PAGES 1 - 295
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1   ██████████████████████████████████   ████████████

2   ██████████████████████████████████   ████████████

3   ███████████████████████████          ████████████

4          ██████████████████████████    ████████████

5   ██████████████████████████                        02:48:05

6            MR. NEUKOM:  Objection to form.           02:48:11

7       A   I have --                                  02:48:12

8            MR. NEUKOM:  Objection to form.           02:48:12

9       A   -- I have no knowledge of that.            02:48:13

10      Q   (BY MR. JACOBS) The -- when you said it's  02:48:15

11  an incredible -- I think your words were it's an   02:48:17

12  extraordinary challenge or an incredible challenge. 02:48:18

13  What -- what exactly did you mean by that?  What's  02:48:21

14  so hard about this problem?                         02:48:25

15      A   In some form the way I think about it is    02:48:28

16  you kind of have to figure out what goes on in the  02:48:31

17  human mind.  You have got sensory information.      02:48:34

18       You have learned -- I mean, a toddler         02:48:38

19  cannot drive a car.  So you have learned how you    02:48:41

20  actually maneuver a vehicle after you have taken    02:48:44

21  lessons in an environment where you may have some   02:48:48

22  inclination as to what happens, but you never really 02:48:51

23  know what happens.                                  02:48:55

24       It could be an emergency vehicle going in     02:48:56

25  your direction while you're going in one direction  02:48:58
```

Page 177

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | north.  They come south and they're passing another | 02:49:01 |
| 2 | car. | 02:49:01 |
| 3 |      THE COURT REPORTER:  What's -- Going in | 02:49:03 |
| 4 | one direction?  Repeat. | 02:49:03 |
| 5 |   A    I'm sorry? | 02:49:04 |
| 6 |   Q    (BY MR. JACOBS) It could be an emergency | 02:49:06 |
| 7 | vehicle going in your direction -- | 02:49:08 |
| 8 |   A    And -- | 02:49:11 |
| 9 |   Q    -- so you're going -- | 02:49:11 |
| 10 |   A    -- yeah, and you're going in the south | 02:49:12 |
| 11 | direction in the same lane. | 02:49:14 |
| 12 |      There are a number of scenarios that you | 02:49:15 |
| 13 | cannot predict.  Yet, a human is capable somehow of | 02:49:19 |
| 14 | dealing with that. | 02:49:24 |
| 15 |      And as far as I know, nobody knows how the | 02:49:26 |
| 16 | brain works precisely.  There's lots of money and | 02:49:30 |
| 17 | time spent into it.  And nobody really knows what | 02:49:32 |
| 18 | happens when I get a signature, either orally, | 02:49:36 |
| 19 | acoustics, or an image.  And maybe there is an | 02:49:40 |
| 20 | acceleration, a deceleration.  There are other | 02:49:47 |
| 21 | inputs into my system. | 02:49:49 |
| 22 |      And I make certain decisions.  All of that | 02:49:51 |
| 23 | in some form or another.  And on top of it you have | 02:49:54 |
| 24 | to essentially predict:  What is the other person | 02:49:57 |
| 25 | going to do?  So assume that you have a -- | 02:50:01 |

Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            THE COURT REPORTER:  Please slow down.        02:50:01

 2       A    And on top of that you would have to          02:50:02

 3  predict what the other is going to do.                  02:50:03

 4  ███████████████████████████████         ████████       

    ██  ████████████████████████████████              ████████       

    ██  ██████████████████████████████████             ████████       

    ██  ████████████████████████████████████           ████████       

    ██  ██████████████████████████████████             ████████       

    ██  ██████████████████████████████████████        ████████       

    ██  ██████████████████████████████████████         ████████       

    ██  ██████████████████████████████████████         ████████       

    ██  ██████████████████████████████████████         ████████       

    ██  █████████████████████████                        02:50:34

14       Q    So you said -- you said "Uber," but you      02:50:37

15  mean Google, right?                                     02:50:38

16       A    Oh, sorry.  Google, yeah.  That was a         02:50:40

17  mistake.  And so -- so what -- what you see there      02:50:43

18  is -- is that the software is only as good as the      02:50:45

19  algorithms that the developers put into it.            02:50:50

20            And if the developers don't understand       02:50:52

21  human behavior of all of the test cases, it's very     02:50:55

22  difficult to build a system that incorporates that     02:50:58

23  knowledge.                                              02:51:01

24            And the only way you can do that, which is    02:51:01

25  the way I think that Waymo is doing it, is you just    02:51:04
```

Page 179

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | drive these vehicles millions of miles so that you | 02:51:06 |
| 2 | have lots of incidents that you have to work on to | 02:51:09 |
| 3 | fix them.  And even then you will not be perfect. | 02:51:12 |
| 4 | Q    The -- what you were just describing for | 02:51:17 |
| 5 | Google or Waymo would also apply to Uber, correct, | 02:51:19 |
| 6 | in terms of when -- when Uber can actually deploy | 02:51:22 |
| 7 | fully autonomous vehicles? | 02:51:26 |
| 8 | MR. NEUKOM:  Objection to form. | 02:51:28 |
| 9 | A    Yes.  You would definitely have to test | 02:51:28 |
| 10 | out your vehicles. | 02:51:34 |
| 11 | Q    (BY MR. JACOBS) And in the case of Uber or | 02:51:36 |
| 12 | perhaps for Waymo, the idea that we might use a | 02:51:38 |
| 13 | ride-hailing service that would bring to us a fully | 02:51:41 |
| 14 | autonomous vehicle without a safety driver, what | 02:51:44 |
| 15 | does that challenge look like to you in terms of | 02:51:47 |
| 16 | what's ahead for those -- for those companies trying | 02:51:50 |
| 17 | to develop that capability? | 02:51:53 |
| 18 | MR. NEUKOM:  Objection to form. | 02:51:55 |
| 19 | A    You're asking me that now independent of | 02:51:58 |
| 20 | what I have done in this document, I presume, right? | 02:52:01 |
| 21 | Q    (BY MR. JACOBS) I don't think you asked | 02:52:03 |
| 22 | that question in your document, but you -- this is | 02:52:05 |
| 23 | about -- this document is about the use of LiDAR and | 02:52:07 |
| 24 | autonomous vehicles, so that's why I'm asking you | 02:52:10 |
| 25 | these questions. | 02:52:11 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    I, MARY J. GOFF, CSR No. 13427, Certified

2    Shorthand Reporter of the State of California,

3    certify;

4    That the foregoing proceedings were taken

before me at the time and place herein set forth, at

5    which time the witness declared under penalty of

6    perjury; that the testimony of the witness and all

7    objections made at the time of the examination were

8    recorded stenographically by me and were thereafter

transcribed under my direction and supervision; that

9    the foregoing is a full, true, and correct

10   transcript of my shorthand notes so taken and of the

11   testimony so given;

    That before completion of the deposition,

12   review of the transcript (  ) was (XX) was not

13   requested:   (   ) that the witness has failed or

14   refused to approve the transcript.

15   I further certify that I am not financially

interested in the action, and I am not a relative or

16   employee of any attorney of the parties, nor of any

17   of the parties.

18   I declare under penalty of perjury under the

19   laws of California that the foregoing is true and

20   correct, dated this 27th day of September 2017.

21

22

23

24   _____

25   MARY J. GOFF, CSR No. 13427

                                    Page  295