QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>               Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>               Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JORDAN JAFFE IN SUPPORT OF PLAINTIFF WAYMO LLC'S OPPOSITION TO DEFENDANTS' UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION *IN LIMINE* NO. 27 TO EXCLUDE PROF. HESSELINK'S SAVED DEVELOPMENT TIME OPINIONS** |

I, Jordan Jaffe, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of the Curriculum Vitae of Lambertus Hesselink, Ph.D.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Opening Expert Report of Lambertus Hesselink, Ph.D. dated August 24, 2017.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt of the transcript of the deposition of Lambertus Hesselink, Ph.D. dated September 26, 2017.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt of the transcript of the deposition of Lambertus Hesselink, Ph.D. dated November 10, 2017.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt of the Reply Expert Report of Lambertus Hesselink, Ph.D. dated September 14, 2017.

7. Attached as Exhibit 6 is a true and correct copy of the Curriculum Vitae of Michael Lebby, Ph.D.

8. Attached as Exhibit 7 is a true and correct copy of an excerpt of the Responsive Expert Report of Dr. Michael Lebby dated September 7, 2017.

9. Attached as Exhibit 8 is a true and correct copy of an excerpt of the Responsive Report of Dr. Paul McManamon dated September 7, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 20, 2017         */s Jordan Jaffe*
                                 Jordan Jaffe

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jordan Jaffe.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven