# Exhibit 6

# EXHIBIT 1



**MICHAEL LEBBY, PH.D.**



**EDUCATION:**

2004, Doctor of Engineering
University of Bradford, United Kingdom
Citation, *"Technical Contributions to Optoelectronics"*

1987, Ph.D.
University of Bradford, United Kingdom
Thesis, *"Characterization and Fabrication of the HFET and BICFET"*

1985, MBA
University of Bradford, United Kingdom
Thesis, *"Small Business Planning for a Start-up"*

1984, Bachelors (B. Eng – Honors)
University of Bradford, United Kingdom
Thesis, *"Computer Aided Testing of Semiconductor Devices"*

**WORK HISTORY:**

2014 – Present   **University of Southern California**
*Director CFR (Corporate & Foundation Relations)*
Lebby assisted USC Viterbi Engineering to foster tighter faculty-industry relationships in high technology, IT, social media, graphic arts, electronics, photonics and communications segments.  USC historically has strengths in Oil, Gas, and Defense industries in LA region, but not with IT/semiconductors/electronics/photonics in the Bay Area (San Francisco).  Lebby created new opportunities for USC in the Bay Area using his technical skills to add a strong and deep technical knowledge to proposals.  Lebby focused on advanced robotics proposal, bio/medical-photonics, photonics, cloud computing, and electronics initiatives.

2013 – Present      **European Commission**, *Technical Expert*
In 2013 Lebby became a technical expert for the Photonics Unit of the European Commission.  Lebby has participated in organizing workshops, lectures, evaluating photonics proposals, and advising the Commission on funded projects.  Lebby currently is an advisor on 3 photonics pilot lines (MIRPHAB, PI-SCALE, PIX4LIFE) and a photonics based cardiovascular disease program (CARDIS).

2013 – Present      **OneChip Photonics Corporation**
*President and CEO*
Elected independent board member focusing on technical and business operational strategy for communications based InP Photonic Integrated Circuit (PIC) and optoelectronic Integrated Circuit (OEIC) platforms for Onechip Photonics in 2008. Lebby was then asked to restructure Onechip Photonics Corporation in June 2013. Lebby's current focus is on the attraction of new investment into Onechip Photonics and refocusing the company towards two major applications: (1) client-side network datacenter optical engines for ultra-small, ultra-low power 100-400Gbps transceivers, and (2) line-side network coherent optical engines for high performance communications

2013 – Present      **Glyndwr University**
*Professor of Optoelectronics*
In 2013 Lebby became full Professor of Optoelectronics (part-time) to assist Glyndwr University to position itself as a leader in optoelectronics and photonics. Areas of focus include design, simulation, and testing of 100G/400G photonic integrated circuits (PICs) and optoelectronics integrated circuits (OEICs).

2003 – Present      **Oculi, LLC**
*President and Owner*
Oculi provides an international Board level advisory, consulting, technological, and business based services in the optoelectronics, semiconductor, and telecommunications industries. Oculi also provides consulting in expert witness, trial, deposition, expert reports, infringement, invalidity, and various patent and IP litigation in optoelectronics, semiconductors, and fiber optic telecommunication technology segments.

2010 – 2013        **Translucent, Inc.**
*GM and CTO*
Lebby positioned Translucent on the product development and manufacture of epitaxial semiconductor wafers. Lebby led the R&D and development of MBE based rare earth oxide single crystal epitaxial layers deposited onto large silicon wafers. On top of these wafers both MBE and MOCVD Gallium Nitride epitaxial

device layers were grown for devices. The use of GaN-on-Si is expected to be a strong catalyst for change in the power electronics and LED lighting industries. In a parallel program at Translucent, Lebby led the development efforts to develop and productize Germanium-Tin (GeSn) template wafers onto large format silicon wafers (Ge-on-Si) to enable cost effective, and ultra-high efficiency CPV multi-junction solar cells for the CPV industry. Furthermore, the challenge of successfully preparing III-V on silicon templates via GeSn has huge upside in the electronics and silicon photonics industry.

Lebby brought together a world class technology team, and has established international relationships with customers, collaborators, researchers in Asia, Europe, and North America. Lebby has also positioned Translucent as a world-class epitaxial company that is poised with advanced technological platforms that have the potential for high impact in the target markets (power electronics, LED lighting, CPV solar, and III-V on silicon high speed electronics).

| 2005 – 2010 | **OIDA**(Optoelectronic Industry Development Association) |

*President and CEO (Board Member)*
OIDA (non-profit industry trade association for optoelectronics/photonics) was acquired by OSA early 2010. Lebby represented the optoelectronics industry and organized technical conferences/workshops/forecasts with industry roadmaps. Initiated green photonics metrics.

Lebby positioned OIDA as a National resource in the field of optoelectronics, and has represented industry in many capacities ranging from talks, papers, expert witness, testimony, market and technical reports. Lebby created new industry based initiatives in fiber optics broadband as well as the green photonics movement that is now occurring globally.
Under Lebby's leadership, OIDA's membership increased to include many major manufacturers of optoelectronics components, modules and systems. In his last year as CEO, Lebby worked with the FCC to drive higher Internet speeds for consumers with the use of fiber optics. Lebby positioned OIDA to assist the optoelectronics industry in their recovery, and also to help both US State and Federal governments in their drive to increase skilled optoelectronic jobs, R&D, and manufacturing. The annual OIDA market technology report has become one of the most extensive reviews available for OIDA members that forecasts optoelectronics technologies for the next decade.
Lebby's activities at OIDA have raised the profile of 'green photonics' from both a technology and a marketing standpoint. After reviewing the photonics technology forecasts over the next decade, it became clear to OIDA in 2006 that green photonics would be poised to for significant growth globally. With a green photonics workshop (Sept 2008), and a full peer-reviewed technical conference with over 100 papers (May 2009), and a new conference (June 2010) Lebby helped the segment to become better defined. Lebby has stated in public conferences and meetings with numerous plenary and keynote talks that photonics will quickly grow to be a strong enabler for energy efficient systems in the future.

| | |
|---|---|
| 2003 - 2005 | **OCLARO**<br>*VP Technology and BD*<br>Telecommunication optoelectronic components, San Jose, Ca. Focus on technology strategy for components and sub-systems. Lebby fully integrated Ignis Optics Inc into the central Bookham operations, sales, and development systems. Lebby conducted due diligence and fiscal/technical analysis on a number of strategic targets for acquisition and merger. Lebby generated an outsourced fabrication strategy with streamlined product lines for Bookham's drive to be a one-stop-shop in the fibre-optic telecommunications component and sub-system business. |
| 2001 - 2003 | **Ignis Optics**<br>*President and CEO (Founder/Board Member)*<br>Venture-backed start-up, San Jose, California manufacturing 10Gbps fiber optic transceivers. In 2001, Lebby founded a new fiber optics company, Ignis Optics, where he served as the CEO. Lebby led the company to secure a multinational customer base through its development of 10Gbps transceiver products. Ignis Optics was acquired by Bookham Technology (now Oclaro) in October 2003 and Lebby became responsible for corporate and technical strategy at Bookham Technology until 2005. Key investors for Ignis Optics were Morgenthaler, Interwest, Storm Ventures, Centerpoint. |
| 1999 – 2001 | **Intel Capital**<br>*Director Business Development/Investor (w/Board observer position on Investment)*<br>Intel Capital, Santa Clara, California. In 1999, Lebby joined Intel as a corporate investor and was responsible for sourcing, negotiating, and closing private placement equity deals in the optical networking, component, and semiconductor arenas. Lebby served as Intel's board observer on a number of photonics based start-ups. Lebby was one of the co-founders of Intel's photonics division in the year 2000. |
| 1998 – 1999 | **TE Connectivity**<br>*Director Technology/BD (Fiber Optics)*<br>Global Optoelectronics Division: Technology strategy for optical communcations products. In August 1998, Lebby joined Tyco Electronics (previously AMP) as a member of the Global Optoelectronics Division's management team, where he was responsible for growing the fiber optic datacom and telecom business through external interactions that include mergers, acquisitions strategic alliances, and technical strategic planning. Lebby worked closely with the Lytel (NJ) fiber optics team to develop next generation fiber optic transceiver and component products.<br><br>Key achievements:<br>* Planned and presented to executive management a technical strategy to grow fiber optics through acquisition and partnership. |

