MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                   Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                   Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF CAMILA TAPERNOUX IN SUPPORT OF DEFENDANTS' OPPOSITION TO WAYMO LLC'S MOTION FOR JURY INSTRUCTION BASED ON SPOLIATION**<br><br>Trial Date: December 4, 2017 |

I, Camila Tapernoux, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Opposition to Waymo LLC's Motion for Jury Instruction Based on Spoliation.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the June 19, 2017 deposition of Lior Ron.

3. Attached as Exhibit 2 is a true and correct copy of the November 20, 2017, Declaration of Allan T. Vogel.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the July 20, 2017 deposition of Ognen Stojanovski.

5. On November 20, 2017, I reviewed searches of all emails, documents, and text messages located in the custodial files of, or sent to or from, Anthony Levandowski, Lior Ron, Travis Kalanick, Nina Qi, John Bares, and Cameron Poetzscher that Uber produced. I also reviewed searches of all such documents that had a document date between January 1, 2016, and March 31, 2016. From my review of those searches, I was able to confirm that Uber has produced 8,748 emails, documents, and text messages located in the custodial files of, or sent to or from, Anthony Levandowski, Lior Ron, Travis Kalanick, Nina Qi, John Bares, and Cameron Poetzscher. I was also able to confirm that 1,390 of these documents had a document date between January 1, 2016, and March 31, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 2017 at San Francisco, California.

                                                       */s/ Camila Tapernoux*
                                                     Camila Tapernoux

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Camila Tapernoux has concurred in this filing.

Dated: November 20, 2017         */s/ Arturo J. González*
                                            Arturo J. González

TAPERNOUX DECL. ISO DEFENDANTS' OPPOSITION TO WAYMO'S MOTION FOR JI BASED ON SPOLIATION
Case No. 3:17-cv-00939-WHA
sf-3843238

2