# EXHIBIT 1

```
          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
             SAN FRANCISCO DIVISION


  _____

  WAYMO LLC,                      )
                                  )
            Plaintiff,            )
                                  )
         vs.                      )   Case No.
                                  )   3:17-cv-00939-WHA
  UBER TECHNOLOGIES, INC.,        )
  OTTOMOTTO LLC; OTTO             )
  TRUCKING LLC,                   )
                                  )
            Defendants.           )
  _____ )


      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



         VIDEOTAPED DEPOSITION OF LIOR RON

             San Francisco, California

             Monday, June 19, 2017

                   Volume I
```

Reported by:

SUZANNE F. GUDELJ

CSR No. 5111

Job No. 2641996


PAGES 1 - 311

1    meeting.  It was not that long ago after he

2    initially brought it up to me.

3         Q    And who was at that Uber meeting?

4         A    Well, the ones I recall for certain are

5    Anthony, myself, Travis and Karen and Nina.                09:39:11

6         Q    And can you just give that -- full names or

7    the last names just for the record.

8         A    I'll try.  Myself, Lior Ron; Anthony

9    Levandowski; and Travis, Uber CEO, Travis Kalanick;

10   and Nina from Uber's corp development team.  Nina --       09:39:39

11        Q    Qi?

12        A    -- Qui, Q-u-i [sic].  And I can try and say

13   Cam's last name, but I'll miserably fail.  So

14   Cameron --

15        Q    Start with a "P"?                                09:39:52

16        A    I'm sorry?

17        Q    Last name start with a "P"?

18        A    Yes.  I believe so, yes.

19        Q    Okay.

20        A    -- from Uber's corporate development team        09:39:59

21   as well.

22        Q    Got it.  Okay.  And so what did the folks

23   from Uber say when Levandowski told them that he was

24   in possession of some Google files?

25             MR. PATCHEN:  Objection to the form.             09:40:17

1              THE WITNESS:  So first, I don't remember
2    exactly what Anthony -- how he brought it up, so I'm
3    in no position to sort of comment on the specificity
4    of that, but he brought up topic.
5              And then I do recall -- it's hard to right            09:40:33
6    now recall the specific wording, but I do recall the
7    impression sort of that I was left in the --
8    participating in the meeting.  So Travis said
9    something along for the lines of -- and sorry for
10   the "S" word -- "I don't want this shit anywhere              09:40:54
11   close to Uber."  And -- and I do believe he repeated
12   that twice.  That did leave an impression with me
13   because of the use of the "S" word and the
14   repeating, so...  And so that's what I recall Travis
15   saying.                                                         09:41:14
16             I do recall -- again, this is from a
17   distance, but I do recall, I think, that Nina didn't
18   speak much, 'cause I do remember noting that I don't
19   think she said much, if any, on that topic.
20             It's also important to understand the               09:41:33
21   context that was in a meeting that we've discussed
22   also, other topics around the negotiation.  That was
23   one of the topics.  So on that specific topic, I
24   don't recall Nina saying much.
25             And then I don't recall exactly what Cam           09:41:49

1  said.  I do recall he said something.  And it left
2  an impression with me that he was being maybe
3  thoughtful about it and trying to sort of assess
4  what to do.  But I don't remember exactly what Cam
5  said as it relates to that topic.                           09:42:14
6  BY MR. PERLSON:
7      Q   Okay.  Did -- in that meeting, did anyone
8  at Uber direct Mr. Levandowski to take any action in
9  relation to the files he had?
10     A   Not something specific I can remember right    09:42:36
11 now.
12     Q   Okay.  The -- did anyone express -- at that
13 meeting, did anyone at Uber express -- well, let me
14 start over again.
15         Did anyone at that meeting with Uber ask       09:42:57
16 why Mr. Levandowski still had those Google files?
17         MR. PATCHEN:  Objection to the form.
18         THE WITNESS:  I -- I don't remember
19 anything specific on that.  I don't believe so.
20 BY MR. PERLSON:                                         09:43:22
21     Q   Did -- at that meeting -- well, let me ask
22 you separate from that meeting.
23         When Mr. Levandowski first told you that he
24 had some Google files after you had both left
25 Google, did you ask him why he still had those         09:43:39

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4            That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were duly sworn; that a record
      of the proceedings was made by me using machine
 8    shorthand which was thereafter transcribed under my
 9    direction; that the foregoing transcript is a true
10    record of the testimony given.
11            Further, that if the foregoing pertains to
12    the original transcript of a deposition in a Federal
      Case, before completion of the proceedings, review
13    of the transcript [X] was [ ] was not requested.
14            I further, certify I am neither financially
15    interested in the action nor a relative or employee
16    of any attorney or party to this action.
17            IN WITNESS WHEREOF, I have this date
18    subscribed my name.
19    Dated: June 20, 2019
20
21
22
23                 [signature: Suzanne F. Gudelj]
24                 SUZANNE F. GUDELJ
25                 CSR No. 5111
```

Page 311