# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                                   )
                                             )
            Plaintiff,                       )
   vs.                                       )  Case No.
                                             )  17-cv-00939-WHA
UBER TECHNOLOGIES, INC.;                     )
OTTOMOTTO, LLC; OTTO TRUCKING LLC,           )
                                             )
            Defendants.                      )
                                             )
                                             )
_____)


HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY

VIDEOTAPED DEPOSITION OF

OGNEN STOJANOVSKI, ESQ.

San Francisco, California

Thursday, July 20, 2017

Volume I


Reported by:
MARY J. GOFF
CSR No. 13427

Job No. 2663397

PAGES 1-321

Page 308

1  lease of offices," right?
2  A  Yes.
3  Q  And then -- so the fourth one is
4  interesting. It's "All e-mail accounts and e-mail
5  archives owned by the seller."
6  Do you see that?
7  A  I do.
8  Q  Whose -- where did -- this proposal to
9  include this in the excluded assets, did this idea
10 originate from -- from Tyto's side or from
11 Ottomotto's side?
12 A  Probably originated from my side, from the
13 Tyto side.
14 Q  And why did Tyto want to retain the e-mail
15 accounts and e-mail archives of the Odin Wave and
16 Tyto employees?
17 A  Because it really wasn't part of what
18 Ottomotto was interested in acquiring, which was
19 primarily the engineering talent and maybe the Owl
20 sensor.
21 Q  Would it have cost -- well, let me ask you
22 this: Would -- would retaining the e-mail accounts
23 and the e-mail archives have helped you, you know,
24 license or hire new employees to keep creating, you
25 know, Owl sensors to sell?

```
                                                              Page 309
 1      A    It might have.                                  06:41:46
 2      Q    But didn't you also give all the IP and         06:41:46
 3  the -- the actual Owl sensor technology to Ottomotto     06:41:49
 4  as part of the asset purchase?                           06:41:56
 5           MR. SAWYER:  Objection, form.                   06:41:59
 6      A    Yes, we eventually did by the time the          06:41:59
 7  final form of the agreement took place, yes.  That       06:42:02
 8  wasn't necessarily at all plan.  It worked out into      06:42:06
 9  that.                                                    06:42:10
10      Q    (BY MR. JUDAH) And ultimately, Ottomotto        06:42:10
11  didn't think that taking over the e-mail accounts        06:42:12
12  would be useful for its ongoing business?                06:42:17
13           MS. RAY:  Objection, form.                      06:42:20
14           MR. SAWYER:  Join.                              06:42:21
15      A    It wasn't an item we really discussed.  It      06:42:22
16  never really came up.                                    06:42:25
17      Q    (BY MR. JUDAH) And ultimately, after the        06:42:27
18  asset purchase, you decided not to retain those          06:42:28
19  e-mail accounts and e-mail archives, correct?            06:42:32
20           MR. SAWYER:  Objection, form.                   06:42:36
21      A    I eventually closed down the e-mail             06:42:36
22  accounts, yes.                                           06:42:39
23      Q    When did you close down those e-mail            06:42:40
24  accounts?                                                06:42:42
25      A    I don't recall exactly when I closed down       06:42:46
```

```
 1   those e-mail accounts.                                    06:42:49
 2       Q   Was it before or after, you know,                 06:42:50
 3   January 1 of 2017?                                        06:42:53
 4       A   It was before January 1, 2017.                    06:42:57
 5       Q   But why did you close down those e-mail           06:42:59
 6   domain names at -- let me ask you that again.             06:43:03
 7           Why did you close down those e-mail               06:43:04
 8   accounts and e-mail archives?                             06:43:07
 9       A   Because at the end of day we did wind up          06:43:09
10   selling the Owl sensor itself too.  And Tyto was --       06:43:11
11   no longer was an ongoing concern with real business       06:43:19
12   opportunities, but rather, just had to have some          06:43:21
13   cash in the bank account.                                 06:43:25
14           So -- so I wound up -- I wound down all           06:43:27
15   other accounts.  And once I was done winding down         06:43:30
16   all other accounts, I didn't need to have Tyto            06:43:33
17   LiDAR's anymore.  That -- it didn't make sense in         06:43:35
18   paying for ongoing an e-mail host.                        06:43:37
19           THE COURT REPORTER:  I'm sorry.  I didn't         06:43:40
20   need to have Tyto LiDAR?                                  06:43:41
21       A   Sorry.  Can you say it again?                     06:43:41
22           (The Reporter read the record as follows:         06:43:47
23   And once I was done winding down all other accounts,      06:43:47
24   I didn't need to have Tyto LiDAR?)                        06:43:47
25       A   I didn't need to have access to Tyto LiDAR        06:43:48
```

```
                                                            Page 311

 1    e-mail anymore, so there wasn't any sense in paying    06:43:50
 2    for ongoing e-mail hosting services.                   06:43:54
 3         Q    (BY MR. JUDAH) Are those e-mail accounts     06:43:58
 4    and e-mail archives recoverable?                       06:44:00
 5         A    I don't know.                                06:44:03
 6         Q    What -- who -- who was the host of those     06:44:04
 7    e-mail accounts and e-mail archives?                   06:44:07
 8         A    Google.                                      06:44:11
 9         Q    Google what?                                 06:44:14
10         A    Well, I don't -- whatever it is.  G-mail     06:44:17
11    hosting for business -- I'm not sure of the exact --   06:44:19
12    you know, companies that -- like G-mail Professional   06:44:24
13    Services from Google.                                  06:44:27
14         Q    Is it your understanding that all of those   06:44:29
15    e-mails have been permanently destroyed?               06:44:31
16         A    I don't know if they have been permanently   06:44:36
17    destroyed or not.                                      06:44:38
18         Q    Do you have any documents that -- that       06:44:42
19    provide -- well, let me ask you this:  If you wanted   06:44:44
20    to try to recover those e-mails, what would you do?    06:44:45
21              MR. SAWYER:  Objection, form.                06:44:50
22              MS. RAY:  Join.                              06:44:50
23         A    I'm not sure how I would go about it.  I     06:44:51
24    don't know.  I would try to contact Google, I guess.   06:44:53
25         Q    (BY MR. JUDAH) Did you ever discuss having   06:44:57
```

```
 1          I, MARY J. GOFF, CSR No. 13427, Certified
 2    Shorthand Reporter of the State of California,
 3    certify;
 4          That the foregoing proceedings were taken
 5    before me at the time and place herein set forth, at
 6    which time the witness declared under penalty of
 7    perjury; that the testimony of the witness and all
 8    objections made at the time of the examination were
 9    recorded stenographically by me and were thereafter
10    transcribed under my direction and supervision; that
11    the foregoing is a full, true, and correct
      transcript of my shorthand notes so taken and of the
12    testimony so given;
            That before completion of the deposition,
13    review of the transcript (XX) was ( ) was not
      requested:   ( ) that the witness has failed or
14    refused to approve the transcript.
15          I further certify that I am not financially
      interested in the action, and I am not a relative or
16    employee of any attorney of the parties, nor of any
17    of the parties.
            I declare under penalty of perjury under the
18    laws of California that the foregoing is true and
19    correct, dated this 21st day of July 2017.
20
21
22
23                    _____
24                         MARY J. GOFF
25
```

Page 321