1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO WAYMO'S MOTION IN LIMINE NO. 18 TO PRECLUDE RELIANCE ON THE STROZ FRIEDBERG DUE DILIGENCE INVESTIGATION**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date:  December 4, 2017 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's

2   (collectively, "Uber") Administrative Motion to File Documents Under Seal, and finding that

3   good cause exists, this Court hereby GRANTS Uber's Administrative Motion to File Documents

4   Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Maxwell V. Pritt ("Pritt Decl.") | Entire Document | Waymo |
| Exhibit 2 to Pritt Decl. | Entire Document | Waymo |
| Exhibit 3 to Pritt Decl. | Entire Document | Waymo |
| Exhibit 4 to Pritt Decl. | Entire Document | Waymo |
| Exhibit 5 to Pritt Decl. | Entire Document | Waymo |
| Exhibit 6 to Pritt Decl. | Entire Document | Waymo |
| Exhibit 7 to Pritt Decl. | Entire Document | Waymo |
| Exhibit 8 to Pritt Decl. | Entire Document | Waymo |

**IT IS SO ORDERED.**

Dated: _____, 2017        _____

HONORABLE WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
SEAL
CASE NO. 3:17-CV-00939-WHA