# EXHIBIT 1

# PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY