# EXHIBIT 3

# PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY