# **EXHIBIT 4**

# **PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY**