# EXHIBIT 5

# PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY