# EXHIBIT 7

# PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY