# EXHIBIT 8

# PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY