MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: 212.336.8330 / Fax.: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO, LLC'S OPPOSITION TO WAYMO'S MOTION *IN LIMINE* NO. 18 TO PRECLUDE RELIANCE ON THE STROZ FRIEDBERG DUE DILIGENCE INVESTIGATION**<br><br>Judge: Hon. William H. Alsup<br>Trial Date: December 4, 2017 |

I, Maxwell V. Pritt, declare as follows:

1. I am Counsel at the firm Boies Schiller Flexner LLP representing Defendants Uber Technologies Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of the California. I make this declaration in support of Defendants Uber Technologies, Inc.'s and Ottomotto LLC's Opposition to Waymo's Motion *In Limine* No. 18 to Preclude Reliance on the Stroz Friedberg Due Diligence Investigation. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the October 3, 2017, deposition of Justin Suhr.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the October 6, 2017, deposition of Hanley Chew.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the October 3, 2017, deposition of Eric Friedberg.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the October 17, 2017, deposition of Mary Fulginiti.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the October 20, 2017, deposition of Melanie Maugeri.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the October 2, 2017, deposition of Angela Padilla.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the September 29, 2017, deposition of Cameron Poetzscher.

9. Attached as **Exhibit 8** is a true and correct copy of Waymo's Third Amended Witness List served on November 15, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 2017, at Oakland, California.

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt

**ATTESTATION OF E-FILED SIGNATURE**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Maxwell V. Pritt has concurred in this filing.

*/s/ Karen L. Dunn*
Karen L. Dunn