IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | **ORDER RE FINAL PRETRIAL CONFERENCE AND NOTICE RE ANY SETTLEMENT** |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | |
| Defendants. | |

At the final pretrial conference, be prepared to advise the Court regarding the extent to which the Court can and should order the jury to maintain the confidence of the substance of the alleged trade secrets, even after verdict and even as to alleged trade secrets found unenforceable. Cite to caselaw on point.

Additionally, if the parties settle this case too late to call off the venire, then the parties that requested a jury trial will be responsible for paying the full day of jury expenses for all members of the venire. Aside from the financial costs involved, please keep in mind the burden on prospective jurors of disrupting their lives to travel to and from the courthouse.

**IT IS SO ORDERED.**

Dated: November 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE