IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,                                                No. C 17-00939 WHA

       Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;                   **ORDER RE TIMELINE**
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

       Defendants.

                              /

     Before opening statements, counsel shall agree on a simple timeline to be displayed on a

large posterboard, approximately four feet by eight feet, on easels by the wall opposite the jury

box. The timeline should have seven or eight of the most important dates in this case. It need

not have all dates and will simply serve as a frame of reference for the jury to place key events

as testified to by witnesses at trial. Examples of important dates would include Anthony

Levandowski's last day at Waymo LLC, the formation of Ottomotto LLC, and the acquisition of

Ottomotto by Uber Technologies, Inc.


     **IT IS SO ORDERED.**


Dated:  November 21, 2017.

                                                         _____

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE