| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzález@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Tel: 415.268.7000 / Fax: 415.268.7522 |

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THEIR TRIAL BRIEF** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal exhibits to their
3  Trial Brief.  Specifically, Defendants request an order granting leave to file under seal the
4  following confidential documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 6 | Entire Document | Plaintiff |
| Exhibit 7 | Entire Document | Defendants<br>Plaintiff |
| Exhibit 8 | Entire Document | Plaintiff |

11    The entirety of Exhibit 7 contains highly confidential information regarding Uber's
12  business strategy, internal market evaluations, potential cost models, future production estimates,
13  and estimated development timelines.  It also contains highly confidential information regarding
14  third-party vendors with business agreements subject to NDAs, including pricing information.
15  This information is not publicly known, and its confidentiality is strictly maintained.  Disclosure
16  of this information would give competitors knowledge into elements of Uber's business strategy,
17  financial estimates regarding various elements of Uber's business, and confidential vendors.
18  Uber's competitive standing could be significantly harmed.  (Declaration of Thomas J. Pardini in
19  Support of Defendants' Administrative Motion to File Documents Under Seal ("Pardini Decl.")
20  ¶ 3.)

21    The entireties of Exhibits 6-8 contain information that has been designated "Highly
22  Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent
23  Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have
24  agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material
25  under seal in accordance with Paragraph 14.4 of the Protective Order.  (Pardini Decl. ¶ 4.)

26    Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the
27  documents at issue, with accompanying chamber copies.

28

1  Defendants served Waymo with this Administrative Motion to File Documents Under Seal on November 21, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  November 21, 2017                MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
     ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC