1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzález@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel: 415.268.7000 / Fax: 415.268.7522
5
6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
7   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
8   BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
9   Washington DC  20005
    Tel:  202.237.2727 / Fax: 202.237.6131
10
11  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
12  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
13  SUSMAN GODFREY
    1301 Avenue of the Americas, 32nd Floor
14  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax: 212.336.8340

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20  WAYMO LLC,                        Case No.      3:17-cv-00939-WHA

21              Plaintiff,            **DECLARATION OF
                                      THOMAS J. PARDINI IN SUPPORT
22      v.                            OF DEFENDANTS UBER
                                      TECHNOLOGIES, INC. AND
23  UBER TECHNOLOGIES, INC.,          OTTOMOTTO LLC'S
    OTTOMOTTO LLC; OTTO TRUCKING LLC, ADMINISTRATIVE MOTION TO
24                                    FILE UNDER SEAL EXHIBITS TO
                Defendants.           THEIR TRIAL BRIEF**
25

26

27

28

I, Thomas J. Pardini, declare as follows:

1.      I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits to Their Trial Brief.

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 6 | Entire Document | Plaintiff |
| Exhibit 7 | Entire Document | Defendants<br>Plaintiff |
| Exhibit 8 | Entire Document | Plaintiff |

3.      The entirety of Exhibit 7 contains highly confidential information regarding Uber's business strategy, internal market evaluations, potential cost models, future production estimates, and estimated development timelines.  It also contains highly confidential information regarding third-party vendors with business agreements subject to NDAs, including pricing information.  This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information would give competitors knowledge into elements of Uber's business strategy, financial estimates regarding various elements of Uber's business, and confidential vendors.  Uber's competitive standing could be significantly harmed.

4.      The entireties of Exhibits 6-8 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

1    5.    Defendants' request to seal is narrowly tailored to the portions of their Trial Brief

2    and attached exhibits that merit sealing.

3        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st

4    day of November, 2017 at San Francisco, California.

5

6                                                        */s/ Thomas J. Pardini*
                                                        Thomas J. Pardini

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2
  I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this

3
Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has

4
concurred in this filing.

5
Dated:  November 21, 2017        _____/s/ Arturo J.  González_____

6
                ARTURO J. GONZÁLEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28