MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | Case No.   3:17-cv-00939-WHA <br><br> **DECLARATION OF CAMILA TAPERNOUX IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S TRIAL BRIEF** <br><br> Trial Date: December 4, 2017 |

I, Camila Tapernoux, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Morrison & Foerster LLP, counsel of record for Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively "Uber") in this action. I am admitted to practice before this Court. I submit this declaration in support of Uber Technologies, Inc. and Ottomotto LLC's Trial Brief. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Arturo González, counsel for Uber, to Andrea Roberts, counsel for Waymo, and others dated November 15, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Andrea Roberts, counsel for Waymo, to Arturo González, counsel for Uber, and others dated November 15, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Waymo LLC's Initial Disclosures served on April 3, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff Waymo LLC's Supplemental Initial Disclosures served on June 21, 2017.

6. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff Waymo LLC's Corrected Supplemental Initial Disclosures served on June 22, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff's Responses and Objections to Ten Interrogatories Selected Pursuant to Order Granting in Part Motion to Compel Interrogatory Responses, Dkt. 1173 (No. 28) served on August 24, 2017.

8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff's Third Supplemental Objections and Responses to Uber's Third Set of Interrogatories (No. 13) served on August 24, 2017.

9. Attached hereto as Exhibit 8 is a true and correct excerpt of Plaintiff's Objections and Responses to Uber's First Set of Interrogatories (Nos. 1-11) served on June 16, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November, 2017 at San Francisco, California.

*/s/ Camila Tapernoux*
Camila Tapernoux

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Camila Tapernoux has concurred in this filing.

Dated: November 21, 2017            */s/ Arturo J. González*
                                    Arturo J. González