1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PARTIES' AMENDED JOINT PROPOSED PRETRIAL ORDER AND EXHIBITS THERETO** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Portions of Parties Amended Joint Proposed Pretrial Order and Exhibits Thereto ("Administrative
3 Motion").

4  Having considered the Administrative Motion, and good cause to seal having been shown,
5 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6 below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Amended Joint Proposed Pretrial Order | Highlighted Portions |
| Appendix A to Amended Joint Proposed Pretrial Order | Entire Document |
| Appendix D to Amended Joint Proposed Pretrial Order | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States Magistrate Judge

s