# Appendix A