IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **NOTICE RE LETTER FROM UNITED STATES ATTORNEY** |
| Defendants. | |

Today, the Court received the letter appended as Exhibit A from the United States Attorney regarding this case. This letter shall be kept under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: November 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE