IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **ORDER RE LETTER FROM UNITED STATES ATTORNEY** |
| Defendants. | |

With respect to the letter from the United States Attorney (Dkt. No. 2260-1), the Court further **ORDERS** as follows:

At the final pretrial conference, defendants Uber Technologies, Inc., and Ottomotto LLC (collectively, "Uber") shall advise the Court and counsel of the precise extent to which the information provided by Richard Jacobs is accurate (not just whether he said it but also whether it was actually true), the precise extent to which said information has been previously supplied to plaintiff Waymo LLC in discovery, and the precise extent to which the devices referred to by Jacobs have been searched by Uber for responsive materials in discovery.

Waymo shall advise the Court and counsel of the precise extent to which it was already aware or has been advised of the aforementioned information via its own investigation.

Uber shall also cause Jacobs, Ed Russo, and Attorney Angela Padilla to be present at the final pretrial conference, by subpoena if necessary, to give testimony. Whoever answers the foregoing questions at the final pretrial conference must also have fully investigated the matter and be prepared to testify under oath.

**IT IS SO ORDERED.**

Dated: November 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2