UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00939-WHA |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the December 4, 2017 Jury Trial in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )　All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(X)　At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 11/24/2017　　　　　　　　　　　　　　Susan Y. Soong, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　*Susan Y. Soong*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk