IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. C 17-00939 WHA<br><br>**ORDER RE REQUEST TO FILE<br>A MOTION TO EXCLUDE<br>WALTER BRATIC** |

　　　The Court has reviewed plaintiff Waymo LLC's précis requesting permission to file a motion to exclude Walter Bratic (Dkt. No. 2248) and defendants' opposition thereto (Dkt. No. 2259). Waymo may file the proposed motion by **NOVEMBER 27 AT NOON**, with the response due by **DECEMBER 1 AT 5:00 P.M.**

　　　**IT IS SO ORDERED.**

Dated: November 24, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE