1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JURY INSTRUCTIONS BASED ON SPOLIATION** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its Reply Memorandum of Law In
3  Support Of Its Motion for Jury Instruction Based On Spoliation ("Waymo's Reply").
4  Having considered Waymo's Administrative Motion, and good cause to seal having been
5  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Reply | Highlighted in blue |
| Exhibit 1 to Waymo's Reply | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JUDGE WILLIAM ALSUP
United States District Judge