IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **SUPPLEMENTAL ORDER RE LETTER FROM UNITED STATES ATTORNEY** |

Both sides shall bring to the final pretrial conference documentation of all discovery or Court inquiries that should have elicited the information in the letter from the United States Attorney (Dkt. No. 2260-1), as well as all representations made by defendants bearing on said information. Defendants shall also bring to the final pretrial conference the letter dated May 5, 2017, from Richard Jacobs's attorney to Attorney Angela Padilla. These items are in addition to the items and witnesses required by the November 23 order (Dkt. No. 2261).

**IT IS SO ORDERED.**

Dated: November 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE