# EXHIBIT C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6        Plaintiff,
 7   vs.                              Case No.
 8   UBER TECHNOLOGIES, INC.;         3:17-cv-00939-WHA
 9   OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11        Defendants.
12   _____/
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16       VIDEOTAPED DEPOSITION OF CHELSEA BAILEY
17                PALO ALTO, CALIFORNIA
18              TUESDAY, AUGUST 1, 2017
19
20
21   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 2668970
24
25   PAGES 1 - 323
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | possession of two laptops that had been previously | 18:16 |
| 2 | issued to Mr. Levandowski? | 18:16 |
| 3 | A    I believe so.  My recollection is very vague. | 18:16 |
| 4 | Q    Okay.  What did you do with those laptops? | 18:16 |
| 5 | A    The laptops were provided to a coordinator on | 18:16 |
| 6 | my team, Travis Belanger. | 18:16 |
| 7 | Q    Can you spell Mr. Belanger's last name? | 18:16 |
| 8 | A    Belanger, B-E-L-A-N-G-E-R. | 18:16 |
| 9 | Q    And why did you give the laptops to | 18:17 |
| 10 | Mr. Belanger? | 18:17 |
| 11 | A    That's standard practice for turning in an | 18:17 |
| 12 | employee's equipment that's provided during an exit | 18:17 |
| 13 | interview. | 18:17 |
| 14 | Q    Okay.  Based on the standard practice, what | 18:17 |
| 15 | happens to that equipment? | 18:17 |
| 16 |           MS. ROBERTS:  Objection; form. | 18:17 |
| 17 |           THE WITNESS:  Depends on the circumstances. | 18:17 |
| 18 |           MR. TAKASHIMA:  Okay. | 18:17 |
| 19 | Q    What does it depend on? | 18:17 |
| 20 | A    Whether someone is on a litigation hold. | 18:17 |
| 21 | Hard stop. | 18:17 |
| 22 | Q    Okay.  Does it depend -- depend on anything | 18:17 |
| 23 | else? | 18:17 |
| 24 | A    Whether or not there's an active | 18:17 |
| 25 | investigation. | 18:17 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    Okay.  When did you give the laptops to | 18:17 |
| 2 | Mr. Belanger? | 18:17 |
| 3 | A    I don't remember the specific -- I don't | 18:18 |
| 4 | remember the specific date or timeline.  Shortly | 18:18 |
| 5 | following Anthony's departure. | 18:18 |
| 6 | Q    Within days of his departure? | 18:18 |
| 7 | A    Within days, yeah. | 18:18 |
| 8 | Q    At that time, was there a litigation hold on | 18:18 |
| 9 | Mr. Levandowski? | 18:18 |
| 10 | A    Not that I'm aware of. | 18:18 |
| 11 | Q    Okay.  Would you be aware of a litigation | 18:18 |
| 12 | hold on Mr. Levandowski at that time? | 18:18 |
| 13 | MS. ROBERTS:  Objection; form. | 18:18 |
| 14 | THE WITNESS:  I'm not exactly sure. | 18:18 |
| 15 | MR. TAKASHIMA:  Okay. | 18:18 |
| 16 | Q    At the time you gave the laptops to | 18:18 |
| 17 | Mr. Belanger, was there an active investigation of | 18:18 |
| 18 | Mr. Levandowski? | 18:18 |
| 19 | A    Good question.  I'm not exactly sure of the | 18:18 |
| 20 | timing of handing the laptops over, in comparison to | 18:18 |
| 21 | when the active investigation began. | 18:18 |
| 22 | Q    Well, did you hand the laptops over to | 18:18 |
| 23 | Mr. Belanger before the investigation began? | 18:19 |
| 24 | A    I don't recall -- | 18:19 |
| 25 | MS. ROBERTS:  Objection; form. | 18:19 |

| | | |
|---|---|---|
| 1 | THE WITNESS: -- the exact sequence. | 18:19 |
| 2 | MR. TAKASHIMA: Q. Do you recall at all the | 18:19 |
| 3 | sequence? | 18:19 |
| 4 | A   I don't. | 18:19 |
| 5 | Q   When an employee departing is not subject to | 18:19 |
| 6 | a litigation hold or the subject of an active | 18:19 |
| 7 | investigation, what is typically done with their | 18:19 |
| 8 | devices? | 18:19 |
| 9 | A   The coordinator -- the HR coordinator, in | 18:19 |
| 10 | this case, Travis, would turn them in to tech stop. | 18:19 |
| 11 | Q   What is tech stop? | 18:19 |
| 12 | A   Technical support and hardware support.  And | 18:19 |
| 13 | I'm not exactly sure what they do, if they sort of | 18:19 |
| 14 | recycle and put equipment back in inventory.  I'm not | 18:19 |
| 15 | sure what they do.  I'd be speculating. | 18:19 |
| 16 | Q   Okay.  How quickly are devices usually handed | 18:19 |
| 17 | over to tech stop? | 18:19 |
| 18 | A   Within a week. | 18:19 |
| 19 | Q   Okay. | 18:20 |
| 20 | A   Estimating. | 18:20 |
| 21 | Q   After you gave Mr. Levandowski's laptops to | 18:20 |
| 22 | Mr. Belanger, what did he do with them? | 18:20 |
| 23 | A   He -- I'm not sure if he shipped or delivered | 18:20 |
| 24 | them personally to Kristinn's team. | 18:20 |
| 25 | Q   Okay.  When did he do that? | 18:20 |

Page 302

| | | | |
|---|---|---|---|
| 1 | A | I don't know the specific timeline. | 18:20 |
| 2 | Q | Okay. That would have been after an | 18:20 |
| 3 | | investigation began; correct? | 18:20 |
| 4 | A | Yes. | 18:20 |
| 5 | Q | Okay. How much time passed between when you | 18:20 |
| 6 | | gave the laptops to Mr. Belanger and when he delivered | 18:20 |
| 7 | | them or caused them to be delivered to Mr. Gudjonsson? | 18:20 |
| 8 | A | Great question. And I'm not sure of the | 18:20 |
| 9 | | exact timeline associated with that exchange. | 18:20 |
| 10 | Q | Okay. Was it more than a month? | 18:20 |
| 11 | A | I don't believe so. | 18:20 |
| 12 | Q | Okay. Was it less than a month? | 18:20 |
| 13 | A | I think so, but I'd be estimating. I don't | 18:20 |
| 14 | | recall exactly. | 18:20 |
| 15 | Q | Was it more than a week? | 18:20 |
| 16 | A | Perhaps. | 18:20 |
| 17 | Q | Okay. Was it more than two weeks? | 18:20 |
| 18 | A | I'm not exactly sure. | 18:21 |
| 19 | Q | So, Mr. Belanger did not deliver the laptops | 18:21 |
| 20 | | to tech stop; correct? | 18:21 |
| 21 | A | That's correct. | 18:21 |
| 22 | Q | Why not? | 18:21 |
| 23 | | MS. ROBERTS: Objection; form. | 18:21 |
| 24 | | I'll withdraw -- withdraw the objection. | 18:21 |
| 25 | | Sorry. | 18:21 |