1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   WAYMO LLC,                                    No. C 17-00939 WHA
10          Plaintiff,
11      v.                                         **ORDER ALLOWING MOTION
                                                    TO SUPPLEMENT TRIAL**
12  UBER TECHNOLOGIES, INC.;                       **WITNESS LIST AND**
    OTTOMOTTO LLC; and OTTO                        **REQUIRING DETAILED**
13  TRUCKING LLC,                                  **OFFER OF PROOF**
14          Defendants.
15  _____/
16
           Plaintiff Waymo LLC may bring its motion to supplement its trial witness list by
17
    **NOVEMBER 29 AT 5:00 P.M.** with the response, if any, due by **DECEMBER 3 AT NOON**.  The
18
    motion shall include a *detailed* offer of proof for each proposed witness and shall identify each
19
    exhibit or illustration that the witness will sponsor or give testimony on during Waymo's direct
20
    examination.  Due to the lateness of this request, no ruling will be forthcoming until after the
21
    opening statements, so this order prohibits any counsel or witness from referring to the
22
    proposed testimony or proposed witnesses in the presence of any actual or prospective juror.
23
24      **IT IS SO ORDERED.**
25
26  Dated:  November 27, 2017.
                                           _____
27                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
28