QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF JEFF NARDINELLI IN SUPPORT OF WAYMO'S MOTION TO EXCLUDE DEFENDANTS' DAMAGES EXPERT WALTER BRATIC** |

1  I, Jeff Nardinelli, hereby declare as follows.

2  1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

6  2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the final transcript from the deposition of Walter Bratic, taken on September 28, 2017.

8  3. Attached as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of Walter Bratic and associated exhibits, served on September 7, 2017.

10  4. Attached as Exhibit 3 is a true and correct copy of an email between counsel for Waymo and counsel for Uber, with the most recent email dated November 10, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  November 27, 2017          */s Jeff Nardinelli*
                                    Jeff Nardinelli

-2-                              Case No. 3:17-cv-00939-WHA
                                 DECLARATION OF JEFF NARDINELLI

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven