QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL WAYMO'S RESPONSE TO ORDER REGARDING LETTER FROM UNITED STATES ATTORNEY (DKT. 2261)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Response to Order Regarding Letter From United States Attorney ("Waymo's Response"), filed concurrently herewith. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Response | Highlighted in blue | Defendants |
| Exhibit 1 to Waymo's Response | Entire document | Defendants |
| Exhibit 2 to Waymo's Response | Entire document | Defendants |
| Exhibit 3 to Waymo's Response | Entire document | Defendants |
| Exhibit 4 to Waymo's Response | Entire document | Defendants |
| Exhibit 5 to Waymo's Response | Highlighted in blue | Defendants |
| Exhibit 6 to Waymo's Response | Entire document | Defendants |
| Exhibit 8 to Waymo's Response | Entire document | Defendants |

## I.   LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II.   DEFENDANTS' CONFIDENTIAL INFORMATION

Waymo seeks to seal identified portions of these documents because Defendants have designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3. In addition, portions of the Response (highlighted in yellow) contain references to a letter submitted to the Court by the United States Attorney, which the Court has held "shall be kept under seal under further order of the Court." (*Id.* at ¶ 4; Dkt. 2260). Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

## III.   CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

| | |
|---|---|
| DATED:  November 27, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By  */s/ Charles K. Verhoeven*<br>     Charles K. Verhoeven<br>     Attorneys for WAYMO LLC |