# EXHIBIT 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JAMES JUDAH IN SUPPORT OF WAYMO'S RESPONSE TO NOTICE REGARDING U.S. ATTORNEY LETTER (DKT. 2260-1)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC, | |
| Defendants. | **REDACTED VERSION OF DOCUMENT** |

1     I, James Judah, hereby declare as follows:

2     1.     I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2.     On November 25, 2017, my colleague John McCauley and I reviewed an unredacted version of the letter from counsel for Richard Jacobs to Angela Padilla, dated May 5, 2017 (the "Jacobs Letter") at the San Francisco office of Morrison & Foerster LLP ("MoFo"). Shortly before midnight on November 24, the Jacobs Letter was produced in redacted form and designated "Attorneys' Eyes Only" by Defendant Uber Technologies Inc. as UBER00326333.

3.     The portions of the Jacobs Letter that had been redacted from UBER00326333 allege numerous instances of ███████████████████████████████████████████████ ███████████████████████████████████████████████The conduct described in these portions of the Jacobs Letter ████████████████ ███████████.

4.     The redacted portions of the Jacobs Letter also allege that at least some of this conduct was directed and approved by ████████████████████████████████████████.

5.     The redacted portions of the Jacobs Letter allege that this conduct was engaged in by ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███

-2-     Case No. 3:17-cv-00939-WHA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 27, 2017

*/s James D. Judah*
James Judah

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Judah.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven