QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JOHN MCCAULEY IN SUPPORT OF PLAINTIFF WAYMO RESPONSE TO ORDER REGARDING LETTER FROM UNITED STATES ATTORNEY (DKT. 2261)** |

I, John McCauley, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of a document bearing bates number UBER00326333.

3. Attached as Exhibit 2 is a true and correct copy of a November 24, 2017 letter from David Perlson to Karen Dunn, Arturo Gonzalez, and Bill Carmody, counsel for Uber and Ottomotto.

4. Attached as Exhibit 3 is a true and correct copy of a November 25, 2017 email from James Judah to Special Master John Cooper and all counsel for Uber and Ottomotto.

5. Attached as Exhibit 4 is a true and correct copy of a November 25, 2017 email from Arturo Gonzalez to James Judah.

6. Attached as Exhibit 5 is a true and correct copy of the Declaration of James Judah in support of Waymo's Response to Order Regarding Letter from United States Attorney.

7. Attached as Exhibit 6 is a true and correct copy of Uber's Response to Judge Alsup's Order Regarding April 5, 2017 Discovery Hearing (Dkt. 144.)

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the October 2, 2017 deposition of Angela Padilla.

9. Attached as Exhibit 8 is a true and correct copy of a November 24, 2017 email from David Perlson to Special Master John Cooper and all counsel for Uber and Ottomotto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 27, 2017             */s/ John McCauley*
                                     John McCauley

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John McCauley.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven