BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Non-party
Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 17-cv-0939-WHA<br><br>**NON-PARTY RICHARD JACOBS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRESPONDENCE UNDER SEAL** |

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Non-party Richard Jacobs respectfully submits this Motion for Administrative Relief to File Correspondence Under Seal.  Mr. Jacobs requests to file the entirety of his letter, addressed to the Court and copying all parties and attached to the Declaration of Martha Boersch as Exhibit A, under seal.

A document or portions thereof may be filed under seal if "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b).  Good cause exists to seal this select information because it contains personal identifying, confidential, and sensitive information regarding Mr. Jacobs.  Moreover, as we understand from Docket Nos. 2260 and 2261, a letter on a similar subject from the United States Attorney regarding this case was ordered sealed by this Court on November 22, 2017.  We respectfully request similar confidential treatment.

For the foregoing reasons, Mr. Jacobs requests that the Court grant his Administrative Motion to Seal.

Dated: November 27, 2017         BOERSCH SHAPIRO LLP

*/s/ Martha Boersch*
MARTHA BOERSCH
Attorney for Richard Jacobs