BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Non-party
Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 17-cv-0939-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF MARTHA BOERSCH IN SUPPORT OF NON-PARTY RICHARD JACOBS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRESPONDENCE UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

1. I, MARTHA BOERSCH, am an attorney licensed to practice law before the courts of the State of California and this Court. I make this declaration in support of Non-party Richard Jacobs' Motion for Administrative Relief to File Correspondence Under Seal. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Mr. Jacobs seeks to file the entirety of his correspondence to the Court, copying all parties, under seal. A true and correct copy of this correspondence is attached hereto as Exhibit A.

3. The letter contains personal identifying, confidential, and sensitive information about Mr. Jacobs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 27 day of November 2017, in Oakland, California.

*/s/ Martha Boersch*
Martha Boersch