1  BOERSCH SHAPIRO LLP
   David W. Shapiro (State Bar No. 219265)
2  Dshapiro@boerschshapiro.com
   Martha Boersch (State Bar No. 126569)
3  Mboersch@boerschshapiro.com
4  Lara Kollios (State Bar No. 235395)
   Lkollios@boerschshapiro.com
5  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
6  Telephone: (415) 500-6640

7  Attorneys for Non-party
8  Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 17-cv-0939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY RICHARD JACOBS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRESPONDENCE UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

   Good cause having been shown, IT IS HEREBY ORDERED that Mr. Jacobs' November 27, 2017 correspondence to the Court, copying all parties, shall be filed under seal.

   IT IS SO ORDERED.

Dated: _____      _____
                                    HONORABLE WILLIAM H. ALSUP
                                    United States District Judge

[PROPOSED] ORDER
Case No. 17-cv-0939-WHA