MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br> v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PARTIES' AMENDED JOINT PROPOSED PRETRIAL ORDER (DKT. 2256)** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Portions of Parties' Amended Joint Proposed Pretrial Order (Dkt. 2256).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Appendix A to Amended Joint Proposed Pretrial Order | Entire Document |
| Appendix D to Amended Joint Proposed Pretrial Order | Red Highlights |

3. Appendix A is an exhibit list containing brief descriptions of thousands of exhibits in this case, including those that contain highly confidential information regarding third party vendors, some of whom have NDAs with Uber, interspersed throughout the exhibits list. This information is not publicly known, and its confidentiality is strictly maintained. Defendants request this information be sealed to protect these confidential business relationships from disclosure and possible interference from competitors.

4. The red highlights of Appendix D contain contact information of individuals involved in this case, including personal phone numbers, email addresses, and home addresses. Defendants seek to seal this information in order to protect the privacy of these individuals because this lawsuit is currently the subject of extensive media coverage. Disclosure of this information could expose these individuals to harm or harassment.

5. Defendants' request to seal is narrowly tailored to the portions of the Joint Proposed Pretrial Order and supporting appendices that merit sealing.

1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this
2 | 27th day of November, 2017 at San Francisco, California.

                                                      */s/ Thomas J. Pardini*
                                                       Thomas J. Pardini