UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

Plaintiff,

vs.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,

Defendants.

CASE NO. 3:17-cv-00939-WHA

**STIPULATION REGARDING PUBLIC REFILING OF DOCUMENTS PURSUANT TO LOCAL RULE 79.5 AND ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT 2237)**

WHEREAS, on November 20, 2017, the Court entered an order granting in part and denying in part administrative motions to file under seal re dkts. 1237, 1278, 1280, 1291, 1316, 1328, 1358, 1354, 1367, 1374, 1434, 1437 ("the Order") (Dkt. 2237);

WHEREAS, Local Rule 79.5(f)(3) provides "If the Administrative Motion to File Under Seal is denied or granted in part, the document sought to be sealed will not be considered by the Court unless the Submitting Party files a revised redacted version of the document which comports with the Court's order within 7 days after the motion is denied";

WHEREAS, under Local Rule 79.5(f)(3), revised redacted versions of the documents referenced in the Order would be due Monday, November 27, 2017;

WHEREAS, Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies Inc. and Ottomotto LLC ("Defendants") met and conferred on November 22, 2017;

WHEREAS, Waymo and Defendants are considering moving for reconsideration of limited parts of the Order.

WHEREAS, Waymo and Defendants agreed to seek an extension from the Court to the deadline for filing revised redacted versions of the documents ruled upon in the Order, in light of the Thanksgiving holiday and ongoing preparations for the pre-trial conference, jury selection, and the start of trial;

THEREFORE, the parties stipulate as follows:

1. The deadline for public refiling of revised redacted versions as set forth in the Order (Dkt. 2237) will be extended until Friday, December 1, 2017.

IT IS STIPULATED.

DATED: November 24, 2017

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for WAYMO LLC

DATED: November 24, 2017

*/s/ Arturo J. Gonzalez*
Arturo J. Gonzalez

MORRISON & FOERSTER LLP
Attorneys for UBER TECHNOLOGIES INC. AND OTTOMOTTO LLC

DATED: November 24, 2017

*/s/ Neel Chatterjee*
Neel Chatterjee

GOODWIN PROCTER LLP
Attorneys for OTTO TRUCKING LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: Nov. 28, 2017

Jacqueline Scott Corley
The Honorable Jacqueline S. Corley