# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

CAND 435
(CAND Rev. 02/2015)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COURT USE ONLY
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER**
Carl W. Fleetwood

**2a. CONTACT PHONE NUMBER**
(415) 773-5442

**3. CONTACT EMAIL ADDRESS**
cfleetwood@orrick.com

**1b. ATTORNEY NAME (if different)**
Robin A. Linsenmayer

**2b. ATTORNEY PHONE NUMBER**
(650) 614-7423

**3. ATTORNEY EMAIL ADDRESS**
rlinsenmayer@orrick.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Orrick - 405 Howard Street
San Francisco, CA 94105-2669

**5. CASE NAME**
Waymo LLC v. Uber Technologies, Inc. et al

**6. CASE NUMBER**
17cv00939-WHA

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR**
Debra Pas

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2017 | WHA | pre-trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 11/29/2017 | WHA | pre-trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Please email transcripts to cfleetwood@orrick.com Thanks

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE**
[signature: Carl Fleetwood]

**12. DATE**
11/28/2001

**DISTRIBUTION:** ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY

Clear Form