UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 11/28/2017 | **Time:** 8:02 a.m. - 12:27 p.m. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorneys for Plaintiff:** Charles Verhoeven, David Eiseman, Melissa Baily, David Perlson, Andrea Roberts, Jordan Jaffe

**Attorney for Non-Party Witness**: Martha Boersch

**Attorneys for Intervenors:** Steven Zansberg (Associated Press); Carolyn Luedtke (Lyft)

**Attorneys for Defendant:** Arturo Gonzales, Bill Carmody, Sylvia Rivera, Meredith Dearborn, Michael Jacobs, Shawn Rabin, Joseph Grinstein, Matthew Berry, Karen Dunn, Michael Brille

**Special Master:** John Cooper

PROCEEDINGS

Evidentiary Hearing - Held.
Motion to Close Courtroom - [1822]

SUMMARY

Witnesses:  Richard Jacobs, Edward Russo.
Exhibits: 1, 2

Jury Selection and Jury Trial dates are continued.  Further Evidentiary Hearing continued to 11/29/2017 at 8:00 a.m.  See attached trial log.

Motion to Close Courtroom is taken under submission.