UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-00939-WHA
Case Name: Waymo LLC v. Uber Technologies, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, David Eiseman, Melissa Baily, David Perlson, Andrea Roberts, Jordan Jaffe. Intervenors: Steven Zansberg (A.P.), Carolyn Luedtke (Lyft) Martha Boersch (Non-Party Witness Richard Jacobs) Special Master: John Cooper | Arturo Gonzales, Bill Carmody, Sylvia Rivera, Meredith Dearborn, Michael Jacobs, Shawn Rabin, Joseph Grinstein, Matthew Berry, Karen Dunn, Michael Brille |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 11/28/2017 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session. Matters regarding forthcoming evidentiary hearing testimony are discussed with the parties. Regarding Richard Jacob's testimony, objection is made on the record by Ms. Boersch. The Court overruled. | |
| | | 8:20 a.m. | | | Witness, **Richard Jacobs**, approaches the witness stand and is sworn for testimony. Direct examination by Charles Verhoeven. | |
| 1 | | | X | X | Letter introduced in redacted form. | |
| | | 9:28 a.m. | | | Court in recess. | |
| | | 9:44 a.m. | | | Court reconvened. Direct examination of witness continues. | |
| 2 | | | X | X | Letter submitted to the Court (under seal until 5:00 p.m.) | |
| | | 10:20 a.m. | | | Cross-examination of witness by Arturo Gonzales. | |
| | | 10:35 a.m. | | | Examination of the witness by the Court. | |
| | | | | | The Court orders Uber to disclose documents as stated on the record. | |
| | | 10:52 a.m. | | | Witness, **Edward Russo**, approaches the witness stand and is sworn for testimony. Direct examination by Charles Verhoeven. | |
| | | 11:27 a.m. | | | Cross-examination of witness by Arturo Gonzales. | |
| | | 11:34 a.m. | | | Court in recess. | |
| | | 11:50 a.m. | | | Court reconvened. Due to new information before the Court, jury selection and trial are **continued**. | |
| | | | | | Evidentiary Hearing continued to 11/29/2017 at 8:00 | |

1

|  |  |  |  |  | a.m.  Angela Padilla is expected to testify at 8:00 a.m. |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Argument heard on Motion to Close Courtroom. Motion is taken under submission. |  |
|  |  | 12:27 p.m. |  |  | Court in recess. |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |