BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Non-party
Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-0939-WHA<br><br>**DECLARATION OF MARTHA BOERSCH IN SUPPORT OF NON-PARTY RICHARD JACOBS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRESPONDENCE UNDER SEAL** |

1. I, MARTHA BOERSCH, am an attorney licensed to practice law before the courts of the State of California and this Court. I make this declaration in support of Non-party Richard Jacobs' Motion for Administrative Relief to File Portions of Correspondence Under Seal. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Mr. Jacobs seeks to file the unredacted and redacted versions of the May 5, 2017 letter from Clayton Halunen to Uber (hereinafter the "Halunen Letter"), under seal.

3. The Halunen Letter contains information that, if disclosed, could damage the safety and security of Uber employees and vendors, as well as information that infringes on personal privacy rights and could cause reputational harm.

4. The Halunen Letter contains information relating to ongoing state and federal investigations.

5. The Halunen Letter was designated as a confidential settlement communication under Federal Rule of Evidence 408.

6. Attached hereto as Exhibit A is a true and correct copy of the Halunen Letter that outlines Mr. Jacobs' proposed redactions, numbered sequentially, in the event the Court declines to designate the Halunen Letter as CONFIDENTIAL pursuant to the operative protective order.

7. Attached hereto as Exhibit B is a true and correct copy of the Halunen Letter containing Mr. Jacobs' proposed redactions, in the event the Court declines to designate the Halunen Letter as CONFIDENTIAL pursuant to the operative protective order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 28 day of November 2017, in Oakland, California.

*/s/ Martha Boersch*
Martha Boersch