1  BOERSCH SHAPIRO LLP
   David W. Shapiro (State Bar No. 219265)
2  Dshapiro@boerschshapiro.com
   Martha Boersch (State Bar No. 126569)
3  Mboersch@boerschshapiro.com
   Lara Kollios (State Bar No. 235395)
4  Lkollios@boerschshapiro.com
5  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
6  Telephone: (415) 500-6640

7
   Attorneys for Non-party
8  Richard Jacobs

                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12  WAYMO LLC,                              Case No. 17-cv-0939-WHA

13            Plaintiff,                    **[PROPOSED] ORDER GRANTING NON-
                                            PARTY RICHARD JACOBS' MOTION
14       v.                                 FOR ADMINISTRATIVE RELIEF TO
                                            FILE CORRESPONDENCE UNDER SEAL**
15  UBER TECHNOLOGIES, INC.,

16            Defendant.

17

18

19       Good cause having been shown, IT IS HEREBY ORDERED that Exhibits A and B to the

20  Declaration of Martha Boersch in Support of Non-Party Richard Jacobs' Motion for Administrative

21  Relief to File Correspondence Under Seal shall be filed under seal.

22       IT IS SO ORDERED.

23

24  Dated: _____        _____
                                          HONORABLE WILLIAM H. ALSUP
25                                        United States District Judge

26

27

28

                                                              [PROPOSED] ORDER
                                                              Case No. 17-cv-0939-WHA