UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 11/29/2017 | **Time:** 8:00 a.m. - 12:11 p.m. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorneys for Plaintiff:** Charles Verhoeven, David Eiseman, Melissa Baily, David Perlson, Andrea Roberts, Jordan Jaffe

**Attorney for Non-Party Witnesses**: Matthew Umhofer

**Attorneys for Defendant:** Arturo Gonzales, Bill Carmody, Meredith Dearborn, Michael Jacobs, Shawn Rabin, Joseph Grinstein, Matthew Berry, Karen Dunn, Michael Brille

**Special Master:** John Cooper

PROCEEDINGS

Evidentiary Hearing - Held.

SUMMARY

Sworn Witnesses:  Angela Padilla, Matt Henley, and Nicholas Gicinto.
Exhibits Submitted: 3, 4, 5, 6, 7, 8, 9, 10, 11

Jury Selection and Jury Trial dates are continued to 1/31/2018 and 2/5/2018, respectively. Further proceedings set for 12/4/2017 at 9:00 a.m.  See attached trial log.