UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-00939-WHA
Case Name: Waymo LLCv. Uber Technologies, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, David Eiseman, Melissa Baily, David Perlson, Andrea Roberts, Jordan Jaffe. Intervenors: Steven Zansberg (A.P.), Carolyn Luedtke (Lyft) Matthew Umhofer (Non-Party Witnesses Nick Jacinto and Matt Henley) Special Master: John Cooper | Arturo Gonzales, Bill Carmody, Meredith Dearborn, Michael Jacobs, Shawn Rabin, Joseph Grinstein, Matthew Berry, Karen Dunn, Michael Brille |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 11/29/2017 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:00 a.m. |  |  | Court in session.  Housekeeping matters discussed.  Witnesses will be sequestered. |  |
|  |  | 8:09 a.m. |  |  | Witness, **Angela Lucia Padilla**, approaches the witness stand and is sworn for testimony.  Direct examination of witness by Charles Verhoeven. |  |
| 3 |  |  |  |  | Redacted Document re: Board Meeting May 25 |  |
| 4 |  |  |  |  | Board Meeting Minutes June 22 |  |
| 5 |  |  |  |  | Privilege Log Productions |  |
| 6 |  |  |  |  | Confidentiality Agreement |  |
| 7 |  |  |  |  | Confidential Settlement Agreement |  |
| 8 |  |  |  |  | Consulting Agreement |  |
| 9 |  |  |  |  | Resignation email of Rick Jacobs |  |
|  |  | 9:14 a.m. |  |  | Court in recess. |  |
|  |  | 9:29 a.m. |  |  | Court reconvened.  Direct examination of witness continues. |  |
|  |  | 9:50 a.m. |  |  | Cross-examination of witness by Arturo Gonzales. |  |
|  |  | 10:12 a.m. |  |  | Witness, **Matt Henley**, approaches the witness stand and is sworn for testimony.  Direct examination of witness by Charles Verhoeven. |  |
| 10 |  |  |  |  | Meeting Invite |  |
|  |  | 10:58 a.m. |  |  | Court in recess. |  |
|  |  | 11:10 a.m. |  |  | Court reconvened.  Cross examination of witness by Arturo Gonzales. |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11 | | | | Document downloaded from Google | |
| | | 11:24 a.m. | | | Witness, **Nicholas Gicinto**, approaches the witness stand and is sworn for testimony. Direct examination of witness by Charles Verhoeven. | |
| | | 11:41 a.m. | | | Cross-examination of witness by Arturo Gonzales. | |
| | | 11:47 a.m. | | | The Court instructs the parties regarding remaining discovery as stated on the record. Special Master to supervise. Supplemental discovery due 12/22/2017; last day to file any discovery dispute 12/29/2017; final briefing due 1/30/2018; jury selection set for 1/31/2018; jury trial begins 2/5/2018. | |
| | | | | | The parties are to return to the Court at 9:00 a.m. Monday, 12/4/2017. | |
| | | 12:11 p.m. | | | Court in recess. | |
| | | | | | | |