1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9  Attorneys for WAYMO LLC

10

                    UNITED STATES DISTRICT COURT

11

          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

   WAYMO LLC,                                CASE NO. 3:17-cv-00939-WHA

13

                Plaintiff,                   **DECLARATION OF JEFF NARDINELLI**

14                                           **IN SUPPORT OF WAYMO'S MOTION**
                                             **FOR LEAVE TO SUPPLEMENT ITS**
        vs.                                  **TRIAL WITNESS LIST**

15

   UBER TECHNOLOGIES, INC.;

16 OTTOMOTTO LLC; OTTO TRUCKING
   LLC,

17

                Defendants.

18

19

20

21

22

23

24

25

26

27

28

1        I, Jeff Nardinelli, hereby declare as follows.

2        1.      I am a member of the bar of the State of California and an associate with Quinn

3 Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this

4 declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

5 would testify competently as follows.

6        2.      Attached as Exhibit 1 is a true and correct copy of Waymo's Third Amended Rule

7 26(a)(3) Witness List, served on November 15, 2017.

8        3.      The deposition of Shawn Bananzedeh lasted from 9:54 a.m. until 7:06 p.m. on

9 August 24, 2017.

10

11        I declare under penalty of perjury under the laws of the State of California that the

12 foregoing is true and correct.

13

DATED:  November 29, 2017        */s Jeff Nardinelli*

14                                  Jeff Nardinelli

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                **SIGNATURE ATTESTATION**

2        Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3 filing of this document has been obtained from Jeff Nardinelli.

4

5                               */s/ Charles K. Verhoeven*
                              Charles K. Verhoeven

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28