MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSIVE TRIAL BRIEF (DKT. 2271)** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Responsive Trial Brief (Dkt. 2271).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Responsive Trial Brief | Green Highlights |
| Exhibit D to Waymo's Responsive Trial Brief | Photographs on page 122, & final line of page 144 |

3. The green highlights in Waymo's Responsive Trial Brief contain a reference to a third party vendor under an NDA with Uber. This information is not publicly known, and its confidentiality is strictly maintained. Defendants request this information be sealed to protect this confidential business relationship from disclosure and possible interference from competitors.

4. The two photographs on page 122 and the final line of page 144 of Exhibit D contain highly confidential information regarding technical details and cost considerations of Defendants' LiDAR sensors. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors and counterparties to acquire technical and financial insight into Defendants' LiDAR development, such that Defendants' competitive standing could be significantly harmed.

5. Defendants' request to seal is narrowly tailored to the portions of Waymo's Responsive Trial Brief and supporting exhibits that merit sealing.

1       I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of November, 2017 at San Francisco, California.

                                                    */s/ Thomas J. Pardini*
                                                    Thomas J. Pardini