1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington, D.C.  20005
   Telephone:    202.237.2727
10 Facsimile:    202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@SusmanGodfrey.com
13 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS' UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OPPOSITION TO WAYMO'S MOTION TO EXCLUDE DEFENDANTS' DAMAGES EXPERT WALTER BRATIC**<br><br>Judge:　The Honorable William Alsup<br><br>Trial Date: February 5, 2018 |

Based on the Court's ruling on Waymo's damages expert Michael Wagner (Dkt. 2166), Uber will not call Walter Bratic at trial. This moots Waymo's present Motion to Exclude Mr. Bratic (Dkt. 2276).

Uber has separately objected to the inadequacies of Waymo's damages disclosures apart from Mr. Wagner's now-rejected report and expects to renew those objections at trial to the extent that they are denied pre-trial. Depending on what evidence on damages the Court ultimately allows Waymo to present at trial, Uber may seek leave from the Court to supplement Mr. Bratic's expert report and call him as a witness.

Dated: December 1, 2017

MORRISON & FOERSTER LLP
BOIES SCHILLER FLEXNER LLP
SUSMAN GODFREY LLP

By: */s/ William Christopher Carmody*
William Christopher Carmody

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Opposition. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that William Christopher Carmody has concurred in this filing.

Dated: December 1, 2017

*/s/ Michael A. Jacobs*
Michael A. Jacobs