IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING AS MOOT MOTION TO EXCLUDE WALTER BRATIC**

Plaintiff Waymo LLC's motion to exclude defense expert Walter Bratic (Dkt. No. 2276) is **DENIED AS MOOT** in light of defendants' decision to not call him at trial (*see* Dkt. No. 2313).

**IT IS SO ORDERED.**

Dated: December 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE