UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2237)** |

Plaintiff Waymo LLC ("Waymo") has filed a Motion for Reconsideration of Order Granting in Part and Denying in Part Administrative Motion to File Under Seal (Dkt. 2237) ("Motion for Reconsideration").

Having considered the Motion for Reconsideration, and good cause to seal having been shown, the Court **GRANTS** Waymo's Motion for Reconsideration and **ORDERS** sealed the portions of the documents listed below:

1. Sealing portions of Plaintiff's Responses and Objections to Ten Interrogatories Elected Pursuant to Order Granting in Part Motion to Compel Interrogatory Responses, Dkt. 1173 (Nos. 26, 28, 29-34, 48-49) (previously filed as Exhibit 1 at Dkt. 1434-6) highlighted in green on pages 4-9, 14, 24-28, 32, 34-35, 39-42, and 45-46 of the sealed version filed as Exhibit A to the Motion for Reconsideration;

2. Sealing portions of the August 18, 2017 30(b)(6) Deposition Transcript of Eric Meyhofer (previously filed as Exhibit 2 at Dkt. 1374-6) marked in red boxes in the sealed version filed as Exhibit B to the Motion for Reconsideration (specifically, at deposition pages and lines 162:11,14-18; 163:1,4; 164:1; and 167:2-3,11-12);

3. Sealing portions of Uber's compilation of deposition transcripts (previously filed as Exhibit 3 at Dkt. 1374-8) marked in red boxes in the sealed version filed as Exhibit C to the Motion for Reconsideration (specifically, at the following deposition pages and lines: 4/17 Boehmke at 35:4-5,17; 36:15,19; 40:1; 43:24-25; 8/4 Gruver at 250:1-4,6-9; 251:23-25; 359:6,12-15,24; 5/4 Haslim at 280:24-25; 4/14 Kshirsagar at 34:3; 35:18; 36:1; 6/14 Pennecot at 202:10; and 8/15 Schwarz at 179:5-7,11-16,23; 182:3,7,17; 183:2-5,12-13,19-22);

4. Sealing portions of the July 26, 2017 Deposition Transcript of Jennifer Haroon (previously filed as Exhibit 3 at Dkt. 1291-6) marked in red boxes in the sealed version filed as Exhibit D to the Motion for Reconsideration (specifically, at deposition pages and lines 210:13-14, 212:1-12, 212:21-25, 213:1, 213:5-14, 213:21-23, in addition to passages previously granted sealing).

5. Sealing portions of Anthony Levandowski's June 17, 2015 Project Chauffeur Bonus

Statement used as Deposition Exhibit 1085 (previously filed as Exhibit 9 at Dkt. 1278-17) marked in red boxes in the sealed version filed as Exhibit E to the Motion for Reconsideration.

6. Sealing portions of the July 26, 2017 Deposition Transcript of Jennifer Haroon (previously filed as Exhibit 6 at Dkt. 1278-12) marked in red boxes in the sealed version filed as Exhibit F to the Motion for Reconsideration (specifically, at deposition page and lines 210:13-14, in addition to passages previously granted sealing).

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge