# EXHIBIT 3
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5    _____
 6    WAYMO LLC,                          )
 7              Plaintiff,                )
 8       vs.                              )  Case No.
 9    UBER TECHNOLOGIES, INC.;            )  17-cv-00939-WHA
10    OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
11              Defendants.               )
      _____)
12
13      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF JENNIFER HAROON
16                 San Francisco, California
17                 Wednesday, July 26, 2017
18                         Volume I
19
20    Reported by:
21    MARY J. GOFF
22    CSR No. 13427
23    Job No. 2664313
24
25    PAGES 1-222
```

Page 1

| | | |
|---|---|---|
| 1 | Q    Okay.  And then the end part? | 05:10:49 |
| 2 | A    Three times. | 05:10:53 |
| 3 | Q    Okay.  What was the first time? | 05:10:54 |
| 4 | A    When I first joined the team, the team was | 05:10:58 |
| 5 | in the midst of discussions with Google Corp dev | 05:11:04 |
| 6 | team on the evaluation of the self-driving car | 05:11:11 |
| 7 | project.  So I -- I wasn't there for the beginning | 05:11:17 |
| 8 | and didn't -- didn't really come to a conclusion, | 05:11:19 |
| 9 | because it didn't seem like there was a clear -- to | 05:11:22 |
| 10 | me -- to my knowledge, there was not a clear need; | 05:11:28 |
| 11 | and therefore, that didn't -- that effort didn't | 05:11:33 |
| 12 | come to a conclusion. | 05:11:35 |
| 13 | Q    Do you know what the purpose of that | 05:11:36 |
| 14 | evaluation attempt was? | 05:11:38 |
| 15 | MS. BAILY:  Object to form. | 05:11:41 |
| 16 | A    I know that X, which the self-driving car | 05:11:43 |
| 17 | project was a part of, was interested in | 05:11:48 |
| 18 | understanding the value that X had created. | 05:11:50 |
| 19 | Q    Okay.  Who else was involved in that | 05:11:56 |
| 20 | evaluation effort? | 05:11:58 |
| 21 | A    That one, again, I was not there from the | 05:12:01 |
| 22 | start.  Chris Urmson; Ming Su, as our financial | 05:12:04 |
| 23 | analyst; Dmitri Dolgov; Dave Ferguson; Anne Widera. | 05:12:18 |
| 24 | Those are the people I remember. | 05:12:36 |
| 25 | Q    Okay.  Do you recall anybody from Google X | 05:12:42 |

Page 203

```
1    involved in that process?                                    05:12:45
2         A    I do not, no.                                       05:12:49
3         Q    And you said that that process didn't              05:12:53
4    conclude in a -- an evaluation; is that correct?             05:12:54
5         A    That's correct.                                     05:12:58
6         Q    Okay.  Do you remember what time frame             05:12:58
7    that took place in?                                           05:13:00
8         A    It was in 2014.                                     05:13:06
9         Q    Okay.  What was the second evaluation              05:13:08
10   process you were involved?                                    05:13:12
11        A    The second was the evaluation to determine         05:13:14
12   the payout for the 28 team members that had a                05:13:21
13   special compensation plan.                                    05:13:28
14        Q    Okay.  And when did that process start?             05:13:30
15        A    It started sometime in 2015, but I don't           05:13:38
16   remember the exact date.                                      05:13:41
17        Q    And who else was involved?                          05:13:45
18        A    Chris Urmson, Dmitri Dolgov, Dave                   05:13:51
19   Ferguson, Anne Widera, Cynthia Kwon from my team for         05:13:55
20   a specific -- for a short time.  John Krafcik, once          05:14:02
21   he had joined from the -- so that's from the                  05:14:07
22   self-driving car side.                                        05:14:11
23        Q    And then from the Google side?                      05:14:13
24        A    David Drummond, Anil.  I believe his last          05:14:17
25   name is Patel, but I'm not 100 percent sure.  There          05:14:28
```

Page 204

| | | |
|---|---|---|
| 1 | were some analysts from the Corp. dev team.  I can't | 05:14:32 |
| 2 | remember their names right now.  One other | 05:14:37 |
| 3 | principal, but I can't remember his name either. | 05:14:45 |
| 4 |     Q    Do you remember the role? | 05:14:48 |
| 5 |     A    I believe he was at the principal level. | 05:14:50 |
| 6 |     Q    What was Anil Patel's role in that | 05:14:56 |
| 7 | evaluation process? | 05:15:00 |
| 8 |     A    I would say he led the day-to-day. | 05:15:05 |
| 9 |     Q    He led the day-to-day on the Google X | 05:15:11 |
| 10 | side -- or on the Google side -- | 05:15:13 |
| 11 |     A    Yes -- | 05:15:14 |
| 12 |     Q    -- or overall? | 05:15:14 |
| 13 |     A    For the Google side, yes. | 05:15:16 |
| 14 |     Q    Okay.  And do you know what Anil Patel's | 05:15:19 |
| 15 | job title is. | 05:15:20 |
| 16 |     A    I believe it's director, but I'm not | 05:15:22 |
| 17 | 100 percent sure. | 05:15:24 |
| 18 |     Q    And who led the day-to-day on the | 05:15:29 |
| 19 | self-driving side? | 05:15:32 |
| 20 |     A    I would say Chris. | 05:15:37 |
| 21 |     Q    Anybody else? | 05:15:43 |
| 22 |     A    As the leader? | 05:15:45 |
| 23 |     Q    Um-hum. | 05:15:48 |
| 24 |     A    No.  I -- I would say Chris -- | 05:15:48 |
| 25 |     Q    Okay. | 05:15:51 |

