# EXHIBIT 5
# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Vu, Hong-An <HVu@goodwinlaw.com> |
| **Sent:** | Tuesday, August 01, 2017 2:02 PM |
| **To:** | James Baker |
| **Cc:** | 'John Cooper'; Jeff Nardinelli; Brun, Shane; 'Gonzalez, Arturo J.'; 'Yang, Michelle C.Y.'; QE-Waymo; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; 'UberWaymoMoFoAttorneys'; Chatterjee, Neel; Schuman, Brett; Walsh, Rachel M.; 'Matthew Cate'; 'nbartow@uber.com'; 'Aaron Bergstrom (abergstrom@uber.com)'; DG-GP Otto Trucking Waymo |
| **Subject:** | RE: Waymo v. Uber - Defendants Uber and Ottomotto's Second Set of RFPs - meet and confer requested |
| **Attachments:** | Document references made in Gudjonsson deposition.docx |

Counsel and John:

We have not received a response to our request that Waymo identify the devices it has in its possession . We would like to discuss these issues at the 3:30 call.

In addition, as Mr. Baker referenced the Gudjonsson deposition, the attached document contains the documents discussed during the deposition that Waymo's forensic team relied on for their investigation or that were policies or communications that governed or related to the investigation. Please confirm that Waymo has produced the identified documents. To the extent that Waymo contends that any of the referenced materials are privileged, please identify the privilege log entries were these documents have been logged.

Otto Trucking requests a response from Waymo regarding these documents by 5pm tomorrow.

Thank you.

Hong-An

**Hong-An Vu**



Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
o  +1 213 426 2557
f   +1 213 289 7728
HVu@goodwinlaw.com | goodwinlaw.com

---

**From:** Vu, Hong-An
**Sent:** Monday, July 31, 2017 6:03 PM
**To:** 'James Baker'
**Cc:** John Cooper; Jeff Nardinelli; Brun, Shane; Gonzalez, Arturo J.; Yang, Michelle C.Y.; QE-Waymo; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; UberWaymoMoFoAttorneys; Chatterjee, Neel; Schuman, Brett; Walsh, Rachel M.; Matthew Cate; nbartow@uber.com; Aaron Bergstrom (abergstrom@uber.com); DG-GP Otto Trucking Waymo
**Subject:** RE: Waymo v. Uber - Defendants Uber and Ottomotto's Second Set of RFPs

Jim,

**Documents Referenced in Gudjonsson Deposition on July 28, 2017**

| Document Name/Description Used | Page:Line | Relevance | RFPs |
|---|---|---|---|
| 1. Forensics Intake Form | 29:5 | All investigations start with an outline document completed by the person requesting the investigation. The initiator is always the legal department. The form contains the scope of the investigation. | 44, 45, 76, 80 |
| 2. Written policies concerning how to conduct forensic investigations | 31:20 | Created by the forensics team. Approved by manager and director, Heather Atkins. | 72 |
| 3. Playbooks (roughly 20 of them, and all versions from January 1, 2015 to the present)<br>- for email examination (10:38:13)<br>- how to track a lost Googler (10:41:23)<br>- generic malware cases (TACO)<br>- state sponsored actor attempting to breach<br>- Googler loses a phone<br>- platform specific malware remediation<br>- accessing contents of employee's workstation (10:45:50) | 33:20 | Playbook lists steps Waymo takes for specific types of investigations. It lays out when and how to investigate. Drafted by forensics team members, not attorneys.<br><br>Playbooks are updated often. | RFP 32, |
| 4. - responding to incidents in production environment (11:05:32) | | | |
| 5. Guideline - digital forensic examination of an employee's laptop | 38:19 | To the extent this guideline is not in a playbook, but rather is a standalone policy, this is relevant to the methods employed by Waymo for investigation | 72 |
| 6. Guideline – digital forensics - accessing a file from a user's workstation | 39:9 | Possibly a GRR guideline as it sounds like remotely accessing a file. | 72 |
| 7. Guideline - how to inventory forensic evidence | 39:15 | Includes chain of custody. | 72 |

| Document Name/Description Used | Page:Line | Relevance | RFPs |
|---|---|---|---|
| 8. Guideline – how to handle log files used for investigations | 39:19 | Speaks to preservation of log files as evidence. | 72 |
| 9. Email from Chelsea Bailey (HR) | 49:1 | First information Gudjonsson received regarding Levandowski investigation | 46 |
| 10. Forensic Investigation Tracking document | 58:18 | Detailed case description and project management type of document. Contained within their event management system (SEM). | 33, 46, 76, 80 |
| 11. SEM Entry | 58:25 | Electronic log entry of case which contains generic description only. | 33 |
| 12. Inventory tags (Levandowski laptops) | 72:24 | ID tags attached to laptops when received | 46 |
| 13. Hard drive label (Levandowski laptops) | 73:9 | Label applied to hard drive when received in forensic lab | 46 |
| 14. ▉▉▉▉▉▉▉▉▉▉ | 73:20 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 45, 46 |
| 15. Keyword list | 84:4 | List of keywords (10-20) used to conduct a search of the image files created from Levandowski's laptop. Keyword search is documented in the forensic record. | 46 |
| 16. Machine record | 85:25 | Contains information about actions taken on each device. One record was used for the two laptops. Stored in the forensics case management system. | 46, 76, 80 |
| 17. GUTS Ticket | 92:4 | Service ticket requesting re-imaging of Levandowski computer – Computer was re-imaged one time some time before this incident occurred. | 46 |
| 18. ARMADA Machine Records | 100:24 | Web interface (database) query used to locate registration information on Levandowski laptops. | 40, 46 |
| 19. Uberproxy log errors | 106:16 | Gudjonsson claimed there were errors found in Uberproxy logs when the Levandowski laptop attempted to register as a Goobuntu desktop on the network. | 46 |
| 20. Goobuntu syslogs | 109:4 | Goobuntu syslog errors were automatically archived from Levandowski's laptop to an unspecified central repository. | 46 |

