MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO EXCLUDE DEFENDANTS' DAMAGES EXPERT WALTER BRATIC (DKT. 2275)** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Motion to Exclude Defendants' Damages Expert Walter Bratic (Dkt. 2275).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 2 to Waymo's Motion | Entire Document |

3. Exhibit 2 to Waymo's Motion is an expert report containing highly confidential information regarding Uber's financial forecasts, market assumptions, development timeline estimates, and strategic business considerations. It also contains internal company presentations and documents regarding this same highly confidential information, including business operating details and pricing strategy. In addition, Exhibit 2 contains highly confidential information regarding a business agreement, including specific financial and commercial terms of the agreement. I understand that disclosure of this information could allow competitors to acquire insight into detailed information about Uber's business strategy, internal market assumptions, finances, technical development, business agreements, and development timeline, allowing competitors to tailor their own business strategy to the detriment of Uber.

4. Defendants' request to seal is narrowly tailored to the portions of Waymo's Motion and supporting exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of December, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini