1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel:  212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| WAYMO LLC,                                                  | Case No.   3:17-cv-00939-WHA |
|---|---|
| Plaintiff,                                                  | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL WAYMO'S RESPONSE TO ORDER REGARDING LETTER FROM UNITED STATES ATTORNEY (DKT. 2281)** |
| v.                                                          | |
| UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants.                                                 | |

YANG DECLARATION ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3846616

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Waymo's Response to Order Regarding Letter from United States Attorney (Dkt. 2281).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 1 to Waymo's Response | See ¶ 3, below |
| Exhibit 6 to Waymo's Response | Entire Document |

3. I understand that Exhibit 1 to Waymo's Response is the same document as Exhibit B to the Court's November 29, 2017 Order (Dkt. 2307-2), for which the Court has already granted sealing with respect to the green-highlighted portions of that document. (Dkt. 2307 at 2.) Exhibit 1 to Waymo's Response contains information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third-party individuals and entities. Defendants support sealing of the green-highlighted portions in Dkt. 2307-2, and may also attempt to obtain additional redactions from the appeals court before the Court's deadline of December 13 at noon. (Dkt. 2307 at 2.)

4. Exhibit 6 contains highly confidential information regarding a list of Uber's internal servers, disclosure of which could compromise the security and privacy of Uber's internal systems. Exhibit 6 also contains a list of company employees and their corresponding locations, as well as third-party vendors, suppliers, and consultants, some of whom are under non-disclosure agreements with Uber. Defendants request this information be sealed to protect the safety and privacy interests of individuals who may face harm or harassment, and to protect confidential business relationships from disclosure and possible interference from competitors.

1  5. Defendants' request to seal is narrowly tailored to the portions of Waymo's
2  Response and supporting exhibits that merit sealing.
3  I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st
4  day of December, 2017 at San Francisco, California.

                                                  */s/ Michelle Yang*
                                                       Michelle Yang