| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzález@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
| 6 | KAREN L. DUNN (*Pro Hac Vice*) |
| | kdunn@bsfllp.com |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*) |
| | hhume@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 9 | Washington DC  20005 |
| | Tel:  202.237.2727 / Fax:  202.237.6131 |

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF MATTHEW BERRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO WAYMO'S MOTION TO SUPPLEMENT TRIAL WITNESS LIST** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and
2  Ottomotto LLC ("Defendants") submit this motion for an order to file under seal exhibits attached
3  to the Declaration of Matthew Berry in Support of Defendants' Uber Technologies, Inc. and
4  Ottomotto LLC's Opposition to Waymo's Motion for Leave to Supplement its Trial Witness List
5  ("Opposition").  Specifically, Defendants request an order granting leave to file under seal the
6  confidential portions of the following documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Highlighted Portions | Plaintiff (Green) Defendants (Blue) |
| Exhibit 5 | Entire Document | Plaintiff |
| Exhibit 6 | Highlighted Portions | Plaintiff (Green) |

13  The blue-highlighted portions of the Opposition contain highly confidential information
14  relating to financial reserves of Uber.  This information has been maintained as confidential.
15  Disclosure of this information will allow Uber's competitors to understand its financial resources
16  and business strategy, such that competitors can obtain an unfair advantage in tailoring their own
17  business strategy and Uber's competitive position would be significantly harmed.  (Declaration of
18  Michelle Yang in Support of Administrative Motion to File Under Seal ¶ 3.)
19  The green-highlighted portions of the Opposition and Exhibit 6 and the entirety of
20  Exhibit 5 contain information that has been designated "Highly Confidential – Attorneys' Eyes
21  Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model
22  Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript
23  of 3/16/2017 Hearing, page 6).  The highlighted portions of the Opposition and Exhibit 6, and the
24  entirety of Exhibit 5 have been designated as "Highly Confidential – Attorneys' Eyes Only."
25  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective
26  Order.  (*Id.* ¶ 4.)
27  Defendants' request to seal is narrowly tailored to the portions of the exhibits and that
28  merit sealing.  (*Id.* ¶ 5.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on December 3, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL" as described above.

Dated:  December 3, 2017                         MORRISON & FOERSTER LLP

By:  */s/ Arturo J. González*
     ARTURO J. GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC