1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel: 415.268.7000 / Fax: 415.268.7522
5

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax: 202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax: 212.336.8340
14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20  WAYMO LLC,                           Case No.     3:17-cv-00939-WHA

21              Plaintiff,               **DECLARATION OF
                                         MICHELLE YANG IN SUPPORT OF**
22       v.                              **DEFENDANTS' ADMINISTRATIVE
                                         MOTION TO FILE UNDER SEAL**
23  UBER TECHNOLOGIES, INC.,             **EXHIBITS TO DECLARATION OF
    OTTOMOTTO LLC; OTTO TRUCKING LLC,    MATTHEW BERRY IN SUPPORT OF**
24                                       **DEFENDANTS' UBER**
                Defendants.              **TECHNOLOGIES, INC. AND
25                                       OTTOMOTTO LLC'S OPPOSITION
                                         TO WAYMO'S MOTION TO**
26                                       **SUPPLEMENT TRIAL WITNESS LIST**

27

28

I, Michelle Yang, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits to Declaration of Matthew R. Berry in Support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Supplement its Trial Witness List ("Opposition").

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Highlighted Portions | Plaintiff (Green) Defendants (Blue) |
| Exhibit 5 | Entire Document | Plaintiff |
| Exhibit 6 | Highlighted Portions | Plaintiff (Green) |

3.      The blue-highlighted portions of the Opposition contain highly confidential information relating to financial reserves of Uber.  This information has been maintained as confidential.  Disclosure of this information will allow Uber's competitors to understand its financial resources and business strategy, such that competitors can obtain an unfair advantage in tailoring their own business strategy and Uber's competitive position would be significantly harmed.

4.      The green-highlighted portions of the Opposition and Exhibit 6 and the entirety of Exhibit 5 contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  The highlighted portions of the Opposition and Exhibit 6, and the entirety of Exhibit 5 have been designated as "Highly Confidential – Attorneys' Eyes Only."

1    Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective

2    Order.

3         5.       Defendants' request to seal is narrowly tailored to the portions of the exhibits and

4    that merit sealing.

5         I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd

6    day of December, 2017 at San Francisco, California.

7

8                                                    */s/ Michelle Yang*
                                                    MICHELLE YANG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated:  December 3, 2017                                  */s/ Arturo J. González*
                                                                                   ARTURO J. GONZÁLEZ