MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MATTHEW R. BERRY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S OPPOSITION TO WAYMO'S MOTION TO SUPPLEMENT ITS TRIAL WITNESS LIST**<br><br>Trial Date:   February 5, 2018 |

I, Matthew R. Berry, declare as follows:

1. I am a partner with the law firm of Susman Godfrey. I am a member in good standing of the Bar of the State of Washington. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Opposition to Waymo's Motion to Supplement its Trial Witness List.

2. Attached as **Exhibit 1** is a true and correct copy of excerpted pages from the Court's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases.

3. Attached as **Exhibit 2** is a true and correct copy of excerpted pages from the Court's Jury Trial Guidelines.

4. Attached as **Exhibit 3** is a true and correct copy of excerpted pages from the October 26, 2017 Hearing Transcript.

5. Attached as **Exhibit 4** is a true and correct copy of the November 22, 2017 email from Waymo's counsel.

6. Attached as **Exhibit 5** is a true and correct copy of excerpted pages from Plaintiff's Amended Fourth Supplemental Objections and Responses to Uber's First Set of Interrogatories.

7. Attached as **Exhibit 6** is a true and correct copy of excerpted pages from the 8/24/2017 corporate representative deposition of Shawn Banazadeh.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December, 2017 at Seattle, Washington.

*/s/ Matthew R. Berry*
MATTHEW R. BERRY

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3),, I hereby attest that Matthew R. Berry has concurred in this filing.

Dated: December 3, 2017                              */s/ Arturo J. González*
                                                                   ARTURO J. GONZÁLEZ