# EXHIBIT 2

Last revised May 8, 2017.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE
IN CIVIL JURY CASES
BEFORE THE HONORABLE WILLIAM ALSUP**

**FRCP 26(a)(3) DISCLOSURES**

1. All parties are reminded of their disclosure duties under FRCP 26(a)(3), which begin **THIRTY CALENDAR DAYS** before trial. The FRCP 26(a)(3)(A)(ii) requirement for designating deposition transcripts, however, need not be done until later, as set forth below, although the name of each trial witness to appear by deposition must be so designated at least **THIRTY CALENDAR DAYS** before trial.

**FINAL PRETRIAL CONFERENCE**

2. At least **SEVEN CALENDAR DAYS** in advance of the final pretrial conference, please file the following:

    (a) A joint proposed final pretrial order, signed and vetted by all counsel, that contains: (i) a brief description of the substance of claims and defenses which remain to be decided, (ii) a statement of all relief sought, (iii) all stipulated facts, (iv) a list of all factual issues which remain to be tried, stating the issues with the same generality/specificity as any contested elements in the

jurors have been summoned without sufficient time to cancel, will normally require the parties to pay juror costs.

39.   The Court strongly encourages lead counsel to permit young lawyers to examine witnesses at trial and to have an important role.  It is the way one generation will teach the next to try cases and to maintain our district's reputation for excellence in trial practice.

**IT IS SO ORDERED.**

Dated:  May 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE