# EXHIBIT 3

```
                                                      Pages 1 - 44

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE WILLIAM H. ALSUP


WAYMO, LLC                         )
                                   )
         Plaintiff,                )
                                   )
  vs.                              ) No. C 17-00939 WHA
                                   )
UBER TECHNOLOGIES, LLC., OTTO      )
TRUCKING, LLC, and OTTOMOTTO, LLC, )
                                   ) San Francisco, California
         Defendants.               ) Thursday
                                   ) October 26, 2017
_____  ) 9:00 a.m.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**         QUINN, EMANUEL, URQUHART, OLIVER
                              & SULLIVAN, LLP
                           50 California Street
                           22nd Floor
                           San Francisco, California 94111
                    BY:    **CHARLES KRAMER VERHOEVEN, ESQ.**
                           **DAVID PERLSON, ESQ.**
                           **JORDAN R. JAFFE, ESQ.**
                           **MELISSA BAILY, ESQ.**
                           **DAVID EISEMAN, ESQ.**

                           QUINN, EMANUEL, URQUHART, OLIVER
                              & SULLIVAN, LLP
                           555 Twin Dolphin Drive
                           5th Floor.
                           Redwood Shores, California 94065
                    BY:    **ANDREA PALLIOS ROBERTS, ESQ.**
                           **MARK TUNG, ESQ.**

            (APPEARANCES CONTINUED ON FOLLOWING PAGE)


*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                 *Official Reporter - US District Court*
                 *Computerized Transcription By Eclipse*

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

1      **MS. ROBERTS:**  That's correct.

2      **THE COURT:**  If they use the 30(b)6 deposition in any
3  way before the jury, through an expert or directly read in,
4  then he gets to come back and explain it in your rebuttal case,
5  but not in your case-in-chief.

6      In other words, you can't use him in your case-in-chief
7  because he's a new witness.  But if they use him as a 30(b)6,
8  read-in or through the expert, that he's relied upon, then he
9  gets to come back limited to explaining what the -- the use
10 that was made of his testimony by the Defense.  But that would
11 only occur in your rebuttal case.

12     Now, what do you say to that?

13     **MS. ROBERTS:**  Well, your Honor, I think since --
14 since they deposed him, their approach to preparing to cross
15 examine him at trial would be no different than their approach
16 to cross examining everybody else because they have his
17 deposition.

18     **THE COURT:**  Yeah, but under that theory that
19 everybody who got deposed in the case then is open season.
20 Anybody can -- can just automatically add them to their trial
21 list, right?  Everybody who was deposed.

22     **MS. ROBERTS:**  Fair enough, your Honor.  There is just
23 one witness, and I think this falls into the category that
24 Mr. Jacobs raised, where sometimes parties negotiate for some
25 additions after they file their pretrial order.

**CERTIFICATE OF OFFICIAL REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Thursday, October 26, 2017