# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4     _____
 5     WAYMO LLC,                              )
 6                                             )
                 Plaintiff,                    )
 7        vs.                                  )  Case No.
                                               )  17-cv-00939-WHA
 8     UBER TECHNOLOGIES, INC.;                )
       OTTOMOTTO, LLC; OTTO TRUCKING LLC,      )
 9                                             )
                 Defendants.                   )
10     _____)
11
12
         HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY
13
14        VIDEOTAPED 30(b)(6) DEPOSITION of WAYMO LLC
15        by and through its Designated Representative
16                  ASLAN (SHAWN) BANANZADEH
17                  San Francisco, California
18                  Thursday, August 24, 2017
19                          Volume I
20
21     Reported by:
22     MARY J. GOFF
       CSR No. 13427
23     Job No. 2688513
24
25     PAGES 1 - 235
```

Page 1

| | | |
|---|---|---|
| 1 | Trade Secret 25? | 01:01:38 |
| 2 | A    No, I don't have any more details. | 01:01:40 |
| 3 | Q    You testified that Trade Secret 2 incurred | 01:01:44 |
| 4 | a ███████ cost for development.  You also | 01:01:47 |
| 5 | testified that Trade Secret 25 incurred the same | 01:01:52 |
| 6 | ███████ cost for development. | 01:01:57 |
| 7 | Is there any chance that costs of | 01:02:20 |
| 8 | development is being double counted between Trade | 01:02:23 |
| 9 | Secret 2 and Trade Secret 25? | 01:02:26 |
| 10 | MR. MACK:  Objection, form. | 01:02:29 |
| 11 | A    So one thing in -- in answering your | 01:02:30 |
| 12 | question, I think you said that my testimony was | 01:02:33 |
| 13 | that it costs ███████ to formulate those two | 01:02:36 |
| 14 | trade secrets. | 01:02:40 |
| 15 | So I just want to say first that, like, | 01:02:40 |
| 16 | that's -- that's not my testimony.  What -- what I'm | 01:02:41 |
| 17 | saying is that insofar is that an expert calculated | 01:02:43 |
| 18 | this, it's -- I'm showing the -- my testimony is | 01:02:46 |
| 19 | that in the years 2009 through 2015, those were the | 01:02:49 |
| 20 | expenses incurred. | 01:02:54 |
| 21 | With respect to your -- the -- the core of | 01:02:56 |
| 22 | the question or, like, the latter part of what you | 01:02:59 |
| 23 | just said of:  Is there a double count, I don't | 01:03:01 |
| 24 | think I am technically minded enough to say whether | 01:03:05 |
| 25 | that is true or not. | 01:03:10 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q    (BY MS. CHANG) Do you understand that you | 01:03:11 |
| 2 | were designated corporate witness, so you're | 01:03:13 |
| 3 | supposed to do testify on behalf of the company | 01:03:16 |
| 4 | regarding the cost of each of the alleged trade | 01:03:19 |
| 5 | secrets?  Are you not prepared to testify as to that | 01:03:21 |
| 6 | today? | 01:03:25 |
| 7 | A    So -- so I'm -- I'm prepared to testify. | 01:03:26 |
| 8 | And -- and I have been trying to testify about the | 01:03:29 |
| 9 | numbers and the costs incurred by this program. | 01:03:32 |
| 10 | I am not technically minded to say that a | 01:03:37 |
| 11 | trade secret involved this cost versus that cost.  I | 01:03:39 |
| 12 | think that's a more expert-based formulation. | 01:03:44 |
| 13 | And I'm not prepared or capable of -- of | 01:03:49 |
| 14 | creating -- like, I'm not an expert, right.  Like, | 01:03:52 |
| 15 | my understanding is you -- you have expert reports | 01:03:54 |
| 16 | on these kinds of things, and there will be a whole, | 01:03:56 |
| 17 | you know, rigmarole around that. | 01:03:58 |
