QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO COURT INQUIRY RE UBER'S FAILURE TO PRODUCE JACOBS LETTER AND EMAIL** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Response To Court Inquiry Regarding Uber's Failure To Produce Jacobs Letter And Email ("Waymo's Response") and exhibits thereto. Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Response | Highlighted in blue | Defendants |
| Exhibit 1 of Waymo's Response | Highlighted in blue and green | Defendants (blue); Waymo (green) |
| Exhibit 2 of Waymo's Response | Highlighted in green | Waymo |
| Exhibit 5 of Waymo's Response | Entire document | Waymo |
| Exhibit 7 of Waymo's Response | Entire document | Waymo & Defendants |
| Exhibit 8 of Waymo's Response | Entire document | Defendants |

## I.   LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II.   WAYMO'S SUPPLEMENTAL BRIEF AND ACCOMPANYING EXHIBITS

Waymo seeks to seal the portions of Waymo's Response and accompanying Exhibits 1, 2, 5 and 7 because these documents contain or refer to Waymo's trade secret and confidential business information. *See* Declaration of Andrea Pallios Roberts ("Roberts Decl." ¶ 3.) Specifically, portions of Waymo's Response Regarding Jacobs Letter, and Exhibit 5 and 7 identified by Waymo in the table above contain key terms and other information related to Waymo's trade secrets and confidential business information. *Id.* The documents and highlighted portions listed above describe information relating to the technical specifications and designs of Waymo's trade secrets. *Id.* These trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). *Id.* The public disclosure of this information would give Waymo's competitors

access to information relating to the functionality of Waymo's autonomous vehicle system. *Id.* The documents and highlighted portions listed above also divulge confidential business information. *Id.* If such If such information were made public, Waymo's competitive standing would be significantly harmed. *Id.* Waymo's request to seal is narrowly tailored to only the confidential information. *Id.*

### III.  DEFENDANTS' CONFIDENTIAL INFORMATION

Waymo seeks to seal identified portions of Waymo's Response and accompanying Exhibits 1, 7, and 8 because Defendants have designated the information confidential and/or highly confidential. Roberts Decl. ¶ 4.  Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules. Roberts Decl. ¶ 5.

### IV.  CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED:  December 4, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorney for WAYMO LLC