QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO COURT INQUIRY RE UBER'S FAILURE TO PRODUCE JACOBS LETTER AND EMAIL** |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal information in its Response To Court Inquiry Regarding Uber's Failure To Produce Jacobs Letter And Email (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Response | Highlighted in blue | Defendants |
| Exhibit 1 of Waymo's Response | Highlighted in blue and green | Defendants (blue); Waymo (green) |
| Exhibit 2 of Waymo's Response | Highlighted in green | Waymo |
| Exhibit 5 of Waymo's Response | Entire document | Waymo |
| Exhibit 7 of Waymo's Response | Entire document | Waymo & Defendants |
| Exhibit 8 of Waymo's Response | Entire document | Defendants |

3. Waymo's Response contains or refers to trade secret and confidential business information, which Waymo seeks to seal. Specifically, Exhibits 1, 2, 5 and 7 identified by Waymo in the table above contain key terms and other information related to Waymo's trade secrets and confidential business information. The documents and highlighted portions listed above describe information relating to the technical specifications and designs of Waymo's trade secrets. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to information relating to the functionality of Waymo's autonomous vehicle system. The documents and highlighted portions listed above also divulge confidential business information. If such information were made public, I understand that Waymo's

1  competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to
2  only the confidential information.

3  4. Waymo's Response and Exhibits 1, 7, and 8 thereto contain information that
4  Defendants have designated as confidential and/or highly confidential.

5  5. Waymo takes no position on the merits of sealing the material designated by
6  Defendants, and expects Defendants to file one or more declarations in accordance with the Local
7  Rules.

8  I declare under penalty of perjury under the laws of the State of California that the foregoing is
9  true and correct, and that this declaration was executed in San Francisco, California, on December 4,
10 2017.

By  */s/ Andrea Pallios Roberts*
Andrea Pallios Roberts
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrea Pallios Roberts.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven