1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>   Plaintiff,<br><br> vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>   Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF WAYMO LLC'S's RESPONSE TO COURT INQUIRY RE UBER'S FAILURE TO PRODUCE JACOBS LETTER AND EMAIL** |
|---|---|

I, Andrea Pallios Roberts, hereby declare as follows.

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of RFP Nos. 28-30, 72, 73 and 91 from Waymo's First Set of Requests for Productions.

3. Attached as Exhibit 2 is a true and correct copy of Expedited Interrogatory Nos. 1, 3 and 6 from Waymo's First Set of Expedited Interrogatories.

4. Attached as Exhibit 3 is a true and correct copy of Common Interrogatory No. 8 from Waymo's Third Set of Common Interrogatories.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the October 2, 2017 deposition of A. Padilla.

6. Attached as Exhibit 5 is a true and correct copy of a July 25, 2017 letter from A. Roberts to M. Pritt, counsel for Uber.

7. Attached as Exhibit 6 is a true and correct copy of a July 3, 2017 email from A. Roberts to E. Takashima, counsel for Uber.

8. Attached as Exhibit 7 is a true and correct copy of a July 3, 2017 email from S, Rivera to Special Master J. Cooper, all counsel for Waymo, and all counsel for Uber.

9. Attached as Exhibit 8 is a true and correct copy of R. Jacobs' resignation email, with Bates number UBER00326403.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 4, 2017                    */s/ Andrea Pallios Roberts*
                                            Andrea Pallios Roberts

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrea Pallios Roberts.


                                            */s/ Charles K. Verhoeven*_____
                                            Charles K. Verhoeven