# EXHIBIT 4

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4
5  _____
6  WAYMO LLC,                          )
7            Plaintiff,                )
8     vs.                              ) Case No.
9  UBER TECHNOLOGIES, INC.;            ) 17-cv-00939-WHA
10 OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
11           Defendants.               )
   _____)
12
13   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
14
15    VIDEOTAPED DEPOSITION OF ANGELA L. PADILLA, ESQ.
16              San Francisco, California
17              Monday, October, 2017
18                   Volume I
19
20 Reported by:
21 MARY J. GOFF
22 CSR No. 13427
23 JOB No. 2716665
24
25 PAGES 1-111

Page 1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5    _____
6    WAYMO LLC,                          )
7                 Plaintiff,             )
8       vs.                              ) Case No.
9    UBER TECHNOLOGIES, INC.;            ) 17-cv-00939-WHA
10   OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )
11                Defendants.            )
12   _____)
13
14
15
16      Highly Confidential Videotaped Deposition of
17   ANGELA L. PADILLA, ESQ. Volume I, taken on behalf of
18   Plaintiff Waymo LLC, at Quinn Emanuel Urquhart &
19   Sullivan, LLP, 50 California Street, 22nd Floor,
20   beginning at 9:11 a.m. and ending at 1:34 p.m., on
21   October 2, 2017, before MARY GOFF, Certified
22   Shorthand Reporter No. 13427.
23
24
25
                                                  Page 2
```

| | | |
|---|---|---|
| 1 | subject? | 10:34:28 |
| 2 |     A   Truly, I do not. | 10:34:29 |
| 3 |     Q   So you can't testify as to what sources | 10:34:45 |
| 4 | within Uber were searched or not searched in -- to | 10:34:47 |
| 5 | comply with the court's order; is that right? | 10:34:55 |
| 6 |     A   I don't know if that impinges on privilege | 10:35:03 |
| 7 | or not. | 10:35:05 |
| 8 |     Q   Okay.  What sources did Uber search within | 10:35:05 |
| 9 | Uber to comply with the court's order? | 10:35:11 |
| 10 |     A   As far as I recall, everywhere.  Meaning | 10:35:16 |
| 11 | we took this order very, very seriously and put a | 10:35:21 |
| 12 | ton of people power on the direction here in | 10:35:28 |
| 13 | paragraph 4. | 10:35:34 |
| 14 |     And I believe we also retained outside | 10:35:36 |
| 15 | experts to help us and moved heaven and earth to | 10:35:38 |
| 16 | look under every rock and understand the answer to | 10:35:46 |
| 17 | paragraph 4. | 10:35:50 |
| 18 |     Q   Okay.  So who did -- who did you retain? | 10:35:53 |
| 19 |     A   I don't recall the name of the forensic | 10:35:59 |
| 20 | expert that was retained. | 10:36:01 |
| 21 |     Q   Do you recall the -- the entity? | 10:36:02 |
| 22 |     A   Hum-um.  I don't.  I'm sorry. | 10:36:04 |
| 23 |     Q   Do you know what specifically that entity | 10:36:06 |
| 24 | did to search within Uber? | 10:36:10 |
| 25 |     A   I'm sure -- sorry.  Is your question done? | 10:36:16 |

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1          Do you have any nonprivileged information         01:30:11
 2   regarding whether Uber has misappropriated Waymo's       01:30:13
 3   trade secrets?                                           01:30:17
 4       A   I think everything I know comes from             01:30:29
 5   the -- my representation of the company, so I think      01:30:31
 6   it's privileged.                                         01:30:35
 7       Q   Do you have any nonprivileged information        01:30:53
 8   regarding whether Uber has acquired any of Waymo's       01:30:57
 9   trade secrets?                                           01:31:03
10       A   Again, I think everything I know in that         01:31:09
11   regard comes through representing the company in        01:31:11
12   this case, so I think it's all privileged.              01:31:16
13       Q   And do you have any nonprivileged               01:31:19
14   information regarding whether Uber is using any of      01:31:21
15   Waymo's trade secrets?                                  01:31:27
16       A   No.                                             01:31:31
17           MR. PERLSON:  And that -- I don't have any      01:31:34
18   further questions.  I'll just note for the record      01:31:40
19   that I think that there are a lot of overbroad         01:31:43
20   privilege assertions, but we can fight about that      01:31:47
21   later, if necessary.  And obviously, more              01:31:49
22   information is coming in, so I reserve the right to    01:31:51
23   call back if we find something new.                    01:31:55
24           MR. GONZALEZ:  Understood.  Mr. Perlson, I     01:31:56
25   have about two minutes of questioning that I would    01:31:57
```