| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 02/2015) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER: Dawn Siadatan | 2a. CONTACT PHONE NUMBER: (415) 875-6363 | 3. CONTACT EMAIL ADDRESS: dawnsiadatan@quinnemanuel.com |
| 1b. ATTORNEY NAME (if different): David Perlson | 2b. ATTORNEY PHONE NUMBER: (415) 875-6344 | 3. ATTORNEY EMAIL ADDRESS: davidperlson@quinnemanuel.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Quinn Emanuel, 50 California St, 22nd Fl, San Francisco, CA 94111 | 5. CASE NAME: Waymo LLC v. Uber Technologies, Inc., et al. | 6. CASE NUMBER: 17-cv-0939 |
|---|---|---|
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR: Debra Pas | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☒ CIVIL  CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/2017 | WHA | Hearing | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ● | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Same day delivery of rough and final requested. Please email both contact person and attorney. Thank you.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE: s/ David A. Perlson
12. DATE: 12/04/2017

DISTRIBUTION:  ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY