IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **ORDER REFERRING ISSUE TO SPECIAL MASTER** |
| Defendants. | |

As stated on the record and by agreement of both sides, this matter is hereby **REFERRED** to special master John Cooper to determine whether and to what extent, given the history of this action and both sides' past conduct, defendants were required to earlier produce the Jacobs letter, resignation email, or settlement agreement. The special master shall take briefing and hear argument as he sees fit and submit a written report and recommendation on this issue by **DECEMBER 15 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE