QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Lindsay Cooper (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF WAYMO'S ADMINISTRATIVE MOTION TO SEAL PLAINTIFF WAYMO'S RESPONSE TO COURT INQUIRY RE ANY USE BY WAYMO OF EPHEMERAL COMMUNICATIONS AND NON-ATTRIBUTABLE DEVICES** |
|---|---|

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal ("Waymo's Administrative Motion") confidential information in its Response to Court Inquiry Re Any Use By Waymo of Ephemeral Communications and Non-Attributable Devices ("Waymo's Response"). Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Response | Highlighted in blue | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 3 to Waymo's Response | Entire document | Waymo |
| Exhibit 4 to Waymo's Response | Entire document | Waymo |
| Exhibit 5 to Waymo's Response | Entire document | Waymo |
| Exhibit 6 to Waymo's Response | Entire document | Waymo |
| Exhibit 7 to Waymo's Response | Entire document | Waymo |
| Exhibit 8 to Waymo's Response | Entire document | Defendants |
| Exhibit 11 to Waymo's Response | Entire document | Waymo |

3. Waymo's Response contains or refers to confidential business information, which Waymo seeks to seal. Specifically, Waymo's Response and Exhibits 3-7 and 11 contain confidential information regarding Waymo's internal security policies and security guidelines for employees. The public disclosure of this information would reveal Google's confidential security priorities, causing heightened vulnerability of Google's internal servers and systems to increased threats of unauthorized access. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential information.

4. Waymo's Response and Exhibit 8 contain information that Defendants have designated as confidential and/or highly confidential.

5. In addition, portions of the Response (highlighted in yellow) contain references to a letter submitted to the Court by the United States Attorney, which the Court has held "shall be kept under seal under further order of the Court." (Dkt. 2260.)

6. Waymo takes no position on the merits of sealing the material designated by Defendants, and expects Defendants to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on December 4, 2017.

By  */s/ Lindsay Cooper*
      Lindsay Cooper
      Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven