UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | CASE NO. 3:17-cv-00939-WHA<br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL WAYMO'S RESPONSE TO COURT INQUIRY RE ANY USE BY WAYMO OF EPHEMERAL COMMUNICATIONS AND NON-ATTRIBUTABLE DEVICES** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its Response to Court Inquiry Re Any
3  Use By Waymo of Ephemeral Communications and Non-Attributable Devices ("Waymo's
4  Response").

5  Having considered Waymo's Administrative Motion, and good cause to seal having been
6  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
7  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Response | Highlighted portions |
| Exhibit 3 to Waymo's Response | Entire document |
| Exhibit 4 to Waymo's Response | Entire document |
| Exhibit 5 to Waymo's Response | Entire document |
| Exhibit 6 to Waymo's Response | Entire document |
| Exhibit 7 to Waymo's Response | Entire document |
| Exhibit 8 to Waymo's Response | Entire document |
| Exhibit 11 to Waymo's Response | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge