QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
 David A. Perlson (Bar No. 209502)
 davidperlson@quinnemanuel.com
 Melissa Baily (Bar No. 237649)
 melissabaily@quinnemanuel.com
 John Neukom (Bar No. 275887)
 johnneukom@quinnemanuel.com
 Jordan Jaffe (Bar No. 254886)
 jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF WAYMO'S RESPONSE TO COURT INQUIRY RE ANY USE BY WAYMO OF EPHEMERAL COMMUNICATIONS AND NON-ATTRIBUTABLE DEVICES** |

I, Andrea Pallios Roberts, hereby declare as follows.

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of a November 30, 2017 article from Recode entitled "Uber's new chief legal officer tells staff: If you are surveilling people for competitive intelligence, stop it now."

3. Attached as Exhibit 2 is a true and correct copy of a December 1, 2017 article from Reuters entitled "Three Uber security managers resign after CEO criticizes practices."

4. Attached as Exhibit 3 is a true and correct copy of Google's Account Security Policy.

5. Attached as Exhibit 4 is a true and correct copy of Google's Corporate Services Security Policy.

6. Attached as Exhibit 5 is a true and correct copy of Google's Mobile Device Security Guidelines.

7. Attached as Exhibit 6 is a true and correct copy of Google's security guidelines regarding use of personal machines.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the Waymo Employee Handbook, Guidelines and Policies.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the June 22, 2017 deposition of N. Qi.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the May 30, 2017 deposition of M. Feldman.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the June 16, 2017 deposition of J. Bares.

12. Attached as Exhibit 11 is a true and correct copy of Google's Third Party Chat Services Security Guidelines.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  December 4, 2017           */s/ Andrea Pallios Roberts*
                                                        Andrea Pallios Roberts

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrea Pallios Roberts.

                                                        */s/ Charles K. Verhoeven*_____
                                                        Charles K. Verhoeven