# Exhibit 9

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4    _____
 5    WAYMO LLC,                      )
                                      )
 6          Plaintiff,                )
                                      )
 7    vs.                             )  No. 3:17-cv-00939-WHA
                                      )
 8    UBER TECHNOLOGIES, INC.;        )
      OTTOMOTTO LLC; OTTO TRUCKING    )
 9    LLC,                            )
                                      )
10          Defendants.               )
11    _____  )
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15        VIDEOTAPED DEPOSITION OF MASON FELDMAN
16              San Francisco, California
17               Tuesday, May 30, 2017
18                     Volume I
19
20
21    Reported by:
      CATHERINE A. RYAN
22    CMR, CRR, CSR No. 8239
23    Job No. 2626671
24
25    PAGES 1 - 174
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | What software does Uber make available for | 13:26:50 |
| 2 | instant messaging? | |
| 3 | A   To my understanding, it would be HipChat | |
| 4 | or Slack. | |
| 5 | Q   Do you use those? | 13:27:08 |
| 6 | A   Yes. | |
| 7 | Q   Do you know if conversations on HipChat or | |
| 8 | Slack are stored by Uber? | |
| 9 | A   I don't know. | |
| 10 | Q   Is there any other messaging software that | 13:27:29 |
| 11 | Uber makes available besides HipChat and Slack? | |
| 12 | A   We have Uchat, which is internal. | |
| 13 | Q   Anything else? | |
| 14 | A   Not to my knowledge. | |
| 15 | Q   If you can turn to page 5, heading 7.  Do | 13:28:09 |
| 16 | you see it's titled "Authorized Devices"? | |
| 17 | Were you ever asked by Mr. Levandowski to | |
| 18 | set up a device for him for purposes of use at Uber? | |
| 19 | A   Yes. | |
| 20 | Q   Was it an Uber-issued device? | 13:28:46 |
| 21 | A   Yes. | |
| 22 | Q   What was it? | |
| 23 | A   A laptop. | |
| 24 | Q   What kind of laptop? | |
| 25 | A   A Mac Book Pro. | 13:28:56 |

Page 132

Veritext Legal Solutions
866 299-5127