# Exhibit 10

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5     WAYMO, LLC,                    )
 6              Plaintiffs,           )
 7              - vs -                ) Case  No.
 8     UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939
 9     OTTOMOTTO LLC; OTTO            )
10     TRUCKING, LLC,                 )
11              Defendants.           )
12     _____
13
14
15        VIDEOTAPED DEPOSITION OF JOHN BARES,
16     a witness, called by the Plaintiff for examination,
17     in accordance with the Federal Rules of Civil
18     Procedure, taken by and before Tammie Elias, RPR and
19     Notary Public in and for the Commonwealth of
20     Pennsylvania, at the office of Reed Smith, 225 Fifth
21     Avenue, Suite 1200, Pittsburgh, Pennsylvania, on
22     Friday, June 16, 2017, commencing at 9:05 a.m.
23
24     JOB No. 2640097
25     PAGES 1 - 317
```

Page 1

| | | | |
|---|---|---|---|
| 1 | | ago from the period January 2016 to August | 09:39a |
| 2 | | 18th of 2016, and that was a period that I was | 09:39a |
| 3 | | asked to pull.  I pulled those and submitted | 09:39a |
| 4 | | those and then this Wednesday, Uber pulled | 09:39a |
| 5 | | everything from my phone, all texts and -- | 09:39a |
| 6 | Q. | So as of Wednesday, you handed over to Uber | 09:39a |
| 7 | | texts that predate January 2016? | 09:39a |
| 8 | A. | Every text on my phone, yes. | 09:39a |
| 9 | Q. | And you had texts on your phone that predated | 09:39a |
| 10 | | January 2016? | 09:39a |
| 11 | A. | As far as I know the way iPhone works is it | 09:39a |
| 12 | | never deletes anything.  So all the way back | 09:39a |
| 13 | | to the first time I had an iPhone, which would | 09:39a |
| 14 | | have been 2013 or 2012 or something. | 09:39a |
| 15 | Q. | In your capacity as an Uber employee, do you | 09:40a |
| 16 | | use any instant messaging services? | 09:40a |
| 17 | A. | No. | 09:40a |
| 18 | Q. | You don't use Slack? | 09:40a |
| 19 | A. | Oh, I use Slack.  I didn't think that as | 09:40a |
| 20 | | instant messaging. | 09:40a |
| 21 | Q. | I don't use it personally, so how would you | 09:40a |
| 22 | | characterize slack, what type of communication | 09:40a |
| 23 | | is that?  Now you see why I called it instant | 09:40a |
| 24 | | messaging. | 09:40a |
| 25 | A. | Call it what you want.  Let's use it by term. | 09:40a |

| | | | |
|---|---|---|---|
| 1 | Q. | Okay.  So you have used Slack in your capacity | 09:40a |
| 2 | | as an Uber employee? | 09:40a |
| 3 | A. | Yes, I do.  Yes. | 09:40a |
| 4 | Q. | Have you ever deleted a Slack message while | 09:40a |
| 5 | | you were an Uber employee? | 09:40a |
| 6 | A. | I don't think I know how, no.  I thought they | 09:40a |
| 7 | | just went away.  I mean the thread is always | 09:40a |
| 8 | | there.  It's much like texts, if you open a | 09:40a |
| 9 | | thread with somebody, the message is all | 09:41a |
| 10 | | there.  So, no, I have never deleted anything. | 09:41a |
| 11 | Q. | Other than e-mail, texting and Slack, have you | 09:41a |
| 12 | | used any other form of electronic | 09:41a |
| 13 | | communication in your capacity as an Uber | 09:41a |
| 14 | | employee? | 09:41a |
| 15 | A. | I have certainly used Zoom, it's a video | 09:41a |
| 16 | | conferencing, I have used that frequently. | 09:41a |
| 17 | | Once or twice used Google Chat thing, never | 09:41a |
| 18 | | with Anthony.  Once or twice used the Google I | 09:41a |
| 19 | | don't even know if it's Google Chat Room or | 09:41a |
| 20 | | something for like one day. | 09:41a |
| 21 | Q. | Hangouts, is that what you mean? | 09:41a |
| 22 | A. | That's what it is, sorry.  It was a -- so | 09:41a |
| 23 | | essentially, no.  I'm not thinking of -- Slack | 09:41a |
| 24 | | is pretty common.  I never used HipChat or any | 09:41a |
| 25 | | of those.  I think Slack e-mail, text, and | 09:42a |

Page 30