IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE ROLLING,<br>WRITTEN LIST OF NEXT<br>SEVEN WITNESSES** |

Beginning the day after jury selection, each side shall maintain a rolling, written list of the next seven or fewer witnesses it intends to call at trial. The list may be updated and shall be delivered to all counsel *and to chambers* by 5:00 p.m. each day. Witnesses need not be called in the sequence indicated but they must be on the most-current rolling list. Absent very good cause, a witness may be called only if they have been on the proponent's most-current list for at least 38 (not 48) hours. The seven-name limit and 38-hour leadtime may be changed if both sides agree in writing.

**IT IS SO ORDERED.**

Dated: December 4, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE