1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

        Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

        Defendants.

_____/

No. C 17-00939 WHA

**AMENDED ORDER
REFERRING ISSUE TO
SPECIAL MASTER**

     As stated on the record and by agreement of both sides, this matter is hereby **REFERRED**
to special master John Cooper to determine whether and to what extent, including the history of
this action and both sides' past conduct, defendants were required to earlier produce the Jacobs
letter, resignation email, or settlement agreement, or required to provide any information in
those documents in response to interrogatories, Court orders, or other agreements among
counsel. The special master shall take briefing and hear argument as he sees fit and submit a
written report and recommendation on this issue by **DECEMBER 15 AT NOON**.

     Will the parties please stipulate that the special master's findings will be final? Please
respond by **DECEMBER 7 AT NOON**.

     **IT IS SO ORDERED.**

Dated: December 4, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE