| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzález@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, California 94105-2482<br>Tel: 415.268.7000 / Fax: 415.268.7522 |
| 5 | |
| 6 | KAREN L. DUNN (*Pro Hac Vice*)<br>kdunn@bsfllp.com |
| 7 | HAMISH P.M. HUME (*Pro Hac Vice*)<br>hhume@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, N.W. |
| 9 | Washington DC 20005<br>Tel: 202.237.2727 / Fax: 202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*)<br>bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*)<br>srabin@susmangodfrey.com |
| 12 | SUSMAN GODFREY<br>1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023<br>Tel: 212.336.8330 / Fax: 212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF NON-PARTY RICHARD JACOBS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRESPONDENCE UNDER SEAL (DKT. 2299)** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Non-Party Richard Jacobs' Motion for Administrative Relief to File Correspondence Under Seal (Dkt. 2299).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit A to the Declaration of Martha Boersch | See ¶ 3, below |

3. I understand that the Court's November 29, 2017 Order granted sealing with respect to portions of Exhibit A to the Declaration of Martha Boersch. (Dkt. 2307 at 2.) Those portions are marked in green highlighting in Exhibit B to the Court's Order. (Dkt. 2307-2.) Exhibit A to the Boersch Declaration contains information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third-party individuals and entities. Defendants support sealing of the green-highlighted portions in Dkt. 2307-2, and may also attempt to obtain additional redactions from the appeals court before the Court's deadline of December 13 at noon. (Dkt. 2307 at 2.)

4. Defendants' request to seal is narrowly tailored to the portions of Non-Party Richard Jacobs' Motion and supporting exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of December, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini