IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>　　　　Defendants. | No. C 17-00939 WHA<br><br>**NOTICE TO COUNSEL OF INFORMATION PROVIDED TO DISTRICT COURT** |

　　　Counsel are advised that yesterday, a "Glen Harding" purporting to act for "Rover Dynamics, Inc.," purportedly in Ladera Ranch, California, submitted a one-page statement "For the Attention of District Judge William Alsup" with "Material Directly Relevant to Uber Case." The undersigned judge sees no relevance at all of the submitted material to this action. It is nevertheless appended hereto in its entirety as Exhibit A for counsel's review.

Dated: December 6, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE