1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  WAYMO LLC,                           CASE NO. 3:17-cv-00939

14              Plaintiff,               **PLAINTIFF WAYMO'S DECLINATION
                                         TO STIPULATE TO THE SPECIAL
15       vs.                             MASTER'S FINDINGS REGARDING
                                         THE JACOBS LETTER AND RELATED
16  UBER TECHNOLOGIES, INC.;             DOCUMENTS**
    OTTOMOTTO LLC; OTTO TRUCKING
17  LLC,
                                         Trial Date:   February 5, 2018
18              Defendants.

19

20

21

22

23

24

25

26

27

28

1    On December 4, the Court referred to special master John Cooper the determination of

2    "whether and to what extent, including the history of this action and both sides' past conduct,

3    defendants were required to earlier produce the Jacobs letter, resignation email, or settlement

4    agreement, or required to provide any information in those documents in response to

5    interrogatories, Court orders, or other agreements among counsel." (Dkt. 2341.)  The Court

6    further asked whether the parties will stipulate that the special master's findings will be

7    final.  (*Id.*)  Waymo respectfully declines to stipulate to the finality of the special master's

8    findings.  Waymo very much appreciates special master Cooper's extensive work on this case, but

9    given the importance of this issue at trial and as with other issues in this case, cannot so stipulate

10   and forgo its rights to appeal rulings by the Special Master.

11

12   DATED:  December 7, 2017          QUINN EMANUEL URQUHART & SULLIVAN,
                                       LLP

13

14                                     By  */s/ Charles K. Verhoeven*
                                           Charles K. Verhoeven
15                                         Attorneys for WAYMO LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S DECLINATION TO STIPULATE