# EXHIBIT 5

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
3  davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
4  melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
5  johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
7  San Francisco, California  94111-4788
(415) 875-6600
8  (415) 875-6700 facsimile

9  Attorneys for Plaintiff WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  WAYMO LLC                          Case No. 17-cv-00939-JCS

15              Plaintiffs,            **PLAINTIFF'S AMENDED FOURTH
                                       SUPPLEMENTAL OBJECTIONS AND
16         v.                          RESPONSES TO UBER'S FIRST SET OF
                                       INTERROGATORIES (NOS. 1-11)**
17  UBER TECHNOLOGIES, INC.;
    OTTOMOTTO, LLC; OTTO TRUCKING
18  LLC,

19              Defendants.

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| 111 | Pierre-Yves Droz, Daniel Gruver, Luke Wachter, Drew Ulrich, Gaetan Pennecot, Dorel Ionut Iordache, Anthony Levandowski, Will McCann |
| 112 | Pierre-Yves Droz |
| 113 | Pierre-Yves Droz, Sam Lenius |
| 114 | Pierre-Yves Droz, Blaise Gassend |
| 115 | Pierre-Yves Droz, Daniel Gruver |
| 116 | Pierre-Yves Droz, Mark Shand, Sam Lenius, Sean Noyce |
| 117 | Pierre-Yves Droz, Gaetan Pennecot |
| 118 | Pierre-Yves Droz, Blaise Gassend |
| 119 | Pierre-Yves Droz, Gaetan Pennecot |
| 120 | Pierre-Yves Droz, Gaetan Pennecot, Drew Ulrich, Dorel Ionut Iordache |
| 121 | Pierre-Yves Droz, Jonathan Dowdall, Christian Lauterbach |

**INTERROGATORY NO. 6:**

Separately for each alleged Waymo trade secret identified in response to Interrogatory No. 1, describe how long it took and how much it cost to develop.

**RESPONSE TO INTERROGATORY NO. 6:**

Waymo incorporates by reference its General Objections.  Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond "[s]eparately for each alleged Waymo trade secret." Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

Waymo began developing its in-house LiDAR systems in 2011.  Waymo's development of its in-house LiDAR systems drew from development efforts of 510 Systems, led by engineer Pierre-Yves Droz.  510 Systems began developing a mapping LiDAR in 2009; by December 2010, these efforts had led to a prototype code-named "Little Bear" ("LBr").  In early summer 2011, 510 Systems began developing LiDAR systems for self-driving applications, building on the success of LBr.  However, because of the different requirements for detecting objects at different distances that 510 Systems learned from its experience with LBr, 510 Systems proceeded with development

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    of two distinct LiDAR designs: a LiDAR system for long ranges ("Papa Bear" or "PBr") and a

2    separate LiDAR system for medium ranges ("Mama Bear" or "MBr"). *See* Droz Decl. ¶¶ 5-7.

3          In July 2011, Waymo acquired 510 Systems.  Since the acquisition, Waymo's LiDAR

4    team has grown from 6 people when Waymo acquired 510 Systems to approximately ██ people

5    today.  *Id.* ¶ 7.

6          In 2011, Waymo's self-driving cars were using an off-the-shelf LiDAR device (the

7    Velodyne HDL64), which cost approximately $70,000.  Waymo spent years working on a variety

8    of possible LiDAR designs that proved not to work.  Waymo's experience with these "dead-end"

9    designs helped lead Waymo to the architecture now at the heart of its current LiDAR systems.  *Id.*

10   ¶ 10-12.

11         Designing and developing LiDAR systems is a difficult and time-consuming process that

12   requires significant experience with using LiDAR systems for the desired application — in

13   Waymo's case, self-driving cars.  Thanks to Waymo's experience with self-driving cars dating

14   back to 2009, Waymo had the knowledge required for optimizing LiDAR for self-driving car test

15   scenarios.  Optimization is difficult and time-consuming, as ████████████████████████

16   ████████████████████████████.  As discussed above, early on, Waymo

17   realized that different LiDAR designs would be required to satisfy all the needed self-driving car

18   test scenarios for different ranges.

19         For example, for long ranges, ███████████████████████████████████

20   █████████████████████.  Early development of PBr involved ████████████

21   ███████████████████████████████ — a solution that did not

22   work.  After trying several other designs and building several different prototypes of Papa Bear,

23   Waymo began equipping its fleet (in 2012) with version 5 of PBr, which was ████████████

24   ███████████████████  This limitation proved not to work for self-driving cars.  Waymo

25   thus iterated more designs of Papa Bear, eventually settling on the PBr design that it still uses on

26   its self-driving fleet.  Waymo is not aware of viable alternatives for long-range LiDAR.  *See id.*

27   ¶¶ 9-10.

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Development of Waymo's mid-range LiDAR system was equally, if not more, difficult,

2   time-consuming, and expensive than development of PBr.  In parallel with PBr design, beginning

3   in 2011, Waymo worked on MBr, which ███████████████████████   After more

4   than a year of work on MBr, however, this design proved not to be viable for use in self-driving

5   cars.  Accordingly, in late 2012, Waymo decided to abandon MBr and came up with an entirely

6   new design for a mid-range LiDAR, codenamed "Grizzly Bear" (or "GBr").  *See id.* ¶ 11.

