MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Response to Waymo's Submission to Special Master Cooper Regarding the Jacobs Documents. Specifically, Defendants request an order granting leave to file under seal the following confidential documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Uber's Response | Highlighted Portions | Plaintiff (Green) |
| Exhibits A-E to the Declaration of Marcie Brimer | Entire Documents | Defendants/Plaintiff |
| Exhibits A-D to the Declaration of Samuel Cortina | Entire Documents | Defendants/Plaintiff |
| Exhibit A to the Declaration of Maxwell Pritt | Entire Document | Plaintiff |
| Rivera Exhibits A-C, E-F | Entire Documents | Plaintiff<br>Defendants (blue highlights) |
| Rivera Exhibit D | Entire Document | Plaintiff |
| Rivera Exhibit I | Entire Document | Defendants |
| Rivera Exhibit J | Blue Highlights | Defendants |
| Rivera Exhibits L-P | Entire Documents | Plaintiff |

Exhibits A-E to the Declaration of Marcie Brimer, and Exhibits A-D to the Declaration of Samuel Cortina, are notes of communications and negotiations between counsel before the Special Master. These conversations were not intended for public disclosure and contain information maintained as confidential by both parties, including technical and business information. The notes describe lengthy private conversations and negotiations that are naturally more candid and informal than a written email communication, and were not transcribed by a court reporter. For all these reasons, Defendants request these documents be filed entirely under

1  seal.  (Declaration of Thomas J. Pardini in Support of Defendants' Administrative Motion to File
2  Documents Under Seal ("Pardini Decl.") ¶ 3.)

3  The blue highlights of Rivera Exhibits A, C, E, and F contain highly confidential
4  information regarding the names of Uber's internal servers.  Disclosure of this information could
5  compromise the security and privacy of these internal servers.  (Pardini Decl. ¶ 4.)  The blue
6  highlights of Rivera Exhibit B contain references to highly confidential third party vendors, some
7  of whom have NDAs with Uber.  Defendants request this information be sealed to protect these
8  confidential business relationships from disclosure and possible interference from competitors.
9  (Pardini Decl. ¶ 5.)

10  The entirety of Rivera Exhibit I contains confidential information regarding an Uber
11  internal policy regarding network devices, including internal rules and password requirements.
12  Disclosure of this information could allow competitors to acquire inside information about how
13  Uber operates its internal systems and policies, such that Uber's competitive standing could be
14  harmed.  (Pardini Decl. ¶ 6.)

15  The blue highlights of Rivera Exhibit J contain contact information of company
16  employees, whose electronic communications may become compromised if this information were
17  disclosed to the public.  Defendants seek to seal this information in order to protect the privacy of
18  these individuals because this lawsuit is currently the subject of extensive media coverage.
19  Disclosure of this information could expose these individuals to harm or harassment.  (Pardini
20  Decl. ¶ 7.)

21  The green-highlighted portions of Uber's Response, the entireties of Brimer Exhibits A-E,
22  Cortina Exhibits A-D, Pritt Exhibit A, and Rivera Exhibits A-F and L-P contain information that
23  has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo
24  in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective
25  Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing,
26  page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the
27  Protective Order.  (Pardini Decl. ¶ 8.)
28

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on December 8, 2017.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  December 8, 2017                    MORRISON & FOERSTER LLP

                                            By:  */s/ Arturo J. González*
                                                 Arturo J. González

                                                 Attorneys for Defendants
                                                 UBER TECHNOLOGIES, INC. and
                                                 OTTOMOTTO LLC