MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Response to Waymo's Submission to Special Master Cooper Regarding the Jacobs Documents.

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Uber's Response | Highlighted Portions | Plaintiff (Green) |
| Exhibits A-E to the Declaration of Marcie Brimer | Entire Documents | Defendants/Plaintiff |
| Exhibits A-D to the Declaration of Samuel Cortina | Entire Documents | Defendants/Plaintiff |
| Exhibit A to the Declaration of Maxwell Pritt | Entire Document | Plaintiff |
| Exhibits A-C, E-F to the Declaration of Sylvia Rivera | Entire Documents | Plaintiff / Defendants (blue highlights) |
| Rivera Exhibit D | Entire Document | Plaintiff |
| Rivera Exhibit I | Entire Document | Defendants |
| Rivera Exhibit J | Blue Highlights | Defendants |
| Rivera Exhibits L-P | Entire Documents | Plaintiff |

3. Exhibits A-E to the Declaration of Marcie Brimer, and Exhibits A-D to the Declaration of Samuel Cortina, are notes of communications and negotiations between counsel

before the Special Master.  These conversations were not intended for public disclosure and contain information maintained as confidential by both parties, including technical and business information.  The notes describe lengthy private conversations and negotiations that are naturally more candid and informal than a written email communication, and were not transcribed by a court reporter.  For all these reasons, Defendants request these documents be filed entirely under seal.

4. The blue highlights of Rivera Exhibits A, C, E, and F contain highly confidential information regarding the names of Uber's internal servers.  I understand that disclosure of this information could compromise the security and privacy of these internal servers.

5. The blue highlights of Rivera Exhibit B contain references to highly confidential third party vendors, some of whom have NDAs with Uber.  Defendants request this information be sealed to protect these confidential business relationships from disclosure and possible interference from competitors.

6. The entirety of Rivera Exhibit I contains confidential information regarding an Uber internal policy regarding network devices, including internal rules and password requirements.  I understand that disclosure of this information could allow competitors to acquire inside information about how Uber operates and manages its internal systems, such that Uber's competitive standing could be harmed.

7. The blue highlights of Rivera Exhibit J contain contact information of company employees, whose electronic communications may become compromised if this information were disclosed to the public.  Defendants seek to seal this information in order to protect the privacy of these individuals because this lawsuit is currently the subject of extensive media coverage.  I understand that disclosure of this information could expose these individuals to harm or harassment.

8. The green-highlighted portions of Uber's Response, the entireties of Brimer Exhibits A-E, Cortina Exhibits A-D, Pritt Exhibit A, and Rivera Exhibits A-F and L-P contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective

Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

Defendants' request to seal is narrowly tailored to the portions of their Response and supporting exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of December, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has concurred in this filing.

Dated:  December 8, 2017      */s/  Arturo J. González*
Arturo J. González