# EXHIBIT J

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Sent:** Thu, 22 Jun 2017 15:54:51 -0700
**Subject:** Fwd: Ric Jacobs Letter
**From:** Angela Padilla <​███​>
**To:** Matt Kallman <​███​>, Jill Hazelbaker <​███​>

2017-05-05 Jacobs - CDH Ltr to Padilla.pdf

ATTORNEY CLIENT PRIVILEGE
CONFIDENTIAL

Here is the "detailed" letter from Ric Jacobs. **Redacted**
**Redacted**

We plan to self-report to the government to get ahead of Ric and take away his ability to extort us any more.

Angela

--


Angela L. Padilla
Associate General Counsel, Litigation & Employment
███                                  425 cities and counting
███

CONFIDENTIAL                                            UBER00330793