# EXHIBIT G

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Tuesday, July 18, 2017 1:03 PM
**To:** Rivera, Sylvia; QE-Waymo; UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); DG-GP Otto Trucking Waymo; Cooper, John (19) x4410; Cate, Matthew (20) x4469
**Subject:** RE: Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

John – we request a call to discuss these issues as soon as possible.

Sylvia – we met and conferred about these issues last Thursday. Waymo's motion to compel, if any, is due tonight, as Mr. Kalanick's deposition is in 9 days. We need to know Uber's position on these discrete issues as soon as possible. Do you have any update on any of these issues? For those that you do not, when will you provide Uber's position?

James

---

**From:** Rivera, Sylvia [mailto:SRivera@mofo.com]
**Sent:** Tuesday, July 18, 2017 12:55 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; QE-Waymo <qewaymo@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; John Cooper <JCooper@fbm.com>; Matthew Cate <MCate@fbm.com>
**Subject:** Waymo v. Uber; Uber Board, McClendon, and Kalanick RFPs in Waymo's Set 3

James,

We're still working on the responses to the topics we discussed in our meet and confer on RFP Nos. 164-165 and 168-171, but will respond this afternoon.

Best,
Sylvia

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

_____

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.