# EXHIBIT L

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED