# EXHIBIT Q

| | |
|---|---|
| **From:** | Lee, Randall |
| **To:** | Slater, Allyson; Gonzalez, Arturo J.; Chang, Esther Kim; davidperlson@quinnemanuel.com; JCooper@fbm.com; jamesjudah@quinnemanuel.com; MCate@fbm.com |
| **Cc:** | Tewksbury, Heather |
| **Subject:** | RE: Waymo v. Uber - Log of First Communications |
| **Date:** | Thursday, December 07, 2017 1:44:02 PM |

**- External Email -**

We have learned that our privilege log may have created some confusion, and we are writing to provide clarification. Out of an abundance of caution, the log includes an entry for the first time my team ever had any communication with BSF in this matter. That communication related to an issue that arose from our internal investigation of practices by Uber's Security group following Mr. Jacobs's 5/5/17 letter. As noted in the bracketed language on the privilege log, Wilmer did not discuss the Jacobs email, letters, or the content therein with anyone at BSF until Thanksgiving Day. We similarly did not ever send to BSF the 4/14/17 email, the 4/19/17 letter, or the 5/5/17 letter. We hope this clarifies any confusion our submission may have caused.

Randall

**Randall R. Lee | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5301 (t)
+1 213 443 5400 (f)
randall.lee@wilmerhale.com

---

**From:** Slater, Allyson
**Sent:** Tuesday, December 5, 2017 10:35 PM
**To:** Gonzalez, Arturo J. <AGonzalez@mofo.com>; Chang, Esther Kim <echang@mofo.com>; davidperlson@quinnemanuel.com; JCooper@fbm.com; jamesjudah@quinnemanuel.com; MCate@fbm.com
**Cc:** Lee, Randall <Randall.Lee@wilmerhale.com>; Tewksbury, Heather <Heather.Tewksbury@wilmerhale.com>
**Subject:** Waymo v. Uber - Log of First Communications

Counsel,

Please see the attached log.

Sincerely,

Ally

**Allyson Slater | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5307 (t)
+1 213 443 5400 (f)
allyson.slater@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.