# EXHIBIT R

| | |
|---|---|
| **From:** | Karen Dunn |
| **To:** | David Perlson; Andrea P Roberts; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com) |
| **Cc:** | QE-Waymo |
| **Subject:** | Re: Waymo v. Uber: Boies Schiller log |
| **Date:** | Friday, December 08, 2017 2:03:39 PM |

- External Email -

David,

We do not dispute the request for a log but there is nothing to log. We do not have any communications with Wilmer prior to Thanksgiving regarding the subject matters covered by the Jacobs Letter, the Jacobs resignation email, or the Jacobs Settlement. We did communicate with Wilmer related to their internal investigation of the security group but that communication did not address the subject matters contained in the Jacobs Letter, the Jacobs resignation email, or the Jacobs Settlement, nor did BSF learn about the existence of any of those documents or their content until on or after November 22, 2017.

Thanks,

Karen


From: David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>
Date: Thursday, December 7, 2017 at 10:50 PM
To: Andrea P Roberts <andreaproberts@quinnemanuel.com<mailto:andreaproberts@quinnemanuel.com>>, "UberWaymoMoFoAttorneys@mofo.com<mailto:UberWaymoMoFoAttorneys@mofo.com>" <UberWaymoMoFoAttorneys@mofo.com<mailto:UberWaymoMoFoAttorneys@mofo.com>>, BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com<mailto:BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>>, "Uber-sg@LISTS.SUSMANGODFREY.COM<mailto:Uber-sg@LISTS.SUSMANGODFREY.COM>" <Uber-sg@LISTS.SUSMANGODFREY.COM<mailto:Uber-sg@LISTS.SUSMANGODFREY.COM>>, John Cooper <JCooper@fbm.com<mailto:JCooper@fbm.com>>, "Matthew Cate (MCate@fbm.com<mailto:MCate@fbm.com>)" <MCate@fbm.com<mailto:MCate@fbm.com>>
Cc: QE-Waymo <qewaymo@quinnemanuel.com<mailto:qewaymo@quinnemanuel.com>>
Subject: RE: Waymo v. Uber: Boies Schiller log

Folks, I may be misremembering, but I don't think we have gotten a commitment that we will get this log. Given that MoFo will be providing a similar one and the ambiguity in the Wilmer log re BSF communications, we don't think there should be a dispute about this. But if there is, please let us know tomorrow morning.

Thanks,

David

From: Andrea P Roberts
Sent: Wednesday, December 06, 2017 5:38 PM
To: UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com<mailto:UberWaymoMoFoAttorneys@mofo.com>>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com<mailto:BSF_EXTERNAL_UberWaymoLit@bsfllp.com>) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com<mailto:BSF_EXTERNAL_UberWaymoLit@bsfllp.com>>; Uber-sg@LISTS.SUSMANGODFREY.COM<mailto:Uber-sg@LISTS.SUSMANGODFREY.COM>; John Cooper (JCooper@fbm.com<mailto:JCooper@fbm.com>) <JCooper@fbm.com<mailto:JCooper@fbm.com>>; Matthew Cate (MCate@fbm.com<mailto:MCate@fbm.com>) <MCate@fbm.com<mailto:MCate@fbm.com>>
Cc: QE-Waymo <qewaymo@quinnemanuel.com<mailto:qewaymo@quinnemanuel.com>>
Subject: Waymo v. Uber: Boies Schiller log


John and Counsel –

We request that Boies Schiller Flexner provide as soon as possible a complete list of all of its attorneys who

received either the Jacobs Letter or the Jacobs resignation email, and when he or she received each. Also, we request that Boies Schiller Flexner provide by Sunday its own complete log of all communications regarding the subject matters covered by the Jacobs Letter, the Jacobs resignation email, or the Jacobs Settlement.

Please also provide deposition availability for Karen Dunn.

Thanks,

Andrea

Andrea Pallios Roberts
Of Counsel,
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com<mailto:andreaproberts@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.
[v.1]