MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:    415.268.7000 / Fax:    415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:    202.237.2727 / Fax:    202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:    212.336.8330 / Fax:    212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF SAMUEL C. CORTINA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS**<br><br>Judge:　　Hon. William H. Alsup<br>Trial Date: February 5, 2018 |

I, Samuel C. Cortina, declare as follows:

1. I am an associate with the law firm of Morrison & Foerster LLP representing Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Uber's Response to Waymo's Submission to Special Master Cooper Regarding The Jacobs Documents. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Tuesday, July 25, 2017, at approximately 3:00 p.m. I joined the meet-and-confer call by phone from my office and took notes during the call. Attached as **Exhibit A** is a true and correct copy of my notes transcribing the meet-and-confer telephone call on July 25, 2017.

3. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Wednesday, July 26, 2017, at approximately 1:00 p.m. I joined the meet-and-confer call by phone from my office and took notes during the call. Attached as **Exhibit B** is a true and correct copy of my notes transcribing the meet-and-confer telephone call on July 26, 2017.

4. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Thursday, August 3, 2017, at approximately 2:30 p.m. I joined the meet-and-confer call by phone from my office and took notes during the call. Attached as **Exhibit C** is a true and correct copy of my notes transcribing the meet-and-confer telephone call on August 3, 2017.

5. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Thursday, August 10, 2017, at approximately 4:00 p.m. I joined the meet-and-confer call by phone from my office and took notes during the call. Attached as **Exhibit D** is a true and correct copy of my notes transcribing the meet-and-confer telephone call on August 10, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of December, 2017, in San Diego, California.

*/s/ Samuel C. Cortina*
Samuel C. Cortina

CORTINA DECL. ISO UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER RE JACOBS DOCUMENTS
Case No. 3:17-cv-00939-WHA
sf-3847221

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Samuel C. Cortina has concurred in this filing.

*/s/ Arturo J. González*
Arturo J. González

CORTINA DECL. ISO UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER RE JACOBS DOCUMENTS
Case No. 3:17-cv-00939-WHA
sf-3847221

2