MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@ susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF MARCIE BRIMER IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS**<br><br>Judge: Hon. William H. Alsup<br>Trial Date: February 5, 2018 |

I, Marcie Brimer, declare as follows:

1. I am an associate with the law firm of Morrison & Foerster LLP representing Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the District of Columbia. I make this declaration in support of Uber's Response to Waymo's Submission to Special Master Cooper Regarding the Jacobs Documents. I make this declaration based on personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Saturday, July 1, 2017, from approximately 10:00 a.m. to 10:30 a.m. I joined the meet-and-confer call by phone from my residence and took notes during the call. Attached as **Exhibit A** is a true and correct copy of my notes transcribing the meet-and-confer telephone call on July 1, 2017. During that call, Uber counsel Ed Takashima stated that he "hope[d] that we [the parties] can exchange what we're doing so far as custodians and search terms go and have a frank discussion about what's feasible" so "that we can get a resolution" as to "what docs were searched and collected as part of the RFP process." Ex. A at 1-2. Waymo agreed to, and the Special Master directed the parties to, "exchange Monday of [sic] all the terms that have been searched and all the custodial and non-custodial searches that have been searched *in an attempt to stave off disputes on RFPs*." *Id.* at 4 (emphasis added). Waymo counsel Jeff Nardinelli also stated that "there should at least be *a presumption that if we use the agreed upon search terms and custodians then the production is sufficient*." *Id.* at 3-4 (emphasis added). The Special Master agreed with and adopted Waymo's position: "*If you agree on search terms and custodians, it could be that you could only be permitted to challenge a production upon a showing of good cause as to why it wasn't raised at the outset.* Look, there's going to be disputes between the parties, but we have a procedure for resolving disputes. We should try to come as close as we can to resolving this on Monday, but *on a showing of good cause you can raise more disputes*." *Id.* at 4 (emphasis added).

3. I attended a telephonic meet and confer with Uber counsel Sylvia Rivera and

BRIMER DECL. ISO UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER RE JACOBS DOCUMENTS; Case No. 3:17-cv-00939-WHA

1

Waymo counsel James Judah on Saturday, July 1, 2017, from approximately 10:30 to 11:55 a.m., which continued on Sunday, July 2, 2017, at approximately 10:30 a.m.  I joined the meet-and-confer telephone call by phone from my residence and took notes during the call.  Attached as **Exhibit B** is a true and correct copy of my contemporaneous notes transcribing the meet-and-confer telephone call on July 1 and 2, 2017.

4. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Friday, July 7, 2017, at approximately 10:00 a.m.  I joined the meet-and-confer telephone call by phone from my office and took notes during the call.  Attached as **Exhibit C** is a true and correct copy of my contemporaneous notes transcribing the meet-and-confer telephone call on July 7, 2017.

5. I attended a telephonic meet and confer with Special Master Cooper and counsel for Waymo on Monday, July 10, 2017, at approximately 1:00 p.m.  I joined the meet-and-confer call by phone from my office and took verbatim notes during the call.  Attached as **Exhibit D** is a true and correct copy of my contemporaneous notes transcribing the meet-and-confer telephone call on July 10, 2017.

6. I attended a meet and confer telephone call with Special Master Cooper and counsel for Waymo on Monday, July 24, 2017, at approximately 11:30 a.m.  I joined the meet-and-confer call by phone from my office and took verbatim notes during the call.  Attached as **Exhibit E** is a true and correct copy of my contemporaneous notes transcribing the meet-and-confer telephone call on July 24, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 8th day of December, 2017, in Washington, DC.

*/s/ Marcie Brimer*
Marcie Brimer

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Marcie Brimer has concurred in this filing.

*/s/ Arturo J. González*
Arturo J. González