| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
| | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@SusmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY  10019-6023 |
| | Tel: 212.336.8330 / Fax:  212.336.8340 |
| 14 | |
| | Attorneys for Defendants |
| 15 | UBER TECHNOLOGIES, INC. |
| | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **[RE: DKT NOS. 2352 AND 2353]** |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 8, 2017, 2017, I served a true and correct copy of:

**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS;**

**[UNREDACTED] UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS;**

**[UNREDACTED] EXHIBITS A-F, I-J, AND L-P TO DECLARATION OF SYLVIA RIVERA IN SUPPORT OF UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS;**

**[UNREDACTED] EXHIBIT A TO DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS;**

**[UNREDACTED] EXHIBITS A-D TO DECLARATION OF SAMUEL C. CORTINA IN SUPPORT OF UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS; AND**

**[UNREDACTED] EXHIBITS A-E TO DECLARATION OF MARCIE BRIMER IN SUPPORT OF UBER'S RESPONSE TO WAYMO'S SUBMISSION TO SPECIAL MASTER COOPER REGARDING THE JACOBS DOCUMENTS.**

[X] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 8th day of December, 2017.

| Thomas J. Pardini | */s/ Thomas J. Pardini* |
|---|---|
| (typed) | (signature) |