MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS RESPONSE TO COURT INQUIRY RE UBER'S FAILURE TO PRODUCE JACOBS LETTER AND EMAIL (DKT. 2327)** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Response to Court Inquiry Re Uber's Failure to Produce Jacobs Letter and Email (Dkt. 2327).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 1 | Blue Highlights in Waymo's version |
| Exhibit 7 | Blue Highlights in attached version |
| Exhibit 8 | Yellow Highlights in attached version |

3. The blue highlights of Exhibit 1 and Exhibit 7 contain highly confidential information regarding a list of Uber's internal servers. I understand that disclosure of this information could compromise the security and privacy of these internal servers.

4. The yellow highlights of Exhibit 8 contain references to the same type of confidential material for which the Court granted sealing in its November 29, 2017 Order, marking such information in green highlighting in Exhibit B to the Court's Order. (Dkt. 2307-2.) The yellow highlights of Exhibit 8 similarly contain information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third-party individuals and entities.

//

//

5. Defendants' request to seal is narrowly tailored to the portions of Waymo's Response and supporting exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December, 2017 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini
