IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE
COMMUNICATION FROM
ATTORNEY ESTHER CHANG**

    The Courtroom Deputy reports that Attorney Esther Chang, counsel for defendants, complained on a call with the Courtroom Deputy that plaintiff Waymo LLC had received email service of sealed Exhibit B to the "Notice and Order re Sealing of Letters from Office of the United States Attorney and Richard Jacobs" dated November 29 (Dkt. No. 2307-2) even though defendants had, she said, provided the unredacted Jacobs letter to the Court only for *in camera* review. If this was a motion of any type, it was improperly made. Communications like this should be made via motion, not via grumbling to the Courtroom Deputy.

    The Court has gone back to review the record and does not believe defense counsel made it clear, in producing the unredacted Jacobs letter to the Court, that they were asking the Court to withhold said letter from counsel for Waymo. If that was defense counsel's intent, then they should have made it clear. If defendants wish for any further relief, they should immediately make a motion, keeping in mind the multitude of other burdens this action has imposed on the Court and the limited resources of the Court to deal with counsel's grievances.

This order in no way supersedes or suspends the December 13 deadline imposed by the November 29 order (*see* Dkt. No. 2307).

**IT IS SO ORDERED.**

Dated:  December 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE