UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **ORDER PURSUANT TO RULE 502, FED. R. EV.** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1    WHEREAS, the parties have agreed to exchange information about the default settings for

2  chat applications with "on" and "off the record" settings, and whether their respective litigation holds

3  in this case address those applications and settings in any way;

4    WHEREAS, the parties have also agreed that the disclosure of this information will not

5  constitute a waiver of the attorney-client privilege, work product or any other applicable privilege or

6  protection in any way for this or any other litigation, arbitration or investigation;

7    WHEREAS, the parties have also agreed that they will not argue that the "sword/shield"

8  doctrine requires further disclosure of privileged information due to the limited disclosure agreed-

9  upon herein;

10    IT IS HEREBY ORDERED, pursuant to Rule 502, Fed. R. Ev., that the disclosure described

11  herein will not operate as a waiver of any applicable privileges or protections in this litigation or any

12  other federal or state proceeding.

13    IT IS STIPULATED.

14  DATED: December __11__, 2017

15

16    JACQUELINE SCOTT CORLEY
      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28