UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2326)** |

1    Plaintiff Waymo LLC ("Waymo") has filed a Motion for Reconsideration of Order
2 Granting in Part and Denying in Part Administrative Motion to File Under Seal (Dkt. 2326)
3 ("Motion for Reconsideration").

4    Having considered the Motion for Reconsideration, and good cause to seal having been
5 shown, the Court **GRANTS** Waymo's Motion for Reconsideration and **ORDERS** sealed the
6 portions of the documents listed below:

7    1.   Sealing portions of Plaintiff's Responses and Objections to Uber's Fifth Set of
8         Interrogatories (Nos. 18-24) (previously filed as Exhibit 1 at Dkt. 1214-6/1294-4) marked
9         in red boxes on page 12, lines 20-24 of the sealed version filed as Exhibit A to the Motion
10        for Reconsideration (in addition to passages previously granted sealing); and
11   2.   Sealing portions of the July 30, 2017 email from Andrea P. Roberts to counsel for
12        Defendants (previously filed as Exhibit 6 at Dkt. 1214-16/1294-14) marked in red boxes
13        on pages 20-21 and 24-28 of the sealed version filed as Exhibit B to the Motion for
14        Reconsideration.

16 **IT IS SO ORDERED.**

18 Dated: _____, 2017

19                              HON. JACQUELINE SCOTT CORLEY
20                              United States Magistrate Judge