# Exhibit 1
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

2                    SAN FRANCISCO DIVISION

3

4      _____

5      WAYMO LLC,                          )

                                           )

6                     Plaintiff,           )

                                           )

7            vs.                           ) Case No.

                                           ) 3:17-cv-00939-WHA

8      UBER TECHNOLOGIES, INC.,            )

       OTTOMOTTO LLC; OTTO                 )

9      TRUCKING LLC,                       )

                                           )

10                    Defendants.          )

       _____)

11

12         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14          VIDEOTAPED DEPOSITION OF LIOR RON

15              San Francisco, California

16               Monday, April 19, 2017

17                      Volume I

18

19

20     Reported by:

21     SUZANNE F. GUDELJ

22     CSR No. 5111

23     Job No. 2641996

24

25     PAGES 1 - 311

                                                Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    milestones were Uber stock milestones.

2    BY MR. PERLSON:

3        Q    Does Otto -- after the acquisition of Otto

4    by Uber, did it cease to exist because it was merged

5    into Uber, or does it still exist in some form?    11:39:24

6        A    I'm not a legal expert on M&A transactions.

7    There was a team handling that on both sides.  And

8    to the best of my understanding, Ottomotto is a

9    subsidiary of someone.  I don't know if it's Uber or

10   Uber UTI or some entity within Uber.    11:39:51

11       Q    Does Ottomotto have a -- have its own

12   management team that's separate from Uber?

13            MR. HUME:  Objection to the form.

14            THE WITNESS:  I do not believe there's a

15   separate management team.    11:40:23

16   BY MR. PERLSON:

17       Q    Is it -- is it -- is Ottomotto run by Uber

18   or is there some sort of corporate division of

19   responsibilities between the two entities?

20            MR. PATCHEN:  Object to the form.    11:40:39

21            THE WITNESS:  As far as my understanding of

22   the deal, all the actions of Ottomotto is basically

23   part of Uber, so there's no separate structure to

24   the best of my understanding.

25   BY MR. PERLSON:    11:40:57

Page 85

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Q    So if there was an engineer who on the day

2    before the acquisition was working for Ottomotto,

3    the day after the acquisition, do they -- did they

4    become Uber employees?

5    A    I believe so.  I believe that all the          11:41:15

6    previous Ottomotto engineers are now part of Uber,

7    basically Uber employees.

8    Q    Okay.  And you became an Uber employee

9    after the Otto acquisition, correct?

10   A    That's correct, yes.                            11:41:29

11   Q    Did you -- did you personally do any

12   consulting work for Uber before the acquisition of

13   Ottomotto was completed?

14   A    What do you mean by "consulting"?

15   Q    Well, do you have an understanding of what     11:41:53

16   consulting is?

17   A    Yeah, but like is it --

18   Q    What -- how -- how would you view

19   consulting to be in your experience in the business

20   world?                                              11:42:08

21   A    Giving advice.  I'm trying to understand,

22   are you asking about being paid for consulting or --

23   Q    Sure.

24   A    -- or giving advice on -- what --

25   Q    Let me start again.                            11:42:19

Page 86