# Exhibit 2
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3
4    _____
                                    )
5    WAYMO LLC,                     )
                                    )
6              Plaintiff,           )
                                    )
7         vs.                       )  Case No.
                                    )  3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.,       )
     OTTOMOTTO LLC; Otto            )
9    Trucking LLC,                  )
                                    )
10             Defendants.          )
     _____)
11
12
13
14
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF NINGJUN QI
17            San Francisco, California
18            Thursday, June 22, 2017
19                   Volume I
20
21
22
     Reported by:  SUZANNE F. GUDELJ
23   CSR No. 5111
24   Job No. 2644340
25   PAGES 1 - 320
```

Page 1

```
 1   termination.
 2       A    Yes, we talked about what would -- some of
 3   the deal implications after he was terminated, but
 4   not about his termination itself.
 5       Q    And when you say "some of the deal              09:20:58
 6   implications after he was terminated," what do you
 7   mean by that?
 8       A    The Otto Trucking profit sharing pool is an
 9   aggregate number, and Anthony's departure lowered
10   the maximum amount that the team could earn in a        09:21:16
11   collective.
12       Q    And does that apply only to Otto Trucking?
13       A    That applies to Otto employees that have
14   ownership in Otto Trucking or employees -- I guess
15   Uber employees that also have ownership in Otto         09:21:38
16   Trucking.
17       Q    Okay.  So just -- just to be clear,
18   Ottomotto was acquired by Uber, right, so those
19   employees are Uber employees now, correct?
20       A    Yes.                                           09:21:53
21       Q    And they might also have an ownership
22   interest in Otto Trucking?
23       A    Yes.
24       Q    And so Mr. Levandowski's departure may
25   impact how much -- let me just -- will -- does Mr.      09:22:04
```