* Negotiated (and narrowly missed) the acquisition of a public company with a revenue stream of $100M's that specializes in optoelectronics technology. Organized the due diligence process.
* Completed a technology transfer contract with a major optoelectronics technology public company.
* Negotiated technical vendor agreements that involve optoelectronic component technology.
* Influenced the optoelectronics/fiber optics management team to change strategy by pairing down obsolete and non-profitable products, and then re-focusing to allow the generation of new and more competitive products via core competence and gap analysis.
* Influenced the direction of the R&D division through technical peer review and internal presentations on new technology and areas of increased margins.
* Influenced the R&D and operating divisions (Lytel, NJ; Fibernet, Australia and Passive Products, Ca) by generating internal technology and product roadmaps for a renewed vision of growth.

1989 – 1998        **Motorola**
                   *R&D Manager*
                   Corporate R&D Labs, Tempe, Arizona. Optoelectronics: VCSEL based product solutions (OPTOBUS); materials, devices, packaging, systems. In 1989 Lebby joined Motorola's Phoenix Corporate Research Laboratory in Phoenix, Arizona. Lebby researched and developed III-V compound semiconductor devices and focused his work in bringing the VCSEL technology to full scale manufacturing. Lebby co-founded a market changing datacom product called Optobus™ as an intrapreneur at Motorola. Lebby was also the lead inventor in Motorola's history with over 150 issued utility patents.

                   Key achievements:
                   * Motorola rank #1 (at that time) for issued USPTO patents with >150
                   * Negotiated with both corporate R&D and Motorola SBUs to support VCSEL & OPTOBUS based technology product development and research while Motorola built infrastructure for development and commercial manufacturing.
                   * Managed R&D technical programs that were essentially VCSEL device, growth and packaging based product development that supported an aggressive business plan.
                   * Led the initiative in R&D to drive the standard Motorola qualification (XC, MC) process for a new technology.
                   * Led technologists to invent and patent key material, device, package, and system solutions. Motorola eventually sold parts of the patent portfolio on the commercial market.
                   * Managed R&D contracts (internal & external) to gain leverage for the R&D programs. One example is the ~$20M NIST ATP program called TRAAMS, to develop VCSELs for mass optical data storage. Participants included Polaroid, Xerox, SAIC, with start-ups and Universities to design innovative technology.
                   * Standard finance control and budget planning with annual budgetary run-rates up to $10M.
                   * Was a customer interface with numerous on-site presentations. Lebby became the de

facto chief technologist for a major alliance with an International Fiber Optics company (who wanted Motorola's VCSELs for Datacom transceivers).

| 1985 – 1989 | **AT&T** |
|---|---|

*Researcher*
AT&T Bell Labs - Photonics Research Dept (Dept 11366), Holmdel, NJ. Lebby designed and fabricated new GaAs and InP optoelectronic devices that were grown both by MOCVD and MBE. Research centered on a III-V compound semiconductor inversion channel effect that allowed both electronic (HFETs, Bipolar transistors) and photonic (photodetectors, lasers, LEDs) to be fabricated using common mask sets and process fabrication sequences.

Key achievements:
* Supervised up to 10 PhD students on InP and GaAs related optoelectronics and electronic device projects.
* Demonstrated world-class electronic FET, bipolar, photodetector, and laser results.
* Learned how to maintain, run, and upgrade vacuum clean room equipment.

| 1977 – 1984 | **UK Ministry of Defense** |
|---|---|

*Apprenticeship/Journeyman + Electronics Engineer (REME  and RSRE)*
Lebby started his career at the Royal Electrical and Mechanical Engineer (REME) division of the Ministry of Defence in the UK. Lebby was a telecommunications apprentice, and repaired all types of radio/RF communications equipment. Lebby moved to the Royal Signal and Radar Establishment (RSRE) to study material and characterization issues of GaAs and InP devices.


**EXPERT WITNESS EXPERIENCE:**

1. Active case work: 1Q2009 (March 24th 2009); *Testimony:  **US-China Economic and security review commission on the optoelectronics industry. US Congress, Capitol Hill;*** Written statement on the status of the USA optoelectronics industry with aural cross-examination by the commission.

2. Active case work: 3Q2010-1Q2011; ***Finisar Corp. v. Optical Communication Products Inc*** No. 10-cv-05617 and No. 11-cv-00104 (retained by plaintiff - Morgan, Lewis & Bockius LLP).

3. Active case work: 1Q2011; ***Ziptronix, Inc. v. OmniVision Technologies, Inc., Taiwan Semiconductor Manufacturing Company Ltd., and TSMC North America Corp.,*** No. 11-CV-5235 (retained by plaintiff – Alston Bird LLP).

4. Active case work: 3Q2011 to 3Q2012; ***Certain Light-Emitting Diodes and Products Containing Same,*** **Inv. No. 337-TA-798** (USITC filed July 15, 2011) (retained by respondent Samsung – Covington & Burling LLP).

5. Active case work: 3Q2011 to 2Q2015; ***Cheetah Omni, LLC v. Alcatel-Lucent USA Inc.,*** No. 11-CV-390 (E.D. Tex. filed July 29, 2011) (retained by plaintiff – Brooks Kushman).

6.  Active case work: 4Q2012 to 3Q2014**;** *Finisar Corp. v. Cheetah Omni, LLC,* No. 11-CV-15625 (E.D. Mich. filed Dec. 23, 2011) (retained by defendant – Brooks Kushman).

7.  Active case work: 4Q2012 to 3Q2013**;** *Certain Optoelectronic Devices for Fiber Optic Communications, Components Thereof, and Prods. Containing the Same*, Inv. No. 337-TA-860 (USITC filed Sept. 24, 2012) (retained by respondent – Alston & Bird LLP).

8.  Active case work: 3Q2014 to 2Q2015**;** *Microscan Sys., Inc. v. Cognex Corp*., No. 14-CV-6952 (S.D.N.Y. filed Aug. 27, 2014) (retained by plaintiff – Morrison & Foster LLP).

9.  Active case work: 2Q2014 to 1Q2016**;** *Avago Techs. Fiber IP (Singapore) PTE Ltd. v. IPtronics Inc.,* No. 10-CV-2863 (N.D. Cal. filed June 29, 2010) (retained by respondent – Alston & Bird LLP).