```
 1      A    -- was the lead.                                   05:15:51
 2      Q    Who was -- who was sort of in the overall          05:15:57
 3   lead on the -- well, let me rephrase that.                 05:15:59
 4           On the self-driving side, was there                05:16:10
 5   somebody above Chris who was not involved in the           05:16:13
 6   day-to-day necessarily but has some of the final           05:16:19
 7   authority?                                                 05:16:25
 8           MS. BAILY:  Object to form.                        05:16:25
 9      A    Not until John Krafcik joined the team.            05:16:27
10      Q    Okay.  And then at that point it was               05:16:31
11   Mr. Krafcik?                                               05:16:34
12      A    I honestly don't know between them.                05:16:36
13      Q    Okay.  How did the -- in -- in that 2015           05:16:38
14   process, how did the self-driving team value Project      05:16:50
15   Chauffeur?                                                 05:16:56
16           MS. BAILY:  Object to form.                        05:16:57
17      A    We used our P&L to conduct some analyses,          05:17:01
18   such as DCF, Discounted Cash Flow Analyses.                05:17:10
19           We also hired an outside financial advisor         05:17:17
20   to help us think about how to value Chauffeur.  With       05:17:23
21   our outside financial advisor, we used a Monte Carlo       05:17:29
22   simulation.  We looked at comps, companies that we         05:17:34
23   thought were comparable and the value of those.            05:17:39
24   Those were the primary methods that we used for            05:17:45
25   evaluation.                                                05:17:49
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    And do you recall what version or versions | 05:17:50 |
| 2 | of the P&L you used to calculate discounted cash | 05:17:52 |
| 3 | flow? | 05:17:56 |
| 4 | A    I don't.  I mean -- yeah. | 05:17:59 |
| 5 | Q    Is it fair to say it would have been | 05:18:06 |
| 6 | whatever the operative P&L was at the time? | 05:18:07 |
| 7 | A    That's -- | 05:18:10 |
| 8 | MS. BAILY:  Object to form. | 05:18:10 |
| 9 | A    -- fair to say.  Sorry.  That's likely. | 05:18:11 |
| 10 | Q    Okay.  Is there a possibility that there | 05:18:14 |
| 11 | would have been any other version of the P&L used to | 05:18:20 |
| 12 | calculate discounted cash flow? | 05:18:22 |
| 13 | MS. BAILY:  Object to form. | 05:18:26 |
| 14 | A    Well, as I mentioned, I was often updating | 05:18:26 |
| 15 | the P&L.  And the evaluation process also took time, | 05:18:31 |
| 16 | so it's just hard for me to know, you know, if the | 05:18:36 |
| 17 | P&L -- it's possible the P&L changed during the time | 05:18:40 |
| 18 | that we were doing the evaluation process.  And so, | 05:18:44 |
| 19 | you know, we could have started with one version of | 05:18:51 |
| 20 | the P&L and ended up using another. | 05:18:53 |
| 21 | Q    Do you recall any significant changes to | 05:18:56 |
| 22 | the P&L during that time period? | 05:18:59 |
| 23 | MS. BAILY:  Object to form. | 05:19:00 |
| 24 | A    I don't -- I mean, what would you | 05:19:04 |
| 25 | describe -- what would you call significant? | 05:19:13 |