| Document Name/Description Used | Page:Line | Relevance | RFPs |
|---|---|---|---|
| 21. PLASO timeline output | 113:2 | There is a document created by Plaso that lists all timestamps for all files on the Levandowski laptop. This was reviewed as a part of the forensic analysis by Gundjonsson. | 46 |
| 22. ▇▇▇▇▇▇▇▇ | 116:24 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. | 46 |
| 23. ▇▇▇▇▇▇▇▇ | 116:24 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. | 46 |
| 24. ▇▇▇▇▇▇ | 120:15 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. | 46 |
| 25. ▇▇▇▇▇▇▇▇ | 116:24 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. | 46 |
| 26. ▇▇▇▇▇▇ | 122:4 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. | 46 |
| 27. ▇▇▇▇▇▇▇ | 123:3 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. | 46 |
| 28. ▇▇▇▇▇▇▇▇▇▇ | 125:3 | Forensic tool used to examine the contents of the Levandowski laptop. A text-based output file was generated and reviewed as part of the forensic examination. Numerous electronic files would also have been extracted. | 46 |
| 29. Guideline – LUKS Decryption | 129:20 | Gudjonsson looked up this guideline when attempting to decrypt the G laptop. | 46 |
| 30. ▇▇▇▇▇▇▇▇ | 130:15 | This is the script used every time they | 31, 46 |

| Document Name/Description Used | Page:Line | Relevance | RFPs |
|---|---|---|---|
| | | image a device. It ensures they use the same commands each time they image. | |
| 31. ▓▓▓▓▓▓▓ | 155:8 | Endpoint agent logs. Reviewed by Brown | 46 |
| 32. DHCP logs | 155:24 | Log files reviewed by Brown – looking for IP or MAC address of Levandowski laptop | 46 |
| 33. DNS logs | 155:24 | Log files reviewed by Brown – looking for IP of Levandowski laptop | 46 |
| 34. NetFlow data | 156:2 | Log files apparently reviewed by Brown | 46 |
| 35. ▓▓▓▓▓▓ logs | 158:13 | Specifically those logs reviewed by Brown in this investigation. A copy of the relevant logs, should be present in the forensics storage, not just the usual log storage location (Sawmill) | 46 |
| 36. Bit9 execution logs | 164:8 | Bit9 logs all executable activity on its host device. Logs are then uploaded to a central repository. | 21, 46 |
| 37. Armada log data | 174:5 | Specifically, log data reviewed during this forensic examination | 46 |
| 38. Forensic Log Review document | 180:20 | Reference to the possible existence of a log document created outside of the machine record or forensic log by Brown when doing his analysis. | 40, 46 |
| 39. ▓▓▓▓▓▓ | 186:5 | Language run to detect large downloads | 35, 36, 46 |
| 40. ▓▓▓▓▓▓ | 192:10 | Dot Net Execution Environnent logs. Winhelm collects these logs. | 46 |
| 41. Exported Event Logs | 196:20 | Event logs from the Levandowski laptop that had been automatically uploaded to a central repository. Logs for all his devices should also exist. | 40, 46 |
| 42. Emails to Chelsea Bailey | 208:21 | Gudjonsson unsure if he sent her emails pertaining to the case. Please confirm that you have searched for these emails and that you have produced them. | 46 |
| 43. Records showing previous installations of Tortoise SVN on Levandowski's machines. | 210:1 | Gudjonsson claimed that Brown checked logs for previous installations of Tortoise SVN | RFP 5 |
| 44. Armada logs | 216:4 | Logs will show whether Levandowski's workstation was re-imaged and re-deployed after the investigation commenced. | 46 |
| 45. Google Drive activity logs | 220:14 | Tracks access to Google docs. Includes | 15, 16, 19, |

4

| Document Name/Description Used | Page:Line | Relevance | RFPs |
|---|---|---|---|
| | | username, IP address, document ID and action taken. Examined during the investigation. | 20, 46 |
| 46. Log files containing terms "Chauffer SVN login" & "Chauffer SVN EEE setup" | 225:12 | Uberproxy log files referenced in Brown Declaration. | 46, 74 |
| 47. Bit9 log (Waymo has produced one, but it appears that the witness referenced multiple logs) | 233:25 | Logs showing attachment of Transcend USB device to Levandowski laptop | 21, 25, 26, 46 |
| 48. Google/Waymo policy regarding use of removeable media | 235:13 | Gudjonsson claims there is a clause about use of removeable media in their policy. | 27, 28, 47, 50, 75 |
| 49. Google/Waymo policy | 240:8 | Policy prohibiting users from downloading and storing confidential data on personal devices. | 27, 28, 47, 50, 75 |

5