| 18 | But I am prepared to tell you about what | 01:04:01 |
| 19 | are the costs and what we have been discussing about | 01:04:01 |
| 20 | what the expenses that we're showing in these | 01:04:04 |
| 21 | various years. | 01:04:07 |
| 22 | Q    If I understand your testimony correctly, | 01:04:08 |
| 23 | you're prepared to testify about the costs incurred | 01:04:10 |
| 24 | by Waymo's self-driving car program, but you are not | 01:04:12 |
| 25 | prepared to testify about the costs of each | 01:04:19 |

Page 95

| | | |
|---|---|---|
| 1 | Q    What is the cost of developing Trade | 01:20:40 |
| 2 | Secret 2, Trade Secret 25, and Trade Secret 90? | 01:20:42 |
| 3 | MR. MACK:  Objection, form. | 01:20:46 |
| 4 | A    So to the extent that the expert has | 01:20:48 |
| 5 | surmised that development of that trade secret is | 01:20:55 |
| 6 | something that is kind of program inception to the | 01:20:58 |
| 7 | date that, again, this comes to, like, fruition or | 01:21:02 |
| 8 | whatever you want to call it, it -- it is that | 01:21:04 |
| 9 | 1 point -- it is the spend for the entirety of the | 01:21:08 |
| 10 | program from that inception to the date that that's | 01:21:11 |
| 11 | cut off at, which is 2015 or '16, based on the | 01:21:14 |
| 12 | spreadsheet. | 01:21:19 |
| 13 | Q    (BY MS. CHANG) Given that the entirety of | 01:21:19 |
| 14 | the program cost from inception to 2015 is about | 01:21:21 |
| 15 | ████████, would it be fair to say that the costs | 01:21:28 |
| 16 | of developing Trade Secret 2 is the same as the cost | 01:21:31 |
| 17 | of developing Trade Secrets 2, 25, and 90 together? | 01:21:35 |
| 18 | MR. MACK:  Objection, form. | 01:21:40 |
| 19 | A    You're asking:  Is -- is the cost of | 01:21:43 |
| 20 | developing -- is the cost of developing one, the | 01:21:45 |
| 21 | same as the cost of developing all of them? | 01:21:49 |
| 22 | Q    (BY MS. CHANG) All three of them that we | 01:21:53 |
| 23 | just discussed. | 01:21:54 |
| 24 | A    I -- like, I don't know that I understand? | 01:21:56 |
| 25 | Like, is the cost the same?  I mean, I guess my | 01:22:08 |

| | | |
|---|---|---|
| 1 | MR. MACK: Objection, form. | 02:22:46 |
| 2 | A   So again, it -- what -- the -- the -- | 02:22:47 |
| 3 | the number represents the full program spend from | 02:22:49 |
| 4 | inception to the date of fruition, plus -- just -- | 02:22:53 |
| 5 | sorry. Just to make sure. Plus, the 510 Systems in | 02:22:57 |
| 6 | the various instances. | 02:23:01 |
| 7 | Q   (BY MS. CHANG) Who provided the | 02:23:04 |
| 8 | information regarding when that trade secret came to | 02:23:05 |
| 9 | fruition? | 02:23:17 |
| 10 | A   It -- I know that's the word I have been | 02:23:21 |
| 11 | using. Again, it's a nontechnical term, so I don't | 02:23:23 |
| 12 | know if that's the right one or not. And also, | 02:23:26 |
| 13 | given that I don't have that technical background, I | 02:23:28 |
| 14 | can't tell you that. | 02:23:32 |
| 15 | Q   You do not know when each of the nine | 02:23:49 |
| 16 | trade secrets at issue had its development | 02:23:52 |
| 17 | completed? | 02:24:02 |
| 18 | MR. MACK: Objection, form; beyond the | 02:24:06 |
| 19 | scope. | 02:24:06 |
| 20 | A   So I do not have a technical understanding | 02:24:09 |
| 21 | of that. I know that the cost numbers that informed | 02:24:11 |
| 22 | these, like, dollar amounts in the interrogatories | 02:24:15 |
| 23 | cover a period of time that I have discussed in each | 02:24:19 |
| 24 | of these preceding, like, answer -- questions and | 02:24:24 |
| 25 | answers. | 02:24:26 |

Veritext Legal Solutions
866 299-5127