7   Beginning in December 2012, Waymo began devoting many resources into developing the

8   mid-range GBr LiDAR.  GBr was a very different and innovative design made possible by all the

9   know-how and technological capabilities Waymo's LiDAR team had developed over several years

10  of working on LiDAR systems.  In contrast to commercially available LiDAR systems, such as the

11  Velodyne system originally used by Waymo, GBr had many advantages: ████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████

14  ██████████████████████████████████████████████   *See id.*

15  ¶ 12.

16  One of GBr's innovations was a design that it eventually patented: its use of a single lens

17  — rather than multiple sets of lenses — to both transmit and receive the collection of laser beams

18  used to scan the surrounding environment.  Traditionally, a multi-beam LiDAR system used lens

19  assemblies with multiple elements (such as one lens for the transmit side and another for the

20  receive side), but this approach was not practical in a self-driving car LiDAR because of the

21  significant size and cost of the system due to the complexity of manufacturing numerous complex

22  lens elements.  *See id.* ¶¶ 13-14.  Waymo first pioneered its single-lens design in GBr.  GBr's

23  single-lens design makes the focal plane curved, complicating the optical layout.  Accordingly,

24  Waymo developed many innovations, some patented and some maintained as trade secrets, to deal

25  with the more complicated optical layout and allowed Waymo to get the small-size and low-cost

26  benefits of a single-lens system.  *See id.* ¶ 15.

27  In mid 2013, Waymo rolled out the second generation of its mid-range LiDAR — GBr2.

28  The GBr design (as refined in GBr2), was groundbreaking, as it significantly reduced the cost and

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  size of the LiDAR system while increasing performance.  To get to this point, it took Waymo two

2  years from when it first set out to build an in-house mid-range LiDAR for self-driving car

3  applications.  Development of GBr2 required solving innumerable issues, which Waymo

4  accomplished by devoting significant resources.  The issues Waymo spent time and money

5  resolving, and the solutions to those issues, are something a LiDAR designer not previously

6  familiar with Waymo's designs could not address in advance.  *See id.* ¶¶ 17-18.

7       Through Waymo's many months of design and development, Waymo finally switched

8  from off-the-shelf Velodyne LiDAR systems to its in-house GBr2 LiDAR in late 2013 and early

9  2014, almost three years after Waymo first started developing its in-house mid-range LiDAR and

10  approximately one year after Waymo first came up with the single-lens concept for GBr.  *See id.*

11  ¶ 19.

12       Waymo's mid-range LiDAR development did not stop then.  It continued spending time

13  and resources on improving GBr2, leading to the current-generation of Waymo's mid-range

14  LiDAR, known internally as GBr3, which adds innovations onto the same foundation as GBr and

15  GBr2, including ██████████████████████████████████████████████████████

16  These arrangements were designed — based on Waymo's years of testing, simulation,

17  experimentation, and optimization for different test scenarios — for use in self-driving cars.

18  These designs result in GBr3 ████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████████████████

20  ████████████████████████████  *See id.* ¶ 20.

21       Waymo spent much time, effort, and resources developing GBr3.  As just one example,

22  Waymo's trade secret ██████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████  ███████████

24  ████████████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████████████████████████

27  ████████████████████████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████     ███████████████████████████████

4 ████████████████████████████████████████████████

5 ██████████████████████████████████████████ *See*

6 *id.* ¶ 21.

7      Building on these insights, Waymo spent enormous time, simulation, and resources to

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 █████████████████     ███████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████ *See id.*

14 ¶ 22.

15      In brief, Waymo's LiDAR development efforts led to the replacement of the Velodyne

16 HDL64 with an in-house LiDAR solution that was one third the size and one tenth the cost.

17 Waymo's research and development efforts into LiDAR technology also led to the creation of a

18 new type of LiDAR to cover long-range perception needs with ████████████████████

19 ████████████████████ as well as a low-cost short-range LiDAR with ███████████████

20 ████████████████████ By 2015, Waymo's test fleet was equipped exclusively with

21 Waymo's in-house LiDAR systems.

22      Even after the success of Waymo's in-house LiDAR designs, Waymo's LiDAR research

23 and development efforts are ongoing and have led to additional innovations, many maintained as

24 trade secrets, beyond those incorporated into its PBr, GBr, and TBr LiDARs.  For example,

25 Waymo's extensive experience driving using a fleet equipped with its proprietary LiDAR systems

26 (which recently surpassed a total of 3 million miles, with 1 million miles driven from October

27 2016 to May 2017) has led Waymo to realize that ████████████████████████████████

28 ████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ██████  ████████████████████████████████████████████████████

2  ████████████████████████████████████████████████

3      These recent development efforts have resulted in several major improvements to

4  Waymo's technology, most or all of which are maintained as trade secrets.  For example, ███████

5  ████████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████

14  ████████████████████

15

16  **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

17      Waymo incorporates by reference its General Objections.  Waymo further objects to this

18  request to the extent it is compound, complex, and contains multiple subparts.