10. Active case work: 1Q2015 to 3Q2015**;** *Regarding certain optical disc drives*, Inv. No. 337-TA-897 (USITC filed Oct. 21,  2013) (retained by respondent – O'Melveny & Myers LLP).

11. Active case work: 1Q2015 to 2Q2015; *BMW of N. Am., LLC v. Innovative Display Techs., LLC,* Nos. IPR2015-00933, IPR2015-00934 (P.T.A.B. filed Mar. 24, 2015) (retained by defendant – Crowell Moring LLP).

12. Active case work: 1Q2015 to 3Q2016**;** *OneChip Photonics Inc.,* Pre-litigation IP Case No. TBD; (retained by plaintiff – Patent Monetization Inc. (PMI)).

13. Active case work: 2Q2016; *IDT v. Hyundai Motor Co.,* No. 14-CV-201 (E.D. Tex. filed May 4, 2015) (retained by defendant – DLA Piper LLP).

14. Active case work: 1Q2015 to 3Q2015; *Cree Inc., v. Honeywell Int'l Inc.,* **No. 3:14-CV-737** (W.D. Wisc. filed Oct. 28, 2014) (retained by defendant - Arnold & Porter LLP).

15. Active case work: 2Q2015 to 4Q2015; *Trs. of Boston Univ. v. Everlight Elecs. Co*., Nos. 12-CV-11935, 12-CV-12326, 12-CV-12330 (D. Mass. filed Oct. 17, 2012) (retained by plaintiff - Shore Chan DePumpo LLP).

16. Active case work: 3Q2015 to 3Q2016; *LG Elecs. Inc. v. Toshiba Samsung Storage Tech. Corp.,* No. 12-CV-1063 (D. Del. filed Aug. 22, 2012) (retained by plaintiff – DLA Piper & Nixon Law).

17. Active case work: 3Q2015; *Heptagon* **Pre-litigation** IPR petition; (retained by plaintiff – Proskauer Rose LLP).

18. Active case work: 1Q2016 to 3Q2016; *Dentsply v. Am. Orthodontics Inc.,* No. 15-CV-1706 (D. Pa. filed Sept. 1, 2015) (retained by defendant – Godfrey Kahn LLP).

19. Active case work: 2Q2016 to Present; *Koninklijke Philips N.V. v. Elect-tech Int'l (H.K.),* No. 14-CV-2737 (N.D. Cal. filed Aug. 12, 2015) (retained by plaintiff – Reed Smith LLP).

20. Active case work: 2Q16 to 4Q16; *Bluestone Innovations llc. v. E. Mishan & Co. Inc.,* Pre-litigation IP Case No. TBD; (retained by defendant - Notaro, Michalos, &  Zaccaria P.C.).

21. Active case work: 3Q16-1Q17; *511 Innovations Inc. v. HTC Am., Inc.,* No. 15-CV-1524 (E.D. Tex. Filed June 30, 2016) (retained by plaintiff – The Davis Firm).

22. Active case work: 3Q16-4Q16; *Mellanox Techs. Ltd. v. Methode Elecs. Inc.,* No. 15-CV-3730 (N.D. Cal. filed Aug. 16, 2015) (retained by plaintiff – Alston & Bird).

23. Active case work: 4Q16-Present; *Novanta Inc., v Iradion Inc.,* No. 15-CV-01033 (D. Del. filed Nov. 9, 2015) (retained by defendant – Barnes and Thornburg LLP).

24. Active case work: 1Q17-Present; *Optolum Inc., v Cree Inc.,* No. 16-CV-03828; (D. Az. filed Nov. 3, 2016) (retained by defendant – Jones Day).

*25.* Active case work: 1Q17-Present; *Polygroup Macau Ltd (BVI)., v Willlis Electric Co., Ltd.,* (15-CV-00552 W.D. N.C. Filed: Apr 21st 2016)*,* (retained by plaintiff - Troutman Sanders LLP).

26. Active case work: 1Q17-Present; **Macom Technology Solutions Holdings Inc., and Nitronex, LLC., v Infineon Technologies AG and Infineon Technologies North American Corp.,** (16-CV-02859 C.D. Ca. filed Apr 26, 2016) (retained by plaintiff – Baker Botts LLP).

**PATENTS:**

| | |
|---|---|
| 6,999,644 | Discrete optoelectric package |
| 6,966,703 | Self eject latch mechanism for an optical transceiver module |
| 6,795,461 | Optoelectric module |
| 6,663,296 | Optoelectric module |
| 6,243,056 | Transceiver with miniature virtual image display |
| 6,228,440 | Perishable media information storage mechanism and method of fabrication |
| 6,161,106 | Perishable media system and method of operation |
| 6,158,884 | Integrated communicative watch |
| 6,156,582 | Method of fabricating top emitting ridge VCSEL with self- aligned contact and sidewall reflector |
| 6,131,017 | Dual system portable electronic communicator |
| 6,122,023 | Non-speckle liquid crystal projection display |
| 6,121,068 | Long wavelength light emitting vertical cavity surface emitting laser and method of fabrication |
| 6,115,618 | Portable electronic device with removable display |
| 6,111,839 | Optical pickup head including a coherent first order mode laser light source |
| 6,097,748 | Vertical cavity surface emitting laser semiconductor chip with integrated drivers and photodetectors and method of fabrication |
| 6,097,528 | Microscanner for portable laser diode displays |
| 6,096,666 | Holographic textile fiber |
| 6,091,754 | VCSEL having integrated photodetector for automatic power control |
| 6,084,697 | Integrated electro-optical package |

| 6,080,690 | Textile fabric with integrated sensing device and clothing fabricated thereof |
| 6,069,593 | Display carrier and electronic display control for multiple displays in a portable electronic device |
| 6,064,780 | Interconnect substrate with a single contact accessible in an upper and an end surface |
| 6,061,485 | Method for wavelength division multiplexing utilizing donut mode vertical cavity surface emitting lasers |
| 6,061,380 | Vertical cavity surface emitting laser with doped active region and method of fabrication |
| 6,029,073 | Display carrier with binocular viewing for a portable electronic device |
| 6,026,111 | Vertical cavity surface emitting laser device having an extended cavity |
| 6,022,760 | Integrated electro-optical package and method of fabrication |
| 6,021,147 | Vertical cavity surface emitting laser for high power single mode operation and method of fabrication |
| 6,021,146 | Vertical cavity surface emitting laser for high power single mode operation and method of fabrication |
| 6,008,067 | Fabrication of visible wavelength vertical cavity surface emitting laser |
| 5,978,398 | Long wavelength vertical cavity surface emitting laser |
| 5,974,071 | VCSEL with integrated photodetectors for automatic power control and signal detection in data storage |
| 5,966,399 | Vertical cavity surface emitting laser with integrated diffractive lens and method of fabrication |
| 5,959,315 | Semiconductor to optical link |
| 5,956,364 | Vertical cavity surface emitting laser with shaped cavity mirror and method of fabrication |
| 5,956,363 | Long wavelength vertical cavity surface emitting laser with oxidation layers and method of fabrication |
| 5,953,355 | Semiconductor laser package with power monitoring system |
| 5,946,121 | IrDA data link with VCSEL light source |
| 5,943,359 | Long wavelength VCSEL |
| 5,943,357 | Long wavelength vertical cavity surface emitting laser with photodetector for automatic power control and method of fabrication |
| 5,939,773 | Semiconductor laser package including a lead frame and plastic resin housing |
| 5,936,929 | Optical submodule and method for making |