Page 207

```
1      Q    Anything that you would consider              05:19:16
2   significant for purposes of this question.            05:19:18
3           MS. BAILY:  Object to form.                   05:19:22
4      A    [REDACTED]                                    05:19:25
5                                                         05:19:36
6                                                         05:19:43
7                                                         05:19:49
8                                                         05:19:57
9      Q    Okay.  [REDACTED]                             05:19:59
10                                       ?                05:20:01
11     A    Yes.                                          05:20:04
12     Q    Okay.  And do you recall any other changes    05:20:04
13  to the P&L during this time period?                   05:20:08
14     A    I do recall that we found a mistake -- a      05:20:13
15  small mistake, so we fixed that.  But it --           05:20:16
16     Q    Okay.                                         05:20:18
17     A    -- was -- it was -- didn't have a big         05:20:18
18  impact.                                               05:20:21
19     Q    Anything else?                                05:20:21
20     A    Like I said, we -- there were other --        05:20:26
21  there were other changes during that time that I do   05:20:27
22  believe we made, but I don't remember the substance   05:20:30
23  of all of them.                                       05:20:32
24     Q    Okay.  Do you remember the substance of       05:20:33
25  any of them?                                          05:20:35
```

```
 1      A    No.                                                05:20:35
 2      Q    Okay.  And then you said you worked with           05:20:36
 3   an outside firm.  Was that Allen & Company?                05:20:43
 4      A    That's correct.                                    05:20:48
 5      Q    Who in the self-driving team was the --            05:20:48
 6   within the self-driving team, was there a principal        05:20:50
 7   point of contact with Allen & Company?                     05:20:53
 8      A    I would say Chris.                                 05:21:01
 9      Q    Anybody else?                                      05:21:04
10      A    Myself.                                            05:21:05
11      Q    And then who were your contacts --                 05:21:11
12   contacts at Allen & Company?                               05:21:13
13      A    So the primary -- the lead was a gentleman         05:21:21
14   named Ian.  And I can't remember his last name.  And       05:21:23
15   I don't remember the name of his team members.             05:21:28
16      Q    Do you remember anybody else from Allen &          05:21:30
17   Company?                                                   05:21:31
18      A    No.  There were at least two other people.         05:21:32
19      Q    Okay.  And can you describe what -- what           05:21:37
20   Allen & Company did as part of this process?               05:21:47
21      A    So you know, I -- I definitely wanted to           05:21:51
22   have an outside opinion on the way that we were            05:21:59
23   conducting the evaluation from our side.  I also           05:22:03
24   thought that it was a good opportunity to get              05:22:06
25   another pair of eyes on the P&L and stress tests,          05:22:12
```

| | | |
|---|---|---|
| 1 | parts of the P&L or inputs, assumptions. | 05:22:14 |
| 2 | Allen & Company also helped us think about | 05:22:20 |
| 3 | the comparable companies, what types of comparable | 05:22:27 |
| 4 | companies we could use as one way to value. | 05:22:31 |
| 5 | Ian also helped us think about responses | 05:22:37 |
| 6 | to the Google Corp dev team and their financial -- | 05:22:46 |
| 7 | their outside financial advisor, as they had | 05:22:52 |
| 8 | questions.  And -- and overall negotiation strategy. | 05:22:54 |
| 9 | Q    Okay.  Do you recall what other companies | 05:23:03 |
| 10 | were used as comps? | 05:23:07 |
| 11 | A    I don't recall all the companies that were | 05:23:09 |
| 12 | used as comps.  But for certain parts of the | 05:23:15 |
| 13 | business, ███████████████ | 05:23:21 |
| 14 | ███████ Those are the ones I remember. | 05:23:28 |
| 15 | Q    Do you recall any others? | 05:23:39 |
| 16 | A    Not off the top of my head. | 05:23:43 |
| 17 | Q    How was ███████████? | 05:23:44 |
| 18 | MS. BAILY:  Object to form. | 05:23:45 |
| 19 | A    ████████████████████████ | 05:23:46 |
| 20 | ████████████████████████ | 05:23:52 |
| 21 | ████████████████████████ | 05:23:58 |
| 22 | ████████████████████████ | 05:24:00 |
| 23 | ████████████████████████ | 05:24:04 |
| 24 | Q    And by ██████████████████ | 05:24:07 |
| 25 | ████████████████████ is that correct? | 05:24:15 |