19      Subject to and without waiving the foregoing General and Specific Objections, Waymo

20  responds as follows:

21      Waymo does not track "how long it took" and "how much it cost to develop" each of its

22  trade secrets separately in the ordinary course of business.  With respect to documents evincing

23  how long it took to develop each of Waymo's trade secrets, Waymo responds under Rule 33(d)

24  and incorporates by reference its response to Interrogatory No. 4, 5, as well as any and all

25  supplements thereto.  In particular, Waymo intends to rely on those documents identified in

26  response to Interrogatory No. 4 to, in part, show the time and cost to develop its asserted trade

27  secrets.  Waymo further intends to rely on knowledgeable witnesses identified in response to

28  Interrogatory No. 5 to testify regarding these subjects.   Additional information regarding

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  Waymo's response to this interrogatory can be found at WAYMO-UBER-00012830, WAYMO-

2  UBER-00014506, WAYMO-UBER-00027045, WAYMO-UBER-00027046, WAYMO-UBER-

3  00014489, WAYMO-UBER-00013348, WAYMO-UBER-00014078 and WAYMO-UBER-

4  00026471.

5     **Trade Secrets 1, 2, 3, 4, 6 and 39**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17 **Trade Secret 46**

18

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████

2  ██████████████████████████████████████████████████

3  ██████████████████████████████████████████████████

4  ██████████████████████████████████████████████████

5  ███ ██████ ████ ██ ██████ ██████ ████ ██████ ██ █████

6  ██████████████████████████████████████████████████

7  ██████████████████████████████████████████████████

8  ██████████████████████████████████████████████████

9  ██████████████████████████████████████████████████

10 ██████████████████████████████████████████████████

11 ██████████████████████████████████████████████████

12 ██████████████████████████████████████████████████

13 ██████████████████████████████████████████████████

14 ██████████████████████████████████████████████████

15 ██████████████████████████████████████████████████

16 ███ ███████████ ████ ███ █████ █ ███████ ███ █████ ████

17 ██████████████████████████████████████████████████

18 ██████████████████████████████████████████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ██████████████████████████████████████████████████

22 ████████████████████████████

23 **Trade Secret 62**

24 ████████████████████████████████████████████████

25 ██████████████████████████████████████████████████

26 ██████████████████████████████████████████████████

27 ██████████████████████████████████████████████████

28 ████████████████████████████ █████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 █████████████████████████████████  ████████

2 ██████████  ████████████  ██████████████  ██  ███████

3 ██████████  ██████████████████████████████████

4 █████████████████████████

5    █████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████

8 ████████████████████████████████████████████

9 ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 █████████████████████  ██████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ███████████████████████████  ████████████████

15 ████████████████████████████████████████████

16 ████  ███  ██  ██████████████  █████  ████████  ██████  ████  ██████  ██

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ███████████████████████████████████

24    █████████████████████████████████████████

25 ████████████████████████████████████████████

26 ███████████████████████████

27 **Trade Secrets 75-80**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 91**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4     **Trade Secret 85**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23     **Trade Secrets 81-84**

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secrets 86-88**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    **Trade Secret 90**

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      **Trade Secrets 94-99 and 103**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████

2 ██████████████████████████████████████████

3 ████████████████

4 ████████████████████████████████████████

5 ██████████████████████████████████████████

6 ██████████████████████████████

7

**Trade Secret 104**

8 ████████████████████████████████████████

9 ██████████████████████████████████████████

10 ██████████████████████████████████████████

11 ██████████████████████████████████████████

12 ████████████████████████  ████████████████

13 ████████████████████████████████  ████████

14 ██████████  ██████████████  ████████████ ██ ████

15 ██████████  ████████████████████████████████

16 ██████████████████████████████████████████

17 ██████████████████

18 ████████████████████████████████████████

19 ██████████████████████████████████████████

20 ████████████████████  ████████████████████

21 ██████████████████████████████████████████

22 ██████████████████████████████████████████

23 ██████████████████████████████████████████

24 ██████████████████████████████████████████

25 ████████████████████████████████████  ████

26 ██████████████████████████████████████████

27 ██████████████████████████████████████████

28 ██████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████

2 ██████████████████████████████████████████

3 ██████████████████████████████████████████

4 ██████████████████████████████████████████

5 ██████████████████████████████████████████

6 ██████████████████████████████████████████

7 ██████████████████████████████████████████

8 ████████████████████

9   ████████████████████████████████████

10 ██████████████████████████████████████████

11 █████████████████████████

12    **Trade Secret 105**

13   ████████████████████████████████████████

14 ██████████████████████████████████████████

15 ██████████████████████████████████████████

16 ██████████████████████████████████████████

17 ██████████████████████  ██████████████████

18 ████████████████████████████████  ████████

19 ██████  ██████████  ████████  ██  ██████████

20 ██████  ████████████████████████████████████

21 ██████████████████████████████████████████

22 ████████████████████

23   ████████████████████████████████████████

24 ██████████████████████████████████████████

25 ████████████████  ████████████████████████

26 ██████████████████████████████████████████

27 ██████████████████████████████████████████

28 ██████████████████████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 106**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ██████████████████  ████████████████████████

7 ████████████████████████████████████████████

8 ████████████████████████████████████████████

9 ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 ██████████████████████

14   ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████

17 **Trade Secret 107**

18   ████████████████████████████████████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████ ██ ██ ████ █ ██████████████ ████ ██████████

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

26 ████████████████

27   ████████████████████████████████████████████

28 ████████████████████████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████ ████████████████████████████

2 ████████████████████████████████████████████████

3 ██████ ████ ██████ █████ ██████ ████ ██████ ████████ ██

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████ ██████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ██████████