| 5,923,696 | Visible light emitting vertical cavity surface emitting laser with gallium phosphide contact layer and method of fabrication |
| 5,914,973 | Vertical cavity surface emitting laser for high power operation and method of fabrication |
| 5,906,004 | Textile fabric with integrated electrically conductive fibers and clothing fabricated thereof |
| 5,905,750 | Semiconductor laser package and method of fabrication |
| 5,903,586 | Long wavelength vertical cavity surface emitting laser |
| 5,898,722 | Dual wavelength monolithically integrated vertical cavity surface emitting lasers and method of fabrication |
| 5,886,972 | Recording information in a phase change optical medium with a vertical cavity surface emitting laser |
| 5,883,912 | Long wavelength VCSEL |
| 5,881,084 | Semiconductor laser for package with power monitoring system |
| 5,848,086 | Electrically confined VCSEL |
| 5,838,707 | Ultraviolet/visible light emitting vertical cavity surface emitting laser and method of fabrication |
| 5,838,703 | Semiconductor laser package with power monitoring system and optical element |
| 5,835,521 | Long wavelength light emitting vertical cavity surface emitting laser and method of fabrication |
| 5,831,960 | Integrated vertical cavity surface emitting laser pair for high density data storage and method of fabrication |
| 5,821,571 | Dual sided integrated electro-optical package |
| 5,818,404 | Integrated electro-optical package |
| 5,815,524 | VCSEL including GaTlP active region |
| 5,796,769 | Red light vertical cavity surface emitting laser |
| 5,789,733 | Smart card with contactless optical interface |
| 5,774,486 | Waveguide power monitoring system for vertical cavity surface emitting lasers |
| 5,764,671 | VCSEL with selective oxide transition regions |
| 5,757,836 | Vertical cavity surface emitting laser with laterally integrated photodetector |
| 5,757,829 | Flip chip power monitoring system for vertical cavity surface emitting lasers |
| 5,757,741 | CD ROM head with VCSEL or VCSEL array |
| 5,751,757 | VCSEL with integrated MSM photodetector |
| 5,751,471 | Switchable lens and method of making |

| 5,748,665 | Visible VCSEL with hybrid mirrors |
|---|---|
| 5,748,161 | Integrated electro-optical package with independent menu bar |
| 5,742,630 | VCSEL with integrated pin diode |
| 5,741,724 | Method of growing gallium nitride on a spinel substrate |
| 5,739,800 | Integrated electro-optical package with LED display chip and substrate with drivers and central opening |
| 5,732,103 | Long wavelength VCSEL |
| 5,719,893 | Passivated vertical cavity surface emitting laser |
| 5,719,892 | Hybrid mirror structure for a visible emitting VCSEL |
| 5,710,441 | Microcavity LED with photon recycling |
| 5,708,280 | Integrated electro-optical package and method of fabrication |
| 5,706,306 | VCSEL with distributed Bragg reflectors for visible light |
| 5,703,664 | Integrated electro-optic package for reflective spatial light modulators |
| 5,699,073 | Integrated electro-optical package with carrier ring and method of fabrication |
| 5,661,075 | Method of making a VCSEL with passivation |
| 5,654,228 | VCSEL having a self-aligned heat sink and method of making |
| 5,644,369 | Switchable lens/diffuser |
| 5,638,392 | Short wavelength VCSEL |
| 5,636,298 | Coalescing optical module and method for making |
| 5,633,886 | Short wavelength VCSEL with Al-free active region |
| 5,625,734 | Optoelectronic interconnect device and method of making |
| 5,574,744 | Optical coupler |
| 5,563,900 | Broad spectrum surface-emitting led |
| 5,557,626 | Patterned mirror VCSEL with adjustable selective etch region |
| 5,555,341 | Waveguide with an electrically conductive channel |
| 5,550,941 | Optoelectronic interface module |
| 5,546,413 | Integrated light emitting device |
| 5,545,359 | Method of making a plastic molded optoelectronic interface |
| 5,543,958 | Integrated electro-optic package for reflective spatial light modulators |
| 5,540,799 | Method of fabricating optical waveguide from a laminate |
| 5,539,554 | Integrated electro-optic package for reflective spatial light |
| 5,539,200 | Integrated optoelectronic substrate |

| 5,538,919 | Method of fabricating a semiconductor device with high heat conductivity |
| --- | --- |
| 5,534,888 | Electronic book |
| 5,530,715 | Vertical cavity surface emitting laser having continuous grading |
| 5,521,992 | Molded optical interconnect |
| 5,517,348 | Voltage controlled transparent layer for a bi-directional device |
| 5,511,138 | Interlocking waveguide and method of making |
| 5,498,883 | Superluminescent edge emitting device with apparent vertical light emission and method of making |
| 5,493,437 | External communication link for a credit card pager |
| 5,491,491 | Portable electronic equipment with binocular virtual display |
| 5,486,946 | Integrated electro-optic package for reflective spatial light modulators |
| 5,485,318 | Dual image manifestation apparatus with integrated electro-optical package |
| 5,482,891 | VCSEL with an integrated heat sink and method of making |
| 5,482,658 | Method of making an optoelectronic interface module |
| 5,478,774 | Method of fabricating patterned-mirror VCSELs using selective growth |
| 5,473,716 | Fiber bundle interconnect and method of making same |
| 5,469,185 | Remote sensory unit and driver |
| 5,468,656 | Method of making a VCSEL |
| 5,468,582 | Fused optical layer and method of making |
| 5,467,215 | Integrated electro-optic package for reflective spatial light modulators |
| 5,466,633 | Optical reading head and method for making same |
| 5,452,387 | Coaxial optoelectronic mount and method of making same |
| 5,446,752 | VCSEL with current blocking layer offset |
| 5,437,092 | Method of making contact areas on an optical waveguide |
| 5,432,809 | VCSEL with Al-free cavity region |
| 5,432,630 | Optical bus with optical transceiver modules and method of manufacture |
| 5,428,704 | Optoelectronic interface and method of making |
| 5,422,901 | Semiconductor device with high heat conductivity |
| 5,416,870 | Optoelectronic interface device and method with reflective surface |
| 5,408,547 | Optical read/write head |
| 5,400,423 | Molded star coupler and method of making same |
| 5,400,352 | Semiconductor laser and method therefor |