Page 210

```
1       A     That's correct.                                    05:24:18
2       Q     Okay.  [REDACTED]                                  05:24:19
3       [REDACTED] --                                            05:24:21
4             MS. BAILY:  Object to form.                        05:24:23
5       Q     --  [REDACTED]                                     05:24:24
6       A     [REDACTED]                                         05:24:25
7       [REDACTED]                                               05:24:29
8       [REDACTED]                                               05:24:40
9       [REDACTED]                                               05:24:44
10      [REDACTED]                                               05:24:48
11      Q     You also discovered a Monte Carlo                  05:24:52
12      analysis, correct?                                       05:24:55
13      A     That's correct.                                    05:24:56
14      Q     Okay.  Can you describe that analysis and          05:24:56
15      how it fed into the evaluation work the self-driving     05:25:04
16      company -- the self-driving car team was doing?          05:25:08
17      A     So as I mentioned previously, for some of          05:25:12
18      our inputs there -- you know, we felt like there was     05:25:15
19      a range.  Given the research we had done, we             05:25:20
20      believed that there could be a range for that input.     05:25:24
21      And in the P&L, you, of course, have to end up           05:25:26
22      picking am actual value to use.  But I would keep        05:25:32
23      track of those ranges.                                   05:25:35
24            So for example, we would do a sensitivity          05:25:37
25      analysis with those ranges.  But a Monte Carlo           05:25:39
```

Page 211

```
 1                                                           05:25:43
 2                                                           05:25:50
 3                                                           05:25:57
 4                                                           05:26:00
 5                                                           05:26:04
 6                                                           05:26:08
 7                                                           05:26:11
 8                                                           05:26:14
 9         Q    And so as a result of all this work,         05:26:21
10                                                           05:26:23
11                                                           05:26:26
12                                                           05:26:31
13              MS. BAILY:  Object to form.                  05:26:33
14         A    I don't -- so we proposed the -- the final   05:26:35
15    negotiations, I was not in the room for, so I don't    05:26:42
16    know sort of the -- the final number or range that     05:26:48
17    Chris and John used.                                   05:26:56
18         Q    Do you recall the initial number that the    05:26:58
19    self-driving team put out?                             05:27:00
20              MS. BAILY:  Object to form.                  05:27:02
21         A    I don't remember                             05:27:03
22                                                           05:27:08
23                                                           05:27:12
24              THE COURT REPORTER:  Did you say             05:27:22
25                                                           05:27:25
```

Page 212

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | A    [REDACTED] | 05:27:27 |
| 2 | Q    (BY MR. TAKASHIMA) What methodology did | 05:27:29 |
| 3 | the Google side use to value Project Chauffeur? | 05:27:31 |
| 4 |      MS. BAILY:  Object to form. | 05:27:37 |
| 5 | A    In the meetings that I had with them, [REDACTED] | 05:27:40 |
| 6 | [REDACTED] | 05:27:42 |
| 7 | [REDACTED] | 05:27:48 |
| 8 | [REDACTED] | 05:27:54 |
| 9 | [REDACTED] | 05:28:01 |
| 10 | [REDACTED] | 05:28:03 |
| 11 | [REDACTED] | 05:28:12 |
| 12 | [REDACTED] | 05:28:18 |
| 13 | [REDACTED] | 05:28:24 |
| 14 | [REDACTED] | 05:28:26 |
| 15 | But in the end, I don't know with that combination | 05:28:34 |
| 16 | what they used.  And I don't know what their final | 05:28:39 |
| 17 | discussion -- discussion point was in the final | 05:28:43 |
| 18 | negotiations. | 05:28:47 |
| 19 | Q    Do you recall any of the comparable | 05:28:47 |
| 20 | companies the Google team identified? | 05:28:49 |
| 21 | A    I don't remember [REDACTED] | 05:28:55 |
| 22 | [REDACTED] | 05:28:58 |
| 23 | [REDACTED] | 05:29:01 |
| 24 | Q    Do you recall any others? | 05:29:02 |
| 25 | A    Unfortunately not. | 05:29:04 |

Page 213

1    I, MARY J. GOFF, CSR No. 13427, Certified
2    Shorthand Reporter of the State of California,
3    certify;
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth, at
6    which time the witness declared under penalty of
7    perjury; that the testimony of the witness and all
8    objections made at the time of the examination were
9    recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
     the foregoing is a full, true, and correct
11   transcript of my shorthand notes so taken and of the
12   testimony so given;
13       That before completion of the deposition,
14   review of the transcript () was (XX) was not
15   requested:   (  ) that the witness has failed or
     refused to approve the transcript.
16       I further certify that I am not financially
17   interested in the action, and I am not a relative or
18   employee of any attorney of the parties, nor of any
19   of the parties.
20       I declare under penalty of perjury under the
21   laws of California that the foregoing is true and
22   correct, dated this 27th day of July, 2017.
23
24        _____
25           MARY J. GOFF, CSR No. 13427

Page 222