16 ██████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ████████████████████████████████████

19 **Trade Secret 108**

20 ██████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ██████ ██ ████ ██████ █ ██████████ ██████████ ██████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 109**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18     **Trade Secret 110**

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  **Trade Secret 112**

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 113**

2    ███████████████████████████████████████████

3    ████████████████████████████████████████████

4    ████████████████████████████████████████████

5    ████████████████████████████████████████████

6    ████████████████████████████████████  ███████

7    ██████ ██ ██████ ████ ████ ████ ███████ ████ ███ █ ██████ ████ ███████

8    ██████ ███ ███████ ████████ █████████ ███████ ████████ ███████

9    ██████ ████ ████ ███████ ███ ████ █████████ ████ ███████ ████ ████

10   ████████████████████████████████████████████

11   ████████████████████████████████████████

12   ███████████████████████████████████████████

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████████████████████████████████████████

16   ████████████████████████████████████████████

17   ████████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████████

22   ████████████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████████████████████

26   ████████████████████  ██████████████████████

27   ████████████████████████████████████████████

28   ████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████

7 **Trade Secret 118**

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████  ████████████

13 ████  ██  ██████  ████  ████  ██████  ████  ████  ██████  █  ████████

14 ██████  ██  ██████████  ██████  ████████████  ████████████

15 ████  ████  ██████████  ██████  ████  ██████████  ██████  ████  ██  ████████

16 ████████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 119**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17  **Trade Secret 121**

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secrets 92 and 93**

███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████   ███████

███████████████████████████████████████████████████

██████   ████████████   ██████████████   ████████████

█████  ███  ████████████  ███  ████████  █████  ███  █████

███████████████████████████████████████████████████

██████

███████████████████████████████████████████████

███████████████████████████████████████████████████

████████████  ████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

**Trade Secrets 9-10, 13-14, 38 and 117**

███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 48**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14    **Trade Secret 120**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12     **Trade Secret 111**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secrets 101 and 102**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secrets 7-8, 16, 19-20 and 43**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███ ██ ██ ██ ██ █ ██ ██ ██ ██ ██ ██ ██

2 ████████████████████████████████████

3 ████████████████████████████████████

4 ████████████████████████████████████

5 ████████████████████████████████████

6 ████████████████████████████████████

7 ████████████████████████████████████

8 ████████████████████████████████████

9 ████████████████████

10    ████████████████████████████████

11 ████████████████████████████████████

12 ██████████████████████

13   **Trade Secret 49**

14    █████████████████████████████████

15 ██  █████████████████████████████████

16 ████████████████████████████████████

17 ████████████████████████████████████

18 ████████████████████████████████████

19 ████████████████  ████████████████████

20 ████████████████████████████████████

21 ███████  █████████  ████████  ███████

22 ██████ ██ ██████ ████ ████ ████ ██ ████ ███

23 ████████████████████████████████████

24 ██████████████████████████

25    █████████████████████████████████

26 ████████████████████████████████████

27 ████████████████████████████████████

28 ████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7       **Trade Secret 15**

8

9

10

11

12

13

14      **Trade Secret 17**

15

16

17

18

19

20

21      **Trade Secret 42**

22

23

24

25

26

27

28      **Trade Secrets 63 and 89**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████

2 ████████████████████████████ ██████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ███████████████████

8 **Trade Secret 114**

9 ███████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████ ██████████████████

15 ██████████████████████████████

16 **Trade Secret 115**

17 ███████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████ ████████████████████████████

23 ███████████████

24 **Trade Secret 116**

25 ███████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ██████████████████████ ██████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████████

2 █████████████████

3 ████████████████████████████████████████████████

4 ████████████████████

5

6 **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

7      Waymo incorporates by reference its General Objections.  Waymo further objects to this

8 request to the extent it is compound, complex, and contains multiple subparts.

9      Subject to and without waiving the foregoing General and Specific Objections, Waymo

10 responds as follows:

11      Waymo does not track "how long it took" and "how much it cost to develop" each of its

12 trade secrets separately in the ordinary course of business.  With respect to documents evincing

13 how long it took to develop each of Waymo's trade secrets, Waymo responds under Rule 33(d)

14 and incorporates by reference its response to Interrogatory No. 4, 5, as well as any and all

15 supplements thereto.  In particular, Waymo intends to rely on those documents identified in

16 response to Interrogatory No. 4 to, in part, show the time and cost to develop its asserted trade

17 secrets.  Waymo further intends to rely on knowledgeable witnesses identified in response to

18 Interrogatory No. 5 to testify regarding these subjects.   Additional information regarding

19 Waymo's response to this interrogatory can be found at WAYMO-UBER-00012830, WAYMO-

20 UBER-00014506, WAYMO-UBER-00027045, WAYMO-UBER-00027046, WAYMO-UBER-

21 00014489, WAYMO-UBER-00013348, WAYMO-UBER-00014078 and WAYMO-UBER-

22 00026471.