| 5,390,275 | Molded waveguide and method for making same |
|---|---|
| 5,389,312 | Method of fabricating molded optical waveguides |
| 5,388,120 | VCSEL with unstable resonator |
| 5,369,529 | Reflective optoelectronic interface device and method of making |
| 5,369,415 | Direct retinal scan display with planar imager |
| 5,367,593 | Optical/electrical connector and method of fabrication |
| 5,361,317 | Assembly with fixture aligning and affixing an optical fiber to an optical device |
| 5,359,686 | Interface for coupling optical fibers to electronic circuitry |
| 5,359,669 | Remote retinal scan identifier |
| 5,359,618 | High efficiency VCSEL and method of fabrication |
| 5,358,880 | Method of manufacturing closed cavity LED |
| 5,351,331 | Method and apparatus for splicing optical fibers with signal I/O |
| 5,351,257 | VCSEL with vertical offset operating region providing a lateral waveguide and current limiting and method of fabrication |
| 5,349,210 | Optical reading head with angled array |
| 5,348,616 | Method for patterning a mold |
| 5,345,530 | Molded waveguide and method for making same |
| 5,345,527 | Intelligent opto-bus with display |
| 5,345,524 | Optoelectronic transceiver sub-module and method for making |
| 5,337,397 | Optical coupling device and method for making |
| 5,337,391 | Optoelectronic sub-module and method of making same |
| 5,335,300 | Method of manufacturing I/O node in an optical channel waveguide and apparatus for utilizing |
| 5,325,451 | Modular optical waveguide and method for making |
| 5,324,964 | Superluminescent surface light emitting device |
| 5,323,477 | Contact array imager with integral waveguide and electronics |
| 5,313,545 | Molded waveguide with a unitary cladding region and method of making |
| 5,309,537 | Optoelectronic coupling device and method of making |
| 5,286,982 | High contrast ratio optical modulator |
| 5,282,071 | Contact areas on an optical waveguide and method of making |
| 5,276,762 | Magnetic holding methods for optical fiber I/O assembly |
| 5,276,754 | Optoelectronic mount and method for making |

| 5,271,083 | Molded optical waveguide with contacts utilizing leadframes and method of making same |
| 5,265,184 | Molded waveguide and method for making same |
| 5,249,245 | Optoelectroinc mount including flexible substrate and method for making same |
| 5,230,030 | Interface coupling electronic circuitry |
| 5,228,101 | Electrical to optical links using metalization |
| 5,225,816 | Electrical connector with display |
| 5,218,465 | Intelligent interconnects for broadband optical networking |
| 5,172,384 | Low threshold current laser |
| 5,170,448 | Optical waveguide apparatus and method for partially collecting light |
| 5,125,054 | Laminated polymer optical waveguide interface and method of making same |
| 5,116,461 | Method for fabricating an angled diffraction grating |
| 5,068,007 | Etching of materials in a noncorrosive environment |
| 5,067,829 | Dynamic optical beam steering |
| 5,045,908 | Vertically and laterally illuminated p-i-n photodiode |
| 5,034,092 | Plasma etching of semiconductor substrates |
| 7,538,016 | Signal and/or ground planes with double buried insulator layers and fabrication process |
| 7,388,230 | Selective colored light emitting diode |
| 7,365,357 | Strain inducing multi-layer cap |
| 7,355,269 | IC on non-semiconductor substrate |
| 7,323,396 | Signal and/or ground planes with double buried insulator layers and fabrication process |
| 8,049,100 | Multijunction rare earth solar cell |
| 8,039,738 | Active rare earth tandem solar cell |
| 8,039,737 | Passive rare earth tandem solar cell |
| 7,968,384 | Stacked transistors and process |
| 7,967,653 | Integrated Rare Earth Devices |
| 7,821,066 | Multilayered BOX in FDSOI MOSFETS |

| 7,643,526 | Spontaneous/stimulated light emitting mu cavity device |
| 7,605,531 | Full color display including LEDs with rare earth active areas and different radiative transistions |
| 7,579,623 | Stacked transistors and process |
| 6,412,989 | Directable laser transmission module |
| 8,501,635 | Modification of REO by subsequent III-N EPI process |
| 8,455,756 | High Efficiency solar cell using IIIB material transition layers |
| 8,394,194 | Single crystal reo buffer on amorphous SiO.sub.x |
| 8,331,413 | Integrated Rare Earth Devices |
| 8,331,410 | Spontaneous/stimulated light emitting mu.-cavity device |

**PUBLICATIONS:**

1. Ristic, S.; Tolstikhin, V.; Pimenov, K.; Watson, C.;Florjanczyk, M.; and **Lebby, M.**; "100Gb/s Multi-Guide Vertical Integration Transmitter PIC in InP for Fiber-Optics Interconnects," Poster paper P2.20, ECOC 22-27[th] Sept, 2013, London, UK http://www.ecoc2013.org/sc2.html

2. Dargis, R.; Williams, D.; Smith, R.; Arkun, E.; Semans, S; Vosters, G.; **Lebby, M.**; and Clark, A., "Study of the Structural and Thermal Properties of Single Crystalline Epitaxial Rare-Earth-Metal Oxide Layers Grown on Si," (2011); ECS Transactions **doi: 10.1149/1.3633032,** ECS Trans. **2011** volume 41, issue 3, **161-167** http://www.ecsdl.org/getabs/servlet/GetabsServlet?prog=normal&id=ECSTF800004100000300 0161000001&idtype=cvips&gifs=yes&ref=no .

3. Dargis, Rytis; Arkun, E. ; Clark, Andrew ; Roucka, R. ; Smith, Robin ; Williams, David ; **Lebby, Michael** ; Demkov, Alexander A. "Rare-earth-metal oxide buffer for epitaxial growth of single crystal GeSi and Ge on Si(111)," Journal of Vacuum Science & Technology Volume:30 Issue:2

4. Dargis. R, Clark. A, Arkun. F.E, Smith. R, **Lebby. M**, "Engineering of the Interface between Silicon and Rare-Earth Oxide Buffer for GaN Growth," ECS Meeting, 27 October, 2013, San Francisco, USA. Doi: 10.1063/1.4753828

5. Roucka. R, Clark. A, Semans. S, Tolle. J, **Lebby. M,** "Scalable virtual Ge templates for III-V integration on Si wafers," 8th International conference on concentrating photovoltaic systems: CPV8, 16-18[th] April 2012, Toledo, Spain.

6. R. Dargis[a,] A. Clark[a], E. Arkun[a], R. Roucka[a], R. Smith[a], A.A. Demkov[b], **M. Lebby[a],** "Growth and application of epitaxial heterostructures with polymorphous rare-earth oxides," Journal of Crystal Growth, Volume 378, 1 September 2013, Pages 177–179

7. Rytis Dargis[*], Erdem F. Arkun, Radek Roucka, Robin Smith, David Williams, Andrew Clark, **Michael Lebby**, "Epitaxial Si, SiGe and Ge on binary and ternary rare earth oxide buffers;" physica status solidi (c).  Special Issue: E-MRS 2012 Spring Meeting – Symposium A, see further papers in Phys. Status Solidi A 209, No. 10 (2012). Volume 9, Issue 10-11, pages 2031–2035, October 2012

8. F. Erdem Arkun[a], **Michael Lebby[b]**, Rytis Dargis[b], Radek Roucka[b], Robin S. Smith[b] and Andrew Clark[b] "Scalable GaN-on-Silicon Using Rare Earth Oxide Buffer Layers," doi: 10.1149/05009.1065ecst *ECS Trans.* 2013 volume 50, issue 9, 1065-1071 [Electrochemical Society]

9. R. Dargis[z], A. Clark, E. Arkun, R. Roucka, D. Williams, R. Smith and **M. Lebby** "Epitaxial Si and Gd$_2$O$_3$ Heterostructures: Distributed Bragg Reflectors with Stress Management Function for GaN on Si Light Emitting Devices,"; doi: 10.1149/2.004206jss *ECS J. Solid State Sci. Technol.* 2012 volume 1, issue 5, P246-P249