23      **Trade Secret 1**

24 ████████████████████████████████████████████████

25 ██████████████████████████████████████████████████

26 ██████████████████████████████████████████████████

27 ██████████████████████████████████████████████████

28 ██████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████ ██████████████████

2 ██████████████████████████████████████████████████

3 ██████████████████████████████████████████████████

4 ██████████████████████████████████████████████████

5 ████████████████████████████████

6 ████████████████████████████████████████████████

7 ██████████████████████████████████████████████████

8 ██████████████████████████████████████████████████

9 █████████████████████████ ████████████████████████

10 ██████████████████████████████████████████████████

11 ██████████████████████████████████████████████████

12 ██████████████████████████████████████████████████

13 ██████████████████████████████████████████████████

14 ██████████████████████████████████████████████████

15 ██████████████████████████████████████████████████

16 ██████████████████████████████████████████████████

17 ██████████████████████████████████████████████████

18 ██████████████████████████████████████████████████

19 ██████████████████████████████████████████████████

20 ██████████████████████████████████████████████████

21 ██████████████████████████████████████████████████

22 █████████████████████████████████████████████ ███

23 ██████████████████████████████████████████████████

24 ██████████████████████████████████████████████████

25 ██████████████████████████████████████████████████

26 ███ ██ ██ █████ ████ ████ ████ █ ███ █ ███ ████ ███

27 ██████████████████████████████████████████████████

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████

6    **Trade Secret 2**

7 ████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████ ███████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████████████████████████████████████████

16 ████████████████████████████████████

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ██ ███ ██ █ ██ ███ ████ ██ ████ ██ ███

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16    **Trade Secret 3**

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ██ ████ ██ ██ ████ █████ ████ █████ █ ███

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████████████████████████████████████████

16 ████████████████████████████████████████████████

17 ████████████████████ ██████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ██████████ ████████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████

23  ██████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ███████████████████████████

26 **Trade Secret 4**

27  ██████████████████████████████████████████████

28 ████████████████████████████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████ ██ ██ ████ ████ █████ ███ █ ███ ██ ████ ████ ███

2  ███████████████████████████████████████████

3  ███████████████████████████████████████████

4  ████████████████████

5  ███████████████████████████████████

6  ███████████████████████████████████████████

7  ███████████████████████

8  **Trade Secret 6**

9  █████████████████████████████████████████

10 ███████████████████████████████████████████

11 ███████████████████████████████████████████

12 ███████████████████████████████████████████

13 ███████████████████████████████████████████

14 ██████████████████████ ██████████████████

15 ███████████████████████████████████████████

16 ███████████████████████████████████████████

17 ███████████████████████████████████████████

18 ████████████████████████

19 █████████████████████████████████████████

20 ███████████████████████████████████████████

21 ███████████████████████████████████████████

22 ███████████████████████████████████████████

23 ███████████████████████████████████████████

24 ███████████████████████████████████████████

25 ███████████████████████████████████████████

26 ████████████████ ██████████████████████

27 ███████████████████████████████████████████

28 ███████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



No. 3:17-cv-00939-WHA
WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 46**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9   **Trade Secret 62**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 █████████████████████████████████████████████

2 ███ ███ ██ █ ██████ ██████ ████████ ██████ ███ ████ ██

3 █████████████████████████████████████████████

4 █████████████████████████████████████████████

5 █████████████████████████████████████████████

6 █████████████████████████████████████████████

7 █████████████████████████████████████████████

8 █████████████████████████████████████████████

9 ██████████████████████████████████

10 ████████████████████████████████████████████

11 █████████████████████████████████████████████

12 ██████████████████████████

13 **Trade Secret 75**

14 ████████████████████████████████████████████

15 █████████████████████████████████████████████

16 █████████████████████████████████████████████

17 █████████████████████████████████████████████

18 ████████████████████████████ ███████████████

19 █████████████████████████████████████████████

20 ████████ ██████████████ ████ ██████████████ █ ██████

21 ██████████ █████████████████████████████████

22 █████████████████████████████████████████████

23 █████████████████

24 ████████████████████████████████████████████

25 █████████████████████████████████████████████

26 ████████████████ ████████████████████████████

27 █████████████████████████████████████████████

28 █████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13   **Trade Secret 76**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████

2  ███ ██ ████ ██ ████ ██████ ██ █ ████ ████ ████

3  ████████████████████████████████████████████████

4  ███████████   █████████████████████████████████

5  ████████████████████████████████████████████████

6  ████████████████████████████████████████████████

7  ████████████████████████████████████████████████

8  ████████████████████████████████████████████████

9  ███████████████████████

10   █████████████████████████████████████████████

11  ████████████████████████████████████████████████

12  █████████████████████████████

13  **Trade Secret 77**

14   ███████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ██████████████████████   ███████████████████████

19  ████████████████████████████████████████████████

20  ███ ████████ ████████████ ███ ████████ ██████ ██ ███

21  ███████████ ██████████████████████████████████

22  ████████████████████████████████████████████████

23  ███████████████████

24   ███████████████████████████████████████████████

25  ████████████████████████████████████████████████

26  ████████████████   █████████████████████████████

27  ████████████████████████████████████████████████

28  ████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 78**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 79**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████ ████████ ███ ██████ ███████ ████ ████ ██████ █ ████ ███

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████

8 ██████████████ ██████████████████████████████

9 ████████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ███████████████████████████

13 **Trade Secret 80**

14 ██████████████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ████████████████████ ██████████████████████

19 ████████████████████████████████████████████

20 ████ █████████ ████████████ ██ ███████████ ██ ████████

21 ██████████ ██████████████████████████████

22 █████████████████████████████████████████

23 █████████████████████

24 ████████████████████████████████████████████

25 █████████████████████████████████████████

26 ████ █████████████████████████████████████████

27 ████████████████████████████████████████████

28 ████████████████████████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 91**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ███████████