10. R. Dargis[z], D. Williams, R. Smith, E. Arkun, R. Roucka, A. Clark and **M. Lebby** "Structural and Thermal Properties of Single Crystalline Epitaxial Gd$_2$O$_3$ and Er$_2$O$_3$ Grown on Si(111),"; 10.1149/2.005202jss *ECS J. Solid State Sci. Technol.* 2012 volume 1, issue 2, N24-N28

11. F. Erdem Arkun[*], Rytis Dargis, Robin Smith, David Williams, Andrew Clark, **Michael Lebby** "Integrated high reflectivity silicon substrates for GaN LEDs," physica status solidi (c) Volume 9, Issue 3-4, pages 814–817, March 2012

12. Rytis Dargis[a], Andrew Clark[a], Erdem Arkun[a], Radek Roucka[a], David Williams[a], Robin S. Smith[a] and **Michael Lebby[a]** ,"Epitaxial Si and Gd$_2$O$_3$ Heterostructures - Distributed Bragg Reflector with Stress Management Function for GaN on Si Light Emitting Devices,"; doi: 10.1149/05004.0047ecst *ECS Trans.* 2013 volume 50, issue 4, 47-52

13. Rytis Dargisa, David Williamsa, Robin Smitha, Erdem Arkuna, Scott Semansa, Gary Vostersa, **Michael Lebbya** and Andrew Clarka, "Study of the Structural and Thermal Properties of Single Crystalline Epitaxial Rare-Earth-Metal Oxide Layers Grown on Si(111),"; doi: 10.1149/1.3633032 *ECS Trans.* 2011 volume 41, issue 3, 161-167

14. Williams, D.; Clark, A.; Arkun, E.; Jamora, A.; Vosters, G.; **Lebby, M.**, "Silicon light emitting device based on rare earth oxide superlattice," 2010 7th IEEE International Conference on Group IV Photonics, Beijing, Sept. 2010.

15. **Lebby, M.**, "Photonic integration: what is the Holy Grail?" Compound Semiconductor , vol.15 , no.7 , pp.25-32, Oct. 2009, http://www.compoundsemiconductor.net/csc/ magazine.php?mon=1&year=2009.

16. **Lebby, M.S.**, "Green photonics technology and markets," Electronics Letters, vol. 45 , no. 20, pp.1007, Sept. 2009. DOI: 10.1049/el.2009.2563, Print ISSN 0013-5194, Online ISSN 1350-911X

17. Yang, A.; **Lebby, M**.; Varsa, E., "Photonics Industry-University Collaborations (PICs) Final Technical Rept. 22 Apr-30 Jul 2008, Optoelectronics Industry Development Association, June 2009.

18. **Lebby, M.S.**, "Testimony before the US-China Economic and Security Review Commission on the optoelectronics industry", 24th March, 2009 (http://www.oida.org/news/oida-news/2009/381)

19. **Lebby, M.**; Clayton, R., "Growing at light speed [Optoelectronics]," Circuits Assembly, vol. 18, no. 9, pp. 44-5, Sept. 2007.

20. Huff, D.B.; **Lebby, M.S.**, "Fiber optic sensing technology: emerging markets and trends," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 6619, pp. 661902 (7 pp.), July 2007.

21. **Lebby, M.S**. and Clayton, R, Optoelectronics Roadmap OIDA-iNEMI, IEEE Packaging and Assembly, May 2007

22. **Lebby, Michael**, "A new model for the optoelectronic indium-based semiconductor industry," Optics and Photonics News, May 2006.

23. **Lebby, M.**, "Optical components and their role in optical networks," 2001 Proceedings. 51st Electronic Components and Technology Conference, 2001.

24. **Lebby, M.**, "OEICs: commercialization at last," Compound Semiconductor, vol. 7, no. 6, pp. 81-2, 85, July 2001.

25. **M. S. Lebby** & W. B. Jiang. "Packaging of Optical Components and Systems," Wiley Encyclopedia of Electrical and Electronics Engineering, Vol 15 pp 499-516.  John G. Webster (Ed.), John Wiley & Sons, New Jersey, 1999.

26. W. B. Jiang, & **M. S. Lebby**, "Optical Sources: Light-emitting diodes and laser technology," Handbook of fiber optic data communication, C. DeCusatis, et al, (Ed.), Academic Press, 1998.

27. W. B. Jiang, & **M. S. Lebby**, "Semiconductor laser and light emitting diode fabrication," Handbook of fiber optic data communication, C. DeCusatis, et al, (Ed.), Academic Press, 1998.

28. Berry, G.; Summers, H.D.; Blood, P.; Claisse, P.; **Lebby, M**., "Optical bistability in vertical cavity surface emitting lasers with a simple intra-cavity epitaxial absorber layer," Conference Digest. ISLC 1998 NARA. 1998 IEEE 16th International Semiconductor Laser Conference, 1998.

29. Jiang, W.; Norton, L.; Kiely, P.; Schwartz, D.; Gable, B.; **Lebby, M**.; Raskin, G., "Vertical cavity surface emitting laser-based parallel optical data link," Optical Engineering, vol. 37, no. 12, pp. 3113-18, Dec. 1998.

30. Robertsson, M.E.; Hagel, O.J.; Gustafsson, G.; Dabek, A.; Popall, M.; Cergel, L.; Wennekers, P.; Kiely, P.; **Lebby, M.**; Lindahl, T., "O/e-MCM packaging with new, patternable dielectric and optical materials," 1998 Proceedings. 48th Electronic Components and Technology Conference, pp. 1413-21, May 1998.

31. Popall, M.; Dabek, A.; Robertsson, M.E.; Gustafsson, G.; Hagel, O.-J.; Olsowski, B.; Buestrich, R.; Cergel, L.; **Lebby, M**.; Kiely, P.; Joly, J.; Lambert, D.; Schaub, M.; Reichl, H., "ORMOCERsTM-new photo-patternable dielectric and optical materials for MCM-packaging," 1998 Proceedings. 48th Electronic Components and Technology Conference, May 1998.

32. Claisse, P.R.; Jiang, W.; Kiely, P.A.; Roll, M.; Boughter, L.; Sanchez, P.; Cotney, D.; **Lebby, M**.; Webb, B.; Lawrence, B., "Automatic power control of a VCSEL using an angled lid TO56 package," 1998 Proceedings. 48th Electronic Components and Technology Conference, May 1998.

33. **Lebby, M. S**., "VCSEL Devices and Packaging for Fiber Optic Transceivers," Integrated Photonics Research, paper MD1, March 30th, 1998.

34. **Lebby, M.S**.; Claisse, P.; Jiang, W.; Kiely, P.; Roll, M.; Boughter, L.; Sanchez, P.; Lawrence, B., "VCSEL devices and packaging," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 3289, pp.2-12, Jan. 1998.

35. Popall, M.; Dabek, A.; Robertsson, M.E.; Gustafsson, G.; Hagel, O.-J.; Olsowski, B.; Buestrich, R.; Cergel, L.; **Lebby, M**.; Kiely, P.; Joly, J.; Lambert, D.; Schaub, M.; Reichl, H., "ORMOCERs - new photo-patternable dielectric and optical materials for MCM-packaging," Proceedings of the 1998 48th Electronic Components & Technology Conference, Jan. 1998.

36. **Lebby, M.**, "Optoelectronic Devices and Packaging Technology," 4th IEEE Workshop on AST Phoenix Research Center, IEEE, Jan 1998.