12    ██████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ██████████████████████████████████

15   **Trade Secret 85**

16    ██████████████████████████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████  █████████████████████████

21 █████████████████████████████████████  ███████████████

22 ███████████  ████████████  █████████████████  █  ████████

23 ████████████  ███████████████████████████████████████████

24 ███████████████████████████████

25    ██████████████████████████████████████████████████

26 ████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████

2 ████████████████████████████

3 ████████████████████████████████████████████

4 ██████████████████████████████████████████████

5 ██████████████████████████████████

6 **Trade Secret 81**

7 ████████████████████████████████████████████

8 ██████████████████████████████████████████████

9 ██████████████████████████████████████████████

10 ██████████████████████████████████████████████

11 ████████████████████████████████████ ████████

12 ██████████████████████████████████████████████

13 ██████████ ████████████████ ████████████ █████ █████

14 ████████████ ██████████████████████████████

15 ██████████████████████████████████████████████

16 ██████████████████

17 ██████████████████████████████████████████

18 ██████████████████████████████████████████████

19 ██████████████████████████████████████████████

20 ██████████████████████████████████████████████

21 ██████████████████████████████████████████████

22 ██████████████████████████████████████████████

23 ██████████████████████████████████████████████

24 ██████████████████████████████████████████████

25 ████████████████

26 ████████████████████████████████████████████

27 ██████████████████████████████████████████████

28 ████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 82**

**Trade Secret 83**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19      **Trade Secret 84**

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 86**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1　██████████ ████████████████████████████████████████

2　██████████████████████████████████████████████████

3　██████████████████████████████████████████████████

4　██████████████████████ ████████████████████████████

5　██████████████████████████████████████████████████

6　██████████████████████████████████████████████████

7　████████████████████████████████ ██████████████████

8　██████████████████████████████████████████████████

9　████████████████████ ██████████████████████████████

10　██████████████████████████████████████████████████

11　██████████████████████████████████████████████████

12　██████████████████████████████████████████████████

13　██████████████████████████████████████████████████

14　██████████████████████████████████████████████████

15　████████

16　████████████████████████████████████████████████

17　██████████████████████████████████████████████████

18　██████████████████████████████████

19　**Trade Secret 87**

20　████████████████████████████████████████████████

21　██████████████████████████████████████████████████

22　██████████████████████████████████████████████████

23　██████████████████████████████████████████████████

24　████████████████████████████████ ██████████████████

25　██████████████████████████████████████████████████

26　██████████ ████████████ ████████████ ██████ ████████

27　████████████ ████████████████████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 88**

Waymo's Am. Fourth Supp. Objections and Responses to Uber's First Set of Interrogatories (Nos. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████████████

2 ████████████  ████████████████  ████████████████  ███  ████████

3 █████████████  ████████████████████████████████████████

4 ███████████████████████████████████████████████

5 ████████████████████████

6 ████████████████████████████████████████████████

7 ███████████████████████████████████████████████

8 ███████████████████████████████████████████  ███

9 ███████████████████████████████████████████████

10 ███████████████████████████████████████████████

11 ███████████████████████████████████████████████

12 ███████████████  ██████████████████████████████

13 ███████████████████████████████████████████████

14 ███████████████████████████████████████████████

15 ███████████████████████████████████████████████

16 █████████████████████████████████████████████  ██

17 ███████████████████████████████████████████████

18 ███████████████████████████████████████████████

19 ████████████████████████  ██████████████████████

20 ███████████████████████████████████████████████

21 ███████████████████████████████████████████████

22 ████████████████████████████████████

23 ████████████████████████████████████████████

24 ███████████████████████████████████████████████

25 ██████████████████████████████████

26 **Trade Secret 90**

27 ████████████████████████████████████████████████

28 ███████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   ███████████████████████████████████████████████

2   ███████████████████████████████████████████████████

3   ██████████████████████████████████████.

4   **Trade Secret 94**

5   ███████████████████████████████████████████████

6   ███████████████████████████████████████████████████

7   ███████████████████████████████████████████████████

8   ███████████████████████████████████████████████████

9   ███████████████████████████████ ███████████████████

10  ███████████████████████████████████████████████████

11  ████████████ █████████████ ██████████ ████ ███████

12  ███████████ ██████████████████████████████████████

13  ████████████████████████████████

14  ███████████████████████████████████████████████

15  ███████████████████████████████████████████████████

16  ███████████████████████████████████████████████████

17  ████████ ████████████████████████████████████████

18  ███████████████████████████████████████████████████

19  ███████████████████████████████████████████████████

20  ████████████████████████ ██████████████████████████

21  ███████████████████████████████████████████████████

22  ███████████████████████████████████████████████████

23  ██████████████████████████████ ████████████████████

24  ███████████████████████████████████████████████████

25  ███████████████████████████████████████████████████

26  ███████████████████████████████████████████████████

27  ███████████████████████ ███████████████████████████

28  ███████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 95**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 96**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16 **Trade Secret 97**

17

18

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████ ████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████ ████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ██████████████████████████ ██████████████████

8 ████████████████████████████████████████████

9 ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ██████████████████ ███████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ███████████████████