37. Jiang, W.; Claisse, P.; Gaw, C.; Kiely, P.; Lawrence, B.; **Lebby, M**.; Roll, M., "Vertical cavity surface emitting laser packaging with auto power control," 1997 Proceedings. 47th Electronic Components and Technology Conference, pp. 368-70, May 1997.

38. Gaw, C.A.; Jiang, W.; **Lebby, M**.; Kiely, P.A.; Claisse, P.R., "Characteristics of VCSELs and VCSEL arrays for optical data links," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 3004, pp. 122-33, Feb. 1997.

39. Raskin, G.; **Lebby, M.S**.; Carney, F.; Kazakia, M.; Schwartz, D.B.; Gaw, C.A., "Parallel interconnect for a novel system approach to short distance high information transfer data links," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 3038, pp. 165-74, Feb. 1997.

40. Jiang, W.; Gaw, C.; Kiely, P.; Lawrence, B.; **Lebby, M**.; Claisse, P.R., "Effect of proton implantation on the degradation of GaAs/AlGaAs vertical cavity surface emitting lasers," Electronics Letters, vol. 33, no.2, pp. 137-9, Jan. 1997.

41. Jiang, W.; Gaw, C.; Kiely, P.; Lawrence, B.; **Lebby, M**.; Ramdani, J.; Claisse, P., "Relative intensity noise of 780 nm vertical cavity surface emitting lasers," Proceedings of the 1997 Pacific Rim Conference on Lasers and Electro-Optics, CLEO/Pacific Rim, No. 46984, Jan. 1997.

42. Schwartz, D.B.; Chun, C.K.Y.; Foley, B.M.; Hartman, D.H.;  **Lebby, M**.; Lee, H.C.; Chan Long Shieh; Kuo, S.M.; Shook, S.G.; Webb, B., "A low-cost high-performance optical interconnect," (1996), http://ieeexplore.ieee.org/xpl/freeabs_all.jsp?arnumber=533892.

43. **Lebby, M**.; Gaw, C.A.; Jiang, W.; Kiely, P.A.; Claisse, P.R.; Grula, J., "Key challenges and results of VCSELs in data links," Conference Proceedings. LEOS '96 9th Annual Meeting. IEEE Lasers and Electro-Optics Society 1996 Annual Meeting, pp. 167-8, vol. 2, Nov. 1996.

44. Schwartz, D.B.; Carney, F.; Chun, C.K.Y.; Claisse, P.; Foley, B.M.; Gaw, C.; Hartman, D.H.; Kiely, P.; Knapp, J.; Wenbin Jiang; Shun Meen Kuo; **Lebby, M**.; Planer, S.; Norton, L.J.; Raskin, G.; Sauvageau, J.; Chan Long Shieh; Shook, S.G.; Tapp, S., "Low-cost high-performance optical interconnect," CLEO '96. Summaries of Papers Presented at the Conference on Lasers and Electro-Optics., vol. 9. 1996 Technical Digest Series. Conference Edition, June 1996.

45. **Lebby, M**.; Gaw, C.A.; Jiang, W.; Kiely, P.A.; Chan Long Shieh; Claisse, P.R.; Ramdani, J.; Hartman, D.H.; Schwartz, D.B.; Grula, J., "Characteristics of VCSEL arrays for parallel optical interconnects," 1996 Proceedings. 46th Electronic Components and Technology Conference, pp. 279-91, May 1996.

46. **Lebby, M**., "Characteristics of VCSEL Parallel Optical Interconnecters", IEEE, May 1996.

47. **Lebby, M**.; Gaw, C.A.; Jiang, W.; Kiely, P.A.; Chan Long Shieh; Claisse, P.R.; Ramdani, J.; Hartman, D.H.; Schwartz, D.B.; Grula, J., "Use of VCSEL arrays for parallel optical interconnects," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 2683, pp. 81-91, Feb. 1996.

48. **Lebby, M**.; Gaw, C.A.; Jiang, W.; Kiely, P.A.; Shieh, C.L.; Claisse, P.R.; Ramdani, J.; Hartman, D.H.; Schwartz, D.B.; Chun, C.K.Y.; Foley, B.M., "Parallel optical interconnects using VCSELs," Proceedings. IEEE/Cornell Conference on Advanced Concepts in High Speed Semiconductor Devices and Circuits, pp. 348-56, Aug. 1995.

49. Schwartz, D.B.; Chun, C.K.Y.; Foley, B.M.; Hartman, D.H.; **Lebby, M**.; Lee, H.C.; Chan Long Shieh; Shun Meen Kuo; Shook, S.G.; Webb, B., "A low cost, high performance optical interconnect," (May 1995), http://ieeexplore.ieee.org/xpl/freeabs_all.jsp?arnumber=514410.

50. Kiely, P.A.; Taylor, G.W.; Izabelle, A.; **Lebby, M.S**.; Tell, B.; Brown-Goebeler, K.F.; Chang, T.-Y., "An n-channel BICFET in the InGaAs/InAlGaAs/InAlAs material system," IEEE Electron Device Letters, vol. 10, no. 7, pp. 304-6, July 1989.

51. **Lebby, M.S**.; Kiely, P.A.; Taylor, G.W., "Reactive ion etching (RIE) and magnetron ion etching (MIE) combinations for opto-electronic integrated circuit (OEIC) processing," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 1037, pp.88-96, Nov. 1988.

52. Taylor, G.W.; Crawford, D.L.; Kiely, P.A.; Cooke, P.; Sargood, S.; Izabelle, A.; Chang, T.Y.; Tell, B.; **Lebby, M.S**.; Brown-Goebeler, K.; Simmons, J.G., "An inversion channel technology for opto-

electronic integration," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 994 , pp. 251-7, 1989.

53. Taylor, G.W.; Kiely, P.A.; Izabelle, A.; Crawford, D.L.; **Lebby, M.S.**; Chang, T.-Y.; Tell, B.; Goebeler, K.B.; Simmons, J.G., "An n-channel BICFET in the GaAs/AlGaAs material system," IEEE Electron Device Letters, vol. 10, no. 2, pp. 88-90, Feb. 1989.

54. G. W. Taylor, **M. S. Lebby**, T. Y. Chang, R. P. Gnall, N. Sauer, B. Tell, and J. G. Simmons, " Very High Transconductance HFET", *IEEE International Electron Devices Conference and Proceedings*, LA, Dec 1988

55. Crawford, D.L.; Taylor, G.W.; Kiely, P.A.; Cooke, P.; Izabelle, A.; Chang, T.Y.; Tell, B.; **Lebby, M.S.**; Brown-Goebeler, K.; Simmons, J.G., "An inversion channel technology for opto-electronic integration," Fourteenth European Conference on Optical Communication, No. 292, vol. 1, pp. 211-14, Sept. 1988.

56. Taylor, G.W.; **Lebby, M.S.**; Kiely, P.A.; Cooke, P.; Isabelle, A.; Chang, T.Y.; Tell, B.; Crawford, D.L.; Brown-Goebeler, K.; Simmons, J.G., "Performance and advantages of BICFETs versus HBTs," Proceedings of the 1988 Bipolar Circuits and Technology Meeting, pp. 41-5, Sept. 1988.