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ███████████████████

20 **Trade Secret 98**

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 █████████████████████ ████████████████████████

26 ████████████████████████████████████████████

27 ████████████ ██████████████ ██████████ ██ ████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    **Trade Secret 99**

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 103**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ██████████████████

3 ██████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████

6     **Trade Secret 104**

7 ██████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████ ███████████████████

12 ████████████████████████████████████ ███████

13 ████████ ██████████████ ████████████ ██ ██████

14 ██████████ ██████████████████████████████████

15 ████████████████████████████████████████████████

16 ████████████████████

17 ███████████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ██████████████████████ ████████████████████████

20 ████████████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ██████████████████████████████████████ ████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████████████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11   **Trade Secret 105**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 106**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16   **Trade Secret 107**

17

18

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 108**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 109**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████  ████████████████████████████████

2  ███████████████████████████

3  ████████████████████████████████

4  █████████████████████████████████████

5  ███████████████████████  ██████████████

6  █████████████████████████████████████

7  █████████████████████████████████████

8  █████████████████████████████████████

9  █████████████████████████████████████

10  █████████████████████████████████████

11  █████████████████████████████████████

12  █████████████████████████████████████

13  █████████████████████████████████████

14  █████████████████

15  ████████████████████████████████████

16  █████████████████████████████████████

17  ███████████████████████

18  **Trade Secret 110**

19  ████████████████████████████████████

20  █████████████████████████████████████

21  █████████████████████████████████████

22  █████████████████████████████████████

23  █████████████████████████  ████████████

24  ████  ██  ████  ██  ███  ███  ████  ██  ████████

25  █████  █  ████████  ██████  ███████  ██████

26  ███  ███  █████  █████  ██  ████  ███  ███  ██  ████

27  █████████████████████████████████████

28  ████████████████████████████████

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     **Trade Secret 112**

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 113**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 118**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████
2 ██████████████████████████████████████
3 ████████████████    █████████████████████
4 ██████████████████████████████████████
5 ██████████████████████████████████████
6 ████   ██████████████████████████████████
7 ██████████████████████████████████████
8 ████████████████
9    ███████████████████████████████████████
10 ██████████████████████████████████████
11 █████████████████████████████
12 **Trade Secret 119**
13    ██████████████████████████████████████
14 ██████████████████████████████████████
15 ██████████████████████████████████████
16 ██████████████████████████████████████
17 ████████████████████████████   █████████████
18 ███ ██ ████ ███ ██ ███ ██ ███ █ ██ ████
19 ███ ██   ████ ████   ████ ████   ████ ████
20 ███ ██ ████ ████ ███ ██ ███ ██ ███ ██ ████
21 ████████████████████████████████████
22    ██████████████████████████████████████
23 ██████████████████████████████████████
24 ██████████████████████████████████████
25 ██████████████████████████████████████
26 ██████████████████████████████████████
27 ██████████████████████████████████████
28 ██████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ██████████████████████      ████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ██████████

14    ████████████████████████████████████████████

15 ████████████████████████████████████████████████

16 ████████████████████████████████████

17 **Trade Secret 121**

18   ████████████████████████████████████   ████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ██████████   ██████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████   ████████████████████████████████████

27 ████████████████████████████████████████████████

28 ██████████████████

No. 3:17-cv-00939-WHA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 92**

**Trade Secret 93**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 9**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **Trade Secret 10**

27

28

No. 3:17-cv-00939-WHA

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 13**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 14**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 38**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 117**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



Trade Secret 48

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    **Trade Secret 120**

2    ████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████

6    ██████████████████████████████████ ████████████████████

7    ██████████████████████████████████████████ ████████████

8    ██████████ ████████████████ ██████████████████ ██ ██████

9    ██████████████ ████████████████████████████████████████

10   ████████████████████████████████████████████████████████

11   █████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ██████████████████████████████████████████ ████████████

15   ████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████

23   ██████████████████████████████████████████████

24   ██████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████

26   ████████████████████████████████

27   **Trade Secret 111**

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ███████████████████████████

4 **Trade Secret 101**

5 ████████████████████████████████████████████

6 ██████████████████████████████████████████████

7 ██████████████████████████████████████████████

8 ██████████████████████████████████████████████

9 ████████████████████████ ████████████████████

10 ████████████████████████████████████ ████████

11 ██████████ ██████████ ███████ ██████████ ██ ████

12 ████████████ ██████████████████████████████████

13 ████████████████████████

14 ████████████████████████████████████████████

15 ██████████████████████████████████████████████

16 ██████████████████████████████████████████████

17 ██████████████████████████████████████████████

18 ██████████████████████████████████████████████

19 ██████████████████████████████████████████████

20 ██████████████████████████████████████████████

21 ██████████████████████████████████████████████

22 ██████████████████████████████████████████████

23 ██████████████████ ████████████████████████████

24 ██████████████████████████████████████████████

25 ██████

26 ████████████████████████████████████████████

27 ██████████████████████████████████████████████

28 ████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 102**

**Trade Secret 7**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   **Trade Secret 8**

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**Trade Secret 16**

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ██████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████ ████████████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ██████████████████████

15 **Trade Secret 19**

16 ████████████████████████████████████████████

17 ██ ████████████████████████████████████████████

18 ████████████████████████████████ ████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ██████ ████████████ ██████████ ████ ████████████