57. Taylor, G.W.; Crawford, D.L.; Kiely, P.A.; Sargood, S.K.; Cooke, P.; Izabelle, A.; Chang, T.Y.; Tell, B.; **Lebby, M.S.**; Brown-Goebeler, K.; Simmons, J.G., "GaAs/AlGaAs inversion channel devices for an integrated opto-electronic technology," IEEE Transactions on Electron Devices, vol. 35, no. 12, pp. 2446, June 1988.

58. **Lebby, M.S.**; Taylor, G.W.; Izabelle, A.; Tell, B.; Brown-Goebeler, K.; Chang, T.-Y.; Simmons, J.G., "A p-channel BICFET in the InGaAs/InAlAs material system," IEEE Electron Device Letters, vol. 9 , no. 6 , pp. 278-80, June 1988.

59. Taylor, G.W.; **Lebby, M.S.**; Izabelle, A.; Tell, B.; Brown-Goebeler, K.; Chang, T.-Y.; Simmons, J.G., "Demonstration of a p-channel GaAs/AlGaAs BICFET," IEEE Electron Device Letters, vol. 9, no.2, pp.84-6, Feb. 1988.

60. Taylor, Geoffrey; **Lebby, M S**; Izabelle, A; Tell, B; Brown-Goebeler, K., "Demonstration of a p-channel GaAs/AlGaAs BICFET (Bipolar Inversion- Channel)," IEEE Electron Device Letters, vol. 9, pp. 84-86, Feb. 1988.

61. **Lebby, Michael Stephen**, "Fabrication And Characterisation Of The Heterojunction Field Effect Transistor (Hfet) And The Bipolar Inversion Channel Field Effect Transistor (Bicfet): Characterisation Of Hfets And Bicfets, Fabricated From Gallium-Arsenide/Aluminum-Gallium - Arsenide With Magnetron Ion Etching, Sputtered Tungsten Gates, Ion Implanted Source/Drain Contacts And Rapid Thermal Anneals," University Of Bradford, UK, 1987.

62. Taylor, G.W.; **Lebby, M.S.**; Chang, T.Y.; Gnall, R.N.; Sauer, N.; Tell, B.; Simmons, J.G., "GaAs/AlGaAs inversion channel devices for an integrated opto-electronic technology," Electronics Letters, vol. 23, no. 2, pp. 77-9, Jan. 1987.

63. Taylor, G.W.; **Lebby, M.S.**; Chang, T.Y.; Gnall, R.N.; Sauer, N.; Tell, B.; Tennant, D.M.; Simmons, J.G., "A new heterostructure FET," International Electron Devices Meeting 1986. Technical Digest, pp. 817-21, Dec. 1986.

**PERSONAL ACTIVITIES:**

1. CPMT Board of Governors (1998, 1999, 2000, 2001, 2002)

2. Co-Chair of a IEEE workshop on optoelectronic packaging technology (2000 and 2001)

3.  IEEE Phoenix Section of Waves and Devices Junior Engineer (1993)

4.  CPMT Junior Engineer (1995)

5.  CPMT Distinguished Lecturer (2000)

6.  TC-10 (Technical Committee on Optoelectronics) member (1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001)

7.  TC-10 Leader (1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001)

8.  CPMTs ECTC Technical Committee (1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004 – Present)

9.  CPMTs ECTC Technical Committee Chair (1994, 1995, 1996)

10. CPMT's ECTC's Assistant Technical Program Chair (1999)

11. Session Chair ECTC 1992, 1993, 1994, 1995, 1996, 1997, 1999, 2000, 2002, 2005

12. Session Chair LEOS Post-deadline papers 1997

13. OSA Strategic planning committee 2006 and 2007

14. Organizer and editor for many of OIDA workshops in areas such as:
    a.  Perspectives in optoelectronics: Markets, research and manufacturing
    b.  Optical communications
    c.  Optical networking
    d.  Optical interconnects
    e.  Photonic integration
    f.  Green Photonics
    g.  High power lasers
    h.  LEDs and nitride based semiconductors
    i.  Optical sensors
    j.  Quantum dots

15. Founder and organizer for OIDA's OPTOmism™ green photonics conference, May 2009
    a.  Solar technical track planning
    b.  Solid state lighting track planning
    c.  Sensors and spectroscopy, optical communications track planning

16. 1991 – 1997 OIDA Steering Committee Member – Motorola

17. 1998 – 1999 OIDA Steering and Board Member – AMP/Tyco

18. 2000 OIDA Board Member – Intel

19. OSA 2006 - 2007 Strategic Planning Committee

20. OSA 2006 – Present Executive Forum committee

21. NEMI (National Engineering Manufacturing Institute) Optoelectronics Committee a number of times between 1997 to 2008

22. OIDA Board member 2005-2010

23. Presenter of the SPIE's Prism awards (touted the photonics Oscars by SPIE) for Green Photonics and Energy Efficiency in 2012

24. Judge of the SPIE's Prism awards in 2013

25. Technical advisory board consultant – Translucent Inc 2005-2010

26. Member (at various times) SPIE, APS, IEE, IEEE, OSA


**TECHNICAL ACTIVITIES & AWARDS:**

- Author of OIDA's **annual market optoelectronics report** and forecast (2009 version is over 600 pages), which receives international exposure and recognition. Regularly interacts with government agencies in Washington DC on photonics based projects (DARPA, NIH, NSF, DOE, NIST etc). Typical chapters included: LEDs, laser diodes, fiber optic communications, sensors, displays, green photonics, military photonics, and applications of photonics such as solid state lighting, automotive, medical etc.

- Has been recognized professionally as a **Fellow of IEEE (2005) and OSA (2007)** with his technical contributions to the field of optoelectronics.

- As an inventor he has achieved **over 385 issued/published patents** including 190 issued USPTO utility patents in the field of optoelectronics, 25 published patent applications, 94 European patents, 71 Japanese patents, 3 World patents, and 2 German patents. NB: A full list of the 385+ patents is available for viewing at the linkedin website (see above URL).

- His novel laser-based device, packaging, modules designs led Motorola to sell their patent portfolio independently where a number of the patents have "very high licensing coefficients". Dr. Lebby was given a special award from the Chairman of Motorola for exemplary patent invention accomplishments in 1998 and **# 1 prolific inventor in Motorola's history**.

- Is the recipient of a **2nd doctorate** (higher) from Bradford University, UK, and only the second in the universities history to receive a D.Eng from industry (rest being academia).

- **Intrepreneur** at: i) Motorola: Co-founded Optobus division – VCSEL laser based parallel optical interconnect solution, and ii) Intel: Co-founded the Intel optics division for silicon photonics where over $300M was initially invested for the division.

- **Entrepreneur**: Founded Ignis Optics Inc., a venture backed company (>$30M) that designed and manufactured 10Gbps fiber optic transceivers. Sold the company to Bookham (Naq: BKHM) in 2003.  Restructured OneChip Photonics through bankruptcy, and raised funding.

- IEEE CPMT **Board of Governors** ('98-'02); IEEE Phoenix Waves and Devices Junior Engineer of the Year (1993); CPMT Distinguished lecturer (2000), CPMT technical committee (TC-10 & ECTC) 1991 to present

- Advised at **Board of Director** level for a number of technical start-ups

- **Chartered Engineer** (C.Eng) from IEE (UK). The chartered engineering status is equivalent to the US PE (professional engineer).