28 ████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 20**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Trade Secret 43**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████████████████████████████

2 ███████████████████████████████████████

3 █████████████████████

4 ██████████████████████████████████████

5 ███████████████████████████████████████

6 ████████████████████████

7 **Trade Secret 49**

8 ██████████████████████████████████████

9 ███████████████████████████████████████

10 ███████████████████████████████████████

11 ███████████████████████████████████████

12 ███████████████████████████████████████

13 ██████████████████████ ████████████████

14 ███████████████████████████████████████

15 ████ ████████████ ███████████ ████████

16 ██████ ███ ██████████ ████ █████ ████ ███ ████ ██████

17 ███████████████████████████████████████

18 ██████████████████████████

19 ██████████████████████████████████████

20 ███████████████████████████████████████

21 ███████████████████████████████████████

22 ███████████████████████████████████████

23 ███████████████████████████████████████

24 ███████████████████████████████████████

25 ████████████████████████████████████

26 ██████████████████████████████████████

27 ███████████████████████████████████████

28 ████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

**Trade Secret 15**

2

3

4

5

6

7

8

**Trade Secret 17**

9

10

11

12

13

14

15

**Trade Secret 42**

16

17

18

19

20

21

22

**Trade Secret 63**

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   **Trade Secret 89**

2   ████████████████████████████████████████████

3   ███████████████████████████████████████ ████████

4   ████████████████████████████████████████████

5   ████████████████████████████████████████████

6   ███████████████████████████████████████ ██████

7   ████████████████████████████████████████████

8   █████████████████████████████████████

9   **Trade Secret 114**

10  ████████████████████████████████████████████

11  ████████████████████████████████████████████

12  ████████████████████████████████████████████

13  ████████████████████████████████████████████

14  ████████████████████████████████████████████

15  ███████████████████████████ ████████████████

16  ████████████████

17  **Trade Secret 115**

18  ████████████████████████████████████████████

19  ████████████████████████████████████████████

20  ████████████████████████████████████████████

21  ████████████████████████████████████████████

22  ████████████████████████████████████████████

23  █████████████████ █████████████████████████

24  █████████

25  **Trade Secret 116**

26  ████████████████████████████████████████████

27  ████████████████████████████████████████████

28  ████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ███████████████  ██████████████████████████

2 ████████████████████████████████████████████

3 ████████████████

4    █████████████████████████████████████████

5 ██████████████████████

6

7 **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

8        Waymo incorporates by reference its prior Response to Interrogatory No. 6, including

9 objections.

10       Waymo further responds as follows:

11    **Trade Secret 25**

12    █████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████████████████████████

17 █████████████████████████████  ██████████████

18 ████████████████████████████████████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████████████████

21 ███████████████████████████████

22    █████████████████████████████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

26 ████████████████████████████████████████████

27 ████████████████████████████████████████████

28 ████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     **Trade Secret 72**

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S AM. FOURTH SUPP. OBJECTIONS AND RESPONSES TO UBER'S FIRST SET OF INTERROGATORIES (NOS. 1-11)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**INTERROGATORY NO. 7:**

Separately for each alleged Waymo trade secret identified in response to Interrogatory No. 1, identify all efforts to maintain the secrecy and confidentiality of the trade secret.

**RESPONSE TO INTERROGATORY NO. 7:**

Waymo incorporates by reference its General Objections. Waymo further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and oppressive, including to the extent that it asks Waymo to respond separately for each alleged Waymo trade secret. Waymo further objects to this request to the extent it is compound, complex, and contains multiple subparts.

Subject to and without waiving the foregoing General and Specific Objections, Waymo responds as follows:

Waymo hereby incorporates by reference its List of Asserted Trade Secrets, Dkt. No. 25-7, and the Declarations of Michael Janosko (Janosko Decl.), Gary Brown ("Brown Decl."), and Pierre-Yves Droz (Droz Decl.), all of which describe Waymo's efforts to maintain secrecy of its trade secrets.

In addition, Waymo provides the following response:

Waymo takes robust measures to protect its LiDAR trade secrets. Waymo enforces an employee code of conduct that explains employees' strict obligations to maintain the secrecy of confidential information, and requires employee training in security procedures. Droz Decl. ¶ 30.

Waymo also takes reasonable measures to mark confidential and proprietary information, such as documents and other materials, with visible legends designating them as such when sharing them outside of Waymo, subject to NDAs or other confidentiality agreements. Disclosures to vendors are limited to the subject matter necessary for the vendor's engagement and

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2                                 <u>**VERIFICATION**</u>

3          I, Shana Stanton, declare:

4          1.      I am a Senior Litigation Counsel at Google, and working on secondment to

5   Plaintiff Waymo LLC ("Waymo").   I am authorized to execute this verification on behalf of

6   Waymo.

7          2.      I have read Waymo's Amended Fourth Supplemental Objections And Responses

8   To Uber's First Set Of Interrogatories (Nos. 1-11) (the "Responses"), and know the contents

9   thereof.

10         3.      I am informed and believe that the matters stated in the Responses are true and

11  correct and, on that ground, allege that the matters stated therein are true and correct.

12         I declare under penalty of perjury that the foregoing is true and correct.

13

14         Executed this 9th day of November, 2017, at San Francisco, California.

15

16

17                                                          Shana Stanton

18

19

20

21

22

23

24

25

26

27

28